By:  Brown of Kaufman                                    H.B. No. 218

A BILL TO BE ENTITLED

1                              AN ACT

2    relating to requiring a voter to present proof of identification.

3         BE IT ENACTED BY THE LEGISLATURE OF THE STATE OF TEXAS:

4         SECTION 1.  Section 63.001, Election Code, is amended by

5    amending Subsections (b), (c), (d), and (f) and adding Subsection

6    (g) to read as follows:

7         (b)  On offering to vote, a voter must present to an election

8    officer at the polling place the voter's voter registration

9    certificate and either:

10             (1)  one form of identification listed in Section

11   63.0101(a); or

12             (2)  two different forms of identification listed in

13   Section 63.0101(b) [to an election officer at the polling place].

14        (c)  On presentation of the documentation required by

15   Subsection (b) [a registration certificate], an election officer

16   shall determine whether the voter's name on the registration

17   certificate is on the list of registered voters for the precinct.

18        (d)  If the voter's name is on the precinct list of

19   registered voters and the voter's identity can be verified from the

20   proof presented, the voter shall be accepted for voting.

21        (f)  After determining whether to accept a voter, an election

22   officer shall return the voter's documentation [registration

23   certificate] to the voter.

24             (g)  If the requirements for identification prescribed by

2:13-cv-193
09/02/2014
DEF0002

H.B. No. 218

1    Subsection (b) are not met, the voter may be accepted for

2    provisional voting only under Section 63.011.

3    SECTION 2.  Section 63.006(a), Election Code, is amended to

4    read as follows:

5    (a)  A voter who, when offering to vote, presents a voter

6    registration certificate indicating that the voter is currently

7    registered in the precinct in which the voter is offering to vote,

8    but whose name is not on the precinct list of registered voters,

9    shall be accepted for voting if the voter's identity can be verified

10   from the proof presented.

11   SECTION 3.  Section 63.007(a), Election Code, is amended to

12   read as follows:

13   (a)  A voter who, when offering to vote, presents a voter

14   registration certificate indicating that the voter is currently

15   registered in a different precinct from the one in which the voter

16   is offering to vote, and whose name is not on the precinct list of

17   registered voters, shall be accepted for voting if the voter's

18   identity can be verified from the proof presented and the voter

19   executes an affidavit stating that the voter:

20   (1)  is a resident of the precinct in which the voter is

21   offering to vote or is otherwise entitled by law to vote in that

22   precinct;

23   (2)  was a resident of the precinct in which the voter

24   is offering to vote at the time that information on the voter's

25   residence address was last provided to the voter registrar;

26   (3)  did not deliberately provide false information to

27   secure registration in a precinct in which the voter does not

H.B. No. 218

1    reside; and

2            (4)   is voting only once in the election.

3        SECTION 4.   Section 63.008(a), Election Code, is amended to

4    read as follows:

5        (a)   A   voter   who   does   not   present   a   voter   registration

6    certificate when offering to vote, but whose name is on the list of

7    registered voters for the precinct in which the voter is offering to

8    vote,   shall   be   accepted   for   voting   if   the   voter   executes   an

9    affidavit stating that the voter does not have the voter's voter

10   registration certificate in the voter's possession at the polling

11   place at the time of offering to vote and the voter's identity can

12   be verified from the proof presented [voter presents proof of

13   identification in a form described by Section 63.0101].

14       SECTION 5.   Section 63.0101, Election Code, is amended to

15   read as follows:

16       Sec. 63.0101.   DOCUMENTATION   OF   PROOF   OF   IDENTIFICATION.

17   (a) The following documentation is an acceptable form [as proof] of

18   photo identification under this chapter:

19            (1)   a driver's license or personal identification card

20   issued to the person by the Department of Public Safety that has not

21   expired or that expired no earlier than two years before the date of

22   presentation [or a similar document issued to the person by an

23   agency of another state, regardless of whether the license or card

24   has expired];

25            (2)   a United States military identification card that

26   contains   the   person's   photograph   [form   of   identification

27   containing the person's photograph that establishes the person's

3

H.B. No. 218

1  identity];

2          (3)  a valid employee identification card that contains

3  the person's photograph and is issued by an employer of the person

4  in   the   ordinary   course   of   the   employer's   business   [birth

5  certificate or other document confirming birth that is admissible

6  in a court of law and establishes the person's identity];

7          (4)  a United States citizenship certificate [papers]

8  issued to the person that contains the person's photograph;

9          (5)  a United States passport issued to the person;

10         (6)  a student identification card issued by a public

11  or private institution of higher education located in Texas that

12  contains the person's photograph [official mail addressed to the

13  person by name from a governmental entity]; or

14         (7)  a license to carry a concealed handgun issued to

15  the person by the Department of Public Safety.

16     (b)  The following documentation is acceptable as proof of

17  identification under this chapter:

18         (1)  a copy of a current utility bill, bank statement,

19  government check, paycheck, or other government document that shows

20  the name and address of the voter;

21         (2)  official mail addressed to the person by name from

22  a governmental entity;

23         (3)  a certified copy of a birth certificate or other

24  document confirming birth that is admissible in a court of law and

25  establishes the person's identity;

26         (4)  United States citizenship papers issued to the

27  person;

4

H.B. No. 218

1          (5)  an  original  or  certified  copy  of  the  person's

2  marriage license or divorce decree;

3          (6)  court  records  of  the  person's  adoption,  name

4  change, or sex change;

5          (7)  an  identification  card  issued  to  the  person  by  a

6  governmental  entity  of  this  state  or  the  United  States  for  the

7  purpose  of  obtaining  public  benefits,  including  veteran's

8  benefits, Medicaid, or Medicare;

9          (8)  a temporary driving permit issued to the person by

10  the Department of Public Safety;

11          (9)  a  pilot's  license  issued  to  the  person  by  the

12  Federal Aviation Administration or another authorized agency of the

13  United States;

14          (10)  a  library  card  that  contains  the  person's  name

15  issued to the person by a public library located in this state; or

16          (11)  a hunting or fishing license issued to a person by

17  the Parks and Wildlife Department [~~or~~

18          [~~(8)  any  other  form  of  identification  prescribed  by~~

19  ~~the secretary of state~~].

20      SECTION 6.  Section 63.011(a), Election Code, is amended to

21  read as follows:

22      (a)  A  person  to  whom  Section  63.001(g),  63.008(b),  or

23  63.009(a)  applies  may  cast  a  provisional  ballot  if  the  person

24  executes an affidavit stating that the person:

25          (1)  is a registered voter in the precinct in which the

26  person seeks to vote; and

27          (2)  is eligible to vote in the election.

5

H.B. No. 218

1      SECTION 7.  Section 521.422, Transportation Code, is amended

2 by amending Subsection (a) and adding Subsection (d) to read as

3 follows:

4      (a)  Except as provided by Subsection (d), the [The] fee for

5 a personal identification certificate is:

6      (1)  $15 for a person under 60 years of age;

7      (2)  $5 for a person 60 years of age or older; and

8      (3)  $20 for a person subject to the registration

9 requirements under Chapter 62, Code of Criminal Procedure.

10      (d)  The department may not collect a fee for a personal

11 identification certificate issued to a person who executes an

12 affidavit stating that the person is financially unable to pay the

13 required fee and:

14      (1)  who is a registered voter in this state and

15 presents a valid voter registration certificate; or

16      (2)  who is eligible for registration under Section

17 13.001, Election Code, and submits a registration application to

18 the department.

19      SECTION 8.  This Act takes effect September 1, 2007.

# LEGISLATIVE BUDGET BOARD
## Austin, Texas

## FISCAL NOTE, 80TH LEGISLATIVE REGULAR SESSION
### Revision 1

## April 16, 2007

**TO:** Honorable Leo Berman, Chair, House Committee on Elections

**FROM:** John S. O'Brien, Director, Legislative Budget Board

**IN RE: HB218** by Brown, Betty (Relating to requiring a voter to present proof of identification.), **As Introduced**

---

**Estimated Two-year Net Impact to General Revenue Related Funds** for HB218, As Introduced: an impact of $0 through the biennium ending August 31, 2009.

---

## General Revenue-Related Funds, Five-Year Impact:

| Fiscal Year | Probable Net Positive/(Negative) Impact to General Revenue Related Funds |
|---|---|
| 2008 | $0 |
| 2009 | $0 |
| 2010 | $0 |
| 2011 | $0 |
| 2012 | $0 |

## All Funds, Five-Year Impact:

| Fiscal Year | Probable Revenue Gain/(Loss) from *TEXAS MOBILITY FUND* 365 |
|---|---|
| 2008 | ($177,060) |
| 2009 | ($177,060) |
| 2010 | ($177,060) |
| 2011 | ($177,060) |
| 2012 | ($177,060) |

## Fiscal Analysis

The bill would amend Chapter 63 of the Election Code to require a voter to present qualifying identification, as described in the bill, in addition to a voter's registration certificate.

Qualifying identification would be one form of photo identification or two forms of proof of identification. Among the items that would constitute acceptable photo identification would be: a driver's license or personal identification card issued by the Texas Department of Public Safety (DPS) that had not expired, or expired no earlier than two years before the date presented.

The bill would amend Chapter 521 of the Transportation Code to prohibit DPS from collecting a fee for a personal identification certificate issued to a person who executed an affidavit stating that the person was financially unable to pay the required fee, and the person was a registered voter in the state or would be eligible for registration and would submit a registration application to DPS.

The changes in law made by this bill relating to additional requirements for a registration application would apply only to an application for voter registration submitted on or after the effective date of the bill.  This bill would take effect September 1, 2007.

The Department of Public Safety estimates that the provision of the bill that would exempt certain applicants from payment for an identification card would result in an annual revenue loss of $177,060 each fiscal year out of the General Revenue Fund.  Additional costs to implement the provisions of the bill are expected to be minimal and could be absorbed within current resources.

**Methodology**

The revenue loss is determined by applying the percentage of the population below poverty level (16.2%) to the estimated number of persons that would register to vote (72,864), the estimated number of persons eligible to execute the affidavit that they are financially unable to pay the fee for an identification card would be 11,804 (72,864  X 16.2% = 11,804).  If the fee were waived for these persons, the estimated revenue loss for the Texas Mobility Fund would be $177,060 for each fiscal year (11,804 x $15 = $177,060).

**Technology**

No significant impact to technology is anticipated.

**Local Government Impact**

No fiscal implication to units of local government is anticipated.

**Source Agencies:**   405 Department of Public Safety, 307 Secretary of State, 304 Comptroller of Public Accounts

**LBB Staff:** JOB, MN, MS

**HOUSE OF REPRESENTATIVES**

**NOTICE OF PUBLIC HEARING**

COMMITTEE:      Elections

TIME & DATE:    2:00 PM or upon final adjourn./recess
                Wednesday, February 28, 2007

PLACE:          E2.028

CHAIR:          Rep. Leo Berman

---

HB 101      Riddle / et al.
Relating to the procedures for registering to vote and
accepting a voter at a polling place.

HB 218      Brown, Betty
Relating to requiring a voter to present proof of
identification.

HB 265      Anchia
Relating to the registration of voters at a polling place and
related procedures.

HB 266      Anchia
Relating to the designation of certain election days as state
holidays.

HB 626      King, Phil
Relating to the procedures for registering to vote and
accepting a voter at a polling place.

HB 1290     Macias
Relating to the appeal of a decision of the Texas Ethics
Commission.


Bills will not necessarily be heard in the order that they are
posted.

---

**The House Committee on Elections**
80th Legislature
February 28, 2007
2:00 p.m. or upon final adjourn./recess
E2.028

## CORRECTED MINUTES

On March 14, 2007, the House Committee on Elections authorized the correction of the  minutes for the meeting of the House Committee on Elections held on February 28, 2007. The following are the corrected minutes for that meeting:

Pursuant to a notice posted on February 23, 2007, the House Committee on Elections met in a public hearing and was called to order by the chair, Representative Berman, at 5:00 p.m.

The roll was answered as follows:

Present:          Representatives Berman; Bohac; England; Farias; Howard, Charlie (5).

Absent:          Representatives Anchia; Burnam (2).

A quorum was present.

(Representative Anchia now present.)

(Representative Burnam now present.)

## <u>HB 265</u>

The chair laid out HB 265.

The chair recognized Representative Anchia to explain the measure.

Representative Bohac offered a complete committee substitute.

Testimony was taken.  (See attached witness list.)

The chair recognized Representative Anchia to close on the measure.

The committee substitute was withdrawn without objection.

The bill was left pending without objection.

(Representative England now present.)

## HB 1290

The chair laid out HB 1290.

The chair recognized Representative Macias to explain the measure.

Testimony was taken.  (See attached witness list.)

The chair recognized Representative Macias to close on the measure.

The bill was left pending without objection.

(Representative Farias now present.)

## HB 266

The chair laid out HB 266.

The chair recognized Representative Anchia to explain the measure.

Testimony was taken.  (See attached witness list.)

The chair recognized Representative Anchia to close on the measure.

The bill was left pending without objection.

(Representative Bohac now present.)

## HB218, HB626, HB101

The chair laid out HB218, HB626, HB101.

The chair recognized Representative Brown, Betty to explain HB 218.

The chair recognized Representative King, Phil to explain HB 626.

The chair recognized Representative Riddle to explain HB 101.

Testimony was taken.  (See attached witness list.)

(Representative Bohac now present.)

The chair closed on  HB 626.

The chair recognized Representative Brown, Betty to close on HB 218.

The chair recognized Representative Riddle to close on HB 101.

The bills were left pending without objection.

At 10:40 p.m., on the motion of Representative Anchia and without objection, the meeting was adjourned subject to the call of the chair.

_____
Rep. Berman, Chair

_____
Patrick Dudley, Clerk

WITNESS LIST

Elections Committee

February  28, 2007 - 2:00 PM or upon final adjourn./recess

HB  101

        For:     Benkiser, Tina (Republican Party of Texas)

                 Borden, Bill  (Self)

                 Johnson, Ed  (Self)

                 Wallace, Skipper (Texas Republican County Chairman's Association State Legislature Chairman)

      Against:   Camarillo, Lydia (SVREP)

                 Courage, John (True Courage Action Network)

                 Figueroa, Luis (Mexican American Legal Defense & Education Fund (MALDEF))

                 Flippin, Kenneth  (Self)

                 Santana, Sonia (ACLU-TX)

                 Smith, Bryson McCall (Coalition of Texans with Disabilities)

                 Sperry, Teri (True Courage Action Network)

                 Vanhoose, Laurie (Advocacy, Incorporated)

       On:     McFarland, Adrienne (Texas Attorney General's Office)

                 McGeehan, Ann (Texas Secretary of State - Elections Division)

     Registering, but not testifying:

       For:     Collins, Mary Ann  (Self)

                 Colyandro, John (Texas Conservative Coalition)

                 Duerstine, Russ (Tom Green County G.O.P.)

                 Galloway, Carolyn (Texas Eagle Forum Citizens for Immigration Reform)

      Against:   Arthur, Joy (People for the American Way)

                 Bailey, Ken (Texas Democratic Party)

                 Barrick, Susan  (Self)

                 Champion, Mario (Latinos for Texas)

                 Cody, Debra (City of College Station)

Dean, Kathryn (ACLU)

Dorren, Perry  (Self)

Finch, Mary (League of Women Voters of Texas)

Gutierrez, Ysidro  (Self)

Harrell, Will (NAACP of Texas)

Hooks, Connie (City of College Station, Texas)

Jones, Johnnie  (Self)

Littles, Paula (Texas AFL CIO)

Milam, Toni (City of Buda)

Morstad, Tim (AARP)

Pacheco, Rosa E.  (Self and Gray Panthers)

Park, Jodi (Coaltion of Texans w/Disabilities/CTD)

Tafoya, Marcelo  (Self and Lulac (League of Latin American Citizens))

Woodford, Suzy (Common Cause Texas)

On:     Forte, Marty  (Self and Dallas County Republican Party)

Raborn, Steve  (Self and Tarrant County Elections)

HB  218

For:     Benkiser, Tina (Republican Party of Texas)

Borden, Bill  (Self)

Johnson, Ed  (Self)

Wallace, Skipper (Texas Republican County Chairman's Association
State Legislature Chairman)

Against:   Camarillo, Lydia (SVREP)

Courage, John (True Courage Action Network)

Figueroa, Luis (Mexican American Legal Defense & Education Fund (MALDEF))

Against:  Flippin, Kenneth  (Self)

Santana, Sonia (ACLU-TX)

Smith, Bryson McCall (Coalition of Texans with Disabilities)

Sperry, Teri (True Courage Action Network)

Vanhoose, Laurie (Advocacy, Inc.)

On:     McFarland, Adrienne (Texas Attorney General's Office)

McGeehan, Ann (Texas Secretary of State - Elections Division)

Registering, but not testifying:

For:    Collins, Mary Ann  (Self)

Colyandro, John (Texas Conservative Coalition)

Duerstine, Russ (Tom Green County G.O.P.)

Galloway, Carolyn (Texas Eagle Forum
Citizens for Immigration Reform)

Against:   Arthur, Joy (People for the American Way)

Bailey, Ken (Texas Democratic Party)

Barrick, Susan  (Self)

Champion, Mario M. (Latinos for Texas)

Cody, Debra (City of College Station)

Dean, Kathryn (ACLU)

Dorren, Perry  (Self)

Finch, Mary (League of Women Voters of Texas)

Gutierrez, Ysidro  (Self)

Harrell, Will (NAACP of Texas)

Hooks, Connie (City of College Station)

Jones, Johnnie  (Self)

Littles, Paula (Texas AFL CIO)

Milam, Toni (City of Buda)

Morstad, Tim (AARP)

Pacheco, Rosa  (Self and Gray Panthers)

Park, Jodi (Coaltion of Texans w/Disabilities/CTD)

Tafoya, Marcelo  (Self and Lulac (League of Latin American Citizens))

Woodford, Suzy (Common Cause Texas)

On:    Forte, Marty  (Self and Dallas County Republican Party)

Raborn, Steve  (Self and Tarrant County Elections)

HB  265 - Committee Substitute  (Bohac)

For:    Courage, John (True Courage Action Network)

Debeauvoir, Dana  (Self)

Figueroa, Luis (Mexican American Legal Defense & Educational Fund (MALDEF)

Flippin, Kenneth  (Self)

Harrell, Will (NAACP of Texas)

McCall Smith, Bryson (Coalition of Texans with Disabilities)

Santana, Sonia (ACLU-TX)

Vanhoose, Laurie (Advocacy, Inc.)

Against:   Benkiser, Tina J.  (Self and Republican Party of Texas)

Borden, Bill  (Self)

Duerstine, Russ (Tom Green County G.O.P.)

Forte, Marty  (Self and Dallas County Republican Party)

Wallace, Skipper (Texas Republican County Chairman's Association State Legislative Chairman)

On:   Martinez, Ray (Tx. Conference of Urban Counties)

McGeehan, Ann (Texas Secretary of State - Elections Division)

Raborn, Steve  (Self and Tarrant County Elections)

Registering, but not testifying:

For:   Bailey, Ken (Texas Democratic Party)

---

For:   Barrick, Susan  (Self)

Brooks, Jeffrey E. (Texas Public Interest Research Group)

Camarillo, Lydia (SVREP)

Champion, Mario M. (Latinos for Texas)

Dean, Kathryn (ACLU)

Finch, Mary (League of Women Voters of Texas)

Gutierrez, Ysidro  (Self)

Isaacson, Nathanael (People for the American Way)

Jones, Johnnie  (Self)

Littles, Paula (Texas AFL CIO)

Park, Jodi (Coalition of Texans w/Disabilities/CTD)

Sperry, Teri (True Courage Action Network)

Tafoya, Marcelo  (Self and Lulac (League of Latin American Citizens))

Woodford, Suzy (Common Cause Texas)

Against:   Collins, Mary Ann  (Self)

McElveen, Kenneth  (Self)

<u>HB  266</u>

For:   Debeauvoir, Dana (County & District Clerks Legislative Cmte)

Harrell, Will (NAACP of Texas)

Littles, Paula (Texas AFL-CIO)

Against:   Borden, Bill  (Self)

Galloway, Bruce  (Self)

Wallace, Skipper (Texas Republican County Chairman's Association State Legislative Chairman)

On:   Martinez, Ray (Tx. Conference of Urban Counties)

McGeehan, Ann (Texas Secretary of State - Elections Division)

Registering, but not testifying:

For:   Bailey, Ken (Texas Democratic Party)

Barrick, Susan  (Self)

Champion, Mario M. (Latinos for Texas)

Dean, Kathryn (ACLU)

Figueroa, Luis (Mexican American Legal Defense & Education Fund)

Flippin, Kenneth  (Self)

Gutierrez, Ysidro  (Self)

Isaacson, Nathanael (People for the American Way)

Jones, Johnnie  (Self)

Reeves, Stephen (Christian Life Commission)

Santana, Sonia (ACLU-TX)

Sperry, Terri (True Courage Action Network)

Tafoya, Marcelo  (Self and Lulac (League of Latin American Citizens))

Woodford, Suzy (Common Cause Texas)

Against:   Collins, Mary Ann  (Self)

<u>HB  626</u>

For:   Benkiser, Tina (Republican Party of Texas)

Borden, Bill  (Self)

Johnson, Ed  (Self)

Wallace, Skipper (Texas Republican County Chairman's Association State Legislature Chairman)

Against:   Camarillo, Lydia (SVREP)

Courage, John (True Courage Action Network)

Figueroa, Luis (Mexican American Legal Defense & Education Fund (MALDEF))

Flippin, Kenneth  (Self)

Santana, Sonia (ACLU-TX)

---

Against:   Smith, Bryson McCall (Coalition of Texans with Disabilities)

Sperry, Teri (True Courage Action Network)

Vanhoose, Laurie (Advocacy, Inc.)

On:   McFarland, Adrienne (Texas Attorney General's Office)

McGeehan, Ann (TX Sec. of State - Elections Division)

Registering, but not testifying:

For:   Collins, Mary Ann  (Self)

Colyandro, John (Texas Conservative Coalition)

Duerstine, Russ (Tom Green County G.O.P.)

Forte, Marty  (Self and Dallas County Republican Party)

Galloway, Carolyn (Texas Eagle Forum
Citizens for Immigration Reform)

Against:   Arthur, Joy (People for the American Way)

Bailey, Ken (Texas Democratic Party)

Barrick, Susan  (Self)

Champion, Mario (Latinos for Texas)

Cody, Debra (City of College Station)

Dean, Kathryn (ACLU)

Dorren, Perry  (Self)

Finch, Mary (League of Women Voters of Texas)

Gutierrez, Ysidro  (Self)

Harrell, Will (NAACP of Texas)

Hooks, Connie (City of College Station)

Jones, Johnnie  (Self)

Littles, Paula (Texas AFL CIO)

McElveen, Kenneth  (Self)

Milam, Toni (City of Buda)

Morstad, Tim (AARP)

Park, Jodi (Coaltion of Texans w/Disabilities/CTD)

Tafoya, Marcelo  (Self and Lulac (League of Latin American Citizens))

Woodford, Suzy (Common Cause Texas)

On: Raborn, Steve  (Self and Tarrant County Elections)

HB  1290

On: Ashley, Natalia Luna (Texas Ethics Commission)

Registering, but not testifying:

For: Courage, John (True Courage Action Network)

1

TEXAS HOUSE OF REPRESENTATIVES

COMMITTEE ON ELECTIONS

FEBRUARY 28, 2007


(EXCERPT OF HEARING REGARDING

HB 1290, HB 266, HB101, HB 218 AND HB 626)

Transcribed by Jean Thomas Fraunhofer, CSR


April 30, 2012



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00205011

2

```
 1              (TIMER: 1:18:28 to 4:36:31)
 2              CHAIRMAN BERMAN:  The chair calls Russ
 3     Duerstine.  Russ, would you state your name and who
 4     you're representing?  And you're showing as being
 5     against House Bill 265.
 6              MR. DUERSTINE:  Thank you, Mr. Chairman.
 7     Russ Duerstine, Tom Green County Republican Party
 8     chairman located in San Angelo, Texas.  And I do rise to
 9     speak against the committee substitute.  I -- My primary
10     concern is voter fraud.  It is the ability to move large
11     amounts or even small amounts of voters in a short
12     period of time.  I do believe the ability for somebody
13     to vote, even if they're living in the YMCA, is
14     something they should be able to do.  And because they
15     can do that, it would be very easy to move a significant
16     number of people for one night to the YMCA, register to
17     votes that day and effect an election.
18              I have three county districts or three
19     precincts that are very Republican in county.  I have
20     one that's really close, 50/50.  Conceivably, I could
21     convince a handful of people to move to that one
22     precinct where it's really close between Democrats and
23     Republicans, get them to register at the YMCA that's in
24     that precinct that's close, and they're all going to
25     vote for people on the ballot they like anyways, so we
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

3

1    could affect a commissioner's race in that one precinct.

2                   I would never do that -- never consider

3    doing that, but I can imagine it being done at a county

4    level.  I can imagine it being done at a congressional

5    district, and God forbid we have state races where

6    people are imported from other states to affect who

7    Texans pick as their governor, lieutenant governor,

8    senator, what-have-you.  So I'm very concerned about the

9    ability to affect an outcome by having people to

10   register to vote in a temporary living facility such as

11   the YMCA.

12                  CHAIRMAN BERMAN:  Members, any questions?

13   Mr. England?

14                  REPRESENTATIVE ENGLAND:  Are you aware

15   that if they lived at the YMCA, they'd have to have a

16   utility bill addressed to the person dated not earlier

17   than the 30th day before the person seeks to vote?  Is

18   that right, Mr. Anchia?

19                  REPRESENTATIVE ANCHIA:  We would deny a

20   person living at the YMCA who does not have a utility

21   bill in their home.

22                  REPRESENTATIVE ENGLAND:  I sure hope so.

23   I sure hope so according to -- Again Mr. Anchia, can you

24   help me there?  Would I want to deny somebody --

25                  CHAIRMAN BERMAN:  Mr. Anchia, if you could



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007342

4

```
1     answer the question.

2               REPRESENTATIVE ANCHIA:  Thank you,

3     Mr. Chair.  The bill reads you as follows.  You either

4     have to present a driver's license to prove you're -- a

5     valid driver's license to prove your residency at a

6     particular precinct or in the absence of that, you could

7     provide a -- a utility bill that had your address on it

8     that was valid for an -- and I'll read the language

9     specifically for you, but it would be utility bill,

10    address of the person, dated not earlier than 30 days

11    before the date the person seeks to vote.  So not

12    earlier is the key language there.  And a Texas driver's

13    license or state Voter ID that was out of date

14    potentially that, for example, at your old address.  So

15    you'd have the utility bill from your current address,

16    the driver's license with the photo ID or the state ID

17    at the old address or a passport or a -- a US military

18    identification card.

19               So the key is to determine the address,

20    your current address and that could be done through a

21    valid driver's license, a valid state ID or a utility

22    bill plus the other form of identification.  So, I mean,

23    the scenario -- Well, I'll speak in my closing to -- to

24    the -- to some of the concerns about voters coming in

25    and voting on or being imported from other states.
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00205014

1              MS. EDELMAN:  It just seems to me

2      relatively easy to establish residence and/or you have

3      to deny people who are legitimately in that situation

4      the ability to vote and neither seemed probable to me.

5              CHAIRMAN BERMAN:  Members, any other

6      questions?  Russ, thank you for your testimony.

7              REPRESENTATIVE ENGLAND:  Thank you,

8      Mr. Chairman.

9              CHAIRMAN BERMAN:  The chair calls Tina

10     Benkiser?

11             MS. BENKISER:  Thank you, Mr. Chairman.

12     My name is Tina Benkiser on -- here on behalf of myself

13     as well as the Republican party of Texas where I serve

14     in a voluntary capacity as its chairman.  I think

15     there's one point that needs to be made in considering

16     this particular bill.  Under the provisions of HAVA, a

17     voter registration must be checked against the Social

18     Security database or the DPA driver's license database.

19     At this time no county has the ability to do that check.

20     Only the Secretary of State does, so -- so no county

21     could voluntarily choose to participate unless it has an

22     expensive contract with DPS or the Social Security

23     Administration.

24             CHAIRMAN BERMAN:  Members, any questions?

25     Mr. Anchia?



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

Case 2:13-cv-00193   Document 726-1   Filed on 11/17/14 in TXSD   Page 26 of 211
House Elections Committee Hearing                February 28, 2007

6

1          REPRESENTATIVE ANCHIA:  Yes, ma'am.

2     Thanks, Ms. Benkiser.  If the Secretary of State gave a

3     county the -- the ability or contracted with the

4     county -- gave the county the ability to access its --

5     its files to verify the very information that you

6     suggested, do you believe that that would be HAVA

7     compliant?

8          MS. BENKISER:  I'm not an expert in HAVA.

9     I understand -- What I would say is I'm sure the

10    Secretary of State would be able to give you that --

11    that information.  I think we also had an expert -- a

12    former Federal Elections Commission expert that would be

13    better able to answer that question than I would.

14          REPRESENTATIVE ANCHIA:  And you are aware

15    that the bill provides the Secretary of State the

16    opportunity to create rules to implement the temporary

17    pilot program, and those rules certainly could include

18    access to the Secretary of State's database to check the

19    very information that you are concerned about, correct?

20          MS. BENKISER:  Again, I'm simply saying

21    that under the provisions, currently there is no county

22    that can do that, and, in fact, if you look at the

23    counties that are already on line with the Secretary of

24    State's office, there are only 126 out of 254 and none

25    of those are large counties.  There's probably pretty



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00205016

7

```
 1        good reason for that.  We're still in the developmental
 2        stage, so I think we really shouldn't get the cart
 3        before the horse in this.
 4                    REPRESENTATIVE ANCHIA:  And you realize
 5        that this is a voluntary program so that --
 6                    MS. BENKISER:  That's --
 7                    REPRESENTATIVE ANCHIA:  -- a county
 8        that -- that --
 9                    MS. BENKISER:  I realize that.
10                    REPRESENTATIVE ANCHIA:  -- that would be
11        interested in participating would have to have the
12        ability to implement the program?
13                    MS. BENKISER:  Right.  And, currently,
14        they could not do that unless they had an expensive
15        contract.  I know there's been some testimony that there
16        was no fiscal note.  I think there's probably been
17        testimony just recently that there was indeed a very
18        huge fiscal note.  I'm simply saying this is one more
19        element of that.  Thank you.
20                    REPRESENTATIVE ANCHIA:  Thank you,
21        Ms. Benkiser.
22                    CHAIRMAN BERMAN:  Members, any other
23        questions?
24                    UNIDENTIFIED SPEAKER:  Question for you.
25        Any concern with voter fraud?
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00205017

8

1            MS. BENKISER:  I'm always --

2            UNIDENTIFIED SPEAKER:  Just curious.

3            MS. BENKISER:  -- concerned about voter

4      fraud.  Unfortunately, it is still alive and well in

5      Texas, but, again, I think the point here -- and I will

6      be addressing some things later, but certainly with any

7      of these issues, there is -- and I never cease to be

8      amazed at the creativity of people out there who want to

9      keep every -- every qualified citizen from having their

10     one vote and having their one vote counted.  Yes, there

11     are always voter fraud concerns.

12            UNIDENTIFIED SPEAKER:  Any concern that

13     this particular bill would increase voter fraud cases?

14            MS. BENKISER:  I have not sat down and

15     given that a great deal of thought.  I will tell you I

16     served as election judge for many years, and every time

17     there's a system devised to minimize, there are people

18     who found ways around it.  I've seen many, many things,

19     and I certainly can see that this would provide that

20     opportunity as well.

21            UNIDENTIFIED SPEAKER:  Any idea how many

22     voter fraud cases were prosecuted in Texas last year?

23            MS. BENKISER:  I know that the Secretary

24     of State forwarded about 50 cases of voter fraud to the

25     Attorney General for action since 2004.  That certainly



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

9

1   does not include any and all cases that may have been

2   sent to district attorneys across the state.  Of course,

3   the Attorney General only has jurisdiction in

4   multi-county race races.  So I don't know that

5   particular number, if that -- if that answers your

6   question.

7                    UNIDENTIFIED SPEAKER:  No idea how many

8   cases outside of the AG's office?

9                    MS. BENKISER:  I know lots of specific

10  instances, but I do not know of a solid number outside

11  of the AG's office.  No, sir, I don't.

12                   UNIDENTIFIED SPEAKER:  Thank you.

13                   CHAIRMAN BERMAN:  Ms. Benkiser, thank you.

14  Mr. Burnam?

15                   REPRESENTATIVE BURNAM:  I just wanted a

16  clarification on the fiscal note.  I think what you were

17  talking about was the fiscal note on the original bill

18  which would have -- because it wasn't voluntary had an

19  extension.  This is strictly voluntary, and so it will

20  be a fiscal note for the individual county which means

21  whatever election administrator is in charge, they'd

22  have to go justify it to their county judge or the

23  appropriate administrator; is that right?

24                   MS. BENKISER:  Well, my primary point here

25  was that under the current provisions of HAVA and given



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007348

House Elections Committee Hearing                    February 28, 2007

10

1    that those voter registrations have to be checked

2    against either the Social Security database or the DPS

3    driver's license base, that no county has the ability to

4    do that, and so, in fact, any of those counties who

5    voluntarily chose to participate would in fact have to

6    have a contract with DPS or with the Social Security

7    Administration or something of that nature in order to

8    even do what you're -- you're giving them the ability to

9    voluntarily do.

10              REPRESENTATIVE BURNAM:  So you're really

11   kind of putting people on due notice.  If you do do

12   this, it's going to cost you more than you might be

13   thinking a county.

14              MS. BENKISER:  I'll just say you guys have

15   5,000 bills or so that will probably be filed before the

16   end of the session.  There are numerous things that are

17   truly important for the State to do.  I'm simply up here

18   to point out that in this particular bill, it's really

19   sort of nonsensical, if you will.

20              REPRESENTATIVE BURNAM:  So in answer to my

21   question, my question to you was about your giving

22   notice that the fiscal note to a county might be higher

23   than what they were thinking?

24              MS. BENKISER:  Absolutely.  That is one

25   notice, but they cannot voluntarily participate unless



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

11

1        they take an additional step.  They do not in their own

2        right as it stands under this bill have the ability to

3        do what you're giving them the opportunity to do.

4                    REPRESENTATIVE BURNAM:  I appreciate your

5        warning to my election administrator.  Thank you.

6                    MS. BENKISER:  Thank you.

7                    CHAIRMAN BERMAN:  Thank you, Ms. Benkiser.

8        Chair calls Mario Champion.  Mr. Champion?

9                    THE CLERK:  He had to leave.

10                   CHAIRMAN BERMAN:  Okay.  We show

11       Mr. Champion as being for the bill.  Are there any other

12       witnesses that would like to testify for, on or against

13       the bill?  Do you have a registration form, sir?  What

14       is your name, sir?

15                   MR. BORDEN:  Bill Borden.

16                   CHAIRMAN BERMAN:  Borden, b-O-R-D-E-N.

17       Let me look through this here.  Mr. Borden, I'm going to

18       ask you to come up and testify, and we'll complete

19       another form for you just as soon as you're finished.

20                   MR. BORDEN:  And I'll certainly fill it

21       out first.

22                   CHAIRMAN BERMAN:  Okay.  Mr. Borden, just

23       one second, please.  You have to sign the affirmation

24       form first before you testify.

25                   MR. BORDEN:  I have to sign that.  Okay.



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007350

12

1    Sure.  Be happy to.

2                    CHAIRMAN BERMAN:  The affirmation form is

3    your --

4                    MR. BORDEN:  Signed it on some other

5    bills.  I can sign it on this one if you want.

6                    CHAIRMAN BERMAN:  Yeah.  Give him another

7    affirmation form, please.

8                    MR. BORDEN:  I'm sorry.  Okay.  Can I fill

9    out the rest of the form address after I testify?

10                   CHAIRMAN BERMAN:  Well, just sign that in

11   the case -- that you swear that the testimony you are

12   about to give is true and is truth and nothing but the

13   truth.  That takes place at a oath -- takes place at a

14   oath.  And you're testifying on committee substitute

15   House Bill 265?

16                   MR. BORDEN:  Right.  I'm testifying

17   against.

18                   CHAIRMAN BERMAN:  All right.  Would you

19   state your name, sir, and who you're with?

20                   MR. BORDEN:  Yes, sir.

21                   CHAIRMAN BERMAN:  I'm with myself.  My

22   name is Bill Borden, B-O-R-D-E-N, like Borden Ice Cream,

23   milk, cottage cheese.  Good food.  I'm from Harris

24   County.  Mr. Anchia asked a question earlier about

25   anybody getting heartburn from some of the things that



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007351

House Elections Committee Hearing                    February 28, 2007

13

1     have been missing here, and I am, bad.

2                Mr. Chairman, I am the former -- first of

3     all, I've been an election judge, election clerk, member

4     of an early ballot board, member of the signature

5     verification committee, a primary director and chairman

6     of a ballot security committee for the Republican party

7     since the mid-'60s.  That's before many of you were

8     born.  I've had a little experience with elections, and

9     I question when I hear information from other states

10    about the integrity of the process of same day voter

11    registration.  I seriously question the veracity of that

12    information just based on my own experience here in the

13    State of Texas.

14                Let me -- Let me just mention a few things

15    to you about this.  First of all, I think this is a

16    slippery slope in the direction of same day voter

17    registration, and we some sub information from a number

18    of voter registrars around the State of Texas that will

19    tell you that the integrity of the voter registration on

20    same day voter registration just absolutely cannot be

21    verified with any significance -- significant accuracy,

22    and I think that the -- that the testimony that's been

23    previous here has indicated some of that.

24                I've got a three page list in 9 and a half

25    point type on war stories of voter fraud that's occurred



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007352

House Elections Committee Hearing                    February 28, 2007

14

1      in the State of Texas.  I want to tell you about one --

2      one to two cases that we've dealt with.  We have one

3      case in suburban Harris County area where a person was

4      registered to vote in two counties, and the reason he

5      was is because he lived in two counties.  How did he

6      live in two counties?  The county line split his house.

7      He made the -- He made the case that -- that when he

8      slept in the bedroom, he was -- one bedroom, he was in

9      one county.  When he slept in another bedroom, it was

10     another county.  His -- When he got caught, he said,

11     well, I'm a taxpayer in both counties.  I ought to be

12     able to vote in both counties.  Well, I -- that's hard

13     to argue with except that he was registered to vote

14     twice and voters license, and this is not uncommon.

15              We've caught a number of other people that

16     have been registered to vote twice because the county

17     line split their house in suburban areas of major

18     cities.  In -- In the suburban -- one suburban area, we

19     found 300 -- over 300 ballots by mail that were avoided

20     by proxy for advanced Alzheimer's patients at a nursing

21     home.  Another case, we found -- at an early location,

22     we found over 200 ballots that were cast by people

23     voting and appearing at polling places in alphabetical

24     order.  When they were questioned by the election judge

25     and the election clerk, said, well, the people just



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007353

TX_00205024

House Elections Committee Hearing                February 28, 2007

15

1    happened to show up that way.

2              Ladies and gentlemen, the problem we have

3    with voting in the State of Texas is that we need to

4    make sure that everybody's right to vote is protected

5    and equally as important.  We need to make sure that the

6    integrity of the process is also protected, and right

7    now, we have serious problems with the integrity of the

8    voting process in the State of Texas and that needs to

9    be addressed.  At the present time, 18 year olds can

10   register to vote at 17 years and 10 months of age.  As a

11   deputy voter registrar, ever since the deputy voter

12   registrar law went into effect, I've registered a number

13   of those people because I've gone to my church that has

14   a school with it, and I've registered some of those

15   students that have just turned or going to be 18 before

16   the next election.

17             We had a -- We had a case in Harris County

18   where we had 113 percent voter turn out folks.  That's

19   13 percent more than there are registered voters.

20   The -- the -- The issues that we deal with and I think

21   this committee ought to be dealing with are issues to

22   protect the integrity and the veracity of elections in

23   the State of Texas more so than -- engage more people to

24   participate in the elections because the participation

25   is available.  Now, the people who don't participate are



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00205025

16

1      the ones who just don't show up to vote.  Thank you,

2      Mr. Chairman.

3                 CHAIRMAN BERMAN:  Mr. Borden, let me see

4      if there are any questions.  Mr. Anchia?

5                 REPRESENTATIVE ANCHIA:  Thanks for

6      testifying, Mr. Borden.  I appreciate your testimony.  I

7      appreciate you being here today.  I -- You mentioned a

8      couple of things I just want to clarify.

9                 MR. BORDEN:  Okay.

10                 REPRESENTATIVE ANCHIA:  You talked

11      about -- talked about substantial information that had

12      been presented about -- from across the state about how

13      same day voter registration creates fraud.  Can you

14      document that for me?

15                 MR. BORDEN:  I don't have that all with

16      me. I can't --

17                 REPRESENTATIVE ANCHIA:  Do you have any of

18      it with you?

19                 MR. BORDEN:  I don't have any of it with

20      me.

21                 REPRESENTATIVE ANCHIA:  Okay.

22                 MR. BORDEN:  I don't have any of that with

23      me.  I tell you -- I want to tell you this a

24      substantial -- I was formerly in a private investigation

25      business, and some of the issues that we dealt with in



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007355

TX_00205026

Case 2:13-cv-00193   Document 726-1   Filed on 11/17/14 in TXSD   Page 37 of 211
House Elections Committee Hearing                    February 28, 2007

17

1    voter fraud involved some of the investigation that we

2    did.  I will tell you -- and, by the way -- Well, my

3    second point.  I will tell you that much of the

4    information that we have on that is intuitive and

5    empirical rather than having the concrete information to

6    show that it's -- that to show you all that we have it

7    here.

8                    I will tell you this.  I was involved in

9    2000 down in the State of Florida counting chads, and we

10   found -- we were sitting there in rooms with multiple

11   people counting chads of observing voting fraud -- voter

12   fraud taking place in our presence with at least two

13   people who had fingernails sharpened to a point so as

14   they counted punch card ballots, they were punching

15   holes in the ballots.

16                    REPRESENTATIVE ANCHIA:  Can I ask you what

17   hanging chads has to do about same day voter

18   registration?

19                    MR. BORDEN:  Just has to do with the fact

20   that there is some voter fraud that is associated

21   with --

22                    REPRESENTATIVE ANCHIA:  Okay.

23                    MR. BORDEN:  -- the integrity of the

24   process.  My -- One of my concerns with same day voter

25   registration is a slippery slope that we're looking at.



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

18

1       We're looking at -- We're looking at moving into the

2       direction of same day voter registration.  We're looking

3       at making it more possible for people -- for more people

4       to be registered voters, which I have no problem with,

5       providing we can verify the veracity of voters.

6                       REPRESENTATIVE ANCHIA:  Are you aware that

7       seven states have same day voter registration?

8                       MR. BORDEN:  I'm very aware of that.

9                       REPRESENTATIVE ANCHIA:  Would you

10      characterize Idaho as a state that -- where there's a

11      lots of voter fraud or a state that is --

12                      MR. BORDEN:  No, sir.

13                      REPRESENTATIVE ANCHIA:  -- not -- not

14      conservative or not protective of its -- of its election

15      system?

16                      MR. BORDEN:  I knew that question was

17      coming.  I would -- I would say this about it.  You

18      know, I don't know.

19                      REPRESENTATIVE ANCHIA:  About Idaho?

20                      MR. BORDEN:  Yeah.  It's in this, but I

21      don't know that -- I don't know -- I don't know what

22      kind of problems they have, if they have any at all.

23                      REPRESENTATIVE ANCHIA:  Okay.

24                      MR. BORDEN:  But I do know this.  Based

25      upon my own experience in having dealt with issues in


ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007357

House Elections Committee Hearing                    February 28, 2007

                                                                19

1        the State of Texas, I do know that there is no possible

2        way that they could confirm the veracity of voters

3        registered on election day.  No possible way.  It can't

4        be done.

5                        REPRESENTATIVE ANCHIA:  You said you know

6        of no situation in Idaho.  Do you know of a situation in

7        Wyoming?

8                        MR. BORDEN:  I don't know --

9                        REPRESENTATIVE ANCHIA:  Do you know --

10                       MR. BORDEN:  If the state --

11                       REPRESENTATIVE ANCHIA:  Do you know the

12       situation of New Hampshire?

13                       MR. BORDEN:  I don't know the cases in any

14       of those states.

15                       REPRESENTATIVE ANCHIA:  Of Maine,

16       Minnesota --

17                       MR. BORDEN:  Don't know any of them.

18                       REPRESENTATIVE ANCHIA:  Wisconsin?  Okay.

19       I just wanted to check.

20                       MR. BORDEN:  No, I haven't checked those.

21                       CHAIRMAN BERMAN:  Because you talked about

22       war stories and war stories sometimes are like fish

23       stories.  They're not true, so -- so when you -- when

24       you -- when you -- when you talk about sort of

25       widespread substantial information and widespread voter



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007358

20

```
 1    fraud related to to same day voting, I just would like
 2    to know if you have anything to substantiate that claim.
 3                   MR. BORDEN:  Do I have such?  I have three
 4    sheets, three pieces of paper here with nine point type,
 5    three columns, with the issues that have occurred in the
 6    State of Texas.
 7                   REPRESENTATIVE ANCHIA:  On same day voter
 8    registration?
 9                   MR. BORDEN:  Not on same a voter
10    registration.
11                   REPRESENTATIVE ANCHIA:  Oh, okay.  I
12    just -- I just --
13                   MR. BORDEN:  Not on same day.
14                   REPRESENTATIVE ANCHIA:  I'm checking.
15    Just checking.
16                   MR. BORDEN:  Registration, I'm not -- I'm
17    not talking about that.  What I'm telling you is that
18    this is a slippery slope direction of the inability to
19    verify the accuracy of the people who are registered to
20    vote.
21                   REPRESENTATIVE ANCHIA:  Thanks for your
22    testimony.
23                   CHAIRMAN BERMAN:  Mr. Borden, we found
24    your witness affirmation form for another bill, but you
25    have to fill one out for each bill.
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007359

21

1              MR. BORDEN:  I did.  I -- I -- I did

2      after.

3              CHAIRMAN BERMAN:  Yeah.  Well, you can

4      finish that one right there, Bill.

5              MR. BORDEN:  I will.

6              CHAIRMAN BERMAN:  And we'll take care of

7      that.  Thank you.

8              MR. BORDEN:  Thank you very much, sir.

9              CHAIRMAN BERMAN:  You bet.  Did you find

10     it?  All right.  Can we have your form?  You will be

11     shown voting in favor of the bill.  Thank you very much

12     for bringing it to our attention.  Ladies and gentlemen,

13     is there anyone else who wishes to testify on, for or

14     against the committee substitute to House Bill 265?

15     Seeing none, the chair calls on Mr. Anchia to close.

16              REPRESENTATIVE ANCHIA:  Thank you,

17     Mr. Chair.  I appreciate the testimony of all the

18     witnesses and the dialogue that we've been able to have

19     related to this bill.  It seems like most of the people

20     that have testified against were concerned about voter

21     fraud.  The reality is that there's no evidence of voter

22     fraud in any of the states that have -- there's no

23     evidence of voter fraud related to same day registration

24     in any of the states that -- that currently have it.

25              What it has shown is that it's an



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007360

House Elections Committee Hearing                February 28, 2007

22

```
 1     increased turn out substantially in all those states,

 2     and I will point out, you know, Charlie just said you

 3     may have a partisan bill.  This has nothing to do with

 4     red or blue, nothing to do with Republican or Democrat.

 5     Idaho's a Republican state.  Montana's a Republican

 6     state.  Wyoming's a Republican state.  They all have

 7     same day voter registration.  This is about access.

 8     This is about giving the opportunity -- giving the

 9     opportunity to people to come register to vote on the

10     same day that they want to vote because of whatever

11     circumstances.  There are very conservative provisions

12     in this pilot program that prevent voter fraud.

13             It was suggested that people might come

14     from other states in bus loads to vote.  That can

15     absolutely not happen under this pilot program because

16     people would actually have to reside in the precinct

17     where they said they live, and they would have to show

18     identification to prove that.  So the suggestion is

19     absolutely absurd that people would come from other

20     states and immediately be able to register and have the

21     opportunity to vote, to say that is to not read the

22     committee substitute, not understand the bill.

23             Mr. Chairman, I would hope for your

24     favorable consideration of this bill and that we have

25     the opportunity to vote it out post taste.  Thank you
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00205032

23

1       for the opportunity, Mr. Chairman, to lay it out, and --

2       and I especially appreciate, Mr. Chairman, your

3       constructive dialogue on this bill and your giving me

4       the ability to improve it.  Thank you.

5                   CHAIRMAN BERMAN:  Thank you, Mr. Anchia.

6       Members, we have three other witness forms that just

7       came in.  Mary Hatfield does not wish to testify, but

8       she's shown as being against House Bill -- committee

9       substitute to House Bill 265.  Susan Barrick being shown

10      as being for committee substitute to House Bill 265, and

11      Johnnie Jones, no testimony, but she's being shown to be

12      for committee substitute to House Bill 265.

13                   Members, if there's no objections, the

14      chair at this time withdraws the committee substitute to

15      House Bill 265 and will leave House Bill 265 pending as

16      is the custom of the committee.

17                   The Chair lays out House Bill 1290 by

18      Mr. Macias.  Mr. Macias, will you please tell us about

19      your wonderful bill?  I didn't sign those last three.

20                   REPRESENTATIVE MACIAS:  Well, good

21      evening, Mr. Chairman.  Thank you so much for the

22      opportunity, and my esteemed colleagues and members of

23      the committee.  I'm here today to lay out House Bill

24      1290.  It's a very simple bill, and I will not be asking

25      any questions of our esteemed committee.  I will receive



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007362

House Elections Committee Hearing                    February 28, 2007

24

1      any questions that you might have.

2                    The clarification of the bill that defines

3      the parties who can appeal an ethics commission final

4      decision.  The current code on Section 5733 of the

5      Government Code says that -- allows a person to file a

6      petition for appeal and that idea of person is not

7      defined, so it can be a person unrelated to the

8      complaint.  For example, if I was to have rendered --

9      there was a decision rendered by the ethics commission,

10     a decision on a complaint that I filed against another

11     member, if you will.  Our current law allows any

12     unrelated person, any person in this room or any other

13     person would be able to file an appeal of that decision.

14     And the bill would -- This bill, as I've laid out, would

15     limit the appeal process to just the complainant and the

16     respondent.  And it helps to define and clarify which is

17     currently in the law as fairly broad and just the word

18     person.  So we're just trying to make sure that we can

19     clean this up.

20                    The Texas Ethics Commission Task Force had

21     generated a report, and this is one of the

22     recommendations that was in that report to help clarify

23     from this point forward this idea of who in fact can

24     file for an appeal of a final decision by the

25     commission.  With that, I will be open to any other



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

JA_007363

25

1      questions, Mr. Chairman.

2                      CHAIRMAN BERMAN:  All right.  Mr. Macias,

3      thank you very much.  Members, do you have any questions

4      for Representative Macias?

5                      REPRESENTATIVE ANCHIA:  I'm just curious

6      how many bills you've presented before committees today.

7                      REPRESENTATIVE MACIAS:  This is my third

8      bill.

9                      REPRESENTATIVE ANCHIA:  This is your a

10     good.  All right.  I had my first today, and so I was

11     just wondering if you've been down this road before.

12                     REPRESENTATIVE MACIAS:  Yes, I have.  Yes,

13     I have.

14                     CHAIRMAN BERMAN:  Members, any other

15     questions?  No other questions.  We show John Courage?

16     No testimony, being for the bill, and we have Natalia

17     Luna Ashley as -- Mr. Burnam?  We have Ms. Ashley as a

18     witness for the Texas Ethics Commission, if any of you

19     have any questions for her.

20                     Okay.  Ms. Ashley, will you please come

21     forward?  Natalia?  Thank you.  State your name and who

22     you are with.

23                     MS. ASHLEY:  Natalia Ashley, Texas Ethics

24     Commission.

25                     REPRESENTATIVE ENGLAND:  Hi, Ms. Ashley.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00205035

26

1    The testimony earlier was that this was one of the

2    recommendations for the Texas Ethics Commission; is that

3    right?

4              MS. ASHLEY:  Just a recommendation for

5    clarification of the law, yes, sir.

6              REPRESENTATIVE HOWARD:  Okay.  So

7    clarification.  Was your clarification that you only

8    wanted these two claimant and/or the respondent or was

9    it you just wanted to say some definition of who the

10   person was?

11             MS. ASHLEY:  When the commission set out

12   its request for clarification, it presented three

13   options, and the commission is not taking any position

14   on any one of the options.  One of the options was just

15   the respondent being able to appeal.  The other option

16   was the respondent and the complainant and that the

17   other option was any person.  Basically, the commission

18   was just seeking a clarification as to what the

19   legislature would want in this area of law.

20             REPRESENTATIVE HOWARD:  Well, current

21   law -- As we I read this, current law says any person

22   could appeal.  Is that not right?

23             MS. ASHLEY:  That's correct.

24             REPRESENTATIVE HOWARD:  So that was one of

25   your options.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007365

27

1            MS. ASHLEY:  The law says a person, and so

2       we were unclear as to whether the legislature wanted --

3       intended that to be any person.

4            REPRESENTATIVE HOWARD:  Okay.  So if I

5       hire a political consultant and I'm paying them money

6       and they're supposed to keep up with these things,

7       they've been involved by hiring an attorney to help me,

8       if I'm a respondent, whatever, or complainant or if one

9       of my constituents comes to me and wants me to file a

10      complaint to whatever, and they want to follow up, and

11      they want to appeal under this bill, they would not be

12      able to do that; is that correct?

13           MS. ASHLEY:  That's correct.

14           REPRESENTATIVE HOWARD:  So --

15           MS. ASHLEY:  It would only be the person

16      against whom the complaint was filed and the person who

17      filed the complaint.

18           REPRESENTATIVE HOWARD:  That the person

19      that I'm paying -- I being an attorney or a political

20      consultant to follow this for me would not be able to do

21      that?

22           MS. ASHLEY:  If that person was not a

23      respondent or a complainant, that's correct.

24           REPRESENTATIVE HOWARD:  Whether the --

25      Most of the complaints are filed against the person



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007366

28

1     running for office typically or person who's given a

2     gift or whatever; is that correct.

3                    MS. ASHLEY:  Most of the respondents are

4     candidates or officers for an elective office.

5                    REPRESENTATIVE HOWARD:  All right.  So

6     your -- your -- your question was clarification about

7     who a person is.

8                    MS. ASHLEY:  Yes.

9                    REPRESENTATIVE HOWARD:  Okay.  And what I

10    have suggested to you is a person could be a consultant,

11    could be an attorney, could be a constituent who is

12    interested in the case.

13                   MS. ASHLEY:  That's right.  And I think

14    that the law could be interpreted to mean that and it

15    would and that is the desire of the legislature adding

16    the word any person would make that clear.

17                   REPRESENTATIVE HOWARD:  Okay.  So -- So

18    all you really were asking for was clarification.

19                   MS. ASHLEY:  Yes, sir.

20                   REPRESENTATIVE HOWARD:  You weren't saying

21    we wanted to be the complainant and the respondent only.

22    You were just asking for a clarification --

23                   MS. ASHLEY:  That's correct.

24                   REPRESENTATIVE HOWARD:  -- who a person

25    is.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

JA_007367

TX_00205038

House Elections Committee Hearing                    February 28, 2007

29

1           MS. ASHLEY:  That's right.

2           REPRESENTATIVE HOWARD:  Okay.  How would

3      you define who a person is?

4           MS. ASHLEY:  I think the way that the law

5      is currently written, it would be any person.

6           REPRESENTATIVE HOWARD:  Okay.

7           MS. ASHLEY:  It could probably mean that.

8           REPRESENTATIVE HOWARD:  I am very

9      confused.  You'll have to help me, and I apologize.  If

10     we're saying the current law says a person, and you are

11     asking for clarification of who's the person.

12          MS. ASHLEY:  Well, what we are -- May I

13     give you an example?

14          REPRESENTATIVE HOWARD:  Yes, ma'am.

15          MS. ASHLEY:  If -- Let's say that a -- an

16     individual files -- a complainer files a complaint

17     against an official.  The commission deliberates and

18     makes a determination that a violation occurred, reaches

19     a resolution with the official.  The official signs the

20     order.  The commission pays the fine, whatever the case

21     may be, and the law as currently written would allow

22     anyone potentially to appeal that decision.

23          REPRESENTATIVE HOWARD:  Is that a bad

24     thing?

25          MS. ASHLEY:  I mean, I don't know.  That



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

JA_007368

30

1   has never happened.  I mean that's -- We have had

2   situations where respondents appeal a commission

3   decision to this report.  In the 1,700 complaints filed

4   with the commission, that has happened three times.  The

5   number of complaints increase on a yearly basis.  Last

6   year we had 270.  We started off the first year with 49.

7   So this is not an issue -- a light issue that we've ever

8   dealt with.  We -- Because the number of complaints are

9   increasing, the likelihood for this situation to arise

10  increases, so because the law currently says a person,

11  we wanted to try to seek some clarification.  I think

12  that if the law is left as currently written, it could

13  mean any person.

14              REPRESENTATIVE HOWARD:  Is there a problem

15  with that?

16              MS. ASHLEY:  No.  And that's -- that's --

17  No.  I mean the commission is not in -- its

18  recommendation -- it's not saying we have a problem.

19  We're just saying this is an area of the law that we

20  think may create a problem.  So to the extent that the

21  legislature wishes to clarify it or limit it to just a

22  respondent involved in a complaint or -- or the

23  respondent and the complainant, then that's something

24  that the commission thought --

25              REPRESENTATIVE HOWARD:  You think the



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00205040

House Elections Committee Hearing                    February 28, 2007

31

1     commission would be open to having it to anyone who

2     represents a respondent or a complainant?

3                  MS. ASHLEY:  I think that the commission

4     is happy to do whatever the legislature would ask the

5     commission to do, and I think that this is just a -- an

6     area that the commission has addressed that may need

7     some clarification and perhaps not.  Maybe what the

8     legislature intended was for any person to appeal a

9     commission decision regarding this one complaint matter,

10    and if that is the desire of the legislature, well,

11    that's really what the commission would do with the

12    current language of the law.

13                  REPRESENTATIVE HOWARD:  Thank you very

14    much.

15                  CHAIRMAN BERMAN:  Mr. Bohac?

16                  REPRESENTATIVE BOHAC:  Maybe this will

17    help maybe, Charlie.  I don't know if this is the

18    direction you're going, but listening to the dialogue

19    here.  What if it said a complainant, if any, or

20    respondent or agent of the complainant or respondent?

21                  REPRESENTATIVE HOWARD:  That -- She's just

22    looking for clarification.  She doesn't have a problem

23    about it being in person, if that's what she --

24                  MS. ASHLEY:  Right.

25                  REPRESENTATIVE HOWARD:  If that's what we



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007370

TX_00205041

32

1         meant.  I think what you're saying is what you want to

2         know is what -- whoever relative law, that's us at this

3         present time, what we meant by that.

4                    MS. ASHLEY:  That's right.

5                    REPRESENTATIVE HOWARD:  And you don't

6         really care what we meant.

7                    MS. ASHLEY:  No.

8                    REPRESENTATIVE HOWARD:  Whatever we say

9         you're going to --

10                   MS. ASHLEY:  That's right.  That's right.

11                   REPRESENTATIVE HOWARD:  -- follow.

12                   MS. ASHLEY:  And I.

13                   REPRESENTATIVE HOWARD:  You all are really

14        good about that, so --

15                   MS. ASHLEY:  Thank you.

16                   REPRESENTATIVE HOWARD:  You are just

17        trying to decide -- You want us to tell you what you

18        want -- what we want you to do.

19                   MS. ASHLEY:  That's right.  We just

20        thought that perhaps this would be a good opportunity to

21        get feedback from you before we are faced with a

22        situation where the commission perhaps considers a

23        complaint, dismisses it and then you have an ordinary --

24        you have just any person appeal that to District Court

25        or reaches a resolution with a respondent and then



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007371

33

1    appeals that to District Court.  Again, this has never

2    happened, but it may, and so we were just trying to stay

3    a step ahead of the situation and try to seek

4    clarification.

5                    REPRESENTATIVE HOWARD:  Thank you.

6                    CHAIRMAN BERMAN:  I'll tell you, would you

7    be a lot more comfortable if we clarified that in the

8    law instead of just telling you?  I think you'd like to

9    have it in writing.

10                   MS. ASHLEY:  Yes.  I think our commission

11   would -- would prefer that.

12                   CHAIRMAN BERMAN:  Okay.  Thank you very

13   much.

14                   MS. ASHLEY:  Thank you.  Any other

15   questions?

16                   CHAIRMAN BERMAN:  No other questions.

17   Thanks, Natalia.  Is there anyone else who would like to

18   testify on for or against House Bill 1290?  Seeing

19   none -- Mr. Macias?  Mr. Macias, let me ask you a

20   question.

21                   REPRESENTATIVE MACIAS:  Yes, Mr. Chairman.

22                   CHAIRMAN BERMAN:  I know you heard the

23   dialogue and you heard the words of Mr. Bohac.  If we

24   just add in language concerning an agent of both the

25   client -- the complainant and the respondent --



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

House Elections Committee Hearing                    February 28, 2007

34

1           REPRESENTATIVE MACIAS:  Yes, sir.

2           CHAIRMAN BERMAN:  -- could you do that

3      with a substitute or a committee substitute?

4           REPRESENTATIVE MACIAS:  No doubt.  In

5      fact, Representative Bohac read my mind as I was getting

6      ready for close that I'd be more than happy to address

7      the issues that Representative Howard brought up.  As we

8      -- as we -- As we work this, we saw these options.  We

9      were looking at some sort of way to clarify.  I, as the

10     author of the bill, chose to use this option as the way

11     to get some clarification in, so I'm more than open,

12     Mr. Chairman, to amending this to get you a substitute

13     that we can add this idea of the agent.

14          CHAIRMAN BERMAN:  Complainant or

15     respondent?

16          REPRESENTATIVE MACIAS:  With that, I -- I

17     close and ask you to just leave this open pending.

18          CHAIRMAN BERMAN:  Mr. Macias, you did a

19     great job.

20          REPRESENTATIVE MACIAS:  Thank you.

21          CHAIRMAN BERMAN:  As Mr. England said, we

22     really do appreciate your testimony, and we'll be

23     waiting to hear from you with your committee substitute.

24          REPRESENTATIVE MACIAS:  Thank you.

25          CHAIRMAN BERMAN:  Thank you very much.



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007373

35

1          REPRESENTATIVE MACIAS:  Thank you.

2          CHAIRMAN BERMAN:  Members, we're now going

3     to take up three bills.  Well, before we do that, let me

4     take up one other bill.  Mr. Anchia, are you ready with

5     House Bill 266?  The chair calls up House Bill 266 and

6     calls on Representative Anchia to provide information on

7     the bill.  Do we have any testimony?

8          REPRESENTATIVE ANCHIA:  Thank you,

9     Mr. Chairman.  HB266 is a very simple bill.  It

10    acknowledges the importance of voting and giving people

11    the opportunity to vote, and it honors with the creation

12    of a state holiday, the -- the days of an election and

13    state-wide elections.  Since it adds to the list of

14    state-wide holidays, every day on which an election,

15    including a primary election, is held throughout the

16    state.  Texas traditionally ranks near the lowest in the

17    nation in voter turnout.  In the 1998 midterm elections,

18    Texas ranked 45th in voter turnout with just 39 percent

19    of registered voters.  In 2000, it ranked 34th with

20    62 percent of registered voters.  Excuse me.  And in

21    2002, it ranked 43rd out of 50 states with just

22    44 percent of registered voters.  In 2004, it ranked

23    48th in terms of voter turnout.  A way to increased

24    turnout would be to declare a state-wide holiday where

25    state offices were closed, and it would give the


ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007374

36

1       opportunity for people to come out.  The bipartisan

2       Ford/Carter commission recommended in 2001 that Federal

3       elections be held on national holidays in order to

4       increase turnout, provide additional poll workers, to

5       increase -- excuse me -- to assist at the polls.  This

6       would be a gateway to make sure we had more people

7       available to work the polls.  I know a lot of people

8       have articulated concerns about the availability of poll

9       workers, and this would help solve that problem.  With

10      that, I will take questions.

11                  CHAIRMAN BERMAN:  Mr. Anchia, I guess I'll

12      start.  I'm looking at the fiscal note, and I just can't

13      believe the fiscal note when it says no significant

14      fiscal implications to the state is anticipated.  When

15      you get the entire state off for one day, we lose a

16      day's productivity of every single employee of the

17      state.  And they're saying that there is no -- no fiscal

18      implication.

19                  REPRESENTATIVE ANCHIA:  Yeah.  It not only

20      says no fiscal implications to the state is anticipated,

21      but it also says no fiscal impact to local government.

22      So I take -- I take the comptroller's office at their

23      word on that, Mr. Chair.

24                  CHAIRMAN BERMAN:  This comes from the

25      legislative budget board.  I may have to ask the



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

37

```
 1        comptroller for their fiscal --
 2                    REPRESENTATIVE ANCHIA:  I take the LBB at
 3        their word, Mr. Chair.
 4                    CHAIRMAN BERMAN:  I don't.  I know that we
 5        all get -- we all get paid -- as state employees, we
 6        don't get paid very much, those of us on this dais, but
 7        a state employee does get paid and when they're not
 8        working on the job, the state loses that much
 9        productivity, so there just has to be a fiscal note.
10                    REPRESENTATIVE ANCHIA:  Well, the fiscal
11        note wouldn't -- wouldn't change because you're paying
12        those employees anyway, but the --
13                    CHAIRMAN BERMAN:  But would not get any
14        productivity though.
15                    REPRESENTATIVE ANCHIA:  But the net cost
16        -- but the net cost would not be any greater than it is
17        now, and I'm sure that's why the -- the analysis shows
18        no -- no fiscal implication to the state because those
19        costs continue to be those costs.
20                    REPRESENTATIVE BURNAM:  Mr. Chair?
21                    CHAIRMAN BERMAN:  Mr. Burnam?
22                    REPRESENTATIVE BURNAM:  I'd just like to
23        ask a philosophical question of the chair.  Except for
24        possibly child protective services and adult protective
25        services, wouldn't we be better off if there was
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007376

TX_00205047

38

1        additional holidays and state employees weren't working?

2                CHAIRMAN BERMAN:  Mr. Burnam, I think

3        there's a lot of state employees that will disagree.

4        Thank you for the question.  I'll check with the

5        comptroller because there has to be some cost of people

6        not producing on their jobs and just staying at home.

7        Are there any other questions, members?  If not, I'll

8        call on witnesses starting with Stephen Reeves.  No

9        testimony, shown for the bill.  Okay.  Start handing

10       them over.  Susan Barrick, no testimony shown for the

11       bill.  Mary Hatfield, no testimony shown for the bill.

12       Johnnie Jones, no testimony shown for the bill.  Kathryn

13       Dean, no testimony shown for the bill.  Luis Figueroa,

14       no testimony shown for the bill.  Ken Bailey, no

15       testimony shown for the bill.  Teri Sperry, no testimony

16       shown for the bill.  Mary Finch, no testimony shown for

17       the bill.  Ysidro Gutierrez -- Gutierrez, no testimony

18       shown for the bill.  Marcelo Tafoya?  Marcelo Tafoya?

19       Is Marcelo here?  All right.  He's shown for the bill.

20       Dana DeBeauvoir without the gun.

21               MS. DE BEAUVOIR:  Good evening, Mr. Chair

22       and members of the committee.  My name is Dana

23       DeBeauvoir.  I'm the Travis County Clerk, and I am

24       representing the county and district clerk's legislative

25       committee.  So what we would like to share with you is a



**ESQUIRE**
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00205048

39

1     couple of points that are really important about this

2     bill.  County clerks are in favor of it.

3                    The first point that we'd like to make is

4     we just get all aflutter at the idea of all of those

5     wonderful state employees and banking employees and, you

6     know, all of those folks who might be able to work the

7     election.  That's -- That's a very exciting crop of

8     people who recruit.  We're thrilled with that.  But more

9     seriously, I think we're reaching a point where we're

10    going to have to contend with an issue that's evolving,

11    and the issue that I'm referring to is many, many of our

12    polling places are, in fact, public schools.

13                   The public schools are crowded for space.

14    It's often difficult to have the polling place itself

15    with its workers plus the voters coming in, plus the

16    teachers, plus the children, and there has been growing

17    concern about mixing the population, especially smaller

18    children, middle school aged children, with just

19    incoming voters.  And I -- I -- we -- we kind of

20    sympathize with parents who are concerned that, just the

21    general public in a precinct just walking into a school

22    that day.  If the schools were closed because it's a

23    holiday, then we could have that separation between the

24    children and the voting population.  And, also, we would

25    have facilities that would be much larger and could much



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007378

40

1        more accommodate what is also becoming an issue of long

2        lines forming, especially late in the day at the polling

3        place.

4                     While our turnout might not be great

5        compared to other states, we certainly do experience

6        lines especially forming late in the day.  So we would

7        just like to make that point to the committee that

8        separating the children from the voters might be

9        something we really should think about.

10                    CHAIRMAN BERMAN:  Do you think

11       superintendents would want to close their schools six

12       extra days a year?

13                    MS. DE BEAUVOIR:  We'll be glad for just

14       one extra day a year, if I could just have one.  I don't

15       know.  I don't have a position for -- for the school

16       boards.  We do indeed need to ask them.

17                    CHAIRMAN BERMAN:  I didn't think you did.

18                    MS. DE BEAUVOIR:  I did suggest that we

19       would want to work and talk with -- with them.

20                    CHAIRMAN BERMAN:  Mr. Bohac?

21                    REPRESENTATIVE BOHAC:  Dana, how are you?

22                    MS. DE BEAUVOIR:  I'm doing great.  Thank

23       you.

24                    REPRESENTATIVE BOHAC:  Welcome to

25       elections this year.



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

House Elections Committee Hearing                    February 28, 2007

41

1              MS. DE BEAUVOIR:  Thank you.  I see new

2      faces here.

3              REPRESENTATIVE BOHAC:  Good to see your

4      smiling face again.

5              MS. DE BEAUVOIR:  Thanks.

6              REPRESENTATIVE BOHAC:  Just real quick,

7      really voting now is already a season.  It's really not

8      just an election day anymore.  In fact, what are the

9      statistics in your county of folks who do go vote early?

10             MS. DE BEAUVOIR:  Oh, it's about 50/50.

11     About half of my voters will take advantage of early

12     voting.

13             REPRESENTATIVE BOHAC:  And do you see that

14     increasing year over year as people become more

15     accustomed to early voting?

16             MS. DE BEAUVOIR:  I think that statistic

17     varies from county to county depending on the kind of

18     program you run and how many polling places you have.

19     But, yes, certainly as people have gotten accustomed to

20     the convenience of early voting, it does seem to be very

21     popular.

22             REPRESENTATIVE BOHAC:  And then, secondly,

23     as -- as we move to what I hope is more to the super

24     precinct concept, that also makes voting easier as well.

25     And I'm just trying to balance the need between making



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00205051

House Elections Committee Hearing                    February 28, 2007

                                                              42

1       the polling locations available for more than just one

2       day, but, also, not asking the state and other companies

3       to necessarily take the cost of -- of giving people a

4       holiday.  I think there's -- that's kind of old school

5       thinking.  I think new school thinking is perhaps moving

6       more towards the super precinct concept and, also,

7       educating voters that voting is a season.  It's no

8       longer a day.

9              So for us to argue that voting is just a

10      day and people don't have any other day to go vote when

11      they have weekends and evenings, and, I mean, truly

12      early voting is a season.  Perhaps our job is to just

13      make sure people are as educated as they can be that

14      voting is no longer a day.  That may be the better route

15      to go.  I'm just kind of thinking along those lines.

16             MS. DE BEAUVOIR:  Representative, we

17      concur with your concerns about the number of days, and,

18      you know, how we might perhaps not have to deal with an

19      additional cost so much as a lost productivity.  It

20      seems like the question is a different question.

21             But I am so glad you brought up the idea

22      of super sites because we're going to run into a

23      problem.  What's happened with super sites is they're

24      gaining in popularity.  It looks like it's going to be a

25      terrific tool for the future.  However, for the inner



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00205052

House Elections Committee Hearing                    February 28, 2007

43

1       city, older parts of town, the dense, you know, center

2       city parts, it is going to be very difficult to find a

3       suitable structure that will hold enough people to be

4       able to serve as a super site.  We promised Wal-Mart.

5       We can't very well deliver a 7-Eleven.  It's just not

6       going to work, and, certainly, Colorado felt the bite of

7       that problem.

8               If we were to be able to use the schools

9       though, then we don't have to worry about -- some parts

10      of town have good infrastructure, some don't.  The

11      school's very equitably distributed, and we would have

12      that facility and perhaps the entire school doesn't have

13      to shut down.  Perhaps only if we were going to super

14      sites, just the gymnasium or something large like that.

15      We appreciate this tie-in with super sites.

16              REPRESENTATIVE BOHAC:  Sure.  And not to

17      get off on a rabbit trail, I mean, that will be a

18      discussion for a different day on this committee that --

19      the super precincts, but I think your point is well

20      taken.  It's not just a direct cost of paying the labor

21      force at all.  There's the -- There's the indirect cost

22      of lost productivity, so this would be a huge financial

23      impact.  I don't know if I much agree with the -- the

24      LBB's concept of no fiscal impact to the state.  I would

25      have to look at the way they're measuring that.  Maybe



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007382

TX_00205053

44

```
 1        just direct cost, but there's certainly some substantial
 2        indirect cost in terms of lost productivity that would
 3        have to be -- that would be paid for by somebody, and I
 4        just think about elections being a season.
 5                    Now, this may not be as forward thinking
 6        as it is.  I think we just -- we just need to look -- I
 7        think the super precinct concept and then the election
 8        season is addressing what -- what this bill is
 9        attempting to solve.
10                    CHAIRMAN BERMAN:  Members, witnesses,
11        before we go on, I want to caution you, we have three
12        major bills that are coming up in just a few moments,
13        and I want to ask that when you testify, don't repeat
14        what other witnesses have said.  We have it all on tape
15        and on television.  Just please add anything new that
16        you want to add.  Dana -- Oh, I'm sorry, Mr. Anchia.
17        Did you have --
18                    REPRESENTATIVE ANCHIA:  Yeah.  Just really
19        quickly in response to Mr. Bohac's and Mr. Burnam --
20        Chairman Burnam's concern.  I wasn't crazy -- I actually
21        did take the comptroller out there.  What I have before
22        me dated January 29, 2007, the comptroller public
23        accounts fiscal note estimate which says that this bill
24        -- let's see -- this bill would have no fiscal impact on
25        the state or units of local government.
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007383

House Elections Committee Hearing                    February 28, 2007

45

1          So in addition to LBB, we have a

2     determination by the comptroller of public accounts and

3     their fiscal note estimate dated January 29, 2007 that

4     it would have no fiscal impact on the state or units of

5     local government.  This bill would have no effect on the

6     state's cash flow.  There would be no administrative

7     cost to the comptroller's office, and their methodology

8     said because state agencies are required to maintain

9     sufficient staff on duty to conduct business during

10    state holidays, state agencies and institutions of

11    higher education would continue to function on these

12    election days, thereby, allaying some of the concerns

13    both the chairman and the vice-chairman have with

14    respect to this.  I wanted to read that into the record

15    before we wasted too much time thinking about those

16    concerns.

17          And, Mr. Bohac, you pointed out that we

18    don't -- in addition, during the testimony, you pointed

19    out that we do not want to require companies to do

20    things.  This bill does not require companies to do

21    anything.  Companies can choose one way or the other

22    whether they want to stay open or closed, and I just

23    want to make that clarification before Ms. DeBeauvoir

24    finished her testimony.  Thank you.

25          CHAIRMAN BERMAN:  Thank you, Mr. Anchia.



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007384

TX_00205055

Case 2:13-cv-00193   Document 726-1   Filed on 11/17/14 in TXSD   Page 66 of 211
House Elections Committee Hearing                    February 28, 2007

46

1    You haven't relieved my concerns.  When you allow a

2    whole staff of people to go with a payroll of a half

3    billion dollars in doing absolutely nothing but going to

4    the polls, a half billion dollars worth of productivity

5    is wasted, I'm sorry to say, and I'll be speaking to the

6    comptroller about that and, also, to the legislative

7    budget board, but let's not -- let's not --

8                 REPRESENTATIVE ANCHIA:  Well, I'd just

9    like to point out entire staffs would not be sent to the

10   polls.  It would say --

11                CHAIRMAN BERMAN:  I didn't say that.

12                REPRESENTATIVE ANCHIA:  It would say state

13   -- And I'm reading from the comptroller, and, again, I

14   take them at their word.  State agencies are required to

15   maintain sufficient staff on duty to conduct the

16   business of the state during state holidays.  State

17   agencies and institutions of higher education would

18   continue to function on these days.

19                CHAIRMAN BERMAN:  Thank you.  Thank you,

20   Dana.

21                MS. DEBEAUVOIR:  Thank you very much.

22                CHAIRMAN BERMAN:  The chair calls Will

23   Harrell.  Mr. Harrell, are you here?  Mr. Harold

24   indicated no testimony for the bill.  The chair calls

25   Suzy Woodford.  No testimony for the bill.  The chair



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007385

House Elections Committee Hearing                    February 28, 2007

47

1      calls Ray Martinez.

2                    MR. MARTINEZ:  Thank you, Mr. Chairman.

3      Ray Martinez with the Texas Conference of Urban

4      Counties.  We are neutral on this bill.  Mr. Chairman

5      and members, there is -- not a fiscal notification to

6      local governments has been discussed already.  I would

7      simply amplify -- and I know that we're not supposed to

8      repeat previous testimony, but, obviously, the -- the

9      job of being a poll worker is increasingly complex, and

10     we need bilingual poll workers.  We need poll workers

11     that are comfortable with technology.  Any time there is

12     a new pool of potential poll workers, we're -- as a

13     county government, we're certainly excited about that

14     possibility.

15                   CHAIRMAN BERMAN:  Questions, members?

16     Thank you.

17                   MR. MARTINEZ:  Thank you, Mr. Chairman.

18                   CHAIRMAN BERMAN:  The chair calls Bruce

19     Galloway.  Bruce, welcome.

20                   MR. MARTINEZ:  Mr. Chairman and members,

21     I'm opposed to the bill for a couple of reasons.  Number

22     one, I think your down pressure on your employers is

23     going to be fierce.  Well, the state employees are off.

24     We need to be off, and now you are going to cost

25     everybody a lot of money.  I don't think it's fair.  I



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00205057

48

```
1      don't think it's fair for you to pressure them and
2      that's what's going to happen.
3                  Now, in regard to the schools closing,
4      this is a lot of nonsense.  I have been an election
5      judge since 1980.  We've held it at University Park
6      Elementary School every time, and we have never had a
7      problem.  We have never had an issue.  The school makes
8      money because they have bake sales and they have about
9      1,800 people to buy all this stuff.  They bring the kids
10     down by classes, and we let them observe the election
11     process.  What a better learning tool can we have?  The
12     bill just -- we don't need this bill.
13                 CHAIRMAN BERMAN:  Bruce, before you leave,
14     will you state who you represent?
15                 MR. MARTINEZ:  Myself.
16                 CHAIRMAN BERMAN:  Thank you.  Members, any
17     questions?  Hearing none, the chair calls Bill Borden.
18                 MR. BORDEN:  Mr. Chairman, I'm -- I'm
19     going to be brief.
20                 CHAIRMAN BERMAN:  State your name.
21                 MR. BORDEN:  I'm Bill Borden.  I represent
22     myself.
23                 CHAIRMAN BERMAN:  Okay.
24                 MR. BORDEN:  I oppose the proposal, I
25     oppose the bill, and I don't have anymore to say.  Thank
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007387

TX_00205058

49

```
 1     you.
 2               CHAIRMAN BERMAN:  Thank you.  The chair
 3     calls Nathanael Isaacson.  Mr. Isaacson?
 4               MR. ISAACSON:  I have no testimony, but I
 5     just want to be on the record.
 6               CHAIRMAN BERMAN:  The record is being for
 7     the bill?
 8               MR. ISAACSON:  Right.  (Inaudible.)
 9               CHAIRMAN BERMAN:  Okay.  Thank you very
10     much.  The chair calls Paula Littles.
11               MS. LITTLES:  I'm going to -- I promise,
12     Mr. Chairman, that I will not repeat to what anyone else
13     has said.  My name is Paula Littles, and I'm with the
14     Texas AFL-CIO, and we represent the very hard working
15     state employees in the State of Texas.  They are one of
16     the unions that are affiliated with the Texas AFL-CIO,
17     and I indeed feel as if they're very hard working
18     people.  We support this bill for a number of reasons.
19               One is, we generally believe that election
20     day is a holiday, even if it is just for the state
21     employees, will indeed increase voter participation in
22     the state.  Unfortunately, we do have quite a lot of
23     avenues for people to vote early, and since that has
24     occurred, the very unfortunate thing about that is it
25     has really not increased our voter participation in the
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007388

House Elections Committee Hearing                    February 28, 2007

50

1    state.  We -- It is our opinion that we have to look at

2    every mechanism possible to increase people coming to

3    the polls and participating in the one thing that should

4    be important for everyone in this room as well as every

5    person in this country.

6              And just a little history.  The reason

7    that election day is in November is actually because

8    when Congress looked at it, they realized that they

9    needed to pick a time when the harvest was in and that

10   people weren't working, so that they actually could go

11   and vote.  And that is the reason election day is in

12   November, and I won't go into why it was picked that

13   day, but I basically felt compelled to speak instead of

14   just saying I was in favor of the bill.  And are there

15   any questions?  And thank you for your testimony.

16             CHAIRMAN BERMAN:  Thank you so much for

17   your testimony.  The chair calls Sonia Santana.

18             MS. SANTANA:  I don't have any -- I won't

19   testify, Mr. Chair, but I would like to say that I'm

20   speaking for ACLU Texas.  No testimony.

21             CHAIRMAN BERMAN:  All right.  Thank you.

22   The chair calls Mary Ann Collins.  Mary Ann, are you

23   here?

24             UNIDENTIFIED SPEAKER:  She had to leave.

25             CHAIRMAN BERMAN:  All right.  Mary Ann is



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007389

TX_00205060

House Elections Committee Hearing                    February 28, 2007

51

1    shown against the bill.  No testimony.  The chair calls

2    Ken Flippin.  No testimony for the bill.  The chair

3    calls Mr. Champion.  Mr. Champion, are you here?

4    Mr. Champion will be shown for the bill.  The chair

5    calls Skipper Wallace.  Mr. Wallace, state your name and

6    who you are with, please.

7                   MS. LITTLES:  Skipper Wallace.  I

8    represent the Texas Republican County Chairmans

9    Association.  We oppose this bill, and I understand what

10   you have from the comptroller's office, and I think that

11   they need to go back and look at their figures.  I was a

12   city manager for 14 years, and every time the state took

13   a holiday, the city took a holiday, I didn't get the

14   trash picked up.  I didn't get the roads paved.  I

15   didn't get anything else done, and it had to be done

16   sometimes, so we did it on overtime or we worked extra

17   days, and the counties do the same thing.  When the

18   state declares another holiday, the county gets another

19   holiday.  They don't get any work done.  It may not be

20   in dollar cost, but it's in productivity which equates

21   to cost.  Any questions?

22                   CHAIRMAN BERMAN:  Thank you.  Any

23   questions, members?  Thank you, Mr. Wallace.  We have

24   Ann McGeehan here from the Texas Secretary of State's

25   Office.  Anyone like to hear Ann, please?



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007390

House Elections Committee Hearing                    February 28, 2007

52

1              MS. McGEEHAN:  Ann McGeehan with the
2       Secretary of State's office.
3              CHAIRMAN BERMAN:  Mr. Burnam?
4              REPRESENTATIVE BURNAM:  Thank you, Ann.
5       I'd like maybe the three and a half minute version of
6       the growing difficulty in recruiting people to work what
7       in essence is a minimum of 14 or 15-hour workday and
8       what this might gain us in the ability to conduct our
9       elections all across the state.
10             MS. McGEEHAN:  Well, because the state
11      doesn't recruit election workers, I can only speak to
12      what I've heard anecdotally --
13             REPRESENTATIVE BURNAM:  Right.  I
14      understand.
15             MS. McGEEHAN:  -- from the counties and
16      cities, and I think some communities have a harder time
17      finding folks to work the polls than others.  It's
18      definitely a problem, but folks that work the polls tend
19      to be -- are older citizens, and it's been repeated to
20      me that counties have had a hard time getting people
21      interested.
22             REPRESENTATIVE BURNAM:  Is that a worse
23      problem in the urban areas maybe?
24             MS. McGEEHAN:  I really don't know.
25             REPRESENTATIVE BURNAM:  I know it's been a



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007391

53

```
 1        growing problem in Tarrant County, and I really hadn't
 2        thought about this until we heard other testimony, but
 3        we are having a growing problem in recruiting enough
 4        people to work it, and this would certainly be a savings
 5        for us.
 6                    CHAIRMAN BERMAN:  Ann, thank you very
 7        much.
 8                    MS. McGEEHAN:  Thank you.
 9                    CHAIRMAN BERMAN:  Is there anyone else who
10        wishes to testify on, for or against House Bill 266?
11        Hearing, none, Mr. Anchia to close.
12                    REPRESENTATIVE ANCHIA:  Thank you,
13        Mr. Chairman, and, once again, thank you for giving me
14        the opportunity to lay out these bills in committee.  I
15        appreciate you working with me on -- in proving these
16        bills and just -- just want to speak to a question that
17        was asked earlier by the chair or a comment, I guess,
18        that was made where it was articulated that there might
19        be six extra days.  The reality is that there would only
20        be two pursuant to this bill, a day on which the
21        primary's held and a day on which the general election
22        is held and that's stated at the bottom of the bill in
23        Section 662.033B9, which would be the new section which
24        reads, "Everyday on which an election, including a
25        primary election, is held throughout the state," so this
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007392

TX_00205063

54

1   would be state-wide elections which typically happen in
2   November and the primary election.  So I just wanted to
3   clarify that for you.  It would not be, in fact, six
4   extra days, but, rather, only two days.

5           Once again, I reiterate that the fiscal
6   note from the LBB and from the comptroller's office,
7   whichever the only two sources that we have to rely on,
8   show no impact.  The reality is that despite the
9   suggestions by witnesses to the contrary, is that this
10  only impacts the state, does not impact business, does
11  not impact local government, and in its requirement to
12  have a day off to the extent the local governments felt
13  pressure, they could elect to do one of two things.
14  Either declare the day off for their local either
15  employees, if it's a private corporation, or public
16  employees, if it's a municipal entity or not.  And that
17  would be -- that would continue to be within their
18  purview.

19          This only affects state employees, and as
20  we suggest -- as we discussed earlier, the methodology
21  used by the comptroller's office in their fiscal note
22  estimate points out clearly that because state agencies
23  are required to maintain sufficient staff on duty to
24  conduct business during state holidays, state agencies
25  and institutions of higher education would continue to



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007393

TX_00205064

House Elections Committee Hearing                    February 28, 2007

                                                                    55

1        function on these election days.  And I close,

2        Mr. Chair.  Thank you.

3                        REPRESENTATIVE BURNAM:  May I ask?

4                        CHAIRMAN BERMAN:  Yes, Mr. Burnam.

5                        REPRESENTATIVE BURNAM:  Mr. Anchia?

6                        REPRESENTATIVE ANCHIA:  I'm not taking any

7        further questions.  No I'm kidding.  I'm kidding.

8                        REPRESENTATIVE BURNAM:  I'm noticing that

9        the way it's stated, it's election day and primary

10       election, so it doesn't even include runoffs the way

11       it's worded.

12                       REPRESENTATIVE ANCHIA:  That's correct.

13                       REPRESENTATIVE BURNAM:  And so we're

14       really talking --

15                       REPRESENTATIVE ANCHIA:  It's only for

16       state-wide on a day in which elections are conducted

17       state-wide.

18                       REPRESENTATIVE BURNAM:  And we don't know

19       for sure.  There may be runoffs in certain places, and I

20       understand.  So what we're really talking about is

21       two days out of the two-year budget cycle for the state.

22                       REPRESENTATIVE ANCHIA:  Well, I don't know

23       if it's only two days in the two-year budget cycle

24       because there may be a November election, a

25       constitutional election in off years that would also be



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

JA_007394

TX_00205065

56

1    covered by this.

2                    REPRESENTATIVE BURNAM:  So there could

3    be --

4                    REPRESENTATIVE ANCHIA:  A third.  There

5    could be a third.

6                    REPRESENTATIVE BURNAM:  -- three in the

7    two year cycle.

8                    REPRESENTATIVE ANCHIA:  That's correct,

9    sir.

10                   REPRESENTATIVE BURNAM:  Thank you.

11                   CHAIRMAN BERMAN:  We're going to change

12   the procedure just a little bit.  I'm going to call up

13   each of the authors of the bills on identification and

14   let them lay out their bills and then we'll hear

15   witnesses testifying on all three bills.  So, at first,

16   I will call -- call up House Bill 218 and call Chairman

17   Betty brown to lay out House Bill 218, and I'll call

18   Chairman Phil King to lay out House Bill 626 and then

19   Representative Riddle to lay out House Bill 101.  Betty,

20   it's good to have you.

21                   REPRESENTATIVE BROWN:  Thank you,

22   Mr. Chairman.  Appreciate your giving me this

23   opportunity.  There's been so much said about voter

24   registration, and so I'll try to make this very brief

25   and not repeat anything else.  There are presently --



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007395

House Elections Committee Hearing                    February 28, 2007

57

 1      there are -- There are no statutory standards to verify

 2      the identity of individuals at the polling place when

 3      they present a voter registration certificate.  HB218

 4      modifies provisions requiring a voter to present proof

 5      of identification when offering to vote.  The bill

 6      requires that in offering to vote, a voter must present

 7      either one form of photo identification or two different

 8      forms of non-photo identification.  If the person fails

 9      to meet these standards, they may still vote upon

10      completion of a provisional ballot affidavit.

11              HB218 adds proof of identification to the

12      existing qualifications required for our provisional

13      ballot to being accepted by the early voting ballot

14      board.  Voting is the most important right in America.

15      And as I have said before, I consider this a very

16      personal thing because I think when someone votes who's

17      not qualified and shouldn't be voting, it diminishes the

18      rights that the rest of us have and this great privilege

19      that we have to vote.

20              The government requires voters to register

21      before receiving a ballot, therefore, verifying the

22      information they provide on their registration

23      application is not a measure designed to prevent any

24      citizen from voting.  It is instead a measure designed

25      to keep illegal aliens, noncitizens and people otherwise



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007396

House Elections Committee Hearing                February 28, 2007

58

```
 1        not qualified from voting and diluting the legitimate
 2        votes cast by citizens.  So that pretty well covers what
 3        my bill addresses.  I could go into a lot of instances
 4        that I've seen happen at the polls because I've worked a
 5        lot of elections myself, but I will save that for
 6        another day.
 7                     CHAIRMAN BERMAN:  I will allow members to
 8        question.  Do you have a question?
 9                     UNIDENTIFIED SPEAKER:  Yes.
10                     CHAIRMAN BERMAN:  Lon?
11                     REPRESENTATIVE BURNAM:  Thank you,
12        Chairman Brown, in your closing comments just then, you
13        mentioned a concern about illegal aliens and noncitizens
14        voting.  They can't register to vote at this, time can
15        they?
16                     REPRESENTATIVE BROWN:  All it takes to
17        register to vote if you are a noncitizen is to check a
18        box.  It presently is not -- there's no one verifying
19        that that person is a citizen.  There's a little box
20        that says check here if you're a citizen, and so that's
21        all it takes.  We know that this is happening, that
22        people are registering to vote because they're showing
23        up in the jury pools.  As people are called in, you
24        know, those people who are called in to serve on a jury
25        are taken from the registered voter list, right?
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007397

TX_00205068

59

1              REPRESENTATIVE BURNAM:  No.  I thought
2    they were taken from the driver's license list.  Back
3    when you first learned that fact, that was true.
4              REPRESENTATIVE BROWN:  Okay.
5              REPRESENTATIVE BURNAM:  But that's one of
6    those facts that has changed over time.
7              REPRESENTATIVE BROWN:  Okay.  Let's say
8    it's from the driver's license list.  There are still
9    people showing up to serve on juries because they've
10   been summoned, and when they get there admit that
11   they're not citizens because as, again, when you go to
12   get a driver's license, all you have to do is say yes,
13   check a box or whatever, and say you're a citizen or if
14   it's even asked.
15             REPRESENTATIVE BURNAM:  I don't believe
16   it's asked --
17             REPRESENTATIVE BROWN:  Okay.
18             REPRESENTATIVE BURNAM:  -- in acquiring a
19   driver's license.  I don't believe you have to indicate
20   your citizenship status.
21             REPRESENTATIVE BROWN:  Okay.  So you --
22             REPRESENTATIVE BURNAM:  So -- So in the
23   jury pool, you are in increasing numbers --
24             REPRESENTATIVE BROWN:  Assumed.
25             REPRESENTATIVE BURNAM:  -- going to be



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007398

TX_00205069

House Elections Committee Hearing                    February 28, 2007

                                                                    60

1       drawn from a population base that -- with noncitizens

2       because --

3                    REPRESENTATIVE BROWN:  Correct.

4                    REPRESENTATIVE BURNAM:  -- because we made

5       a conscious decision to change where we draw our jury

6       pool from.  We used to do it from the --

7                    REPRESENTATIVE BROWN:  Okay.

8                    REPRESENTATIVE BURNAM:  -- registered

9       voter list.

10                   REPRESENTATIVE BROWN:  And my story --

11                   REPRESENTATIVE BURNAM:  -- and it was

12      determined that --

13                   REPRESENTATIVE BROWN:  -- came from a

14      judge -- a court at law judge who shared with me that

15      they had more and more people showing up because they've

16      been summoned to serve on juries --

17                   REPRESENTATIVE BURNAM:  Right.  So but --

18                   REPRESENTATIVE BROWN:  -- and assuming

19      they were -- they were citizens and they weren't.

20                   REPRESENTATIVE BURNAM:  You know, we all

21      learn things at different times, and it's amazing to me

22      how many people in our community are in responsible

23      positions and they don't know that we've changed that.

24      A number of years ago, I think it's been over

25      10 years -- There's a reason why we draw the jury from



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007399

61

1        the driver's license pool because, frankly, you were

2        having people not registering to vote because they

3        didn't want to risk this responsibility of citizenship.

4        We wanted to be able to capture a larger audience of

5        eligible people serve.  Unfortunately, which is -- we

6        had a growing population that has both a driver's

7        license and are not citizens, so it's -- really, isn't

8        it up to the responsibility of the court administrators

9        to distinguish between those who are eligible to serve

10       on a jury and those who simply have a driver's license?

11              REPRESENTATIVE BROWN:  What we need is

12       people to have to prove citizenship in order to register

13       to vote, but that's not going to happen immediately.

14              REPRESENTATIVE BURNAM:  Okay.

15              REPRESENTATIVE BROWN:  I hope that -- this

16       session, but immediately, we could have in our very next

17       election requiring our citizen -- our registered voters

18       when they show up to vote to prove they are who they say

19       they are, and that's not difficult to do.

20              REPRESENTATIVE BURNAM:  But the example of

21       the problem that you've offered up is not accurate, am I

22       correct?  The problem that you offered up is related to

23       jury pools, not related to people that are going to

24       vote.

25              REPRESENTATIVE BROWN:  You may be true --



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007400

62

```
1    That may be true.
2               REPRESENTATIVE BURNAM:  I believe it is,
3    and what can I say?
4               CHAIRMAN BERMAN:  Mr. Burnam, if I may
5    intervene, driver's licenses are controlled by DPS and
6    our voter registration is controlled by counties and the
7    district clerk who actually calls juries, and I still
8    believe that they're called by voter registration card,
9    and I think Mr. King has a comment on it.
10              REPRESENTATIVE KING:  Yeah, and it is kind
11   of confusing and Lon is right.  About six years ago,
12   they did decide -- six, seven years ago, they did decide
13   that you could use driver's licenses as a jury pool, but
14   it was never deleted that you could also use the
15   registered voter, so most counties draw from both.  They
16   will have a registered voters' pool and it's merged with
17   a driver's license pool, and they will draw from both.
18              There was just a Supreme Court special
19   task force that looked -- that looked at this for the
20   state bar.  In fact, the ABA has had a recommendation
21   out that you merge as many lists as possible from which
22   to draw so you get a larger jury base, and the -- the
23   Supreme Court just had a task force that has come out
24   and recommended, if I understand it right, full merger
25   votes for every county so that you're drawn from
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007401

63

1    driver's licenses and from voter registration, but,

2    currently, it is still law that you can draw from both

3    and many, if not most, counties do that.

4              REPRESENTATIVE BROWN:  Well, that explains

5    why my county court at law judge -- I know it's been

6    less than two years ago that she shared that story

7    because that increasingly they were seeing these people

8    show up that say I don't know why I was summoned.

9              REPRESENTATIVE KING:  And, in fact, in

10   Bexar County in between 2003 and '05, they had 41

11   different instances where people came from jury service

12   and it was identified that they were not a US citizen,

13   but they were a registered voter and that's what had

14   drawn them there.  There were 300 -- actually, were 300

15   instances of people being registered that were not yet

16   citizens.  41 of those were discovered at jury duty and

17   from the registered voting, but the voters

18   registration --

19             REPRESENTATIVE BROWN:  Well, this is a

20   privilege that should be protected.

21             CHAIRMAN BERMAN:  Thank you Chairman King.

22   Any other questions, Chairman Brown?  Yes.  Mr. Anchia?

23             REPRESENTATIVE ANCHIA:  Just a technical

24   question.  You said voting is a privilege.  Is it not a

25   right?



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

JA_007402

64

1          REPRESENTATIVE BROWN:  It is a right.

2          REPRESENTATIVE ANCHIA:  Okay.

3          REPRESENTATIVE BROWN:  But I also consider

4   it a privilege, absolutely.

5          REPRESENTATIVE ANCHIA:  Okay.  Thank you.

6   Be.

7          CHAIRMAN BERMAN:  Okay.  Thank you, Betty.

8          REPRESENTATIVE BROWN:  It's a right for a

9   citizen, and it should be for a citizen only.

10         CHAIRMAN BERMAN:  Thanks, Betty.

11         REPRESENTATIVE BROWN:  Thank you,

12   Mr. Chairman.  Thank you.

13         CHAIRMAN BERMAN:  The chair lays out House

14   Bill 626 and calls on Chairman King to present the bill.

15         REPRESENTATIVE KING:  Thank you.  Thank

16   you, Mr. Chairman and members.  My bill's probably a lot

17   like Betty's.  In September of 2005, the bipartisan

18   Carter/Baker commission on election reform issued a big

19   long report -- I've got a copy of it here -- entitled

20   Building Confidence in Elections, and it made a number

21   of recommendations, and HB626 drives a fork right to

22   those recommendations for Texas.  One is to require a

23   confirmation of US citizenship at the time you register

24   to vote and the second is to require a photo ID at the

25   time that you are voting.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007403

TX_00205074

65

1           I mean, clearly, the fraud of noncitizens

2      participating in our election system flies in the face

3      of both the US constitution and the Texas constitution

4      which reserves that right to vote only to citizens, and,

5      moreover, on election codes, state election code

6      requires you to be a US citizen to vote.

7           In a couple of -- We looked to see for a

8      couple of examples where this was occurring, and I know

9      on June 22nd, 2006 in Harris County, the tax

10     assessor/collector and voter registrar testified before

11     the US House Administration Committee that in 2005 he

12     identified at least 35 foreign nationals who either

13     applied for or -- or received voter registration cards.

14     More concern between 2003 and '05 -- I misstated this a

15     minute ago, and I apologize Mr. Burnam.

16           In Bexar County, 303 people were removed

17     from the voter rolls in Bexar County because they were

18     not US citizens, and before being canceled they found

19     that 41 of those had actually cast ballots in bond

20     elections, runoff primaries and general elections that

21     were not US citizens.  Sometimes say, well, but it's

22     such a small number.  Does that really make a

23     difference?  And, you know, I just draw your memory back

24     to the Talmadge Heflin/Herbert Vo election, which

25     Herbert Vo -- sorry -- a year ago election which was



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007404

66

1    held here, and we had an election contest that rose all

2    the way to the level of the Texas House.  That election

3    was decided by 33 votes initially, and if I remember

4    right, after the house review and dropping down to, I

5    think, 30 votes difference, so every vote counts.

6                    Also, Todd Baxter and Kelly White in a --

7    in a primary -- neither one of them are with us, but in

8    a primary there was out of 34,000 votes cast Republican

9    and approximately 34,000 votes Democrats, almost 70,000

10   votes, the election was decided by a mere 147 vote

11   difference.

12                   REPRESENTATIVE BURNAM:  You meant in a

13   general election?

14                   REPRESENTATIVE KING:  In a general.  I'm

15   sorry.  Did I say primary?  I'm sorry.  I wish primaries

16   would elect it, but, anyhow, 147 votes out of almost

17   70,000, and so every vote does count.  We saw on our own

18   last election cycle how most of the races -- how some of

19   the races were.

20                   HB626 proposes to require citizenship

21   verification starting on all new registrations that take

22   place after September '07.  Verification will be done by

23   submission of either a certified copy of a birth

24   certificate or US passport being submitted with

25   registration application.  Currently, the DPS doesn't


ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007405

67

1    check citizenship when issuing a driver's license as

2    Mr. Burnam pointed out, but effective January '08, when

3    the Federal Real ID Act applies to Texas, the DPS will

4    begin verification of citizenship when you get your

5    driver's license and that will in essence require

6    citizenship to register to vote under our motor voter

7    statute already in place, will also provide anyone

8    that's taking registered voters with an automatic way to

9    verify citizenship when they are registering someone,

10   simply check their -- their Texas driver's license which

11   most -- most Texans of voting age have.

12           Additionally, as recommended by the

13   Carter/Baker commission, HB626 would require voters to

14   show a picture ID when they appear to vote and

15   implements it in such a manner that it will avoid the

16   legal challenges that other states have faced in

17   implementing the recommendation.  The requirement to

18   show a picture ID under 626 for -- will not require a

19   specific type of ID.  I think that IDs are just a part

20   of our society today at all levels for simple

21   transactions.  It's prevalent throughout any commerce in

22   our society.  For example, you have to show an ID to

23   rent a DVD, to check out a library book or an airplane,

24   buy tobacco.  Even to join a retail Sam's Club you have

25   to have some kind of ID that you show, and I think it's



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007406

TX_00205077

68

1     -- and to purchase certain cold medications, now you

2     have got to present a valid ID, and I think it's -- if

3     -- if voting as -- it rises at least to the level of

4     buying a decongestant at the drugstore in terms of

5     determining who someone is.

6               CHAIRMAN BERMAN:  I think that was my

7     fault, Chairman King.

8               REPRESENTATIVE KING:  I do --

9               CHAIRMAN BERMAN:  House Bill 163.

10              REPRESENTATIVE KING:  I -- My Drixoral is

11    still a issue, but I forgive you.  Our election system

12    cannot inspire public confidence if no safeguards exist

13    to deter or protect fraud or to confirm the identity of

14    voters.  Bottom line, this is a recommendation of a

15    bipartisan commission.  It incorporate in a manner that

16    is legally defensible.  It simply requires proof of

17    citizenship when you register to vote and then -- and

18    simply requires a Voter ID of some type when you come to

19    vote.

20              CHAIRMAN BERMAN:  Members, questions?

21    Mr. Bohac?

22              REPRESENTATIVE BOHAC:  Phil, I have a

23    question for you.  Are you aware that Alabama, Arizona,

24    Colorado, Delaware, Florida, Georgia, Kentucky,

25    Louisiana, Hawaii, Montana, North Dakota and South



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007407

69

1     Dakota all require proof of identification to vote and

2     that the voter registration card is not considered an

3     acceptable form of ID?

4              REPRESENTATIVE KING:  Do tell.

5              REPRESENTATIVE BOHAC:  Well, they are.  My

6     point is that we would not be -- this is not new

7     ground-breaking land that we're treading on, so I think

8     we'll be joining the company of other states, and, by

9     the way, of the -- of the states I just mentioned, six

10    of them are covered by Section 5 of the voting rights

11    act.  So, anyway, I think -- I think Voter ID is a good

12    bill.

13             REPRESENTATIVE KING:  I was very concerned

14    about this being legally defensible, and -- and I relied

15    a lot on my chief clerk and general counsel in the

16    regulated industries committee who is formerly the

17    general counsel to the Secretary of State and knows

18    the -- knows the election law backward and forward, and

19    we spent a lot of time under his consultation with --

20    and he actually drafted this bill initially, and, in

21    fact, he probably would be a good expert witness if

22    anybody wanted to call him up here.  But -- But I'm

23    convinced it's legally defensible.  We've looked at the

24    other places where there have been challenges around the

25    country, and we believe we have -- we have drafted



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00205079

70

1    around those.

2                    CHAIRMAN BERMAN:  Members, any other

3    questions?  Mr. Anchia?

4                    REPRESENTATIVE ANCHIA:  Mr. -- Mr. --

5    Chairman King.  Excuse me.  Thank you for bringing this

6    bill to the committee.  I noticed one thing that was

7    interesting in your testimony.  You said this would only

8    apply to new voter registrations.

9                    REPRESENTATIVE KING:  Right.

10                   REPRESENTATIVE ANCHIA:  Can you -- Can you

11   talk about that and just point out to me in the bill

12   where that is?

13                   REPRESENTATIVE KING:  I'll have to read

14   where it is, but it -- oh, it would be the effective

15   date portrayed here.  Okay.  I think -- I think the

16   logic works like this.  You do not have to present proof

17   of citizenship until you register beginning 2007, so

18   there is no requirements date.  Any time anybody

19   registers after September 1st, 2000 -- Sorry it took me

20   a while to get this.  Any time anyone registers after

21   September 1st, 2007, when they go to register, they --

22   they are going to have to present a -- a valid proof of

23   citizenship.

24                   REPRESENTATIVE ANCHIA:  Okay.  I -- I

25   thought -- I thought the -- the new voters related to



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

JA_007409

71

```
 1     people being grandfathered in who have, for example,
 2     previously --
 3                    REPRESENTATIVE KING:  For example, you'll
 4     never have to show unless you've got a reregistered
 5     voter -- If you have to register to vote again, you'll
 6     have to still prove citizenship.
 7                    REPRESENTATIVE ANCHIA:  But I thought this
 8     related to the Voter ID requirement that people who have
 9     been previously registered, by the time certain would
10     not have to present Voter ID at a -- at a polling
11     location.  That was my understanding of -- of --
12                    REPRESENTATIVE KING:  If -- Two parts.  If
13     you register to vote after September 1st, 2007, you got
14     to show proof of citizenship.  Hopefully that will be by
15     simply showing your driver's license under the Real ID
16     Act.
17                    REPRESENTATIVE ANCHIA:  Right.
18                    REPRESENTATIVE KING:  When you go to vote,
19     you are going to have to present your voter registration
20     card as we all do, and along with it some form of photo
21     identification.
22                    REPRESENTATIVE ANCHIA:  Do you have to
23     present both or can you just present a -- a --
24                    REPRESENTATIVE KING:  Well --
25                    REPRESENTATIVE ANCHIA:  -- a picture ID?
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00205081

72

```
 1              REPRESENTATIVE KING:  You would have to
 2     present a picture ID.  Now, we all know that if you
 3     don't have your Voter ID there, they'll let you show
 4     your driver's license today, just some form of photo ID
 5     to show who you are, and I'm assuming that was to
 6     continue.
 7              UNIDENTIFIED SPEAKER:  (Inaudible.)
 8              REPRESENTATIVE KING:  But if -- But if you
 9     appear and you have your photo ID, as you always have,
10     you'll be able to vote.
11              REPRESENTATIVE ANCHIA:  One of the --
12              REPRESENTATIVE KING:  What you are
13     supposed to do is present your voter card registration,
14     and then if you don't have your registration today,
15     they'll check your photo ID.
16              REPRESENTATIVE ANCHIA:  Would you be --
17     Would you be amenable to an amendment to the bill that
18     would grandfather people in from having to show a photo
19     identification, for example, people who are used to
20     voting just with their voter registration card for 30,
21     40, 50 years?
22              REPRESENTATIVE KING:  No.
23              REPRESENTATIVE ANCHIA:  Okay.
24              REPRESENTATIVE KING:  I just think that --
25     and I -- And I appreciate the -- where you're coming
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00205082

House Elections Committee Hearing                    February 28, 2007

73

1        from, but I -- a photo ID in 2007, some form of photo

2        ID, is just required for everything.  And I think it's a

3        very, very, very small thing to ask if someone wants to

4        exercise the amazing right we have to votes.  I just

5        think it's a very small sacrifice to have to get one, if

6        you don't -- if you don't have one, which is rare in and

7        of itself.

8                    REPRESENTATIVE ANCHIA:  We'll probably

9        hear testimony today that upwards of about 2 million

10       Texans are in a position that they don't have it, but I

11       do appreciate --

12                   REPRESENTATIVE KING:  Is a fact that is

13       greatly in dispute.

14                   REPRESENTATIVE ANCHIA:  Okay.  Okay.  And

15       one final question.  One of the things with respect to

16       proving citizenship that is -- it's just difficult.  And

17       I like you in trying to balance sort of expansion of the

18       franchise versus integrity of the system.  I think

19       that's your goal in doing that in this bill, and in --

20       in requiring people to prove citizenship when they

21       register to vote, I worry that -- that the laundry list

22       of things that you have here, the three things

23       specifically, would make it difficult for people to

24       register.  I don't -- I tend to think that people

25       usually don't carry around their passport, their --



# ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007412

74

1    their birth certificate or citizenship papers.  I would

2    venture to say that that's probably the exception rather

3    than the rule.  Do you worry at all about curtailing the

4    franchise?

5              REPRESENTATIVE KING:  No.  In fact, I

6    had -- you know, I just got went through losing my

7    Social Security card, and I had to go get a birth

8    certificate to -- to even get a Social Security card.

9    And if someone can get a Social Security card and it's

10   required to have a birth certificate, it's not that much

11   more difficult to have one available when you register

12   to vote.

13             REPRESENTATIVE ANCHIA:  But you think

14   people carry them around like when they go and get --

15             REPRESENTATIVE KING:  No, but, you know --

16             REPRESENTATIVE ANCHIA:  -- and -- and get

17   registered to vote at voter registration drives and

18   stuff like that?

19             REPRESENTATIVE KING:  No.  But, you know,

20   I didn't carry mine around when I had to get a Social

21   Security card, but I needed to go get a Social Security

22   card, so I went and got a birth certificate, which is

23   really easy to get from your county clerk's office now

24   because they just -- you just give them your name and

25   they print it out.  It's not a search and find thing,



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007413

75

1    and, you know, just like I had to go get a birth

2    certificate to -- to get that Social Security card, and

3    I had to get one to get my passport a while back.  I've

4    got to go get a -- get a birth certificate to register

5    to vote.  It's a minor thing.

6                    REPRESENTATIVE ANCHIA:  Okay.

7                    CHAIRMAN BERMAN:  Members, any other

8    questions?  Chairman King, thank you.

9                    REPRESENTATIVE KING:  Thank you, and for

10   better or worse, my Republican women are in town

11   tonight, and I was supposed to be at dinner with them a

12   little while ago, and if you don't mind, I will go ahead

13   and leave and then would you mind closing for me?

14                    CHAIRMAN BERMAN:  I'll be very happy to do

15   that.

16                    REPRESENTATIVE KING:  Thank you, Chairman.

17                    CHAIRMAN BERMAN:  Thank you.  Sorry we've

18   kept you this long.  The chair calls -- calls up House

19   Bill 101 by Representative Riddle, who's had a very busy

20   day today.

21                    REPRESENTATIVE RIDDLE:  Thank you,

22   Mr. Chairman and members of the committee, and I think

23   that we've all had a very busy day today.  House Bill

24   101, we're talking about Voter ID, and we've got three

25   bills before us, all of which are quite similar.



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

House Elections Committee Hearing                    February 28, 2007

76

1        I would like to start out by saying that

2    I've got a ton of anecdotal stories I'm not going to

3    tell my husband who is chairman of the Ballot Security

4    Committee or the Harris County Republican party for a

5    while, and we do need ballot security.  In 1989, the US

6    Supreme Court wrote that, "A state indisputably has

7    compelling interest in preserving the integrity of its

8    election process."  This is the basic purpose behind

9    House Bill 101.  The attempt to protect every citizen's

10   right to vote.  The operative word here is citizen.  The

11   other operative here is right.  I would also add

12   privilege.

13        Of course, throughout the process it is

14   important to make sure that no one is disenfranchised by

15   the voting process.  It may be slightly less convenient,

16   but the power of the vote is worth protecting and it is

17   certainly worth taking 10 minutes to find the proper ID

18   to go before you vote.

19        I would like to add as a daughter of a

20   Marine that there are those who have fought and died and

21   continue to fight and die for our freedom to vote.  It

22   would be disrespectful to their courage and to their

23   memory if we allow our ballot box to be compromised, and

24   I don't apologize for the passion that I feel regarding

25   that.



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007415

TX_00205086

77

1          This bill does two things.  First, it
2    requires that you must prove citizenship when you
3    register to vote.  Ways to prove citizenship, one,
4    provide copy of a birth certificate.  Again, not hard to
5    get.  US citizenship papers and unexpired US passport
6    issued to the applicant.  Second, it says that in order
7    to vote, you must submit one form of photo ID or two
8    forms of non-photo ID.  Let me give you a few examples
9    of photo ID.  Driver's license, can even be from an out
10   of state if it's valid and unexpired, a military ID,
11   employee ID card that has your picture on it, US
12   certificate that contains the person's photograph,
13   student ID with a picture on it, concealed handgun
14   license and others.
15          The bill also mandates that the DPS issue
16   a free photo ID for those who sign an affidavit saying
17   that they are indigent.  If they're registered to vote,
18   are they eligible to be registered to vote.  If you
19   don't have your ID, you can still submit a provisional
20   ballot and that ballot will be counted and confirmed if
21   you provide proper ID to register within a 5-day period.
22          Other states have similar laws.  19 states
23   currently have laws requiring either a -- a photo ID or
24   a non-photo ID to vote.  Arizona is one of them.  Two
25   states, Florida and Indiana, have states mandating only



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

House Elections Committee Hearing                    February 28, 2007

78

1      a photo ID.  Georgia and Missouri have both had their ID
2      laws struck down.  However, Georgia's was because they
3      charged for their ID and that was an obvious oversight
4      that we here in Texas have corrected.  It was considered
5      tantamount to a poll tax.  But that is not going to be a
6      situation in any of the these -- three bills which are
7      going before you.
8                  Arizona's law was enjoined by the
9      Ninth Circuit Court of Appeals that they issued no
10     finding or reasoning, and as a result, the US Supreme
11     Court -- they headed that ruling.  US Supreme Court did
12     not make any final decisions on the issue, but they did
13     seem to indicate that they felt like Arizona's law
14     provided plenty of outs for those who did not have a
15     photo ID and our bill does the same.  Our bill is
16     actually patterned after Proposition 200 in Arizona.
17                 It also is basically patterned after the
18     bill that our good friend State Representative -- former
19     State Representative Mary Denny presented last session.
20     My bill replicates her bill to a large extent with the
21     various amendments that she accepted to that bill.  I
22     feel like that her bill was quite a good one, and I
23     think that it is incumbent on us as elected officials to
24     preserve the integrity of our ballot box, and it would
25     be irresponsible to allow that ballot box to -- to be



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00205088

79

1    compromised in any way.  That has everything to do with

2    our freedoms.

3                 CHAIRMAN BERMAN:  Members, any questions?

4    Mr. Bohac?

5                 REPRESENTATIVE BOHAC:  Debbie, you know,

6    you were saying it takes about 10 minutes to find the

7    driver's license or whatever.  I think the harder part

8    of voting is finding that cotton-picking voter

9    registration card.  I think keeping your driver's

10   license handy is the easy part.  I don't know about you,

11   but I have to run around the house or rifle through my

12   car looking for that voter registration card.  I think

13   we're getting -- we've got this out of whack.  I

14   wouldn't mind not even having to present a voter

15   registration card and making the driver's license the

16   voter registration card.  I mean, then you wouldn't have

17   to find two forms of things because, really, I don't

18   know of anyone including my parents, especially who know

19   where they keep that voter registration card, but

20   99.9 percent of us know exactly where we keep our

21   driver's license or TDL license.

22                 REPRESENTATIVE RIDDLE:  I think there's a

23   lot to be said for that.  However, there -- with the

24   Real ID -- Federal ID Act that has come in regarding our

25   driver's license, I think that this is going to have a



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007418

80

1        lot to say in showing proof of citizenship.

2                    CHAIRMAN BERMAN:  Members, any other

3        questions?  Mr. Anchia?

4                    REPRESENTATIVE ANCHIA:  Thank you, Madam

5        Chair.  I had a -- a quick question.

6                    REPRESENTATIVE RIDDLE:  Thank you for the

7        promotion, but I'm not a chairman.

8                    REPRESENTATIVE ANCHIA:  Oh, well --

9                    REPRESENTATIVE RIDDLE:  But I am on

10       appropriations.

11                   REPRESENTATIVE ANCHIA:  I do -- I do it

12       and I do it because -- because everybody is kind of in a

13       current chair or past chair or something like that, so I

14       err on the side of safety.

15                   REPRESENTATIVE RIDDLE:  Thank you very

16       much.

17                   REPRESENTATIVE ANCHIA:  I think I'm the

18       only guy who never had been one or the other, but -- but

19       I had a quick question about the bill.  What are

20       citizenship papers?  What would qualify?

21                   REPRESENTATIVE RIDDLE:  Well, if you have

22       acquired citizenship, and I think that there's -- I

23       don't know about me or, Mr. Chairman, if there --

24                   CHAIRMAN BERMAN:  Birth certificates and

25       naturalizations.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007419

81

1          REPRESENTATIVE RIDDLE:  Yeah.

2    Immigration, naturalization, I think does give you some

3    type of papers.  I've not gone through that, so I

4    don't --

5          REPRESENTATIVE ANCHIA:  Do you know what

6    it's called?  I mean, because here you have -- you have

7    a birth certificate which qualifies clearly, and you

8    have a passport.  I just don't know if --

9          REPRESENTATIVE RIDDLE:  Basically --

10          REPRESENTATIVE ANCHIA:  -- if citizenship

11    papers had a particular name or anything like that.

12          REPRESENTATIVE RIDDLE:  Basically --

13    Basically anything that would give you a passport.

14          REPRESENTATIVE ANCHIA:  Okay.  Okay.  What

15    percentage of people have passports in Texas; do you

16    know?

17          REPRESENTATIVE RIDDLE:  I don't know.  I

18    would suspect quite a few.  Quite a few here in Texas, I

19    would guess.

20          REPRESENTATIVE ANCHIA:  The numbers I've

21    seen nationwide are anywhere between 7 to 21 percent of

22    the entire population, and I don't know which one of

23    those two numbers is good.  Do you worry at all about

24    restricting the ability of people to -- to register to

25    vote?


ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007420

TX_00205091

82

1             REPRESENTATIVE RIDDLE:  Absolutely not.

2             REPRESENTATIVE ANCHIA:  Okay.

3             REPRESENTATIVE RIDDLE:  And let me tell

4    you why if you're interested.

5             REPRESENTATIVE ANCHIA:  I am.  I am.

6             REPRESENTATIVE RIDDLE:  I believe that the

7    right to vote is also a privilege.  People have gone to

8    war.  They have fought, they have died in order to

9    preserve our freedom and to preserve our right to vote.

10   For us to complain and say that it's a little too

11   inconvenient to do this or it's a little too

12   inconvenient to do that, well, exactly how inconvenient

13   has it been for our men and women who have fought, bled,

14   died and for those that survived come home with massive

15   injuries?  Are we going to tell them it's just too

16   inconvenient?  I don't think so.  And our freedom is too

17   valuable.  It is too significant.  It is too precious

18   for us to be big old babies and whine and complain about

19   a little bit of inconvenience.

20             As for me, let me tell you, I think that

21   there's no amount of inconvenience that is too much

22   trouble for us to maintain the integrity of our

23   ballot -- of our ballot box because when this ballot box

24   is compromised, then your freedom is compromised and the

25   freedom of my grandchildren, and I'm not going to



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007421

83

1    sacrifice that.

2                  REPRESENTATIVE ANCHIA:  I appreciate that.

3    That was a terrific -- That was a terrific analysis, and

4    I totally agree with you that the sacrifice here of our

5    young men and women in -- in active duty and those who

6    have lost lives is important.  I also believe that the

7    right to vote is an important right, and I hope -- I

8    hope you didn't think I was whining about inconvenience

9    because that wasn't the -- the purpose of my question.

10                 My question was, do you think it will be

11   harder for people to vote when you make it harder for

12   people to prove citizenship?  Do you think --

13                 REPRESENTATIVE RIDDLE:  I think it's going

14   to be harder for noncitizens to vote.

15                 REPRESENTATIVE ANCHIA:  But do you

16   think -- you think US citizens who need to provide these

17   documents might have a tougher time voting?  That really

18   is the essence of my question, and, again, I do respect

19   you very much and I respect our men and women who have

20   served, including the chairman, but I'm just trying to

21   get at a fundamental tension that we have between

22   exercise of the franchise, which as you correctly

23   suggest is a right that we have and that men and women

24   have died for, and that right is very, very precious and

25   what kind of restrictions we place on the exercise of



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007422

House Elections Committee Hearing                    February 28, 2007

84

1      that franchise for US citizens that want to -- that want

2      to exercise it, and that really --

3                    REPRESENTATIVE RIDDLE:  Let me share.

4                    REPRESENTATIVE ANCHIA:  -- that really is

5      the -- the crux of my question.

6                    REPRESENTATIVE RIDDLE:  Let me share with

7      you -- And your question is a fair question, and I

8      respect you as well, and I certainly didn't mean to

9      imply that you were whining.  The -- And especially

10     after you called me madam chairman, I sure don't want to

11     be doing that.

12                    REPRESENTATIVE ANCHIA:  Madam double

13     chairman, triple chairman.

14                    REPRESENTATIVE RIDDLE:  Before the rubber

15     hits the road, this is about real people, real freedom,

16     real life, real America.  The people in my district --

17     And that's the ones I know the best who are part of our

18     greatest generation, when this discussion -- when they

19     have become a part of this discussion -- and those are

20     our World War II veterans, and my dad passed away, but

21     may dad was one of them.  My dad fought on Iwo Jima.  If

22     my daddy were here today, he'd probably make mince meat

23     out of anybody that disagreed with him.  But the -- But

24     they want to make sure that that ballot is secure.  They

25     are also the ones that would likely as not be the most



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007423

85

1    inconvenienced.

2              So the people who are our greatest

3    generation, those that would be -- would find it the

4    most difficult and be most inconvenienced are the very

5    ones that are adamant about securing our ballot, about

6    having photo ID, about not compromising the integrity of

7    the ballot box and for dead sure making sure that only

8    American citizens are the ones that are casting the

9    vote, and they're the people that I think that we should

10   hold in highest distinct and honor their wisdom, honor

11   their sacrifice and honor the legacy that they have

12   given to us.

13             REPRESENTATIVE ANCHIA:  And I appreciate

14   that, madam triple chair.  That -- I have constituents

15   who also fought in World War II.  My late father-in-law

16   was a tail gunner on a B26.  He flew an inordinate

17   number of missions over Italy and Germany.  I --

18             REPRESENTATIVE RIDDLE:  And tell him thank

19   you from us.

20             REPRESENTATIVE ANCHIA:  Well, he's passed

21   away, but, yes, I certainly do hold him in high regard,

22   and I hold the World War II veterans and the Vietnam

23   veterans and the Korean veterans that I -- that I

24   represent in District 103 in very high regard.  Many of

25   them have been voting for 40 and 50 years with -- with



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007424

TX_00205095

House Elections Committee Hearing                    February 28, 2007

86

```
1      their voter registration card, and they've expressed to
2      me concern about this type of -- this type of
3      requirement because many of them don't drive.  Many of
4      them don't have utility bills in their name because they
5      live with persons who, for example, may be their
6      siblings.  They live in homes.  It makes it a little bit
7      more difficult for them, so that's why I'm asking you
8      these questions, and I believe you have sincere --
9      sincere intentions in your bill, and I have sincere
10     intent in trying to articulate some of the concerns of
11     the World War II veterans, the Korean veterans, Vietnam
12     veterans, Desert Storm veterans that I represent.  So I
13     appreciate -- I appreciate this dialogue.
14               REPRESENTATIVE RIDDLE:  Thank you, and I
15     appreciate the dialogue as well, and I appreciate your
16     concerns.
17               REPRESENTATIVE ANCHIA:  Thank you.
18               REPRESENTATIVE RIDDLE:  Thank you,
19     Mr. Chair.  If there's not any other questions --
20               CHAIRMAN BERMAN:  I don't see any.
21               REPRESENTATIVE RIDDLE:  -- I will close.
22               CHAIRMAN BERMAN:  We'll start calling on
23     our witnesses.  Thank you, Chairman Riddle.
24               REPRESENTATIVE RIDDLE:  Oh, should I
25     reserve the right to close after the witnesses?
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007425

TX_00205096

87

1              CHAIRMAN BERMAN:  I'm going to let you

2      close.

3              REPRESENTATIVE RIDDLE:  Thank you.

4              CHAIRMAN BERMAN:  You don't have to

5      reserve it with me.

6              REPRESENTATIVE RIDDLE:  Thank you.

7              CHAIRMAN BERMAN:  I'm going to let you

8      close.  All right.  The chair calls Russ Duerstine.  Is

9      it Duerstine?  Duerstine.  He is for the bill, all three

10     bills and he will not testify.  The chair calls Jodi

11     Park.  Jodi, are you here?  Jodi is not going to

12     testify.  She registers against all three bills.  The

13     chairs calls Tina Benkiser.  Tina, will you state your

14     name and tell us who you are representing?

15             MS. BENKISER:  Yes, sir, I will.  My name

16     is Tina Benkiser.  I'm here on behalf of myself as an

17     individual and, also, in my capacity as chairman of the

18     Republican party of Texas, which is a volunteer

19     position.  Thank you, Mr. Chairman and thank you

20     members.  I know that it's been a long day, and I'll try

21     to keep my remarks short.  I do appreciate the

22     opportunity to testify.

23             I'm here to talk about election integrity,

24     specifically, safeguarding the people's right to govern

25     themselves.  I think America's strength is our people



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007426

TX_00205097

House Elections Committee Hearing                February 28, 2007

88

1     and their right to choose leaders of their government.

2     I think requiring a photo ID to vote will go a long way

3     in helping ensure fair elections.  I know you are

4     considering several bills here that would require a

5     voter to present a photo ID in order to vote, to make

6     sure that the person casting the vote in the voting

7     booth is the same qualified registered voter that's

8     actually listed in the poll book.

9                In this age, there are 40 million

10    Americans who move every year.  Here alone in Texas, we

11    have 12.9 million registered voters.  Election judges

12    just simply cannot know everyone that comes to the

13    polls, especially in urban areas.  So it's just common

14    sense that presenting a photo ID to vote that matches

15    the poll book will better protect voter's rights.

16                What makes no sense is that I'd be

17    required to have a photo ID to rent Animal House at my

18    local video store and, yet, I can present the envelope

19    from -- for my water bill to vote.  Isn't voting on who

20    runs our government at least as important as my ability

21    or any citizen's ability to rent a movie?

22                Photo ID legislation really should be a

23    bipartisan slam dunk.  One national poll showed that

24    82 percent of all voters, including three of every four

25    Democrats, support using a government issued photo ID at



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007427

TX_00205098

89

1       the polls.  In the last primary election, Texas

2       Republicans overwhelmingly passed a ballot initiative of

3       calling for photo ID to vote by 88 percent.  Moreover,

4       in a bipartisan commission on Federal election reform

5       co-chaired by former President Jimmy Carter and former

6       Secretary of State James Baker, the third recommended

7       requiring a photo ID to vote, and I think that's

8       probably been put into testimony or evidence by

9       Representative King earlier.

10                    So I'll just say that to ensure public

11      confidence in the election process, every qualified

12      citizen must be allowed to vote, and they must be

13      allowed to have their vote counted.  Supporting Federal

14      ID legislation is the only responsible thing to do, and

15      I think is indeed necessary to protect liberty and

16      justice for all.  Thank you so much.

17                    CHAIRMAN BERMAN:  Members, questions?

18      Mr. Anchia?

19                    REPRESENTATIVE ANCHIA:  Ms. Benkiser,

20      thanks again for your testimony.  I appreciate you

21      waiting as long.  I'll be very, very brief.  You just

22      stated and I think very appropriately that every

23      qualified citizen should have the right to vote.  I

24      agree with you.  I think that's among the most important

25      rights.  Again, the intention of my concern is whether



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007428

House Elections Committee Hearing                    February 28, 2007

90

1       we're restricting the franchise, and, specifically, my

2       concern is about -- is about the voter registration,

3       having to prove you're a citizen to be a registered

4       voter, and you'll probably agree with me that your

5       testimony here today is an important right.  I think it

6       forms part of your right to address the government,

7       right?  I mean, that is an important right.

8                    MS. BENKISER:  Absolutely.

9                    REPRESENTATIVE ANCHIA:  Yeah.  In your

10      right to speech.  You would also agree that the right to

11      register to vote -- to vote is at least a co-equal right

12      with what you're doing here today, correct?  It's at

13      least as important.

14                    MS. BENKISER:  Absolutely.  The right to

15      vote and to self-govern is the underpinning foundation

16      to our American system of government.

17                    REPRESENTATIVE ANCHIA:  And in order --

18      And the requirement in these bills for registration is

19      that you prove you are a citizen, correct?

20                    MS. BENKISER:  I believe not only is that

21      a requirement in these bills, but it is indeed a US

22      constitutional requirement that one be a citizen in

23      order to vote.

24                    REPRESENTATIVE ANCHIA:  And I totally

25      agree with that.  I totally agree with that.  My concern



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

JA_007429

House Elections Committee Hearing                      February 28, 2007

91

1      is how do you prove it?  Can you prove today that you

2      are a citizen?

3                    MS. BENKISER:  Yes, sir, I can.

4                    REPRESENTATIVE ANCHIA:  Okay.  Do you have

5      your passport with you?

6                    MS. BENKISER:  Not with me in this room.

7                    REPRESENTATIVE ANCHIA:  Citizenship

8      papers?

9                    MS. BENKISER:  I certainly could get it.

10                    REPRESENTATIVE ANCHIA:  But do you have

11      them right now?  If I was going to register you to vote,

12      could you prove that you were a US citizen right now?

13                    MS. BENKISER:  Mr. Anchia, I appreciate

14      what you're trying to say, but the point is if I were

15      here to register to vote, yes, sir, I could prove that I

16      was a citizen.  It wouldn't be very much trouble.

17                    REPRESENTATIVE ANCHIA:  But if you weren't

18      registered and I was trying to register you now and you

19      weren't registered and this -- and we were voter

20      registrants and you had the opportunity, could you right

21      now prove that you are a citizen?

22                    MS. BENKISER:  It would depend on what you

23      required from me as proof.

24                    REPRESENTATIVE ANCHIA:  Under -- Under the

25      bill.  Under the bill.  Do you have your passport with



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007430

TX_00205101

92

1    you?

2               MS. BENKISER:  I do not have my passport

3    with me.

4               REPRESENTATIVE ANCHIA:  Do you have

5    citizenship papers with you?

6               MS. BENKISER:  No, I don't.

7               REPRESENTATIVE ANCHIA:  And do you have, I

8    guess, the third -- what is the third thing in the bill?

9    A -- In order to register to vote, there's a thing in

10   the bill.  A birth certificate.  Do you have your birth

11   certificate with you?

12              MS. BENKISER:  Not with me.

13              REPRESENTATIVE ANCHIA:  Okay.  Okay.

14   That's -- That's the reason I'm trying to articulate

15   this intention about whether we're really restricting

16   and having a tough time or giving people a tough time in

17   order to register to vote because that -- I agree with

18   you, as you said, it's -- every qualified citizen should

19   have the opportunity to vote, right?

20              MS. BENKISER:  Absolutely.

21              REPRESENTATIVE ANCHIA:  And -- And I worry

22   that this bill creates a problem, and I appreciate you

23   walking through that exercise with me because I like

24   you -- I mean, look, I don't want voter fraud.  I agree

25   with you a hundred percent.  The voter fraud that we're



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00205102

93

```
 1        trying to deal with here is kind of a voter
 2        impersonation, right?  People going to vote say --
 3                    MS. BENKISER:  Absolutely.
 4                    REPRESENTATIVE ANCHIA:  -- that they're --
 5        and voter impersonation, I think, is a bad -- is a bad
 6        thing.
 7                    MS. BENKISER:  Yes, sir.  I think they
 8        should go to jail for that, but that's a different
 9        matter.
10                    REPRESENTATIVE ANCHIA:  I agree with you.
11        I agree with you.  And if these bills said that if you
12        impersonate a voter, you shall go to jail and this could
13        be a felony.  I'm right there with you that I think it
14        is a bipartisan deal.  I just worry about restricting
15        people's access and --
16                    MS. BENKISER:  I do -- and I -- And I
17        certainly appreciate your giving me the opportunity to
18        talk about this because I think at the end of the day,
19        it's about ensuring the integrity of election and
20        keeping the public's confidence that in fact every
21        citizen can -- who is qualified, who is properly
22        registered be allowed to vote and they have their vote
23        counted, and every single instance where that does not
24        happen, it takes away your right and my right to govern
25        ourselves, and I'm sure that you would all agree that's
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

JA_007432

TX_00205103

House Elections Committee Hearing                    February 28, 2007

                                                              94

1      just not acceptable.

2                    REPRESENTATIVE ANCHIA:  Thanks for

3      answering my questions.  I really appreciate it.

4                    MS. BENKISER:  Yes, sir.

5                    CHAIRMAN BERMAN:  Mrs. Benkiser, I have a

6      couple of questions too, if you don't mind.

7                    MS. BENKISER:  Yes, sir.

8                    CHAIRMAN BERMAN:  Before earlier tonight,

9      we heard House Bill 265 concerning registration on

10     election -- during early election days.  And Mr. Anchia

11     listed a number of items that people should have with

12     them when they do register.  He said to have proof of

13     identification with you, you need a Texas driver's

14     license, including a temporary license and utility bill,

15     a Texas driver's license or a temporary license, a US

16     passport, a United States military ID.  In fact, these

17     are all in Mr. Anchia's requirements for registration.

18                    So if you were going to register and you

19     knew the registration date, could you at all not find

20     any of these documents and prepare to go to register

21     with just about every one of these documents?

22                    MS. BENKISER:  You're right.

23                    REPRESENTATIVE ANCHIA:  Mr. Anchia listed

24     all these things as part of registration.

25                    MS. BENKISER:  Yes, sir.  Mr. Chairman, I



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007433

House Elections Committee Hearing                    February 28, 2007

95

1     believe that's correct.

2               CHAIRMAN BERMAN:  Okay.  So you can find

3     any of these documents if you need -- if you knew when

4     you had to register.

5               MS. BENKISER:  I know where all of those

6     documents are for myself, yes, sir.

7               CHAIRMAN BERMAN:  You don't carry a birth

8     certificate with me, do you?

9               MS. BENKISER:  No, I don't.

10              CHAIRMAN BERMAN:  I don't carry a passport

11    with me until -- unless I'm traveling overseas.

12              MS. BENKISER:  Right.

13              CHAIRMAN BERMAN:  I don't have any of

14    those documents with me, but if I needed them, I know

15    exactly where to go and get them.

16              MS. BENKISER:  Yes, sir.

17              CHAIRMAN BERMAN:  And they're very easy to

18    get.

19              MS. BENKISER:  Yes, sir.

20              CHAIRMAN BERMAN:  Thank you, Chairman

21    Benkiser.

22              MS. BENKISER:  You're very welcome.  Thank

23    you so much for allowing me to testify.

24              CHAIRMAN BERMAN:  The chair calls Luis

25    Figueroa.  Is Mr. Figueroa in the room?  Oh, I'm sorry.



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007434

TX_00205105

House Elections Committee Hearing                    February 28, 2007

96

 1     Just your testimony, Mr. Figueroa, will be on all three
 2     bills.
 3                    MR. FIGUEROA:  Okay.
 4                    CHAIRMAN BERMAN:  They're all pretty
 5     simple.
 6                    MR. FIGUEROA:  Sure.  Thank you very much,
 7     Mr. Chairman.  My name is Luis Figueroa, and I'm the
 8     legislative staff attorney for the Mexican American
 9     Legal Defense and Educational Fund, MALDEF, and I just
10     handed to you all a bunch of documents.  I apologize.  I
11     wasn't sure how we were going to break down the bills,
12     but I handed you some fact sheets on Voter ID on proof
13     of citizenship, the testimony on the proof of
14     citizenship bill, the two proof of citizenship bills and
15     testimony on the Voter ID bill, and I think there are
16     two separate issues so I separated them out.  I hope
17     that's acceptable to the committee.
18                    We as a -- You, as a committee and state
19     legislators, have a commitment to kind of do a cost
20     benefit analysis of how we can keep the integrity of the
21     vote while maintaining access, and that's really what
22     this issue is all about.  How do we maintain access to
23     voting so that every eligible voter has access to be
24     able to vote while at the same time keeping the
25     integrity of the voting system?  And I think that the



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007435

TX_00205106

97

1    voter -- And for the reasons that the Voter ID is proof

2    of citizenship swing that pendulum too far in favor of

3    denying access, we oppose all three bills.

4              CHAIRMAN BERMAN:  If I might interrupt,

5    Mr. Figueroa.  How?

6              MR. FIGUEROA:  Sure.  The first reason

7    that we have in terms of -- We've got to look at the

8    benefits and the cost.  First of all, the benefits on

9    Voter ID Texas already has a Voter ID requirement.

10   Right now under current law, you have to present a voter

11   registration certificate card.  One of the things that

12   representative Anchia's bill earlier talked about was

13   same day registration.  At that point, you don't have a

14   voter registration card because you haven't registered

15   to vote, which is why you have to present some

16   identification.

17             Under current law, when you go vote, if

18   you don't have a voter registration card, you have to

19   present identification.  That is the current law when in

20   the current law we have a voter identification

21   provision.  What these bills do is add a multiple voter

22   identification criteria, and the only benefit it solves

23   is a problem of voter impersonation.  When we questioned

24   the Attorney General, the Secretary of State, the only

25   type of fraud they talk about is mail fraud or other



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007436

98

1        types of fraud of stuffing the ballot box.  Voter

2        impersonation is a nonissue, and we can't find any

3        credible findings of voter impersonation.

4                    CHAIRMAN BERMAN:  May I interrupt again?

5                    MR. FIGUEROA:  Yes, sir.

6                    CHAIRMAN BERMAN:  Have you talked to the

7        elections clerk in Harris County, Mr. Paul Betancourt?

8                    MR. FIGUEROA:  I absolutely have.  In

9        fact, we had a debate at the Texas -- Conservative

10       Coalition of Texas, and we kind of hammered these issues

11       out, and we talked the discussion, and you know what we

12       talked about was -- and he mentioned what is mentioned

13       before, anecdotal evidence of people in the jury box

14       saying that they were registered to vote and yet weren't

15       citizens, but there wasn't any real proof of a voter

16       intentionally voting or impersonating a voter, I should

17       say.  There's a difference between impersonating a voter

18       and voting.

19                    And let's talk about what impersonating a

20       voter means.  That means I registered to vote with a

21       card -- acquire a voter registration card, but that's

22       not actually who I am, so I'm going as somebody else and

23       taking that voter registration card as a false person

24       and saying I'm Mr. Joe Smith, when, in fact, my real

25       name is Louis Figueroa.  This is a very rare occurrence,



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007437

House Elections Committee Hearing                    February 28, 2007

99

1    and when we hear incidences of dead people voting or

2    stuffing the ballot box, the voter identification

3    provisions don't address that in any way or shape.  So

4    we have a -- very little benefit from the voter

5    identification.

6              Let's look at the costs, and these are the

7    costs.  There's a big cost on nondrivers.  Nondrivers

8    are going to have to acquire a different form of

9    identification.  They are going to have to acquire the

10   utility bill, that many people don't know about these

11   requirements when they go vote, and will have to go back

12   home, which pretty much represents an additional

13   barrier.  It's an impact on people who newly moved.  For

14   instance, I just moved to -- about a mile away from my

15   current -- my current condominium, and when I moved, it

16   took a long time for my driver's license to arrive.  So

17   I have an old driver's license with a different address.

18   If someone's identity is stolen, they may not have a --

19   a -- or they recently moved or they got married, their

20   driver's license name and address may not match where

21   they actually live.

22             It has an impact on the election judge.

23   The election judge now has to get training on new

24   identification procedures, what forms are acceptable,

25   which forms aren't.  When we saw this in Arizona, it had



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007438

House Elections Committee Hearing                    February 28, 2007

100

 1    a huge impact on the Native American community because

 2    they had to travel extreme distances to come to the

 3    polls, and most of them only had a travel identification

 4    card.  If they forgot the travel identification, they

 5    had to vote what's called a conditional provisional

 6    ballot.  It was a very complicated process where they

 7    had to come back and set up a provisional ballot

 8    process, and it was a very confusing and costly process,

 9    not only for the voter, but for the election judge and

10    the election officials.

11            The last challenge is that of MALDEF's

12    specialty is and that's the impact on the constitution

13    and the litigation costs.  We identify in the bill as

14    the particular legal objections we have to Voter ID and

15    to date, there have already been successful challenges

16    in Albuquerque.  In Arizona, MALDEF is -- is litigating

17    that case right now.  Like I said, it went up to the

18    Ninth Circuit.  It went up to the Supreme Court.  It's

19    currently pending again in the Ninth Circuit, and it's

20    been a very extensive and exhaustive litigation process.

21    In Georgia, it was struck down, and, in fact, the

22    reality is nearly every state has an ID regulation.  The

23    question is how onerous is the ID regulation.  When

24    Georgia went too far, they struck it down.  When New

25    Mexico -- Albuquerque went too far, they struck it down,



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007439

TX_00205110

Case 2:13-cv-00193   Document 726-1   Filed on 11/17/14 in TXSD   Page 121 of 211
House Elections Committee Hearing                              February 28, 2007

                                                                        101

1          and I think these bills that are in Texas are going to

2          also swing the bill as going too far.

3                      Now, I also wanted to talk about proof of

4          citizenship to register to vote because we think that is

5          a much more onerous provision in the election process.

6          Again, when we talk about the benefits, we have had no

7          instances of undocumented voting in an election.  There

8          have been no instances that the -- that any election

9          official can point to of an undocumented immigrant

10         voting an election.  Proof of citizenship, what happened

11         in Arizona in the first month, 79 percent of them were

12         rejected and only a handful of those people reflected

13         foreign born.  Mostly, those were naturalized citizens.

14         So the impact on this wasn't on immigrants or on

15         undocumented.  The impact was on eligible voters.

16                     The fact of the matter is the proof of

17         citizenship requirement is again duplicative of current

18         law.  Current law, you have to mark the box and say that

19         you are a US citizen, and if you lie on that, you are

20         committing a felony of perjury.  You are exposing

21         yourself to extreme immigration consequences.

22                     CHAIRMAN BERMAN:  Mr. Figueroa, may I

23         interrupt and ask you a quick question?

24                     MR. FIGUEROA:  Yes, sir.

25                     CHAIRMAN BERMAN:  Did you support House



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

102

1    Bill 265?

2              MR. FIGUEROA:  Yes, I did.

3              CHAIRMAN BERMAN:  It requires proof of

4    citizenship for registration.  It requires a lot of

5    different identification.

6              MR. FIGUEROA:  That's correct.  That's

7    right, it does, and what I was stating earlier is the

8    reason for that is because it is a prime example of our

9    current law.  Under current law, you don't have a voter

10   registration certificate.  You have to present an ID

11   card.  You have to present an additional identification

12   card.  If you haven't registered to vote, you don't have

13   that voter registration card.  So that is actually

14   pretty much repeat of our current law.

15             CHAIRMAN BERMAN:  But isn't that what

16   you're speaking of right now, people who don't have a

17   voter registration card and were going to vote and you

18   are saying it's onerous for them to have to present

19   information saying you are a US citizen?

20             MR. FIGUEROA:  No.  Actually, what this

21   bill does is for people who are registered to vote and

22   have their voter registration card.  So if you register

23   to vote, you've got your voter registration card.

24   You've got yourself to the point place.  You still need

25   to present additional identification under this bill.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007441

House Elections Committee Hearing                February 28, 2007

103

1      Under current law, you're good once you have that voter

2      registration card.

3                  CHAIRMAN BERMAN:  But you have that

4      identification at the time you register.  Why can't you

5      use it at the time you vote?

6                  MR. FIGUEROA:  Why can't you use your

7      voter registration card?

8                  CHAIRMAN BERMAN:  No, no, not the voter

9      registration.  You need identification at the time you

10     register to vote; is that correct?

11                 MR. FIGUEROA:  Under -- Under current law?

12                 CHAIRMAN BERMAN:  Under 265.

13                 MR. FIGUEROA:  Oh, under 265.

14                 CHAIRMAN BERMAN:  The one you supported

15     before, yeah.

16                 MR. FIGUEROA:  Under 265, in order to

17     register at the same time, the same day as you register

18     to vote and the same day you vote, yes, you need to

19     present identification.

20                 CHAIRMAN BERMAN:  To register.

21                 MR. FIGUEROA:  To register and vote.

22                 CHAIRMAN BERMAN:  Why can't you use the

23     same identification then to vote?

24                 MR. FIGUEROA:  The reason for that is

25     because on a same day election card, you don't have your



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007442

Case 2:13-cv-00193   Document 726-1   Filed on 11/17/14 in TXSD   Page 124 of 211
House Elections Committee Hearing                    February 28, 2007

104

1     voter registration card.  You have no proof of anything

2     saying who you are.  When we go vote at regular

3     places --

4                    CHAIRMAN BERMAN:  Is the voter --

5                    MR. FIGUEROA:  -- we have voter --

6                    CHAIRMAN BERMAN:  Is the voter

7     registration card in your mind an identification card?

8                    MR. FIGUEROA:  Yes, yes, absolutely.  It

9     shows who you are.  It has your name.  It has your --

10    your -- you know, your precinct.  It has a lot of

11    information about you and today that is a sufficient

12    identification for a voter, and at the point we start

13    adding a picture ID or other forms of identification,

14    we're basically asking for multiple identification.

15                   CHAIRMAN BERMAN:  And you object to

16    someone showing one other document that showed that they

17    are the person on the voter registration card?

18                   MR. FIGUEROA:  We have.

19                   CHAIRMAN BERMAN:  Is that what you're

20    saying you object to?

21                   MR. FIGUEROA:  That's right.  That's what

22    we object to, and the reason we object to it because it

23    will affect people who have recently moved whose names

24    don't match.  It will affect people whose recent

25    addresses don't match, and it will reflect people who



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

105

1        don't have driver's license, who may be disabled or
2        elderly or for whatever reason don't have a driver's
3        license on them.
4                    CHAIRMAN BERMAN:  I'm sorry.  Mr. Anchia?
5                    REPRESENTATIVE ANCHIA:  Thank you,
6        Mr. Chairman.  Mr. Figueroa, thank you for testifying
7        today.  I just want to make sure that we don't go down
8        any rabbit trails indeed.  You heard the exchange
9        between the chairman and -- and Chairwoman Benkiser,
10       correct, earlier?
11                   MR. DUERSTINE:  Yes, sir.
12                   CHAIRMAN BERMAN:  And the inference was
13       made that HB265 was the same in its requirement as this
14       bill, correct?
15                   MR. FIGUEROA:  Right.
16                   CHAIRMAN BERMAN:  That was the inference
17       that was made.
18                   MR. FIGUEROA:  That was the inference.
19                   CHAIRMAN BERMAN:  Is it not true that
20       HB265 just states current law with respect to voter
21       registration?
22                   MR. FIGUEROA:  That's right.  I mean,
23       basically what it's saying is you fill out the voter
24       registration card, and in order to -- to identify
25       that -- you have some provisions in there that talk



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007444

TX_00205115

106

1      about identification.

2                    REPRESENTATIVE ANCHIA:  So HB265 creates

3      no new requirement under current law with respect to

4      voter registration; is that correct?

5                    MR. FIGUEROA:  That's basically correct.

6      I mean, it's -- it's slightly different in the sense

7      that when you mail a voter registration card, you don't

8      have to present that identification, but yes.

9                    REPRESENTATIVE ANCHIA:  But for

10     in-person --

11                   MR. FIGUEROA:  For in-person voting, it's

12     a direct match, yes.

13                   REPRESENTATIVE ANCHIA:  Which would be the

14     same -- Which would be the same thing that you would be

15     doing if you had -- if you're participating in that

16     pilot program.  You would be providing the same

17     information, and HB265 does not create any different

18     standard for in-person voter registration, correct?

19                   MR. FIGUEROA:  That's right.

20                   REPRESENTATIVE ANCHIA:  Okay.  Okay.

21     Thank you.  I just wanted to make sure.  It sounded like

22     there was some confusion between Chairwoman Benkiser and

23     the chairman of the committee, but, in fact, there is no

24     new standard under HB265.  We took current law for

25     in-person voter registration, so there's just no



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007445

107

1    difference.

2              CHAIRMAN BERMAN:  I understand that.  So

3    you shouldn't object to showing same identification when

4    you go to vote.

5              REPRESENTATIVE ANCHIA:  Except that this

6    is a higher standard.  You've created a higher standard

7    to prove citizenship.

8              CHAIRMAN BERMAN:  Is there something wrong

9    with -- with that?

10             REPRESENTATIVE ANCHIA:  Well, that's --

11             CHAIRMAN BERMAN:  Does it preserve our

12   right to vote and --

13             REPRESENTATIVE ANCHIA:  That's the debate

14   we're having today.  I just wanted to point out because

15   the inference is made, Mr. Chairman, that -- that 265

16   was the same as the voter ID bill when, in fact, the

17   registration requirements under 265 are those found in

18   current law.  Thanks.

19             MR. FIGUEROA:  And for us --

20             CHAIRMAN BERMAN:  Wait a second.

21   Mr. Bohac?

22             MR. FIGUEROA:  Yes, sir.

23             REPRESENTATIVE BOHAC:  Just a quick

24   question for you.  What if there was no Voter ID card

25   that was required, but you had to show just a driver's



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00205117

108

1    license or a -- or a valid Texas ID card?  Would that be

2    okay?

3                    MR. FIGUEROA:  That's what card instead

4    of -- I think that's a restatement of current law.

5                    REPRESENTATIVE BOHAC:  What I'm saying is

6    what if -- what if we didn't require at all -- we didn't

7    even have a voter registration card.  Would it be

8    cumbersome for a person to just show their driver's

9    license or a valid -- or a valid state ID, whatever it

10   is?  Would that be too cumbersome using your logic that

11   you are presenting here today?  Is that -- Would that be

12   too cumbersome?

13                    MR. FIGUEROA:  Well, in a way, that's how

14   a lot of people vote, right?  A lot of people don't

15   remember to bring -- In fact, you stated earlier a lot

16   of you always don't know where your voter registration

17   card is, so you just go and you show your ID.  Our

18   problem is that there are some people who do use the

19   voter registration card without the ID, and, usually,

20   those are the disadvantaged or particular segments of

21   our population.  The disabled who don't drive, the

22   elderly who have voted with their voter registration

23   card for a long time, people who use the bus and have

24   never applied for a driver's license, people who are

25   students and haven't got their card yet and haven't got



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

JA_007447

House Elections Committee Hearing                    February 28, 2007

109

1    a driver's license yet.  So this -- What Texas law

2    currently provides is that for those instances, those

3    special populations, they can use their voter

4    registration card.

5              Now, I think you're a right.  For the mass

6    majority of people, they use their -- their ID card and

7    they use their other identification identified that they

8    have, their picture ID, and I think that's why it works

9    so well.  And we don't see a -- necessarily a problem

10   that needs to be fixed.  But the -- the high end

11   standard that Chairman Burnam stated is what we have a

12   problem with.  The higher standard in our opinion swings

13   the pendulum too far and only solves the problem of

14   voter impersonation, which we haven't seen to be an

15   actual problem, and, instead, has the potential of

16   disenfranchising a segment of population even if it's a

17   small population where one of those fact sheets shows is

18   that even 2 percent that were affected in Arizona with a

19   proof of citizenship count for thousand and thousands of

20   voters, which is -- that are more than the -- you know,

21   the even -- the most conservative numbers -- Texas

22   conservative coalition.

23              The most conservative numbers have only

24   been able to say 50 or 60 voters are affected, you know,

25   have -- you know, have -- may have committed fraudulent



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007448

110

1    voting.  If you compare that to the number of people

2    who'll be disenfranchised by Voter ID and proof of

3    citizenship, it's not even close.  If you compare it to

4    the total number of votes cast, it's a significantly

5    insignificant number.  It's like .00001 percent of the

6    electorate out there.  So the costs are astronomical

7    when you include proof of citizenship.

8                 It has an impact on women whose names may

9    have changed and their proof of citizenship don't match.

10   Their birth certificates aren't going to match their new

11   name.  It's going to have an impact on naturalizations

12   because a naturalization's certificate itself says do

13   not copy, do not duplicate, do not make a copy of which

14   is going to deter voters in actually making a copy of

15   that naturalization certificate.  It's going to kill

16   third party voter registration drives at the mall or at

17   the college campuses because, as we've stated, nobody

18   carries their documentation with them when they walk

19   around, and it's -- we believe it's -- it's a clear

20   violation of the law under the 24th Amendment which the

21   poll tax, the National Voter Registration Act and the

22   Voting Rights Acts particularly are pertaining to proof

23   of citizenship to register to vote.

24                 CHAIRMAN BERMAN:  I had another question.

25                 MR. FIGUEROA:  Yes.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00205120

House Elections Committee Hearing                    February 28, 2007

111

1          CHAIRMAN BERMAN:  I appreciate your

2     testimony, but I had another question related to my

3     previous question.  In your documentation -- In your

4     testimony that you provided to us, you make two

5     statements here.  It says -- He doesn't have it.  We'll

6     put page numbers on it.  It's four.  Page 4 of it says

7     218.  The one that says House Bill 218.  You use two

8     sentences.  You say -- I want to read them to you and

9     just for some clarification.  You said "voting is a

10    fundamental right of every American."  Do you follow me?

11          MR. FIGUEROA:  Yes.

12          CHAIRMAN BERMAN:  Are you with me?  You

13    said, "Every time we place a restrictions on this right,

14    we are undermining it."  Are there any restrictions in

15    the past that have undermined or are we just talking

16    about restrictions on a go-forward basis that would be

17    undermining this process?

18          MR. FIGUEROA:  Oh, Texas has a long

19    history of putting unfair restrictions on voters.  The

20    poll tax was for one.  All white primaries for a long

21    time.

22          CHAIRMAN BERMAN:  That's not what you

23    said.  You said, "Every time we place a restriction,"

24    not some or a few.

25          MR. FIGUEROA:  That's right.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007450

112

1           CHAIRMAN BERMAN:  You said, "Every time we

2      place a restriction" -- that would include any -- "on

3      this right we are undermining it."

4           MR. FIGUEROA:  That's right.  And I think

5      the -- the premise of that a mark is there was an

6      article by the New York Times that talked about every

7      restriction you put on a voting has an impact on voter

8      turnout and voter accessibility.  Now, obviously, there

9      are going to be some requirements to vote.  You have to

10     fill out a registration certificate.  You have to bring

11     your voter registration card, and I think even those

12     ones are going to have small impacts.  The question is

13     how far are you going to go about undermining the right

14     to vote in order to you make sure that you have that

15     secure election?  And we think once you start going into

16     the requirement under 218 and proof of citizenship

17     requirements, you have swung that pendulum too far.

18          CHAIRMAN BERMAN:  Okay.  Thank you.  What

19     percentage of these -- You spoke about a number of

20     different populations that may be disenfranchised.  What

21     populations are you talking about?

22          MR. FIGUEROA:  Sure.  We kind of laid out

23     a little bit in our fact sheet.  We talked about low

24     income, the elderly, people who have recently moved to

25     Texas, disabled citizens, college citizens, and those



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007451

Case 2:13-cv-00193   Document 726-1   Filed on 11/17/14 in TXSD   Page 133 of 211
House Elections Committee Hearing                    February 28, 2007

113

1    are on the Voter ID side.  On the proof of citizenship,

2    I think you have a tremendous impact on the elderly

3    because they are going to have a hard time locating

4    proof of citizenship.  Documents that may have been lost

5    over time or may have been damaged, fires have damaged

6    over time.

7              Naturalization, it's going to have an

8    impact on naturalized citizens for proof of citizenship

9    because that document says do not make a copy of it.

10   It's also very expensive to acquire those documents, and

11   we laid that out in the committee -- in the testimony.

12   To get those naturalization certificates, it costs

13   hundreds of dollars.  I think the cost is $200.  But

14   it's laid out in the testimony, so it has a significant

15   cost on a naturalized citizens.  So these are some of

16   the -- the populations that are impacted.  It also says

17   that --

18              CHAIRMAN BERMAN:  Of these populations

19   that are impacted, what percentage of those populations

20   are actually registered to vote and what percentage

21   actually voted in the last election?

22              MR. FIGUEROA:  Well, I know that you --

23   there was a study done by the Brennan Center that said

24   11 percent or 21 million United States citizens do not

25   have government issued "identification."  That was in



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00205123

114

1    November of 2006.  How many of those people are actually

2    registered right now?  I'm not sure, but we could try to

3    locate that.  It's very difficult to kind of determine

4    these numbers because, you know, it's difficult to

5    estimate the number of people who have identification

6    and who don't.  But we know that 11 percent based on a

7    poll by the Brennan Center do not have government issued

8    full identification.

9              CHAIRMAN BERMAN:  I think all three of

10   these bills indicate that these populations can get free

11   identification from counties or from the state

12   government.

13             MR. FIGUEROA:  Well, they can to a certain

14   extent.  To get a driver's license, you still need to

15   present some --

16             CHAIRMAN BERMAN:  Not a driver's license.

17   Just an identification card.

18             MR. FIGUEROA:  Yes.  To get an

19   identification card in Texas, Texas requires that you

20   bring some documents with you to prove who you are to

21   get a driver's license.  So there is some -- a little

22   bit of cost to get that even if you give it out free.

23   But, certainly, we agree that making it a free process

24   is making than having to pay for it, sure.

25             REPRESENTATIVE BURNAM:  Mr. Chairman, I'm



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007453

115

```
1        glad you brought that back up because I was surprised --
2        As I was going through my folder, I was not able to find
3        any cost estimates on that, and, you know, while there's
4        a good argument for the state pays for everybody to be
5        able to have some sort of photo ID, ordinarily, when we
6        have bills laid out, we have that information.  You --
7                    COMMITTEE CLERK:  (Inaudible.)
8                    CHAIRMAN BERMAN:  Is it these right here?
9        This is -- Okay.  Okay.  Thank you.
10                   COMMITTEE CLERK:  I'm sure it's here
11       somewhere.  We're just going to find it.
12                   CHAIRMAN BERMAN:  You can continue,
13       Mr. Figueroa.
14                   MR. FIGUEROA:  Pretty much then the only
15       thing I want to lay out is -- and I think this might
16       address the question that Representative Burnam is
17       talking about, is the costs to acquire some of this
18       document, and it's laid out on the second page on HB 101
19       and 266.  A birth certificate costs $23 in San Antonio.
20       $22, Bureau of Vital Statistics.  A passport costs 85.
21       If you want to get it faster, it costs additional money.
22       A naturalization certificate will cost $210, and it can
23       take up to six months from the Department of Homeland
24       Security.  So if someone is trying to register in a --
25       in a reasonable amount of time, it may take them as much
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007454

TX_00205125

116

1    as six months to register to vote, which will likely

2    affect their ability to register on time.

3              CHAIRMAN BERMAN:  So you don't think it's

4    absolutely necessary then for a person to prove they're

5    a US citizen in order to register to vote?  Is that what

6    you just said?

7              MR. FIGUEROA:  No.  What we're saying is

8    that by marking that box that says you are a US citizen

9    and under penalty of perjury law and under the penalty

10   of immigration law and under the penalty of the State of

11   Texas, that's sufficient documentary proof.

12             REPRESENTATIVE BOHAC:  What if we had a

13   document like that to board a plane?

14             MR. FIGUEROA:  A document such as what?

15             REPRESENTATIVE BOHAC:  Such as that, that

16   we just promised that we were not caring any bombs.

17             MR. FIGUEROA:  Sure.  Well, actually, this

18   is an interesting question.  It came up incidentally

19   with my mother who is a US citizen by the basis of her

20   mother who's a US citizen is, but wasn't born in the

21   United States, and she doesn't have a valid driver's

22   license, and she would be severely impacted by this

23   bill, and so when she travels, she presents a --

24             CHAIRMAN BERMAN:  Let me ask you this.

25   Your mother would be severely impacted by this bill?



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007455

117

1          MR. FIGUEROA:  Yes, because she's a US

2     citizen, but doesn't have the documentation.

3          CHAIRMAN BERMAN:  You couldn't get her an

4     identification card or you wouldn't go and get her an

5     identification card?

6          MR. FIGUEROA:  We've tried.  It's not --

7     It's right now very difficult to acquire because her

8     mother's birth certificate was lost in a fire, and so

9     she doesn't actually have that documentation at the

10    moment, and when she travels, she presents her

11    government card that doesn't have a picture on it and

12    sometimes a Sam's card, and what they do is they screen

13    her through the x-ray and she goes through a more

14    intensive search, but they don't deny her access to that

15    plane, and so there are ways to get around this.

16          And I think that Texas has that exact

17    requirement.  If you don't have your voter registration

18    certificate, you present your identification.  There are

19    ways to get around the identification costs.  And Texas

20    currently has an ID identification process that works,

21    and so I think that that's -- that's what we're getting

22    to the heart of.

23          CHAIRMAN BERMAN:  I'm sorry.  Mr. Burnam?

24          REPRESENTATIVE BURNAM:  Thank you.

25    Mr. Anchia is being asked to be recognized also.  I want



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00205127

118

1      to ask a couple of kind of small specific questions, I

2      think.  In your fact sheet, you talk about Maricopa

3      County, 2 percent of the voters were unaware of the new

4      ID requirements on election day, and that would be kind

5      of like the example of the -- our first colleague that

6      laid out the bill, a gentleman named Gramm, who was not

7      aware of some of the changes in the law.  So

8      approximately 2 percent of Maricopa County people showed

9      up not aware of the requirements, and I don't know what

10     that led to in the number of voters turned away in

11     Maricopa County, but you're estimating that that could

12     translate into 80,000 potential ballots.  In the

13     governor's election in 2006 when we had an extraordinary

14     low voter turnout may have had approximately 88,000

15     turned away.

16               My question is about isn't there a greater

17     problem with people being turned away from the polling

18     place for frequently unexplainable excuses than there is

19     a problem of people voting impersonating somebody else?

20               MR. FIGUEROA:  That's exactly --

21               REPRESENTATIVE BURNAM:  I mean,

22     statistically, we can walk through -- and I personally

23     have had the experience because I've done a number of

24     election day troubleshoots in my county where people are

25     inappropriately turned away, and because of timing.



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00205128

House Elections Committee Hearing                    February 28, 2007

119

1      They've got to go to work.  They've got to go pick up

2      the kids.  They're denied the right to vote.  Is it your

3      experience at MALDEF in monitoring these things over the

4      years that this occurs just proportionately to people of

5      color?

6               MR. FIGUEROA:  We certainly have had our,

7      you know -- Of course, most of our calls come from

8      Latinos, and it's certainly a problem within the -- the

9      Latino community at a particularly low income may not

10     have the driver's license.  We've had problems with

11     provisional voting where they won't get offered

12     provisional voting.

13               But I think we get to the heart of the

14     matter, right?  The question is the cost benefit

15     analysis.  You're talking about voter impersonation,

16     which is a very infrequent, rare problem.  When we're

17     talking -- When we add Voter ID through a provision to

18     the mix, you can affect as much as 2 percent of the

19     vote.  88,000 versus a highly inflated number that some

20     people put out of maybe 50 of people committing some

21     type of wrongful voting.  The numbers don't even come

22     close.

23               If you look at the cost benefit analysis,

24     it doesn't make sense.  Disenfranchise large segments of

25     our population, thousands of voters to protect a



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00205129

120

1    problem, that rarely, if ever, occurs.

2               REPRESENTATIVE BURNAM:  Luis, in bills

3    being laid out, there was a great deal of discussion

4    about people who have died for our right to vote and

5    secure it and that sort of thing.  Is it your experience

6    that since 1950 a number of people have died in the

7    southern states of the United States trying to secure

8    the right to vote for people of color?

9               MR. FIGUEROA:  Absolutely.

10              REPRESENTATIVE BURNAM:  And so shouldn't

11   we give as much respect to the people that have

12   struggled and died in this country to secure the right

13   to vote as we give to those who have served in the

14   military?

15              MR. FIGUEROA:  Absolutely.

16              CHAIRMAN BERMAN:  They both have been

17   fighting for the same thing.

18              MR. FIGUEROA:  That's right.  Every vote

19   counts.

20              REPRESENTATIVE BURNAM:  But isn't it your

21   experience that every general election since you've been

22   involved with MALDEF and maybe before that, there's been

23   active voter repression activities at numerous polling

24   places throughout the south?  Isn't that --

25              MR. FIGUEROA:  Yes.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

House Elections Committee Hearing                    February 28, 2007

121

```
 1            REPRESENTATIVE BURNAM:  I mean, isn't that
 2    one of the reasons we fall under the Voter Rights Act.
 3            MR. FIGUEROA:  That's right.  That's what
 4    I was about to mention.  We fall under Section 5 of the
 5    Voting Rights Act because of our history of
 6    discrimination, and we -- when we went through the
 7    renewal process right now in Congress, we documented --
 8    MALDEF presented continuing widespread discrimination
 9    against the voters and voter suppression efforts, and,
10    frequently, it was the same places they were doing it
11    back when the Voting Rights Act was passed in the first
12    place.  We had one county in Seguin that continuously
13    violates Section 5 of the Voting Rights Act every time
14    we redistrict them.  We find continuous efforts to try
15    to prevent them from electing candidates of their
16    choice.
17            REPRESENTATIVE BURNAM:  Do you know how
18    many thousands of African-Americans were turned away
19    from the polls in Florida in the year 2000 because of
20    issues over identification at the polling place?
21            MR. FIGUEROA:  Yeah.  It was certainly --
22    I don't know the exact number, but I know it was a
23    tremendous issue, and the reason why we passed the Help
24    America Vote Act was because of the widespread problems
25    we had in Florida.  Many people think it was because of
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007460

122

```
 1          the hanging chads, but it had much more to do with the
 2          wrongful purging of African-American voters in Florida.
 3                          REPRESENTATIVE BURNAM:  Thank you.
 4                          CHAIRMAN BERMAN:  Mr. Anchia?
 5                          REPRESENTATIVE ANCHIA:  Thank you,
 6          Mr. Chairman, and since -- since I asked Chairman
 7          Benkiser this, and I respect her very, very much, I'd
 8          like to ask you the same question.  Do you have your
 9          passport with you?  Can you prove today that you are a
10          citizen?
11                          MR. FIGUEROA:  No, I don't.
12                          REPRESENTATIVE ANCHIA:  Okay.  Do you have
13          any citizenship papers?
14                          MR. FIGUEROA:  Not with me.
15                          REPRESENTATIVE ANCHIA:  And I can't
16          remember the third.
17                          MR. FIGUEROA:  Birth certificate.
18                          REPRESENTATIVE ANCHIA:  Do you have your
19          birth certificate with you?
20                          MR. FIGUEROA:  No, I do not.
21                          REPRESENTATIVE ANCHIA:  I couldn't
22          remember twice.  We've like sort of killed the effect.
23          But I wanted to ask that of all the people who were
24          going to testify to this.  I certainly believe that your
25          right to free speech and your right to address
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007461

TX_00205132

123

1      government is at least a co-equal right with that of

2      voting, and if we had a rule on the committee today that

3      you could only come -- you had to prove your citizenship

4      in order to address this body, I think so far the two --

5      the two witnesses that we have would be unable to prove

6      that, and so I'm -- I am -- I'm not prepared to make

7      that rule or to suggest that rule, members of the

8      committee, but I think it's illustrative of the

9      difficulties that people might have in proving those --

10     in providing those documents.

11              MR. FIGUEROA:  Absolute.  It's going to

12     have a tremendous impact on voter registration drives

13     for that reason.

14              CHAIRMAN BERMAN:  Mr. Figueroa, you

15     mentioned in the response to questions from Mr. Burnam

16     that you know of people turned away from the polls.

17              MR. FIGUEROA:  Yes, sir.

18              CHAIRMAN BERMAN:  And -- And that you also

19     have knowledge of voter repression activities.  Can you

20     provide this whole committee --

21              MR. FIGUEROA:  Yes, sir, we can provide --

22              CHAIRMAN BERMAN:  -- with documentation --

23              MR. FIGUEROA:  Yes, we can provide.

24              CHAIRMAN BERMAN:  -- in Texas?

25              MR. FIGUEROA:  Yes, sir.  We have a --



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00205133

124

1            CHAIRMAN BERMAN:  Show them to me.

2            MR. FIGUEROA:  We have a -- We've

3     submitted a report to Congress with the renewal of the

4     Voting Rights Act and highlighted all the voter

5     suppression efforts in Texas since the last time we

6     authorized, which was 1986, I believe, and we can submit

7     that to you so you can see the history of section -- of

8     objections under Section 5 that the Department of

9     Justice objected to.

10            CHAIRMAN BERMAN:  When's the last time

11    that you -- what -- What election were you talking

12    about?

13            MR. FIGUEROA:  Well, the most current

14    election where we saw it was the -- was the last

15    state-wide election.  We had some voters who have

16    problems not being offered provisional ballots even

17    though they weren't -- you know, they weren't -- they

18    were at the polls and asking for a provisional ballot.

19    They weren't allowed to -- We had about -- I would say

20    about 30 problems in the 2004 presidential election that

21    we documented on our voters when doing election

22    protection and voter --

23            CHAIRMAN BERMAN:  30 in the whole state?

24            MR. FIGUEROA:  30 that came to our office.

25    You know, of course, we only really work in Bexar



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007463

TX_00205134

125

1    County.  30 calls that we received that were clear

2    efforts of people being denied the ability to vote.

3    There's one instance of an election judge telling a

4    voter to take that do-rag off presenting a reference to

5    an African-American voter that -- and totally

6    embarrassed a voter and prevented them from voting.

7              We had instances in Harris County where

8    they were asking for identification of people in lines,

9    even though there was no requirement, asking for

10   identification and only carding African-American

11   (inaudible) and people from the America Way Election

12   Protection and MALDEF all have this documented.

13             CHAIRMAN BERMAN:  I'd like to have copies

14   of that.

15             MR. FIGUEROA:  Absolutely.

16             CHAIRMAN BERMAN:  Any other questions?

17             MR. FIGUEROA:  Okay.

18             REPRESENTATIVE BOHAC:  One more just to

19   follow up.  I've -- I've tried to focus on just a Voter

20   ID.  That's really all my discussions have been, you

21   know, that I've only shared those discussions with you.

22   I want to stay on just the Voter ID for just a minute

23   because I really want to grasp this.

24             If there were no voter registration card,

25   that Texas made a decision that we were no longer -- we



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007464

TX_00205135

126

1    were to save time and money, we were no longer going to

2    do voter registration cards and it was only through a

3    Texas driver's license or a valid form of Texas ID,

4    would this be unacceptable to you as a method of --

5    of -- as something that would be required to go vote?

6              MR. FIGUEROA:  Yes.  We think the voter

7    registration certificate is a good enough identification

8    as is, so, yes, we would have problems with there being

9    a requirement that only the driver's license be the only

10   requirement for the reasons that we stated.

11             REPRESENTATIVE BOHAC:  Even an ID -- a

12   Texas ID card?

13             MR. FIGUEROA:  A Texas -- Like a

14   nondriver's license identification card?  Yes.  I mean,

15   I think that a lot of people don't -- most people don't

16   have this.  Most people have a driver's license or that

17   state identification card, and if you had -- don't have

18   a driver's license, you know, most people don't think to

19   go get an identification card, even though that option

20   may be available to them.

21             REPRESENTATIVE BOHAC:  What if the ID card

22   were free?

23             MR. FIGUEROA:  I mean, we certainly agree

24   that that makes it better, but, again, in order to get

25   that ID card, you have to present identification to get



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00205136

127

1        the ID card.  You have to present -- You know,

2        particularly if the Real ID is implemented in Texas, you

3        are going to have people who have legal residence in the

4        United States unable to acquire a driver's license

5        because the Real ID doesn't count for all the immigrant

6        categories.  There are significant problems under the

7        Real ID, and there was significant problems of acquiring

8        driver's license in Texas that may impact people's

9        ability to get them.

10               So we think a voter registration

11       certificate is a -- is a great form of identification.

12       It's rare that anyone will forge a registration

13       certificate.  It's difficult to acquire a false voter

14       registration certificate.  We think the system works in

15       that regard.  There are certainly areas where we can

16       improve upon our elections process, but we don't think

17       Voter ID solves any of those problems.

18               REPRESENTATIVE BOHAC:  Okay.  Thank you

19       for your testimony.  Mr. Anchia?

20               REPRESENTATIVE ANCHIA:  Yeah.  Just one

21       final question.  And -- And riffing off the scenario

22       that my esteemed colleague, Representative Bohac, just

23       set out, I mean, I have a problem if -- if we allowed

24       the -- the -- if we only allowed people to vote with a

25       driver's license or a state ID because that would --



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00205137

Case 2:13-cv-00193   Document 726-1   Filed on 11/17/14 in TXSD   Page 148 of 211
House Elections Committee Hearing                    February 28, 2007

128

```
 1      that would actually open the gates for potential
 2      noncitizen voting because as we know, you can be a
 3      noncitizen and get a driver's license and a state ID.
 4      So if that was the only standard, we'd actually open the
 5      flood gates and we don't want to do that.  We just want
 6      to make sure citizens are able to vote.
 7                  MR. FIGUEROA:  That was an issue.  That
 8      did come up in Arizona as well.
 9                  REPRESENTATIVE BOHAC:  Just to take off of
10      my esteemed colleague's comments, Mr. Anchia, what if we
11      push the ID -- the -- the citizenship -- the production
12      of citizenship to the driver's license office rather
13      than the voter registration office?  Would that make it
14      more palatable?
15                  MR. FIGUEROA:  If we did -- We do do voter
16      registration at the DPS under the --
17                  REPRESENTATIVE BOHAC:  No.  What I'm
18      saying is what if we check for citizenship rather than
19      putting it at the front end of voting, what about we put
20      it at the front end of getting your driver's license or
21      an ID card?  Would that be palatable?
22                  MR. FIGUEROA:  No, absolutely not.
23                  REPRESENTATIVE BOHAC:  It would destroy
24      the economy.
25                  MR. FIGUEROA:  No.  We would have to
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007467

129

1      respond to that.

2                      REPRESENTATIVE ANCHIA:  Let me ask this.

3      Dwayne, are you just suggesting that we have two

4      separate driver's license, one for noncitizens and one

5      for citizens?

6                      REPRESENTATIVE BOHAC:  No.  I was just

7      wondering, he was -- you know, he said it's difficult to

8      produce those documents when you are registering to

9      vote, and I was just exploring conceptually whether it

10     would make more sense to you to put it when you're --

11     to -- to require those documents when you're getting a

12     driver's license or an ID card at the DPS office.

13                     MR. FIGUEROA:  I mean, the big problem

14     about that is that you don't need to be a citizen to

15     drive.  You need to be a citizen to vote.  So adding

16     that requirement to drive would pretty much nullify

17     every documented immigrant's ability to get a driver's

18     license in Texas.

19                     REPRESENTATIVE BOHAC:  Well, no, what if

20     you just put the set -- the status on the driver's

21     license?

22                     MR. FIGUEROA:  Well, we've -- we've had --

23     Okay.  I mean, this goes into a separate bill that was

24     last session, and we are definitely concerned about

25     labeling people's immigration status on their driver's



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007468

Case 2:13-cv-00193   Document 726-1   Filed on 11/17/14 in TXSD   Page 150 of 211
House Elections Committee Hearing                    February 28, 2007

130

1    license in the sense that it opens the door to profiling

2    and opens the door to what's required to get that stamp.

3    There are certain documents that people have that the

4    Department of Public Safety may not understand provides

5    you a -- a status in the United States, even though it's

6    not citizenship status, and I think it puts the

7    (inaudible) in a difficult position of trying to

8    ascertain what a person's immigration status is, and

9    that's a -- a difficult process that should only be left

10   to the Department of Homeland Security because they're

11   the only ones really with the expertise to ascertain the

12   multiple levels of immigration status.

13              There's over a (inaudible) of Visas.

14   There's legal primary residence.  There's people here

15   with temporary protective study.  Their are (inaudible).

16   You are putting the DPS in a very difficult position by

17   requiring that.

18              REPRESENTATIVE BOHAC:  Okay.  Thank you.

19              CHAIRMAN BERMAN:  Mr. Figueroa, thank you

20   very much for your testimony.

21              MR. FIGUEROA:  Thank you.

22              CHAIRMAN BERMAN:  Thanks for spending your

23   day with us.  The chair calls Mr. Ed Johnson.

24   Mr. Johnson, are you here?  Mr. Johnson, would you state

25   your name and tell us who you are, please?  Mr. Johnson



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007469

131

1        is here testifying for the bill -- for all three bills.

2                    MR. JOHNSON:  Yes.  And I need to make a

3        clarification Mr. Chairman and members.  I am here

4        today, but -- and wrote that I'm with the Harris County

5        tax office.  I'm an employee of the Harris County tax

6        office, but I'm actually here on my personal day.  I'm

7        not officially here with the county.  So what I would

8        like to do is just tell you some of the experiences I

9        have seen in the tax office, but I'm not officially

10       speaking for the tax office because today is actually a

11       vacation day for me.  What a way to spend a vacation.

12                    In the Voter ID thing, I guess the main

13       concern that I would have personally is in the ID theft

14       market.  I have seen numerous cases in our office where

15       people's ID or people's voter registrations were stolen

16       from them.  People will vote for them falsely on

17       election day.  They fill out false voter registration

18       applications and actually move a voter.  Last primary,

19       it was in the Democratic primary, there were two

20       candidates and one of the candidates started

21       reregistering voters into the district he was running

22       in.  Hundreds of them, not just one or two.  Hundreds,

23       and then proceeded to vote for them on election day, and

24       these people were coming down into the office yelling

25       and screaming someone has voted for me, why did you



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

132

1    change my address on my voter registration card?  And we

2    came to find out when we started preparing all the

3    signatures that this was all filled out by one person,

4    and he moved hundreds -- and we're still working on

5    cleaning that whole mess up -- hundreds of people out of

6    their current registration address to a place within his

7    district so he could vote those cards.

8              We also see cards come in, unfortunately,

9    from third party voter registration drives that -- and I

10   think the law has changed, but they still have

11   incentives for this, but where they were getting paid to

12   do voter registration, and these people will sit down

13   with phone books and just start filling out voter

14   registration cards and turning them in, and we can tell

15   because they're alphabetical when they come in with

16   them, you know, and they also actually list the person's

17   phone number, but if they will -- if their address is

18   not in the phone book, they will make the address up.

19   They will give them (inaudible) which ends up sometime

20   reregistering somebody in a different district or a

21   different precinct where when they show up on the

22   polling location that day, their name is not on the poll

23   book and they do not get to vote.  These people are all

24   truly disenfranchised because their vote was stolen from

25   them, and it's not just one, two, it's hundreds, and



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00205142

House Elections Committee Hearing                    February 28, 2007

133

1    it's happened several times.

2              Now, on the -- the citizenship issue, in

3    fact, I was just having lunch with someone out of our

4    county clerk's office and gave me some statistics, and

5    I'm going to have to repeat them by memory because I

6    don't have the things with me, but it was over in Harris

7    County over 10,000 this last year, jury summons that

8    they had received that were noncitizen.  I wish I had

9    the email -- In fact, I'll forward it to you when I get

10   back to my office to all you all.

11             CHAIRMAN BERMAN:  And where do you get

12   your pools from?

13             MR. JOHNSON:  Our jury pool comes from a

14   combination of the voter roll and the Texas driver's

15   license.

16             CHAIRMAN BERMAN:  Right.

17             MR. JOHNSON:  That jury department does

18   give us those when their summons comes in, and it is

19   marked as being a noncitizen.  They do turn them over to

20   the voter registration department as part of the law,

21   and we do try to validate if they are a registered voter

22   or not to then have to send them other documentation,

23   once again, questioning their citizenship status.  We're

24   still following up making sure that they didn't misread

25   the jury summons when they marked it or something like



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007472

TX_00205143

House Elections Committee Hearing                February 28, 2007

134

1     that.

2                 So -- but -- And what you referred to

3     earlier, Mr. Betancourt, actually my boss, in a couple

4     months time period, we just actually collected those

5     jury summons and had 35 of those people that were

6     noncitizens or a registered voter.  On that same issue,

7     our Homeland Security -- I think it's the department of

8     ICE or I've lost names -- They changed the names so many

9     times lately, but I will tell you about at least one or

10    two, I guess, people trying to obtain their citizenship

11    come to our office with an affidavit from this

12    department, and they are asking for us to sign that they

13    have never registered, and I will tell you at least

14    75 percent of these people that come in that are trying

15    to obtain citizenship have registered and voted and the

16    -- This ICE department actually has a link to our

17    website where they're -- just before they're processed

18    for citizenship, they are checking to see if they are a

19    registered voter, and if they find their name that

20    matches the birthday come up, they have them come down

21    and fill out a statement saying that, you know, either

22    this is or isn't the person.

23                 So I will tell you weekly we see people

24    coming in that had filled out a voter registration card,

25    and I will tell you half of them have histories of



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007473

House Elections Committee Hearing                    February 28, 2007

135

 1      someone voting that name, and sometimes it's actually

 2      fraudulent voting.  Someone will have registered.

 3                   CHAIRMAN BERMAN:  Hey, let me -- let me

 4      make this clear, if I can, so I fully understand what

 5      you're saying.  Are you telling this committee that

 6      you've actually had noncitizens trying to register and

 7      vote?

 8                   MR. JOHNSON:  Yes.

 9                   CHAIRMAN BERMAN:  Did you tell that

10      committee that?

11                   MR. JOHNSON:  Yes, I did.

12                   CHAIRMAN BERMAN:  Thank you very much.

13                   MR. JOHNSON:  Yes.

14                   CHAIRMAN BERMAN:  Any other questions

15      members?

16                   MR. JOHNSON:  Well, I have a -- a couple

17      of other --

18                   CHAIRMAN BERMAN:  All right.  Let him

19      finish.

20                   MR. JOHNSON:  I have -- I'm sorry.  I can

21      go (inaudible), but try two more stories.

22                   CHAIRMAN BERMAN:  All right.

23                   MR. JOHNSON:  One of them that also is

24      bothering to me in the list -- by these whole long list

25      of IDs that you can present to vote on election day and



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007474

TX_00205145

136

1      to register, one of them is actually a statement from a

2      government office, a letter, a canceled envelope from a

3      government office.  So if you send me a voter

4      registration card and it's missing, the ID thing -- ID

5      statement, we will mail you back a letter saying that

6      you didn't qualify, and you can take that letter and

7      return it back to us as now proof of a government

8      document that you do live where you say you live, which

9      I think is kind of a big loophole in the system, and you

10     all really need to look at the list of certified

11     documents that you will accept as being a valid voter

12     registration card.  That's probably all the good

13     stories.  I have a lot more besides those.

14                 CHAIRMAN BERMAN:  Mr. Anchia?

15                 REPRESENTATIVE ANCHIA:  Thank you.  And I

16     appreciate your testimony today.  Give me your name

17     again, please?

18                 MR. JOHNSON:  It's Ed Johnson.

19                 REPRESENTATIVE ANCHIA:  Mr. Johnson, thank

20     you.  And I know you are not testifying -- you are only

21     testifying as yourself and not as part of the tax

22     assessor/collectors.

23                 MR. JOHNSON:  Right.

24                 REPRESENTATIVE ANCHIA:  But -- But would

25     you as an individual have any sort of documentation from



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007475

137

```
 1      the office that would suggest --
 2                  MR. JOHNSON:  I do not have my birth
 3      certificate or my --
 4                  REPRESENTATIVE ANCHIA:  No, no, no.
 5                  MR. JOHNSON:  -- or my --
 6                  REPRESENTATIVE ANCHIA:  No, that was --
 7                  MR. JOHNSON:  I'll go ahead and answer
 8      those questions (inaudible).
 9                  REPRESENTATIVE ANCHIA:  That was the next
10      question.
11                  MR. JOHNSON:  I need my voter registration
12      with me today.  I'm in real trouble, you know.
13                  REPRESENTATIVE ANCHIA:  No.  Mr. Johnson,
14      that was going to be the next question.  The question
15      I'm asking now is did the -- has the office done a study
16      to document the hundreds of cases that you've testified
17      to today that we could have as a committee?
18                  MR. JOHNSON:  I'll have to check because,
19      actually, those cases were all turned over to the DA's
20      office, so the DA's office is still having an active
21      investigation of those records now, so --
22                  REPRESENTATIVE ANCHIA:  Have there been
23      any prosecutions from the DA's office; do you know?  I'm
24      asking this of the witness who's actually up here.  We
25      don't want to create a point of order on the bill by
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00205147

House Elections Committee Hearing                    February 28, 2007

138

```
 1         having someone else testify, so --
 2                 MR. JOHNSON:  Yes.  There have been a
 3         couple of cases that I can think of.
 4                 REPRESENTATIVE ANCHIA:  Okay.  Okay.
 5         How -- how do people -- How do you think that people who
 6         are on the jury pools who are noncitizens get
 7         registered?  How does that happen?
 8                 MR. JOHNSON:  The ones -- the -- Most of
 9         them that I had seen investigated are done through
10         volunteer deputy drives, what I call third party, you
11         know, registration drives that have gone out into
12         community areas and registered.
13                 REPRESENTATIVE ANCHIA:  Have any people
14         have been prosecuted from those community drives?  Have
15         you turned those over to the DA's office?  Have you
16         complained to the Secretary of State about those drives,
17         and has anybody ever crossed you?
18                 MR. JOHNSON:  Well, it's not an offense of
19         the volunteer deputy that's actually collecting the
20         registration if the card is filled out completely.
21         Where the offense occurred is by the person that they
22         were a citizen when they signed the card.
23                 REPRESENTATIVE ANCHIA:  Correct.  Have
24         there been any prosecutions of those individuals?
25                 MR. JOHNSON:  I do not know.  We turned
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00205148

Case 2:13-cv-00193   Document 726-1   Filed on 11/17/14 in TXSD   Page 159 of 211
House Elections Committee Hearing                    February 28, 2007

139

1        those cases over to the DA, but I do not call up and see

2        how, if they may have, prosecuted.

3                        REPRESENTATIVE ANCHIA:  Could you forward

4        a list of the different cases that you've turned over to

5        the DA to this committee?

6                        MR. JOHNSON:  With the DA's permission,

7        yes, I can.

8                        REPRESENTATIVE ANCHIA:  Because that would

9        be -- I mean, I imagine you've -- you have a list of

10       people who have done this.  I think it would be very

11       interesting for this committee to see that.  Do some

12       people get registered -- some noncitizens get registered

13       to vote through the Motor Voter Program, do you think?

14       Has that been your experience?

15                        MR. JOHNSON:  I've seen some cases where,

16       yes, some noncitizens have been registered through the

17       Motor Voter processing.

18                        REPRESENTATIVE ANCHIA:  And they end up in

19       jury pools?

20                        MR. JOHNSON:  Yes.

21                        REPRESENTATIVE ANCHIA:  And then -- And

22       then what do you do when -- when you find out citizens

23       in the jury pools, you go ahead and --

24                        MR. JOHNSON:  Our -- our -- Our act there

25       is when we get a jury notice and we find that they are a



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007478

TX_00205149

House Elections Committee Hearing                    February 28, 2007

140

1    registered voter and they have said that they're not a

2    citizen, we send them a letter asking them if they are a

3    citizen and then to send us some proof that they are a

4    citizen so that we can keep the registration.  If they

5    do not reply to that letter, then their voter

6    registration is purged.

7                    REPRESENTATIVE ANCHIA:  You purge them

8    from the rolls, correct?

9                    MR. JOHNSON:  Yes.

10                   REPRESENTATIVE ANCHIA:  Okay.

11                   MR. JOHNSON:  Well, cancel, not purge

12   them.

13                   REPRESENTATIVE ANCHIA:  Well, I'm sorry.

14   You cancel -- You cancel them from the rolls.

15                   MR. JOHNSON:  Yes.

16                   REPRESENTATIVE ANCHIA:  Okay.  Okay.

17   Let's see.  That's all I have for now.  Just a request

18   if you could -- if you could -- Because you already

19   answered the other question I was going to ask that I'm

20   going to ask every witness and then thank you for

21   answering that.

22                   MR. JOHNSON:  I'm sorry.

23                   REPRESENTATIVE ANCHIA:  If you -- If you

24   could furnish the list of -- of -- of noncitizens who

25   have voted, that would be something I think very



**ESQUIRE**
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007479

141

1    interesting to this committee, and the noncitizens who

2    have been registered or the hundreds of noncitizens that

3    have been registered to vote, I think that would also be

4    very interesting to this committee.

5              UNIDENTIFIED SPEAKER:  Are you allowed to

6    forward names like that?

7              MR. JOHNSON:  I'm going to have to talk to

8    the DA's office.  I'm not really sure on the law what

9    their --

10             UNIDENTIFIED SPEAKER:  If the names are

11   turned over to the district attorney, are you allowed to

12   send that name (inaudible) --

13             MR. JOHNSON:  What we've been requesting

14   the forms and in that investigation, they will not

15   release the (inaudible).

16             UNIDENTIFIED SPEAKER:  Mr. Anchia, you're

17   an attorney.  You probably could --

18             REPRESENTATIVE ANCHIA:  Sure.  Absolutely.

19   That's public.  I mean, that should be accessible

20   whether it's the subject of an investigation, the fact

21   that somebody would have voted who was a noncitizen,

22   that those would be public HCFA records subject to the

23   Public Information Act and certainly relevant to this

24   committee.

25             CHAIRMAN BERMAN:  Mr. Bohac?



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007480

TX_00205151

142

1          REPRESENTATIVE BOHAC:  Mr. Johnson, I have

2     a question for you.  You said that you typically find

3     these voter registration schemes, for want of a better

4     word, typically perpetrated by third parties.

5          MR. JOHNSON:  Correct.

6          REPRESENTATIVE BOHAC:  Yeah.  And are

7     there any third parties that are more egregious or is

8     there any third party that jumps out at you regarding

9     these type of more egregious voter registration drives

10    or is it just -- is it just all of them would?

11         MR. JOHNSON:  There are some that are more

12    than others, and it's usually, you know, select

13    individuals within those groups.  I will tell you we

14    started meeting in the -- in the Harris County tax

15    office this last election cycle, we started meeting with

16    these organizations, all of them, especially if we find

17    fraud, and they were doing a very good job of trying to

18    police their own agency to make sure that they were

19    trying to get valid, you know, applications turned in,

20    and I do know that they did let some volunteers go that

21    were not following the letter of the law.

22         REPRESENTATIVE BOHAC:  Okay.  Good.  And

23    just for the for the record, Harris County, Texas Tax

24    Assessor Paul Betancourt did testify before the US House

25    Administration Committee, and he testified in person --



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

House Elections Committee Hearing                    February 28, 2007

143

1        I'm sure this was under oath.  He said in 2005, he

2        identified at least 35 foreign nationals who either

3        applied for or received voter registration cards, and it

4        also goes on to say Mr. Betancourt told the committee

5        that a Brazilian woman registered -- had a registration

6        canceled, reregistered claiming to be a citizen and had

7        her registration canceled again.  He also went on, while

8        registered, she voted at least four times in a general

9        and -- in general and primary elections and since 1992,

10       according to Paul Betancourt, his office has canceled

11       3,742 registered voters for non-citizenship.  683 of

12       those non-citizenship cancellations have occurred from

13       the year 2000 to the present.

14                So I know you are not here testifying on

15       behalf of the Harris County tax assessor/collector, but

16       if this document is correct and he -- you know, he

17       testified under oath, I think these would be very

18       interesting statistics that he has.

19                MR. JOHNSON:  I have seen the document for

20       it.  Yes, it is correct.

21                CHAIRMAN BERMAN:  Mr. Johnson?

22                MR. JOHNSON:  Can I -- Can I one more

23       time?

24                CHAIRMAN BERMAN:  Sure.  Go right ahead.

25                MR. JOHNSON:  I will let one of my points



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

144

1     out.  You all were talking earlier about, you know, how

2     to tie them up about the proof of ID?  On the new or

3     under the Help America Vote, when you fill out a voter

4     registration application, one of the first things that

5     that's on the ID part that's requested is to ask if you

6     have a Texas driver's license.  You are supposed to list

7     that and then if you don't have a Texas driver's

8     license, you are supposed to list your Social Security

9     card.  All these voter registration applications are

10    turned over to the Secretary of State now where they

11    match them with the Department of Public Safety's list.

12    If the Department of Public Safety had the list of

13    citizens and noncitizens, they could make that match on

14    the front end when a voter registration card actually

15    came in very easily without having to make any kind of

16    notation on a driver's license because that list is

17    bounced up against theirs before you are registered now.

18              CHAIRMAN BERMAN:  Mr. Anchia?

19              REPRESENTATIVE ANCHIA:  Yes.  And just one

20    other question.  Do you think it would be a good system

21    to have our -- and do you think it would accomplish the

22    goal that you want to accomplish to have our -- our

23    state database for state IDs and driver's license merged

24    with voter registration cards so that the person's

25    photograph appears on the voter registration card that



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007483

House Elections Committee Hearing                    February 28, 2007

145

1    is issued by the county?  Do you think that would be a

2    good solution?

3                   MR. JOHNSON:  Yeah.  I've actually studied

4    to see what the cost effect was, and I think that would

5    be an acceptable solution, but there is cost factor to

6    the county to do this.  It would -- In Harris County if

7    we were to put a color photo on a birth certificate

8    card, these are just rough ballpark estimates for

9    printers, it would double the cost of our mailing.  We

10   would go from 150,000 to 300,000 to produce those cards.

11                  REPRESENTATIVE ANCHIA:  Do you think that

12   cost is inordinate in order to protect the franchise?

13                  MR. JOHNSON:  No, it's not.  It's -- It

14   would be another unfunded mandate, but, you know, if the

15   State could somehow come up with extra money to help

16   that, I guarantee you, you know, it would be a good

17   thing to do.

18                  REPRESENTATIVE ANCHIA:  And did you run

19   the cost for a noncolored photograph?  That was just --

20                  MR. JOHNSON:  A noncolored photograph --

21                  REPRESENTATIVE ANCHIA:  -- that was just

22   ink jetted onto the -- onto the piece of --

23                  MR. JOHNSON:  Yes.

24                  REPRESENTATIVE ANCHIA:  -- paper?

25                  MR. JOHNSON:  That would -- I think that



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007484

TX_00205155

House Elections Committee Hearing                    February 28, 2007

146

1      would increase it -- it was like 5 cents more per print

2      by -- would be about another $100,000.

3                    REPRESENTATIVE ANCHIA:  Okay.  5 cents

4      more per card basically.

5                    MR. JOHNSON:  Yeah.

6                    REPRESENTATIVE ANCHIA:  Okay.

7                    MR. JOHNSON:  And color (inaudible) is

8      more (inaudible).

9                    REPRESENTATIVE ANCHIA:  Okay.  Thanks.

10                   CHAIRMAN BERMAN:  But, Representative

11     Anchia, where would we get -- where would DPS get its

12     photograph from if our contention is that some people

13     don't have an ID card or don't have a driver's license?

14                   REPRESENTATIVE ANCHIA:  That's a great

15     question.  One -- One of the things that -- that we

16     proposed when we debated this bill last time was to

17     merge -- merge the databases that we have -- wasn't

18     me -- to merge the databases and then also give people a

19     waiting period.  Back when we were debating in 2005, we

20     suggested that this would take effect in 2008 so people

21     could go out and get the relevant documentation to do a

22     massive Secretary of State sort of education campaign

23     that this would be the requirement at some future date

24     and allow people to go through at least a biennial cycle

25     of elections so that they could receive information when



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007485

147

1     they would go to vote, and the people who were concerned

2     about it are people who have been testifying -- or

3     excuse me -- voting for decades just with their voter

4     registration card, and we'd be unaware of this

5     requirement, and it would give them opportunity, for

6     example, to go to -- to take a photograph that could

7     then be sent to the -- to the Secretary of State's

8     office so they could then appear at no cost to them,

9     but, rather, on their voter registration card.  That

10    might be a workable solution that we could discuss.

11            CHAIRMAN BERMAN:  Or maybe, you know,

12    pushing out the -- Just to kind of think back on what

13    you were saying, what if we, you know, did the driver's

14    license or some type of valid ID and just push that out

15    a year or two so that we could give people ample

16    education that this was coming, that this was, you know,

17    something that was coming in future elections, so,

18    therefore, they had more than enough time to go out and

19    get a driver's license or an ID card so that they could

20    comply with the new Voter ID law?

21            REPRESENTATIVE ANCHIA:  I think that's

22    worth discussion.  That was an amendment to

23    Representative Denny's bill during the last session, and

24    I think you voted against my amendment, but I'm open to

25    discussing it again.



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00205157

House Elections Committee Hearing                    February 28, 2007

148

1          CHAIRMAN BERMAN:  If I knew it would get

2     your -- If I knew you'd support the bill, maybe I would

3     go for it.  Ed, thank you so much for hanging with us

4     all day, and we sure do appreciate it.

5               MR. JOHNSON:  Thank you all.

6          CHAIRMAN BERMAN:  The chair calls Lydia

7     Camarillo.  Lydia, state your name and who you

8     represent.

9          MS. CAMARILLO:  Gosh, I hope I'll remember

10    who I am.

11         CHAIRMAN BERMAN:  It's been a long time.

12         MS. CAMARILLO:  Good evening,

13    Mr. Chairman, members of the committee on elections.  I

14    am Lydia Camarillo, vice-president for Southwest Voter

15    Registration Education Project, the largest and oldest

16    nonpartisan, nonprofit organization of its kind, with a

17    simple mission to increase the number of Latino and

18    other ethnic communities who are registered to vote and,

19    more importantly, who participate in America's democracy

20    at school and partners.

21              Founded in San Antonio, Texas by the late

22    William C. Velasquez, Southwest Voter has registered

23    over 2.3 million Latino voters throughout Texas, the

24    southwest, and since 2000, the southeast.  Southwest

25    Voter has won over 80 voting rights lawsuits and has



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00205158

House Elections Committee Hearing                    February 28, 2007

149

1     prepared over a hundred thousand leaders to organize

2     their communities.  In the Supreme Court of the United

3     States versus Gonzalez, MALDEF challenges the Federal

4     court -- the Federal court on voter registration and

5     identification provisions of Arizona, Proposition 200.

6     Southwest voters is one of the plaintiffs in this case.

7          I am here to advise you of Southwest

8     Voters' strong opposition to HB 101, HB 218, and HB 626.

9     Southwest voters opposes these bills because they would

10    have a negative impact on the Latino voter registration

11    and potentially violate Federal election laws including

12    the Voting Rights Act, the National Voting Rights

13    Registration Act and the Help America Vote Act.  These

14    bills will only serve to depress voter registration of

15    Latino, other ethnic communities and the poor.

16          For these reasons, Southwest Voters

17    opposes HB 101, HB 218 and HB 626 and urges your

18    opposition.  Texas legislators must take affirmative

19    steps to promote the participation of American citizens

20    in voting and participating in America's democracy and

21    sure can in its wisdom oppose legislation that only

22    serves to confuse citizens, contradict Federal law,

23    create undue financial burden to -- to poor white,

24    Latino, African-American citizens who register to vote

25    and create undue burden to Texas counties.  HB 101, HB



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007488

TX_00205159

House Elections Committee Hearing                    February 28, 2007

150

```
 1      218, HB 626 are redundant bills requiring additional and

 2      multiple identification for voters.  SVREP believes that

 3      Texas law provides for proof of identification, and

 4      these bills will only recite confusion, create a more

 5      burdensome voting experience for both voters and poll

 6      workers.

 7                  Texas law requires that voter registration

 8      applicants must affirmatively mark the United States

 9      citizenship under penalty of perjury and submits their

10      application, which is an affidavit, either in person or

11      by a business replied postcard.  Election Section Code

12      13.102 states that.  In our extensive experience in

13      registering voters over the last 32 years, it is rare

14      for a voter to have their naturalization passport or

15      birth certificate on hand when a voter registration --

16      when they register to -- to vote.  Many eligible United

17      States citizens have trouble accessing those documents

18      at all, including senior citizens that have lost or

19      their documents damaged over time.  Any extra steps in

20      the registration process will only serve to needlessly

21      disenfranchise voters.

22                  Once the voter is registered, the voter

23      should be able to vote and uphold with either a voter

24      registration card or a range of (inaudible) -- there

25      goes my accent -- range of identification documents.
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007489

151

1      Election code 63.0101 so states.  The range of

2      identification is meant to be broad, that includes a

3      person's utility bill, a bank statement, because

4      different voters have access to different documents.  A

5      voter that has had his or her wallet stolen, a voter

6      that does not drive or a newlywed who just got married

7      might not have a new license or has not updated their

8      license should not be prohibited from voting.

9                   Southwest Voters' analysis of HB 101, HB

10     218 and HB 626 clearly reveals that these bills would

11     only contradict the spirit of the author's intent, which

12     we believe is to ensure that voter's rights are

13     protected, facilitate the voting process and increase

14     the universe of eligible voters who are voting and

15     participating in America's democracy.  The intent of

16     these bills could only be to decrease the number of

17     American citizens who would take the opportunity to vote

18     in Texas elections, and it would be harmful to Latino

19     voters.

20                   Mr. Chairman and committee members, we

21     urge you not to support these bills.  They would only

22     suppress Latino, African-American and poor white voters'

23     registration and contradict Federal election laws.

24     Thank you so much.

25                   CHAIRMAN BERMAN:  Questions, members?



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00205161

152

1    Thank you very much.

2              MS. CAMARILLO:  Questions?

3              REPRESENTATIVE BURNAM:  Yes, please.  Ms.

4    Camarillo, in reading your testimony, there's a line

5    here that says these bills will only serve to depress

6    voter registration of Latino or ethnicities and the

7    poor.  Would you elaborate on that?

8              MS. CAMARILLO:  Yes.  We have seen already

9    through Arizona -- and as I stated, we are plaintiffs on

10   the case that -- If I fail to say something right, my

11   lawyer is right here.  We have seen that in fact voters

12   are asked to provide additional ID and information that

13   then not allowing them to vote.  We saw that not only

14   with the Native Americans, but a lot of Latinos might

15   not have with them the information, and the IDs that are

16   required after they were again registered to vote.  This

17   goes also for individuals, and I don't know if that's

18   what you are thinking in this particular bill for

19   Arizona individuals who had already registered, but

20   might have moved and have to reregister.  So during the

21   first time that they provided the information, now

22   they're required to provide additional information.

23             REPRESENTATIVE BURNAM:  Thank you.

24   Further in your testimony you say that these bills will

25   only create confusion, create a more burdensome voting



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00205162

House Elections Committee Hearing                    February 28, 2007

153

1    experience for both the voters and the poll workers.

2    Would you care to elaborate on that for me?

3              MS. CAMARILLO:  Well, it's our experience

4    first from the poll workers' side that they have a lot

5    of discretion, and so to be very frank with you, it

6    seems to me that when a Latino shows up to vote, they

7    automatically assume that a Latino is not necessarily an

8    American citizen, and as I stated, it's our experience

9    over the last 32 years when a Latino's registered to

10   vote, they are signing an affidavit and they understand,

11   first of all, that it's perjury if they lie, that it's a

12   Federal offense, and most of them if they were truly

13   undocumented, which is the whole argument that we were

14   discussing before -- before these bills, is that they're

15   not interested in being discovered as being

16   undocumented.  So they wouldn't in any way, shape or

17   form be registering unless they're American citizens,

18   first of all.

19             REPRESENTATIVE BURNAM:  So are you

20   suggesting that the undocumented worker has a clear and

21   obvious vested self-interest in not bringing attention

22   to it that the legal system --

23             MS. CAMARILLO:  That is correct.  That's

24   our experience.

25             REPRESENTATIVE BURNAM:  That's an



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007492

154

1    interesting thought.

2              MS. CAMARILLO:  It's a very important

3    point because we're talking about protecting the right

4    of all citizens.  We're talking about the right of

5    Latino citizens having the right to vote, and we're also

6    discussing in this bill implicitly and not that it's

7    fraudulent undocumented folks who might be the ones

8    registering to vote.  I assure you they are not

9    interested in coming before the light because they're

10   working hard to stay underground.

11             REPRESENTATIVE BURNAM:  Thank you.  In the

12   last paragraph you say -- you are referring to three

13   bills would only suppress Latino, African-American, poor

14   white voter registration and contradict Federal election

15   laws.  Would you remind us how many times -- since

16   you've been in your organization how many you've been

17   involved in litigation trying to defend voter rights?

18             MS. CAMARILLO:  Eight.  That's as we are

19   our lawyers and then several times as plaintiffs.

20             REPRESENTATIVE BURNAM:  Thank you.

21             CHAIRMAN BERMAN:  What did you think of

22   the information presented by the gentleman from Harris

23   County?  We talked about the tax assessor/collector and

24   the number of individuals who were found to be

25   undocumented on jury duty, not US citizens -- perhaps



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00205164

Case 2:13-cv-00193   Document 726-1   Filed on 11/17/14 in TXSD   Page 175 of 211
House Elections Committee Hearing                    February 28, 2007

155

1    not undocumented, but not US citizens, yeah.

2              MS. CAMARILLO:  Well, that's the point.  I

3    don't know if -- First of all, I must apologize.  I have

4    to step out.  I have a 7-year old who's being watched by

5    my 16-year old.

6              CHAIRMAN BERMAN:  All right.  You don't

7    have to answer that question.

8              MS. CAMARILLO:  So I'm not sure I heard

9    the whole testimony, but -- but I think that the

10   point -- there's two points that I heard over the

11   testimony of various folks, which is we are called to

12   serve on jury duty if we are -- if we have our driver's

13   license or if we are registered to vote.  When you're

14   called to jury duty, I don't know -- I don't remember

15   whether the law states or not that we must be citizens.

16   The whole point about extending the poll to jury duty so

17   that lawyers, depending on which side of the fence

18   they're defending, they have a right to have diversified

19   jury individuals.  So that I don't think is really an

20   issue for us, and if someone's breaking the law, well,

21   then that's up to you to decide how you want to handle

22   it.

23              For us at Southwest Voter, it's our

24   responsibility to make sure that every voter has a right

25   to vote if he or she decides to vote because it is -- it



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

156

1      is a privilege and a right, but not anyone is exercising

2      their right.

3                  Second, we believe that if you register to

4      vote, you must have your vote counted if you vote, and

5      we saw in Florida there were over a million voters whose

6      vote was not counted, yet they voted.

7                  REPRESENTATIVE BURNAM:  So are you

8      suggesting that the real problem was not about voter

9      impersonation, but, rather, in fraud and in the

10     management of the elections themselves?

11                 MS. CAMARILLO:  There's lots of weaknesses

12     in our system.  I don't have -- And I haven't seen any

13     real evidence of anymore than a few folks who have been

14     fraudulent in saying that they have the right to vote

15     when they don't have the right to vote.  They're not

16     citizens, and we have seen that over the last 10 years

17     at best 50 or so certainly in the State of Texas.  I

18     haven't seen not many more of that, but I think -- I

19     think the real question is if we're serious and honest

20     about democracy working its best, that we cannot create

21     anymore barriers to allow folks to have a right to

22     register to then vote, and your proposals -- your bills

23     are going to create -- there's my son probably saying

24     where are you mom?  Sorry.  It's probably going to

25     create barriers for individuals to participate in this



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007495

House Elections Committee Hearing                    February 28, 2007

157

1    process, and any time you delay someone's right to vote

2    either by outright bills in this case that are being

3    redundant -- by redundant, I mean, the law already is

4    asking us to provide ID and information.  Why are we

5    doing it again?

6                    CHAIRMAN BERMAN:  Just one final question.

7    Do you believe that you should prove your US citizenship

8    at the time of registration?

9                    MS. CAMARILLO:  You know, that is a

10   question I'm not ready to go through because I'm not

11   ready to compromise on this issue.  I'm opposing these

12   three bills, and I urge you to oppose these bills.

13                    CHAIRMAN BERMAN:  I think it's a very

14   important question.  Do you or do you not believe that

15   you should show proof of your US citizenship when you

16   register to vote?

17                    MS. CAMARILLO:  When I went to get my

18   driver's license, I was required to provide a birth

19   certificate, therefore, I was able to identify myself as

20   an American citizen.  When I signed my voter

21   registration, which I'm a perfect voter in Texas, I

22   clearly indicated by signing an affidavit that I was an

23   American citizen prepared to vote and was willing to

24   vote and always vote.

25                    CHAIRMAN BERMAN:  Did you show a driver's



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007496

House Elections Committee Hearing                    February 28, 2007

                                                                    158

1    license then?

2              MS. CAMARILLO:  No.  It doesn't require

3    that.  The law clearly states -- by -- by the way, you

4    all passed it -- says that all I have to do is sign

5    under perjury of law that I'm an American citizen,

6    which, by the way, when I do go vote, on occasion I

7    forget my famous little card because I too could not

8    find it, I will have to produce my driver's license and

9    my driver's license in order for me to produce a

10   driver's license and to have one accessible to me, I had

11   to produce a birth certificate.

12             CHAIRMAN BERMAN:  Thank you very much.

13             MS. CAMARILLO:  Thank you.

14             CHAIRMAN BERMAN:  The chair calls Suzy

15   Woodford in opposition on all three.  Okay.  Thank you,

16   Suzy.  The chair calls Mary Finch.

17             REPRESENTATIVE BURNAM:  She submitted

18   legal testimony for the League of Women Voters.

19             CHAIRMAN BERMAN:  Okay.  And she is

20   against all three bills.

21             UNIDENTIFIED SPEAKER:  Would you repeat

22   that, Mr. Chairman?  The representative for the State

23   League of Women Voters is against all three bills?

24             CHAIRMAN BERMAN:  That's correct.

25             UNIDENTIFIED SPEAKER:  Thank you.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00205168

159

1          CHAIRMAN BERMAN:  M-hm.  Okay.  The chair

2    calls Teri Sperry?  Teri, are you here?  Oh, there you

3    are.

4          MS. SPERRY:  Thank you, Mr. Chairman.  I'm

5    Teri Sperry speaking on behalf of The True Courage

6    Action Network, a nonprofit, nonpartisan group.  From

7    our perspective, the present problem today in American

8    democracy and particularly in Texas is not noncitizens

9    clamoring to vote and finding devious ways to do so,

10   but, rather, that millions of qualified citizens fail to

11   vote.  We agree with the many speakers today who would

12   call voting a right and a privilege.  We would go even

13   farther and call it a responsibility.  I personally have

14   been involved in numerous grassroots voter registration

15   drives, and we look for every opportunity to encourage

16   people to register to vote.  We often use a friendly

17   peer pressure approach and a no excuses policy.  So you

18   don't have your driver's license, but that's okay?  Do

19   you know the last four digits of your Social Security

20   number?  And can you sign and affirm that you're an

21   American citizen?  That's enough.

22          We believe in giving people the benefit of

23   the doubt.  We have so many people come up and thank us

24   at these grassroots voter registration events for giving

25   them the opportunity because they admit they



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

160

```
 1     procrastinate.  People procrastinate.  People are lazy.
 2     People are tuned out until the last minute.  And so they
 3     put off registering to vote or changing their
 4     registration after they've moved in the same way that
 5     they might put off making that appointment for the
 6     dentist that they -- they know is the right thing to do.
 7     And so sometimes seeing the voter registration table at
 8     a public event or outside their grocery store, at the
 9     4th of July event in their neighborhood, makes the
10     difference between them voting and not voting.  And,
11     again, people are often grateful that that little
12     reminder, that little bit of peer pressure, made them do
13     what they know is their responsibility.
14               So, again, we do believe in giving people
15     the benefit of the doubt and not letting a small
16     insignificant number of people who may abuse the system
17     make it harder for the rest of Americans to take
18     advantage of the system in a positive way.
19               CHAIRMAN BERMAN:  Thank you very much.
20     Members?  Thank you for your testimony.  Thank you for
21     being with us all day.  The chair calls Joy Arthur?
22     Joy, are you here?  She registered votes against all
23     three bills, People For The American Way.  Chair calls
24     Tim Morstad.  Tim Morstad with AARP?  Against all three
25     bills.  The chair calls Laurie Vanhoose representing
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00205170

161

1    Advocacy, Incorporated?

2                MS. VANHOOSE:  Thank you.  My name is

3    Laurie Vanhoose.  I'm the Help America Vote Act

4    specialist at Advocacy, Incorporated, and we are

5    Federally mandated under the Help America Vote Act to

6    ensure the voting rights of the 4.6 million people with

7    disabilities in Texas.

8                When HAVA was debated in Congress, the

9    number one contentious --

10               REPRESENTATIVE BURNAM:  Before you get

11   going, Laurie, the 4.6 million that you represent in

12   Texas, how many of them don't have driver's license?  Do

13   you have any idea?

14               MS. VANHOOSE:  I don't have that number,

15   and I wish I did because I --

16               REPRESENTATIVE BURNAM:  You can understand

17   why I'm asking.

18               MS. VANHOOSE:  -- because I speak with a

19   lot of them -- Yes.  We speak with a lot of them who are

20   concerned about this because they don't -- and I'm going

21   to definitely get into that issue.

22               When Congress was debating the Help

23   America Vote Act, the number one most controversial

24   provision was identification requirements, basically,

25   because the authors of this bill saw identification



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007500

TX_00205171

162

 1      requirements as an avenue to disenfranchise minority

 2      voters, disability -- people with disabilities.

 3                  CHAIRMAN BERMAN:  I'm sorry.  Who saw that

 4      as an avenue to disenfranchise them?

 5                  MS. VANHOOSE:  If you look at the record,

 6      as the debate for the Help America Vote Act, the authors

 7      and several other people who supported this bill, there

 8      was a -- there's a lot of debate around what specific

 9      identification requirements we need to ensure people's

10      identity, but not to disenfranchise them.  And that's

11      how they came up with a comprehensive list under HAVA,

12      which is what we have now currently in Texas.  Also,

13      what they found was that to reduce the pretense for

14      election fraud, what we need to do is implement the

15      state-wide database and that's what we have done in

16      Texas.

17                  What this database does is it integrates

18      local lists so that duplicates can be easily removed

19      from a database from the voter rolls.  It also

20      coordinates records with other state agencies.  They

21      take Social Security numbers and match them with the

22      Social Security Administration.  They take driver's

23      license numbers and verify that with Department of Motor

24      Vehicles, and they also get death records.  So what this

25      does is ensures that the voter risks are correct.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007501

TX_00205172

House Elections Committee Hearing                    February 28, 2007

163

1              There's also lots of -- Every single
2    report out there talking about election fraud states --
3    and I can forward those to your offices -- state that
4    the way to defer election fraud is through this
5    database, and I think tonight we've heard a lot of
6    testimony that's showing that the database in Texas is
7    working.  As a matter of fact, Representative King had a
8    statement of the numbers of people that had been taken
9    off the list because they have found to be registered
10   illegally.  That shows that we have processes in place
11   that are working.
12             We've also had several other people
13   testify as to people registering illegally, are trying
14   to vote illegally, and then being caught because of
15   processes that are put in place and that is specifically
16   why HAVA put these provisions in place.
17             Also, on January 1, 2006, your Secretary
18   of State, Roger Williams, at his kick-off of the Voter
19   Education Program, and I'm quoting him now, said that
20   "Perhaps sometimes in the past, lists of this type" --
21   referring to voter registration lists -- "have been
22   relatively easy targets for those seeking to commit
23   voting fraud by using the names of duplicate, fictional
24   invalid or deceased voters.  We now have a new
25   state-wide voter database that significantly reduces



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00205173

164

```
 1        such opportunities and provides us the ability to

 2        maintain secure, accurate and up-to-date information on

 3        all voters in the State of Texas."  Also --

 4                   CHAIRMAN BERMAN:  Just one second.

 5                   REPRESENTATIVE ANCHIA:  Laurie, I'm a

 6        little bit disturbed by this.  Didn't we just hear

 7        testimony from the gentleman before who was referring to

 8        hundreds of cases of people who may have been registered

 9        who were noncitizens and who may have voted in the past,

10        but you are telling me we have a system to deal with

11        that?  As of when?

12                   MS. VANHOOSE:  January 1st, 2006 --

13                   REPRESENTATIVE ANCHIA:  Okay.

14                   MS. VANHOOSE:  -- was the Federal

15        deadline.  I think ours got pushed back a couple of

16        months.

17                   REPRESENTATIVE ANCHIA:  So if there were

18        cases in the past that where people had been noncitizens

19        and voted, whether they have registered a motor voter or

20        some other way, we have a system in place to deal with

21        that now?

22                   MS. VANHOOSE:  Yes.  That was -- that

23        was -- The whole part of HAVA was that these voter lists

24        are wrong and not to point that people are voting

25        fraudulently, but people are not being allowed to vote,
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

165

1    so let's get these lists accurate as they can be.

2                    REPRESENTATIVE ANCHIA:  And what happens

3    if -- if I registered in -- in Motor Voter and I'm a

4    noncitizen?  Let's say I'm a legal permanent resident,

5    so I'm eligible to get a driver's license, and I

6    register to vote, make a mistake, I don't speak the

7    language right, whatever.  What happens to my voter

8    registration at that point?

9                    MS. VANHOOSE:  You'll have to -- I want to

10   tell you to verify this with the Secretary of State, and

11   we have Ann in here --

12                   REPRESENTATIVE ANCHIA:  Yeah.

13                   MS. VANHOOSE:  -- but it's my

14   understanding in the implementation of HAVA and the

15   state-wide database is that that database is supposed to

16   interact with other databases to verify you have the

17   correct address, they have the correct Social Security

18   number.  That was the intention of it is to make sure

19   there aren't duplicates on lists, and I know at the

20   county level, at the state level, this database that's

21   being used to check duplicates to make sure the lists

22   are accurate.

23                   And specifically regarding citizenship,

24   you'll have to ask Ann about that, but that's the whole

25   point of the database, and in my understanding, that was



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007504

166

```
 1        the reason -- if you look at the record in HAVA -- I was
 2        in DC.  I worked for a national organization when HAVA
 3        was being debated, and the major reason of having this
 4        database is to verify that the voter lists are accurate.
 5                 REPRESENTATIVE ANCHIA:  Thank you.
 6                 CHAIRMAN BERMAN:  Well, isn't it possible
 7        though for someone to vote with somebody else's voter
 8        registration card?  They could steal it.  They can find
 9        it.  They can collect a number of voter registration
10        cards in -- you know, from a senior citizen's home and
11        go use them to vote?  There's no way to show that
12        they're not the person who's on the card, is there?
13                 MS. VANHOOSE:  I guess it's possible, but
14        where is the evidence of this is happening?  And I'm
15        going to get into that.  We don't have evidence of this
16        happening, and -- and you get your registration card,
17        what is it, every two years?  I don't know.  I just
18        don't see evidence of this happening, and we haven't
19        seen evidence of it happening in -- any widespread
20        evidence and -- that would change election results
21        anywhere in the country, and I'm going to get into that
22        in just a second as well.
23                 REPRESENTATIVE BURNAM:  Can I ask a
24        question before she does?
25                 CHAIRMAN BERMAN:  Yes.
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

167

1          REPRESENTATIVE BURNAM:  So far I'm getting

2     the thrust of your legislation is the three bills that

3     are before us are trying to address a problem that was

4     solved January 1st, '06.

5          MS. VANHOOSE:  Yes.

6          UNIDENTIFIED SPEAKER:  Okay.  Thank you.

7          MS. VANHOOSE:  Yes.  Actually, you know

8     what?  I'll go ahead and jump to that.  Real quick

9     (inaudible) once I was going to give you, you asked

10    about who doesn't have access to that or how many people

11    in Texas with disabilities don't have access to a

12    driver's license.  We don't have that specific number.

13    But the Brennan Center at NYU Law School did a survey of

14    the 2006 election, and what they found based on the 2005

15    census estimates and answers that they got from their

16    survey was that about 18 percent of elderly and disabled

17    do not have government issued photo identification.

18         CHAIRMAN BERMAN:  And how much of that 18

19    -- how many of those 18 percent would -- would actually

20    go to the polls and vote?

21         MS. VANHOOSE:  Well, that is the whole

22    point of the Help America Vote Act is to ensure

23    accessibility.  We've given so much money to the states

24    to make sure that voting places are accessible at their

25    voting equipment.  This statement that I read to you by



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00205177

168

1      Roger Williams was a statement that he made an education

2      effort to make sure -- based on money from HAVA to make

3      sure people go out and vote.  That's the whole issue is

4      that these people have been disenfranchised.

5                   CHAIRMAN BERMAN:  I realize that's a whole

6      issue.  I don't think they've been disenfranchised.

7      Give me a break here.

8                   MS. VANHOOSE:  No.  There's a long history

9      of people with disabilities being disenfranchised.

10                  CHAIRMAN BERMAN:  Well, I understand that.

11     I understand that, but look at the voting record of

12     Texans in the last -- in the 2006 election.  What

13     percentage of Texans actually voted in the 2006

14     election?

15                  MS. VANHOOSE:  I think that's the whole

16     point is to increase that participation and people with

17     disabilities.

18                  CHAIRMAN BERMAN:  No matter how hard we're

19     trying, you just can't seem to increase them, can we?

20                  MS. VANHOOSE:  But I don't think this

21     would increase it by any means.  I think it would reduce

22     it, actually.  I think the Arizona statistics have shown

23     that in Arizona, it did reduce voter participation, and,

24     actually, traditionally people with disabilities have

25     stopped going to polls because they are not accessible.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007507

Case 2:13-cv-00193   Document 726-1   Filed on 11/17/14 in TXSD   Page 189 of 211
House Elections Committee Hearing                    February 28, 2007

169

1      They're fed up of going and not being able to vote.

2      It's a long process.

3                      CHAIRMAN BERMAN:  Well, accessibility is a

4      whole different (inaudible).

5                      MS. VANHOOSE:  But this is accessibility

6      as well because if you do not have documentation, you do

7      not have access to vote, documentation of people with

8      disabilities and accessibility issues.

9                      CHAIRMAN BERMAN:  Do your people with

10     disabilities visit doctors?

11                     MS. VANHOOSE:  Yes.

12                     CHAIRMAN BERMAN:  Do they visit rehab

13     centers?

14                     MS. VANHOOSE:  Yes.

15                     CHAIRMAN BERMAN:  Do they have any kind of

16     identification to show like insurance cards or anything

17     else?  Are you telling me there are no documents that

18     they have with your name on it, with their address on

19     it?

20                     MS. VANHOOSE:  There are, but that's the

21     issue is whether -- what's in place right now in Texas.

22     When you go vote, a lot of these people with

23     disabilities are taking utility bills.  That's it.  They

24     didn't take the three other forms of identification they

25     needed.  They take one form that they've been voting



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00205179

170

1     with historically.

2                    CHAIRMAN BERMAN:  All right.

3                    MS. VANHOOSE:  And that is -- that is

4     currently in state law, and is under HAVA, HAVA says

5     what is needed to verify identity and to also keep

6     disenfranchisement down.

7                    REPRESENTATIVE BURNAM:  Before you

8     proceed --

9                    MS. VANHOOSE:  Yes.

10                   REPRESENTATIVE BURNAM:  -- getting back to

11    that 18 percent of the population, you kind of moved

12    over into what I think might have been Tim's testimony

13    representing AARP.

14                   MS. VANHOOSE:  Right.

15                   REPRESENTATIVE BURNAM:  These two groups,

16    obviously, the disabled community being represented,

17    plus a senior citizen population that may have less and

18    less mobility --

19                   MS. VANHOOSE:  Right.

20                   REPRESENTATIVE BURNAM:  -- are the very

21    ones that would be most burdened by this legislation.

22                   MS. VANHOOSE:  Right.  From what I've seen

23    in the community and the people I work with -- And we do

24    represent a lot of the elderly community as well because

25    a lot of them do have disabilities.  What I've seen is,



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00205180

House Elections Committee Hearing                    February 28, 2007

171

```
 1        yes, stats from other states just talking with our

 2        clients, that, yes, this will be heavily burden -- have

 3        a heavy burden on be them.

 4                    REPRESENTATIVE BURNAM:  And it's your

 5        testimony that 18 percent of the eligible voters don't

 6        have any type of state ID.

 7                    MS. VANHOOSE:  It was 18 percent of

 8        individuals with disabilities and the elderly community

 9        and that's an NYU Justice of Law or NYU School of Law

10        survey, and I can bring that to you tomorrow.

11                    REPRESENTATIVE BURNAM:  So this bill is

12        talking about -- or these bills are talking about making

13        it harder for 18 percent of the population to access the

14        opportunity to vote.

15                    MS. VANHOOSE:  That is correct.

16                    REPRESENTATIVE BURNAM:  Thank you.

17                    MS. VANHOOSE:  Also, they said that at

18        least 15 percent of voting age American citizens earn

19        less than $25,000 a year do not have valid government

20        issued photo ID, and I will bring those reports to you

21        tomorrow.

22                    CHAIRMAN BERMAN:  Laurie, how long have

23        you been in your current job?

24                    MS. VANHOOSE:  I have been -- I was with

25        our national office, the National Disability Rights
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007510

TX_00205181

                                                                    172

1        Network in DC in 2000.

2                     CHAIRMAN BERMAN:  How long have you been

3        here now?

4                     MS. VANHOOSE:  In here -- I've been here

5        three years.

6                     CHAIRMAN BERMAN:  Three years.  Thank you.

7                     MS. VANHOOSE:  Okay.  The other issue is

8        just access to -- I understand that this bill would

9        allow for identification, I think, anything (inaudible)

10       regarding this that has to be in there.  The issue

11       though is -- and we saw this in Georgia -- is that

12       transportation and accessing those places to obtain

13       identification is a big issue, especially in rural

14       communities that do not have public transportation.  So

15       the majority of people that don't have a driver's

16       license, can't drive, are going to need some way to

17       access these places to obtain identification.

18                     REPRESENTATIVE BURNAM:  And in that point

19       you're talking about, in my community, it would be

20       arranging permits and there's a charge for that use.

21                     MS. VAN HOOSEN:  Right.

22                     REPRESENTATIVE BURNAM:  So when

23       considering whether or not this would be

24       unconstitutional, this legislation, you in fact are in

25       effect imposing a poll tax on the disability community



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007511

TX_00205182

173

1    because they may be homebound.  They may never leave

2    different -- people with different types of disability.

3    But even then in a place such as Tarrant County where

4    less than half of the population has access to public

5    transportation because of previous bad public policy

6    decisions, you are going to have whole other universe of

7    people that can't even theoretically use public

8    transportation to get to the opportunity to get their

9    pictures taken, to show the burden of proof.

10                   CHAIRMAN BERMAN:  Isn't transportation

11   available for the disabled to get to their doctors?

12                   MS. VANHOOSE:  Yeah, but that -- that goes

13   through different agencies that won't necessarily take

14   somebody to get identification, who won't take someone

15   to go to the polls.  Transportation is the number one

16   issue across the board, whether it comes to every single

17   area of accessing services to people with disabilities,

18   especially in Texas, the size of a state or ability of

19   rural communities, so --

20                   REPRESENTATIVE BURNAM:  They have limited

21   public transportation.

22                   MS. VANHOOSE:  Yeah.  Furthermore, another

23   issue is in order to get this free ID, I'd have to show

24   a birth certificate, another material that proves my

25   identity, which requires time, money and effort, and I



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

House Elections Committee Hearing                    February 28, 2007

174

1    think there should be an effort made definitely.  I'm

2    not saying you don't have to make an effort to vote, but

3    the issue is with the time constraints with having

4    five days to prove your identity, I don't know -- if

5    someone casts an official ballot and lived in a rural

6    area and did not have access to this documentation and

7    had to go through avenues to access this, that's not

8    enough time frame for them to return that information

9    back to county.

10              Another issue is that our agency has

11   required a national voter registration Motor Voter Act

12   and HAVA to help people register to vote, basically,

13   because when they pass a National Voter Registration

14   Act, they were appalled by the number of people with

15   disabilities who are not registered to vote.  So when

16   they pass that law, they charge us with helping people

17   with disabilities to register to vote.  My clients don't

18   come to my office with the three forms of citizenship --

19   proof of citizenship that is requested in some of these

20   bills, and accessing them and going through the process

21   of getting that is going to be very burdensome.

22              Finally, let me close on the main point.

23   The main point is that there is no widespread evidence

24   of election fraud in the context of a voter

25   impersonating another voter.  Actually, the Election



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

175

1      Assistance Commission had bipartisan consultants come in

2      and do some studies, and they reported with widespread

3      agreement that very little evidence exists of voter

4      impersonation at the polls.  There have been several

5      regional reports.  In Ohio, there's a state-wide survey

6      that found four instances of an eligible person's

7      voting -- attempting to vote in 2002 and in 2004.  That

8      was out of 9,079,728 votes cast.  That's .000004 percent

9      of people voting.

10                     Also, in Georgia, you have your Secretary

11     of State who has been an election official for more than

12     10 years stated that she could not recall one documented

13     case of voter fraud relating to impersonation of a

14     registered voter at the polls.  And, also, I'll refer

15     to -- I handed out a document which is a public

16     information request that was submitted to the Attorney

17     General's Office by Common Cause, and what that is is

18     it's information on all of the claims related to voter

19     fraud in Texas because, as I'm sure you all know, the AG

20     of Texas created a special unit in his office to

21     investigate voter fraud.

22                     And in that document you'll see as of

23     January 6 -- or January 10, 2006 they spent $1,541,848

24     on investigation of voter fraud, and I think it was 13

25     or 14 -- I'm not for sure it's on the record as saying



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007514

House Elections Committee Hearing                          February 28, 2007

176

1      it was 13 or 14 -- individuals were found out of the

2      4 million votes that were cast of voting illegally, but

3      it was not impersonating another individual at the poll

4      and that's actually .001 percent -- the 40 ballots that

5      are in question is .001 percent voters in Texas.

6                        (End of Audio Transcription)

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007515

177

1       IN THE COUNTY OF TRAVIS  )

                                 )

2       STATE OF TEXAS           )

3

4

5           I, JEAN THOMAS FRAUNHOFER, Certified Shorthand

6       Reporter in and for the State of Texas, hereby certify

7       to the following:

8           That the Audio from the February 28, 2007, Texas

9       House of Representatives Committee on Elections, 1:18:28

10      to 4:36:31, was transcribed at the request of Anne

11      Wilson, 209 West 14th Street, Attorney General's Office,

12      Austin, Texas, 78701, and the amount due is

13      $_____.

14          That the aforementioned Audio was transcribed to the

15      best of my ability to hear and understand the Audio;

16          That the transcript was submitted by E-TRANS on

17      April 30, 2012, to Anne Wilson, 209 West 14th Street,

18      Attorney General's Office, Austin, Texas, 78701;

19          I further certify that I am neither counsel for,

20      related to, nor employed by any of the parties or

21      attorneys in the action in which this proceeding was

22      taken, and, further, that I am not financially or

23      otherwise interested in the outcome of the action.

24

25



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007516

TX_00205187

178

1       Certified to by me, this 30th day of April, 2012.

2

3



4       JEAN THOMAS FRAUNHOFER, Texas CSR No. 7990

        Expiration Date 12/31/12

5       FIRM REGISTRATION NO: 283

        ESQUIRE DEPOSITION SERVICES

6       100 Congress, Suite 2000

        Austin, Texas  78701

7       (512) 328-5557

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007517

TX_00205188

**A**

**AARP**
160:24
170:13
**ABA**
62:20
**ability**
2:10,12 3:9
5:4,19 6:3
6:4 7:12
10:3,8 11:2
23:4 52:8
81:24 88:20
88:21 116:2
125:2 127:9
129:17
164:1
173:18
177:15
**able**
2:14 6:10,13
14:12 21:18
22:20 24:13
26:15 27:12
27:20 39:6
43:4,8 61:4
72:10 96:24
109:24
115:2,5
128:6
150:23
157:19
169:1
**absence**
4:6
**Absolute**
123:11
**absolutely**
10:24 13:20
22:15,19
46:3 64:4
82:1 90:8
90:14 92:20
93:3 98:8
104:8 116:4
120:9,15
125:15
128:22

141:18
**absurd**
22:19
**abuse**
160:16
**accent**
150:25
**accept**
136:11
**acceptable**
69:3 94:1
96:17 99:24
145:5
**accepted**
57:13 78:21
**access**
6:4,18 22:7
93:15 96:21
96:22,23
97:3 117:14
151:1
167:10,11
169:7
171:13
172:8,17
173:4 174:6
174:7
**accessibi...**
112:8 167:23
169:3,5,8
**accessible**
141:19
158:10
167:24
168:25
**accessing**
150:17
172:12
173:17
174:20
**accommodate**
40:1
**accomplish**
144:21,22
**accounts**
44:23 45:2
**accuracy**
13:21 20:19

**accurate**
61:21 164:2
165:1,22
166:4
**accustomed**
41:15,19
**acknowledges**
35:10
**ACLU**
50:20
**acquire**
98:21 99:8,9
113:10
115:17
117:7 127:4
127:13
**acquired**
80:22
**acquiring**
59:19 127:7
**act**
67:3 69:11
71:16 79:24
110:21
121:2,5,11
121:13,24
124:4
139:24
141:23
149:12,13
149:13
161:3,5,23
162:6
167:22
174:11,14
**action**
8:25 159:6
177:21,23
**active**
83:5 120:23
137:20
**activities**
120:23
123:19
**Acts**
110:22
**actual**
109:15

**adamant**
85:5
**add**
33:24 34:13
44:15,16
76:11,19
97:21
119:17
**adding**
28:15 104:13
129:15
**addition**
45:1,18
**additional**
11:1 36:4
38:1 42:19
99:12
102:11,25
115:21
150:1
152:12,22
**Additionally**
67:12
**address**
4:7,10,14,15
4:17,19,20
12:9 34:6
90:6 99:3
99:17,20
115:16
122:25
123:4 132:1
132:6,17,18
165:17
167:3
169:18
**addressed**
3:16 15:9
31:6
**addresses**
58:3 104:25
**addressing**
8:6 44:8
**adds**
35:13 57:11
**Administr...**
5:23 10:7
65:11

142:25
162:22
**administr...**
45:6
**administr...**
9:21,23 11:5
**administr...**
61:8
**admit**
59:10 159:25
**adult**
37:14
**advanced**
14:20
**advantage**
41:11 160:18
**advise**
149:7
**Advocacy**
161:1,4
**affect**
3:1,6,9
104:23,24
116:2
119:18
**affidavit**
57:10 77:16
134:11
150:10
153:10
157:22
**affiliated**
49:16
**affirm**
159:20
**affirmation**
11:23 12:2,7
20:24
**affirmative**
149:18
**affirmati...**
150:8
**aflutter**
39:4
**AFL-CIO**
49:14,16
**aforement...**



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00205189

House Elections Committee Hearing                    February 28, 2007

177:14
African-A...
122:2 125:5
125:10
149:24
151:22
154:13
African-A...
121:18
AG
175:19
age
15:10 67:11
88:9 171:18
aged
39:18
agencies
45:8,10
46:14,17
54:22,24
162:20
173:13
agency
142:18
174:10
agent
31:20 33:24
34:13
ago
60:24 62:11
62:12 63:6
65:15,25
75:12
agree
43:23 83:4
89:24 90:4
90:10,25,25
92:17,24
93:10,11,25
114:23
126:23
159:11
agreement
175:3
AG's
9:8,11
ahead
33:3 75:12

137:7
139:23
143:24
167:8
airplane
67:23
Alabama
68:23
Albuquerque
100:16,25
aliens
57:25 58:13
alive
8:4
allaying
45:12
allow
29:21 46:1
58:7 76:23
78:25
146:24
156:21
172:9
allowed
89:12,13
93:22
124:19
127:23,24
141:5,11
164:25
allowing
95:23 152:13
allows
24:5,11
alphabetical
14:23 132:15
Alzheimer's
14:20
amazed
8:8
amazing
60:21 73:4
amenable
72:17
amending
34:12
amendment
72:17 110:20

147:22,24
amendments
78:21
America
57:14 84:16
121:24
125:11
144:3
149:13
161:3,5,23
162:6
167:22
American
85:8 90:16
96:8 100:1
111:10
149:19
151:17
153:8,17
157:20,23
158:5 159:7
159:21
160:23
171:18
Americans
88:10 152:14
160:17
America's
87:25 148:19
149:20
151:15
amount
82:21 115:25
177:12
amounts
2:11,11
ample
147:15
amplify
47:7
analysis
37:17 83:3
96:20
119:15,23
151:9
Anchia
3:18,19,23
3:25 4:2

5:25 6:1,14
7:4,7,10,20
12:24 16:4
16:5,10,17
16:21 17:16
17:22 18:6
18:9,13,19
18:23 19:5
19:9,11,15
19:18 20:7
20:11,14,21
21:15,16
23:5 25:5,9
35:4,6,8
36:11,19
37:2,10,15
44:16,18
45:25 46:8
46:12 53:11
53:12 55:5
55:6,12,15
55:22 56:4
56:8 63:22
63:23 64:2
64:5 70:3,4
70:10,24
71:7,17,22
71:25 72:11
72:16,23
73:8,14
74:13,16
75:6 80:3,4
80:8,11,17
81:5,10,14
81:20 82:2
82:5 83:2
83:15 84:4
84:12 85:13
85:20 86:17
89:18,19
90:9,17,24
91:4,7,10
91:13,17,24
92:4,7,13
92:21 93:4
93:10 94:2
94:10,23,23
105:4,5
106:2,9,13

106:20
107:5,10,13
117:25
122:4,5,12
122:15,18
122:21
127:19,20
128:10
129:2
136:14,15
136:19,24
137:4,6,9
137:13,22
138:4,13,23
139:3,8,18
139:21
140:7,10,13
140:16,23
141:16,18
144:18,19
145:11,18
145:21,24
146:3,6,9
146:11,14
147:21
164:5,13,17
165:2,12
166:5
Anchia's
94:17 97:12
and/or
5:2 26:8
anecdotal
76:2 98:13
anecdotally
52:12
Angelo
2:8
Animal
88:17
Ann
50:22,22,25
51:24,25
52:1,4 53:6
165:11,24
Anne
177:10,17
answer



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

House Elections Committee Hearing                    February 28, 2007

4:1 6:13
10:20 137:7
155:7
answered
140:19
answering
94:3 140:21
answers
9:5 167:15
anticipated
36:14,20
Antonio
115:19
148:21
anybody
12:25 69:22
70:18 84:23
138:17
anymore
41:8 48:25
156:13,21
anyway
37:12 69:11
anyways
2:25
apologize
29:9 65:15
76:24 96:10
155:3
appalled
174:14
appeal
24:3,6,13,15
24:24 26:15
26:22 27:11
29:22 30:2
31:8 32:24
appeals
33:1 78:9
appear
67:14 72:9
147:8
appearing
14:23
appears
144:25
applicant
77:6

applicants
150:8
application
57:23 66:25
144:4
150:10
applications
131:18
142:19
144:9
applied
65:13 108:24
143:3
applies
67:3
apply
70:8
appointment
160:5
appreciate
11:4 16:6,7
21:17 23:2
34:22 43:15
53:15 56:22
72:25 73:11
83:2 85:13
86:13,13,15
86:15 87:21
89:20 91:13
92:22 93:17
94:3 111:1
136:16
148:4
approach
159:17
appropriate
9:23
appropria...
89:22
appropria...
80:10
approxima...
66:9 118:8
118:14
April
1:25 177:17
178:1
area

14:3,18
26:19 30:19
31:6 173:17
174:6
areas
14:17 52:23
88:13
127:15
138:12
argue
14:13 42:9
argument
115:4 153:13
Arizona
68:23 77:24
78:16 99:25
100:16
101:11
109:18
128:8 149:5
152:9,19
168:22,23
Arizona's
78:8,13
arranging
172:20
arrive
99:16
Arthur
160:21
article
112:6
articulate
86:10 92:14
articulated
36:8 53:18
ascertain
130:8,11
Ashley
25:17,17,20
25:23,23,25
26:4,11,23
27:1,13,15
27:22 28:3
28:8,13,19
28:23 29:1
29:4,7,12
29:15,25

30:16 31:3
31:24 32:4
32:7,10,12
32:15,19
33:10,14
asked
12:24 53:17
59:14,16
117:25
122:6
152:12
167:9
asking
23:24 28:18
28:22 29:11
42:2 86:7
104:14
124:18
125:8,9
134:12
137:15,24
140:2 157:4
161:17
Assessor
142:24
assessor/...
65:10 143:15
154:23
assessor/...
136:22
assist
36:5
Assistance
175:1
associated
17:20
Association
51:9
assume
153:7
Assumed
59:24
assuming
60:18 72:5
assure
154:8
astronomical
110:6

attempt
76:9
attempting
44:9 175:7
attention
21:12 153:21
attorney
8:25 9:3
27:7,19
28:11 96:8
97:24
141:11,17
175:16
177:11,18
attorneys
9:2 177:21
audience
61:4
Audio
176:6 177:8
177:14,15
Austin
177:12,18
178:6
author
34:10
authorized
124:6
authors
56:13 161:25
162:6
author's
151:11
automatic
67:8
automatic...
153:7
availability
36:8
available
15:25 36:7
42:1 74:11
126:20
173:11
avenue
162:1,4
avenues



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

House Elections Committee Hearing                February 28, 2007

49:23 174:7
avoid
67:15
avoided
14:19
aware
3:14 6:14
18:6,8
68:23 118:7
118:9

B

babies
82:18
back
51:11 59:2
65:23 75:3
99:11 100:7
115:1
121:11
133:10
136:5,7
146:19
147:12
164:15
170:10
174:9
backward
69:18
bad
13:1 29:23
93:5,5
173:5
Bailey
38:14
bake
48:8
Baker
89:6
balance
41:25 73:17
ballot
2:25 13:4,6
57:10,13,13
57:21 76:3
76:5,23
77:20,20
78:24,25

82:23,23,23
84:24 85:5
85:7 89:2
98:1 99:2
100:6,7
124:18
174:5
ballots
14:19,22
17:14,15
65:19
118:12
124:16
176:4
ballpark
145:8
bank
151:3
banking
39:5
bar
62:20
Barrick
23:9 38:10
barrier
99:13
barriers
156:21,25
base
10:3 60:1
62:22
based
13:12 18:24
114:6
167:14
168:2
basic
76:8
basically
26:17 50:13
78:17 81:9
81:12,13
104:14
105:23
106:5 146:4
161:24
174:12
basis

30:5 111:16
116:19
Baxter
66:6
BEAUVOIR
38:21 40:13
40:18,22
41:1,5,10
41:16 42:16
becoming
40:1
bedroom
14:8,8,9
beginning
70:17
behalf
5:12 87:16
143:15
159:5
believe
2:12 6:6
36:13 49:19
59:15,19
62:2,8
69:25 82:6
83:6 86:8
90:20 95:1
110:19
122:24
124:6
151:12
156:3 157:7
157:14
159:22
160:14
believes
150:2
benefit
96:20 97:22
99:4 119:14
119:23
159:22
160:15
benefits
97:8,8 101:6
Benkiser
5:10,11,12
6:2,8,20

7:6,9,13,21
8:1,3,14,23
9:9,13,24
10:14,24
11:6,7
87:13,15,16
89:19 90:8
90:14,20
91:3,6,9,13
91:22 92:2
92:6,12,20
93:3,7,16
94:4,5,7,22
94:25 95:5
95:9,12,16
95:19,21,22
105:9
106:22
122:7
BERMAN
2:2 3:12,25
5:5,9,24
7:22 9:13
11:7,10,16
11:22 12:2
12:6,10,18
12:21 16:3
19:21 20:23
21:3,6,9
23:5 25:2
25:14 31:15
33:6,12,16
33:22 34:2
34:14,18,21
34:25 35:2
36:11,24
37:4,13,21
38:2 40:10
40:17,20
44:10 45:25
46:11,19,22
47:15,18
48:13,16,20
48:23 49:2
49:6,9
50:16,21,25
51:22 52:3
53:6,9 55:4
56:11 58:7

58:10 62:4
63:21 64:7
64:10,13
68:6,9,20
70:2 75:7
75:14,17
79:3 80:2
80:24 86:20
86:22 87:1
87:4,7
89:17 94:5
94:8 95:2,7
95:10,13,17
95:20,24
96:4 97:7
98:4,6
101:22,25
102:3,15
103:3,8,12
103:14,20
103:22
104:4,6,15
104:19
105:4,12,16
105:19
107:2,8,11
107:20
110:24
111:1,12,22
112:1,18
113:18
114:9,16
115:8,12
116:3,24
117:3,23
120:16
122:4
123:14,18
123:22,24
124:1,10,23
125:13,16
130:19,22
133:11,16
135:3,9,12
135:14,18
135:22
136:14
141:25
143:21,24



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007521

TX_00205192

House Elections Committee Hearing                February 28, 2007

144:18
146:10
147:11
148:1,6,11
151:25
154:21
155:6 157:6
157:13,25
158:12,14
158:19,24
159:1
160:19
162:3 164:4
166:6,25
167:18
168:5,10,18
169:3,9,12
169:15
170:2
171:22
172:2,6
173:10
**best**
84:17 156:17
156:20
177:15
**bet**
21:9
**Betancourt**
98:7 134:3
142:24
143:4,10
**better**
6:13 37:25
42:14 48:11
75:10 88:15
126:24
142:3
**Betty**
56:17,19
64:7,10
**Betty's**
64:17
**Bexar**
63:10 65:16
65:17
124:25
**biennial**

146:24
**big**
64:18 82:18
99:7 129:13
136:9
172:13
**bilingual**
47:10
**bill**
2:5 3:16,21
4:3,7,9,15
4:22 5:16
6:15 8:13
9:17 10:18
11:2,11,13
11:15 12:15
12:22 20:24
20:25 21:4
21:11,14,19
22:3,22,24
23:3,8,9,10
23:12,15,15
23:17,19,23
23:24 24:2
24:14,14
25:8,16
27:11 33:18
34:10 35:4
35:5,5,7,9
38:9,11,11
38:12,13,14
38:15,16,17
38:18,19
39:2 44:8
44:23,24
45:5,20
46:24,25
47:4,21
48:12,12,17
48:21,25
49:7,18
50:14 51:1
51:2,4,9
53:10,20,22
56:16,17,18
56:19 57:5
58:3 64:14
64:14 68:9

69:12,20
70:6,11
72:17 73:19
75:19,23
76:9 77:1
77:15 78:15
78:15,18,20
78:20,21,22
80:19 86:9
87:9 88:19
91:25,25
92:8,10,22
94:9,14
96:14,15
97:12 99:10
100:13
101:2 102:1
102:21,25
105:14
107:16
111:7
116:23,25
118:6
129:23
131:1
137:25
146:16
147:23
148:2 151:3
152:18
154:6
161:25
162:7
171:11
172:8
**billion**
46:3,4
**bills**
10:15 12:5
25:6 35:3
44:12 53:14
53:16 56:13
56:14,15
75:25 78:6
86:4 87:10
87:12 88:4
90:18,21
93:11 96:2

96:11,14
97:3,21
101:1
114:10
115:6 120:2
131:1 149:9
149:14
150:1,4
151:10,16
151:21
152:5,24
153:14
154:13
156:22
157:2,12,12
158:20,23
160:23,25
167:2
169:23
171:12
174:20
**bill's**
64:16
**bipartisan**
36:1 64:17
68:15 88:23
89:4 93:14
175:1
**birth**
66:23 74:1,7
74:10,22
75:1,4 77:4
80:24 81:7
92:10,10
95:7 110:10
115:19
117:8
122:17,19
137:2 145:7
150:15
157:18
158:11
173:24
**birthday**
134:20
**bit**
56:12 82:19
86:6 112:23

114:22
160:12
164:6
**bite**
43:6
**bled**
82:13
**blue**
22:4
**board**
13:4 36:25
46:7 57:14
116:13
173:16
**boards**
40:16
**body**
123:4
**Bohac**
31:15,16
33:23 34:5
40:20,21,24
41:3,6,13
41:22 43:16
45:17 68:21
68:22 69:5
79:4,5
107:21,23
108:5
116:12,15
125:18
126:11,21
127:18,22
128:9,17,23
129:6,19
130:18
141:25
142:1,6,22
**Bohac's**
44:19
**bombs**
116:16
**bond**
65:19
**book**
67:23 88:8
88:15
132:18,23



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00205193

House Elections Committee Hearing                February 28, 2007

books
132:13
booth
88:7
Borden
11:15,15,16
  11:17,20,22
  11:25 12:4
  12:8,16,20
  12:22,22
  16:3,6,9,15
  16:19,22
  17:19,23
  18:8,12,16
  18:20,24
  19:8,10,13
  19:17,20
  20:3,9,15
  20:16,23
  21:1,5,8
  48:17,18,21
  48:21,24
born
13:8 101:13
116:20
boss
134:3
bothering
135:24
bottom
53:22 68:14
bounced
144:17
box
58:18,19
  59:13 76:23
  78:24,25
  82:23,23
  85:7 98:1
  98:13 99:2
  101:18
  116:8
Brazilian
143:5
break
96:11 168:7
breaking
155:20

Brennan
113:23 114:7
  167:13
brief
48:19 56:24
  89:21
bring
48:9 108:15
  112:10
  114:20
  171:10,20
bringing
21:12 70:5
  153:21
broad
24:17 151:2
brought
34:7 42:21
  115:1
brown
56:17,21
  58:12,16
  59:4,7,17
  59:21,24
  60:3,7,10
  60:13,18
  61:11,15,25
  63:4,19,22
  64:1,3,8,11
Bruce
47:18,19
  48:13
budget
36:25 46:7
  55:21,23
Building
64:20
bunch
96:10
burden
149:23,25
  171:2,3
  173:9
burdened
170:21
burdensome
150:5 152:25
  174:21

Bureau
115:20
Burnam
9:14,15
  10:10,20
  11:4 25:17
  37:20,21,22
  38:2 44:19
  52:3,4,13
  52:22,25
  55:3,4,5,8
  55:13,18
  56:2,6,10
  58:11 59:1
  59:5,15,18
  59:22,25
  60:4,8,11
  60:17,20
  61:14,20
  62:2,4
  65:15 66:12
  67:2 109:11
  114:25
  115:16
  117:23,24
  118:21
  120:2,10,20
  121:1,17
  122:3
  123:15
  152:3,23
  153:19,25
  154:11,20
  156:7
  158:17
  161:10,16
  166:23
  167:1 170:7
  170:10,15
  170:20
  171:4,11,16
  172:18,22
  173:20
Burnam's
44:20
bus
22:14 108:23
business

16:25 45:9
  46:16 54:10
  54:24
  150:11
busy
75:19,23
buy
48:9 67:24
buying
68:4
b-O-R-D-E-N
11:16 12:22
B26
85:16

------ C ------

C
148:22
call
38:8 56:12
  56:16,16,16
  56:17 69:22
  138:10
  139:1
  159:12,13
called
58:23,24
  62:8 81:6
  84:10 100:5
  155:11,14
calling
86:22 89:3
calls
2:2 5:9 11:8
  21:15 35:5
  35:6 46:22
  46:24 47:1
  47:18 48:17
  49:3,10
  50:17,22
  51:1,3,5
  62:7 64:14
  75:18,18
  87:8,10,13
  95:24 119:7
  125:1
  130:23
  148:6

158:14,16
159:2
160:21,23
160:25
Camarillo
148:7,9,12
  148:14
  152:2,4,8
  153:3,23
  154:2,18
  155:2,8
  156:11
  157:9,17
  158:2,13
campaign
146:22
campuses
110:17
cancel
140:11,14,14
canceled
65:18 136:2
  143:6,7,10
cancellat...
143:12
candidates
28:4 121:15
  131:20,20
capacity
5:14 87:17
capture
61:4
car
79:12
card
4:18 17:14
  62:8 69:2
  71:20 72:13
  72:20 74:7
  74:8,9,21
  74:22 75:2
  77:11 79:9
  79:12,15,16
  79:19 86:1
  97:11,14,18
  98:21,21,23
  100:4
  102:11,12



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

House Elections Committee Hearing                     February 28, 2007

102:13,17
102:22,23
103:2,7,25
104:1,7,7
104:17
105:24
106:7
107:24
108:1,3,7
108:17,19
108:23,25
109:4,6
112:11
114:17,19
117:4,5,11
117:12
125:24
126:12,14
126:17,19
126:21,25
127:1
128:21
129:12
132:1
134:24
136:4,12
138:20,22
144:9,14,25
145:8 146:4
146:13
147:4,9,19
150:24
158:7 166:8
166:12,16
**carding**
125:10
**cards**
65:13 126:2
132:7,8,14
143:3
144:24
145:10
166:10
169:16
**care**
21:6 32:6
153:2
**caring**

116:16
**carries**
110:18
**carry**
73:25 74:14
74:20 95:7
95:10
**cart**
7:2
**Carter**
89:5
**Carter/Baker**
64:18 67:13
**case**
12:11 14:3,7
14:21 15:17
28:12 29:20
100:17
149:6
152:10
157:2
175:13
**cases**
8:13,22,24
9:1,8 14:2
19:13
131:14
137:16,19
138:3 139:1
139:4,15
164:8,18
**cash**
45:6
**cast**
14:22 58:2
65:19 66:8
110:4 175:8
176:2
**casting**
85:8 88:6
**casts**
174:5
**categories**
127:6
**caught**
14:10,15
163:14
**Cause**

175:17
**caution**
44:11
**cease**
8:7
**census**
167:15
**center**
43:1 113:23
114:7
167:13
**centers**
169:13
**cents**
146:1,3
**certain**
55:19 68:1
71:9 114:13
130:3
**certainly**
6:17 8:6,19
8:25 11:20
40:5 41:19
43:6 44:1
47:13 53:4
76:17 84:8
85:21 91:9
93:17
114:23
119:6,8
121:21
122:24
126:23
127:15
141:23
156:17
**certificate**
57:3 66:24
74:1,8,10
74:22 75:2
75:4 77:4
77:12 81:7
92:10,11
95:8 97:11
102:10
110:12,15
112:10
115:19,22

117:8,18
122:17,19
126:7
127:11,13
127:14
137:3 145:7
150:15
157:19
158:11
173:24
**certificates**
80:24 110:10
113:12
**certified**
66:23 136:10
177:5 178:1
**certify**
177:6,19
**chads**
17:9,11,17
122:1
**chair**
2:2 4:3 5:9
11:8 21:15
21:17 23:14
23:17 35:5
36:23 37:3
37:20,23
38:21 46:22
46:24,25
47:18 48:17
49:2,10
50:17,19,22
51:1,2,4
53:17 55:2
64:13 75:18
80:5,13,13
85:14 86:19
87:8,10
95:24
130:23
148:6
158:14,16
159:1
160:21,23
160:25
**chairman**
2:2,6,8 3:12

3:25 5:5,8
5:9,11,14
5:24 7:22
9:13 11:7
11:10,16,22
12:2,6,10
12:18,21
13:2,5 16:2
16:3 19:21
20:23 21:3
21:6,9
22:23 23:1
23:2,5,21
25:1,2,14
31:15 33:6
33:12,16,21
33:22 34:2
34:12,14,18
34:21,25
35:2,9
36:11,24
37:4,13,21
38:2 40:10
40:17,20
44:10,20
45:13,25
46:11,19,22
47:2,4,15
47:17,18,20
48:13,16,18
48:20,23
49:2,6,9,12
50:16,21,25
51:22 52:3
53:6,9,13
55:4 56:11
56:16,18,22
58:7,10,12
62:4 63:21
63:21,22
64:7,10,12
64:13,14,16
68:6,7,9,20
70:2,5 75:7
75:8,14,16
75:17,22
76:3 79:3
80:2,7,23
80:24 83:20



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007524

House Elections Committee Hearing                    February 28, 2007

| | | | | |
|---|---|---|---|---|
| 84:10,13,13 | 147:11 | changing | circumsta... | 154:4,5,25 |
| 86:20,22,23 | 148:1,6,11 | 160:3 | 22:11 | 155:1,15 |
| 87:1,4,7,17 | 148:13 | characterize | cities | 156:16 |
| 87:19 89:17 | 151:20,25 | 18:10 | 14:18 52:16 | 159:10 |
| 94:5,8,25 | 154:21 | charge | citizen | 171:18 |
| 95:2,7,10 | 155:6 157:6 | 9:21 172:20 | 8:9 57:24 | citizenship |
| 95:13,17,20 | 157:13,25 | 174:16 | 58:19,20 | 59:20 61:3 |
| 95:20,24 | 158:12,14 | charged | 59:13 61:17 | 61:12 64:23 |
| 96:4,7 97:4 | 158:19,22 | 78:3 | 63:12 64:9 | 66:20 67:1 |
| 98:4,6 | 158:24 | Charlie | 64:9 65:6 | 67:4,6,9 |
| 101:22,25 | 159:1,4 | 22:2 31:17 | 76:10 89:12 | 68:17 70:17 |
| 102:3,15 | 160:19 | check | 89:23 90:3 | 70:23 71:6 |
| 103:3,8,12 | 162:3 164:4 | 5:19 6:18 | 90:19,22 | 71:14 73:16 |
| 103:14,20 | 166:6,25 | 19:19 38:4 | 91:2,12,16 | 73:20 74:1 |
| 103:22 | 167:18 | 58:17,20 | 91:21 92:18 | 77:2,3,5 |
| 104:4,6,15 | 168:5,10,18 | 59:13 67:1 | 93:21 | 80:1,20,22 |
| 104:19 | 169:3,9,12 | 67:10,23 | 101:19 | 81:10 83:12 |
| 105:4,6,9 | 169:15 | 72:15 | 102:19 | 91:7 92:5 |
| 105:12,16 | 170:2 | 128:18 | 116:5,8,19 | 96:13,14,14 |
| 105:19 | 171:22 | 137:18 | 116:20 | 97:2 101:4 |
| 106:23 | 172:2,6 | 165:21 | 117:2 | 101:10,17 |
| 107:2,8,11 | 173:10 | checked | 122:10 | 102:4 107:7 |
| 107:15,20 | Chairmans | 5:17 10:1 | 129:14,15 | 109:19 |
| 109:11 | 51:8 | 19:20 | 138:22 | 110:3,7,9 |
| 110:24 | chairs | checking | 140:2,3,4 | 110:23 |
| 111:1,12,22 | 87:13 | 20:14,15 | 143:6 153:8 | 112:16 |
| 112:1,18 | Chairwoman | 134:18 | 157:20,23 | 113:1,4,8 |
| 113:18 | 105:9 106:22 | cheese | 158:5 | 122:13 |
| 114:9,16,25 | challenge | 12:23 | 159:21 | 123:3 |
| 115:8,12 | 100:11 | chief | 170:17 | 128:11,12 |
| 116:3,24 | challenges | 69:15 | citizens | 128:18 |
| 117:3,23 | 67:16 69:24 | child | 52:19 58:2 | 130:6 133:2 |
| 120:16 | 100:15 | 37:24 | 59:11 60:19 | 133:23 |
| 122:4,6,6 | 149:3 | children | 61:7 63:16 | 134:10,15 |
| 123:14,18 | Champion | 39:16,18,18 | 65:4,18,21 | 134:18 |
| 123:22,24 | 11:8,8,11 | 39:24 40:8 | 83:16 84:1 | 150:9 157:7 |
| 124:1,10,23 | 51:3,3,4 | choice | 85:8 98:15 | 157:15 |
| 125:13,16 | change | 121:16 | 101:13 | 165:23 |
| 130:19,22 | 37:11 56:11 | choose | 112:25,25 | 174:18,19 |
| 131:3 | 60:5 132:1 | 5:21 45:21 | 113:8,15,24 | citizen's |
| 133:11,16 | 166:20 | 88:1 | 128:6 129:5 | 76:9 88:21 |
| 135:3,9,12 | changed | chose | 139:22 | 166:10 |
| 135:14,18 | 59:6 60:23 | 10:5 34:10 | 144:13 | city |
| 135:22 | 110:9 | church | 149:19,22 | 43:1,2 51:12 |
| 136:14 | 132:10 | 15:13 | 149:24 | 51:13 |
| 141:25 | 134:8 | Circuit | 150:17,18 | claim |
| 143:21,24 | changes | 78:9 100:18 | 151:17 | 20:2 |
| 144:18 | 118:7 | 100:19 | 153:17 | claimant |
| 146:10 | | | | |



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

House Elections Committee Hearing                    February 28, 2007

```
26:8               133:4          Collins         commission      151:20
claiming           client         50:22           6:12 24:3,9     177:9
143:6              33:25          color           24:20,25        committees
claims             clients        119:5 120:8     25:18,24        25:6
175:18             171:2 174:17   145:7 146:7     26:2,11,13      committing
clamoring          close          Colorado        26:17 29:17     101:20
159:9              2:20,22,24     43:6 68:24      29:20 30:2      119:20
clarifica...       21:15 34:6     columns         30:4,17,24      common
9:16 24:2          34:17 40:11    20:5            31:1,3,5,6      88:13 175:17
26:5,7,7,12        53:11 55:1     combination     31:9,11         communities
26:18 28:6         86:21,25       133:14          32:22 33:10     52:16 148:18
28:18,22           87:2,8         come            36:2 64:18      149:2,15
29:11 30:11        110:3          11:18 22:9      67:13 68:15     172:14
31:7,22            119:22         22:13,19        89:4 175:1      173:19
33:4 34:11         174:22         25:20 36:1      commissio...    community
45:23 111:9        closed         62:23 68:18     3:1             60:22 100:1
131:3              35:25 39:22    79:24 82:14     commit          119:9
clarified          45:22          100:2,7         163:22          138:12,14
33:7               closing        119:7,21        commitment      170:16,23
clarify            4:23 48:3      123:3 128:8     96:19           170:24
16:8 24:16         58:12 75:13    132:8,15        committed       171:8
24:22 30:21        Club           134:11,14       109:25          172:19,25
34:9 54:3          67:24          134:20,20       committee       companies
classes            coalition      145:15          1:2 2:9         42:2 45:19
48:10              98:10 109:22   159:23          12:14 13:5      45:20,21
clean              code           174:18          13:6 15:21      company
24:19              24:4,5 65:5    175:1           21:14 22:22     69:8
cleaning           150:11         comes           23:8,10,12      compare
132:5              151:1          27:9 36:24      23:14,16,23     110:1,3
clear              codes          88:12           23:25 34:3      compared
28:16 110:19       65:5           133:13,18       34:23 38:22     40:5
125:1 135:4        cold           173:16          38:25 40:7      compelled
153:20             68:1           comfortable     43:18 53:14     50:13
clearly            colleague      33:7 47:11      65:11 69:16     compelling
54:22 65:1         118:5 127:22   coming          70:6 75:22      76:7
81:7 151:10        colleagues     4:24 18:17      76:4 96:17      complain
157:22             23:22          39:15 44:12     96:18           82:10,18
158:3              colleague's    50:2 72:25      106:23          complainant
clerk              128:10         131:24          113:11          24:15 26:16
11:9 13:3          collect        134:24          115:7,10        27:8,23
14:25 38:23        166:9          147:16,17      123:2,8,20      28:21 30:23
62:7 69:15         collected      154:9           135:5,10        31:2,19,20
98:7 115:7         134:4          comment         137:17          33:25 34:14
115:10             collecting     53:17 62:9      139:5,11        complained
clerks             138:19         comments        141:1,4,24      138:16
39:2               college        58:12 128:10    142:25          complainer
clerk's            110:17         commerce        143:4           29:16
38:24 74:23        112:25         67:21           148:13          complaint
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007526

House Elections Committee Hearing                    February 28, 2007

188

24:8,10
27:10,16,17
29:16 30:22
31:9 32:23
complaints
27:25 30:3,5
30:8
complete
11:18
completely
138:20
completion
57:10
complex
47:9
compliant
6:7
complicated
100:6
comply
147:20
comprehen...
162:11
compromise
157:11
compromised
76:23 79:1
82:24,24
compromising
85:6
comptroller
37:1 38:5
44:21,22
45:2 46:6
46:13
comptroll...
36:22 45:7
51:10 54:6
54:21
concealed
77:13
Conceivably
2:20
concept
41:24 42:6
43:24 44:7
conceptually

129:9
concern
2:10 7:25
8:12 39:17
44:20 58:13
65:14 86:2
89:25 90:2
90:25
131:13
concerned
3:8 6:19 8:3
21:20 39:20
69:13
129:24
147:1
161:20
concerning
33:24 94:9
concerns
4:24 8:11
17:24 36:8
42:17 45:12
45:16 46:1
86:10,16
concrete
17:5
concur
42:17
conditional
100:5
condominium
99:15
conduct
45:9 46:15
52:8 54:24
conducted
55:16
Conference
47:3
confidence
64:20 68:12
89:11 93:20
confirm
19:2 68:13
confirmation
64:23
confirmed
77:20

confuse
149:22
confused
29:9
confusing
62:11 100:8
confusion
106:22 150:4
152:25
Congress
50:8 121:7
124:3 161:8
161:22
178:6
congressi...
3:4
conscious
60:5
consequences
101:21
conservative
18:14 22:11
98:9 109:21
109:22,23
consider
3:2 57:15
64:3
considera...
22:24
considered
69:2 78:4
considering
5:15 88:4
172:23
considers
32:22
constituent
28:11
constituents
27:9 85:14
constitution
65:3,3
100:12
constitut...
55:25 90:22
constraints
174:3

constructive
23:3
consultant
27:5,20
28:10
consultants
175:1
consultation
69:19
contains
77:12
contend
39:10
contention
146:12
contentious
161:9
contest
66:1
context
174:24
continue
37:19 45:11
46:18 54:17
54:25 72:6
76:21
115:12
continuing
121:8
continuous
121:14
continuously
121:12
contract
5:22 7:15
10:6
contracted
6:3
contradict
149:22
151:11,23
154:14
contrary
54:9
controlled
62:5,6
controver...

161:23
convenience
41:20
convenient
76:15
convince
2:21
convinced
69:23
coordinates
162:20
copies
125:13
copy
64:19 66:23
77:4 110:13
110:13,14
113:9
corporation
54:15
correct
6:19 26:23
27:12,13,23
28:2,23
55:12 56:8
60:3 61:22
90:12,19
95:1 102:6
103:10
105:10,14
106:4,5,18
138:23
140:8 142:5
143:16,20
153:23
158:24
162:25
165:17,17
171:15
corrected
78:4
correctly
83:22
cost
10:12 37:15
37:16 38:5
42:3,19
43:20,21



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

House Elections Committee Hearing                    February 28, 2007

44:1,2 45:7
47:24 51:20
51:21 96:19
97:8 99:7
113:13,15
114:22
115:3,22
119:14,23
145:4,5,9
145:12,19
147:8
**costly**
100:8
**costs**
37:19,19
99:6,7
100:13
110:6
113:12
115:17,19
115:20,21
117:19
**cottage**
12:23
**cotton-pi...**
79:8
**counsel**
69:15,17
177:19
**count**
66:17 109:19
127:5
**counted**
8:10 17:14
77:20 89:13
93:23 156:4
156:6
**counties**
6:23,25 10:4
14:4,5,6,11
14:12 47:4
51:17 52:15
52:20 62:6
62:15 63:3
114:11
149:25
**counting**
17:9,11

**country**
50:5 69:25
120:12
166:21
**counts**
66:5 120:19
**county**
2:7,18,19
3:3 5:19,20
6:3,4,4,21
7:7 9:20,22
10:3,13,22
12:24 14:3
14:6,9,10
14:16 15:17
38:23,24
39:2 41:9
41:17,17
47:13 51:8
51:18 53:1
62:25 63:5
63:10 65:9
65:16,17
74:23 76:4
98:7 118:3
118:8,11,24
121:12
125:1,7
131:4,5,7
133:4,7
142:14,23
143:15
145:1,6,6
154:23
165:20
173:3 174:9
177:1
**couple**
16:8 39:1
47:21 65:7
65:8 94:6
118:1 134:3
135:16
138:3
164:15
**courage**
25:15 76:22
159:5

**course**
9:2 76:13
119:7
124:25
**court**
32:24 33:1
60:14 61:8
62:18,23
63:5 76:6
78:9,11,11
100:18
149:2,4,4
**covered**
56:1 69:10
**covers**
58:2
**co-chaired**
89:5
**co-equal**
90:11 123:1
**crazy**
44:20
**Cream**
12:22
**create**
6:16 30:20
106:17
137:25
149:23,25
150:4
152:25,25
156:20,23
156:25
**created**
107:6 175:20
**creates**
16:13 92:22
106:2
**creation**
35:11
**creativity**
8:8
**credible**
98:3
**criteria**
97:22
**crop**
39:7

**crossed**
138:17
**crowded**
39:13
**crux**
84:5
**CSR**
1:23 178:4
**cumbersome**
108:8,10,12
**curious**
8:2 25:5
**current**
4:15,20 9:25
24:4,11
26:20,21
29:10 31:12
80:13 97:10
97:17,19,20
99:15,15
101:17,18
102:9,9,14
103:1,11
105:20
106:3,24
107:18
108:4
124:13
132:6
171:23
**currently**
6:21 7:13
21:24 24:17
29:5,21
30:10,12
63:2 66:25
77:23
100:19
109:2
117:20
162:12
170:4
**curtailing**
74:3
**custom**
23:16
**cycle**
55:21,23

56:7 66:18
142:15
146:24

**D**

**DA**
139:1,5
**dad**
84:20,21,21
**daddy**
84:22
**dais**
37:6
**Dakota**
68:25 69:1
**damaged**
113:5,5
150:19
**Dana**
38:20,22
40:21 44:16
46:20
**database**
5:18,18 6:18
10:2 144:23
162:15,17
162:19
163:5,6,25
165:15,15
165:20,25
166:4
**databases**
146:17,18
165:16
**date**
4:11,13
70:15,18
94:19
100:15
146:23
178:4
**dated**
3:16 4:10
44:22 45:3
**daughter**
76:19
**day**
2:17 3:17


ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007528

TX_00205199

House Elections Committee Hearing                    February 28, 2007

13:10,16,20
16:13 17:17
17:24 18:2
18:7 19:3
20:1,7,13
21:23 22:7
22:10 35:14
36:15 39:22
40:2,6,14
41:8 42:2,8
42:10,10,14
43:18 49:20
50:7,11,13
53:20,21
54:12,14
55:9,16
58:6 75:20
75:23 87:20
93:18 97:13
103:17,18
103:25
118:4,24
130:23
131:6,11,17
131:23
132:22
135:25
148:4
160:21
178:1
**days**
4:10 35:12
40:12 42:17
45:12 46:18
51:17 53:19
54:4,4 55:1
55:21,23
94:10 174:4
**day's**
36:16
**DA's**
137:19,20,23
138:15
139:6 141:8
**DC**
166:2 172:1
**DE**
38:21 40:13

40:18,22
41:1,5,10
41:16 42:16
**dead**
85:7 99:1
**deadline**
164:15
**deal**
8:15 15:20
42:18 93:1
93:14 120:3
164:10,20
**dealing**
15:21
**dealt**
14:2 16:25
18:25 30:8
**Dean**
38:13
**death**
162:24
**debate**
98:9 107:13
162:6,8
**debated**
146:16 161:8
166:3
**debating**
146:19
161:22
**Debbie**
79:5
**DeBeauvoir**
38:20,23
45:23 46:21
**decades**
147:3
**deceased**
163:24
**decide**
32:17 62:12
62:12
155:21
**decided**
66:3,10
**decides**
155:25

**decision**
24:4,9,10,13
24:24 29:22
30:3 31:9
60:5 125:25
**decisions**
78:12 173:6
**declare**
35:24 54:14
**declares**
51:18
**decongestant**
68:4
**decrease**
151:16
**defend**
154:17
**defending**
155:18
**Defense**
96:9
**defensible**
68:16 69:14
69:23
**defer**
163:4
**define**
24:16 29:3
**defined**
24:7
**defines**
24:2
**definitely**
52:18 129:24
161:21
174:1
**definition**
26:9
**Delaware**
68:24
**delay**
157:1
**deleted**
62:14
**deliberates**
29:17
**deliver**

43:5
**democracy**
148:19
149:20
151:15
156:20
159:8
**Democrat**
22:4
**Democratic**
131:19
**Democrats**
2:22 66:9
88:25
**denied**
119:2 125:2
**Denny**
78:19
**Denny's**
147:23
**dense**
43:1
**dentist**
160:6
**deny**
3:19,24 5:3
117:14
**denying**
97:3
**department**
115:23 124:8
130:4,10
133:17,20
134:7,12,16
144:11,12
162:23
**depend**
91:22
**depending**
41:17 155:17
**DEPOSITION**
178:5
**depress**
149:14 152:5
**deputy**
15:11,11
138:10,19

**Desert**
86:12
**designed**
57:23,24
**desire**
28:15 31:10
**despite**
54:8
**destroy**
128:23
**deter**
68:13 110:14
**determina...**
29:18 45:2
**determine**
4:19 114:3
**determined**
60:12
**determining**
68:5
**developme...**
7:1
**devious**
159:9
**devised**
8:17
**dialogue**
21:18 23:3
31:18 33:23
86:13,15
**die**
76:21
**died**
76:20 82:8
82:14 83:24
120:4,6,12
**difference**
65:23 66:5
66:11 98:17
107:1
160:10
**different**
42:20 43:18
57:7 60:21
63:11 93:8
99:8,17
102:5 106:6



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007529

House Elections Committee Hearing                    February 28, 2007

106:17
112:20
132:20,21
139:4 151:4
151:4 169:4
173:2,2,13
**difficult**
39:14 43:2
61:19 73:16
73:23 74:11
85:4 86:7
114:3,4
117:7
127:13
129:7 130:7
130:9,16
**difficulties**
123:9
**difficulty**
52:6
**digits**
159:19
**diluting**
58:1
**diminishes**
57:17
**dinner**
75:11
**direct**
43:20 44:1
106:12
**direction**
13:16 18:2
20:18 31:18
**director**
13:5
**disabilities**
161:7 162:2
167:11
168:9,17,24
169:8,10,23
170:25
171:8
173:17
174:15,17
**disability**
162:2 171:25
172:25

173:2
**disabled**
105:1 108:21
112:25
167:16
170:16
173:11
**disadvant...**
108:20
**disagree**
38:3
**disagreed**
84:23
**discovered**
63:16 153:15
**discretion**
153:5
**discrimin...**
121:6,8
**discuss**
147:10
**discussed**
47:6 54:20
**discussing**
147:25
153:14
154:6
**discussion**
43:18 84:18
84:19 98:11
120:3
147:22
**discussions**
125:20,21
**disenfran...**
119:24
150:21
162:1,4,10
**disenfran...**
76:14 110:2
112:20
132:24
168:4,6,9
**disenfran...**
170:6
**disenfran...**
109:16
**dismisses**

32:23
**dispute**
73:13
**disrespec...**
76:22
**distances**
100:2
**distinct**
85:10
**distinguish**
61:9
**distributed**
43:11
**district**
3:5 9:2
32:24 33:1
38:24 62:7
84:16 85:24
131:21
132:7,20
141:11
**districts**
2:18
**disturbed**
164:6
**diversified**
155:18
**doctors**
169:10
173:11
**document**
16:14 104:16
113:9
115:18
116:13,14
136:8
137:16
143:16,19
175:15,22
**documentary**
116:11
**documenta...**
110:18 111:3
117:2,9
123:22
133:22
136:25
146:21

169:6,7
174:6
**documented**
121:7 124:21
125:12
129:17
175:12
**documents**
83:17 94:20
94:21 95:3
95:6,14
96:10 113:4
113:10
114:20
123:10
129:8,11
130:3
136:11
150:17,19
150:25
151:4
169:17
**doing**
3:3 40:22
46:3 73:19
84:11 90:12
106:15
121:10
124:21
142:17
157:5
**dollar**
51:20
**dollars**
46:3,4
113:13
**door**
130:1,2
**double**
84:12 145:9
**doubt**
34:4 159:23
160:15
**do-rag**
125:4
**DPA**
5:18
**DPS**

5:22 10:2,6
62:5 66:25
67:3 77:15
128:16
129:12
130:16
146:11
**drafted**
69:20,25
**draw**
60:5,25
62:15,17,22
63:2 65:23
**drawn**
60:1 62:25
63:14
**drive**
86:3 108:21
129:15,16
151:6
172:16
**driver's**
4:4,5,12,16
4:21 5:18
10:3 59:2,8
59:12,19
61:1,6,10
62:5,13,17
63:1 67:1,5
67:10 71:15
72:4 77:9
79:7,9,15
79:21,25
94:13,15
99:16,17,20
105:1,2
107:25
108:8,24
109:1
114:14,16
114:21
116:21
119:10
126:3,9,16
126:18
127:4,8,25
128:3,12,20
129:4,12,17


ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00205201