House Elections Committee Hearing                February 28, 2007

192

129:20,25
133:14
144:6,7,16
144:23
146:13
147:13,19
155:12
157:18,25
158:8,9,10
159:18
161:12
162:22
165:5
167:12
172:15
**drives**
64:21 74:17
110:16
123:12
132:9
138:10,11
138:14,16
142:9
159:15
**Drixoral**
68:10
**dropping**
66:4
**drugstore**
68:4
**due**
10:11 177:12
**Duerstine**
2:3,6,7 87:8
87:9,9
105:11
**dunk**
88:23
**duplicate**
110:13
163:23
**duplicates**
162:18
165:19,21
**duplicative**
101:17
**duty**
45:9 46:15

54:23 63:16
83:5 154:25
155:12,14
155:16
**DVD**
67:23
**Dwayne**
129:3

---

**E**
**earlier**
3:16 4:10,12
12:24 26:1
53:17 54:20
89:9 94:8
97:12 102:7
105:10
108:15
134:3 144:1
**early**
13:4 14:21
41:9,11,15
41:20 42:12
49:23 57:13
94:10
**earn**
171:18
**easier**
41:24
**easily**
144:15
162:18
**easy**
2:15 5:2
74:23 79:10
95:17
163:22
**economy**
128:24
**Ed**
130:23
136:18
148:3
**EDELMAN**
5:1
**educated**
42:13
**educating**

42:7
**education**
45:11 46:17
54:25
146:22
147:16
148:15
163:19
168:1
**Educational**
96:9
**effect**
2:17 15:12
45:5 122:22
145:4
146:20
172:25
**effective**
67:2 70:14
**effort**
168:2 173:25
174:1,2
**efforts**
121:9,14
124:5 125:2
**egregious**
142:7,9
**Eight**
154:18
**either**
4:3 10:2
54:14,14
57:7 65:12
66:23 77:23
134:21
143:2
150:10,23
157:2
**elaborate**
152:7 153:2
**elderly**
105:2 108:22
112:24
113:2
167:16
170:24
171:8
**elect**

54:13 66:16
**elected**
78:23
**electing**
121:15
**election**
2:17 8:16
9:21 11:5
13:3,3
14:24,25
15:16 18:14
19:3 35:12
35:14,15
39:7 41:8
44:7 45:12
48:4,10
49:19 50:7
50:11 52:11
53:21,24,25
54:2 55:1,9
55:10,24,25
61:17 64:18
65:2,5,5,24
65:25 66:1
66:2,10,13
66:18 68:11
69:18 76:8
87:23 88:11
89:1,4,11
93:19 94:10
94:10 99:22
99:23 100:9
100:10
101:5,7,8
101:10
103:25
112:15
113:21
118:4,13,24
120:21
124:11,14
124:15,20
124:21
125:3,11
131:17,23
135:25
142:15
149:11

150:11
151:1,23
154:14
162:14
163:2,4
166:20
167:14
168:12,14
174:24,25
175:11
**elections**
1:2 6:12
13:8 15:22
15:24 35:13
35:17 36:3
40:25 44:4
52:9 54:1
55:16 58:5
64:20 65:20
65:20 88:3
98:7 127:16
143:9
146:25
147:17
148:13
151:18
156:10
177:9
**elective**
28:4
**electorate**
110:6
**element**
7:19
**Elementary**
48:6
**eligible**
61:5,9 77:18
96:23
101:15
150:16
151:14
165:5 171:5
175:6
**else's**
166:7
**email**
133:9



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00205202

House Elections Committee Hearing                    February 28, 2007

193

embarrassed
125:6
empirical
17:5
employed
177:20
employee
36:16 37:7
77:11 131:5
employees
37:5,12 38:1
38:3 39:5,5
47:23 49:15
49:21 54:15
54:16,19
employers
47:22
encourage
159:15
ends
132:19
engage
15:23
England
3:13,14,22
5:7 25:25
34:21
enjoined
78:8
ensure
88:3 89:10
151:12
161:6 162:9
167:22
ensures
162:25
ensuring
93:19
entire
36:15 43:12
46:9 81:22
entitled
64:19
entity
54:16
envelope
88:18 136:2

equally
15:5
equates
51:20
equipment
167:25
equitably
43:11
err
80:14
especially
23:2 39:17
40:2,6
79:18 84:9
88:13
142:16
172:13
173:18
ESQUIRE
178:5
essence
52:7 67:5
83:18
establish
5:2
esteemed
23:22,25
127:22
128:10
estimate
44:23 45:3
54:22 114:5
estimates
115:3 145:8
167:15
estimating
118:11
ethics
24:3,9,20
25:18,23
26:2
ethnic
148:18
149:15
ethnicities
152:6
evening
23:21 38:21

148:12
evenings
42:11
event
160:8,9
events
159:24
everybody
47:25 80:12
115:4
everybody's
15:4
Everyday
53:24
evidence
21:21,23
89:8 98:13
156:13
166:14,15
166:18,19
166:20
174:23
175:3
evolving
39:10
exact
117:16
121:22
exactly
79:20 82:12
95:15
118:20
example
4:14 24:8
29:13 61:20
67:22 71:1
71:3 72:19
86:5 102:8
118:5 147:6
examples
65:8 77:8
exception
74:2
EXCERPT
1:5
exchange
105:8
excited

47:13
exciting
39:7
excuse
35:20 36:5
70:5 147:3
excuses
118:18
159:17
exercise
73:4 83:22
83:25 84:2
92:23
exercising
156:1
exhaustive
100:20
exist
68:12
existing
57:12
exists
175:3
expansion
73:17
expensive
5:22 7:14
113:10
experience
13:8,12
18:25 40:5
118:23
119:3 120:5
120:21
139:14
150:5,12
153:1,3,8
153:24
experiences
131:8
expert
6:8,11,12
69:21
expertise
130:11
Expiration
178:4
explains

63:4
exploring
129:9
exposing
101:20
expressed
86:1
extending
155:16
extension
9:19
extensive
100:20
150:12
extent
30:20 54:12
78:20
114:14
extra
40:12,14
51:16 53:19
54:4 145:15
150:19
extraordi...
118:13
extreme
100:2 101:21
E-TRANS
177:16

F
face
41:4 65:2
faced
32:21 67:16
faces
41:2
facilitate
151:13
facilities
39:25
facility
3:10 43:12
fact
6:22 10:4,5
17:19 24:23
34:5 39:12



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

```
41:8 54:3          112:13,17        fight            figures           142:2,16
59:3 62:20         123:4 167:1      76:21            51:11             158:8 166:8
63:9 69:21       farther           fighting         file             finding
73:12 74:5         159:13           120:17           24:5,13,24        52:17 78:10
93:20 94:16      faster            Figueroa           27:9             79:8 159:9
96:12 98:9         115:21           38:13 95:25     filed            findings
98:24            father-in...        95:25 96:1       10:15 24:10       98:3
100:21             85:15             96:3,6,7         27:16,17,25     fine
101:16           fault               97:5,6 98:5      30:3             29:20
106:23             68:7              98:8,25        files            fingernails
107:16           favor              101:22,24         6:5 29:16,16     17:13
108:15             21:11 39:2       102:2,6,20      fill             finish
109:17             50:14 97:2       103:6,11,13       11:20 12:8       21:4 135:19
112:23           favorable          103:16,21         20:25           finished
118:2 133:3        22:24            103:24            105:23           11:19 45:24
133:9            February           104:5,8,18        112:10          fire
141:20             1:3 177:8        104:21            131:17           117:8
152:11           fed                105:6,15,18       134:21          fires
163:7              169:1            105:22            144:3            113:5
172:24           Federal            106:5,11,19     filled           FIRM
factor             6:12 36:2        107:19,22         132:3 134:24     178:5
145:5              67:3 79:24       108:3,13          138:20          first
facts              89:4,13          110:25          filling           11:21,24
59:6               149:3,4,11       111:11,18         132:13           13:2,15
fail               149:22           111:25          final             25:10 30:6
152:10             151:23           112:4,22          24:3,24          39:3 56:15
159:10             153:12           113:22            73:15 78:12      59:3 77:1
fails              154:14           114:13,18         127:21           97:6,8
57:8               164:14           115:13,14         157:6            101:11
fair             Federally          116:7,14,17     Finally           118:5
47:25 48:1         161:5            117:1,6           174:22           121:11
84:7 88:3        feedback           118:20          financial         144:4
fairly             32:21            119:6 120:9       43:22 149:23     152:21
24:17            feel               120:15,18       financially       153:4,11,18
fall               49:17 76:24      120:25            177:22           155:3
121:2,4            78:22            121:3,21        Finch            fiscal
false            felony             122:11,14         38:16 158:16     7:16,18 9:16
98:23 127:13       93:13 101:20     122:17,20      find               9:17,20
131:17           felt               123:11,14        21:9 43:2        10:22 36:12
falsely            43:6 50:13       123:17,21         74:25 76:17      36:13,14,17
131:16             54:12 78:13      123:23,25         79:6,17          36:20,21
famous           fence              124:2,13,24       85:3 94:19       37:1,9,10
158:7              155:17           125:15,17        95:2 98:2        37:18 43:24
far              fictional          126:6,13,23       115:2,11         44:23,24
97:2 100:24        163:23           128:7,15,22       121:14           45:3,4 47:5
100:25           fierce             128:25            132:2            54:5,21
101:2              47:23            129:13,22        134:19          fish
109:13                              130:19,21        139:22,25        19:22
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00205204

House Elections Committee Hearing                    February 28, 2007

five
174:4
fixed
109:10
flew
85:16
flies
65:2
Flippin
51:2
flood
128:5
Florida
17:9 68:24
77:25
121:19,25
122:2 156:5
flow
45:6
focus
125:19
folder
115:2
folks
15:18 39:6
41:9 52:17
52:18 154:7
155:11
156:13,21
follow
27:10,20
32:11
111:10
125:19
following
133:24
142:21
177:7
follows
4:3
food
12:23
forbid
3:5
force
24:20 43:21
62:19,23

Ford/Carter
36:2
foreign
65:12 101:13
143:2
forge
127:12
forget
158:7
forgive
68:11
forgot
100:4
fork
64:21
form
4:22 11:13
11:19,24
12:2,7,9
20:24 21:10
57:7 69:3
71:20 72:4
73:1 77:7
99:8 126:3
127:11
153:17
169:25
former
6:12 13:2
78:18 89:5
89:5
formerly
16:24 69:16
forming
40:2,6
forms
23:6 57:8
77:8 79:17
90:6 99:24
99:25
104:13
141:14
169:24
174:18
forward
24:23 25:21
44:5 69:18
133:9 139:3

141:6 163:3
forwarded
8:24
fought
76:20 82:8
82:13 84:21
85:15
found
8:18 14:19
14:21,22
17:10 20:23
65:18
107:17
154:24
162:13
163:9
167:14
175:6 176:1
foundation
90:15
Founded
148:21
four
88:24 111:6
143:8
159:19
175:6
frame
174:8
franchise
73:18 74:4
83:22 84:1
90:1 145:12
frank
153:5
frankly
61:1
fraud
2:10 7:25
8:4,11,13
8:22,24
13:25 16:13
17:1,11,12
17:20 18:11
20:1 21:21
21:22,23
22:12 65:1
68:13 92:24

92:25 97:25
97:25 98:1
142:17
156:9
162:14
163:2,4,23
174:24
175:13,19
175:21,24
fraudulent
109:25 135:2
154:7
156:14
fraudulently
164:25
Fraunhofer
1:23 177:5
178:4
free
77:16 114:10
114:22,23
122:25
126:22
173:23
freedom
76:21 82:9
82:16,24,25
84:15
freedoms
79:2
frequently
118:18
121:10
friend
78:18
friendly
159:16
front
128:19,20
144:14
full
62:24 114:8
fully
135:4
function
45:11 46:18
55:1
Fund

96:9
fundamental
83:21 111:10
furnish
140:24
further
55:7 152:24
177:19,22
Furthermore
173:22
future
42:25 146:23
147:17

─────── G ───────
gain
52:8
gaining
42:24
Galloway
47:19
gates
128:1,5
gateway
36:6
general
8:25 9:3
39:21 53:21
65:20 66:13
66:14 69:15
69:17 97:24
120:21
143:8,9
generally
49:19
General's
175:17
177:11,18
generated
24:21
generation
84:18 85:3
gentleman
118:6 154:22
164:7
gentlemen
15:2 21:12



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00205205

House Elections Committee Hearing                    February 28, 2007

196

**Georgia**
68:24 78:1
100:21,24
172:11
175:10
**Georgia's**
78:2
**Germany**
85:17
**getting**
12:25 34:5
52:20 79:13
117:21
128:20
129:11
132:11
167:1
170:10
174:21
**gift**
28:2
**give**
6:10 12:6,12
29:13 35:25
74:24 77:8
81:2,13
114:22
120:11,13
132:19
133:18
136:16
146:18
147:5,15
167:9 168:7
**given**
8:15 9:25
28:1 85:12
167:23
**giving**
10:8,21 11:3
22:8,8 23:3
35:10 42:3
53:13 56:22
92:16 93:17
159:22,24
160:14
**glad**
40:13 42:21

115:1
**go**
9:22 41:9
42:10,15
44:11 46:2
50:10,12
51:11 58:3
59:11 70:21
71:18 74:7
74:14,21
75:1,4,12
76:18 88:2
93:8,12
94:20 95:15
97:17 99:11
99:11 104:2
105:7 107:4
108:17
112:13
117:4 119:1
119:1 126:5
126:19
135:21
137:7
139:23
142:20
143:24
145:10
146:21,24
147:1,6,18
148:3
157:10
158:6
159:12
166:11
167:8,20
168:3
169:22
173:15
174:7
**goal**
73:19 144:22
**God**
3:5
**goes**
117:13
129:23
143:4

150:25
152:17
173:12
**going**
2:24 10:12
11:17 15:15
31:18 32:9
35:2 39:10
42:22,24
43:2,6,13
46:3 47:23
47:24 48:2
48:19 49:11
56:11,12
59:25 61:13
61:23 70:22
71:19 76:2
78:5,7
79:25 82:15
82:25 83:13
87:1,7,11
91:11 93:2
94:18 96:11
98:22 99:8
99:9 101:1
101:2
102:17
110:10,11
110:14,15
112:9,12,13
112:15
113:3,7
115:2,11
122:24
123:11
126:1 127:3
133:5
137:14
140:19,20
141:7
156:23,24
161:11,20
166:15,21
167:9
168:25
169:1
172:16
173:6
174:20,21

**Gonzalez**
149:3
**good**
7:1 12:23
23:20 25:10
32:14,20
38:21 41:3
43:10 56:20
69:11,21
78:18,22
81:23 103:1
115:4 126:7
136:12
142:17,22
144:20
145:2,16
148:12
**Gosh**
148:9
**gotten**
41:19
**govern**
87:24 93:24
**government**
24:5 36:21
44:25 45:5
47:13 54:11
57:20 88:1
88:20,25
90:6,16
113:25
114:7,12
117:11
123:1 136:2
136:3,7
167:17
171:19
**governments**
47:6 54:12
**governor**
3:7,7
**governor's**
118:13
**go-forward**
111:16
**Gramm**
118:6
**grandchil...**

82:25
**grandfather**
72:18
**grandfath...**
71:1
**grasp**
125:23
**grassroots**
159:14,24
**grateful**
160:11
**great**
8:15 34:19
40:4,22
57:18 120:3
127:11
146:14
**greater**
37:16 118:16
**greatest**
84:18 85:2
**greatly**
73:13
**Green**
2:7
**grocery**
160:8
**ground-br...**
69:7
**group**
159:6
**groups**
142:13
170:15
**growing**
39:16 52:6
53:1,3 61:6
**guarantee**
145:16
**guess**
36:11 53:17
81:19 92:8
131:12
134:10
166:13
**gun**
38:20



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00205206

gunner
85:16
Gutierrez
38:17,17
guy
80:18
guys
10:14
gymnasium
43:14

**H**

half
13:24 41:11
46:2,4 52:5
134:25
173:4
hammered
98:10
Hampshire
19:12
hand
150:15
handed
96:10,12
175:15
handful
2:21 101:12
handgun
77:13
handing
38:9
handle
155:21
handy
79:10
hanging
17:17 122:1
148:3
happen
22:15 48:2
54:1 58:4
61:13 93:24
138:7
happened
15:1 30:1,4
33:2 42:23

101:10
133:1
happening
58:21 166:14
166:16,18
166:19
happens
165:2,7
happy
12:1 31:4
34:6 75:14
hard
14:12 49:14
49:17 52:20
77:4 113:3
154:10
168:18
harder
52:16 79:7
83:11,11,14
160:17
171:13
harmful
151:18
Harold
46:23
Harrell
46:23,23
Harris
12:23 14:3
15:17 65:9
76:4 98:7
125:7 131:4
131:5 133:6
142:14,23
143:15
145:6
154:22
harvest
50:9
Hatfield
23:7 38:11
HAVA
5:16 6:6,8
9:25 161:8
162:11
163:16
164:23

165:14
166:1,2
168:2 170:4
170:4
174:12
Hawaii
68:25
HB
1:6,6,6,6
115:18
149:8,8,8
149:17,17
149:17,25
149:25
150:1 151:9
151:9,10
HB101
1:6
HB218
57:3,11
HB265
105:13,20
106:2,17,24
HB266
35:9
HB626
64:21 66:20
67:13
HCFA
141:22
headed
78:11
hear
13:9 34:23
51:25 56:14
73:9 99:1
164:6
177:15
heard
33:22,23
52:12 53:2
94:9 105:8
155:8,10
163:5
Hearing
1:5 48:17
53:11
heart

117:22
119:13
heartburn
12:25
heavily
171:2
heavy
171:3
Heflin/He...
65:24
held
35:15 36:3
48:5 53:21
53:22,25
66:1
help
3:24 24:22
27:7 29:9
31:17 36:9
121:23
144:3
145:15
149:13
161:3,5,22
162:6
167:22
174:12
helping
88:3 174:16
helps
24:16
Herbert
65:25
Hey
135:3
Hi
25:25
high
85:21,24
109:10
higher
10:22 45:11
46:17 54:25
107:6,6
109:12
highest
85:10
highlighted

124:4
highly
119:19
hire
27:5
hiring
27:7
historically
170:1
histories
134:25
history
50:6 111:19
121:5 124:7
168:8
hits
84:15
hold
43:3 85:10
85:21,22
holes
17:15
holiday
35:12,24
39:23 42:4
49:20 51:13
51:13,18,19
holidays
35:14 36:3
38:1 45:10
46:16 54:24
home
3:21 14:21
38:6 82:14
99:12
166:10
homebound
173:1
Homeland
115:23
130:10
134:7
homes
86:6
honest
156:19
honor
85:10,10,11



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00205207

House Elections Committee Hearing                    February 28, 2007

honors
35:11
HOOSEN
172:21
hope
3:22,23
 22:23 41:23
 61:15 83:7
 83:8 96:16
 148:9
Hopefully
71:14
horse
7:3
house
1:1 2:5
 12:15 14:6
 14:17 21:14
 23:8,9,10
 23:12,15,15
 23:17,23
 33:18 35:5
 35:5 53:10
 56:16,17,18
 56:19 64:13
 65:11 66:2
 66:4 68:9
 75:18,23
 76:9 79:11
 88:17 94:9
 101:25
 111:7
 142:24
 177:9
Howard
26:6,20,24
 27:4,14,18
 27:24 28:5
 28:9,17,20
 28:24 29:2
 29:6,8,14
 29:23 30:14
 30:25 31:13
 31:21,25
 32:5,8,11
 32:13,16
 33:5 34:7
huge

7:18 43:22
 100:1
hundred
92:25 149:1
hundreds
113:13
 131:22,22
 132:4,5,25
 137:16
 141:2 164:8
husband
76:3

────── I ──────

Ice
12:22 134:8
 134:16
ID
4:13,16,16
 4:21 64:24
 67:3,14,18
 67:19,22,25
 68:2,18
 69:3,11
 71:8,10,15
 71:25 72:2
 72:3,4,9,15
 73:1,2
 75:24 76:17
 77:7,8,9,10
 77:11,13,16
 77:19,21,23
 77:24 78:1
 78:1,3,15
 79:24,24
 85:6 88:2,5
 88:14,17,22
 88:25 89:3
 89:7,14
 94:16 96:12
 96:15 97:1
 97:9,9
 100:14,22
 100:23
 102:10
 104:13
 107:16,24
 108:1,9,17

108:19
109:6,8
110:2 113:1
115:5
117:20
118:4
119:17
125:20,22
126:3,11,12
126:21,25
127:1,2,5,7
127:17,25
128:3,11,21
129:12
131:12,13
131:15
136:4,4
144:2,5
146:13
147:14,19
147:20
152:12
157:4 171:6
171:20
173:23
Idaho
18:10,19
 19:6
Idaho's
22:5
idea
8:21 9:7
 24:6,23
 34:13 39:4
 42:21
 161:13
identific...
4:18,22
 22:18 56:13
 57:5,7,8,11
 69:1 71:21
 72:19 94:13
 97:16,19,20
 97:22 99:2
 99:5,9,24
 100:3,4
 102:5,11,25
 103:4,9,19

103:23
104:7,12,13
104:14
106:1,8
107:3 109:7
113:25
114:5,8,11
114:17,19
117:4,5,18
117:19,20
121:20
125:8,10
126:7,14,17
126:19,25
127:11
149:5 150:2
150:3,25
151:2
161:24,25
162:9
167:17
169:16,24
172:9,13,17
173:14
identified
63:12 65:12
 109:7 143:2
identify
100:13
 105:24
 157:19
identity
57:2 68:13
 99:18
 162:10
 170:5
 173:25
 174:4
IDs
67:19 135:25
 144:23
 152:15
II
84:20 85:15
 85:22 86:11
illegal
57:25 58:13
illegally

163:10,13,14
 176:2
illustrative
123:8
imagine
3:3,4 139:9
immediately
22:20 61:13
 61:16
immigrant
101:9 127:5
immigrants
101:14
immigrant's
129:17
immigration
81:2 101:21
 116:10
 129:25
 130:8,12
impact
36:21 43:23
 43:24 44:24
 45:4 54:8
 54:10,11
 99:13,22
 100:1,12
 101:14,15
 110:8,11
 112:7 113:2
 113:8
 123:12
 127:8
 149:10
impacted
113:16,19
 116:22,25
impacts
54:10 112:12
impersonate
93:12
impersona...
98:16,17,19
 118:19
 174:25
 176:3
impersona...
93:2,5 97:23



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

House Elections Committee Hearing                    February 28, 2007

98:2,3
109:14
119:15
156:9 175:4
175:13
implement
6:16 7:12
162:14
implement...
165:14
implemented
127:2
implementing
67:17
implements
67:15
implication
36:18 37:18
implications
36:14,20
implicitly
154:6
imply
84:9
importance
35:10
important
10:17 15:5
39:1 50:4
57:14 76:14
83:6,7
88:20 89:24
90:5,7,13
154:2
157:14
importantly
148:19
imported
3:6 4:25
imposing
172:25
improve
23:4 127:16
inability
20:18
inappropr...
118:25

inaudible
49:8 72:7
115:7
125:11
130:7,13,15
132:19
135:21
137:8
141:12,15
146:7,8
150:24
167:9 169:4
172:9
incentives
132:11
incidences
99:1
incidentally
116:18
include
6:17 9:1
55:10 110:7
112:2
includes
151:2
including
35:15 53:24
79:18 83:20
88:24 94:14
149:11
150:18
income
112:24 119:9
incoming
39:19
inconveni...
82:19,21
83:8
inconveni...
85:1,4
inconvenient
82:11,12,12
82:16
incorporate
68:15
Incorporated
161:1,4
increase

8:13 30:5
36:4,5
49:21 50:2
146:1
148:17
151:13
168:16,19
168:21
increased
22:1 35:23
49:25
increases
30:10
increasing
30:9 41:14
59:23
increasingly
47:9 63:7
incumbent
78:23
Indiana
77:25
indicate
59:19 78:13
114:10
indicated
13:23 46:24
157:22
indigent
77:17
indirect
43:21 44:2
indisputably
76:6
individual
9:20 29:16
87:17
136:25
176:3
individuals
57:2 138:24
142:13
152:17,19
154:24
155:19
156:25
171:8 176:1
industries

69:16
inference
105:12,16,18
107:15
inflated
119:19
information
6:5,11,19
13:9,12,17
16:11 17:4
17:5 19:25
35:6 57:22
102:19
104:11
106:17
115:6
141:23
146:25
152:12,15
152:21,22
154:22
157:4 164:2
174:8
175:16,18
infrastru...
43:10
infrequent
119:16
initially
66:3 69:20
initiative
89:2
injuries
82:15
ink
145:22
inner
42:25
inordinate
85:16 145:12
insignifi...
110:5 160:16
inspire
68:12
instance
93:23 99:14
125:3
instances

9:10 58:3
63:11,15
101:7,8
109:2 125:7
175:6
institutions
45:10 46:17
54:25
insurance
169:16
integrates
162:17
integrity
13:10,19
15:6,7,22
17:23 73:18
76:7 78:24
82:23 85:6
87:23 93:19
96:20,25
intended
27:3 31:8
intensive
117:14
intent
86:10 151:11
151:15
intention
89:25 92:15
165:18
intention...
98:16
intentions
86:9
interact
165:16
interest
76:7
interested
7:11 28:12
52:21 82:4
153:15
154:9
177:23
interesting
70:7 116:18
139:11
141:1,4



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

House Elections Committee Hearing                    February 28, 2007

143:18
154:1
**interpreted**
28:14
**interrupt**
97:4 98:4
101:23
**intervene**
62:5
**intuitive**
17:4
**invalid**
163:24
**investigate**
175:21
**investigated**
138:9
**investiga...**
16:24 17:1
137:21
141:14,15
175:24
**involved**
17:1,8 27:7
30:22
120:22
154:17
159:14
**in-person**
106:10,11,18
106:25
**irrespons...**
78:25
**Isaacson**
49:3,3,4,8
**issue**
30:7,7 39:10
39:11 40:1
48:7 68:11
77:15 78:12
96:22
121:23
128:7 133:2
134:6
155:20
157:11
161:21
168:3,6

169:21
172:7,10,13
173:16,23
174:3,10
**issued**
64:18 77:6
78:9 88:25
113:25
114:7 145:1
167:17
171:20
**issues**
8:7 15:20,21
16:25 18:25
20:5 34:7
96:16 98:10
121:20
169:8
**issuing**
67:1
**Italy**
85:17
**items**
94:11
**Iwo**
84:21

---
**J**

**jail**
93:8,12
**James**
89:6
**January**
44:22 45:3
67:2 163:17
164:12
167:4
175:23,23
**Jean**
1:23 177:5
178:4
**jetted**
145:22
**Jima**
84:21
**Jimmy**
89:5
**job**

34:19 37:8
42:12 47:9
142:17
171:23
**jobs**
38:6
**Jodi**
87:10,11,11
**Joe**
98:24
**John**
25:15
**Johnnie**
23:11 38:12
**Johnson**
130:23,24,24
130:25
131:2
133:13,17
135:8,11,13
135:16,20
135:23
136:18,18
136:19,23
137:2,5,7
137:11,13
137:18
138:2,8,18
138:25
139:6,15,20
139:24
140:9,11,15
140:22
141:7,13
142:1,5,11
143:19,21
143:22,25
145:3,13,20
145:23,25
146:5,7
148:5
**join**
67:24
**joining**
69:8
**Jones**
23:11 38:12
**Joy**

160:21,22
**judge**
8:16 9:22
13:3 14:24
48:5 60:14
60:14 63:5
99:22,23
100:9 125:3
**judges**
88:11
**July**
160:9
**jump**
167:8
**jumps**
142:8
**June**
65:9
**juries**
59:9 60:16
62:7
**jurisdiction**
9:3
**jury**
58:23,24
59:23 60:5
60:25 61:10
61:23 62:13
62:22 63:11
63:16 98:13
133:7,13,17
133:25
134:5 138:6
139:19,23
139:25
154:25
155:12,14
155:16,19
**justice**
89:16 124:9
171:9
**justify**
9:22

---
**K**

**Kathryn**
38:12
**keep**

8:9 27:6
57:25 79:19
79:20 87:21
96:20 140:4
170:5
**keeping**
79:9 93:20
96:24
**Kelly**
66:6
**Ken**
38:14 51:2
**Kentucky**
68:24
**kept**
75:18
**key**
4:12,19
**kick-off**
163:18
**kidding**
55:7,7
**kids**
48:9 119:2
**kill**
110:15
**killed**
122:22
**kind**
10:11 18:22
39:19 41:17
42:4,15
62:10 67:25
80:12 83:25
93:1 96:19
98:10
112:22
114:3 118:1
118:4 136:9
144:15
147:12
148:16
169:15
170:11
**King**
56:18 62:9
62:10 63:9
63:21 64:14



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

House Elections Committee Hearing                    February 28, 2007

```
64:15 66:14          109:20,24           15:2 21:12          26:19,21,21         53:14 56:14
68:7,8,10            109:25              laid                27:1 28:14          56:17,18,19
69:4,13              113:22              24:14 112:22        29:4,10,21          115:15
70:5,9,13            114:4,6               113:11,14         30:10,12,19         lays
71:3,12,18           115:3 118:9           115:6,18          31:12 32:2          23:17 64:13
71:24 72:1           119:7                 118:6 120:3       33:8 60:14          lazy
72:8,12,22           121:17,22           land                63:2,5              160:1
72:24 73:12          121:22              69:7                69:18 78:8          LBB
74:5,15,19           123:16              language            78:13 97:10         37:2 45:1
75:8,9,16            124:17,25           4:8,12 31:12        97:17,19,20         54:6
89:9 163:7           125:21                33:24 165:7       101:18,18           LBB's
knew                 126:18              large               102:9,9,14          43:24
18:16 94:19          127:1 128:2         2:10 6:25          103:1,11            leaders
95:3 148:1           129:7                 43:14 78:20       105:20              88:1 149:1
148:2                132:16                119:24            106:3,24            League
know                 134:21              larger              107:18              158:18,23
7:15 8:23            136:20              39:25 61:4         108:4 109:1         learn
9:4,9,10             137:12,23             62:22             110:20              60:21
18:18,18,21          138:11,25           largest             116:9,10            learned
18:21,21,24          142:12,19           148:15             118:7               59:3
19:1,5,6,8           142:20              late                132:10              learning
19:9,11,13           143:14,16           40:2,6 85:15        133:20              48:11
19:17 20:2           144:1                 148:21            141:8               leave
22:2 29:25           145:14,16           lately              142:21              11:9 23:15
31:17 32:2           147:11,13           134:9              147:20                34:17 48:13
33:22 36:7           147:16              Latino              149:22                50:24 75:13
37:4 39:6            152:17              119:9 148:17        150:3,7               173:1
40:15 42:18          155:3,14             148:23             155:15,20           led
43:1,23              157:9                 149:10,15        157:3 158:3         118:10
47:7 52:24           159:19                149:24            158:5               left
52:25 55:18          160:6,13             151:18,22         167:13              30:12 130:9
55:22 58:21          165:19               152:6 153:6        170:4 171:9         legacy
58:24 60:20          166:10,17            153:7 154:5        171:9              85:11
60:23 63:5           167:7 174:4          154:13             174:16              legal
63:8 65:8            175:19              Latinos            laws                67:16 96:9
65:23 72:2           knowledge           119:8 152:14       77:22,23              100:14
74:6,15,19           123:19              Latino's            78:2 149:11          127:3
75:1 79:5            knows               153:9               151:23               130:14
79:10,18,18          69:17,18            laundry             154:15               153:22
79:20 80:23          Korean              73:21              lawsuits              158:18
81:5,8,16            85:23 86:11         Laurie             148:25                165:4
81:17,22                                 160:25 161:3       lawyer              legally
84:17 87:20          ─── L ───             161:11           152:11              68:16 69:14
88:3,12              labeling             164:5             lawyers              69:23
95:5,14              129:25               171:22            154:19              legislation
98:11 99:10          labor               law                 155:17             88:22 89:14
104:10               43:20              15:12 24:11        lay                   149:21
108:16               Ladies               24:17 26:5        23:1,23              167:2
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

House Elections Committee Hearing                    February 28, 2007

170:21
172:24
**legislative**
36:25 38:24
46:6 96:8
**legislators**
96:19 149:18
**legislature**
26:19 27:2
28:15 30:21
31:4,8,10
**legitimate**
58:1
**legitimately**
5:3
**letter**
136:2,5,6
140:2,5
142:21
**letting**
160:15
**let's**
29:15 44:24
46:7,7 59:7
98:19 99:6
140:17
165:1,4
**level**
3:4 66:2
68:3 165:20
165:20
**levels**
67:20 130:12
**liberty**
89:15
**library**
67:23
**license**
4:4,5,13,16
4:21 5:18
10:3 14:14
59:2,8,12
59:19 61:1
61:7,10
62:17 67:1
67:5,10
71:15 72:4
77:9,14

79:7,10,15
79:21,21,25
94:14,14,15
94:15 99:16
99:17,20
105:1,3
108:1,9,24
109:1
114:14,16
114:21
116:22
119:10
126:3,9,14
126:16,18
127:4,8,25
128:3,12,20
129:4,12,18
129:21
130:1
133:15
144:6,8,16
144:23
146:13
147:14,19
151:7,8
155:13
157:18
158:1,8,9
158:10
159:18
161:12
162:23
165:5
167:12
172:16
**licenses**
62:5,13 63:1
**lie**
101:19
153:11
**lieutenant**
3:7
**life**
84:16
**light**
30:7 154:9
**likelihood**
30:9

**limit**
24:15 30:21
**limited**
173:20
**line**
6:23 14:6,17
68:14 152:4
**lines**
40:2,6 42:15
125:8
**link**
134:16
**list**
13:24 35:13
58:25 59:2
59:8 60:9
73:21
132:16
135:24,24
136:10
139:4,9
140:24
144:6,8,11
144:12,16
162:11
163:9
**listed**
88:8 94:11
94:23
**listening**
31:18
**lists**
62:21 162:18
163:20,21
164:23
165:1,19,21
166:4
**litigating**
100:16
**litigation**
100:13,20
154:17
**little**
13:8 50:6
56:12 58:19
75:12 82:10
82:11,19
86:6 99:4

112:23
114:21
158:7
160:11,12
164:6 175:3
**Littles**
49:10,11,13
51:7
**live**
14:6 22:17
86:5,6
99:21 136:8
136:8
**lived**
3:15 14:5
174:5
**lives**
83:6
**living**
2:13 3:10,20
**loads**
22:14
**local**
36:21 44:25
45:5 47:6
54:11,12,14
88:18
162:18
**locate**
114:3
**located**
2:8
**locating**
113:3
**location**
14:21 71:11
132:22
**locations**
42:1
**logic**
70:16 108:10
**Lon**
58:10 62:11
**long**
40:1 64:19
75:18 87:20
88:2 89:21
99:16

108:23
111:18,20
135:24
148:11
168:8 169:2
171:22
172:2
**longer**
42:8,14
125:25
126:1
**look**
6:22 11:17
43:25 44:6
50:1 51:11
92:24 97:7
99:6 119:23
136:10
159:15
162:5 166:1
168:11
**looked**
50:8 62:19
62:19 65:7
69:23
**looking**
17:25 18:1,1
18:2 31:22
34:9 36:12
79:12
**looks**
42:24
**loophole**
136:9
**lose**
36:15
**loses**
37:8
**losing**
74:6
**lost**
42:19 43:22
44:2 83:6
113:4 117:8
134:8
150:18
**lot**
33:7 36:7



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00205212

House Elections Committee Hearing                    February 28, 2007

203

38:3 47:25
48:4 49:22
58:3,5
64:16 69:15
69:19 79:23
80:1 102:4
104:10
108:14,14
108:15
126:15
136:13
152:14
153:4
161:19,19
162:8 163:5
169:22
170:24,25
**lots**
9:9 18:11
156:11
163:1
**Louis**
98:25
**Louisiana**
68:25
**low**
112:23
118:14
119:9
**lowest**
35:16
**Luis**
38:13 95:24
96:7 120:2
**Luna**
25:17
**lunch**
133:3
**Lydia**
148:6,7,14

**M**

**Macias**
23:18,18,20
25:2,4,7,12
33:19,19,21
34:1,4,16
34:18,20,24

35:1
**madam**
80:4 84:10
84:12 85:14
**mail**
14:19 97:25
106:7 136:5
**mailing**
145:9
**main**
131:12
174:22,23
**Maine**
19:15
**maintain**
45:8 46:15
54:23 82:22
96:22 164:2
**maintaining**
96:21
**major**
14:17 44:12
166:3
**majority**
109:6 172:15
**making**
18:3 41:25
79:15 85:7
110:14
114:23,24
133:24
160:5
171:12
**MALDEF**
96:9 100:16
119:3
120:22
121:8
125:12
149:3
**MALDEF's**
100:11
**mall**
110:16
**management**
156:10
**manager**
51:12

**mandate**
145:14
**mandated**
161:5
**mandates**
77:15
**mandating**
77:25
**manner**
67:15 68:15
**Marcelo**
38:18,18,19
**Maricopa**
118:2,8,11
**Marine**
76:20
**Mario**
11:8
**mark**
101:18 112:5
150:8
**marked**
133:19,25
**market**
131:14
**marking**
116:8
**married**
99:19 151:6
**Martinez**
47:1,2,3,17
47:20 48:15
**Mary**
23:7 38:11
38:16 50:22
50:22,25
78:19
158:16
**mass**
109:5
**massive**
82:14 146:22
**match**
99:20 104:24
104:25
106:12
110:9,10

144:11,13
162:21
**matches**
88:14 134:20
**material**
173:24
**matter**
31:9 93:9
101:16
119:14
163:7
168:18
**ma'am**
6:1 29:14
**McGeehan**
51:24 52:1,1
52:10,15,24
53:8
**mean**
4:22 28:14
29:7,25
30:1,13,17
42:11 43:17
65:1 79:16
81:6 84:8
90:7 92:24
105:22
106:6
118:21
121:1
126:14,23
127:23
129:13,23
139:9
141:19
157:3
**means**
9:20 98:20
98:20
168:21
**meant**
32:1,3,6
66:12 151:2
**measure**
57:23,24
**measuring**
43:25
**meat**

84:22
**mechanism**
50:2
**medications**
68:1
**meet**
57:9
**meeting**
142:14,15
**member**
13:3,4 24:11
**members**
3:12 5:5,24
7:22 23:6
23:13,22
25:3,14
35:2 38:7
38:22 44:10
47:5,15,20
48:16 51:23
58:7 64:16
68:20 70:2
75:7,22
79:3 80:2
87:20 89:17
123:7 131:3
135:15
148:13
151:20,25
160:20
**memory**
65:23 76:23
133:5
**men**
82:13 83:5
83:19,23
**mention**
13:14 121:4
**mentioned**
16:7 58:13
69:9 98:12
98:12
123:15
**mere**
66:10
**merge**
62:21 146:17
146:17,18



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00205213

merged
62:16 144:23
merger
62:24
mess
132:5
method
126:4
methodology
45:7 54:20
Mexican
96:8
Mexico
100:25
mid
13:7
middle
39:18
midterm
35:17
mile
99:14
military
4:17 77:10
94:16
120:14
milk
12:23
million
73:9 88:9,11
113:24
148:23
156:5 161:6
161:11
176:2
millions
159:10
mince
84:22
mind
34:5 75:12
75:13 79:14
94:6 104:7
mine
74:20
minimize
8:17

minimum
52:7
Minnesota
19:16
minor
75:5
minority
162:1
minute
52:5 65:15
125:22
160:2
minutes
76:17 79:6
misread
133:24
missing
13:1 136:4
mission
148:17
missions
85:17
Missouri
78:1
misstated
65:14
mistake
165:6
mix
119:18
mixing
39:17
mobility
170:18
modifies
57:4
mom
156:24
moment
117:10
moments
44:12
money
27:5 47:25
48:8 115:21
126:1
145:15

167:23
168:2
173:25
monitoring
119:3
Montana
68:25
Montana's
22:5
month
101:11
months
15:10 115:23
116:1 134:4
164:16
Morstad
160:24,24
mother
116:19,20,25
mother's
117:8
motor
67:6 139:13
139:17
162:23
164:19
165:3
174:11
move
2:10,15,21
41:23 88:10
131:18
moved
99:13,14,15
99:19
104:23
112:24
132:4
152:20
160:4
170:11
movie
88:21
moving
18:1 42:5
multiple
17:10 97:21
104:14

130:12
150:2
multi-county
9:4
municipal
54:16
M-hm
159:1

_____
N
_____

name
2:3 5:12
11:14 12:19
12:22 25:21
38:22 48:20
49:13 51:5
74:24 81:11
86:4 87:14
87:15 96:7
98:25 99:20
104:9
110:11
130:25
132:22
134:19
135:1
136:16
141:12
148:7 161:2
169:18
named
118:6
names
104:23 110:8
134:8,8
141:6,10
163:23
Natalia
25:16,21,23
33:17
Nathanael
49:3
nation
35:17
national
36:3 88:23
110:21
149:12

166:2
171:25,25
174:11,13
nationals
65:12 143:2
nationwide
81:21
Native
100:1 152:14
naturaliz...
81:2 110:15
113:7,12
115:22
150:14
naturaliz...
80:25 110:11
naturaliz...
110:12
naturalized
101:13 113:8
113:15
nature
10:7
near
35:16
nearly
100:22
necessarily
42:3 109:9
153:7
173:13
necessary
89:15 116:4
need
15:3,5 31:6
40:16 41:25
44:6 47:10
47:10,24
48:12 51:11
61:11 76:5
83:16 94:13
95:3 102:24
103:9,18
114:14
129:14,15
131:2
136:10
137:11



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00205214

House Elections Committee Hearing                February 28, 2007

162:9,14
172:16
**needed**
50:9 74:21
95:14
169:25
170:5
**needlessly**
150:20
**needs**
5:15 15:8
109:10
**negative**
149:10
**neighborhood**
160:9
**neither**
5:4 66:7
177:19
**net**
37:15,16
**Network**
159:6 172:1
**neutral**
47:4
**never**
3:2,2 8:7
30:1 33:1
48:6,7
62:14 71:4
80:18
108:24
134:13
173:1
**new**
19:12 41:1
42:5 44:15
47:12 53:23
66:21 69:6
70:8,25
99:23
100:24
106:3,24
110:10
112:6 118:3
144:2
147:20
151:7

163:24
**newly**
99:13
**newlywed**
151:6
**night**
2:16
**nine**
20:4
**Ninth**
78:9 100:18
100:19
**noncitizen**
58:17 128:2
128:3 133:8
133:19
141:21
165:4
**noncitizens**
57:25 58:13
60:1 65:1
83:14 129:4
134:6 135:6
138:6
139:12,16
140:24
141:1,2
144:13
159:8 164:9
164:18
**noncolored**
145:19,20
**nondrivers**
99:7,7
**nondriver's**
126:14
**nonissue**
98:2
**nonpartisan**
148:16 159:6
**nonprofit**
148:16 159:6
**nonsense**
48:4
**nonsensical**
10:19
**non-citiz...**
143:11,12

**non-photo**
57:8 77:8,24
**North**
68:25
**notation**
144:16
**note**
7:16,18 9:16
9:17,20
10:22 36:12
36:13 37:9
37:11 44:23
45:3 54:6
54:21
**notice**
10:11,22,25
139:25
**noticed**
70:6
**noticing**
55:8
**notification**
47:5
**November**
50:7,12 54:2
55:24 114:1
**nullify**
129:16
**number**
2:16 9:5,10
13:17 14:15
15:12 30:5
30:8 42:17
47:21 49:18
60:24 64:20
65:22 85:17
94:11 110:1
110:4,5
112:19
114:5
118:10,23
119:19
120:6
121:22
132:17
148:17
151:16
154:24

159:20
160:16
161:9,14,23
165:18
166:9
167:12
173:15
174:14
**numbers**
59:23 81:20
81:23
109:21,23
111:6 114:4
119:21
162:21,23
163:8
**numerous**
10:16 120:23
131:14
159:14
**nursing**
14:20
**NYU**
167:13 171:9
171:9

---
**O**
---

**oath**
12:13,14
143:1,17
**object**
104:15,20,22
104:22
107:3
**objected**
124:9
**objections**
23:13 100:14
124:8
**observe**
48:10
**observing**
17:11
**obtain**
134:10,15
172:12,17
**obvious**
78:3 153:21

**obviously**
47:8 112:8
170:16
**occasion**
158:6
**occurred**
13:25 20:5
29:18 49:24
138:21
143:12
**occurrence**
98:25
**occurring**
65:8
**occurs**
119:4 120:1
**offense**
138:18,21
153:12
**offered**
61:21,22
119:11
124:16
**offering**
57:5,6
**office**
6:24 9:8,11
28:1,4
36:22 45:7
51:10,25
52:2 54:6
54:21 74:23
124:24
128:12,13
129:12
131:5,6,9
131:10,14
131:24
133:4,10
134:11
136:2,3
137:1,15,20
137:20,23
138:15
141:8
142:15
143:10
147:8



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00205215

House Elections Committee Hearing                    February 28, 2007

171:25
174:18
175:17,20
177:11,18
**officers**
28:4
**offices**
35:25 163:3
**official**
29:17,19,19
101:9 174:5
175:11
**officially**
131:7,9
**officials**
78:23 100:10
**oh**
20:11 41:10
44:16 70:14
80:8 86:24
95:25
103:13
111:18
159:2
**Ohio**
175:5
**okay**
11:10,22,25
12:8 16:9
16:21 17:22
18:23 19:18
20:11 25:20
26:6 27:4
28:9,17
29:2,6
33:12 38:9
48:23 49:9
59:4,7,17
59:21 60:7
61:14 64:2
64:5,7
70:15,24
72:23 73:14
73:14 75:6
81:14,14
82:2 91:4
92:13,13
95:2 96:3

106:20,20
108:2
112:18
115:9,9
122:12
125:17
127:18
129:23
130:18
138:4,4
140:10,16
140:16
142:22
146:3,6,9
158:15,19
159:1,18
164:13
167:6 172:7
**old**
4:14,17 42:4
82:18 99:17
155:4,5
**older**
43:1 52:19
**oldest**
148:15
**olds**
15:9
**once**
53:13 54:5
103:1
112:15
133:23
150:22
167:9
**onerous**
100:23 101:5
102:18
**ones**
16:1 84:17
84:25 85:5
85:8 112:12
130:11
138:8 154:7
170:21
**open**
24:25 31:1
34:11,17

45:22 128:1
128:4
147:24
**opens**
130:1,2
**operative**
76:10,11
**opinion**
50:1 109:12
**opportuni...**
164:1
**opportunity**
6:16 8:20
11:3 22:8,9
22:21,25
23:1,22
32:20 35:11
36:1 53:14
56:23 87:22
91:20 92:19
93:17 147:5
151:17
159:15,25
171:14
173:8
**oppose**
48:24,25
51:9 97:3
149:21
157:12
**opposed**
47:21
**opposes**
149:9,17
**opposing**
157:11
**opposition**
149:8,18
158:15
**option**
26:15,17
34:10
126:19
**options**
26:13,14,14
26:25 34:8
**order**
10:7 14:24

29:20 36:3
61:12 77:6
82:8 88:5
90:17,23
92:9,17
103:16
105:24
112:14
116:5 123:4
126:24
137:25
145:12
158:9
173:23
**ordinarily**
115:5
**ordinary**
32:23
**organization**
148:16
154:16
166:2
**organizat...**
142:16
**organize**
149:1
**original**
9:17
**ought**
14:11 15:21
**outcome**
3:9 177:23
**outright**
157:2
**outs**
78:14
**outside**
9:8,10 160:8
**overseas**
95:11
**oversight**
78:3
**overtime**
51:16
**overwhelm...**
89:2

**P**

**page**
13:24 111:6
111:6
115:18
**paid**
37:5,6,7
44:3 132:11
**palatable**
128:14,21
**paper**
20:4 145:24
**papers**
74:1 77:5
80:20 81:3
81:11 91:8
92:5 122:13
**paragraph**
154:12
**parents**
39:20 79:18
**Park**
48:5 87:11
**part**
67:19 79:7
79:10 84:17
84:19 90:6
94:24
133:20
136:21
144:5
164:23
**participate**
5:21 10:5,25
15:24,25
148:19
156:25
**participa...**
7:11 50:3
65:2 106:15
149:20
151:15
**participa...**
15:24 49:21
49:25
149:19
168:16,23
**particular**
4:6 5:16



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

8:13 9:5
10:18 81:11
100:14
108:20
152:18
**particularly**
110:22 119:9
127:2 159:8
**parties**
24:3 142:4,7
177:20
**partisan**
22:3
**partners**
148:20
**parts**
43:1,2,9
71:12
**party**
2:7 5:13
13:6 76:4
87:18
110:16
132:9
138:10
142:8
**pass**
174:13,16
**passed**
84:20 85:20
89:2 121:11
121:23
158:4
**passion**
76:24
**passport**
4:17 66:24
73:25 75:3
77:5 81:8
81:13 91:5
91:25 92:2
94:16 95:10
115:20
122:9
150:14
**passports**
81:15
**patients**

14:20
**patterned**
78:16,17
**Paul**
98:7 142:24
143:10
**Paula**
49:10,13
**paved**
51:14
**pay**
114:24
**paying**
27:5,19
37:11 43:20
**payroll**
46:2
**pays**
29:20 115:4
**peer**
159:17
160:12
**penalty**
116:9,9,10
150:9
**pending**
23:15 34:17
100:19
**pendulum**
97:2 109:13
112:17
**people**
2:16,21,25
3:6,9 5:3
8:8,17
10:11 14:15
14:22,25
15:13,23,25
17:11,13
18:3,3
20:19 21:19
22:9,13,16
22:19 35:10
36:1,6,7
38:5 39:8
41:14,19
42:3,10,13
43:3 46:2

48:9 49:18
49:23 50:2
50:10 52:6
52:20 53:4
57:25 58:22
58:23,24
59:9 60:15
60:22 61:2
61:5,12,23
63:7,11,15
65:16 71:1
71:8 72:18
72:19 73:20
73:23,24
74:14 81:15
81:24 82:7
83:11,12
84:15,16
85:2,9
87:25 92:16
93:2 94:11
98:13 99:1
99:10,13
101:12
102:16,21
104:23,24
104:25
108:14,14
108:18,23
108:24
109:6 110:1
112:24
114:1,5
118:8,17,19
118:24
119:4,20,20
120:4,6,8
120:11
121:25
122:23
123:9,16
125:2,8,11
126:15,15
126:16,18
127:3,24
130:3,14
131:16,24
132:5,12,23
134:5,10,14

134:23
138:5,5,13
139:10,12
146:12,18
146:20,24
147:1,2,15
159:16,22
159:23
160:1,1,2
160:11,14
160:16,23
161:6 162:2
162:7 163:8
163:12,13
164:8,18,24
164:25
167:10
168:3,4,9
168:16,24
169:7,9,22
170:23
172:15
173:2,7,17
174:12,14
174:16
175:9
**people's**
87:24 93:15
127:8
129:25
131:15,15
162:9
**percent**
15:18,19
35:18,20,22
79:20 81:21
88:24 89:3
92:25
101:11
109:18
110:5
113:24
114:6 118:3
118:8
119:18
134:14
167:16,19
170:11

171:5,7,13
171:18
175:8 176:4
176:5
**percentage**
81:15 112:19
113:19,20
168:13
**perfect**
157:21
**period**
2:12 77:21
134:4
146:19
**perjury**
101:20 116:9
150:9
153:11
158:5
**permanent**
165:4
**permission**
139:6
**permits**
172:20
**perpetrated**
142:4
**person**
3:16,17,20
4:10,11
14:3 24:5,6
24:7,12,12
24:13,18
26:10,17,21
27:1,3,15
27:16,18,22
27:25 28:1
28:7,10,16
28:24 29:3
29:5,10,11
30:10,13
31:8,23
32:24 50:5
57:8 58:19
88:6 98:23
104:17
108:8 116:4
132:3



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

134:22
138:21
142:25
150:10
166:12
**personal**
57:16 131:6
**personally**
118:22
131:13
159:13
**persons**
86:5
**person's**
77:12 130:8
132:16
144:24
151:3 175:6
**perspective**
159:7
**pertaining**
110:22
**petition**
24:6
**Phil**
56:18 68:22
**philosoph...**
37:23
**phone**
132:13,17,18
**photo**
4:16 57:7
64:24 71:20
72:4,9,15
72:18 73:1
73:1 77:7,9
77:16,23
78:1,15
85:6 88:2,5
88:14,17,22
88:25 89:3
89:7 115:5
145:7
167:17
171:20
**photograph**
77:12 144:25
145:19,20

146:12
147:6
**pick**
3:7 50:9
119:1
**picked**
50:12 51:14
**picture**
67:14,18
71:25 72:2
77:11,13
104:13
109:8
117:11
**pictures**
173:9
**piece**
145:22
**pieces**
20:4
**pilot**
6:17 22:12
22:15
106:16
**place**
12:13,13
17:12 39:14
40:3 57:2
66:22 67:7
83:25
102:24
111:13,23
112:2
118:18
121:12,20
132:6
163:10,15
163:16
164:20
169:21
173:3
**places**
14:23 39:12
41:18 55:19
69:24 104:3
120:24
121:10
167:24

172:12,17
**plaintiffs**
149:6 152:9
154:19
**plane**
116:13
117:15
**please**
11:23 12:7
23:18 25:20
44:15 51:6
51:25
130:25
136:17
152:3
**plenty**
78:14
**plus**
4:22 39:15
39:15,16
170:17
**point**
5:15 8:5
9:24 10:18
13:25 17:3
17:13 20:4
22:2 24:23
39:3,9 40:7
43:19 46:9
69:6 70:11
91:14 97:13
101:9
102:24
104:12
107:14
137:25
154:3 155:2
155:10,16
164:24
165:8,25
167:22
168:16
172:18
174:22,23
**pointed**
45:17,18
67:2
**points**

39:1 54:22
143:25
155:10
**police**
142:18
**policy**
159:17 173:5
**political**
27:5,19
**poll**
36:4,8 47:9
47:10,10,12
78:5 88:8
88:15,23
110:21
111:20
114:7
132:22
150:5 153:1
153:4
155:16
172:25
176:3
**polling**
14:23 39:12
39:14 40:2
41:18 42:1
57:2 71:10
118:17
120:23
121:20
132:22
**polls**
36:5,7 46:4
46:10 50:3
52:17,18
58:4 88:13
89:1 100:3
121:19
123:16
124:18
167:20
168:25
173:15
175:4,14
**pool**
47:12 59:23
60:6 61:1

62:13,16,17
133:13
**pools**
58:23 61:23
133:12
138:6
139:19,23
**poor**
149:15,23
151:22
152:7
154:13
**popular**
41:21
**popularity**
42:24
**population**
39:17,24
60:1 61:6
81:22
108:21
109:16,17
119:25
170:11,17
171:13
173:4
**populations**
109:3 112:20
112:21
113:16,18
113:19
114:10
**portrayed**
70:15
**position**
26:13 40:15
73:10 87:19
130:7,16
**positions**
60:23
**positive**
160:18
**possibility**
47:14
**possible**
18:3 19:1,3
50:2 62:21
166:6,13



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

House Elections Committee Hearing                    February 28, 2007

209

possibly
37:24
post
22:25
postcard
150:11
potential
47:12 109:15
118:12
128:1
potentially
4:14 29:22
149:11
power
76:16
precinct
2:22,24 3:1
4:6 22:16
39:21 41:24
42:6 44:7
104:10
132:21
precincts
2:19 43:19
precious
82:17 83:24
prefer
33:11
premise
112:5
prepare
94:20
prepared
123:6 149:1
157:23
preparing
132:2
presence
17:12
present
4:4 15:9
32:3 57:3,4
57:6 64:14
68:2 70:16
70:22 71:10
71:19,23,23
72:2,13
79:14 88:5

88:18 97:10
97:15,19
102:10,11
102:18,25
103:19
106:8
114:15
117:18
126:25
127:1
135:25
143:13
159:7
presented
16:12 25:6
26:12 78:19
121:8
154:22
presenting
88:14 108:11
125:4
presently
56:25 58:18
presents
116:23
117:10
preserve
78:24 82:9,9
107:11
preserving
76:7
President
89:5
presidential
124:20
pressure
47:22 48:1
54:13
159:17
160:12
pretense
162:13
pretty
6:25 58:2
96:4 99:12
102:14
115:14
129:16

prevalent
67:21
prevent
22:12 57:23
121:15
prevented
125:6
previous
13:23 47:8
111:3 173:5
previously
71:2,9
primaries
65:20 66:15
111:20
primary
2:9 9:24
13:5 35:15
53:25 54:2
55:9 66:7,8
66:15 89:1
130:14
131:18,19
143:9
primary's
53:21
prime
102:8
print
74:25 146:1
printers
145:9
private
16:24 54:15
privilege
57:18 63:20
63:24 64:4
76:12 82:7
156:1
159:12
probable
5:4
probably
6:25 7:16
10:15 29:7
64:16 69:21
73:8 74:2
84:22 89:8

90:4 136:12
141:17
156:23,24
problem
15:2 18:4
30:14,18,20
31:22 36:9
42:23 43:7
48:7 52:18
52:23 53:1
53:3 61:21
61:22 92:22
97:23
108:18
109:9,12,13
109:15
118:17,19
119:8,16
120:1
127:23
129:13
156:8 159:7
167:3
problems
15:7 18:22
119:10
121:24
124:16,20
126:8 127:6
127:7,17
procedure
56:12
procedures
99:24
proceed
170:8
proceeded
131:23
proceeding
177:21
process
13:10 15:6,8
17:24 24:15
48:11 76:8
76:13,15
89:11 100:6
100:8,8,20
101:5

111:17
114:23
117:20
121:7
127:16
130:9
150:20
151:13
157:1 169:2
174:20
processed
134:17
processes
163:10,15
processing
139:17
procrasti...
160:1,1
produce
129:8 145:10
158:8,9,11
producing
38:6
production
128:11
productivity
36:16 37:9
37:14 42:19
43:22 44:2
46:4 51:20
profiling
130:1
program
6:17 7:5,12
22:12,15
41:18
106:16
139:13
163:19
prohibited
151:8
Project
148:15
promise
49:11
promised
43:4 116:16
promote



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00205219

149:19
promotion
80:7
proof
57:4,11
  68:16 69:1
  70:16,22
  71:14 80:1
  91:23 94:12
  96:12,13,14
  97:1 98:15
  101:3,10,16
  102:3 104:1
  109:19
  110:2,7,9
  110:22
  112:16
  113:1,4,8
  116:11
  136:7 140:3
  144:2 150:3
  157:15
  173:9
  174:19
proper
76:17 77:21
properly
93:21
proportio...
119:4
proposal
48:24
proposals
156:22
proposed
146:16
proposes
66:20
Proposition
78:16 149:5
prosecuted
8:22 138:14
  139:2
prosecutions
137:23
  138:24
protect
15:22 68:13

76:9 88:15
  89:15
  119:25
  145:12
protected
15:4,6 63:20
  151:13
protecting
76:16 154:3
protection
124:22
  125:12
protective
18:14 37:24
  37:24
  130:15
prove
4:4,5 22:18
  61:12,18
  71:6 73:20
  77:2,3
  83:12 90:3
  90:19 91:1
  91:1,12,15
  91:21 107:7
  114:20
  116:4 122:9
  123:3,5
  157:7 174:4
proves
173:24
provide
4:7 8:19
  35:6 36:4
  57:22 67:7
  77:4,21
  83:16
  123:20,21
  123:23
  152:12,22
  157:4,18
provided
78:14 111:4
  152:21
provides
6:15 109:2
  130:4 150:3
  164:1

providing
18:5 106:16
  123:10
proving
53:15 73:16
  123:9
provision
97:21 101:5
  119:17
  161:24
provisional
57:10,12
  77:19 100:5
  100:7
  119:11,12
  124:16,18
provisions
5:16 6:21
  9:25 22:11
  57:4 99:3
  105:25
  149:5
  163:16
proxy
14:20
public
39:12,13,21
  44:22 45:2
  54:15 68:12
  89:10 130:4
  141:19,22
  141:23
  144:11,12
  160:8
  172:14
  173:4,5,7
  173:21
  175:15
public's
93:20
punch
17:14
punching
17:14
purchase
68:1
purge
140:7,11

purged
140:6
purging
122:2
purpose
76:8 83:9
pursuant
53:20
purview
54:18
push
128:11
  147:14
pushed
164:15
pushing
147:12
put
89:8 111:6
  112:7
  119:20
  128:19
  129:10,20
  145:7 160:3
  160:5
  163:15,16
puts
130:6
putting
10:11 111:19
  128:19
  130:16

                Q

qualifica...
57:12
qualified
8:9 57:17
  58:1 88:7
  89:11,23
  92:18 93:21
  159:10
qualifies
81:7
qualify
80:20 136:6
question
4:1 6:13

7:24 9:6
10:21,21
12:24 13:9
13:11 18:16
28:6 33:20
37:23 38:4
42:20,20
53:16 58:8
58:8 63:24
68:23 73:15
80:5,19
83:9,10,18
84:5,7,7
100:23
101:23
107:24
110:24
111:2,3
112:12
115:16
116:18
118:16
119:14
122:8
127:21
137:10,14
137:14
140:19
142:2
144:20
146:15
155:7
156:19
157:6,10,14
166:24
176:5
questioned
14:24 97:23
questioning
133:23
questions
3:12 5:6,24
  7:23 16:4
  23:25 24:1
  25:1,3,15
  25:15,19
  33:15,16
  36:10 38:7



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

47:15 48:17
50:15 51:21
51:23 55:7
63:22 68:20
70:3 75:8
79:3 80:3
86:8,19
89:17 94:3
94:6 118:1
123:15
125:16
135:14
137:8
151:25
152:2
**quick**
41:6 80:5,19
101:23
107:23
167:8
**quickly**
44:19
**quite**
49:22 75:25
78:22 81:18
81:18
**quoting**
163:19

**R**

**rabbit**
43:17 105:8
**race**
3:1 9:4
**races**
3:5 9:4
66:18,19
**range**
150:24,25
151:1
**ranked**
35:18,19,21
35:22
**ranks**
35:16
**rare**
73:6 98:25
119:16

127:12
150:13
**rarely**
120:1
**Ray**
47:1,3
**reaches**
29:18 32:25
**reaching**
39:9
**read**
4:8 22:21
26:21 34:5
45:14 70:13
111:8
167:25
**reading**
46:13 152:4
**reads**
4:3 53:24
**ready**
34:6 35:4
157:10,11
**real**
41:6 67:3
71:15 79:24
84:15,15,16
84:16 98:15
98:24 127:2
127:5,7
137:12
156:8,13,19
167:8
**reality**
21:21 53:19
54:8 100:22
**realize**
7:4,9 168:5
**realized**
50:8
**really**
2:20,22 7:2
10:10,18
28:18 31:11
32:6,13
34:22 39:1
40:9 41:7,7
44:18 49:25

52:24 53:1
55:14,20
61:7 65:22
74:23 79:17
83:17 84:2
84:4 88:22
92:15 94:3
96:21
124:25
125:20,23
130:11
136:10
141:8
155:19
**reason**
7:1 14:4
50:6,11
60:25 92:14
97:6 102:8
103:24
104:22
105:2
121:23
123:13
166:1,3
**reasonable**
115:25
**reasoning**
78:10
**reasons**
47:21 49:18
97:1 121:2
126:10
149:16
**recall**
175:12
**receive**
23:25 146:25
**received**
65:13 125:1
133:8 143:3
**receiving**
57:21
**recite**
150:4
**recognized**
117:25
**recommend...**

26:4 30:18
62:20 67:17
68:14
**recommend...**
24:22 26:2
64:21,22
**recommended**
36:2 62:24
67:12 89:6
**record**
45:14 49:5,6
142:23
162:5 166:1
168:11
175:25
**records**
137:21
141:22
162:20,24
**recruit**
39:8 52:11
**recruiting**
52:6 53:3
**red**
22:4
**redistrict**
121:14
**reduce**
162:13
168:21,23
**reduces**
163:25
**redundant**
150:1 157:3
157:3
**Reeves**
38:8
**refer**
175:14
**reference**
125:4
**referred**
134:2
**referring**
39:11 154:12
163:21
164:7
**reflect**

104:25
**reflected**
101:12
**reform**
64:18 89:4
**regard**
48:3 85:21
85:24
127:15
**regarding**
1:5 31:9
76:24 79:24
142:8
165:23
172:10
**regional**
175:5
**register**
2:16,23 3:10
15:10 22:9
22:20 57:20
58:14,17
61:12 64:23
67:6 68:17
70:17,21
71:5,13
73:21,24
74:11 75:4
77:3,21
81:24 90:11
91:11,15,18
92:9,17
94:12,18,20
95:4 101:4
102:22
103:4,10,17
103:17,20
103:21
110:23
115:24
116:1,2,5
135:6 136:1
149:24
150:16
156:3,22
157:16
159:16
165:6



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

House Elections Committee Hearing                    February 28, 2007

212

```
174:12,17           154:8 160:3        112:10,11          169:12             67:23 88:17
registered          163:13             117:17             reiterate          88:21
14:4,13,16          registers          123:12             54:5               repeat
 15:12,14,19        70:19,20           125:24             rejected           44:13 47:8
 18:4 19:3          87:12              126:2,7            101:12              49:12 56:25
 20:19 35:19        registrants        127:10,12          related           102:14
 35:20,22           91:20              127:14             20:1 21:19         133:5
 58:25 60:8         registrar          128:13,16           21:23 61:22       158:21
 61:17 62:15        15:11,12           131:17               61:23 70:25      repeated
 62:16 63:13        65:10              132:1,6,9           71:8 111:2        52:19
 63:15,17           registrars         132:12,14          175:18            replicates
 67:8 71:9          13:18              133:20             177:20            78:20
 74:17 77:17        registration       134:24             relating          replied
 77:18 88:7         5:17 11:13         136:4,12           175:13            150:11
 88:11 90:3          13:11,17,19       137:11             relative           reply
 91:18,19            13:20 16:13       138:11,20          32:2               140:5
 93:22 97:14         17:18,25          140:4,6            relatively         report
 98:14,20            18:2,7 20:8       142:3,9            5:2 163:22         24:21,22
 102:12,21           20:10,16          143:3,5,7          release             30:3 64:19
 113:20              21:23 22:7        144:4,9,14         141:15              124:3 163:2
 114:2               56:24 57:3        144:24,25          relevant            reported
 133:21              57:22 62:6        147:4,9            141:23             175:2
 134:6,13,15         62:8 63:1         148:15              146:21            Reporter
 134:19              63:18 65:13       149:4,10,13        relied             177:6
 135:2 138:7         66:25 69:2        149:14             69:14              reports
 138:12              71:19 72:13       150:7,15,20        relieved           171:20 175:5
 139:12,12           72:14,20          150:24             46:1               represent
 139:16              74:17 79:9        151:23             rely               48:14,21
 140:1 141:2         79:12,15,16       152:6              54:7                49:14 51:8
 141:3 143:5         79:19 86:1        154:14             remarks             85:24 86:12
 143:8,11            90:2,18           157:8,21           87:21              148:8
 144:17              94:9,17,19        159:14,24          remember           161:11
 148:18,22           94:24 97:11       160:4,7            66:3 108:15        170:24
 150:22              97:13,14,18       163:21              122:16,22         represent...
 152:16,19           98:21,23          165:8 166:8        148:9             3:14,19,22
 153:9               102:4,10,13       166:9,16           155:14             4:2 5:7 6:1
 155:13              102:17,22         174:11,13          remind              6:14 7:4,7
 160:22              102:23            178:5              154:15             7:10,20
 163:9 164:8         103:2,7,9         registrat...       reminder           9:15 10:10
 164:19              104:1,7,17        10:1 66:21         160:12              10:20 11:4
 165:3               105:21,24          70:8 131:15       removed             16:5,10,17
 174:15              106:4,7,18        regular            65:16 162:18        16:21 17:16
 175:14              106:25            104:2              rendered            17:22 18:6
registering         107:17             regulated          24:8,9             18:9,13,19
58:22 61:2           108:7,16,19       69:16              renewal             18:23 19:5
 67:9 129:8          108:22            regulation         121:7 124:3        19:9,11,15
 150:13              109:4             100:22,23          rent                19:18 20:7
 153:17              110:16,21         rehab                                 20:11,14,21
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007551

House Elections Committee Hearing                    February 28, 2007

| | | | | |
|---|---|---|---|---|
| 21:16 23:20 | 68:8,10,22 | 120:2,10,20 | 170:16 | 71:8 86:3 |
| 25:4,5,7,9 | 69:4,5,13 | 121:1,17 | **representing** | 90:18,21,22 |
| 25:12,25 | 70:4,9,10 | 122:3,5,12 | 2:4 38:24 | 97:9 101:17 |
| 26:6,20,24 | 70:13,24 | 122:15,18 | 87:14 | 105:13 |
| 27:4,14,18 | 71:3,7,12 | 122:21 | 160:25 | 106:3 |
| 27:24 28:5 | 71:17,18,22 | 125:18 | 170:13 | 112:16 |
| 28:9,17,20 | 71:24,25 | 126:11,21 | **represents** | 117:17 |
| 28:24 29:2 | 72:1,8,11 | 127:18,20 | 31:2 99:12 | 125:9 126:9 |
| 29:6,8,14 | 72:12,16,22 | 127:22 | **repression** | 126:10 |
| 29:23 30:14 | 72:23,24 | 128:9,17,23 | 120:23 | 129:16 |
| 30:25 31:13 | 73:8,12,14 | 129:2,6,19 | 123:19 | 146:23 |
| 31:16,21,25 | 74:5,13,15 | 130:18 | **Republican** | 147:5 |
| 32:5,8,11 | 74:16,19 | 136:15,19 | 2:7,19 5:13 | **requirements** |
| 32:13,16 | 75:6,9,16 | 136:24 | 13:6 22:4,5 | 70:18 94:17 |
| 33:5,21 | 75:19,21 | 137:4,6,9 | 22:5,6 51:8 | 99:11 |
| 34:1,4,5,7 | 78:18,19 | 137:13,22 | 66:8 75:10 | 107:17 |
| 34:16,20,24 | 79:5,22 | 138:4,13,23 | 76:4 87:18 | 112:9,17 |
| 35:1,6,8 | 80:4,6,8,9 | 139:3,8,18 | **Republicans** | 118:4,9 |
| 36:19 37:2 | 80:11,15,17 | 139:21 | 2:23 89:2 | 161:24 |
| 37:10,15,20 | 80:21 81:1 | 140:7,10,13 | **request** | 162:1,9 |
| 37:22 40:21 | 81:5,9,10 | 140:16,23 | 26:12 140:17 | **requires** |
| 40:24 41:3 | 81:12,14,17 | 141:18 | 175:16 | 57:6,20 65:6 |
| 41:6,13,22 | 81:20 82:1 | 142:1,6,22 | 177:10 | 68:16,18 |
| 42:16 43:16 | 82:2,3,5,6 | 144:19 | **requested** | 77:2 102:3 |
| 44:18 46:8 | 83:2,13,15 | 145:11,18 | 144:5 174:19 | 102:4 |
| 46:12 52:4 | 84:3,4,6,12 | 145:21,24 | **requesting** | 114:19 |
| 52:13,22,25 | 84:14 85:13 | 146:3,6,9 | 141:13 | 150:7 |
| 53:12 55:3 | 85:18,20 | 146:10,14 | **require** | 173:25 |
| 55:5,6,8,12 | 86:14,17,18 | 147:21,23 | 45:19,20 | **requiring** |
| 55:13,15,18 | 86:21,24 | 152:3,23 | 64:22,24 | 57:4 61:17 |
| 55:22 56:2 | 87:3,6 89:9 | 153:19,25 | 66:20 67:5 | 73:20 77:23 |
| 56:4,6,8,10 | 89:19 90:9 | 154:11,20 | 67:13,18 | 88:2 89:7 |
| 56:19,21 | 90:17,24 | 156:7 | 69:1 88:4 | 130:17 |
| 58:11,16 | 91:4,7,10 | 158:17,22 | 108:6 | 150:1 |
| 59:1,4,5,7 | 91:17,24 | 161:10,16 | 129:11 | **reregister** |
| 59:15,17,18 | 92:4,7,13 | 163:7 164:5 | 158:2 | 152:20 |
| 59:21,22,24 | 92:21 93:4 | 164:13,17 | **required** | **reregistered** |
| 59:25 60:3 | 93:10 94:2 | 165:2,12 | 45:8 46:14 | 71:4 143:6 |
| 60:4,7,8,10 | 94:23 97:12 | 166:5,23 | 54:23 57:12 | **reregiste...** |
| 60:11,13,17 | 105:5 106:2 | 167:1 170:7 | 73:2 74:10 | 131:21 |
| 60:18,20 | 106:9,13,20 | 170:10,15 | 88:17 91:23 | 132:20 |
| 61:11,14,15 | 107:5,10,13 | 170:20 | 107:25 | **reserve** |
| 61:20,25 | 107:23 | 171:4,11,16 | 126:5 130:2 | 86:25 87:5 |
| 62:2,10 | 108:5 | 172:18,22 | 152:16,22 | **reserves** |
| 63:4,9,19 | 114:25 | 173:20 | 157:18 | 65:4 |
| 63:23 64:1 | 115:16 | **Represent...** | 174:11 | **reside** |
| 64:2,3,5,8 | 116:12,15 | 1:1 177:9 | **requirement** | 22:16 |
| 64:11,15 | 117:24 | **represented** | 54:11 67:17 | **residence** |
| 66:12,14 | 118:21 | | | |



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00205223

5:2 127:3
130:14
**residency**
4:5
**resident**
165:4
**resolution**
29:19 32:25
**respect**
45:14 73:15
83:18,19
84:8 105:20
106:3
120:11
122:7
**respond**
129:1
**respondent**
24:16 26:8
26:15,16
27:8,23
28:21 30:22
30:23 31:2
31:20,20
32:25 33:25
34:15
**respondents**
28:3 30:2
**response**
44:19 123:15
**responsib...**
61:3,8
155:24
159:13
160:13
**responsible**
60:22 89:14
**rest**
12:9 57:18
160:17
**restatement**
108:4
**restricting**
81:24 90:1
92:15 93:14
**restriction**
111:23 112:2
112:7

**restrictions**
83:25 111:13
111:14,16
111:19
**result**
78:10
**results**
166:20
**retail**
67:24
**return**
136:7 174:8
**reveals**
151:10
**review**
66:4
Riddle
56:19 75:19
75:21 79:22
80:6,9,15
80:21 81:1
81:9,12,17
82:1,3,6
83:13 84:3
84:6,14
85:18 86:14
86:18,21,23
86:24 87:3
87:6
**riffing**
127:21
**rifle**
79:11
**right**
3:18 7:13
9:23 11:2
12:16,18
15:4,6 21:4
21:10 25:2
25:10 26:3
26:22 28:5
28:13 29:1
31:24 32:4
32:10,10,19
38:19 49:8
50:21,25
52:13 57:14
58:25 60:17

62:11,24
63:25 64:1
64:8,21
65:4 66:4
70:9 71:17
73:4 76:10
76:11 82:7
82:9 83:7,7
83:23,24
86:25 87:8
87:24 88:1
89:23 90:5
90:6,7,7,10
90:10,11,14
91:11,12,20
92:19 93:2
93:13,24,24
94:22 95:12
97:10
100:17
102:7,16
104:21
105:15,22
106:19
107:12
108:14
109:5
111:10,13
111:25
112:3,4,13
114:2 115:8
117:7 119:2
119:14
120:4,8,12
120:18
121:3,7
122:25,25
123:1
133:16
135:18,22
136:23
143:24
152:10,11
154:3,4,5
155:6,18,24
156:1,2,14
156:15,21
157:1
159:12

160:6 165:7
169:21
170:2,14,19
170:22
172:21
**rights**
57:18 69:10
88:15 89:25
110:22
121:2,5,11
121:13
124:4
148:25
149:12,12
151:12
154:17
161:6
171:25
**rise**
2:8
**rises**
68:3
**risk**
61:3
**risks**
162:25
**road**
25:11 84:15
**roads**
51:14
Roger
163:18 168:1
**roll**
133:14
**rolls**
65:17 140:8
140:14
162:19
**room**
24:12 50:4
91:6 95:25
**rooms**
17:10
**rose**
66:1
**rough**
145:8
**route**

42:14
**rubber**
84:14
**rule**
74:3 123:2,7
123:7
**rules**
6:16,17
**ruling**
78:11
**run**
41:18 42:22
79:11
145:18
**running**
28:1 131:21
**runoff**
65:20
**runoffs**
55:10,19
**runs**
88:20
**rural**
172:13
173:19
174:5
Russ
2:2,3,7 5:6
87:8

**S**
**sacrifice**
73:5 83:1,4
85:11
**safeguarding**
87:24
**safeguards**
68:12
**safety**
80:14 130:4
144:12
Safety's
144:11
**sales**
48:8
Sam's
67:24 117:12



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

San
2:8 115:19
  148:21
Santana
50:17,18
sat
8:14
save
58:5 126:1
savings
53:4
saw
34:8 66:17
  99:25
  124:14
  152:13
  156:5
  161:25
  162:3
  172:11
saying
6:20 7:18
  28:20 29:10
  30:18,19
  32:1 36:17
  50:14 76:1
  77:16 79:6
  98:14,24
  102:18,19
  104:2,20
  105:23
  108:5 116:7
  128:18
  134:21
  135:5 136:5
  147:13
  156:14,23
  174:2
  175:25
says
24:5 26:21
  27:1 29:10
  30:10 36:13
  36:20,21
  44:23 58:20
  77:6 110:12
  111:5,6,7
  113:9,16

116:8 152:5
  158:4 170:4
scenario
4:23 127:21
schemes
142:3
school
15:14 39:18
  39:21 40:15
  42:4,5
  43:12 48:6
  48:7 148:20
  167:13
  171:9
schools
39:12,13,22
  40:11 43:8
  48:3
school's
43:11
screaming
131:25
screen
117:12
search
74:25 117:14
season
41:7 42:7,12
  44:4,8
second
11:23 17:3
  64:24 77:6
  107:20
  115:18
  156:3 164:4
  166:22
secondly
41:22
Secretary
5:20 6:2,10
  6:15,18,23
  8:23 51:24
  52:2 69:17
  89:6 97:24
  138:16
  144:10
  146:22
  147:7

163:17
165:10
175:10
section
24:4 53:23
  53:23 69:10
  121:4,13
  124:7,8
  150:11
secure
84:24 112:15
  120:5,7,12
  164:2
securing
85:5
security
5:18,22 10:2
  10:6 13:6
  74:7,8,9,21
  74:21 75:2
  76:3,5
  115:24
  130:10
  134:7 144:8
  159:19
  162:21,22
  165:17
see
8:19 16:3
  41:1,3,13
  44:24 65:7
  86:20 109:9
  124:7 132:8
  134:18,23
  139:1,11
  140:17
  145:4
  166:18
  175:22
seeing
21:15 33:18
  63:7 160:7
seek
30:11 33:3
seeking
26:18 163:22
seeks
3:17 4:11

seen
8:18 58:4
  81:21
  109:14
  131:9,14
  138:9
  139:15
  143:19
  152:8,11
  156:12,16
  156:18
  166:19
  170:22,25
segment
109:16
segments
108:20
  119:24
Seguin
121:12
select
142:12
self-govern
90:15
self-inte...
153:21
senator
3:8
send
133:22 136:3
  140:2,3
  141:12
senior
150:18
  166:10
  170:17
sense
88:14,16
  106:6
  119:24
  129:10
  130:1
sent
9:2 46:9
  147:7
sentences
111:8
separate

96:16 129:4
  129:23
separated
96:16
separating
40:8
separation
39:23
September
64:17 66:22
  70:19,21
  71:13
serious
15:7 156:19
seriously
13:11 39:9
serve
5:13 43:4
  58:24 59:9
  60:16 61:5
  61:9 149:14
  150:20
  152:5
  155:12
served
8:16 83:20
  120:13
serves
149:22
service
63:11
services
37:24,25
  173:17
  178:5
session
10:16 61:16
  78:19
  129:24
  147:23
set
26:11 100:7
  127:23
  129:20
seven
18:7 62:12
severely
116:22,25



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

House Elections Committee Hearing

February 28, 2007

216

shape
99:3 153:16
share
38:25 84:3,6
shared
60:14 63:6
125:21
sharpened
17:13
sheet
112:23 118:2
sheets
20:4 96:12
109:17
short
2:11 87:21
Shorthand
177:5
show
11:10 15:1
16:1 17:6,6
22:17 25:15
54:8 61:18
63:8 67:14
67:18,22,25
71:4,14
72:3,5,18
107:25
108:8,17
124:1
132:21
157:15,25
166:11
169:16
173:9,23
showed
88:23 104:16
118:8
showing
2:4 58:22
59:9 60:15
71:15 80:1
104:16
107:3 163:6
shown
21:11,25
23:8,9,11
38:9,10,11

38:12,13,14
38:15,16,16
38:18,19
51:1,4
168:22
shows
37:17 104:9
109:17
153:6
163:10
shut
43:13
siblings
86:6
side
80:14 113:1
153:4
155:17
sign
11:23,25
12:5,10
23:19 77:16
134:12
158:4
159:20
signature
13:4
signatures
132:3
signed
12:4 138:22
157:20
significance
13:21
significant
2:15 13:21
36:13 82:17
113:14
127:6,7
significa...
110:4 163:25
signing
153:10
157:22
signs
29:19
similar
75:25 77:22

simple
23:24 35:9
67:20 96:5
148:17
simply
6:20 7:18
10:17 47:7
61:10 67:10
68:16,18
71:15 88:12
sincere
86:8,9,9
single
36:16 93:23
163:1
173:16
sir
9:11 11:13
11:14 12:19
12:20 18:12
21:8 26:5
28:19 34:1
56:9 87:15
91:3,15
93:7 94:4,7
94:25 95:6
95:16,19
98:5 101:24
105:11
107:22
123:17,21
123:25
sit
132:12
site
43:4
sites
42:22,23
43:14,15
sitting
17:10
situation
5:3 19:6,6
19:12 30:9
32:22 33:3
78:6
situations
30:2

six
40:11 53:19
54:3 62:11
62:12 69:9
115:23
116:1
size
173:18
Skipper
51:5,7
slam
88:23
slept
14:8,9
slightly
76:15 106:6
slippery
13:16 17:25
20:18
slope
13:16 17:25
20:18
small
2:11 65:22
73:3,5
109:17
112:12
118:1
160:15
smaller
39:17
smiling
41:4
Smith
98:24
Social
5:17,22 10:2
10:6 74:7,8
74:9,20,21
75:2 144:8
159:19
162:21,22
165:17
society
67:20,22
solid
9:10
solution

145:2,5
147:10
solve
36:9 44:9
solved
167:4
solves
97:22 109:13
127:17
somebody
2:12 3:24
44:3 98:22
118:19
132:20
141:21
166:7
173:14
someone's
99:18 155:20
157:1
son
156:23
Sonia
50:17
soon
11:19
sorry
12:8 44:16
46:5 65:25
66:15,15
70:19 75:17
95:25 105:4
117:23
135:20
140:13,22
156:24
162:3
sort
10:19 19:24
34:9 73:17
115:5 120:5
122:22
136:25
146:22
sounded
106:21
sources
54:7



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00205226

House Elections Committee Hearing                    February 28, 2007

217

south
68:25 120:24
southeast
148:24
southern
120:7
southwest
148:14,22,24
  148:24
  149:6,7,9
  149:16
  151:9
  155:23
space
39:13
speak
2:9 4:23
  50:13 52:11
  53:16
  161:18,19
  165:6
SPEAKER
7:24 8:2,12
  8:21 9:7,12
  50:24 58:9
  72:7 141:5
  141:10,16
  158:21,25
  167:6
speakers
159:11
speaking
46:5 50:20
  102:16
  131:10
  159:5
special
62:18 109:3
  175:20
specialist
161:4
specialty
100:12
specific
9:9 67:19
  118:1 162:8
  167:12
specifically

4:9 73:23
  87:24 90:1
  163:15
  165:23
speech
90:10 122:25
spend
131:11
spending
130:22
spent
69:19 175:23
Sperry
38:15 159:2
  159:4,5
spirit
151:11
split
14:6,17
spoke
112:19
staff
45:9 46:2,15
  54:23 96:8
staffs
46:9
stage
7:2
stamp
130:2
standard
106:18,24
  107:6,6
  109:11,12
  128:4
standards
57:1,9
stands
11:2
start
36:12 38:9
  76:1 86:22
  104:12
  112:15
  132:13
started
30:6 131:20
  132:2

142:14,15
starting
38:8 66:21
state
2:3 3:5 4:13
  4:16,21
  5:20 6:2,10
  6:15 8:24
  9:2 10:17
  12:19 13:13
  13:18 14:1
  15:3,8,23
  16:12 17:9
  18:10,11
  19:1,10
  20:6 22:5,6
  22:6 25:21
  35:12,16,25
  36:14,15,17
  36:20 37:5
  37:7,8,18
  38:1,3 39:5
  42:2 43:24
  44:25 45:4
  45:8,10,10
  46:12,14,16
  46:16,16
  47:23 48:14
  48:20 49:15
  49:15,20,22
  50:1 51:5
  51:12,18
  52:9,10
  53:25 54:10
  54:19,22,24
  54:24 55:21
  62:20 65:5
  69:17 76:6
  77:10 78:18
  78:19 87:13
  89:6 96:18
  97:24
  100:22
  108:9
  114:11
  115:4
  116:10
  124:23

126:17
127:25
128:3
130:24
138:16
144:10,23
144:23
145:15
146:22
148:7
156:17
158:22
162:20
163:3,18
164:3
165:10,20
170:4 171:6
173:18
175:11
177:2,6
stated
53:22 55:9
  89:22
  108:15
  109:11
  110:17
  126:10
  152:9 153:8
  175:12
statement
134:21 136:1
  136:5 151:3
  163:8
  167:25
  168:1
statements
111:5
states
3:6 4:25
  13:9 18:7
  19:14 21:22
  21:24 22:1
  22:14,20
  35:21 40:5
  67:16 69:8
  69:9 77:22
  77:22,25,25
  94:16

105:20
113:24
116:21
120:7,7
127:4 130:5
149:3 150:8
150:12,17
151:1
155:15
158:3 163:2
167:23
171:1
state's
6:18,24 45:6
  51:24 52:2
  147:7
state-wide
35:13,14,24
  54:1 55:16
  55:17
  124:15
  162:15
  163:25
  165:15
  175:5
stating
102:7
statistic
41:16
statistic...
118:22
statistics
41:9 115:20
  133:4
  143:18
  168:22
stats
171:1
status
59:20 129:20
  129:25
  130:5,6,8
  130:12
  133:23
statute
67:7
statutory
57:1



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007556

House Elections Committee Hearing                    February 28, 2007

stay
33:2 45:22
125:22
154:10
staying
38:6
steal
166:8
step
11:1 33:3
155:4
Stephen
38:8
steps
149:19
150:19
stolen
99:18 131:15
132:24
151:5
stopped
168:25
store
88:18 160:8
stories
13:25 19:22
19:22,23
76:2 135:21
136:13
Storm
86:12
story
60:10 63:6
Street
177:11,17
strength
87:25
strictly
9:19
strong
149:8
struck
78:2 100:21
100:24,25
structure
43:3
struggled

120:12
student
77:13
students
15:15 108:25
studied
145:3
studies
175:2
study
113:23
130:15
137:15
stuff
48:9 74:18
stuffing
98:1 99:2
sub
13:17
subject
141:20,22
submission
66:23
submit
77:7,19
124:6
submits
150:9
submitted
66:24 124:3
158:17
175:16
177:16
substantial
16:11,24
19:25 44:1
substanti...
22:1
substantiate
20:2
substitute
2:9 12:14
21:14 22:22
23:9,10,12
23:14 34:3
34:3,12,23
suburban

14:3,17,18
14:18
successful
100:15
sufficient
45:9 46:15
54:23
104:11
116:11
suggest
40:18 54:20
83:23 123:7
137:1
suggested
6:6 22:13
28:10
146:20
suggesting
129:3 153:20
156:8
suggestion
22:18
suggestions
54:9
suitable
43:3
Suite
178:6
summoned
59:10 60:16
63:8
summons
133:7,18,25
134:5
super
41:23 42:6
42:22,23
43:4,13,15
43:19 44:7
superinte...
40:11
support
49:18 88:25
101:25
148:2
151:21
supported
103:14 162:7

Supporting
89:13
supposed
27:6 47:7
72:13 75:11
144:6,8
165:15
suppress
151:22
154:13
suppression
121:9 124:5
Supreme
62:18,23
76:6 78:10
78:11
100:18
149:2
sure
3:22,23 6:9
12:1 15:4,5
24:18 36:6
37:17 42:13
43:16 55:19
76:14 84:10
84:24 85:7
85:7 88:6
93:25 96:6
96:11 97:6
105:7
106:21
112:14,22
114:2,24
115:10
116:17
128:6
133:24
141:8,18
142:18
143:1,24
148:4
149:21
155:8,24
165:18,21
167:24
168:2,3
175:19,25
surprised

115:1
survey
167:13,16
171:10
175:5
survived
82:14
Susan
23:9 38:10
suspect
81:18
Suzy
46:25 158:14
158:16
SVREP
150:2
swear
12:11
swing
97:2 101:2
swings
109:12
swung
112:17
sympathize
39:20
system
8:17 18:15
65:2 68:11
73:18 90:16
96:25
127:14
136:9
144:20
153:22
156:12
160:16,18
164:10,20

| T |
|---|
table
160:7
Tafoya
38:18,18
tail
85:16
take
11:1 21:6



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00205228

35:3,4
36:10,22,22
37:2 41:11
42:3 44:21
46:14 66:21
115:23,25
125:4 128:9
136:6
146:20
147:6
149:18
151:17
160:17
162:21,22
169:24,25
173:13,14
**taken**
43:20 58:25
59:2 163:8
173:9
177:22
**takes**
12:13,13
58:16,21
79:6 93:24
**talk**
19:24 40:19
70:11 87:23
93:18 97:25
98:19 101:3
101:6
105:25
118:2 141:7
**talked**
16:10,11
19:21 97:12
98:6,11,12
112:6,23
154:23
**talking**
9:17 20:17
55:14,20
75:24
111:15
112:21
115:17
119:15,17
124:11

144:1 154:3
154:4 163:2
171:1,12,12
172:19
**Talmadge**
65:24
**tantamount**
78:5
**tape**
44:14
**targets**
163:22
**Tarrant**
53:1 173:3
**task**
24:20 62:19
62:23
**taste**
22:25
**tax**
65:9 78:5
110:21
111:20
131:5,5,9
131:10
136:21
142:14,23
143:15
154:23
172:25
**taxpayer**
14:11
**TDL**
79:21
**teachers**
39:16
**technical**
63:23
**technology**
47:11
**television**
44:15
**tell**
8:15 13:19
14:1 16:23
16:23 17:2
17:3,8
23:18 32:17

33:6 69:4
76:3 82:3
82:15,20
85:18 87:14
130:25
131:8
132:14
134:9,13,23
134:25
135:9
142:13
165:10
**telling**
20:17 33:8
125:3 135:5
164:10
169:17
**temporary**
3:10 6:16
94:14,15
130:15
**tend**
52:18 73:24
**tension**
83:21
**Teri**
38:15 159:2
159:2,5
**terms**
35:23 44:2
68:4 97:7
**terrific**
42:25 83:3,3
**testified**
21:20 65:10
137:16
142:25
143:17
**testify**
11:12,18,24
12:9 21:13
23:7 33:18
44:13 50:19
53:10 87:10
87:12,22
95:23
122:24
138:1

142:24
163:13
**testifying**
12:14,16
16:6 56:15
105:6 131:1
136:20,21
143:14
147:2
**testimony**
5:6 7:15,17
12:11 13:22
16:6 20:22
21:17 23:11
25:16 26:1
34:22 35:7
38:9,10,11
38:12,13,14
38:15,15,16
38:17 45:18
45:24 46:24
46:25 47:8
49:4 50:15
50:17,20
51:1,2 53:2
70:7 73:9
89:8,20
90:5 96:1
96:13,15
111:2,4
113:11,14
127:19
130:20
136:16
152:4,24
155:9,11
158:18
160:20
163:6 164:7
170:12
171:5
**Texans**
3:7 67:11
73:10
168:12,13
**Texas**
1:1 2:8 4:12
5:13 8:5,22

13:13,18
14:1 15:3,8
15:23 19:1
20:6 24:20
25:18,23
26:2 35:16
35:18 47:3
49:14,15,16
50:20 51:8
51:24 64:22
65:3 66:2
67:3,10
78:4 81:15
83:18 87:18
88:10 89:1
94:13,15
97:9 98:9
98:10 101:1
108:1 109:1
109:21
111:18
112:25
114:19,19
116:11
117:16,19
123:24
124:5
125:25
126:3,3,12
126:13
127:2,8
129:18
133:14
142:23
144:6,7
148:21,23
149:18,25
150:3,7
151:18
156:17
157:21
159:8 161:7
161:12
162:12,16
163:6 164:3
167:11
169:21
173:18
175:19,20



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

House Elections Committee Hearing                    February 28, 2007

220

```
176:5 177:2
177:6,8,12
177:18
178:4,6
thank
2:6 4:2 5:6
 5:7,11 7:19
 7:20 9:12
 9:13 11:5,6
 11:7 16:1
 21:7,8,11
 21:16 22:25
 23:4,5,21
 25:3,21
 31:13 32:15
 33:5,12,14
 34:20,24,25
 35:1,8 38:4
 40:22 41:1
 45:24,25
 46:19,19,21
 47:2,16,17
 48:16,25
 49:2,9
 50:15,16,21
 51:22,23
 52:4 53:6,8
 53:12,13
 55:2 56:10
 56:21 58:11
 63:21 64:5
 64:7,11,12
 64:15,15
 70:5 75:8,9
 75:16,17,21
 80:4,6,15
 85:18 86:14
 86:17,18,23
 87:3,6,19
 87:19 89:16
 95:20,22
 96:6 105:5
 105:6
 106:21
 112:18
 115:9
 117:24
 122:3,5
 127:18

130:18,19
130:21
135:12
136:15,19
140:20
148:3,5
151:24
152:1,23
154:11,20
158:12,13
158:15,25
159:4,23
160:19,20
160:20
161:2 166:5
167:6
171:16
172:6
thanks
6:2 16:5
 20:21 33:17
 41:5 64:10
 89:20 94:2
 107:18
 130:22
 146:9
theft
131:13
theirs
144:17
theoretic...
173:7
they'd
3:15 9:21
thing
29:24 49:24
 50:3 51:17
 57:16 70:6
 73:3 74:25
 75:5 89:14
 92:8,9 93:6
 106:14
 115:15
 120:5,17
 131:12
 136:4
 145:17
 160:6

things
8:6,18 10:16
 12:25 13:14
 16:8 27:6
 45:20 54:13
 60:21 73:15
 73:22,22
 77:1 79:17
 94:24 97:11
 119:3 133:6
 144:4
 146:15
think
5:14 6:11
 7:2,16 8:5
 9:16 13:15
 13:22 15:20
 28:13 29:4
 30:11,20,25
 31:3,5 32:1
 33:8,10
 38:2 39:9
 40:9,10,17
 41:16 42:4
 42:5 43:19
 44:4,6,7
 47:22,25
 48:1 51:10
 52:16 57:16
 60:24 62:9
 66:5 67:19
 67:25 68:2
 68:6 69:7
 69:11,11
 70:15,15
 72:24 73:2
 73:5,18,24
 74:13 75:22
 78:23 79:7
 79:9,12,22
 79:25 80:17
 80:22 81:2
 82:16,20
 83:8,10,12
 83:13,16,16
 85:9 87:25
 88:2 89:7
 89:15,22,24

90:5 93:5,7
93:13,18
96:15,25
101:1,4
108:4 109:5
109:8 112:4
112:11,15
113:2,13
114:9
115:15
116:3
117:16,21
118:2
119:13
121:25
123:4,8
126:6,15,18
127:10,14
127:16
130:6
132:10
134:7 136:9
138:3,5
139:10,13
140:25
141:3
143:17
144:20,21
145:1,4,11
145:25
147:12,21
147:24
154:21
155:9,19
156:18,19
157:13
163:5
164:15
168:6,15,20
168:21,22
170:12
172:9 174:1
175:24
thinking
10:13,23
 42:5,5,15
 44:5 45:15
 152:18

third
25:7 56:4,5
89:6 92:8,8
110:16
122:16
132:9
138:10
142:4,7,8
Thomas
1:23 177:5
178:4
thought
8:15 30:24
 32:20 53:2
 59:1 70:25
 70:25 71:7
 154:1
thousand
109:19 149:1
thousands
109:19
119:25
121:18
three
2:18,18
13:24 20:3
20:4,5 23:6
23:19 26:12
30:4 35:3
44:11 52:5
56:6,15
73:22 75:24
78:6 87:9
87:12 88:24
96:1 97:3
114:9 131:1
154:12
157:12
158:15,20
158:23
160:23,24
167:2
169:24
172:5,6
174:18
thrilled
39:8
thrust
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

167:2
**tie**
144:2
**tie-in**
43:15
**Tim**
160:24,24
**time**
2:12 5:19
8:16 15:9
23:14 32:3
45:15 47:11
48:6 50:9
51:12 52:16
52:20 58:14
59:6 64:23
64:25 69:19
70:18,20
71:9 83:17
92:16,16
96:24 99:16
103:4,5,9
103:17
108:23
111:13,21
111:23
112:1 113:3
113:5,6
115:25
116:2
121:13
124:5,10
126:1 134:4
143:23
146:16
147:18
148:11
150:19
152:21
157:1,8
173:25
174:3,8
**TIMER**
2:1
**times**
30:4 60:21
112:6 133:1
134:9 143:8

154:15,19
**timing**
118:25
**Tim's**
170:12
**Tina**
5:9,12 87:13
87:13,16
**tobacco**
67:24
**today**
16:7 23:23
25:6,10
67:20 72:4
72:14 73:9
75:20,23
84:22 90:5
90:12 91:1
104:11
105:7
107:14
108:11
122:9 123:2
131:4,10
136:16
137:12,17
159:7,11
**Todd**
66:6
**told**
143:4
**Tom**
2:7
**tomorrow**
171:10,21
**ton**
76:2
**tonight**
75:11 94:8
163:5
**tool**
42:25 48:11
**total**
110:4
**totally**
83:4 90:24
90:25 125:5
**tough**

92:16,16
**tougher**
83:17
**town**
43:1,10
75:10
**tradition...**
35:16 168:24
**trail**
43:17
**trails**
105:8
**training**
99:23
**transactions**
67:21
**transcribed**
1:23 177:10
177:14
**transcript**
177:16
**Transcrip...**
176:6
**translate**
118:12
**transport...**
172:12,14
173:5,8,10
173:15,21
**trash**
51:14
**travel**
100:2,3,4
**traveling**
95:11
**travels**
116:23
117:10
**Travis**
38:23 177:1
**treading**
69:7
**tremendous**
113:2 121:23
123:12
**tried**
117:6 125:19

**triple**
84:13 85:14
**trouble**
82:22 91:16
137:12
150:17
**troublesh...**
118:24
**true**
12:12 19:23
59:3 61:25
62:1 105:19
159:5
**truly**
10:17 42:11
132:24
153:12
**truth**
12:12,13
**try**
30:11 33:3
56:24 87:20
114:2
121:14
133:21
135:21
**trying**
24:18 32:17
33:2 41:25
73:17 83:20
86:10 91:14
91:18 92:14
93:1 115:24
120:7 130:7
134:10,14
135:6
142:17,19
154:17
163:13
167:3
168:19
**tuned**
160:2
**turn**
15:18 22:1
133:19
**turned**
15:15 118:10

118:15,17
118:25
121:18
123:16
137:19
138:15,25
139:4
141:11
142:19
144:10
**turning**
132:14
**turnout**
35:17,18,23
35:24 36:4
40:4 112:8
118:14
**twice**
14:14,16
122:22
**two**
14:2,4,5,6
17:12 26:8
53:20 54:4
54:7,13
55:21,23
56:7 57:7
63:6 71:12
77:1,7,24
79:17 81:23
96:14,16
111:4,7
123:4,5
129:3
131:19,22
132:25
134:10
135:21
147:15
155:10
166:17
170:15
**two-year**
55:21,23
**type**
13:25 20:4
67:19 68:18
81:3 86:2,2



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

House Elections Committee Hearing                    February 28, 2007

222

```
97:25              undocumented       151:7              147:14             165:10,16
119:21             101:7,9,15         uphold             171:19             166:4 170:5
142:9              153:13,16          150:23             validate           verifying
147:14             153:20             upwards            133:21             57:21 58:18
163:20             154:7,25           73:9               valuable           version
171:6              155:1              up-to-date         82:17              52:5
types              undue              164:2              VAN                versus
98:1 173:2         149:23,25          urban              172:21             73:18 119:19
typically          unexpired          47:3 52:23         Vanhoose           149:3
28:1 54:1          77:5,10            88:13              160:25 161:2       vested
142:2,4            unexplain...       urge               161:3,14,18        153:21
                   118:18             151:21             162:5              veterans
───────U───────    unfair             157:12             164:12,14          84:20 85:22
unable             111:19             urges              164:22             85:23,23
123:5 127:4        unfortunate        149:17             165:9,13           86:11,11,12
unacceptable       49:24              use                166:13             86:12
126:4              unfortuna...       34:10 43:8         167:5,7,21         vice-chai...
unaware            8:4 49:22          62:13,14           168:8,15,20        45:13
118:3 147:4        61:5 132:8         103:5,6,22         169:5,11,14        vice-pres...
unclear            unfunded           108:18,23          169:20             148:14
27:2               145:14             109:3,6,7          170:3,9,14         video
uncommon           UNIDENTIFIED       111:7              170:19,22          88:18
14:14              7:24 8:2,12        159:16             171:7,15,17        Vietnam
unconstit...       8:21 9:7,12        166:11             171:24             85:22 86:11
172:24             50:24 58:9         172:20             172:4,7            violate
underground        72:7 141:5         173:7              173:12,12          149:11
154:10             141:10,16          usually            varies             violates
undermined         158:21,25          73:25 108:19       41:17              121:13
111:15             167:6              142:12             various            violation
undermining        unions             utility            78:21 155:11       29:18 110:20
111:14,17          49:16              3:16,20 4:7        Vehicles           Visas
112:3,13           unit               4:9,15,21          162:24             130:13
underpinning       175:20             86:4 94:14         Velasquez          visit
90:15              United             99:10 151:3        148:22             169:10,12
understand         94:16 113:24       169:23             venture            Vital
6:9 22:22          116:21                                74:2               115:20
51:9 52:14         120:7 127:4        ───────V───────    veracity           Vo
55:20 62:24        130:5 149:2        vacation           13:11 15:22        65:24,25
107:2 130:4        150:8,16           131:11,11          18:5 19:2          voluntarily
135:4              units              valid              verification       5:21 10:5,9
153:10             44:25 45:4         4:5,8,21,21        13:5 66:21         10:25
161:16             universe           68:2 70:22         66:22 67:4         voluntary
168:10,11          151:14 173:6       77:10 108:1        verified           5:14 7:5
172:8              University         108:9,9            13:21              9:18,19
177:15             48:5               116:21             verify             volunteer
understan...       unrelated          126:3              6:5 18:5           87:18 138:10
71:11 165:14       24:7,12            136:11             20:19 57:1         138:19
165:25             updated            142:19             67:9 162:23
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007561

TX_00205232

House Elections Committee Hearing                February 28, 2007

223

**volunteers**
142:20
**vote**
2:13,25  3:10
  3:17  4:11
  5:4  8:10,10
  14:4,12,13
  14:16  15:4
  15:10  16:1
  20:20  22:9
  22:10,14,21
  22:25  35:11
  41:9  42:10
  49:23  50:11
  57:5,6,9,19
  58:14,17,22
  61:2,13,18
  61:24  64:24
  65:4,6  66:5
  66:10,17
  67:6,14
  68:17,19
  69:1  71:5
  71:13,18
  72:10  73:21
  74:12,17
  75:5  76:10
  76:16,18,21
  77:3,7,17
  77:18,24
  81:25  82:7
  82:9  83:7
  83:11,14
  85:9  88:2,5
  88:6,14,19
  89:3,7,12
  89:13,23
  90:11,11,15
  90:23  91:11
  91:15  92:9
  92:17,19
  93:2,22,22
  96:21,24
  97:15,17
  98:14,20
  99:11  100:5
  101:4
  102:12,17

102:21,23
103:5,10,18
103:18,21
103:23
104:2  107:4
107:12
108:14
110:23
112:9,14
113:20
116:1,5
119:2,19
120:4,8,13
120:18
121:24
125:2  126:5
127:24
128:6  129:9
129:15
131:16,23
132:7,23,24
135:7,25
139:13
141:3  144:3
147:1
148:18
149:13,24
150:16,23
151:17
152:13,16
153:6,10
154:5,8
155:13,25
155:25
156:4,4,4,6
156:14,15
156:22
157:1,16,23
157:24,24
158:6  159:9
159:11,16
160:3  161:3
161:5,23
162:6
163:14
164:25
165:6  166:7
166:11
167:20,22

168:3  169:1
169:7,22
171:14
174:2,12,15
174:17
175:7
**voted**
108:22
113:21
131:25
134:15
140:25
141:21
143:8
147:24
156:6  164:9
164:19
168:13
**voter**
2:10  4:13
  5:17  7:25
  8:3,11,13
  8:22,24
  10:1  13:10
  13:16,18,19
  13:20,25
  15:11,11,18
  16:13  17:1
  17:11,17,20
  17:24  18:2
  18:7,11
  19:25  20:7
  20:9  21:20
  21:21,23
  22:7,12
  35:17,18,23
  49:21,25
  56:23  57:3
  57:4,6
  58:25  60:9
  62:6,8,15
  63:1,13
  65:10,13,17
  67:6  68:18
  69:2,11
  70:8  71:5,8
  71:10,19
  72:3,13,20

74:17  75:24
79:8,12,14
79:16,19
86:1  88:5,7
90:2,4
91:19  92:24
92:25  93:1
93:5,12
96:12,15,23
97:1,1,9,9
97:10,14,18
97:20,21,23
98:1,3,15
98:16,17,20
98:21,23
99:2,4
100:9,14
102:9,13,17
102:22,23
103:1,7,8
104:1,4,5,6
104:12,17
105:20,23
106:4,7,18
106:25
107:16,24
108:7,16,19
108:22
109:3,14
110:2,16,21
112:7,8,11
113:1
117:17
118:14
119:15,17
120:23
121:2,9
123:12,19
124:4,22
125:4,5,6
125:19,22
125:24
126:2,6
127:10,13
127:17
128:13,15
131:12,15
131:17,18
132:1,9,12

132:13
133:14,20
133:21
134:6,19,24
136:3,11
137:11
139:13,17
140:1,5
142:3,9
143:3  144:3
144:9,14,24
144:25
147:3,9,20
148:14,22
148:25
149:4,10,14
150:7,14,15
150:22,22
150:23
151:5,5
152:6
154:14,17
155:23,24
156:8
157:20,21
159:14,24
160:7
162:19,25
163:18,21
163:25
164:19,23
165:3,7
166:4,7,9
168:23
174:11,11
174:13,24
174:25
175:3,13,14
175:18,21
175:24
**voters**
2:11  4:24
  14:14  15:19
  18:4,5  19:2
  35:19,20,22
  39:15,19
  40:8  41:11
  42:7  57:20
  61:17  62:16



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_007562

TX_00205233

House Elections Committee Hearing                    February 28, 2007

224

```
63:17 67:8        57:24 58:1       walk             war              42:11
67:13 68:14       58:14 63:17      110:18           13:25 19:22      weekly
70:25 88:11       63:24 64:25      118:22           19:22 82:8       134:23
88:24             67:11 68:3       walking          84:20 85:15      welcome
101:15            69:10 72:20      39:21 92:23      85:22 86:11      40:24 47:19
109:20,24         76:15 79:8       Wallace          warning          95:22
110:14            83:17 85:25      51:5,5,7,23      11:5             went
111:19            88:6,19          wallet           wasn't           15:12 74:6
118:3,10          96:23,25         151:5            9:18 44:20       74:22
119:25            98:16,18         Wal-Mart         83:9 96:11       100:17,18
121:9 122:2       99:1 101:7       43:4             98:15            100:24,25
124:15,21         101:10           want             101:14           121:6 143:7
131:21            106:11           3:24 8:8         116:20           157:17
143:11            110:1,22         12:5 14:1        146:17           weren't
148:23            111:9 112:7      16:8,23          wasted           28:20 38:1
149:6,8,9         118:19           22:10 26:19      45:15 46:5       50:10 60:19
149:16            119:11,12        27:10,11         watched          91:17,19
150:2,5,13        119:21           32:1,17,18       155:4            98:14
150:21            121:5,11,13      32:18 40:11      water            124:17,17
151:4,9,14        123:2 124:4      40:19 44:11      88:19            124:19
151:19,22         125:6 128:2      44:13,16         way              West
152:11            128:19           45:19,22,23      15:1 17:2        177:11,17
153:1 156:5       135:1,2          49:5 53:16       19:2,3 29:4      we'll
158:18,23         147:3            61:3 84:1,1      34:9,10          11:18 21:6
162:2             148:25           84:10,24         35:23 43:25      34:22 40:13
163:24            149:12,12        92:24 105:7      45:21 55:9       56:14 69:8
164:3 171:5       149:20           111:8           55:10 66:2       73:8 86:22
176:5             150:5 151:8      115:15,21        67:8 69:9        111:5
voter's           151:13,14        117:25          79:1 88:2        we're
88:15 151:12      152:25           125:22,23        99:3 108:13      7:1 17:25
votes             159:12           128:5,5         125:11           18:1,1,2
2:17 57:16        160:10,10        137:25          131:11           24:18 29:10
58:2 62:25        161:6            142:3           153:16           30:19 35:2
66:3,5,8,9        163:23           144:22          158:3,6          39:8,9,9
66:10,16          164:24           155:21          160:4,18,23      42:22 47:7
73:4 110:4        167:24,25        165:9           163:4            47:12,13
160:22            168:11           wanted          164:20           55:13,20
175:8 176:2       169:25           9:15 19:19      166:11           56:11 69:7
voting            171:18           26:8,9 27:2      172:16           75:24 79:13
4:25 14:23        175:7,9          28:21 30:11      ways             90:1 92:15
15:3,8            176:2            45:14 54:2       8:18 77:3        92:25
17:11 20:1                        61:4 69:22       117:15,19        104:14
21:11 35:10       ___W___          101:3           159:9            107:14
39:24 41:7        Wait            106:21           weaknesses       115:11
41:12,15,20       107:20          107:14           156:11           116:7
41:24 42:7        waiting         122:23           website          117:21
42:9,12,14        34:23 89:21     wants            134:17           119:16
57:13,14,17       146:19          27:9 73:3        weekends         132:4
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00205234

House Elections Committee Hearing                    February 28, 2007

133:23
154:3,4,5
156:19
168:18
**we've**
14:2,15
21:18 30:7
48:5 60:23
69:23 75:17
75:23,24
79:13 97:7
110:17
117:6
119:10
122:22
124:2
129:22,22
141:13
163:5,12
167:23
**whack**
79:13
**what-have...**
3:8
**When's**
124:10
**whichever**
54:7
**whine**
82:18
**whining**
83:8 84:9
**white**
66:6 111:20
149:23
151:22
154:14
**widespread**
19:25,25
121:8,24
166:19
174:23
175:2
**William**
148:22
**Williams**
163:18 168:1
**willing**

157:23
**Wilson**
177:11,17
**Wisconsin**
19:18
**wisdom**
85:10 149:21
**wish**
23:7 66:15
133:8
161:15
**wishes**
21:13 30:21
53:10
**withdraws**
23:14
**witness**
20:24 23:6
25:18 69:21
137:24
140:20
**witnesses**
11:12 21:18
38:8 44:10
44:14 54:9
56:15 86:23
86:25 123:5
**woman**
143:5
**women**
75:10 82:13
83:5,19,23
110:8
158:18,23
**won**
148:25
**wonderful**
23:19 39:5
**wondering**
25:11 129:7
**Woodford**
46:25 158:15
**word**
24:17 28:16
36:23 37:3
46:14 76:10
142:4
**worded**

55:11
**words**
33:23
**work**
34:8 36:7
39:6 40:19
43:6 51:19
52:6,17,18
53:4 119:1
124:25
170:23
**workable**
147:10
**workday**
52:7
**worked**
51:16 58:4
166:2
**worker**
47:9 153:20
**workers**
36:4,9 39:15
47:10,10,12
52:11 150:6
153:1,4
**working**
37:8 38:1
49:14,17
50:10 53:15
132:4
154:10
156:20
163:7,11
**works**
70:16 109:8
117:20
127:14
**World**
84:20 85:15
85:22 86:11
**worry**
43:9 73:21
74:3 81:23
92:21 93:14
**worse**
52:22 75:10
**worth**
46:4 76:16

76:17
147:22
**wouldn't**
37:11,11,25
79:14,16
91:16 117:4
153:16
**writing**
33:9
**written**
29:5,21
30:12
**wrong**
107:8 164:24
**wrongful**
119:21 122:2
**wrote**
76:6 131:4
**Wyoming**
19:7
**Wyoming's**
22:6

---

**X**

**x-ray**
117:13

---

**Y**

**yeah**
12:6 18:20
21:3 36:19
44:18 62:10
81:1 90:9
103:15
121:21
127:20
142:6 145:3
146:5 155:1
165:12
173:12,22
**year**
8:22 15:9
30:6,6
40:12,14,25
41:14,14
56:7 65:25
88:10
121:19

133:7
143:13
147:15
171:19
**yearly**
30:5
**years**
8:16 15:10
51:12 55:25
60:24,25
62:11,12
63:6 72:21
85:25 119:4
150:13
153:9
156:16
166:17
172:5,6
175:12
**yelling**
131:24
**YMCA**
2:13,16,23
3:11,15,20
**York**
112:6
**young**
83:5
**Ysidro**
38:17

---

**$**

**$1,541,848**
175:23
**$100,000**
146:2
**$200**
113:13
**$210**
115:22
**$22**
115:20
**$23**
115:19
**$25,000**
171:19

---

**0**



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00205235

**000004**
175:8
**00001**
110:5
**001**
176:4,5
**05**
63:10 65:14
**06**
167:4
**07**
66:22
**08**
67:2

---
**1**
---

**1**
163:17
**1st**
70:19,21
 71:13
 164:12
 167:4
**1,700**
30:3
**1,800**
48:9
**1:18:28**
2:1 177:9
**10**
15:10 60:25
 76:17 79:6
 156:16
 175:12,23
**10,000**
133:7
**100**
178:6
**101**
56:19 75:19
 75:24 76:9
 115:18
 149:8,17,25
 151:9
**103**
85:24
**11**

**113:24 114:6**
**113**
15:18
**12.9**
88:11
**12/31/12**
178:4
**126**
6:24
**1290**
1:6 23:17,24
 33:18
**13**
15:19 175:24
 176:1
**13.102**
150:12
**14**
51:12 52:7
 175:25
 176:1
**14th**
177:11,17
**147**
66:10,16
**15**
171:18
**15-hour**
52:7
**150,000**
145:10
**16-year**
155:5
**163**
68:9
**17**
15:10
**18**
15:9,15
 167:16,18
 167:19
 170:11
 171:5,7,13
**19**
77:22
**1950**
120:6

**1980**
48:5
**1986**
124:6
**1989**
76:5
**1992**
143:9
**1998**
35:17

---
**2**
---

**2**
73:9 109:18
 118:3,8
 119:18
**2.3**
148:23
**200**
14:22 78:16
 149:5
**2000**
17:9 35:19
 70:19
 121:19
 143:13
 148:24
 172:1 178:6
**2001**
36:2
**2002**
35:21 175:7
**2003**
63:10 65:14
**2004**
8:25 35:22
 124:20
 175:7
**2005**
64:17 65:11
 143:1
 146:19
 167:14
**2006**
65:9 114:1
 118:13
 163:17
 164:12

**167:14**
**168:12,13**
175:23
**2007**
1:3 44:22
 45:3 70:17
 70:21 71:13
 73:1 177:8
**2008**
146:20
**2012**
1:25 177:17
 178:1
**209**
177:11,17
**21**
81:21 113:24
**218**
1:6 56:16,17
 111:7,7
 112:16
 149:8,17
 150:1
 151:10
**22nd**
65:9
**24th**
110:20
**254**
6:24
**265**
2:5 12:15
 21:14 23:9
 23:10,12,15
 23:15 94:9
 102:1
 103:12,13
 103:16
 107:15,17
**266**
1:6 35:5,5
 53:10
 115:19
**270**
30:6
**28**
1:3 177:8
**283**

**178:5**
**29**
44:22 45:3

---
**3**
---

**3,742**
143:11
**30**
1:25 4:10
 66:5 72:20
 124:20,23
 124:24
 125:1
 177:17
**30th**
3:17 178:1
**300**
14:19,19
 63:14,14
**300,000**
145:10
**303**
65:16
**32**
150:13 153:9
**328-5557**
178:7
**33**
66:3
**34th**
35:19
**34,000**
66:8,9
**35**
65:12 134:5
 143:2
**39**
35:18

---
**4**
---

**4**
111:6 176:2
**4th**
160:9
**4.6**
161:6,11
**4:36:31**



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

```
    2:1 177:10        62                119:19
40                    35:20            _____
  72:21 85:25         626                     9
    88:9 176:4        1:6 56:18        _____
41                      64:14 67:18    9
  63:10,16            149:8,17         13:24
  65:19              150:1            9,079,728
43rd                 151:10            175:8
  35:21              63.0101          99.9
44                    151:1            79:20
  35:22              662.033B9
45th                  53:23
  35:18              683
48th                 143:11
  35:23            _____
49                          7
  30:6             _____
_____     7
        5            81:21
_____    7-Eleven
5                    43:5
  69:10 121:4       7-year
  121:13             155:4
  124:8 146:1       70,000
  146:3              66:9,17
5,000               75
  10:15              134:14
5-day               78701
  77:21              177:12,18
50                     178:6
  8:24 35:21        79
  72:21 85:25        101:11
  109:24            7990
  119:20             178:4
  156:17           _____
50/50                      8
  2:20 41:10       _____
512                 80
  178:7              148:25
5733                80,000
  24:4               118:12
_____    82
        6            88:24
_____    85
6                    115:20
  175:23            88
60                   89:3
  109:24            88,000
60s                  118:14
  13:7
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00205237

By:  Brown of Kaufman, Berman, Bohac, Riddle,          H.B. No. 218
     et al.


A BILL TO BE ENTITLED

1                              AN ACT

2    relating to requiring a voter to present proof of identification.

3         BE IT ENACTED BY THE LEGISLATURE OF THE STATE OF TEXAS:

4         SECTION 1.  Section 63.001, Election Code, is amended by

5    amending Subsections (b), (c), (d), and (f) and adding Subsection

6    (g) to read as follows:

7         (b)  On offering to vote, a voter must present to an election

8    officer at the polling place the voter's voter registration

9    certificate and either:

10             (1)  one form of identification listed in Section

11   63.0101(a); or

12             (2)  two different forms of identification listed in

13   Section 63.0101(b) [to an election officer at the polling place].

14        (c)  On presentation of the documentation required by

15   Subsection (b) [a registration certificate], an election officer

16   shall determine whether the voter's name on the registration

17   certificate is on the list of registered voters for the precinct.

18        (d)  If the voter's name is on the precinct list of

19   registered voters and the voter's identity can be verified from the

20   proof presented, the voter shall be accepted for voting.

21        (f)  After determining whether to accept a voter, an election

22   officer shall return the voter's documentation [registration

23   certificate] to the voter.

24        (g)  If the requirements for identification prescribed by

H.B. No. 218

1   Subsection (b) are not met, the voter may be accepted for

2   provisional voting only under Section 63.011.

3       SECTION 2.   Section 63.006(a), Election Code, is amended to

4   read as follows:

5       (a)  A voter who, when offering to vote, presents a voter

6   registration certificate indicating that the voter is currently

7   registered in the precinct in which the voter is offering to vote,

8   but whose name is not on the precinct list of registered voters,

9   shall be accepted for voting if the voter's identity can be verified

10  from the proof presented.

11      SECTION 3.   Section 63.007(a), Election Code, is amended to

12  read as follows:

13      (a)  A voter who, when offering to vote, presents a voter

14  registration certificate indicating that the voter is currently

15  registered in a different precinct from the one in which the voter

16  is offering to vote, and whose name is not on the precinct list of

17  registered voters, shall be accepted for voting if the voter's

18  identity can be verified from the proof presented and the voter

19  executes an affidavit stating that the voter:

20          (1)  is a resident of the precinct in which the voter is

21  offering to vote or is otherwise entitled by law to vote in that

22  precinct;

23          (2)  was a resident of the precinct in which the voter

24  is offering to vote at the time that information on the voter's

25  residence address was last provided to the voter registrar;

26          (3)  did not deliberately provide false information to

27  secure registration in a precinct in which the voter does not

2

H.B. No. 218

1  reside; and

2         (4)  is voting only once in the election.

3       SECTION 4.  Section 63.008(a), Election Code, is amended to

4  read as follows:

5       (a)  A  voter  who  does  not  present  a  voter  registration

6  certificate when offering to vote, but whose name is on the list of

7  registered voters for the precinct in which the voter is offering to

8  vote,  shall  be  accepted  for  voting  if  the  voter  executes  an

9  affidavit stating that the voter does not have the voter's voter

10 registration certificate in the voter's possession at the polling

11 place at the time of offering to vote and the voter's identity can

12 be verified from the proof presented [voter presents proof of

13 identification in a form described by Section 63.0101].

14      SECTION 5.  Section 63.0101, Election Code, is amended to

15 read as follows:

16      Sec. 63.0101.  DOCUMENTATION  OF  PROOF  OF  IDENTIFICATION.

17 (a) The following documentation is an acceptable form [as proof] of

18 photo identification under this chapter:

19            (1)  a driver's license or personal identification card

20 issued to the person by the Department of Public Safety that has not

21 expired or that expired no earlier than two years before the date of

22 presentation [or a similar document issued to the person by an

23 agency of another state, regardless of whether the license or card

24 has expired];

25            (2)  a United States military identification card that

26 contains  the  person's  photograph  [form  of  identification

27 containing the person's photograph that establishes the person's

3

H.B. No. 218

1  identity];

2           (3)  a valid employee identification card that contains

3  the person's photograph and is issued by an employer of the person

4  in  the  ordinary  course  of  the  employer's  business  [birth

5  certificate or other document confirming birth that is admissible

6  in a court of law and establishes the person's identity];

7           (4)  a United States citizenship certificate [papers]

8  issued to the person that contains the person's photograph;

9           (5)  a United States passport issued to the person;

10          (6)  a student identification card issued by a public

11 or private institution of higher education located in Texas that

12 contains the person's photograph [official mail addressed to the

13 person by name from a governmental entity]; or

14          (7)  a license to carry a concealed handgun issued to

15 the person by the Department of Public Safety.

16      (b)  The following documentation is acceptable as proof of

17 identification under this chapter:

18          (1)  a copy of a current utility bill, bank statement,

19 government check, paycheck, or other government document that shows

20 the name and address of the voter;

21          (2)  official mail addressed to the person by name from

22 a governmental entity;

23          (3)  a certified copy of a birth certificate or other

24 document confirming birth that is admissible in a court of law and

25 establishes the person's identity;

26          (4)  United States citizenship papers issued to the

27 person;

4

H.B. No. 218

1       (5)  an  original  or  certified  copy  of  the  person's

2  marriage license or divorce decree;

3       (6)  court  records  of  the  person's  adoption,  name

4  change, or sex change;

5       (7)  an identification card issued to the person by a

6  governmental entity of this state or the United States for the

7  purpose  of  obtaining  public  benefits,  including  veteran's

8  benefits, Medicaid, or Medicare;

9       (8)  a temporary driving permit issued to the person by

10  the Department of Public Safety;

11       (9)  a pilot's license  issued  to  the  person  by  the

12  Federal Aviation Administration or another authorized agency of the

13  United States;

14       (10)  a library card that contains the person's name

15  issued to the person by a public library located in this state; or

16       (11)  a hunting or fishing license issued to a person by

17  the Parks and Wildlife Department [~~or~~

18       [~~(8)  any other form of identification prescribed by~~

19  ~~the secretary of state~~].

20       SECTION 6.  Section 63.011(a), Election Code, is amended to

21  read as follows:

22       (a)  A  person  to  whom  Section  63.001(g),  63.008(b),  or

23  63.009(a) applies may cast a provisional ballot if the person

24  executes an affidavit stating that the person:

25       (1)  is a registered voter in the precinct in which the

26  person seeks to vote; and

27       (2)  is eligible to vote in the election.

5

H.B. No. 218

1      SECTION 7.   Section 521.422, Transportation Code, is amended

2  by amending Subsection (a) and adding Subsection (d) to read as

3  follows:

4      (a)   Except as provided by Subsection (d), the [The] fee for

5  a personal identification certificate is:

6          (1)   $15 for a person under 60 years of age;

7          (2)   $5 for a person 60 years of age or older; and

8          (3)   $20 for a person subject to the registration

9  requirements under Chapter 62, Code of Criminal Procedure.

10      (d)   The department may not collect a fee for a personal

11  identification certificate issued to a person who executes an

12  affidavit stating that the person is financially unable to pay the

13  required fee and:

14          (1)   who is a registered voter in this state and

15  presents a valid voter registration certificate; or

16          (2)   who is eligible for registration under Section

17  13.001, Election Code, and submits a registration application to

18  the department.

19      SECTION 8.   This Act takes effect September 1, 2007.

6

## BILL ANALYSIS

H.B. 218
By: Brown, Betty
Elections
Committee Report (Unamended)

## BACKGROUND AND PURPOSE

Under current law, to vote a regular ballot, voters are only required to present their voter registration certificates to a poll worker.  While this practice attempts to ensure that only registered voters receive a regular ballot on Election Day, it leaves a potential loophole for fraud. Individuals are not required to show identification to register to vote.  Because of this, it is possible for an unscrupulous individual to submit several falsified voter registration applications and to receive the voter registration certificates for the "fake" individuals.  With the current process, no statutory standards exist to verify the identity of individuals at the polling place when they present a voter registration certificate.  H.B. 218 modifies provisions requiring a voter to present proof of identification when offering to vote.

## RULEMAKING AUTHORITY

It is the committee's opinion that this bill does not expressly grant any additional rulemaking authority to a state officer, department, agency, or institution.

## ANALYSIS

H.B. 218 amends the Election Code by adding that on offering to vote, a voter must present to an election officer at the polling place, either one form of acceptable photo identification or two different forms of identification which are not required to contain a photo.  If the voter's identity can be verified from the proof presented, and the voter complies with existing provisions relating to eligibility to vote, the bill requires that the voter be accepted for voting.

The bill provides that a person who fails to show either photo identification or two forms of identification which are not required to contain a photo maybe accepted to vote a provisional ballot only under Section 63.011 of the Election Code.

H.B. 218 modifies the list of acceptable forms of identification for the purposes of voting.  The bill provides that the following are acceptable forms of photo identification:

* driver's license or personal identification card issued by the Department of Public Safety (DPS) that has not expired or expired no earlier than two years before the date of presentation;

* U.S. military identification card that contains the person's photograph;

* Valid employee identification card containing the person's photograph and is issued by an employer of the person in the ordinary course of the employer's business;

* U.S. citizenship certificate issued to the person that contains the person's photograph;

* U.S. passport issued to the person;

* student identification card issued by a public or private institution of higher education located in Texas that contains the person's photograph; or

* License to carry a concealed handgun issued to the person by DPS.

H.B. 218 80(R)

The bill provides that the following are acceptable forms of identification which are not required to contain a photo:

* copy of a current utility bill, bank statement, government check, paycheck, or other government document that shows the name and address of the voter;

* official mail addressed to the person by name from a governmental entity;

* certified copy of a birth certificate or other document confirming birth that is admissible in a court of law and establishes the person's identity;

* U.S. citizenship papers issued to the person;

* original or certified copy of a person's marriage license or divorce decree;

* court records of a person's adoption, name or sex change;

* identification card issued by a governmental entity of this state or the United States for the purpose of obtaining public benefits, including veteran's benefits, Medicaid, or Medicare;

* temporary driving permit issued to the person by DPS;

* Pilot's license issued to the person by the Federal Aviation Administration or another authorized agency of the United States;

* Library card, containing the person's name, issued to the person by a public library located in this state; or

* hunting or fishing license issued to the person by the Parks and Wildlife Department.

The bill removes: driver's license or personal identification card issued by another state; any form of identification containing a person's photograph that establishes the person's identity; and any other form of identification prescribed by the secretary of state, from the list of acceptable identification.

H.B. 218 amends the Transportation Code by prohibiting DPS from collecting a fee for a personal identification certificate if the person applying for the certificate executes an affidavit stating that the person is financially unable to pay the required fee. In order for the fee to be waived, the bill requires that the person:

* is a registered voter and present a valid registration certificate; or

* is eligible for registration and submit a registration application.

## EFFECTIVE DATE

September 1, 2007.

H.B. 218 80(R)

1

Job No. 333068

HOUSE COMMITTEE ON ELECTIONS

HOUSE FLOOR DEBATE

VOLUME I

TX_00212167

2

1            THE SPEAKER:  The Chair lays out a second

2     reading.  House Bill 218.

3            The clerk will read the bill.

4            THE CLERK:  HB 218 by Brown of Kaufman

5     requiring a voter to present proof of identification.

6            THE SPEAKER:  The Chair recognizes Brown.

7            REPRESENTATIVE BROWN:  Mr. Speaker, Members

8     in the 1960s Americans fought a civil rights battle to

9     insure the right of everyone to vote.  But every

10    American also has an equal right, equal civil right not

11    to have their ballot cancelled out by someone who

12    shouldn't be voting, who's voting twice or some in some

13    cases, has long since died.

14            Voting is the most basic building block of

15    our system of representative democracy.

16            Members, Members, voting is the most basic

17    building block --

18            THE SPEAKER:  Members, we've got a long

19    afternoon ahead of us.  If you'll let Ms. Brown have

20    your attention, move your conversations outside the

21    rail, I'd appreciate it.  Thank you.

22            Go ahead, Ms. Brown.

23            REPRESENTATIVE BROWN:  Voting is the most

24    basic building block of our system of representative

25    democracy.  I don't think there's anyone in this room

TX_00212168

3

1       that would disagree with me on that statement.

2                       Polls show that voters are losing

3       confidence in the integrity of our elections and that

4       people are more likely to vote if they believe their

5       ballot will be fairly counted.

6                       In a Wall Street Journal NBC news poll last

7       April found that 80 percent of Americans favored a photo

8       ID requirement with only seven percent opposed.

9                       However, a more recent poll conducted

10      basically finds that 85 percent of Texans, regardless of

11      income level or race, favor photo ID.

12                      Why do we so easily require photo ID to

13      board a plane or buy a beer or cigarettes, while leaving

14      a ballot box so undefended?

15                      Americans are frequently asked to show

16      identification for even the most mundane activities,

17      such as to rent a DVD, check out a library book.  Board

18      an airplane, buy alcohol or tobacco, to belong to bulk

19      retail clubs, such as Sam's Club.  To purchase cold

20      medications, such as Sudafed.

21                      In each of these instances, the right to

22      vote trumps all of these in importance.  A worker at the

23      polling place should be able to verify the identity of

24      the voter.

25                      Photo ID is just one step to protect the

TX_00212169

4

1    integrity of the voting process.  The Election Code sets

2    forth after forth a myriad of procedures set forth that

3    the process is fair.

4              First among these is that a person must be

5    18 years old and a citizen to vote.  Regulations extend

6    from there to the registration process to the conduct of

7    the election officers.

8              Photo ID is simply purchasing putting into

9    practice the intent of the current code, and that is the

10   person who shows at the poll is the person he claims to

11   be.

12              REPRESENTATIVE ANCHIA:  Mr. Speaker.

13              THE CHAIR:  For what purpose, Mr. Anchia?

14              REPRESENTATIVE ANCHIA:  Will the gentlelady

15   yield?

16              THE SPEAKER:  Will you yield?

17              REPRESENTATIVE BROWN:  I will not at this

18   time.

19              THE SPEAKER:  Not at this time.

20              REPRESENTATIVE ANCHIA:  Thank you.

21              REPRESENTATIVE BROWN:  Voter impersonation

22   is a serious crime, but without a photo ID requirement

23   we can never have confidence in our system of voting.

24              Without voter verification the Election

25   Code is a law without meaning.  Currently all that's

TX_00212170

5

1    needed to vote is a voter card.  Individuals are not

2    required to show identification, even to register to

3    vote.

4                On June 22, 2006, Harris County, Tax

5    Assessor and Voter Registrar, Paul Betencort, testified

6    before the U.S. House Administration committee that in

7    2005 he identified at least 35 foreign nationals who

8    either applied or received voter registration cards.

9                Mr. Betencort told the Committee that a

10   Brazilian woman registered had her registration

11   cancelled, reregistered claiming to be a citizen and had

12   her registration cancelled again.

13               While registered, she voted, at least, four

14   times in general and primary elections.

15               Before January 1, 2006 there was no check

16   done on a voter registration application to see if the

17   applicant was a valid person.

18               In January, 2006 HAVA was implemented and

19   now all new applicants must provide a Social Security

20   number or Texas driver's license.  This is now checked

21   to make sure that those are checked now to make sure the

22   person applying is a valid person.

23               All registrations on record before

24   January 1, 2006 were grandfathered in and no validation

25   check was performed on these records under the current

6

1    HAVA law.  If you indicate you have neither a Texas

2    Driver's License nor Social Security number, there's no

3    check being done and the person is automatically being

4    registered.

5                   In Harris County voter database consists of

6    1.7 million voters, of which 253,000 voters we cannot

7    validate their ID against the Texas Department of Public

8    Safety matching criteria on a first name, last name,

9    date of birth match.  These records do not exist.

10                  Out of the 18,230,066 voters that IDs can

11   be validated against the Texas Department of Public

12   Safety, 98,438 have voted in a recent election.

13                  REPRESENTATIVE ANCHIA:  Mr. Speaker?

14                  THE SPEAKER:  Mr. Anchia, for what purpose?

15                  REPRESENTATIVE ANCHIA:  Will the gentlelady

16   yield?

17                  THE SPEAKER:  Will the lady yield?

18                  REPRESENTATIVE BROWN:  Not at this time.

19                  THE SPEAKER:  Not at this time, Mr. Anchia.

20                  REPRESENTATIVE ANCHIA:  Thank you.  Thank

21   you, Mr. Speaker.

22                  REPRESENTATIVE BROWN:  And, Mr. Speaker, I

23   plan to finish my remarks before I yield.

24                  Under the current HAVA law, if you indicate

25   you have neither a Texas Driver's License and so on,

1       you're automatically registered.

2                The Harris County voter database of the

3       1.1 million voters of the 253,000 voters, we cannot

4       validate their ID against the Texas department ID

5       matching criteria as I just stated.  This is not an

6       issue only in Texas.

7                Voter ID laws are considered one of the

8       most basic and necessary election safeguards by a host

9       of con industries, including Canada, Mexico, France,

10      Germany, Italy, Poland, Britain, India, and South

11      Africa.  But less than half of the U.S. states have any

12      kind of photo ID laws.

13               Former President Jimmy Carter and former

14      Secretary of State James Baker have presented a

15      bipartisan Election Reform Report to President Bush and

16      members of contingency that recommend states should

17      insure that the persons presenting themselves at the

18      polling place are the ones on the registration list by

19      requiring photo identification.

20               The recently formed Mississippians for

21      Voter ID Identification argues that insuring ID at the

22      polls would help insure that some 140,000 ineligible

23      residents would not be able to participate in the

24      process without spending the millions of dollars in

25      labor hours necessary to create a statewide database.

TX_00212173

8

1              The United States Department of Justice

2      has, under certain conditions, approved Voter ID

3      programs in a number of states.  HB 218 insures that the

4      right to vote is reserved only for those who are

5      eligible to vote.

6              There are no statutory standards to verify

7      the identity of individuals at the polling place when

8      they present a voter registration certificate.

9              HB 218 modifies provisions requiring a

10     voter to present proof of identification when offering

11     to vote.

12             HB 218 requires that when offering to vote,

13     a voter must presents either one form of photo

14     identification or two different forms of non-photo

15     identification.

16             If the person fails to meet these standards

17     they may still vote upon completion of a provisional

18     ballot Affidavit.  The U.S. Supreme Court recognizes the

19     merits of photo identification for voting.

20             Members, did you hear that statement?  The

21     U.S. Supreme Court recognizes the merits of photo

22     identification for voting, and removing an injunction

23     against Arizona's photo identification law.

24             The U.S. Supreme Court's procurian reads:

25     "Confidence in the integrity of our electoral process is

TX_00212174

9

1        essential of our participatory democracy.

2                 "Voter fraud drives uncitizens out of our

3        democracy and breeds distrust out of our government.

4        Voters who fear their legitimate votes will be

5        outweighed by fraudulent ones will feel disenfranchised?

6                 Also, Indiana's Photo ID law was upheld by

7        the 7th Circuit of U.S. Court of Appeals on January 4,

8        2007.  In upholding the Indiana Photo ID law, the U.S.

9        Court of Appeals notes that voters who do not comply

10       with the law by obtaining photo identification

11       disenfranchised themselves.

12                 Voting is the most important right in

13       America but it's also a responsibility.  The government

14       requires voters to register before receiving a ballot,

15       thereby providing information they provide on their

16       registration application is not a measure designed to

17       prevent any citizen from voting.

18                 It's instead a measure designed to keep

19       illegal aliens, not citizens and people otherwise not

20       qualified from voting and diluting the legitimate votes

21       cast by citizens.

22                 We all know of instances of close elections

23       decided by only a few votes.  The question is:  Do you

24       want to see a close election in the future decided by a

25       few votes that were cast illegally?

10

1              Mr. Speaker and Members, each time we are

2      sworn in this chamber we pledge to uphold the

3      constitution of the U.S. and of this state.  I take this

4      vote very seriously.

5              Therefore, I'll be voting for HB 218 in

6      order to do everything I can to see that we secure the

7      voting rights of our citizens, which is provided for in

8      the constitution and protect those rights from being

9      deluded by allowing people to vote who under our

10     constitution have no right to participate in our

11     elections.

12              Mr. Speaker, I will be happy to yield at

13     this point.

14              REPRESENTATIVE ANCHIA:  Mr. Speaker.

15              THE SPEAKER:  Mr. Anchia, for what purpose?

16              REPRESENTATIVE ANCHIA:  Will the gentlelady

17     yield?

18              THE SPEAKER:  I think she did.

19              REPRESENTATIVE BROWN:  I will.

20              REPRESENTATIVE ANCHIA:  Thank you.

21              Representative Brown, I agree with you that

22     voting rights are basic rights founded and

23     representative democracy.

24              REPRESENTATIVE BROWN:  That's right.

25              REPRESENTATIVE ANCHIA:  And you have

1    articulated a concern related to fraud in elections.

2    You said voter fraud is the reason you brought this

3    bill?

4               REPRESENTATIVE BROWN:  That's right.

5               REPRESENTATIVE ANCHIA:  This bill is not

6    designed to deal with all types of voter fraud, correct?

7    For example, it's not designed to deal with fraud

8    related to electronic voting machines?

9               REPRESENTATIVE BROWN:  No.

10               REPRESENTATIVE ANCHIA:  Or

11    absentee-ballots?

12               REPRESENTATIVE BROWN:  No.

13               REPRESENTATIVE ANCHIA:  Or voter

14    suppression?

15               REPRESENTATIVE BROWN:  No.

16               REPRESENTATIVE ANCHIA:  Or misinformation

17    to voters?

18               REPRESENTATIVE BROWN:  No.

19               REPRESENTATIVE ANCHIA:  It's specifically

20    designed to deal with a very discrete type of voter

21    fraud called voter impersonation, is it not?

22               REPRESENTATIVE BROWN:  That's right.

23               REPRESENTATIVE ANCHIA:  And what is the

24    incidence of voter impersonation because you sited some

25    specifics from Paul Betencort because I was kind of

12

1       curious.  It sounded like that was evidence for a

2       different bill.  You sited that foreign nationals were

3       voting in elections.

4                   But you didn't give any evidence of voter

5       impersonation.  And I want to understand, just to give

6       you some background:  We asked Mr. Betencort, we did an

7       Open Records Request, got all the same information you

8       did, and we've gone through all of those records and

9       didn't find any related to voter impersonation.

10                  Can you elaborate and talk about the

11      evidence that you sited because that sounds like a

12      different type of fraud that wouldn't be covered by your

13      bill.

14                  REPRESENTATIVE BROWN:  We have -- the

15      things that I sited from Harris County -- part of that

16      is his evidence of people having voted, impersonating

17      others.  And much of that is from dead people voting and

18      not just once, but repeatedly.

19                  In fact, we have much documentation --

20                  REPRESENTATIVE ANCHIA:  How many instances

21      of dead people voting were you able to find?

22                  REPRESENTATIVE BROWN:  Well, let's see.

23      Would this be enough?

24                  REPRESENTATIVE ANCHIA:  And that

25      information is the same information that was actually

TX_00212178

House Floor Debate                                    April 23, 2007

13

1       sent to our office and it clearly didn't Bexar out that

2       all of those were dead people.

3                   REPRESENTATIVE BROWN:  These are all dead

4       people here.  I have documentation from other --

5                   REPRESENTATIVE ANCHIA:  How many would you

6       estimate in how many cases?

7                   REPRESENTATIVE BROWN:  This is only one

8       county, of course.  I would be happy to -- if you want

9       to come up here and count each of these documents --

10                  REPRESENTATIVE ANCHIA:  Just ballpark it

11      for me.  Is it 20?  Is it 50?

12                  REPRESENTATIVE BROWN:  Oh, I guess there's

13      maybe twice that in here from one county in the state.

14                  REPRESENTATIVE ANCHIA:  Okay.  And let me

15      ask you this question:  How does your bill solve -- when

16      you talk about the foreign nationals building -- how

17      does your bill solve that?  The Brazilian woman you

18      talked about?

19                  REPRESENTATIVE BROWN:  That was just what

20      Mr. Betencort had sited.  If she had decided to present

21      photo ID when she came to the polls, I think that could

22      have been stopped.

23                  REPRESENTATIVE ANCHIA:  Is that right?

24      Because that woman did present photo ID, right?  Even

25      though she was a non citizen, she had a driver's

JA_007587

TX_00212179

14

1    license, did she not?

2                    REPRESENTATIVE BROWN:  Did she?  Did she?

3    I didn't know that.

4                    REPRESENTATIVE ANCHIA:  Did you not look

5    through that case because we did?

6                    REPRESENTATIVE BROWN:  Okay.

7                    REPRESENTATIVE ANCHIA:  Okay.

8                    REPRESENTATIVE BROWN:  That's one case.

9    That's one of the cases that he sited --

10                   REPRESENTATIVE ANCHIA:  I understand.

11                   REPRESENTATIVE BROWN:  And perhaps that

12   would be better for a later bill.

13                   REPRESENTATIVE ANCHIA:  Yeah.  It sounds to

14   me like a lot of the evidence you presented relates to

15   non-citizen voting, but not Voter Identification.

16                   Are you aware -- and I think you were in

17   the room at the time when I asked the Secretary of

18   State's office if there were any cases of voter

19   impersonation, do you recall what the answer was?

20                   REPRESENTATIVE BROWN:  No.

21                   REPRESENTATIVE ANCHIA:  You're right.

22   None, actually.  We asked the Secretary of State's

23   office, whether they had received any complaints of

24   voter impersonation, and they said zero.

25                   Were you also aware that when we asked the

15

1       Attorney General's Office how many cases of voter

2       impersonation they had investigated, it was zero?

3                       REPRESENTATIVE BROWN:  And do you know why

4       that is?

5                       REPRESENTATIVE ANCHIA:  I'd like to hear

6       the analysis.

7                       REPRESENTATIVE BROWN:  It's very hard to

8       document these cases of voter impersonation.

9                       In order to pursue a case or to prosecute,

10      you actually have to have someone in the polling place

11      to have witnessed this person having voted and have

12      knowledge of their identification.  So it's extremely

13      hard.

14                      Unless we give people in the polling place

15      the authority to request photo ID or two forms of non

16      photo ID to verify their identification.  It's almost

17      impossible.

18                      Therefore, we must close this loophole in

19      the voter laws.

20                      REPRESENTATIVE ANCHIA:  If an allegation is

21      made, it would be very easy in, in fact, for the

22      Attorney General to go and figure out what documentation

23      was used by that person to vote and interview that

24      person and find out if they are who they are, right?

25                      It sounds to me like --

TX_00212181

16

1          REPRESENTATIVE BROWN:  Do you think the

2    Attorney General goes out just because an accusation is

3    made?  I think some proof has to be presented.

4          REPRESENTATIVE ANCHIA:  Well, that's

5    exactly right.

6          REPRESENTATIVE BROWN:  And it's extremely

7    hard to present proof without giving these people in the

8    polling places the authority to ask for photo ID.

9          REPRESENTATIVE ANCHIA:  But let's back up a

10   step.  And correct me if I'm wrong, but doesn't the

11   Secretary of State received complaints and forward those

12   onto the AG?  And when the statement Secretary of State

13   said we have not even received one complaint during

14   2002.

15          Do you know how many votes have been cast

16   --

17          REPRESENTATIVE BROWN:  Okay.  There are a

18   couple of reasons why that this is not happening.

19          One is that the D.A.s in the counties where

20   this is going on are charged with keeping us safe and

21   investigating the murders and the armed robberies and

22   the rape and so on.

23          We have not placed a high priority on voter

24   fraud, and this is something that we have to do.  And in

25   order to do it, we have to have our people who are in

17

1     the polling places and those who are charged with

2     prosecution have to have a few tools.  And this is one

3     of them.

4               I think it's very much like someone killing

5     these people.  They must prosecute voter fraud.  And

6     then tying one on behind their backs and say okay, now,

7     you can do it, we're just not going to let you have the

8     tools that you need to have in order to do it.

9               REPRESENTATIVE ANCHIA:  So you agree that

10    D.A.s need to do it in order to prosecute this, correct?

11    And that they should be prosecuting it, and --

12              REPRESENTATIVE BROWN: , actually, we need a

13    lock on this system to be able to leak out and verify

14    the vote.

15              REPRESENTATIVE ANCHIA:  Can I ask my

16    question?

17              REPRESENTATIVE BROWN:  Certainly.

18              REPRESENTATIVE ANCHIA: , that maybe this is

19    an enforcement issue, correct?

20              REPRESENTATIVE BROWN:  That's part of it;

21    yes.

22              REPRESENTATIVE ANCHIA:  You also talked

23    about the Carter-Baker Commission, did you not?

24              REPRESENTATIVE BROWN:  Yes, I did.

25              REPRESENTATIVE ANCHIA:  And you sited it as

18

1     support for Voter ID, did you not?

2                    REPRESENTATIVE BROWN:  Absolutely.  And I

3     would like to make a statement before you go further

4     with your questioning:  Because I rent your taking

5     statements out of the Carter-Baker report and presenting

6     them, twisting what they said.

7                    Because we went back and got the full

8     report and you absolutely misrepresented those

9     statements.

10                   THE SPEAKER:  Representative Miller raises

11    the point of question.  The gentlelady's time has

12    expired.

13                   REPRESENTATIVE ANCHIA:  I'd like to move

14    that the gentlelady's time be extended, please.

15                   THE SPEAKER:  Members, you've heard the

16    motion.  Is there any objection?  Members, vote aye.

17    Vote no.  This is on the motion to extend.

18                   (Record vote)

19                   THE SPEAKER:  Have all voted?  Being 91

20    ayes, 46 nays.

21                   The extension is granted.

22                   THE SPEAKER:  The Chair recognizes

23    Ms. Brown.

24                   REPRESENTATIVE ANCHIA:  Mr. Speaker.

25                   THE SPEAKER:  Mr. Anchia, for what purpose?

19

1            REPRESENTATIVE ANCHIA:  Will the gentlelady

2    yield?

3            REPRESENTATIVE BROWN:  I'd be happy to.

4            THE SPEAKER:  The lady yields.

5            REPRESENTATIVE ANCHIA:  You just suggested

6    that I twisted the words of the Carter-Baker Commission.

7            REPRESENTATIVE BROWN:  Absolutely.

8            REPRESENTATIVE ANCHIA:  And where would

9    that be?  Are where would that have occurred?  I'm just

10   kind of curious about that allegation.

11           REPRESENTATIVE BROWN:  Okay.  You quoted

12   president Carter as having said that he was against the

13   photo ID, and it was just one sentence.  Okay.

14           Here's what you said.  Since we presented

15   our work to the president, contingency, some have

16   overlooked almost all of the reports, a single

17   requirements that voters have driver's license or

18   government issued fired.

19           Worse, they have unfairly described our

20   recommendation, which includes Georgia, which just

21   standard did he, started demanding that voters have a

22   state issued photo ID, even though obtaining one can be

23   too costly or difficult for Georgians.

24           We consider Georgia's law discriminatory.

25           REPRESENTATIVE ANCHIA:  Ms. --

20

1             REPRESENTATIVE BROWN:  Let me finish

2    answering your question.

3             President Carter went on to say that it's

4    very encouraging to us, he's quoting Any Young, says

5    this will help minority voting instead of deterring it.

6             And then he says that, indeed, he did say

7    that he thought the Georgia law should be discarded or

8    thrown out because it costs the voters too much.

9             But then he went on to talk about you how

10   he did support it and he thought this was a very much

11   needed thing.

12            But you only pulled that out because he had

13   opposed it because of the costs but our bill has

14   addressed that and taken the costs out.

15            REPRESENTATIVE ANCHIA:  I'm going to give

16   you the opportunity to retract your allegation before I

17   explain it to you.

18            Would you like to retract it?

19            REPRESENTATIVE BROWN:  No.  No.

20            REPRESENTATIVE ANCHIA:  Okay.  Because you

21   suggested that I was manipulating Carter-Baker, which is

22   clearly not the case.

23            I was quoting directly from the New York

24   Times opt ad by President Carter and by Secretary Baker,

25   and it's very clear, and it is dated September 23, 2005.

TX_00212186

21

1      Is it not?

2                  I mean, you accuse me of manipulating the

3      Carter-Baker Report, but in fact, that quote is from the

4      New York Times opt ad by President Carter and Mr. Baker,

5      is it not?

6                  REPRESENTATIVE BROWN:  I'm sorry.

7                  REPRESENTATIVE ANCHIA:  Wouldn't you like

8      to retract what you said earlier?

9                  REPRESENTATIVE BROWN:  No, I would not.

10                 REPRESENTATIVE ANCHIA:  Okay.

11                 REPRESENTATIVE BROWN:  If you took it

12     directly from the New York Times --

13                 REPRESENTATIVE ANCHIA:  Okay.  Let me ask

14     you what you said earlier --

15                 REPRESENTATIVE BROWN:  That's if.  But if

16     you took it from the actual conversation --

17                 REPRESENTATIVE ANCHIA:  You had accused me

18     of picking and choosing from the Carter-Baker Report, is

19     that not correct?

20                 REPRESENTATIVE BROWN:  Yes.

21                 REPRESENTATIVE ANCHIA:  And, in fact, the

22     quote that is contained in that document is from the New

23     York Times Article, it's an op ed authored by President

24     Carter and Secretary Baker, dated September 23, 2005, is

25     it not?

22

1          REPRESENTATIVE BROWN:  I'm sorry.  I

2    couldn't hear you for another conversation going on.

3    You'll have to repeat your question, please.

4          REPRESENTATIVE ANCHIA:  You accused me of

5    having manipulated Carter-Baker and the concepts of the

6    Carter-Baker Report.

7          REPRESENTATIVE BROWN:  Yes.  But would you

8    read your conversation, it's obvious --

9          REPRESENTATIVE ANCHIA:  Can I ask my

10   question?

11          Is it not true that the quote was taken

12   directly, not from Carter-Baker, but an op ed that was

13   authored by President Carter and Secretary Baker

14   subsequent to the release of the Carter-Baker Report,

15   and it is directly from that op ed, is it not?

16          REPRESENTATIVE BROWN:  I have to take your

17   word for it that that's your quote taken from an article

18   rather than from the conversation.

19          REPRESENTATIVE ANCHIA:  And you're going to

20   have your facts.  Don't accuse me of manipulating from

21   the Carter-Baker Report.

22          REPRESENTATIVE BROWN:  It is a

23   manipulation, whether it originated with you or with the

24   New York Times.

25          REPRESENTATIVE ANCHIA:  Okay.  It was

TX_00212188

23

1    written by President Carter by the way.  It wasn't

2    written by the times.  It was written by President

3    Carter and Mr. Baker.

4               REPRESENTATIVE BROWN:  It's misleading and

5    my point is that the statement is misleading when you

6    read what President Carter actually said about the photo

7    ID requirement.

8               REPRESENTATIVE ANCHIA:  Ms. Brown, I'd like

9    to ask you about Carter-Baker, as well.

10              Now, I could make the same allegation that

11   you're picking and choosing what you like about the

12   Carter-Baker Report.  Is it not true that while Voter

13   Identification was suggested by Carter-Baker, it was

14   suggested in a broader context, is it not true?

15              REPRESENTATIVE BROWN:  I'm not sure.

16              REPRESENTATIVE ANCHIA:  Weren't there

17   multiple recommendations that were all to be taken in

18   tandem?

19              REPRESENTATIVE BROWN:  But two of the major

20   recommendations were photo ID and proof of citizenship

21   and a variety of, as a society, things that would

22   definitely help our voting process.

23              REPRESENTATIVE ANCHIA:  Is it not true that

24   Carter-Baker also suggested that we wait on Voter ID

25   until real ID was in place?  Is that not true?

TX_00212189

24

1                    REPRESENTATIVE:  Brown it could be.

2                    REPRESENTATIVE ANCHIA:  Have you read the

3      Carter-Baker Report?

4                    REPRESENTATIVE BROWN:  I read this along

5      with many other things.

6                    REPRESENTATIVE ANCHIA:  Do you have the

7      section of the Carter-Baker Report entitled 2.5 Voter

8      Identification?  And would you like to read along with

9      me?

10                   REPRESENTATIVE BROWN:  I don't have the

11     report itself.

12                   REPRESENTATIVE ANCHIA:  I'll read it to

13     you.

14                   REPRESENTATIVE BROWN:  It's a conversation

15     on-line at the news hour.

16                   REPRESENTATIVE ANCHIA:  I'll read it to

17     you.  It's on Page 19 of the Carter-Baker Report.

18                   REPRESENTATIVE BROWN:  Okay.

19                   REPRESENTATIVE ANCHIA:  See what you're

20     trying to do is say that the Carter-Baker suggests this,

21     when, in fact, it does not.  If you take into account

22     all the other recommendations.

23                   And the New York Times article that I

24     presented to you in fact, says, hey, people are trying

25     to pick and choose on Carter-Baker.

25

1            But what they have to do is actually look

2       at the report in total.  And do they not say that real

3       ID should be in place before you adopt the standards?

4       Is that not correct?

5            REPRESENTATIVE BROWN:  I'll take your word

6       that it's saying that.

7            REPRESENTATIVE ANCHIA:  And do they not

8       also say, quote, on Page 19, "We view concerns about ID,

9       that they could disenfranchise eligible voters, have an

10      adverse impact on minorities and be used to monitor

11      behavior as serious and legitimate and are our proposal

12      aims to address these concerns," is that not true?

13           REPRESENTATIVE BROWN:  Well, it's strange

14      that it would be because President Carter said just of

15      the opposite.

16           REPRESENTATIVE ANCHIA:  Well, see, I've

17      actually read the Carter-Baker Report and I have it in

18      front of me.  And I'm reading it now.

19           REPRESENTATIVE BROWN:  Well, I'm talking

20      about his interview when he stated otherwise.

21           REPRESENTATIVE ANCHIA:  And is it not true

22      that they've acknowledged potential barriers to

23      different groups and suggested that Carter-Baker be

24      implemented with a slew of other proposals including

25      things like opening up more government offices?  Making

House Floor Debate                                         April 23, 2007

26

1       the ID free?  Having mobile voter registration centers?

2                   REPRESENTATIVE BROWN:  And many of those

3       things --

4                   REPRESENTATIVE ANCHIA:  Where in your bill

5       do you have mobile registration centers or money for new

6       offices?  Or money for voter outreach?  Where in your

7       bill does that occur?

8                   REPRESENTATIVE BROWN:  We don't have those.

9       You know that.  We do have the provision whereby if

10      someone has stated that they cannot afford a photo ID --

11      and by the way, I do have a Perfecting Amendment that

12      they would not have to sign an Affidavit to that

13      effect -- all they have to do is say they can't afford

14      the nominal fee for a photo ID from DPS.  It would be

15      issued free of charge.

16                  REPRESENTATIVE ANCHIA:  How many people

17      don't have photo ID in Texas?

18                  REPRESENTATIVE BROWN:  There aren't many.

19      We have the records that there are about a million and a

20      half more driver's licenses out there than we do have

21      voter registrations.  We have the number for those

22      people over 80, and we have -- the numbers just show

23      that there has to be very few.

24                  In fact, .035 percent, I believe, it is, of

25      the people over 80 in Harris County have --

House Floor Debate                                    April 23, 2007

                                                          27

1                    REPRESENTATIVE ANCHIA:  You've given me

2      these numbers.

3                    How do you rectify these numbers the

4      Brennan Center, that is the New York School of Law, has

5      done a study on this that says that 11 percent of all

6      Americans do not have photo identification?  How do you

7      react to that number?

8                    REPRESENTATIVE BROWN:  Well, I react by

9      saying that there are differing opinions by the number

10     of people that do not have photo ID.  We're not

11     requiring that everyone have photo ID to vote.  We're

12     saying if you can't present a photo ID, then two forms

13     of non photo ID will be acceptable.

14                   And our bill also does not change the

15     mail-in ballot process.  Anyone who can't make it to the

16     polls.  It would be a hardship for them to go pick up a

17     DPS photo ID, they can still use their mail-in ballot.

18                   So we've made plenty of provisions for

19     anyone who wants to vote to be able to vote.  We didn't

20     set out to keep anyone from voting.

21                   REPRESENTATIVE ANCHIA:  You have suggested

22     that not many Texans who have no form of photo ID, you

23     said that earlier, did you not?

24                   REPRESENTATIVE BROWN:  Yes.  That's another

25     point that has just been brought up.

TX_00212193

28

1          Even if you don't have any of these things,

2     you can still vote provisionally.

3               REPRESENTATIVE ANCHIA:  What percentage of

4     provisional ballots are counted in the state?

5               REPRESENTATIVE BROWN:  I'm sorry.

6               REPRESENTATIVE ANCHIA:  According to the

7     Secretary of State, what percentage of provisional

8     ballots are counted in this state?

9               REPRESENTATIVE BROWN:  The provisional

10    ballot is actually not counted, to my knowledge.

11              REPRESENTATIVE ANCHIA:  Actually

12    20 percent.  So 80 percent of all processes provisional

13    ballots are not counted in the state.

14              REPRESENTATIVE BROWN:  Okay.

15              REPRESENTATIVE ANCHIA:  They're,

16    essentially, discarded.

17              REPRESENTATIVE BROWN:  I am looking for

18    those numbers for you about people who have photo ID.

19              REPRESENTATIVE ANCHIA:  What is 10 percent

20    of roughly 20 million?

21              REPRESENTATIVE BROWN:  Let me give you some

22    statistics that you had in your previous question about

23    people who actually have photo ID.

24              REPRESENTATIVE ANCHIA:  Answer this

25    question for me:  What is 10 percent of 20 million?

TX_00212194

House Floor Debate                                        April 23, 2007

29

1            REPRESENTATIVE BROWN:  Well, it would be

2      200,000.

3            REPRESENTATIVE ANCHIA:  It's actually 2

4      million.

5            REPRESENTATIVE BROWN:  I need to add

6      another zero.

7            REPRESENTATIVE:  You need to add another

8      zero.  And do you think that's a lot of people or a

9      small number?

10           REPRESENTATIVE BROWN:  It's a very large

11     number but I have no confidence in that figure.

12           REPRESENTATIVE ANCHIA:  Would it surprise

13     you to know that according to the statistics from the

14     New York School of Law, Brennan Center, that about 2

15     million Texans would not have the photo ID to comply

16     with this bill?  Many of them --

17           REPRESENTATIVE BROWN:  I don't believe

18     that --

19           REPRESENTATIVE ANCHIA:  You don't believe

20     the New York School of Law?

21           REPRESENTATIVE BROWN:  And if they don't

22     have a photo ID, two forms of non-photo ID will still

23     get them into the polling place.  If they can't present

24     any of that, they fill out the voter provisional ballot.

25           REPRESENTATIVE ANCHIA:  You just told me

JA_007603

TX_00212195

30

1    that you don't believe the Brennan Center.  You don't

2    believe in the New York School of Law.

3                The Kaufmann County School of Law?  What

4    would be good evidence?

5                REPRESENTATIVE BROWN:  Okay.  You have to

6    first tell me who was old.  Across what segment of the

7    population was old.

8                You have to give me the details about this

9    polling before I can have confidence in it.  And was it

10   Texans?  Was it nationwide?  What kind of polling data

11   are you suggesting?

12               REPRESENTATIVE ANCHIA:  The Brennan Center

13   Report is available, and if we have it, I'd be happy to

14   pass it out to you.  The Brennan Center also figures

15   that 18 percent, about 6 million American citizens is,

16   65 and older do not have photo ID.

17               THE SPEAKER:  Representative Miller has

18   raised the point of order.  The gentlelady's time has

19   expired.

20               REPRESENTATIVE ANCHIA:  Mr. Speaker.

21               THE SPEAKER:  For what purpose, Mr. Anchia?

22               REPRESENTATIVE ANCHIA:  Will the gentlelady

23   -- I'd like to move that the gentlelady's time be

24   extended.

25               THE SPEAKER:  Members, is there any

31

1     objection?  Mr. Anchia, this requires unanimous consent.

2                     REPRESENTATIVE ANCHIA:  Thank you,

3     Mr. Speaker.  Thank you.

4                     Representative Brown.

5                     THE SPEAKER:  The point of order is well

6     taken and sustained.

7                     The Chair recognizes Mr. Puente for an

8     introduction.

9                     REPRESENTATIVE PUENTE:  Mr. Speaker,

10    Members, up in the north gallery there's a school group

11    that Representative Castro and I have asked to be here.

12    The school is actually in my district.  It's Rogers

13    Middle School, and Mr. Castro also has some friends

14    there.

15                    So Rogers Middle School, would you stand

16    up, please.  Rogers Middle School.  Welcome to Austin

17    and welcome to your Capitol.

18                    THE SPEAKER:  The Chair recognizes

19    Ms. Laudenberg for a motion.

20                    REPRESENTATIVE LAUDENBERG:  Mr. Speaker, I

21    move that we suspend the rules and take up House

22    Resolution 1413.

23                    THE SPEAKER:  Members you've heard the

24    motion.  Is there any objection?

25                    The Chair hears none.

32

1                 The Chair lays out HR 1413.

2                 The clerk will read the resolution.

3                 THE CLERK:  HR 1413 by Laudenberg, whereas

4        by winning each of its 40 games in the 2006, 2007 season

5        and capturing the 5-A State Title, the Lady

6        Yellowjackets Basketball Team of Rockwell High School

7        has named a resulted place in the annals of Texas high

8        school sports.

9                 And was whereas the culmination of this

10       perfect campaign came with Rockwell's victory over

11       Cy-Fair High School in the state championship game on

12       March 3rd, 2007, a show down that pitted two previously

13       unbeaten schools.

14                 At the end of regulation play, the teams

15       were knotted at 48, but with clutch play in the closing

16       minutes of overtime, the Yellowjackets emerged with a

17       59, 54 victory and a legacy that will stand for many

18       years to come.

19                 Only six previous girls' teams in Texas

20       have gone unbeaten through an entire season and only two

21       have equaled Rockwell's record of 40 and 0.

22                 And whereas Rockwell has been building

23       toward this achievement for several years.  The team has

24       reached the regional tournament at Baylor University in

25       each of the past three seasons, winning it twice.

1        In 2006, the Lady Yellowjackets made it all

2    the way to the state championship game but fell to Plano

3    West to finish as runner-up.

4        And whereas in achieving the pinnacle of

5    success in 2007, Rockwell relied on outstanding

6    performances from each member of the team and challenged

7    its opponents with a combination of offensive fire power

8    to tenacious defense and an undeniable will to win.

9        The players were schooled in the finer

10   points of technique and strategy by head coach Jill

11   McDill, who has shaped Rockwell High School into a

12   girls' basketball powerhouse that is poised for further

13   glory.

14       And whereas exhibiting tremendous skill and

15   dedication, the Lady Yellowjackets have established a

16   remarkable record of achievement in Texas high school

17   athletics and won the respect of sports fans throughout

18   the Lone Star State.

19       Now therefore be it resolved that the House

20   of Representatives of 80th Texas Legislature hereby

21   congratulate the Rockwell High School Lady Yellowjackets

22   basketball team on posting a perfect season and winning

23   the Class 5-A State Title and extends best wishes to the

24   players, coaches and staff for future success.

25       And be it further resolved that an official

34

1      copy of this resolution be prepared for the team as an

2      expression of high regard by the Texas House of

3      Representatives.

4                     REPRESENTATIVE LAUDENBERG:  I move passage.

5                     THE SPEAKER:  Members, you heard the

6      motion.

7                     Is there an objection?

8                     The Chair hears none.

9                     Ms. Laudenberg moves to add all members'

10     names.

11                    Is there any objection?

12                    Hearing none.

13                    The motion is granted.

14                    The Chair recognizes Ms. Laudenberg.

15                    REPRESENTATIVE LAUDENBERG:  Members, I am

16     so proud to represent these young women, the Rockwell

17     Lady Yellowjackets for the 2007 5-A Basketball Girls

18     Championship this March, the first title in the teams'

19     history.

20                    The girls and this team have been

21     undefeated at home for the last three seasons with an

22     astounding record of 105 wins to 13.  This year the Lady

23     Yellowjackets went into the final game against a very

24     formidable opponent, the Houston Cypress Fairbanks with

25     a 39, 0, winning streak.

TX_00212200

35

1           With a grueling, physical fourth quarter,

2     the game went into overtime with the Lady Yellowjackets

3     took the other team in second place and showed why the

4     USA today have named the Lady Yellowjackets the third

5     ranked team in the nation for high school.

6           The final score of the game was 59 to 54,

7     and each member of this team was an integral part of

8     their success.

9           I want to first recognize the girls up in

10    the balcony, the team managers, players and assistant

11    coaches, who gave up time with their friends and family.

12    I asked them how many hours they practiced, and they

13    said they were never at home.  All they did was

14    practice.

15          On the dias I am proud to present to you

16    members of the Lady Yellowjackets team:  Shelby Addison,

17    a junior guard, who was the leading scorer in the state

18    semi-final; Sunni Saddery, a junior point guard, First

19    Team All District, who lead the Metroplex in assists

20    this year; Avery Alendres and Meredith Gordon, senior

21    guards who have both won Academic All District; Lindsey

22    Rath, a senior who has won Academic All State; Samantha,

23    Slaw, the team's senior, three-year starting guard; Cara

24    Slayton, who is defensive player of the year for the

25    team's district, had nine rebounds and scored nine

TX_00212201

36

1      points in the state's final game and has received a full

2      scholarship to Tulane University; Genevieve Campbell,

3      who scored a team high of 17 points and had seven

4      rebounds and will be on a full scholarship to Texas A&M

5      Commerce; Haley Day, who scored 5 of the 11 points in

6      the overtime, leading to this year's victory and was

7      honored as the game's most valuable player and she's

8      received a full scholarship to SMU.

9                    And finally members I would like to

10     acknowledge, head coach, Jill McDill and assistant

11     coach, Casey Reeves, who led this team in their

12     dedication and hard work.

13                   We have surely not heard the last of this

14     excellent team.  I have a whole new respect for what

15     these girls have achieved.

16                   Please join me in honoring the success of

17     the Rockwell Lady Yellowjackets.  Thank you.

18                   THE SPEAKER:  Members, we're back on the

19     bill.

20                   The following Amendment.

21                   The clerk will read the Amendment.

22                   THE CLERK:  Amendment by Cochran of

23     Kaufman.

24                   THE CHAIR:  The Chair recognizes Ms. Brown

25     to explain the Amendment.

TX_00212202

1                    REPRESENTATIVE BROWN:  Mr. Speaker,

2        Members, I have three perfecting Amendments.

3                    The first one is just simply to waive the

4        requirements for anyone over 80.  If you're over 80,

5        many are voting by mail-in ballot anyway.  If there's

6        any reason why they don't have a photo ID, let's just

7        give them the benefit of the doubt.

8                    Let's waive all voters over age 80.  And it

9        is acceptable to the author.

10                    THE SPEAKER:  Members, Ms. Brown sends up

11        an Amendment.  The Amendment is acceptable to the

12        author.

13                    Is there an objection?

14                    REPRESENTATIVE BERMAN:  Mr. Speaker, will

15        the lady yield?

16                    THE SPEAKER:  Will the lady yield?

17                    REPRESENTATIVE BROWN:  Yes.  I yield.

18                    REPRESENTATIVE BERMAN:  Will you go over

19        the Amendment one more time, please?

20                    REPRESENTATIVE BROWN:  It simply states

21        that voters over the age of 80 would not be required to

22        present a photo ID or two forms of non-photo ID at the

23        polling place if they're over 80.

24                    REPRESENTATIVE BERMAN:  Thank you.

25                    Have we received information from a former

38

1      republican has passed around the desk here that said his

2      91-year old mother had lost the right to vote?

3                     REPRESENTATIVE BROWN:  Absolutely.  He was

4      concerned that his 91-year old mother, who is an

5      invalid, who is evidently bed-fast, who is still a

6      registered voter, would be disenfranchised from being

7      able to vote.

8                     And my bill, HB 218, does not affect her

9      ability to vote because obviously she must have been

10     voting by mail-in ballot.

11                    If she can't leave her bed, she certainly

12     hadn't been going to the polling places.  I'm very sorry

13     to hear about his mother's condition, but I certainly

14     would not deny her the opportunity and the right to

15     vote.

16                    REPRESENTATIVE BERMAN:  So even without

17     your Amendment, she was not denied the right to vote --

18                    REPRESENTATIVE BROWN:  Absolutely not.

19                    REPRESENTATIVE BERMAN:  Because she has a

20     mail-in ballot, just like every other invalid person

21     does.

22                    REPRESENTATIVE BROWN:  Absolutely not.

23                    REPRESENTATIVE BERMAN:  And everyone who is

24     sick.  Even if I was home sick at my age, I can still

25     use a mail-in ballot?

JA_007612

39

1                       REPRESENTATIVE BROWN:  That's right.

2                       REPRESENTATIVE BERMAN:  And when I served

3      overseas in Vietnam, I could still use a mail-in ballot?

4                       REPRESENTATIVE BROWN:  That's right.

5                       REPRESENTATIVE BERMAN:  Nothing would

6      prevent me from voting; is that correct?

7                       REPRESENTATIVE BROWN:  This bill is not

8      about denying anyone who is an eligible voter from

9      voting.  It's merely to reserve that right for those who

10     are eligible.  And this age, it's fair.  It's balanced.

11     I just think that we should do this for those people

12     over 80 years old.

13                      REPRESENTATIVE BERMAN:  And one of these

14     questions Mr. Anchia asked you before -- I think he said

15     there were no prosecutions by the AG's Office.  There

16     were actually several prosecutions by the Attorney

17     General's Office.

18                      REPRESENTATIVE BROWN:  That's right.

19                      REPRESENTATIVE BERMAN:  However, do you

20     know that the Attorney General cannot prosecute anyone

21     in the state unless it comes from a multi-county area?

22     An election held over a multi-county area?

23                      REPRESENTATIVE BROWN:  I see.

24                      REPRESENTATIVE BERMAN:  Most of the larger

25     counties in the state are single county.  Like Harris

TX_00212205

40

1     County, like Bexar County, like El Paso County and

2     Dallas County.

3                     Did we not receive information from those

4     four counties?  --

5                     REPRESENTATIVE BROWN:  Absolutely.

6                     REPRESENTATIVE BERMAN:  Of our 4,000

7     fraudulent voters on the election rolls; is that

8     correct?

9                     REPRESENTATIVE BROWN:  That's right.  And

10    in fairness to our Texas electors who are trying to

11    maintain the huge databases, it is an expensive and

12    time-consuming process to try to compare all of these

13    names with driver's license data and with Social

14    Security numbers and so on, to try to prove the ones

15    that actually are existing.

16                     And also, against the death records.

17    That's one reason that we have lists that still have

18    thousands of people who are deceased.

19                     But this is one very inexpensive way to

20    offset some of the problems with deceased people voting.

21    It's to be able to just simply prove you are who you say

22    you are when you about to the polls to vote.

23                     REPRESENTATIVE BERMAN:  And I heard some of

24    the dialogue between you and Representative Anchia about

25    a study that was done in New York University.

41

1              Have you seen that study at all?

2              REPRESENTATIVE BROWN:  I think it came in

3        with all the myriad of paper that we had but I didn't

4        study it.

5              REPRESENTATIVE BERMAN:  Okay.  And if my

6        good friend Representative Anchia asked if you believe

7        in the New York University School of Law.  I do, but --

8              REPRESENTATIVE BROWN:  Of course.

9              REPRESENTATIVE BERMAN:  But I more believe

10       in our Texas Department of Public Safety and the numbers

11       that they're putting out from DPS.

12             REPRESENTATIVE BROWN:  My question mainly

13       was:  Is this a study of Texas or is this a nationwide

14       study?  That's what I was trying to get at.

15             REPRESENTATIVE BERMAN:  I think the main

16       point I was trying to make just now is something that

17       you brought out a little quietly.  I want to make it

18       very loud.

19             REPRESENTATIVE BROWN:  Okay.

20             REPRESENTATIVE BERMAN:  There are over 14

21       million driver's licenses in the State of Texas.

22             REPRESENTATIVE BROWN:  That's right.

23             REPRESENTATIVE BERMAN:  And there are just

24       about 12 million registered voters in the State of

25       Texas.

TX_00212207

42

1          REPRESENTATIVE BROWN:  That's right.  So

2    there's going to be that many people who don't have a

3    driver's license with a photo ID on it.

4                And by the way, another thing that I may

5    have said, too, quietly, is the fact that 85 percent of

6    Texans old see a need for a photo ID at the polling

7    places.  And that was a very recent poll, by the way of

8    Texans.

9                REPRESENTATIVE BERMAN:  Now, also, if you

10   don't have a driver's license as many people don't, can

11   you get another form of photo identification from DPS?

12               REPRESENTATIVE BROWN:  Oh, absolutely.  In

13   fact, you know, we passed a bill out of here not many

14   days ago that had something to do with people after they

15   reached a certain age, and I think we set it at 90,

16   having to be retested for their driver's license.

17               So that makes a statement right there that

18   we have a lot of older people that are still driving

19   have still active.  Still have a driver's license to

20   present at the polls.

21               So it's just a lot of older people, and I

22   believe I heard the statement today that 80 is the new

23   65.  I love that statement.

24               REPRESENTATIVE BERMAN:  I do, too, since

25   I'm 72.

TX_00212208

43

1                       Do you think, is it your opinion that if a

2       voter can bring a voter registration card to a polling

3       place, that they could also bring an electric bill or a

4       water bill or something to show that they are the person

5       on the voter registration card?

6                       REPRESENTATIVE BROWN:  Even a library card

7       will do it.  Even a library card is acceptable.

8                       REPRESENTATIVE BERMAN:  So what else is

9       acceptable?

10                      REPRESENTATIVE BROWN:  I have a list of 18,

11      I believe, things that are acceptable.

12                      And by the way, we found out -- we're

13      talking about the poorer people having a hard time with

14      this.  But we found out that the Lone Star Card requires

15      a photo ID to qualify for the Lone Star Card.  So that

16      shows right there that people do have to come up with

17      proof of identity.

18                      And I have a list here of those things that

19      are acceptable right here.

20                      REPRESENTATIVE BERMAN:  And what are they?

21                      REPRESENTATIVE BROWN:  But the photo

22      identification, a driver's license, a photo

23      identification card issued by the Department of Public

24      Safety that has not expired or expired within two years

25      of the date of presentation.

TX_00212209

44

 1              U.S. Military identification cards

 2     containing the person's photograph.  Valid employee

 3     identification card containing a person's photograph.

 4     U.S. citizenship certificate that contains the person's

 5     photograph.

 6              U.S. Passport issued to the person.

 7     Student identification card issued by a public or

 8     private institution of higher education located in Texas

 9     that contains the person's photograph or a License to

10     Carry a Concealed Handgun issued by DPS of the non-photo

11     identification allowed, a copy of the current utility

12     bill, bank statement, government check, paycheck or

13     other government document that shows the name and

14     address of the voter.

15              Official mail address to the person by name

16     from a government entity.  Certified copy of a birth

17     certificate or other acceptable document confirming

18     birth.

19              U.S. citizenship paper.  Original or

20     certified copy of a person's marriage license or Divorce

21     Decree.

22              REPRESENTATIVE BERMAN:  So in other words,

23     you can bring in just about anything that's got your

24     name on it to prove that the voter registration card

25     that you have is really you?

House Floor Debate                                    April 23, 2007

45

1                     REPRESENTATIVE BROWN:  That's right.

2                     REPRESENTATIVE BERMAN:  And, Betty, do you

3       remember the documents that I got in the from the

4       Committee on Elections in Harris County that there were

5       over 4,000 people dropped from the list because they

6       were fraudulent my enrolled on the voter registration

7       list?

8                     REPRESENTATIVE BROWN:  Yes.

9                     REPRESENTATIVE BERMAN:  Do you know how

10      they were found?

11                    REPRESENTATIVE BROWN:  I think it was

12      because the address on there was actually outside the

13      county.  Was that it?

14                    REPRESENTATIVE BERMAN:  No.  That's not it.

15                    REPRESENTATIVE BROWN:  Okay.

16                    REPRESENTATIVE BERMAN:  That's not it.

17                    REPRESENTATIVE BROWN:  What was it?

18                    REPRESENTATIVE BERMAN:  The jury pools or

19      the jury summons are taken from voter registration list

20      and it's also taken from driver's license lists.

21                    REPRESENTATIVE BROWN:  Right.  I've heard

22      that happening in my home county.

23                    That people show up to vote or they show

24      because they were summoned to jury duty and they say I

25      don't know why I'm here because I'm not a citizen and it

46

1      turns out that they were on that list.

2                    REPRESENTATIVE BERMAN:  Actually, they sent

3      back in a card that would incriminate them.  They

4      checked a box saying I am not a U.S. citizen and cannot

5      serve on jury duty:

6                    Consequently Mr. Betencort --

7                    THE SPEAKER:  Representative Miller raises

8      the point of order that the gentlelady's time has

9      expired.

10                   The point of order is well taken and

11     sustained.

12                   REPRESENTATIVE HOCHBERG:  Mr. Speaker.

13                   THE SPEAKER:  Mr. Hochberg, for what

14     purpose?

15                   REPRESENTATIVE HOCHBERG:  Since Mr. Berman

16     used almost the entire ten minutes, I'd like to move to

17     extend the lady's time.

18                   THE SPEAKER:  Mr. Hochberg, the lady has

19     yielded the mic.

20                   REPRESENTATIVE HOCHBERG:  I'm sorry?

21                   THE SPEAKER:  The lady has yielded the mic.

22                   REPRESENTATIVE HOCHBERG:  I'm sorry.  She

23     called the point of order.  Did she yield the floor?

24                   THE SPEAKER:  She has yielded the floor.

25                   REPRESENTATIVE HOCHBERG:  Thank you.

TX_00212212

House Floor Debate                                    April 23, 2007

47

1                    THE SPEAKER:  The following Amendment to

2       the Amendment.

3                    The clerk will read the Amendment.

4                    THE CLERK:  Amendment by Dunnam.

5                    THE SPEAKER:  The Chair recognizes

6       Mr. Dunnam.

7                    REPRESENTATIVE DUNNAM:  Thank you,

8       Mr. Speaker.  I think we could take after 65, your

9       Social Security check you're eligible.

10                   And if you will look at the Social Security

11      card, there is not a photo on the Social Security card.

12      I think we ought to take seniors out of this debate and

13      lower the age to 65.

14                   THE SPEAKER:  The Chair recognizes

15      Ms. Brown.

16                   REPRESENTATIVE BROWN:  Mr. Speaker and

17      Members, the way we have the Amendment was set at 80.  I

18      think it's very fair and balanced.

19                   People 65, you know, that's quite young in

20      this era, and I think there's plenty of ways that we'd

21      provided for people to prove their ID.  Let's leave it

22      at 80.

23                   And I move to table.

24                   REPRESENTATIVE HOCHBERG:  Mr. Speaker.

25                   THE SPEAKER:  Mr. Hochberg, for what

JA_007621

48

1    purpose?

2                    REPRESENTATIVE HOCHBERG:  Will the

3    gentlelady yield?  Or has she yielded the floor?

4                    REPRESENTATIVE BROWN:  I'd be happy to

5    yield.

6                    REPRESENTATIVE HOCHBERG:  First, a couple

7    of questions.  I don't know how you set the 80 date in

8    the first place.  I don't know how you came up with that

9    number, ma'am, but can you tell me:  Did you look at

10   that stack of people who were supposedly decease who'd

11   had voted?

12                   It seems to me an awful lot of those people

13   who apparently voted when they were deceased would have

14   been at a very advanced age -- how many of those people

15   were over 80 in the stack of fraud that you're trying to

16   eliminate?

17                   REPRESENTATIVE BROWN:  I don't think that

18   has anything to do with setting it at 80 because we

19   passed the bill so that you have to prove who you are

20   who you say you are at the polls.

21                   We'll eliminate that loophole so the

22   deceased people will no longer be voting.  And I think

23   that will take care of that.  I just think the 80 say

24   good, fair and balanced place to set it.  People that

25   are over 80 that will no longer be required to present

49

1    Voter ID.

2                    REPRESENTATIVE HOCHBERG:  And that's based

3    on?

4                    REPRESENTATIVE BROWN:  That's based on the

5    expectation for your life expectancy and people have

6    usually slowed down a little bit, even though we have

7    examples of exceptions but people have usually slowed

8    down a little bit by 80.

9                    REPRESENTATIVE HOCHBERG:  So if they're

10   over 80, they're less likely to commit voter fraud, but

11   they're --

12                   REPRESENTATIVE BROWN:  They're less likely

13   to still be driving.  They're less likely to still have

14   access to photo ID.

15                   REPRESENTATIVE HOCHBERG:  What about people

16   who are disabled?  They're less likely to be driving.

17                   REPRESENTATIVE BROWN:  But disabled, if

18   they're not driving and not able to get to the polls,

19   not able to go to DPS for a photo ID, as I stated

20   earlier, they will be using a mail-in ballot and this

21   bill doesn't address that.

22                   REPRESENTATIVE HOCHBERG:  So if you want to

23   commit fraud, you can continue to do it as long as you

24   use a mail-in ballot.

25                   How would you know that a person is 80 if

50

1       they don't have to show you an ID?

2                   REPRESENTATIVE BROWN:  There's plenty --

3       and I visited with one of the Texas electors.  Of

4       course, it's on there, the Voter Registration Card, No.

5       One.

6                   Here's my Voter Registration Card right

7       here, and it has my birth date on it.

8                   REPRESENTATIVE HOCHBERG:  Yes, ma'am.

9                   REPRESENTATIVE BROWN:  So if you're a

10      registered voter, more than likely, they can prove this

11      and show their age.

12                  REPRESENTATIVE HOCHBERG:  Ma'am --

13                  REPRESENTATIVE BROWN:  If there's suspicion

14      that they're not of that age, there are ways -- the

15      elections officials do have some authority to question

16      that voter as I was assured by an elections

17      administrator today.

18                  REPRESENTATIVE HOCHBERG:  Ma'am, are you

19      aware that people who registered to vote a long time ago

20      do not necessarily have their ages on their Voter

21      Registration Card because it was not required many years

22      ago?

23                  REPRESENTATIVE BROWN:  That was also

24      discuss brought up and we discussed it, I think by 1972,

25      there was the requirement that people had to -- those

51

1      birth dates had to be entered in.  --

2                  REPRESENTATIVE HOCHBERG:  So anybody who

3      registered earlier than that do not have to have their

4      birthdays in there and those would have to be exactly

5      the people that you're talking about?

6                  So I ask you again:  How do you know

7      they're 80?

8                  REPRESENTATIVE BROWN:  Well, and I do have

9      to go all through this again:  There are many ways and

10     if there's suspicion that they are at that age, then

11     there's some authority from the elections administrator

12     to question that vote.

13                 REPRESENTATIVE HOCHBERG:  Let me ask you

14     one other question while I have the opportunity of being

15     at the mic, and that is that you referred to the

16     interview between Mr. Baker, Mr. Carter and I believe

17     Margaret Warner of the News Hour earlier when you were

18     talking about what they had said.

19                 I have a copy of that interview in front of

20     me.  And in that interview, Mr. Baker said that the

21     recommendations tie Voter ID to registration.

22                 So the implication that clearly what he was

23     saying is under his system, anybody with a Voter ID

24     card, which would of course be the driver's license

25     under the Real ID Act would be able to vote without

TX_00212217

52

1    having to register for a separate card.

2              Is there an Amendment that you're planning

3    to offer later to be consistent with Mr. Baker's

4    recommendation that if you had -- that you do not have

5    to further register separately from the driver's license

6    that you would require people to show.

7              Are you avoiding that part of the

8    recommendation in favor of just this one?

9              REPRESENTATIVE BROWN:  Well, I'm not

10   avoiding that part of the recommendation.  It's just

11   that the Real ID Act is in the process right now and

12   it's supposed to be implementing.  But there has also

13   been a push to move that date out.

14             And in the meantime we need to be having

15   people prove they are who they say they are at the

16   polls.  I'm not trying to avoid that.  It's just not

17   part of this bill.  You know --

18             REPRESENTATIVE HOCHBERG:  But, ma'am, the

19   recommendation of the committee has stated in that

20   interview that you carefully read is this be implemented

21   once the Real ID Act is in effect that was designed to

22   tie to it.

23             And so if you're waiting for the Real ID

24   Act in order to implement some of the recommendations,

25   why would you not wait for the Real ID Act in order to

TX_00212218

53

 1    implement them all?

 2                    REPRESENTATIVE BROWN:  We are addressing

 3    one problem at a time.  Okay?

 4                    We see this as a problem have we see

 5    something that is, we feel, is easily addressed and it's

 6    something that we can correct, and close this loophole

 7    and have fair elections.

 8                    It's also about the integrity of the

 9    process.  That's all it's about.

10                    REPRESENTATIVE HOCHBERG:  Thank you, ma'am.

11                    REPRESENTATIVE BROWN:  The integrity of the

12    process.  As people are more and more disillusioned with

13    the integrity of the process, we have less

14    participation.

15                    And in a number of states, as they have

16    tightened up on their requirements to be able to vote,

17    they have had greater participation.  And that's what we

18    hope for.

19                    THE SPEAKER:  The Chair recognizes

20    Mr. Herrero for an introduction.

21                    REPRESENTATIVE HERRERO:  Thank you,

22    Mr. Speaker, I'm joined by my colleagues, Mr. Ortiz,

23    representative Garcia in welcoming some high school

24    students from Corpus Christi.

25                    They are attending Miller High School and

House Floor Debate                                              April 23, 2007

54

1    obviously they're here seeing the House Floor debate.

2                    Along with them we have members of LULAK

3    that are being here as sponsors, as I call your name

4    they're sitting to my left, which is the northwest side

5    of the gallery.  As I call your name, please stand up.

6                    Tony Jimenez Jr., with LULAK, Raymundo Vaya

7    with LULAK.  They have along with them members from

8    Miller High School staff, Ms. Wendy Aycox, Brad Martin,

9    John Meadows, Minerva Perez, Diane McCarty, Shelly

10   McCarty, and 42 proud Miller students from Corpus

11   Christi High School.

12                   Help join me and welcome them to the

13   capitol.

14                   THE SPEAKER:  The Chair recognizes

15   Mr. Gallego for an introduction.

16                   REPRESENTATIVE GALLEGO:  Mr. Chairman, will

17   the gentleman yield?

18                   THE SPEAKER:  Yes.

19                   REPRESENTATIVE GALLEGO:  Thank you,

20   Mr. Speaker.  I appreciate the opportunity to introduce

21   some guests who are here.

22                   Members, you all may have read or seen a

23   lot of publicity lately on the Lone Star Fugitive Task

24   Force that has been set it up.  Actually it's made up of

25   about 30 different agencies, local, district and state

55

1    agencies around the state.

2                    The goal is to make sure that repeat and

3    violent offenders who are fugitives who are brought to

4    justice.

5                    We have several members of the task force

6    here in the gallery today.  In the east gallery, the

7    U.S. Marshall Lafayette Collins, Chief Deputy, John

8    Butler, and a colleague of mine, the Sheriff of Uvalde

9    County, Sheriff Cherry Crawford.

10                    And all the members of the task force, if

11   you will please stand and be recognized.  Welcome to the

12   Texas House of Representatives.  And thank you for your

13   service, not only to law enforcement but to all of us

14   here in the state.  Thank you.

15                    THE CHAIR:  Mr. Jackson, for what purpose?

16                    REPRESENTATIVE JACKSON:  I'm waiting for

17   Mr. Dunnam.

18                    THE SPEAKER:  Dunnam to close on his

19   Amendment to the Amendment.

20                    REPRESENTATIVE JACKSON:  I have to admit

21   I'm a little perplexed by the 65.  I'm way over 65, and

22   I don't have a foot in the grave yet, and I --

23                    REPRESENTATIVE DUNNAM:  Good for you.

24                    REPRESENTATIVE JACKSON:  And I just don't

25   know many people at my age who do.

56

1              And you know, when Representative Brown

2      brought forth the 80, but where in the world about did

3      you get 65?

4              REPRESENTATIVE DUNNAM:  I think that's the

5      universal retirement age, when people understand that

6      they're going to retire and when they're going to go

7      about business.  Where did they get 80 in I don't

8      understand where did they get 80?  Why not 79?  78?

9              REPRESENTATIVE JACKSON:  I think that may

10     have used to have been the universal retirement age but

11     the universal retirement age for those of us today is

12     something over 65.

13             REPRESENTATIVE DUNNAM:  Well, sorry.

14             REPRESENTATIVE JACKSON:  And, you know, I

15     still have a driver's license.  I still got most of my

16     teeth.

17             REPRESENTATIVE DUNNAM:  Good question.

18             REPRESENTATIVE JACKSON:  I just wondered

19     how you got 65.

20             REPRESENTATIVE DUNNAM:  That has been

21     traditionally, people in the United States of America

22     have been understood to retire, and at 65 people are

23     eligible to draw their Social Security and you can draw

24     your Social Security without a photo ID.

25             There's not a photo on your Social Security

House Floor Debate                                    April 23, 2007

57

1   card:  And I think we ought to take seniors out of this

2   issue.  We shouldn't have it to where a senior is not

3   allowed to vote because they left their Voter ID card at

4   home or they don't have two photo IDs or they don't have

5   two regular IDs.

6              Why are we hassling seniors with this?

7              REPRESENTATIVE JACKSON:  It seems to me

8   like you just have a lot smaller expectations for people

9   my age than I do.

10             REPRESENTATIVE DUNNAM:  No.  I don't.  I

11  just don't know why we're hassling them.  I mean, AARP

12  is against this bill and I think they're a very

13  responsible organization and reasonable organization.

14             This is not about people being too decrepit

15  to vote.  This is not people not being interfered with

16  when it's in their constitutional right.

17             REPRESENTATIVE JACKSON:  We still get to

18  vote but, Mr. Dunnam, tell me, just for -- if we were to

19  vote for your Amendment, will you support the bill?

20             REPRESENTATIVE DUNNAM:  This bill, no.  No.

21  I'm not going to do that because I don't think we should

22  be hassling young people.  I don't think we should be

23  hassling minorities, and I don't think we should have

24  people that are covered under the Voting Rights Act.

25             I think we should make it easier for people

58

1          to vote.  Not harder for people to vote.  I think we

2          should have election day registration.  Same-day

3          registration.

4                    I think we should had do everything we can

5          to let people be franchised in voting and participating

6          in road blocks that make people either unable to vote or

7          hesitant to vote or intimidated against voting.  That's

8          what I believe.

9                    But, you know, if we want to put some icing

10         on the pig, this is the way to do it.  And let's get

11         seniors out of the deal.  Let's get the seniors off this

12         debate.

13                   REPRESENTATIVE JACKSON:  Well, this senior

14         is or is not off this debate.  This senior believes that

15         we should be full participants in the process and do all

16         the things other people have to do in order to vote and

17         not vote fraudulently.

18                   REPRESENTATIVE DUNNAM:  Well, I'm sorry you

19         feel that way.

20                   But I'll tell you over half the people I

21         represent are protected by the Voting Rights Act because

22         they've historically had their voting rights suppressed

23         for years and decades.

24                   And for us to do anything that makes it

25         more difficult for anybody in any system in the United

59

1       States to vote is reprehensible.

2                   REPRESENTATIVE GONZALES:  Mr. Speaker.

3                   THE SPEAKER:  For what purpose,

4       Ms. Gonzales?

5                   REPRESENTATIVE GONZALES:  Would the

6       gentleman yield for a question?

7                   THE SPEAKER:  Would the gentleman yield?

8                   REPRESENTATIVE DUNNAM:  Yes.

9                   THE SPEAKER:  The gentleman yields.

10                  REPRESENTATIVE GONZALES:  Representative

11      Dunnam, did you see the studies from the Brennan Center

12      that said that about 6 million of American citizens did

13      not have any current government issued photo

14      identification?

15                  REPRESENTATIVE DUNNAM:  I haven't but that

16      would not surprise me at all.

17                  REPRESENTATIVE GONZALES:  And so what your

18      Amendment is trying to do is saying that if you've

19      reached that age, that we don't want to keep you from

20      voting.  We don't want to keep anybody from voting; is

21      that right?

22                  REPRESENTATIVE DUNNAM:  I think that's true

23      and we should take retired Texans out of this debate.

24      And let's have the debate about everybody else, if

25      that's what we want to do but let's take the retired

TX_00212225

60

1    Texans off this issue.

2              REPRESENTATIVE GONZALES:  Did you see the

3    studies that showed, actually in Texas, when it comes to

4    all the states in the nation, we are one of the worse

5    when it comes to the percentage of turn-out of voting

6    age population?

7              REPRESENTATIVE DUNNAM:  That doesn't

8    surprise me at all.

9              I know that in the districts that I studied

10   and followed, turn-out is low and I think that's because

11   we make it difficult for people to vote.  We should make

12   it easier for people to vote.  We should allow people to

13   show up on election day, register and vote.

14             REPRESENTATIVE GONZALES:  I live right on

15   the border.  Were you aware that in Mexico, they shut

16   down businesses, they shut down the day to make it

17   easier for people to go out and vote.

18             REPRESENTATIVE DUNNAM:  And I believe that.

19   Maybe Mr. Martinez-Fischer, someone has a bill to make

20   election day a state holiday so that people will get off

21   and be able to go vote and they won't have to work 9:00

22   to 5:00 that day and possibly be unable to get to the

23   polls because of traffic and having to work late and

24   things like that.

25             REPRESENTATIVE GONZALES:  So your bill is

61

1          attempting to not discriminate against seniors; is that

2          right?

3                     REPRESENTATIVE DUNNAM:  Obviously people

4          agree that at some age we shouldn't have to supply to

5          our seniors.  And I believe that the only logical

6          Amendment, and Ms. Brown has said 80, and I believe that

7          the logical age -- if we're going to exclude seniors, we

8          ought to take the traditional retirement age that we've

9          grown up and understood in the United States as 65 -- I

10         should have put 62, because you can start drawing Social

11         Security benefits at 62.  You could have done 67 because

12         there are other rules that allow drawing at 67.

13                    But 65 is the traditional retirement age in

14         the United States.

15                    REPRESENTATIVE GONZALES:  And there should

16         be some benefits to turning 65, shouldn't there?

17                    REPRESENTATIVE DUNNAM:  I think there

18         should be.  If you could purchase tickets to the movie,

19         why can't you just vote?

20                    REPRESENTATIVE GONZALES:  That's right.

21         You have a good Amendment thank you.

22                    REPRESENTATIVE DUNNAM:  Thank you.

23                    THE SPEAKER:  Ms. Riddle.

24                    REPRESENTATIVE RIDDLE:  Mr. Speaker, would

25         the gentleman please yield.

TX_00212227

62

1                    THE SPEAKER:  Mr. Dunnam, do you yield?

2                    REPRESENTATIVE DUNNAM:  Yes, sir.

3                    THE SPEAKER:  The gentleman yields.

4                    REPRESENTATIVE RIDDLE:  Representative

5      Dunnam, have you noticed, have you flown lately in an

6      airport or anything like that?

7                    REPRESENTATIVE DUNNAM:  I have flown, yes.

8                    REPRESENTATIVE RIDDLE:  And have you not

9      noticed the numbers of elderly and retired people at the

10     airport that are flying these days?

11                   REPRESENTATIVE DUNNAM:  I haven't noticed

12     that in particular.

13                   REPRESENTATIVE RIDDLE:  Well --

14                   REPRESENTATIVE DUNNAM:  There's folks

15     flying but there's always been folks flying.

16                   REPRESENTATIVE RIDDLE:  It's always crowded

17     and there's always a lot of retired folks there.

18                   Are you aware that in order to board an

19     airplane or go in a federal building or do a number of

20     other things, that the elderly have to have ID?

21                   REPRESENTATIVE DUNNAM:  I think that's

22     right.  They also have to take their shoes off, but we

23     probably shouldn't have them have to take their shoes

24     off to vote.

25                   REPRESENTATIVE RIDDLE:  Well, Voter ID is

1    there for a reason.  The purpose of having an

2    identification is there for a reason.

3                    REPRESENTATIVE DUNNAM:  But they have an

4    identification.  This is someone that has shown up with

5    a Voter ID card that has their name and their address on

6    it and the government has sent them that document.  And

7    that document says that they're entitled to vote at that

8    precinct.

9                    So why should we turn them away because

10   they left their driver's license at home?  And they're

11   also on the voter role?  And there's a place that you

12   vote that put a stamp by your name.  So they know if you

13   voted already.

14                   So if somebody shows up again with another

15   Voter ID card or a different ID and tries to vote

16   understand Mary Brown's name, they'll see she's already

17   voted and they're not going to let them vote.

18                   So I don't understand what the problem is

19   in terms of the real debate.

20                   REPRESENTATIVE RIDDLE:  Well, I just wanted

21   to draw a parallel.

22                   But even to fly a plane, regardless of your

23   age, unless you're an infant or a child, you have to

24   have Voter ID.

25                   REPRESENTATIVE:  You have to have a Voter

64

1    ID to fly a plane?

2              REPRESENTATIVE RIDDLE:  Not Voter ID.  An

3    identification.

4              REPRESENTATIVE DUNNAM:  But these people

5    have been given this on a document by the State of Texas

6    saying you are entitled to vote and they show up with

7    that document and that document matches a list that the

8    voter registrar has.

9              They compare it and we're going to say,

10   yeah, but we're not going to let you vote unless you

11   have two other IDs.  That's insanity.  Why are we going

12   to do that in the United States?

13             REPRESENTATIVE RIDDLE:  Because we have had

14   issues regarding fraud and we want to --

15             REPRESENTATIVE DUNNAM:  Where?

16             REPRESENTATIVE RIDDLE:  Well, you are

17   aware, I'm sure --

18             REPRESENTATIVE DUNNAM:  Where?

19             REPRESENTATIVE RIDDLE:  About 4,000 were

20   taken off of the voter rolls because they were not

21   citizens in Harris County alone.  Are you aware of that?

22             REPRESENTATIVE DUNNAM:  Well, your voter

23   registrar did a good job then.

24             REPRESENTATIVE RIDDLE:  Yes, he did do a

25   good job.

65

1                There was about 4,000.  And so, yes.

2                REPRESENTATIVE:  I'm actually proud of

3      that.

4                REPRESENTATIVE RIDDLE:  Did someone mention

5      about how they try to make it easier in Mexico to vote?

6                REPRESENTATIVE DUNNAM:  Pardon me?

7                REPRESENTATIVE RIDDLE:  Did someone mention

8      just a minute ago --

9                REPRESENTATIVE DUNNAM:  Someone did.

10                REPRESENTATIVE RIDDLE:  And what did they

11      have to say?

12                REPRESENTATIVE DUNNAM:  They might have

13      said that you can register that same day.  I don't

14      remember.

15                I haven't been to Mexico since I was like

16      in college and I don't remember much of that trip.

17                REPRESENTATIVE RIDDLE:  Are you aware that

18      Mexico has developed an elaborate system of safeguards

19      to prevent voter fraud?

20                REPRESENTATIVE RIDDLE:  I'm sorry?

21                REPRESENTATIVE DUNNAM:  They have real ID.

22      They show their ID and they get to vote.

23                REPRESENTATIVE RIDDLE:  Well --

24                REPRESENTATIVE DUNNAM:  And we're going to

25      make them show a voter registration card that matches

TX_00212231

66

1     another document and another photo ID or two photo IDs.

2     So I guess does that mean you can show them your Best

3     Buy card and your Sears card?

4                 REPRESENTATIVE RIDDLE:  Well in Mexico they

5     do have to show ID and then after voting, after they

6     cast their ballot, do you know what they have to do

7     after that?

8                 REPRESENTATIVE DUNNAM:  I don't know.

9                 REPRESENTATIVE RIDDLE:  From what I have

10    been --

11                THE SPEAKER:  Mr. Smith raises the point of

12    order.

13                The gentleman's time has expired.

14                The point of order is well taken and

15    sustained.

16                REPRESENTATIVE DUNNAM:  Members, I would

17    ask that you vote no on the motion to table and let's

18    take folks over 65 out of this issue.

19                THE SPEAKER:  Members, Mr. Dunnam sends up

20    an Amendment.  Ms. Brown moves to table.

21                All those in favor of the Motion to table

22    vote aye.  Opposed vote no.

23                Clerk ring the bell.  It's a record vote.

24                Show Ms. Brown voting aye.  Show Mr. Dunnam

25    voting no.

67

1          Have all voted?

2               There being 71 ayes, 68 nays, one present

3     and not voting, the motion to table prevails.

4               Mr. Dunnam has asked for a verification,

5     Members if you'll take your seats, we can move along

6     with the verification faster.

7               The clerk will proceed with calling the aye

8     votes.

9               THE CLERK:  Anderson?  Aycock.  Berman.

10    Bohac.  Bonnen.  Branch.  Brown of Kaufmann.  Brown of

11    Brazos.  Callegari.  Chisum.  Christian.  Cook of

12    Navarro.  Craddick.  Crownover.  Darby.  Davis of

13    Harris.  Delisi.  Driver.  Eissler.  Eiland?

14               Is Mr. Eissler on the floor of the House?

15               THE SPEAKER:  Strike his name temporarily.

16               THE CLERK:  Elkins.  Flynn.  Gattis.

17    Goolsby.  Haggerty.  Hancock.  Hardcastle.  Harless.

18    Harper-Brown.  Hartnett.  Hartnett?

19               THE SPEAKER:  Mr. Hartnett on the floor of

20    the House?

21               Strike his name temporarily.

22               THE CLERK:  Hilderbran.  Hill.  Howard of

23    Fort Bend.  Howard of Fort Bend.  Hughes.  Isaac.

24    Jackson.  Keffer.  King of Parker.  King of Taylor.

25    Kolkhorst.  Kuempel.  Latham.  Latham.

TX_00212233

68

1             THE SPEAKER:  Is Mr. Latham on the floor of

2     the House?

3             Strike his name temporarily.

4             THE CLERK:  Laubenberg.  Macias.  Madden.

5     McCall.  Miller.  Morrison.  Mallory.  Murphy.  O'Day.

6     Orr.  Otto.  Parker.  Patrick.  Paxton.  Phillips.

7     Pitts.  Riddle.  Smith of Harris.  Smithee.  Straus.

8     Swinford.  Talton.  Taylor.  Truitt.  Van Arsdale.

9     West.  Wooley.  Zedler.  Zerwas.

10            THE SPEAKER:  Clerk, proceed to calling the

11    no vote.

12            THE CLERK:  Allen.  Alonzo.  Anchia.

13    Bailey.  Bolton.  Burnam.  Castro.  Chavez.  Cohen.

14    Coleman.  Cook of Colorado.  Davis of Dallas.  Deshotel.

15    Dukes.  Dunnam.  Dutton.  Eiland.  England.  Escobar.

16    Farabee.  Farrar.  Frost.  Gallego.  Garcia.  Geren.

17    Giddings.  Gonzales.  Gonzalez Toureilles.  Guillen.

18    Hamilton.  Heflen.  Hernandez.  Herrero.  Hochberg.

19    Hodge.  Homer.  Hopson.  Howard of Travis.  King of

20    Zavala.  Krusee.  Leibowitz.  Lucio.  Mallory-Caraway.

21    Martinez.  Martinez-Fischer.  McClendon.  Mendendez.

22    Merritt.  Miles.  Naishtat.  Noriega.  Olivera.  Olivo.

23    Ortiz.  Pickett.  Puente.  Quintana.  Raymond.  Ritter.

24    Rodriguez.  Rose.  Smith of Tarrant.  Strama.  Thompson.

25    Turner.  Truitt.  Vaught.  Villarreal.  Vo.

69

1                THE SPEAKER:  Mr. Eissler on the floor of
2       the House?  Verify Mr. Eissler?  Mr. Hartnett on the
3       floor of the House in verify Mr. Hartnett?
4                Mr. Latham on the floor of the House?
5       Verify Mr. Latham.
6                Members, the following members were present
7       voting aye but their machines malfunctioned, show them
8       voting ayes, Creighton.  Solomons.  The following
9       members but their machines malfunctioned.  Veasey,
10      McReynolds, Pearson, and Farias.
11               The Chair announced the signing of the
12      following in the presence of the House.
13               THE CLERK:  SB 192.  SB 325, SB 507, SB844,
14      SCR 50.
15               THE SPEAKER:  Members, there being 73 ayes
16      and 72 nays, the motion to table prevails.
17               THE CHAIR:  The Chair lays out HB 1529
18      which was previously adopted.
19               The clerk will read the resolution in full.
20               THE CLERK:  Here 1529 by Golsby.  Whereas
21      Kenneth Ardoin with dedication and integrity and more
22      for more than 50 decades, and whereas Mr. Ardoin began
23      his notable career with Pfizer in 1965 as a
24      pharmaceutical sales representative and district
25      hospital manager, he was soon promoted to district

TX_00212235

70

1       manager of the Chicago and Dallas district, serving with

2       distinction in this role when he joined the state

3       government relations division.

4                      And whereas for 26 years, Mr. Ardoin worked

5       distinctively throughout the southwestern United States.

6       In 2001 he was named senior director of government

7       relations in public affairs and in this position he

8       supervised legislative and regulatory activity for

9       Pfizer's central region in the State of Texas.

10                     And whereas Mr. Ardoin has shared his

11      professional expertise with a number of policy groups,

12      including the Texas drug utilization review board,

13      recently elected to the Executive Board of Directors of

14      the American Legislative Exchange Counsel.  He has

15      further served as State Chairman in Texas and Louisiana

16      of the pharmaceutical research and manufacturers of

17      America.

18                     And on the Board of Directors of the Texas

19      Civil Justice League and the Texas Bioscience Institute;

20      and whereas he has also served as a leader in his

21      community.  An active member of the Rotary Club, the All

22      Saints Men's Club and the Flower Mound Summit Club.

23                     He has served on the University

24      Interscholastic League Athletic Advisory Committee as

25      well, and served as the voice of the Flower Mound High

TX_00212236

71

1    School Jaguars.

2              And whereas in 2007 Mr. Ardoin's career

3    will take a new direction when he joins his Alma matter,

4    the University of Louisiana at Lafayette, where he will

5    oversee external relations; and whereas Kenneth Ardoin

6    has earned the lasting respect of many with Pfizer.

7              He leaves the company with a legacy of

8    professionalism and a host of colleagues who wish him

9    the best as he embarks on a new chapter in his life.

10             Now therefore be it resolved that the House

11   of Representatives of the 80th Texas Legislature hereby

12   honor Kenneth A. Ardoin for his 42 years of service to

13   Pfizer in extending him sincere best wishes for

14   continued success.

15             And be it further resolved that an official

16   copy of this resolution be prepared for Mr. Ardoin as an

17   expression of high regard by the Texas House of

18   Representatives.

19             THE SPEAKER:  The Chair recognizes

20   Mr. Golsby.

21             REPRESENTATIVE GOSLBY:  Thank you,

22   Mr. Speaker and Members.

23             Ken has been a long time friend of our

24   family for more than 30 years.  And just to tell you a

25   few things that you don't know and it wasn't in this

72

1    resolution, is that he spent more than 40 years with

2    Pfizer, in fact, the only job he ever had.  He got there

3    and couldn't get loose.  He served in many of the civic

4    organizations out in North Dallas and he called the ball

5    games at J.J. Pierce and Flower Mound High School.

6                      Ken has worked real hard in getting me

7    elected my first time.  In fact, he decided that he

8    needed to make a living and he didn't want to come down

9    here.

10                     So at this time, I'm going to let

11   Ms. Truitt who has also the author of this co-author of

12   this resolution, make some comments.

13                     THE SPEAKER:  The chair recognizes

14   Mrs. Truitt.

15                     REPRESENTATIVE TRUITT:  Thank you,

16   Mr. Speaker, Members, I probably a good number of us in

17   this body know Ken Ardoin, and of course Pfizer, a lot

18   of their employees, their Texas presence is in my

19   district.

20                     And Ken, unfortunately lives just outside

21   my district.

22                     But nonetheless, he is a great friend and

23   this state is losing not only an outstanding individual,

24   but one whale of a cook.

25                     So Ken, best wishes to you and all your

House Floor Debate                                    April 23, 2007

73

1    future endeavors and we are going to miss you like

2    crazy.

3                    THE SPEAKER:  The Chair recognizes

4    Mr. Golsby.

5                    REPRESENTATIVE GOLSBY:  And I failed to

6    mention what a great cajun cook he is, and he's really

7    going to be missed there.

8                    But Ken is now going to start a new career.

9    He's going back to his Alma matter, he's going back to

10   the University of Louisiana at Lafayette, where he will

11   become the Director of External Relations.

12                   And it wouldn't surprise me that he

13   continues to lobby for his Alma matter at the Louisiana

14   legislature.

15                   And I've forgot to mention this, so Hardy

16   Hildenbrand is going to have a fit.  That's his

17   fraternity brother.

18                   Let me introduce at this time, Ken, would

19   you raise your hand.

20                   With Ken is his daughter Michelle.  Also

21   his son Scott and his wife Holly.  And also his brother

22   Dave.

23                   Welcome to the House and come back to see

24   us, Ken.

25                   THE SPEAKER:  The following Amendment to

74

1     the Amendment, the clerk will read the Amendment.

2                    Mr. Leibowitz.

3                    THE CLERK:  Amendment by Leibowitz.

4                    THE SPEAKER:  Mr. Leibowitz to explain the

5     Amendment to the Amendment.

6                    REPRESENTATIVE LEIBOWITZ:  Thank you, Mr.

7     Speaker, Members, this Amendment just brings the 80 age

8     requirement down to 75.  It brings it down to 75.  I

9     figure if you've lived for three quarters' of a century,

10    then you don't really have to be obligated to prove

11    yourself to anyone or anybody.

12                    And consequently I'm asking that those of

13    -- those Texans who are over the age of 75 be given the

14    respect and the deference that they deserve by not

15    having to change this approach in the later years of

16    their lives.

17                    I move adoption.

18                    THE SPEAKER:  The Chair recognizes Ms.

19    Brown.

20                    REPRESENTATIVE BROWN:  Mr. Speaker,

21    Members, I still think that the 80 age is a very fair

22    and balanced approach to this.  You know, I really think

23    if we were going to compromise, we would have gone the

24    other direction and had it been in conjunction with the

25    other bill.  When we voted it out here that at age 90,

JA_007648

TX_00212240

75

1       you would have to undergo further testing so that you

2       could renew your driver's license.

3                      I think that we have given plenty of

4       reasons why 80 is a good age.  You know, if we say 75,

5       then why not 70?  Of course, we've already ruled out 65.

6                      Why would we compromise on that?  I think

7       80 is a good age to set it.  Where you know longer have

8       to show your voter fraud.  So I move to table.

9                      THE SPEAKER:  For what purpose?

10                     REPRESENTATIVE CHAVEZ:  Will the gentlelady

11      yield for a question?

12                     THE SPEAKER:  Will you yield?

13                     REPRESENTATIVE BROWN:  I'd be happy to.

14                     THE SPEAKER:  The lady yields.

15                     REPRESENTATIVE CHAVEZ:  Thank you so much,

16      Betty, I was at six elderly nutrition centers in my

17      district, seven senior services centers in any Chavez.

18      And a lot of nursing homes so I have a lot of elderly

19      people in my district, between 65, 80 and older, 90,

20      whatever.

21                     And so I think that Representative Dunnam's

22      Amendment is a good Amendment.  And let me explain to

23      you why.

24                     Because in Hispanic borderland Texas, which

25      is predominantly Hispanic elderly, especially my

76

1    district.  I represent the highest urban district with

2    over 90 percent Hispanic residents and voters is in any

3    district.  Okay?

4              So many of these elderly people haven't

5    driven in 10, 15 years.  So they don't have a driver's

6    license.  Okay?  They don't have a photo ID.

7              And so they go from the nutrition center

8    that is in the senior part of the center in the city of

9    El Paso Senior Center, as well as the basketball courts

10   and all that.

11             And then they go into another room, they

12   walk from their food and then they walk over to go vote.

13   Okay?

14             So I can tell you this:  Many of them have

15   no form of photo ID.  Many of them will not even have

16   their birth certificates because they might have a

17   baptismal certificate.

18             REPRESENTATIVE BROWN:  I understand.

19             REPRESENTATIVE CHAVEZ:  Many of them have

20   become citizens in the last 40 years so they don't have

21   a passport.  And so your bill is going to significantly

22   impact Latino voter participation, especially with older

23   people.

24             So explain to me how you expect eight -- I

25   mean, why you think that 65 is not a fair age for people

77

1      like that?  It's been 20 years --

2                      REPRESENTATIVE BROWN:  We're not talking

3      about 65 right now.

4                      REPRESENTATIVE CHAVEZ:  Well, on his

5      Amendment we are.

6                      REPRESENTATIVE BROWN:  Okay.  We are.

7      Right.  Okay.  I thought you were talking about 65.

8                      REPRESENTATIVE CHAVEZ:  Yeah.

9                      REPRESENTATIVE BROWN:  I thought someone

10     had brought forward a 75.

11                     REPRESENTATIVE CHAVEZ:  Okay.  Leibowitz is

12     75 now.

13                     REPRESENTATIVE BROWN:  Okay.  65 is off the

14     table.  Now we're talking about 75.

15                     I guess my question to you is:  How we're

16     going to take care of all these older people that are in

17     these facilities that you're talking about.

18                     REPRESENTATIVE CHAVEZ:  How are they?

19                     REPRESENTATIVE BROWN:  Are they all of that

20     age?  Are they all over 75?

21                     REPRESENTATIVE CHAVEZ:  No.  They're all

22     over 65.  To be eligible for this nutrition program, I

23     believe you have to be 62.

24                     REPRESENTATIVE BROWN:  Are they on

25     Medicaid?

TX_00212243

House Floor Debate                                    April 23, 2007

78

1                   REPRESENTATIVE CHAVEZ:  Some of them.

2                   REPRESENTATIVE BROWN:  How did they get on

3        Medicaid without presenting a photo ID?

4                   REPRESENTATIVE CHAVEZ:  They have been on

5        Medicaid for many, many years.  They might have a

6        Medicaid photo ID and I know that that's one of the

7        forms of documentation that's acceptable.

8                   Some of them do not have that.  How do you

9        expect -- I mean, you are causing a huge issue for

10       people who have been citizens, good standing citizens,

11       people who have not been afraid to participate in the

12       political process.

13                   This kind of legislation prevents them from

14       voting because they've never had to present.  They've

15       never had to present a photo ID.  All they had was their

16       vote caused card.

17                   Would you accept that someone has presented

18       in the last ten years -- would you accept that if

19       someone presented that they didn't need a photo ID?

20                   REPRESENTATIVE BROWN:  I think that you say

21       they do have a voter registration card?

22                   REPRESENTATIVE CHAVEZ:  Yes.  They've been

23       registered forever.

24                   REPRESENTATIVE BROWN:  Okay.  That could be

25       one form of their non-photo ID.  I believe that if

JA_007652

1      they're in a facility like this, they have assets access

2      to some other form of non-photo ID.

3                     REPRESENTATIVE CHAVEZ:  Okay.  What kind of

4      voter education are you going to do in this bill that's

5      going to tell every senior citizen the new law and what

6      they are going to be required to do and what are

7      eligible documents that are going to be acceptable?

8                     REPRESENTATIVE BROWN:  That's a very good

9      question and I'm so glad that you brought it up because

10     I had a conversation with the Secretary of State this

11     morning about all of the different possibilities for

12     getting the word out and there are numerous ways that we

13     can pursue that would be very cost effective because

14     mailings are already going out.

15                    And one of them, of course, is just when

16     you send out the Voter Registration Card, that there

17     could be a notification in there, that next time they

18     vote that, they have to present a photo ID or two forms

19     of non-photo ID and all of those could be listed.

20                    Also, this doesn't bear on the older

21     people, but I found out that the Secretary of State

22     makes it a practice to send out a Voter Registration

23     Card and a letter to every graduating senior in the

24     state.  So that's another way that it would be very easy

25     to insert that information about the photo ID

TX_00212245

80

```
 1    requirements.

 2                    There's numerous ways, and when they

 3    actually -- on the Voter Registration Card itself, it

 4    discuss ways to put photo ID required on that.

 5                    REPRESENTATIVE CHAVEZ:  I think you're

 6    turning back the clock of time.  We're going back to the

 7    Coleman cold tax area.

 8                    REPRESENTATIVE BROWN:  We are absolutely

 9    will not.

10                    REPRESENTATIVE CHAVEZ:  The laws with this

11    legislation -- you are going to impact specifically

12    Latino voter participation with voter legislation.

13                    REPRESENTATIVE BROWN:  This is about the

14    integrity of the voting process.  And that's all it's

15    about.

16                    REPRESENTATIVE CHAVEZ:  You cannot provide

17    the evidence, Betty?

18                    REPRESENTATIVE BROWN:  We've already did

19    that.

20                    REPRESENTATIVE CHAVEZ:  That there's masses

21    of people going out and saying that they're someone when

22    they're not.  You can't give the evidence.  It's not

23    there.  People are not going out and illegally voting in

24    the numbers that you say they are.  They're not.

25                    REPRESENTATIVE BROWN:  Are you just
```

81

1   refusing to admit that we have all of these people that
2   are on the polls that are deceased that are still voting
3   that case after case after case, people not only vote
4   once about you they continue to vote?
5              REPRESENTATIVE CHAVEZ:  Well, I think that
6   75 is better, 65 would have been better, and I think
7   that your legislation is going to cause a deep cut into
8   Latino voter participation of elderly citizens of this
9   state.
10             And for that reason alone, I oppose it.
11             REPRESENTATIVE BROWN:  The intent of our
12  bill is to increase the integrity of the voting process
13  and thereby to increase confidence that every persons'
14  vote will count.
15             One man, one vote is what we've stood
16  behind for a long time and we need to make it effective.
17             Move to table the Amendment, Members.
18             THE SPEAKER:  The Chair recognizes
19  Mr. Leibowitz to close on this Amendment.
20             REPRESENTATIVE LEIBOWITZ:  Thank you,
21  Mr. Speaker.
22             Members the, last vote on the 65 and older
23  was 73 to 72.  And I think that there's, at least, one
24  of you good people out there that is going to exercise
25  the commonsense to cross over to the side of the light

TX_00212247

82

1    and vote not to table this Amendment, which says if

2    you're 75 years of age or older, you've lived three

3    quarters of a century, then you don't have to change the

4    way you've been doing it all this time and you don't

5    have to -- the rules aren't going to be changed for you

6    in the middle of a game and you're not going to go to

7    the polls, possibly with some health problems and be

8    able to make it one time, and then be turned away and be

9    sent back home to find some sort of an ID that you were

10   never required to come back with in the previous, what?

11   50 some odd years of voting.

12            And that's what I'm asking.  I'm asking

13   that we exempt those folks that are 75 years of age or

14   over from something to change the rules in the middle of

15   the game.  And I ask you to vote against the motion to

16   table.

17            THE SPEAKER:  Members, Mr. Leibowitz sends

18   up an Amendment.  Ms. Brown moves to table.

19            All those in favor to vote in favor of the

20   motion vote aye.  All those opposed vote no.  It's a

21   record vote.

22            The clerk will ring the bell.

23            Show Mr. Ms. Brown voting aye.  Show

24   Mr. Leibowitz voting no.  Show Mr. Anchia voting no.

25            Have all voted?

83

```
 1                    There being 73 ayes, 69 nays, one present
 2       not voting, the motion to table prevails.
 3                    THE SPEAKER:  The following Amendment.
 4                    The clerk will read the Amendment.
 5                    Members, Mr. Leibowitz wants to verify the
 6       last votes.  If you'll take your seats, Members.  Okay.
 7       Members, if you'll take your seats, then we can start
 8       the verification.
 9                    Members the verification request has been
10       withdrawn.
11                    The following Amendment.
12                    The clerk will read the Amendment.
13                    THE CLERK:  Amendment by Brown of Kaufman.
14                    THE SPEAKER:  The Chair recognizes Ms.
15       Brown.
16                    REPRESENTATIVE BROWN:  Mr. Speaker,
17       Members, this Amendment simply says that an implication
18       that we do recognize is not from any other government,
19       then the federal government, any agency or political
20       subdivision or any other ID, then it is acceptable; and
21       it's from the federal government, as well.
22                    Valid identification card, it contains a
23       photograph and issued by the federal government, an
24       institute or are a political subdivision is an obvious
25       state.
```

84

1               THE SPEAKER:  Ms. Brown sends up an

2       Amendment:  The Amendment is acceptable to the author.

3               Is there an objection?

4               The Chair hears none.

5               The Amendment is adopted.

6               The following Amendment.

7               The clerk will read the Amendment.

8               THE CLERK:  Amendment by --

9               THE SPEAKER:  Members, let's back up

10      because of verification withdrawn, we need a vote on Ms.

11      Brown's Amendment.  Original Amendment, Perfecting

12      Amendment.  Amendment No. 1.  We just went to Amendment

13      2.  We need to go back on Amendment No. 1.  Adoption.

14              REPRESENTATIVE BROWN:  I move adoption on

15      that first Amendment.

16              THE SPEAKER:  Members, this is the first

17      Brown Amendment.

18              All those in favor say aye.  Oppose the

19      nay.

20              The Amendment is adopted.

21              Now we're back on the second Brown

22      Amendment.

23              All those in favor say aye.  Opposed nay.

24              The Amendment is adopted.

25              The following Amendment.

85

1                    The clerk will read the Amendment.

2                    THE CLERK:  Amendment by Brown of Kaufman.

3                    REPRESENTATIVE BROWN:  Mr. Speaker,

4     Members, this is an Amendment that allows us to accept a

5     voter's word if they say that I can't afford a photo ID

6     from the DPS.  I can't afford that nominal fee.  That

7     they don't have to sign an Affidavit.  We will accept

8     their word that they cannot afford it and it will be

9     issued free of charge.

10                    THE SPEAKER:  Members, Ms. Brown sends up

11    an Amendment.  The Amendment is acceptable to the

12    author.  Is there an the Chair hears none.  The

13    Amendment is adopted.

14                    The following Amendment.

15                    The clerk will read the Amendment.

16                    THE CLERK:  Amendment.

17                    THE SPEAKER:  The Chair recognizes

18    Ms. Bolton for an Introduction.

19                    REPRESENTATIVE BOLTON:  Members, it's my

20    great pleasure today to introduce some international

21    visits to our capitol.  They're up in the gallery just

22    behind the back mic.  They're here with Fredricksberg

23    City Council member and his wife Kelly, and together

24    working to preserve the German heritage of our beloved

25    hill country here west of Austin.

86

```
 1              And to that end they have visiting with
 2    them Max and Edwina Bontmeyer of Munich Germany whose
 3    annual vacations to our state do a great deal to support
 4    international goodwill and the continued growth of the
 5    Texas hill country economy.
 6                   Welcome so much to the Texas Capitol.
 7                   THE SPEAKER:  The following Amendment.
 8                   The clerk will read the Amendment.
 9                   THE CLERK:  Amendment by Anchia.
10                   THE SPEAKER:  The Chair recognizes
11    Mr. Anchia.
12                   The Amendment is temporarily withdrawn.
13                   The following Amendment.
14                   The clerk will read the Amendment.
15                   THE CLERK:  Amendment by Turner.
16                   THE SPEAKER:  The Chair recognizes
17    Mr. Turner.
18                   REPRESENTATIVE TURNER:  Thank you,
19    Mr. Speaker and members.
20                   What this Amendment does and in reference
21    to Representative Chavez was saying earlier -- what the
22    Amendment does, it simply says that for those people who
23    are presently registered, those who are presently
24    registered, that they will not have to go through the
25    additional demands called for by this bill.
```

87

1              What it simply says is that there are many

2       people who have been voting, especially our seniors and

3       others for quite some time under the present system.

4              And so instead of this being a departure, a

5       significant departure for them, for people who are

6       presently registered, people who have been voting like

7       my grandmother and mother and father's and your

8       grandmother's and father's for the last, 30, 40 years or

9       20 years, that we are not going to require them in order

10      to go through these additional steps.

11             If the intent of the bill is to reduce

12      voter fraud, for example in the future, then we can do

13      that without disfranchising those who have been voting

14      in the past.

15             So for the seniors who are concerned and

16      for the seniors who have been used to voting in a

17      certain manner, we shouldn't disrupt their practices by

18      this particular bill.

19             And so for those of us, and there are many

20      in this room, who would not be here without others

21      participating in the process, what this bill does is

22      that it maintains the status quo for individuals who

23      have been a part of the political process, and it says

24      for other people who have yet to register, moving

25      September 1st of this year going forward that, this bill

88

1    then will kick into play.

2                    But Representative Davis, it would

3    grandfather people who have been operating by the rules

4    that we have put in place in the State of Texas and

5    would not disenfranchise them.

6                    Because I think the greatest problem with

7    this bill would be for those people who have been voting

8    year after year in School Board elections and City

9    Council elections and a Presidential election, for

10   example that's coming up next year, it will not disrupt

11   their behavior.

12                   REPRESENTATIVE HODGE:  Mr. Speaker.

13                   REPRESENTATIVE TURNER:  Let me just finish,

14   Representative Hodge and then I will yield.

15                   Because it does not make any -- and I guess

16   what is so disturbing right now for me is it doesn't

17   make any sense for us to be engaged in partisan politics

18   one way or the other if we are trying to improve the

19   democratic process.

20                   And so for all Texans who are presently

21   registered and who have been operating by the rules who

22   are presently in place, we should not change the rules

23   on them in midstream.

24                   And so it grandfather's people who are

25   presently in place, those who have been operating by the

89

1    rules who are presently in place.

2                    And then it says from September 1st moving

3    forward, we will then utilize the new rules that have

4    been offered by HB 218 and I hope you will find it

5    acceptable and I hope the author will find it

6    acceptable.

7                    I now yield.

8                    REPRESENTATIVE HODGE:  Mr. Speaker.

9                    THE SPEAKER:  Ms. Hodge, the gentleman

10   yields.

11                   REPRESENTATIVE HODGE:  Thank you.

12   Mr. Turner, I'm a little bit confused.  I need you to

13   straighten me out.

14                   REPRESENTATIVE TURNER:  Okay.

15                   REPRESENTATIVE HODGE:  Are there any laws

16   that we make that are retroactive, I am familiar with

17   some policy procedures in criminal law that does not

18   create an ex facto condition.  We have been able to make

19   some of them retroactive.

20                   But are you saying that in Section 8 where

21   this says this act takes effect September 1st, 2007 --

22   are you saying that this would not be law moving

23   forward?  Are you saying that this law then would be

24   retroactive without stating the fact that it says

25   effective on, before or after September 1, 2007?

House Floor Debate                                April 23, 2007

90

1                   REPRESENTATIVE TURNER:  What the Amendment

2       says is that for those individuals who are presently

3       registered -- for example, if you are presently

4       registered right now --

5                   REPRESENTATIVE HODGE:  I mean, I know what

6       your Amendment is saying, but I'm asking you are you

7       saying that Section 8 of this bill that says this act

8       takes effect September 1, 2007?  Are you not saying this

9       is for --

10                  REPRESENTATIVE TURNER:  It will still take

11      effect for September 1, 2007, but it would only apply

12      for those individuals who are not registered at that

13      point in time.

14                  For example for new registrants --

15                  REPRESENTATIVE HODGE:  And that's my point.

16                  REPRESENTATIVE TURNER:  Correct.

17                  REPRESENTATIVE HODGE:  This bill effected

18      people --

19                  REPRESENTATIVE TURNER:  Who have been

20      voting for years and years and years and years, the way

21      it's presently written.  Am I making sense?

22                  REPRESENTATIVE HODGE:  You are.  But that

23      is not my point.

24                  REPRESENTATIVE TURNER:  Okay.

25                  REPRESENTATIVE HODGE:  Would my point is

91

```
 1      would it not effect the people who register for voting
 2      after September 1, 2007, only?  This bill does not say
 3      it is retroactive effecting people who had previously
 4      registered to vote.
 5                 REPRESENTATIVE TURNER:  The way the bill is
 6      presently written, Representative Hodge, it will impact
 7      everyone.
 8                 REPRESENTATIVE HODGE:  Thank you.
 9                 REPRESENTATIVE TURNER:  The way the bill is
10      presently written, even, for example, our grandparents
11      parents and grandparents, who have been voting for years
12      and years and years, they would be caught up in this
13      bill, as well as people who have never registered who
14      have never voted.
15                 And in listening to the discussion early
16      on, it's my understanding that the intent of the authors
17      is to reduce voter fraud.
18                 I don't believe the intent of the authors
19      is to bring about voter impersonation.  And so for those
20      individuals, for those Texans, be that person democrat,
21      republican, black, white, Brown, Hispanic, regardless of
22      their political persuasion, for those people who have
23      exercised their democratic right to vote and who have
24      been doing it for years and years and years, and many of
25      our voting precinct judges know these people.
```

TX_00212257

92

1           They have been coming to them year after

2     year, voting in non-elections, we should not in a sense

3     impose a greater hindrance on them because they have

4     participated based on the rules that we have put in

5     place.

6           And so if the intent is to eliminate voter

7     fraud and not to engage in voter impersonation, voter

8     suppression, then I believe the Amendment that we've

9     authored achieves that particular purpose.

10          Now, if the intent is to bring about voter

11    suppression, then that's a different thing.

12          REPRESENTATIVE MADDEN:  Mr. Speaker, will

13    my friend Representative Turner yield?

14          THE SPEAKER:  Will you yield for

15    Mr. Madden?

16          REPRESENTATIVE TURNER:  I'd be more than

17    happy to yield.

18          THE SPEAKER:  The gentleman yields.

19          REPRESENTATIVE MADDEN:  Mr. Turner, the

20    problem I had with your Amendment is it's far more

21    technical than it is on the other things because --

22          REPRESENTATIVE TURNER:  I'm ahead of you.

23          REPRESENTATIVE MADDEN:  Because by doing

24    this, are you not, in fact, creating a dual set of lists

25    that would have to be used in every polling place in the

TX_00212258

93

1    State of Texas that requires certain procedures for

2    certain voters because of the date they registered and

3    different procedures for someone else that registered on

4    a different date.

5              And isn't that basically unconstitutional?

6              REPRESENTATIVE TURNER:  Well, no, I'm not

7    going to say it's unconstitutional representative mad.

8              Think when we are imposing additional

9    hurdles or additional requirements, let me use that

10   term, when we're imposing additional requirements in

11   order for people to exercise their constitutional

12   democratic right, then I think we ought to be very, very

13   careful.

14             REPRESENTATIVE MADDEN:  You do understand

15   that our friends and our neighbors that are also working

16   in those polling places, right, and they are in fact,

17   going to be under your Amendment placed in a dual system

18   that they would have to treat voters differently that

19   would slow the process, I think of voting because it

20   would require, at least, a second check to see which

21   lists are they on and as to what date would they

22   register on and then require a separate set of

23   procedures for our clerk, would it not for them to deal

24   with certain people that registered on or before a

25   certain date and different procedures for those that had

TX_00212259

94

1    been registered before that?

2                    REPRESENTATIVE TURNER:  I don't think it's

3    going to require any additional effort than what it's

4    been called for in the bill as it is presently written.

5                    This is my intent and this is my objective,

6    Representative Madden.

7                    REPRESENTATIVE MADDEN:  Sure.

8                    REPRESENTATIVE TURNER:  If the goal of the

9    authors, for example is to reduce voter fraud, them I

10   understand where they're attempting to go.  I believe my

11   Amendment makes it even better.

12                   But if the intent is to bring about voter

13   suppression, then in the absence of this Amendment,

14   we're not going to be -- we'll be engaging more in voter

15   suppression than in eliminating --

16                   REPRESENTATIVE MADDEN:  Then I'm going to

17   respectfully disagree with you on that --

18                   REPRESENTATIVE TURNER:  I know.  Let me

19   finish where I'm going.

20                   Because this is, as I sat here and listened

21   to this debate.  Okay, and then a part of the

22   appropriation process with the Attorney General's Office

23   coming before us during the appropriation process and

24   Representative McReynolds and Representative England can

25   attest to this, the Attorney General made out everything

95

1      laid out for us everything that they believe is needed.

2      Everything that is a priority.

3                      REPRESENTATIVE MADDEN:  Sure.

4                      REPRESENTATIVE TURNER:  When they talk

5      about Medicaid civil fraud, that came before us and we

6      provided additional moneys to the Attorney General.

7                      The Attorney General did not ask for

8      additional dollars in this regard:

9                      But if the effort is to reduce voter fraud,

10     we certainly don't want dead people voting -- I'm highly

11     in agreement with that.  We don't want people who are

12     not eligible to be voting.  I agree with that, but at

13     the same time for seniors and others who have been

14     voting for years and years, you know how easy it is to

15     confuse people, though well intentioned when it comes to

16     voting because we have been doing it for years, decades.

17     It is their habit --

18                     REPRESENTATIVE MADDEN:  But, Sylvester, for

19     example, if a senior citizen moves to the state of Texas

20     and now registers after September the 1st, they're going

21     to be treated differently than any other senior in Texas

22     who has been living here for a period of time under your

23     Amendment.

24                     You know, if you're going to talk about

25     fairness to senior citizens, I would suggest to you that

TX_00212261

House Floor Debate                                    April 23, 2007

96

1        that's, in fact, they all ought to be treated the same

2        whatever that way is and it's far less confusing for a

3        senior to be treated the same way as every other voter.

4                    REPRESENTATIVE TURNER:  Let me tell you the

5        difference, Representative Madden.

6                    My Amendment places additional burden on

7        officials themselves, on the staff.  It does not impose

8        the additional burden on law abiding constitutionally

9        eligible voters, and that becomes the issue.

10                   REPRESENTATIVE MADDEN:  Okay.  I'm going to

11       disagree with you.

12                   REPRESENTATIVE TURNER:  Let me just say

13       this:  If we are going to do this, whether I agree with

14       this bill or not.  The bill is here on the floor.

15                   The purpose of this Amendment is to make

16       the bill better.  If it imposes a greater burden on the

17       administrative staff, so be it, as long as the greater

18       burden is not placed on people who like to vote.

19                   REPRESENTATIVE MADDEN:  If that greater

20       burden delays the voting process, makes it so that

21       people might be confused in the voting process and in

22       fact, discourages some from coming to the polling place,

23       you would argue that that's not to try --

24                   REPRESENTATIVE TURNER:  But, Representative

25       Madden, I would strongly differ and this is the reason I

JA_007670

TX_00212262

1    would tell you:  Without getting too far into history,

2    for those people who have had to fight to get the right

3    to vote, for women who got the right to vote in had

4    1920, for African Americans and others who got the right

5    to vote in 1965, when we start talking about imposing

6    additional hurdles and additional barriers, though well

7    intentioned, though well intentioned --

8                  REPRESENTATIVE MADDEN:  And I understand

9    that.  I think your Amendment is, in fact, doing that

10   whereas I think you're well intentioned.  I think your

11   Amendment is, in fact, putting additional burdens on our

12   polling people.

13                 REPRESENTATIVE TURNER:  And I would argue

14   that the bill as it presently exists engages in more

15   voter suppression than the elimination of fraud.

16                 REPRESENTATIVE MADDEN:  And I accept your

17   argument on the bill as it exists.  But the argument

18   that we're having right now is on your Amendment

19   addresses more of the problems than it does the

20   resolution.

21                 REPRESENTATIVE TURNER:  And I understand.

22   But I didn't ask for the bill to come to the floor.  The

23   bill is here.

24                 And now the question is whether or not we

25   are going to make it better or whether or not we are

House Floor Debate                              April 23, 2007

98

1     going to engage in more voter suppression than

2     eliminating the issue of fraud.

3               I offered the Amendment, Chairman Madden,

4     who I have the utmost respect for better and not

5     engaging in voter suppression.

6               REPRESENTATIVE BOHAC:  Mr. Speaker.  Will

7     the gentleman yield for a question?

8               REPRESENTATIVE TURNER:  I will always yield

9     for my good friend and next door neighbor.

10              REPRESENTATIVE BOHAC:  Mr. Speaker, you

11    know I love you.

12              REPRESENTATIVE TURNER:  And I love you,

13    too.  That's why I'm hoping I could get your support on

14    this Amendment.

15              REPRESENTATIVE BOHAC:  Here's the only

16    reason I can't support it.

17              THE SPEAKER:  The gentleman's time has

18    expired.  The point of order is well taken.

19              REPRESENTATIVE TURNER:  Let's continue the

20    love by voting for seniors and others to make the bill

21    better.  I ask for your support on the Amendment.

22              THE SPEAKER:  The Chair recognizes

23    Mr. Madden in opposition.

24              REPRESENTATIVE MADDEN:  Mr. Speaker,

25    Members, what Representative Turner is, in fact, doing

TX_00212264

99

1       is, in fact, creating a dual system is at the polling

2       place.

3                    He's, in fact, creating one set of records

4       and documents for anybody who's registered on a certain

5       date before and another set that's afterwards.

6                    And I will tell you that I would suspect

7       that in every polling place in Texas, whether that be an

8       early polling place or a regular polling place, that

9       it's going to cause voters to become rather upset and

10      voters to become disillusioned.

11                   And while I respect his attempt on this

12      Amendment and I'm not debating the merits of the bill

13      one way or the other, the fact is that the Amendment as

14      an additional administrative burden, that specifically,

15      they are for this bill, and it's a specific burden that

16      would be there for particularly all of our election

17      workers that are working at any polling place, whether

18      it be in a city or a county election or whether it be in

19      a state election or any of those.

20                   That, in fact, that burden is going to in

21      fact delay the polling process and that's why I

22      respectfully move to table Mr. Turner's Amendment.

23                   REPRESENTATIVE ZEDLER:  Mr. Speaker.

24                   THE SPEAKER:  Mr. Zedler, for what purpose?

25                   REPRESENTATIVE ZEDLER:  Would the gentleman

100

1      yield?

2                    REPRESENTATIVE MADDEN:  I yield.

3                    THE SPEAKER:  The gentleman yields.

4                    REPRESENTATIVE ZEDLER:  Mr. Madden, don't

5      you also see another issue here that's very, very

6      important, is that Mr. Turner's Amendment would

7      basically say that if you have someone who's been voting

8      all along that they, in essence, can continue to vote

9      that way without a Voter ID, right?

10                   REPRESENTATIVE MADDEN:  Though I respect

11     Mr. Turner's portion of the Amendment, that is a clearly

12     debatable point that we're having this debate on.

13                   My objection to his Amendment is not

14     necessarily on that part of the point, but it's clearly

15     on the administrative differences that it places in our

16     polling places and I believe how difficult it would be

17     for the people running those polling places to

18     understand and, in fact, implement Mr. Turner's

19     Amendment.

20                   REPRESENTATIVE ZEDLER:  And wouldn't you

21     also agree though that what would prevent someone, if

22     they've been voting all along, and then they die, and

23     then someone comes along and simply continues to vote

24     for them.

25                   REPRESENTATIVE MADDEN:  Mr. Zedler, that

101

1     is, obviously a violation of current law.

2                    It happens, then the person doing that

3     obviously needs to be prosecuted, whether it be under

4     current law or any other law that we have here.

5                    And in doing that, photo identification is

6     part of this bill and that would probably eliminate that

7     if it's happening, when it happened, would probably keep

8     that from happening.

9                    But it's not the direct part of what I'm

10    doing.  Mr. Turner's Amendment doesn't specifically

11    address that issue.

12                   REPRESENTATIVE ZEDLER:  Right.

13                   REPRESENTATIVE MADDEN:  Mr. Turner's

14    Amendment specifically addresses a set of regulations

15    for somebody who registers before September 1st of 2007

16    and a different set of rules for somebody who registers

17    after that.

18                   REPRESENTATIVE ZEDLER:  Thank you.

19                   REPRESENTATIVE MADDEN:  Thank you.

20                   REPRESENTATIVE TURNER:  Mr. Speaker.

21                   THE SPEAKER:  Mr. Turner, for what purpose?

22                   REPRESENTATIVE TURNER:  Will the gentleman

23    yield?

24                   REPRESENTATIVE MADDEN:  Reluctantly,

25    Mr. Speaker.

102

1                    THE SPEAKER:  The gentleman yields,

2       Mr. Turner.

3                    REPRESENTATIVE TURNER:  Thank you,

4       Mr. Speaker.

5                    Chairman Madden, on the HB 218, as it is

6       presently written.

7                    REPRESENTATIVE MADDEN:  Right.

8                    REPRESENTATIVE TURNER:  Who would have the

9       responsibility of checking your voter registration, as

10      well as your additional ID and if you don't have your

11      photo ID --

12                   REPRESENTATIVE MADDEN:  They would be doing

13      that at the polling place.

14                   REPRESENTATIVE TURNER:  And that would be

15      the administrative staff, correct?

16                   REPRESENTATIVE MADDEN:  That would be the

17      staff at the polling place.  That would be your election

18      judges and your election clerks.  That would be assigned

19      by the election administrator.

20                   REPRESENTATIVE TURNER:  And would it be

21      fair to say that the staff under HB 218 is going -- will

22      be required it to do even more under HB 218 than under

23      the status quo.

24                   REPRESENTATIVE MADDEN:  It would be fair

25      that currently under current law, Sylvester, if someone

TX_00212268

103

1    came in with their Voter Registration Card that that's

2    what they have to show.

3                    REPRESENTATIVE TURNER:  Yes.

4                    REPRESENTATIVE MADDEN:  Without those, I

5    don't think it adds anything, specifically, to what they

6    would have to do because they would still at that stage,

7    without your Voter Registration Card, you do have to

8    show identification of who you are.

9                    REPRESENTATIVE TURNER:  Right.  So would it

10   be fair to say that under HB 218, the staff at the

11   polling place is going to have to check everyone,

12   whether they're people who have been voting for 30 years

13   or whether people are just voting for the first time --

14   they are going to be required to go through the same

15   procedure.

16                   REPRESENTATIVE MADDEN:  They'll have those

17   same procedures set up.  It will be a uniform and

18   standard provider that they do for every voter.

19                   And under your Amendment it makes a

20   difference.

21                   REPRESENTATIVE TURNER:  Well, under my

22   Amendment, for example, it will say that for people who

23   are presently operating with their Voter Registration

24   Card, people who have been voting, seniors, for example

25   -- let me stay with seniors.

House Floor Debate                                    April 23, 2007

104

1                    Seniors --

2                    REPRESENTATIVE MADDEN:  It doesn't have to

3       be seniors.  It could be a 40-year old.

4                    REPRESENTATIVE TURNER:  Well, somebody

5       that's 18, 19, 21 or seniors.  That if they have already

6       been dually registered and are voters, that they would

7       be grandfathered.  Because, essentially, what the

8       Amendment does, do you agree, that it would grandfather

9       the status quo for people who are registered.

10                   REPRESENTATIVE MADDEN:  You and I have an

11      honest disagreement here.  You, in fact, you do put

12      those people aside and set them separately under the

13      legislation.

14                   REPRESENTATIVE TURNER:  That is correct.

15                   REPRESENTATIVE MADDEN:  And set them aside.

16                   REPRESENTATIVE TURNER:  That is correct.

17                   REPRESENTATIVE MADDEN:  Your argument is

18      that that is in fact, the favorable to them.  And my

19      argument is a counter that which says that basically by

20      setting up this dual standard, you're treating them one

21      way and you're treating all these other people once they

22      come on the list differently or possibly differently.

23                   REPRESENTATIVE TURNER:  And let it be very

24      clear:  The intent of the Amendment is to grandfather

25      those people who are presently registered prior to the

TX_00212270

105

1          enactment of this bill.  There's no question about that.

2          That is my intent.

3                          REPRESENTATIVE MADDEN:  And I understand

4          your intent.  But the intent and the application, as I

5          see it, are significantly different.  And the

6          application you're requiring additional steps by those

7          poll workers now than they would have to be.

8                          REPRESENTATIVE TURNER:  Let's explore that:

9          Is the purpose of HB 218 to reduce voter fraud.

10                          REPRESENTATIVE MADDEN:  You'd better ask

11         that to the author.  I'm speaking on your Amendment.  I

12         believe that that's the primary thing is, in fact, to

13         reduce voter fraud.

14                          REPRESENTATIVE TURNER:  Do you support HB

15         218?

16                          REPRESENTATIVE MADDEN:  I do.

17                          REPRESENTATIVE TURNER:  And you are

18         supporting HB 218 for what reason?

19                          REPRESENTATIVE MADDEN:  I believe that it

20         will reduce the amount of voter fraud that we have here

21         in Texas.

22                          REPRESENTATIVE TURNER:  Your intent is not

23         to bring about voter suppression?

24                          REPRESENTATIVE MADDEN:  My intent is

25         definitely not to do that.

House Floor Debate                                    April 23, 2007

106

1           REPRESENTATIVE TURNER:  Will you agree with

2    me, then, that under my Amendment, under my Amendment,

3    you end up getting them both.  You end up reducing the

4    risk for voter fraud for anybody who's trying to come in

5    and get registered, and at the same time you don't

6    suppress those people who have been voting for years and

7    years at the status quo?

8           REPRESENTATIVE MADDEN:  I don't think I

9    concur with you on the elimination of voter fraud

10   necessary for those out there in the system already.

11          For example, Mr. Zedler brought forward a

12   case which may have been extreme of somebody is deceased

13   and somebody using their records to vote for them.

14          I will tell you that the concerns I have

15   heard from any poll workers in my polls is that people

16   come in and they honestly don't believe the person is

17   who they say they are when they come in.  They really

18   don't believe that they are.  They think that same card

19   is being pass around and used in different places.

20          REPRESENTATIVE TURNER:  They come in with

21   their voter certificate.

22          REPRESENTATIVE MADDEN:  They come in with a

23   voter certificate that they that doesn't appear to be

24   the person that they say they are.

25          REPRESENTATIVE TURNER:  Have they asked

JA_007680

107

1     them for information?

2                    REPRESENTATIVE MADDEN:  There have been

3     occasions, I believe, when they have.

4                    REPRESENTATIVE TURNER:  Do they give them a

5     provisional ballot?

6                    REPRESENTATIVE MADDEN:  They can, in fact,

7     do provisional ballots on those that they challenge;

8     they can challenge a voter and they can put them on

9     provisional ballot.

10                    REPRESENTATIVE TURNER:  Exactly.  Exactly.

11                    REPRESENTATIVE MADDEN:  And you and I both

12    know that those things don't get counted in a lot of

13    cases, and I'd rather in all honesty if someone is who

14    they say they are instead of having someone be

15    challenged.

16                    Let's say in one of our precincts in

17    Houston, if a voting judge was challenging a bunch of

18    your voters and they would go into their group of

19    ballots that we have over there that are challenge

20    ballots, I would prefer that if they had information

21    that showed who they were and showed that, than, in

22    fact, those ballots not be in that status but, in fact,

23    in a regular counted status.

24                    REPRESENTATIVE TURNER:  Right.  But under

25    HB 218, is there a challenge there for provisional

108

1      ballots because I believe there is.

2                      REPRESENTATIVE MADDEN:  As far as I see in

3      this legislation, it doesn't change anything under the

4      ballot.

5                      REPRESENTATIVE TURNER:  And that's my

6      point.  Under HB 218 there is still a provision for

7      provisional ballots under 218.

8                      REPRESENTATIVE MADDEN:  There is.  But,

9      Sylvester, but I think by showing identification, I

10     think that that may, in fact, remove some of those

11     provisional ballots that are out there now.

12                     REPRESENTATIVE TURNER:  But I think the

13     point that I'm making, and I don't know how to express

14     this and my words may be inadequate to express it.

15                     REPRESENTATIVE MADDEN:  I have never heard

16     you have any inadequate words.

17                     REPRESENTATIVE TURNER:  But I want to do it

18     in such a way for you to understand where I'm coming

19     from.

20                     REPRESENTATIVE MADDEN:  Absolutely.

21                     REPRESENTATIVE TURNER:  Because HB 218,

22     when you start imposing additional requirements, people

23     who have been voting for years and years, it does give

24     the impression that we are trying to suppress a person's

25     right to vote rather than trying to --

TX_00212274

House Floor Debate                                        April 23, 2007

                                                                    109

1                    REPRESENTATIVE MADDEN:  Well, Sylvester, if

2        they're like me, and I've showed up several times

3        without my voter card and have honestly showed

4        identification as to who I am, and I think there's a lot

5        of voters who that's happened to.

6                    I mean, I've seen them come in, you know,

7        off the golf courses, off of work, coming in and they

8        don't have they're identification.  And they're very

9        quick to show at that stage who they are.

10                   REPRESENTATIVE TURNER:  I understand.

11                   REPRESENTATIVE MADDEN:  But that changes a

12       lot.

13                   REPRESENTATIVE TURNER:  But do you think

14       there's a law that would go to encourage voter

15       participation?  Do you think it's a law that will go to

16       encourage democratic process?

17                   REPRESENTATIVE MADDEN:  I think it's

18       extremely important that all of us encourage every

19       citizen of the United States to participate in that

20       process.  That's a major thing that we've been trying to

21       do through the years.  Obviously, we did the voter

22       registration to get more people registered.  We've got a

23       lot of those things --

24                   REPRESENTATIVE TURNER:  And will you agree

25       with me that if we impose too many hurdles, that there

JA_007683

TX_00212275

110

1     are people who have every right to vote, every

2     legitimate right to vote, who may be discouraged from

3     participating in the political process?

4                    REPRESENTATIVE MADDEN:  And I would agree

5     with you to impose any unrealistic hurdles.

6                    Honestly I don't feel that this legislation

7     218 imposes any that are unrealistic.  I will tell

8     you --

9                    REPRESENTATIVE TURNER:  But, Representative

10    Madden, don't you think it depends on your -- don't you

11    think if your history is different from my history, what

12    may impact you, what may not impact you may certainly

13    impact me?

14                   REPRESENTATIVE MADDEN:  It's certainly

15    possible and that could be in a lot of different ways

16    which we don't even recognize, Mr. Turner.

17                   REPRESENTATIVE TURNER:  Exactly.

18                   THE SPEAKER:  The Chair recognizes Mr.

19    Turner to close.

20                   REPRESENTATIVE TURNER:  Mr. Speaker and

21    Members, let me just say that what my Amendment does is

22    that it says that HB 218, as it is presently written

23    will effect any person who is not registered but seeks

24    to register as of September 1st going forward.

25                   It is intended to grandfather people who

111

1       have been voting for years and years and years.

2                    For seniors, for your parents, grandparents

3       and others, who have been voting for years and years.

4       It is the intent of this Amendment to say to them, if

5       you've been coming to the polls with your Voter

6       Registration Card, you can continue to come to the polls

7       with your Voter Registration Card.  We are not going to

8       impose a greater hindrance or a barrier for you.

9                    REPRESENTATIVE CASTRO:  Mr. Speaker.

10                   THE SPEAKER:  Will the gentleman yield for

11      a question?

12                   THE SPEAKER:  Do you yield, Mr. Turner?

13                   REPRESENTATIVE TURNER:  Yes, I yield.

14                   THE SPEAKER:  The gentleman yields.

15                   REPRESENTATIVE CASTRO:  Mr. Turner, you're

16      asking that current registered voters be grandfathered

17      into the clause; isn't that right?

18                   REPRESENTATIVE TURNER:  That is the intent

19      of the Amendment.

20                   REPRESENTATIVE CASTRO:  And don't we do

21      that hundreds of times, every legislative session for

22      businesses?  For non-profits?  For all sort of

23      organizations who come to us and ask us very

24      specifically to be grandfathered from one law or another

25      and most of the time we say, yes because we believe

112

1    that's the right and fair thing to do?

2              REPRESENTATIVE TURNER:  This Amendment is

3    similar to what we have done on numerous occasions since

4    I've been here in the legislature.

5              And the effect is:  It does not create a

6    chilling effect on people who have been voting over and

7    over and over again.

8              This is their behavior.  This is their

9    habit.  This is the way they're used to doing it.  But

10   for you new people who are coming into our system, we

11   are creating a new set of rules and this is what should

12   take place.  They are not effected it.  Their habit will

13   not be changing.

14             REPRESENTATIVE CASTRO:  Right.  You're

15   saying hey, this is what you can expect going forward.

16             REPRESENTATIVE TURNER:  Exactly.

17             REPRESENTATIVE CASTRO:  As if you are a new

18   registrant.

19             REPRESENTATIVE TURNER:  Exactly.  But for

20   people who are voting for bond elections.  City Council

21   elections, presidential elections in the past, then

22   we're going to grandfather you in.

23             And I believe it serves to make the bill

24   better.  For those who are concerned about voter fraud,

25   then we are going to deal with that under HB 218.

TX_00212278

113

1            For those of us who are concerned about

2     voter suppression, then we deal with that.  It creates a

3     balance.

4            And let me just point out something that I

5     don't think has been said:  Bear in mind:  Who has voice

6     opposition to this bill:  You've got the baptist

7     convention of Texas who that has voiced opposition to

8     this bill.  The league of women voters has voiced

9     opposition to this bill.  The AARP, people with

10    disabilities have voiced opposition to this bill.  And

11    the list goes on and on and on.

12           What this Amendment does, what this

13    Amendment does is that it allows the bill to improve.

14    It grandfather's seniors and others who have been voting

15    in one election after another.  And then it says for new

16    participants, the new are participants coming into our

17    system, these are the requirements by which you must be

18    governed.

19           REPRESENTATIVE CASTRO:  Let me just ask

20    you, finally:  How in the world if we vote down this

21    Amendment are we going to go back to voters, registered

22    voters who have been voting, some for 40 or 50 years,

23    and tell them that when businesses come to us and ask to

24    be grandfathered when cities come to us and ask to be

25    grandfathered from new laws, when non-profits come to us

114

1    and ask to be grandfathered and most of the time we say

2    yes because that's the fair and right thing to do?  But

3    when the voters of Texas come to us ask to be

4    grandfathered, we say no?

5                    REPRESENTATIVE TURNER:  Well, I think we

6    have made it -- well, let me give you a case in point.

7    Let me give you a case in point.

8                    Last week, last week, on TXU, now, let me

9    just say this and let me be loud and clear.

10                    Last week on TXU, people argued on this

11    floor by retroactivity, retroactive, impacting

12    agreements that have already been in place and we

13    allowed TXU not to fall under provision has we put in

14    place --

15                    REPRESENTATIVE VILLARREAL:  Mr. Speaker.

16                    REPRESENTATIVE TURNER:  Let me just finish,

17    Mike.

18                    If we can do it for TXU, yes grandfathered

19    them in, if we can grandfather the TXUs, can we not

20    grandfather people who have been voting in election

21    after election after election?

22                    And I don't think, Representative Zedler,

23    that TXU should be held to any lighter standard or be

24    held any higher than the people in the State of Texas.

25    If it's good on one end it ought to be good on another.

TX_00212280

                                                                    115

1                REPRESENTATIVE VILLAREAL:  Mr. Speaker,

2      will the gentleman yield for a question?

3                THE SPEAKER:  Mr. Turner, will the

4      gentleman yield to Mr. Villareal?

5                REPRESENTATIVE TURNER:  Yes.

6                THE SPEAKER:  The gentleman yields.

7                REPRESENTATIVE TURNER:  I yield,

8      Mr. Speaker.

9                REPRESENTATIVE VILLAREAL:  So we can

10     grandfather TXU but we can't grandfather grandfathers?

11               REPRESENTATIVE TURNER:  Well, I'm hoping

12     that we will grandfather people who have been voting for

13     years after year after year.

14               REPRESENTATIVE VILLAREAL:  But a more

15     serious question:  I understand you're offering this

16     Amendment in order to address a concern about the

17     suppression of vote.

18               REPRESENTATIVE TURNER:  Yes.

19               REPRESENTATIVE VILLAREAL:  And the

20     suppression of vote, not randomly, not uniformly across

21     the electorate, but voter suppression that will

22     disproportionally impact African Americans and

23     Hispanics.

24               REPRESENTATIVE TURNER:  And seniors have --

25               REPRESENTATIVE VILLAREAL:  And seniors and

House Floor Debate                                    April 23, 2007

116

1        many other groups.  But the fact is it will impact

2        groups differently; is that right?

3                        REPRESENTATIVE TURNER:  Well, let me just

4        find my little sheet of paper.

5                        Let me just say this:  In 2006 the

6        non-partisan Brennan Center found that 20 percent of

7        African Americans have no government-issued ID, nor do

8        18 percent of seniors 65 and older and 15 percent of

9        those who had earn less than $35,000 a year.

10                       So we're not just talking about one group.

11       We're talking about several groups.

12                       And what I tried to indicate to

13       Representative Madden, and maybe I don't have the words

14       to express it, but for people who fought to get their

15       rights to vote, for people who fought to get their

16       rights to vote, to get the poll tax and all these other

17       elements, this just sends, I think, the wrong signal.

18                       If they're interested in eliminating voter

19       fraud, we can do that without having to engage in voter

20       suppression.

21                       REPRESENTATIVE VILLAREAL:  Are you familiar

22       with the United States Election Assistance Commission?

23                       REPRESENTATIVE TURNER:  Vaguely.

24                       REPRESENTATIVE VILLAREAL:  This is a

25       bipartisan commission.

117

1              THE SPEAKER:  Representative Brown raises

2    the Point of Order.  The speaker's time has expired have

3    the point of order is well taken and sustained.

4              REPRESENTATIVE VILLAREAL:  Mr. Speaker, can

5    I move that the gentleman's time be extended?

6              THE SPEAKER:  Members, vote aye, vote no on

7    extending Mr. Turner's time.

8              Have all voted?  Being 80 ayes, 64 nays,

9    the gentleman's time is extended.

10             REPRESENTATIVE TURNER:  Hopefully that's

11   reflective of the vote that will be on the Amendment.

12             REPRESENTATIVE VILLAREAL:  Or the quality

13   of the question that's to come.

14             THE SPEAKER:  I'll write the question down

15   and we'll compare it.

16             REPRESENTATIVE VILLAREAL:  My question is:

17   Are you familiar with the United States Election

18   Assistance Commission?

19             REPRESENTATIVE TURNER:  Vaguely I am.

20             REPRESENTATIVE VILLAREAL:  It's the

21   bipartisan commission that was created out of the 2002

22   HAVA --

23             REPRESENTATIVE TURNER:  Yes.

24             REPRESENTATIVE VILLAREAL:  Yes.  This

25   organization, this commission commissioned a study

TX_00212283

118

```
 1        titled protecting the franchise or restricting it, the

 2        effects of Voter Identification requirements on

 3        turn-out.

 4                    And do you know what they found in the

 5        study?  They found that states with Voter ID laws had an

 6        overall turn-out reduction of 3 percent.  A figure that

 7        reached 5.7 percent among African Americans and 10

 8        percent among Hispanics.

 9                    REPRESENTATIVE TURNER:  And the purpose of

10        the Amendment is to reduce any notion of voter

11        suppression by the bill.  And the author has said what

12        my Amendment does is that it grandfather's people who

13        have been in our democratic electoral process for years.

14        But for those new voters, new people who chooses to vote

15        as of September the 1st, they will be governed by these

16        rules.

17                    REPRESENTATIVE VILLAREAL:  Do these

18        turn-out figures, the suppression of turn-out, do these

19        figures concern you?

20                    REPRESENTATIVE TURNER:  Very much so.

21                    REPRESENTATIVE VILLAREAL:  When I first

22        read the summary, I thought well, maybe these are just

23        overall numbers and, you know, maybe this is actually a

24        sign that there is an elimination of fraud.

25                    But when I downloaded the study and started
```

April 23, 2007

                                                                    119

1          reading, I discovered that they drilled down all the way

2          down to the individual voter.  And they developed

3          statistical models on individual voters who are then

4          followed up on who are actually registered voters.

5                       REPRESENTATIVE TURNER:  Right.

6                       REPRESENTATIVE VILLAREAL:  Not looking at a

7          high-level of county aggregate or state aggregate,

8          though they did that, also.

9                       And so I think this is significant.  It

10         doesn't just concern me.

11                      REPRESENTATIVE TURNER:  Well, if the intent

12         is to eliminate fraud and if people are going to

13         increase the penalty for those who engage in fraud, I

14         vote for that.

15                      If we want to increase the fine for people

16         who are engaging in voter fraud, I vote for that.  If we

17         want to make it very, very clear that if you engage in

18         fraud, dead people voting and you get caught and the

19         penalty should be enhanced because we want to maintain

20         the integrity of the process, I vote for that.

21                      But if we are going to impose these type of

22         hurdles that for some who have had to overcome the

23         hurdles just to vote, and I'm talking about people who

24         are clearly American citizens, then I believe that is a

25         different subject matter.

120

1              And so the Amendment simply says for those

2       of you who are already grandfathered in for new people,

3       these are the rules and I think we are able to address

4       voter fraud and voter suppression at the same time.

5              Having said that, I yield representative

6       Phillips.

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

TX_00212286

121

1       STATE OF TEXAS:

2

3       COUNTY OF HARRIS:

4

5              I, Kateri A. Flot-Davis, Certified

6       Shorthand Reporter in and for the State of Texas, hereby

7       certify  that the foregoing transcript is done to the

8       best of my ability and reflects proceedings heard on

9       video recording.

10             I further certify that I am neither counsel

11      for, related to, nor employed by any of the parties or

12      attorneys in the action in which this proceeding was

13      taken, and further that I am not financially or

14      otherwise interested in the outcome of the action.

15             Certified to by me this ___ of _____

16      ,_____.

17

18

19

20      Kateri A. Flot-Davis

        Texas CSR No. 8462

21      Expiration Date: 12-31-13

22

23

24

25

House Floor Debate                                      April 23, 2007

**A**

AARP
57:11 113:9
abiding
96:8
ability
38:9 121:8
able
3:23 7:23
  12:21 17:13
  27:19 38:7
  40:21 49:18
  49:19 51:25
  53:16 60:21
  82:8 89:18
  120:3
absence
94:13
absentee-...
11:11
absolutely
18:2,8 19:7
  38:3,18,22
  40:5 42:12
  80:8 108:20
Academic
35:21,22
accept
78:17,18
  85:4,7
  97:16
acceptable
27:13 37:9
  37:11 43:7
  43:9,11,19
  44:17 78:7
  79:7 83:20
  84:2 85:11
  89:5,6
access
49:14 79:1
account
24:21
accusation
16:2
accuse
21:2 22:20

accused
21:17 22:4
achieved
36:15
achievement
32:23 33:16
achieves
92:9
achieving
33:4
acknowledge
36:10
acknowledged
25:22
action
121:12,14
active
42:19 70:21
activities
3:16
activity
70:8
actual
21:16
ad
20:24 21:4
add
29:5,7 34:9
Addison
35:16
additional
86:25 87:10
  93:8,9,10
  94:3 95:6,8
  96:6,8 97:6
  97:6,11
  99:14
  102:10
  105:6
  108:22
address
25:12 44:14

44:15 45:12
  49:21 63:5
  101:11
  115:16
  120:3
addressed
20:14 53:5
addresses
97:19 101:14
addressing
53:2
adds
103:5
Administr...
5:6
administr...
96:17 99:14
  100:15
  102:15
administr...
50:17 51:11
  102:19
admit
55:20 81:1
adopt
25:3
adopted
69:18 84:5
  84:20,24
  85:13
adoption
74:17 84:13
  84:14
advanced
48:14
adverse
25:10
Advisory
70:24
affairs
70:7
affect
38:8
Affidavit
8:18 26:12
  85:7
afford

26:10,13
  85:5,6,8
afraid
78:11
Africa
7:11
African
97:4 115:22
  116:7 118:7
afternoon
2:19
AG
16:12
age
37:8,21
  38:24 39:10
  42:15 47:13
  48:14 50:11
  50:14 51:10
  55:25 56:5
  56:10,11
  57:9 59:19
  60:6 61:4,7
  61:8,13
  63:23 74:7
  74:13,21,25
  75:4,7
  76:25 77:20
  82:2,13
agencies
54:25 55:1
agency
83:19
ages
50:20
aggregate
119:7,7
ago
42:14 50:19
  50:22 65:8
agree
10:21 17:9
  61:4 95:12
  96:13
  100:21
  104:8 106:1
  109:24
  110:4

agreement
95:11
agreements
114:12
AG's
39:15
ahead
2:19,22
  92:22
aims
25:12
airplane
3:18 62:19
airport
62:6,10
alcohol
3:18
Alendres
35:20
aliens
9:19
allegation
15:20 19:10
  20:16 23:10
Allen
68:12
allow
60:12 61:12
allowed
44:11 57:3
  114:13
allowing
10:9
allows
85:4 113:13
Alma
71:3 73:9,13
Alonzo
68:12
Amendment
26:11 36:20
  36:21,22,25
  37:11,11,19
  38:17 47:1
  47:2,3,4,17
  52:2 55:19
  55:19 57:19

59:18 61:6
61:21 66:20
73:25 74:1
74:1,3,5,5
74:7 75:22
75:22 77:5
81:17,19
82:1,18
83:3,4,11
83:12,13,17
84:2,2,5,6
84:7,8,11
84:11,12,12
84:12,13,15
84:17,20,22
84:24,25
85:1,2,4,11
85:11,13,14
85:15,16
86:7,8,9,12
86:13,14,15
86:20,22
90:1,6 92:8
92:20 93:17
94:11,13
95:23 96:6
96:15 97:9
97:11,18
98:3,14,21
99:12,13,22
100:6,11,13
100:19
101:10,14
103:19,22
104:8,24
105:11
106:2,2
110:21
111:4,19
112:2
113:12,13
113:21
115:16
117:11
118:10,12
120:1
**Amendments**
37:2

**America**
9:13 56:21
70:17
**American**
2:10 30:15
59:12 70:14
119:24
**Americans**
2:8 3:7,15
27:6 97:4
115:22
116:7 118:7
**amount**
105:20
**analysis**
15:6
**Anchia**
4:12,13,14
4:20 6:13
6:14,15,19
6:20 10:14
10:15,16,20
10:25 11:5
11:10,13,16
11:19,23
12:20,24
13:5,10,14
13:23 14:4
14:7,10,13
14:21 15:5
15:20 16:4
16:9 17:9
17:15,18,22
17:25 18:13
18:24,25
19:1,5,8,25
20:15,20
21:7,10,13
21:17,21
22:4,9,19
22:25 23:8
23:16,23
24:2,6,12
24:16,19
25:7,16,21
26:4,16
27:1,21
28:3,6,11

28:15,19,24
29:3,12,19
29:25 30:12
30:20,21,22
31:1,2
39:14 40:24
41:6 68:12
82:24 86:9
86:11
**Anderson**
67:9
**annals**
32:7
**announced**
69:11
**annual**
86:3
**answer**
14:19 28:24
**answering**
20:2
**anybody**
51:2,23
58:25 59:20
74:11 99:4
106:4
**anyway**
37:5
**apparently**
48:13
**Appeals**
9:7,9
**appear**
106:23
**applicant**
5:17
**applicants**
5:19
**application**
5:16 9:16
105:4,6
**applied**
5:8
**apply**
90:11
**applying**
5:22

**appreciate**
2:21 54:20
**approach**
74:15,22
**appropria...**
94:22,23
**approved**
8:2
**April**
3:7
**Ardoin**
69:21,22
70:4,10
71:5,12,16
72:17
**Ardoin's**
71:2
**area**
39:21,22
80:7
**argue**
96:23 97:13
**argued**
114:10
**argues**
7:21
**argument**
97:17,17
104:17,19
**Arizona's**
8:23
**armed**
16:21
**Arsdale**
68:8
**article**
21:23 22:17
24:23
**articulated**
11:1
**aside**
104:12,15
**asked**
3:15 12:6
14:17,22,25
31:11 35:12
39:14 41:6

67:4 106:25
**asking**
74:12 82:12
82:12 90:6
111:16
**Assessor**
5:5
**assets**
79:1
**assigned**
102:18
**Assistance**
116:22
117:18
**assistant**
35:10 36:10
**assists**
35:19
**assured**
50:16
**astounding**
34:22
**Athletic**
70:24
**athletics**
33:17
**attempt**
99:11
**attempting**
61:1 94:10
**attending**
53:25
**attention**
2:20
**attest**
94:25
**Attorney**
15:1,22 16:2
39:16,20
94:22,25
95:6,7
**attorneys**
121:12
**Austin**
31:16 85:25
**author**
37:9,12

72:11 84:2
85:12 89:5
105:11
118:11
authored
21:23 22:13
92:9
authority
15:15 16:8
50:15 51:11
authors
91:16,18
94:9
automatic...
6:3 7:1
available
30:13
Avery
35:20
avoid
52:16
avoiding
52:7,10
aware
14:16,25
50:19 60:15
62:18 64:17
64:21 65:17
awful
48:12
Aycock
67:9
Aycox
54:8
aye
18:16 66:22
66:24 67:7
69:7 82:20
82:23 84:18
84:23 117:6
ayes
18:20 67:2
69:8,15
83:1 117:8
A&M
36:4

B

back
16:9 18:7
36:18 46:3
73:9,9,23
80:6,6 82:9
82:10 84:9
84:13,21
85:22
113:21
background
12:6
backs
17:6
Bailey
68:13
Baker
7:14 20:24
21:4,24
22:13 23:3
51:16,20
Baker's
52:3
balance
113:3
balanced
39:10 47:18
48:24 74:22
balcony
35:10
ball
72:4
ballot
2:11 3:5,14
8:18 9:14
27:15,17
28:10 29:24
37:5 38:10
38:20,25
39:3 49:20
49:24 66:6
107:5,9
108:4
ballots
28:4,8,13
107:7,19,20
107:22
108:1,7,11
ballpark

13:10
bank
44:12
baptismal
76:17
baptist
113:6
barrier
111:8
barriers
25:22 97:6
based
49:2,4 92:4
basic
2:14,16,24
7:8 10:22
basically
3:10 93:5
100:7
104:19
basketball
32:6 33:12
33:22 34:17
76:9
battle
2:8
Baylor
32:24
bear
79:20 113:5
bed
38:11
bed-fast
38:5
beer
3:13
began
69:22
behavior
25:11 88:11
112:8
believe
3:4 26:24
29:17,19
30:1,2 41:6
41:9 42:22
43:11 51:16

58:8 60:18
61:5,6
77:23 78:25
91:18 92:8
94:10 95:1
100:16
105:12,19
106:16,18
107:3 108:1
111:25
112:23
119:24
believes
58:14
bell
66:23 82:22
belong
3:18
beloved
85:24
Bend
67:23,23
benefit
37:7
benefits
61:11,16
Berman
37:14,18,24
38:16,19,23
39:2,5,13
39:19,24
40:6,23
41:5,9,15
41:20,23
42:9,24
43:8,20
44:22 45:2
45:9,14,16
45:18 46:2
46:15 67:9
best
33:23 66:2
71:9,13
72:25 121:8
Betencort
5:5,9 11:25
12:6 13:20
46:6

better
14:12 81:6,6
94:11 96:16
97:25 98:4
98:21
105:10
112:24
Betty
45:2 75:16
80:17
Bexar
13:1 40:1
bill
2:2,3 11:3,5
12:2,13
13:15,17
14:12 20:13
26:4,7
27:14 29:16
36:19 38:8
39:7 42:13
43:3,4
44:12 48:19
49:21 52:17
57:12,19,20
60:19,25
74:25 76:21
79:4 81:12
86:25 87:11
87:18,21,25
88:7 90:7
90:17 91:2
91:5,9,13
94:4 96:14
96:14,16
97:14,17,22
97:23 98:20
99:12,15
101:6 105:1
112:23
113:6,8,9
113:10,13
118:11
Bioscience
70:19
bipartisan
7:15 116:25
117:21

House Floor Debate                    April 23, 2007

birth
  6:9 44:16,18
  50:7 51:1
  76:16
birthdays
51:4
bit
49:6,8 89:12
black
91:21
block
  2:14,17,24
blocks
58:6
board
  3:13,17
  62:18 70:12
  70:13,18
  88:8
body
72:17
Bohac
  67:10 98:6
  98:10,15
Bolton
  68:13 85:18
  85:19
bond
112:20
Bonnen
67:10
Bontmeyer
86:2
book
3:17
border
60:15
borderland
75:24
box
  3:14 46:4
Brad
54:8
Branch
67:10
Brazilian
  5:10 13:17

Brazos
67:11
breeds
9:3
Brennan
  27:4 29:14
  30:1,12,14
  59:11 116:6
bring
  43:2,3 44:23
  91:19 92:10
  94:12
  105:23
brings
74:7,8
Britain
7:10
broader
23:14
brother
73:17,21
brought
  11:2 27:25
  41:17 50:24
  55:3 56:2
  77:10 79:9
  106:11
Brown
  2:4,6,7,19
  2:22,23
  4:17,21
  6:18,22
  10:19,21,24
  11:4,9,12
  11:15,18,22
  12:14,22
  13:3,7,12
  13:19 14:2
  14:6,8,11
  14:20 15:3
  15:7 16:1,6
  16:17 17:12
  17:17,20,24
  18:2,23
  19:3,7,11
  20:1,19
  21:6,9,11
  21:15,20

22:1,7,16
22:22 23:4
23:8,15,19
24:1,4,10
24:14,18
25:5,13,19
26:2,8,18
27:8,24
28:5,9,14
28:17,21
29:1,5,10
29:17,21
30:5 31:4
36:24 37:1
37:10,17,20
38:3,18,22
39:1,4,7,18
39:23 40:5
40:9 41:2,8
41:12,19,22
42:1,12
43:6,10,21
45:1,8,11
45:15,17,21
47:15,16
48:4,17
49:4,12,17
50:2,9,13
50:23 51:8
52:9 53:2
53:11 56:1
61:6 66:20
66:24 67:10
67:10 74:19
74:20 75:13
76:18 77:2
77:6,9,13
77:19,24
78:2,20,24
79:8 80:8
80:13,18,25
81:11 82:18
82:23 83:13
83:15,16
84:1,14,17
84:21 85:2
85:3,10
91:21 117:1

Brown's
  63:16 84:11
building
  2:14,17,24
  13:16 32:22
  62:19
bulk
3:18
bunch
107:17
burden
  96:6,8,16,18
  96:20 99:14
  99:15,20
burdens
97:11
Burnam
68:13
Bush
7:15
business
56:7
businesses
  60:16 111:22
  113:23
Butler
55:8
buy
  3:13,18 66:3

                C
cajun
73:6
call
54:3,5
called
  11:21 46:23
  72:4 86:25
  94:4
Callegari
67:11
calling
  67:7 68:10
campaign
32:10
Campbell
36:2

Canada
7:9
cancelled
  2:11 5:11,12
capitol
  31:17 54:13
  85:21 86:6
capturing
32:5
Cara
35:23
card
  5:1 43:2,5,6
  43:7,14,15
  43:23 44:3
  44:7,24
  46:3 47:11
  47:11 50:4
  50:6,21
  51:24 52:1
  57:1,3 63:5
  63:15 65:25
  66:3,3
  78:16,21
  79:16,23
  80:3 83:22
  103:1,7,24
  106:18
  109:3 111:6
  111:7
cards
  5:8 44:1
care
  48:23 77:16
career
  69:23 71:2
  73:8
careful
93:13
carefully
52:20
Carry
44:10
Carter
  7:13 19:12
  20:3,24
  21:4,24
  22:13 23:1

House Floor Debate                                        April 23, 2007

23:3,6
25:14 51:16
**Carter-Baker**
17:23 18:5
19:6 20:21
21:3,18
22:5,6,12
22:14,21
23:9,12,13
23:24 24:3
24:7,17,20
24:25 25:17
25:23
**case**
14:5,8 15:9
20:22 81:3
81:3,3
106:12
114:6,7
**cases**
2:13 13:6
14:9,18
15:1,8
107:13
**Casey**
36:11
**cast**
9:21,25
16:15 66:6
**Castro**
31:11,13
68:13 111:9
111:15,20
112:14,17
113:19
**caught**
91:12 119:18
**cause**
81:7 99:9
**caused**
78:16
**causing**
78:9
**center**
27:4 29:14
30:1,12,14
59:11 76:7
76:8,9

116:6
**centers**
26:1,5 75:16
75:17
**central**
70:9
**century**
74:9 82:3
**certain**
8:2 42:15
87:17 93:1
93:2,24,25
99:4
**certainly**
17:17 38:11
38:13 95:10
110:12,14
**certificate**
8:8 44:4,17
76:17
106:21,23
**certificates**
76:16
**certified**
44:16,20
121:5,15
**certify**
121:7,10
**chair**
2:1,6 4:13
18:22 31:7
31:18,25
32:1 34:8
34:14 36:24
36:24 47:5
47:14 53:19
54:14 55:15
69:11,17,17
71:19 72:13
73:3 74:18
81:18 83:14
84:4 85:12
85:17 86:10
86:16 98:22
110:18
**Chairman**
54:16 70:15
98:3 102:5

**challenge**
107:7,8,19
107:25
**challenged**
33:6 107:15
**challenging**
107:17
**chamber**
10:2
**championship**
32:11 33:2
34:18
**change**
27:14 74:15
82:3,14
88:22 108:3
**changed**
82:5
**changes**
109:11
**changing**
112:13
**chapter**
71:9
**charge**
26:15 85:9
**charged**
16:20 17:1
**Chavez**
68:13 75:10
75:15,17
76:19 77:4
77:8,11,18
77:21 78:1
78:4,22
79:3 80:5
80:10,16,20
81:5 86:21
**check**
3:17 5:15,25
6:3 44:12
47:9 93:20
103:11
**checked**
5:20,21 46:4
**checking**
102:9

**Cherry**
55:9
**Chicago**
70:1
**Chief**
55:7
**child**
63:23
**chilling**
112:6
**Chisum**
67:11
**choose**
24:25
**chooses**
118:14
**choosing**
21:18 23:11
**Christi**
53:24 54:11
**Christian**
67:11
**cigarettes**
3:13
**Circuit**
9:7
**cities**
113:24
**citizen**
4:5 5:11
9:17 13:25
45:25 46:4
79:5 95:19
109:19
**citizens**
9:19,21 10:7
30:15 59:12
64:21 76:20
78:10,10
81:8 95:25
119:24
**citizenship**
23:20 44:4
44:19
**city**
76:8 85:23
88:8 99:18

112:20
**civic**
72:3
**civil**
2:8,10 70:19
95:5
**claiming**
5:11
**claims**
4:10
**Class**
33:23
**clause**
111:17
**clear**
20:25 104:24
114:9
119:17
**clearly**
13:1 20:22
51:22
100:11,14
119:24
**clerk**
2:3,4 32:2,3
36:21,22
47:3,4
66:23 67:7
67:9,16,22
68:4,10,12
69:13,19,20
74:1,3
82:22 83:4
83:12,13
84:7,8 85:1
85:2,15,16
86:8,9,14
86:15 93:23
**clerks**
102:18
**clock**
80:6
**close**
9:22,24
15:18 53:6
55:18 81:19
110:19
**closing**

House Floor Debate                                    April 23, 2007

127

| | | | | |
|---|---|---|---|---|
| 32:15 | 114:3 | compromise | consequently | 44:16,20 |
| Club | 117:13 | 74:23 75:6 | 46:6 74:12 | 51:19 71:16 |
| 3:19 70:21 | comes | con | consider | Corpus |
| 70:22,22 | 39:21 60:3,5 | 7:9 | 19:24 | 53:24 54:10 |
| clubs | 95:15 | Concealed | considered | correct |
| 3:19 | 100:23 | 44:10 | 7:7 | 11:6 16:10 |
| clutch | coming | concepts | consistent | 17:10,19 |
| 32:15 | 88:10 92:1 | 22:5 | 52:3 | 21:19 25:4 |
| coach | 94:23 96:22 | concern | consists | 39:6 40:8 |
| 33:10 36:10 | 108:18 | 11:1 115:16 | 6:5 | 53:6 90:16 |
| 36:11 | 109:7 111:5 | 118:19 | constitution | 102:15 |
| coaches | 112:10 | 119:10 | 10:3,8,10 | 104:14,16 |
| 33:24 35:11 | 113:16 | concerned | constitut... | cost |
| Cochran | comments | 38:4 87:15 | 57:16 93:11 | 79:13 |
| 36:22 | 72:12 | 112:24 | constitut... | costly |
| code | Commerce | 113:1 | 96:8 | 19:23 |
| 4:1,9,25 | 36:5 | concerns | contained | costs |
| Cohen | commission | 25:8,12 | 21:22 | 20:8,13,14 |
| 68:13 | 17:23 19:6 | 106:14 | containing | Council |
| cold | 116:22,25 | concur | 44:2,3 | 85:23 88:9 |
| 3:19 80:7 | 117:18,21 | 106:9 | contains | 112:20 |
| Coleman | 117:25 | condition | 44:4,9 83:22 | counsel |
| 68:14 80:7 | commissioned | 38:13 89:18 | context | 70:14 121:10 |
| colleague | 117:25 | conditions | 23:14 | count |
| 55:8 | commit | 8:2 | contingency | 13:9 81:14 |
| colleagues | 49:10,23 | conduct | 7:16 19:15 | counted |
| 53:22 71:8 | committee | 4:6 | continue | 3:5 28:4,8 |
| college | 1:7 5:6,9 | conducted | 49:23 81:4 | 28:10,13 |
| 65:16 | 45:4 52:19 | 3:9 | 98:19 100:8 | 107:12,23 |
| Collins | 70:24 | confidence | 111:6 | counter |
| 55:7 | commonsense | 3:3 4:23 | continued | 104:19 |
| Colorado | 81:25 | 8:25 29:11 | 71:14 86:4 | counties |
| 68:14 | community | 30:9 81:13 | continues | 16:19 39:25 |
| combination | 70:21 | confirming | 73:13 100:23 | 40:4 |
| 33:7 | company | 44:17 | convention | country |
| come | 71:7 | confuse | 113:7 | 85:25 86:5 |
| 13:9 32:18 | compare | 95:15 | conversation | county |
| 43:16 72:8 | 40:12 64:9 | confused | 21:16 22:2,8 | 5:4 6:5 7:2 |
| 73:23 82:10 | 117:15 | 89:12 96:21 | 22:18 24:14 | 12:15 13:8 |
| 97:22 | complaint | confusing | 79:10 | 13:13 26:25 |
| 104:22 | 16:13 | 96:2 | conversat... | 30:3 39:25 |
| 106:4,16,17 | complaints | congratulate | 2:20 | 40:1,1,1,2 |
| 106:20,22 | 14:23 16:11 | 33:21 | cook | 45:4,13,22 |
| 109:6 111:6 | completion | conjunction | 67:11 68:14 | 55:9 64:21 |
| 111:23 | 8:17 | 74:24 | 72:24 73:6 | 99:18 119:7 |
| 113:23,24 | comply | consent | copy | 121:3 |
| 113:25 | 9:9 29:15 | 31:1 | 34:1 44:11 | couple |
| | | | | 16:18 48:6 |

TX_00212293

course
13:8 41:8
  50:4 51:24
  72:17 75:5
  79:15
courses
109:7
Court
8:18,21 9:7
  9:9
courts
76:9
Court's
8:24
covered
12:12 57:24
co-author
72:11
Craddick
67:12
Crawford
55:9
crazy
73:2
create
7:25 89:18
  112:5
created
117:21
creates
113:2
creating
92:24 99:1,3
  112:11
Creighton
69:8
crime
4:22
criminal
89:17
criteria
6:8 7:5
cross
81:25
crowded
62:16
Crownover

67:12
CSR
121:20
culmination
32:9
curious
12:1 19:10
current
4:9 5:25
  6:24 44:11
  59:13 101:1
  101:4
  102:25
  111:16
currently
4:25 102:25
cut
81:7
Cypress
34:24
Cy-Fair
32:11

—— D ——
Dallas
40:2 68:14
  70:1 72:4
Darby
67:12
data
30:10 40:13
database
6:5 7:2,25
databases
40:11
date
6:9 43:25
  48:7 50:7
  52:13 93:2
  93:4,21,25
  99:5 121:21
dated
20:25 21:24
dates
51:1
daughter
73:20

Dave
73:22
Davis
67:12 68:14
  88:2
day
36:5 58:2
  60:13,16,20
  60:22 65:13
days
42:14 62:10
dead
12:17,21
  13:2,3
  95:10
  119:18
deal
11:6,7,20
  58:11 86:3
  93:23
  112:25
  113:2
death
40:16
debatable
100:12
debate
1:8 47:12
  54:1 58:12
  58:14 59:23
  59:24 63:19
  94:21
  100:12
debating
99:12
decades
58:23 69:22
  95:16
decease
48:10
deceased
40:18,20
  48:13,22
  81:2 106:12
decided
9:23,24
  13:20 72:7
Decree

44:21
decrepit
57:14
dedication
33:15 36:12
  69:21
deep
81:7
defense
33:8
defensive
35:24
deference
74:14
definitely
23:22 105:25
delay
99:21
delays
96:20
Delisi
67:13
deluded
10:9
demanding
19:21
demands
86:25
democracy
2:15,25 9:1
  9:3 10:23
democrat
91:20
democratic
88:19 91:23
  93:12
  109:16
  118:13
denied
38:17
deny
38:14
denying
39:8
department
6:7,11 7:4
  8:1 41:10

43:23
departure
87:4,5
depends
110:10
Deputy
55:7
described
19:19
deserve
74:14
Deshotel
68:14
designed
9:16,18 11:6
  11:7,20
  52:21
desk
38:1
details
30:8
deterring
20:5
developed
65:18 119:2
dialogue
40:24
Diane
54:9
dias
35:15
die
100:22
died
2:13
differ
96:25
difference
96:5 103:20
differences
100:15
different
8:14 12:2,12
  25:23 54:25
  63:15 79:11
  92:11 93:3
  93:4,25

| | | | | |
|---|---|---|---|---|
| 101:16 | discriminate | 63:6,7 64:5 | 75:2 76:5 | earlier |
| 105:5 | 61:1 | 64:7,7 66:1 | drives | 21:8,14 |
| 106:19 | discrimin... | documenta... | 9:2 | 27:23 49:20 |
| 110:11,15 | 19:24 | 12:19 13:4 | driving | 51:3,17 |
| 119:25 | discuss | 15:22 78:7 | 42:18 49:13 | 86:21 |
| differently | 50:24 80:4 | documents | 49:16,18 | early |
| 93:18 95:21 | discussed | 13:9 45:3 | dropped | 91:15 99:8 |
| 104:22,22 | 50:24 | 79:7 99:4 | 45:5 | earn |
| 116:2 | discussion | doing | drug | 116:9 |
| differing | 91:15 | 82:4 91:24 | 70:12 | earned |
| 27:9 | disenfran... | 92:23 95:16 | dual | 71:6 |
| difficult | 25:9 88:5 | 97:9 98:25 | 92:24 93:17 | easier |
| 19:23 58:25 | disenfran... | 101:2,5,10 | 99:1 104:20 | 57:25 60:12 |
| 60:11 | 9:5,11 38:6 | 102:12 | dually | 60:17 65:5 |
| 100:16 | disfranch... | 112:9 | 104:6 | easily |
| diluting | 87:13 | dollars | Dukes | 3:12 53:5 |
| 9:20 | disillusi... | 7:24 95:8 | 68:15 | east |
| direct | 53:12 99:10 | door | Dunnam | 55:6 |
| 101:9 | dispropor... | 98:9 | 47:4,6,7 | easy |
| direction | 115:22 | doubt | 55:17,18,23 | 15:21 79:24 |
| 71:3 74:24 | disrupt | 37:7 | 56:4,13,17 | 95:14 |
| directly | 87:17 88:10 | downloaded | 56:20 57:10 | economy |
| 20:23 21:12 | distinction | 118:25 | 57:18,20 | 86:5 |
| 22:12,15 | 70:2 | DPS | 58:18 59:8 | ed |
| director | distincti... | 26:14 27:17 | 59:11,15,22 | 21:23 22:12 |
| 70:6 73:11 | 70:5 | 41:11 42:11 | 60:7,18 | 22:15 |
| Directors | district | 44:10 49:19 | 61:3,17,22 | education |
| 70:13,18 | 31:12 35:19 | 85:6 | 62:1,2,5,7 | 44:8 79:4 |
| disabilities | 35:21,25 | draw | 62:11,14,21 | Edwina |
| 113:10 | 54:25 69:24 | 56:23,23 | 63:3 64:4 | 86:2 |
| disabled | 69:25 70:1 | 63:21 | 64:15,18,22 | effect |
| 49:16,17 | 72:19,21 | drawing | 65:6,9,12 | 26:13 52:21 |
| disagree | 75:17,19 | 61:10,12 | 65:21,24 | 89:21 90:8 |
| 3:1 94:17 | 76:1,1,3 | drilled | 66:8,16,19 | 90:11 91:1 |
| 96:11 | districts | 119:1 | 66:24 67:4 | 110:23 |
| disagreement | 60:9 | driven | 68:15 | 112:5,6 |
| 104:11 | distrust | 76:5 | Dunnam's | effected |
| discarded | 9:3 | Driver | 75:21 | 90:17 112:12 |
| 20:7 28:16 | disturbing | 67:13 | Dutton | effecting |
| discouraged | 88:16 | driver's | 68:15 | 91:3 |
| 110:2 | division | 5:20 6:2,25 | duty | effective |
| discourages | 70:3 | 13:25 19:17 | 45:24 46:5 | 79:13 81:16 |
| 96:22 | Divorce | 26:20 40:13 | DVD | 89:25 |
| discovered | 44:20 | 41:21 42:3 | 3:17 | effects |
| 119:1 | document | 42:10,16,19 | D.A.s | 118:2 |
| discrete | 15:8 21:22 | 43:22 45:20 | 16:19 17:10 | effort |
| 11:20 | 44:13,17 | 51:24 52:5 | | 94:3 95:9 |
| | | 56:15 63:10 | E | |

House Floor Debate                                    April 23, 2007

eight
76:24
Eiland
67:13 68:15
Eissler
67:13,14
69:1,2
either
5:8 8:13
58:6
El
40:1 76:9
elaborate
12:10 65:18
elderly
62:9,20
75:16,18,25
76:4 81:8
elected
70:13 72:7
election
4:1,7,24
6:12 7:8,15
9:24 39:22
40:7 58:2
60:13,20
88:9 99:16
99:18,19
102:17,18
102:19
113:15
114:20,21
114:21
116:22
117:17
elections
1:7 3:3 5:14
9:22 10:11
11:1 12:3
45:4 50:15
50:16 51:11
53:7 88:8,9
112:20,21
112:21
electoral
8:25 118:13
electorate
115:21

electors
40:10 50:3
electric
43:3
electronic
11:8
elements
116:17
eligible
8:5 25:9
39:8,10
47:9 56:23
77:22 79:7
95:12 96:9
eliminate
48:16,21
92:6 101:6
119:12
eliminating
94:15 98:2
116:18
elimination
97:15 106:9
118:24
Elkins
67:16
embarks
71:9
emerged
32:16
employed
121:11
employee
44:2
employees
72:18
enactment
105:1
encourage
109:14,16,18
encouraging
20:4
endeavors
73:1
enforcement
17:19 55:13
engage

92:7 98:1
116:19
119:13,17
engaged
88:17
engages
97:14
engaging
94:14 98:5
119:16
England
68:15 94:24
enhanced
119:19
enrolled
45:6
entered
51:1
entire
32:20 46:16
entitled
24:7 63:7
64:6
entity
44:16
equal
2:10,10
equaled
32:21
era
47:20
Escobar
68:15
especially
75:25 76:22
87:2
essence
100:8
essential
9:1
essentially
28:16 104:7
established
33:15
estimate
13:6
everybody

59:24
evidence
12:1,4,11,16
14:14 30:4
80:17,22
evidently
38:5
ex
89:18
exactly
16:5 51:4
107:10,10
110:17
112:16,19
example
11:7 87:12
88:10 90:3
90:14 91:10
94:9 95:19
103:22,24
106:11
examples
49:7
excellent
36:14
exceptions
49:7
Exchange
70:14
exclude
61:7
Executive
70:13
exempt
82:13
exercise
81:24 93:11
exercised
91:23
exhibiting
33:14
exist
6:9
existing
40:15
exists
97:14,17

expect
76:24 78:9
112:15
expectancy
49:5
expectation
49:5
expectations
57:8
expensive
40:11
expertise
70:11
Expiration
121:21
expired
18:12 30:19
43:24,24
46:9 66:13
98:18 117:2
explain
20:17 36:25
74:4 75:22
76:24
explore
105:8
express
108:13,14
116:14
expression
34:2 71:17
extend
4:5 18:17
46:17
extended
18:14 30:24
117:5,9
extending
71:13 117:7
extends
33:23
extension
18:21
external
71:5 73:11
extreme
106:12

House Floor Debate

April 23, 2007

131

| | | | | |
|---|---|---|---|---|
| **extremely** | **fairness** | **figure** | 67:14,19 | 8:13 27:22 |
| 15:12 16:6 | 40:10 95:25 | 15:22 29:11 | 68:1 69:1,3 | 42:11 76:15 |
| 109:18 | **fall** | 74:9 118:6 | 69:4 96:14 | 78:25 79:2 |
| | 114:13 | **figures** | 97:22 | **formed** |
| **F** | **familiar** | 30:14 118:18 | 114:11 | 7:20 |
| **facilities** | 89:16 116:21 | 118:19 | **Flot-Davis** | **former** |
| 77:17 | 117:17 | **fill** | 121:5,20 | 7:13,13 |
| **facility** | **family** | 29:24 | **Flower** | 37:25 |
| 79:1 | 35:11 71:24 | **final** | 70:22,25 | **formidable** |
| **fact** | **fans** | 34:23 35:6 | 72:5 | 34:24 |
| 12:19 15:21 | 33:17 | 36:1 | **flown** | **forms** |
| 21:3,21 | **far** | **finally** | 62:5,7 | 8:14 15:15 |
| 24:21,24 | 92:20 96:2 | 36:9 113:20 | **fly** | 27:12 29:22 |
| 26:24 42:5 | 97:1 108:2 | **financially** | 63:22 64:1 | 37:22 78:7 |
| 42:13 72:2 | **Farabee** | 121:13 | **flying** | 79:18 |
| 72:7 89:24 | 68:16 | **find** | 62:10,15,15 | **Fort** |
| 92:24 93:16 | **Farias** | 12:9,21 | **Flynn** | 67:23,23 |
| 96:1,22 | 69:10 | 15:24 82:9 | 67:16 | **forth** |
| 97:9,11 | **Farrar** | 89:4,5 | **folks** | 4:2,2,2 56:2 |
| 98:25 99:1 | 68:16 | 116:4 | 62:14,15,17 | **forward** |
| 99:3,13,20 | **faster** | **finds** | 66:18 82:13 | 16:11 77:10 |
| 99:21 | 67:6 | 3:10 | **followed** | 87:25 89:3 |
| 100:18 | **father's** | **fine** | 60:10 119:4 | 89:23 |
| 104:11,18 | 87:7,8 | 119:15 | **following** | 106:11 |
| 105:12 | **favor** | **finer** | 36:20 47:1 | 110:24 |
| 107:6,22,22 | 3:11 52:8 | 33:9 | 69:6,8,12 | 112:15 |
| 108:10 | 66:21 82:19 | **finish** | 73:25 83:3 | **fought** |
| 116:1 | 82:19 84:18 | 6:23 20:1 | 83:11 84:6 | 2:8 116:14 |
| **facto** | 84:23 | 33:3 88:13 | 84:25 85:14 | 116:15 |
| 89:18 | **favorable** | 94:19 | 86:7,13 | **found** |
| **facts** | 104:18 | 114:16 | **food** | 3:7 43:12,14 |
| 22:20 | **favored** | **fire** | 76:12 | 45:10 79:21 |
| **failed** | 3:7 | 33:7 | **foot** | 116:6 118:4 |
| 73:5 | **fear** | **fired** | 55:22 | 118:5 |
| **fails** | 9:4 | 19:18 | **force** | **founded** |
| 8:16 | **federal** | **first** | 54:24 55:5 | 10:22 |
| **fair** | 62:19 83:19 | 4:4 6:8 30:6 | 55:10 | **four** |
| 4:3 39:10 | 83:21,23 | 34:18 35:9 | **foregoing** | 5:13 40:4 |
| 47:18 48:24 | **fee** | 35:18 37:3 | 121:7 | **fourth** |
| 53:7 74:21 | 26:14 85:6 | 48:6,8 72:7 | **foreign** | 35:1 |
| 76:25 | **feel** | 84:15,16 | 5:7 12:2 | **France** |
| 102:21,24 | 9:5 53:5 | 103:13 | 13:16 | 7:9 |
| 103:10 | 58:19 110:6 | 118:21 | **forever** | **franchise** |
| 112:1 114:2 | **fell** | **fit** | 78:23 | 118:1 |
| **Fairbanks** | 33:2 | 73:16 | **forgot** | **franchised** |
| 34:24 | **fight** | **floor** | 73:15 | 58:5 |
| **fairly** | 97:2 | 1:8 46:23,24 | **form** | **fraternity** |
| 3:5 | | 48:3 54:1 | | 73:17 |

TX_00212297

House Floor Debate

April 23, 2007

fraud
9:2 11:1,2,6
11:7,21
12:12 16:24
17:5 48:15
49:10,23
64:14 65:19
75:8 87:12
91:17 92:7
94:9 95:5,9
97:15 98:2
105:9,13,20
106:4,9
112:24
116:19
118:24
119:12,13
119:16,18
120:4
fraudulent
9:5 40:7
45:6
fraudulently
58:17
Fredricks...
85:22
free
26:1,15 85:9
frequently
3:15
friend
41:6 71:23
72:22 92:13
98:9
friends
31:13 35:11
93:15
front
25:18 51:19
Frost
68:16
Fugitive
54:23
fugitives
55:3
full
18:7 36:1,4
36:8 58:15

69:19
further
18:3 33:12
33:25 52:5
70:15 71:15
75:1 121:10
121:13
future
9:24 33:24
73:1 87:12

**G**

Gallego
54:15,16,19
68:16
gallery
31:10 54:5
55:6,6
85:21
game
32:11 33:2
34:23 35:2
35:6 36:1
82:6,15
games
32:4 72:5
game's
36:7
Garcia
53:23 68:16
Gattis
67:16
general
5:14 15:22
16:2 39:20
94:25 95:6
95:7
General's
15:1 39:17
94:22
Genevieve
36:2
gentlelady
4:14 6:15
10:16 19:1
30:22 48:3
75:10
gentlelady's

18:11,14
30:18,23
46:8
gentleman
54:17 59:6,7
59:9 61:25
62:3 89:9
92:18 98:7
99:25 100:3
101:22
102:1
111:10,14
115:2,4,6
gentleman's
66:13 98:17
117:5,9
Georgia
19:20 20:7
Georgians
19:23
Georgia's
19:24
Geren
68:16
German
85:24
Germany
7:10 86:2
getting
72:6 79:12
97:1 106:3
Giddings
68:17
girls
32:19 33:12
34:17,20
35:9 36:15
give
12:4,5 15:14
20:15 28:21
30:8 37:7
80:22 107:4
108:23
114:6,7
given
27:1 64:5
74:13 75:3
giving

16:7
glad
79:9
glory
33:13
go
2:22 15:22
18:3 27:16
37:18 49:19
51:9 56:6
60:17,21
62:19 76:7
76:11,12
82:6 84:13
86:24 87:10
94:10
103:14
107:18
109:14,15
113:21
goal
55:2 94:8
goes
16:2 113:11
going
16:20 17:7
20:15 22:2
22:19 38:12
42:2 56:6,6
57:21 61:7
63:17 64:9
64:10,11
65:24 72:10
73:1,7,8,9
73:9,16
74:23 76:21
77:16 79:4
79:5,6,7,14
80:6,11,21
80:23 81:7
81:24 82:5
82:6 87:9
87:25 93:7
93:17 94:3
94:14,16,19
95:20,24
96:10,13
97:25 98:1

99:9,20
102:21
103:11,14
110:24
111:7
112:15,22
112:25
113:21
119:12,21
golf
109:7
Golsby
69:20 71:20
73:4,5
Gonzales
59:2,4,5,10
59:17 60:2
60:14,25
61:15,20
68:17
Gonzalez
68:17
good
30:4 41:6
48:24 55:23
56:17 61:21
64:23,25
72:16 75:4
75:7,22
78:10 79:8
81:24 98:9
114:25,25
goodwill
86:4
Goolsby
67:17
Gordon
35:20
GOSLBY
71:21
governed
113:18
118:15
government
9:3,13 19:18
25:25 44:12
44:13,16
59:13 63:6

House Floor Debate                                    April 23, 2007

70:3,6
83:18,19,21
83:23
governmen...
116:7
graduating
79:23
grandfather
88:3 104:8
104:24
110:25
112:22
114:19,20
115:10,10
115:12
grandfath...
5:24 104:7
111:16,24
113:24,25
114:1,4,18
120:2
grandfathers
115:10
grandfath...
88:24 113:14
118:12
grandmother
87:7
grandmoth...
87:8
grandparents
91:10,11
111:2
granted
18:21 34:13
grave
55:22
great
72:22 73:6
85:20 86:3
greater
53:17 92:3
96:16,17,19
111:8
greatest
88:6
group
31:10 107:18

116:10
groups
25:23 70:11
116:1,2,11
grown
61:9
growth
86:4
grueling
35:1
guard
35:17,18,23
guards
35:21
guess
13:12 66:2
77:15 88:15
guests
54:21
Guillen
68:17

_____ H _____
habit
95:17 112:9
112:12
Haggerty
67:17
Haley
36:5
half
7:11 26:20
58:20
Hamilton
68:18
Hancock
67:17
hand
73:19
Handgun
44:10
happened
101:7 109:5
happening
16:18 45:22
101:7,8
happens

101:2
happy
10:12 13:8
19:3 30:13
48:4 75:13
92:17
hard
15:7,13 16:7
36:12 43:13
72:6
Hardcastle
67:17
harder
58:1
hardship
27:16
Hardy
73:15
Harless
67:17
Harper-Brown
67:18
Harris
5:4 6:5 7:2
12:15 26:25
39:25 45:4
64:21 67:13
68:7 121:3
Hartnett
67:18,18,19
69:2,3
hassling
57:6,11,22
57:23
HAVA
5:18 6:1,24
117:22
HB
2:4 8:3,9,12
10:5 38:8
69:17 89:4
102:5,21,22
103:10
105:9,14,18
107:25
108:6,21
110:22
112:25

head
33:10 36:10
health
82:7
hear
8:20 15:5
22:2 38:13
heard
18:15 31:23
34:5 36:13
40:23 42:22
45:21
106:15
108:15
121:8
Hearing
34:12
hears
31:25 34:8
84:4 85:12
Heflen
68:18
held
39:22 114:23
114:24
help
7:22 20:5
23:22 54:12
heritage
85:24
Hernandez
68:18
Herrero
53:20,21
68:18
hesitant
58:7
hey
24:24 112:15
high
16:23 32:6,7
32:11 33:11
33:16,21
34:2 35:5
36:3 53:23
53:25 54:8
54:11 70:25
71:17 72:5

higher
44:8 114:24
highest
76:1
highly
95:10
high-level
119:7
Hildenbrand
73:16
Hilderbran
67:22
hill
67:22 85:25
86:5
hindrance
92:3 111:8
Hispanic
75:24,25
76:2 91:21
Hispanics
115:23 118:8
historically
58:22
history
34:19 97:1
110:11,11
Hochberg
46:12,13,15
46:18,20,22
46:25 47:24
47:25 48:2
48:6 49:2,9
49:15,22
50:8,12,18
51:2,13
52:18 53:10
68:18
Hodge
68:19 88:12
88:14 89:8
89:9,11,15
90:5,15,17
90:22,25
91:6,8
holiday
60:20
Holly

73:21
home
34:21 35:13
38:24 45:22
57:4 63:10
82:9
Homer
68:19
homes
75:18
honest
104:11
honestly
106:16 109:3
110:6
honesty
107:13
honor
71:12
honored
36:7
honoring
36:16
hope
53:18 89:4,5
Hopefully
117:10
hoping
98:13 115:11
Hopson
68:19
hospital
69:25
host
7:8 71:8
hour
24:15 51:17
hours
7:25 35:12
House
1:7,8 2:2
5:6 31:21
33:19 34:2
54:1 55:12
67:14,20
68:2 69:2,3
69:4,12

71:10,17
73:23
Houston
34:24 107:17
Howard
67:22,23
68:19
HR
32:1,3
huge
40:11 78:9
Hughes
67:23
hundreds
111:21
hurdles
93:9 97:6
109:25
110:5
119:22,23

**I**

icing
58:9
ID
3:8,11,12,25
4:8,22 6:7
7:4,4,7,12
7:21,21 8:2
9:6,8 13:21
13:24 15:15
15:16 16:8
18:1 19:13
19:22 23:7
23:20,24,25
25:3,8 26:1
26:10,14,17
27:10,11,12
27:13,17,22
28:18,23
29:15,22,22
30:16 37:6
37:22,22
42:3,6
43:15 47:21
49:1,14,19
50:1 51:21
51:23,25

52:11,21,23
52:25 56:24
57:3 62:20
62:25 63:5
63:15,15,24
64:1,2
65:21,22
66:1,5 76:6
76:15 78:3
78:6,15,19
78:25 79:2
79:18,19,25
80:4 82:9
83:20 85:5
100:9
102:10,11
116:7 118:5
identific...
2:5 3:16 5:2
7:19,21
8:10,14,15
8:19,22,23
9:10 14:15
15:12,16
23:13 24:8
27:6 42:11
43:22,23
44:1,3,7,11
59:14 63:2
63:4 64:3
83:22 101:5
103:8 108:9
109:4,8
118:2
identified
5:7
identity
3:23 8:7
43:17
IDs
6:10 57:4,5
64:11 66:1
illegal
9:19
illegally
9:25 80:23
impact
25:10 76:22

80:11 91:6
110:12,12
110:13
115:22
116:1
impacting
114:11
impersona...
12:16
impersona...
4:21 11:21
11:24 12:5
12:9 14:19
14:24 15:2
15:8 91:19
92:7
implement
52:24 53:1
100:18
implemented
5:18 25:24
52:20
implementing
52:12
implication
51:22 83:17
importance
3:22
important
9:12 100:6
109:18
impose
92:3 96:7
109:25
110:5 111:8
119:21
imposes
96:16 110:7
imposing
93:8,10 97:5
108:22
impossible
15:17
impression
108:24
improve
88:18 113:13
inadequate

108:14,16
incidence
11:24
includes
19:20
including
7:9 25:24
70:12
income
3:11
increase
81:12,13
119:13,15
incriminate
46:3
India
7:10
Indiana
9:8
Indiana's
9:6
indicate
6:1,24
116:12
individual
72:23 119:2
119:3
individuals
5:1 8:7
87:22 90:2
90:12 91:20
industries
7:9
ineligible
7:22
inexpensive
40:19
infant
63:23
information
9:15 12:7,25
12:25 37:25
40:3 79:25
107:1,20
injunction
8:22
insanity

64:11
insert
79:25
instances
3:21 9:22
  12:20
institute
70:19 83:24
institution
44:8
insure
2:9 7:17,22
insures
8:3
insuring
7:21
integral
35:7
integrity
3:3 4:1 8:25
  53:8,11,13
  69:21 80:14
  81:12
  119:20
intended
110:25
intent
4:9 81:11
  87:11 91:16
  91:18 92:6
  92:10 94:5
  94:12
  104:24
  105:2,4,4
  105:22,24
  111:4,18
  119:11
intentioned
95:15 97:7,7
  97:10
interested
116:18
  121:14
interfered
57:15
internati...
85:20 86:4
Interscho...

70:24
interview
15:23 25:20
  51:16,19,20
  52:20
intimidated
58:7
introduce
54:20 73:18
  85:20
introduction
31:8 53:20
  54:15 85:18
invalid
38:5,20
investigated
15:2
investiga...
16:21
Isaac
67:23
issue
7:6 17:19
  57:2 60:1
  66:18 78:9
  96:9 98:2
  100:5
  101:11
issued
19:18,22
  26:15 43:23
  44:6,7,10
  59:13 83:23
  85:9
issues
64:14
Italy
7:10

J

Jackson
55:15,16,20
  55:24 56:9
  56:14,18
  57:7,17
  58:13 67:24
Jaguars
71:1

James
7:14
January
5:15,18,24
  9:7
Jill
33:10 36:10
Jimenez
54:6
Jimmy
7:13
job
1:1 64:23,25
  72:2
John
54:9 55:7
join
36:16 54:12
joined
53:22 70:2
joins
71:3
Journal
3:6
Jr
54:6
judge
107:17
judges
91:25 102:18
June
5:4
junior
35:17,18
jury
45:18,19,24
  46:5
justice
8:1 55:4
  70:19
J.J
72:5

K

Kateri
121:5,20
Kaufman

2:4 36:23
  83:13 85:2
Kaufmann
30:3 67:10
keep
9:18 27:20
  59:19,20
  101:7
keeping
16:20
Keffer
67:24
Kelly
85:23
Ken
71:23 72:6
  72:17,20,25
  73:8,18,20
  73:24
Kenneth
69:21 71:5
  71:12
kick
88:1
killing
17:4
kind
7:12 11:25
  19:10 30:10
  78:13 79:3
King
67:24,24
  68:19
knotted
32:15
know
9:22 14:3
  15:3 16:15
  26:9 29:13
  39:20 42:13
  45:9,25
  47:19 48:7
  48:8 49:25
  51:6 52:17
  55:25 56:1
  56:14 57:11
  58:9 60:9
  63:12 66:6

66:8 71:25
  72:17 74:22
  75:4,7 78:6
  90:5 91:25
  94:18 95:14
  95:24 98:11
  107:12
  108:13
  109:6 118:4
  118:23
knowledge
15:12 28:10
Kolkhorst
67:25
Krusee
68:20
Kuempel
67:25

L

labor
7:25
lady
6:17 19:4
  32:5 33:1
  33:15,21
  34:17,22
  35:2,4,16
  36:17 37:15
  37:16 46:18
  46:21 75:14
lady's
46:17
Lafayette
55:7 71:4
  73:10
laid
95:1
large
29:10
larger
39:24
lasting
71:6
late
60:23
lately
54:23 62:5

House Floor Debate                                    April 23, 2007

136

Latham
67:25,25
68:1 69:4,5
Latino
76:22 80:12
81:8
Laubenberg
68:4
Laudenberg
31:19,20
32:3 34:4,9
34:14,15
law
4:25 6:1,24
8:23 9:6,8
9:10 19:24
20:7 27:4
29:14,20
30:2,3 41:7
55:13 79:5
89:17,22,23
96:8 101:1
101:4,4
102:7
109:14,15
111:24
laws
7:7,12 15:19
80:10 89:15
113:25
118:5
lays
2:1 32:1
69:17
lead
35:19
leader
70:20
leading
35:17 36:6
league
70:19,24
113:8
leak
17:13
leave
38:11 47:21
leaves

71:7
leaving
3:13
led
36:11
left
54:4 57:3
63:10
legacy
32:17 71:7
legislation
78:13 80:11
80:12 81:7
104:13
108:3 110:6
legislative
70:8,14
111:21
legislature
33:20 71:11
73:14 112:4
legitimate
9:4,20 25:11
110:2
Leibowitz
68:20 74:2,3
74:4,6
77:11 81:19
81:20 82:17
82:24 83:5
letter
79:23
let's
12:22 16:9
37:6,8
47:21 58:10
58:11 59:24
59:25 66:17
84:9 98:19
105:8
107:16
level
3:11
library
3:17 43:6,7
license
5:20 6:2,25
14:1 19:17

40:13 42:3
42:10,16,19
43:22 44:9
44:20 45:20
51:24 52:5
56:15 63:10
75:2 76:6
licenses
26:20 41:21
life
49:5 71:9
light
81:25
lighter
114:23
Lindsey
35:21
list
7:18 43:10
43:18 45:5
45:7,19
46:1 64:7
104:22
113:11
listed
79:19
listened
94:20
listening
91:15
lists
40:17 45:20
92:24 93:21
little
41:17 49:6,8
55:21 89:12
116:4
live
60:14
lived
74:9 82:2
lives
72:20 74:16
living
72:8 95:22
lobby
73:13

local
54:25
located
44:8
lock
17:13
logical
61:5,7
Lone
33:18 43:14
43:15 54:23
long
2:13,18
49:23 50:19
71:23 81:16
96:17
longer
48:22,25
75:7
look
14:4 25:1
47:10 48:9
looking
28:17 119:6
loophole
15:18 48:21
53:6
loose
72:3
losing
3:2 72:23
lost
38:2
lot
14:14 29:8
42:18,21
48:12 54:23
57:8 62:17
72:17 75:18
75:18
107:12
109:4,12,23
110:15
loud
41:18 114:9
Louisiana
70:15 71:4
73:10,13

love
42:23 98:11
98:12,20
low
60:10
lower
47:13
Lucio
68:20
LULAK
54:2,6,7

### M

machines
11:8 69:7,9
Macias
68:4
mad
93:7
Madden
68:4 92:12
92:15,19,23
93:14 94:6
94:7,16
95:3,18
96:5,10,19
96:25 97:8
97:16 98:3
98:23,24
100:2,4,10
100:25
101:13,19
101:24
102:5,7,12
102:16,24
103:4,16
104:2,10,15
104:17
105:3,10,16
105:19,24
106:8,22
107:2,6,11
108:2,8,15
108:20
109:1,11,17
110:4,10,14
116:13
mail

TX_00212302

House Floor Debate                                    April 23, 2007

44:15
mailings
79:14
mail-in
27:15,17
 37:5 38:10
 38:20,25
 39:3 49:20
 49:24
main
41:15
maintain
40:11 119:19
maintains
87:22
major
23:19 109:20
making
25:25 90:21
 108:13
malfuncti...
69:7,9
Mallory
68:5
Mallory-C...
68:20
man
81:15
manager
69:25 70:1
managers
35:10
manipulated
22:5
manipulating
20:21 21:2
 22:20
manipulation
22:23
manner
87:17
manufactu...
70:16
March
32:12 34:18
Margaret
51:17

marriage
44:20
Marshall
55:7
Martin
54:8
Martinez
68:21
Martinez-...
60:19 68:21
Mary
63:16
masses
80:20
match
6:9
matches
64:7 65:25
matching
6:8 7:5
matter
71:3 73:9,13
 119:25
Max
86:2
ma'am
48:9 50:8,12
 50:18 52:18
 53:10
McCall
68:5
McCarty
54:9,10
McClendon
68:21
McDill
33:11 36:10
McReynolds
69:10 94:24
Meadows
54:9
mean
21:2 57:11
 66:2 76:25
 78:9 90:5
 109:6
meaning

4:25
measure
9:16,18
Medicaid
77:25 78:3,5
 78:6 95:5
medications
3:20
meet
8:16
member
33:6 35:7
 70:21 85:23
members
2:7,16,16,18
 7:16 8:20
 10:1 18:15
 18:16 30:25
 31:10,23
 34:5,9,15
 35:16 36:9
 36:18 37:2
 37:10 47:17
 54:2,7,22
 55:5,10
 66:16,19
 67:5 69:6,6
 69:9,15
 71:22 72:16
 74:7,21
 81:17,22
 82:17 83:5
 83:6,7,9,17
 84:9,16
 85:4,10,19
 86:19 98:25
 110:21
 117:6
Mendendez
68:21
mention
65:4,7 73:6
 73:15
Men's
70:22
Meredith
35:20
merely

39:9
merits
8:19,21
 99:12
Merritt
68:22
Metroplex
35:19
Mexico
7:9 60:15
 65:5,15,18
 66:4
mic
46:19,21
 51:15 85:22
Michelle
73:20
middle
31:13,15,16
 82:6,14
midstream
88:23
Mike
114:17
Miles
68:22
Military
44:1
Miller
18:10 30:17
 46:7 53:25
 54:8,10
 68:5
million
6:6 7:3
 26:19 28:20
 28:25 29:4
 29:15 30:15
 41:21,24
 59:12
millions
7:24
mind
113:5
mine
55:8
Minerva

54:9
minorities
25:10 57:23
minority
20:5
minute
65:8
minutes
32:16 46:16
misinform...
11:16
misleading
23:4,5
misrepres...
18:8
missed
73:7
Mississip...
7:20
mobile
26:1,5
models
119:3
modifies
8:9
money
26:5,6
moneys
95:6
monitor
25:10
morning
79:11
Morrison
68:5
mother
38:2,4 87:7
mother's
38:13
motion
18:16,17
 31:19,24
 34:6,13
 66:17,21
 67:3 69:16
 82:15,20
 83:2

Mound
70:22,25
72:5
move
2:20 18:13
30:23 31:21
34:4 46:16
47:23 52:13
67:5 74:17
75:8 81:17
84:14 99:22
117:5
moves
34:9 66:20
82:18 95:19
movie
61:18
moving
87:24 89:2
89:22
multiple
23:17
multi-county
39:21,22
mundane
3:16
Munich
86:2
murders
16:21
Murphy
68:5
myriad
4:2 41:3

**N**

Naishtat
68:22
name
6:8,8 44:13
44:15,24
54:3,5 63:5
63:12,16
67:15,21
68:3
named
32:7 35:4
70:6

names
34:10 40:13
nation
35:5 60:4
nationals
5:7 12:2
13:16
nationwide
30:10 41:13
Navarro
67:12
nay
84:19,23
nays
18:20 67:2
69:16 83:1
117:8
NBC
3:6
necessarily
50:20 100:14
necessary
7:8,25
106:10
need
17:8,10,12
29:5,7 42:6
52:14 78:19
81:16 84:10
84:13 89:12
needed
5:1 20:11
72:8 95:1
needs
101:3
neighbor
98:9
neighbors
93:15
neither
6:1,25
121:10
never
4:23 35:13
78:14,15
82:10 91:13
91:14

108:15
new
5:19 20:23
21:4,12,22
22:24 24:23
26:5 27:4
29:14,20
30:2 36:14
40:25 41:7
42:22 71:3
71:9 73:8
79:5 89:3
90:14
112:10,11
112:17
113:15,16
113:25
118:14,14
120:2
news
3:6 24:15
51:17
nine
35:25,25
nominal
26:14 85:6
non
13:25 15:15
27:13
non-citizen
14:15
non-elect...
92:2
non-partisan
116:6
non-photo
8:14 29:22
37:22 44:10
78:25 79:2
79:19
non-profits
111:22
113:25
Noriega
68:22
north
31:10 72:4
northwest

54:4
notable
69:23
notes
9:9
noticed
62:5,9,11
notification
79:17
notion
118:10
number
5:20 6:2 8:3
26:21 27:7
27:9 29:9
29:11 48:9
53:15 62:19
70:11 72:16
numbers
26:22 27:2,3
28:18 40:14
41:10 62:9
80:24
118:23
numerous
79:12 80:2
112:3
nursing
75:18
nutrition
75:16 76:7
77:22

**O**

objection
18:16 31:1
31:24 34:7
34:11 37:13
84:3 100:13
objective
94:5
obligated
74:10
obtaining
9:10 19:22
obvious
22:8 83:24

obviously
38:9 54:1
61:3 101:1
101:3
109:21
occasions
107:3 112:3
occur
26:7
occurred
19:9
odd
82:11
offenders
55:3
offensive
33:7
offer
52:3
offered
89:4 98:3
offering
8:10,12
115:15
office
13:1 14:18
14:23 15:1
39:15,17
94:22
officers
4:7
offices
25:25 26:6
official
33:25 44:15
71:15
officials
50:15 96:7
offset
40:20
Oh
13:12 42:12
okay
13:14 14:6,7
16:17 17:6
19:11,13
20:20 21:10

21:13 22:25
24:18 28:14
30:5 41:5
41:19 45:15
53:3 76:3,6
76:13 77:6
77:7,11,13
78:24 79:3
83:6 89:14
90:24 94:21
96:10
**old**
4:5 30:6,7
38:2,4
39:12 42:6
104:3
**older**
30:16 42:18
42:21 75:19
76:22 77:16
79:20 81:22
82:2 116:8
**Olivera**
68:22
**Olivo**
68:22
**once**
12:18 52:21
81:4 104:21
**ones**
7:18 9:5
40:14
**on-line**
24:15
**op**
21:23 22:12
22:15
**Open**
12:7
**opening**
25:25
**operating**
88:3,21,25
103:23
**opinion**
43:1
**opinions**
27:9

**opponent**
34:24
**opponents**
33:7
**opportunity**
20:16 38:14
51:14 54:20
**oppose**
81:10 84:18
**opposed**
3:8 20:13
66:22 82:20
84:23
**opposite**
25:15
**opposition**
98:23 113:6
113:7,9,10
**opt**
20:24 21:4
**order**
10:6 15:9
16:25 17:8
17:10 30:18
31:5 46:8
46:10,23
52:24,25
58:16 62:18
66:12,14
87:9 93:11
98:18
115:16
117:2,3
**organization**
57:13,13
117:25
**organizat...**
72:4 111:23
**Original**
44:19 84:11
**originated**
22:23
**Orr**
68:6
**Ortiz**
53:22 68:23
**Otto**
68:6

**ought**
47:12 57:1
61:8 93:12
96:1 114:25
**outcome**
121:14
**outreach**
26:6
**outside**
2:20 45:12
72:20
**outstanding**
33:5 72:23
**outweighed**
9:5
**overall**
118:6,23
**overcome**
119:22
**overlooked**
19:16
**overseas**
39:3
**oversee**
71:5
**overtime**
32:16 35:2
36:6
**O'Day**
68:5

---
**P**
---
**Page**
24:17 25:8
**paper**
41:3 44:19
116:4
**parallel**
63:21
**Pardon**
65:6
**parents**
91:11 111:2
**Parker**
67:24 68:6
**part**
12:15 17:20

35:7 52:7
52:10,17
76:8 87:23
94:21
100:14
101:6,9
**participants**
58:15 113:16
113:16
**participate**
7:23 10:10
78:11
109:19
**participated**
92:4
**participa...**
58:5 87:21
110:3
**participa...**
53:14,17
76:22 80:12
81:8 109:15
**participa...**
9:1
**particular**
62:12 87:18
92:9
**particularly**
99:16
**parties**
121:11
**partisan**
88:17
**Paso**
40:1 76:9
**pass**
30:14 106:19
**passage**
34:4
**passed**
38:1 42:13
48:19
**passport**
44:6 76:21
**Patrick**
68:6
**Paul**

5:5 11:25
**Paxton**
68:6
**paycheck**
44:12
**Pearson**
69:10
**penalty**
119:13,19
**people**
3:4 9:19
10:9 12:16
12:17,21
13:2,4
15:14 16:7
16:25 17:5
24:24 26:16
26:22,25
27:10 28:18
28:23 29:8
39:11 40:18
40:20 42:2
42:10,14,18
42:21 43:13
43:16 45:5
45:23 47:19
47:21 48:10
48:12,14,22
48:24 49:5
49:7,15
50:19,25
51:5 52:6
52:15 53:12
55:25 56:5
56:21,22
57:8,14,15
57:22,24,25
58:1,5,6,16
58:20 60:11
60:12,12,17
60:20 61:3
62:9 64:4
75:19 76:4
76:23,25
77:16 78:10
78:11 79:21
80:21,23
81:1,3,24

86:22 87:2
87:5,6,24
88:3,7,24
90:18 91:1
91:3,13,22
91:25 93:11
93:24 95:10
95:11,15
96:18,21
97:2,12
100:17
103:12,13
103:22,24
104:9,12,21
104:25
106:6,15
108:22
109:22
110:1,25
112:6,10,20
113:9
114:10,20
114:24
115:12
116:14,15
118:12,14
119:12,15
119:18,23
120:2
**percent**
3:7,8,10
26:24 27:5
28:12,12,19
28:25 30:15
42:5 76:2
116:6,8,8
118:6,7,8
**percentage**
28:3,7 60:5
**Perez**
54:9
**perfect**
32:10 33:22
**perfecting**
26:11 37:2
84:11
**performances**
33:6

**performed**
5:25
**period**
95:22
**perplexed**
55:21
**person**
4:4,10,10
5:17,22,22
6:3 8:16
15:11,23,24
38:20 43:4
44:6,15
49:25 91:20
101:2
106:16,24
110:23
**persons**
7:17 81:13
**person's**
44:2,3,4,9
44:20
108:24
**persuasion**
91:22
**Pfizer**
69:23 71:6
71:13 72:2
72:17
**Pfizer's**
70:9
**pharmaceu...**
69:24 70:16
**Phillips**
68:6 120:6
**photo**
3:7,11,12,25
4:8,22 7:12
7:19 8:13
8:19,21,23
9:6,8,10
13:21,24
15:15,16
16:8 19:13
19:22 23:6
23:20 26:10
26:14,17
27:6,10,11

27:12,13,17
27:22 28:18
28:23 29:15
29:22 30:16
37:6,22
42:3,6,11
43:15,21,22
47:11 49:14
49:19 56:24
56:25 57:4
59:13 66:1
66:1 76:6
76:15 78:3
78:6,15,19
79:18,25
80:4 85:5
101:5
102:11
**photograph**
44:2,3,5,9
83:23
**physical**
35:1
**pick**
24:25 27:16
**Pickett**
68:23
**picking**
21:18 23:11
**Pierce**
72:5
**pig**
58:10
**pinnacle**
33:4
**pitted**
32:12
**Pitts**
68:7
**place**
3:23 7:18
8:7 15:10
15:14 23:25
25:3 29:23
32:7 35:3
37:23 43:3
48:8,24
63:11 88:4

88:22,25
89:1 92:5
92:25 96:22
99:2,7,8,8
99:17
102:13,17
103:11
112:12
114:12,14
**placed**
16:23 93:17
96:18
**places**
16:8 17:1
38:12 42:7
93:16 96:6
100:15,16
100:17
106:19
**plan**
6:23
**plane**
3:13 63:22
64:1
**planning**
52:2
**Plano**
33:2
**play**
32:14,15
88:1
**player**
35:24 36:7
**players**
33:9,24
35:10
**please**
18:14 22:3
31:16 36:16
37:19 54:5
55:11 61:25
**pleasure**
85:20
**pledge**
10:2
**plenty**
27:18 47:20
50:2 75:3

**point**
10:13 18:11
23:5 27:25
30:18 31:5
35:18 41:16
46:8,10,23
66:11,14
90:13,15,23
90:25 98:18
100:12,14
108:6,13
113:4 114:6
114:7 117:2
117:3
**points**
33:10 36:1,3
36:5
**poised**
33:12
**Poland**
7:10
**policy**
70:11 89:17
**political**
78:12 83:19
83:24 87:23
91:22 110:3
**politics**
88:17
**poll**
3:6,9 4:10
42:7 105:7
106:15
116:16
**polling**
3:23 7:18
8:7 15:10
15:14 16:8
17:1 29:23
30:9,10
37:23 38:12
42:6 43:2
92:25 93:16
96:22 97:12
99:1,7,8,8
99:17,21
100:16,17
102:13,17

House Floor Debate                              April 23, 2007

103:11
polls
3:2 7:22
  13:21 27:16
  40:22 42:20
  48:20 49:18
  52:16 60:23
  81:2 82:7
  106:15
  111:5,6
pools
45:18
poorer
43:13
population
30:7 60:6
portion
100:11
position
70:7
possibili...
79:11
possible
110:15
possibly
60:22 82:7
  104:22
posting
33:22
potential
25:22
power
33:7
powerhouse
33:12
practice
4:9 35:14
  79:22
practiced
35:12
practices
87:17
precinct
63:8 91:25
precincts
107:16
predomina...

75:25
prefer
107:20
prepared
34:1 71:16
presence
69:12 72:18
present
2:5 8:8,10
  13:20,24
  16:7 27:12
  29:23 35:15
  37:22 42:20
  48:25 67:2
  69:6 78:14
  78:15 79:18
  83:1 87:3
presentation
43:25
presented
7:14 14:14
  16:3 19:14
  24:24 78:17
  78:19
presenting
7:17 18:5
  78:3
presently
86:23,23
  87:6 88:20
  88:22,25
  89:1 90:2,3
  90:21 91:6
  91:10 94:4
  97:14 102:6
  103:23
  104:25
  110:22
presents
8:13
preserve
85:24
president
7:13,15
  19:12,15
  20:3,24
  21:4,23
  22:13 23:1

23:2,6
  25:14
presidential
88:9 112:21
prevails
67:3 69:16
  83:2
prevent
9:17 39:6
  65:19
  100:21
prevents
78:13
previous
28:22 32:19
  82:10
previously
32:12 69:18
  91:3
primary
5:14 105:12
prior
104:25
priority
16:23 95:2
private
44:8
probably
62:23 72:16
  101:6,7
problem
53:3,4 63:18
  88:6 92:20
problems
40:20 82:7
  97:19
procedure
103:15
procedures
4:2 89:17
  93:1,3,23
  93:25
  103:17
proceed
67:7 68:10
proceeding
121:12

proceedings
121:8
process
4:1,3,6 7:24
  8:25 23:22
  27:15 40:12
  52:11 53:9
  53:12,13
  58:15 78:12
  80:14 81:12
  87:21,23
  88:19 93:19
  94:22,23
  96:20,21
  99:21
  109:16,20
  110:3
  118:13
  119:20
processes
28:12
procurian
8:24
professional
70:11
professio...
71:8
program
77:22
programs
8:3
promoted
69:25
proof
2:5 8:10
  16:3,7
  23:20 43:17
proposal
25:11
proposals
25:24
prosecute
15:9 17:5,10
  39:20
prosecuted
101:3
prosecuting
17:11

prosecution
17:2
prosecutions
39:15,16
protect
3:25 10:8
protected
58:21
protecting
118:1
proud
34:16 35:15
  54:10 65:2
prove
40:14,21
  44:24 47:21
  48:19 50:10
  52:15 74:13
provide
5:19 9:15
  80:16
provided
10:7 47:21
  95:6
provider
103:18
providing
9:15
provision
26:9 108:6
  114:13
provisional
8:17 28:4,7
  28:9,12
  29:24 107:5
  107:7,9,25
  108:7,11
provision...
28:2
provisions
8:9 27:18
public
6:7,11 41:10
  43:23 44:7
  70:7
publicity
54:23

TX_00212307

House Floor Debate                    April 23, 2007

142

Puente
31:7,9 68:23
pulled
20:12
purchase
3:19 61:18
purchasing
4:8
purpose
4:13 6:14
  10:15 18:25
  30:21 46:14
  48:1 55:15
  59:3 63:1
  75:9 92:9
  96:15 99:24
  101:21
  105:9 118:9
pursue
15:9 79:13
push
52:13
put
58:9 61:10
  63:12 80:4
  88:4 92:4
  104:11
  107:8
  114:13
putting
4:8 41:11
97:11

Q

qualified
9:20
qualify
43:15
quality
117:12
quarter
35:1
quarters
74:9 82:3
question
9:23 13:15
  17:16 18:11
  20:2 22:3

22:10 28:22
28:25 41:12
50:15 51:12
51:14 56:17
59:6 75:11
77:15 79:9
97:24 98:7
105:1
111:11
115:2,15
117:13,14
117:16
questioning
18:4
questions
39:14 48:7
quick
109:9
quietly
41:17 42:5
Quintana
68:23
quite
47:19 87:3
quo
87:22 102:23
  104:9 106:7
quote
21:3,22
  22:11,17
  25:8
quoted
19:11
quoting
20:4,23

R

race
3:11
rail
2:21
raise
73:19
raised
30:18
raises
18:10 46:7
  66:11 117:1

randomly
115:20
ranked
35:5
rape
16:22
Rath
35:22
Raymond
68:23
Raymundo
54:6
reached
32:24 42:15
  59:19 118:7
react
27:7,8
read
2:3 22:8
  23:6 24:2,4
  24:8,12,16
  25:17 32:2
  36:21 47:3
  52:20 54:22
  69:19 74:1
  83:4,12
  84:7 85:1
  85:15 86:8
  86:14
  118:22
reading
2:2 25:18
  119:1
reads
8:24
real
23:25 25:2
  51:25 52:11
  52:21,23,25
  63:19 65:21
  72:6
really
44:25 73:6
  74:10,22
  106:17
reason
11:2 37:6
  40:17 63:1

63:2 81:10
96:25 98:16
105:18
reasonable
57:13
reasons
16:18 75:4
rebounds
35:25 36:4
recall
14:19
receive
40:3
received
5:8 14:23
  16:11,13
  36:1,8
  37:25
receiving
9:14
recognize
35:9 83:18
  110:16
recognized
55:11
recognizes
2:6 8:18,21
  18:22 31:7
  31:18 34:14
  36:24 47:5
  47:14 53:19
  54:14 71:19
  72:13 73:3
  74:18 81:18
  83:14 85:17
  86:10,16
  98:22
  110:18
recommend
7:16
recommend...
19:20 52:4,8
  52:10,19
recommend...
23:17,20
  24:22 51:21
  52:24
record

5:23 18:18
  32:21 33:16
  34:22 66:23
  82:21
recording
121:9
records
5:25 6:9
  12:7,8
  26:19 40:16
  99:3 106:13
rectify
27:3
reduce
87:11 91:17
  94:9 95:9
  105:9,13,20
  118:10
reducing
106:3
reduction
118:6
Reeves
36:11
reference
86:20
referred
51:15
reflective
117:11
reflects
121:8
Reform
7:15
refusing
81:1
regard
34:2 71:17
  95:8
regarding
64:14
regardless
3:10 63:22
  91:21
region
70:9
regional

32:24
**register**
5:2 9:14
52:1,5
60:13 65:13
87:24 91:1
93:22
110:24
**registered**
5:10,13 6:4
7:1 38:6
41:24 50:10
50:19 51:3
78:23 86:23
86:24 87:6
88:21 90:3
90:4,12
91:4,13
93:2,3,24
94:1 99:4
104:6,9,25
106:5
109:22
110:23
111:16
113:21
119:4
**registers**
95:20 101:15
101:16
**registrant**
112:18
**registrants**
90:14
**registrar**
5:5 64:8,23
**registration**
4:6 5:8,10
5:12,16
7:18 8:8
9:16 26:1,5
43:2,5
44:24 45:6
45:19 50:4
50:6,21
51:21 58:2
58:3 65:25
78:21 79:16

79:22 80:3
102:9 103:1
103:7,23
109:22
111:6,7
**registrat...**
5:23 26:21
**regular**
57:5 99:8
107:23
**regulation**
32:14
**regulations**
4:5 101:14
**regulatory**
70:8
**related**
11:1,8 12:9
121:11
**relates**
14:14
**relations**
70:3,7 71:5
73:11
**release**
22:14
**relied**
33:5
**Reluctantly**
101:24
**remarkable**
33:16
**remarks**
6:23
**remember**
45:3 65:14
65:16
**remove**
108:10
**removing**
8:22
**renew**
75:2
**rent**
3:17 18:4
**repeat**
22:3 55:2

**repeatedly**
12:18
**report**
7:15 18:5,8
21:3,18
22:6,14,21
23:12 24:3
24:7,11,17
25:2,17
30:13
**Reporter**
121:6
**reports**
19:16
**reprehens...**
59:1
**represent**
34:16 58:21
76:1
**represent...**
2:7,15,23,24
4:12,14,17
4:20,21
6:13,15,18
6:20,22
10:14,16,19
10:20,21,23
10:24,25
11:4,5,9,10
11:12,13,15
11:16,18,19
11:22,23
12:14,20,22
12:24 13:3
13:5,7,10
13:12,14,19
13:23 14:2
14:4,6,7,8
14:10,11,13
14:20,21
15:3,5,7,20
16:1,4,6,9
16:17 17:9
17:12,15,17
17:18,20,22
17:24,25
18:2,10,13
18:24 19:1

19:3,5,7,8
19:11,25
20:1,15,19
20:20 21:6
21:7,9,10
21:11,13,15
21:17,20,21
22:1,4,7,9
22:16,19,22
22:25 23:4
23:8,15,16
23:19,23
24:1,2,4,6
24:10,12,14
24:16,18,19
25:5,7,13
25:16,19,21
26:2,4,8,16
26:18 27:1
27:8,21,24
28:3,5,6,9
28:11,14,15
28:17,19,21
28:24 29:1
29:3,5,7,10
29:12,17,19
29:21,25
30:5,12,17
30:20,22
31:2,4,9,11
31:20 34:4
34:15 37:1
37:14,17,18
37:20,24
38:3,16,18
38:19,22,23
39:1,2,4,5
39:7,13,18
39:19,23,24
40:5,6,9,23
40:24 41:2
41:5,6,8,9
41:12,15,19
41:20,22,23
42:1,9,12
42:24 43:6
43:8,10,20
43:21 44:22
45:1,2,8,9

45:11,14,15
45:16,17,18
45:21 46:2
46:7,12,15
46:20,22,25
47:7,16,24
48:2,4,6,17
49:2,4,9,12
49:15,17,22
50:2,8,9,12
50:13,18,23
51:2,8,13
52:9,18
53:2,10,11
53:21,23
54:16,19
55:16,20,23
55:24 56:1
56:4,9,13
56:14,17,18
56:20 57:7
57:10,17,20
58:13,18
59:2,5,8,10
59:10,15,17
59:22 60:2
60:7,14,18
60:25 61:3
61:15,17,20
61:22,24
62:2,4,4,7
62:8,11,13
62:14,16,21
62:25 63:3
63:20,25
64:2,4,13
64:15,16,18
64:19,22,24
65:2,4,6,7
65:9,10,12
65:17,20,21
65:23,24
66:4,8,9,16
69:24 71:21
72:15 73:5
74:6,20
75:10,13,15
75:21 76:18
76:19 77:2

```
77:4,6,8,9        104:14,15         38:1 91:21        resolved          65:7,10,17
77:11,13,18       104:16,17         request           33:19,25          65:20,23
77:19,21,24       104:23            12:7 15:15         71:10,15          66:4,9 68:7
78:1,2,4,20       105:3,8,10         83:9             respect           right
78:22,24          105:14,16         require           33:17 36:14       2:9,10,10
79:3,8 80:5       105:17,19         3:12 52:6          71:6 74:14        3:21 8:4
80:8,10,13        105:22,24          87:9 93:20        98:4 99:11        9:12 10:10
80:16,18,20       106:1,8,20         93:22 94:3        100:10           10:24 11:4
80:25 81:5        106:22,25         required          respectfully      11:22 13:23
81:11,20          107:2,4,6         5:2 37:21          94:17 99:22      13:24 14:21
83:16 84:14       107:10,11          48:25 50:21      responsib...      15:24 16:5
85:3,19           107:24             79:6 80:4         9:13 102:9       38:2,14,17
86:18,21          108:2,5,8          82:10            responsible       39:1,4,9,18
88:2,12,13        108:12,15          102:22            57:13            40:9 41:22
88:14 89:8        108:17,20          103:14           restricting       42:1,17
89:11,14,15       108:21            requirement        118:1            43:16,19
90:1,5,10         109:1,10,11       3:8 4:22          resulted          45:1,21
90:15,16,17       109:13,17          23:7 50:25        32:7             50:6 52:11
90:19,22,24       109:24             74:8             retail            57:16 59:21
90:25 91:5        110:4,9,9         requirements       3:19             60:14 61:2
91:6,8,9          110:14,17         19:17 37:4        retested          61:20 62:22
92:12,13,16       110:20             53:16 80:1        42:16            77:3,7
92:19,22,23       111:9,13,15        93:9,10          retire            88:16 90:4
93:6,7,14         111:18,20          108:22            56:6,22          91:23 93:12
94:2,6,7,8        112:2,14,16        113:17           retired           93:16 97:2
94:16,18,24       112:17,19          118:2             59:23,25         97:3,4,18
94:24 95:3        113:19            requires           62:9,17          100:9
95:4,18           114:5,15,16       8:12 9:14         retirement        101:12
96:4,5,10         114:22             31:1 43:14        56:5,10,11       102:7 103:9
96:12,19,24       115:1,5,7,9        93:1              61:8,13          107:24
96:24 97:8        115:11,14         requiring         retract           108:25
97:13,16,21       115:18,19         2:5 7:19 8:9       20:16,18         110:1,2
98:6,8,10         115:24,25          27:11 105:6       21:8             111:17
98:12,15,19       116:3,13,21       reregistered      retroactive       112:1,14
98:24,25          116:23,24         5:11              89:16,19,24       114:2 116:2
99:23,25          117:1,4,10        research           91:3 114:11      119:5
100:2,4,10        117:12,16         70:16             retroacti...      rights
100:20,25         117:19,20         reserve           114:11           2:8 10:7,8
101:12,13         117:23,24         39:9              review            10:22,22
101:18,19         118:9,17,20       reserved          70:12            57:24 58:21
101:20,22         118:21            8:4               Riddle            58:22
101:24            119:5,6,11        residents         61:23,24         116:15,16
102:3,7,8         120:5             7:23 76:2          62:4,8,13        ring
102:12,14         Represent...      resolution         62:16,25        66:23 82:22
102:16,20         33:20 34:3        31:22 32:2         63:20 64:2       risk
102:24            55:12 71:11        34:1 69:19        64:13,16,19      106:4
103:3,4,9         71:18              71:16 72:1        64:24 65:4       Ritter
103:16,21         republican         72:12 97:20                        68:23
104:2,4,10
```

road
58:6
robberies
16:21
Rockwell
32:6,22 33:5
  33:11,21
  34:16 36:17
Rockwell's
32:10,21
Rodriguez
68:24
Rogers
31:12,15,16
role
63:11 70:2
rolls
40:7 64:20
room
2:25 14:17
  76:11 87:20
Rose
68:24
Rotary
70:21
roughly
28:20
ruled
75:5
rules
31:21 61:12
  82:5,14
  88:3,21,22
  89:1,3 92:4
  101:16
  112:11
  118:16
  120:3
runner-up
33:3
running
100:17

**S**

Saddery
35:18
safe

16:20
safeguards
7:8 65:18
Safety
6:8,12 41:10
  43:24
Saints
70:22
sales
69:24
Samantha
35:22
Same-day
58:2
Sam's
3:19
sat
94:20
saying
25:6 27:9,12
  46:4 51:23
  59:18 64:6
  80:21 86:21
  89:20,22,23
  90:6,7,8
  112:15
says
20:4,6 24:24
  27:5 63:7
  82:1 83:17
  86:22 87:1
  87:23 89:2
  89:21,24
  90:2,7
  104:19
  110:22
  113:15
  120:1
SB
69:13,13,13
SB844
69:13
scholarship
36:2,4,8
school
27:4 29:14
  29:20 30:2
  30:3 31:10

31:12,13,15
31:16 32:6
32:8,11
33:11,16,21
35:5 41:7
53:23,25
54:8,11
71:1 72:5
88:8
schooled
33:9
schools
32:13
score
35:6
scored
35:25 36:3,5
scorer
35:17
Scott
73:21
SCR
69:14
Sears
66:3
season
32:4,20
  33:22
seasons
32:25 34:21
seats
67:5 83:6,7
second
2:1 35:3
  84:21 93:20
Secretary
7:14 14:17
  14:22 16:11
  16:12 20:24
  21:24 22:13
  28:7 79:10
  79:21
section
24:7 89:20
  90:7
secure
10:6
Security

5:19 6:2
40:14 47:9
47:10,11
56:23,24,25
61:11
see
5:16 9:24
10:6 12:22
24:19 25:16
39:23 42:6
53:4,4
59:11 60:2
63:16 73:23
93:20 100:5
105:5 108:2
seeing
54:1
seeks
110:23
seen
41:1 54:22
  109:6
segment
30:6
semi-final
35:18
send
79:16,22
sends
37:10 66:19
  82:17 84:1
  85:10
  116:17
senior
35:20,22,23
57:2 58:13
58:14 70:6
75:17 76:8
76:9 79:5
79:23 95:19
95:21,25
96:3
seniors
47:12 57:1,6
  58:11,11
  61:1,5,7
  87:2,15,16
  95:13 98:20

103:24,25
104:1,3,5
111:2
113:14
115:24,25
116:8
sense
88:17 90:21
92:2
sent
13:1 46:2
63:6 82:9
sentence
19:13
separate
52:1 93:22
separately
52:5 104:12
September
20:25 21:24
87:25 89:2
89:21,25
90:8,11
91:2 95:20
101:15
110:24
118:15
serious
4:22 25:11
115:15
seriously
10:4
serve
46:5
served
39:2 70:15
70:20,23,25
72:3
serves
112:23
service
55:13 71:12
services
75:17
serving
70:1
session
111:21

set
4:2 27:20
  42:15 47:17
  48:7,24
  54:24 75:7
  92:24 93:22
  99:3,5
  101:14,16
  103:17
  104:12,15
  112:11
sets
4:1
setting
48:18 104:20
seven
3:8 36:3
  75:17
shaped
33:11
shared
70:10
sheet
116:4
Shelby
35:16
Shelly
54:9
Sheriff
55:8,9
shoes
62:22,23
Shorthand
121:6
show
3:2,15 5:2
  26:22 32:12
  43:4 45:23
  45:23 50:1
  50:11 52:6
  60:13 64:6
  65:22,25
  66:2,5,24
  66:24 69:7
  75:8 82:23
  82:23,24
  103:2,8
  109:9

showed
35:3 60:3
  107:21,21
  109:2,3
showing
108:9
shown
63:4
shows
4:10 43:16
  44:13 63:14
shut
60:15,16
sick
38:24,24
side
54:4 81:25
sign
26:12 85:7
  118:24
signal
116:17
significant
87:5 119:9
significa...
76:21 105:5
signing
69:11
similar
112:3
simply
4:8 37:3,20
  40:21 83:17
  86:22 87:1
  100:23
  120:1
sincere
71:13
single
19:16 39:25
sir
62:2
sited
11:24 12:2
  12:11,15
  13:20 14:9
  17:25

sitting
54:4
six
32:19 75:16
skill
33:14
Slaw
35:23
Slayton
35:24
slew
25:24
slow
93:19
slowed
49:6,7
small
29:9
smaller
57:8
Smith
66:11 68:7
  68:24
Smithee
68:7
SMU
36:8
Social
5:19 6:2
  40:13 47:9
  47:10,11
  56:23,24,25
  61:10
society
23:21
Solomons
69:8
solve
13:15,17
somebody
63:14 101:15
  101:16
  104:4
  106:12,13
son
73:21
soon

69:25
sorry
21:6 22:1
  28:5 38:12
  46:20,22
  56:13 58:18
  65:20
sort
82:9 111:22
sounded
12:1
sounds
12:11 14:13
  15:25
South
7:10
southwestern
70:5
Speaker
2:1,6,7,18
  4:12,16,19
  6:13,14,17
  6:19,21,22
  10:1,12,14
  10:15,18
  18:10,15,19
  18:22,24,25
  19:4 30:17
  30:20,21,25
  31:3,5,9,18
  31:20,23
  34:5 36:18
  37:1,10,14
  37:16 46:7
  46:12,13,18
  46:21,24
  47:1,5,8,14
  47:16,24,25
  53:19,22
  54:14,18,20
  55:18 59:2
  59:3,7,9
  61:23,24
  62:1,3
  66:11,19
  67:15,19
  68:1,10
  69:1,15

71:19,22
72:13,16
73:3,25
74:4,7,18
74:20 75:9
75:12,14
81:18,21
82:17 83:3
83:14,16
84:1,9,16
85:3,10,17
86:7,10,16
86:19 88:12
89:8,9
92:12,14,18
98:6,10,17
98:22,24
99:23,24
100:3
101:20,21
101:25
102:1,4
110:18,20
111:9,10,12
111:14
114:15
115:1,3,6,8
117:1,4,6
117:14
speaker's
117:2
speaking
105:11
specific
99:15
specifically
11:19 80:11
  99:14
  101:10,14
  103:5
  111:24
specifics
11:25
spending
7:24
spent
72:1
sponsors

House Floor Debate                                  April 23, 2007

| | | | | |
|---|---|---|---|---|
| 54:3 | 55:14 60:20 | 107:22,23 | 83:20,24 | **suppressed** |
| **sports** | 64:5 70:2,9 | **statutory** | **subject** | 58:22 |
| 32:8 33:17 | 70:15 72:23 | 8:6 | 119:25 | **suppression** |
| **stack** | 79:10,21,24 | **stay** | **subsequent** | 11:14 92:8 |
| 48:10,15 | 81:9 83:25 | 103:25 | 22:14 | 92:11 94:13 |
| **staff** | 86:3 88:4 | **step** | **success** | 94:15 97:15 |
| 33:24 54:8 | 93:1 95:19 | 3:25 16:10 | 33:5,24 35:8 | 98:1,5 |
| 96:7,17 | 99:19 | **steps** | 36:16 71:14 | 105:23 |
| 102:15,17 | 114:24 | 87:10 105:6 | **Sudafed** | 113:2 |
| 102:21 | 119:7 121:1 | **stood** | 3:20 | 115:17,20 |
| 103:10 | 121:6 | 81:15 | **suggest** | 115:21 |
| **stage** | **stated** | **stopped** | 95:25 | 116:20 |
| 103:6 109:9 | 7:5 25:20 | 13:22 | **suggested** | 118:11,18 |
| **stamp** | 26:10 49:19 | **straighten** | 19:5 20:21 | 120:4 |
| 63:12 | 52:19 | 89:13 | 23:13,14,24 | **Supreme** |
| **stand** | **statement** | **Strama** | 25:23 27:21 | 8:18,21,24 |
| 31:15 32:17 | 3:1 8:20 | 68:24 | **suggesting** | **sure** |
| 54:5 55:11 | 16:12 18:3 | **strange** | 30:11 | 5:21,21 |
| **standard** | 23:5 42:17 | 25:13 | **suggests** | 23:15 55:2 |
| 19:21 103:18 | 42:22,23 | **strategy** | 24:20 | 64:17 94:7 |
| 104:20 | 44:12 | 33:10 | **summary** | 95:3 |
| 114:23 | **statements** | **Straus** | 118:22 | **surely** |
| **standards** | 18:5,9 | 68:7 | **Summit** | 36:13 |
| 8:6,16 25:3 | **states** | **streak** | 70:22 | **surprise** |
| **standing** | 7:11,16 8:1 | 34:25 | **summoned** | 29:12 59:16 |
| 78:10 | 8:3 37:20 | **Street** | 45:24 | 60:8 73:12 |
| **Star** | 53:15 56:21 | 3:6 | **summons** | **suspect** |
| 33:18 43:14 | 59:1 60:4 | **Strike** | 45:19 | 99:6 |
| 43:15 54:23 | 61:9,14 | 67:15,21 | **Sunni** | **suspend** |
| **start** | 64:12 70:5 | 68:3 | 35:18 | 31:21 |
| 61:10 73:8 | 109:19 | **strongly** | **supervised** | **suspicion** |
| 83:7 97:5 | 116:22 | 96:25 | 70:8 | 50:13 51:10 |
| 108:22 | 117:17 | **Student** | **supply** | **sustained** |
| **started** | 118:5 | 44:7 | 61:4 | 31:6 46:11 |
| 19:21 118:25 | **statewide** | **students** | **support** | 66:15 117:3 |
| **starting** | 7:25 | 53:24 54:10 | 18:1 20:10 | **Swinford** |
| 35:23 | **state's** | **studied** | 57:19 86:3 | 68:8 |
| **state** | 14:18,22 | 60:9 | 98:13,16,21 | **sworn** |
| 7:14 10:3 | 36:1 | **studies** | 105:14 | 10:2 |
| 13:13 16:11 | **stating** | 59:11 60:3 | **supporting** | **Sylvester** |
| 16:12 19:22 | 89:24 | **study** | 105:18 | 95:18 102:25 |
| 28:4,7,8,13 | **statistical** | 27:5 40:25 | **supposed** | 108:9 109:1 |
| 32:5,11 | 119:3 | 41:1,4,13 | 52:12 | **system** |
| 33:2,18,23 | **statistics** | 41:14 | **supposedly** | 2:15,24 4:23 |
| 35:17,22 | 28:22 29:13 | 117:25 | 48:10 | 17:13 51:23 |
| 39:21,25 | **status** | 118:5,25 | **suppress** | 58:25 65:18 |
| 41:21,24 | 87:22 102:23 | **subdivision** | 106:6 108:24 | 87:3 93:17 |
| 54:25 55:1 | 104:9 106:7 | | | 99:1 106:10 |

House Floor Debate                                        April 23, 2007

112:10
113:17

**T**
**table**
47:23 66:17
66:20,21
67:3 69:16
75:8 77:14
81:17 82:1
82:16,18
83:2 99:22
**take**
10:3 22:16
24:21 25:5
31:21 47:8
47:12 48:23
57:1 59:23
59:25 61:8
62:22,23
66:18 67:5
71:3 77:16
83:6,7
90:10
112:12
**taken**
20:14 22:11
22:17 23:17
31:6 45:19
45:20 46:10
64:20 66:14
98:18 117:3
121:13
**takes**
89:21 90:8
**talk**
12:10 13:16
20:9 95:4
95:24
**talked**
13:18 17:22
**talking**
25:19 43:13
51:5,18
77:2,7,14
77:17 95:5
116:10,11
119:23

**Talton**
68:8
**tandem**
23:18
**Tarrant**
68:24
**task**
54:23 55:5
55:10
**tax**
5:4 80:7
116:16
**Taylor**
67:24 68:8
**team**
32:6,23 33:6
33:22 34:1
34:20 35:3
35:5,7,10
35:16,19
36:3,11,14
**teams**
32:14,19
34:18
**team's**
35:23,25
**technical**
92:21
**technique**
33:10
**teeth**
56:16
**tell**
30:6 48:9
57:18 58:20
71:24 76:14
79:5 96:4
97:1 99:6
106:14
110:7
113:23
**temporarily**
67:15,21
68:3 86:12
**ten**
46:16 78:18
**tenacious**
33:8

**term**
93:10
**terms**
63:19
**testified**
5:5
**testing**
75:1
**Texans**
3:10 27:22
29:15 30:10
42:6,8
59:23 60:1
74:13 88:20
91:20
**Texas**
5:20 6:1,7
6:11,25 7:4
7:6 26:17
32:7,19
33:16,20
34:2 36:4
40:10 41:10
41:13,21,25
44:8 50:3
55:12 60:3
64:5 70:9
70:12,15,18
70:19 71:11
71:17 72:18
75:24 86:5
86:6 88:4
93:1 95:19
95:21 99:7
105:21
113:7 114:3
114:24
121:1,6,20
**thank**
2:21 4:20
6:20,20
10:20 31:2
31:3 36:17
37:24 46:25
47:7 53:10
53:21 54:19
55:12,14
61:21,22

71:21 72:15
74:6 75:15
81:20 86:18
89:11 91:8
101:18,19
102:3
**thing**
20:11 42:4
92:11
105:12
109:20
112:1 114:2
**things**
12:15 23:21
24:5 25:25
26:3 28:1
43:11,18
58:16 60:24
62:20 71:25
92:21
107:12
109:23
**think**
2:25 10:18
13:21 14:16
16:1,3 17:4
29:8 39:11
39:14 41:2
41:15 42:15
43:1 45:11
47:8,12,18
47:20 48:17
48:22,23
50:24 56:4
56:9 57:1
57:12,21,22
57:23,25
58:1,4
59:22 60:10
61:17 62:21
74:21,22
75:3,6,21
76:25 78:20
80:5 81:5,6
81:23 88:6
93:8,12,19
94:2 97:9
97:10,10

103:5 106:8
106:18
108:9,10,12
109:4,13,15
109:17
110:10,11
113:5 114:5
114:22
116:17
119:9 120:3
**third**
35:4
**Thompson**
68:24
**thought**
20:7,10 77:7
77:9 118:22
**thousands**
40:18
**three**
32:25 34:21
37:2 74:9
82:2
**three-year**
35:23
**thrown**
20:8
**tickets**
61:18
**tie**
51:21 52:22
**tightened**
53:16
**time**
4:18,19 6:18
6:19 10:1
14:17 18:11
18:14 30:18
30:23 35:11
37:19 43:13
46:8,17
50:19 53:3
66:13 71:23
72:7,10
73:18 79:17
80:6 81:16
82:4,8 87:3
90:13 95:13

House Floor Debate                                    April 23, 2007

95:22 98:17
103:13
106:5
111:25
114:1 117:2
117:5,7,9
120:4
**times**
5:14 20:24
21:4,12,23
22:24 23:2
24:23 109:2
111:21
**time-cons...**
40:12
**title**
32:5 33:23
34:18
**titled**
118:1
**tobacco**
3:18
**today**
35:4 42:22
50:17 55:6
56:11 85:20
**told**
5:9 29:25
**Tony**
54:6
**tools**
17:2,8
**total**
25:2
**Toureilles**
68:17
**tournament**
32:24
**traditional**
61:8,13
**tradition...**
56:21
**traffic**
60:23
**transcript**
121:7
**Travis**

68:19
**treat**
93:18
**treated**
95:21 96:1,3
**treating**
104:20,21
**tremendous**
33:14
**tried**
116:12
**tries**
63:15
**trip**
65:16
**true**
22:11 23:12
23:14,23,25
25:12,21
59:22
**Truitt**
68:8,25
72:11,14,15
**trumps**
3:22
**try**
40:12,14
65:5 96:23
**trying**
24:20,24
40:10 41:14
41:16 48:15
52:16 59:18
88:18 106:4
108:24,25
109:20
**Tulane**
36:2
**turn**
63:9
**turned**
82:8
**Turner**
68:25 86:15
86:17,18
88:13 89:12
89:14 90:1
90:10,16,19

90:24 91:5
91:9 92:13
92:16,19,22
93:6 94:2,8
94:18 95:4
96:4,12,24
97:13,21
98:8,12,19
98:25
101:20,21
101:22
102:2,3,8
102:14,20
103:3,9,21
104:4,14,16
104:23
105:8,14,17
105:22
106:1,20,25
107:4,10,24
108:5,12,17
108:21
109:10,13
109:24
110:9,16,17
110:19,20
111:12,13
111:15,18
112:2,16,19
114:5,16
115:3,5,7
115:11,18
115:24
116:3,23
117:10,19
117:23
118:9,20
119:5,11
**Turner's**
99:22 100:6
100:11,18
101:10,13
117:7
**turning**
61:16 80:6
**turns**
46:1
**turn-out**

60:5,10
118:3,6,18
118:18
**twice**
2:12 13:13
32:25
**twisted**
19:6
**twisting**
18:6
**two**
8:14 15:15
23:19 27:12
29:22 32:12
32:20 37:22
43:24 57:4
57:5 64:11
66:1 79:18
**TXU**
114:8,10,13
114:18,23
115:10
**TXUs**
114:19
**tying**
17:6
**type**
11:20 12:12
119:21
**types**
11:6

_____
**U**
**unable**
58:6 60:22
**unanimous**
31:1
**unbeaten**
32:13,20
**uncitizens**
9:2
**unconstit...**
93:5,7
**undefeated**
34:21
**undefended**
3:14

**undeniable**
33:8
**undergo**
75:1
**understand**
12:5 14:10
56:5,8
63:16,18
76:18 93:14
94:10 97:8
97:21
100:18
105:3
108:18
109:10
115:15
**understan...**
91:16
**understood**
56:22 61:9
**unfairly**
19:19
**unfortuna...**
72:20
**uniform**
103:17
**uniformly**
115:20
**United**
8:1 56:21
58:25 61:9
61:14 64:12
70:5 109:19
116:22
117:17
**universal**
56:5,10,11
**University**
32:24 36:2
40:25 41:7
70:23 71:4
73:10
**unrealistic**
110:5,7
**upheld**
9:6
**uphold**
10:2

TX_00212315

House Floor Debate

April 23, 2007

**upholding**
9:8
**upset**
99:9
**urban**
76:1
**USA**
35:4
**use**
27:17 38:25
 39:3 49:24
 93:9
**usually**
49:6,7
**utility**
44:11
**utilization**
70:12
**utilize**
89:3
**utmost**
98:4
**Uvalde**
55:8
**U.S**
5:6 7:11
 8:18,21,24
 9:7,8 10:3
 44:1,4,6,19
 46:4 55:7

_____

**V**

**vacations**
86:3
**Vaguely**
116:23
 117:19
**valid**
5:17,22 44:2
 83:22
**validate**
6:7 7:4
**validated**
6:11
**validation**
5:24
**valuable**

36:7
**Van**
68:8
**variety**
23:21
**Vaught**
68:25
**Vaya**
54:6
**Veasey**
69:9
**verification**
4:24 67:4,6
 83:8,9
 84:10
**verify**
3:23 8:6
 15:16 17:13
 69:2,3,5
 83:5
**victory**
32:10,17
 36:6
**video**
121:9
**Vietnam**
39:3
**view**
25:8
**Villareal**
115:1,4,9,14
 115:19,25
 116:21,24
 117:4,12,16
 117:20,24
 118:17,21
 119:6
**Villarreal**
68:25 114:15
**violation**
101:1
**violent**
55:3
**visited**
50:3
**visiting**
86:1

**visits**
85:21
**Vo**
68:25
**voice**
70:25 113:5
**voiced**
113:7,8,10
**VOLUME**
1:9
**vote**
2:9 3:4,22
 4:5 5:1,3
 8:4,5,11,12
 8:17 10:4,9
 15:23 17:14
 18:16,17,18
 27:11,19,19
 28:2 38:2,7
 38:9,15,17
 40:22 45:23
 50:19 51:12
 51:25 53:16
 57:3,15,18
 57:19 58:1
 58:1,6,7,16
 58:17 59:1
 60:11,12,13
 60:17,21
 61:19 62:24
 63:7,12,15
 63:17 64:6
 64:10 65:5
 65:22 66:17
 66:22,22,23
 68:11 76:12
 78:16 79:18
 81:3,4,14
 81:15,22
 82:1,15,19
 82:20,20,21
 84:10 91:4
 91:23 96:18
 97:3,3,5
 100:8,23
 106:13
 108:25
 110:1,2

113:20
115:17,20
116:15,16
117:6,6,11
118:14
119:14,16
119:20,23
**voted**
5:13 6:12
 12:16 15:11
 18:19 48:11
 48:13 63:13
 63:17 67:1
 74:25 82:25
 91:14 117:8
**voter**
2:5 3:24
 4:21,24 5:1
 5:5,8,16
 6:5 7:2,7
 7:21 8:2,8
 8:10,13 9:2
 11:2,6,13
 11:20,21,24
 12:4,9
 14:15,18,24
 15:1,8,19
 16:23 17:5
 18:1 23:12
 23:24 24:7
 26:1,6,21
 29:24 38:6
 39:8 43:2,2
 43:5 44:14
 44:24 45:6
 45:19 49:1
 49:10 50:4
 50:6,10,16
 50:20 51:21
 51:23 57:3
 62:25 63:5
 63:11,15,24
 63:25 64:2
 64:8,20,22
 65:19,25
 75:8 76:22
 78:21 79:4
 79:16,22

80:3,12,12
81:8 87:12
91:17,19
92:6,7,7,10
94:9,12,14
95:9 96:3
97:15 98:1
98:5 100:9
102:9 103:1
103:7,18,23
105:9,13,20
105:23
106:4,9,21
106:23
107:8 109:3
109:14,21
111:5,7
112:24
113:2
115:21
116:18,19
118:2,5,10
119:2,16
120:4,4
**voters**
3:2 6:6,6,10
 7:3,3 9:4,9
 9:14 11:17
 19:17,21
 20:8 25:9
 37:8,21
 40:7 41:24
 76:2 93:2
 93:18 96:9
 99:9,10
 104:6
 107:18
 109:5
 111:16
 113:8,21,22
 114:3
 118:14
 119:3,4
**voter's**
85:5
**votes**
9:4,20,23,25
 16:15 67:8

House Floor Debate                                      April 23, 2007

83:6
**voting**
2:12,12,14
2:16,23 4:1
4:23 8:19
8:22 9:12
9:17,20
10:5,7,22
11:8 12:3
12:17,21
14:15 20:5
23:22 27:20
37:5 38:10
39:6,9
40:20 48:22
57:24 58:5
58:7,21,22
59:20,20
60:5 66:5
66:24,25
67:3 69:7,8
78:14 80:14
80:23 81:2
81:12 82:11
82:23,24,24
83:2 87:2,6
87:13,16
88:7 90:20
91:1,11,25
92:2 93:19
95:10,12,14
95:16 96:20
96:21 98:20
100:7,22
103:12,13
103:24
106:6
107:17
108:23
111:1,3
112:6,20
113:14,22
114:20
115:12
119:18

**W**

**wait**

23:24 52:25
**waiting**
52:23 55:16
**waive**
37:3,8
**walk**
76:12,12
**Wall**
3:6
**want**
9:24 12:5
13:8 35:9
41:17 49:22
58:9 59:19
59:20,25
64:14 72:8
95:10,11
108:17
119:15,17
119:19
**wanted**
63:20
**wants**
27:19 83:5
**Warner**
51:17
**wasn't**
23:1 71:25
**water**
43:4
**way**
23:1 26:11
33:2 40:19
42:4,7
43:12 47:17
55:21 58:10
58:19 79:24
82:4 88:18
90:20 91:5
91:9 96:2,3
99:13 100:9
104:21
108:18
112:9 119:1
**ways**
47:20 50:14
51:9 79:12
80:2,4

110:15
**week**
114:8,8,10
**welcome**
31:16,17
54:12 55:11
73:23 86:6
**welcoming**
53:23
**Wendy**
54:8
**went**
18:7 20:3,9
34:23 35:2
84:12
**Weren't**
23:16
**west**
33:3 68:9
85:25
**we'll**
48:21 94:14
117:15
**we're**
17:7 27:10
27:11 36:18
43:12 57:11
61:7 64:9
64:10 65:24
77:2,14,15
80:6 84:21
93:10 94:14
97:18
100:12
112:22
116:10,11
**we've**
2:18 12:8
27:18 61:8
75:5 80:18
81:15 92:8
109:20,22
**whale**
72:24
**white**
91:21
**wife**
73:21 85:23

**win**
33:8
**winning**
32:4,25
33:22 34:25
**wins**
34:22
**wish**
71:8
**wishes**
33:23 71:13
72:25
**withdrawn**
83:10 84:10
86:12
**witnessed**
15:11
**woman**
5:10 13:17
13:24
**women**
34:16 97:3
113:8
**won**
33:17 35:21
35:22
**wondered**
56:18
**Wooley**
68:9
**word**
22:17 25:5
79:12 85:5
85:8
**words**
19:6 44:22
108:14,16
116:13
**work**
19:15 36:12
60:21,23
109:7
**worked**
70:4 72:6
**worker**
3:22
**workers**

99:17 105:7
106:15
**working**
85:24 93:15
99:17
**world**
56:2 113:20
**worse**
19:19 60:4
**wouldn't**
12:12 21:7
73:12
100:20
**write**
117:14
**written**
23:1,2,2
90:21 91:6
91:10 94:4
102:6
110:22
**wrong**
16:10 116:17

**Y**

**yeah**
14:13 64:10
77:8
**year**
34:22 35:20
35:24 87:25
88:8,8,10
92:1,2
115:13,13
116:9
**years**
4:5 32:18,23
39:12 43:24
50:21 58:23
70:4 71:12
71:24 72:1
74:15 76:5
76:20 77:1
78:5,18
82:2,11,13
87:8,9
90:20,20,20
90:20 91:11

House Floor Debate                                  April 23, 2007

91:12,12,24
91:24,24
95:14,14,16
103:12
106:6,7
108:23,23
109:21
111:1,1,1,3
111:3
113:22
115:13
118:13
**year's**
36:6
**Yellowjac...**
32:6,16 33:1
33:15,21
34:17,23
35:2,4,16
36:17
**yield**
4:15,16 6:16
6:17,23
10:12,17
19:2 37:15
37:16,17
46:23 48:3
48:5 54:17
59:6,7
61:25 62:1
75:11,12
88:14 89:7
92:13,14,17
98:7,8
100:1,2
101:23
111:10,12
111:13
115:2,4,7
120:5
**yielded**
46:19,21,24
48:3
**yields**
19:4 59:9
62:3 75:14
89:10 92:18
100:3 102:1

111:14
115:6
**York**
20:23 21:4
21:12,23
22:24 24:23
27:4 29:14
29:20 30:2
40:25 41:7
**young**
20:4 34:16
47:19 57:22

---

**Z**

**Zavala**
68:20
**Zedler**
68:9 99:23
99:24,25
100:4,20,25
101:12,18
106:11
114:22
**zero**
14:24 15:2
29:6,8
**Zerwas**
68:9

---

**$**

**$35,000**
116:9

---

**0**

**0**
32:21 34:25
**035**
26:24

---

**1**

**1**
5:15,24
84:12,13
89:25 90:8
90:11 91:2
**1st**
87:25 89:2
89:21 95:20

101:15
110:24
118:15
**1.1**
7:3
**1.7**
6:6
**10**
28:19,25
76:5 118:7
**105**
34:22
**11**
27:5 36:5
**12**
41:24
**12-31-13**
121:21
**13**
34:22
**14**
41:20
**140,000**
7:22
**1413**
31:22 32:1,3
**15**
76:5 116:8
**1529**
69:17,20
**17**
36:3
**18**
4:5 30:15
43:10 104:5
116:8
**18,230,066**
6:10
**19**
24:17 25:8
104:5
**192**
69:13
**1920**
97:4
**1960s**
2:8

**1965**
69:23 97:5
**1972**
50:24

---

**2**

**2**
29:3,14
84:13
**2.5**
24:7
**20**
13:11 28:12
28:20,25
77:1 87:9
116:6
**200,000**
29:2
**2001**
70:6
**2002**
16:14 117:21
**2005**
5:7 20:25
21:24
**2006**
5:4,15,18,24
32:4 33:1
116:5
**2007**
9:8 32:4,12
33:5 34:17
71:2 89:21
89:25 90:8
90:11 91:2
101:15
**21**
104:5
**218**
2:2,4 8:3,9
8:12 10:5
38:8 89:4
102:5,21,22
103:10
105:9,15,18
107:25
108:6,7,21
110:7,22

**112:25**
**22**
5:4
**23**
20:25 21:24
**253,000**
6:6 7:3
**26**
70:4

---

**3**

**3**
118:6
**3rd**
32:12
**30**
54:25 71:24
87:8 103:12
**325**
69:13
**333071**
1:1
**35**
5:7
**39**
34:25

---

**4**

**4**
9:7
**4,000**
40:6 45:5
64:19 65:1
**40**
32:4,21 72:1
76:20 87:8
113:22
**40-year**
104:3
**42**
54:10 71:12
**46**
18:20
**48**
32:15

---

**5**

House Floor Debate                                    April 23, 2007

**5**
36:5
**5-A**
32:5 33:23
 34:17
**5.7**
118:7
**5:00**
60:22
**50**
13:11 69:14
 69:22 82:11
 113:22
**507**
69:13
**54**
32:17 35:6
**59**
32:17 35:6

**6**

**6**
30:15 59:12
**62**
61:10,11
 77:23
**64**
117:8
**65**
30:16 42:23
 47:8,13,19
 55:21,21
 56:3,12,19
 56:22 61:9
 61:13,16
 66:18 75:5
 75:19 76:25
 77:3,7,13
 77:22 81:6
 81:22 116:8
**67**
61:11,12
**68**
67:2
**69**
83:1

**7**

**7th**
9:7
**70**
75:5
**71**
67:2
**72**
42:25 69:16
 81:23
**73**
69:15 81:23
 83:1
**75**
74:8,8,13
 75:4 77:10
 77:12,14,20
 81:6 82:2
 82:13
**78**
56:8
**79**
56:8

**8**

**8**
89:20 90:7
**80**
3:7 26:22,25
 28:12 37:4
 37:4,8,21
 37:23 39:12
 42:22 47:17
 47:22 48:7
 48:15,18,23
 48:25 49:8
 49:10,25
 51:7 56:2,7
 56:8 61:6
 74:7,21
 75:4,7,19
 117:8
**80th**
33:20 71:11
**8462**
121:20
**85**
3:10 42:5

**9**

**9:00**
60:21
**90**
42:15 74:25
 75:19 76:2
**91**
18:19
**91-year**
38:2,4
**98,438**
6:12

121

TEXAS HOUSE OF REPRESENTATIVES

HOUSE FLOOR DEBATE

4/23/07 2nd READING HB 218

VOLUME 2

Transcribed on April 21, 2012

TX_00212320

122

1                        PROCEEDINGS

2               MR. TURNER:  What price do we put on

3      maintaining a person's right to vote?  And I would

4      suggest --

5               MR. PHILLIPS:  -- the person tries to make

6      sure they voted for --

7               MR. TURNER:  Let me finish.  Let me finish.

8      Let me finish my thought.  And that point is people have

9      fought and died for the right to vote, okay?  And to argue

10     to me about the administrative cost for persons to have

11     the right to vote is not a winning argument for me, not

12     when people are fighting and dying for other people to

13     have the right to vote.  So, don't argue with me because

14     I'm not (inaudible).

15              MR. PHILLIPS:  I'm asking you questions

16     about this so we understand your amendment.  Subsequently,

17     if there's somebody that's voted and they should not have

18     been voting legally, your amendment is going to make it to

19     where they can continue to vote illegally.

20              So, not only are we -- not only are you

21     saying you're setting hurdles, what you're really doing is

22     you're saying if someone has voted illegally in the past

23     and shouldn't, then they are going to be able to do that

24     because they -- they have been voting.

25              MR. TURNER:  Absolutely not.  What I said

123

1     is --

2                    MR. PHILLIPS:  That's the concern that I

3     have of your amendment.

4                    MR. TURNER:  Absolutely not.  Let me

5     finish.  Let me just say whatever the attorney general

6     needs -- whatever the attorney general needs in order

7     to -- in order to enhance the integrity of our system, I'm

8     prepared to give it to him.  Whatever he needs.  If he

9     needs more money in order to weed out people who are

10    engaged in voter fraud, I'm willing to give that to him

11    because I think that's a better way of getting to this

12    problem.  But people are already -- Representative Brown

13    took an amendment that says if you're 80 years or older

14    you don't have to go through this.

15                    MR. PHILLIPS:  This amendment is in the

16    same vein.  I think it separates things and allows people

17    to continue.  You know, we had an election contest last

18    session.  Someone had been voting that was not supposed to

19    be voting out of that because they were not a citizen, and

20    that came up as an issue.

21                    MR. TURNER:  That wasn't voting

22    impersonation.  That person had voter ID, Mr. Phillips.

23                    MR. PHILLIPS:  I'm just saying there are

24    issues and if we can make sure and assure the public -- if

25    we can assure the public by simply showing an ID that they

124

1    have confidence in the elections, that's what we need.

2                    MR. TURNER:  But Representative Phillips,

3    why is there a (inaudible) in that saying to Texans who

4    have every right to vote.  We want to encourage you to

5    vote.  We want you to vote.

6                    MR. PHILLIPS:  We need more people to vote.

7                    MR. TURNER:  I'm not hearing that today.

8    Maybe is that my ignorance.  Maybe it's my ignorance

9    because there are people who are fighting for other people

10   to have the right to vote.  I'm not understanding.

11                   MR. PHILLIPS:  The states that have enacted

12   the same legislation we're looking at, they have higher

13   percentage participation than we do.  So, if you look --

14                   MR. TURNER:  I don't know about that

15   because there's several states who have enacted similar

16   bills and their laws were struck down because they weren't

17   Constitutional.

18                   MR. PHILLIPS:  -- higher participation

19   rates in voting than we do.

20                   MR. TURNER:  All my amendment does --

21                   MR. PHILLIPS:  They are bringing the

22   concern that I think the complications your amendment

23   brings is not worth it to put on this legislation, and I

24   would ask you to bring -- bring it to a conclusion.

25                   MR. TURNER:  Representative Phillips, all

House Floor Debate - Volume 2                    April 23, 2007

125

1      my amendment does is that it grandfathers people who have

2      already been voting in the political process for years and

3      years.  It is in the same spirit that we voted on TXU, and

4      we grandfathered them in.  What's the difference?

5                      MR. JACKSON:  Mr. Speaker --

6                      SPEAKER:  Mr. Jackson, for what purpose?

7                      MR. JACKSON:  Mr. Turner, does reality ever

8      get in the way of your philosophy?

9                      MR. TURNER:  Does reality --

10                     MR. JACKSON:  Ever get in the way of your

11     philosophy?

12                     MR. TURNER:  I would like to think that

13     reality and my philosophy go hand and hand.

14                     MR. JACKSON:  Sometimes reality gets in the

15     way of my philosophy, and I want to tell you as somebody

16     who has had to help recruit people to run elections,

17     this -- this would -- reality makes your amendment in my

18     opinion very unpractical because it's very, very difficult

19     to get people to do elections and this would take more

20     people.  It's not money.  It's people.  And it's very

21     difficult to do.

22                     MR. TURNER:  And, Representative Jackson --

23                     MR. JACKSON:  This would be a terrible

24     amendment for the elections department and for the people

25     running the --

TX_00212324

126

1           MR. TURNER:  Representative Jackson -- and

2      I respect your comment but, Representative Jackson, let me

3      tell you what my reality is.

4           MR. JACKSON:  Okay.

5           MR. TURNER:  For people in my background

6      who have been denied the right to vote for years and years

7      and who have died and who have been harmed and who have

8      had to go through poll taxes, they are already discouraged

9      in having the right to vote.  And when you impose an

10     additional hurdle like this, it may not impact your

11     reality, but it certainly impacts mine.

12          So, I bring forth this amendment in order

13     to hold to your reality and to protect mine.  It shouldn't

14     be a win-lose.  It should be a win-win.

15          MR. JACKSON:  It's lose-lose -- so your

16     people can vote, it's going to be a lose-lose.

17          MR. TURNER:  Then if it's a lose-lose, then

18     218 should be a lose-lose because I didn't bring 218.  And

19     so, if it's a lose-lose --

20          SPEAKER:  Mr. turner, the gentleman's time

21     has expired.

22          MR. TURNER:  I ask you to vote for the

23     amendment.

24          SPEAKER:  -- sustained.  Members, the

25     question occurs on the adoption -- members, the question

TX_00212325

127

1      occurs on the motion to table of the Turner amendment.

2      All those in favor of the motion to table vote aye.

3      Opposed, vote no.  Clerk, ring the bell.  Show Ms. Brown

4      voting aye.  Show Mr. Turner voting no.

5                  Have all voted?  There being 75 ayes, 68

6      nays, the motion to table prevails.  Mr. Turner, that was

7      75/68.  The other vote was 80/54.  You did a great job

8      with your speech to reverse it.

9                  Following amendment.  The clerk will read

10     the amendment.

11                 CLERK:  Amendment by Anchia.

12                 SPEAKER:  Chair recognizes Mr. Anchia.

13                 MR. ANCHIA:  Thank you, Mr. Speaker,

14     members.  During the layout of the bill and the subsequent

15     debate, one assumption has not been retested, and that is

16     the need for this bill.  The Texas attorney general in

17     2005 said he was going to vigorously pursue voter fraud in

18     this state.  Prosecuted approximately five cases, none of

19     which dealt with voter impersonation.

20                 The Elections Assistance Commission, the

21     highest body related to assisting election officials,

22     looked into this issue and could not find any cases

23     nationwide of voter impersonation.

24                 In Missouri where they looked at this

25     issue -- and that's the third state in the country to

TX_00212326

128

1      impose a photo ID -- the then Secretary of State and now

2      Governor Blunt looked for voter impersonation and couldn't

3      find it.

4                    In Ohio, a state-wide survey of 88 county

5      boards of election looked for ineligible persons

6      attempting to vote and voter impersonation.  There's no

7      evidence in Ohio of voter employee impersonation.

8                    In Washington state the looked at 2.8

9      million ballots and, similarly, no evidence.  The Carter

10     Baker Commission looked at this issue and reported that

11     since October 2002 federal officials have charged 89

12     individuals nationwide with casting multiple votes,

13     providing false information about their felony status,

14     buying votes, submitting false information, and improperly

15     voting.  Whether or not these 89 cases nationwide that

16     were found by the Carter Baker Commission constitute an

17     epidemic or extensive voter fraud, I'll let you draw your

18     conclusions because in those 89 cases you also had

19     hundreds of millions of votes cast but none of those 89

20     cases would have been prevented by HB218.  Zero,

21     Mr. Zedler, none.

22                    When we asked the Secretary of State's

23     office how many cases of voter impersonation have you

24     gotten complaints about in this state, zero cases.  When

25     we asked the attorney general's office when we were

129

1    hearing this bill, we asked how many cases of voter

2    impersonation are you currently investigating?  Zero

3    cases.

4                   So, I ask you:  When we're looking at the

5    right to vote and we see no voter impersonation, there

6    must be something else going on.  And you know what?  I

7    respect Representative Brown's about dead people voting.

8    I respect her concerns about non-citizen voting, but

9    neither of those are impacted by HB218 or would be

10   prevented by 218.

11                  So, I have an amendment -- an amendment to

12   the amendment that's very similar to a bill that's going

13   to be coming to the floor very soon -- it's in

14   calendars -- by Representative (inaudible), and there's a

15   similar bill by Senator Janek, and it says that county

16   registrars are required to report to the Secretary of

17   State's office for purposes of harmonizing the statewide

18   database any people who show up on -- who are deceased or

19   any non-citizens who have disqualified themselves from

20   jury duty by checking the box that says non-citizen.

21                  MR. CORTE:  Mr. Speaker --

22                  MR. ANCHIA:  And just real, real quick,

23   Mister --

24                  MR. CORTE:  -- point of order for further

25   consideration that this amendment violates Rule 11,

130

```
 1          Section 1 and 2 and 3, Section 30 of the Texas

 2     Constitution.

 3                    SPEAKER:  Bring the point of order down

 4     front.

 5                    Members, the point of order -- point of

 6     order is respectfully sustained.

 7                    Following amendment.  The clerk will read

 8     the amendment.

 9                    CLERK:  Amendment by Liebowitz.

10                    SPEAKER:  Chair recognizes Mr. Liebowitz.

11                    MR. LIEBOWITZ:  Thank you, Mr. Speaker.

12     Members, this amendment exempts victims of weather-related

13     disasters like Hurricanes Katrina or Rita from the

14     requirement of providing multiple IDs to vote for one

15     year.  It only applies to victims of a weather-related

16     disaster for which the governor issues a declaration of

17     disaster.

18                    After a disaster, many people lose

19     everything they own, including all their IDs and all their

20     official documents like birth certificates.  Many people

21     lose their vehicles, and public transportation systems get

22     disrupted for months after a disaster.  That could make it

23     extremely difficult for citizens go get around to the

24     different government offices to get replacement documents.

25     This amendment gives victims one year to get their lives
```

131

1     together and get their officials papers reproduced if need

2     be.  I move adoption.

3                    SPEAKER:  Chair recognizes Ms. Brown.

4                    MS. BROWN:  I have to oppose this

5     amendment.  I understand what he's trying to do, and if we

6     could figure out a way to do it and keep it tight, then I

7     could support it.

8                    How are these people going to prove -- how

9     are you going to prove that you are a victim at this point

10    of a hurricane?  And as terrible as it is that those

11    people have gone through all of these problems, by now I

12    think they should have been able to acquire some form of

13    ID.  If nothing else is to take advantage of all the

14    assistance that's been offered them.

15                   So, I really think we're going to have to

16    oppose this to keep from opening the door to other forms

17    of fraud.

18                   SPEAKER:  Mr. Zedler, for what purpose?

19    Ralph?

20                   MS. BROWN:  Mr. Speaker, members, I

21    withdraw my objection to the amendment and I think we're

22    going to have a little legislative intent established

23    here.

24                   SPEAKER:  Chair recognizes Mr. Liebowitz.

25                   Ms. Brown, for what purpose?

TX_00212330

132

1            MS. BROWN:  Would the gentleman yield for a

2    question, please?  Mr. Liebowitz, your amendment is

3    dealing with future disasters?

4            MR. LIEBOWITZ:  Yes, ma'am.

5            MS. BROWN:  We hope we never have one, but

6    chances are something would happen.  And in that case --

7    and you don't have in mind a drought or anything that

8    would not interfere with a person's normal activity so

9    that they could -- so they still have access to vote their

10   ID, their papers and so on.  You're talking about a severe

11   natural disaster that would disrupt daily life to the

12   point that someone would not have access to their records;

13   is that correct?

14           MR. LIEBOWITZ:  Yes, ma'am, that's correct.

15   And if Rita had hit Houston head-on and there had been

16   significant devastation, all this says is that from --

17   after the state of disaster expires, the proclamation by

18   the governor, from a year from that date of the expiration

19   of the proclamation of the disaster forward that if

20   someone cannot present the two IDs then they are still

21   going to be allowed to vote.

22           MS. BROWN:  It would revert to present law?

23           MR. LIEBOWITZ:  Yes, ma'am.  If they were

24   in a county that was part of the declaration of disaster

25   by the governor's office.

TX_00212331

133

1               MS. BROWN:  And they were registered

2      voters.

3               MR. LIEBOWITZ:  Yes, ma'am.

4               MS. BROWN:  Showing on the records that

5      they were registered voters, it would revert to present

6      law?

7               MR. LIEBOWITZ:  Yes, ma'am.

8               MS. BROWN:  And your intent is not to

9      interfere with the intent of my bill?

10              MR. LIEBOWITZ:  No.  What I was concerned

11     about, Rita hitting Houston and terrible devastation and

12     an election being three weeks later, for example.

13              MS. BROWN:  And the period of one year, you

14     would set for what reason?

15              MR. LIEBOWITZ:  I just thought that was a

16     reasonable period of time from the date -- given that we

17     have election cycles and elections don't happen every day

18     or every week or even every month -- to allow between the

19     time they are digging the mud out of their homes and

20     bailing the water out and trying to reconstruct their

21     lives that it would be a reasonable period of time within

22     which they could have to get their duplicate documents.

23              MS. BROWN:  All right.  Thank you,

24     Mr. Liebowitz.

25              SPEAKER:  Mr. Liebowitz sends up an

134

1       amendment.

2                       MS. BROWN:  Mr. Speaker?

3                       SPEAKER:  Ms. Brown, for what purpose?

4                       MS. BROWN:  I move that we reduce the

5       conversation that we had to writing and put in the House

6       journal, please.

7                       SPEAKER:  Everyone heard the motion.  Is

8       there any objection?  Chair hears none.

9                       Mr. Liebowitz sends up an amendment.  The

10      amendment is acceptable to the author.  Is there any

11      objection?  Chair hears none.

12                      Mr. Veasey?

13                      CLERK:  Amendment by Veasey.

14                      SPEAKER:  Chair recognizes Mr. Veasey.

15                      MR. VEASEY:  Thank you, Mr. Speaker,

16      members.  This amendment that I have is a simple

17      amendment, and it exempts from this bill Texas limited

18      counties that have failed under Section 5 of the Voting

19      Rights Act to acquire pre-clearance for voting method or

20      change.  And basically what this would do is the counties

21      that have currently or that have been in trouble in the

22      past for parts of Section 5, it would exclude them from

23      this bill.

24                      MS. BROWN:  Mr. Speaker, members -- I'm

25      sorry.

135

1              SPEAKER:  Chair recognizes Ms. Brown.

2              MS. BROWN:  Mr. Speaker, I have to oppose

3    this amendment.  We need to keep our -- the law uniform

4    across the state so that people understand what we expect

5    of them, so that our election workers understand what's

6    expected of them, and we certainly -- by this, we are

7    certainly not supporting, recommending any kind of voter

8    discrimination, any kind of obstacle placed in the way of

9    legal voters.  We are encouraging people to get out and

10   vote, but this is back to the beginning.  This bill is

11   about the integrity of the election process.  We want

12   to -- to make that as strong as possible and to restore

13   confidence in our election system.

14              So, I do move to table the amendment.

15              SPEAKER:  Mr. Veasey to close.

16              MR. VEASEY:  Well, I want to respectfully

17   disagree with --

18              MR. ORTIZ:  Mr. Veasey, what is the intent

19   of your amendment?

20              MR. VEASEY:  Right now, the way this bill

21   was written, it puts a barrier in front of people that

22   would like to exercise their right to vote.  It puts a

23   barrier in front of people who at one time or another

24   found it very hard in this state to vote, and I want to

25   make it to where they feel comfortable coming to the

136

1     polls.  That's what this amendment is all about, is

2     keeping the level of comfort-ability, keeping the laws the

3     way that they are because people have died for this right.

4                    I think Sylvester Turner pointed it out

5     very eloquently earlier that there are still people living

6     in this state -- people always think that all of this

7     stuff happened a long time ago, but there are still people

8     living in this state that have experienced levels of

9     discrimination that you or I will never experience in the

10    voting poll because hopefully our country will never go

11    back in that direction, but I don't want to put them in

12    through this again.

13                    MR. ORTIZ:  So, how many counties have been

14    in violation of the Voter Rights Act, would you say?

15                    MR. VEASEY:  There's been quite a number of

16    counties in the state.  As you know, in Texas we were one

17    of the states that, you know, committed quite a number of

18    atrocities back here in recent memory and that is the

19    reason why I wanted to offer this amendment up.

20                    MR. ORTIZ:  Well, Mr. Veasey, I believe you

21    have a great amendment, and I join you in supporting it.

22                    SPEAKER:  Mr. Berman, for what purpose?

23                    MR. BERMAN:  Would the gentleman yield?

24                    SPEAKER:  Does the gentleman yield?

25                    MR. VEASEY:  Yes.

137

1              MR. BERMAN:  Mr. Veasey, we've been talking

2      about this back here and there's no doubt in my mind there

3      has been discrimination in the recent past.  There was

4      discrimination during the Civil War with the most

5      horrendous decision the Supreme Court ever rendered, the

6      Dread-Scott decision, which ended in the 14th amendment,

7      as you probably know.

8              But are you telling me that you don't trust

9      your constituents enough to just put an electric bill in

10     their pocket along with a voter registration card so they

11     can just show they are the person whose name is on the

12     voter registration?  Do you have that little faith in your

13     constituency?

14             MR. VEASEY:  I actually have a lot of faith

15     in my constituents, but one of the things that I know that

16     are different between my constituents and some of your

17     constituents -- because I know that some of your

18     constituents are very similar to mine, like your

19     constituents in north Tyler, but I'll tell you that people

20     in my district move a lot.  A lot of times you'll move

21     from one apartment to the other, from grandmother's house

22     to your aunt's house because you may have an economic

23     liability that's preventing you from the dream of home

24     ownership.  There would be a variety of different reasons.

25     Some people take the bus everywhere and they don't have an

TX_00212336

138

1    ID.  They don't have a car, and that's their mode of

2    transportation is the bus.  There are a variety of

3    reasons -- a lot of reasons why people may not have ID.

4              We just voted -- we just had a vote last

5    week -- we just had a vote last week about failure to ID

6    and failure to ID from a law enforcement perspective and

7    we ended up voting that bill down, and one of the points

8    that I made when I was up here at the front mic was that

9    about 75 percent of the folks in Dallas County that were

10   arrested for failure to ID were African-American.  A lot

11   of times in poor areas, people just don't have IDs.  It

12   may be the difference between having an ID or having a

13   home or just being able to eat every day.

14              And so, that's the reason why there are

15   lots of different --

16              MR. BERMAN:  Do you think those people that

17   you're talking about have a voter registration card?  The

18   people that you're saying don't have an electric bill,

19   they don't have a water bill, they don't have a gas bill,

20   but they do have a voter registration card?

21              MR. VEASEY:  Some of them have a voter

22   registration card.  They have voted.  Some people, when

23   they go to apply for certain benefits and things of that

24   nature, then they are registered to vote.  Some people may

25   have taken the bus to the mall -- I've registered

TX_00212337

139

1     people --

2                     MR. BERMAN:  I have, too.

3                     MR. VEASEY:  -- may be coming to Town

4     Center Mall over in Fort Worth and they just happen to get

5     off the bus and say, "Hey, I want to vote."

6                     MR. BERMAN:  What counties does this apply

7     to?  What 40 counties does this apply to?

8                     MR. VEASEY:  Say that again.  I'm sorry.

9                     MR. BERMAN:  What counties does your

10    amendment apply to?  Read the names of the counties or

11    some of them.

12                    MR. VEASEY:  Bexar County, Dallas County,

13    Denton County, Galveston, Harris, and -- and Travis and 47

14    other counties.  Those are the large ones that I wanted to

15    point out.  I don't have them all written down here.

16                    MR. BERMAN:  Thank you.

17                    MR. HEFLIN:  Mr. Speaker, will the

18    gentleman yield?

19                    SPEAKER:  Mr. Heflin.  Will the gentleman

20    yield?

21                    MR. VEASEY:  Absolutely, yes, sir.

22                    MR. HEFLIN:  Mr. Veasey, these people that

23    don't have driver's licenses, basically what we're doing

24    here today is with this voter personal identification

25    certificate that they have to present is we're basically

140

1      reenacting a poll tax.  Could we call it that?

2                      MR. VEASEY:  That's exactly what I call it.

3                      MR. HEFLIN:  So, we're requiring people

4      that are older -- elderly, disenfranchised, minority, poor

5      people, we're putting a tax on them to have to pay all

6      these documents to secure this identification card so they

7      can vote?

8                      MR. VEASEY:  That's absolutely right.  And

9      really even bigger than that is we're putting another

10     barrier in front of them.

11                     MR. HEFLIN:  Now, in the bill there was

12     amendment if a person goes up and says that they are -- if

13     they state they are financially unable to pay the required

14     fee that it will be waived.  Now.

15                     How many people -- I don't want to argue

16     about a pride issue, but how many people are willing to go

17     up to a bank of total strangers at the voter

18     registration -- in front of total strangers and say, "I'm

19     too poor to pay this"?

20                     MR. VEASEY:  Not very many.

21                     MR. HEFLIN:  Do you think that would

22     discourage people from coming to vote?

23                     MR. VEASEY:  Lots of people would be

24     discouraged to vote.  And let me tell you the problem.

25     Let me sort of regionalize this problem for you because,

141

1          like I said, I've worked on campaigns before, have been

2          involved in this arena for quite some time.  Take, like,

3          my district.  It is an effort just to get people just to

4          come to the polls, but take an area just to the north of

5          me like Vicki Truitt's district where the level of home

6          ownership is very high, very affluent.  The voter turnout

7          is already very high in those areas.  I want to make sure

8          that the people that live in my part of Fort Worth, the

9          constituents that I represent, that they can continue to

10         go to the polls, that it's easy for them, and that they

11         don't feel that another obstacle is being put in their

12         way.

13                   When people read about this law and when

14         people hear about this bill, they are going to think that

15         people are trying to discourage them from participating in

16         the electoral process and they're going to become

17         discouraged.  They're going to say, "Oh, no, we have to go

18         through this all over again."

19                   MR. HEFLIN:  Thank you.

20                   SPEAKER:  Members, Mr. Veasey sends up the

21         amendment.  Ms. Brown moves to table.  It's a record vote.

22         Clerk, ring the bell.  Show Mr. Brown voting aye.

23         Mr. Veasey noting no.  Have all voted?  There being 74

24         ayes, 67 nays, the motion to table prevails.

25                   The following amendment.  The clerk will

142

1      read the amendment.

2                     CLERK:  Amendment by Anchia.

3                     SPEAKER:  Chair recognizes Mr. Anchia.

4                     MR. ANCHIA:  Mr. Speaker and members, this

5      amendment is fairly simple, and it adds to the documents

6      that you can produce during your attempt to vote a signed

7      declaration under penalty of perjury affirming that you

8      are who you are.

9                     See, what we have is a situation now where

10     voter impersonation is already illegal.  Voter

11     impersonation is against the law.  Voter impersonation

12     does not happen in any great number, and I articulated

13     that for you earlier when I was setting out the case on

14     the prior amendment.  There's no evidence that it occurs,

15     and we take person's declarations when we allow them to

16     register to vote and this is under penalty of perjury that

17     carries serious, serious consequences that you are the

18     person you are.

19                     SPEAKER:  Mr. Anchia, do you yield to Mr.

20     Berman?

21                     MR. ANCHIA:  I yield to my chairman, Mr.

22     Berman.

23                     MR. BERMAN:  Do you strike "photo" from

24     your amendment?  Do you strike photo from the bill?

25                     MR. ANCHIA:  I strike "photo" on Page 3,

143

1      Line 18.

2                    MR. BERMAN:  There's no requirement for a

3      photo ID; is that correct?

4                    MR. ANCHIA:  I believe that's correct, Mr.

5      Berman.

6                    MR. BERMAN:  Thank you very much.

7                    MR. ANCHIA:  So, this will replace -- this

8      will allow a person to say, "This is the person who I am,

9      and" --

10                    MR. BOHAC:  Mr. Speaker, will the gentleman

11     yield for questions?

12                    SPEAKER:  Gentleman yields.

13                    MR. BOHAC:  In Line 8 it says "a signed

14     declaration under penalty of perjury."

15                    How do you know who the person is signing

16     if they don't have to show a driver's license?

17                    MR. ANCHIA:  That person has their voter

18     registration card.  They say they are who they are, and

19     they make an affirmative declaration.  They say, "I'm

20     coming here to vote and if I lie to you I'm going to go to

21     jail and then I'm going to have a civil fine."

22                    So, there's a huge incentive for people to

23     tell the truth.  When you ask someone to affirmatively

24     make a statement under penalty of perjury, that is placing

25     a pretty high standard and if the person is, in fact,

TX_00212342

144

1      impersonating a voter -- which have virtually no

2      evidence nationwide, certainly no evidence in Texas -- and

3      it's easily verifiable by a district attorney -- we have

4      talked at great length about the problems related to

5      prosecution.  This is very simple.  We will have a

6      statement and if that person is not who they say they are,

7      the DA can prosecute them, send them to jail, and hit them

8      with a heavy fine.

9                    MR. BOHAC:  If a person has already falsely

10     voted, they are probably not going to be very --

11                   MR. ANCHIA:  That's the beauty.  There are

12     no people engaging in voter impersonation.  How do you fix

13     a problem that does not exist?

14                   MR. BOHAC:  Well, that's your opinion.

15                   MR. ANCHIA:  That's a fact.  I've cited

16     multiple studies, Mr. Bohac.  In fact, it is your opinion

17     that it does exist and we have seen no evidence in

18     Texas -- and you sat on the same committee that I did.

19     You sat on the same committee.  You heard the AG.  You

20     heard the Secretary of State.  Voter impersonation is not

21     a problem in this state.  But I will acquiesce to you at

22     this point.  I will say it is already illegal to

23     impersonate yourself and if you come in and sign a

24     declaration under penalty of perjury that you are who you

25     are and then are not the person you are, you will be

TX_00212343

145

1    prosecuted.

2              MR. BOHAC:  Well, most voters in Texas

3    across all parties lines, all ethnicities in a poll that

4    was done this past April 1st through 7th, 87 percent

5    of Democrats favor -- favor or strongly favor photo ID.

6    About 95 percent of all Republicans and 91 percent --

7              MR. ANCHIA:  I saw that question, too.  I

8    saw that same question.

9              MR. BOHAC:  I get to ask the questions,

10   Rafael.

11             MR. ANCHIA:  I'm answering it.  I saw the

12   same question that was asked in that poll and,

13   interestingly enough, there's no information in that

14   question that lets people know what the ramifications are,

15   that 2 million Texans will be disenfranchised.  I bet you

16   if you asked that question, you say, "Are you in favor of

17   2 million Texans being disenfranchised," the answer would

18   be overwhelming "no."

19             MR. BOHAC:  Rafael, I did show you the

20   question (inaudible) respected pollster in the State of

21   Texas, and I have found the question to be very unbiased,

22   but that was your amendment.  Let me go back just for a

23   moment.

24             So, when you strike "photo," are you

25   actually gutting the intent of this bill?

146

1             MR. ANCHIA:  Yes.  This bill -- this would

2    strike -- I'm pretty sure -- if somebody will lend me the

3    bill in front of you, but I believe it strikes -- it

4    creates an identification requirement rather than simply a

5    photo requirement.  You're kind.  Thank you.  On Page 3 --

6    just let me take a look at it real quick because i want to

7    confirm that I'm saying the right thing.

8             Line 18, the follow documentation is an

9    acceptable form of -- and I will strike "photo" and say

10   "identification," okay, and that inclusive -- you can

11   still show your driver's license, you can still show the

12   military ID, you can still show the employee

13   identification -- and we'll talk a little about that later

14   because I think that creates more fraud than it seeks to

15   solve.

16             And then the other thing that it does is on

17   Page 4, Line 15 between safety or "or," Page 4, Line 15,

18   it says, "a license to carry concealed handgun issued to

19   the person by the" -- excuse me.  This would create a sub

20   A under 7.  So, we're deleting the "or" from Sub 7

21   creating another document that you can provide under

22   Subsection D -- Subsection A of the bill.

23             MR. ALONSO:  Let me ask you another

24   question.  No, Rafael, let me ask you --

25             MR. ANCHIA:  I just want to provide some

TX_00212345

147

1     clarification.  If you need to extend my time, I will,

2     because I'm really sincere about this.  The -- this, in

3     fact, does not gut the bill because it says --

4                 MR. BOHAC:  You said a moment ago yes.  You

5     answered my question "yes."

6                 MR. ANCHIA:  But I'm going to answer it

7     "no" because in looking at the bill, it still says that

8     you have to provide one form of identification from

9     Subsection A, which includes all those things that I

10    listed, and it adds one.  It adds one.  It says in

11    addition to providing a driver's license, a military ID,

12    a -- a citizenship document, a student identification from

13    the state, a license to carry a concealed handgun, you can

14    also fill out an affidavit.

15                So, the bill actually remains the same in

16    terms of its requirement.  It just adds an affidavit at

17    the end that says, "Hey, I can say who I am under penalty

18    of perjury and I will put myself at risk of being

19    prosecuted and enforced against both civilly and

20    criminally, and I'm willing to do that because I want to

21    vote and I say I am who I am.

22                MR. BOHAC:  Thank you for answering my

23    questions, Mr. Anchia.  Thank you, Mr. Bohac.

24                MR. ANCHIA:  I appreciate the dialogue.

25                MR. HOCHBERG:  Mr. Speaker?

TX_00212346

House Floor Debate - Volume 2                    April 23, 2007

148

1              SPEAKER:  Mr. Hochberg, for what purpose?

2              MR. HOCHBERG:  Will the gentleman yield,

3        please?

4              MR. ANCHIA:  Yes, I yield.

5              MR. HOCHBERG:  Mr. Speaker, thank you.

6        Mr. Anchia, this whole bill is hinged on the fact that the

7        impression that a photo ID -- that a driver's license is

8        somehow this perfect document.

9              Is it possible to fake a driver's license?

10              MR. ANCHIA:  It happens all the time.

11        College students do it regularly.  In fact, this bill does

12        not create any more integrity or security in the system.

13        It is clear that you can buy any of the documents on this

14        bill and have them forged.  College students do it all the

15        time to drink.  And the one thing that's really curious is

16        in this bill is under Subsection C, any employment ID is

17        good enough.

18              Now, how are you going to get a poll worker

19        to determine that the ID from Dunham & Dunham is -- is

20        right?  How are you going to get someone from Hockberg &

21        Associates -- someone who works at Hockberg &

22        associates -- to be able to verify the IDs that you pass

23        out to your employees?  That creates a huge problem.  I'll

24        speak to that in another amendment, but I think this is,

25        frankly, going to create more fraud potentially than it

149

1    seeks to address.

2                    MR. HOCHBERG:  So, the amendment that

3    you've got before us where you're getting a signed

4    statement that's enforceable by law, is that Mr. Noriega's

5    false ID?

6                    MR. ANCHIA:  This is clearly a fraud.  This

7    is a Texas State Official identification card, and the

8    person in this picture has hair.  I mean, this is clearly

9    a fraudulent document.

10                   MR. HOCHBERG:  So, he wouldn't be able to

11   vote, though, if he presented that.

12                   MR. ANCHIA:  The reality is that people

13   probably wouldn't recognize him because the person in that

14   picture doesn't look like the person who is here today.

15                   MR. HOCHBERG:  Let me ask you something

16   else.  We've been talking throughout this discussion about

17   the evidence that there was for voter fraud and about dead

18   people voting and, growing up in Chicago, I'm certainly

19   sensitive to the concept of dead people voting.

20                   Have you looked at the paperwork that

21   Representative Brown was kind enough to let me peruse that

22   she was showing us as her evidence?

23                   MR. ANCHIA:  I have.  I have.  Some of

24   those same documents are the same ones that we saw at the

25   committee hearing, that's right.

150

1            MR. HOCHBERG:  Well, would it surprise you

2    to know that this evidence that Ms. Brown has offered us

3    has no evidence of voting since the year 2000?

4            MR. ANCHIA:  Well, no, that doesn't

5    surprise me.  Again, not only -- not only did the

6    documents that we received from Harris County have no

7    examples of voter impersonation, but the Secretary of

8    State, the attorney general.  Nowhere in any of the

9    scholarly peer-reviewed documentation that we've taken a

10   look at on the subject is there one example of voter

11   impersonation.  And, frankly, none of the cases related to

12   voter fraud -- none of the cases related to voter fraud

13   that are highlighted in any of those documents would be

14   fixed by 218.  HB218 doesn't fix the problem that you have

15   there before you, Mr. Hochberg.

16           MR. HOCHBERG:  Do you know what was used as

17   the source?  What we heard was that these were a bunch of

18   people who had died and they were still voting.

19           Do you know what the source of the death

20   information was on this?

21           MR. ANCHIA:  No, I don't.

22           MR. HOCHBERG:  A website called

23   rootsweb.com, a free genealogy website.

24           SPEAKER:  -- point of order is well-taken

25   and sustained.

151

1                    Chair recognizes Brown in opposition.

2                    MS. BROWN:  Speaker, members, I have to

3       move to table this amendment.  The question is how can the

4       DA easily prosecute for voter ID if there's no

5       verification mechanism?  The person who signs their name

6       says that they are who they say are and that's it, there's

7       no documentation that they can present.

8                    So, I think it's just another -- another

9       evidence of things that would weaken the bill and would

10      not give us the desired results.  I move to table.

11                   SPEAKER:  Chair recognizes Mr. Anchia to

12      close.

13                   MR. HOCHBERG:  I'm sorry, Mr. Speaker.  I

14      was waiting to ask Ms. Brown if she would yield.  Did

15      she -- has she left the -- will she come back for

16      questioning?

17                   SPEAKER:  The lady yields.

18                   MR. HOCHBERG:  Thank you for doing that,

19      Representative Brown.  Let me ask you the same questions

20      that I just asked Mr. Anchia.

21                   Isn't it pretty easy to fake a driver's

22      license?  Don't we have problems with alcohol enforcement

23      and cigarette purchase enforcement and everything else

24      because fake driver's licenses are fast and easy to obtain

25      and if somebody wanted to fraudulently vote, couldn't they

TX_00212350

152

1    come up with the fake document?

2                MS. BROWN:  I think that it's obvious it

3    can be done.  We've seen examples of it, and this is not

4    going to solve all our problems.  It's not a perfect bill.

5    It's one step.  It is one step towards providing those

6    people who want to prosecute go after those people who are

7    voting illegally, who are presenting themselves as someone

8    they are not, giving our enforcement people a tool that

9    they can use.  We're not just going to say, "Okay.  You

10   enforce these voter laws that we're passing."  We're

11   saying, "Here's a tool that you can use."

12               MR. HOCHBERG:  But in the process of having

13   this tool that you claim we would have, there is a

14   possibility that people -- you recognized with the people

15   over 80 -- that you are creating barriers for some folks.

16   Let me ask you about the evidence that you showed us.  You

17   were very kind in allowing me to look at this, and I've

18   had a chance during the however many hours we've had on

19   this bill to actually look at these.

20               Do you know what the total -- this looks

21   like a pretty big stack.  How many supposed frauds are

22   there in this stack?

23               MS. BROWN:  I didn't count them.

24               MR. HOCHBERG:  Would you be surprised to

25   know that it's 44?  Would you also be surprised to know

153

1     that none of them -- that almost all of them are from 1998

2     and 1996 with just a few from the year 2000 and none more

3     recently?

4                    MS. BROWN:  Do you know why that is?  Would

5     you like to know why that is?  Because they came from

6     Harris County, and Harris County has been working

7     diligently since the year 2000 to clean up their voter

8     rolls.

9                    MR. HOCHBERG:  Very good.  So, we don't

10    have the problem in Harris County anymore?

11                   MS. BROWN:  I didn't say it was completely

12    taken care of because they have about a quarter of a

13    million names that they haven't been able to cross-match

14    with driver's license, Social Security numbers, or any of

15    that.

16                   MR. HOCHBERG:  Yes, ma'am.  Are you aware

17    that --

18                   MS. BROWN:  -- those people who have voted

19    and there's no way to know definitely.

20                   MR. HOCHBERG:  Ma'am, are you aware that

21    nationwide roughly -- roughly 30 percent of all the names

22    that are submitted to Social Security for matching from an

23    elections office -- anywhere in this nation -- 30 percent

24    don't match those files for one reason or another?

25                   MS. BROWN:  And that just points to the

TX_00212352

154

1      great need --

2                      MR. HOCHBERG:  Do you really believe that

3      30 percent of the people --

4                      MS. BROWN:  -- work on those lists and make

5      sure we do clean them up as much as we can.

6                      MR. HOCHBERG:  Absolutely.  Do you believe

7      that that means that 30 percent of the people who are

8      registered to vote are fraudulent?

9                      MS. BROWN:  No, not necessarily.

10                     MR. HOCHBERG:  So, the numbers that we that

11     don't match --

12                     MS. BROWN:  It could be that high, but I

13     don't have any means --

14                     MR. HOCHBERG:  I don't think so either.  In

15     fact, the numbers from DPS are only 10 percent, where

16     30 percent aren't matching in Social Security.

17                     Don't you believe that that means that

18     we've got a problem in the matching system?  So, when you

19     talk about the number that are not matched in Harris

20     County, you don't have any evidence that any of those are

21     fraudulent.  You just know that right now they haven't

22     matched?

23                     MS. BROWN:  I think any time that you find

24     on the record that someone has voted fraudulently who

25     hasn't been -- who is not alive, for one thing --

TX_00212353

155

1            MR. HOCHBERG:  We haven't had any of those

2      not alives since the year 2000 in the evidence you've

3      presented.

4            MS. BROWN:  I think from other counties we

5      have because we've had evidence presented from other

6      counties besides Harris County.  It's just they had the

7      majority of the documentation and we ran with that.

8            MR. HOCHBERG:  Ma'am, the documentation

9      that you provided from Harris County, the determination

10     that these people are no longer with us on this Earth is

11     based on -- is based on what?  Do you know how they

12     determined that these people were allegedly dead?

13            MS. BROWN:  I think it's from death

14     records.

15            MR. HOCHBERG:  Ma'am, if you'll look on the

16     bottom of those pages that are printed out that show that,

17     these are from a website on the web, a free genealogy

18     website.

19            Have you looked at that website?

20            MS. BROWN:  I personally haven't.  My

21     husband does a lot of genealogy --

22            MR. HOCHBERG:  If you look on that website,

23     one of the things it says right on the website is "You may

24     in fact find problems with this.  You may find people that

25     are very much alive listed as dead on this website," and

156

1      it proceeds to tell you how to correct the website.

2                      Now, are we using that as evidence that

3      dead people are voting?

4                      MS. BROWN:  I think this is just one

5      mechanism that they had for printing out.

6                      MR. HOCHBERG:  This was everything that you

7      gave us.  Every one of them has that on it.

8                      MS. BROWN:  That's what was given me from

9      Harris County.

10                     MR. HOCHBERG:  So, you have nothing else

11     from Harris County that you can bring us as evidence that

12     this problem exists and is significant?

13                     MS. BROWN:  No, I think we did have some

14     more information from Harris County.  Given a little bit

15     of time, I can present it.

16                     MR. HOCHBERG:  I would ask you to present

17     it if you have more evidence because waving a bunch of

18     papers that don't show what they portend to show doesn't

19     build a convincing case for your bill.  Thank you, ma'am.

20                     MR. COLEMAN:  Mr. Speaker?

21                     SPEAKER:  Representative Coleman, for what

22     purpose?

23                     MR. COLEMAN:  Will the gentle woman yield

24     for a question?

25                     MS. BROWN:  I yield.

TX_00212355

157

1                    MR. COLEMAN:  I'm looking at

2     Mr. Bettencourt's letter, and it talks about -- and I

3     think this is -- and how about you?  On here it talks

4     about those that don't have a match with the Department of

5     Public Safety from an ID saying that 1,783,000 voters in

6     Harris County, 182,366 cannot be validated against the

7     Texas Department of Public Safety's matching criteria with

8     first name or last name.

9                    Doesn't that make the argument that there

10    are, at least in Harris County, potentially 182,366 adults

11    who don't have the ID that you're requiring?

12                   MS. BROWN:  It's possible, but not

13    probable.  I would say because --

14                   MR. COLEMAN:  But since that's not a

15    requirement now, the letter that you've handed out -- and

16    I think this is the reason Mr. Anchia is bringing his

17    amendment -- it says very clearly that 183,366 people do

18    not have IDs in the system.  So, if they don't have IDs in

19    the system, that means that they are operating without one

20    because they don't need one; is that correct?

21                   MS. BROWN:  They don't have to present an

22    ID.  In fact, the only reason they are on there as not

23    having an ID is because when they registered to vote on

24    this application card I have here, you check a box if you

25    don't have a Texas driver's license or personal

158

1      identification number.  You check a box if you don't have

2      a Social Security number.  And many people choose just not

3      to do that because they don't want to admit they have any

4      identification because they know that they could be

5      tracked with it.

6                   MR. COLEMAN:  The point of the matter is

7      that when asked, those folks said, "No, I don't."  And

8      since they said that, taking them at their word, then that

9      means 10.2 percent of those folks on the voter rolls have

10     no ID now.  So, those individuals would be potentially

11     disenfranchised; isn't that correct?

12                  MS. BROWN:  Absolutely not.  We have

13     records that -- there's a million and a half more people

14     have driver's licenses that are registered to vote to

15     begin with.  So, we know that there are a lot of --

16                  MR. COLEMAN:  Isn't it true that the number

17     of people with driver's licenses and the number of people

18     with voter registration cards is not an overlapping list?

19                  MS. BROWN:  Well, in all cases, it's not.

20     They are also --

21                  MR. COLEMAN:  -- driver's license, aren't

22     they potentially disenfranchised under this bill?

23                  MS. BROWN:  I think we're doing these

24     people a real favor when we suggest to them that they need

25     to go to DPS and get a photo ID.

159

1                    MR. COLEMAN:  Why are we doing them a

2       favor?

3                    MS. BROWN:  Because moving around in

4       today's society, you need to present proof of your

5       identity everywhere you go.

6                    MR. COLEMAN:  That's a bad thing, I think.

7                    MS. BROWN:  Would you rather the people got

8       on the airplane with you didn't have to prove they were

9       who they said they were?

10                   MR. COLEMAN:  Some people don't fly, so

11      they don't need to have an ED.

12                   MS. BROWN:  -- Blockbuster?  Do they have a

13      library card?

14                   MR. COLEMAN:  Believe me, you can have any

15      kind of card to go to Blockbuster.  Let me ask you another

16      question.  Under the provisional ballots now where you go

17      in and you say, "I am a voter" and you don't have your

18      voter registration card, don't you do an affidavit the

19      same way that Mr. Anchia is talking about in his amendment

20      to say you are who you are and then your vote will be held

21      to the side proving -- once it's proven that's who you

22      are?

23                   MS. BROWN:  You say that you don't have

24      your voter registration card --

25                   MR. COLEMAN:  That's correct?

TX_00212358

160

1                    MS. BROWN:  Yes.  It's not the same level.

2                    MR. COLEMAN:  If we take that affidavit as

3       proof that you are a valid voter on a provisional ballot,

4       why is it that we can't do that on -- in this case where

5       he says if you don't have an ID that you can do an

6       affidavit to say who you are under threat of prosecution?

7       Why isn't that enough?

8                    MS. BROWN:  What do you think is the

9       likelihood of someone not having a photo ID, not having

10      some kind of a document that's mailed to their house with

11      their name and address on it?

12                   MR. COLEMAN:  2.2 percent in Harris

13      County --

14                   SPEAKER:  The gentleman's -- the lady's

15      time is expired.  The point of order is well-taken and

16      sustained.

17                   Chair recognizes Mr. Anchia to close.

18                   MR. ANCHIA:  Mr. Speaker, members, this is

19      a very simple amendment.  It does not gut the bill.  It

20      adds an additional opportunity for someone to identify

21      themselves in the bill.  It says if you've got your

22      license, great, if you've got your military ID, terrific,

23      you can show that -- and that's all proof of

24      citizenship -- proof of identity.  In fact, it doesn't

25      change the rules.  If you have one of those documents, you

TX_00212359

161

1    are allowed to vote.  The only thing that it changes is

2    that if you don't, like about 2 million Texans today and

3    about 10 percent of the population in Harris County, which

4    is what we got from that dialogue, you can issue a -- you

5    can affirm that you are, in fact, under penalty of perjury

6    the person who you say you are.  And the important thing

7    about that, ladies and gentlemen, is the DA can be

8    forwarded those documents, the DA can receive those

9    documents, and investigate.  And if you are not the person

10   you say you are, you will be prosecuted.  You will pay

11   civil and criminal penalties.  You will go to jail.  And

12   if you don't think that's enough of a deterrent for people

13   for a problem that is yet to be established as existing,

14   then I don't know what the intent of the --

15                SPEAKER:  For what purpose, Mr. Hochberg?

16                MR. HOCHBERG:  Will the gentleman yield?

17                MR. ANCHIA:  Yes, I yield.

18                MR. HOCHBERG:  Mr. Anchia, have you seen

19   what Ms. Giddings has, been walking around with?

20                MR. ANCHIA:  No, I haven't.

21                MR. HOCHBERG:  Ms. Giddings has what

22   appears to be a Texas driver's license made out to someone

23   named Helen Giddings with a picture on it that is nothing

24   like the Helen Giddings we know that was used as identity

25   fraud -- in committing identity fraud and the document she

162

```
 1        gave me says there was ultimately a conviction, but would
 2        that imply to you that relying on -- on a driver's license
 3        is not going to stop somebody who wants to commit fraud?
 4                  MR. ANCHIA:  Here's the reality.  What
 5        we're trying to do here is create a rule that penalizes
 6        the 99.99 percent of the people who are following the law
 7        to try to catch one person.  Essentially what we want to
 8        do here with HB218 is burn down the entire forest because
 9        we think there's some termites in the forest.  We want to
10        burn down the entire East Texas Piney Woods because there
11        may be -- we don't know -- there may be -- even better.
12        We've heard of the Sasquatch, haven't we, Big Foot?  We
13        don't know if Big Foot exists.  There may be some evidence
14        that Big Foot exists.  We're going to burn down the entire
15        forest just to make sure that he doesn't exist.  And
16        that's what we're really doing here, and it really is a
17        shame.  I will tell you --
18                  MR. BERMAN:  Mr. Berman, will the gentleman
19        yield?
20                  SPEAKER:  Will the gentleman yield?
21                  MR. ANCHIA:  Yes, I yield.
22                  MR. BERMAN:  In your amendment, is it
23        notarized?  Is that how you make it foolproof?
24                  MR. ANCHIA:  It is under penalty of
25        perjury.
```

163

1             MR. BERMAN:  Well, you mean just the
2      person's signature?
3             MR. ANCHIA:  It is an affirmation that you
4      are the person who you say you are under penalty of
5      perjury with the appropriate penalties and civil and
6      criminal penalties and potential for prosecution pertinent
7      to that.
8             MR. BERMAN:  Can you do that anywhere else
9      in our society without a notary stamp on it?
10             MR. ANCHIA:  Sure, absolutely.
11             MR. BERMAN:  Just your signature that --
12             MR. ANCHIA:  Affirming that you are who you
13      are.  That's exactly right.  (Inaudible), so we did have
14      to notarization requirement included.  If you want to
15      require that we have notary publics among the staff of our
16      voter -- poll workers, that's fine, too.  But the reality
17      is that you should be able to come to vote.  And if this
18      law passes and you're supposed to provide some form of ID
19      that you go -- that you can go to a poll worker and say,
20      "I am who I say I am, and under penalty of perjury I'm
21      going to write my name down right here and subject myself
22      to possible prosecution."  You're talking about here is a
23      problem that doesn't exist.  So...
24             MR. BERMAN:  The problem does exist today.
25             MR. ANCHIA:  We've heard no testimony in

TX_00212362

164

```
 1        committee about voter impersonation being a problem from
 2        the AG and the Secretary of State.
 3                    MR. BERMAN:  The AG has not convicted
 4        anyone because the district attorney of Harris County said
 5        that in order to convict someone we need a photo ID bill.
 6        He's not even going to take a case unless there's a photo
 7        ID bill.
 8                    MR. ANCHIA:  My testimony was never
 9        presented to the committee, and I would have enjoyed
10        receiving it, as well.  In fact, much of the data we are
11        receiving now was never presented before the committee.
12        It seems like we're trying to identify data points that
13        will support a bill that was filed last session when we
14        had absolutely no evidence.  This session when we've heard
15        no evidence before committee and we're trying to find a
16        little data points that will support this bill when, in
17        fact, none exists.
18                    MR. BERMAN:  You know the only thing that's
19        real here today?  Mr. Gallego has a beautiful little boy
20        there.
21                    MR. ANCHIA:  Just one more quick before I
22        yield to Mr. Phillips.  A couple data points that I just
23        want to visit.  Representative Brown has suggested that
24        there are more driver's licenses in the State of Texas
25        than registered voters.  I believe her when she says that.
```

TX_00212363