165

 1      I believe her when she says that, and it is because

 2      there's not an overlap between registered voters and

 3      driver's licenses.  In fact, that 1.5 million is probably

 4      accounted for by the legal permanent residents who are

 5      ineligible to vote but nonetheless have photo ID.  That's

 6      where you get that extra 1.5 million, people who are legal

 7      permanent residents of this state who have a photo ID.

 8                   MR. BERMAN:  Legal permanent residents or

 9      illegal permanent residents?  Because we have 4.5 illegal

10      aliens in Texas and most of them have driver's licenses.

11                   MR. ANCHIA:  Read my lips.  Legal permanent

12      residents of the state are eligible to receive valid

13      driver's licenses, and that's why we have the discrepancy

14      of about 1.5 million between the people who actually have

15      licenses and the people who are registered to vote.

16                   The other piece of that is young people who

17      are not registered to vote and also have licenses.  That

18      accounts for the discrepancy.  I just wanted to discuss

19      that data point with you.

20                   MR. BERMAN:  If your constituents cannot

21      get an electric bill or a gas bill or any kind of a

22      utility bill to take to the polls, how is it so much

23      easier to get some sort of affirmation that could be

24      either notarized or signed by themselves and used on a

25      typewriter -- how are you going to get this thing to them?

JA_007772

166

1            MR. ANCHIA:  This is how this affects
2    Ms. Mary Jones of my district.  I won't use her real name.
3    She is 79 years of age, and she's not covered by the
4    exemption.  She lives in the nursing home in the district
5    that I represent.  She does not have any electric bill,
6    any water bill, any other sort of bill.  She never drove
7    because her husband drove before he passed away.  So, she
8    doesn't have a driver's license and she doesn't have a
9    state ID, but she's registered to vote and she's been
10   voting for the last 50 years and she's going to go to the
11   polls under my amendment and she's going to say, "You know
12   what?  I am Mary Jones, and I am willing to take the
13   possible prosecution if I am lying and I will, under
14   penalty perjury, affirm that I am Mary Jones because it is
15   that important to me."  Those are the people, Mr. Berman,
16   that I don't want to leave out in the cold.
17            MR. BERMAN:  She lives in a nursing home.
18   She has nothing in her room as far as her own
19   identification?  I bet they have a full record of Mary
20   Jones in the office of the nursing home.  They have it on
21   my mother-in-law, and I can get any kind of statement I
22   need from the office of that nursing home.
23            MR. ANCHIA:  But she wouldn't be covered by
24   this bill, Mr. Berman.  She's not employed by the nursing
25   home.  In fact, this bill only says -- a photo ID that a

TX_00212365

167

1     person could get from an employer.  She's not an employee

2     either.

3                    MR. BERMAN:  You just said that Mary Jones

4     is registered to vote and since she's paying something to

5     the nursing home.  So, surely they have a record of Mary

6     Jones paying them something.

7                    MR. ANCHIA:  But it isn't covered by this

8     bill.

9                    MR. BERMAN:  It's covered by the bill.

10    They can give her a statement and she can mail in a ballot

11    and she can vote by mail-in ballot.

12                    MR. ANCHIA:  Her sister, Evelyn Jones,

13    lives with her kids and doesn't have anything either

14    because everything is in her kids' name.  Those are the

15    people that get left out, Mr. Berman.  I don't doubt your

16    sincerity, your position.  I really do appreciate it and

17    I've enjoyed serving with you on the committee.  I just --

18    I think we just have a sincere difference of opinion, and

19    I don't want to leave people out in the cold.  Thank you.

20                    MR. PHILLIPS:  Mr. Anchia --

21                    SPEAKER:  Mr. Phillips?

22                    MR. PHILLIPS:  I would call point of order

23    on the gentleman's time, if that's the case.  Otherwise, I

24    would ask a question.

25                    MR. ANCHIA:  I'd rather you call a point of

168

1      order on the time.

2                     SPEAKER:  Does the gentleman yield?

3                     MR. PHILLIPS:  If the time is given, we

4      need to move on.

5                     MR. ANCHIA:  Ladies and gentlemen --

6                     MR. PHILLIPS:  Mr. Anchia, what you're

7      saying is you're saying, okay, you can either do a photo

8      ID, which is what the bill says, or you can sign a

9      statement that you're signing under oath which you don't

10     have to get notarized but under penalty of perjury is what

11     the little jurat will say, correct?

12                    MR. ANCHIA:  It will be witnessed by the

13     election judge.  The election judge is the law at the

14     polling place.  So, you would --

15                    MR. PHILLIPS:  But if someone is --

16                    MR. ANCHIA:  I'm trying to answer your

17     question.

18                    MR. PHILLIPS:  If someone is coming with

19     the intention to commit voter fraud and vote for someone

20     else, do you think they are going to have any qualms about

21     signing some statement in front of people saying that they

22     are not that person that they are trying to vote?

23                    MR. ANCHIA:  That's the beauty of it,

24     Larry.  I don't think it happens very often, if ever.

25                    MR. PHILLIPS:  You had 3 percent coming and

169

1      voting in other states is what you said.  You had a

2      decrease because you had 3 percent of the people voting

3      illegally --

4                  MR. ANCHIA:  Because people didn't have

5      documents.  Right, right.

6                  MR. PHILLIPS:  -- and knew they were going

7      to get caught.

8                  MR. ANCHIA:  That's not what I said.

9                  MR. PHILLIPS:  But you don't know.  It

10     could go either way.  It could go either way.

11                 MR. ANCHIA:  That's not what any of the

12     studies suggest, Larry.  That's not what any of the

13     studies suggest.  I mean, to make that claim is to not

14     have read any of the peer-reviewed studies or any of the

15     scholarship on this issue.

16                 MR. ZEDLER:  Mr. Speaker?

17                 SPEAKER:  Representative Zedler raises a

18     point of order.  The gentleman's time is expired.  The

19     point of order is well-taken and sustained.

20                 MR. ANCHIA:  Ladies and gentlemen, I ask

21     you that you vote no on the motion to table.  This is a

22     sensible response to people who will be disenfranchised by

23     this legislation.

24                 SPEAKER:  Mr. Anchia sends up an amendment.

25     Ms. Brown moves to table.  The question is on the motion

170

1    to table.  Vote aye or vote no, members.  Show Ms. Brown

2    voting aye.  Show Mr. Anchia voting no.  Show Mister --

3    show Mr. Dean voting no.  Have all voted?  Being 77 ayes,

4    68 nays, one person not voting, the motion to table

5    prevails.

6              The following amendment.  The clerk will

7    read the amendment.

8              CLERK:  Amendment by Davis of Dallas.

9              MS. DAVIS:  Thank you.  Mr. Speaker,

10   members, this amendment just basically tries to protect

11   our students that are registered voters who go to college

12   out of -- who go to school out of state.

13             This basically just says if they provide a

14   student ID as a form of identification from a university

15   that's in the United States so that our students who are

16   going to school out of state are not affected by this

17   amendment adversely.  I believe the amendment is

18   acceptable to the author.

19             SPEAKER:  Mr. Bohac, for what purpose?

20             MR. BOHAC:  Just to clarify the intent,

21   your assumption here is that if they have a college ID

22   from, say, California, they can only come here and vote if

23   they are registered in that particular county?

24             MS. DAVIS:  Right, Mr. Bohac.  We're not

25   changing the requirements to be a registered voter.  The

TX_00212369

171

1    only thing we're saying is if we're going to use student

2    ID as a form of identification, those students who are

3    registered but may go to school out of the State of Texas

4    but are registered in the state are eligible voters, that

5    that ID would be acceptable.  They would be on the books

6    already as a registered voter, but they might not have a

7    Texas student ID.  They may have an Arkansas or another

8    state ID from a university outside of the state.

9                    MR. BOHAC:  Thank you.  You have a good

10   amendment.

11                   MS. DAVIS:  And I believe it's acceptable.

12                   SPEAKER:  The amendment is acceptable to

13   the author.  Are there objections?  The chair hears none.

14   The amendment is adopted.

15                   The following amendment.  The clerk will

16   read the amendment.

17                   CLERK:  Amendment by Gonzales.

18                   SPEAKER:  Chair recognizes Ms. Gonzales.

19                   MS. GONZALES:  Mr. Speaker, members, if

20   this bill is really about voter impersonation and you

21   believe that a photo ID is the best way to avoid that,

22   then you ought to like this amendment.

23                   We know that many of the elderly voters,

24   among others, do not have driver's licenses or photo IDs.

25   What this amendment does is it permits -- not orders, but

172

1    permits -- counties to authorize the county elections

2    administrator or the county clerk to issue a photo ID

3    card.  This gives voters a picture ID that then they can

4    present when they go vote, and that's all it does.  It's

5    not going to cost the state any money.  It's done by the

6    county.

7                    MR. ANCHIA:  Mr. Speaker?

8                    SPEAKER:  Mr. Anchia, for what purpose?

9                    MR. ANCHIA:  Will the gentle lady yield?

10                   SPEAKER:  Will you yield, Ms. Gonzales?

11                   MS. GONZALES:  Yes, I do.

12                   SPEAKER:  The lady yields.

13                   MR. ANCHIA:  This bill is about local

14   control, isn't it, this amendment?

15                   MS. GONZALES:  Yes, it is.

16                   MR. ANCHIA:  Can you explain how it's going

17   to work a little bit for the body?

18                   MS. GONZALES:  Sure.  When a person goes to

19   register to vote and they want to have their photo taken

20   there.  It's convenient.  The county will be the one to

21   actually order -- I mean, they will vote to allow the

22   county administrator or the county clerk to issue a photo

23   ID.  The person can go, register to vote, they can get

24   their photo taken, and they can use that card then as the

25   ID when they go to vote.

173

 1              MR. ANCHIA:  And isn't this more consistent

 2      with the Carter Baker Commission's findings?  I know

 3      Representative Brown is exclusively focusing on one small

 4      provision of Carter Baker.  Didn't Carter Baker also say

 5      that we need to make it as easy as possible for people to

 6      get their photo ID, open up multiple locations, do

 7      outreach into the community, do motor vehicle -- excuse

 8      me -- mobile voter registration, engage in same-day

 9      registration?  Those are some of the other recommendations

10      that have been completely absent from the debate today by

11      the author?  Isn't this more consistent with Carter Baker?

12              MS. GONZALES:  It is.  As you mentioned

13      earlier this morning, Carter Baker was talking about how

14      they suggested the photo ID when you have a real ID.  But

15      this will give people that trust their local

16      administrators, their county administrator, their county

17      clerk -- and they go to the courthouse for something.

18      They may go when they register to vote and have their

19      photo taken and it gives the county the right to do it or

20      not do it as they choose.

21              MR. ANCHIA:  And for a county that wishes

22      to increase its turnout and actually promote the

23      franchise, they would be able to participate in this

24      project or not, but they could undertake to do their own

25      photo identification and actually try to get more people

TX_00212372

174

1    to participate; isn't that right?

2                    MS. GONZALES:  Absolutely.  I think what it

3    does is it encourages counties to get people to go out and

4    vote.  It's no different than one of the items we put in

5    there is employers being able to issue IDs.  Some

6    employers will do it, some employers won't.  But the

7    employer that's concerned about making sure its employees

8    will go out and vote will want to do this.  The county

9    that wants to assure that it has high voter turnout will

10   want to do this, but it will be left to the control of the

11   county.

12                   MR. ANCHIA:  And they will pay for it,

13   correct?  The individual county who wants to do this will

14   pay for it.  So, it's not an unfunded mandate.

15                   MS. GONZALES:  That's correct.

16                   MR. ANCHIA:  Okay.  Thank you.

17                   MR. ESCOBAR:  Mr. Speaker?

18                   SPEAKER:  Mr. Escobar, for what purpose?

19                   MR. ESCOBAR:  Will the representative yield

20   for a question?

21                   SPEAKER:  Ms. Gonzales, do you yield?

22                   MS. GONZALES:  Yes, I will.

23                   SPEAKER:  The lady yields.

24                   MR. ESCOBAR:  Thank you, ma'am.

25   Representative Gonzales, I appreciate you giving me the

TX_00212373

175

1      opportunity to say a few words and ask you a question or

2      two.  We're already set up in counties where we have the

3      ability to actually issue photos of different kinds, so it

4      would not be a burden on the counties financially to place

5      something like this in the process.

6                  MS. GONZALES:  I don't believe so, and I

7      don't think if the citizens of the county want it, then

8      the county commissioners aren't going to do it.  County

9      commissioners they listen to their voters.  They listen to

10     their constituents, and they're going to do this if they

11     want to increase participation.

12                 MR. ESCOBAR:  Also for the benefit of --

13     especially some of the new members here, this particular

14     amendment went through this bill -- this type of bill last

15     session; is that correct?

16                 MS. GONZALES:  Yes, sir, it is.

17                 MR. ESCOBAR:  I think it's really a good

18     amendment because it would help the -- some of the

19     questions that were asked of Representative Brown earlier

20     or some of the comments she made in reference to the types

21     of identification cards that could be used.  This would

22     strengthen her bill if she would accept this amendment.

23                 MS. GONZALES:  If I remember correctly, I

24     believe that this was something that was acceptable to the

25     author last session.  Of course, we're here this session.

TX_00212374

176

1          I hope it will be acceptable to the author, as well.

2                          MR. ESCOBAR:  Thank you.

3                          MS. GONZALES:  I move for passage of the

4          amendment.

5                          SPEAKER:  Chair recognizes Ms. Brown in

6          opposition.

7                          MS. BROWN:  Mr. Speaker, members, this is

8          an interesting idea and something that we might explore in

9          the future, but it is far beyond the scope of the bill to

10         start allowing or even requiring counties to now be the

11         ones who would decide this when they don't have the

12         database to compare and -- compare these names.  We need

13         to have this in the hands of DPS for the time being until

14         we have set up a system by which our counties could handle

15         it.

16                          So, I don't feel comfortable at all with

17         giving this to our counties to do without those

18         guidelines, without the funding for it.  So, I really

19         believe this should be handled by DPS and we should leave

20         it there.  They have the facilities to do it.  They have

21         the database to handle it, to verify all of these

22         cross-references of people.

23                          So, I respectfully move to table the

24         amendment.

25                          SPEAKER:  Mr. Madden, for what purpose?

TX_00212375

177

1                    MR. MADDEN:  Will the lady yield?

2                    SPEAKER:  Ms. Brown, do you yield?  The

3          lady yields.

4                    MS. BROWN:  Be happy to.

5                    MR. MADDEN:  Thank you.  Ms. Brown, my

6          concerns in looking at this amendment -- very strictly

7          administrative also on doing this.  This is -- it appears

8          to have at least if no cost to the bill.  It's certainly

9          going to have some cost to the county that that would be

10         doing this, isn't it?

11                   MS. BROWN:  I'm sure it would.  It would

12         have to.

13                   MR. MADDEN:  What kind of verification

14         would there be of the accuracy of the information on this

15         card?

16                   MS. BROWN:  There's no guidelines for how

17         it should be set up.  As I said, the counties would not

18         have the database to compare statewide the names and

19         addresses of these people.  So, it's a far -- you know,

20         it's something that we might go to in the future,

21         something we could look into and study, but it's certainly

22         not something that we could just jump off into right now

23         and hope that it was going to work out all right.

24                   MR. MADDEN:  I wasn't there.  Committee has

25         heard this bill or not, this legislation, or this idea?

178

```
 1      Have we heard -- as far as you know, have we heard from
 2      any county suggesting this is something that they would
 3      like to do?
 4                      MS. BROWN:  I haven't in my office.
 5                      MR. MADDEN:  In all my times on the
 6      election committee, I will tell you I've never heard of a
 7      county coming up and wanting to do a separate
 8      identification card at any time -- voter cards.  When we
 9      asked them -- I mean, when they were having to do revise
10      and mail out voter cards but this obviously puts an
11      additional load, does it not, on the county?
12                      MS. BROWN:  I agree.  I agree.  Thank you.
13                      SPEAKER:  Chair recognizes Ms. Gonzales to
14      close.
15                      MS. GONZALES:  Members, this bill is
16      permissive.  This bill is not mandatory on a county.  If
17      their citizens back their county commissioners to pass
18      this and the county commissioners choose to do it and pay
19      for it, then why should the state have a problem with it?
20                      Aside from that, who better to have the
21      data than the actual voter registration office?  They are
22      the ones that are actually issuing the voter cards.  If
23      the county would authorize them to do the photo ID of the
24      person -- so, when we talk about not having the data, do
25      you think the employers have the data -- the employers
```

TX_00212377

179

 1      have all the data on the person -- on all persons?  Some

 2      employers will do it, some won't.  Some counties will

 3      choose to do it, some won't.  But the county elections

 4      office is going to be the ones to have the data to issue

 5      this.

 6                   I think it's a perfectly good amendment.

 7      We talk all the time here about local control.  This gives

 8      local control, and if we're really trying to make sure

 9      that people that are entitled to vote will vote, then you

10      ought to vote for this amendment.

11                   I move for passage.

12                   SPEAKER:  Members, Ms. Brown moves to

13      table.  It's a record vote.  Clerk, ring the bell.  Show

14      Ms. Brown voting aye, Ms. Gonzales voting no.  Have all

15      voted?  There being 73 ayes and 69 nays, the motion to

16      table prevails.

17                   Following amendment.  The clerk will read

18      the amendment.

19                   UNIDENTIFIED SPEAKER:  I have a messenger

20      from the Senate to the House.

21                   SPEAKER:  Admit the messenger.

22                   UNIDENTIFIED SPEAKER:  Mr. Speaker, I'm

23      directed by the Senate to inform the House that the Senate

24      is taking the following action.  HB1098 Bonnen (inaudible)

25      relating to immunization against human papilloma virus

180

1     (inaudible).

2              SPEAKER:  The following amendment.  The

3     clerk will read the amendment.

4              CLERK:  Amendment by Davis of Dallas.

5              SPEAKER:  The chair recognizes Ms. Davis.

6              MS. DAVIS:  Thank you, Mr. Speaker,

7     members.  This is an amendment that basically it just says

8     that if we've got them obtaining a voter ID card to vote

9     or Texas ID card for voting that they would not have to

10    pay a fee.

11             SPEAKER:  Ms. Davis sends up an amendment.

12    Is there objection?  The chair hears none.  The amendment

13    is adopted.

14             Following amendment.  The clerk will read

15    the amendment.

16             CLERK:  Amendment by Dutton.

17             SPEAKER:  The chair recognizes Mr. Dutton.

18    The chair recognizes Mr. Dutton.

19             MR. DUTTON:  Thank you, Mr. Speaker,

20    Members.  Members, this is an amendment that I was sitting

21    and chatting and thinking about the times that I go to the

22    poll to vote, and in most cases for about 31 years my dad

23    was the precinct judge and, after he passed away, my

24    mother became the precinct judge.  And in most cases I

25    would pick them up that morning and I would take them to

181

1        the polls where they would get set up about 6:00 o'clock

2        that morning.  So, it just occurred to me if this bill

3        passes, even though I did that, what I would have to do is

4        I would have to do that, I would take my mom to the polls,

5        get the place set up, then I have to take out my ID and

6        give it to her and tell her who I am.  That didn't make

7        sense to me.

8                    MR. CORTE:  Mr. Speaker?

9                    SPEAKER:  Mr. Corte, for what purpose?

10                   MR. CORTE:  I call a point of order on this

11       amendment for further consideration.  It violates Rule 11,

12       Section 3.

13                   MR. DUTTON:  And I object.

14                   SPEAKER:  Bring your point of order down

15       front.  Point of order is withdrawn.

16                   The chair recognizes Mr. Dutton.

17                   MR. DUTTON:  Mr. Speaker, members, again,

18       let me try to explain this amendment.  And I'm not -- I

19       mean, if you've got your mind already made up on this

20       bill, that's one thing, but I think you ought to listen at

21       least to my explanation in chatting with my mother about

22       this bill.

23                   What she said is that, "So, what's going to

24       happen is 6:00 o'clock you come and pick me up to take me

25       to the polling place, I get out, me and all the other poll

182

1    workers, we get together and set the whole thing up, and

2    then at 7:00 o'clock when you come to vote, you mean

3    you're going to have to go get your driver's license out

4    of the car, bring it back, and show me to prove to me who

5    you are?"  She says, "You-all don't have enough to do in

6    the legislature."  I said, "Well, mother, you know, I

7    think an amendment will cure that."

8                    That's what this amendment does.  It does

9    two things.  There's two requirements, rather.  One is you

10   have to be registered in the precinct.  It has to be on

11   the books saying that you are a registered voter in that

12   precinct.  And then it says the voter for the registrar,

13   the precinct worker, has to know the person.  The election

14   office in that precinct has to know that person.

15                    So, if I'm there, the precinct worker knows

16   me, the election officer who is running that polling place

17   knows exactly who I am.  I don't understand why this would

18   be a bad idea.  So, for that reason, members, I would ask

19   you to vote for this amendment.

20                    SPEAKER:  Mr. Dunnam, did you have a

21   question for Mr. Dutton?

22                    MR. DUNNAM:  No, for the author.

23                    SPEAKER:  The chair recognizes Ms. Brown in

24   opposition.

25                    MS. BROWN:  Speaker, members, this is

183

1      another thing that sounds like it might work, but I can

2      think of a number of reasons why it would be better for us

3      to stay with our initial bill and to require the same

4      thing of everyone.  We're not going to make exceptions for

5      some people.  And by the way, this person that shows up at

6      the poll thinking, "Oh, I'm not going to bother taking any

7      ID because I think somebody there knows me," and so "they

8      are going to let me come on in."  And then they get there

9      and, well, that person was ill that day and someone filled

10     in for them and so now they are there without their ID.

11              It's just not a good idea.  Let's make it

12     the same across the board for everyone.  You go to the

13     polls to vote, and you take your ID with you.  That's the

14     policy, and that should be enforced.

15              So, I respectfully move to table the

16     motion.

17              SPEAKER:  Mr. Dunnam, for what purpose?

18              MR. DUNNAM:  Will the lady yield?

19              MS. BROWN:  I would be happy to.

20              MR. DUNNAM:  Ms. Brown, I just want to make

21     sure I understand one part of your bill.  Under current

22     law, a person as a form of photo ID can present any birth

23     certificate; is that right?

24              MS. BROWN:  Yes, as far as I know.

25              MR. DUNNAM:  It doesn't have to be a

TX_00212382

184

1     certified copy?  If you bring in a copy, it's acceptable,

2     right?  And you're making a change on Page 4 of your bill

3     to now require a certified birth certificate; is that

4     right?

5                    MS. BROWN:  That's right.

6                    MR. DUNNAM:  Thank you.

7                    MR. MARTINEZ-FISCHER:  Mr. Speaker?

8                    SPEAKER:  For what purpose, Mr. Martinez?

9                    MR. MARTINEZ-FISCHER:  -- House Bill 218

10    under Rule 4, Section 32C2.

11                   SPEAKER:  Bring your point of order down

12    front.  Mr. Martinez-Fischer raised a point of order.  The

13    point of order is overruled.  The chair recognizes

14    Mr. Dutton.

15                   Mr. Martinez-Fischer, if you want to come

16    up, they will explain to you why your amendment was no

17    good.

18                   MR. MARTINEZ-FISCHER:  That's okay.  Can we

19    just put the ruling in the journal, please?

20                   SPEAKER:  We will.  We will.  The chair

21    recognizes Mr. Dutton.

22                   MR. DUTTON:  Thank you, Mr. Speaker,

23    members.  Since it's been a little bit of time since I

24    talked about this, let me explain what this amendment

25    does.  There are two requirements imposed by this

TX_00212383

185

1    amendment for a person to vote without ID and that is,

2    first of all, they have to be registered.  They have to be

3    on the register.  And then the other requirement is that

4    the voter has to be known by the election officer, which

5    means that, as I said a moment ago, when my mother is the

6    precinct judge and I go to vote, you know, it's just -- I

7    don't know why I would take out my ID to give to my mom to

8    tell her that I'm who I say I am.  That makes no sense to

9    me, and neither did it make any sense to her.

10                   And so, that's the spirit under which I

11   offer this amendment, members.  I know that, you know,

12   what this bill is attempting to do is to eliminate voter

13   fraud and, if that's the purpose of the amendment, there

14   is no better way to eliminate voter fraud than have

15   somebody at the polling place who knows everybody in the

16   precinct.  And certainly you could start with the people

17   who are related and the people who are at home.

18                   So, that's what this amendment does.  I

19   know the argument was that we ought to apply this to

20   everybody.  It is applied to everybody.  If a person shows

21   up at the precinct and that person is on the rolls but the

22   precinct officer or the election officer does not know the

23   person, then that person has to have an ID.  But in the

24   instances where an ID is not required would be the place

25   where the voter is known by the election officer and that

TX_00212384

186

1     person is already on the voting rolls.

2                 And so with that, Mr. Speaker and members,

3     I would ask you to vote "no" on the motion to table.

4                 SPEAKER:  Members, Mr. Dutton sends up an

5     amendment.  Ms. Brown moves to table.  Clerk, ring the

6     bell.  Record vote.  Show Mr. Dutton voting no.  Show

7     Ms. Brown voting aye.  Have all voted?  There being 75

8     ayes, 69 nays, one person not voting, the vote to table

9     prevails.

10                The following amendment.  The clerk will

11    read the amendment.

12                CLERK:  Amendment by Villareal.

13                SPEAKER:  The chair recognizes

14    Mr. Villareal.

15                MR. VILLAREAL:  Thank you, Mr. Speaker,

16    members.  This amendment would require all poll workers to

17    attend a training program to educate them on the

18    provisions of how Bill 218 -- how to check the various

19    forms of identification required under this legislation.

20    Sounds reasonable enough.

21                This amendment would make attendance

22    mandatory for all poll workers.  Looks like it's

23    acceptable to the author.  Passage.

24                SPEAKER:  Members, Mr. Villareal sends up

25    an amendment.  The amendment is acceptable to the author.

TX_00212385

187

1    Any objections?  The chair hears none.  The amendment is

2    adopted.

3                    The following amendment.  The clerk will

4    read the amendment.

5                    CLERK:  Amendment by Davis of Dallas.

6                    SPEAKER:  Chair recognizes Ms. Davis.

7                    MS. DAVIS:  Thank you.  Mr. Speaker,

8    members, this amendment just basically says that we will

9    put notice of acceptable identification.  As we well know,

10   at voting locations there's posted information, sample

11   ballots so the voters will understand and be clear about

12   what's appropriate or what's on the ballot.

13                   This just adds another provision that will

14   be part of that posted notice about what kinds of

15   identification you will need to vote.  I think it's

16   acceptable to the author.

17                   SPEAKER:  Ms. Davis sends up an amendment.

18   The amendment is acceptable to the author.  Any objection?

19   The chair hears none.  The amendment is adopted.

20                   The following amendment.  The clerk will

21   read the amendment.

22                   CLERK:  Amendment by Alonso.

23                   SPEAKER:  The chair recognizes Mr. Alonso.

24   The chair recognizes Mr. Alonso.

25                   MR. ALONSO:  Thank you, Mr. Speaker,

188

1    members.  Members, what this amendment does is say that

2    the Texas attorney general look at this language to

3    determine whether it violates the Voting Rights Act under

4    42 U.S.C. Section 93BF2.

5              SPEAKER:  Chair recognizes Ms. Brown.

6              MS. BROWN:  Mr. Speaker, members, this

7    sounds like a good idea.  However, this will have to have

8    pre-clearance from the Department of Justice before it's

9    implemented.

10             So, these requirements here, really it

11   would be a waste of time and effort since we must go

12   through that -- jump through that hoop before it can be

13   implemented.  So, I respectfully request that we table

14   this amendment.

15             SPEAKER:  Chair recognizes Mr. Alonso to

16   close.

17             MR. ALONSO:  Thank you, Mr. Speaker,

18   members.  Members, let me tell you what I'm trying to do

19   with this amendment.  Right now, as Ms. Brown has pointed

20   out, this bill is going to have to go before the

21   U.S. government in Washington to determine whether this is

22   good legislation or not, and what I'm trying to do with

23   this amendment is say, "Why not let Texas do it?"

24             Right now, if you know, those are chairman

25   right now ask our attorney general to render opinions.

TX_00212387

189

1     That's not a waste of time.  What we're trying to find out

2     it is good policy or not.  What I'm trying to say is let

3     our attorney general make the decision whether this is

4     good policy or not.  And the reason I'm bringing that for

5     his determination is that, as Ms. Brown pointed out, we're

6     going to ask -- we're going to submit it to the

7     U.S. government to determine whether this violates the

8     Voter Rights Act or not.  I say why not let our attorney

9     general -- let me tell you, we've done that in this

10    session already on several issues.  Several issues that

11    we're dealing with here in the House of Representatives.

12    We asked the attorney general to find out what he thinks

13    about the legislation that we're doing.

14              So, this just follows the light.  It's not

15    any different.  It's not any different what I'm asking for

16    than chairman Swifford asked or some of you folks that

17    asked about the vaccine.  I'm saying let's ask our

18    attorney general what he thinks about the legislation,

19    whether it violates the Voting Rights Act or not.  All it

20    is is following policy indirectly this House has already

21    determined to follow on another issue.  Let's find out

22    about this legislation.  Let's find out from our attorney

23    general whether this passes muster or not.

24              With that, members, and because of what

25    we're doing already, I ask that you vote "no" on the

190

1    motion to table.

2                   SPEAKER:  Members, Mr. Alonso sends up an

3    amendment.  Ms. Brown moves to table.  It's a record vote.

4    Clerk will ring the bell.  Show Ms. Brown voting aye,

5    Mr. Alonso voting no.  Have all voted?  There being 76

6    ayes, 66 nays, the motion to table the bill -- following

7    amendment.  The clerk will read the amendment.

8                   CLERK:  Amendment by Liebowitz.

9                   SPEAKER:  Chair recognizes Mr. Liebowitz.

10   The amendment is withdrawn.

11                  Following amendment.  The clerk will read

12   the amendment.

13                  CLERK:  Amendment by Herrero.

14                  SPEAKER:  Chair recognizes Mr. Herrero.

15                  MR. HERRERO:  Mr. Speaker, members, thank

16   you.  The amendment that I have before you -- and you can

17   see it on your screen -- tries to address the situations

18   that were created by the passing of HB218 in its current

19   form.

20                  HB218 in its current form, by requiring a

21   photo ID, is essentially a poll tax.  The way we can help

22   address that is by ensuring that those forms of ID that

23   will be necessary to vote, that there will be no fee

24   collected for those forms of ID.

25                  Therefore, the amendment you see before you

191

1      would allow individuals to be exempted from having to pay

2      the fee for those documents to be used as proof of

3      identification necessary under this chapter.

4                    I move for passage.

5                    MR. BOHAC:  Mr. Speaker?

6                    SPEAKER:  Mr. Bohac, for what purpose?

7                    MR. BOHAC:  I would like to raise a point

8      of order on this amendment under Rule 11, Section 1 as to

9      the germaneness of the amendment.

10                    SPEAKER:  Bring your point of order down

11     front.  The point of order is withdrawn.  Chair recognizes

12     Mr. Herrero on his amendment.  The chair recognizes

13     Mr. Bohac in opposition.

14                    MR. BOHAC:  Members, this is an unfunded

15     mandate for colleges.  It's unworkable.  How are they

16     going to ascertain who is requesting this ID for the early

17     voting?  I understand the intent of it, and we're already

18     increasing the costs for colleges, and I don't think we

19     should send them another unfunded mandate.

20                    So, I respectfully move to table this

21     amendment.

22                    SPEAKER:  Chair recognizes Herrero to close

23     on his amendment.

24                    MR. HERRERO:  Thank you, Mr. Speaker.

25     Under this bill we're requiring individuals to have a form

192

1        of ID in order to vote.

2                    MR. JACKSON:  Mr. Speaker?

3                    SPEAKER:  Will you yield, Mr. Herrero?

4                    MR. HERRERO:  Not this moment, Mr. Jackson.

5        I did not yield.  I will in a little bit.  I'm trying to

6        explain why this is essentially a poll tax.

7                    When you're requiring a photo ID or a form

8        of ID in order to vote and that form of ID requires you to

9        pay something in exchange for that ID necessary to vote,

10       that is a poll tax.  So, if you pass HB218 in its current

11       form, not only will you be creating a poll tax but you

12       will be creating an un-Constitutional law.

13                   So, when you try to decide do we create an

14       unfunded mandate or do we create or pass a law that's

15       un-Constitutional, think about what we're doing.  Think of

16       what sort of precedent we're trying to set as a form of

17       government in a democracy where not only we are fighting

18       for democracy for other countries but yet now we're

19       creating obstacles within our own.

20                   The poll tax in Texas was adopted in 1902.

21       That fee ranged from approximately a dollar 50 to a dollar

22       75.  That poll tax discriminated against individuals and,

23       as a result, the 24th Amendment to the U.S. Constitution

24       prohibited the use of poll taxes.  Two years after that,

25       the U.S. Supreme Court in Harper versus Virginia Board of

TX_00212391

193

1        Elections ruled that poll taxes in state elections were

2        un-Constitutional.

3                     When you require forms of ID necessary to

4        vote such as a driver's license, a state military ID, a

5        university ID, a concealed handgun permit, a passport --

6        all of those require fees.  In fact, if you go get a

7        driver's license, it will cost you $24 for six years and

8        that does not cover the fees for the instruction permit or

9        the road test.  If you argue, "Well, I don't drive," that

10       doesn't matter because under this bill you will need a

11       form of ID.  So, even if you don't drive and you're not in

12       school and you don't get a university ID, if you're

13       retired and you don't have an employer to give you ID,

14       you're no longer military or have never been in the

15       military and you don't carry a gun, well, you still need a

16       form of ID to vote and that ID is not free.  There's a

17       cost associated with obtaining that fee (sic).  The fee

18       for a Texas ID card is $15 for those under 60 years of

19       age.  That card will expire in six years.  For those

20       individuals that are 60 years of age or older, the cost

21       for that ID is $5.

22                     So, regardless of how you look at this

23       bill, the net result is that you have to pay in order to

24       vote because without that ID this bill will prohibit you

25       from being able to vote.  That's why the amendment is

TX_00212392

194

1      being offered as a way to show that there is not a fee

2      being collected in order to obtain those IDs necessary to

3      be presented in order to allow a person to vote and that's

4      why I'm asking for your support.  And I yield,

5      Mr. Speaker.

6                     MR. JACKSON:  Mr. Speaker, does the

7      gentleman yield?

8                     MR. HERRERO:  I do.

9                     MR. JACKSON:  Did you miss Representative

10     Brown's -- one of her first amendments was to say that if

11     the person said they couldn't afford the ID card for the

12     State of Texas that it was free, there is no charge?

13                    MR. HERRERO:  If I understood the

14     amendment, it talked about if the person says they are

15     unable to afford it that they will be issued an ID, but

16     it's discretionary.

17                    MR. JACKSON:  What do you mean it's

18     discretionary?

19                    MR. HERRERO:  If you tell me that you can't

20     afford it, I could easily just say, "No, I want you to pay

21     it."

22                    MR. JACKSON:  That's not what the amendment

23     said.  The amendment said if they say they can't afford

24     it, they have got to issue a free ID card.  So, there is

25     no poll tax.  There is no cost.  There is no charge.  I

TX_00212393

195

1       think you just missed the amendment.

2                       MR. HERRERO:  In my opinion --

3                       MR. JACKSON:  Maybe you should go back and

4       review it.

5                       MR. HERRERO:  I can review it as many times

6       as I want, but essentially even if I don't go for a photo

7       ID -- if I go to go get a driver's license and I have to

8       pay to get that form of ID, if that's the form of ID that

9       I choose to use to comply with this law --

10                      MR. JACKSON:  You don't have to have a

11      driver's license.  You have to have a driver's license to

12      drive.  The court's already ruled on this.  It's not a

13      poll tax.

14                      MR. HERRERO:  If you have to pay to vote --

15      and in this case you have to pay to get some form of ID to

16      vote --

17                      MR. JACKSON:  If you want to drive, you

18      have to pay.  If you want an ID card and you use it for

19      voting, then you go and tell them that you can't afford

20      the ID card and need one that is free.  So, if it's free,

21      it can't be a poll tax.

22                      MR. HERRERO:  So, if I go and I'm not given

23      that information and I don't know that I have the option

24      to pay it, which there's no notice required under this

25      law, if I go and the DPS officer says, "That is going to

TX_00212394

196

1    cost you, Mr. Herrero, $15 to get your photo ID" -- it

2    doesn't say -- because it's not required under the

3    amendment, unless you see it somewhere -- and please tell

4    me if it is in there, but otherwise it's not in there,

5    Mr. Jackson.  So, being no notice requirement there are a

6    lot of laws out there with certain requirements or waiting

7    to get passed the voter ID, the poll tax provision but in

8    a nutshell there's no way around the fact that this is an

9    un-Constitutional bill that if passed would be held

10   un-Constitutional because you're requiring someone to pay

11   in order to vote.  Whether it's a driver's license, the

12   form of any ID, any form which is considered to be an

13   acceptable form of ID, you're required to pay to get that

14   ID.

15                  MR. JACKSON:  That's just not true.  And

16   the poll tax makes a good sound byte, but it's just not

17   true in this case.

18                  MR. HERRERO:  If I'm having to pay to vote,

19   then it is a poll tax.  Whether I'm having to show a piece

20   of paper or a document with my ID on it, I'm still having

21   to pay to get that to vote.

22                  MR. CASTRO:  Will the gentleman yield?

23                  MR. HERRERO:  I yield.

24                  SPEAKER:  The gentleman yields, Mr. Castro.

25                  MR. CASTRO:  In order to vote under this

TX_00212395

House Floor Debate - Volume 2                    April 23, 2007

197

1    new bill, somebody would have to either get a driver's

2    license or they have to get this personal identification

3    card.  And we also see that on Page 6 of the bill -- I

4    have the scaled version, the 8 and a half by 11 version,

5    and in that version it's on Page 6 -- that the fee for

6    personal identification card varies according to your age.

7                So, in essence we're charging different

8    people of different ages different prices to vote or we

9    could be at least; isn't that right?

10               MR. HERRERO:  That's correct.  Based on the

11   information we obtained, for people 60 years of age or

12   younger it's $15 for the ID.  If you're over 60 years of

13   age, it's $5.  So, yes, you're charging different amounts

14   to -- different prices to different people in order to

15   vote.

16               MR. CASTRO:  Just to vote?

17               MR. HERRERO:  Just to vote.  And it's

18   important to note that under the current system, the U.S.

19   law, there's no fee in order to vote.  When you go

20   register to vote, you don't get charged a fee.  When you

21   get your voter identification card, there's no fee

22   associated with that.  You're not required to pay

23   something in order to vote.  Under this bill, you're

24   required to pay.

25               MR. CASTRO:  Now, there's a section

TX_00212396

198

1      underneath that says you can sign an affidavit saying that

2      you're unable to pay this fee and that they will give it

3      to you for free.

4                  Do you see any standards set up for the

5      department to determine whether you are actually unable to

6      pay?

7                  MR. HERRERO:  No, there's not.  And even

8      under the amendment there's no notice requirement.

9      There's no way of ensuring that a person's right to vote

10     is actually protected.

11                 MR. CASTRO:  So, somebody going in there

12     making a hundred thousand dollars could go in and sign an

13     affidavit or somebody going in making $10,000 could sign

14     an affidavit?

15                 MR. HERRERO:  Even under the amendment

16     under that scenario or even under the amendment someone

17     could just literally say that they are not -- don't have

18     the money and they would be given an ID.  But the point

19     here is not about whether you can afford it or not.  The

20     point is that there's a fee associated in order to get a

21     form of ID necessary to vote.

22                 MR. CASTRO:  But under the original bill

23     there's no criteria to determine eligibility -- financial

24     eligibility, basically?

25                 MR. HERRERO:  None at all whatsoever.

TX_00212397

199

1                    MR. STRAMA:  Will the gentleman yield?

2                    MR. HERRERO:  I yield.

3                    MR. STRAMA:  Have you looked at the fiscal

4        note on the bill as it was reported from committee?

5                    MR. HERRERO:  I have not.

6                    MR. STRAMA:  The fiscal note on the bill

7        says that it's going to cost no state general revenue,

8        which I know Mr. Chisholm will be pleased to hear, but it

9        will cost $177,000 out of the Mobility Fund coming out of

10       the money that we need to build roads.

11                   We've added an amendment to the bill today

12       that liberalizes the ability for people to get free

13       identification cards, which would add to that

14       177,000-dollar a year fiscal note out of the Texas

15       Mobility Fund; is that correct?

16                   MR. HERRERO:  I'll take your word for it,

17       Representative Strama.

18                   MR. STRAMA:  Have you listened to the floor

19       of this House this session about how we've got to stop

20       raiding the Mobility Fund to pay for things that don't

21       have anything to do with roads?

22                   MR. HERRERO:  I do.  And again, whether

23       you're having to pay for it or not, the point is that

24       there's a fee associated with the need to vote.  That's

25       why it's a poll tax, on top of the cost that it's going to

200

1      be incurred to the state.

2                      MS. HODGE:  Mr. Speaker?

3                      SPEAKER:  Ms. Hodge, for what purpose?

4                      MS. HODGE:  Will the gentleman yield?

5                      MR. HERRERO:  I yield.

6                      MS. HODGE:  Representative Herrero, I've

7      got some real concerns about the ability to get any of

8      these documents that you need for free if you say you are

9      unable to pay.  Since you have to sign an affidavit to do

10     that, it appears that I would have to be the one to

11     determine whether or not I could pay for the document.  It

12     doesn't say anything about how much money I have to make.

13     It doesn't say sliding scale payment.  So, if I sign an

14     affidavit saying that I cannot pay and I get the documents

15     for free, would at any point I ever be accused or charged

16     with falsifying a governmental document?

17                     MR. HERRERO:  That would be a charge that

18     could be made.  There's no provisions under the bill for

19     that form of either notice requirement, protection of

20     civil rights, or the issues that you've pointed out,

21     Representative Hodge.

22                     MS. HODGE:  So, each individual person then

23     that go to pick up a form, they would make the decision

24     themselves as to whether or not --

25                     SPEAKER:  -- raised a point of order.  The

201

1      gentleman's time has expired.  The point of order is

2      well-taken and sustained.

3                      MR. HERRERO:  I ask that you move against

4      the motion to table.

5                      SPEAKER:  Members, Mr. Herrero send up an

6      amendment.  Ms. Brown moves to table.  All in favor, vote

7      aye.  Opposed, vote no.  It's a record vote.  Clerk, ring

8      the bell.  Show Ms. Brown voting aye.  Show Mr. Herrero

9      voting no.  Have all voted?  There being 78 ayes, 67 nays,

10     the motion to table prevails.

11                     The following amendment.  The clerk will

12     read the amendment.

13                     CLERK:  Amendment by Herrero.

14                     SPEAKER:  Chair recognizes Mr. Herrero.

15                     MR. HERRERO:  Thank you, Mr. Speaker.

16     Again, as the bill stands, you create a poll tax.  In the

17     last effort to try to eliminate the poll tax provision of

18     this bill, I've offered this other amendment.  This

19     amendment is limited only to personal ID cards so that

20     there's no fee in obtaining a personal Texas ID card, and

21     I ask that you please consider this amendment because as

22     the bill stands there's currently a poll tax.

23                     I move for passage.

24                     SPEAKER:  Chair recognizes Ms. Brown.

25                     MS. BROWN:  Mr. Speaker, members, perhaps

202

1      this would be a poll tax if we accepted this amendment and

2      started collecting a fee on it.  All the things that

3      Mr. Herrero referred to are things that people already

4      have in their possession.  They acquire them for another

5      purpose and then they're able to use them to vote with the

6      exception of the photo ID, in case of not having a voter

7      registration card.

8                    So, I have to move to table this amendment.

9                    SPEAKER:  Chair recognizes Mr. Herrero.

10                   MR. HERRERO:  Mr. Speaker, I think we've

11     understood the arguments.  If you're against poll taxes

12     and you want to do what Representative Brown has indicated

13     that we do as elected officials, which is we take an oath

14     of office, we serve to uphold the laws of the United

15     States, of the state, I ask that you vote against the

16     motion to table and you make a statement against poll

17     taxes.

18                   SPEAKER:  Members, Mr. Herrero sends up an

19     amendment.  Ms. Brown moves to table.  All those in favor,

20     vote aye.  Opposed, vote nay.  It's a record vote.  Clerk,

21     ring the bell.  Show Ms. Brown voting aye, Mr. Herrero

22     voting no.  Have all voted?  Being 77 ayes, 66 nays, one

23     person not voting, the motion to table prevails.

24                   Following amendment.  The clerk will read

25     the amendment.

203

1                    CLERK:  Amendment by Heflin.

2                    SPEAKER:  Chair recognizes Mr. Heflin.

3                    MR. HEFLIN:  Thank you, Mr. Speaker.

4     Ladies and gentlemen, this amendment strictly directs the

5     Secretary of State to adopt training standards under

6     32.111 of the Election Code whereas they have standardized

7     elections across the state so all the training for our

8     election workers is consistent, where everybody knows what

9     they are doing.  And this just provides the Secretary of

10    State include in their training provisions on handling

11    these documents of identification, verifying whether they

12    are good documents or not good documents.  This just

13    assures that we have standardized elections across the

14    State of Texas.

15                   SPEAKER:  Mr. Heflin sends up an amendment.

16    The amendment is acceptable to the author.  The amendment

17    is adopted.

18                   Following amendment.  The clerk will read

19    the amendment.

20                   CLERK:  Amendment by Heflin.

21                   SPEAKER:  Chair recognizes Mr. Heflin.

22                   MR. HEFLIN:  Thank you, Mr. Speaker.

23    Ladies and gentlemen, this amendment clearly takes us out

24    of the poll tax issues, provides that any person who is a

25    registered voter in this state and presents a valid voter

TX_00212402

204

1      registration certificate or anyone who is eligible for

2      registration Under Section 13.001 of the Election Code and

3      makes a statement that the person is seeking documents to

4      use to register to vote, notwithstanding that the

5      Department of Public Safety may not charge any fee for the

6      issuance of a personal identification card or any HEC

7      institution of political subdivision may not charge any

8      fee for the issuance of a birth certificate or any

9      document required to be submitted for the issuance of a

10     personal identification card.

11             This is for a limited time only until

12     September 1, 2009.  This gives all those people that are

13     currently have voter registration certificates but don't

14     have photo IDs or who are eligible to have voter

15     certificates that don't have the documentation, this gives

16     them a chance to get in and get registered to vote.  This

17     is a good bill, and it will --

18             SPEAKER:  Will you yield, Mr. Heflin?

19             MR. HEFLIN:  I will yield.

20             MR. MADDEN:  Mr. Heflin, can you give us --

21     what's the fiscal note on this?

22             MR. HEFLIN:  Actually, the fiscal note to

23     the voter is zero.

24             MR. MADDEN:  That's not what the State of

25     Texas is interested in, though.  The State of Texas is

TX_00212403

205

1      interested in what's the fiscal note to the State of Texas

2      and to its counties and other --

3                      MR. HEFLIN:  What did we collect in our

4      last poll tax?

5                      MR. MADDEN:  That's not the question.  The

6      question to you is what's the fiscal note on the amendment

7      you've just put forward?

8                      MR. HEFLIN:  The fiscal note is that those

9      who need a personal identification card as provided by law

10     under this bill would be allowed to do so without being

11     charged a penalty for voting.

12                     MR. MADDEN:  There's a cost, is there not,

13     on providing that personal ID free of charge which is then

14     passed on to either our state or to our local entities

15     that this bill is, in fact, going to be a large unfunded

16     mandate, is it not?

17                     MR. HEFLIN:  I did not draft the bill.

18                     MR. MADDEN:  I understand.

19                     MR. HEFLIN:  But the whole bill is an

20     unfunded mandate.  It's an unfunded mandate because

21     there's going to have to be extra workers to handle all

22     the extra documents.  There's going to have to be extra

23     workers by the Secretary of State to teach everyone how to

24     do this.  So, the whole bill is an unfunded mandate.

25                     MR. MADDEN:  -- good share of that, but on

TX_00212404

House Floor Debate - Volume 2                    April 23, 2007

                                                              206

1     your portion of it can you tell us how much more you're

2     adding in addition -- if you think there was an unfunded

3     mandate, how much additional are you adding to it?

4                    MR. HEFLIN:  I cannot provide that to you.

5     I do not have a clue.

6                    MR. MADDEN:  Thank you.

7                    SPEAKER:  Chair recognizes Ms. Brown.

8                    MS. BROWN:  Mr. Speaker, members, we have

9     already dealt with this.  We've taken care of the cost if

10    anyone can't afford the photo ID to be issued.  So, we

11    keep -- keep hearing about the unfunded mandate and the

12    poll tax, and all of that it really is a non-issue.  The

13    Supreme Court has already ruled that requiring a photo ID

14    is not an equivalent of a poll tax.  And the -- excuse me.

15    The fiscal note on this bill is also a red flag to go up.

16    I do move to table this because it -- it's not going to be

17    helpful to the bill.  Thank you.

18                    SPEAKER:  For what purpose?

19                    MR. CASTRO:  Will the gentle lady yield for

20    a question?

21                    SPEAKER:  Ms. Brown, do you yield?  The

22    lady refuses.  The chair recognizes Mr. Heflin to close.

23                    MR. HEFLIN:  Thank you, Mr. Speaker.

24    Ladies and gentlemen, this is a poll tax.  We're going to

25    charge people $15 or $5 or $30 to get these documents in

207

1    order to be able to vote.  This is a poll tax for poor

2    people.  The House today, we are setting back voters'

3    rights in the State of Texas however many years because we

4    are going to enact a poll tax.  You know, this only goes

5    to 2009.  This will allow those people the opportunity to

6    get in and get their voter registration ID that would be

7    required to vote.  It clears up the system.

8                    This is a good amendment.  If we care about

9    Texas, if we care about the elderly of Texas, if we care

10    about the future voters of Texas, ladies and gentlemen, we

11    do not need to make it a --

12                    MR. BOHAC:  Will the gentleman yield for a

13    question?

14                    SPEAKER:  Mr. Heflin, do you yield?

15                    MR. HEFLIN:  I will yield.

16                    SPEAKER:  The gentleman yields.

17                    MR. BOHAC:  Representative Heflin, I

18    understand the intent of your amendment, but haven't we

19    already really addressed this particular issue because if

20    a person doesn't have an ID, they can go to the DPS and

21    not even sign an affidavit, merely make a statement that

22    they are unable to pay for it and they get an ID for free?

23                    MR. HEFLIN:  Mr. Bohac, is there a

24    difference between you standing up in front of a panel of

25    six people and saying, "I don't have the money to vote.  I

TX_00212406

208

1    have to sign and state today that I'm poor and can't do

2    it?"  Don't you think that would discourage people to come

3    vote as opposed to we can send them to the DPS or to the

4    county clerk and they can declare there that they are

5    seeking documents for voting, that that would be a lot

6    less embarrassing to them?  And that embarrassment alone

7    would cause people to stay away from the polls, and our

8    goal in the State of Texas should be to encourage people

9    to vote, not discourage them.  You know, I don't know if

10   you've ever been poor.  A lot of people have been poor,

11   and it's not a fun situation.  So, I think we need to help

12   them to grow, mature, and become citizens of this state

13   and vote regularly.

14              MR. BOHAC:  Here again, I think we've

15   already addressed this.  I understand where you're coming

16   from, but we already have addressed this.  Thank you.

17              MR. HEFLIN:  I think we have not.  I move

18   passage.  Actually, I move to table the motion -- vote

19   "no" on the motion to table.

20              SPEAKER:  Mr. Heflin sends up an amendment.

21   Ms. Brown moves to table.  All those in favor vote aye.

22   All those opposed, vote no.  It's a record vote.  Clerk,

23   ring the bell.  Show Ms. Brown voting aye, Mr. Heflin

24   voting no.  Have all voted?  There being 72 ayes and 67

25   nays, the motion to table prevails.

209

1          The following amendment.  The clerk will

2     read the amendment.

3               CLERK:  Amendment by Rose.

4               SPEAKER:  The chair recognizes Mr. Rose.

5               MR. ROSE:  Mr. Speaker, members, this

6     amendment would require the election officer to inform the

7     voter that they have the right to cast a provisional

8     ballot when they are denied at the ballot box, and I've

9     worked with the author of this.  This is acceptable to the

10    author.

11              SPEAKER:  Members, Mr. Rose send up an

12    amendment.  The amendment is acceptable to the author.  Is

13    there objection?  The chair hears none.  The amendment is

14    adopted.

15              The following amendment.  The clerk will

16    read the amendment.

17              CLERK:  Amendment by Vaught.

18              SPEAKER:  Mr. Vaught?

19              MR. VAUGHT:  Mr. Speaker, members, this

20    amendment exempts service-related disabled veterans having

21    to provide local forms of ID when they vote.  When the

22    veterans register to vote on the registration form --

23              MR. LIEBOWITZ:  Mr. Speaker?

24              SPEAKER:  Mr. Liebowitz, for what purpose?

25              MR. LIEBOWITZ:  Can we kindly have some

210

1     order here?

2                    SPEAKER:  Members, if you'll move your

3     conversations outside the rail and give the gentlemen your

4     attention, I would appreciate it.  Thank you.

5                    MR. VAUGHT:  Thank you, Mr. Speaker.  As I

6     was saying, when the disabled veterans register to vote,

7     they would indicate on the registration application form

8     that they are a disabled veteran and that would be noted

9     on their voter registration card.

10                    I don't think the veterans who have shed

11    blood on foreign battlefields past, present, and future

12    should have to prove who they are in order to vote in this

13    country that they fought to defend.

14                    Disabled veterans, which we are suffering

15    many in the current war in Iraq and Afghanistan, may not

16    have a driver's license or other forms of ID needed to

17    vote under the bill as it is currently presented, and my

18    amendment will exempt those veterans from the requirements

19    of this bill.

20                    MR. LIEBOWITZ:  Mr. Speaker?

21                    SPEAKER:  For what purpose?

22                    MR. LIEBOWITZ:  Will the gentleman yield

23    for questions?

24                    SPEAKER:  Mr. Vaught, do you yield?

25                    MR. VAUGHT:  I yield.

TX_00212409

211

1                    MR. LIEBOWITZ:  When you joined the

2       Marines, did they ask you for two forms of ID when you

3       went to sign up?

4                    MR. VAUGHT:  Actually, I've got to clarify.

5       I was United States Army.

6                    MR. LIEBOWITZ:  I beg your pardon.  We'll

7       forgive you.  Did they ask you for two forms of ID?

8                    MR. VAUGHT:  Not that I recall.  It was

9       many years ago, but I don't think so.

10                   MR. LIEBOWITZ:  You did, in fact, suffer a

11      service-related disability, as well, did you not?

12                   MR. VAUGHT:  Yes, sir, a roadside bomb in

13      Sauder City, Iraq injured me, yes.

14                   MR. LIEBOWITZ:  And what you're telling

15      this body is that you're asking them to vote to exempt

16      veterans who have fought on our behalf for the freedoms

17      that we enjoy.  If they were injured and they have a

18      service-related disability, you're asking this body to

19      provide them with an exemption from this requirement of

20      two forms of ID.

21                   MR. VAUGHT:  That's exactly what I'm

22      asking.

23                   MR. LIEBOWITZ:  That's the extent of your

24      amendment?

25                   MR. VAUGHT:  Yes, sir.

212

1                    MR. LIEBOWITZ:  Okay.  Very good.  Thank

2        you.

3                    MR. ANCHIA:  Mr. Speaker?

4                    SPEAKER:  Mr. Anchia, for what purpose?

5                    MR. ANCHIA:  Will the gentleman yield?

6                    MR. VAUGHT:  Yes, I yield for a question.

7                    MR. ANCHIA:  Mr. Vaught, you fought in

8        Iraq, correct?

9                    MR. VAUGHT:  That's correct.

10                   MR. ANCHIA:  And this was combat duty?

11                   MR. VAUGHT:  Correct.

12                   MR. ANCHIA:  And you helped people -- you

13       were there when they were holding elections?

14                   MR. VAUGHT:  We had some tribal council

15       elections that I oversaw when I was in Falusia.

16                   MR. ANCHIA:  Did they use photo ID during

17       those tribal council elections?

18                   MR. VAUGHT:  No.

19                   MR. ANCHIA:  Does this seem like under

20       HB218 we're making it harder to vote in Texas than we are

21       in Afghanistan and Iraq?

22                   MR. VAUGHT:  I believe so, yes.

23                   MR. ANCHIA:  Thank you.

24                   MR. BERMAN:  Mr. Speaker?

25                   SPEAKER:  For what purpose, Mr. Berman?

TX_00212411

213

1          MR. BERMAN:  Will the gentleman yield?

2          MR. VAUGHT:  Yes, sir, I yield.

3          MR. BERMAN:  You know, a lot of disabled

4    veterans -- you and I are disabled?

5          MR. VAUGHT:  Yes, sir.

6          MR. BERMAN:  You and I have been in combat,

7    but a lot of disabled veterans have never seen combat in

8    their lives.  They hurt their back in the motor pool, they

9    did something like that.  I know you mentioned the shed

10   blood in combat and I agree with you a hundred percent,

11   but how do we distinguish between those veterans who have

12   a 10 percent disability because their back hurts or some

13   other like that, and how do we distinguish between other

14   veterans who are here legally as immigrants because not

15   all veterans are U.S. citizens.  Not all service members

16   are U.S. citizens -- and they can't vote anyway.  And I

17   think the last part I wanted to ask you about is if you

18   open your wallet, I'm sure you have a military ID card

19   like I have.  Do you have one?

20         MR. VAUGHT:  No, sir, I don't have one on

21   me, no.

22         MR. BERMAN:  But do you have one?

23         MR. VAUGHT:  I have one that's expired.  It

24   expired last month.  I don't have the time to go and renew

25   it wherever the place is I'm supposed to go renew it.

TX_00212412

214

1            MR. BERMAN:  That's the questions I've got,

2      Alan, the fact that there are non-citizens who are serving

3      in the military and there are military personnel with

4      disabilities would have never served in combat.

5            MR. VAUGHT:  Yes, sir.  There are multiple

6      questions, and I'll do my best to answer them as I recall

7      them.

8            The first question, I believe, was how do

9      you differentiate between those injured in the line of

10     duty versus motor pool, and I believe the VA currently

11     makes that differentiation.  However, I believe that any

12     disabled veteran should be subject to the benefits offered

13     by this amendment.  Whether they served in combat or

14     peacetime, they have all contributed to preserving the

15     democracy we all love.  So, I believe they should be

16     eligible.

17           With regards to those brave individuals who

18     are not United States citizens who are currently fighting

19     and dying in Iraq, they are totally exempted from voting

20     to begin with.  So, I don't think that's a problem.

21           MR. BERMAN:  But, Alan, wouldn't any

22     veteran be proud to show their ID card to vote because

23     that's why we serve and that's why we went into combat?  I

24     have never went against a veteran's bill in my life.

25           But you're asking to do something -- what

TX_00212413

215

1    is the benefit to just be able to go in there -- now, you

2    say that the first time you're going to have to show an ID

3    when we register to vote and then it will be marked on the

4    voter registration card; is that correct?

5                 MR. VAUGHT:  Well, I guess I'll answer your

6    question first about most of them having IDs, and they

7    probably do.  You and I both have our IDs, although mine's

8    expired, and if I needed to rely on it today to vote I

9    would be excluded from voting unless I could show some

10   other ID.  But, you know, there's got to be individuals

11   out there that don't.  I mean, I watch the news and I see

12   these brave soldiers, missing limbs, record numbers in

13   this war, in fact.  The most since any war since the Civil

14   War.  May be hard for them to go get an ID.  I'm saying

15   when there is a question about whether they do or they

16   don't, I think we need to come down on the side of the

17   disabled veterans, and I think that's what this amendment

18   does.

19                 MR. BERMAN:  You said before -- you

20   mentioned before a veteran is going to get a voter

21   registration card.  Didn't you say that he has to show an

22   ID at that time to get a voter registration card?

23                 MR. VAUGHT:  I don't think we discussed

24   that earlier, but when you go -- this amendment as written

25   would basically have the same requirements you have now to

TX_00212414

216

1    get a voter registration card, but there's a box to check

2    stating under penalty of perjury that you are a disabled

3    veteran under the criteria matched by this amendment.

4                  MR. BERMAN:  A box that you check where?

5                  MR. VAUGHT:  It's on the voter registration

6    card.  Let me find it here, please.  I believe it's on

7    Page 2, a space or box for indicating whether the

8    applicant served in the capacity in which we're talking

9    about.

10                  MR. BERMAN:  Okay.

11                  MR. VAUGHT:  In the application form.

12   Pardon me.

13                  Move passage, Mr. Speaker.

14                  SPEAKER:  Chair recognizes Ms. Brown.

15                  MS. BROWN:  Mr. Speaker, members, this is a

16   very difficult vote because no one in here wants to be

17   perceived as voting against veterans.  I think we all know

18   how we feel about our veterans and the debt that we owe

19   them.

20                  However, I have trouble following the

21   information that Mr. Vaught has given us about disabled

22   veterans not having photo ID and that some then -- their

23   photo ID expires.  I'm assuming -- and I think I'm

24   right -- in the fact that any disabled veteran who is

25   drawing disability checks would have a photo ID.  He would

217

1    have to.  And plus, probably numerous other forms of photo

2    ID.

3              So, I really -- I understand why that we're

4    being put in the position to take this vote.  I don't

5    think we should be seen as casting a vote against our

6    veterans because I don't think this is a vote against our

7    veterans.

8              MR. CHRISTIAN:  Mr. Speaker?

9              SPEAKER:  Mr. Christian --

10             MR. CHRISTIAN:  Will the lady yield?

11             MS. BROWN:  I'll be happy to.

12             SPEAKER:  The lady yields.

13             MR. CHRISTIAN:  Ms. Brown, am I correct

14   that if a veteran does not have an identification card

15   under your bill as it's been amended, they can go and get

16   one for free at the driver's license --

17             MS. BROWN:  Absolutely.  Absolutely.

18             MR. CHRISTIAN:  So, this in no way prevents

19   a veteran from being able to get identification at no

20   cost, they can do it for free -- am I correct this in no

21   way discriminates against veterans or anybody else that's

22   legal in this country?

23             MS. BROWN:  I would not be up here -- if it

24   was discriminating against our veterans, you can bet that

25   I would be talking about how much we need this amendment,

218

1       but I don't think it's accomplishing what -- the hope that

2       it would accomplish.

3                   MR. CHRISTIAN:  Does your bill also include

4       the people we honor as veterans, which we do, but also

5       under your bill not only can veterans get free IDs, but

6       also fire fighters, policemen, anybody else that's been

7       harmed in the line of service to our country?

8                   MS. BROWN:  That's right.

9                   MR. CHRISTIAN:  Thank you very much.

10                  MS. BROWN:  If we need to go back to the

11      fact of what the bill was brought forward for, and that is

12      simply to increase the integrity of our voting process and

13      to thereby encourage to have faith in that process.

14                  MR. NORIEGA:  Will the gentle lady yield?

15                  SPEAKER:  Ms. Brown?  The lady yields.

16                  MR. NORIEGA:  Ms. Brown, are you aware of

17      the voting process in some other countries as it applies

18      to voter ID?

19                  MS. BROWN:  Yes, I've heard lately quite a

20      bit about that.

21                  MR. NORIEGA:  I wanted to share with you

22      and to your knowledge you may not be aware, but I witness

23      the first election ever held in Afghanistan.  Were you

24      aware of that?

25                  MS. BROWN:  No, I didn't know that you

219

1      witnessed that.

2                  MR. NORIEGA:  Well, in a third-world

3      country where many of the women wore berkas, they merely

4      had a piece of paper that was identification and they

5      applied a fingerprint, and there's probably not any way --

6      there was not a picture ID.

7                  Why would we in this country, after a

8      veteran has gone through a voter registrar, proven that

9      they are a veteran or they have checked the box on the

10     application form proving their disability and so forth,

11     and they show -- then on the day of the vote why would we

12     not allow that veteran to vote because they merely didn't

13     have a photo ID?

14                 MS. BROWN:  I'm sorry.  Did you have a

15     question, or were you making a statement.

16                 MR. NORIEGA:  I asked a question.  I asked

17     then in comparison to a third-world country that has no

18     way of verifying either through photo or through

19     fingerprint and allowing those that perhaps are illiterate

20     to vote in this country where we have gone through the

21     process to prove a veteran status and disability status

22     and that person shows up to vote, why would we prohibit

23     that disabled veteran from voting?

24                 MS. BROWN:  Well, we wouldn't and we don't

25     and that's not what this bill is about, and I would be

220

1       happy to accept the amendment.

2                     SPEAKER:  Mr. Vaught sends -- Vaught sends

3       up an amendment.  The amendment is acceptable to the

4       author.  Is there objection?  Chair hears none.  The

5       amendment is adopted.

6                     The following amendment.  The clerk will

7       read the amendment.

8                     CLERK:  Amendment by Escobar.

9                     SPEAKER:  The chair recognizes Mr. Escobar.

10                    MR. ESCOBAR:  Members, this particular

11      amendment, what it does, it says if you are a widower or a

12      widow of a veteran, at the time that you go and apply for

13      a voter registration, under oath you check a little mark

14      that says that you are a widow or a widower of a veteran.

15      And so, that in itself, when you get your card back, it

16      automatically says that and that's the only requirement

17      that you have to have, is that you are a widower or a

18      widow of a veteran.  And I say that because, you know, how

19      many times, again, have we come to this House and we have

20      had many widows and widowers of veterans and we recognize

21      them?  And this is one way that we can respect their honor

22      where they fought so gallantly for our country and gave

23      their lives.

24                    SPEAKER:  Mr. Raymond, for what purpose?

25                    MR. RAYMOND:  Do you know if the amendment

221

1     is acceptable to the author or not?

2                     MR. ESCOBAR:  I believe the -- is it

3     acceptable to the author?

4                     SPEAKER:  It is, Mr. Raymond.

5                     MR. RAYMOND:  Then do you want to move

6     passage?

7                     SPEAKER:  The amendment is acceptable to

8     the author.  Any objection?  The chair hears none.  The

9     amendment is adopted.  Ms. Davis --

10                    Following amendment.  The clerk will read

11    the amendment.

12                    CLERK:  Amendment by Davis of Dallas.

13                    MS. DAVIS:  Thank you.  Mr. Speaker,

14    members, this amendment just basically says when they send

15    out -- when the voter registrar sends out the new voter

16    registration cards, they will include language and

17    information with regard to what the law changes are with

18    voting requirements, and it's acceptable to the author.

19                    SPEAKER:  Ms. Davis sends up the amendment.

20    The amendment is acceptable to the author.  Is there

21    objection?  Chair hears none.  The amendment is adopted.

22                    The following amendment.  The clerk will

23    read the amendment.

24                    CLERK:  Amendment by Villareal.

25                    SPEAKER:  The chair recognizes

222

1        Mr. Villareal.  The chair recognizes Mr. Villareal.

2                    MR. VILLAREAL:  Mr. Speaker, members, this

3        amendment says if you follow the new law, show up with

4        proper ID, but an election judge still sends you away,

5        then there's a penalty, an increased penalty.  Instead of

6        a Class B, it's a Class A misdemeanor.

7                    SPEAKER:  The chair recognizes Ms. Brown.

8                    MS. BROWN:  Mr. Speaker, members, I have

9        worked a lot of elections and I know -- I have a lot of

10       friends that worked elections and they are conscientious

11       people who work all day long, long hours for very little

12       money and they go through training.  We have added

13       additional training today with this bill so that they know

14       what they're doing and can interpret the law fairly.

15                   I cannot in any -- in good conscience raise

16       a penalty for them making a mistake to a Class A

17       misdemeanor, meaning jail time.  So, I move that we table

18       this amendment.

19                   MR. CASTRO:  Will the gentle lady yield for

20       a question?

21                   SPEAKER:  Ms. Brown, do you yield?

22                   MS. BROWN:  Yes, I'll yield.

23                   MR. CASTRO:  Representative Brown,

24       Representative Villareal's amendment would raise the

25       penalty from a Class C misdemeanor to the highest level of

223

1      misdemeanor, Class A misdemeanor --

2                     MS. BROWN:  Which is jail time.

3                     MR. CASTRO:  Well, no.  It could still be

4      probation.  Don't you agree that we are generally raising

5      the stakes when it comes to voting by passing this bill?

6      We're trying to prevent voter fraud; is that right?

7                     MS. BROWN:  Absolutely.  We're trying to

8      increase the integrity of the voting process by increasing

9      people's confidence in that process so that they want to

10     participate.

11                    MR. CASTRO:  Absolutely.  And I hear you.

12     I think you've also heard some concern from folks about

13     voter supression; is that right?

14                    MS. BROWN:  I've heard some people be

15     concerned about that, yes.

16                    MR. CASTRO:  All right.  Now, you want to

17     protect the integrity of the voting process that when

18     somebody goes to vote, it's not just the voter who is part

19     of the voting process.  You agree with that, don't you?

20                    MS. BROWN:  Yes.

21                    MR. CASTRO:  It also includes the election

22     judge and the poll workers; is that right?

23                    MS. BROWN:  That's right.

24                    MR. CASTRO:  So, for the process to have

25     integrity, those folks have to know what they are doing

224

1    and they also have to have integrity; is that right?

2                    MS. BROWN:  That's right.

3                    MR. CASTRO:  So, if somebody intentionally

4    disenfranchises a voter, you still don't think that they

5    should be subject to something more than a Class B

6    misdemeanor?

7                    MS. BROWN:  I think there is already a

8    penalty there and I think that that serves its purpose and

9    it's just fine.  I will not be part of raising the penalty

10   on these people that we have extremely hard time finding

11   someone who is actually a contribution they make, being

12   able to give that full day from 7:00 to 7:00, 12 hours,

13   and it's not an easy job and they come into the process --

14   these people come because they want to make a contribution

15   to the process.  They don't come to be reimbursed with a

16   large amount of money.  It really just pays their expenses

17   for getting there and back.  I'm not going to accept the

18   amendment.  I'm sorry.

19                    MR. CASTRO:  A lot of people who go to vote

20   are not paid -- people that go to vote aren't paid any

21   money either, and many of them make a big sacrifice to go

22   vote.

23                    MS. BROWN:  Yes.

24                    MR. CASTRO:  Do you agree with that?

25                    MS. BROWN:  Yes, and I think that the

225

1    people I know are happy to do it because they realize the

2    value of casting a vote in a free world.

3                    MR. CASTRO:  You don't think that because

4    we made it -- we're making it tougher to vote after today.

5    Do you agree with that?

6                    MS. BROWN:  Not necessarily.

7                    MR. CASTRO:  We're placing more

8    requirements -- that's the purpose of this bill, to place

9    more requirements --

10                   MS. BROWN:  Asking them to simply bring

11   with them a photo ID?

12                   MR. CASTRO:  Since we're making it tougher,

13   don't you think we should make it tougher on people who

14   might disenfranchise the voters coming to the polls?

15                   MS. BROWN:  I'm sorry.  I can't go there

16   with you.

17                   SPEAKER:  Mr. Bohac, for what purpose?

18                   MR. BOHAC:  Are you aware that a Class A

19   misdemeanor is up to a 4,000-dollar fine and two years in

20   jail?

21                   MS. BROWN:  Yes, I am.  Now I am.  Thank

22   you.  I move to table.

23                   SPEAKER:  Chair recognizes Mr. Villareal.

24                   MR. VILLAREAL:  I believe that if there's

25   going to be a higher standard to go vote, there should be

226

1        a higher standard, higher penalty for turning away a

2        voter, and it seems like this amendment would try to bring

3        balance in making sure that not only do we have valid

4        voters showing up but we ensure access to voters.

5                    So, members, I ask that you vote with me

6        and vote "no" against the motion to table.

7                    SPEAKER:  Members, Mr. Villareal sends up

8        an amendment.  Ms. Brown moves to table.  All those in

9        favor, vote aye.  All opposed, vote no.  It's a record

10       vote.  The clerk will ring the bell.  Show Ms. Brown

11       voting aye.  Show Mr. Villareal voting no.  Have all

12       voted?  There being 78 ayes, 69 nays, one person not

13       voting, the motion to table prevails.

14                    The chair recognizes Ms. Davis on motion to

15       reconsider.

16                    MS. DAVIS:  Thank you, Mr. Speaker and

17       members.  I would like to move to reconsider Amendment

18       No. 17.

19                    SPEAKER:  Members, you've heard the motion.

20       Any objection?  Chair hears none.

21                    MS. DAVIS:  Mr. Speaker, I would like to

22       withdraw that amendment.

23                    SPEAKER:  The amendment is withdrawn.

24       Following amendment.  The clerk will read the amendment.

25                    CLERK:  Amendment by Davis of Dallas.

TX_00212425

227

1              SPEAKER:  Chair recognizes Ms. Davis.

2              MS. DAVIS:  Thank you.  Mr. Speaker,

3      members, this is an amendment we did earlier and we

4      basically took out the language that referenced whether or

5      not it would be printed in English and Spanish.  I left it

6      to the jurisdiction whatever is acceptable in terms of the

7      notices that are required by federal or state law.  This

8      basically just clears that up so that we're not

9      establishing anything new, just making sure that it

10     complies with the federal laws.  I think it's acceptable

11     to the author.

12             SPEAKER:  Members, Ms. Davis sends up the

13     amendment.  The amendment is acceptable to the author.  Is

14     there objection?  The chairs hears none.  The amendment is

15     adopted.

16             The following amendment.  The clerk will

17     read the amendment.

18             CLERK:  Amendment by Strama.

19             SPEAKER:  The chair recognizes Mr. Strama.

20             MR. STRAMA:  Thank you, Mr. Chairman.  If

21     you want to mention, this is the last amendment, that

22     might -- thank you.  I had to bring that good news to the

23     body.

24             This amendment, I believe, gets the

25     proponents of this bill where they're trying to go, to

228

1    reduce voter fraud with minimal consequences for

2    law-abiding Texans.

3                    So, what this amendment does is eliminates

4    the requirement for a photo ID but instead creates an

5    election integrity task force in every district attorney's

6    office in the State of Texas.

7                    MR. BERMAN:  Mr. Speaker?

8                    SPEAKER:  For what purpose?

9                    MR. BERMAN:  Mr. Speaker, I raise a point

10   of order against further consideration of Representative

11   Strama's amendment in that it violates House Rule 11,

12   Sections 2 and 3.

13                   SPEAKER:  Bring your point of order down

14   front.  Point of order is withdrawn.  Chair recognizes

15   Mr. Strama.

16                   MR. STRAMA:  I just want to make it clear,

17   the point of order was about the germane-ness and this is

18   germane to the bill because I'm trying to accomplish the

19   same thing the proponents of the bill are trying to

20   accomplish.  I'm trying to deal without interfering with

21   the right to vote on law-abiding Texans.  So, let me

22   quickly walk you through what the amendment does.

23                   The first thing it does is it creates an

24   election integrity task force in every district attorney's

25   office in the state for the purpose of prosecuting voter

TX_00212427

229

 1          fraud of the nature that this bill is intended to prevent.

 2                    The second thing that the bill does is

 3     require the Secretary of State's, the chief elections

 4     official of the State of Texas, to conduct trainings

 5     across the state for election administrators, law

 6     enforcement personnel, and district attorneys to train

 7     them in detecting and prosecuting voter fraud of the

 8     nature that this bill is attempting to prevent.

 9                    And the third thing that the bill does is

10     require every county election administrator to conduct a

11     post-election integrity audit and any evidence they find

12     of suspicious behavior that might be the type of voter

13     fraud that this bill is intended to prevent must be

14     referred for prosecution.

15                    The point, members, is that the shortest

16     distance between two points is a straight line.  And the

17     straight line between preventing people from breaking the

18     law by impersonating someone they are not is to enforce

19     that law against those law breakers rather than erect

20     barriers to -- to voter participation from law-abiding

21     Texans.

22                    That's what the amendment does.  It deletes

23     the requirement for photo ID and replaces it with a

24     tough-armed voter fraud law enforcement approach in order

25     to minimize the unintended consequences for law-abiding

TX_00212428

230

1    Texans and, frankly, to maximize the effect that we can

2    have on reducing voter fraud.  And, Mr. Anchia, I'll get

3    with you in a minute.  I want to read you-all something

4    about requiring ID as a way of securing elections or

5    anything else.

6              I had the privilege when I was in the

7    private sector working on elections security

8    professionally to testify before a Commission of the

9    National Science Foundation appointed by the president to

10   study whether it was possible to conduct internet voting

11   without opening it up to massive voter fraud.  And one of

12   the folks who served on that commission who I got to know

13   a little bit is a technology security specialist named

14   Bruce Schneider who writes a lot -- publishes a lot about

15   security, and he published an article that I just want to

16   read an excerpt from as it relate to the effectiveness of

17   photo ID.

18             He says, "Everywhere it seems someone is

19   checking IDs.  The ostensible reason is that ID checks

20   make us all safer, but it's just not so.  In most cases,

21   identification has very little to do with security.

22   First, verifying that someone has a photo ID is a

23   completely useless security measure.  All the September

24   11th terrorists had photo IDs.  Some of the IDs were real,

25   some were fake.  Some were real IDs and fake names bought

231

1    from a crooked DMV employee in Virginia for a thousand

2    dollars each.  Fake driver's licenses for all 50 states

3    good enough to fool anyone who isn't paying close

4    attention are available on the internet.  If you don't

5    want to buy IDs on-line, just ask any teenager where to

6    get a fake ID."

7                    Members, there are ways to prevent the type

8    of voter fraud that this bill intends to prevent, and none

9    of them require photo ID at the polls nor, in fact, by the

10   logic of one of the most brilliant technology security

11   specialists in the country, nor does requiring photo ID at

12   the polls actually reduce voter fraud.  Prosecuting

13   violations of the law, which my amendment does, is the way

14   to prevent voter fraud.  And if the problem is as rampant

15   as it has been suggested by the proponents of this bill,

16   then we ought to all be very concerned about prosecutors

17   not prosecuting this offense and we ought to all support

18   this amendment.  As Representative Brown said in early

19   discussion today, prosecutors, she said, have not made

20   prosecution of this crime a high enough priority.

21                    Members, if securing the integrity of our

22   democracy is not a high enough priority for prosecutors in

23   this state, we can make it so with this amendment.

24                    I will yield to Representative Anchia.

25                    MR. ANCHIA:  Mr. Speaker?

232

1            SPEAKER:  Mr. Anchia, for what purpose?

2            MR. ANCHIA:  Will the gentleman yield?

3            SPEAKER:  Mr. Strama, do you yield?

4            MR. STRAMA:  Yes.

5            MR. ANCHIA:  Mr. Strama, let me see if I

6    understand the intent of your bill correctly.  If, in

7    fact, a case of voter impersonation were to occur, what

8    does your bill do to HB218 to make sure that that voter

9    impersonation would be dealt with?

10           MR. STRAMA:  A, it requires prosecutors

11   have a task force trained in identifying and prosecuting

12   voter impersonation.  B, it requires the Secretary of

13   State's office to conduct trainings for election officials

14   and prosecutors to identify and detect and prosecute those

15   offenses and, C, it requires election officials to conduct

16   a post-election integrity audit to identify and refer for

17   prosecution any suspected cases of voter impersonation.

18           MR. ANCHIA:  Now, Representative Brown

19   about four hours -- maybe five hours ago during the

20   additional layout of the bill -- suggested this was an

21   enforcement problem but there were problems with enforcing

22   this.  Isn't that what your amendment gets at?

23           MR. STRAMA:  I believe if we enforce the

24   law against the law breakers, we do not have to put up

25   artificial barriers that affect the voting rights of

233

 1    law-abiding Texans.

 2                MR. ANCHIA:  I suspect some people are

 3    going to come and ask you about how much money this costs

 4    or whether there's a fiscal note associated with this.

 5    Can you speak to that issue?

 6                MR. STRAMA:  The first response I would

 7    have is what price democracy?  The second response I would

 8    have is that this bill puts a burden on law-abiding

 9    Texans.  Rather, we should put the burden on the state

10    whose job it is to secure the integrity of elections.

11                MR. ANCHIA:  So, in other words, the burden

12    falls not on the individual in the exercise of individual

13    liberties as guaranteed under the Constitution but rather

14    on the proponents of this bill, on the state, who are

15    seeking to regulate essentially civil liberties at this

16    point and trying to make it harder for people to vote?

17                MR. STRAMA:  Representative Anchia, I'll

18    tell you, it's a price I'm willing to pay as a

19    policy-maker in the State of Texas that we invest in

20    providing law enforcement resources and making it a

21    priority to prosecute voter fraud.  Now, I will say this.

22    The framework I've created in this amendment only --

23    because it has to be germane to this bill -- only is

24    applied to voter impersonation, a specific form of voter

25    fraud.  But quite frankly, I would hope that if we create

234

1      this framework we could come back and expand that power so

2      that they are also investigating cases of voter

3      intimidation, voter suppression, trying to buy votes,

4      trying to tamper with the software on an electronic voting

5      device.  There are a whole bunch of -- and the biggest

6      form of fraud, which is mail-in balloting fraud.  All of

7      those things are to be a high priority for prosecutors in

8      the State of Texas.  And if they are not making it a

9      priority, we have the power as the state legislature to

10     make it their priority.

11              MR. ANCHIA:  So, if I'm hearing this

12     currently, the authors of this bill are screaming out that

13     voter impersonation is a problem.  Your bill says enforce,

14     enforce, enforce.  Prosecute those people that engage in

15     voter impersonation, and we're going to dedicate special

16     resources to make sure that that happens so that voter

17     impersonation is -- is definitely not a problem, that

18     there's none of it that would go on.  And if it does go

19     on, it would be prosecuted vigorously?

20              MR. STRAMA:  Anybody, Representative

21     Anchia, who shares your passion, my passion, and the

22     passion of the proponents of this bill for securing the

23     integrity of elections in this state should support this

24     amendment because integrity means not only preventing

25     fraud but ensuring access.  One person, one vote is none

235

1        of us should be allowed to vote twice, but it is equally

2        important that none of us should be denied our legal right

3        to vote and this bill strikes that balance.

4                    MR. ANCHIA:  So, if you vote against your

5        amendment -- if someone were to vote against your

6        amendment, they are essentially voting not to enforce

7        against active voter impersonation; is that correct?

8                    MR. STRAMA:  I'm sorry.  I was trying to

9        see if I was persuading him at all.  I don't want to waste

10       the members' time.

11                   MR. ANCHIA:  So, in this case someone who

12       would vote against this amendment would essentially be

13       saying, no, we don't want to throw more resources at this

14       perceived problem, we don't want to enforce against the

15       law breakers.  We would rather burden the 2 million Texans

16       and essentially disenfranchise millions of Texans.  Rather

17       than throwing resources and dealing with this problem

18       head-on, we want to do it indirectly and jeopardize the

19       franchise for a majority of the people who are following

20       the law right now?

21                   MR. STRAMA:  That's how I would

22       characterize the choice, Representative Anchia.  When

23       Representative Truitt had a concern about car theft, she

24       didn't require all drivers to invest in expensive GIS

25       technology to track down their car.  She said, "Let's

236

1      enforce and strengthen the laws against car theft.  Let's

2      go after the law breakers."  When we were concerned about

3      child sexual assault, we didn't make it illegal to have

4      children.  We said, "We're going to go after the

5      violators" because that's the shortest distance between

6      two points and --

7                     MR. ANCHIA:  Okay.  Thank you, Mr. Strama.

8                     SPEAKER:  Mr. Strama, do you yield to

9      Mr. Madden?

10                    MR. STRAMA:  I will yield to my colleague.

11                    MR. MADDEN:  First of all, it's obviously

12     good to see you, and you've done a lot of intelligent

13     things that you looked at, but I think it's fair to let

14     the members know what your first section of your amendment

15     does, and I believe it says "strike all below the enabling

16     clause" so that all that we've been debating for the last

17     six hours is struck by your amendment.

18                    Is that the first thing you do?

19                    MR. STRAMA:  That's correct.  I want to

20     make it clear to the members, that I regret that this

21     amendment couldn't have been the first amendment

22     considered today rather than the last.  I pre-filed the

23     amendment last night.  I had every intention of bringing

24     this to the body's attention at a very early stage in this

25     debate because I genuinely believe this is an area where

TX_00212435

237

1        we ought to be able to find common ground because I
2        genuinely believe that no member of this body sanctions or
3        condones voter fraud and that no member of this body
4        sanctions or condones anything that would reduce people's
5        access to the right to vote and the common ground that
6        preserves access to the franchise while eliminating voter
7        fraud to the best of our capabilities is to strike the
8        requirement for a photo ID of all law-abiding Texans and
9        instead prosecute the laws that are on the books.
10                    MR. MADDEN:  Obviously, honest people will
11       have different ideas on that.  Because you asked the
12       question what price democracy, and I believe it's the
13       price of eternal vigilance that we have to have to protect
14       the most sacred right that our citizens have, isn't it?
15       That absolutely is the right to vote and to make sure that
16       you have one man, one vote, and that only those people who
17       are in fact entitled to vote in the system are those who
18       are allowed to vote.  And we will disagree, I believe, on
19       the -- on the purpose and the ideas that Ms. Brown is
20       trying to say, very clearly, I believe, is she not, in her
21       legislation that she has here that says we only want those
22       people who are truly who they say they are on the list,
23       that they are truly, in fact, who they are and that they
24       have to show that they, in fact, can prove that they are
25       in fact that person and not someone who's making up or

TX_00212436

238

1       using false identification.

2                    MR. STRAMA:  Mr. Madden, I believe -- I

3       take Representative Brown at her word that that is her

4       intention.  And what I'm saying with this amendment is

5       that we can accomplish her intention without having the

6       unintended consequence of making it harder for law-abiding

7       Texans to vote.  I genuinely believe we can do that.

8                    MR. MADDEN:  And despite the other

9       questions in the previous comment of what price, there is

10      a cost, obviously, to the State of Texas that's associated

11      and particularly to our counties that is associated with

12      your amendment.

13                   Do you have any idea of what that dollar

14      figure is?

15                   MR. STRAMA:  I think it's the cost of

16      eternal vigilance.

17                   MR. MADDEN:  We would agree with that.

18                   SPEAKER:  -- raises a point of order the

19      gentleman's time is expired.  The point of order is

20      well-taken and sustained.

21                   Chair recognizes Ms. Brown.

22                   MS. BROWN:  Thank you, Mr. Speaker,

23      members.  We have been here a long time --

24                   SPEAKER:  Chair recognizes Ms. Brown.  I'm

25      sorry.

239

1              MS. BROWN:  As I said, we have been here a

2      long time.  I hope that you'll stay with me on this and

3      realize that actually this is a substitute bill.  It's not

4      really an amendment.  This strikes most of the language in

5      my bill and starts over with another approach, a very,

6      very expensive approach.

7              So, I move to table this amendment and --

8              MR. STRAMA:  Mr. Speaker?  Will the lady

9      yield?

10              SPEAKER:  Ms. Brown?  The lady yields.

11              MR. STRAMA:  Thank you for yielding.  I

12     know it's been a long day, and I hope really wish we could

13     have had this discussion earlier in the day, but I just

14     want to remind you maybe and ask you to clarify a few

15     comments you made earlier in the day.

16              Didn't you say earlier in the day that

17     prosecuting election fraud has not been a high enough

18     priority for prosecutors in this state?  Wasn't that one

19     of the reasons that you said you were unable to point to

20     any documented prosecutions of the type of voter fraud

21     this bill is intended to prevent?

22              MS. BROWN:  I said we haven't placed that

23     high on our list of priorities because our DAs are busy

24     protecting us from robbers and murderers and so on.

25              MR. STRAMA:  But you don't agree with them

TX_00212438

240

1     not making a high enough priority of prosecuting voter

2     fraud.  That is what I inferred from your earlier

3     comments.

4              Did I misunderstand your opinion about

5     that?

6              MS. BROWN:  I said we have to take a

7     different approach.  We have to recognize the threat that

8     is to our system and, yes, prosecute -- hopefully with the

9     implementation of my bill they will stop much of the voter

10    fraud that's going on and people will be presenting their

11    photo IDs when they come to the poll places and that will

12    stop a lot of the fraud that's going on.

13             MR. STRAMA:  Another question I have to

14    clarify something you said earlier in response to

15    Representative Hochberg's review of the evidence you

16    presented that this type of voter fraud is a problem, you

17    said that there were no documented cases after 2000 in

18    Harris County because Harris County stepped up its efforts

19    to enforce the law; is that correct?

20             MS. BROWN:  Yes.  They are a fine example

21    of what can be done, given enough manpower and money to be

22    able to do it.

23             MR. STRAMA:  So, without implementing a

24    photo ID requirement at the polls, Harris County put an

25    end to this type of voter fraud simply by enforcing the

241

1     law against law breakers and without wrapping up

2     law-abiding Texans in the process?

3              MS. BROWN:  No, they helped us make it

4     easier to find those or to prosecute the people who have

5     committed voter fraud.  This was just another part of it.

6     Having good lists, good lists at the polls and continually

7     updating.  It's not a perfect process, by any means.

8              MR. STRAMA:  Didn't I hear you move to

9     table Representative Anchia's amendment that would have

10    improved the quality of the lists at the polls, and now

11    you're moving to table an amendment that would increase

12    the prosecution of voter fraud?  How am I to believe what

13    you keep telling me, that this is a bill about reducing

14    voter fraud when you keep tabling amendments that would

15    attack voter fraud at its root?

16             MS. BROWN:  I'm tabling your amendment,

17    Mr. Strama.

18             MR. STRAMA:  The member will decide that, I

19    believe.

20             MS. BROWN:  Pardon?

21             MR. STRAMA:  The members will decide that,

22    I believe.

23             MS. BROWN:  Excuse me.  I move to table

24    your amendment, Mr. Strama, because it should not be

25    presented here as an amendment to begin with.  It should

242

1      have been taken to committee process and considered there

2      because it's not just an amendment.  It totally replaces

3      my bill with a different approach, and I do move to table.

4                       SPEAKER:  Chair recognizes Mr. Strama to

5      close.

6                       MR. STRAMA:  Members, I just want to say

7      again that if you really want to prevent voter fraud,

8      you've had a number of opportunities to do so today.

9      Representative Anchia's amendment would have cleaned up

10     the voter lists.  The best way to prevent anybody from

11     pretending to be somebody they are not at a polling place

12     is to get the dead word off the voter files.  When there

13     aren't anymore dead people on the voter registration

14     lists.  When all the people who have moved out of the

15     county are removed from the voter file, it makes it very

16     hard for anyone to pretend to be somebody they are not at

17     the polling place.

18                       You could have had that amendment.  You

19     moved to table.  Now you've got an amendment that

20     addresses the second component of what Representative

21     Brown in her own argument has said is the best way to

22     reduce voter fraud.  Prosecuting.  And in Harris County

23     when they cracked down on voter fraud, they put an end to

24     it, by Representative Brown's own analysis.

25                       I believe that's all you need to know.  If

243

1    you think there is one voter, Representative Madden, who

2    might be unintentionally disenfranchised by this bill, one

3    law-abiding Texan -- and I will tell you, I'm Not sure it

4    if's 2 million.  I'm not sure if it's 500,000.  Maybe it's

5    5,000.  If there are 5,000 Texans who will be turned away

6    from the polls who ought to be allowed to vote, then this

7    bill goes too far.  If there is a way to secure the

8    integrity of elections without doing that, I urge you to

9    vote against the motion to table.

10              SPEAKER:  Members, Mr. Strama sends up an

11   amendment.  Ms. Brown moves to table.  All those in favor

12   vote aye.  Those opposed, vote no.  It's a record vote.

13   Clerk will ring the bell.  Show Ms. Brown voting aye,

14   Mr. Strama voting no.  Have all voted?  There being 75

15   ayes, 67 nays, two persons not voting, the Strama

16   amendment is tabled.

17              Members, if anyone would like to speak for

18   or against, come on down front.  Hold on, members.  Is

19   there anyone that would like to speak against?

20   Mr. Anchia.  Members, if you're going to speak against,

21   you need to come down so that when we recognize -- so that

22   when we recognize Ms. Brown to close there's not a

23   problem.

24              Chair recognizes Mr. Anchia.

25              MR. ANCHIA:  Members, I'm going to be

244

1   brief.  It's been a long day.  The debate has gone on

2   about six hours, and this is what we've learned.  We have

3   learned that the authors of this bill have provided not

4   one shred of evidence of voter impersonation, which is the

5   type of voter fraud that this bill gets at.  We have

6   learned that upwards of 2 million Texans may be

7   disenfranchised by this -- by this bill.  We have learned

8   that the sense of this body is not to prosecute the

9   offenders and not to set up -- and devote resources to

10   engage in prosecuting voter impersonation.

11            So, let me tell you what I know it's not

12   about.  This is clearly not about voter fraud.  It's not

13   about voter impersonation.  It's not about expanding the

14   franchise.  It's not about protecting those that are least

15   vulnerable in our society, and it's not about making sure

16   that elections are more secure, and I'll tell you why.

17   I've been saving this wonderful nugget for you guys until

18   the end.

19            If you look at the list of documents that

20   you can offer up, it includes employee identification.  No

21   matter how much training you do of poll workers, no matter

22   how much training you do of election judges and election

23   officials, it will be impossible for them to discern what

24   is a valid employment identification and what is an

25   invalid employment identification.  Mr. Tolton probably

245

1    has an identification for his law firm.  It would be

2    impossible for me to tell whether it was valid or invalid

3    or whether if (inaudible) face was on it was correct or

4    not.  In fact, you can go down to Kinko's and have a bogus

5    little ID made and say you're an employee of whatever

6    organization you want to be for about $5.  In fact, this

7    bill, rather than increasing the integrity of elections,

8    makes sure that there's a huge loophole that you can drive

9    a train through to increase voter fraud if that was what

10   was crossing the mind of a particular person.

11           We know that there's no evidence of it, but

12   if this body wants to create an opportunity for voter

13   fraud, then vote for HB218.  In fact, that Section 3 of

14   Part A of 218 creates a wonderful opportunity for people

15   at a low cost to be able to impersonate someone else by

16   saying that this is a valid employee ID and no poll

17   worker, no election worker, no election judge will be able

18   to discern a valid from an invalid ID.  And furthermore,

19   there is another wonderful loophole in this bill that

20   creates a glaring weakness.  It essentially allows vote by

21   mail to continue without photo identification.  Vote by

22   mail that we know is the greatest source of voter fraud in

23   this state.  In fact, all of the prosecutions by the

24   attorney general -- I shouldn't say all, but a great

25   majority occur with respect to vote by mail.

246

1              So, ladies and gentlemen, you have a pig on

2       your hands.  It's an ugly bill.  It creates more of an

3       opportunity for voter fraud than current law, and I will

4       tell you that if you vote for this without any

5       commensurate enforcement like what was offered up in

6       Representative Strama's bill, you are voting for a pig

7       with no lipstick and it's going to be nasty.

8              So, I urge you members of this body to

9       please vote against the loopholes that this bill creates,

10      vote against the opportunities for voter fraud that this

11      creates, and vote against HB218.

12             SPEAKER:  Chair recognizes Mr. Burnam.

13             MR. BURNAM:  Thank you, Mr. Speaker,

14      members.  I want to thank Mr. Anchia for the leadership

15      role he's taken both on the elections committee and today,

16      and I'm only going to add a few words from my hometown

17      daily paper, the Star Telegram today, the opening

18      paragraph.  "An insidious scheme to turn back the clock of

19      voting rights in Texas tragically has once again made its

20      way to the state House floor.  The architects of this idea

21      pitched as a noble effort to prevent voter fraud cannot be

22      allowed to succeed with what is surely one of the greatest

23      assaults on the right to vote in this state since passage

24      of the federal Voting Rights Act in 1965.  Racism is

25      racism.  Xenophobia is xenophobia.  It's too bad that

247

1           we're going to see it enacted on the House floor again.

2                     SPEAKER:  Chair recognizes Mr. Veasey.

3                     MR. VEASEY:  Mr. Speaker, members, thank

4           you very much, and I'll be very brief.  I want to start

5           off by thanking some of the folks that have helped bring

6           attention to this voter ID or what I call voter supression

7           bill.  First of all, I would like to thank the Baptist

8           General Convention of Texas.  They put out a flyer today

9           asking members to please oppose this bill, and I think

10          that's significant because during the Civil Rights

11          movement back when we were going through a lot of these

12          issues that we're facing today -- don't be mistaken about

13          it -- this is a Civil Rights issue that we are debating

14          today.  But back during the 60s, the black ministers and

15          everyone else that marched for freedom, that marched for

16          voting rights, rarely did any of the white pastors from

17          the south join in.  And the fact the Baptist General

18          Convention joined in, it shows that we're making some

19          progress in this country on racial harmony.

20                    Unfortunately, this bill sets us back.  We

21          have heard absolutely no evidence of any voter

22          impersonation today, absolutely none.  I think that

23          Representative Strama and Representative Anchia pointed

24          that out very eloquently.  All of the amendments and

25          everything that Ms. Brown has offered you today is asking

248

1        you to vote for this bill based on generalizations and

2        based on stereotypes and based on things that are untrue.

3        There have been absolutely not one shred of evidence, and

4        we're voting for this bill today.  It makes absolutely no

5        sense, and especially in light of what's going on right

6        now with the attorney general in the State of Texas.  They

7        were trying to force U.S. attorneys to say that there was

8        voting fraud going on in their respective districts, in

9        their respective states so they could produce convictions

10       that would prove voter impersonation.  The panel -- the

11       U.S. panel that looked into this found none.  They had to

12       help doctor some of the findings in order to make their

13       findings more compelling, and I think that if -- that

14       instead of 15 or 20 years from now because, you know, when

15       we look down the road, this is going to be embarrassing

16       that we even voted for this.  People think that it's the

17       popular thing to do, but it's the wrong way that our state

18       is heading and I'm going to ask you -- and I know that the

19       amendments haven't been going favorably, but I'm going to

20       ask everybody here today to do the right thing and vote no

21       on this bill.

22                   SPEAKER:  Ms. Thompson, do you have a

23       question?

24                   MS.  THOMPSON:  I request that all of the

25       comments, both pro and con, for House Bill 218 would be

249

1    reduced to writing and placed in the journal.

2                    SPEAKER:  Members, you've heard the motion.

3    Is there objection?  Chair hears none.  Mr. Castro?  Chair

4    recognizes Mr. Castro.

5                    MR. CASTRO:  Mr. Speaker, members, the bill

6    that we have in front of us is a perversion of our

7    American democracy for several reasons.  The first thing

8    is that it makes it too hard for honest people to go to

9    the polls and vote, and it makes it too easy for dishonest

10   people to cheat and find a way to vote.  The list of

11   exceptions that are added to this bill, whether it's the

12   one that Ralph Anchia pointed out, valid ID from a

13   business, or even a student ID that could be falsified, a

14   bill sent to a home that could easily be falsified, all of

15   those additions actually make it easier for somebody to go

16   out and commit the kind of fraud that we're trying to

17   protect against today.  And yet it's the people who are

18   actually honest who suffer.  It's ironic that we heard

19   many of the arguments that we heard today.  For instance,

20   when we talk about the second amendment and the right to

21   bear arms, we often hear the argument that we shouldn't

22   punish those who rightfully bear arms to go after the few

23   who would get those guns illegally anyway.  That

24   philosophy predominates this legislature, but for some

25   reason that philosophy was missing in a discussion of this

250

1        bill today.

2                    Earlier in the session, earlier today, I

3        handed out a listing of where Texas ranks as of 2002 in

4        terms of voter turnout.  We're about five or six months

5        removed from our November races when everybody went out

6        and campaigned, knocked on doors, put up signs, worked the

7        polls on election day.  You will remember the intensity

8        with which you tried to get people to vote.  And all of

9        that effort, all of that energy, and in 2002 we ranked

10       second to last in the nation in the number of people who

11       come out to vote as compared to our voting age population.

12       There's no question today that this piece of legislation

13       will drive our numbers down even further and then in a few

14       years I wouldn't be surprised if we ranked dead last in

15       the nation in voter turnout.  We rank second in terms of

16       population in the United States, second only to

17       California.  We rank fourth in voter turnout behind the

18       states of New York and Florida.

19                    We also heard a lot about fiscal notes.

20       We're passing this bill despite the fact that it has a

21       fiscal note.  We defeated amendments because they had

22       fiscal notes.  And although money is one way to measure

23       loss and a very popular one, it's not the only way and I

24       can't help but think that there is a democracy note here

25       and that the cost to our democracy is even greater than

251

1     the fiscal cost to our state.

2                    SPEAKER:  Is there anyone else that is

3     would like to speak against?  The chair recognizes

4     Mr. Macias.

5                    MR. MACIAS:  Thank you, Mr. Speaker and

6     members.  First, I would like to thank Representative

7     Brown for bringing this bill to the floor.  Could the

8     reason be that we don't have the ongoing voter

9     impersonation investigation be that we don't have a system

10    that requires voter identity verification?  I believe

11    House Bill 218 will be that tool that detects and deters

12    voter impersonation.  But even more than that, it will --

13    it will preserve and protect our most basic right to vote

14    and give us the confidence that those who turn out to vote

15    are, in fact, qualified voters.

16                    The goal of the bill is to bring the

17    highest integrity possible to our most precious and basic

18    right to vote, and I just encourage us to vote yes on this

19    bill.

20                    SPEAKER:  Is there anyone else?  Chair

21    recognizes Ms. Brown to close.

22                    MS. BROWN:  Thank you, Mr. Speaker,

23    members.  Thank you for staying with us all afternoon and

24    into the evening, and thank you for all of you who

25    believed in this bill and helped with it, to improve it,

TX_00212450

252

1       especially to former Representative Mary Denny who paved

2       the way for us last session.  I am not going to waste a

3       lot of your time because I think we've all made up our

4       minds if we're going to support this bill or not, but I

5       will remind you that there's been a lot of accusations or

6       I should say claims made about it that I believe in my

7       heart are not true.  The Supreme Court has upheld the fact

8       that this is not a poll tax that we are instituting by

9       requiring the people, that they merely prove who they say

10      they are when they come in to vote.  And I think all that

11      needs to be said now is just to close with a statement

12      from the U.S. Supreme Court.

13                      SPEAKER:  Mr. Dunnam, for what purpose?

14                      MR. DUNNAM:  Will the lady yield for

15      questions?

16                      SPEAKER:  Ms. Brown, do you yield?

17                      MS. BROWN:  I really think that we have

18      questioned all afternoon and everyone has decided how they

19      are going to vote.

20                      MR. DUNNAM:  I just have one question.

21      You're the author of the bill.  I would like to ask one

22      bill.

23                      MS. BROWN:  All right.  I yield.

24                      MR. DUNNAM:  Under your bill without my

25      voter registration card but with five photo IDs, will my

TX_00212451

253

1        vote count?  Without my voter registration card but with
2        five photo IDs, will I get to vote?
3                      MS. BROWN:  One photo ID will be entirely
4        sufficient, so long as you are on the voter registration
5        roll.
6                      MR. DUNNAM:  Are you saying that if I have
7        my photo -- if I do not have my voter registration card
8        that I don't get a provisional ballot?
9                      MS. BROWN:  You do get a provisional
10       ballot.
11                     MR. DUNNAM:  So, if I show up without a
12       voter registration card but with five government photo
13       IDs, I will get a provisional ballot?
14                     MS. BROWN:  You will have a provisional
15       ballot because you need to bring your voter registration
16       card with you.
17                     MR. DUNNAM:  And my vote won't count?
18                     MS. BROWN:  It will be a provisional
19       ballot.  Let me just read this one quote from the U.S.
20       Supreme Court decision.  "Recognize the merits of photo
21       identification for voting.  In removing an injunction
22       against Arizona's photo identification law, the U.S.
23       Supreme Court pro-curium opinion reads:  Confidence in the
24       integrity of our electoral processes is essential to the
25       functioning of our participatory democracy.  Voter fraud

TX_00212452

254

1    drives honest citizens out of the Democratic process and

2    breeds distrust of our government.  Voters who fear their

3    legitimate votes will be outweighed by fraudulent ones

4    will feel disenfranchised."

5              So, members, we want to increase the

6    integrity of the process and thereby increase voters'

7    confidence in the integrity of the process and there will

8    be more participation.  Thank you, members.  I move

9    passage.

10             SPEAKER:  Members, the question occurs on

11   the passage engrossment of House Bill 218 vote no.  All

12   those in favor vote aye.  All opposed, vote no.  It's a

13   record vote.  The clerk will ring the bell.  Show

14   Ms. Brown voting aye.  Members, Mr. (inaudible) who is

15   present would vote -- would vote yes, with Mr. (inaudible)

16   absent would vote no.  And show Mr. Kirk England who is

17   present and would vote yes with Mr. Puente, who is absent

18   voting no.  Have all voted?  There being 76 ayes, 68 nays,

19   three present not voting, House Bill 218 has passed

20   engrossment.

21             (End of session.)

22

23

24

25

TX_00212453

255

REPORTER'S CERTIFICATE

4/23/07 HOUSE FLOOR DEBATE


1         I, Shauna Foreman, Certified Shorthand Reporter

in and for the State of Texas, hereby certify to the

following:

       That the above transcript of the meeting is a

true record of the testimony given to the best of my

ability, having been transcribed from videotape;

          That a copy of this certificate was served on

all parties and/or the witness shown herein on

_____.

          I further certify that pursuant to FRCP Rule

30(f)(1), the signature of the deponent:

          ____was requested by the deponent or a party

before the completion of the deposition and that the

signature is to be before any notary public and returned

within 30 days (or _____ days, per agreement of counsel)

from date of receipt of the transcript.  If returned, the

attached Changes and Signature page contains any changes

and the reasons therefor;

          _____was not requested by the deponent or a

party before the completion of the deposition;

          I further certify that I am neither counsel for,

related to, nor employed by any parties or attorneys in the

256

1       action in which this testimony is taken, and further that

2       I am not financially or otherwise interested in the outcome

3       of this action.

4              Certified to by me on this the 1st day

5       of May, 2012.

6

7                              *Shauna Foreman*

8                              Shauna Foreman, CSR

                               Texas CSR 3786

9                              Expiration:  12/31/2012

                               Esquire Deposition Solutions

10                             1001 McKinney, Suite 805

                               Houston, Texas 77002

11                             Tel. (713)524-4600

                               Firm No. 03

12

13

14

15

16

17

18

19

20

21

22

23

24

25

JA_007863

| A |
|---|

**ability**
175:3 199:12
200:7 255:9
**able**
122:23
131:12
138:13
148:22
149:10
153:13
163:17
173:23
174:5
193:25
202:5 207:1
215:1
217:19
224:12
237:1
240:22
245:15,17
**absent**
173:10
254:16,17
**absolutely**
122:25 123:4
139:21
140:8 154:6
158:12
163:10
164:14
174:2
217:17,17
223:7,11
237:15
247:21,22
248:3,4
**accept**
175:22 220:1
224:17
**acceptable**
134:10 146:9
170:18
171:5,11,12
175:24
176:1 184:1
186:23,25

187:9,16,18
196:13
203:16
209:9,12
220:3 221:1
221:3,7,18
221:20
227:6,10,13
**accepted**
202:1
**access**
132:9,12
226:4
234:25
237:5,6
**accomplish**
218:2 228:18
228:20
238:5
**accomplis...**
218:1
**accounted**
165:4
**accounts**
165:18
**accuracy**
177:14
**accusations**
252:5
**accused**
200:15
**acquiesce**
144:21
**acquire**
131:12
134:19
202:4
**Act**
134:19
136:14
188:3 189:8
189:19
246:24
**action**
179:24 256:1
256:3
**active**
235:7

**activity**
132:8
**actual**
178:21
**add**
199:13
246:16
**added**
199:11
222:12
249:11
**adding**
206:2,3
**addition**
147:11 206:2
**additional**
126:10
160:20
178:11
206:3
222:13
232:20
**additions**
249:15
**address**
149:1 160:11
190:17,22
**addressed**
207:19
208:15,16
**addresses**
177:19
242:20
**adds**
142:5 147:10
147:10,16
160:20
187:13
**administr...**
122:10 177:7
**administr...**
172:2,22
173:16
229:10
**administr...**
173:16 229:5
**admit**
158:3 179:21

**adopt**
203:5
**adopted**
171:14
180:13
187:2,19
192:20
203:17
209:14
220:5 221:9
221:21
227:15
**adoption**
126:25 131:2
**adults**
157:10
**advantage**
131:13
**adversely**
170:17
**affect**
232:25
**affidavit**
147:14,16
159:18
160:2,6
198:1,13,14
200:9,14
207:21
**affirm**
161:5 166:14
**affirmation**
163:3 165:23
**affirmative**
143:19
**affirmati...**
143:23
**affirming**
142:7 163:12
**affluent**
141:6
**afford**
194:11,15,20
194:23
195:19
198:19
206:10
**Afghanistan**

210:15
212:21
218:23
**African-A...**
138:10
**afternoon**
251:23
252:18
**AG**
144:19 164:2
164:3
**age**
166:3 193:19
193:20
197:6,11,13
250:11
**ages**
197:8
**ago**
136:7 147:4
185:5 211:9
232:19
**agree**
178:12,12
213:10
223:4,19
224:24
225:5
238:17
239:25
**agreement**
255:18
**airplane**
159:8
**Alan**
214:2,21
**alcohol**
151:22
**aliens**
165:10
**alive**
154:25
155:25
**alives**
155:2
**allegedly**
155:12
**allow**

133:18
142:15
143:8
172:21
191:1 194:3
207:5
219:12
**allowed**
132:21 161:1
205:10
235:1
237:18
243:6
246:22
**allowing**
152:17
176:10
219:19
**allows**
123:16
245:20
**Alonso**
146:23
187:22,23
187:24,25
188:15,17
190:2,5
**amended**
217:15
**amendment**
122:16,18
123:3,13,15
124:20,22
125:1,17,24
126:12,23
127:1,9,10
127:11
129:11,11
129:12,25
130:7,8,9
130:12,25
131:5,21
132:2 134:1
134:9,10,13
134:16,17
135:3,14,19
136:1,19,21
137:6

139:10
140:12
141:21,25
142:1,2,5
142:14,24
145:22
148:24
149:2 151:3
157:17
159:19
160:19
162:22
166:11
169:24
170:6,7,8
170:10,17
170:17
171:10,12
171:14,15
171:16,17
171:22,25
172:14
175:14,18
175:22
176:4,24
177:6 179:6
179:10,17
179:18
180:2,3,4,7
180:11,12
180:14,15
180:16,20
181:11,18
182:7,8,19
184:16,24
185:1,11,13
185:18
186:5,10,11
186:12,16
186:21,25
186:25
187:1,3,4,5
187:8,17,18
187:19,20
187:21,22
188:1,14,19
188:23
190:3,7,7,8
190:10,11

190:12,13
190:16,25
191:8,9,12
191:21,23
192:23
193:25
194:14,22
194:23
195:1 196:3
198:8,15,16
199:11
201:6,11,12
201:13,18
201:19,21
202:1,8,19
202:24,25
203:1,4,15
203:16,16
203:18,19
203:20,23
205:6 207:8
207:18
208:20
209:1,2,3,6
209:12,12
209:13,15
209:16,17
209:20
210:18
211:24
214:13
215:17,24
216:3
217:25
220:1,3,5
220:6,7,8
220:11,25
221:7,9,10
221:11,12
221:14,19
221:20,21
221:22,23
221:24
222:3,18,24
224:18
226:2,8,17
226:22,23
226:24,24
226:25

227:3,13,13
227:14,16
227:17,18
227:21,24
228:3,11,22
229:22
231:13,18
231:23
232:22
233:22
234:24
235:5,6,12
236:14,17
236:21,21
236:23
238:4,12
239:4,7
241:9,11,16
241:24,25
242:2,9,18
242:19
243:11,16
249:20
**amendments**
194:10
241:14
247:24
248:19
250:21
**American**
249:7
**amount**
224:16
**amounts**
197:13
**analysis**
242:24
**Anchia**
127:11,12,13
129:22
142:2,3,4
142:19,21
142:25
143:4,7,17
144:11,15
145:7,11
146:1,25
147:6,23,24

148:4,6,10
149:6,12,23
150:4,21
151:11,20
157:16
159:19
160:17,18
161:17,18
161:20
162:4,21,24
163:3,10,12
163:25
164:8,21
165:11
166:1,23
167:7,12,20
167:25
168:5,6,12
168:16,23
169:4,8,11
169:20,24
170:2 172:7
172:8,9,13
172:16
173:1,21
174:12,16
212:3,4,5,7
212:10,12
212:16,19
212:23
230:2
231:24,25
232:1,2,5
232:18
233:2,11,17
234:11,21
235:4,11,22
236:7
243:20,24
243:25
246:14
247:23
249:12
**Anchia's**
241:9 242:9
**and/or**
255:11
**answer**

answer
145:17 147:6
168:16
214:6 215:5
answered
147:5
answering
145:11
147:22
anybody
217:21 218:6
234:20
242:10
anymore
153:10
242:13
anyway
213:16
249:23
apartment
137:21
appears
161:22 177:7
200:10
applicant
216:8
application
157:24 210:7
216:11
219:10
applied
185:20 219:5
233:24
applies
130:15
218:17
apply
138:23 139:6
139:7,10
185:19
220:12
appointed
230:9
appreciate
147:24
167:16
174:25
210:4

approach
229:24 239:5
239:6 240:7
242:3
appropriate
163:5 187:12
approxima...
127:18
192:21
April
121:11 145:4
architects
246:20
area
141:4 236:25
areas
138:11 141:7
arena
141:2
argue
122:9,13
140:15
193:9
argument
122:11 157:9
185:19
242:21
249:21
arguments
202:11
249:19
Arizona's
253:22
Arkansas
171:7
arms
249:21,22
Army
211:5
arrested
138:10
article
230:15
articulated
142:12
artificial
232:25

ascertain
191:16
Aside
178:20
asked
128:22,25
129:1
145:12,16
151:20
158:7
175:19
178:9
189:12,16
189:17
219:16,16
237:11
asking
122:15
189:15
194:4
211:15,18
211:22
214:25
225:10
247:9,25
assault
236:3
assaults
246:23
assistance
127:20
131:14
assisting
127:21
associated
193:17
197:22
198:20
199:24
233:4
238:10,11
associates
148:21,22
assuming
216:23
assumption
127:15
170:21

assure
123:24,25
174:9
assures
203:13
atrocities
136:18
attached
255:20
attack
241:15
attempt
142:6
attempting
128:6 185:12
229:8
attend
186:17
attendance
186:21
attention
210:4 231:4
236:24
247:6
attorney
123:5,6
127:16
128:25
144:3 150:8
164:4 188:2
188:25
189:3,8,12
189:18,22
245:24
248:6
attorneys
229:6 248:7
255:25
attorney's
228:5,24
audit
229:11
232:16
aunt's
137:22
author
134:10
170:18

171:13
173:11
175:25
176:1
182:22
186:23,25
187:16,18
203:16
209:9,10,12
220:4 221:1
221:3,8,18
221:20
227:11,13
252:21
authorize
172:1 178:23
authors
234:12 244:3
automatic...
220:16
available
231:4
avoid
171:21
aware
153:16,20
218:16,22
218:24
225:18
aye
127:2,4
141:22
170:1,2
179:14
186:7 190:4
201:7,8
202:20,21
208:21,23
226:9,11
243:12,13
254:12,14
ayes
127:5 141:24
170:3
179:15
186:8 190:6
201:9
202:22

208:24
226:12
243:15
254:18

**B**

**B**
222:6 224:5
232:12
**back**
135:10
136:11,18
137:2
145:22
151:15
178:17
182:4 195:3
207:2 213:8
213:12
218:10
220:15
224:17
234:1
246:18
247:11,14
247:20
**background**
126:5
**bad**
159:6 182:18
246:25
**bailing**
133:20
**Baker**
128:10,16
173:2,4,4
173:11,13
**balance**
226:3 235:3
**ballot**
160:3 167:10
167:11
187:12
209:8,8
253:8,10,13
253:15,19
**balloting**
234:6

**ballots**
128:9 159:16
187:11
**bank**
140:17
**Baptist**
247:7,17
**barrier**
135:21,23
140:10
**barriers**
152:15
229:20
232:25
**based**
155:11,11
197:10
248:1,2,2
**basic**
251:13,17
**basically**
134:20
139:23,25
170:10,13
180:7 187:8
198:24
215:25
221:14
227:4,8
**battlefields**
210:11
**bear**
249:21,22
**beautiful**
164:19
**beauty**
144:11
168:23
**beg**
211:6
**beginning**
135:10
**behalf**
211:16
**behavior**
229:12
**believe**

136:20 143:4
146:3 154:2
154:6,17
159:14
164:25
165:1
170:17
171:11,21
175:6,24
176:19
212:22
214:8,10,11
214:15
216:6 221:2
225:24
227:24
232:23
236:15,25
237:2,12,18
237:20
238:2,7
241:12,19
241:22
242:25
251:10
252:6
**believed**
251:25
**bell**
127:3 141:22
179:13
186:6 190:4
201:8
202:21
208:23
226:10
243:13
254:13
**benefit**
175:12 215:1
**benefits**
138:23
214:12
**berkas**
219:3
**Berman**
136:22,23
137:1

138:16
139:2,6,9
139:16
142:20,22
142:23
143:2,5,6
162:18,18
162:22
163:1,8,11
163:24
164:3,18
165:8,20
166:15,17
166:24
167:3,9,15
212:24,25
213:1,3,6
213:22
214:1,21
215:19
216:4,10
228:7,9
**best**
171:21 214:6
237:7
242:10,21
255:8
**bet**
145:15
166:19
217:24
**Bettencou...**
157:2
**better**
123:11
162:11
178:20
183:2
185:14
**Bexar**
139:12
**beyond**
176:9
**big**
152:21
162:12,13
162:14
224:21

**bigger**
140:9
**biggest**
234:5
**bill**
127:14,16
129:1,12,15
133:9
134:17,23
135:10,20
137:9 138:7
138:18,19
138:19
140:11
141:14
142:24
145:25
146:1,3,22
147:3,7,15
148:6,11,14
148:16
151:9 152:4
152:19
156:19
158:22
160:19,21
164:5,7,13
164:16
165:21,21
165:22
166:5,6,6
166:24,25
167:8,9
168:8
171:20
172:13
175:14,14
175:22
176:9 177:8
177:25
178:15,16
181:2,20,22
183:3,21
184:2,9
185:12
186:18
188:20
190:6

191:25
193:10,23
193:24
196:9 197:1
197:3,23
198:22
199:4,6,11
200:18
201:16,18
201:22
204:17
205:10,15
205:17,19
205:24
206:15,17
210:17,19
214:24
217:15
218:3,5,11
219:25
222:13
223:5 225:8
227:25
228:18,19
229:1,2,8,9
229:13
231:8,15
232:6,8,20
233:8,14,23
234:12,13
234:22
235:3 239:3
239:5,21
240:9
241:13
242:3 243:2
243:7 244:3
244:5,7
245:7,19
246:2,6,9
247:7,9,20
248:1,4,21
248:25
249:5,11,14
250:1,20
251:7,11,16
251:19,25
252:4,21,22
252:24

254:11,19
**bills**
124:16
**birth**
130:20
183:22
184:3 204:8
**bit**
156:14
172:17
184:23
192:5
218:20
230:13
**black**
247:14
**Blockbuster**
159:12,15
**blood**
210:11
213:10
**Blunt**
128:2
**board**
183:12
192:25
**boards**
128:5
**body**
127:21
172:17
211:15,18
227:23
237:2,3
244:8
245:12
246:8
**body's**
236:24
**bogus**
245:4
**Bohac**
143:10,13
144:9,14,16
145:2,9,19
147:4,22,23
170:19,20
170:24

171:9 191:5
191:6,7,13
191:14
207:12,17
207:23
208:14
225:17,18
**bomb**
211:12
**Bonnen**
179:24
**books**
171:5 182:11
237:9
**bother**
183:6
**bottom**
155:16
**bought**
230:25
**box**
129:20
157:24
158:1 209:8
216:1,4,7
219:9
**boy**
164:19
**brave**
214:17
215:12
**breakers**
229:19
232:24
235:15
236:2 241:1
**breaking**
229:17
**breeds**
254:2
**brief**
244:1 247:4
**brilliant**
231:10
**bring**
124:24,24
126:12,18
130:3

156:11
181:14
182:4 184:1
184:11
191:10
225:10
226:2
227:22
228:13
247:5
251:16
253:15
**bringing**
124:21
157:16
189:4
236:23
251:7
**brings**
124:23
**brought**
218:11
**Brown**
123:12 127:3
131:3,4,20
131:25
132:1,5,22
133:1,4,8
133:13,23
134:2,3,4
134:24
135:1,2
141:21,22
149:21
150:2 151:1
151:2,14,19
152:2,23
153:4,11,18
153:25
154:4,9,12
154:23
155:4,13,20
156:4,8,13
156:25
157:12,21
158:12,19
158:23
159:3,7,12

159:23
160:1,8
164:23
169:25
170:1 173:3
175:19
176:5,7
177:2,4,5
177:11,16
178:4,12
179:12,14
182:23,25
183:19,20
183:24
184:5 186:5
186:7 188:5
188:6,19
189:5 190:3
190:4 201:6
201:8,24,25
202:12,19
202:21
206:7,8,21
208:21,23
216:14,15
217:11,13
217:17,23
218:8,10,15
218:16,19
218:25
219:14,24
222:7,8,21
222:22,23
223:2,7,14
223:20,23
224:2,7,23
224:25
225:6,10,15
225:21
226:8,10
231:18
232:18
237:19
238:3,21,22
238:24
239:1,10,22
240:6,20
241:3,16,20
241:23

242:21
243:11,13
243:22
247:25
251:7,21,22
252:16,17
252:23
253:3,9,14
253:18
254:14
Brown's
129:7 194:10
242:24
Bruce
230:14
build
156:19
199:10
bunch
150:17
156:17
234:5
burden
175:4 233:8
233:9,11
235:15
burn
162:8,10,14
Burnam
246:12,13
bus
137:25 138:2
138:25
139:5
business
249:13
busy
239:23
buy
148:13 231:5
234:3
buying
128:14
byte
196:16

C

C

148:16
222:25
232:15
calendars
129:14
California
170:22
250:17
call
140:1,2
167:22,25
181:10
247:6
called
150:22
campaigned
250:6
campaigns
141:1
capabilities
237:7
capacity
216:8
car
138:1 182:4
235:23,25
236:1
card
137:10
138:17,20
138:22
140:6
143:18
149:7
157:24
159:13,15
159:18,24
172:3,24
177:15
178:8 180:8
180:9
193:18,19
194:11,24
195:18,20
197:3,6,21
201:20
202:7 204:6
204:10

205:9 210:9
213:18
214:22
215:4,21,22
216:1,6
217:14
220:15
252:25
253:1,7,12
253:16
cards
158:18
175:21
178:8,10,22
199:13
201:19
221:16
care
153:12 206:9
207:8,9,9
carries
142:17
carry
146:18
147:13
193:15
Carter
128:9,16
173:2,4,4
173:11,13
case
132:6 142:13
156:19
160:4 164:6
167:23
195:15
196:17
202:6 232:7
235:11
cases
127:18,22
128:15,18
128:20,23
128:24
129:1,3
150:11,12
158:19
180:22,24

230:20
232:17
234:2
240:17
cast
128:19 209:7
casting
128:12 217:5
225:2
Castro
196:22,24,25
197:16,25
198:11,22
206:19
222:19,23
223:3,11,16
223:21,24
224:3,19,24
225:3,7,12
249:3,4,5
catch
162:7
caught
169:7
cause
208:7
Center
139:4
certain
138:23 196:6
certainly
126:11 135:6
135:7 144:2
149:18
177:8,21
185:16
certificate
139:25
183:23
184:3 204:1
204:8 255:1
255:10
certificates
130:20
204:13,15
certified
184:1,3
255:4 256:4

certify
255:5,13,24
chair
127:12
130:10
131:3,24
134:8,11,14
135:1 142:3
151:1,11
160:17
171:13,18
176:5
178:13
180:5,12,17
180:18
181:16
182:23
184:13,20
186:13
187:1,6,19
187:23,24
188:5,15
190:9,14
191:11,12
191:22
201:14,24
202:9 203:2
203:21
206:7,22
209:4,13
216:14
220:4,9
221:8,21,25
222:1,7
225:23
226:14,20
227:1,19
228:14
238:21,24
242:4
243:24
246:12
247:2 249:3
249:3 251:3
251:20
chairman
142:21
188:24

189:16
227:20
**chairs**
227:14
**chance**
152:18
204:16
**chances**
132:6
**change**
134:20
160:25
184:2
**changes**
161:1 221:17
255:20,20
**changing**
170:25
**chapter**
191:3
**characterize**
235:22
**charge**
194:12,25
200:17
204:5,7
205:13
206:25
**charged**
128:11
197:20
200:15
205:11
**charging**
197:7,13
**chatting**
180:21
181:21
**cheat**
249:10
**check**
157:24 158:1
186:18
216:1,4
220:13
**checked**
219:9
**checking**

129:20
230:19
**checks**
216:25
230:19
**Chicago**
149:18
**chief**
229:3
**child**
236:3
**children**
236:4
**Chisholm**
199:8
**choice**
235:22
**choose**
158:2 173:20
178:18
179:3 195:9
**Christian**
217:8,9,10
217:13,18
218:3,9
**cigarette**
151:23
**cited**
144:15
**citizen**
123:19
**citizens**
130:23 175:7
178:17
208:12
213:15,16
214:18
237:14
254:1
**citizenship**
147:12
160:24
**City**
211:13
**civil**
137:4 143:21
161:11
163:5

200:20
215:13
233:15
247:10,13
**civilly**
147:19
**claim**
152:13
169:13
**claims**
252:6
**clarifica...**
147:1
**clarify**
170:20 211:4
239:14
240:14
**Class**
222:6,6,16
222:25
223:1 224:5
225:18
**clause**
236:16
**clean**
153:7 154:5
**cleaned**
242:9
**clear**
148:13
187:11
228:16
236:20
**clearly**
149:6,8
157:17
203:23
237:20
244:12
**clears**
207:7 227:8
**clerk**
127:3,9,11
130:7,9
134:13
141:22,25
142:2 170:6
170:8

171:15,17
172:2,22
173:17
179:13,17
180:3,4,14
180:16
186:5,10,12
187:3,5,20
187:22
190:4,7,8
190:11,13
201:7,11,13
202:20,24
203:1,18,20
208:4,22
209:1,3,15
209:17
220:6,8
221:10,12
221:22,24
226:10,24
226:25
227:16,18
243:13
254:13
**clock**
246:18
**close**
135:15
151:12
160:17
178:14
188:16
191:22
206:22
231:3 242:5
243:22
251:21
252:11
**clue**
206:5
**Code**
203:6 204:2
**cold**
166:16
167:19
**Coleman**
156:20,21,23

157:1,14
158:6,16,21
159:1,6,10
159:14,25
160:2,12
**colleague**
236:10
**collect**
205:3
**collected**
190:24 194:2
**collecting**
202:2
**college**
148:11,14
170:11,21
**colleges**
191:15,18
**combat**
212:10 213:6
213:7,10
214:4,13,23
**come**
141:4 144:23
151:15
152:1
163:17
170:22
181:24
182:2 183:8
184:15
208:2
215:16
220:19
224:13,14
224:15
233:3 234:1
240:11
243:18,21
250:11
252:10
**comes**
223:5
**comfortable**
135:25
176:16
**comfort-a...**
136:2

coming
129:13
  135:25
  139:3
  140:22
  143:20
  168:18,25
  178:7 199:9
  208:15
  225:14
commensurate
246:5
comment
126:2 238:9
comments
175:20
  239:15
  240:3
  248:25
commission
127:20
  128:10,16
  230:8,12
commissio...
175:8,9
  178:17,18
Commission's
173:2
commit
162:3 168:19
  249:16
committed
136:17 241:5
committee
144:18,19
  149:25
  164:1,9,11
  164:15
  167:17
  177:24
  178:6 199:4
  242:1
  246:15
committing
161:25
common
237:1,5
community

compare
176:12,12
  177:18
compared
250:11
comparison
219:17
compelling
248:13
complaints
128:24
completely
153:11
  173:10
  230:23
completion
255:16,23
complicat...
124:22
complies
227:10
comply
195:9
component
242:20
con
248:25
concealed
146:18
  147:13
  193:5
concept
149:19
concern
123:2 124:22
  223:12
  235:23
concerned
133:10 174:7
  223:15
  231:16
  236:2
concerns
129:8 177:6
  200:7
conclusion

124:24
conclusions
128:18
condones
237:3,4
conduct
229:4,10
  230:10
  232:13,15
confidence
124:1 135:13
  223:9
  251:14
  253:23
  254:7
confirm
146:7
conscience
222:15
conscient...
222:10
consequence
238:6
consequences
142:17 228:1
  229:25
consider
201:21
considera...
129:25
  181:11
  228:10
considered
196:12
  236:22
  242:1
consistent
173:1,11
  203:8
constituency
137:13
constituents
137:9,15,16
  137:17,18
  137:19
  141:9
  165:20
  175:10

constitute
128:16
Constitution
130:2 192:23
  233:13
Constitut...
124:17
contains
255:20
contest
123:17
continually
241:6
continue
122:19
  123:17
  141:9
  245:21
contributed
214:14
contribution
224:11,14
control
172:14
  174:10
  179:7,8
convenient
172:20
Convention
247:8,18
conversation
134:5
conversat...
210:3
convict
164:5
convicted
164:3
conviction
162:1
convictions
248:9
convincing
156:19
copy
184:1,1
  255:10

correct
132:13,14
  143:3,4
  156:1
  157:20
  158:11
  159:25
  168:11
  174:13,15
  175:15
  197:10
  199:15
  212:8,9,11
  215:4
  217:13,20
  235:7
  236:19
  240:19
  245:3
correctly
175:23 232:6
Corte
129:21,24
  181:8,9,10
cost
122:10 172:5
  177:8,9
  193:7,17,20
  194:25
  196:1 199:7
  199:9,25
  205:12
  206:9
  217:20
  238:10,15
  245:15
  250:25
  251:1
costs
191:18 233:3
council
212:14,17
counsel
255:18,24
count
152:23 253:1
  253:17
counties

134:18,20
136:13,16
139:6,7,9
139:10,14
155:4,6
172:1 174:3
175:2,4
176:10,14
176:17
177:17
179:2 205:2
238:11
**countries**
192:18
218:17
**country**
127:25
136:10
210:13
217:22
218:7 219:3
219:7,17,20
220:22
231:11
247:19
**county**
128:4 129:15
132:24
138:9
139:12,12
139:13
150:6 153:6
153:6,10
154:20
155:6,9
156:9,11,14
157:6,10
160:13
161:3 164:4
170:23
172:1,2,6
172:20,22
172:22
173:16,16
173:19,21
174:8,11,13
175:7,8,8
177:9 178:2

178:7,11,16
178:17,18
178:23
179:3 208:4
229:10
240:18,18
240:24
242:15,22
**couple**
164:22
**course**
175:25
**Court**
137:5 192:25
206:13
252:7,12
253:20,23
**courthouse**
173:17
**court's**
195:12
**cover**
193:8
**covered**
166:3,23
167:7,9
**cracked**
242:23
**create**
146:19
148:12,25
162:5
192:13,14
201:16
233:25
245:12
**created**
190:18
233:22
**creates**
146:4,14
148:23
228:4,23
245:14,20
246:2,9,11
**creating**
146:21
152:15

192:11,12
192:19
**crime**
231:20
**criminal**
161:11 163:6
**criminally**
147:20
**criteria**
157:7 198:23
216:3
**crooked**
231:1
**crossing**
245:10
**cross-match**
153:13
**cross-ref...**
176:22
**CSR**
256:8,8
**cure**
182:7
**curious**
148:15
**current**
183:21
190:18,20
192:10
197:18
210:15
246:3
**currently**
129:2 134:21
201:22
204:13
210:17
214:10,18
234:12
**cycles**
133:17

─────── D ───────
**D**
146:22
**DA**
144:7 151:4

161:7,8
**dad**
180:22
**daily**
132:11
246:17
**Dallas**
138:9 139:12
170:8 180:4
187:5
221:12
226:25
**DAs**
239:23
**data**
164:10,12,16
164:22
165:19
178:21,24
178:25
179:1,4
**database**
129:18
176:12,21
177:18
**date**
132:18
133:16
255:19
**Davis**
170:8,9,24
171:11
180:4,5,6
180:11
187:5,6,7
187:17
221:9,12,13
221:19
226:14,16
226:21,25
227:1,2,12
**day**
133:17
138:13
183:9
219:11
222:11
224:12

239:12,13
239:15,16
244:1 250:7
256:4
**days**
255:18,18
**dead**
129:7 149:17
149:19
155:12,25
156:3
242:12,13
250:14
**deal**
228:20
**dealing**
132:3 189:11
235:17
**dealt**
127:19 206:9
232:9
**Dean**
170:3
**death**
150:19
155:13
**debate**
121:8 127:15
173:10
236:25
244:1 255:2
**debating**
236:16
247:13
**debt**
216:18
**deceased**
129:18
**decide**
176:11
192:13
241:18,21
**decided**
252:18
**decision**
137:5,6
189:3
200:23

253:20
**declaration**
130:16
 132:24
 142:7
 143:14,19
 144:24
**declarations**
142:15
**declare**
208:4
**decrease**
169:2
**dedicate**
234:15
**defeated**
250:21
**defend**
210:13
**definitely**
153:19
 234:17
**deletes**
229:22
**deleting**
146:20
**democracy**
192:17,18
 214:15
 231:22
 233:7
 237:12
 249:7
 250:24,25
 253:25
**Democratic**
254:1
**Democrats**
145:5
**denied**
126:6 209:8
 235:2
**Denny**
252:1
**Denton**
139:13
**department**

125:24 157:4
 157:7 188:8
 198:5 204:5
**deponent**
255:14,15,22
**deposition**
255:16,23
 256:9
**desired**
151:10
**despite**
238:8 250:20
**detect**
232:14
**detecting**
229:7
**detects**
251:15
**determina...**
155:9 189:5
**determine**
148:19 188:3
 188:21
 189:7 198:5
 198:23
 200:11
**determined**
155:12
 189:21
**deterrent**
161:12
**deters**
251:11
**devastation**
132:16
 133:11
**device**
234:5
**devote**
244:9
**dialogue**
147:24 161:4
**died**
122:9 126:7
 136:3
 150:18
**difference**

125:4 138:12
 167:18
 207:24
**different**
130:24
 137:16,24
 138:15
 174:4 175:3
 189:15,15
 197:7,8,8
 197:13,14
 197:14
 237:11
 240:7 242:3
**different...**
214:9
**different...**
214:11
**difficult**
125:18,21
 130:23
 216:16
**digging**
133:19
**diligently**
153:7
**directed**
179:23
**direction**
136:11
**directs**
203:4
**disabilities**
214:4
**disability**
211:11,18
 213:12
 216:25
 219:10,21
**disabled**
209:20 210:6
 210:8,14
 213:3,4,7
 214:12
 215:17
 216:2,21,24
 219:23
**disagree**

135:17
 237:18
**disaster**
130:16,17,18
 130:22
 132:11,17
 132:19,24
**disasters**
130:13 132:3
**discern**
244:23
 245:18
**discourage**
140:22
 141:15
 208:2,9
**discouraged**
126:8 140:24
 141:17
**discrepancy**
165:13,18
**discretio...**
194:16,18
**discrimin...**
192:22
**discrimin...**
217:21
**discrimin...**
217:24
**discrimin...**
135:8 136:9
 137:3,4
**discuss**
165:18
**discussed**
215:23
**discussion**
149:16
 231:19
 239:13
 249:25
**disenfran...**
225:14
 235:16
**disenfran...**
140:4 145:15
 145:17
 158:11,22

169:22
 243:2 244:7
 254:4
**disenfran...**
224:4
**dishonest**
249:9
**disqualified**
129:19
**disrupt**
132:11
**disrupted**
130:22
**distance**
229:16 236:5
**distinguish**
213:11,13
**district**
137:20 141:3
 141:5 144:3
 164:4 166:2
 166:4 228:5
 228:24
 229:6
**districts**
248:8
**distrust**
254:2
**DMV**
231:1
**doctor**
248:12
**document**
146:21
 147:12
 148:8 149:9
 152:1
 160:10
 161:25
 196:20
 200:11,16
 204:9
**documenta...**
146:8 150:9
 151:7 155:7
 155:8
 204:15
**documented**

239:20
240:17
documents
130:20,24
133:22
140:6 142:5
148:13
149:24
150:6,13
160:25
161:8,9
169:5 191:2
200:8,14
203:11,12
203:12
204:3
205:22
206:25
208:5
244:19
doing
122:21
139:23
151:18
158:23
159:1
162:16
177:7,10
189:13,25
192:15
203:9
222:14
223:25
243:8
dollar
192:21,21
238:13
dollars
198:12 231:2
door
131:16
doors
250:6
doubt
137:2 167:15
DPS
154:15
158:25

176:13,19
195:25
207:20
208:3
draft
205:17
draw
128:17
drawing
216:25
Dread-Scott
137:6
dream
137:23
drink
148:15
drive
193:9,11
195:12,17
245:8
250:13
drivers
235:24
driver's
139:23
143:16
146:11
147:11
148:7,9
151:21,24
153:14
157:25
158:14,17
158:21
161:22
162:2
164:24
165:3,10,13
166:8
171:24
182:3 193:4
193:7 195:7
195:11,11
196:11
197:1
210:16
217:16
231:2

drives
254:1
drought
132:7
drove
166:6,7
Dunham
148:19,19
Dunnam
182:20,22
183:17,18
183:20,25
184:6
252:13,14
252:20,24
253:6,11,17
duplicate
133:22
Dutton
180:16,17,18
180:19
181:13,16
181:17
182:21
184:14,21
184:22
186:4,6
duty
129:20
212:10
214:10
dying
122:12
214:19

_____
E
_____
earlier
136:5 142:13
173:13
175:19
215:24
227:3
239:13,15
239:16
240:2,14
250:2,2
early
191:16

231:18
236:24
Earth
155:10
easier
165:23 241:4
249:15
easily
144:3 151:4
194:20
249:14
East
162:10
easy
141:10
151:21,24
173:5
224:13
249:9
eat
138:13
economic
137:22
ED
159:11
educate
186:17
effect
230:1
effective...
230:16
effort
141:3 188:11
201:17
246:21
250:9
efforts
240:18
either
154:14
165:24
167:2,13
168:7
169:10,10
197:1
200:19
205:14
219:18

224:21
elderly
140:4 171:23
207:9
elected
202:13
election
123:17
127:21
128:5
133:12,17
135:5,11,13
168:13,13
178:6
182:13,16
185:4,22,25
203:6,8
204:2 209:6
218:23
222:4
223:21
228:5,24
229:5,10
232:13,15
239:17
244:22,22
245:17,17
250:7
elections
124:1 125:16
125:19,24
127:20
133:17
153:23
172:1 179:3
193:1,1
203:7,13
212:13,15
212:17
222:9,10
229:3 230:4
230:7
233:10
234:23
243:8
244:16
245:7
246:15

TX_00212466

House Floor Debate - Volume 2                 April 23, 2007

electoral
141:16
253:24
electric
137:9 138:18
165:21
166:5
electronic
234:4
eligibility
198:23,24
eligible
165:12 171:4
204:1,14
214:16
eliminate
185:12,14
201:17
eliminates
228:3
eliminating
237:6
eloquently
136:5 247:24
embarrassing
208:6 248:15
embarrass...
208:6
employed
166:24
255:25
employee
128:7 146:12
167:1 231:1
244:20
245:5,16
employees
148:23 174:7
employer
167:1 174:7
193:13
employers
174:5,6,6
178:25,25
179:2
employment
148:16

244:24,25
enabling
236:15
enact
207:4
enacted
124:11,15
247:1
encourage
124:4 208:8
218:13
251:18
encourages
174:3
encouraging
135:9
ended
137:6 138:7
energy
250:9
enforce
152:10
229:18
232:23
234:13,14
234:14
235:6,14
236:1
240:19
enforceable
149:4
enforced
147:19
183:14
enforcement
138:6 151:22
151:23
152:8 229:6
229:24
232:21
233:20
246:5
enforcing
232:21
240:25
engage
173:8 234:14
244:10

engaged
123:10
engaging
144:12
England
254:16
English
227:5
engrossment
254:11,20
enhance
123:7
enjoy
211:17
enjoyed
164:9 167:17
ensure
226:4
ensuring
190:22 198:9
234:25
entire
162:8,10,14
entirely
253:3
entities
205:14
entitled
179:9 237:17
epidemic
128:17
equally
235:1
equivalent
206:14
erect
229:19
Escobar
174:17,18,19
174:24
175:12,17
176:2 220:8
220:9,10
221:2
especially
175:13 248:5
252:1

Esquire
256:9
essence
197:7
essential
253:24
essentially
162:7 190:21
192:6 195:6
233:15
235:6,12,16
245:20
established
131:22
161:13
establishing
227:9
eternal
237:13
238:16
ethnicities
145:3
Evelyn
167:12
evening
251:24
everybody
185:15,20,20
203:8
248:20
250:5
evidence
128:7,9
142:14
144:2,2,17
149:17,22
150:2,3
151:9
152:16
154:20
155:2,5
156:2,11,17
162:13
164:14,15
229:11
240:15
244:4
245:11

247:21
248:3
exactly
140:2 163:13
182:17
211:21
example
133:12
150:10
240:20
examples
150:7 152:3
exception
202:6
exceptions
183:4 249:11
excerpt
230:16
exchange
192:9
exclude
134:22
excluded
215:9
exclusively
173:3
excuse
146:19 173:7
206:14
241:23
exempt
210:18
211:15
exempted
191:1 214:19
exemption
166:4 211:19
exempts
130:12
134:17
209:20
exercise
135:22
233:12
exist
144:13,17
162:15

163:23,24
existing
161:13
exists
156:12
162:13,14
164:17
expand
234:1
expanding
244:13
expect
135:4
expected
135:6
expenses
224:16
expensive
235:24 239:6
experience
136:9
experienced
136:8
expiration
132:18 256:9
expire
193:19
expired
126:21
160:15
169:18
201:1
213:23,24
215:8
238:19
expires
132:17
216:23
explain
172:16
181:18
184:16,24
192:6
explanation
181:21
explore
176:8

extend
147:1
extensive
128:17
extent
211:23
extra
165:6 205:21
205:22,22
extremely
130:23
224:10

—————
F
face
245:3
facilities
176:20
facing
247:12
fact
143:25
144:15,16
147:3 148:6
148:11
154:15
155:24
157:22
160:24
161:5
164:10,17
165:3
166:25
193:6 196:8
205:15
211:10
214:2
215:13
216:24
218:11
231:9 232:7
237:17,23
237:24,25
245:4,6,13
245:23
247:17
250:20
251:15

252:7
failed
134:18
failure
138:5,6,10
fair
236:13
fairly
142:5 222:14
faith
137:12,14
218:13
fake
148:9 151:21
151:24
152:1
230:25,25
231:2,6
falls
233:12
false
128:13,14
149:5 238:1
falsely
144:9
falsified
249:13,14
falsifying
200:16
Falusia
212:15
far
166:18 176:9
177:19
178:1
183:24
243:7
fast
151:24
favor
127:2 145:5
145:5,5,16
158:24
159:2 201:6
202:19
208:21
226:9
243:11

254:12
favorably
248:19
fear
254:2
federal
128:11 227:7
227:10
246:24
fee
140:14
180:10
190:23
191:2
192:21
193:17,17
194:1 197:5
197:19,20
197:21
198:2,20
199:24
201:20
202:2 204:5
204:8
feel
135:25
141:11
176:16
216:18
254:4
fees
193:6,8
felony
128:13
fighters
218:6
fighting
122:12 124:9
192:17
214:18
figure
131:6 238:14
file
242:15
filed
164:13
files
153:24

242:12
fill
147:14
filled
183:9
financial
198:23
financially
140:13 175:4
256:2
find
127:22 128:3
154:23
155:24,24
164:15
189:1,12,21
189:22
216:6
229:11
237:1 241:4
249:10
finding
224:10
findings
173:2 248:12
248:13
fine
143:21 144:8
163:16
224:9
225:19
240:20
fingerprint
219:5,19
finish
122:7,7,8
123:5
fire
218:6
firm
245:1 256:11
first
157:8 185:2
194:10
214:8 215:2
215:6
218:23
228:23

230:22
233:6
236:11,14
236:18,21
247:7 249:7
251:6
**fiscal**
199:3,6,14
204:21,22
205:1,6,8
206:15
233:4
250:19,21
250:22
251:1
**five**
127:18
232:19
250:4
252:25
253:2,12
**fix**
144:12
150:14
**fixed**
150:14
**flag**
206:15
**floor**
121:8 129:13
199:18
246:20
247:1 251:7
255:2
**Florida**
250:18
**fly**
159:10
**flyer**
247:8
**focusing**
173:3
**folks**
138:9 152:15
158:7,9
189:16
223:12,25
230:12

247:5
**follow**
146:8 189:21
222:3
**following**
127:9 130:7
141:25
162:6 170:6
171:15
179:17,24
180:2,14
186:10
187:3,20
189:20
190:6,11
201:11
202:24
203:18
209:1,15
216:20
220:6
221:10,22
226:24
227:16
235:19
255:6
**follows**
189:14
**fool**
231:3
**foolproof**
162:23
**Foot**
162:12,13,14
**force**
228:5,24
232:11
248:7
**foreign**
210:11
**Foreman**
255:4 256:8
**forest**
162:8,9,15
**forged**
148:14
**forgive**
211:7

**form**
131:12 146:9
147:8
163:18
170:14
171:2
183:22
190:19,20
191:25
192:7,8,11
192:16
193:11,16
195:8,8,15
196:12,12
196:13
198:21
200:19,23
209:22
210:7
216:11
219:10
233:24
234:6
**former**
252:1
**forms**
131:16
186:19
190:22,24
193:3
209:21
210:16
211:2,7,20
217:1
**Fort**
139:4 141:8
**forth**
126:12
219:10
**forward**
132:19 205:7
218:11
**forwarded**
161:8
**fought**
122:9 210:13
211:16
212:7

220:22
**found**
128:16
135:24
145:21
248:11
**Foundation**
230:9
**four**
232:19
**fourth**
250:17
**framework**
233:22 234:1
**franchise**
173:23
235:19
237:6
244:14
**frankly**
148:25
150:11
230:1
233:25
**fraud**
123:10
127:17
128:17
131:17
146:14
148:25
149:6,17
150:12,12
161:25,25
162:3
168:19
185:13,14
223:6 228:1
229:1,7,13
229:24
230:2,11
231:8,12,14
233:21,25
234:6,6,25
237:3,7
239:17,20
240:2,10,12
240:16,25

241:5,12,14
241:15
242:7,22,23
244:5,12
245:9,13,22
246:3,10,21
248:8
249:16
253:25
**frauds**
152:21
**fraudulent**
149:9 154:8
154:21
254:3
**fraudulently**
151:25
154:24
**FRCP**
255:13
**free**
150:23
155:17
193:16
194:12,24
195:20,20
198:3
199:12
200:8,15
205:13
207:22
217:16,20
218:5 225:2
**freedom**
247:15
**freedoms**
211:16
**friends**
222:10
**front**
130:4 135:21
135:23
138:8
140:10,18
146:3
168:21
181:15
184:12

TX_00212469

House Floor Debate - Volume 2                April 23, 2007

| | | | | |
|---|---|---|---|---|
| 191:11 | 188:25 | 236:25 237:2 | **go** | 234:18,18 |
| 207:24 | 189:3,9,12 | 238:7 | 123:14 | 236:2,4 |
| 228:14 | 189:18,23 | **germane** | 125:13 | 245:4 249:8 |
| 243:18 | 199:7 | 228:18 | 126:8 | 249:15,22 |
| 249:6 | 245:24 | 233:23 | 130:23 | **goal** |
| **full** | 247:8,17 | **germaneness** | 136:10 | 208:8 251:16 |
| 166:19 | 248:6 | 191:9 | 138:23 | **goes** |
| 224:12 | **generaliz...** | **germane-ness** | 140:16 | 140:12 |
| **fun** | 248:1 | 228:17 | 141:10,17 | 172:18 |
| 208:11 | **generally** | **getting** | 143:20 | 207:4 |
| **functioning** | 223:4 | 123:11 149:3 | 145:22 | 223:18 |
| 253:25 | **general's** | 224:17 | 152:6 | 243:7 |
| **Fund** | 128:25 | **Giddings** | 158:25 | **going** |
| 199:9,15,20 | **gentle** | 161:19,21,23 | 159:5,15,16 | 122:18,23 |
| **funding** | 156:23 172:9 | 161:24 | 161:11 | 126:16 |
| 176:18 | 206:19 | **GIS** | 163:19,19 | 127:17 |
| **further** | 218:14 | 235:24 | 166:10 | 129:6,12 |
| 129:24 | 222:19 | **give** | 169:10,10 | 131:8,9,15 |
| 181:11 | **gentleman** | 123:8,10 | 170:11,12 | 131:22 |
| 228:10 | 132:1 136:23 | 151:10 | 171:3 172:4 | 132:21 |
| 250:13 | 136:24 | 167:10 | 172:23,25 | 141:14,16 |
| 255:13,24 | 139:18,19 | 173:15 | 173:17,18 | 141:17 |
| 256:1 | 143:10,12 | 181:6 185:7 | 174:3,8 | 143:20,21 |
| **furthermore** | 148:2 | 193:13 | 177:20 | 144:10 |
| 245:18 | 161:16 | 198:2 | 180:21 | 147:6 |
| **future** | 162:18,20 | 204:20 | 182:3 | 148:18,20 |
| 132:3 176:9 | 168:2 194:7 | 210:3 | 183:12 | 148:25 |
| 177:20 | 196:22,24 | 224:12 | 185:6 | 152:4,9 |
| 207:10 | 199:1 200:4 | 251:14 | 188:11,20 | 162:3,14 |
| 210:11 | 207:12,16 | **given** | 193:6 195:3 | 163:21 |
| | 210:22 | 133:16 156:8 | 195:6,7,7 | 164:6 |
| **G** | 212:5 213:1 | 156:14 | 195:19,22 | 165:25 |
| **gallantly** | 232:2 | 168:3 | 195:25 | 166:10,11 |
| 220:22 | **gentleman's** | 195:22 | 197:19 | 168:20 |
| **Gallego** | 126:20 | 198:18 | 198:12 | 169:6 |
| 164:19 | 160:14 | 216:21 | 200:23 | 170:16 |
| **Galveston** | 167:23 | 240:21 | 206:15 | 171:1 172:5 |
| 139:13 | 169:18 | 255:8 | 207:20 | 172:16 |
| **gas** | 201:1 | **gives** | 213:24,25 | 175:8,10 |
| 138:19 | 238:19 | 130:25 172:3 | 215:1,14,24 | 177:9,23 |
| 165:21 | **gentlemen** | 173:19 | 217:15 | 179:4 |
| **genealogy** | 161:7 168:5 | 179:7 | 218:10 | 181:23 |
| 150:23 | 169:20 | 204:12,15 | 220:12 | 182:3 183:4 |
| 155:17,21 | 203:4,23 | **giving** | 222:12 | 183:6,8 |
| **general** | 206:24 | 152:8 174:25 | 224:19,20 | 188:20 |
| 123:5,6 | 207:10 | 176:17 | 224:21 | 189:6,6 |
| 127:16 | 210:3 246:1 | **glaring** | 225:15,25 | 191:16 |
| 150:8 188:2 | **genuinely** | 245:20 | 227:25 | 195:25 |

198:11,13
199:7,25
205:15,21
205:22
206:16,24
207:4 215:2
215:20
224:17
225:25
233:3
234:15
236:4
240:10,12
243:20,25
246:7,16
247:1,11
248:5,8,15
248:18,19
248:19
252:2,4,19
**Gonzales**
171:17,18,19
172:10,11
172:15,18
173:12
174:2,15,21
174:22,25
175:6,16,23
176:3
178:13,15
179:14
**good**
148:17 153:9
171:9
175:17
179:6
183:11
184:17
188:7,22
189:2,4
196:16
203:12,12
204:17
205:25
207:8 212:1
222:15
227:22
231:3

236:12
241:6,6
**gotten**
128:24
**government**
130:24
188:21
189:7
192:17
253:12
254:2
**governmental**
200:16
**governor**
128:2 130:16
132:18
**governor's**
132:25
**grandfath...**
125:4
**grandfathers**
125:1
**grandmoth...**
137:21
**great**
127:7 136:21
142:12
144:4 154:1
160:22
245:24
**greater**
250:25
**greatest**
245:22
246:22
**ground**
237:1,5
**grow**
208:12
**growing**
149:18
**guaranteed**
233:13
**guess**
215:5
**guidelines**
176:18

177:16
**gun**
193:15
**guns**
249:23
**gut**
147:3 160:19
**gutting**
145:25
**guys**
244:17

---

**H**

**hair**
149:8
**half**
158:13 197:4
**hand**
125:13,13
**handed**
157:15 250:3
**handgun**
146:18
147:13
193:5
**handle**
176:14,21
205:21
**handled**
176:19
**handling**
203:10
**hands**
176:13 246:2
**happen**
132:6 133:17
139:4
142:12
181:24
**happened**
136:7
**happens**
148:10
168:24
234:16
**happy**
177:4 183:19

217:11
220:1 225:1
**hard**
135:24
215:14
224:10
242:16
249:8
**harder**
212:20
233:16
238:6
**harmed**
126:7 218:7
**harmonizing**
129:17
**harmony**
247:19
**Harper**
192:25
**Harris**
139:13 150:6
153:6,6,10
154:19
155:6,9
156:9,11,14
157:6,10
160:12
161:3 164:4
240:18,18
240:24
242:22
**HB**
121:9
**HB1098**
179:24
**HB218**
128:20 129:9
150:14
162:8
190:18,20
192:10
212:20
232:8
245:13
246:11
**heading**
248:18

**head-on**
132:15
235:18
**hear**
141:14 199:8
223:11
241:8
249:21
**heard**
134:7 144:19
144:20
150:17
162:12
163:25
164:14
177:25
178:1,1,6
218:19
223:12,14
226:19
247:21
249:2,18,19
250:19
**hearing**
124:7 129:1
149:25
206:11
234:11
**hears**
134:8,11
171:13
180:12
187:1,19
209:13
220:4 221:8
221:21
226:20
227:14
249:3
**heart**
252:7
**heavy**
144:8
**HEC**
204:6
**Heflin**
139:17,19,22
140:3,11,21

141:19
203:1,2,3
203:15,20
203:21,22
204:18,19
204:20,22
205:3,8,17
205:19
206:4,22,23
207:14,15
207:17,23
208:17,20
208:23
**held**
159:20 196:9
218:23
**Helen**
161:23,24
**help**
125:16
175:18
190:21
208:11
248:12
250:24
**helped**
212:12 241:3
247:5
251:25
**helpful**
206:17
**Herrero**
190:13,14,15
191:12,22
191:24
192:3,4
194:8,13,19
195:2,5,14
195:22
196:1,18,23
197:10,17
198:7,15,25
199:2,5,16
199:22
200:5,6,17
201:3,5,8
201:13,14
201:15

202:3,9,10
202:18,21
**Hey**
139:5 147:17
**high**
141:6,7
143:25
154:12
174:9
231:20,22
234:7
239:17,23
240:1
**higher**
124:12,18
225:25
226:1,1
**highest**
127:21
222:25
251:17
**highlighted**
150:13
**hinged**
148:6
**hit**
132:15 144:7
**hitting**
133:11
**Hochberg**
147:25 148:1
148:2,5
149:2,10,15
150:1,15,16
150:22
151:13,18
152:12,24
153:9,16,20
154:2,6,10
154:14
155:1,8,15
155:22
156:6,10,16
161:15,16
161:18,21
**Hochberg's**
240:15
**Hockberg**

148:20,21
**Hodge**
200:2,3,4,6
200:21,22
**hold**
126:13
243:18
**holding**
212:13
**home**
137:23
138:13
141:5 166:4
166:17,20
166:22,25
167:5
185:17
249:14
**homes**
133:19
**hometown**
246:16
**honest**
237:10 249:8
249:18
254:1
**honor**
218:4 220:21
**hoop**
188:12
**hope**
132:5 176:1
177:23
218:1
233:25
239:2,12
**hopefully**
136:10 240:8
**horrendous**
137:5
**hours**
152:18
222:11
224:12
232:19,19
236:17
244:2
**house**

121:7,8
134:5
137:21,22
160:10
179:20,23
184:9
189:11,20
199:19
207:2
220:19
228:11
246:20
247:1
248:25
251:11
254:11,19
255:2
**Houston**
132:15
133:11
256:10
**huge**
143:22
148:23
245:8
**human**
179:25
**hundred**
198:12
213:10
**hundreds**
128:19
**hurdle**
126:10
**hurdles**
122:21
**hurricane**
131:10
**Hurricanes**
130:13
**hurt**
213:8
**hurts**
213:12
**husband**
155:21 166:7

———— **I** ————

**ID**
123:22,25
128:1
131:13
132:10
138:1,3,5,6
138:10,12
143:3 145:5
146:12
147:11
148:7,16,19
149:5 151:4
157:5,11,22
157:23
158:10,25
160:5,9,22
163:18
164:5,7
165:5,7
166:9,25
168:8
170:14,21
171:2,5,7,8
171:21
172:2,3,23
172:25
173:6,14,14
178:23
180:8,9
181:5 183:7
183:10,13
183:22
185:1,7,23
185:24
190:21,22
190:24
191:16
192:1,7,8,8
192:9 193:3
193:4,5,11
193:12,13
193:16,16
193:18,21
193:24
194:11,15
194:24
195:7,8,8
195:15,18

195:20
196:1,7,12
196:13,14
196:20
197:12
198:18,21
201:19,20
202:6
205:13
206:10,13
207:6,20,22
209:21
210:16
211:2,7,20
212:16
213:18
214:22
215:2,10,14
215:22
216:22,23
216:25
217:2
218:18
219:6,13
222:4
225:11
228:4
229:23
230:4,17,19
230:22
231:6,9,11
237:8
240:24
245:5,16,18
247:6
249:12,13
253:3
idea
176:8 177:25
182:18
183:11
188:7
238:13
246:20
ideas
237:11,19
identific...
139:24 140:6

146:4,10,13
147:8,12
149:7 158:1
158:4
166:19
170:14
171:2
173:25
175:21
178:8
186:19
187:9,15
191:3 197:2
197:6,21
199:13
203:11
204:6,10
205:9
217:14,19
219:4
230:21
238:1
244:20,24
244:25
245:1,21
253:21,22
identify
160:20
164:12
232:14,16
identifying
232:11
identity
159:5 160:24
161:24,25
251:10
IDs
130:14,19
132:20
138:11
148:22
157:18,18
171:24
174:5 194:2
204:14
215:6,7
218:5
230:19,24

230:24,25
231:5
240:11
252:25
253:2,13
if's
243:4
ignorance
124:8,8
ill
183:9
illegal
142:10
144:22
165:9,9
236:3
illegally
122:19,22
152:7 169:3
249:23
illiterate
219:19
immigrants
213:14
immunization
179:25
impact
126:10
impacted
129:9
impacts
126:11
impersonate
144:23
245:15
impersona...
144:1 229:18
impersona...
123:22
127:19,23
128:2,6,7
128:23
129:2,5
142:10,11
142:11
144:12,20
150:7,11
164:1

171:20
232:7,9,12
232:17
233:24
234:13,15
234:17
235:7 244:4
244:10,13
247:22
248:10
251:9,12
implement...
240:9
implemented
188:9,13
implementing
240:23
imply
162:2
important
161:6 166:15
197:18
235:2
impose
126:9 128:1
imposed
184:25
impossible
244:23 245:2
impression
148:7
improperly
128:14
improve
251:25
improved
241:10
inaudible
122:14 124:3
129:14
145:20
163:13
179:24
180:1 245:3
254:14,15
incentive
143:22
include

203:10 218:3
221:16
included
163:14
includes
147:9 223:21
244:20
including
130:19
inclusive
146:10
increase
173:22
175:11
218:12
223:8
241:11
245:9 254:5
254:6
increased
222:5
increasing
191:18 223:8
245:7
incurred
200:1
indicate
210:7
indicated
202:12
indicating
216:7
indirectly
189:20
235:18
individual
174:13
200:22
233:12,12
individuals
128:12
158:10
191:1,25
192:22
193:20
214:17
215:10
ineligible

128:5 165:5
**inferred**
240:2
**inform**
179:23 209:6
**information**
128:13,14
145:13
150:20
156:14
177:14
187:10
195:23
197:11
216:21
221:17
**initial**
183:3
**injunction**
253:21
**injured**
211:13,17
214:9
**insidious**
246:18
**instance**
249:19
**instances**
185:24
**instituting**
252:8
**institution**
204:7
**instruction**
193:8
**integrity**
123:7 135:11
148:12
218:12
223:8,17,25
224:1 228:5
228:24
229:11
231:21
232:16
233:10
234:23,24
243:8 245:7

251:17
253:24
254:6,7
**intelligent**
236:12
**intended**
229:1,13
239:21
**intends**
231:8
**intensity**
250:7
**intent**
131:22 133:8
133:9
135:18
145:25
161:14
170:20
191:17
207:18
232:6
**intention**
168:19
236:23
238:4,5
**intention...**
224:3
**interested**
204:25 205:1
256:2
**interesting**
176:8
**interesti...**
145:13
**interfere**
132:8 133:9
**interfering**
228:20
**internet**
230:10 231:4
**interpret**
222:14
**intimidation**
234:3
**invalid**
244:25 245:2
245:18

**invest**
233:19
235:24
**investigate**
161:9
**investiga...**
129:2 234:2
**investiga...**
251:9
**involved**
141:2
**Iraq**
210:15
211:13
212:8,21
214:19
**ironic**
249:18
**issuance**
204:6,8,9
**issue**
123:20
127:22,25
128:10
140:16
161:4
169:15
172:2,22
174:5 175:3
179:4
189:21
194:24
207:19
233:5
247:13
**issued**
146:18
194:15
206:10
**issues**
123:24
130:16
189:10,10
200:20
203:24
247:12
**issuing**
178:22

**items**
174:4

---
**J**
**Jackson**
125:5,6,7,10
125:14,22
125:23
126:1,2,4
126:15
192:2,4
194:6,9,17
194:22
195:3,10,17
196:5,15
**jail**
143:21 144:7
161:11
222:17
223:2
225:20
**Janek**
129:15
**jeopardize**
235:18
**job**
127:7 224:13
233:10
**join**
136:21
247:17
**joined**
211:1 247:18
**Jones**
166:2,12,14
166:20
167:3,6,12
**journal**
134:6 184:19
249:1
**judge**
168:13,13
180:23,24
185:6 222:4
223:22
245:17
**judges**
244:22

**jump**
177:22
188:12
**jurat**
168:11
**jurisdiction**
227:6
**jury**
129:20
**Justice**
188:8

---
**K**
**Katrina**
130:13
**keep**
131:6,16
135:3
206:11,11
241:13,14
**keeping**
136:2,2
**kids**
167:13,14
**kind**
135:7,8
146:5
149:21
152:17
159:15
160:10
165:21
166:21
177:13
249:16
**kindly**
209:25
**kinds**
175:3 187:14
**Kinko's**
245:4
**Kirk**
254:16
**knew**
169:6
**knocked**
250:6

```
know                248:14,18       141:13          left            liability
123:17              knowledge       142:11          151:15          137:23
 124:14             218:22          149:4 162:6      167:15         liberalizes
 129:6              known           163:18           174:10         199:12
 136:16,17          185:4,25        168:13           227:5         liberties
 137:7,15,17        knows           183:22          legal           233:13,15
 143:15             182:15,17       192:12,14        135:9 165:4   library
 145:14              183:7          195:9,25          165:6,8,11    159:13
 150:2,16,19         185:15         197:19            217:22       license
 152:20,25           203:8          205:9            235:2          143:16
 152:25                             221:17          legally         146:11,18
 153:4,5,19         _____ 222:3,14        122:18         147:11,13
 154:21                  L           227:7 229:5      213:14        148:7,9
 155:11             ladies          229:18,19       legislation     151:22
 158:4,15           161:7 168:5     229:19,24        124:12,23      153:14
 161:14,24           169:20         231:13           169:23        157:25
 162:11,13           203:4,23       232:24,24        177:25        158:21
 164:18              206:24         233:20           186:19        160:22
 166:11              207:10         235:15,20        188:22        161:22
 169:9               246:1          236:2            189:13,18     162:2 166:8
 171:23             lady            240:19           189:22        182:3 193:4
 173:2              151:17 172:9    241:1,1          237:21        193:7 195:7
 177:19              172:12         245:1 246:3      250:12        195:11,11
 178:1 182:6         174:23         253:22          legislative    196:11
 182:13,14           177:1,3       laws             131:22         197:2
 183:24              183:18         124:16 136:2    legislature     210:16
 185:6,7,11          206:19,22      152:10          182:6 234:9    217:16
 185:11,19           217:10,12      196:6            249:24        licenses
 185:22              218:14,15      202:14          legitimate      139:23
 187:9               222:19         227:10          254:3          151:24
 188:24              239:8,10       236:1 237:9     lend            158:14,17
 195:23              252:14        law-abiding      146:2          164:24
 199:8 207:4        lady's          228:2,21       length          165:3,10,13
 208:9,9            160:14          229:20,25       144:4          165:15,17
 213:3,9            language         233:1,8        letter          171:24
 215:10             188:2 221:16    237:8 238:6     157:2,15       231:2
 216:17              227:4 239:4    241:2 243:3     let's          lie
 218:25             large          layout          183:11          143:20
 220:18,25          139:14          127:14          189:17,21     Liebowitz
 222:9,13            205:15         232:20          189:22         130:9,10,11
 223:25              224:16        leadership       235:25         131:24
 225:11             Larry          246:14          236:1          132:2,4,14
 230:12             168:24         learned         level           132:23
 236:14              169:12         244:2,3,6,7     136:2 141:5    133:3,7,10
 239:12             lately         leave            160:1          133:15,24
 242:25             218:19         166:16          222:25         133:25
 244:11             law             167:19         levels          134:9 190:8
 245:11,22          132:22 133:6    176:19         136:8          190:9
                     135:3 138:6
```

209:23,24
209:25
210:20,22
211:1,6,10
211:14,23
212:1
**life**
132:11
214:24
**light**
189:14 248:5
**likelihood**
160:9
**limbs**
215:12
**limited**
134:17
201:19
204:11
**line**
143:1,13
146:8,17,17
214:9 218:7
229:16,17
**lines**
145:3
**lips**
165:11
**lipstick**
246:7
**list**
158:18
237:22
239:23
244:19
249:10
**listed**
147:10
155:25
**listen**
175:9,9
181:20
**listened**
199:18
**listing**
250:3
**lists**
154:4 241:6

241:6,10
242:10,14
**literally**
198:17
**little**
131:22
137:12
146:13
156:14
164:16,19
168:11
172:17
184:23
192:5
220:13
222:11
230:13,21
245:5
**live**
141:8
**lives**
130:25
133:21
166:4,17
167:13
213:8
220:23
**living**
136:5,8
**load**
178:11
**local**
172:13
173:15
179:7,8
205:14
209:21
**locations**
173:6 187:10
**logic**
231:10
**long**
136:7 222:11
222:11
238:23
239:2,12
244:1 253:4
**longer**

155:10
193:14
**look**
124:13 146:6
149:14
150:10
152:17,19
155:15,22
177:21
188:2
193:22
244:19
248:15
**looked**
127:22,24
128:2,5,8
128:10
149:20
155:19
199:3
236:13
248:11
**looking**
124:12 129:4
147:7 157:1
177:6
**looks**
152:20
186:22
**loophole**
245:8,19
**loopholes**
246:9
**lose**
130:18,21
**lose-lose**
126:15,16,17
126:18,19
**loss**
250:23
**lot**
137:14,20,20
138:3,10
155:21
158:15
196:6 208:5
208:10
213:3,7

222:9,9
224:19
230:14,14
236:12
240:12
247:11
250:19
252:3,5
**lots**
138:15
140:23
**love**
214:15
**low**
245:15
**lying**
166:13

_____ M _____

**Macias**
251:4,5
**Madden**
176:25 177:1
177:5,13,24
178:5
204:20,24
205:5,12,18
205:25
206:6 236:9
236:11
237:10
238:2,8,17
243:1
**mail**
167:10
178:10
245:21,22
245:25
**mailed**
160:10
**mail-in**
167:11 234:6
**maintaining**
122:3
**majority**
155:7 235:19
245:25
**making**

174:7 184:2
198:12,13
212:20
219:15
222:16
225:4,12
226:3 227:9
233:20
234:8
237:25
238:6 240:1
244:15
247:18
**mall**
138:25 139:4
**man**
237:16
**mandate**
174:14
191:15,19
192:14
205:16,20
205:20,24
206:3,11
**mandatory**
178:16
186:22
**manpower**
240:21
**marched**
247:15,15
**Marines**
211:2
**mark**
220:13
**marked**
215:3
**Martinez**
184:8
**Martinez-...**
184:7,9,12
184:15,18
**Mary**
166:2,12,14
166:19
167:3,5
252:1
**massive**

230:11
match
153:24
 154:11
 157:4
matched
154:19,22
216:3
matching
153:22
 154:16,18
 157:7
matter
158:6 193:10
 244:21,21
mature
208:12
maximize
230:1
ma'am
132:4,14,23
 133:3,7
 153:16,20
 155:8,15
 156:19
 174:24
McKinney
256:10
mean
149:8 163:1
 169:13
 172:21
 178:9
 181:19
 182:2
 194:17
 215:11
meaning
222:17
means
154:7,13,17
 157:19
 158:9 185:5
 234:24
 241:7
measure
230:23
 250:22

mechanism
151:5 156:5
meeting
255:7
member
237:2,3
 241:18
members
126:24,25
 127:14
 130:5,12
 131:20
 134:16,24
 141:20
 142:4 151:2
 160:18
 170:1,10
 171:19
 175:13
 176:7
 178:15
 179:12
 180:7,20,20
 181:17
 182:18,25
 184:23
 185:11
 186:2,4,16
 186:24
 187:8 188:1
 188:1,6,18
 188:18
 189:24
 190:2,15
 191:14
 201:5,25
 202:18
 206:8 209:5
 209:11,19
 210:2
 213:15
 216:15
 220:10
 221:14
 222:2,8
 226:5,7,17
 226:19
 227:3,12

229:15
231:7,21
235:10
236:14,20
238:23
241:21
242:6
243:10,17
243:18,20
243:25
246:8,14
247:3,9
249:2,5
251:6,23
254:5,8,10
254:14
memory
136:18
mention
227:21
mentioned
173:12 213:9
 215:20
merely
207:21 219:3
 219:12
 252:9
merits
253:20
messenger
179:19,21
method
134:19
mic
138:8
military
146:12
 147:11
 160:22
 193:4,14,15
 213:18
 214:3,3
million
128:9 145:15
 145:17
 153:13
 158:13
 161:2 165:3

165:6,14
235:15
 243:4 244:6
millions
128:19
 235:16
mind
132:7 137:2
 181:19
 245:10
minds
252:4
mine
126:11,13
 137:18
mine's
215:7
minimal
228:1
minimize
229:25
ministers
247:14
minority
140:4
minute
230:3
misdemeanor
222:6,17,25
 223:1,1
 224:6
 225:19
missed
195:1
missing
215:12
 249:25
Missouri
127:24
mistake
222:16
mistaken
247:12
Mister
129:23 170:2
misunders...
240:4

mobile
173:8
Mobility
199:9,15,20
mode
138:1
mom
181:4 185:7
moment
145:23 147:4
 185:5 192:4
money
123:9 125:20
 172:5
 198:18
 199:10
 200:12
 207:25
 222:12
 224:16,21
 233:3
 240:21
 250:22
month
133:18
 213:24
months
130:22 250:4
morning
173:13
 180:25
 181:2
mother
180:24
 181:21
 182:6 185:5
mother-in...
166:21
motion
127:1,2,6
 134:7
 141:24
 169:21,25
 170:4
 179:15
 183:16
 186:3 190:1
 190:6 201:4

TX_00212477

201:10
202:16,23
208:18,19
208:25
226:6,13,14
226:19
243:9 249:2
motor
173:7 213:8
214:10
move
131:2 134:4
135:14
137:20,20
151:3,10
168:4 176:3
176:23
179:11
183:15
191:4,20
201:3,23
202:8
206:16
208:17,18
210:2
216:13
221:5
222:17
225:22
226:17
239:7 241:8
241:23
242:3 254:8
moved
242:14,19
movement
247:11
moves
141:21
169:25
179:12
186:5 190:3
201:6
202:19
208:21
226:8
243:11
moving

159:3 241:11
mud
133:19
multiple
128:12
130:14
144:16
173:6 214:5
murderers
239:24
muster
189:23

_____

N

name
137:11 151:5
157:8,8
160:11
163:21
166:2
167:14
named
161:23
230:13
names
139:10
153:13,21
176:12
177:18
230:25
nasty
246:7
nation
153:23
250:10,15
National
230:9
nationwide
127:23
128:12,15
144:2
153:21
natural
132:11
nature
138:24 229:1
229:8
nay

202:20
nays
127:6 141:24
170:4
179:15
186:8 190:6
201:9
202:22
208:25
226:12
243:15
254:18
necessarily
154:9 225:6
necessary
190:23 191:3
192:9 193:3
194:2
198:21
need
124:1,6
127:16
131:1 135:3
147:1 154:1
157:20
158:24
159:4,11
164:5
166:22
168:4 173:5
176:12
187:15
193:10,15
195:20
199:10,24
200:8 205:9
207:11
208:11
215:16
217:25
218:10
242:25
243:21
253:15
needed
210:16 215:8
needs
123:6,6,8,9

252:11
neither
129:9 185:9
255:24
net
193:23
never
132:5 136:9
136:10
164:8,11
166:6 178:6
193:14
213:7 214:4
214:24
new
175:13 197:1
221:15
222:3 227:9
250:18
news
215:11
227:22
night
236:23
noble
246:21
non-citizen
129:8,20
non-citizens
129:19 214:2
non-issue
206:12
NORIEGA
218:14,16,21
219:2,16
Noriega's
149:4
normal
132:8
north
137:19 141:4
notarization
163:14
notarized
162:23
165:24
168:10

notary
163:9,15
255:17
note
197:18 199:4
199:6,14
204:21,22
205:1,6,8
206:15
233:4
250:21,24
noted
210:8
notes
250:19,22
notice
187:9,14
195:24
196:5 198:8
200:19
notices
227:7
noting
141:23
notwithst...
204:4
November
250:5
nugget
244:17
number
136:15,17
142:12
154:19
158:1,2,16
158:17
183:2 242:8
250:10
numbers
153:14
154:10,15
215:12
250:13
numerous
217:1
nursing
166:4,17,20
166:22,24

| | | | | |
|---|---|---|---|---|
| 167:5 | 254:10 | 232:13,15 | 242:8 246:10 | 210:1,12 |
| **nutshell** | **October** | 244:23 | **opportunity** | 228:10,13 |
| 196:8 | 128:11 | **Oh** | 160:20 175:1 | 228:14,17 |
| | **offenders** | 141:17 183:6 | 207:5 | 229:24 |
| **—— O ——** | 244:9 | **Ohio** | 245:12,14 | 238:18,19 |
| **oath** | **offense** | 128:4,7 | 246:3 | 248:12 |
| 168:9 202:13 | 231:17 | **okay** | **oppose** | **orders** |
| 220:13 | **offenses** | 122:9 126:4 | 131:4,16 | 171:25 |
| **object** | 232:15 | 146:10 | 135:2 247:9 | **organization** |
| 181:13 | **offer** | 152:9 168:7 | **opposed** | 245:6 |
| **objection** | 136:19 | 174:16 | 127:3 201:7 | **original** |
| 131:21 134:8 | 185:11 | 184:18 | 202:20 | 198:22 |
| 134:11 | 244:20 | 212:1 | 208:3,22 | **ORTIZ** |
| 180:12 | **offered** | 216:10 | 226:9 | 135:18 |
| 187:18 | 131:14 150:2 | 236:7 | 243:12 | 136:13,20 |
| 209:13 | 194:1 | **older** | 254:12 | **ostensible** |
| 220:4 221:8 | 201:18 | 123:13 140:4 | **opposition** | 230:19 |
| 221:21 | 214:12 | 193:20 | 151:1 176:6 | **ought** |
| 226:20 | 246:5 | **once** | 182:24 | 171:22 |
| 227:14 | 247:25 | 159:21 | 191:13 | 179:10 |
| 249:3 | **office** | 246:19 | **option** | 181:20 |
| **objections** | 128:23,25 | **ones** | 195:23 | 185:19 |
| 171:13 187:1 | 129:17 | 139:14 | **order** | 231:16,17 |
| **obstacle** | 132:25 | 149:24 | 123:6,7,9 | 237:1 243:6 |
| 135:8 141:11 | 153:23 | 176:11 | 126:12 | **outcome** |
| **obstacles** | 166:20,22 | 178:22 | 129:24 | 256:2 |
| 192:19 | 178:4,21 | 179:4 254:3 | 130:3,5,6 | **outreach** |
| **obtain** | 179:4 | **ongoing** | 150:24 | 173:7 |
| 151:24 194:2 | 182:14 | 251:8 | 160:15 | **outside** |
| **obtained** | 202:14 | **on-line** | 164:5 | 171:8 210:3 |
| 197:11 | 228:6,25 | 231:5 | 167:22 | **outweighed** |
| **obtaining** | 232:13 | **open** | 168:1 | 254:3 |
| 180:8 193:17 | **officer** | 173:6 213:18 | 169:18,19 | **overlap** |
| 201:20 | 182:16 185:4 | **opening** | 172:21 | 165:2 |
| **obvious** | 185:22,22 | 131:16 | 181:10,14 | **overlapping** |
| 152:2 | 185:25 | 230:11 | 181:15 | 158:18 |
| **obviously** | 195:25 | 246:17 | 184:11,12 | **overruled** |
| 178:10 | 209:6 | **operating** | 184:13 | 184:13 |
| 236:11 | **offices** | 157:19 | 191:8,10,11 | **oversaw** |
| 237:10 | 130:24 | **opinion** | 192:1,8 | 212:15 |
| 238:10 | **official** | 125:18 | 193:23 | **overwhelming** |
| **occur** | 130:20 149:7 | 144:14,16 | 194:2,3 | 145:18 |
| 232:7 245:25 | 229:4 | 167:18 | 196:11,25 | **owe** |
| **occurred** | **officials** | 195:2 240:4 | 197:14,19 | 216:18 |
| 181:2 | 127:21 | 253:23 | 197:23 | **ownership** |
| **occurs** | 128:11 | **opinions** | 198:20 | 137:24 141:6 |
| 126:25 127:1 | 131:1 | 188:25 | 200:25 | **o'clock** |
| 142:14 | 202:13 | **opportuni...** | 201:1 207:1 | |

TX_00212479

| | | | | |
|---|---|---|---|---|
| 181:1,24 | 229:20 | passport | 163:4,20 | 159:7,10 |
| 182:2 | 254:8 | 193:5 | 166:14 | 161:12 |
| | participa... | pastors | 168:10 | 162:6 165:6 |
| **P** | 253:25 | 247:16 | 205:11 | 165:14,15 |
| page | particular | paved | 216:2 222:5 | 165:16 |
| 142:25 146:5 | 170:23 | 252:1 | 222:5,16,25 | 166:15 |
| 146:17,17 | 175:13 | pay | 224:8,9 | 167:15,19 |
| 184:2 197:3 | 207:19 | 140:5,13,19 | 226:1 | 168:21 |
| 197:5 216:7 | 220:10 | 161:10 | people | 169:2,4,22 |
| 255:20 | 245:10 | 174:12,14 | 122:8,12,12 | 173:5,15,25 |
| pages | particularly | 178:18 | 123:9,12,16 | 174:3 |
| 155:16 | 238:11 | 180:10 | 124:6,9,9 | 176:22 |
| paid | parties | 191:1 192:9 | 125:1,16,19 | 177:19 |
| 224:20,20 | 145:3 255:11 | 193:23 | 125:20,20 | 179:9 183:5 |
| panel | 255:25 | 194:20 | 125:24 | 185:16,17 |
| 207:24 | parts | 195:8,14,15 | 126:5,16 | 197:8,11,14 |
| 248:10,11 | 134:22 | 195:18,24 | 129:7,18 | 199:12 |
| paper | party | 196:10,13 | 130:18,20 | 202:3 |
| 196:20 219:4 | 255:15,23 | 196:18,21 | 131:8,11 | 204:12 |
| 246:17 | pass | 197:22,24 | 135:4,9,21 | 206:25 |
| papers | 148:22 | 198:2,6 | 135:23 | 207:2,5,25 |
| 131:1 132:10 | 178:17 | 199:20,23 | 136:3,5,6,7 | 208:2,7,8 |
| 156:18 | 192:10,14 | 200:9,11,14 | 137:19,25 | 208:10 |
| paperwork | passage | 207:22 | 138:3,11,16 | 212:12 |
| 149:20 | 176:3 179:11 | 233:18 | 138:18,22 | 218:4 |
| papilloma | 186:23 | paying | 138:24 | 222:11 |
| 179:25 | 191:4 | 167:4,6 | 139:1,22 | 223:14 |
| paragraph | 201:23 | 231:3 | 140:3,5,15 | 224:10,14 |
| 246:18 | 208:18 | payment | 140:16,22 | 224:19,20 |
| pardon | 216:13 | 200:13 | 140:23 | 225:1,13 |
| 211:6 216:12 | 221:6 | pays | 141:3,8,13 | 229:17 |
| 241:20 | 246:23 | 224:16 | 141:14,15 | 233:2,16 |
| part | 254:9,11 | peacetime | 143:22 | 234:14 |
| 132:24 141:8 | passed | 214:14 | 144:12 | 235:19 |
| 183:21 | 166:7 180:23 | peer-revi... | 145:14 | 237:10,16 |
| 187:14 | 196:7,9 | 150:9 169:14 | 149:12,18 | 237:22 |
| 213:17 | 205:14 | penalizes | 149:19 | 240:10 |
| 223:18 | 254:19 | 162:5 | 150:18 | 241:4 |
| 224:9 241:5 | passes | penalties | 152:6,6,8 | 242:13,14 |
| 245:14 | 163:18 181:3 | 161:11 163:5 | 152:14,14 | 245:14 |
| participate | 189:23 | 163:6 | 153:18 | 248:16 |
| 173:23 174:1 | passing | penalty | 154:3,7 | 249:8,10,17 |
| 223:10 | 152:10 | 142:7,16 | 155:10,12 | 250:8,10 |
| participa... | 190:18 | 143:14,24 | 155:24 | 252:9 |
| 141:15 | 223:5 | 144:24 | 156:3 | people's |
| participa... | 250:20 | 147:17 | 157:17 | 223:9 237:4 |
| 124:13,18 | passion | 161:5 | 158:2,13,17 | perceived |
| 175:11 | 234:21,21,22 | 162:24 | 158:17,24 | 216:17 |

235:14
**percent**
138:9 145:4
145:6,6
153:21,23
154:3,7,15
154:16
158:9
160:12
161:3 162:6
168:25
169:2
213:10,12
**percentage**
124:13
**perfect**
148:8 152:4
241:7
**perfectly**
179:6
**period**
133:13,16,21
**perjury**
142:7,16
143:14,24
144:24
147:18
161:5
162:25
163:5,20
166:14
168:10
216:2
**permanent**
165:4,7,8,9
165:11
**permissive**
178:16
**permit**
193:5,8
**permits**
171:25 172:1
**person**
122:5 123:22
137:11
140:12
142:18
143:8,8,15

143:17,25
144:6,9,25
146:19
149:8,13,14
151:5 161:6
161:9 162:7
163:4 167:1
168:22
170:4
172:18,23
178:24
179:1
182:13,14
183:5,9,22
185:1,20,21
185:23,23
186:1,8
194:3,11,14
200:22
202:23
203:24
204:3
207:20
219:22
226:12
234:25
237:25
245:10
**personal**
139:24
157:25
197:2,6
201:19,20
204:6,10
205:9,13
**personally**
155:20
**personnel**
214:3 229:6
**persons**
122:10 128:5
179:1
243:15
**person's**
122:3 132:8
142:15
163:2 198:9
**perspective**

138:6
**persuading**
235:9
**pertinent**
163:6
**peruse**
149:21
**perversion**
249:6
**Phillips**
122:5,15
123:2,15,22
123:23
124:2,6,11
124:18,21
124:25
164:22
167:20,21
167:22
168:3,6,15
168:18,25
169:6,9
**philosophy**
125:8,11,13
125:15
249:24,25
**photo**
128:1 142:23
142:24,25
143:3 145:5
145:24
146:5,9
148:7
158:25
160:9 164:5
164:6 165:5
165:7
166:25
168:7
171:21,24
172:2,19,22
172:24
173:6,14,19
173:25
178:23
183:22
190:21
192:7 195:6

196:1 202:6
204:14
206:10,13
212:16
216:22,23
216:25
217:1
219:13,18
225:11
228:4
229:23
230:17,22
230:24
231:9,11
237:8
240:11,24
245:21
252:25
253:2,3,7
253:12,20
253:22
**photos**
175:3
**pick**
180:25
181:24
200:23
**picture**
149:8,14
161:23
172:3 219:6
**piece**
165:16
196:19
219:4
250:12
**pig**
246:1,6
**Piney**
162:10
**pitched**
246:21
**place**
168:14 175:4
181:5,25
182:16
185:15,24
213:25

225:8
242:11,17
**placed**
135:8 239:22
249:1
**places**
240:11
**placing**
143:24 225:7
**please**
132:2 134:6
148:3
184:19
196:3
201:21
216:6 246:9
247:9
**pleased**
199:8
**plus**
217:1
**pocket**
137:10
**point**
122:8 129:24
130:3,5,5
131:9
132:12
139:15
144:22
150:24
158:6
160:15
165:19
167:22,25
169:18,19
181:10,14
181:15
184:11,12
184:13
191:7,10,11
198:18,20
199:23
200:15,25
201:1 228:9
228:13,14
228:17
229:15

233:16
238:18,19
239:19
**pointed**
136:4 188:19
189:5
200:20
247:23
249:12
**points**
138:7 153:25
164:12,16
164:22
229:16
236:6
**policemen**
218:6
**policy**
183:14 189:2
189:4,20
**policy-maker**
233:19
**political**
125:2 204:7
**poll**
126:8 136:10
140:1 145:3
145:12
148:18
163:16,19
180:22
181:25
183:6
186:16,22
190:21
192:6,10,11
192:20,22
192:24
193:1
194:25
195:13,21
196:7,16,19
199:25
201:16,17
201:22
202:1,11,16
203:24
205:4

206:12,14
206:24
207:1,4
223:22
240:11
244:21
245:16
252:8
**polling**
168:14
181:25
182:16
185:15
242:11,17
**polls**
136:1 141:4
141:10
165:22
166:11
181:1,4
183:13
208:7
225:14
231:9,12
240:24
241:6,10
243:6 249:9
250:7
**pollster**
145:20
**pool**
213:8 214:10
**poor**
138:11 140:4
140:19
207:1 208:1
208:10,10
**popular**
248:17
250:23
**population**
161:3 250:11
250:16
**portend**
156:18
**portion**
206:1
**position**

167:16 217:4
**possession**
202:4
**possibility**
152:14
**possible**
135:12 148:9
157:12
163:22
166:13
173:5
230:10
251:17
**posted**
187:10,14
**post-elec...**
229:11
232:16
**potential**
163:6
**potentially**
148:25
157:10
158:10,22
**power**
234:1,9
**precedent**
192:16
**precinct**
180:23,24
182:10,12
182:13,14
182:15
185:6,16,21
185:22
**precious**
251:17
**predominates**
249:24
**prepared**
123:8
**present**
132:20,22
133:5
139:25
151:7
156:15,16
157:21

159:4 172:4
183:22
210:11
254:15,17
254:19
**presented**
149:11 155:3
155:5 164:9
164:11
194:3
210:17
240:16
241:25
**presenting**
152:7 240:10
**presents**
203:25
**preserve**
251:13
**preserves**
237:6
**preserving**
214:14
**president**
230:9
**pretend**
242:16
**pretending**
242:11
**pretty**
143:25 146:2
151:21
152:21
**prevails**
127:6 141:24
170:5
179:16
186:9
201:10
202:23
208:25
226:13
**prevent**
223:6 229:1
229:8,13
231:7,8,14
239:21
242:7,10

246:21
**prevented**
128:20
129:10
**preventing**
137:23
229:17
234:24
**prevents**
217:18
**previous**
238:9
**pre-clear...**
134:19 188:8
**pre-filed**
236:22
**price**
122:2 233:7
233:18
237:12,13
238:9
**prices**
197:8,14
**pride**
140:16
**printed**
155:16 227:5
**printing**
156:5
**prior**
142:14
**priorities**
239:23
**priority**
231:20,22
233:21
234:7,9,10
239:18
240:1
**private**
230:7
**privilege**
230:6
**pro**
248:25
**probable**
157:13

probably
137:7 144:10
  149:13
  165:3 215:7
  217:1 219:5
  244:25
probation
223:4
problem
123:12
  140:24,25
  144:13,21
  148:23
  150:14
  153:10
  154:18
  156:12
  161:13
  163:23,24
  164:1
  178:19
  214:20
  231:14
  232:21
  234:13,17
  235:14,17
  240:16
  243:23
problems
131:11 144:4
  151:22
  152:4
  155:24
  232:21
PROCEEDINGS
122:1
proceeds
156:1
process
125:2 135:11
  141:16
  152:12
  175:5
  218:12,13
  218:17
  219:21
  223:8,9,17
  223:19,24

224:13,15
241:2,7
242:1 254:1
254:6,7
processes
253:24
proclamation
132:17,19
produce
142:6 248:9
professio...
230:8
program
186:17
progress
247:19
prohibit
193:24
  219:22
prohibited
192:24
project
173:24
promote
173:22
proof
159:4 160:3
  160:23,24
  191:2
proper
222:4
proponents
227:25
  228:19
  231:15
  233:14
  234:22
prosecute
144:7 151:4
  152:6
  232:14
  233:21
  234:14
  237:9 240:8
  241:4 244:8
prosecuted
127:18 145:1
  147:19

161:10
234:19
prosecuting
228:25 229:7
  231:12,17
  232:11
  239:17
  240:1
  242:22
  244:10
prosecution
144:5 160:6
  163:6,22
  166:13
  229:14
  231:20
  232:17
  241:12
prosecutions
239:20
  245:23
prosecutors
231:16,19,22
  232:10,14
  234:7
  239:18
protect
126:13
  170:10
  223:17
  237:13
  249:17
  251:13
protected
198:10
protecting
239:24
  244:14
protection
200:19
proud
214:22
prove
131:8,9
  159:8 182:4
  210:12
  219:21
  237:24

248:10
252:9
proven
159:21 219:8
provide
146:21,25
  147:8
  163:18
  170:13
  206:4
  209:21
  211:19
provided
155:9 205:9
  244:3
provides
203:9,24
providing
128:13
  130:14
  147:11
  152:5
  205:13
  233:20
proving
159:21
  219:10
provision
173:4 187:13
  196:7
  201:17
provisional
159:16 160:3
  209:7 253:8
  253:9,13,14
  253:18
provisions
186:18
  200:18
  203:10
pro-curium
253:23
public
123:24,25
  130:21
  157:5,7
  204:5
  255:17

publics
163:15
published
230:15
publishes
230:14
Puente
254:17
punish
249:22
purchase
151:23
purpose
125:6 131:18
  131:25
  134:3
  136:22
  148:1
  156:22
  161:15
  170:19
  172:8
  174:18
  176:25
  181:9
  183:17
  184:8
  185:13
  191:6 200:3
  202:5
  206:18
  209:24
  210:21
  212:4,25
  220:24
  224:8 225:8
  225:17
  228:8,25
  232:1
  237:19
  252:13
purposes
129:17
pursuant
255:13
pursue
127:17
put

122:2
124:23
134:5
136:11
137:9
141:11
147:18
174:4
184:19
187:9 205:7
217:4
232:24
233:9
240:24
242:23
247:8 250:6
puts
135:21,22
178:10
233:8
putting
140:5,9

Q
qualified
251:15
quality
241:10
qualms
168:20
quarter
153:12
question
126:25,25
132:2 145:7
145:8,12,14
145:16,20
145:21
146:24
147:5 151:3
156:24
159:16
167:24
168:17
169:25
174:20
175:1
182:21

205:5,6
206:20
207:13
212:6 214:8
215:6,15
219:15,16
222:20
237:12
240:13
248:23
250:12
252:20
254:10
questioned
252:18
questioning
151:16
questions
122:15
143:11
145:9
147:23
151:19
175:19
210:23
214:1,6
238:9
252:15
quick
129:22 146:6
164:21
quickly
228:22
quite
136:15,17
141:2
218:19
233:25
quote
253:19

R
races
250:5
racial
247:19
racism
246:24,25

Rafael
145:10,19
146:24
raiding
199:20
rail
210:3
raise
191:7 222:15
222:24
228:9
raised
184:12
200:25
raises
169:17
238:18
raising
223:4 224:9
Ralph
131:19
249:12
ramificat...
145:14
rampant
231:14
ran
155:7
ranged
192:21
rank
250:15,17
ranked
250:9,14
ranks
250:3
rarely
247:16
rates
124:19
Raymond
220:24,25
221:4,5
read
127:9 130:7
139:10
141:13

142:1
165:11
169:14
170:7
171:16
179:17
180:3,14
186:11
187:4,21
190:7,11
201:12
202:24
203:18
209:2,16
220:7
221:10,23
226:24
227:17
230:3,16
253:19
READING
121:9
reads
253:23
real
129:22,22
146:6
158:24
164:19
166:2
173:14
200:7
230:24,25
reality
125:7,9,13
125:14,17
126:3,11,13
149:12
162:4
163:16
realize
225:1 239:3
really
122:21
131:15
140:9 147:2
148:15
154:2

162:16,16
167:16
171:20
175:17
176:18
179:8
188:10
206:12
207:19
217:3
224:16
239:4,12
242:7
252:17
reason
133:14
136:19
138:14
153:24
157:16,22
182:18
189:4
230:19
249:25
251:8
reasonable
133:16,21
186:20
reasons
137:24 138:3
138:3 183:2
239:19
249:7
255:21
recall
211:8 214:6
receipt
255:19
receive
161:8 165:12
received
150:6
receiving
164:10,11
recognize
149:13
220:20
240:7

253:20
**recognized**
152:14
**recognizes**
127:12
130:10
131:3,24
134:14
135:1 142:3
151:1,11
160:17
171:18
176:5
178:13
180:5,17,18
181:16
182:23
184:13,21
186:13
187:6,23,24
188:5,15
190:9,14
191:11,12
191:22
201:14,24
202:9 203:2
203:21
206:7,22
209:4
216:14
220:9
221:25
222:1,7
225:23
226:14
227:1,19
228:14
238:21,24
242:4
243:24
246:12
247:2 249:4
251:3,21
**recommend...**
173:9
**recommending**
135:7
**reconsider**

226:15,17
**reconstruct**
133:20
**record**
141:21
154:24
166:19
167:5
179:13
186:6 190:3
201:7
202:20
208:22
215:12
226:9
243:12
254:13
255:8
**records**
132:12 133:4
155:14
158:13
**recruit**
125:16
**red**
206:15
**reduce**
134:4 228:1
231:12
237:4
242:22
**reduced**
249:1
**reducing**
230:2 241:13
**reenacting**
140:1
**refer**
232:16
**reference**
175:20
**referenced**
227:4
**referred**
202:3 229:14
**refuses**
206:22
**regard**

221:17
**regardless**
193:22
**regards**
214:17
**regionalize**
140:25
**register**
142:16
172:19,23
173:18
185:3
197:20
204:4
209:22
210:6 215:3
**registered**
133:1,5
138:24,25
154:8
157:23
158:14
164:25
165:2,15,17
166:9 167:4
170:11,23
170:25
171:3,4,6
182:10,11
185:2
203:25
204:16
**registrar**
182:12 219:8
221:15
**registrars**
129:16
**registration**
137:10,12
138:17,20
138:22
140:18
143:18
158:18
159:18,24
173:8,9
178:21
202:7 204:1

204:2,13
207:6
209:22
210:7,9
215:4,21,22
216:1,5
220:13
221:16
242:13
252:25
253:1,4,7
253:12,15
**regret**
236:20
**regularly**
148:11
208:13
**regulate**
233:15
**reimbursed**
224:15
**relate**
230:16
**related**
127:21 144:4
150:11,12
185:17
255:25
**relating**
179:25
**rely**
215:8
**relying**
162:2
**remains**
147:15
**remember**
175:23 250:7
**remind**
239:14 252:5
**removed**
242:15 250:5
**removing**
253:21
**render**
188:25
**rendered**
137:5

**renew**
213:24,25
**replace**
143:7
**replacement**
130:24
**replaces**
229:23 242:2
**report**
129:16
**reported**
128:10 199:4
**Reporter**
255:4
**REPORTER'S**
255:1
**represent**
141:9 166:5
**represent...**
123:12 124:2
124:25
125:22
126:1,2
129:7,14
149:21
151:19
156:21
164:23
169:17
173:3
174:19,25
175:19
194:9
199:17
200:6,21
202:12
207:17
222:23,24
228:10
231:18,24
232:18
233:17
234:20
235:22,23
238:3
240:15
241:9 242:9
242:20,24

243:1 246:6
247:23,23
251:6 252:1
**Represent...**
121:7 189:11
**reproduced**
131:1
**Republicans**
145:6
**request**
188:13
  248:24
**requested**
255:15,22
**requesting**
191:16
**require**
163:15 183:3
  184:3
  186:16
  193:3,6
  209:6 229:3
  229:10
  231:9
  235:24
**required**
129:16
  140:13
  185:24
  186:19
  195:24
  196:2,13
  197:22,24
  204:9 207:7
  227:7
**requirement**
130:14 143:2
  146:4,5
  147:16
  157:15
  163:14
  185:3 196:5
  198:8
  200:19
  211:19
  220:16
  228:4
  229:23

237:8
240:24
**requirements**
170:25 182:9
  184:25
  188:10
  196:6
  210:18
  215:25
  221:18
  225:8,9
**requires**
192:8 232:10
  232:12,15
  251:10
**requiring**
140:3 157:11
  176:10
  190:20
  191:25
  192:7
  196:10
  206:13
  230:4
  231:11
  252:9
**residents**
165:4,7,8,9
  165:12
**resources**
233:20
  234:16
  235:13,17
  244:9
**respect**
126:2 129:7
  129:8
  220:21
  245:25
**respected**
145:20
**respectfully**
130:6 135:16
  176:23
  183:15
  188:13
  191:20
**respective**

248:8,9
**response**
169:22 233:6
  233:7
  240:14
**restore**
135:12
**result**
192:23
  193:23
**results**
151:10
**retested**
127:15
**retired**
193:13
**returned**
255:17,19
**revenue**
199:7
**reverse**
127:8
**revert**
132:22 133:5
**review**
195:4,5
  240:15
**revise**
178:9
**right**
122:3,9,11
  122:13
  124:4,10
  126:6,9
  129:5
  133:23
  135:20,22
  136:3 140:8
  146:7
  148:20
  149:25
  154:21
  155:23
  163:13,21
  169:5,5
  170:24
  173:19
  174:1

177:22,23
183:23
184:2,4,5
188:19,24
188:25
197:9 198:9
209:7
216:24
218:8 223:6
223:13,16
223:22,23
224:1,2
228:21
235:2,20
237:5,14,15
246:23
248:5,20
249:20
251:13,18
252:23
**rightfully**
249:22
**rights**
134:19
  136:14
  188:3 189:8
  189:19
  200:20
  207:3
  232:25
  246:19,24
  247:10,13
  247:16
**ring**
127:3 141:22
  179:13
  186:5 190:4
  201:7
  202:21
  208:23
  226:10
  243:13
  254:13
**risk**
147:18
**Rita**
130:13
  132:15

133:11
**road**
193:9 248:15
**roads**
199:10,21
**roadside**
211:12
**robbers**
239:24
**role**
246:15
**roll**
253:5
**rolls**
153:8 158:9
  185:21
  186:1
**room**
166:18
**root**
241:15
**rootsweb.com**
150:23
**Rose**
209:3,4,5,11
**roughly**
153:21,21
**rule**
129:25 162:5
  181:11
  184:10
  191:8
  228:11
  255:13
**ruled**
193:1 195:12
  206:13
**rules**
160:25
**ruling**
184:19
**run**
125:16
**running**
125:25
  182:16

TX_00212486

| | | | | |
|---|---|---|---|---|
| **S** | 238:4 | **scholarship** | 230:4 231:21 | 220:2,2 |
| **sacred** | 245:16 | 169:15 | 234:22 | 221:15,19 |
| 237:14 | 253:6 | **school** | **security** | 222:4 226:7 |
| **sacrifice** | **says** | 170:12,16 | 148:12 | 227:12 |
| 224:21 | 123:13 | 171:3 | 153:14,22 | 243:10 |
| **safer** | 129:15,20 | 193:12 | 154:16 | **sense** |
| 230:20 | 132:16 | **Science** | 158:2 230:7 | 181:7 185:8 |
| **safety** | 140:12 | 230:9 | 230:13,15 | 185:9 244:8 |
| 146:17 157:5 | 143:13 | **scope** | 230:21,23 | 248:5 |
| 204:5 | 146:18 | 176:9 | 231:10 | **sensible** |
| **Safety's** | 147:3,7,10 | **screaming** | **see** | 169:22 |
| 157:7 | 147:17 | 234:12 | 129:5 142:9 | **sensitive** |
| **same-day** | 151:6 | **screen** | 190:17,25 | 149:19 |
| 173:8 | 155:23 | 190:17 | 196:3 197:3 | **sent** |
| **sample** | 157:17 | **second** | 198:4 | 249:14 |
| 187:10 | 160:5,21 | 229:2 233:7 | 215:11 | **separate** |
| **sanctions** | 162:1 | 242:20 | 232:5 235:9 | 178:7 |
| 237:2,4 | 164:25 | 249:20 | 236:12 | **separates** |
| **Sasquatch** | 165:1 | 250:10,15 | 247:1 | 123:16 |
| 162:12 | 166:25 | 250:16 | **seeking** | **September** |
| **sat** | 168:8 | **Secretary** | 204:3 208:5 | 204:12 |
| 144:18,19 | 170:13 | 128:1,22 | 233:15 | 230:23 |
| **Sauder** | 180:7 182:5 | 129:16 | **seeks** | **serious** |
| 211:13 | 182:12 | 144:20 | 146:14 149:1 | 142:17,17 |
| **saving** | 187:8 | 150:7 164:2 | **seen** | **serve** |
| 244:17 | 194:14 | 203:5,9 | 144:17 152:3 | 202:14 |
| **saw** | 195:25 | 205:23 | 161:18 | 214:23 |
| 145:7,8,11 | 198:1 199:7 | 229:3 | 213:7 217:5 | **served** |
| 149:24 | 220:11,14 | 232:12 | **Senate** | 214:4,13 |
| **saying** | 220:16 | **section** | 179:20,23,23 | 216:8 |
| 122:21,22 | 221:14 | 130:1,1 | **Senator** | 230:12 |
| 123:23 | 222:3 | 134:18,22 | 129:15 | 255:10 |
| 124:3 | 230:18 | 181:12 | **send** | **serves** |
| 138:18 | 234:13 | 184:10 | 144:7 191:19 | 224:8 |
| 146:7 | 236:15 | 188:4 191:8 | 201:5 208:3 | **service** |
| 152:11 | 237:21 | 197:25 | 209:11 | 213:15 218:7 |
| 157:5 168:7 | **scale** | 204:2 | 221:14 | **service-r...** |
| 168:7,21 | 200:13 | 236:14 | **sends** | 209:20 |
| 171:1 | **scaled** | 245:13 | 133:25 134:9 | 211:11,18 |
| 182:11 | 197:4 | **Sections** | 141:20 | **serving** |
| 189:17 | **scenario** | 228:12 | 169:24 | 167:17 214:2 |
| 198:1 | 198:16 | **sector** | 180:11 | **session** |
| 200:14 | **scheme** | 230:7 | 186:4,24 | 123:18 |
| 207:25 | 246:18 | **secure** | 187:17 | 164:13,14 |
| 210:6 | **Schneider** | 140:6 233:10 | 190:2 | 175:15,25 |
| 215:14 | 230:14 | 243:7 | 202:18 | 175:25 |
| 235:13 | **scholarly** | 244:16 | 203:15 | 189:10 |
| | 150:9 | **securing** | 208:20 | 199:19 |

House Floor Debate - Volume 2                    April 23, 2007

250:2 252:2
254:21
**set**
133:14 175:2
176:14
177:17
181:1,5
182:1
192:16
198:4 244:9
**sets**
247:20
**setting**
122:21
142:13
207:2
**severe**
132:10
**sexual**
236:3
**shame**
162:17
**share**
205:25
218:21
**shares**
234:21
**Shauna**
255:4 256:8
**shed**
210:10 213:9
**shortest**
229:15 236:5
**Shorthand**
255:4
**show**
127:3,4
129:18
137:11
141:22
143:16
145:19
146:11,11
146:12
155:16
156:18,18
160:23
170:1,2,2,3

179:13
182:4 186:6
186:6 190:4
194:1
196:19
201:8,8
202:21
208:23
214:22
215:2,9,21
219:11
222:3
226:10,11
237:24
243:13
253:11
254:13,16
**showed**
152:16
**showing**
123:25 133:4
149:22
226:4
**shown**
255:11
**shows**
183:5 185:20
219:22
247:18
**shred**
244:4 248:3
**sic**
193:17
**side**
159:21
215:16
**sign**
144:23 168:8
198:1,12,13
200:9,13
207:21
208:1 211:3
**signature**
163:2,11
255:14,17
255:20
**signed**
142:6 143:13

149:3
165:24
**significant**
132:16
156:12
247:10
**signing**
143:15 168:9
168:21
**signs**
151:5 250:6
**similar**
124:15
129:12,15
137:18
**similarly**
128:9
**simple**
134:16 142:5
144:5
160:19
**simply**
123:25 146:4
218:12
225:10
240:25
**sincere**
147:2 167:18
**sincerity**
167:16
**sir**
139:21
175:16
211:12,25
213:2,5,20
214:5
**sister**
167:12
**sitting**
180:20
**situation**
142:9 208:11
**situations**
190:17
**six**
193:7,19
207:25
236:17

244:2 250:4
**sliding**
200:13
**small**
173:3
**Social**
153:14,22
154:16
158:2
**society**
159:4 163:9
244:15
**software**
234:4
**soldiers**
215:12
**Solutions**
256:9
**solve**
146:15 152:4
**somebody**
122:17
125:15
146:2
151:25
162:3 183:7
185:15
197:1
198:11,13
223:18
224:3
242:11,16
249:15
**soon**
129:13
**sorry**
134:25 139:8
151:13
219:14
224:18
225:15
235:8
238:25
**sort**
140:25
165:23
166:6
192:16

**sound**
196:16
**sounds**
183:1 186:20
188:7
**source**
150:17,19
245:22
**south**
247:17
**space**
216:7
**Spanish**
227:5
**speak**
148:24 233:5
243:17,19
243:20
251:3
**Speaker**
125:5,6
126:20,24
127:12,13
129:21
130:3,10,11
131:3,18,20
131:24
133:25
134:2,3,7
134:14,15
134:24
135:1,2,15
136:22,24
139:17,19
141:20
142:3,4,19
143:10,12
147:25
148:1,5
150:24
151:2,11,13
151:17
156:20,21
160:14,18
161:15
162:20
167:21
168:2

TX_00212488

House Floor Debate - Volume 2                    April 23, 2007

169:16,17
169:24
170:9,19
171:12,18
171:19
172:7,8,10
172:12
174:17,18
174:21,23
176:5,7,25
177:2
178:13
179:12,19
179:21,22
179:22
180:2,5,6
180:11,17
180:19
181:8,9,14
181:17
182:20,23
182:25
183:17
184:7,8,11
184:20,22
186:2,4,13
186:15,24
187:6,7,17
187:23,25
188:5,6,15
188:17
190:2,9,14
190:15
191:5,6,10
191:22,24
192:2,3
194:5,6
196:24
200:2,3,25
201:5,14,15
201:24,25
202:9,10,18
203:2,3,15
203:21,22
204:18
206:7,8,18
206:21,23
207:14,16
208:20

209:4,5,11
209:18,19
209:23,24
210:2,5,20
210:21,24
212:3,4,24
212:25
216:13,14
216:15
217:8,9,12
218:15
220:2,9,24
221:4,7,13
221:19,25
222:2,7,8
222:21
225:17,23
226:7,16,19
226:21,23
227:1,2,12
227:19
228:7,8,9
228:13
231:25
232:1,3
236:8
238:18,22
238:24
239:8,10
242:4
243:10
246:12,13
247:2,3
248:22
249:2,5
251:2,5,20
251:22
252:13,16
254:10
special
234:15
specialist
230:13
specialists
231:11
specific
233:24
speech

127:8
spirit
125:3 185:10
stack
152:21,22
staff
163:15
stage
236:24
stakes
223:5
stamp
163:9
standard
143:25
    225:25
    226:1
standardized
203:6,13
standards
198:4 203:5
standing
207:24
stands
201:16,22
Star
246:17
start
176:10
    185:16
    247:4
started
202:2
starts
239:5
state
127:18,25
    128:1,8,24
    132:17
    135:4,24
    136:6,8,16
    140:13
    144:20,21
    145:20
    147:13
    149:7 150:8
    164:2,24
    165:7,12

166:9
170:12,16
171:3,4,8,8
172:5
178:19
193:1,4
194:12
199:7 200:1
202:15
203:5,7,10
203:14,25
204:24,25
205:1,14,23
207:3 208:1
208:8,12
227:7 228:6
228:25
229:4,5
231:23
233:9,14,19
234:8,9,23
238:10
239:18
245:23
246:20,23
248:6,17
251:1 255:5
statement
143:24 144:6
149:4
166:21
167:10
168:9,21
202:16
204:3
207:21
219:15
252:11
states
124:11,15
136:17
169:1
170:15
202:15
211:5
214:18
231:2 248:9
250:16,18

statewide
129:17
    177:18
State's
128:22
    129:17
    229:3
    232:13
state-wide
128:4
stating
216:2
status
128:13
    219:21,21
stay
183:3 208:7
    239:2
staying
251:23
step
152:5,5
stepped
240:18
stereotypes
248:2
stop
162:3 199:19
    240:9,12
straight
229:16,17
Strama
199:1,3,6,17
    199:18
    227:18,19
    227:20
    228:15,16
    232:3,4,5
    232:10,23
    233:6,17
    234:20
    235:8,21
    236:7,8,10
    236:19
    238:2,15
    239:8,11,25
    240:13,23
    241:8,17,18

TX_00212489

241:21,24
242:4,6
243:10,14
243:15
247:23
**Strama's**
228:11 246:6
**strangers**
140:17,18
**strengthen**
175:22 236:1
**strictly**
177:6 203:4
**strike**
142:23,24,25
145:24
146:2,9
236:15
237:7
**strikes**
146:3 235:3
239:4
**strong**
135:12
**strongly**
145:5
**struck**
124:16
236:17
**student**
147:12
170:14
171:1,7
249:13
**students**
148:11,14
170:11,15
171:2
**studies**
144:16
169:12,13
169:14
**study**
177:21
230:10
**stuff**
136:7
**sub**

146:19,20
**subdivision**
204:7
**subject**
150:10
163:21
214:12
224:5
**submit**
189:6
**submitted**
153:22 204:9
**submitting**
128:14
**Subsection**
146:22,22
147:9
148:16
**subsequent**
127:14
**Subsequently**
122:16
**substitute**
239:3
**succeed**
246:22
**suffer**
211:10
249:18
**suffering**
210:14
**sufficient**
253:4
**suggest**
122:4 158:24
169:12,13
**suggested**
164:23
173:14
231:15
232:20
**suggesting**
178:2
**Suite**
256:10
**support**
131:7 164:13

164:16
194:4
231:17
234:23
252:4
**supporting**
135:7 136:21
**supposed**
123:18
152:21
163:18
213:25
**suppression**
234:3
**Supreme**
137:5 192:25
206:13
252:7,12
253:20,23
**supression**
223:13 247:6
**sure**
122:6 123:24
141:7 146:2
154:5
162:15
163:10
172:18
174:7
177:11
179:8
183:21
213:18
226:3 227:9
232:8
234:16
237:15
243:3,4
244:15
245:8
**surely**
167:5 246:22
**surprise**
150:1,5
**surprised**
152:24,25
250:14
**survey**

128:4
**suspect**
233:2
**suspected**
232:17
**suspicious**
229:12
**sustained**
126:24 130:6
150:25
160:16
169:19
201:2
238:20
**Swifford**
189:16
**Sylvester**
136:4
**system**
123:7 135:13
148:12
154:18
157:18,19
176:14
197:18
207:7
237:17
240:8 251:9
**systems**
130:21

_____
**T**
**table**
127:1,2,6
135:14
141:21,24
151:3,10
169:21,25
170:1,4
176:23
179:13,16
183:15
186:3,5,8
188:13
190:1,3,6
191:20
201:4,6,10
202:8,16,19

202:23
206:16
208:18,19
208:21,25
222:17
225:22
226:6,8,13
239:7 241:9
241:11,23
242:3,19
243:9,11
**tabled**
243:16
**tabling**
241:14,16
**take**
125:19
131:13
137:25
141:2,4
142:15
146:6 160:2
164:6
165:22
166:12
180:25
181:4,5,24
183:13
185:7
199:16
202:13
217:4 238:3
240:6
**taken**
138:25 150:9
153:12
172:19,24
173:19
206:9 242:1
246:15
256:1
**takes**
203:23
**talk**
146:13
154:19
178:24
179:7

249:20
**talked**
144:4 184:24
194:14
**talking**
132:10 137:1
138:17
149:16
159:19
163:22
173:13
216:8
217:25
**talks**
157:2,3
**tamper**
234:4
**task**
228:5,24
232:11
**tax**
140:1,5
190:21
192:6,10,11
192:20,22
194:25
195:13,21
196:7,16,19
199:25
201:16,17
201:22
202:1
203:24
205:4
206:12,14
206:24
207:1,4
252:8
**taxes**
126:8 192:24
193:1
202:11,17
**teach**
205:23
**technology**
230:13
231:10
235:25

**teenager**
231:5
**Tel**
256:11
**Telegram**
246:17
**tell**
125:15 126:3
137:19
140:24
143:23
156:1
162:17
178:6 181:6
185:8
188:18
189:9
194:19
195:19
196:3 206:1
233:18
243:3
244:11,16
245:2 246:4
**telling**
137:8 211:14
241:13
**termites**
162:9
**terms**
147:16 227:6
250:4,15
**terrible**
125:23
131:10
133:11
**terrific**
160:22
**terrorists**
230:24
**test**
193:9
**testify**
230:8
**testimony**
163:25 164:8
255:8 256:1
**Texan**

243:3
**Texans**
124:3 145:15
145:17
161:2 228:2
228:21
229:21
230:1 233:1
233:9
235:15,16
237:8 238:7
241:2 243:5
244:6
**Texas**
121:7 127:16
130:1
134:17
136:16
144:2,18
145:2,21
149:7 157:7
157:25
161:22
162:10
164:24
165:10
171:3,7
180:9 188:2
188:23
192:20
193:18
194:12
199:14
201:20
203:14
204:25,25
205:1 207:3
207:9,9,10
208:8
212:20
228:6 229:4
233:19
234:8
238:10
246:19
247:8 248:6
250:3 255:5
256:8,10

**thank**
127:13
130:11
133:23
134:15
139:16
141:19
143:6 146:5
147:22,23
148:5
151:18
156:19
167:19
170:9 171:9
174:16,24
176:2 177:5
178:12
180:6,19
184:6,22
186:15
187:7,25
188:17
190:15
191:24
201:15
203:3,22
206:6,17,23
208:16
210:4,5
212:1,23
218:9
221:13
225:21
226:16
227:2,20,22
236:7
238:22
239:11
246:13,14
247:3,7
251:5,6,22
251:23,24
254:8
**thanking**
247:5
**theft**
235:23 236:1
**therefor**

255:21
**thing**
146:7,16
148:15
154:25
159:6 161:1
161:6
164:18
165:25
171:1
181:20
182:1 183:1
183:4
228:19,23
229:2,9
236:18
248:17,20
249:7
**things**
123:16
137:15
138:23
147:9 151:9
155:23
182:9
199:20
202:2,3
234:7
236:13
248:2
**think**
123:11,16
124:22
125:12
131:12,15
131:21
136:4,6
138:16
140:21
141:14
146:14
148:24
151:8 152:2
154:14,23
155:4,13
156:4,13
157:3,16
158:23

House Floor Debate - Volume 2        April 23, 2007

```
159:6 160:8        219:2,17          137:20            235:25           143:23
161:12             Thompson          138:11            tracked          try
162:9              248:22,24         178:5             158:5            162:7 173:25
167:18             thought           180:21            tragically       181:18
168:20,24          122:8 133:15      195:5             246:19           192:13
174:2 175:7        thousand          220:19            train            201:17
175:17             198:12 231:1      today             229:6 245:9      226:2
178:25             threat            124:7 139:24      trained          trying
179:6              160:6 240:7       149:14            232:11           131:5 133:20
181:20             three             161:2             training         141:15
182:7 183:2        133:12            163:24            186:17 203:5     162:5
183:7               254:19           164:19             203:7,10        164:12,15
187:15             throw             173:10             222:12,13       168:16,22
191:18             235:13            199:11             244:21,22       179:8
192:15,15          throwing          207:2 208:1       trainings        188:18,22
195:1              235:17            215:8             229:4 232:13     189:1,2
202:10             tight             222:13            transcribed      192:5,16
206:2 208:2        131:6             225:4             121:11 255:9     223:6,7
208:11,14          time              231:19            transcript       227:25
208:17             126:20            236:22            255:7,19         228:18,19
210:10              133:16,19        242:8             transport...     228:20
211:9               133:21           246:15,17        130:21 138:2     233:16
213:17              135:23           247:8,12,14      Travis           234:3,4
214:20              136:7 141:2      247:22,25        139:13           235:8
215:16,17           147:1            248:4,20         tribal           237:20
215:23              148:10,15        249:17,19        212:14,17        248:7
216:17,23           154:23           250:1,2,12       tried            249:16
217:5,6             156:15           today's          250:8            turn
218:1               160:15           159:4            tries            246:18
223:12              167:23           Tolton           122:5 170:10      251:14
224:4,7,8           168:1,3          244:25            190:17          turned
224:25              169:18           tool             trouble          243:5
225:3,13            176:13           152:8,11,13      134:21           turner
227:10              178:8 179:7       251:11           216:20          122:2,7,25
236:13              184:23           top              true              123:4,21
238:15              188:11           199:25           158:16            124:2,7,14
243:1 247:9         189:1 201:1      total             196:15,17        124:20,25
247:22              204:11           140:17,18         252:7 255:8      125:7,9,12
248:13,16           213:24            152:20          Truitt           125:22
250:24              215:2,22         totally          235:23           126:1,5,17
252:3,10,17         220:12           214:19 242:2     Truitt's         126:20,22
thinking            222:17           tougher          141:5            127:1,4,6
180:21 183:6        223:2            225:4,12,13      truly            136:4
thinks              224:10           tough-armed      237:22,23        turning
189:12,18           235:10           229:24           trust            226:1
third               238:19,23        Town             137:8 173:15     turnout
127:25 229:9        239:2 252:3      139:3            truth            141:6 173:22
third-world        times             track            137:8 173:15      174:9 250:4
```

250:15,17
**twice**
235:1
**two**
132:20 175:2
182:9,9
184:25
192:24
211:2,7,20
225:19
229:16
236:6
243:15
**TXU**
125:3
**Tyler**
137:19
**type**
175:14
229:12
231:7
239:20
240:16,25
244:5
**types**
175:20
**typewriter**
165:25

**U**

**ugly**
246:2
**ultimately**
162:1
**unable**
140:13
194:15
198:2,5
200:9
207:22
239:19
**unbiased**
145:21
**underneath**
198:1
**understand**
122:16 131:5
135:4,5

182:17
183:21
187:11
191:17
205:18
207:18
208:15
217:3 232:6
**understan...**
124:10
**understood**
194:13
202:11
**undertake**
173:24
**Unfortuna...**
247:20
**unfunded**
174:14
191:14,19
192:14
205:15,20
205:20,24
206:2,11
**UNIDENTIFIED**
179:19,22
**uniform**
135:3
**unintended**
229:25 238:6
**unintenti...**
243:2
**United**
170:15
202:14
211:5
214:18
250:16
**university**
170:14 171:8
193:5,12
**unpractical**
125:18
**untrue**
248:2
**unworkable**
191:15
**un-Consti...**

192:12,15
193:2 196:9
196:10
**updating**
241:7
**upheld**
252:7
**uphold**
202:14
**upwards**
244:6
**urge**
243:8 246:8
**use**
152:9,11
166:2 171:1
172:24
192:24
195:9,18
202:5 204:4
212:16
**useless**
230:23
**utility**
165:22
**U.S**
188:21 189:7
192:23,25
197:18
213:15,16
248:7,11
252:12
253:19,22
**U.S.C**
188:4

**V**

**VA**
214:10
**vaccine**
189:17
**valid**
160:3 165:12
203:25
226:3
244:24
245:2,16,18
249:12

**validated**
157:6
**value**
225:2
**varies**
197:6
**variety**
137:24 138:2
**various**
186:18
**Vaught**
209:17,18,19
210:5,24,25
211:4,8,12
211:21,25
212:6,7,9
212:11,14
212:18,22
213:2,5,20
213:23
214:5 215:5
215:23
216:5,11,21
220:2,2
**Veasey**
134:12,13,14
134:15
135:15,16
135:18,20
136:15,20
136:25
137:1,14
138:21
139:3,8,12
139:21,22
140:2,8,20
140:23
141:20,23
247:2,3
**vehicle**
173:7
**vehicles**
130:21
**vein**
123:16
**verifiable**
144:3
**verification**

151:5 177:13
251:10
**verify**
148:22
176:21
**verifying**
203:11
219:18
230:22
**version**
197:4,4,5
**versus**
192:25
214:10
**veteran**
210:8 214:12
214:22
215:20
216:3,24
217:14,19
219:8,9,12
219:21,23
220:12,14
220:18
**veterans**
209:20,22
210:6,10,14
210:18
211:16
213:4,7,11
213:14,15
215:17
216:17,18
216:22
217:6,7,21
217:24
218:4,5
220:20
**veteran's**
214:24
**Vicki**
141:5
**victim**
131:9
**victims**
130:12,15,25
**videotape**
255:9

vigilance
237:13
  238:16
vigorously
127:17
  234:19
Villareal
186:12,14,15
  186:24
  221:24
  222:1,1,2
  225:23,24
  226:7,11
Villareal's
222:24
violates
129:25
  181:11
  188:3 189:7
  189:19
  228:11
violation
136:14
violations
231:13
violators
236:5
Virginia
192:25 231:1
virtually
144:1
virus
179:25
visit
164:23
VOLUME
121:10
vote
122:3,9,11
  122:13,19
  124:4,5,5,6
  124:10
  126:6,9,16
  126:22
  127:2,3,7
  128:6 129:5
  130:14
  132:9,21

135:10,22
135:24
138:4,5,24
139:5 140:7
140:22,24
141:21
142:6,16
143:20
147:21
149:11
151:25
154:8
157:23
158:14
159:20
161:1
163:17
165:5,15,17
166:9 167:4
167:11
168:19,22
169:21
170:1,1,22
172:4,19,21
172:23,25
173:18
174:4,8
179:9,9,10
179:13
180:8,22
182:2,19
183:13
185:1,6
186:3,6,8
187:15
189:25
190:3,23
192:1,8,9
193:4,16,24
193:25
194:3
195:14,16
196:11,18
196:21,25
197:8,15,16
197:17,19
197:20,23
198:9,21
199:24

201:6,7,7
202:5,15,20
202:20,20
204:4,16
207:1,7,25
208:3,9,13
208:18,21
208:22,22
209:21,22
210:6,12,17
211:15
212:20
213:16
214:22
215:3,8
216:16
217:4,5,6
219:11,12
219:20,22
223:18
224:19,20
224:22
225:2,4,25
226:5,6,9,9
226:10
228:21
233:16
234:25
235:1,3,4,5
235:12
237:5,15,16
237:17,18
238:7 243:6
243:9,12,12
243:12
245:13,20
245:21,25
246:4,9,10
246:11,23
248:1,20
249:9,10
250:8,11
251:13,14
251:18,18
252:10,19
253:1,2,17
254:11,12
254:12,13
254:15,15

254:16,17
voted
122:6,17,22
125:3 127:5
138:4,22
141:23
144:10
153:18
154:24
170:3
179:15
186:7 190:5
201:9
202:22
208:24
226:12
243:14
248:16
254:18
voter
123:10,22
127:17,19
127:23
128:2,6,7
128:17,23
129:1,5
135:7
136:14
137:10,12
138:17,20
138:21
139:24
140:17
141:6
142:10,10
142:11
143:17
144:1,12,20
149:17
150:7,10,12
150:12
151:4
152:10
153:7 158:9
158:18
159:17,18
159:24
160:3

163:16
164:1
168:19
170:25
171:6,20
173:8 174:9
178:8,10,21
178:22
180:8
182:11,12
185:4,12,14
185:25
189:8 196:7
197:21
202:6
203:25,25
204:13,14
204:23
207:6 209:7
210:9 215:4
215:20,22
216:1,5
218:18
219:8
220:13
221:15,15
223:6,13,18
224:4 226:2
228:1,25
229:7,12,20
229:24
230:2,11
231:8,12,14
232:7,8,12
232:17
233:21,24
233:24
234:2,3,13
234:15,16
235:7 237:3
237:6
239:20
240:1,9,16
240:25
241:5,12,14
241:15
242:7,10,12
242:13,15
242:22,23

House Floor Debate - Volume 2                    April 23, 2007

243:1 244:4
244:5,10,12
244:13
245:9,12,22
246:3,10,21
247:6,6,21
248:10
250:4,15,17
251:8,10,12
252:25
253:1,4,7
253:12,15
253:25

**voters**
133:2,5
135:9 145:2
157:5
164:25
165:2
170:11
171:4,23
172:3 175:9
187:11
207:2,10
225:14
226:4,4
251:15
254:2,6

**votes**
128:12,14,19
234:3 254:3

**voting**
122:18,24
123:18,19
123:21
124:19
125:2 127:4
127:4
128:15
129:7,8
134:18,19
136:10
138:7
141:22
149:18,19
150:3,18
152:7 156:3
166:10

169:1,2
170:2,2,3,4
179:14,14
180:9 186:1
186:6,7,8
187:10
188:3
189:19
190:4,5
191:17
195:19
201:8,9
202:21,22
202:23
205:11
208:5,23,24
214:19
215:9
216:17
218:12,17
219:23
221:18
223:5,8,17
223:19
226:11,11
226:13
230:10
232:25
234:4 235:6
243:13,14
243:15
246:6,19,24
247:16
248:4,8
250:11
253:21
254:14,18
254:19

**vulnerable**
244:15

_____

**W**

**waiting**
151:14 196:6
**waived**
140:14
**walk**
228:22

**walking**
161:19
**wallet**
213:18
**want**
124:4,5
125:15
135:11,16
135:24
136:11
139:5
140:15
141:7 146:6
146:25
147:20
152:6 158:3
162:7,9
163:14
164:23
166:16
167:19
172:19
174:8,10
175:7,11
183:20
184:15
194:20
195:6,17,18
202:12
221:5 223:9
223:16
224:14
227:21
228:16
230:3,15
231:5 235:9
235:13,14
235:18
236:19
237:21
239:14
242:6,7
245:6
246:14
247:4 254:5
**wanted**
136:19
139:14

151:25
165:18
213:17
218:21
**wanting**
178:7
**wants**
162:3 174:9
174:13
216:16
245:12
**war**
137:4 210:15
215:13,13
215:14
**Washington**
128:8 188:21
**wasn't**
123:21
177:24
239:18
**waste**
188:11 189:1
235:9 252:2
**watch**
215:11
**water**
133:20
138:19
166:6
**waving**
156:17
**way**
123:11 125:8
125:10,15
131:6 135:8
135:20
136:3
141:12
153:19
159:19
169:10,10
171:21
183:5
185:14
190:21
194:1 196:8
198:9

217:18,21
219:5,18
220:21
230:4
231:13
242:10,21
243:7
246:20
248:17
249:10
250:22,23
252:2
**ways**
231:7
**weaken**
151:9
**weakness**
245:20
**weather-r...**
130:12,15
**web**
155:17
**website**
150:22,23
155:17,18
155:19,22
155:23,25
156:1
**weed**
123:9
**week**
133:18 138:5
138:5
**weeks**
133:12
**well-taken**
150:24
160:15
169:19
201:2
238:20
**went**
175:14 211:3
214:23,24
250:5
**weren't**
124:16
**we'll**

House Floor Debate - Volume 2                    April 23, 2007

146:13
211:6
**we're**
124:12 129:4
131:15,21
139:23,25
140:3,5,9
146:20
152:9,10,10
158:23
162:5,14,16
164:12,15
170:24
171:1,1
175:2,25
179:8 183:4
189:1,5,6
189:11,13
189:25
191:17,25
192:15,16
192:18
197:7
206:24
212:20
216:8 217:3
223:6,7
225:4,7,12
227:8
234:15
236:4 247:1
247:12,18
248:4
249:16
250:4,20
252:4
**we've**
137:1 149:16
150:9 152:3
152:18
154:18
155:5
162:12
163:25
164:14
180:8 189:9
199:11,19
202:10

206:9
208:14
236:16
244:2 252:3
**whatsoever**
198:25
**white**
247:16
**widow**
220:12,14,18
**widower**
220:11,14,17
**widowers**
220:20
**widows**
220:20
**willing**
123:10
140:16
147:20
166:12
233:18
**winning**
122:11
**win-lose**
126:14
**win-win**
126:14
**wish**
239:12
**wishes**
173:21
**withdraw**
131:21
226:22
**withdrawn**
181:15
190:10
191:11
226:23
228:14
**witness**
218:22
255:11
**witnessed**
168:12 219:1
**woman**

156:23
**women**
219:3
**wonderful**
244:17
245:14,19
**Woods**
162:10
**word**
158:8 199:16
238:3
242:12
**words**
175:1 233:11
246:16
**wore**
219:3
**work**
154:4 172:17
177:23
183:1
222:11
**worked**
141:1 209:9
222:9,10
250:6
**worker**
148:18
163:19
182:13,15
245:17,17
**workers**
135:5 163:16
182:1
186:16,22
203:8
205:21,23
223:22
244:21
**working**
153:6 230:7
**works**
148:21
**world**
225:2
**worth**
124:23 139:4
141:8

**wouldn't**
149:10,13
166:23
214:21
219:24
250:14
**wrapping**
241:1
**write**
163:21
**writes**
230:14
**writing**
134:5 249:1
**written**
135:21
139:15
215:24
**wrong**
248:17

---
**X**
---
**xenophobia**
246:25,25

---
**Y**
---
**year**
130:15,25
132:18
133:13
150:3 153:2
153:7 155:2
199:14
**years**
123:13 125:2
125:3 126:6
126:6 166:3
166:10
180:22
192:24
193:7,18,19
193:20
197:11,12
207:3 211:9
225:19
248:14
250:14
**yield**

132:1 136:23
136:24
139:18,20
142:19,21
143:11
148:2,4
151:14
156:23,25
161:16,17
162:19,20
162:21
164:22
168:2 172:9
172:10
174:19,21
177:1,2
183:18
192:3,5
194:4,7
196:22,23
199:1,2
200:4,5
204:18,19
206:19,21
207:12,14
207:15
210:22,24
210:25
212:5,6
213:1,2
217:10
218:14
222:19,21
222:22
231:24
232:2,3
236:8,10
239:9
252:14,16
252:23
**yielding**
239:11
**yields**
143:12
151:17
172:12
174:23
177:3

House Floor Debate - Volume 2                    April 23, 2007

```
196:24          1               246:24          24th            ___5___
207:16          130:1 191:8     1996            192:23          5
217:12           204:12         153:2                           134:18,22
218:15          1st             1998            ___3___         5,000
239:10          145:4 256:4     153:1           3               243:5,5
York            1,783,000                       130:1 142:25    50
250:18          157:5           ___2___          146:5          166:10
young           1.5             2               168:25           192:21
165:16          165:3,6,14      121:10 130:1    169:2            231:2
younger         10               145:15,17      181:12          500,000
197:12          154:15 161:3     161:2 216:7    228:12          243:4
you-all          213:12          228:12         245:13
182:5 230:3     10.2             235:15         30              ___6___
                158:9            243:4 244:6    130:1 153:21     6
___Z___         1001            2nd              153:23         197:3,5
Zedler          256:10          121:9            154:3,7,16     6:00
128:21          11              2.2              255:18         181:1,24
 131:18         129:25          160:12          30(f)(1)        60
 169:16,17      181:11          2.8             255:14          193:18,20
zero             191:8 197:4    128:8           31               197:11,12
128:20,24        228:11         20              180:22          60s
 129:2          11th            248:14          32C2            247:14
 204:23         230:24          2000            184:10          66
                12              150:3 153:2     32.111          190:6 202:22
___$___         224:12           153:7 155:2    203:6           67
$10,000         12/31/2012       240:17         3786            141:24 201:9
198:13          256:9           2002            256:8            208:24
$15             13.001          128:11 250:3                     243:15
193:18 196:1    204:2            250:9          ___4___         68
 197:12         14th            2005           4                127:5 170:4
 206:25         137:6           127:17         146:17,17         254:18
$177,000        15              2009            184:2,10        69
199:9           146:17,17       204:12 207:5   4,000-dollar     179:15 186:8
$24              248:14         2012            225:19           226:12
193:7           17              121:11 256:5   4.5
$30             226:18          21             165:9            ___7___
206:25          177,000-d...    121:11         4/23/07          7
$5              199:14          218            121:9 255:2      146:20,20
193:21          18              121:9 126:18   40               7th
 197:13         143:1 146:8      126:18        139:7            145:4
 206:25         182,366          129:10        42               7:00
 245:6          157:6,10         150:14        188:4            182:2 224:12
                183,366          184:9         44                224:12
___0___         157:17           186:18        152:25          713)524-4600
03              1902             245:14        47               256:11
256:11          192:20           248:25        139:13          72
                1965             251:11                        208:24
___1___                          254:11,19
```

| | | | | | |
|---|---|---|---|---|---|
| **73**<br>179:15<br>**74**<br>141:23<br>**75**<br>127:5 138:9<br> 186:7<br> 192:22<br> 243:14<br>**75/68**<br>127:7<br>**76**<br>190:5 254:18<br>**77**<br>170:3 202:22<br>**77002**<br>256:10<br>**78**<br>201:9 226:12<br>**79**<br>166:3 | **99.99**<br>162:6 | | | | |
| **8** | | | | | |
| **8**<br>143:13 197:4<br>**80**<br>123:13<br> 152:15<br>**80/54**<br>127:7<br>**805**<br>256:10<br>**87**<br>145:4<br>**88**<br>128:4<br>**89**<br>128:11,15,18<br> 128:19 | | | | | |
| **9** | | | | | |
| **91**<br>145:6<br>**93BF2**<br>188:4<br>**95**<br>145:6 | | | | | |

TX_00212498

# HOUSE JOURNAL

## EIGHTIETH LEGISLATURE, REGULAR SESSION

### PROCEEDINGS

SIXTIETH DAY — MONDAY, APRIL 23, 2007

The house met at 10 a.m. and was called to order by the speaker.

The roll of the house was called and a quorum was announced present (Record 590).

Present — Mr. Speaker; Allen; Alonzo; Anchia; Anderson; Aycock; Bailey; Berman; Bohac; Bolton; Bonnen; Branch; Brown, B.; Brown, F.; Burnam; Callegari; Castro; Chavez; Chisum; Christian; Cohen; Coleman; Cook, B.; Cook, R.; Corte; Crabb; Creighton; Crownover; Darby; Davis, J.; Davis, Y.; Delisi; Deshotel; Driver; Dukes; Dunnam; Dutton; Eiland; Eissler; Elkins; England; Escobar; Farabee; Farias; Farrar; Flores; Flynn; Frost; Gallego; Garcia; Gattis; Geren; Giddings; Gonzales; Gonzalez Toureilles; Goolsby; Guillen; Haggerty; Hamilton; Hancock; Hardcastle; Harless; Harper-Brown; Hartnett; Heflin; Hernandez; Herrero; Hilderbran; Hill; Hochberg; Hodge; Homer; Hopson; Howard, C.; Howard, D.; Hughes; Isett; Jackson; Jones; Keffer; King, P.; King, T.; Kolkhorst; Krusee; Kuempel; Latham; Laubenberg; Leibowitz; Lucio; Macias; Madden; Mallory Caraway; Martinez; Martinez Fischer; McCall; McClendon; McReynolds; Menendez; Merritt; Miles; Miller; Morrison; Mowery; Murphy; Naishtat; Noriega; O'Day; Oliveira; Olivo; Orr; Ortiz; Otto; Parker; Patrick; Paxton; Peña; Phillips; Pickett; Pierson; Pitts; Puente; Quintanilla; Raymond; Riddle; Ritter; Rodriguez; Rose; Smith, T.; Smith, W.; Smithee; Solomons; Strama; Straus; Swinford; Talton; Taylor; Thompson; Truitt; Turner; Van Arsdale; Vaught; Veasey; Villarreal; Vo; West; Woolley; Zedler; Zerwas.

Absent, Excused — King, S.; Moreno.

The invocation was offered by Steve Doles, director, Pray Lubbock, as follows:

Our Heavenly Father, your servant, Moses, not only brought law and order to his people, but provided the foundation upon which laws are established today. May each member of the house breathe in a fresh sense of divinely ordained duty and their stamina renewed as they consider legislation regarding the affairs of our state. May their noble work bring forth laws which will protect our freedoms, enhance life for individuals, and insure rule and order in our society.

We thank you that you have created the men and women in this room with passion about their opinions on appropriate governing policy. I pray that you will endow these representatives, whether on the debate floor or in the committee room, with self-control and honorable statesmanship equal to their passion allowing true corporate wisdom to prevail in this 80th Legislature.

Where there is misunderstanding, bring order and clarity; where there is inclination toward vindictiveness, soften reactions with mature responses; where there is adherence to insignificant matters, bring wisdom that keeps perspective; where compromise would lead to deterioration of our society, bring resolve to stand firm; where compromise would lead to good policy, bring willingness to concede.

Bless this chamber with wisdom to discern good from evil, and courage to stand for good; grant wisdom to distinguish short-term from long-term benefits and conviction to stand for that which will last; fill this chamber with wisdom to discern the founding principles that have made this state great and conviction to hold fast to those moorings even when they conflict with popular opinion. May these legislators have the hallmark of diligently sifting through stacks of good ideas and passing only the best and necessary pieces of legislation.

Lord, we are thankful to live in the State of Texas and for the spiritual heritage of the people of this land. By our conduct, may we continue to seek the God of our fathers, and thereby make laws consistent with the spiritual and historic stature of Texas, so blessed by you.

Almighty God, we pray that you will continue to bless the efforts of the Texas House of Representatives and the citizens which these members represent. In Jesus' name I pray. Amen.

The speaker recognized Representative Isett who led the house in the pledges of allegiance to the United States and Texas flags.

### CAPITOL PHYSICIAN

The speaker recognized Representative D. Howard who presented Drs. John and Judith Egerton of Austin as the "Doctors for the Day."

The house welcomed Drs. Egerton and thanked them for their participation in the Physician of the Day Program sponsored by the Texas Academy of Family Physicians.

### MESSAGE FROM THE SENATE

A message from the senate was received at this time (see the addendum to the daily journal, Messages from the Senate, Message No. 1).

### LEAVES OF ABSENCE GRANTED

The following member was granted leave of absence for today because of illness:

Moreno on motion of Escobar.

The following member was granted leave of absence temporarily for today because of important business:

S. King on motion of Anderson.

## HR 615 - ADOPTED
### (by Madden, Paxton, Laubenberg, and Hartnett)

Representative Madden moved to suspend all necessary rules to take up and consider at this time **HR 615**.

The motion prevailed.

The following resolution was laid before the house:

**HR 615**, Congratulating Shilah Phillips on being named first runner-up to Miss America.

**HR 615** was read and was adopted.

## INTRODUCTION OF GUESTS

The speaker recognized Representatives Madden and Hughes who introduced Miss Texas Shilah Phillips and contestants from the Miss Texas pageant.

## HR 1629 - ADOPTED
### (by Craddick)

Representative Hughes moved to suspend all necessary rules to take up and consider at this time **HR 1629**.

The motion prevailed.

The following resolution was laid before the house:

**HR 1629**, Congratulating Chelsea Schwartz of Garden City on being crowned Miss West Texas 2007.

**HR 1629** was read and was adopted.

On motion of Representative Zedler, the names of all the members of the house were added to **HR 1629** as signers thereof.

## INTRODUCTION OF GUEST

The speaker recognized Representative Hughes who introduced Miss West Texas Chelsea Schwartz.

(W. Smith in the chair)

## HR 1630 - ADOPTED
### (by Hughes)

Representative Hughes moved to suspend all necessary rules to take up and consider at this time **HR 1630**.

The motion prevailed.

The following resolution was laid before the house:

**HR 1630**, Honoring Debra Kay Lowe Leibowitz on being named Teacher of the Year by the Mineola Area Chamber of Commerce.

**HR 1630** was read and was adopted.

### INTRODUCTION OF GUESTS

The chair recognized Representative Hughes who introduced Debra Leibowitz and members of her family.

### HR 1532 - ADOPTED
### (by Dutton)

Representative Dutton moved to suspend all necessary rules to take up and consider at this time **HR 1532**.

The motion prevailed.

The following resolution was laid before the house:

**HR 1532**, Commemorating the 112th anniversary of Greater Mt. Zion Missionary Baptist Church in Houston.

**HR 1532** was adopted.

### HR 1525 - ADOPTED
### (by Dutton)

Representative Dutton moved to suspend all necessary rules to take up and consider at this time **HR 1525**.

The motion prevailed.

The following resolution was laid before the house:

**HR 1525**, Commemorating the 39th annual convention of the National Black Presbyterian Caucus.

**HR 1525** was adopted.

### HR 107 - ADOPTED
### (by Gallego)

Representative Gallego moved to suspend all necessary rules to take up and consider at this time **HR 107**.

The motion prevailed.

The following resolution was laid before the house:

**HR 107**, Honoring Culberson County Judge John Conoly on his retirement from public office.

**HR 107** was read and was adopted.

On motion of Representative Hochberg, the names of all the members of the house were added to **HR 107** as signers thereof.

### INTRODUCTION OF GUESTS

The chair recognized Representative Gallego who introduced the Honorable John Conoly and members of his family.

### HB 2656 - RECOMMITTED

Representative Swinford moved to recommit **HB 2656** to the Committee on State Affairs.

The motion prevailed.

(S. King now present)

### HR 13 - READ
### (by Callegari)

The chair laid out and had read the following previously adopted resolution:

**HR 13**, In memory of Gay Susan Chandler Mechler of Spring.

(Geren in the chair)

### INTRODUCTION OF GUESTS

The chair recognized Representative Callegari who introduced family members of Gay Susan Chandler Mechler.

### HB 2283 - RECOMMITTED

Representative W. Smith moved to recommit **HB 2283** to the Committee on County Affairs.

The motion prevailed.

### POSTPONED BUSINESS

The following bills were laid before the house as postponed business:

### CSSB 740 ON SECOND READING
### (Driver, Latham, et al. - House Sponsors)

**CSSB 740**, A bill to be entitled An Act relating to personnel records of commissioned officers of the Department of Public Safety of the State of Texas.

**CSSB 740** was considered in lieu of **CSHB 1422**.

**CSSB 740** was read second time and was passed to third reading. (In accordance with House Rule 5, Section 51(b), every member present must have favored passage of the measure, but any member may register their position with the journal clerk. No members registered their position on this measure.)

### CSHB 1422 - LAID ON THE TABLE SUBJECT TO CALL

Representative Driver moved to lay **CSHB 1422** on the table subject to call.

The motion prevailed.

### SB 657 ON SECOND READING
### (Puente - House Sponsor)

**SB 657**, A bill to be entitled An Act relating to the threshold amount at which certain water districts are required to solicit competitive bids before awarding certain contracts and to the ability of such districts to enter those contracts.

**SB 657** was considered in lieu of **CSHB 1033**.

**SB 657** was read second time and was passed to third reading. (In accordance with House Rule 5, Section 51(b), every member present must have favored passage of the measure, but any member may register their position with the journal clerk. No members registered their position on this measure.)

### CSHB 1033 - LAID ON THE TABLE SUBJECT TO CALL

Representative Puente moved to lay **CSHB 1033** on the table subject to call.

The motion prevailed.

### HB 1623 ON THIRD READING
### (by Phillips)

**HB 1623**, A bill to be entitled An Act relating to certain penalties and fees imposed for operating a motor vehicle or vessel in violation of law.

**HB 1623** was read third time on April 19 and failed to pass. The vote was reconsidered on April 19, and **HB 1623** was postponed until 10 a.m. today.

**Amendment No. 1**

Representative Phillips offered the following amendment to **HB 1623**:

Amend **HB 1623** by striking all below the enacting clause and substituting the following:

SECTION 1.  Section 502.404, Transportation Code, is amended by adding Subsections (f) and (g) to read as follows:

(f)  A court may dismiss a charge brought under Subsection (a) if the defendant:

(1)  remedies the defect before the defendant's first court appearance; and

(2)  pays an administrative fee not to exceed $10.

(g)  A court may dismiss a charge brought under Subsection (b) if the defendant:

(1)  shows that:

(A)  the passenger car or commercial motor vehicle was issued a registration insignia by the department that establishes that the vehicle was registered for the period during which the offense was committed; and

(B)  the registration insignia described in Paragraph (A) was attached to the passenger car or commercial motor vehicle before the defendant's first court appearance; and

(2)  pays an administrative fee not to exceed $10.

SECTION 2.  Section 502.409, Transportation Code, is amended by adding Subsection (c) to read as follows:

(c)  A court may dismiss a charge brought under Subsection (a)(3), (5), (6), or (7) if the defendant:

(1)  remedies the defect before the defendant's first court appearance; and

(2)  pays an administrative fee not to exceed $10.

SECTION 3.  Section 521.025, Transportation Code, is amended by adding Subsection (f) to read as follows:

(f)  The court may assess a defendant an administrative fee not to exceed $10 if a charge under this section is dismissed because of the defense listed under Subsection (d).

SECTION 4.  Section 521.054, Transportation Code, is amended by adding Subsection (d) to read as follows:

(d)  A court may dismiss a charge for a violation of this section if the defendant:

(1)  remedies the defect not later than the 10th working day after the date of the offense; and

(2)  pays an administrative fee not to exceed $10.

SECTION 5.  Section 521.221, Transportation Code, is amended by adding Subsection (d) to read as follows:

(d)  A court may dismiss a charge for a violation of this section if:

(1)  the restriction or endorsement was imposed:

(A)  because of a physical condition that was surgically or otherwise medically corrected before the date of the offense; or

(B)  in error and that fact is established by the defendant;

(2)  the department removes the restriction or endorsement before the defendant's first court appearance; and

(3)  the defendant pays an administrative fee not to exceed $10.

SECTION 6.  Section 547.004, Transportation Code, is amended by adding Subsections (c) and (d) to read as follows:

(c)  A court may dismiss a charge brought under this section if the defendant:

(1)  remedies the defect before the defendant's first court appearance; and

(2)  pays an administrative fee not to exceed $10.

(d)  Subsection (c) does not apply to an offense involving a commercial motor vehicle.

SECTION 7.  Section 31.127, Parks and Wildlife Code, is amended by amending Subsection (c) and adding Subsection (f) to read as follows:

(c)  Except as provided by Subsection (f), a [A] person who operates a vessel in violation of Section 31.021(b) or 31.095 commits an offense punishable by a fine of not less than $100 or more than $500.

(f)  A court may dismiss a charge of operating a vessel with an expired certificate of number under Section 31.021 if:

(1)  the defendant remedies the defect not later than the 10th working day after the date of the offense and pays an administrative fee not to exceed $10; and

(2)  the certificate of number has not been expired for more than 60 days.

SECTION 8.  (a)  The changes in law made by this Act apply only to an offense committed on or after the effective date of this Act. For the purposes of this section, an offense is committed before the effective date of this Act if any element of the offense occurs before that date.

(b)  An offense committed before the effective date of this Act is governed by the law in effect when the offense was committed, and the former law is continued in effect for that purpose.

SECTION 9.  This Act takes effect September 1, 2007.

Amendment No. 1 was adopted.

A record vote was requested.

**HB 1623**, as amended, was passed by (Record 591): 140 Yeas, 0 Nays, 2 Present, not voting.

Yeas — Allen; Alonzo; Anchia; Anderson; Aycock; Bailey; Berman; Bohac; Bolton; Bonnen; Branch; Brown, B.; Brown, F.; Burnam; Callegari; Castro; Chavez; Chisum; Christian; Cohen; Coleman; Cook, B.; Cook, R.; Corte; Creighton; Crownover; Darby; Davis, J.; Davis, Y.; Delisi; Deshotel; Driver; Dukes; Dunnam; Dutton; Eiland; Eissler; Elkins; England; Escobar; Farabee; Farias; Farrar; Flores; Flynn; Frost; Gallego; Garcia; Gattis; Giddings; Gonzales; Gonzalez Toureilles; Goolsby; Guillen; Haggerty; Hamilton; Hancock; Hardcastle; Harless; Harper-Brown; Hartnett; Heflin; Hernandez; Herrero; Hilderbran; Hill; Hochberg; Hodge; Homer; Hopson; Howard, C.; Howard, D.; Hughes; Isett; Jackson; Jones; Keffer; King, P.; King, S.; Kolkhorst; Krusee; Kuempel; Latham; Laubenberg; Leibowitz; Lucio; Macias; Madden; Mallory Caraway; Martinez; Martinez Fischer; McCall; McClendon; McReynolds; Menendez; Merritt; Miles; Miller; Morrison; Mowery; Naishtat; Noriega; O'Day; Oliveira; Olivo; Orr; Ortiz; Otto; Parker; Patrick; Paxton; Peña; Phillips; Pickett; Pitts; Puente; Quintanilla; Raymond; Ritter; Rodriguez; Rose; Smith, T.; Smith, W.; Smithee; Solomons; Strama; Straus; Swinford; Talton; Taylor; Thompson; Truitt; Turner; Van Arsdale; Veasey; Villarreal; Vo; West; Woolley; Zedler.

Present, not voting — Mr. Speaker; Geren(C).

Absent, Excused — Moreno.

Absent — Crabb; King, T.; Murphy; Pierson; Riddle; Vaught; Zerwas.

### CSHB 331 ON SECOND READING
### (by Harper-Brown, Escobar, Corte, Flynn, Aycock, et al.)

**CSHB 331**, A bill to be entitled An Act relating to the use in an advertisement of a name or picture of a member of the United States armed forces or the national guard; providing a criminal penalty.

**CSHB 331** was read second time on April 16 and was postponed until 10 a.m. today.

Representative Harper-Brown moved to postpone consideration of **CSHB 331** until the end of today's calendar.

The motion prevailed.

## CSHB 83 ON SECOND READING
### (by Branch, Dutton, Goolsby, Rose, et al.)

**CSHB 83**, A bill to be entitled An Act relating to requiring a record vote by each house of the legislature on final passage of a bill, resolution to propose or ratify a constitutional amendment, or other nonceremonial resolution and to public notice of the record vote.

**CSHB 83** was read second time on April 17 and was postponed until 10 a.m. today.

Representative Branch moved to postpone consideration of **CSHB 83** until 10 a.m. Monday, April 30.

The motion prevailed.

## HB 443 ON SECOND READING
### (by Phillips)

**HB 443**, A bill to be entitled An Act relating to the consent to and annulment of certain marriages.

**HB 443** was read second time on April 11, postponed until April 18, and was again postponed until 10 a.m. today.

Representative Phillips moved to postpone consideration of **HB 443** until 10 a.m. Wednesday, April 25.

The motion prevailed.

(Speaker in the chair)

## CSHB 2814 ON SECOND READING
### (by Eissler, Oliveira, et al.)

**CSHB 2814**, A bill to be entitled An Act relating to a language immersion pilot project in certain school districts.

**CSHB 2814** was read second time on April 18 and was postponed until 10 a.m. today.

Representative Eissler moved to postpone consideration of **CSHB 2814** until the end of today's calendar.

The motion prevailed.

## HB 2136 ON SECOND READING
### (by Hancock, et al.)

**HB 2136**, A bill to be entitled An Act relating to public disclosure of student referrals for services made by counselors in public schools.

**HB 2136** was read second time on April 19 and failed to pass to engrossment. The vote was reconsidered on April 19, and **HB 2136** was postponed until 10 a.m. today.

**Amendment No. 1**

Representatives Hilderbran and Hopson offered the following amendment to **HB 2136**:

Amend **HB 2136** on page 1, line 7, between "school district" and "that", by inserting "with an enrollment of more than 5,500 students".

(Woolley in the chair)

Amendment No. 1 was adopted.

(Speaker in the chair)

A record vote was requested.

The vote of the house was taken on the passage to engrossment of **HB 2136** and the vote was announced yeas 73, nays 73.

### LEAVE OF ABSENCE GRANTED

The following member was granted leave of absence for the remainder of today because of important business in the district:

Flores on motion of Martinez Fischer.

### HB 2136 - (consideration continued)

A verification of the vote was requested and was granted.

The roll of those voting yea and nay was again called and the verified vote resulted, as follows (Record 592): 74 Yeas, 69 Nays, 1 Present, not voting.

Yeas — Anderson; Aycock; Berman; Bohac; Bonnen; Branch; Brown, B.; Brown, F.; Callegari; Chisum; Christian; Cook, B.; Corte; Crabb; Creighton; Crownover; Darby; Davis, J.; Delisi; Driver; Eissler; Elkins; Flynn; Gattis; Haggerty; Hancock; Hardcastle; Harper-Brown; Hartnett; Heflin; Hilderbran; Hill; Howard, C.; Hughes; Isett; Jackson; Keffer; King, P.; Kolkhorst; Krusee; Kuempel; Latham; Laubenberg; Macias; Madden; McCall; Merritt; Miller; Morrison; Mowery; Murphy; O'Day; Orr; Otto; Parker; Patrick; Paxton; Phillips; Pickett; Pitts; Riddle; Smith, T.; Smith, W.; Smithee; Solomons; Swinford; Talton; Taylor; Truitt; Van Arsdale; West; Woolley; Zedler; Zerwas.

Nays — Allen; Alonzo; Anchia; Bolton; Burnam; Castro; Chavez; Cohen; Coleman; Cook, R.; Davis, Y.; Deshotel; Dukes; Dunnam; Dutton; Eiland; England; Farabee; Farias; Farrar; Frost; Gallego; Garcia; Geren; Giddings; Gonzales; Gonzalez Toureilles; Goolsby; Guillen; Hamilton; Hernandez; Herrero; Hochberg; Hodge; Homer; Hopson; Howard, D.; Jones; King, S.; King, T.; Leibowitz; Lucio; Mallory Caraway; Martinez; Martinez Fischer; McClendon; McReynolds; Menendez; Miles; Naishtat; Noriega; Oliveira; Olivo; Ortiz; Pierson; Puente; Quintanilla; Raymond; Ritter; Rodriguez; Rose; Strama; Straus; Thompson; Turner; Vaught; Veasey; Villarreal; Vo.

Present, not voting — Mr. Speaker(C).

Absent, Excused — Flores; Moreno.

Absent — Bailey; Escobar; Harless; Peña.

The speaker stated that **HB 2136**, as amended, was passed to engrossment by the above vote.

### LEAVE OF ABSENCE GRANTED

The following member was granted leave of absence for the remainder of today because of important business:

Peña on motion of Guillen.

### MAJOR STATE CALENDAR
### HOUSE BILLS
### THIRD READING

The following bills were laid before the house and read third time:

### HB 2427 ON THIRD READING
### (by Truitt, B. Cook, McClendon, Kolkhorst, and Flynn)

**HB 2427**, A bill to be entitled An Act relating to the continuation and functions of the Teacher Retirement System of Texas; providing penalties.

A record vote was requested.

**HB 2427** was passed by (Record 593): 135 Yeas, 0 Nays, 1 Present, not voting.

Yeas — Alonzo; Anderson; Aycock; Berman; Bohac; Bolton; Bonnen; Branch; Brown, B.; Brown, F.; Burnam; Callegari; Castro; Chavez; Chisum; Christian; Cohen; Coleman; Cook, B.; Cook, R.; Crabb; Creighton; Crownover; Darby; Davis, J.; Davis, Y.; Delisi; Deshotel; Driver; Dukes; Dunnam; Dutton; Eiland; Eissler; Elkins; England; Farabee; Farias; Farrar; Flynn; Frost; Garcia; Gattis; Geren; Giddings; Gonzales; Gonzalez Toureilles; Goolsby; Guillen; Haggerty; Hamilton; Hancock; Hardcastle; Harless; Harper-Brown; Hartnett; Heflin; Hernandez; Herrero; Hilderbran; Hill; Hodge; Homer; Hopson; Howard, C.; Howard, D.; Hughes; Isett; Jackson; Jones; Keffer; King, P.; King, S.; King, T.; Kolkhorst; Krusee; Kuempel; Latham; Laubenberg; Leibowitz; Lucio; Macias; Mallory Caraway; Martinez; Martinez Fischer; McCall; McClendon; McReynolds; Menendez; Merritt; Miles; Miller; Morrison; Mowery; Murphy; Naishtat; Noriega; O'Day; Oliveira; Olivo; Orr; Ortiz; Otto; Parker; Patrick; Paxton; Phillips; Pickett; Pierson; Pitts; Puente; Quintanilla; Raymond; Riddle; Ritter; Rodriguez; Rose; Smith, T.; Smith, W.; Smithee; Straus; Swinford; Talton; Taylor; Thompson; Truitt; Turner; Van Arsdale; Vaught; Veasey; Villarreal; Vo; West; Woolley; Zerwas.

Present, not voting — Mr. Speaker(C).

Absent, Excused — Flores; Moreno; Peña.

Absent — Allen; Anchia; Bailey; Corte; Escobar; Gallego; Hochberg; Madden; Solomons; Strama; Zedler.

## STATEMENTS OF VOTE

When Record No. 593 was taken, my vote failed to register. I would have voted yes.

Allen

When Record No. 593 was taken, I was in the house but away from my desk. I would have voted yes.

Anchia

When Record No. 593 was taken, I was in the house but away from my desk. I would have voted yes.

Corte

When Record No. 593 was taken, I was in the house but away from my desk. I would have voted yes.

Madden

When Record No. 593 was taken, my vote failed to register. I would have voted yes.

Solomons

When Record No. 593 was taken, I was in the house but away from my desk. I would have voted yes.

Strama

When Record No. 593 was taken, I was in the house but away from my desk. I would have voted yes.

Zedler

## LEAVE OF ABSENCE GRANTED

The following member was granted leave of absence temporarily for today because of important business in the district:

Bailey on motion of Hughes.

## HB 2458 ON THIRD READING
### (by B. Cook, Truitt, McClendon, Kolkhorst, et al.)

**HB 2458**, A bill to be entitled An Act relating to the licensing and regulation of structural pest control by the Department of Agriculture and the abolition of the Texas Structural Pest Control Board.

A record vote was requested.

**HB 2458** was passed by (Record 594): 137 Yeas, 2 Nays, 2 Present, not voting.

Yeas — Allen; Anchia; Anderson; Aycock; Berman; Bohac; Bolton; Bonnen; Branch; Brown, B.; Brown, F.; Burnam; Callegari; Castro; Chavez; Chisum; Christian; Cohen; Coleman; Cook, B.; Cook, R.; Corte; Crabb; Creighton; Crownover; Darby; Davis, J.; Davis, Y.; Delisi; Deshotel; Driver;

Dukes; Dunnam; Dutton; Eiland; Eissler; Elkins; England; Farabee; Farias; Farrar; Flynn; Frost; Gattis; Geren; Giddings; Gonzales; Gonzalez Toureilles; Goolsby; Guillen; Haggerty; Hamilton; Hancock; Hardcastle; Harless; Harper-Brown; Hartnett; Heflin; Hernandez; Herrero; Hilderbran; Hill; Hodge; Homer; Hopson; Howard, C.; Howard, D.; Hughes; Isett; Jackson; Jones; Keffer; King, P.; King, S.; King, T.; Kolkhorst; Krusee; Kuempel; Latham; Laubenberg; Leibowitz; Lucio; Macias; Madden; Mallory Caraway; Martinez; Martinez Fischer; McCall; McReynolds; Menendez; Merritt; Miles; Miller; Morrison; Mowery; Murphy; Naishtat; Noriega; O'Day; Oliveira; Olivo; Orr; Ortiz; Otto; Parker; Patrick; Paxton; Pickett; Pierson; Pitts; Puente; Quintanilla; Raymond; Riddle; Ritter; Rodriguez; Rose; Smith, T.; Smith, W.; Smithee; Solomons; Strama; Straus; Swinford; Talton; Taylor; Thompson; Truitt; Turner; Van Arsdale; Vaught; Veasey; Villarreal; Vo; West; Woolley; Zedler.

Nays — Garcia; Phillips.

Present, not voting — Mr. Speaker(C); Zerwas.

Absent, Excused — Bailey; Flores; Moreno; Peña.

Absent — Alonzo; Escobar; Gallego; Hochberg; McClendon.

### STATEMENT OF VOTE

When Record No. 594 was taken, I was in the house but away from my desk. I would have voted yes.

McClendon

### HB 1373 ON THIRD READING
### (by Guillen)

**HB 1373**, A bill to be entitled An Act relating to creating the Chronic Kidney Disease Task Force.

A record vote was requested.

**HB 1373** was passed by (Record 595): 139 Yeas, 0 Nays, 2 Present, not voting.

Yeas — Allen; Anchia; Anderson; Aycock; Berman; Bohac; Bolton; Bonnen; Branch; Brown, B.; Brown, F.; Burnam; Callegari; Castro; Chavez; Chisum; Christian; Cohen; Coleman; Cook, B.; Cook, R.; Corte; Crabb; Creighton; Crownover; Darby; Davis, J.; Davis, Y.; Delisi; Deshotel; Driver; Dukes; Dunnam; Dutton; Eiland; Eissler; Elkins; England; Farabee; Farias; Farrar; Flynn; Frost; Gallego; Garcia; Gattis; Geren; Giddings; Gonzales; Gonzalez Toureilles; Goolsby; Guillen; Haggerty; Hamilton; Hancock; Hardcastle; Harless; Harper-Brown; Hartnett; Heflin; Hernandez; Herrero; Hilderbran; Hill; Hodge; Homer; Hopson; Howard, C.; Howard, D.; Isett; Jackson; Jones; Keffer; King, P.; King, S.; King, T.; Kolkhorst; Krusee; Kuempel; Latham; Laubenberg; Leibowitz; Lucio; Macias; Madden; Mallory Caraway; Martinez; Martinez Fischer; McCall; McClendon; McReynolds; Menendez; Merritt; Miles; Miller; Morrison; Mowery; Murphy; Naishtat; Noriega; O'Day; Olivo; Orr; Ortiz; Otto; Parker; Patrick; Paxton; Phillips; Pickett; Pierson; Pitts;

Puente; Quintanilla; Raymond; Riddle; Ritter; Rodriguez; Rose; Smith, T.; Smith, W.; Smithee; Solomons; Strama; Straus; Swinford; Taylor; Thompson; Truitt; Turner; Van Arsdale; Vaught; Veasey; Villarreal; Vo; West; Woolley; Zedler; Zerwas.

Present, not voting — Mr. Speaker(C); Oliveira.

Absent, Excused — Bailey; Flores; Moreno; Peña.

Absent — Alonzo; Escobar; Hochberg; Hughes; Talton.

### STATEMENT OF VOTE

When Record No. 595 was taken, I was in the house but away from my desk. I would have voted yes.

Talton

### GENERAL STATE CALENDAR
### SENATE BILLS
### THIRD READING

The following bills were laid before the house and read third time:

### SB 679 ON THIRD READING
### (Woolley - House Sponsor)

**SB 679**, A bill to be entitled An Act relating to the use of certain surplus revenue in the unemployment compensation fund.

A record vote was requested.

**SB 679** was passed by (Record 596): 141 Yeas, 0 Nays, 1 Present, not voting.

Yeas — Allen; Alonzo; Anchia; Anderson; Aycock; Berman; Bohac; Bolton; Bonnen; Branch; Brown, B.; Brown, F.; Burnam; Callegari; Castro; Chavez; Chisum; Christian; Cook, B.; Cook, R.; Corte; Crabb; Creighton; Crownover; Darby; Davis, J.; Davis, Y.; Delisi; Deshotel; Driver; Dukes; Dunnam; Dutton; Eiland; Eissler; Elkins; England; Farabee; Farias; Farrar; Flynn; Frost; Garcia; Gattis; Geren; Giddings; Gonzales; Gonzalez Toureilles; Goolsby; Guillen; Haggerty; Hamilton; Hancock; Hardcastle; Harless; Harper-Brown; Hartnett; Heflin; Hernandez; Herrero; Hilderbran; Hill; Hochberg; Hodge; Homer; Hopson; Howard, C.; Howard, D.; Hughes; Isett; Jackson; Jones; Keffer; King, P.; King, S.; King, T.; Kolkhorst; Krusee; Kuempel; Latham; Laubenberg; Leibowitz; Lucio; Macias; Madden; Mallory Caraway; Martinez; Martinez Fischer; McCall; McClendon; McReynolds; Menendez; Merritt; Miles; Miller; Morrison; Mowery; Murphy; Naishtat; Noriega; O'Day; Oliveira; Olivo; Orr; Ortiz; Otto; Parker; Patrick; Paxton; Phillips; Pickett; Pierson; Pitts; Puente; Quintanilla; Raymond; Riddle; Ritter; Rodriguez; Rose; Smith, T.; Smith, W.; Smithee; Solomons; Strama; Straus; Swinford; Talton; Taylor; Thompson; Truitt; Turner; Van Arsdale; Vaught; Veasey; Villarreal; Vo; West; Woolley; Zedler; Zerwas.

Present, not voting — Mr. Speaker(C).

Absent, Excused — Bailey; Flores; Moreno; Peña.

Absent — Cohen; Coleman; Escobar; Gallego.

### GENERAL STATE CALENDAR
### HOUSE BILLS
### THIRD READING

The following bills were laid before the house and read third time:

### HB 1667 ON THIRD READING
### (by Geren)

**HB 1667**, A bill to be entitled An Act relating to the amount of the fee for issuing certain alcoholic beverage permits.

**Amendment No. 1**

Representative Geren offered the following amendment to **HB 1667**:

Amend on third reading **HB 1667**, as it was amended on second reading by the Geren Amendment and the Hernandez amendment, as follows:

(1) Strike the language added by the Hernandez amendment.

(2) In SECTION 1 of the bill as amended by the Geren amendment, in amended Section 25.02(a), Alcoholic Beverage Code, strike "Subsection (b)" and substitute "Subsections (b) and (c) [Subsection (b)]".

(3) In SECTION 1 of the bill as amended by the Geren amendment, in amended Section 25.02, Alcoholic Beverage Code, insert a new Subsection (c) to read as follows:

(c) The annual state fee for an original wine and beer retailer's permit issued to a fraternal organization or a veterans organization, as those terms are defined by Section 32.11, is $175. The annual state fee for a renewal of a wine and beer retailer's permit issued to a fraternal organization or a veterans organization is $175.

(4) In SECTION 2 of the bill as amended by the Geren amendment, in amended Section 69.02(a), Alcoholic Beverage Code, strike "Subsection (b)" and substitute "Subsections (b) and (c) [Subsection (b)]".

(5) In SECTION 2 of the bill as amended by the Geren amendment, in amended Section 69.02, Alcoholic Beverage Code, insert a new Subsection (c) to read as follows:

(c) The annual state fee for an original retail dealer's on-premise license issued to a fraternal organization or a veterans organization, as those terms are defined by Section 32.11, is $150. The annual state fee for a renewal of a retail dealer's on-premise license issued to a fraternal organization or a veterans organization is $150.

Amendment No. 1 was adopted.

A record vote was requested.

**HB 1667**, as amended, was passed by (Record 597): 141 Yeas, 0 Nays, 3 Present, not voting.

JA_007921

Yeas — Allen; Alonzo; Anchia; Anderson; Aycock; Berman; Bolton; Bonnen; Branch; Brown, B.; Brown, F.; Burnam; Callegari; Castro; Chavez; Chisum; Christian; Cohen; Coleman; Cook, B.; Cook, R.; Corte; Crabb; Creighton; Crownover; Darby; Davis, J.; Davis, Y.; Delisi; Deshotel; Driver; Dukes; Dunnam; Dutton; Eiland; Eissler; Elkins; England; Farabee; Farias; Farrar; Flynn; Frost; Gallego; Garcia; Gattis; Geren; Giddings; Gonzales; Gonzalez Toureilles; Goolsby; Guillen; Haggerty; Hamilton; Hancock; Hardcastle; Harless; Harper-Brown; Heflin; Hernandez; Herrero; Hilderbran; Hill; Hochberg; Hodge; Homer; Hopson; Howard, C.; Howard, D.; Hughes; Isett; Jackson; Jones; Keffer; King, P.; King, S.; King, T.; Kolkhorst; Krusee; Kuempel; Latham; Laubenberg; Leibowitz; Lucio; Macias; Madden; Mallory Caraway; Martinez; Martinez Fischer; McCall; McClendon; McReynolds; Menendez; Merritt; Miles; Miller; Morrison; Mowery; Murphy; Noriega; O'Day; Oliveira; Olivo; Orr; Ortiz; Otto; Parker; Patrick; Paxton; Phillips; Pickett; Pierson; Pitts; Puente; Quintanilla; Raymond; Riddle; Ritter; Rodriguez; Rose; Smith, T.; Smith, W.; Smithee; Solomons; Strama; Straus; Swinford; Talton; Taylor; Thompson; Truitt; Turner; Van Arsdale; Vaught; Veasey; Villarreal; Vo; West; Woolley; Zedler; Zerwas.

Present, not voting — Mr. Speaker(C); Hartnett; Naishtat.

Absent, Excused — Bailey; Flores; Moreno; Peña.

Absent — Bohac; Escobar.

### HB 1022 ON THIRD READING
### (by Hilderbran, Keffer, Otto, Martinez Fischer, R. Cook, et al.)

**HB 1022**, A bill to be entitled An Act relating to the exemption from ad valorem taxation of a motor vehicle owned by an individual and used in the course of the owner's occupation or profession and also for personal activities of the owner and to the rendition of such vehicles.

A record vote was requested.

**HB 1022** was passed by (Record 598): 142 Yeas, 0 Nays, 1 Present, not voting.

Yeas — Allen; Alonzo; Anchia; Anderson; Aycock; Berman; Bolton; Bonnen; Branch; Brown, B.; Brown, F.; Callegari; Castro; Chavez; Chisum; Christian; Cohen; Coleman; Cook, B.; Cook, R.; Corte; Crabb; Creighton; Crownover; Darby; Davis, J.; Davis, Y.; Delisi; Deshotel; Driver; Dukes; Dunnam; Dutton; Eiland; Eissler; Elkins; England; Farabee; Farias; Farrar; Flynn; Frost; Gallego; Garcia; Gattis; Geren; Giddings; Gonzales; Gonzalez Toureilles; Goolsby; Guillen; Haggerty; Hamilton; Hancock; Hardcastle; Harless; Harper-Brown; Hartnett; Heflin; Hernandez; Herrero; Hilderbran; Hill; Hochberg; Hodge; Homer; Hopson; Howard, C.; Howard, D.; Hughes; Isett; Jackson; Jones; Keffer; King, P.; King, S.; King, T.; Kolkhorst; Krusee; Kuempel; Latham; Laubenberg; Leibowitz; Lucio; Macias; Madden; Mallory Caraway; Martinez; Martinez Fischer; McCall; McClendon; McReynolds; Menendez; Merritt; Miles; Miller; Morrison; Mowery; Murphy; Naishtat; Noriega; O'Day; Oliveira; Olivo;

Orr; Ortiz; Otto; Parker; Patrick; Paxton; Phillips; Pickett; Pierson; Pitts; Puente; Quintanilla; Raymond; Riddle; Ritter; Rodriguez; Rose; Smith, T.; Smith, W.; Smithee; Solomons; Strama; Straus; Swinford; Talton; Taylor; Thompson; Truitt; Turner; Van Arsdale; Vaught; Veasey; Villarreal; Vo; West; Woolley; Zedler; Zerwas.

Present, not voting — Mr. Speaker(C).

Absent, Excused — Bailey; Flores; Moreno; Peña.

Absent — Bohac; Burnam; Escobar.

### HB 589 ON THIRD READING
### (by Aycock, Delisi, Miller, Corte, et al.)

**HB 589**, A bill to be entitled An Act relating to the student enrollment required for Texas A&M University–Central Texas to operate as a general academic teaching institution.

A record vote was requested.

**HB 589** was passed by (Record 599): 143 Yeas, 0 Nays, 1 Present, not voting.

Yeas — Allen; Alonzo; Anchia; Anderson; Aycock; Berman; Bohac; Bolton; Bonnen; Branch; Brown, B.; Brown, F.; Burnam; Callegari; Castro; Chavez; Chisum; Christian; Cohen; Coleman; Cook, B.; Cook, R.; Corte; Crabb; Creighton; Crownover; Darby; Davis, J.; Davis, Y.; Delisi; Deshotel; Dukes; Dunnam; Dutton; Eiland; Eissler; Elkins; England; Farabee; Farias; Farrar; Flynn; Frost; Gallego; Garcia; Gattis; Geren; Giddings; Gonzales; Gonzalez Toureilles; Goolsby; Guillen; Haggerty; Hamilton; Hancock; Hardcastle; Harless; Harper-Brown; Hartnett; Heflin; Hernandez; Herrero; Hilderbran; Hill; Hochberg; Hodge; Homer; Hopson; Howard, C.; Howard, D.; Hughes; Isett; Jackson; Jones; Keffer; King, P.; King, S.; King, T.; Kolkhorst; Krusee; Kuempel; Latham; Laubenberg; Leibowitz; Lucio; Macias; Madden; Mallory Caraway; Martinez; Martinez Fischer; McCall; McClendon; McReynolds; Menendez; Merritt; Miles; Miller; Morrison; Mowery; Murphy; Naishtat; Noriega; O'Day; Oliveira; Olivo; Orr; Ortiz; Otto; Parker; Patrick; Paxton; Phillips; Pickett; Pierson; Pitts; Puente; Quintanilla; Raymond; Riddle; Ritter; Rodriguez; Rose; Smith, T.; Smith, W.; Smithee; Solomons; Strama; Straus; Swinford; Talton; Taylor; Thompson; Truitt; Turner; Van Arsdale; Vaught; Veasey; Villarreal; Vo; West; Woolley; Zedler; Zerwas.

Present, not voting — Mr. Speaker(C).

Absent, Excused — Bailey; Flores; Moreno; Peña.

Absent — Driver; Escobar.

### HB 1668 ON THIRD READING
### (by Aycock and Delisi)

**HB 1668**, A bill to be entitled An Act relating to the issuance of revenue bonds to fund facilities at Texas A&M University–Central Texas.

A record vote was requested.

**HB 1668** was passed by (Record 600): 143 Yeas, 0 Nays, 1 Present, not voting.

Yeas — Allen; Alonzo; Anchia; Anderson; Aycock; Berman; Bohac; Bolton; Bonnen; Branch; Brown, B.; Brown, F.; Burnam; Callegari; Castro; Chavez; Chisum; Christian; Cohen; Cook, B.; Cook, R.; Corte; Crabb; Creighton; Crownover; Darby; Davis, J.; Davis, Y.; Delisi; Deshotel; Driver; Dukes; Dunnam; Dutton; Eiland; Eissler; Elkins; England; Farabee; Farias; Farrar; Flynn; Frost; Gallego; Garcia; Gattis; Geren; Giddings; Gonzales; Gonzalez Toureilles; Goolsby; Guillen; Haggerty; Hamilton; Hancock; Hardcastle; Harless; Harper-Brown; Hartnett; Heflin; Hernandez; Herrero; Hilderbran; Hill; Hochberg; Hodge; Homer; Hopson; Howard, C.; Howard, D.; Hughes; Isett; Jackson; Jones; Keffer; King, P.; King, S.; King, T.; Kolkhorst; Krusee; Kuempel; Latham; Laubenberg; Leibowitz; Lucio; Macias; Madden; Mallory Caraway; Martinez; Martinez Fischer; McCall; McClendon; McReynolds; Menendez; Merritt; Miles; Miller; Morrison; Mowery; Murphy; Naishtat; Noriega; O'Day; Oliveira; Olivo; Orr; Ortiz; Otto; Parker; Patrick; Paxton; Phillips; Pickett; Pierson; Pitts; Puente; Quintanilla; Raymond; Riddle; Ritter; Rodriguez; Rose; Smith, T.; Smith, W.; Smithee; Solomons; Strama; Straus; Swinford; Talton; Taylor; Thompson; Truitt; Turner; Van Arsdale; Vaught; Veasey; Villarreal; Vo; West; Woolley; Zedler; Zerwas.

Present, not voting — Mr. Speaker(C).

Absent, Excused — Bailey; Flores; Moreno; Peña.

Absent — Coleman; Escobar.

### HB 2400 ON THIRD READING
### (by Keffer)

**HB 2400**, A bill to be entitled An Act relating to membership in, contributions to, benefits from, and administration of the Texas Emergency Services Retirement System.

A record vote was requested.

**HB 2400** was passed by (Record 601): 140 Yeas, 0 Nays, 1 Present, not voting.

Yeas — Allen; Anchia; Anderson; Aycock; Berman; Bohac; Bolton; Bonnen; Branch; Brown, B.; Brown, F.; Burnam; Callegari; Castro; Chavez; Chisum; Christian; Cohen; Cook, B.; Cook, R.; Corte; Crabb; Creighton; Crownover; Darby; Davis, J.; Davis, Y.; Delisi; Deshotel; Driver; Dukes; Dunnam; Dutton; Eiland; Eissler; Elkins; England; Farabee; Farias; Farrar; Flynn; Frost; Gallego; Garcia; Gattis; Geren; Giddings; Gonzales; Gonzalez Toureilles; Goolsby; Guillen; Haggerty; Hamilton; Hancock; Hardcastle; Harless; Harper-Brown; Hartnett; Heflin; Hernandez; Herrero; Hilderbran; Hill; Hochberg; Hodge; Homer; Hopson; Howard, C.; Howard, D.; Hughes; Isett; Jackson; Jones; Keffer; King, P.; King, S.; King, T.; Kolkhorst; Krusee; Kuempel; Latham; Laubenberg; Leibowitz; Lucio; Macias; Madden; Mallory Caraway; Martinez;

Martinez Fischer; McCall; McClendon; Menendez; Miles; Miller; Morrison; Mowery; Murphy; Naishtat; Noriega; O'Day; Oliveira; Olivo; Orr; Ortiz; Otto; Parker; Patrick; Paxton; Phillips; Pickett; Pierson; Pitts; Puente; Quintanilla; Raymond; Riddle; Ritter; Rodriguez; Rose; Smith, T.; Smith, W.; Smithee; Solomons; Strama; Straus; Swinford; Talton; Taylor; Thompson; Truitt; Turner; Van Arsdale; Vaught; Veasey; Villarreal; Vo; West; Woolley; Zedler; Zerwas.

Present, not voting — Mr. Speaker(C).

Absent, Excused — Bailey; Flores; Moreno; Peña.

Absent — Alonzo; Coleman; Escobar; McReynolds; Merritt.

### HB 1962 ON THIRD READING
### (by Orr)

**HB 1962**, A bill to be entitled An Act relating to the application of the Business Organizations Code to certain financial institutions and the regulation of those institutions by the Texas Department of Banking.

A record vote was requested.

**HB 1962** was passed by (Record 602): 141 Yeas, 0 Nays, 1 Present, not voting.

Yeas — Allen; Alonzo; Anchia; Anderson; Aycock; Berman; Bohac; Bolton; Bonnen; Branch; Brown, B.; Brown, F.; Burnam; Callegari; Castro; Chavez; Chisum; Christian; Cohen; Coleman; Cook, B.; Corte; Crabb; Creighton; Crownover; Darby; Davis, J.; Davis, Y.; Delisi; Deshotel; Driver; Dukes; Dunnam; Eiland; Eissler; Elkins; England; Farabee; Farias; Farrar; Flynn; Frost; Gallego; Garcia; Gattis; Geren; Giddings; Gonzales; Gonzalez Toureilles; Goolsby; Guillen; Haggerty; Hamilton; Hancock; Hardcastle; Harless; Harper-Brown; Hartnett; Heflin; Hernandez; Herrero; Hilderbran; Hill; Hochberg; Hodge; Homer; Hopson; Howard, C.; Howard, D.; Hughes; Isett; Jackson; Jones; Keffer; King, P.; King, S.; King, T.; Kolkhorst; Krusee; Kuempel; Latham; Laubenberg; Leibowitz; Lucio; Macias; Madden; Mallory Caraway; Martinez; Martinez Fischer; McCall; McClendon; McReynolds; Menendez; Merritt; Miles; Miller; Morrison; Mowery; Murphy; Naishtat; Noriega; O'Day; Oliveira; Olivo; Orr; Ortiz; Otto; Parker; Patrick; Paxton; Phillips; Pickett; Pierson; Pitts; Puente; Quintanilla; Raymond; Riddle; Ritter; Rodriguez; Rose; Smith, T.; Smith, W.; Smithee; Solomons; Strama; Straus; Talton; Taylor; Thompson; Truitt; Turner; Van Arsdale; Vaught; Veasey; Villarreal; Vo; West; Woolley; Zedler; Zerwas.

Present, not voting — Mr. Speaker(C).

Absent, Excused — Bailey; Flores; Moreno; Peña.

Absent — Cook, R.; Dutton; Escobar; Swinford.

### COMMITTEE MEETING ANNOUNCEMENTS

The following committee meetings were announced:

Environmental Regulation, upon lunch recess today, Desk 1, for a formal meeting, to consider pending business.

Agriculture and Livestock, upon lunch recess today, Desk 119, for a formal meeting, to consider pending business.

Public Health, upon lunch recess today, Desk 58, for a formal meeting, to consider pending business.

Culture, Recreation, and Tourism, upon lunch recess today, Desk 66, for a formal meeting, to consider pending business.

### RECESS

At 11:56 a.m., the speaker announced that the house would stand recessed until 1 p.m. today.

### AFTERNOON SESSION

The house met at 1 p.m. and was called to order by the speaker.

### BILLS AND RESOLUTIONS SIGNED BY THE SPEAKER

Notice was given at this time that the speaker had signed bills and resolutions in the presence of the house (see the addendum to the daily journal, Signed by the Speaker, House List No. 24).

### MAJOR STATE CALENDAR
### SENATE BILLS
### SECOND READING

The following bills were laid before the house and read second time:

### SB 904 ON SECOND READING
### (Truitt - House Sponsor)

**SB 904**, A bill to be entitled An Act relating to the continuation and functions of the Texas Alcoholic Beverage Commission; providing penalties.

### SB 904 - POINT OF ORDER

Representative Talton raised a point of order against further consideration of **SB 904** under Rule 4, Section 32(c) of the House Rules on the grounds that the bill analysis is incorrect.

The speaker sustained the point of order.

**SB 904** was returned to the Committee on Licensing and Administrative Procedures.

### MAJOR STATE CALENDAR
### HOUSE BILLS
### SECOND READING

The following bills were laid before the house and read second time:

### HB 218 ON SECOND READING
### (by B. Brown, Berman, Bohac, Riddle, et al.)

**HB 218**, A bill to be entitled An Act relating to requiring a voter to present proof of identification.

(P. King in the chair)

(Bailey now present)

Representative Anchia moved to extend speaking time on **HB 218**.

A record vote was requested.

The motion to extend time prevailed by (Record 603): 91 Yeas, 46 Nays, 2 Present, not voting.

Yeas — Allen; Alonzo; Anchia; Bailey; Bolton; Bonnen; Branch; Brown, F.; Burnam; Castro; Chavez; Cohen; Coleman; Cook, B.; Cook, R.; Creighton; Davis, J.; Davis, Y.; Delisi; Deshotel; Driver; Dukes; Dunnam; Dutton; England; Escobar; Farabee; Farrar; Frost; Gallego; Garcia; Gattis; Geren; Giddings; Gonzales; Gonzalez Toureilles; Goolsby; Guillen; Haggerty; Hardcastle; Hartnett; Heflin; Hernandez; Herrero; Hill; Hochberg; Hodge; Homer; Hopson; Howard, D.; Jones; King, S.; King, T.; Kolkhorst; Kuempel; Leibowitz; Lucio; Mallory Caraway; Martinez; Martinez Fischer; McReynolds; Menendez; Miles; Mowery; Naishtat; Noriega; Oliveira; Olivo; Ortiz; Otto; Pickett; Pitts; Puente; Quintanilla; Raymond; Ritter; Rodriguez; Rose; Smith, T.; Solomons; Strama; Straus; Swinford; Talton; Thompson; Turner; Van Arsdale; Vaught; Veasey; Villarreal; Vo.

Nays — Anderson; Aycock; Berman; Bohac; Brown, B.; Callegari; Chisum; Christian; Corte; Crabb; Crownover; Darby; Eissler; Elkins; Farias; Flynn; Hamilton; Hancock; Harless; Harper-Brown; Hilderbran; Howard, C.; Isett; Jackson; Krusee; Latham; Laubenberg; Macias; Madden; McCall; Miller; Morrison; Murphy; Parker; Patrick; Paxton; Phillips; Riddle; Smith, W.; Smithee; Taylor; Truitt; West; Woolley; Zedler; Zerwas.

Present, not voting — Mr. Speaker; King, P.(C).

Absent, Excused — Flores; Moreno; Peña.

Absent — Eiland; Hughes; Keffer; McClendon; Merritt; O'Day; Orr; Pierson.

### HR 1413 - ADOPTED
### (by Laubenberg)

Representative Laubenberg moved to suspend all necessary rules to take up and consider at this time **HR 1413**.

The motion prevailed.

The following resolution was laid before the house:

**HR 1413**, Honoring the Lady Yellowjackets basketball team of Rockwall High School for winning the Class 5A state championship for 2007.

**HR 1413** was read and was adopted.

On motion of Representative Latham, the names of all the members of the house were added to **HR 1413** as signers thereof.

## INTRODUCTION OF GUESTS

The chair recognized Representative Laubenberg who introduced players and coaches of the Rockwall High School Lady Yellowjackets basketball team.

### HB 218 - (consideration continued)

**Amendment No. 1**

Representative B. Brown offered the following amendment to **HB 218**:

Amend **HB 218** as follows:

(1) On page 1, lines 5-6, strike "Subsection (g)" and substitute "Subsections (g) and (h)".

(2) On page 2, between lines 2 and 3, add a new Subsection (h) to read as follows:

(h) The requirements for identification prescribed by Subsection (b)(1) or (2) do not apply to a voter who:

(1) presents the voter's voter registration certificate on offering to vote; and

(2) is 80 years of age or older as indicated by the date of birth on the voter's voter registration certificate.

**Amendment No. 2**

Representative Dunnam offered the following amendment to Amendment No. 1:

Amend Amendment No. 1 by Betty Brown to **HB 218** on page 1, line 10 by striking "80" and substituting "65".

Representative B. Brown moved to table Amendment No. 2.

(Speaker in the chair)

A record vote was requested.

The vote of the house was taken on the motion to table Amendment No. 2 and the vote was announced yeas 71, nays 68.

A verification of the vote was requested and was granted.

The roll of those voting yea and nay was again called and the verified vote resulted, as follows (Record 604): 73 Yeas, 72 Nays, 1 Present, not voting.

Yeas — Anderson; Aycock; Berman; Bohac; Bonnen; Branch; Brown, B.; Brown, F.; Callegari; Chisum; Christian; Cook, B.; Corte; Crabb; Creighton; Crownover; Darby; Davis, J.; Delisi; Driver; Eissler; Elkins; Flynn; Gattis; Goolsby; Haggerty; Hancock; Hardcastle; Harless; Harper-Brown; Hartnett; Hilderbran; Hill; Howard, C.; Hughes; Isett; Jackson; Keffer; King, P.; King, S.; Kolkhorst; Kuempel; Latham; Laubenberg; Macias; Madden; McCall; Miller; Morrison; Mowery; Murphy; O'Day; Orr; Otto; Parker; Patrick; Paxton; Phillips; Pitts; Riddle; Smith, W.; Smithee; Solomons; Straus; Swinford; Talton; Taylor; Truitt; Van Arsdale; West; Woolley; Zedler; Zerwas.

Nays — Allen; Alonzo; Anchia; Bailey; Bolton; Burnam; Castro; Chavez; Cohen; Coleman; Cook, R.; Davis, Y.; Deshotel; Dukes; Dunnam; Dutton; Eiland; England; Escobar; Farabee; Farias; Farrar; Frost; Gallego; Garcia; Geren; Giddings; Gonzales; Gonzalez Toureilles; Guillen; Hamilton; Heflin; Hernandez; Herrero; Hochberg; Hodge; Homer; Hopson; Howard, D.; King, T.; Krusee; Leibowitz; Lucio; Mallory Caraway; Martinez; Martinez Fischer; McClendon; McReynolds; Menendez; Merritt; Miles; Naishtat; Noriega; Oliveira; Olivo; Ortiz; Pickett; Pierson; Puente; Quintanilla; Raymond; Ritter; Rodriguez; Rose; Smith, T.; Strama; Thompson; Turner; Vaught; Veasey; Villarreal; Vo.

Present, not voting — Mr. Speaker(C).

Absent, Excused — Flores; Moreno; Peña.

Absent — Jones.

The speaker stated that the motion to table prevailed by the above vote.

### BILLS AND RESOLUTIONS SIGNED BY THE SPEAKER

Notice was given at this time that the speaker had signed bills and resolutions in the presence of the house (see the addendum to the daily journal, Signed by the Speaker, Senate List No. 25).

(Bonnen in the chair)

### HR 1529 - READ
### (by Goolsby and Truitt)

The chair laid out and had read the following previously adopted resolution:

**HR 1529**, Honoring Kenneth A. Ardoin for his years of service to Pfizer.

### INTRODUCTION OF GUESTS

The chair recognized Representative Goolsby who introduced Kenneth A. Ardoin and members of his family.

### HB 218 - (consideration continued)

**Amendment No. 3**

Representative Leibowitz offered the following amendment to Amendment No. 1:

Amend Amendment No. 1 by Betty Brown to **HB 218** on page 1, line 10 by striking "80" and substituting "75".

(Speaker in the chair)

Representative B. Brown moved to table Amendment No. 3.

A record vote was requested.

The motion to table prevailed by (Record 605): 73 Yeas, 69 Nays, 1 Present, not voting.

Yeas — Anderson; Aycock; Berman; Bohac; Bonnen; Branch; Brown, B.; Brown, F.; Callegari; Chisum; Christian; Cook, B.; Corte; Crabb; Creighton; Crownover; Davis, J.; Delisi; Driver; Eissler; Elkins; Flynn; Gattis; Goolsby;

Haggerty; Hamilton; Hancock; Hardcastle; Harless; Harper-Brown; Hartnett; Hilderbran; Hill; Howard, C.; Hughes; Isett; Jackson; Keffer; King, P.; Kolkhorst; Krusee; Kuempel; Latham; Laubenberg; Macias; Madden; McCall; Miller; Morrison; Mowery; Murphy; O'Day; Orr; Otto; Parker; Patrick; Paxton; Phillips; Pitts; Riddle; Smith, W.; Smithee; Solomons; Straus; Swinford; Talton; Taylor; Truitt; Van Arsdale; West; Woolley; Zedler; Zerwas.

Nays — Allen; Alonzo; Anchia; Bailey; Bolton; Burnam; Castro; Chavez; Cohen; Coleman; Cook, R.; Davis, Y.; Deshotel; Dukes; Dunnam; Dutton; Eiland; England; Escobar; Farabee; Farias; Farrar; Frost; Gallego; Garcia; Geren; Giddings; Gonzales; Gonzalez Toureilles; Guillen; Heflin; Hernandez; Herrero; Hochberg; Hodge; Homer; Hopson; Howard, D.; Jones; King, T.; Leibowitz; Lucio; Mallory Caraway; Martinez; Martinez Fischer; McClendon; McReynolds; Menendez; Merritt; Miles; Naishtat; Noriega; Oliveira; Olivo; Ortiz; Pickett; Pierson; Puente; Raymond; Ritter; Rodriguez; Rose; Smith, T.; Strama; Thompson; Turner; Vaught; Veasey; Villarreal.

Present, not voting — Mr. Speaker(C).

Absent, Excused — Flores; Moreno; Peña.

Absent — Darby; King, S.; Quintanilla; Vo.

### STATEMENT OF VOTE

When Record No. 605 was taken, I was temporarily out of the house chamber. I would have voted no.

Quintanilla

Amendment No. 1 was adopted.

**Amendment No. 4**

Representative B. Brown offered the following amendment to **HB 218**:

Amend **HB 218** as follows:

(1) On page 4, line 13, strike "or".

(2) On page 4, line 15, strike the period and substitute the following:

; or

(8)  a valid identification card that contains the person's photograph and is issued by:

(A)  an agency or institution of the federal government; or
(B)  an agency, institution, or political subdivision of this state.

Amendment No. 4 was adopted.

**Amendment No. 5**

Representative B. Brown offered the following amendment to **HB 218**:

Amend **HB 218** on page 6, lines 11-12, by striking "executes an affidavit stating" and substituting "states".

Amendment No. 5 was adopted.

**Amendment No. 6**

Representative Anchia offered the following amendment to **HB 218**:

SECTION 6. Section 16.036(c), Election Code, is amended to read as follows:

(c) The notice must include:

(1) the date of cancellation;

(2) the reason for cancellation; and

(3) a brief explanation of the voter's right to challenge the cancellation and to appeal the [registrar's] decision of the registrar or secretary of state.

SECTION ____. Section 62.113(b), Government Code, is amended to read as follows:

(b) On the third business day of each month, the clerk shall send a copy of the list of persons excused or disqualified because of citizenship in the previous month to the secretary of state [voter registrar of the county].

Amendment No. 6 was withdrawn.

**Amendment No. 7**

Representative Turner offered the following amendment to **HB 218**:

Amend **HB 218** as follows:

(1) On page 1, lines 5 and 6, strike "Subsection (g)" and substitute "Subsections (g) and (h)".

(2) On page 1, line 9, strike "and either" and substitute "and, except as provided by Subsection (h), either".

(3) On page 2, between lines 2 and 3, insert the following:

(h) A voter who first registered to vote in this state before September 1, 2007, who presents the voter's voter registration certificate is not required to present the additional forms of identification described in Subsection (b)(1) or (2).

Representative Villarreal moved to extend speaking time on **HB 218**.

A record vote was requested.

The motion to extend time prevailed by (Record 606): 80 Yeas, 54 Nays, 1 Present, not voting.

Yeas — Allen; Alonzo; Anchia; Bailey; Bolton; Bonnen; Burnam; Castro; Chavez; Cohen; Coleman; Cook, R.; Davis, J.; Davis, Y.; Delisi; Deshotel; Dukes; Dunnam; Dutton; Eiland; England; Escobar; Farabee; Farias; Farrar; Frost; Gallego; Gattis; Geren; Giddings; Gonzales; Gonzalez Toureilles; Goolsby; Guillen; Hartnett; Heflin; Hernandez; Herrero; Hill; Hochberg; Hodge; Homer; Hopson; Howard, D.; King, T.; Kolkhorst; Leibowitz; Lucio; Mallory Caraway; Martinez; Martinez Fischer; McCall; McClendon; Menendez; Merritt; Miles; Naishtat; O'Day; Olivo; Ortiz; Pickett; Pierson; Pitts; Puente; Quintanilla; Raymond; Ritter; Rodriguez; Rose; Smith, T.; Solomons; Strama; Straus; Swinford; Talton; Thompson; Vaught; Veasey; Villarreal; Vo.

Nays — Anderson; Aycock; Berman; Bohac; Brown, B.; Brown, F.; Callegari; Chisum; Christian; Cook, B.; Corte; Crabb; Creighton; Crownover; Darby; Driver; Eissler; Elkins; Flynn; Garcia; Hancock; Hardcastle; Harless; Harper-Brown; Hilderbran; Hughes; Isett; Jackson; Keffer; King, P.; Krusee; Kuempel; Latham; Laubenberg; Macias; Madden; Miller; Morrison; Murphy; Noriega; Oliveira; Orr; Otto; Patrick; Paxton; Phillips; Riddle; Smithee; Taylor; Van Arsdale; West; Woolley; Zedler; Zerwas.

Present, not voting — Mr. Speaker(C).

Absent, Excused — Flores; Moreno; Peña.

Absent — Branch; Haggerty; Hamilton; Howard, C.; Jones; King, S.; McReynolds; Mowery; Parker; Smith, W.; Truitt; Turner.

Representative Madden moved to table Amendment No. 7.

A record vote was requested.

The motion to table prevailed by (Record 607): 75 Yeas, 68 Nays, 1 Present, not voting.

Yeas — Anderson; Aycock; Berman; Bohac; Bonnen; Branch; Brown, B.; Callegari; Chisum; Christian; Cook, B.; Corte; Crabb; Creighton; Darby; Davis, J.; Delisi; Driver; Eissler; Elkins; England; Farabee; Flynn; Gattis; Geren; Goolsby; Haggerty; Hamilton; Hancock; Hardcastle; Harless; Harper-Brown; Hartnett; Hilderbran; Hill; Howard, C.; Hughes; Isett; Jackson; Keffer; King, P.; Kolkhorst; Krusee; Kuempel; Latham; Laubenberg; Macias; Madden; McCall; Miller; Mowery; Murphy; O'Day; Orr; Otto; Parker; Patrick; Paxton; Phillips; Pitts; Riddle; Smith, T.; Smith, W.; Smithee; Solomons; Straus; Swinford; Talton; Taylor; Truitt; Van Arsdale; West; Woolley; Zedler; Zerwas.

Nays — Allen; Alonzo; Anchia; Bailey; Bolton; Brown, F.; Burnam; Castro; Chavez; Coleman; Cook, R.; Crownover; Davis, Y.; Dukes; Dunnam; Dutton; Eiland; Escobar; Farias; Farrar; Frost; Gallego; Garcia; Giddings; Gonzales; Gonzalez Toureilles; Guillen; Heflin; Hernandez; Herrero; Hochberg; Hodge; Homer; Hopson; Howard, D.; Jones; King, T.; Leibowitz; Lucio; Mallory Caraway; Martinez; Martinez Fischer; McClendon; McReynolds; Menendez; Merritt; Miles; Morrison; Naishtat; Noriega; Oliveira; Olivo; Ortiz; Pickett; Pierson; Puente; Quintanilla; Raymond; Ritter; Rodriguez; Rose; Strama; Thompson; Turner; Vaught; Veasey; Villarreal; Vo.

Present, not voting — Mr. Speaker(C).

Absent, Excused — Flores; Moreno; Peña.

Absent — Cohen; Deshotel; King, S.

### Amendment No. 8

Representative Anchia offered the following amendment to **HB 218**:

Amend **HB 218** as follows:

(1)  On page 1, lines 4 through 6, strike the text and substitute the following:

Case 2:13-cv-00193   Document 726-3   Filed on 11/17/14 in TXSD   Page 162 of 4?

Monday, April 23, 2007      HOUSE JOURNAL — 60th Day      2203

SECTION 1. Sections 63.001(c) and (f), Election Code, are amended to read as follows:

(2) On page 1, strike lines 7 through 13.

(3) On page 1, strike lines 18 through 20.

(4) On page 1, strike line 24.

(5) On page 2, strike lines 1 through 27.

(6) On page 3, strike lines 1 through 2.

(7) On page 3, line 12, strike "from the proof presented" and substitute the following:

by either:

(1) one form of identification listed in Section 63.0101(a); or

(2) two different forms of identification listed in Section 63.0101(b)

(8) On page 5, strike lines 20 through 27.

(9) Add the following appropriately numbered SECTIONS to the bill and renumber the remaining SECTIONS of the bill accordingly:

SECTION ____. Section 16.0332, Election Code, is amended to read as follows:

Sec. 16.0332. CANCELLATION BECAUSE OF CITIZENSHIP STATUS. (a) After the secretary of state [registrar] receives a list under Section 62.113, Government Code, of persons excused or disqualified from jury service because of citizenship status, the secretary of state [registrar] shall deliver to each registered voter whose name appears on the list a written notice requiring the voter to submit to the [registrar proof of United States citizenship in the form of a certified copy of the voter's birth certificate, United States passport, or certificate of naturalization or any other form prescribed by the] secretary of state a statement that the voter is a citizen of the United States. The notice shall be delivered by forwardable mail to the mailing address on the voter's registration application and to any new address of the voter known to the secretary of state [registrar]. The notice must state:

(1) that the voter's registration will be cancelled unless the statement is received before the 60th day after the date the notice is mailed;  and

(2) the penalty for knowingly making a false statement on a registration application under Section 13.007.

(b) If a voter fails to submit to the secretary of state [registrar] proof of citizenship on or before the 60th [30th] day after the date the notice is mailed, the secretary of state [registrar] shall cancel the voter's registration.

(c) The secretary of state shall send to the registrar [shall retain a copy of the] notice of the cancellation [mailed to a voter] under this section [on file with the voter's registration application.  The registrar shall also retain any proof of citizenship received under this section on file with the application].

(d) For purposes of cancellation of a voter's registration under this section, the secretary of state has the authority and duties of a voter registrar, except that the voter registrar retains the duties to:

(1) notify a voter of the cancellation as provided by Section 16.036; and

(2) hear a challenge to the cancellation as provided by Subchapter C.

SECTION ____. Section 16.036(c), Election Code, is amended to read as follows:

(c) The notice must include:

(1) the date of cancellation;

(2) the reason for cancellation; and

(3) a brief explanation of the voter's right to challenge the cancellation and to appeal the [registrar's] decision of the registrar or secretary of state.

SECTION ____. Section 62.113(b), Government Code, is amended to read as follows:

(b) On the third business day of each month, the clerk shall send a copy of the list of persons excused or disqualified because of citizenship in the previous month to the secretary of state [voter registrar of the county].

### Amendment No. 8 - Point of Order

Representative Corte raised a point of order against further consideration of Amendment No. 8 under Rule 11, Section 3 of the House Rules and Article III, Section 35 of the Texas Constitution on the grounds that the amendment would change the original purpose of the bill.

The speaker sustained the point of order.

The ruling precluded further consideration of Amendment No. 8.

### Amendment No. 9

Representative Leibowitz offered the following amendment to **HB 218**:

Amend **HB 218** (House Committee Printing) as follows:

(1) On page 1, lines 5 and 6, strike "Subsection (g)" and substitute "Subsections (g) and (h)".

(2) On page 2, between lines 2 and 3, insert the following:

(h) Notwithstanding Subsection (b), (c), (d), or (g), a voter shall be accepted for voting after presenting a voter registration certificate or one form of identification listed in Section 63.0101 if:

(1) the voter's name on the registration certificate or form of identification is on the list of registered voters for the precinct;

(2) the precinct is located in a county that the governor proclaimed to be in a state of disaster under Section 418.014, Government Code, due to a weather-related event; and

(3) the date of the election is before the first anniversary of the date the state of disaster expires.

(Hamilton in the chair)

### AMENDMENT NO. 9 - STATEMENT OF LEGISLATIVE INTENT

REPRESENTATIVE B. BROWN: Mr. Leibowitz, your amendment is dealing with future disasters.

REPRESENTATIVE LEIBOWITZ: Yes, ma'am.

B. BROWN: We hope we never have one, but chances are something would happen, and in that case, and you don't have in mind a drought?

LEIBOWITZ: No.

B. BROWN: Or anything that would not interfere with a person's normal activity, so that they couldn't—so that they'd still have access to their ID, their records, their papers, and so on. So you're talking about a severe natural disaster that would disrupt daily life to the point that someone would not have access to their records, is that correct?

LEIBOWITZ: Yes, ma'am, that's correct, and if Rita had hit Houston head-on, and there had been significant devastation, all this says is that from after the state of disaster expires, the proclamation by the governor, from a year from that date of the expiration of the proclamation of disaster forward, that if someone cannot present the two IDs, then they're still going to be allowed to vote.

B. BROWN: It would revert to present law.

LEIBOWITZ: Yes.

B. BROWN: Isn't that what you were going to say?

LEIBOWITZ: Yes, if they were in a county that was part of the declaration of disaster by the governor's office.

B. BROWN: And they were registered voters?

LEIBOWITZ: Yes, ma'am.

B. BROWN: Showing on the records that they were registered voters, it would revert to present law?

LEIBOWITZ: Yes, ma'am.

B. BROWN: And your intent is not to interfere with the intent of my bill?

LEIBOWITZ: No, I was concerned about Rita hitting Houston, and terrible devastation, and an election being three weeks later, for example.

B. BROWN: And the period of one year, you set for what reason?

LEIBOWITZ: I just thought that was a reasonable period of time from the date, given that we have election cycles and elections don't happen every day or every week, or even every month, that that would be a reasonable period of time to allow someone, between the time they're digging the mud out of their homes, and bailing the water out, and trying to reconstruct their lives, that it would be a reasonable period of time within which they could have to get their duplicate documents.

### REMARKS ORDERED PRINTED

Representative B. Brown moved to print remarks between Representative Leibowitz and Representative B. Brown.

The motion prevailed.

Amendment No. 9 was adopted.

(Speaker in the chair)

**Amendment No. 10**

Representative Veasey offered the following amendment to **HB 218**:

Amend **HB 218** as follows:

(1) On page 1, lines 5-6, strike "Subsection (g)" and substitute "Subsections (g) and (h)".

(2) On page 1, line 9, between "and" and "either", insert ", except as provided by Subsection (h),".

(3) On page 2, between lines 2 and 3, insert the following:

(h) This subsection applies only to a county in which the county or any political subdivision located in the county made a submission under 42 U.S.C. Section 1973c for which the United States attorney general interposed an objection since 1990. A voter who presents a voter registration certificate indicating that the voter resides in a county subject to this subsection is not required to provide any identification in addition to the voter's voter registration certificate.

Representative B. Brown moved to table Amendment No. 10.

A record vote was requested.

The motion to table prevailed by (Record 608): 74 Yeas, 67 Nays, 1 Present, not voting.

Yeas — Anderson; Aycock; Berman; Bohac; Bonnen; Branch; Brown, B.; Brown, F.; Callegari; Chisum; Christian; Cook, B.; Corte; Crabb; Creighton; Crownover; Darby; Davis, J.; Delisi; Driver; Eissler; Elkins; Flynn; Gattis; Goolsby; Haggerty; Hamilton; Hancock; Hardcastle; Harless; Harper-Brown; Hartnett; Hilderbran; Hill; Howard, C.; Hughes; Isett; Jackson; Keffer; King, P.; Kolkhorst; Krusee; Kuempel; Latham; Laubenberg; Macias; Madden; McCall; Merritt; Miller; Morrison; Mowery; Murphy; O'Day; Orr; Otto; Parker; Patrick; Paxton; Phillips; Pitts; Riddle; Smith, W.; Smithee; Solomons; Straus; Swinford; Talton; Taylor; Truitt; Van Arsdale; West; Woolley; Zerwas.

Nays — Allen; Alonzo; Anchia; Bailey; Bolton; Burnam; Castro; Chavez; Cohen; Coleman; Cook, R.; Davis, Y.; Dukes; Dunnam; Dutton; Eiland; England; Escobar; Farabee; Farias; Farrar; Frost; Gallego; Garcia; Geren; Giddings; Gonzales; Gonzalez Toureilles; Guillen; Heflin; Hernandez; Herrero; Hochberg; Hodge; Homer; Hopson; Howard, D.; Jones; King, T.; Leibowitz; Lucio; Mallory Caraway; Martinez; Martinez Fischer; McClendon; McReynolds; Menendez; Miles; Naishtat; Noriega; Oliveira; Olivo; Ortiz; Pickett; Pierson; Puente; Raymond; Ritter; Rodriguez; Rose; Strama; Thompson; Turner; Vaught; Veasey; Villarreal; Vo.

Present, not voting — Mr. Speaker(C).

Absent, Excused — Flores; Moreno; Peña.

Absent — Deshotel; King, S.; Quintanilla; Smith, T.; Zedler.

## STATEMENTS OF VOTE

When Record No. 608 was taken, I was in the house but away from my desk. I would have voted no.

Deshotel

When Record No. 608 was taken, I was temporarily out of the house chamber. I would have voted no.

Quintanilla

When Record No. 608 was taken, I was in the house but away from my desk. I would have voted yes.

T. Smith

When Record No. 608 was taken, I was in the house but away from my desk. I would have voted yes.

Zedler

### Amendment No. 11

Representative Anchia offered the following amendment to **HB 218**:

Amend **HB 218** as follows:

(1) On page 3, line 18, strike "photo".

(2) On page 4, line 13, strike "or".

(3) On page 4, line 15, between "Safety" and the period, insert

"; or

(8) a signed declaration under penalty of perjury affirming that the person is the same person listed on the person's voter registration certificate".

(Guillen in the chair)

Representative B. Brown moved to table Amendment No. 11.

(Speaker in the chair)

A record vote was requested.

The motion to table prevailed by (Record 609): 77 Yeas, 68 Nays, 1 Present, not voting.

Yeas — Anderson; Aycock; Berman; Bohac; Bonnen; Branch; Brown, B.; Brown, F.; Callegari; Chisum; Christian; Cook, B.; Corte; Crabb; Creighton; Crownover; Darby; Davis, J.; Delisi; Driver; Eissler; Elkins; Flynn; Gattis; Goolsby; Haggerty; Hamilton; Hancock; Hardcastle; Harless; Harper-Brown; Hartnett; Hilderbran; Hill; Howard, C.; Hughes; Isett; Jackson; Jones; Keffer; King, P.; King, S.; Kolkhorst; Krusee; Kuempel; Latham; Laubenberg; Macias; Madden; McCall; Miller; Morrison; Mowery; Murphy; O'Day; Orr; Otto; Parker; Patrick; Paxton; Phillips; Pitts; Riddle; Smith, T.; Smith, W.; Smithee; Solomons; Straus; Swinford; Talton; Taylor; Truitt; Van Arsdale; West; Woolley; Zedler; Zerwas.

Nays — Allen; Alonzo; Anchia; Bailey; Bolton; Burnam; Castro; Chavez; Cohen; Coleman; Cook, R.; Deshotel; Dukes; Dunnam; Dutton; Eiland; England; Escobar; Farabee; Farias; Farrar; Frost; Gallego; Garcia; Geren; Giddings; Gonzales; Gonzalez Toureilles; Guillen; Heflin; Hernandez; Herrero; Hochberg; Hodge; Homer; Hopson; Howard, D.; King, T.; Leibowitz; Lucio; Mallory Caraway; Martinez; Martinez Fischer; McClendon; McReynolds; Menendez; Merritt; Miles; Naishtat; Noriega; Oliveira; Olivo; Ortiz; Pickett; Pierson; Puente; Quintanilla; Raymond; Ritter; Rodriguez; Rose; Strama; Thompson; Turner; Vaught; Veasey; Villarreal; Vo.

Present, not voting — Mr. Speaker(C).

Absent, Excused — Flores; Moreno; Peña.

Absent — Davis, Y.

(Woolley in the chair)

**Amendment No. 12**

Representative Y. Davis offered the following amendment to **HB 218**:

Amend **HB 218** on page 4, line 11, by striking "located in Texas" and substituting "located in the United States".

Amendment No. 12 was adopted.

**Amendment No. 13**

Representative Gonzales offered the following amendment to **HB 218**:

Amend **HB 218** as follows:

(1) On page 4, line 13, strike "or".

(2) On page 4, line 15, strike the period and substitute

; or

      (8) an identification card that contains the person's photograph and is issued by a county elections administrator or a country clerk.

(3) On page 5, between lines 19 and 20, insert the following:

(c) The commissioners court of a county may authorize the county elections administrator or the county clerk, as applicable, to issue photo identification cards that may be used as proof of a voter's identification under Subsection (a).

(Speaker in the chair)

Representative B. Brown moved to table Amendment No. 13.

A record vote was requested.

The motion to table prevailed by (Record 610): 73 Yeas, 69 Nays, 1 Present, not voting.

Yeas — Anderson; Aycock; Berman; Bohac; Bonnen; Branch; Brown, B.; Brown, F.; Callegari; Chisum; Christian; Cook, B.; Corte; Crabb; Creighton; Crownover; Darby; Davis, J.; Delisi; Driver; Eissler; Elkins; Flynn; Gattis; Goolsby; Haggerty; Hamilton; Hancock; Hardcastle; Harless; Harper-Brown; Hartnett; Hill; Howard, C.; Hughes; Isett; Jones; Keffer; King, P.; Kolkhorst;

Krusee; Kuempel; Latham; Laubenberg; Macias; Madden; McCall; Merritt; Miller; Morrison; Murphy; O'Day; Orr; Otto; Parker; Patrick; Paxton; Phillips; Pitts; Riddle; Smith, T.; Smith, W.; Smithee; Solomons; Swinford; Talton; Taylor; Truitt; Van Arsdale; West; Woolley; Zedler; Zerwas.

Nays — Allen; Alonzo; Anchia; Bailey; Bolton; Burnam; Castro; Chavez; Cohen; Coleman; Cook, R.; Davis, Y.; Deshotel; Dukes; Dunnam; Dutton; Eiland; England; Escobar; Farabee; Farias; Farrar; Frost; Gallego; Garcia; Geren; Giddings; Gonzales; Gonzalez Toureilles; Guillen; Heflin; Hernandez; Herrero; Hilderbran; Hochberg; Hodge; Homer; Hopson; Howard, D.; King, T.; Leibowitz; Lucio; Mallory Caraway; Martinez; Martinez Fischer; McClendon; McReynolds; Menendez; Miles; Naishtat; Noriega; Oliveira; Olivo; Ortiz; Pickett; Pierson; Puente; Quintanilla; Raymond; Ritter; Rodriguez; Rose; Strama; Thompson; Turner; Vaught; Veasey; Villarreal; Vo.

Present, not voting — Mr. Speaker(C).

Absent, Excused — Flores; Moreno; Peña.

Absent — Jackson; King, S.; Mowery; Straus.

## MESSAGE FROM THE SENATE

A message from the senate was received at this time (see the addendum to the daily journal, Messages from the Senate, Message No. 2).

## HB 218 - (consideration continued)

### Amendment No. 14

Representative Y. Davis offered the following amendment to **HB 218**:

Amend **HB 218** on page 6, lines 12 and 13, by striking "is financially unable to pay the required fee" and substituting "is obtaining the personal identification certificate for the sole purpose of satisfying Section 63.001(b)(1), Election Code".

Amendment No. 14 was adopted.

### Amendment No. 15

Representative Dutton offered the following amendment to **HB 218**:

Amend **HB 218**, Section 63.001, Election Code by adding Subsection (h) to read as follows:

(h) This section does not apply if the voter offering to vote is currently registered in the precinct in which the voter is offering to vote and voter is known to the election officer.

### Amendment No. 15 - Point of Order

Representative Corte raised a point of order against further consideration of Amendment No. 15 under Rule 11, Section 3 of the House Rules on the grounds that the amendment would change the original purpose of the bill.

The point of order was withdrawn.

## HB 218 - POINT OF ORDER

Representative Martinez Fischer raised a point of order against further consideration of **HB 218** under Rule 4, Section 32(c) of the House Rules on the grounds that the bill analysis is incorrect.

The speaker overruled the point of order.

Representative B. Brown moved to table Amendment No. 15.

A record vote was requested.

The motion to table prevailed by (Record 611): 75 Yeas, 69 Nays, 1 Present, not voting.

Yeas — Anderson; Aycock; Berman; Bohac; Bonnen; Branch; Brown, B.; Brown, F.; Callegari; Chisum; Christian; Cook, B.; Corte; Crabb; Creighton; Crownover; Darby; Davis, J.; Delisi; Driver; Eissler; Elkins; Flynn; Gattis; Goolsby; Haggerty; Hamilton; Hancock; Hardcastle; Harless; Harper-Brown; Hartnett; Hilderbran; Hill; Howard, C.; Hughes; Isett; Jackson; Keffer; King, P.; King, S.; Kolkhorst; Krusee; Kuempel; Latham; Laubenberg; Macias; Madden; McCall; Merritt; Miller; Morrison; Murphy; O'Day; Orr; Otto; Parker; Patrick; Paxton; Phillips; Pitts; Riddle; Smith, T.; Smith, W.; Smithee; Solomons; Straus; Swinford; Taylor; Truitt; Van Arsdale; West; Woolley; Zedler; Zerwas.

Nays — Allen; Alonzo; Anchia; Bailey; Bolton; Burnam; Castro; Chavez; Cohen; Coleman; Cook, R.; Davis, Y.; Deshotel; Dukes; Dunnam; Dutton; Eiland; England; Escobar; Farabee; Farias; Farrar; Frost; Gallego; Garcia; Geren; Giddings; Gonzales; Gonzalez Toureilles; Guillen; Heflin; Hernandez; Herrero; Hochberg; Hodge; Homer; Hopson; Howard, D.; Jones; King, T.; Leibowitz; Lucio; Mallory Caraway; Martinez; Martinez Fischer; McClendon; McReynolds; Menendez; Miles; Naishtat; Noriega; Oliveira; Olivo; Ortiz; Pickett; Pierson; Puente; Quintanilla; Raymond; Ritter; Rodriguez; Rose; Strama; Thompson; Turner; Vaught; Veasey; Villarreal; Vo.

Present, not voting — Mr. Speaker(C).

Absent, Excused — Flores; Moreno; Peña.

Absent — Mowery; Talton.

### Amendment No. 16

Representatives Villarreal and Heflin offered the following amendment to **HB 218**:

Amend **HB 218** by adding the following appropriately numbered SECTIONS to the bill and renumbering subsequent SECTIONS of the bill accordingly:

SECTION ____. Section 32.111, Election Code, is amended by adding Subsection (c) to read as follows:

(c) The training standards adopted under Subsection (a) must include provisions on the acceptance and handling of the identification presented by a voter to an election officer under Section 63.001.

SECTION _____.  Section 32.114(a), Election Code, is amended to read as follows:

(a)  The county clerk shall provide one or more sessions of training using the standardized training program and materials developed and provided by the secretary of state under Section 32.111 for the election judges and clerks appointed to serve in elections ordered by the governor or a county authority. Each election judge shall complete the training program. Each election clerk shall complete the part of the training program relating to the acceptance and handling of the identification presented by a voter to an election officer under Section 63.001.

SECTION _____.  As soon as practicable after the effective date of this Act:

(1)  the secretary of state shall adopt the training standards and develop the training materials required to implement the change in law made by this Act to Section 32.111, Election Code; and

(2)  the county clerk of each county shall provide a session of training under Section 32.114, Election Code, using the standards adopted and materials developed to implement the change in law made by this Act to Section 32.111, Election Code.

Amendment No. 16 was adopted.

**Amendment No. 17**

Representative Y. Davis offered the following amendment to **HB 218**:

Amend **HB 218** by adding the following appropriately numbered SECTION to the bill and renumbering the remaining SECTIONS of the bill to read as follows:

SECTION _____.  Chapter 62, Election Code, is amended by adding Section 62.016 to read as follows:

Sec. 62.016.  NOTICE OF ACCEPTABLE IDENTIFICATION OUTSIDE POLLING PLACES.  The presiding judge shall post in a prominent place on the outside of each polling location a list of the acceptable forms of photographic and nonphotographic identification.  The notice and list must be printed:

(1)  in English, Spanish, and any other language appropriate to the precinct in which the polling place is located; and

(2)  using a font that is at least 24 point.

Amendment No. 17 was adopted. (Harper-Brown and Laubenberg recorded voting no.) (The vote was reconsidered later today, and Amendment No. 17 was withdrawn.)

**Amendment No. 18**

Representative Alonzo offered the following amendment to **HB 218**:

Amend **HB 218** by adding the following appropriately numbered SECTION to the bill and renumbering the remaining SECTIONS of the bill accordingly:

SECTION ____. Not later than the 30th day after the effective date of this Act, the Attorney General of Texas must render an opinion determining if this Act has the purpose or will have the effect of denying or abridging the right to vote on account of race or color or in contravention of the guarantees set forth in 42 U.S.C. Section 1973b(f)(2).

Representative B. Brown moved to table Amendment No. 18.

A record vote was requested.

The motion to table prevailed by (Record 612): 76 Yeas, 66 Nays, 1 Present, not voting.

Yeas — Anderson; Aycock; Berman; Bohac; Bonnen; Branch; Brown, B.; Brown, F.; Callegari; Chavez; Chisum; Christian; Cook, B.; Corte; Crabb; Creighton; Crownover; Darby; Davis, J.; Delisi; Driver; Eissler; Elkins; Farabee; Flynn; Gattis; Goolsby; Haggerty; Hancock; Hardcastle; Harless; Harper-Brown; Hartnett; Hilderbran; Hill; Howard, C.; Hughes; Isett; Jackson; Keffer; King, P.; Kolkhorst; Krusee; Kuempel; Latham; Laubenberg; Macias; Madden; McCall; Miller; Morrison; Mowery; Murphy; O'Day; Orr; Otto; Parker; Patrick; Paxton; Phillips; Pitts; Riddle; Smith, T.; Smith, W.; Smithee; Solomons; Straus; Swinford; Talton; Taylor; Truitt; Van Arsdale; West; Woolley; Zedler; Zerwas.

Nays — Allen; Alonzo; Anchia; Bailey; Bolton; Burnam; Castro; Cohen; Coleman; Cook, R.; Davis, Y.; Deshotel; Dukes; Dunnam; Dutton; Eiland; England; Escobar; Farias; Farrar; Frost; Gallego; Garcia; Geren; Giddings; Gonzales; Gonzalez Toureilles; Guillen; Heflin; Hernandez; Herrero; Hochberg; Hodge; Homer; Hopson; Howard, D.; King, T.; Leibowitz; Lucio; Mallory Caraway; Martinez; Martinez Fischer; McClendon; McReynolds; Menendez; Merritt; Miles; Naishtat; Noriega; Oliveira; Olivo; Ortiz; Pickett; Puente; Quintanilla; Raymond; Ritter; Rodriguez; Rose; Strama; Thompson; Turner; Vaught; Veasey; Villarreal; Vo.

Present, not voting — Mr. Speaker(C).

Absent, Excused — Flores; Moreno; Peña.

Absent — Hamilton; Jones; King, S.; Pierson.

### Amendment No. 19

Representative Leibowitz offered the following amendment to **HB 218**:

Amend **HB 218** by adding the following appropriately numbered SECTION to the bill and renumbering subsequent SECTIONS  of the bill accordingly:

SECTION ____. The requirements contained in this Act of providing two forms of identification do not apply to a person who is 85 years of age or older.

Amendment No. 19 was withdrawn.

### Amendment No. 20

Representative Herrero offered the following amendment to **HB 218**:

Amend **HB 218** by adding the following appropriately numbered SECTION to the bill and renumbering the remaining SECTIONS of the bill accordingly:

SECTION ____. Chapter 63, Election Code, is amended by adding Section 63.010 to read as follows:

Sec. 63.010. FEES PROHIBITED FOR CERTAIN FORMS OF IDENTIFICATION DOCUMENTATION. Notwithstanding any other law, a local government or state agency, including a public institution of higher education, may not charge a fee for a person to obtain a document issued by the local government or state agency, including a public institution of higher education, if the document may be used as proof of identification under this chapter.

### Amendment No. 20 - Point of Order

Representative Bohac raised a point of order against further consideration of Amendment No. 20 under Rule 11, Section 2 of the House Rules on the grounds that the amendment is not germane to the bill.

The point of order was withdrawn.

Representative Bohac moved to table Amendment No. 20.

A record vote was requested.

The motion to table prevailed by (Record 613): 78 Yeas, 67 Nays, 1 Present, not voting.

Yeas — Anderson; Aycock; Berman; Bohac; Bonnen; Branch; Brown, B.; Brown, F.; Callegari; Chisum; Christian; Cook, B.; Corte; Crabb; Creighton; Crownover; Darby; Davis, J.; Delisi; Driver; Eissler; Elkins; Farabee; Flynn; Gattis; Goolsby; Haggerty; Hamilton; Hancock; Hardcastle; Harless; Harper-Brown; Hartnett; Hilderbran; Hill; Howard, C.; Hughes; Isett; Jackson; Keffer; King, P.; Kolkhorst; Krusee; Kuempel; Latham; Laubenberg; Macias; Madden; McCall; Merritt; Miller; Morrison; Mowery; Murphy; O'Day; Orr; Otto; Parker; Patrick; Paxton; Phillips; Pitts; Riddle; Smith, T.; Smith, W.; Smithee; Solomons; Straus; Swinford; Talton; Taylor; Truitt; Turner; Van Arsdale; West; Woolley; Zedler; Zerwas.

Nays — Allen; Alonzo; Anchia; Bailey; Bolton; Burnam; Castro; Chavez; Cohen; Coleman; Cook, R.; Davis, Y.; Deshotel; Dukes; Dunnam; Dutton; Eiland; England; Escobar; Farias; Farrar; Frost; Gallego; Garcia; Geren; Giddings; Gonzales; Gonzalez Toureilles; Guillen; Heflin; Hernandez; Herrero; Hochberg; Hodge; Homer; Hopson; Howard, D.; Jones; King, T.; Leibowitz; Lucio; Mallory Caraway; Martinez; Martinez Fischer; McClendon; McReynolds; Menendez; Miles; Naishtat; Noriega; Oliveira; Olivo; Ortiz; Pickett; Pierson; Puente; Quintanilla; Raymond; Ritter; Rodriguez; Rose; Strama; Thompson; Vaught; Veasey; Villarreal; Vo.

Present, not voting — Mr. Speaker(C).

Absent, Excused — Flores; Moreno; Peña.

Absent — King, S.

### Amendment No. 21

Representative Herrero offered the following amendment to **HB 218**:

Amend **HB 218** on page 6, lines 1-18, by striking SECTION 7 of the bill and substituting the following:

SECTION 7. Section 521.422, Transportation Code, is amended to read as follows:

Sec. 521.422. PERSONAL IDENTIFICATION CERTIFICATE OPTIONAL FEES [FEE]. (a) Except as provided by Subsections (b) and (c), the department may not charge a [The] fee for the issuance of a personal identification certificate [is:

[(1) $15 for a person under 60 years of age;

[(2) $5 for a person 60 years of age or older; and

[(3) $20 for a person subject to the registration requirements under Chapter 62, Code of Criminal Procedure].

(b) The department shall collect a [an additional] fee of $1 for the issuance or renewal of a personal identification card to fund the Blindness Education, Screening, and Treatment Program established under Section 91.027, Human Resources Code, if the person applying for or renewing a personal identification card opts to pay the [additional] fee.

(c) The department shall collect a [an additional] fee of $1 for the issuance or renewal of a personal identification card, including a duplicate personal identification card or a personal identification card issued or renewed over the Internet or by other electronic means, to pay the costs of the Donor Education, Awareness, and Registry Program of Texas, established under Chapter 49, Health and Safety Code, and, subject to Section 113.104, Health and Safety Code, of the Texas Organ, Tissue, and Eye Donor Council, established under Chapter 113, Health and Safety Code, if the person applying for or renewing a personal identification card opts to pay the [additional] fee. The department shall remit fees collected under this subsection to the comptroller, who shall maintain the identity of the source of the fees. Subject to appropriation, the department may retain three percent of the money collected under this subsection to cover the costs in administering this subsection.

Representative B. Brown moved to table Amendment No. 21.

A record vote was requested.

The motion to table prevailed by (Record 614): 77 Yeas, 66 Nays, 1 Present, not voting.

Yeas — Anderson; Aycock; Berman; Bohac; Bonnen; Branch; Brown, B.; Brown, F.; Callegari; Chisum; Christian; Cook, B.; Corte; Crabb; Creighton; Crownover; Darby; Davis, J.; Delisi; Driver; Eissler; Elkins; Flynn; Gattis; Goolsby; Haggerty; Hamilton; Hancock; Hardcastle; Harless; Harper-Brown; Hartnett; Hilderbran; Hill; Howard, C.; Hughes; Isett; Jackson; Jones; Keffer; King, P.; Kolkhorst; Krusee; Kuempel; Latham; Laubenberg; Macias; Madden; McCall; Merritt; Miller; Morrison; Mowery; Murphy; O'Day; Orr; Otto; Parker; Patrick; Paxton; Phillips; Pitts; Riddle; Smith, T.; Smith, W.; Smithee; Solomons; Straus; Swinford; Talton; Taylor; Truitt; Van Arsdale; West; Woolley; Zedler; Zerwas.

Nays — Allen; Alonzo; Anchia; Bailey; Bolton; Burnam; Castro; Chavez; Cohen; Coleman; Cook, R.; Davis, Y.; Deshotel; Dukes; Dunnam; Dutton; Eiland; England; Escobar; Farabee; Farias; Frost; Gallego; Garcia; Geren; Giddings; Gonzales; Gonzalez Toureilles; Guillen; Heflin; Hernandez; Herrero; Hochberg; Hodge; Homer; Hopson; Howard, D.; King, T.; Leibowitz; Lucio; Mallory Caraway; Martinez; Martinez Fischer; McClendon; Menendez; Miles; Naishtat; Noriega; Oliveira; Olivo; Ortiz; Pickett; Pierson; Puente; Quintanilla; Raymond; Ritter; Rodriguez; Rose; Strama; Thompson; Turner; Vaught; Veasey; Villarreal; Vo.

Present, not voting — Mr. Speaker(C).

Absent, Excused — Flores; Moreno; Peña.

Absent — Farrar; King, S.; McReynolds.

### STATEMENT OF VOTE

When Record No. 614 was taken, I was in the house but away from my desk. I would have voted no.

Farrar

### Amendment No. 22

Representative Heflin offered the following amendment to **HB 218**:

Amend **HB 218** by adding the following appropriately numbered SECTIONS to the bill and renumbering subsequent SECTIONS of the bill accordingly:

SECTION ____. Section 32.111, Election Code, is amended by adding Subsection (c) to read as follows:

(c) The training standards adopted under Subsection (a) must include provisions on the acceptance and handling of the identification presented by a voter to an election officer under Section 63.001.

SECTION ____. As soon as practicable after the effective date of this Act, the secretary of state shall adopt the training standards and develop the training materials required to implement the change in law made by this Act to Section 32.111, Election Code.

Amendment No. 22 was adopted.

### Amendment No. 23

Representative Heflin offered the following amendment to **HB 218**:

Amend **HB 218** by adding the following appropriately numbered SECTION to the bill and renumber the remaining SECTIONS of the bill accordingly:

SECTION ____. (a) This section applies only to a document issued to a person:

(1) who is a registered voter in this state and presents a valid voter registration certificate; or

(2) who is eligible for registration under Section 13.001, Election Code, and makes a statement that the person will use the document to register to vote.

JA_007945

(b)  Notwithstanding any other law, the Department of Public Safety of the State of Texas may not charge any fee for the issuance of a personal identification card.

(c)  Notwithstanding any other law, an agency, institution, or political subdivision of this state may not charge any fee for the issuance of:

(1)  a birth certificate; or

(2)  any document required to be submitted for the issuance of a personal identification card.

(d)  This section expires September 1, 2009.

Representative B. Brown moved to table Amendment No. 23.

A record vote was requested.

The motion to table prevailed by (Record 615): 72 Yeas, 67 Nays, 2 Present, not voting.

Yeas — Anderson; Aycock; Berman; Bohac; Bonnen; Branch; Brown, B.; Brown, F.; Callegari; Chisum; Christian; Cook, B.; Corte; Crabb; Creighton; Crownover; Darby; Davis, J.; Delisi; Driver; Eissler; Elkins; England; Flynn; Gattis; Goolsby; Hamilton; Hancock; Hardcastle; Harless; Harper-Brown; Hartnett; Hilderbran; Hill; Howard, C.; Hughes; Isett; Jackson; Keffer; King, P.; Kolkhorst; Krusee; Kuempel; Latham; Laubenberg; Macias; McCall; Miller; Morrison; Mowery; Murphy; O'Day; Orr; Otto; Parker; Patrick; Paxton; Phillips; Pitts; Riddle; Smith, T.; Smith, W.; Smithee; Solomons; Talton; Taylor; Truitt; Van Arsdale; West; Woolley; Zedler; Zerwas.

Nays — Allen; Alonzo; Anchia; Bailey; Bolton; Burnam; Castro; Chavez; Cohen; Coleman; Cook, R.; Davis, Y.; Dukes; Dunnam; Dutton; Eiland; Escobar; Farias; Farrar; Frost; Gallego; Garcia; Geren; Giddings; Gonzales; Gonzalez Toureilles; Guillen; Haggerty; Heflin; Hernandez; Herrero; Hochberg; Homer; Hopson; Howard, D.; Jones; King, T.; Leibowitz; Lucio; Mallory Caraway; Martinez; Martinez Fischer; McClendon; McReynolds; Menendez; Merritt; Miles; Naishtat; Noriega; Oliveira; Olivo; Ortiz; Pickett; Pierson; Puente; Quintanilla; Raymond; Ritter; Rodriguez; Rose; Strama; Thompson; Turner; Vaught; Veasey; Villarreal; Vo.

Present, not voting — Mr. Speaker(C); Farabee.

Absent, Excused — Flores; Moreno; Peña.

Absent — Deshotel; Hodge; King, S.; Madden; Straus; Swinford.

### STATEMENTS OF VOTE

I was shown voting present, not voting on Record No. 615. I intended to vote no.

Farabee

When Record No. 615 was taken, I was in the house but away from my desk. I would have voted yes.

Madden

**Amendment No. 24**

Representative Rose offered the following amendment to **HB 218**:

Amend **HB 218** on page 2, line 2, by inserting the following new sentence after the period "An election officer shall inform a voter who is not accepted for voting under this section of the voter's right to cast a provisional ballot under Section 63.011."

Amendment No. 24 was adopted.

**Amendment No. 25**

Representatives Vaught, Garcia, Noriega, Escobar, Leibowitz, McReynolds, Menendez, and Farias offered the following amendment to **HB 218**:

Amend **HB 218** as follows:

(1) Add the following appropriately numbered SECTIONS to the bill and renumber subsequent SECTIONS of the bill accordingly:

SECTION ____. Section 13.122(a), Election Code, is amended to read as follows:

(a) In addition to the other statements and spaces for entering information that appear on an officially prescribed registration application form, each official form must include:

(1) the statement: "I understand that giving false information to procure a voter registration is perjury and a crime under state and federal law.";

(2) a space for the applicant's registration number;

(3) a space for the applicant's Texas driver's license number or number of a personal identification card issued by the Department of Public Safety;

(4) a space for the applicant's telephone number;

(5) a space for the applicant's social security number;

(6) a space for the applicant's sex;

(7) a statement indicating that the furnishing of the applicant's telephone number and sex is optional;

(8) a space or box for indicating whether the applicant or voter is submitting new registration information or a change in current registration information;

(9) a statement instructing a voter who is using the form to make a change in current registration information to enter the voter's name and the changed information in the appropriate spaces on the form;

(10) a statement that if the applicant declines to register to vote, that fact will remain confidential and will be used only for voter registration purposes;

(11) a statement that if the applicant does register to vote, information regarding the agency or office to which the application is submitted will remain confidential and will be used only for voter registration purposes;

(12) a space or box for indicating whether the applicant is interested in working as an election judge;

(13) a statement warning that a conviction for making a false statement may result in imprisonment for up to the maximum amount of time provided by law, a fine of up to the maximum amount provided by law, or both the imprisonment and the fine; [and]

(14) a space or box for indicating whether the applicant served in the active military, naval, or air service, was discharged or released from the service under conditions other than dishonorable, and incurred or aggravated a disability in the line of duty in that service; and

(15) [(14)] any other voter registration information required by federal law or considered appropriate and required by the secretary of state.

SECTION ____. Section 15.001(a), Election Code, is amended to read as follows:

(a) Each voter registration certificate issued must contain:

(1) the voter's name in the form indicated by the voter, subject to applicable requirements prescribed by Section 13.002 and by rule of the secretary of state;

(2) the voter's residence address or, if the residence has no address, the address at which the voter receives mail and a concise description of the location of the voter's residence;

(3) the month, day, and year of the voter's birth;

(4) the number of the county election precinct in which the voter resides;

(5) the voter's effective date of registration if an initial certificate;

(6) the voter's registration number;

(7) an indication of the period for which the certificate is issued;

(8) a statement explaining the circumstances under which the voter will receive a new certificate;

(9) a space for stamping the voter's political party affiliation;

(10) a statement that voting with the certificate by a person other than the person in whose name the certificate is issued is a felony;

(11) a space for the voter's signature;

(12) a statement that the voter must sign the certificate personally, if able to sign, immediately on receipt;

(13) a space for the voter to correct the information on the certificate followed by a signature line;

(14) the statement: "If any information on this certificate changes or is incorrect, correct the information in the space provided, sign below, and return this certificate to the voter registrar."; [and]

(15) the registrar's mailing address and telephone number; and

(16) an indication that the voter is a "service-disabled veteran," if the voter stated on the voter's registration application that the voter served in the active military, naval, or air service, was discharged or released from the service under conditions other than dishonorable, and incurred or aggravated a disability in the line of duty in that service.

(2) On page 1, lines 5-6, strike "Subsection (g)" and substitute "Subsections (g) and (h)".

(3) On page 1, line 9, between "and" and "either", insert ", except as provided by Subsection (h),".

(4) On page 2, between lines 2 and 3, insert the following:

(h)  A voter who presents a voter registration certificate indicating that the voter is a service-disabled veteran is not required to provide any identification in addition to the voter's voter registration certificate.

Amendment No. 25 was adopted.

**Amendment No. 26**

Representative Escobar offered the following amendment to **HB 218**:

Amend **HB 218** as follows:

(1)  Add the following appropriately numbered SECTIONS to the bill and renumber subsequent SECTIONS of the bill accordingly:

SECTION _____.  Section 13.122(a), Election Code, is amended to read as follows:

(a)  In addition to the other statements and spaces for entering information that appear on an officially prescribed registration application form, each official form must include:

(1)  the statement: "I understand that giving false information to procure a voter registration is perjury and a crime under state and federal law.";

(2)  a space for the applicant's registration number;

(3)  a space for the applicant's Texas driver's license number or number of a personal identification card issued by the Department of Public Safety;

(4)  a space for the applicant's telephone number;

(5)  a space for the applicant's social security number;

(6)  a space for the applicant's sex;

(7)  a statement indicating that the furnishing of the applicant's telephone number and sex is optional;

(8)  a space or box for indicating whether the applicant or voter is submitting new registration information or a change in current registration information;

(9)  a statement instructing a voter who is using the form to make a change in current registration information to enter the voter's name and the changed information in the appropriate spaces on the form;

(10)  a statement that if the applicant declines to register to vote, that fact will remain confidential and will be used only for voter registration purposes;

(11)  a statement that if the applicant does register to vote, information regarding the agency or office to which the application is submitted will remain confidential and will be used only for voter registration purposes;

(12)  a space or box for indicating whether the applicant is interested in working as an election judge;

(13)  a statement warning that a conviction for making a false statement may result in imprisonment for up to the maximum amount of time provided by law, a fine of up to the maximum amount provided by law, or both the imprisonment and the fine; [and]

(14)  a space or box for indicating whether the applicant is a widow or widower of a person who served in the active military, naval, or air service; and

(15) [(14)]  any other voter registration information required by federal law or considered appropriate and required by the secretary of state.

SECTION ____.  Section 15.001(a), Election Code, is amended to read as follows:

(a)  Each voter registration certificate issued must contain:

(1)  the voter's name in the form indicated by the voter, subject to applicable requirements prescribed by Section 13.002 and by rule of the secretary of state;

(2)  the voter's residence address or, if the residence has no address, the address at which the voter receives mail and a concise description of the location of the voter's residence;

(3)  the month, day, and year of the voter's birth;

(4)  the number of the county election precinct in which the voter resides;

(5)  the voter's effective date of registration if an initial certificate;

(6)  the voter's registration number;

(7)  an indication of the period for which the certificate is issued;

(8)  a statement explaining the circumstances under which the voter will receive a new certificate;

(9)  a space for stamping the voter's political party affiliation;

(10)  a statement that voting with the certificate by a person other than the person in whose name the certificate is issued is a felony;

(11)  a space for the voter's signature;

(12)  a statement that the voter must sign the certificate personally, if able to sign, immediately on receipt;

(13)  a space for the voter to correct the information on the certificate followed by a signature line;

(14)  the statement: "If any information on this certificate changes or is incorrect, correct the information in the space provided, sign below, and return this certificate to the voter registrar."; [and]

(15)  the registrar's mailing address and telephone number; and

(16)  an indication that the voter is a "military widow or widower," if the voter stated on the voter's registration application that the voter is a widow or widower of a person who served in the active military, naval, or air service.

(2)  On page 1, lines 5-6, strike "Subsection (g)" and substitute "Subsections (g) and (h)".

(3)  On page 1, line 9, between "and" and "either", insert ", except as provided by Subsection (h),".

(4)  On page 2, between lines 2 and 3, insert the following:

(h)  A voter who presents a voter registration certificate indicating that the voter is a military widow or widower is not required to provide any identification in addition to the voter's voter registration certificate.

Amendment No. 26 was adopted.

**Amendment No. 27**

Representative Y. Davis offered the following amendment to **HB 218**:

Amend **HB 218** by adding the following appropriately numbered SECTION and by renumbering the existing SECTIONS as appropriate:

SECTION ____. The voter registrar of each county shall provide notice of the change in identification requirements for voting contained in this Act with each voter registration certificate or renewal registration certificate issued on or before September 1, 2008. The secretary of state shall prescribe the form of the notice required under this section.

Amendment No. 27 was adopted.

**Amendment No. 28**

Representative Villarreal offered the following amendment to **HB 218**:

Amend **HB 218** by adding the following appropriately numbered SECTION to the bill and renumbering the remaining SECTIONS accordingly:

SECTION ____. Section 63.012, Election Code, is amended by amending Subsection (b) and adding Subsection (c) to read as follows:

(b) An offense under Subsection (a)(1) [this section] is a Class B misdemeanor.

(c) An offense under Subsection (a)(2) is a Class A misdemeanor.

Representative B. Brown moved to table Amendment No. 28.

A record vote was requested.

The motion to table prevailed by (Record 616): 78 Yeas, 64 Nays, 1 Present, not voting.

Yeas — Anderson; Aycock; Berman; Bohac; Bonnen; Branch; Brown, B.; Brown, F.; Callegari; Chisum; Christian; Cook, B.; Corte; Crabb; Creighton; Crownover; Darby; Davis, J.; Delisi; Driver; Eissler; Elkins; England; Farabee; Flynn; Gattis; Geren; Goolsby; Hamilton; Hancock; Hardcastle; Harless; Harper-Brown; Hartnett; Hilderbran; Hill; Homer; Howard, C.; Hughes; Isett; Jackson; Keffer; King, P.; Kolkhorst; Krusee; Kuempel; Latham; Laubenberg; Macias; Madden; Mallory Caraway; McCall; Miller; Morrison; Mowery; Murphy; O'Day; Orr; Otto; Parker; Patrick; Paxton; Phillips; Pitts; Riddle; Smith, T.; Smith, W.; Solomons; Straus; Swinford; Talton; Taylor; Truitt; Van Arsdale; West; Woolley; Zedler; Zerwas.

Nays — Allen; Alonzo; Anchia; Bailey; Bolton; Burnam; Castro; Chavez; Cohen; Coleman; Cook, R.; Davis, Y.; Deshotel; Dukes; Dunnam; Dutton; Eiland; Escobar; Farias; Farrar; Frost; Gallego; Garcia; Giddings; Gonzales; Gonzalez Toureilles; Guillen; Haggerty; Heflin; Hernandez; Herrero; Hochberg; Hodge; Hopson; Howard, D.; Jones; Leibowitz; Lucio; Martinez; Martinez Fischer; McClendon; McReynolds; Menendez; Merritt; Miles; Naishtat; Noriega; Oliveira; Olivo; Ortiz; Pickett; Puente; Quintanilla; Raymond; Ritter; Rodriguez; Rose; Strama; Thompson; Turner; Vaught; Veasey; Villarreal; Vo.

Present, not voting — Mr. Speaker(C).

Absent, Excused — Flores; Moreno; Peña.

Absent — King, S.; King, T.; Pierson; Smithee.

### STATEMENT OF VOTE

I was shown voting no on Record No. 616. I intended to vote yes.

Haggerty

**Amendment No. 17 - Vote Reconsidered**

Representative Y. Davis moved to reconsider the vote by which Amendment No. 17 was adopted.

The motion to reconsider prevailed.

Amendment No. 17 was withdrawn.

**Amendment No. 29**

Representative Y. Davis offered the following amendment to **HB 218**:

Amend **HB 218** by adding the following appropriately numbered SECTION to the bill and renumbering the remaining SECTIONS of the bill accordingly:

SECTION ____. Chapter 62, Election Code, is amended by adding Section 62.016 to read as follows:

Sec. 62.016. NOTICE OF ACCEPTABLE IDENTIFICATION OUTSIDE POLLING PLACES. The presiding judge shall post in a prominent place on the outside of each polling location a list of the acceptable forms of photographic and nonphotographic identification. The notice and list must be printed using a font that is at least 24 point.

Amendment No. 29 was adopted.

**Amendment No. 30**

Representative Strama offered the following amendment to **HB 218**:

Amend **HB 218** by striking all below the enacting clause and substituting the following:

SECTION 1. Subchapter A, Chapter 31, Election Code, is amended by adding Section 31.012 to read as follows:

Sec. 31.012. ELECTION INTEGRITY TRAINING. The secretary of state shall annually conduct, in at least four different geographic regions of the state, election integrity training for election officers, law enforcement personnel, and prosecutors in detecting, investigating, and prosecuting instances of vote fraud in which a person impersonates another person for the purposes of voting.

SECTION 2. Subchapter A, Chapter 273, Election Code, is amended by adding Sections 273.005 and 273.006 to read as follows:

Sec. 273.005. ELECTION INTEGRITY TASK FORCE. Each district attorney or criminal district attorney in this state shall create an election integrity task force to investigate and prosecute instances of vote fraud in which a person impersonates another person for the purposes of voting.

Sec. 273.006. POST ELECTION INTEGRITY AUDIT. (a) Following the general election for state and county officers, the county clerk of each county shall conduct a post-election integrity audit to examine and investigate any evidence of vote fraud in which a person impersonates another person for the purposes of voting.

(b) The county clerk shall:

(1) not later than the 90th day after the date of the general election for state and county officers, file a report with the secretary of state and the commissioners court of the county providing details of the evidence collected in the audit; and

(2) refer any evidence of vote fraud collected under the audit to the district or criminal district attorney with jurisdiction in the county.

SECTION 2. This Act takes effect September 1, 2007.

**Amendment No. 30 - Point of Order**

Representative Berman raised a point of order against further consideration of Amendment No. 30 under Rule 11, Section 2 of the House Rules on the grounds that the amendment is not germane to the bill.

The point of order was withdrawn.

Representative B. Brown moved to table Amendment No. 30.

A record vote was requested.

The motion to table prevailed by (Record 617): 75 Yeas, 67 Nays, 2 Present, not voting.

Yeas — Anderson; Aycock; Berman; Bohac; Bonnen; Branch; Brown, B.; Brown, F.; Callegari; Chisum; Christian; Cook, B.; Corte; Crabb; Creighton; Crownover; Darby; Davis, J.; Delisi; Driver; Eissler; Elkins; England; Flynn; Gattis; Geren; Goolsby; Haggerty; Hamilton; Hancock; Hardcastle; Harless; Harper-Brown; Hartnett; Hilderbran; Hill; Howard, C.; Hughes; Isett; Jackson; Keffer; King, P.; Kolkhorst; Krusee; Kuempel; Latham; Laubenberg; Macias; Madden; McCall; Miller; Morrison; Mowery; Murphy; O'Day; Orr; Otto; Parker; Patrick; Paxton; Phillips; Pitts; Riddle; Smith, T.; Smith, W.; Smithee; Solomons; Swinford; Talton; Taylor; Truitt; Van Arsdale; West; Zedler; Zerwas.

Nays — Allen; Alonzo; Anchia; Bailey; Bolton; Burnam; Castro; Chavez; Cohen; Coleman; Davis, Y.; Deshotel; Dukes; Dunnam; Dutton; Eiland; Escobar; Farabee; Farias; Farrar; Frost; Gallego; Garcia; Giddings; Gonzales; Gonzalez Toureilles; Guillen; Heflin; Hernandez; Herrero; Hochberg; Hodge; Homer; Hopson; Howard, D.; Jones; King, T.; Leibowitz; Lucio; Mallory Caraway; Martinez; Martinez Fischer; McClendon; McReynolds; Menendez; Merritt; Miles; Naishtat; Noriega; Oliveira; Olivo; Ortiz; Pickett; Pierson; Puente; Quintanilla; Raymond; Ritter; Rodriguez; Rose; Strama; Thompson; Turner; Vaught; Veasey; Villarreal; Vo.

Present, not voting — Mr. Speaker(C); Straus.

Absent, Excused — Flores; Moreno; Peña.

Absent — Cook, R.; King, S.; Woolley.

### STATEMENT OF VOTE

When Record No. 617 was taken, my vote failed to register. I would have voted yes.

Woolley

### HB 218 - REMARKS

REPRESENTATIVE ANCHIA: Members, I'm going to be brief, this has been a long day. The debate has gone on for, oh boy, about six hours and this is what we learned. We've learned that the authors of this bill have provided not one shred of evidence of voter impersonation, which is the type of voter fraud this bill gets at. We have learned that upwards of two million Texans may be disenfranchised by this bill. We have learned that the sense of this body is not to prosecute the offenders and not to set up and devote resources to engage a prosecuting voter impersonation.

So, let me tell you what I know it's not about. This is clearly not about voter fraud, it's not about voter impersonation, it's not about expanding the franchise, it's not about protecting those that are least vulnerable in our society, and it's not about making sure that elections are more secure, and I'll tell you why. I've been saving this wonderful nugget for you guys until the end. If you look at the list of documents that you can offer up, it includes employee identification. No matter how much training you do with poll workers, no matter how much training you do of election judges and election officials, it will be impossible for them to discern what is a valid employment identification and what is an invalid employment identification. Mr. Talton probably has an identification for his law firm. It would be impossible for me to tell whether it was valid or invalid or whether Joe Deshotel's face was on it or whether it was correct or not. In fact, you can go down to Kinko's and have a bogus little ID made and say that you're an employee of whatever organization you want to be for about five dollars. In fact, this bill, rather than increasing the integrity of elections, makes sure that there's a huge loophole that you can drive a train through to increase voter fraud that was what was crossing the mind of a particular person.

We know that there's no evidence of it, but if this body wants to create an opportunity for voter fraud then vote for **HB 218**. In fact, that Section 3 part (a) of **HB 218** creates a wonderful opportunity for people at a low cost to be able to impersonate someone else by saying that this is a valid employee ID and no poll worker, no election worker, no election judge will be able to discern a valid from an invalid ID. Furthermore, there's another wonderful loophole in this bill that creates a glaring weakness. It essentially allows vote by mail to continue without photo identification. Vote by mail, that we know, is the greatest source of voter fraud in this state. In fact, all of the prosecutions by the attorney general—I shouldn't say all, but a great majority of the prosecutions by the attorney general occur with respect to vote by mail.

So ladies and gentlemen, you have a pig on your hands. It's an ugly bill. It creates more of an opportunity for voter fraud than current law, and I will tell you that if you vote for this without any commensurate enforcement like what was

offered up in Representative Strama's bill, you are voting for a pig with no lipstick, and it's going to be nasty. So I urge you, members of this body, to please vote against the loopholes that this bill creates and vote against the opportunities of voter fraud that this creates and vote against **HB 218**.

REPRESENTATIVE BURNAM: I particularly want to thank Rafael Anchia for the leadership role he's taken, both on the Elections Committee and today, and I'm only going to add a few words from my hometown daily paper, the *Star-Telegram* today. The opening paragraph, "An insidious scheme to turn back the clock on voting rights in Texas tragically has once again made it's way to the state house floor. The architects of this idea pitched as a noble effort to prevent voter fraud cannot be allowed to succeed with what is surely one of the greatest assaults on the right to vote in this state since the passage of The Federal Voting Rights Act in 1965." Racism is racism, xenophobia is xenophobia. It's too bad that we're going to see it enacted on the house floor again.

### REMARKS ORDERED PRINTED

Representative Thompson moved to print all closing remarks on **HB 218**.

The motion prevailed.

REPRESENTATIVE VEASEY: Mr. Speaker, members, thank you very much. I'll be very brief. I want to start off by thanking some of the folks that have helped bring attention to this voter ID, or what I call a voter suppression bill. First of all, I'd like to thank the Baptist General Convention of Texas. They put out a pamphlet, a flier today asking members to please oppose this bill. I think that's significant because the Civil Rights Movement back when we were going through a lot of these issues that we're facing today—and don't be mistaken about it—this is a Civil Rights issue that we are debating today. But back during the '60s the black ministers and everyone else that marched for freedom, that marched for voting rights, rarely did any of the white pastors from the South join in, and the fact that the Baptist General Convention joined in shows that we are making some progress in this country on racial harmony.

Unfortunately, this bill sets us back. We have heard absolutely no evidence of any voter impersonation today, absolutely none. I think that Representative Strama and Representative Anchia pointed that out very eloquently. All of the amendments and everything that Ms. Brown has offered you today is asking you to vote for this bill based on generalizations, and based on stereotypes, and based on things that are untrue. There has been absolutely not one shred of evidence, and we're voting for this bill today. It makes absolutely no sense, and especially in light of what's going on with the attorney general in the State of Texas. They were trying to force U.S. attorneys to say that there was voting fraud going on in their respective districts in there respective states so they could produce convictions that would prove voter impersonation. The panel, the U.S. panel who looked into this, found none. They had to help doctor some of the findings to make their findings more compelling. And I think that it's time that—instead of 15 or 20 years from now—because, you know, when we look down the road this is going to be embarrassing that we even voted for this. But right now people are

doing this because people think that it's the popular thing to do. It's the wrong way that our state is heading, and I'm going to ask you, and I know that the amendments haven't been going favorable, but I'm going to ask everybody here today to do the right thing and vote no on this bill.

REPRESENTATIVE CASTRO: Mr. Speaker, members, the bill that we have in front of us is a perversion of our American democracy for several reasons. The first reason, it makes it too hard for honest people to go to the polls and vote, and it makes it too easy for dishonest people to cheat and find a way to vote. The list of exceptions that were added to this bill, rather it's the one that Rafael Anchia pointed out, a valid ID from a business. We'll never be able to tell what those valid IDs look like. Or even a student ID that can be falsified. A bill sent to a home that can easily be falsified. All of those additions actually make it easier for somebody to go out and commit the kind of fraud that we're trying to protect against today. And yet, it's the people who are actually honest who suffer.

It's ironic that we've heard many of the arguments that we've heard today. For instance, when we talk about the second amendment and the right to bear arms, we often hear the argument that we shouldn't punish those who rightfully bear arms to go after the few that would get those guns illegally anyway. That philosophy predominates this legislature. But for some reason, that philosophy was missing in the discussion of this bill today.

Earlier in the session, earlier today, I handed out a listing of where Texas ranked in 2002 in terms of voter turnout. We're about five or six months removed from our November races when everybody went out and campaigned, knocked on doors, put up signs, worked the polls on election day. You all remember the intensity in which you're trying to get people to vote, all that effort, all that energy. And in 2002, we ranked second to last in the nation in the number of people who come out to vote as compared to our voting age population. There's no question today that this piece of legislation will drive our numbers down even further, and in a few years, I wouldn't be surprised if we ranked dead last in the nation in voter turnout. We rank second in terms of population in the United States, second only to California. We rank fourth in voter turnout behind the states of New York and Florida.

We also heard a lot about fiscal notes. We're passing this bill despite the fact that it has a fiscal note. We defeated amendments because they had fiscal notes. And although money is one way to measure loss, and a very popular one, it's not the only way. And I can't help but think that there is a democracy note here, and that the democracy cost here is even more than the fiscal cost to our state.

REPRESENTATIVE MACIAS: Thank you, Mr. Speaker and members. First, I would like to thank Representative Brown for bringing this bill to the floor. Could the reason be that we don't have any on-going voter impersonation investigations be that we don't have a system that requires voter identity verification? I believe **HB 218** will be that tool that detects and deters voter impersonation, but even more than that, it will preserve and protect our most basic right to vote, and give us the confidence that those who turn out to vote are, in fact, qualified voters. The goal of the bill is to bring the highest integrity

possible to our most precious and basic right to vote, and I just encourage us to vote yes on this bill.

REPRESENTATIVE B. BROWN: Thank you, Mr. Speaker and members. Thank you for staying all afternoon and into the evening, and thank you for all of you who believed in this bill, and helped with it, helped to improve it, and especially to former Representative Mary Denny, who paved the way for us when she carried it in the last session. I am not going to waste a lot of your time, because I think we've all made up our minds if we're going to support this bill or not, but I will remind you that there have been a lot of accusations, or I should say claims, made about it that I believe in my heart are not true. The Supreme Court has upheld the fact that this is not a poll tax that we are instituting by requiring of people that they merely prove who they say they are when they come in to vote. This is, and I think that all that needs to be said now is just to close with a statement from the U.S. Supreme Court.

REPRESENTATIVE DUNNAM: If I show up at the polls, under your bill, without my voter registration card, but with five photo IDs, will my vote count? Without my voter registration card, but with five photo IDs, will I get to vote?

B. BROWN: One photo ID will be entirely sufficient, so long as you are on the voter registration roll.

DUNNAM: And are you saying that if I have my photo, if I do not have my voter registration card, that I don't get a provisional ballot?

B. BROWN: You do get a provisional ballot.

DUNNAM: So if I show up without a voter ID card, my voter registration card, but with five government photo IDs, I will get a provisional ballot, correct?

B. BROWN: You would have a provisional ballot, because you need to bring your voter registration card with you.

DUNNAM: And my vote won't count.

B. BROWN: It will be a provisional ballot. Let me just read this one quote from the U.S. Supreme Court decision that recognizes the merit of photo identification cards for voting. In removing an injunction against Arizona's photo identification law, the U.S. Supreme Court's per curiam opinion reads, "Confidence in the integrity of our electoral processes is essential to the functioning of our participatory democracy. Voter fraud drives honest citizens out of the democratic process and breeds distrust of our government. Voters who fear their legitimate votes will be outweighed by fraudulent ones, will feel disenfranchised." So, members, we want to increase the integrity of the process, and thereby increase voters' confidence in integrity of the process, and there will be more participation. Thank you, members. I move passage.

A record vote was requested.

**HB 218**, as amended, was passed to engrossment by (Record 618): 76 Yeas, 68 Nays, 3 Present, not voting.

Yeas — Anderson; Aycock; Berman; Bohac; Bonnen; Branch; Brown, B.; Brown, F.; Callegari; Chisum; Christian; Cook, B.; Corte; Crabb; Creighton; Crownover; Darby; Davis, J.; Delisi; Driver; Eissler; Elkins; Flynn; Gattis; Geren; Haggerty; Hamilton; Hancock; Hardcastle; Harless; Harper-Brown; Hartnett; Hilderbran; Hill; Howard, C.; Hughes; Isett; Jackson; Keffer; King, P.; King, S.; Kolkhorst; Krusee; Kuempel; Latham; Laubenberg; Macias; Madden; McCall; Miller; Morrison; Mowery; Murphy; O'Day; Orr; Otto; Parker; Patrick; Paxton; Phillips; Pitts; Riddle; Smith, T.; Smith, W.; Smithee; Solomons; Straus; Swinford; Talton; Taylor; Truitt; Van Arsdale; West; Woolley; Zedler; Zerwas.

Nays — Allen; Alonzo; Anchia; Bailey; Bolton; Burnam; Castro; Chavez; Cohen; Coleman; Cook, R.; Davis, Y.; Deshotel; Dukes; Dunnam; Dutton; Eiland; Escobar; Farabee; Farias; Farrar; Frost; Gallego; Garcia; Giddings; Gonzales; Gonzalez Toureilles; Guillen; Heflin; Hernandez; Herrero; Hochberg; Hodge; Homer; Hopson; Howard, D.; Jones; King, T.; Leibowitz; Lucio; Mallory Caraway; Martinez; Martinez Fischer; McClendon; McReynolds; Menendez; Merritt; Miles; Naishtat; Noriega; Oliveira; Olivo; Ortiz; Pickett; Pierson; Puente; Quintanilla; Raymond; Ritter; Rodriguez; Rose; Strama; Thompson; Turner; Vaught; Veasey; Villarreal; Vo.

Present, not voting — Mr. Speaker(C); England; Goolsby.

Absent, Excused — Flores; Moreno; Peña.

## PAIRED VOTES

England (present), who would vote yes, with Peña (absent), who would vote no.

Goolsby (present), who would vote yes, with Flores (absent), who would vote no.

## REASON FOR VOTE

I would like to document my vote in the House Journal as "aye" on **HB 218**. If present, Representative Peña would have voted "nay" on the above mentioned bill. When I became aware that Representative Peña would not be present on the house floor due to a speaking engagement in his district, thereafter I agreed to the pairing. With the utmost respect for both Representative Peña and the process of the house, I am more than honored to take part in this pairing.

England

## CSHB 626 ON SECOND READING
### (by P. King, Christian, Macias, Paxton, et al.)

**CSHB 626**, A bill to be entitled An Act relating to the procedures for registering to vote.

Representative P. King moved to postpone consideration of **CSHB 626** until 10 a.m. Monday, April 30.

The motion prevailed.

## CONSTITUTIONAL AMENDMENTS CALENDAR
## HOUSE JOINT RESOLUTIONS
## SECOND READING

The following resolutions were laid before the house and read second time:

### HJR 91 ON SECOND READING
### (by Bohac)

**HJR 91**, A joint resolution proposing a constitutional amendment to change the length of the unexpired term that causes the automatic resignation of certain elected county or district officeholders if they become candidates for another office.

**Amendment No. 1**

Representative Bohac offered the following amendment to **HJR 91**:

Amend **HJR 91**, line 13, as follows:
(1) strike 60, and insert 90.

Amendment No. 1 was adopted.

A record vote was requested.

**HJR 91**, as amended, failed of adoption by (Record 619): 71 Yeas, 72 Nays, 1 Present, not voting. (The vote was reconsidered later today, and **HJR 91** was postponed until 10 a.m. Monday, May 28.)

Yeas — Anderson; Aycock; Berman; Bohac; Bonnen; Brown, B.; Brown, F.; Callegari; Chisum; Christian; Cook, B.; Crabb; Creighton; Crownover; Darby; Davis, J.; Delisi; Eissler; Elkins; Farabee; Flynn; Gattis; Geren; Giddings; Haggerty; Hamilton; Hancock; Hardcastle; Harless; Harper-Brown; Heflin; Howard, C.; Howard, D.; Hughes; Isett; Jackson; Keffer; King, P.; King, S.; Kolkhorst; Kuempel; Latham; Laubenberg; Macias; Madden; Martinez; McCall; Miller; Morrison; Murphy; O'Day; Orr; Otto; Parker; Patrick; Paxton; Phillips; Pickett; Pitts; Riddle; Smith, T.; Smith, W.; Solomons; Straus; Taylor; Truitt; Van Arsdale; West; Woolley; Zedler; Zerwas.

Nays — Allen; Alonzo; Anchia; Bailey; Bolton; Branch; Burnam; Castro; Chavez; Cohen; Coleman; Cook, R.; Davis, Y.; Deshotel; Driver; Dukes; Dutton; Eiland; England; Escobar; Farias; Farrar; Frost; Gallego; Garcia; Gonzales; Gonzalez Toureilles; Goolsby; Guillen; Hartnett; Hernandez; Herrero; Hilderbran; Hill; Hochberg; Hodge; Homer; Hopson; Jones; King, T.; Krusee; Leibowitz; Lucio; Mallory Caraway; Martinez Fischer; McClendon; McReynolds; Menendez; Merritt; Miles; Mowery; Naishtat; Noriega; Oliveira; Olivo; Ortiz; Pierson; Puente; Quintanilla; Raymond; Ritter; Rodriguez; Rose; Smithee; Strama; Swinford; Thompson; Turner; Vaught; Veasey; Villarreal; Vo.

Present, not voting — Mr. Speaker(C).

Absent, Excused — Flores; Moreno; Peña.

Absent — Corte; Dunnam; Talton.

### STATEMENTS OF VOTE

When Record No. 619 was taken, my vote failed to register. I would have voted no.

Dunnam

I was shown voting yes on Record No. 619. I intended to vote no.

Geren

I was shown voting yes on Record No. 619. I intended to vote no.

Martinez

### HB 1462 - RECOMMITTED

Representative Zedler moved to recommit **HB 1462** to the Committee on Elections.

The motion prevailed.

### HB 1315 - RECOMMITTED

Representative Bailey moved to recommit **HB 1315** to the Committee on Urban Affairs.

### HB 1315 - REMARKS

REPRESENTATIVE BONNEN: Mr. Bailey, is it correct that you want to send this back to your committee because the information that you were given wasn't entirely accurate, that local volunteer firefighters were accepting of this bill, and found it to be approving to them?

REPRESENTATIVE BAILEY: That's absolutely correct. We never had any intention to harm volunteer firefighters after finding out there were some problems in the bill. It's my intent to send that back to Urban where it'll maybe be sent back to Calendars on July 20th.

BONNEN: And then you take control of this bill and ensure that you're protecting volunteer firefighters, which has been your intention throughout this process?

BAILEY: Absolutely. I'm going to stand for those firefighters.

The motion to recommit prevailed.

### FIVE DAY POSTING RULE SUSPENDED

Representative Eissler moved to suspend the five day posting rule to allow the Committee on Public Education to consider **HB 1672** and **HCR 143** at 8 a.m. tomorrow in E2.036.

The motion prevailed.

Representative Swinford moved to suspend the five day posting rule to allow the Committee on State Affairs to consider **HB 2656** and **HCR 198** upon adjournment today in E2.010.

The motion prevailed.

## REMARKS ORDERED PRINTED

Representative Bonnen moved to print remarks between Representative Bailey and Representative Bonnen regarding the motion to recommit **HB 1315**.

The motion prevailed.

## FIVE DAY POSTING RULE SUSPENDED

Representative Deshotel moved to suspend the five day posting rule to allow the Committee on Transportation to consider **SB 965** at 8 a.m. tomorrow in E2.012.

The motion prevailed.

Representative Giddings moved to suspend the five day posting rule to allow the Committee on Business and Industry to consider **HB 3823** at 2 p.m. or upon adjournment tomorrow in E2.026.

The motion prevailed.

(Guillen in the chair)

Representative Bonnen moved to suspend the five day posting rule to allow the Committee on Environmental Regulation to consider **HB 3231** and **HB 3388** at 8 a.m. tomorrow in E2.028.

The motion prevailed.

Representative Puente moved to suspend the five day posting rule to allow the Committee on Natural Resources to consider **HB 4086** at 2 p.m. Wednesday, April 25 in E2.012.

The motion prevailed.

Representative Rose moved to suspend the five day posting rule to allow the Committee on Human Services to consider **HB 2154**, **HB 2474**, **HB 2856**, **HB 2902**, **HB 2904**, and **HB 3766** at 10:30 a.m. or upon adjournment Thursday, April 26 in E2.026.

The motion prevailed.

Representative Smithee moved to suspend the five day posting rule to allow the Committee on Insurance to consider **SB 502** upon adjournment today in E1.026.

The motion prevailed.

## MESSAGE FROM THE SENATE

A message from the senate was received at this time (see the addendum to the daily journal, Messages from the Senate, Message No. 3).

## HJR 91 - VOTE RECONSIDERED

Representative Hartnett moved to reconsider the vote by which **HJR 91**, as amended, failed of adoption.

The motion to reconsider prevailed.

### HJR 91 ON SECOND READING
### (by Bohac)

**HJR 91**, A joint resolution proposing a constitutional amendment to change the length of the unexpired term that causes the automatic resignation of certain elected county or district officeholders if they become candidates for another office.

Representative Hartnett moved to postpone consideration of **HJR 91** until 10 a.m. Monday, May 28.

The motion prevailed.

### PROVIDING FOR A CONGRATULATORY
### AND MEMORIAL CALENDAR

Representative McClendon moved to set a congratulatory and memorial calendar for 9 a.m. Friday, April 27.

The motion prevailed.

### HR 1616 - ADOPTED
### (by Puente)

Representative C. Howard moved to suspend all necessary rules to take up and consider at this time **HR 1616**.

The motion prevailed.

The following resolution was laid before the house:

**HR 1616**, Congratulating The San Antonio Orthopaedic Group, LLP, on the 60th anniversary of its founding.

**HR 1616** was adopted.

### COMMITTEE MEETING ANNOUNCEMENTS

The following committee meetings were announced:

Local and Consent Calendars, upon adjournment today, E2.024, for a formal meeting.

State Affairs, upon adjournment today, E2.010, for a public hearing, to consider **HB 2656**, **HCR 198**, and posted business.

Licensing and Administrative Procedures, upon adjournment today, Desk 99, for a formal meeting, to consider **SB 904**.

Calendars, upon adjournment today, 3W.9, for a formal meeting, to consider a calendar.

Rules and Resolutions, upon adjournment today, 2W.25, for a formal meeting, to consider a congratulatory and memorial calendar.

### ADJOURNMENT

Representative Pickett moved that the house adjourn until 10 a.m. tomorrow in memory of Mike Lopez of El Paso and Austin.

The motion prevailed.

The house accordingly, at 7:57 p.m., adjourned until 10 a.m. tomorrow.

---

## ADDENDUM

### SIGNED BY THE SPEAKER

The following bills and resolutions were today signed in the presence of the house by the speaker:

**House List No. 24**

**HB 1447**, **HB 1967**

**Senate List No. 25**

**SB 192**, **SB 325**, **SB 507**, **SB 844**, **SCR 50**

### MESSAGES FROM THE SENATE

The following messages from the senate were today received by the house:

**Message No. 1**

MESSAGE FROM THE SENATE
SENATE CHAMBER
Austin, Texas
Monday, April 23, 2007

The Honorable Speaker of the House
House Chamber
Austin, Texas

Mr. Speaker:

I am directed by the senate to inform the house that the senate has taken the following action:

THE SENATE HAS PASSED THE FOLLOWING MEASURES:

**HB 5**              Berman              SPONSOR: Deuell
Relating to providing for a reduction of the limitation on the total amount of ad valorem taxes that may be imposed by a school district on the residence homesteads of the elderly or disabled to reflect any reduction in the school district's tax rate and protecting a school district against any resulting loss in local revenue.

**HCR 26**              Gallego              SPONSOR: Lucio
In memory of the Honorable Frank Madla of San Antonio.

**HCR 167**              Hilderbran              SPONSOR: Deuell
Recognizing the 2007 and 2008 appointments of State Poet Laureate, State Musician, and State Visual Artists.

**SB 103**              Hinojosa

Relating to the Texas Youth Commission; providing penalties.

**SB 156**                    Shapiro

Relating to a competitive grant program to fund nurse-family partnership programs in certain communities in this state.

**SB 194**                    Jackson, Mike

Relating to the eligibility of certain individuals with terminally ill spouses or parents for unemployment compensation.

**SB 262**                    Ellis

Relating to compensation for wrongful imprisonment.

**SB 346**                    Duncan

Relating to indemnification provisions in construction contracts.

**SB 419**                    Lucio

Relating to health benefit plan coverage for enrollees with autism spectrum disorder.

**SB 448**                    Uresti

Relating to the distribution, possession, purchase, consumption, and receipt of tobacco products; providing penalties.

**SB 776**                    Jackson, Mike

Relating to certain educational requirements applicable to the regulation of the practice of chiropractic.

**SB 805**                    Uresti

Relating to a foster children's bill of rights.

**SB 809**                    Janek

Relating to automated pharmacy systems.

**SB 855**                    Shapleigh

Relating to the extension of consumer credit to certain members of the Texas National Guard and armed forces of the United States and their dependents; providing a penalty.

**SB 932**                    Jackson, Mike

Relating to the required contents of a voter registration certificate.

**SB 962**                    Shapleigh

Relating to funding under the instructional facilities allotment for school districts affected by troop reassignments at military installations.

**SB 1031**                   Shapiro

Relating to the administration of certain assessment instruments in public schools; providing a criminal penalty.

**SB 1200**                   Patrick, Dan

Relating to rules governing instant games by the Texas Lottery Commission.

**SB 1267**                   Nichols

Relating to a moratorium on the inclusion of certain provisions in a comprehensive development agreement or the sale of a toll project and to the creation and duties of a study committee.

**SB 1488**                   Patrick, Dan

Relating to the Texas Teach Corps Scholarship Program for students who agree to teach in public schools in this state that have shortages of teachers in certain academic subjects.

**SB 1500**                    Zaffirini
Relating to designating the Donor Education, Awareness, and Registry Program of Texas as the Glenda Dawson Donate Life-Texas Registry.

**SB 1592**                    Hinojosa
Relating to the requirements regarding reporting by a common carrier or pipeline owner or operator of contamination.

**SB 1781**                    Carona
Relating to technical defects in instruments conveying real property.

**SB 1790**                    Jackson, Mike
Relating to the requirements for receiving approval to provide training to an owner of an on-site sewage disposal system using aerobic treatment in maintaining the system.

**SB 1870**                    Zaffirini
Relating to the implementation of the community living options information process for certain adults with mental retardation at certain institutions.

**SJR 49**                    Jackson, Mike
Proposing a constitutional amendment limiting the service of certain officeholders after the expiration of the person's term of office.

Respectfully,
Patsy Spaw
Secretary of the Senate

**Message No. 2**

MESSAGE FROM THE SENATE
SENATE CHAMBER
Austin, Texas
Monday, April 23, 2007 - 2

The Honorable Speaker of the House
House Chamber
Austin, Texas

Mr. Speaker:

I am directed by the senate to inform the house that the senate has taken the following action:

THE SENATE HAS PASSED THE FOLLOWING MEASURES:

**HB 1098**            Bonnen            SPONSOR:  Hegar
Relating to immunization against human papillomavirus.
(Committee Substitute)

**HCR 158**            Dunnam            SPONSOR:  Averitt
Congratulating the Mart Panthers football team on winning the 2006 2A State Championship.

**HCR 170**            Garcia                SPONSOR: Hegar
Commemorating the Texas Maritime Museum's 20th anniversary as the official
State Maritime Museum of Texas.

**SB 72**            Lucio
Relating to the establishment of the Worksite Wellness Advisory Board and the
implementation of worksite wellness policies at state agencies.

**SB 110**            Van de Putte
Relating to dissemination of information concerning immunization against
human papillomavirus.

**SB 820**            Wentworth
Relating to the minimum continuing legal education requirements for an attorney
who is a member of the Texas Legislature.

THE SENATE HAS CONCURRED IN HOUSE AMENDMENTS TO THE
FOLLOWING MEASURES:

| **SB 229** | (31 Yeas, 0 Nays) |
| **SB 343** | (31 Yeas, 0 Nays) |
| **SB 369** | (31 Yeas, 0 Nays) |

Respectfully,
Patsy Spaw
Secretary of the Senate

**Message No. 3**

MESSAGE FROM THE SENATE
SENATE CHAMBER
Austin, Texas
Monday, April 23, 2007 - 3

The Honorable Speaker of the House
House Chamber
Austin, Texas

Mr. Speaker:

I am directed by the senate to inform the house that the senate has taken the
following action:

THE SENATE HAS PASSED THE FOLLOWING MEASURES:

**SB 105**            West, Royce
Relating to the establishment of a law school in the city of Dallas by the
University of North Texas System.

**SB 120**            Zaffirini
Relating to the prevention of and education concerning the offense of online
solicitation of a minor.

**SB 309**            Van de Putte
Relating to the requirement that a career school or college adopt a refund policy
for students called to active military service.

**SB 585**                    Van de Putte
Relating to the authority of the Edwards Aquifer Authority to adopt rules relating to fire control.

**SB 799**                    Ellis
Relating to the creation of the Texas Eyewitness Identification Working Group.

**SB 840**                    Lucio
Relating to professional development institutes for public school teachers and paraprofessionals regarding education of students with disabilities.

**SB 1058**                   West, Royce
Relating to reintegration counseling services and related resources for military servicemembers.

**SB 1090**                   Duncan
Relating to the creation of a youth diabetes registry; providing penalties.

**SB 1740**                   Shapiro
Relating to the prosecution of certain sexual offenses and to the registration and supervision of sex offenders.

Respectfully,
Patsy Spaw
Secretary of the Senate

-----

## APPENDIX

-----

### STANDING COMMITTEE REPORTS

Favorable reports have been filed by committees as follows:

**April 19**

Agriculture and Livestock - **HB 2346**

Border and International Affairs - **HB 1430**, **SB 893**

Business and Industry - **HB 3101**

Civil Practices - **HB 1602**

Corrections - **HB 1814**

Criminal Jurisprudence - **HB 1048**, **HB 1801**, **HB 2115**, **HB 2950**, **HB 3131**

Elections - **HB 606**, **HB 2149**

Energy Resources - **HB 3385**

Environmental Regulation - **HB 2565**

Financial Institutions - **HB 3270**, **SB 884**

Government Reform - **HB 633**

Insurance - **HB 1913**, **HB 2015**, **HB 2118**

Judiciary - **HB 3083**, **HB 3460**

Juvenile Justice and Family Issues - **SB 228**

Licensing and Administrative Procedures - **HB 2106**, **HB 2659**

Natural Resources - **HB 462**, **HB 2039**, **SB 657**

Pensions and Investments - **HB 1587**, **HB 2365**, **HB 2376**

Public Health - **HB 643**, **HB 1117**, **HB 3735**

Regulated Industries - **SB 484**

Transportation - **HB 1790**, **HB 2114**, **HB 2557**, **HB 2760**, **HB 2859**, **HB 2898**, **HB 2945**, **HB 2988**, **HB 2991**, **HB 3225**, **HB 3275**, **HB 3441**, **HB 3711**, **HB 3955**, **HCR 164**, **SB 331**, **SB 1266**, **SB 1375**

Urban Affairs - **HB 1456**, **HB 1561**, **HB 2050**, **HB 4045**

Ways and Means - **HB 1751**

**April 20**

Agriculture and Livestock - **HB 1090**, **HB 1728**

Civil Practices - **HB 1089**, **HB 1183**, **HB 1572**, **HB 3071**

Culture, Recreation, and Tourism - **HB 1317**, **HB 2239**, **HB 2294**, **HB 3502**

Elections - **HB 1381**, **HB 2319**

Energy Resources - **HB 1920**

Environmental Regulation - **HB 1391**, **HB 1742**, **HB 2293**

Government Reform - **HB 1106**, **HB 3070**, **HB 3430**

Higher Education - **HB 1238**, **HB 3215**, **HB 3924**

Human Services - **HB 1385**

Insurance - **HB 839**, **HB 1372**, **HB 2759**, **SB 471**, **SB 611**, **SB 1253**

Land and Resource Management - **HB 3057**, **HB 3624**, **HJR 30**

Law Enforcement - **HB 489**

Licensing and Administrative Procedures - **HB 1156**, **HB 2206**

Natural Resources - **HB 556**, **HB 1283**, **HB 1803**, **HB 1918**, **HB 2159**, **HB 2734**, **HB 3018**, **HB 3098**, **SB 622**

Pensions and Investments - **HB 2358**, **HB 2751**, **HCR 187**, **SB 457**

Public Health - **HB 2471**

Regulated Industries - **HB 3644**

State Affairs - **HCR 193**, **HCR 194**

Transportation - **HB 2944**

Urban Affairs - **HB 2099**, **HB 2353**, **HB 3498**, **SB 189**, **SB 339**, **SB 342**, **SB 653**

### ENGROSSED

**April 19** - **HB 56**, **HB 100**, **HB 120**, **HB 198**, **HB 210**, **HB 264**, **HB 488**, **HB 563**, **HB 730**, **HB 818**, **HB 892**, **HB 948**, **HB 1052**, **HB 1056**, **HB 1110**, **HB 1216**, **HB 1244**, **HB 1303**, **HB 1420**, **HB 1459**, **HB 1471**, **HB 1522**, **HB 1652**, **HB 1694**, **HB 1768**, **HB 1844**, **HB 1853**, **HB 1929**, **HB 1930**, **HB 1973**, **HB 2066**, **HB 2174**, **HB 2176**, **HB 2233**, **HB 2267**, **HB 2328**, **HB 2406**, **HB 2426**, **HB 2503**, **HB 2514**, **HB 2590**, **HB 2708**, **HB 2727**, **HB 2840**, **HB 2931**, **HB 3191**, **HB 3193**, **HB 3295**, **HB 3392**, **HB 3614**, **HB 3718**, **HB 3787**, **HB 3972**, **HCR 70**, **HCR 159**, **HB 371**

**April 20** - **HB 447**, **HB 588**, **HB 991**, **HB 1590**, **HB 1739**, **HB 2398**, **HB 2484**, **HB 3089**, **HB 3189**, **HB 3437**, **HJR 54**

### ENROLLED

**April 20** - **HB 1967**

### SENT TO THE GOVERNOR

**April 19** - **HCR 17**, **HCR 180**, **HCR 190**

Case 2:13-cv-00193   Document 726-3   Filed on 11/17/14 in TXSD   Page 200 of 413

1

333302 eb


TEXAS HOUSE OF REPRESENTATIVES

4/24/07 House Floor Debate, 3rd Reading

TIME: 1:14:58.5 ' 1:44:02.0

TRANSCRIBED ON APRIL 24, 2012

TX_00212594

2

1          CLERK:  HB 218 by Brown of Kaufman relating

2     to requiring a voter to present proof of identification.

3               SPEAKER:  The Chair recognizes

4     Representative Brown of Kaufman.

5               REPRESENTATIVE BROWN:  Mr. Speaker, Members,

6     this is the bill that we debated thoroughly yesterday,

7     as well as last session, and I just need to clarify one

8     thing.

9               There was a question asked very late in the

10    debate, in fact, the very last question last night that

11    we got a little -- hello -- that we got a little

12    confused about and I'd like to clarify.

13              If you show up at the polls to vote, under

14    my bill, you have your photo ID or two forms of nonphoto

15    ID, you happen not to have your voter registration card

16    but you are on the books as a registered voter, you will

17    not be required to vote a provisional ballot.  You'll

18    vote a regular ballot.

19              So, I think -- I just wanted to make sure

20    that everyone understood that.

21              And so, I move passage on the 3rd reading.

22    Thank you very much.

23              SPEAKER:  Members, if you want to state for

24    or against this bill, come on down.  We need to know.

25    Any of the bills.  Let us know ahead of time, please.

House Floor Debate, 3rd Reading                    April 24, 2007

3

1          The Chair recognizes Ms. Giddings in

2     opposition.

3          REPRESENTATIVE GIDDINGS:  Thank you,

4     Mr. Speaker and Members.

5          To Representative Brown and my good friend,

6     Leo Berman, and my committee members, Mr. Bohac and

7     others who have worked on this bill, let me say from the

8     very beginning that I know that your intentions here are

9     good and honorable, and I want to say that again.

10          I truly believe that your intentions are

11     good and honorable, and I believe it is a sincere

12     attempt on your part to stop voter fraud.  None of us

13     want that.

14          Corruption in voting, voter fraud is in no

15     one's interest but, in my view, there is no problem.  We

16     don't have any documented evidence of a great deal of

17     voter fraud.

18          Conversely, my own point of reference is my

19     experience.  I live in a city but I reside in a

20     different school district and, on occasion, there have

21     been things on the ballot that only have to do with that

22     particular school district.  I vote at a place other

23     than my usual voting precinct when that happens.

24          On one occasion, with my voter registration

25     in hand, I was told I could not vote without my driver's

4

1   license.

2            I said, "That's not right."  I even went so

3   far as to say, "Ma'am, there is no question as to who I

4   am.  I'm an elected official, and there are lots of

5   people in here who know me.  I have my voter

6   registration card," but, again, I was denied the right

7   to vote.

8            I had to call the elections office to

9   straighten out that matter because I refused to give my

10  driver's license.

11           Nothing pains me more in this House than to

12  be forced to talk about being black in America, and that

13  is what I must talk about because that's my experience.

14  That is the lens that I see through.

15           And even on those days when I try my very

16  best not to look through that lens, I'm often forced to

17  do it.

18           I keep praying that the day is near when we

19  will be colorblind but that day is not here yet.  If you

20  look through my lens and if you have lived my

21  experience -- and mine has been a fairly sheltered

22  experience even so -- I am not confused about the right

23  to vote and the absolute need to fight and not dismantle

24  that right, a right that belongs to every American.

25           We believe in it so strongly that we send

House Floor Debate, 3rd Reading                    April 24, 2007

5

1    our military to risk their lives so that those in other

2    countries may also have the right to vote.

3              I would like to share with you some words

4    with -- from Langston Hughes.  And I quote, Langston

5    Hughes said, "Let America be America again.  Let it be

6    the dream it used to be.  Let it be the pioneer on the

7    plain seeking a home where he himself is free."

8              But then listen for the refrain.  "America

9    never was America to me.  Oh, let my land be a land

10   where liberty is crowned with no false patriot wreath

11   but opportunity is real and life is free, equality is in

12   the air we breathe.  There has never been equality for

13   me, nor freedom in this homeland of the free.  Oh, let

14   America be America again, the land that never has been

15   yet and yet must be the land where every man is free,

16   the land that's mine, the poor man, Indian" --

17             SPEAKER:  Members -- Members, could you take

18   your conversations outside the rail so Ms. Giddings can

19   have your attention, please.

20             REPRESENTATIVE GIDDINGS:  "Oh, let America

21   be America again, the land that never has been yet and

22   yet must be, the land where every man is free, the land

23   that's mine, the poor man, the Indian, negro, me.

24   America, oh, yes, I say it plain, America never was

25   America to me and yet I swear this oath, America will be

JA_007975

TX_00212598

6

1    America to me."  End quote.

2              Members, for the sake of this great country,

3    for my children and for yours, because you cannot erode

4    one freedom without eroding a little of yours, I ask

5    that your vote be one that encourages freedom, that

6    encourages the right to vote, that values all Americans

7    and all Texans.  I ask you to join me in voting against

8    this bill.

9              SPEAKER:  The Chair recognizes Mr. Alonzo.

10             REPRESENTATIVE ALONZO:  Thank you,

11   Mr. Speaker, Members.

12             Members, I rise also to speak against this

13   bill.  I think, as we discussed yesterday, this bill is

14   the equivalent of voting on the Voting Rights Act, and

15   that's what we talked about yesterday because on one

16   point, it talks about participation and, you know, when

17   we participated in the political process, the three --

18   there's three ways to participate; for, against and not

19   participating.

20             What this bill does is discourage

21   participation, discourage participation.  Why does it do

22   that, as we talked about all day yesterday, asking so

23   many IDs to vote.  The most important right we have here

24   in the United States and Texas is to vote.

25             The way that we can exercise power as we

7

1    have here and participate in the process is to vote.

2    The way we can let our opinions known and have laws

3    enacted is to vote and put people in office that are

4    going to make this decision.

5              What this bill does, Members, is discourage

6    the participation of the voters in the political

7    process, discourage the participation in the electoral

8    process.

9              This is wrong, Members.  This is wrong.  We

10   shouldn't be discouraging people from participating.  We

11   should encourage people to participate.

12             And yet it has been said because of fraud

13   that there is no -- no overabundance of evidence for

14   this.  And what has been said and what was the debate

15   about and why was this legislation brought forward, to

16   discourage people from voting, but not only to

17   discourage people from voting, I think it discriminates

18   people in voting, and that's why I brought an amendment

19   forward to say that Texas, through the Attorney

20   General's office, should review this legislation to see

21   if it's against the law.

22             And the only, only reason that was argued

23   against my amendment was that we are going to ask

24   Washington to review whether this law discriminated or

25   not.  And the reason I brought forward -- and one day,

House Floor Debate, 3rd Reading                    April 24, 2007

8

1    Members, I know that one day we'll not only have to ask

2    Washington to do what we do but Texas will review what

3    we do, as I said yesterday, we're doing.

4              Members, finally, I say this issue was

5    decided in the last couple of years in Washington.

6    Washington decided to extend the Voting Rights Act for

7    another few years.  So, as in Washington, in a

8    bipartisan fashion, they approved the Voting Rights Act,

9    I ask you, in a bipartisan fashion, that we vote no on

10   this bill today.

11             Thank you.

12             SPEAKER:  The Chair recognizes

13   Representative Anchia.

14             REPRESENTATIVE ANCHIA:  Thank you,

15   Mr. Speaker, Members.  It is a day later and the authors

16   of this bill still haven't provided any evidence of

17   noncitizen -- excuse me -- of voter impersonation that

18   would be covered by this bill.  A day later and there's

19   no provision in the bill to make sure that 2 million

20   Texans are not disenfranchised.

21             It's a day later, and this bill is still a

22   bad bill.  I would ask you to vote against this bill.

23             Thank you.

24             SPEAKER:  The Chair recognizes Mr. Berman.

25             REPRESENTATIVE BERMAN:  Mr. Speaker,

JA_007978

1    Members, we had lots of research done and we received a

2    lot of information concerning voter fraud.  When

3    Mr. Anchia said that there was no evidence whatsoever,

4    when you have a couple of hundred people voting from the

5    grave -- we have the list of names of individuals voting

6    from the grave -- that, my friends, is voter fraud.

7    There's just no question about it.

8              We also have over 4,000 names that were

9    provided by Mr. Bettencourt, the elections administrator

10   down in Harris County.  Those people are actually

11   dropped from the rolls because they're nonU.S. citizens.

12             And the way they were found really was very

13   simple.  There are two lists from whom jury pools are

14   selected, first, the voter registration rolls and,

15   second, from the driver's license rolls.

16             When people would receive their jury summons

17   in Houston, they checked the box marked, "I am not a

18   U.S. citizen."  They received over 4,000 of those

19   particular cards.

20             The elections administrator in Harris County

21   matched those returned forms against the voter

22   registration list and found that there were over 4,000

23   individuals who were actually on the voter registration

24   list who were not qualified to vote, although 84 had

25   already voted by that time.  They were dropped from the

1    rolls.

2              The reason that they were not prosecuted,

3    according to the former District Attorney of Harris

4    County, was that if he had a photo ID bill at that

5    particular time back in the late 1990s and if we had a

6    photo ID bill in existence at this particular time, then

7    they would have a real charge to levy against those

8    individuals.  They could charge them and prosecute them

9    in the court system and convict them for voter fraud.

10             We have all kinds of voter fraud in the

11   state.  We have voter fraud by mail ballot.  We have

12   voter fraud by dead people voting.  And this has been a

13   tradition in Texas for many, many years, as you probably

14   know.

15             And we also have voter fraud by individuals

16   being on the voter registration list who are

17   noncitizens.

18             I think Ms. Brown stood here before you

19   yesterday and she showed you there are over 14 million

20   driver's licenses in the State of Texas.  There's

21   another 3.9 million ID cards issued in the State of

22   Texas.  That's almost 18 million cards that are already

23   out there.  We only have 12 and a half million

24   registered voters in the State of Texas.

25             When we passed this bill yesterday, we took

1    a step forward to prevent voter fraud in the State of

2    Texas, and it was nothing but a good vote.

3              Mr. Speaker, Members, I ask you today to

4    vote again for House Bill 218 to keep preventing voter

5    fraud in Texas and to continue it in the future.

6              SPEAKER:  Ms. Brown, for what purpose?

7              REPRESENTATIVE BROWN:  Would the gentleman

8    yield for a question?

9              SPEAKER:  Will you yield, Mr. Berman?

10             REPRESENTATIVE BERMAN:  I yield.

11             REPRESENTATIVE BROWN:  Mr. Berman, why do

12   you think it is that it's so hard to prosecute for voter

13   fraud or for impersonating a voter?

14             REPRESENTATIVE BERMAN:  Well, for the most

15   part, the District Attorneys, especially in the large

16   counties like Harris County, don't have the physical

17   resources to prosecute some 4,000 people when they are

18   prosecuting murders and rapists and people who are

19   burglars and larcenists and -- they are prosecuting

20   those individuals who are committing crimes against

21   persons.

22             In my mind, voter fraud is like a white

23   collar crime but it's also a crime against the person

24   because it takes away from our precious right to vote

25   and it makes our vote a lot less safer than it is.

12

1            I know after spending a couple of years in

2    Vietnam in combat that people around the world would die

3    to have the right to vote as we do here in the United

4    States.  And I was proud to be over there to help

5    protect that right.

6            REPRESENTATIVE BROWN:  And we're grateful to

7    you for your service.

8            There's one other thing that I think enters

9    into this.  In order for someone to actually testify

10   that there's been fraud, that person has to witness that

11   person voting and knowing -- and know that that person

12   is not who they represented themselves as.

13           So, it's just extremely difficult.  You just

14   don't -- you don't have someone at the polls witnessing

15   the act who can go and testify about it.  The elections

16   workers are -- have plenty -- all they can do.  Believe

17   me, I've worked a number of elections as an election

18   judge, and I know how busy you can be when there's a

19   long line and you're having to verify voters and get

20   them to sign the proper form and issuing the ballots and

21   telling them where to vote and all that sort of thing,

22   and you're not -- that's just not something that you can

23   handle at that time is to be looking for fraud and being

24   able to document fraud.  You have to just try to get

25   those people voted, and so, it's extremely difficult.

1              REPRESENTATIVE BERMAN:  Well, Betty, you're

2      right.  And it's an amazing thing that a state as large

3      as Texas and a state as great with a great economy as we

4      do, we have no system in place today to verify whether a

5      name on a voter registration card is correct or not.  We

6      don't have anything like that.

7              Almost every country in the world has

8      verification for voter registration and has verification

9      when people actually come to vote.

10             And, you know, what I'm saying and what I

11     told many people yesterday, I don't see why if a person

12     has a voter registration card and they're able to take

13     that voter registration card to the polling place, why

14     they can't take an electric bill or a water bill or a

15     gas bill or just one other -- one or two other documents

16     along with their voter registration card to show that

17     they are indeed the name of the person on the voter

18     registration card.

19             Without any other system to verify whether a

20     voter is the person on the voter registration card, it's

21     very difficult and it's almost an impetus toward voter

22     fraud in Texas.

23             And we have had voter fraud as long as Texas

24     has been a state, going all the way back to the

25     elections of LBJ and Ford, and we know about those voter

TX_00212606

House Floor Debate, 3rd Reading                    April 24, 2007

14

1   frauds in Texas.

2           REPRESENTATIVE BROWN:  Aren't there more and

3   more states that are passing legislation to implement ID

4   at the polls?

5           REPRESENTATIVE BERMAN:  Yes.  Recently, nine

6   states passed photo ID bills.

7           And the amazing thing about it is in every

8   one of those states, voter turnout increased and it did

9   not decrease.  And that's very important.

10          In every one of those states -- like Hawaii,

11  Hawaii is voting at 70 percent voter turnout.  Texas is

12  at 44.3 percent.  In every state that passed the photo

13  ID bill, they are exceeding Texas by far in voter

14  turnout at the polls.

15          REPRESENTATIVE BROWN:  Don't you think this

16  was a surprise to many people because there were such

17  dire predictions about -- with the institution of -- or

18  instigation of the voter -- photo ID at the polls, there

19  were dire predictions about how the participation would

20  decrease, and just the opposite happened.  So, I think

21  there were a lot of people that were very surprised

22  about this.

23          REPRESENTATIVE BERMAN:  Well, some of the

24  things that we got on our desk yesterday really bothered

25  me.  One thing that said having people take an electric

JA_007984

TX_00212607

15

1    bill to a polling place or a water bill is insidious.

2    That was the word that was used, it's an insidious act

3    to ask people to take a document to the voting place to

4    actually identify themselves.

5              I'm very proud to take any document to the

6    voting place to identify myself, and I think

7    yesterday -- we allow service members who were wounded

8    in combat to actually just go by that process but even

9    those service men who were wounded in combat would be

10   glad to take out a driver's license or any other kind of

11   photo ID because they risked their lives to do that and

12   preserve our right to vote.

13             REPRESENTATIVE BROWN:  I'm sure they would

14   be and especially with the disabled veterans who are on

15   some kind of disability from the government, I think

16   they would almost have to have a photo ID of some kind

17   to be able to draw this disability.  Am I wrong there or

18   is that the case?

19             REPRESENTATIVE BERMAN:  Most veterans, if

20   you're retired from the military -- I have a retired

21   card --

22             SPEAKER:  (Inaudible) raised a point of

23   order.  The gentleman's time is expired.  The point of

24   order is well taken and sustained.

25             The Chair recognizes Mr. Christian.

House Floor Debate, 3rd Reading                    April 24, 2007

16

1          REPRESENTATIVE CHRISTIAN:  Thank you, Mr.

2    Speaker.  I think it's come time in our session that we

3    start looking to what Americans and Texans really want.

4    What they want is the ability to raise their children in

5    an environment where they have the American dream and

6    opportunity.  That's provided for years of war that

7    we've fought across the world to allow us to be able to

8    vote, to have a voice and to have an opinion and to

9    participate in this system that our veterans who we

10   honor have allowed to have in this country.  Being able

11   to vote is that basic right.

12          I know it was mentioned yesterday in Iraq

13   that we saw the people come away proud with their purple

14   fingers as they expressed their pride in being able to

15   vote.  And to think those people went and actually were

16   sitting there risking their lives because they didn't

17   know that there would be guns shooting, as there are

18   every day in that place, to be able to have that right

19   to vote.

20          In this institution of Texas, we have the

21   privilege of doing that.  These people had something

22   invested as our veterans, as our country, as our

23   families have.

24          I think this bill allows us again to have

25   the security and pride that it is we Texans that are

1    voting.

2            And if you start allowing everybody that

3    walks into any place, though that may not be the mass

4    situation as was expressed, if we continue to allow

5    anybody that walks in to have the opportunity that we

6    have had our veterans both give their lives and

7    sacrifice their lives for, it takes away that value in

8    the ability to be able to vote.

9            That's why today we have this opportunity in

10   this bill to confirm to those that come after us that

11   yes, it is a privilege, it is an earned privilege, it is

12   a privilege we've been handed, it's not just a gift that

13   we give away with no strings attached and anybody can do

14   it and we need to make it just as easy for anybody just

15   to walk in and cast that precious ballot.

16           You know, when we have children, we try to

17   teach them in many cases while daddy wants to give them

18   everything we can, we understand that many times that

19   lesson we need to teach is that if you earn it, if

20   there's something that you have to do that makes it a

21   little bit more effort, then you value that more.

22           And that's why this bill is important.  We

23   want to put value, pride back into voting in this state.

24           And our constituents are very concerned

25   across this state that we protect their right to vote

18

1   because they feel -- even though the facts may not show

2   it, the feeling is there for those people who elected us

3   to come to this House that their vote is no longer safe

4   and secure, that somebody else is stealing that

5   privilege that we have earned and we have precious in

6   this country, and because they feel it, they are asking

7   us to up that bar to make sure that this value of a vote

8   is now more secure in the State of Texas.

9            We want to take care of those people that

10  come to this country but we want them to participate

11  legally in the system.  We want them to be able to value

12  that vote as we do as citizens but to not monitor, to

13  not put up standards, to make it where we are not

14  watching -- our voters all across this state are saying,

15  "Protect my ballot," and that's what this bill does.  It

16  protects it.  It sets a standard.  It sets a purpose for

17  which we, as a legislature, are here, and that's to

18  secure the rights, to secure those efforts our veterans

19  have fought, and this bill does that.

20            REPRESENTATIVE BROWN:  Mr. Chairman?  Excuse

21  me.  Mr. Speaker?  I'm sorry.

22            SPEAKER:  Ms. Brown, for what purpose?

23            REPRESENTATIVE BROWN:  Will the gentleman

24  yield for questions?

25            SPEAKER:  Mr. Christian, do you yield?

19

1           REPRESENTATIVE CHRISTIAN:  Yes, sir, I do.

2           SPEAKER:  The gentleman yields.

3           REPRESENTATIVE BROWN:  Mr. Christian, are

4    you aware of the recent poll that was taken of Texans,

5    asking them if they thought we should have voter ID --

6    photo ID at the polls?

7           REPRESENTATIVE CHRISTIAN:  I've been aware

8    of several polls taken but especially I think the one

9    that you're referring to actually shows that 95 percent

10   of voters, 91 percent of Independent, 87 percent of

11   Democrats favor registering voters to show a driver's

12   license.  And this was done this year, April 1st through

13   4th, during this legislative session.  90 -- 87 percent

14   of Democrats, 91 percent of Independents and 95 percent

15   of Republicans, almost consistent across the board, want

16   a secure method of protecting their vote.

17          REPRESENTATIVE BROWN:  Was that limited to

18   affluent people?  Were those the only people that they

19   polled?

20          REPRESENTATIVE CHRISTIAN:  No.  It was

21   totally across the board, every economic status and

22   totally bipartisan, totally across the board, poor,

23   rich, moderate.  Every type of American citizen, every

24   kind of Texan wants protection of their ballot.  So,

25   they feel it's important and they feel when they cast a

House Floor Debate, 3rd Reading                    April 24, 2007

1   vote, it really means something.

2            Ms. Brown, if you'll remember several years

3   back, the controversy that existed with our former

4   governor, and there are those that to this day say

5   because of the balloting problem of the (Inaudible)

6   balloting out in Florida that the president really

7   shouldn't be there.

8            Now, while I don't agree with them, I bet

9   there's folks in this room right here today that still

10  question that balloting process in Florida.  And today

11  we have the ability to secure that and we have the

12  ability to tell Texans, "Your votes really mean

13  something."

14           REPRESENTATIVE BROWN:  Do you know of any

15  really, really close votes that have been decided by

16  just a few votes recently?

17           REPRESENTATIVE CHRISTIAN:  There are many

18  votes.  Not only the presidential election the last

19  several times has done that, the number one office in

20  our country, but votes all across the state.

21           You take the current governor's race that we

22  had in this state was a very close election, you know,

23  just a few votes one way or the other.  That's why we

24  must make sure that everybody's vote is important, is

25  cast, is not diluted unintentionally.

TX_00212613

21

1            REPRESENTATIVE BROWN:  Are you telling me

2    that even if there is a slight amount of voter fraud

3    that would allow these close elections to be decided by

4    an illegal vote that you don't think that's what we

5    should be allowing?

6            REPRESENTATIVE CHRISTIAN:  This is what our

7    constituents in the 87 percent across the state have

8    asked us, "Make sure, Legislature, that my vote means

9    something and that my desire -- my vote can't be stolen

10   away by somebody else."

11           REPRESENTATIVE BROWN:  Okay.  Thank you,

12   Mr. Christian.

13           REPRESENTATIVE CHRISTIAN:  Thank you.

14           SPEAKER:  The Chair recognizes Ms. Brown to

15   close.  The Chair recognizes Ms. Brown.

16           REPRESENTATIVE BROWN:  Mr. Speaker, Members,

17   just remember what this vote is all about.  It's the

18   integrity of the voting process and increasing our

19   voters' confidence in that process so that we have

20   greater participation.

21           I move passage.  Thank you.

22           REPRESENTATIVE VEASEY:  Mr. Speaker -- Mr.

23   Speaker, does the gentlelady yield?

24           SPEAKER:  Mr. Veasey, the lady said she's

25   yielded the floor.

22

1            All members, the question occurs on the

2    final passage of House Bill 218.  All those in favor

3    vote aye, all those opposed vote nay.  It's a record

4    vote.  Clerk will ring the bell.

5            Members, show Mr. Flores who is present who

6    would vote no, Mr. Branch, who is absent, would vote

7    yes.

8            Have all voted?

9            There being 76 ayes and 69 nays and 2

10   present not voting, House Bill 218 has finally passed.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

TX_00212615

23

```
1   STATE OF TEXAS        *

2   COUNTY OF HARRIS      *

3

4        I, the undersigned certified shorthand reporter

5   and notary public in and for the State of Texas, certify

6   that the facts stated in the foregoing pages are true

7   and correct.

8

9        I further certify that I am neither attorney or

10  counsel for, nor related to or employed by, any of the

11  parties to the action in which this matter is taken and,

12  further, that I am not a relative or employee of any

13  counsel employed by the parties hereto, or financially

14  interested in the action.

15

16       SUBSCRIBED AND SWORN TO under my hand and seal of

17  office on this the 25th day of April, 2012.

18

19

20       EDITH A. BOGGS, CSR
         Certified Shorthand Reporter and
21       Notary Public in and for
         the State of Texas
22
    Notary Expires:  5-10-2012
23  Certificate No. 3022
    Expiration date:  12-31-2013
24  Esquire Deposition Solutions, LLC
    Registration No. 3
25
```

JA_007993

House Floor Debate, 3rd Reading                    April 24, 2007
                                                                24

**A**

ability
16:4 17:8
20:11,12

able
12:24 13:12
15:17 16:7,
10,14,18 17:8
18:11

absent
22:6

absolute
4:23

Act
6:14 8:6,8
12:15 15:2

action
23:11,14

administrato
r
9:9,20

affluent
19:18

agree
20:8

ahead
2:25

air
5:12

allow
15:7 16:7
17:4 21:3

allowed
16:10

allowing
17:2 21:5

allows
16:24

along
13:16

Alonzo
6:9,10

already
9:25 10:22

also
5:2 6:12 9:8
10:15 11:23

although
9:24

amazing
13:2 14:7

amendment
7:18,23

America
4:12 5:5,8,9,
14,20,21,24,
25 6:1

American
4:24 16:5
19:23

Americans
6:6 16:3

amount
21:2

Anchia
8:13,14 9:3

another
8:7 10:21

anybody
17:5,13,14

approved
8:8

APRIL
1:15 19:12
23:17

argued
7:22

around
12:2

asked
2:9 21:8

asking
6:22 18:6
19:5

attached
17:13

attempt
3:12

attention
5:19

Attorney
7:19 10:3
23:9

Attorneys
11:15

authors
8:15

aware
19:4,7

aye
22:3

ayes
22:9

**B**

back
10:5 13:24
17:23 20:3

bad
8:22

ballot
2:17,18 3:21
10:11 17:15
18:15 19:24

balloting
20:5,6,10

ballots
12:20

bar
18:7

basic
16:11

beginning
3:8

being
4:12 10:16
12:23 16:10,
14 22:9

believe
3:10,11 4:25
12:16

bell
22:4

belongs
4:24

Berman
3:6 8:24,25
11:9,10,11,
14 13:1 14:5,
23 15:19

best
4:16

bet
20:8

Bettencourt
9:9

Betty
13:1

bill
2:6,14,24 3:7
6:8,13,20 7:5
8:10,16,18,
19,21,22
10:4,6,25
11:4 13:14,15
14:13 15:1
16:24 17:10,
22 18:15,19
22:2,10

bills
2:25 14:6

bipartisan
8:8,9 19:22

bit

17:21

black
4:12

board
19:15,21,22

BOGGS
23:20

Bohac
3:6

books
2:16

both
17:6

bothered
14:24

box
9:17

Branch
22:6

breathe
5:12

brought
7:15,18,25

Brown
2:1,4,5 3:5
10:18 11:6,7,
11 12:6 14:2,
15 15:13
18:20,22,23
19:3,17 20:2,
14 21:1,11,
14,15,16

burglars
11:19

busy
12:18

**C**

call
4:8

cannot
6:3

JA_007994

card
2:15 4:6
13:5,12,13,
16,18,20
15:21
cards
9:19 10:21,22
care
18:9
case
15:18
cases
17:17
cast
17:15 19:25
20:25
Certificate
23:23
certified
23:4,20
certify
23:5,9
Chair
2:3 3:1 6:9
8:12,24 15:25
21:14,15
Chairman
18:20
charge
10:7,8
checked
9:17
children
6:3 16:4
17:16
Christian
15:25 16:1
18:25 19:1,3,
7,20 20:17
21:6,12,13
citizen

9:18 19:23
citizens
9:11 18:12
city
3:19
clarify
2:7,12
CLERK
2:1 22:4
close
20:15,22
21:3,15
collar
11:23
colorblind
4:19
combat
12:2 15:8,9
come
2:24 13:9
16:2,13 17:10
18:3,10
committee
3:6
committing
11:20
concerned
17:24
concerning
9:2
confidence
21:19
confirm
17:10
confused
2:12 4:22
consistent
19:15
constituents
17:24 21:7

continue
11:5 17:4
controversy
20:3
conversation
s
5:18
Conversely
3:18
convict
10:9
correct
13:5 23:7
Corruption
3:14
counsel
23:10,13
counties
11:16
countries
5:2
country
6:2 13:7
16:10,22
18:6,10 20:20
County
9:10,20 10:4
11:16 23:2
couple
8:5 9:4 12:1
court
10:9
covered
8:18
crime
11:23
crimes
11:20
crowned
5:10

CSR
23:20
current
20:21

D

daddy
17:17
date
23:23
day
4:18,19 6:22
7:25 8:1,15,
18,21 16:18
20:4 23:17
days
4:15
dead
10:12
deal
3:16
Debate
1:11 2:10
7:14
debated
2:6
decided
8:5,6 20:15
21:3
decision
7:4
decrease
14:9,20
Democrats
19:11,14
denied
4:6
Deposition
23:24
desire
21:9

desk
14:24
didn't
16:16
die
12:2
different
3:20
difficult
12:13,25
13:21
diluted
20:25
dire
14:17,19
disability
15:15,17
disabled
15:14
discourage
6:20,21 7:5,
7,16,17
discouraging
7:10
discriminate
d
7:24
discriminate
s
7:17
discussed
6:13
disenfranchi
sed
8:20
dismantle
4:23
district
3:20,22 10:3
11:15

House Floor Debate, 3rd Reading                    April 24, 2007

document
12:24 15:3,5

documented
3:16

documents
13:15

doing
8:3 16:21

down
2:24 9:10

draw
15:17

dream
5:6 16:5

driver's
3:25 4:10
9:15 10:20
15:10 19:11

dropped
9:11,25

during
19:13

———— E ————

earn
17:19

earned
17:11 18:5

easy
17:14

eb
1:1

economic
19:21

economy
13:3

EDITH
23:20

effort
17:21

efforts

18:18

elected
4:4 18:2

election
12:17 20:18,
22

elections
4:8 9:9,20
12:15,17
13:25 21:3

electoral
7:7

electric
13:14 14:25

employed
23:10,13

employee
23:12

enacted
7:3

encourage
7:11

encourages
6:5,6

End
6:1

enters
12:8

environment
16:5

equality
5:11,12

equivalent
6:14

erode
6:3

eroding
6:4

especially
11:15 15:14
19:8

Esquire
23:24

everybody
17:2

everybody's
20:24

evidence
3:16 7:13
8:16 9:3

exceeding
14:13

excuse
8:17 18:20

exercise
6:25

existed
20:3

existence
10:6

experience
3:19 4:13,21,
22

Expiration
23:23

expired
15:23

Expires
23:22

expressed
16:14 17:4

extend
8:6

extremely
12:13,25

———— F ————

fact
2:10

facts
18:1 23:6

fairly

4:21

false
5:10

families
16:23

far
4:3 14:13

fashion
8:8,9

favor
19:11 22:2

feel
18:1,6 19:25

feeling
18:2

fight
4:23

final
22:2

finally
8:4 22:10

financially
23:13

fingers
16:14

first
9:14

Floor
1:11 21:25

Flores
22:5

Florida
20:6,10

folks
20:9

forced
4:12,16

Ford
13:25

foregoing

23:6

form
12:20

former
10:3 20:3

forms
2:14 9:21

forward
7:15,19,25
11:1

fought
16:7 18:19

found
9:12,22

fraud
3:12,14,17
7:12 9:2,6
10:9,10,11,
12,15 11:1,5,
13,22 12:10,
23,24 13:22,
23 21:2

frauds
14:1

free
5:7,11,13,
15,22

freedom
5:13 6:4,5

friend
3:5

friends
9:6

further
23:9,12

future
11:5

———— G ————

gas
13:15

General's

House Floor Debate, 3rd Reading                    April 24, 2007

7:20
**gentlelady**
21:23
**gentleman**
11:7 18:23
19:2
**gentleman's**
15:23
**Giddings**
3:1,3 5:18,20
**gift**
17:12
**give**
4:9 17:6,13,
17
**glad**
15:10
**go**
12:15 15:8
**going**
7:4,23 13:24
**good**
3:5,9,11 11:2
**government**
15:15
**governor**
20:4
**governor's**
20:21
**grateful**
12:6
**grave**
9:5,6
**great**
3:16 6:2 13:3
**greater**
21:20
**guns**
16:17

**————— H —————**

**half**
10:23
**hand**
3:25 23:16
**handed**
17:12
**handle**
12:23
**happen**
2:15
**happened**
14:20
**happens**
3:23
**hard**
11:12
**Harris**
9:10,20 10:3
11:16 23:2
**haven't**
8:16
**Hawaii**
14:10,11
**HB**
2:1
**hello**
2:11
**help**
12:4
**hereto**
23:13
**home**
5:7
**homeland**
5:13
**honor**
16:10
**honorable**
3:9,11
**HOUSE**

1:9,11 4:11
11:4 18:3
22:2,10
**Houston**
9:17
**Hughes**
5:4,5
**hundred**
9:4

**————— I —————**

**ID**
2:14,15 10:4,
6,21 14:3,6,
13,18 15:11,
16 19:5,6
**identificati on**
2:2
**identify**
15:4,6
**IDs**
6:23
**illegal**
21:4
**impersonatin g**
11:13
**impersonatio n**
8:17
**impetus**
13:21
**implement**
14:3
**important**
6:23 14:9
17:22 19:25
20:24
**Inaudible**
15:22 20:5

increased
14:8
**increasing**
21:18
**indeed**
13:17
**Independent**
19:10
**Independents**
19:14
**Indian**
5:16,23
**individuals**
9:5,23 10:8,
15 11:20
**information**
9:2
**insidious**
15:1,2
**instigation**
14:18
**institution**
14:17 16:20
**integrity**
21:18
**intentions**
3:8,10
**interest**
3:15
**interested**
23:14
**invested**
16:22
**Iraq**
16:12
**issue**
8:4
**issued**
10:21
**issuing**

12:20

**————— J —————**

**join**
6:7
**judge**
12:18
**jury**
9:13,16
**just**
2:7,19 9:7
12:13,22,24
13:15 14:20
15:8 17:12,14
20:16,23
21:17

**————— K —————**

**Kaufman**
2:1,4
**keep**
4:18 11:4
**kind**
15:10,15,16
19:24
**kinds**
10:10
**know**
2:24,25 3:8
4:5 6:16 8:1
10:14 12:1,
11,18 13:10,
25 16:12,17
17:16 20:14,
22
**knowing**
12:11
**known**
7:2

**————— L —————**

**lady**
21:24
**land**

5:9,14,15,
16,21,22

Langston
5:4

larcenists
11:19

large
11:15 13:2

last
2:7,10 8:5
20:18

late
2:9 10:5

later
8:15,18,21

law
7:21,24

laws
7:2

LBJ
13:25

legally
18:11

legislation
7:15,20 14:3

legislative
19:13

legislature
18:17 21:8

lens
4:14,16,20

Leo
3:6

less
11:25

lesson
17:19

levy
10:7

liberty

5:10

license
4:1,10 9:15
15:10 19:12

licenses
10:20

life
5:11

limited
19:17

line
12:19

list
9:5,22,24
10:16

listen
5:8

lists
9:13

little
2:11 6:4
17:21

live
3:19

lived
4:20

lives
5:1 15:11
16:16 17:6,7

LLC
23:24

long
12:19 13:23

longer
18:3

look
4:16,20

looking
12:23 16:3

lot
9:2 11:25

14:21

lots
4:4 9:1

---
M
---

Ma'am
4:3

mail
10:11

man
5:15,16,22,
23

marked
9:17

mass
17:3

matched
9:21

matter
4:9 23:11

mean
20:12

means
20:1 21:8

Members
2:5,23 3:4,6
5:17 6:2,11,
12 7:5,9 8:1,
4,15 9:1 11:3
15:7 21:16
22:1,5

men
15:9

mentioned
16:12

method
19:16

military
5:1 15:20

million
8:19 10:19,
21,22,23

mind
11:22

mine
4:21 5:16,23

moderate
19:23

monitor
18:12

most
6:23 11:14
15:19

move
2:21 21:21

murders
11:18

must
4:13 5:15,22
20:24

myself
15:6

---
N
---

name
13:5,17

names
9:5,8

nay
22:3

nays
22:9

near
4:18

need
2:7,24 4:23
17:14,19

negro
5:23

neither
23:9

never
5:9,12,14,

21,24

night
2:10

nine
14:5

noncitizen
8:17

noncitizens
10:17

nonphoto
2:14

nonU.S
9:11

notary
23:5,21,22

Nothing
4:11 11:2

number
12:17 20:19

---
O
---

oath
5:25

occasion
3:20,24

occurs
22:1

office
4:8 7:3,20
20:19 23:17

official
4:4

Oh
5:9,13,20,24

Okay
21:11

one's
3:15

opinion
16:8

opinions

House Floor Debate, 3rd Reading

7:2
opportunity
5:11 16:6
17:5,9
opposed
22:3
opposite
14:20
opposition
3:2
order
12:9 15:23,24
outside
5:18
over
9:8,18,22
10:19 12:4
overabundance
7:13

**P**

pages
23:6
pains
4:11
part
3:12 11:15
participate
6:18 7:1,11
16:9 18:10
participated
6:17
participating
6:19 7:10
participation
6:16,21 7:6,7
14:19 21:20
particular

3:22 9:19
10:5,6
parties
23:11,13
passage
2:21 21:21
22:2
passed
10:25 14:6,12
22:10
passing
14:3
patriot
5:10
people
4:5 7:3,10,
11,16,17,18
9:4,10,16
10:12 11:17,
18 12:2,25
13:9,11
14:16,21,25
15:3 16:13,
15,21 18:2,9
19:18
percent
14:11,12
19:9,10,13,
14 21:7
person
11:23 12:10,
11 13:11,17,
20
persons
11:21
photo
2:14 10:4,6
14:6,12,18
15:11,16 19:6
physical
11:16
pioneer

5:6
place
3:22 13:4,13
15:1,3,6
16:18 17:3
plain
5:7,24
please
2:25 5:19
plenty
12:16
point
3:18 6:16
15:22,23
political
6:17 7:6
poll
19:4
polled
19:19
polling
13:13 15:1
polls
2:13 12:14
14:4,14,18
19:6,8
pools
9:13
poor
5:16,23 19:22
power
6:25
praying
4:18
precinct
3:23
precious
11:24 17:15
18:5
predictions
14:17,19

present
2:2 22:5,10
preserve
15:12
president
20:6
presidential
20:18
prevent
11:1
preventing
11:4
pride
16:14,25
17:23
privilege
16:21 17:11,
12 18:5
probably
10:13
problem
3:15 20:5
process
6:17 7:1,7,8
15:8 20:10
21:18,19
proof
2:2
proper
12:20
prosecute
10:8 11:12,17
prosecuted
10:2
prosecuting
11:18,19
protect
12:5 17:25
18:15
protecting
19:16

protection
19:24
protects
18:16
proud
12:4 15:5
16:13
provided
8:16 9:9 16:6
provision
8:19
provisional
2:17
public
23:5,21
purple
16:13
purpose
11:6 18:16,22
put
7:3 17:23
18:13

**Q**

qualified
9:24
question
2:9,10 4:3
9:7 11:8
20:10 22:1
questions
18:24
quote
5:4 6:1

**R**

race
20:21
rail
5:18
raise
16:4

raised
15:22

rapists
11:18

Reading
1:11 2:21

real
5:11 10:7

really
9:12 14:24
16:3 20:1,6,
12,15

reason
7:22,25 10:2

receive
9:16

received
9:1,18

recognizes
2:3 3:1 6:9
8:12,24 15:25
21:14,15

record
22:3

reference
3:18

referring
19:9

refrain
5:8

refused
4:9

registered
2:16 10:24

registering
19:11

registration
2:15 3:24 4:6
9:14,22,23
10:16 13:5,8,
12,13,16,18,

20 23:24

regular
2:18

related
23:10

relating
2:1

relative
23:12

remember
20:2 21:17

reporter
23:4,20

Representati
ve
2:4,5 3:3,5
5:20 6:10
8:13,14,25
11:7,10,11,
14 12:6 13:1
14:2,5,15,23
15:13,19 16:1
18:20,23
19:1,3,7,17,
20 20:14,17
21:1,6,11,
13,16,22

REPRESENTATI
VES
1:9

represented
12:12

Republicans
19:15

required
2:17

requiring
2:2

research
9:1

reside

3:19

resources
11:17

retired
15:20

returned
9:21

review
7:20,24 8:2

rich
19:23

right
4:2,6,22,24
5:2 6:6,23
11:24 12:3,5
13:2 15:12
16:11,18
17:25 20:9

Rights
6:14 8:6,8
18:18

ring
22:4

rise
6:12

risk
5:1

risked
15:11

risking
16:16

rolls
9:11,14,15
10:1

room
20:9

─── S ───

sacrifice
17:7

safe
18:3

safer
11:25

sake
6:2

saw
16:13

saying
13:10 18:14

school
3:20,22

seal
23:16

second
9:15

secure
18:4,8,18
19:16 20:11

security
16:25

see
4:14 7:20
13:11

seeking
5:7

selected
9:14

send
4:25

service
12:7 15:7,9

session
2:7 16:2
19:13

sets
18:16

share
5:3

sheltered
4:21

shooting

16:17

shorthand
23:4,20

show
2:13 13:16
18:1 19:11
22:5

showed
10:19

shows
19:9

sign
12:20

simple
9:13

sincere
3:11

sir
19:1

sitting
16:16

situation
17:4

slight
21:2

Solutions
23:24

somebody
18:4 21:10

sorry
18:21

sort
12:21

speak
6:12

SPEAKER
2:3,5,23 3:4
5:17 6:9,11
8:12,15,24,
25 11:3,6,9
15:22 16:2

House Floor Debate, 3rd Reading                April 24, 2007

18:21,22,25
19:2 21:14,
16,22,23,24

**spending**
12:1

**standard**
18:16

**standards**
18:13

**start**
16:3 17:2

**state**
2:23 10:11,
20,21,24 11:1
13:2,3,24
14:12 17:23,
25 18:8,14
20:20,22 21:7
23:1,5,21

**stated**
23:6

**States**
6:24 12:4
14:3,6,8,10

**status**
19:21

**stealing**
18:4

**step**
11:1

**stolen**
21:9

**stood**
10:18

**stop**
3:12

**straighten**
4:9

**strings**
17:13

**strongly**

4:25

**SUBSCRIBED**
23:16

**summons**
9:16

**sure**
2:19 8:19
15:13 18:7
20:24 21:8

**surprise**
14:16

**surprised**
14:21

**sustained**
15:24

**swear**
5:25

**SWORN**
23:16

**system**
10:9 13:4,19
16:9 18:11

_____ **T** _____

**take**
5:17 13:12,14
14:25 15:3,5,
10 18:9 20:21

**taken**
15:24 19:4,8
23:11

**takes**
11:24 17:7

**talk**
4:12,13

**talked**
6:15,22

**talks**
6:16

**teach**
17:17,19

**tell**

20:12

**telling**
12:21 21:1

**testify**
12:9,15

**Texan**
19:24

**Texans**
6:7 8:20
16:3,25 19:4
20:12

**TEXAS**
1:9 6:24 7:19
8:2 10:13,20,
22,24 11:2,5
13:3,22,23
14:1,11,13
16:20 18:8
23:1,5,21

**Thank**
2:22 3:3 6:10
8:11,14,23
16:1 21:11,
13,21

**themselves**
12:12 15:4

**thing**
2:8 12:8,21
13:2 14:7,25

**things**
3:21 14:24

**think**
2:19 6:13
7:17 10:18
11:12 12:8
14:15,20
15:6,15 16:2,
15,24 19:8
21:4

**thoroughly**
2:6

**thought**

19:5

**three**
6:17,18

**TIME**
1:13 2:25
9:25 10:5,6
12:23 15:23
16:2

**times**
17:18 20:19

**today**
8:10 11:3
13:4 17:9
20:9,10

**told**
3:25 13:11

**totally**
19:21,22

**toward**
13:21

**tradition**
10:13

**TRANSCRIBED**
1:15

**true**
23:6

**truly**
3:10

**try**
4:15 12:24
17:16

**turnout**
14:8,11,14

**two**
2:14 9:13
13:15

**type**
19:23

_____ **U** _____

**U.S**
9:18

**under**
2:13 23:16

**undersigned**
23:4

**understand**
17:18

**understood**
2:20

**unintentiona
lly**
20:25

**United**
6:24 12:3

**usual**
3:23

_____ **V** _____

**value**
17:7,21,23
18:7,11

**values**
6:6

**VEASEY**
21:22,24

**verification**
13:8

**verify**
12:19 13:4,19

**veterans**
15:14,19
16:9,22 17:6
18:18

**Vietnam**
12:2

**view**
3:15

**voice**
16:8

**vote**
2:13,17,18
3:22,25 4:7,

TX_00212624

House Floor Debate, 3rd Reading                    April 24, 2007

32

23 5:2 6:5,6,
23,24 7:1,3
8:9,22 9:24
11:2,4,24,25
12:3,21 13:9
15:12 16:8,
11,15,19
17:8,25 18:3,
7,12 19:16
20:1,24 21:4,
8,9,17 22:3,
4,6
**voted**
9:25 12:25
22:8
**voter**
2:2,15,16
3:12,14,17,
24 4:5 8:17
9:2,6,14,21,
23 10:9,10,
11,12,15,16
11:1,4,12,
13,22 13:5,8,
12,13,16,17,
20,21,23,25
14:8,11,13,
18 19:5 21:2
**voters**
7:6 10:24
12:19 18:14
19:10,11
**voters'**
21:19
**votes**
20:12,15,16,
18,20,23
**voting**
3:14,23 6:7,
14 7:16,17,18
8:6,8 9:4,5
10:12 12:11
14:11 15:3,6
17:1,23 21:18

22:10

─────────
**W**

**walk**
17:15
**walks**
17:3,5
**want**
2:23 3:9,13
16:3,4 17:23
18:9,10,11
19:15
**wanted**
2:19
**wants**
17:17 19:24
**war**
16:6
**Washington**
7:24 8:2,5,6,
7
**watching**
18:14
**water**
13:14 15:1
**way**
6:25 7:2 9:12
13:24 20:23
**ways**
6:18
**we'll**
8:1
**went**
4:2 16:15
**we're**
8:3 12:6
**we've**
16:7 17:12
**whatsoever**
9:3
**whether**
7:24 13:4,19

**white**
11:22
**witness**
12:10
**witnessing**
12:14
**word**
15:2
**words**
5:3
**worked**
3:7 12:17
**workers**
12:16
**world**
12:2 13:7
16:7
**wounded**
15:7,9
**wreath**
5:10
**wrong**
7:9 15:17

─────────
**Y**

**year**
19:12
**years**
8:5,7 10:13
12:1 16:6
20:2
**yesterday**
2:6 6:13,15,
22 8:3 10:19,
25 13:11
14:24 15:7
16:12
**yield**
11:8,9,10
18:24,25
21:23
**yielded**

21:25
**yields**
19:2

─────────
**1**

11458.5
1:13
**12**
10:23
**12-31-2013**
23:23
**14**
10:19
14402.0
1:13
**18**
10:22
**1990s**
10:5
**1st**
19:12

─────────
**2**

**2**
8:19 22:9
**2012**
1:15 23:17
**218**
2:1 11:4
22:2,10
**24**
1:15
**25th**
23:17

─────────
**3**

**3**
23:24
**3.9**
10:21
**3022**
23:23

333302
1:1
**3rd**
1:11 2:21

─────────
**4**

**4/24/07**
1:11
**4000**
9:8,18,22
11:17
**44.3**
14:12
**4th**
19:13

─────────
**5**

**5-10-2012**
23:22

─────────
**6**

**69**
22:9

─────────
**7**

**70**
14:11
**76**
22:9

─────────
**8**

**84**
9:24
**87**
19:10,13 21:7

─────────
**9**

**90**
19:13
**91**
19:10,14
**95**
19:9,14

JA_008002

# HOUSE JOURNAL

EIGHTIETH LEGISLATURE, REGULAR SESSION

### PROCEEDINGS

SIXTY-FIRST DAY — TUESDAY, APRIL 24, 2007

The house met at 10 a.m. and, at the request of the speaker, was called to order by Representative Farabee.

The roll of the house was called and a quorum was announced present (Record 620).

Present — Mr. Speaker; Allen; Alonzo; Anchia; Anderson; Aycock; Bailey; Berman; Bohac; Bolton; Bonnen; Branch; Brown, B.; Brown, F.; Burnam; Callegari; Castro; Chavez; Chisum; Christian; Cohen; Coleman; Cook, B.; Cook, R.; Corte; Crabb; Creighton; Crownover; Darby; Davis, J.; Davis, Y.; Delisi; Deshotel; Driver; Dukes; Dunnam; Dutton; Eiland; Eissler; Elkins; England; Escobar; Farabee; Farias; Farrar; Flores; Flynn; Frost; Gallego; Garcia; Gattis; Geren; Giddings; Gonzales; Gonzalez Toureilles; Goolsby; Guillen; Haggerty; Hamilton; Hancock; Hardcastle; Harless; Harper-Brown; Hartnett; Heflin; Hernandez; Herrero; Hilderbran; Hill; Hochberg; Hodge; Homer; Hopson; Howard, C.; Howard, D.; Hughes; Isett; Jackson; Jones; Keffer; King, P.; King, S.; King, T.; Kolkhorst; Krusee; Kuempel; Latham; Laubenberg; Leibowitz; Lucio; Macias; Madden; Mallory Caraway; Martinez; Martinez Fischer; McCall; McClendon; McReynolds; Menendez; Merritt; Miles; Miller; Morrison; Mowery; Murphy; Naishtat; Noriega; O'Day; Oliveira; Olivo; Orr; Ortiz; Otto; Parker; Patrick; Paxton; Peña; Phillips; Pickett; Pierson; Pitts; Puente; Quintanilla; Raymond; Riddle; Ritter; Rodriguez; Rose; Smith, T.; Smith, W.; Smithee; Solomons; Strama; Straus; Swinford; Talton; Taylor; Thompson; Truitt; Turner; Van Arsdale; Vaught; Veasey; Villarreal; Vo; West; Woolley; Zedler; Zerwas.

Absent, Excused — Moreno.

The invocation was offered by Reverend Jimmy Drennan, St. Paul Catholic Church, San Antonio, as follows:

Loving and Faithful God, we turn to you on this morning and begin by acknowledging how wonderful and generous you are. We thank you for the gift of life and the boundless resources you provide our world. As we gather this day to contemplate the choices we will make, we choose to first pray for the needs of others. We pray for an end to the violence and war that plague our world. We pray for the soldiers from all countries who have been summoned to fight for peace and justice. We pray for those who have given their lives in combat and for all victims of war. May we soon find lasting peace.

Faithful God, we still pray for the victims of the Virginia Tech shooting, for those who died, those who are healing, and those who are struggling to put their lives back in order. Give courage and strength to each of them and assist us all in the healing so needed in our country.

Lord and God, we now direct our prayers to the elected officials of our state—these representatives who gather this day to make choices for the needs of all people in our state. Inspire them not to focus on a few but on the whole. Give them limitless sight and age-old wisdom to realize we must step back and view the whole tapestry of our state, our needs and hopes, our strength and weakness, our young and old, our native born and our immigrant, to appreciate and serve the needs of everyone.

Give them understanding to realize the choices they make this day and everyday may provide the opportunity for a child to be born, a family to obtain a home, a high school graduate to attend college, a single mother to earn a living wage, an elderly Texan to die with dignity. Give them the ability to understand the value and weight of each choice they make—so profound they may approach every choice as if it were the first choice, the last choice, and the only choice they will ever make in their legislative career.

Your blessings we ask upon their work, the blessings of the God who created us, the God who redeemed us, and the God who sanctifies us, both now and forever and ever. Amen.

The chair recognized Representative Martinez Fischer who led the house in the pledges of allegiance to the United States and Texas flags.

### LEAVE OF ABSENCE GRANTED

The following member was granted leave of absence for today and the remainder of the week because of illness:

Moreno on motion of Escobar.

### CAPITOL PHYSICIAN

The chair recognized Representative Kolkhorst who presented Dr. Henry Boehm of Brenham as the "Doctor for the Day."

The house welcomed Dr. Boehm and thanked him for his participation in the Physician of the Day Program sponsored by the Texas Academy of Family Physicians.

(Speaker in the chair)

### MESSAGE FROM THE SENATE

A message from the senate was received at this time (see the addendum to the daily journal, Messages from the Senate, Message No. 1).

### HR 1615 - ADOPTED
### (by Martinez Fischer)

Representative Martinez Fischer moved to suspend all necessary rules to take up and consider at this time **HR 1615**.

The motion prevailed.

The following resolution was laid before the house:

**HR 1615**, Recognizing Father Jimmy David Drennan for his service as Pastor of the Day on April 24, 2007.

**HR 1615** was read and was adopted.

(D. Howard in the chair)

### LEAVE OF ABSENCE GRANTED

The following member was granted leave of absence temporarily for today because of important business in the district:

Branch on motion of Straus.

### BILLS AND RESOLUTIONS SIGNED BY THE SPEAKER

Notice was given at this time that the speaker had signed bills and resolutions in the presence of the house (see the addendum to the daily journal, Signed by the Speaker, House List No. 25).

### HR 369 - ADOPTED
### (by Berman)

Representative Berman moved to suspend all necessary rules to take up and consider at this time **HR 369**.

The motion prevailed.

The following resolution was laid before the house:

**HR 369**, Congratulating The University of Texas at Tyler baseball team on winning a Jostens/National Association of Division III Athletic Administrators Community Service Award.

**HR 369** was read and was adopted.

On motion of Representatives Merritt and Hopson, the names of all the members of the house were added to **HR 369** as signers thereof.

(Hardcastle in the chair)

### INTRODUCTION OF GUESTS

The chair recognized Representative Berman who introduced players of The University of Texas at Tyler baseball team.

### HR 1607 - ADOPTED
### (by Hodge)

Representative Hodge moved to suspend all necessary rules to take up and consider at this time **HR 1607**.

The motion prevailed.

The following resolution was laid before the house:

**HR 1607**, Honoring boxer Angelica "Angel" Martinez of Dallas.

**HR 1607** was read and was adopted.

On motion of Representative McClendon, the names of all the members of the house were added to **HR 1607** as signers thereof.

### INTRODUCTION OF GUESTS

The chair recognized Representative Hodge who introduced Angelica "Angel" Martinez, her mother Enriqueta Martinez, and Lindsay Throp.

### HR 1654 - ADOPTED
### (by Patrick)

Representative Patrick moved to suspend all necessary rules to take up and consider at this time **HR 1654**.

The motion prevailed.

The following resolution was laid before the house:

**HR 1654**, Welcoming graduate students and faculty from The University of Texas at Arlington to the State Capitol.

**HR 1654** was adopted.

### INTRODUCTION OF GUESTS

The chair recognized Representative Patrick who introduced faculty from The University of Texas at Arlington.

### REGULAR ORDER OF BUSINESS SUSPENDED

On motion of Representative Kuempel and by unanimous consent, the reading and referral of bills was postponed until just prior to adjournment.

### HR 15 - READ
### (by Callegari)

The chair laid out and had read the following previously adopted resolution:

**HR 15**, In memory of Walter Max Mischer of Houston.

### HR 15 - MOTION TO ADD NAMES

On motion of Representative Gallego, the names of all the members of the house were added to **HR 15** as signers thereof.

### INTRODUCTION OF GUESTS

The chair recognized Representative Callegari who introduced family members of Walter Max Mischer.

### HCR 168 - ADOPTED
### (by Strama)

Representative Strama moved to suspend all necessary rules to take up and consider at this time **HCR 168**.

The motion prevailed.

The following resolution was laid before the house:

**HCR 168**, Extending appreciation to the professionals of the juvenile probation system on Texas Juvenile Probation Day at the State Capitol.

**HCR 168** was adopted.

## POSTPONED BUSINESS

The following bills were laid before the house as postponed business:

### CSHB 1443 ON SECOND READING
### (by J. Davis)

**CSHB 1443**, A bill to be entitled An Act relating to restrictions on the interchange of transplant immunosuppressant drugs.

**CSHB 1443** was read second time on April 18 and was postponed until 2 p.m. April 23.

Representative J. Davis moved to postpone consideration of **CSHB 1443** until 9 a.m. Friday, April 27.

The motion prevailed.

### HB 1556 ON SECOND READING
### (by Pickett)

**HB 1556**, A bill to be entitled An Act relating to the management of certain public land.

**HB 1556** was read second time on March 20, postponed until March 26, postponed until April 17, and was again postponed until 10 a.m. today.

Representative Pickett moved to postpone consideration of **HB 1556** until 10 a.m. Tuesday, May 8.

The motion prevailed.

### CSSB 370 ON SECOND READING
### (Eissler - House Sponsor)

**CSSB 370**, A bill to be entitled An Act relating to a school district employee's immunity from liability and responsibility for certain materials.

**CSSB 370** was considered in lieu of **CSHB 974**.

**CSSB 370** was read second time and was passed to third reading. (In accordance with House Rule 5, Section 51(b), every member present must have favored passage of the measure, but any member may register their position with the journal clerk. No members registered their position on this measure.)

### CSHB 974 - LAID ON THE TABLE SUBJECT TO CALL

Representative Eissler moved to lay **CSHB 974** on the table subject to call.

The motion prevailed.

## MAJOR STATE CALENDAR
## HOUSE BILLS
## THIRD READING

The following bills were laid before the house and read third time:

(Isett in the chair)

### HB 218 ON THIRD READING
### (by B. Brown, Berman, Bohac, Riddle, et al.)

**HB 218**, A bill to be entitled An Act relating to requiring a voter to present proof of identification.

(Speaker in the chair)

A record vote was requested.

**HB 218** was passed by (Record 621): 76 Yeas, 69 Nays, 2 Present, not voting.

Yeas — Anderson; Aycock; Berman; Bohac; Bonnen; Brown, B.; Brown, F.; Callegari; Chisum; Christian; Cook, B.; Corte; Crabb; Crownover; Darby; Davis, J.; Delisi; Driver; Eissler; Elkins; England; Flynn; Gattis; Geren; Goolsby; Haggerty; Hamilton; Hancock; Hardcastle; Harless; Harper-Brown; Hartnett; Hilderbran; Hill; Howard, C.; Hughes; Isett; Jackson; Keffer; King, P.; King, S.; Kolkhorst; Krusee; Kuempel; Latham; Laubenberg; Macias; Madden; McCall; Miller; Morrison; Mowery; Murphy; O'Day; Orr; Otto; Parker; Patrick; Paxton; Phillips; Pitts; Riddle; Smith, T.; Smith, W.; Smithee; Solomons; Straus; Swinford; Talton; Taylor; Truitt; Van Arsdale; West; Woolley; Zedler; Zerwas.

Nays — Allen; Alonzo; Anchia; Bailey; Bolton; Burnam; Castro; Chavez; Cohen; Coleman; Cook, R.; Davis, Y.; Deshotel; Dukes; Dunnam; Dutton; Eiland; Escobar; Farabee; Farias; Farrar; Frost; Gallego; Garcia; Giddings; Gonzales; Gonzalez Toureilles; Guillen; Heflin; Hernandez; Herrero; Hochberg; Hodge; Homer; Hopson; Howard, D.; Jones; King, T.; Leibowitz; Lucio; Mallory Caraway; Martinez; Martinez Fischer; McClendon; McReynolds; Menendez; Merritt; Miles; Naishtat; Noriega; Oliveira; Olivo; Ortiz; Peña; Pickett; Pierson; Puente; Quintanilla; Raymond; Ritter; Rodriguez; Rose; Strama; Thompson; Turner; Vaught; Veasey; Villarreal; Vo.

Present, not voting — Mr. Speaker(C); Flores.

Absent, Excused — Branch; Moreno.

Absent — Creighton.

### PAIRED VOTES

Flores (present), who would vote no, with Branch (absent), who would vote yes.

## STATEMENT OF VOTE

When Record No. 621 was taken, I was in the house but away from my desk. I would have voted yes.

Creighton

## GENERAL STATE CALENDAR
## SENATE BILLS
## THIRD READING

The following bills were laid before the house and read third time:

### SB 740 ON THIRD READING
### (Driver, Latham, et al. - House Sponsors)

**SB 740**, A bill to be entitled An Act relating to personnel records of commissioned officers of the Department of Public Safety of the State of Texas.

A record vote was requested.

**SB 740** was passed by (Record 622): 144 Yeas, 0 Nays, 1 Present, not voting.

Yeas — Allen; Alonzo; Anchia; Anderson; Aycock; Bailey; Berman; Bohac; Bolton; Bonnen; Brown, B.; Brown, F.; Burnam; Callegari; Castro; Chavez; Chisum; Christian; Cohen; Coleman; Cook, B.; Cook, R.; Corte; Crabb; Creighton; Crownover; Darby; Davis, J.; Davis, Y.; Delisi; Deshotel; Driver; Dukes; Dunnam; Dutton; Eiland; Eissler; Elkins; England; Escobar; Farabee; Farias; Farrar; Flores; Flynn; Frost; Gallego; Gattis; Geren; Giddings; Gonzales; Gonzalez Toureilles; Goolsby; Guillen; Haggerty; Hamilton; Hancock; Hardcastle; Harless; Harper-Brown; Hartnett; Heflin; Hernandez; Herrero; Hilderbran; Hill; Hochberg; Hodge; Homer; Hopson; Howard, D.; Hughes; Isett; Jackson; Jones; Keffer; King, P.; King, S.; King, T.; Kolkhorst; Krusee; Kuempel; Latham; Laubenberg; Leibowitz; Lucio; Macias; Madden; Mallory Caraway; Martinez; Martinez Fischer; McCall; McClendon; McReynolds; Menendez; Merritt; Miles; Miller; Morrison; Mowery; Murphy; Naishtat; Noriega; O'Day; Oliveira; Olivo; Orr; Ortiz; Otto; Parker; Patrick; Paxton; Peña; Phillips; Pickett; Pitts; Puente; Quintanilla; Raymond; Riddle; Ritter; Rodriguez; Rose; Smith, T.; Smith, W.; Smithee; Solomons; Strama; Straus; Swinford; Talton; Taylor; Thompson; Truitt; Turner; Van Arsdale; Vaught; Veasey; Villarreal; Vo; West; Woolley; Zedler; Zerwas.

Present, not voting — Mr. Speaker(C).

Absent, Excused — Branch; Moreno.

Absent — Garcia; Howard, C.; Pierson.

## STATEMENT OF VOTE

When Record No. 622 was taken, I was in the house but away from my desk. I would have voted yes.

Garcia

### SB 657 ON THIRD READING
### (Puente - House Sponsor)

**SB 657**, A bill to be entitled An Act relating to the threshold amount at which certain water districts are required to solicit competitive bids before awarding certain contracts and to the ability of such districts to enter those contracts.

A record vote was requested.

**SB 657** was passed by (Record 623): 145 Yeas, 0 Nays, 1 Present, not voting.

Yeas — Allen; Alonzo; Anchia; Anderson; Aycock; Bailey; Berman; Bohac; Bolton; Bonnen; Brown, B.; Brown, F.; Burnam; Callegari; Castro; Chavez; Chisum; Christian; Cohen; Coleman; Cook, B.; Cook, R.; Corte; Crabb; Creighton; Crownover; Darby; Davis, J.; Davis, Y.; Delisi; Deshotel; Driver; Dukes; Dunnam; Dutton; Eiland; Eissler; Elkins; England; Escobar; Farabee; Farias; Farrar; Flores; Flynn; Frost; Gallego; Garcia; Gattis; Geren; Giddings; Gonzales; Gonzalez Toureilles; Goolsby; Guillen; Haggerty; Hamilton; Hancock; Hardcastle; Harless; Harper-Brown; Hartnett; Heflin; Hernandez; Herrero; Hilderbran; Hill; Hochberg; Homer; Hopson; Howard, C.; Howard, D.; Hughes; Isett; Jackson; Jones; Keffer; King, P.; King, S.; King, T.; Kolkhorst; Krusee; Kuempel; Latham; Laubenberg; Leibowitz; Lucio; Macias; Madden; Mallory Caraway; Martinez; Martinez Fischer; McCall; McClendon; McReynolds; Menendez; Merritt; Miles; Miller; Morrison; Mowery; Murphy; Naishtat; Noriega; O'Day; Oliveira; Olivo; Orr; Ortiz; Otto; Parker; Patrick; Paxton; Peña; Phillips; Pickett; Pitts; Puente; Quintanilla; Raymond; Riddle; Ritter; Rodriguez; Rose; Smith, T.; Smith, W.; Smithee; Solomons; Strama; Straus; Swinford; Talton; Taylor; Thompson; Truitt; Turner; Van Arsdale; Vaught; Veasey; Villarreal; Vo; West; Woolley; Zedler; Zerwas.

Present, not voting — Mr. Speaker(C).

Absent, Excused — Branch; Moreno.

Absent — Hodge; Pierson.

### LEAVE OF ABSENCE GRANTED

The following member was granted leave of absence for the remainder of today because of important business in the district:

Menendez on motion of Pickett.

### GENERAL STATE CALENDAR
### HOUSE BILLS
### THIRD READING

The following bills were laid before the house and read third time:

## HB 2136 ON THIRD READING
### (by Hancock, et al.)

**HB 2136**, A bill to be entitled An Act relating to public disclosure of student referrals for services made by counselors in public schools.

A record vote was requested.

**HB 2136** was passed by (Record 624): 73 Yeas, 62 Nays, 3 Present, not voting.

Yeas — Anderson; Aycock; Berman; Bohac; Bonnen; Brown, B.; Brown, F.; Callegari; Chisum; Christian; Cook, B.; Corte; Crabb; Creighton; Crownover; Darby; Delisi; Deshotel; Driver; Eissler; Elkins; Flores; Flynn; Gattis; Haggerty; Hamilton; Hancock; Hardcastle; Hartnett; Heflin; Hilderbran; Howard, C.; Hughes; Isett; Jackson; Keffer; King, P.; Kolkhorst; Krusee; Latham; Laubenberg; Macias; Madden; McCall; McClendon; Merritt; Miller; Morrison; Mowery; Murphy; O'Day; Orr; Otto; Parker; Patrick; Paxton; Pickett; Pitts; Riddle; Ritter; Smith, T.; Smith, W.; Smithee; Solomons; Swinford; Talton; Taylor; Truitt; Van Arsdale; West; Woolley; Zedler; Zerwas.

Nays — Allen; Alonzo; Anchia; Bolton; Burnam; Castro; Chavez; Cohen; Coleman; Cook, R.; Davis, Y.; Dunnam; Dutton; Eiland; England; Escobar; Farabee; Farias; Farrar; Frost; Gallego; Garcia; Geren; Giddings; Gonzales; Gonzalez Toureilles; Goolsby; Guillen; Harless; Hernandez; Herrero; Hochberg; Hodge; Hopson; Howard, D.; Jones; King, T.; Leibowitz; Lucio; Mallory Caraway; Martinez; Martinez Fischer; McReynolds; Miles; Naishtat; Oliveira; Olivo; Ortiz; Peña; Phillips; Pierson; Puente; Quintanilla; Raymond; Rodriguez; Strama; Straus; Thompson; Turner; Veasey; Villarreal; Vo.

Present, not voting — Mr. Speaker(C); Harper-Brown; Homer.

Absent, Excused — Branch; Menendez; Moreno.

Absent — Bailey; Davis, J.; Dukes; Hill; King, S.; Kuempel; Noriega; Rose; Vaught.

## STATEMENTS OF VOTE

When Record No. 624 was taken, I was in the house but away from my desk. I would have voted no.

Dukes

I was shown voting yes on Record No. 624. I intended to vote no.

Flores

I was shown voting present, not voting on Record No. 624. I intended to vote no.

Homer

When Record No. 624 was taken, my vote failed to register. I would have voted no.

S. King

When Record No. 624 was taken, I was temporarily out of the house chamber. I would have voted yes.

Kuempel

I was shown voting yes on Record No. 624. I intended to vote no.

McClendon

When Record No. 624 was taken, I was in the house but away from my desk. I would have voted no.

Rose

## POSTPONED BUSINESS

The following bills were laid before the house as postponed business:

### CSSB 277 ON SECOND READING
### (Harper-Brown - House Sponsor)

**CSSB 277**, A bill to be entitled An Act relating to the use in an advertisement of a name or picture of a member of the United States armed forces or the state military forces; providing a criminal penalty.

**CSSB 277** was considered in lieu of **CSHB 331**.

**CSSB 277** was read second time and was passed to third reading. (In accordance with House Rule 5, Section 51(b), every member present must have favored passage of the measure, but any member may register their position with the journal clerk. No members registered their position on this measure.)

### CSHB 331 - LAID ON THE TABLE SUBJECT TO CALL

Representative Harper-Brown moved to lay **CSHB 331** on the table subject to call.

The motion prevailed.

### MAJOR STATE CALENDAR
### HOUSE BILLS
### SECOND READING

The following bills were laid before the house and read second time:

### CSHB 3140 ON SECOND READING
### (by Flynn, B. Cook, Truitt, Kolkhorst, McClendon, et al.)

**CSHB 3140**, A bill to be entitled An Act relating to the review and functions of the Veterans' Land Board.

**CSHB 3140** was passed to engrossment. (In accordance with House Rule 5, Section 51(b), every member present must have favored passage of the measure, but any member may register their position with the journal clerk. No members registered their position on this measure.)

JA_008012

### HB 3249 ON SECOND READING
### (by Truitt, B. Cook, McClendon, Kolkhorst, and Flynn)

**HB 3249**, A bill to be entitled An Act relating to the powers and duties of, and the entities reviewed by, the Sunset Advisory Commission.

**Amendment No. 1**

Representative Truitt offered the following amendment to **HB 3249**:

Amend **HB 3249** by adding the following ARTICLE, appropriately numbered, and renumbering the subsequent ARTICLES and SECTIONS of the bill accordingly:

ARTICLE ____. ENTITY GIVEN 2009 SUNSET DATE

SECTION ____.01. PARKS AND WILDLIFE DEPARTMENT. Section 11.0111, Parks and Wildlife Code, is amended to read as follows:

Sec. 11.0111. SUNSET PROVISION. The Parks and Wildlife Department is subject to Chapter 325, Government Code (Texas Sunset Act). Unless continued in existence as provided by that chapter, the department is abolished September 1, 2009 [2013].

Amendment No. 1 was adopted.

**HB 3249**, as amended, was passed to engrossment. (In accordance with House Rule 5, Section 51(b), every member present must have favored passage of the measure, but any member may register their position with the journal clerk. No members registered their position on this measure.)

### GENERAL STATE CALENDAR
### HOUSE BILLS
### SECOND READING

The following bills were laid before the house and read second time:

### CSHB 2605 ON SECOND READING
### (by Hochberg, Woolley, and Hernandez)

**CSHB 2605**, A bill to be entitled An Act relating to the existence of a common nuisance on premises for which certain alcoholic beverage permits or licenses are held or sought.

**CSHB 2605** was passed to engrossment. (In accordance with House Rule 5, Section 51(b), every member present must have favored passage of the measure, but any member may register their position with the journal clerk. No members registered their position on this measure.)

### CSHB 1439 ON SECOND READING
### (by Chisum)

**CSHB 1439**, A bill to be entitled An Act relating to authorizing the Texas Department of Public Safety to establish a driver record monitoring pilot program and enter into contracts for the periodic reporting of certain information in the department's driver's license files; providing penalties.

### CSHB 1439 - POINT OF ORDER

Representative Dunnam raised a point of order against further consideration of **CSHB 1439** under Rule 4, Section 18(c) of the House Rules on the grounds that the committee minutes are incorrect.

The point of order was withdrawn.

Representative Chisum moved to postpone consideration of **CSHB 1439** until the end of today's calendar.

The motion prevailed.

### HB 461 ON SECOND READING
### (by Miller, Kolkhorst, Hughes, Anderson, R. Cook, et al.)

**HB 461**, A bill to be entitled An Act relating to prohibiting mandatory participation in an animal identification system.

Representative Miller moved to postpone consideration of **HB 461** until the end of today's calendar.

The motion prevailed.

### HB 1355 ON SECOND READING
### (by Gattis, Anchia, Naishtat, Delisi, Rose, et al.)

**HB 1355**, A bill to be entitled An Act relating to dog attacks on persons; creating an offense.

**Amendment No. 1**

Representative Gattis offered the following amendment to **HB 1355**:

Amend **HB 1355** (House Committee Report) on page 3, by striking lines 22 through 25 and substituting the following:

(e) It is a defense to prosecution under Section 822.005(a) that the person attacked by the dog was at the time of the attack engaged in conduct prohibited by Chapters 19, 20, 21, 22, 28, 29, and 30, Penal Code.

Amendment No. 1 was adopted.

**Amendment No. 2**

Representative Gattis offered the following amendment to **HB 1355**:

Amend **HB 1355** (House Committee Report) by adding the following appropriately numbered SECTION to the bill and renumbering subsequent SECTIONS of the bill accordingly:

SECTION ____. Subchapter A, Chapter 822, Health and Safety Code, is amended by adding Section 822.0011 to read as follows:

Sec. 822.0011. APPLICATION TO CERTAIN PROPERTY. For purposes of this subchapter, a person's property includes property the person is entitled to possess or occupy under a lease or other agreement.

Amendment No. 2 was adopted.

**Amendment No. 3**

Representative Miles offered the following amendment to **HB 1355**:

Amend **HB 1355** (House Committee Report) on page 1, line 5, following the period, by inserting "This Act is also dedicated to the memory of Mrs. Fannie Pearl Pharms, Ms. Cheryl Marie Floyd, and all other victims of unprovoked dog attacks."

Amendment No. 3 was adopted.

**Amendment No. 4**

Representative Gattis offered the following amendment to **HB 1355**:

Amend **HB 1355** (House Committee Report) on page 3, line 2, between "veterinarian," and "a peace", by inserting "a veterinary clinic employee,".

Amendment No. 4 was adopted.

### HB 1355 - STATEMENT OF LEGISLATIVE INTENT

REPRESENTATIVE GOOLSBY: Mr. Gattis, I've had over 100 calls and letters concerning this bill, and most of them have been on the first bite. They use the term, "their Pekinese," or "their little puppy." Are those bites, the first bites, are they considered those will be under a $10,000 fine?

REPRESENTATIVE GATTIS: No, sir. This bill is very narrowly crafted to consider only those most egregious of dog attacks that we think of, those which seriously maim or kill somebody. And so let's say you're riding your bicycle down the street and a dog comes out and bites you on the heel. Even if it drew blood, from that scenario, it would not really fall under this bill. What we're talking about is that type of injury that talks about ripping of flesh, tearing of muscle, would cause somebody to possibly, potentially face death, and would have to go to the hospital because of that. That's the type of injuries that we are talking about. It's defined well in the bill, or death itself. And so we didn't want to criminalize every dog bite, we want to take care of these most serious things that are happening across our state, and I appreciate your question.

GOOLSBY: Okay, so Mr. Gattis, it's obvious I have a lot of small dog lovers, and I'm one of them, in my district. So I can go back and tell them that your answer is no, that they will not be prosecuted for a $10,000 fine?

GATTIS: This does not affect those, a puppy nip or somebody or something along those lines, a small bite, this is not going to make them subject to anything. What we're talking about, and where this most often comes into play, is we're talking about a dog along the lines of a pit bull, or a rottweiler, or something like that, attacking somebody to where they're in fear of their life scenario or situation.

### REMARKS ORDERED PRINTED

Representative Goolsby moved to print remarks between Representative Gattis and Representative Goolsby.

The motion prevailed.

**HB 1355**, as amended, was passed to engrossment. (In accordance with House Rule 5, Section 51(b), every member present must have favored passage of the measure, but any member may register their position with the journal clerk. Members registering votes are as follows: Laubenberg recorded voting no.)

### HR 1625 - ADOPTED
#### (by Flores)

Representative Flores moved to suspend all necessary rules to take up and consider at this time **HR 1625**.

The motion prevailed.

The following resolution was laid before the house:

**HR 1625**, Recognizing April 24, 2007, as Texas Charity Day at the State Capitol.

**HR 1625** was adopted.

### HB 4062 ON SECOND READING
#### (by Miller)

**HB 4062**, A bill to be entitled An Act relating to certain administrative duties and responsibilities of the Department of Agriculture.

#### Amendment No. 1

Representative Miller offered the following amendment to **HB 4062**:

Amend **HB 4062** (House committee printing) on page 1, line 7, by striking "shall" and substituting "may".

Amendment No. 1 was adopted.

**HB 4062**, as amended, was passed to engrossment. (In accordance with House Rule 5, Section 51(b), every member present must have favored passage of the measure, but any member may register their position with the journal clerk. No members registered their position on this measure.)

### CSHB 1196 ON SECOND READING
#### (by Kolkhorst, Parker, et al.)

**CSHB 1196**, A bill to be entitled An Act relating to restrictions on the use of certain public subsidies.

#### Amendment No. 1

Representative Kolkhorst offered the following amendment to **CSHB 1196**:

Amend **CSHB 1196** as follows:

(1) On page 1, line 22, strike "bonds,".

(2) On page 3, line 22, between "business" and the period, insert ", or by a person with whom the business contracts".

Amendment No. 1 was adopted.

**Amendment No. 2**

Representative Anchia offered the following amendment to **CSHB 1196**:

Amend **CSHB 1196** on page 2, line 24, by striking "Section 1324a" and substituting "Section 1324a(f)".

Amendment No. 2 was adopted.

**Amendment No. 3**

Representative Herrero offered the following amendment to **CSHB 1196**:

Amend **CSHB 1196** as follows:

(1) On page 2, strike line 4, and substitute the following:

(4) "Undocumented worker" means an individual who, at the

(2) On page 2, line 12, strike "UNAUTHORIZED ALIENS" and substitute "UNDOCUMENTED WORKERS".

(3) On page 2, line 19, strike "unauthorized alien" and substitute "undocumented worker".

Amendment No. 3 was adopted.

**Amendment No. 4**

Representative Homer offered the following amendment to **CSHB 1196**:

Amend **CSHB 1196** on page 3, line 18, by striking "may" and substituting "shall".

Amendment No. 4 was adopted.

**CSHB 1196**, as amended, was passed to engrossment. (In accordance with House Rule 5, Section 51(b), every member present must have favored passage of the measure, but any member may register their position with the journal clerk. Members registering votes are as follows: Alonzo recorded voting no.)

### CSHB 1005 ON SECOND READING
### (by Giddings)

**CSHB 1005**, A bill to be entitled An Act relating to the timely submission of a claim for payment by a workers' compensation health care provider.

**CSHB 1005** was passed to engrossment. (In accordance with House Rule 5, Section 51(b), every member present must have favored passage of the measure, but any member may register their position with the journal clerk. No members registered their position on this measure.)

### CSHB 1472 ON SECOND READING
### (by Miller, Orr, R. Cook, et al.)

**CSHB 1472**, A bill to be entitled An Act relating to the annexation of land for which property taxes are imposed based on the land's value for agricultural or wildlife management purposes.

**Amendment No. 1**

Representative Miller offered the following amendment to **CSHB 1472**:

Amend **CSHB 1472** as follows:

(1) On page 2, line 6, strike "adjacent" and substitute "adjacent or contiguous".

(2) On page 2, line 7, strike "adjacent" and substitute "adjacent or contiguous".

(3) On page 2, between lines 8 and 9, insert the following:

(d) A provision of a development agreement described by Subsection (b)(1) that restricts or otherwise limits the annexation of all or part of the area that is the subject of the agreement is void if the landowner files any type of subdivision plat or related development document for the area with a governmental entity that has jurisdiction over the area, regardless of how the area is appraised for ad valorem tax purposes.

(e) A development agreement described by Subsection (b)(1) is not a permit for purposes of Chapter 245.

Amendment No. 1 was adopted.

**Amendment No. 2**

Representative McReynolds offered the following amendment to **CSHB 1472**:

Amend **CSHB 1472** on page 1 as follows:

(1) On line 9, between "USE" and the period, insert "OR AS TIMBER LAND".

(2) On line 15, between "Code" and the period, insert ", or as timber land under Subchapter E of that chapter".

(3) Strike line 24 and substitute "with the use of the area for agriculture, wildlife management, or timber; and".

Amendment No. 2 was adopted.

**CSHB 1472**, as amended, was passed to engrossment. (In accordance with House Rule 5, Section 51(b), every member present must have favored passage of the measure, but any member may register their position with the journal clerk. No members registered their position on this measure.)

### LEAVE OF ABSENCE GRANTED

The following member was granted leave of absence for the remainder of today because of important business:

Farrar on motion of Hernandez.

### POINT OF ORDER

Representative Thompson raised a point of order against further consideration of the calendar under Rule 6, Section 16 of the House Rules.

The speaker overruled the point of order, and submitted the following statement:

On April 24, 2007, Representative Thompson raised a point of order against further consideration of the house calendar under Rule 6, Section 16, House Rules, on the grounds that **HB 3170** was improperly placed on the calendar and

that its placement rendered the entire calendar ineligible for consideration by the house. Ms. Thompson argued that **HB 3170** should not have appeared on the Daily House Calendar or the Supplemental House Calendar because the bill had been recommitted to committee. The chair overruled the point of order, and enters its rationale into the journal at the request of Ms. Thompson.

A review of the House Journal indicates **HB 3170** appeared on the house calendar on April 24, 2007, and was recommitted to Local Government Ways and Means on the same day. In instances such as these where a bill is set on a calendar and then is recommitted after the calendar for the day is printed and distributed and eligible for consideration by the house, the chair has observed the longstanding practice of simply notifying the members that the bill is ineligible for consideration because it has been recommitted to committee. The chair, with the assistance of the chief clerk, notifies the members of this fact before the bill is even laid before the house.

In this instance, **HB 3170** was treated in the same matter procedurally as other bills that have appeared on the calendar but that have also been recommitted to committee in that such bills are, at the time they are to be reached for consideration, not laid before the house. According to the journal, Ms. Thompson raised her point of order against the calendar shortly after **HB 1472** passed to engrossment, before **HB 3170** was reached on the calendar, and before the chair could inform the members that **HB 3170** had been recommitted to committee. If **HB 3170** had actually been laid out and considered by the house, such consideration would have been in direct violation of the House Rules, and a point of order against further consideration of **HB 3170** and all bills considered after **HB 3170** might have been sustainable. (See 75 H.J. Reg. 3810, 1997, where a point of order raised by Representative Wohlgemuth which emanated from a defect in the committee process was sustained and precluded consideration of the remainder of the calendar from the point at which the point of order was raised). Ms. Thompson's point of order was not timely because it was raised before **HB 3170** was even eligible to be laid before the house for consideration and before the chair could notify the house of such (i.e. that the bill was ineligible).

Accordingly, the point of order was overruled.

### HB 3170 - RECOMMITTED

Representative Swinford moved to recommit **HB 3170** to the Committee on Local Government Ways and Means.

The motion prevailed.

### HB 401 ON SECOND READING
### (by B. Brown, et al.)

**HB 401**, A bill to be entitled An Act relating to the use of text messages and other electronic media to commit certain sexual offenses against minors or certain students.

**HB 401** was passed to engrossment. (In accordance with House Rule 5, Section 51(b), every member present must have favored passage of the measure, but any member may register their position with the journal clerk. No members registered their position on this measure.)

## BILLS AND RESOLUTIONS SIGNED BY THE SPEAKER

Notice was given at this time that the speaker had signed bills and resolutions in the presence of the house (see the addendum to the daily journal, Signed by the Speaker, Senate List No. 26).

## COMMITTEE MEETING ANNOUNCEMENTS

The following committee meetings were announced:

Elections, upon lunch recess today, Desk 21, for a formal meeting, to consider **HB 1462** and pending business.

Civil Practices, upon lunch recess today, Desk 26, for a formal meeting.

County Affairs, upon lunch recess today, Desk 105, for a formal meeting, to consider pending business.

## RECESS

At 12:08 p.m., the speaker announced that the house would stand recessed until 1:15 p.m. today.

## AFTERNOON SESSION

The house met at 1:15 p.m. and was called to order by the speaker.

### SB 362 ON SECOND READING
### (Gattis - House Sponsor)

**SB 362**, A bill to be entitled An Act relating to civil remedies and qui tam provisions under the Medicaid fraud prevention act.

**SB 362** was considered in lieu of **HB 2732**.

**SB 362** was passed to third reading. (In accordance with House Rule 5, Section 51(b), every member present must have favored passage of the measure, but any member may register their position with the journal clerk. No members registered their position on this measure.)

### HB 2732 - LAID ON THE TABLE SUBJECT TO CALL

Representative Gattis moved to lay **HB 2732** on the table subject to call.

The motion prevailed.

### CSHB 2735 ON SECOND READING
### (by Berman)

**CSHB 2735**, A bill to be entitled An Act relating to lobbying expenditures that are made jointly.

**CSHB 2735** was passed to engrossment. (In accordance with House Rule 5, Section 51(b), every member present must have favored passage of the measure, but any member may register their position with the journal clerk. Members registering votes are as follows: Herrero and Leibowitz recorded voting no.)

### CSHB 3352 ON SECOND READING
### (by Woolley)

**CSHB 3352**, A bill to be entitled An Act relating to municipal civil service for firefighters and police officers in certain municipalities.

**CSHB 3352** was passed to engrossment. (In accordance with House Rule 5, Section 51(b), every member present must have favored passage of the measure, but any member may register their position with the journal clerk. No members registered their position on this measure.)

### HB 3310 ON SECOND READING
### (by Jackson)

**HB 3310**, A bill to be entitled An Act relating to fraud investigations and criminal offenses involving the Medicaid program; providing criminal penalties.

Representative Jackson moved to postpone consideration of **HB 3310** until 9 a.m. Thursday, May 3.

The motion prevailed.

### CSHB 1735 ON SECOND READING
### (by Truitt, Anchia, and Gonzales)

**CSHB 1735**, A bill to be entitled An Act relating to ethics training for legislators.

Representative Truitt moved to postpone consideration of **CSHB 1735** until the end of today's calendar.

The motion prevailed.

### CSHB 2559 ON SECOND READING
### (by Otto)

**CSHB 2559**, A bill to be entitled An Act relating to the authority of a dealer to conduct certain motor vehicle sales outside of a dealership.

**Amendment No. 1**

Representative Otto offered the following amendment to **CSHB 2559**:

Amend **CSHB 2559** as follows:

On page 1, lines 7 and 8, between "by" and "Subsection", insert "other law, including".

Amendment No. 1 was adopted.

**CSHB 2559**, as amended, was passed to engrossment. (In accordance with House Rule 5, Section 51(b), every member present must have favored passage of the measure, but any member may register their position with the journal clerk. No members registered their position on this measure.)

### CSHB 1170 ON SECOND READING
### (by Flynn and Farabee)

**CSHB 1170**, A bill to be entitled An Act relating to the regulation and limitation of liability of persons engaged in certain liquefied petroleum gas-related activities, including requirements concerning consumer safety notification.

### CSHB 1170 - POINT OF ORDER

Representative Thompson raised a point of order against further consideration of **CSHB 1170** under Rule 4, Section 18(a)(4) of the House Rules on the grounds that the committee minutes are incomplete.

The point of order was withdrawn.

Representative Flynn moved to postpone consideration of **CSHB 1170** until the end of today's calendar.

The motion prevailed.

### HB 2983 ON SECOND READING
### (by Creighton)

**HB 2983**, A bill to be entitled An Act relating to a petition for the creation of a fresh water supply district.

**HB 2983** was passed to engrossment. (In accordance with House Rule 5, Section 51(b), every member present must have favored passage of the measure, but any member may register their position with the journal clerk. No members registered their position on this measure.)

### HB 2984 ON SECOND READING
### (by Creighton)

**HB 2984**, A bill to be entitled An Act relating to the qualification of supervisors of a fresh water supply district.

**HB 2984** was passed to engrossment. (In accordance with House Rule 5, Section 51(b), every member present must have favored passage of the measure, but any member may register their position with the journal clerk. No members registered their position on this measure.)

### CSHB 2818 ON SECOND READING
### (by Ritter, Hamilton, Deshotel, Otto, and McReynolds)

**CSHB 2818**, A bill to be entitled An Act relating to the delay of retail electric competition in the areas of the state covered by the Southeastern Electric Reliability Council.

(Berman in the chair)

**Amendment No. 1**

Representative Ritter offered the following amendment to **CSHB 2818**:

Amend **CSHB 2818** (House Committee Printing) as follows:
(1) On page 1, between lines 13 and 14, insert the following:

(b)  Notwithstanding any other provision of this chapter, an area included in the Southeastern Electric Reliability Council must remain in the Southeastern Electric Reliability Council.

(2)  On page 1, line 14, strike "(b)" and substitute "(c)".

Amendment No. 1 was adopted.

(Speaker in the chair)

**Amendment No. 2**

Representative Ritter offered the following amendment to **CSHB 2818**:

Amend **CSHB 2818** by adding the following SECTION, appropriately numbered, and renumbering the subsequent SECTIONS of the bill accordingly:

SECTION ____.  Section 36.209(a), Utilities Code, is amended to read as follows:

(a)  This section applies only to an electric utility that operates solely outside of ERCOT in areas of this state included in the Southeastern Electric Reliability Council, the Southwest Power Pool, or the Western Electricity Coordinating Council and that owns or operates transmission facilities.

Amendment No. 2 was adopted.

**CSHB 2818**, as amended, was passed to engrossment. (In accordance with House Rule 5, Section 51(b), every member present must have favored passage of the measure, but any member may register their position with the journal clerk. No members registered their position on this measure.)

### SB 339 ON SECOND READING
### (Bailey - House Sponsor)

**SB 339**, A bill to be entitled An Act relating to entrance examination procedures for certain police officers under municipal civil service.

**SB 339** was considered in lieu of **HB 2269**.

**SB 339** was passed to third reading. (In accordance with House Rule 5, Section 51(b), every member present must have favored passage of the measure, but any member may register their position with the journal clerk. No members registered their position on this measure.)

### HB 2269 - LAID ON THE TABLE SUBJECT TO CALL

Representative Bailey moved to lay **HB 2269** on the table subject to call.

The motion prevailed.

### HB 3410 ON SECOND READING
### (by Gattis, et al.)

**HB 3410**, A bill to be entitled An Act relating to alternative procedures for plat revision of residential areas by a county.

**Amendment No. 1**

Representative Gattis offered the following amendment to **HB 3410**:

Amend **HB 3410** by striking page 1, line 22, through page 2, line 3, and substituting:

(1)  the changes do not affect applicable county regulations, including zoning regulations if the county has authority to adopt zoning regulations; and

(2)  the changes do not attempt to amend or remove any covenants or restrictions.

Amendment No. 1 was adopted.

**HB 3410**, as amended, was passed to engrossment. (In accordance with House Rule 5, Section 51(b), every member present must have favored passage of the measure, but any member may register their position with the journal clerk. No members registered their position on this measure.)

### HB 1804 ON SECOND READING
### (by Gattis, Coleman, et al.)

**HB 1804**, A bill to be entitled An Act relating to the prosecution of the offense of improper photography or visual recording.

**Amendment No. 1**

Representative Coleman offered the following amendment to **HB 1804**:

Amend **HB 1804** by striking page 1,  lines 5 through 17, and substituting the following:

SECTION 1. Section 21.15, Penal Code, is amended by amending Subsection (b) and adding Subsection (e) to read as follows:

(b)  A person commits an offense if the person:

(1)  photographs or by videotape or other electronic means [visually] records, broadcasts, or transmits a visual image of another at a location that is not a bathroom or private dressing room:

(A)  without the other person's consent; and

(B)  with intent to arouse or gratify the sexual desire of any person;

(2)  photographs or by videotape or other electronic means records, broadcasts, or transmits a visual image of another at a location that is a bathroom or private dressing room:

(A)  without the other person's consent; and

(B)  with intent to:

(i)  invade the privacy of the other person; or

(ii)  arouse or gratify the sexual desire of any person; or

(3) [(2)]  knowing the character and content of the photograph, [or] recording, broadcast, or transmission, promotes a photograph, [or visual] recording, broadcast, or transmission described by Subdivision (1) or (2).

(e)  For purposes of Subsection (b)(2), a sign or signs posted indicating that the person is being photographed or that a visual image of the person is being recorded, broadcast, or transmitted is not sufficient to establish the person's consent under that subdivision.

Amendment No. 1 was adopted.

**HB 1804**, as amended, was passed to engrossment. (In accordance with House Rule 5, Section 51(b), every member present must have favored passage of the measure, but any member may register their position with the journal clerk. No members registered their position on this measure.)

## CSHB 530 ON SECOND READING
### (by Madden, Rodriguez, Peña, Hodge, and Woolley)

**CSHB 530**, A bill to be entitled An Act relating to the operation and funding of drug court programs.

### Amendment No. 1

Representative Phillips offered the following amendment to **CSHB 530**:

Amend **CSHB 530** (house committee printing) on page 2, line 14, by striking "the court shall enter an order" and substituting "the court may enter an order".

Amendment No. 1 was adopted.

### Amendment No. 2

Representative Hochberg offered the following amendment to **CSHB 530**:

Amend **CSHB 530** (house committee printing) as follows:

(1) On page 5, line 2, strike "by adding Subsection (c)".

(2) On page 5, between lines 2 and 3, insert:

Sec. 469.003.   OVERSIGHT. (a)   The lieutenant governor and the speaker of the house of representatives may assign to appropriate legislative committees duties relating to the oversight of drug court programs established under this chapter [Section 469.002].

(b) A legislative committee or the governor may request the state auditor to perform a management, operations, or financial or accounting audit of a drug court program established under this chapter [Section 469.002].

(3) On page 5, line 3, strike "Section 469.002" and substitute "this chapter".

(4) On page 5, line 12, strike "Section 469.002" and substitute "this chapter [Section 469.002]".

(5) Add appropriately numbered SECTIONS to the bill to read as follows and renumber subsequent SECTIONS of the bill accordingly:

SECTION ____. Section 469.007, Health and Safety Code, is amended to read as follows:

Sec. 469.007.   USE OF OTHER DRUG AND ALCOHOL AWARENESS PROGRAMS. In addition to using a drug court program established under this chapter [Section 469.002], the commissioners court of a county or a court may use other drug awareness or drug and alcohol driving awareness programs to treat persons convicted of drug or alcohol related offenses.

SECTION ____. Chapter 469, Health and Safety Code, is amended by adding Sections 469.005, 469.008, and 469.009 to read as follows:

Sec. 469.005. DRUG COURT PROGRAMS EXCLUSIVELY FOR CERTAIN INTOXICATION OFFENSES. (a) The commissioners court of a county may establish under this chapter a drug court program exclusively for persons arrested for, charged with, or convicted of an offense involving the operation of a motor vehicle while intoxicated.

(b) A county that establishes a drug court program under this chapter but does not establish a separate program under this section must employ procedures designed to ensure that a person arrested for, charged with, or convicted of a second or subsequent offense involving the operation of a motor vehicle while intoxicated participates in the county's existing drug court program.

Sec. 469.008. SUSPENSION OR DISMISSAL OF COMMUNITY SERVICE REQUIREMENT. (a) Notwithstanding Sections 13 and 16, Article 42.12, Code of Criminal Procedure, to encourage participation in a drug court program established under this chapter, the judge or magistrate administering the program may suspend any requirement that, as a condition of community supervision, a participant in the program work a specified number of hours at a community service project or projects.

(b) On successful completion of a drug court program, a judge or magistrate may excuse the participant from any condition of community supervision previously suspended under Subsection (a).

Sec. 469.009. OCCUPATIONAL DRIVER'S LICENSE. Notwithstanding Section 521.242, Transportation Code, if a participant's driver's license has been suspended as a result of an alcohol-related or drug-related enforcement contact, as defined by Section 524.001, Transportation Code, or as a result of a conviction under Section 49.04, 49.07, or 49.08, Penal Code, the judge or magistrate administering a drug court program under this chapter may order that an occupational license be issued to the participant. An order issued under this section is subject to Sections 521.248-521.252, Transportation Code, except that any reference to a petition under Section 521.242 of that code does not apply.

(6) On page 11, line 27, through page 12, line 1, strike "The change in law made by this Act in amending Section 469.001" and substitute "Except as otherwise provided by this section, the change in law made by this Act in amending Chapter 469".

Amendment No. 2 was adopted.

**Amendment No. 3**

Representative B. Cook offered the following amendment to **CSHB 530**:

Amend **CSHB 530** (house committee printing) on page 8 by striking the language on lines 12 through 19 and substituting the following:

(2) retain in addition to the 10 percent authorized by Subdivision (1) another 50 percent of the funds collected under this article by an officer of the county or municipality during the calendar quarter to be used exclusively for:

(A) the development and maintenance of drug court programs operated within the county or municipality, if the county or municipality has established a drug court program or establishes a drug court program before the expiration of the calendar quarter; or

(B) the development and operation of any programs within the county or municipality that are designed to prevent or provide education concerning alcohol and drug abuse, if the county or municipality has not established a drug court program and does not establish a drug court program before the expiration of the calendar quarter.

Amendment No. 3 was adopted.

**CSHB 530**, as amended, was passed to engrossment. (In accordance with House Rule 5, Section 51(b), every member present must have favored passage of the measure, but any member may register their position with the journal clerk. No members registered their position on this measure.)

(Phillips in the chair)

### CSHB 2641 ON SECOND READING
### (by Solomons)

**CSHB 2641**, A bill to be entitled An Act relating to the selection of depositories for certain county funds, including funds held by a county or district clerk.

**CSHB 2641** was passed to engrossment. (In accordance with House Rule 5, Section 51(b), every member present must have favored passage of the measure, but any member may register their position with the journal clerk. No members registered their position on this measure.)

### HB 2010 ON SECOND READING
### (by Rose)

**HB 2010**, A bill to be entitled An Act relating to declaratory relief for businesses in this state for liability for sales and use taxes of other states.

**Amendment No. 1**

Representative Rose offered the following amendment to **HB 2010**:

Amend **HB 2010** on page 1, by striking lines 16 and 17 and substituting:

(B) a retailer registered with the comptroller under Section 151.106, Tax Code; and

Amendment No. 1 was adopted.

**HB 2010**, as amended, was passed to engrossment. (In accordance with House Rule 5, Section 51(b), every member present must have favored passage of the measure, but any member may register their position with the journal clerk. No members registered their position on this measure.)

### CSHB 3132 ON SECOND READING
### (by R. Cook)

**CSHB 3132**, A bill to be entitled An Act relating to the authority of certain counties to impose a county hotel occupancy tax.

**CSHB 3132** was passed to engrossment. (In accordance with House Rule 5, Section 51(b), every member present must have favored passage of the measure, but any member may register their position with the journal clerk. No members registered their position on this measure.)

### HB 4094 ON SECOND READING
### (by Swinford)

**HB 4094**, A bill to be entitled An Act relating to the fees assessed in certain cases filed in the Midland County courts at law.

**HB 4094** was passed to engrossment. (In accordance with House Rule 5, Section 51(b), every member present must have favored passage of the measure, but any member may register their position with the journal clerk. No members registered their position on this measure.)

### POSTPONED BUSINESS

The following bills were laid before the house as postponed business:

### CSHB 2814 ON SECOND READING
### (by Eissler, Oliveira, et al.)

**CSHB 2814**, A bill to be entitled An Act relating to a language immersion pilot project in certain school districts.

**CSHB 2814** was read second time on April 18, postponed until April 23, and was again postponed until this time.

**Amendment No. 1**

Representative Eissler offered the following amendment to **CSHB 2814**:

Amend **CSHB 2814** as follows:

(1)  Strike all below the enacting clause and substitute the following:

SECTION 1. Chapter 29, Education Code, is amended by adding Subchapter J to read as follows:

SUBCHAPTER J. LANGUAGE IMMERSION PILOT PROJECT

Sec. 29.351.  ESTABLISHMENT OF PILOT PROJECT. The commissioner shall establish a pilot project under which the agency examines language immersion programs and the effect of those programs on a student's ability to advance to high school, graduate from high school, or prepare for college coursework or postgraduation employment.  The commissioner shall select to participate in the pilot project established under this subchapter:

(1)  school districts; and

(2)  campuses for which a charter is granted under Subchapter C, Chapter 12.

Sec. 29.352.  PILOT PROJECT ADMINISTRATION. (a)   The commissioner shall establish a procedure and adopt criteria for the agency to administer the pilot project.

(b)  In adopting criteria under this section, the commissioner shall require the agency to select only school districts or campuses that:

(1)  demonstrate parent, teacher, and community support for a language immersion program;

(2)  will commit to a language immersion program in English and a language other than English as selected by the district for a minimum of three years in elementary grades;

(3)  will offer in secondary grades at least one language program in addition to the language other than English used in the language immersion program provided under Subdivision (2); and

(4)  demonstrate the potential for expanding the programs provided under Subdivisions (2) and (3) across primary and secondary grades, including:

(A)  incorporating the program provided under Subdivision (2) in kindergarten; and

(B)  offering the program provided under Subdivision (3) for four years in high school.

(c)  The agency shall require a school district or campus selected under this subchapter to provide annual self-evaluations of progress toward language immersion program goals.

Sec. 29.353.  PILOT PROJECT IMPLEMENTATION. (a)  The commissioner by rule shall require a school district or campus to limit activities of the language immersion program during the first year of the program to:

(1)  planning activities, including:

(A)  hiring and training teachers and other professional development activities as determined by the commissioner; and

(B)  acquiring adequate instructional and technological materials in each program language, including software; and

(2)  expanding or improving existing language immersion programs.

(b)  The commissioner by rule shall develop procedures to assign a technical assistance team that includes university faculty with expertise in language learning to assist participating school districts and campuses in program development, implementation, and assessment.

Sec. 29.354.  SCHOOL DISTRICT OR CAMPUS SELECTION. (a)  The agency shall select school districts and campuses to participate in the pilot project using the criteria provided by Section 29.352(b) and based on the readiness of the district or campus to incorporate language immersion programs into classrooms as demonstrated by the past performance of the district or campus relating to language instruction.

(b)  In selecting participants, the agency shall consider geographic diversity.

(c)  The agency shall select not more than 10 school districts and not more than 30 campuses to participate in the pilot project.

(d)  A school district or campus that applies for the expansion of an existing language immersion program is eligible for a grant under this subchapter.

Sec. 29.355.  PILOT PROJECT FUNDING. (a)  To implement the pilot project, the agency may use only undedicated and unobligated money from the general revenue fund for purposes of the pilot project.

(b)  The agency may not spend an amount more than $5 million per year for the language immersion pilot project under this subchapter.   The spending limitation imposed by this subsection does not apply to an expenditure made by the commissioner under Section 29.356(c).

(c)  To supplement the funding for the pilot project, the agency may use any gift, grant, or donation given for the pilot project. The agency may solicit and accept a gift, grant, or donation of any kind from any source, including from a foundation, private entity, governmental entity, or institution of higher education, for the implementation of the pilot project.

(d)  Funds for the pilot project may not be used for the construction of a building or other facility.

(e)  The agency shall use funds under this subchapter for:

(1)  teacher training in implementing the language immersion programs;

(2)  hiring technical support staff for school districts or campuses participating in the pilot project;  and

(3)  purchasing technology-based instructional materials and resources.

Sec. 29.356.  PILOT PROJECT GRANTS. (a) From amounts appropriated to the agency, including foundation school program funds, the commissioner shall award grants to school districts and campuses that participate in the program.  A grant under this section must be in an amount sufficient to pay the costs to the district or campus of participating in the program, as determined by the commissioner.  A determination of the commissioner under this subsection is final and may not be appealed.

(b)  During the 2007-2008 school year, the commissioner may award grants to school districts and campuses under this section only for the purpose of planning activities described by Section 29.355(e) in an amount not to exceed five percent of the total amount required to fully implement the pilot program for the 2008-2009 school year.

(c)  To expand language learning opportunities for all public school students and school district or campus employees, including students and employees in school districts or campuses not participating in the pilot project, the commissioner shall enter into a contract to license language-learning software using language immersion methods. Expenditures under this subsection must be sufficient to support language learning opportunities for a maximum of one million public school students and employees for a maximum of three years.  The commissioner shall make the software available online to public school students and employees across the state not later than January 1, 2008.  The commissioner may not spend more than $4 million each year to comply with this subsection.

Sec. 29.357.  COMMUNITY EDUCATIONAL PIPELINE PROGRESS TEAM.  (a)  Each participating school district or campus shall establish a community educational pipeline progress team to assist in developing and implementing the language immersion pilot project.

(b)  The board of trustees of a participating school district or of a school district in which a participating campus is located shall appoint individuals to the team. The team may be composed of:

(1)  educators;

(2)  district-level administrators;

(3)  community leaders;

(4)  parents of students who attend a participating campus; and

(5)  any other individual the board finds appropriate.

(c)  The team shall develop an academic improvement plan that describes the manner in which the pilot project should be implemented in the participating school district or campus.  In developing the academic improvement plan, the team shall consider:

(1)  the educational problems in the district or at the campus that could be mitigated through the implementation of the pilot project; and

(2)  the technological and nontechnological resources that are necessary to ensure successful implementation of the pilot project.

(d)  The team shall recommend to the board of trustees the manner in which the pilot project funds should be used to implement the academic improvement plan developed under Subsection (c).  Annually, the team may recommend to the board any necessary changes in the academic improvement plan.  The agency must approve the academic improvement plan or any changes to the plan before disbursing pilot project funds to the board.

(e)  The board of trustees of each district participating in the pilot project shall provide an annual progress report to the agency not later than August 1 of each year that the district or campus is participating in the pilot project.  The report must state in detail the type of plan used in the district or at the campus and the effect of the pilot project on the district or campus, including:

(1)  any effect on the academic progress of students who are participating in a pilot project, as measured by performance on assessment instruments, including assessment instruments administered under Section 39.023;

(2)  if applicable, a comparison of student progress at a campus or in a classroom in a school district or campus that is participating in the pilot project as compared to student progress at a campus or in a classroom in that same district or campus that is not participating in the pilot project;

(3)  any elements of the pilot project that contribute to improved student performance on assessment instruments administered under Section 39.023 or any other assessment instrument required by the agency;

(4)  any cost savings or improved efficiency relating to school personnel or the maintenance of school facilities;

(5)  any effect on student attendance or dropout rates;

(6)  any effect on student enrollment in high school;

(7)  any effect on teacher performance or retention;

(8)  any improvement in communications among students, parents, teachers, and administrators;

(9)  any improvement in parental involvement in the education of the parent's child;

(10)  any effect on community involvement and support for the district or campus; and

(11)  any increase in student proficiency in technology that would help prepare students for becoming members of the workforce.

Sec. 29.358.  PARENT OPTION.  The parent of a student may prevent the student from participating in a language immersion program under this subchapter.

Sec. 29.359.  PILOT PROJECT EVALUATION. (a)   The agency shall perform an annual review of the language immersion pilot project based on the reports the agency receives from the board of trustees of participating school districts or campuses.  The agency shall include a summary of the review of the pilot project in the comprehensive annual report required under Section 39.182.

(b)  During the 2010-2011 school year, the agency shall contract with one or more educational research centers to evaluate the efficacy of the pilot project to determine whether the pilot project should be continued. The cost of the evaluation may not exceed $250,000.

Sec. 29.360.  DUTIES AND RESPONSIBILITIES OF CHARTER CAMPUS GOVERNING BODY.  For purposes of this subchapter, the governing body of a campus for which a charter is granted under Subchapter C, Chapter 12, has the duties and responsibilities assigned to the board of trustees of a school district under Sections 29.357 and 29.359.

Sec. 29.361.  EXPIRATION.  This subchapter expires September 1, 2011.

SECTION 2. This Act takes effect immediately if it receives a vote of two-thirds of all the members elected to each house, as provided by Section 39, Article III, Texas Constitution.  If this Act does not receive the vote necessary for immediate effect, this Act takes effect September 1, 2007.

(2)  Strike all above the enacting clause and substitute the following:
relating to a pilot project for language immersion in English and another language in certain school districts.

(Speaker in the chair)

**Amendment No. 2**

Representative Eissler offered the following amendment to Amendment No. 1:

Amend the Eissler amendment to **CSHB 2814** as follows:

(1)  On page 1, line 25, between "to" and "a", insert ":
            (A)".

(2)  On page 1, line 27, after the semicolon, insert the following:
and
            (B)  a requirement that the English immersion component of the program will comprise at least 50 percent of the average instructional time;

Amendment No. 2 was adopted.

(Truitt in the chair)

Amendment No. 1, as amended, was adopted.

A record vote was requested.

**CSHB 2814**, as amended, was passed to engrossment by (Record 625): 125 Yeas, 15 Nays, 2 Present, not voting.

Yeas — Allen; Alonzo; Anchia; Aycock; Bailey; Berman; Bohac; Bolton; Brown, B.; Brown, F.; Burnam; Castro; Chavez; Chisum; Christian; Cohen; Coleman; Cook, B.; Cook, R.; Corte; Creighton; Darby; Davis, J.; Davis, Y.; Delisi; Deshotel; Driver; Dukes; Dunnam; Dutton; Eiland; Eissler; Elkins; England; Escobar; Farabee; Farias; Flores; Frost; Gallego; Garcia; Gattis; Geren; Giddings; Gonzales; Gonzalez Toureilles; Goolsby; Guillen; Haggerty; Hamilton; Hancock; Hardcastle; Hartnett; Heflin; Hernandez; Herrero; Hilderbran; Hill; Hochberg; Hodge; Homer; Hopson; Howard, C.; Howard, D.; Isett; Jones; Keffer; King, P.; King, S.; King, T.; Krusee; Kuempel; Latham; Leibowitz; Lucio; Macias; Madden; Mallory Caraway; Martinez; Martinez Fischer; McCall; McClendon; Merritt; Miles; Morrison; Mowery; Murphy; Naishtat; Noriega; O'Day; Oliveira; Olivo; Orr; Ortiz; Otto; Parker; Patrick; Peña; Pickett; Pierson; Pitts; Puente; Quintanilla; Raymond; Ritter; Rodriguez; Rose; Smith, T.; Smith, W.; Smithee; Solomons; Strama; Straus; Swinford; Talton; Thompson; Turner; Vaught; Veasey; Villarreal; Vo; West; Woolley; Zedler; Zerwas.

Nays — Anderson; Bonnen; Callegari; Crabb; Flynn; Harless; Harper-Brown; Hughes; Jackson; Kolkhorst; Laubenberg; Miller; Riddle; Taylor; Van Arsdale.

Present, not voting — Mr. Speaker; Truitt(C).

Absent, Excused — Branch; Farrar; Menendez; Moreno.

Absent — Crownover; McReynolds; Paxton; Phillips.

## STATEMENTS OF VOTE

I was shown voting yes on Record No. 625. I intended to vote no.

Bohac

When Record No. 625 was taken, I was in the house but away from my desk. I would have voted no.

Paxton

## MESSAGE FROM THE SENATE

A message from the senate was received at this time (see the addendum to the daily journal, Messages from the Senate, Message No. 2).

### GENERAL STATE CALENDAR
### (consideration continued)

### HB 1248 ON SECOND READING
### (by Taylor)

**HB 1248**, A bill to be entitled An Act relating to the sale of mixed beverages aboard certain passenger vessels.

**HB 1248** was passed to engrossment. (In accordance with House Rule 5, Section 51(b), every member present must have favored passage of the measure, but any member may register their position with the journal clerk. Members registering votes are as follows: Flynn and Hancock recorded voting no.)

### HB 1519 ON SECOND READING
### (by T. Smith and Peña)

**HB 1519**, A bill to be entitled An Act relating to including within the offense of barratry and solicitation of professional employment certain solicitations made during certain periods.

**HB 1519** was passed to engrossment. (In accordance with House Rule 5, Section 51(b), every member present must have favored passage of the measure, but any member may register their position with the journal clerk. Members registering votes are as follows: Flynn recorded voting no.)

### CSHB 522 ON SECOND READING
### (by Woolley, Hartnett, et al.)

**CSHB 522**, A bill to be entitled An Act relating to adoption and operation of requirements regarding health benefit plan identification cards.

**Amendment No. 1**

Representative Woolley offered the following amendment to **CSHB 522**:

Amend **CSHB 522** by striking all below the enacting clause and substituting the following:

SECTION 1. Title 8, Insurance Code, is amended by adding Subtitle J to read as follows:

SUBTITLE J. HEALTH INFORMATION TECHNOLOGY
CHAPTER 1660. ELECTRONIC DATA EXCHANGE
SUBCHAPTER A. GENERAL PROVISIONS

Sec. 1660.001.  FINDINGS AND PURPOSE. (a) The legislature finds that patients deserve accurate, instantaneous information about coverage and financial responsibility to make well-informed decisions about their treatment and spending.

(b) The legislature finds that the ability of health benefit plan issuers and administrators to exchange eligibility and benefit information with physicians, health care providers, hospitals, and patients will ensure a more efficient and effective health care delivery system.

(c) The legislature finds that electronic access to eligibility information will reduce the amount of time and resources spent on administrative functions, prevent abuse and fraud, streamline and simplify processing of insurance claims, and increase transparency in premium cost and health care cost.

(d) The legislature finds that patients often request information about their health care coverage from their health care providers and that health care providers therefore need access to real-time information about their patients'

eligibility to receive health care under the health benefit plan, coverage of health care under the health benefit plan, and the benefits associated with the health benefit plan.

(e) The legislature finds that adoption of technology by insurers, health maintenance organizations, and health care providers to facilitate use of electronic data exchange standards currently available will make coverage and health care electronic transactions more predictable, reliable, and consistent.

Sec. 1660.002. DEFINITIONS. In this chapter:

(1) "Administrator" has the meaning assigned by Section 4151.001.

(2) "Advisory committee" means the technical advisory committee on electronic data exchange.

(3) "Enrollee" means an individual who is insured by or enrolled in a health benefit plan.

(4) "Health benefit plan" means an individual, group, blanket, or franchise insurance policy or insurance agreement, a group hospital service contract, or an evidence of coverage that provides health insurance or health care benefits.

(5) "Transaction standards" means the Health Insurance Portability and Accountability Act of 1996 (Pub. L. No. 104-191) transaction standards of the Centers for Medicare and Medicaid Services under 45 C.F.R. Part 162.

Sec. 1660.003. APPLICABILITY. (a) This chapter applies only to a health benefit plan that provides benefits for medical or surgical expenses incurred as a result of a health condition, accident, or sickness, including an individual, group, blanket, or franchise insurance policy or insurance agreement, a group hospital service contract, or an individual or group evidence of coverage or similar coverage document that is offered by:

(1) an insurance company;

(2) a group hospital service corporation operating under Chapter 842;

(3) a fraternal benefit society operating under Chapter 885;

(4) a stipulated premium insurance company operating under Chapter 884;

(5) a reciprocal exchange operating under Chapter 942;

(6) a health maintenance organization operating under Chapter 843;

(7) a multiple employer welfare arrangement that holds a certificate of authority under Chapter 846; or

(8) an approved nonprofit health corporation that holds a certificate of authority under Chapter 844.

(b) This chapter does not apply to:

(1) a Medicaid managed care program operated under Chapter 533, Government Code;

(2) a Medicaid program operated under Chapter 32, Human Resources Code; or

(3) the state child health plan or any similar plan operated under Chapter 62 or 63, Health and Safety Code.

Sec. 1660.004. GENERAL RULEMAKING. The commissioner may adopt rules as necessary to implement this chapter, including rules requiring the implementation and provision of the technology recommended by the advisory committee.

[Sections 1660.005-1660.050 reserved for expansion]

SUBCHAPTER B. ADVISORY COMMITTEE

Sec. 1660.051. ADVISORY COMMITTEE; COMPOSITION. (a) The commissioner shall appoint a technical advisory committee on electronic data exchange.

(b) The advisory committee is composed of:

(1) at least one representative from each of the following groups or entities:

(A) health benefit coverage consumers;

(B) physicians;

(C) hospital trade associations;

(D) representatives of medical units of institutions of higher education;

(E) representatives of health benefit plan issuers;

(F) health care providers; and

(G) administrators; and

(2) representatives from:

(A) the office of public insurance counsel;

(B) the Texas Health Insurance Risk Pool; and

(C) the Department of Information Resources.

(c) Members of the advisory committee serve without compensation.

Sec. 1660.052. APPLICABILITY OF CERTAIN LAWS. The following laws do not apply to the advisory committee:

(1) Section 39.003(a); and

(2) Chapter 2110, Government Code.

Sec. 1660.053. ADVISORY COMMITTEE POWERS AND DUTIES. The advisory committee shall advise the commissioner on technical aspects of using the transaction standards and the rules of the Council for Affordable Quality Healthcare Committee on Operating Rules for Information Exchange to require health benefit plan issuers and administrators to provide access to information technology that will enable physicians and other health care providers, at the point of service, to generate a request for eligibility information that is compliant with the transaction standards.

Sec. 1660.054. DATA ELEMENTS. (a) The advisory committee shall advise the commissioner on data elements required to be made available by health benefit plan issuers and administrators. To the extent possible, the committee shall use the framework adopted by the Council for Affordable Quality Healthcare Committee on Operating Rules for Information Exchange.

(b) The advisory committee shall consider inclusion in the required information of the following data elements:

(1) the name, date of birth, member identification number, and coverage status of the patient;

   (2) identification of the payor, insurer, issuer, and administrator, as applicable;

    (3) the name and telephone number of the payor's contact person;

    (4) the payor's address;

    (5) the name and address of the subscriber;

    (6) the patient's relationship to the subscriber;

    (7) the type of service;

    (8) the type of health benefit plan or product;

    (9) the effective date of the coverage;

    (10) for professional services:

      (A) copayment amounts;

      (B) individual deductible amounts;

      (C) family deductible amounts; and

      (D) benefit limitations and maximums;

    (11) for facility services:

      (A) copayment and coinsurance amounts;

      (B) individual deductible amounts;

      (C) family deductible amounts; and

      (D) benefit limitations and maximums;

    (12) precertification or prior authorization requirements;

    (13) policy maximum limits;

    (14) patient liability for a proposed service; and

    (15) the health benefit plan coverage amount for a proposed service.

  Sec. 1660.055. RECOMMENDATIONS REGARDING ADOPTION OF CERTAIN TECHNOLOGIES; REPORT. (a) The advisory committee shall:

    (1) make recommendations regarding the use by health benefit plan issuers or administrators of Internet website technologies, smart card technologies, magnetic strip technologies, biometric technologies, or other information technologies to facilitate the generation of a request for eligibility information that is compliant with the transaction standards and the rules of the Council for Affordable Quality Healthcare Committee on Operating Rules for Information Exchange;

    (2) ensure that a recommendation made under Subdivision (1) does not endorse or otherwise confine health benefit plan issuers and administrators to any single product or vendor; and

    (3) recommend time frames for implementation of the recommendations.

  (b) The advisory committee shall:

    (1) recommend specific provisions that could be included in a department-issued request for information relating to electronic data exchange, including identification card programs;

    (2) provide those recommendations to the commissioner not later than four months after the date on which the committee is appointed; and

    (3) issue a final report to the commissioner containing the committee's recommendations for implementation by September 1, 2009.

[Sections 1660.056-1660.100 reserved for expansion]

SUBCHAPTER C. IDENTIFICATION CARD PILOT PROGRAM

Sec. 1660.101. PILOT PROGRAM. (a) The commissioner shall designate a county or counties for initial participation in an identification card pilot program to begin not later than September 1, 2008.

(b) The commissioner shall require the issuer of a health benefit plan that is offered in the county or counties selected for initial participation in the identification card pilot program to issue identification cards that comply with commissioner rules to each enrollee of the plan.

(c) The commissioner may implement the identification card pilot program before, during, or simultaneously with the appointment and formation of the advisory committee.

Sec. 1660.102. PILOT PROGRAM RULES. (a) The commissioner shall adopt rules as necessary to implement the identification card pilot program, including the coordination of a testing phase and incorporation of changes identified in the testing phase.

(b) The commissioner may consider the recommendations of the advisory committee or any information provided in response to a department-issued request for information relating to electronic data exchange, including identification card programs, before adopting rules regarding:

(1) information to be included on the identification cards;

(2) technology to be used to implement the identification card pilot program; and

(3) confidentiality and accuracy of the information required to be included on the identification cards.

(c) The commissioner shall consider the requirements of any federal program requiring health benefit plan issuers and administrators to provide point-of-service access to physicians and other health care providers regarding eligibility information before adopting rules to implement this section.

Sec. 1660.103. REQUESTS FOR INFORMATION. The commissioner may issue requests for information as needed to implement the identification card pilot program under this subchapter.

Sec. 1660.104. HEALTH BENEFIT PLAN ISSUER COMPLIANCE. (a) Each issuer of a health benefit plan that offers a health benefit plan in a county or counties designated by the commissioner under Section 1660.101 for initial participation in the identification card pilot program shall comply with this subchapter and rules adopted under this subchapter.

(b) To ensure timely compliance with the requirements of this subchapter, the commissioner may require the issuer of a health benefit plan to submit its procedures for implementation of the requirements to the department in the form prescribed by the commissioner.

SECTION 2. This Act takes effect immediately if it receives a vote of two-thirds of all the members elected to each house, as provided by Section 39, Article III, Texas Constitution. If this Act does not receive the vote necessary for immediate effect, this Act takes effect September 1, 2007.

Amendment No. 1 was adopted.

**CSHB 522**, as amended, was passed to engrossment. (In accordance with House Rule 5, Section 51(b), every member present must have favored passage of the measure, but any member may register their position with the journal clerk. No members registered their position on this measure.)

### HB 1928 ON SECOND READING
### (by Flores)

**HB 1928**, A bill to be entitled An Act relating to the exemption from ad valorem taxation of certain travel trailers.

**HB 1928** was passed to engrossment. (In accordance with House Rule 5, Section 51(b), every member present must have favored passage of the measure, but any member may register their position with the journal clerk. Members registering votes are as follows:　Gonzales, Leibowitz, and Martinez recorded voting no.)

### HB 1250 ON SECOND READING
### (by C. Howard)

**HB 1250**, A bill to be entitled An Act relating to prohibiting discrimination based on a student's secondary school in awarding certain financial aid for higher education.

**HB 1250** was passed to engrossment. (In accordance with House Rule 5, Section 51(b), every member present must have favored passage of the measure, but any member may register their position with the journal clerk. No members registered their position on this measure.)

### CSHB 1678 ON SECOND READING
### (by Madden, Turner, Haggerty, McReynolds, Hochberg, et al.)

**CSHB 1678**, A bill to be entitled An Act relating to the operation of a system of community supervision.

**CSHB 1678** was passed to engrossment. (In accordance with House Rule 5, Section 51(b), every member present must have favored passage of the measure, but any member may register their position with the journal clerk. Members registering votes are as follows: Harper-Brown, Laubenberg, and Talton recorded voting no.)

### CSHB 3446 ON SECOND READING
### (by Rose, Keffer, Deshotel, McCall, Gonzales, et al.)

**CSHB 3446**, A bill to be entitled An Act relating to the promotion by the comptroller of Texas manufactured products; providing civil and administrative penalties.

Representative Rose moved to postpone consideration of **CSHB 3446** until the end of today's calendar.

The motion prevailed.

## HB 3486 ON SECOND READING
### (by Kolkhorst)

**HB 3486**, A bill to be entitled An Act relating to the authority of the asset management division of the General Land Office to sell real property to an economic development corporation.

Representative Kolkhorst moved to postpone consideration of **HB 3486** until 7 a.m. Tuesday, May 1.

The motion prevailed.

## CSHB 3158 ON SECOND READING
### (by W. Smith)

**CSHB 3158**, A bill to be entitled An Act relating to the name, powers, and board of directors of the Chambers County-Cedar Bayou Navigation District.

**Amendment No. 1**

Representative W. Smith offered the following amendment to **CSHB 3158**:

Amend **CSHB 3158** as follows:

(1) On page 4, line 23, strike "and amending Subsection (d)".

(2) Strike page 5, line 8, through page 6, line 1.

(3) On page 2, between lines 11 and 12, insert the following:

(b-1) The directors serving in director positions 1 and 2 must be representatives of a company or business in the district that has the highest and second highest taxable value of real and personal property located in the district, as certified by the Chambers County Appraisal District. The directors serving in director positions 3 and 4 must be representatives of a company or business in the district that owns real or personal property that has a taxable value of at least $25,000,000 but less than $250,000,000, as certified by the Chambers County Appraisal District. The director serving in director position 5 must be a representative of a company or business that owns real or personal property in the district that has a taxable value of at least $5,000,000 but less than $25,000,000, as certified by the Chambers County Appraisal District.

(b-2) The directors shall elect a chairperson from the directors. The person elected serves a term of four years as chairperson. Beginning September 1, 2007, the chairperson shall be elected by the directors from among the directors in positions 1, 2, 3, 4, and 5. At the conclusion of the term of the initial chairperson elected under this subsection, the chairperson shall be elected by the directors from among the directors in positions 6 and 7. The group of directors from which the chairperson is elected shall continue to alternate between the directors in positions 1, 2, 3, 4, and 5, and the directors in positions 6 and 7.

Amendment No. 1 was adopted.

**CSHB 3158**, as amended, was passed to engrossment. (In accordance with House Rule 5, Section 51(b), every member present must have favored passage of the measure, but any member may register their position with the journal clerk. No members registered their position on this measure.)

## CSHB 3226 ON SECOND READING
### (by Branch, Woolley, Eiland, and D. Howard)

**CSHB 3226**, A bill to be entitled An Act relating to the equalization of property wealth in certain school districts.

**CSHB 3226** was passed to engrossment. (In accordance with House Rule 5, Section 51(b), every member present must have favored passage of the measure, but any member may register their position with the journal clerk. No members registered their position on this measure.)

## CSHB 2144 ON SECOND READING
### (by Flores)

**CSHB 2144**, A bill to be entitled An Act relating to the regulation of the practice of public accountancy by certain out-of-state license holders.

**CSHB 2144** was passed to engrossment. (In accordance with House Rule 5, Section 51(b), every member present must have favored passage of the measure, but any member may register their position with the journal clerk. No members registered their position on this measure.)

(Speaker in the chair)

## HB 2341 ON SECOND READING
### (by Truitt)

**HB 2341**, A bill to be entitled An Act relating to certain investment products made available to certain public school employees.

**Amendment No. 1**

Representative Truitt offered the following amendment to **HB 2341**:

Amend **HB 2341** (committee printing) as follows:

(1) On page 2, line 23, strike "or".

(2) On page 2, line 26, between "2007" and the underlined period, insert:

; or

(D)  any change to this Act that becomes effective after January 1, 2007.

Amendment No. 1 was adopted.

**HB 2341**, as amended, was passed to engrossment. (In accordance with House Rule 5, Section 51(b), every member present must have favored passage of the measure, but any member may register their position with the journal clerk. No members registered their position on this measure.)

## CSHB 921 ON SECOND READING
### (by Delisi)

**CSHB 921**, A bill to be entitled An Act relating to the sharing of information among state agencies.

**Amendment No. 1**

Representative Delisi offered the following amendment to **CSHB 921**:

Amend **CSHB 921** as follows:

(1)  On page 3, lines 12 and 13, strike "for sharing information" and substitute insert "for the secure sharing of information ".

(2)  On page 3, line 17, between "to" and "confidentiality" insert "the security and".

(3)  On page 3, line 19, between "the" and "protection" insert "security of personally identifiable information and the".

(4)  On page 4, line 11, between "the" and "sharing" insert "secure".

(5)  On page 4, line 14, between "state" and the period insert ", while ensuring the protection of personally identifiable information from inappropriate release".

(6)  On page 4, line 23, strike "and" .

(7)  On page 4, line 27, between "expense" and the period insert the following:
; and

(4)  emphasize that data shared under this subchapter must comply with any federal or state law relating to confidentiality of the information maintained or received by a participating agency.

Sec. 113.055.  USE OF DATA.  Information gathered or shared under this subchapter may not be used to enforce Title 8 of the United States Code

(8)  On page 5, line 1, strike "113.055" and substitute "113.056".

Amendment No. 1 was adopted.

**CSHB 921**, as amended, was passed to engrossment. (In accordance with House Rule 5, Section 51(b), every member present must have favored passage of the measure, but any member may register their position with the journal clerk. No members registered their position on this measure.)

### HB 2655 ON SECOND READING
#### (by Puente)

**HB 2655**, A bill to be entitled An Act relating to certificates of public convenience and necessity for water service and sewer service.

#### Amendment No. 1

Representative Puente offered the following amendment to **HB 2655**:

Amend **HB 2655**, on page 2, line 1 (House Committee Report Printing), by inserting after the word "chapter." To the extent of a conflict between this section and Section 13.245, Section 13.245 prevails.

Amendment No. 1 was adopted.

#### Amendment No. 2

Representative Hilderbran offered the following amendment to **HB 2655**:

Amend **HB 2655** by amending SECTION 2 to read as follows:
SECTION 2. Section 13.2451, Water Code, is amended to read as follows:

Sec. 13.2451. EXTENSION BEYOND EXTRATERRITORIAL JURISDICTION. (a) Subject to the provisions of Section 13.245, [~~(a) Except as provided by Subsection (b), if~~] if a municipality extends its extraterritorial jurisdiction to include an area certificated to a retail public utility, the retail public utility may continue and extend service in its area of public convenience and necessity under the rights granted by its certificate and this chapter.

(b) A retail public utility or a municipality that seeks to extend a certificate of public convenience and necessity beyond the retail public utility's corporate boundaries, if applicable, or beyond a municipality's extraterritorial jurisdiction must ensure that the area for which a certificate of public convenience and necessity is sought complies with the requirements of Water Code §13.241. [~~(b) The commission may not extend a municipality's certificate of public convenience and necessity beyond its extraterritorial jurisdiction without the written consent of the landowner who owns the property in which the certificate is to be extended. The portion of any certificate of public convenience and necessity that extends beyond the extraterritorial jurisdiction of the municipality without the consent of the landowner is void.~~]

(c) If service to an area outside a municipality's extraterritorial jurisdiction is not provided within five years from the date of obtaining a certificate of public convenience and necessity for that area, then after notice to the municipality and a hearing, the Commission may decertify the portion outside of a municipality's extraterritorial jurisdiction for which the municipality is not providing service. This subsection (c) is not applicable to a certificate of public convenience and necessity service area transferred to a municipality and approved by the Commission for which public funds were expended.

The change is sought to ensure that retail public utilities and municipalities seeking certificates of public convenience and necessity prove that the entire service territories comply with Water Code §13.241. The change will prevent CCN "land grabs" from municipalities.

Amendment No. 2 was adopted.

**HB 2655**, as amended, was passed to engrossment. (In accordance with House Rule 5, Section 51(b), every member present must have favored passage of the measure, but any member may register their position with the journal clerk. Members registering votes are as follows: C. Howard recorded voting no.)

### MESSAGE FROM THE SENATE

A message from the senate was received at this time (see the addendum to the daily journal, Messages from the Senate, Message No. 3).

### HB 957 ON SECOND READING
### (by Orr)

**HB 957**, A bill to be entitled An Act relating to participation by certain state employees in a default investment product under a deferred compensation plan.

**HB 957** was passed to engrossment. (In accordance with House Rule 5, Section 51(b), every member present must have favored passage of the measure, but any member may register their position with the journal clerk. Members registering votes are as follows: Herrero and Leibowitz recorded voting no.)

### CSHB 1517 ON SECOND READING
### (by Paxton, Bailey, Flynn, Eiland, et al.)

**CSHB 1517**, A bill to be entitled An Act relating to the reporting of expenditures for lobbying and legislative communication by local governmental entities.

### CSHB 1517 - POINT OF ORDER

Representative Y. Davis raised a point of order against further consideration of **CSHB 1517** under Rule 4, Section 32(c) of the House Rules on the grounds that the bill analysis is incorrect.

The point of order was withdrawn.

Representative Paxton moved to postpone consideration of **CSHB 1517** until the end of today's calendar.

The motion prevailed.

### HB 2308 ON SECOND READING
### (by Rose)

**HB 2308**, A bill to be entitled An Act relating to the requirement that certain economic development corporations hold a hearing before spending funds to undertake a project.

Representative Rose moved to postpone consideration of **HB 2308** until 10 a.m. tomorrow.

The motion prevailed.

### HB 2338 ON SECOND READING
### (by Bailey)

**HB 2338**, A bill to be entitled An Act relating to the authority of a municipality to regulate a vehicle operating as a limousine.

**Amendment No. 1**

Representative Bailey offered the following amendment to **HB 2338**:

Amend **HB 2338** on page 1 by striking lines 7-15 and substituting the following:

Sec. 215.004. TAXICABS AND LIMOUSINES. (a) To protect the public health, safety, and welfare, a municipality by ordinance:

(1) shall license, control, and otherwise regulate each private passenger vehicle, regardless of how it is propelled, that provides passenger taxicab transportation services for compensation and [,] is designed for carrying no more than eight passengers; and

(2)  may license, control, and otherwise regulate each private passenger vehicle, regardless of how it is propelled, that provides passenger limousine transportation services for compensation and is designed for carrying no more than 15 passengers.

(a-1)  Subsection (a) applies to a taxicab or limousine service that [, and] is operated:

Amendment No. 1 was adopted.

**Amendment No. 2**

Representative Bailey offered the following amendment to **HB 2338**:

Amend **HB 2338** on page 2, between lines 15 and 16, by inserting the following:

(d)  The provisions of this section relating to the regulation of limousine transportation services apply only to a municipality with a population of more than 1.9 million.

Amendment No. 2 was adopted.

**HB 2338**, as amended, was passed to engrossment. (In accordance with House Rule 5, Section 51(b), every member present must have favored passage of the measure, but any member may register their position with the journal clerk. Members registering votes are as follows: Zedler recorded voting no.)

### HB 1274 ON SECOND READING
### (by Jackson, Harper-Brown, et al.)

**HB 1274**, A bill to be entitled An Act relating to the requirement of speaking and reading the English language as a condition for the issuance of a commercial driver's license.

### HB 1274 - POINT OF ORDER

Representative Lucio raised a point of order against further consideration of **HB 1274** under Rule 4, Section 32(c) of the House Rules on the grounds that the bill analysis is incorrect.

The point of order was withdrawn.

Representative Jackson moved to postpone consideration of **HB 1274** until the end of today's calendar.

The motion prevailed.

### HB 2636 ON SECOND READING
### (by Smithee)

**HB 2636**, A bill to be entitled An Act relating to the nonsubstantive revision of statutes relating to the Texas Department of Insurance, the business of insurance, and certain related businesses, to nonsubstantive additions to and corrections in the codified Insurance Code, and to conforming the provisions of that code that were codified by the 79th Legislature to other Acts of that legislature, including conforming amendments, repeals, and penalties.

**Amendment No. 1**

Representative Smithee offered the following amendment to **HB 2636**:

Amend **HB 2636** (house committee printing) as follows:

(1) On page 41, line 13, strike "Chapter 843" and substitute "Section 1367.053, Subchapter A, Chapter 1452, Subchapter B, Chapter 1507, Chapter 222, 251, or 258, as applicable to a health maintenance organization, Chapter 843, Chapter 1271, and Chapter 1272".

(2) On page 43, line 6, strike "Chapter 843" and substitute "Section 1367.053, Subchapter A, Chapter 1452, Subchapter B, Chapter 1507, Chapter 222, 251, or 258, as applicable to a health maintenance organization, Chapter 843, Chapter 1271, and Chapter 1272".

(3) On page 44, line 16, strike "Chapter 843" and substitute "Section 1367.053, Subchapter A, Chapter 1452, Subchapter B, Chapter 1507, Chapter 222, 251, or 258, as applicable to a health maintenance organization, Chapter 843, Chapter 1271, and Chapter 1272".

(4) On page 135, line 23, strike "Chapter 843" and substitute "Section 1367.053, Subchapter A, Chapter 1452, Subchapter B, Chapter 1507, Chapter 222, 251, or 258, as applicable to a health maintenance organization, Chapter 843, Chapter 1271, and Chapter 1272".

(5) On page 146, line 3, between "a cross-reference" and "to read", insert "and to conform more closely to the source law from which the section is derived".

(6) Strike page 146, line 9, and substitute the following:

(3) [(4)] Section 1367.053, Subchapter A, Chapter 1452, Subchapter B, Chapter 1507, Chapter 222, 251, or 258, as applicable to a health maintenance organization, Chapter 843, Chapter 1271, or Chapter 1272;

(7) Strike page 199, lines 22 and 23, and substitute the following:
coverage authorized by:

(A) Title 7;

(B) Chapter 3, 704, 841, 846, 982, 1201, 1202, 1203, 1210, 1251, 1252, 1253, 1254, 1301, 1351, 1354, 1359, 1364, 1368, 1501, 1504, 1505, 1506, 1552, 1575, 1576, 1577, 1579, 1581, 1625, 1651, 1652, or 1701;

(C) Chapter 492, other than Sections 492.051(b) and (c);

(D) Subchapter B, Chapter 38, Subchapter D, Chapter 425, Subchapter A or F, Chapter 1204, Subchapter A, Chapter 1273, Subchapter A, B, or D, Chapter 1355, Subchapter A, Chapter 1366, Subchapter A, Chapter 1507;

(E) Section 1204.151, 1204.153, 1204.154, or 1451.051; or

(F) Chapter 177, Local Government Code; or

(8) On page 200, line 5, strike "Subchapters A-E,".

(9) On page 200, line 12, strike "Subchapters A-E,".

(10) On page 200, line 16, strike "Subchapters A-E,".

(11) On page 221, line 9, strike "401.061".

(12) On page 353, line 13, strike "Subchapters A-D,".

(13) On page 354, line 9, strike "Subchapters A-D,".

Amendment No. 1 was adopted.

**HB 2636**, as amended, was passed to engrossment. (In accordance with House Rule 5, Section 51(b), every member present must have favored passage of the measure, but any member may register their position with the journal clerk. No members registered their position on this measure.)  (The vote was reconsidered later today, and **HB 2636**, as amended, was passed to engrossment.)

### SB 1665 ON SECOND READING
### (Bonnen - House Sponsor)

**SB 1665**, A bill to be entitled An Act relating to regulation of emissions from residential water heaters.

**SB 1665** was considered in lieu of **HB 2712**.

**SB 1665** was passed to third reading. (In accordance with House Rule 5, Section 51(b), every member present must have favored passage of the measure, but any member may register their position with the journal clerk. No members registered their position on this measure.)

### HB 2712 - LAID ON THE TABLE SUBJECT TO CALL

Representative Bonnen moved to lay **HB 2712** on the table subject to call.

The motion prevailed.

### CSHB 1886 ON SECOND READING
### (by Callegari)

**CSHB 1886**, A bill to be entitled An Act relating to the procurement methods of certain political subdivisions and certain other entities for the construction, rehabilitation, alteration, or repair of certain projects.

**Amendment No. 1**

Representative Puente offered the following amendment to **CSHB 1886**:

Amend **CSHB 1886** on page 7, line 24, after the period, by inserting the following:

If a metropolitan transit authority created under Chapter 451, Transportation Code, enters into a contract for a project involving a bus rapid transit system created under Chapter 451, Transportation Code, the bus rapid transit system is a single integrated project for purposes of this subsection.

Amendment No. 1 was adopted.

**Amendment No. 2**

Representative Callegari offered the following amendment to **CSHB 1886**:

Amend **CSHB 1886** as follows:

(1) Strike SECTIONS 1-5, 7, and 9 of the bill and renumber subsequent SECTIONS of the bill appropriately.

(2) Strike page 5, line 27 through page 6, line 7 and substitute the following:

JA_008047

(6)  "Local governmental entity" means a municipality, a county, a river authority, a defense base development authority established under Chapter 379B, a municipally owned water utility with a separate governing board appointed by the governing body of a municipality, or any other special district or authority authorized by law to enter into a public works contract for a civil works project. The term does not include a water district or authority created under Section 52, Article III, or Section 59, Article XVI, Texas Constitution, with a population of less than 50,000.

(3)  On page 6, line 18, strike "25,000" and substitute "50,000".

(4)  On page 6, strike lines 20-22.

(5)  On page 16, line 10, strike "Section 1001.407" and substitute "Chapter 1001".

(6)  On page 17, between lines 1 and 2, insert the following appropriately numbered SECTION to the bill and renumber subsequent SECTIONS of the bill accordingly:

SECTION ____.  Section 271.904(a), Local Government Code, is amended to read as follows:

(a)  A covenant or promise in, in connection with, or collateral to a contract for engineering or architectural services to which a governmental agency is a party is void and unenforceable if the covenant or promise provides that a licensed engineer or registered architect whose work product is the subject of the contract must indemnify, [or] hold harmless, or defend the governmental agency against liability for damage, other than liability for damage that is caused by or results from the negligence of the indemnitor or the indemnitor's agents, consultants under contract, or others over which the indemnitor exercises control [governmental agency or its agent or employee].

Amendment No. 2 was adopted.

**Amendment No. 3**

Representative Corte offered the following amendment to **CSHB 1886**:

Amend **CSHB 1886** as follows:

(1)  On page 5, line 3, between "facilities," and "airport", insert "desalination project,".

(2)  On page 10, line 12, strike "must" and substitute "may".

(3)  On page 12, line 23, strike "geotechnical baseline report" and substitute "report containing geotechnical information relating to the project site".

(4)  On page 14, line 15, between "permitting" and the semicolon, insert ", if the local governmental entity is responsible for those risks and costs by law or contract".

Amendment No. 3 was adopted.

**Amendment No. 4**

Representative Eissler offered the following amendment to **CSHB 1886**:

Amend **CSHB 1886** on page 17, between lines 15 and 16, by adding the following appropriately numbered SECTION to the bill and renumbering subsequent SECTIONS of the bill accordingly:

SECTION ____. Section 46.008, Education Code, is amended to read as follows:

Sec. 46.008.   STANDARDS. (a) The commissioner shall establish standards for adequacy of school facilities. The standards must include requirements related to space, educational adequacy, and construction quality. All new facilities constructed after September 1, 1998, must meet the standards to be eligible to be financed with state or local tax funds.

(b) Any portable, modular building capable of being relocated that is purchased or leased after September 1, 2007, for use as a school facility, regardless of whether the building is an industrialized building as defined by Section 1202.003, Occupations Code, must be inspected as provided by Subchapter E, Chapter 1202, Occupations Code, to ensure compliance with the mandatory building codes or approved designs, plans, and specifications.

Amendment No. 4 was adopted.

**CSHB 1886**, as amended, was passed to engrossment. (In accordance with House Rule 5, Section 51(b), every member present must have favored passage of the measure, but any member may register their position with the journal clerk. No members registered their position on this measure.)

### CSHB 2491 ON SECOND READING
### (by Berman)

**CSHB 2491**, A bill to be entitled An Act relating to political expenditures made by a corporation to finance the establishment and administration of a political committee.

**Amendment No. 1**

Representative Berman offered the following amendment to **CSHB 2491**:

Amend **CSHB 2491** (House Committee Report) on page 2, by striking lines 20 and 21 and substituting the following:

(4) political campaign brochures and political campaign direct mail;

Amendment No. 1 was adopted.

**Amendment No. 2**

Representative R. Cook offered the following amendment to **CSHB 2491**:

Amend **CSHB 2491** on page 3, between lines 3 and 4 by inserting a new Subsection (f) to read as follows:

"(f) Subsection (d) does not apply to a corporation or labor organization making an expenditure to communicate with its stockholders or members, as applicable, or with the families of its stockholders or members under Sec. 253.098."

Amendment No. 2 was adopted.

ase 2:13-cv-00193   Document 726-3   Filed on 11/17/14 in TXSD   Page 279 of 4?

2288                    80th LEGISLATURE — REGULAR SESSION

**Amendment No. 3**

Representative Gallego offered the following amendment to **CSHB 2491**:

Amend **CSHB 2491** as follows:

(1)  On page 2, line 24, strike "and".

(2)  On page 2, line 25, strike the period and substitute the following:

;

(7)  polling; and

(8)  recruiting candidates.

Amendment No. 3 was adopted.

**CSHB 2491**, as amended, was passed to engrossment. (In accordance with House Rule 5, Section 51(b), every member present must have favored passage of the measure, but any member may register their position with the journal clerk. Members registering votes are as follows: Herrero, Jones, and Leibowitz recorded voting no.)

### CSHB 180 ON SECOND READING
### (by Zedler, et al.)

**CSHB 180**, A bill to be entitled An Act relating to the creation and dissolution of a covenant marriage.

Representative Zedler moved to postpone consideration of **CSHB 180** until 10 a.m. Friday, April 27.

The motion prevailed.

### CSHB 2994 ON SECOND READING
### (by Bonnen and O'Day)

**CSHB 2994**, A bill to be entitled An Act relating to the authority of certain taxing units to enter into an agreement under the Property Redevelopment and Tax Abatement Act or the Texas Economic Development Act with the owner of certain electric power generation facilities.

(Branch now present)

(Zedler in the chair)

**Amendment No. 1**

Representative Burnam offered the following amendment to **CSHB 2994**:

Amend **CSHB 2994** (Committee printing) as follows:

(1)  Strike SECTION 1 of the bill and renumber existing SECTIONS accordingly.

(2)  On page 1, line 23, strike "Sections 313.021(1) and (4), Tax Code, are" and substitute "Section 313.021(1), Tax Code, is".

(3)  Strike page 2, line 23, through page 3, line 7, and substitute:

(C)  tangible personal property that is first

(4)  On page 3, line 23, strike "(E)" and substitute "(D)".

(5)  On page 3, strike line 27 and substitute "Paragraph (A), [or] (B), or (C).

(6)  On page 4, strike lines 1-21 and substitute:

SECTION 3. Section 313.024, Tax Code, is amended by adding Subsection (b-1) and amending Subsection (c) to read as follows:

(7) On page 4, lines 24 and 25, strike "or nuclear electric power generation".

(8) On page 5, line 3, strike "313.021(1)(E)" and substitute "313.021(1)(D)".

(9) On page 5, at the end of line 24, add "or".

(10) On page 5, strike lines 26 and 27 and substitute:
gasification combined cycle technology.

(11) On page 6, line 2, strike "Subdivisions (3) and (4)" and substitute "Subdivision (3)".

(12) On page 6, strike lines 10-12.

Representative Bonnen moved to table Amendment No. 1.

A record vote was requested.

The motion to table prevailed by (Record 626): 99 Yeas, 39 Nays, 2 Present, not voting.

Yeas — Alonzo; Anderson; Aycock; Bailey; Berman; Bohac; Bonnen; Branch; Brown, B.; Brown, F.; Callegari; Chisum; Christian; Cook, B.; Cook, R.; Corte; Crabb; Creighton; Crownover; Darby; Davis, J.; Delisi; Deshotel; Driver; Dutton; Eiland; Eissler; Elkins; England; Farabee; Flynn; Frost; Gattis; Geren; Gonzales; Gonzalez Toureilles; Goolsby; Guillen; Haggerty; Hamilton; Hancock; Hardcastle; Harless; Harper-Brown; Hartnett; Hilderbran; Homer; Hopson; Howard, C.; Hughes; Isett; Jackson; Jones; Keffer; King, P.; Kolkhorst; Krusee; Kuempel; Latham; Laubenberg; Lucio; Macias; Madden; McCall; McReynolds; Merritt; Miller; Morrison; Mowery; Murphy; O'Day; Orr; Ortiz; Otto; Parker; Patrick; Paxton; Phillips; Pickett; Pitts; Puente; Quintanilla; Riddle; Ritter; Rose; Smith, T.; Smith, W.; Smithee; Solomons; Straus; Swinford; Talton; Taylor; Truitt; Turner; Van Arsdale; West; Woolley; Zerwas.

Nays — Allen; Anchia; Bolton; Burnam; Castro; Chavez; Coleman; Davis, Y.; Dukes; Dunnam; Escobar; Farias; Flores; Gallego; Garcia; Giddings; Heflin; Hernandez; Herrero; Hochberg; Hodge; Howard, D.; King, T.; Leibowitz; Mallory Caraway; Martinez; Martinez Fischer; McClendon; Miles; Naishtat; Oliveira; Olivo; Peña; Pierson; Raymond; Rodriguez; Strama; Vaught; Veasey.

Present, not voting — Mr. Speaker; Zedler(C).

Absent, Excused — Farrar; Menendez; Moreno.

Absent — Cohen; Hill; King, S.; Noriega; Thompson; Villarreal; Vo.

**Amendment No. 2**

Representative Villarreal offered the following amendment to **CSHB 2994**:

Amend **CSHB 2994** as follows:

On page 6, between line 12 and 13, insert the following and renumber succeeding sections accordingly:

SECTION 5. §313.0408. REPORT ON COMPLIANCE WITH AGREEMENTS. (a) Before the beginning of each regular session of the legislature, the comptroller shall submit to the lieutenant governor, the speaker of the house of representatives, and each other member of the legislature a report on grants made under this Chapter that states:

(1) the number of qualifying jobs each recipient of a limitation on appraised value committed to create in this state;

(2) the number of qualifying jobs each recipient created;

(3) the median wage of the jobs each recipient created;

(4) the amount of qualified investment each recipient committed to expend or allocate per project;

(5) the amount of qualified investment each recipient expended or allocated per project;

(6) the market value of the qualified property of each recipient;

(7) the limitation on appraised value for the qualified property of each recipient;

(8) the average amount of property taxes that would have been collected, if taxes were imposed on the market value of each qualified property, for each job created by each recipient;

(9) the number of jobs created by each recipient in each sector of the North American Industry Classification System (NAICS); and

(10) of the number of direct jobs each recipient created, the number of positions created that provide health benefits for employees.

(b) The report may not include information that is made confidential by law.

(c) The comptroller may require a recipient to submit, on a form the comptroller provides, information required to complete the report.

Amendment No. 2 was adopted.

A record vote was requested.

**CSHB 2994**, as amended, was passed to engrossment by (Record 627): 118 Yeas, 21 Nays, 2 Present, not voting.

Yeas — Allen; Alonzo; Anchia; Anderson; Aycock; Bailey; Berman; Bohac; Bonnen; Branch; Brown, B.; Brown, F.; Callegari; Chisum; Christian; Cohen; Coleman; Cook, B.; Cook, R.; Corte; Crabb; Creighton; Crownover; Darby; Delisi; Deshotel; Driver; Dunnam; Dutton; Eiland; Eissler; Elkins; England; Escobar; Farabee; Flores; Flynn; Frost; Garcia; Gattis; Geren; Gonzales; Gonzalez Toureilles; Goolsby; Guillen; Haggerty; Hamilton; Hancock; Hardcastle; Harless; Harper-Brown; Hartnett; Heflin; Hilderbran; Hill; Homer; Hopson; Howard, C.; Howard, D.; Hughes; Isett; Jackson; Jones; Keffer; King, P.; King, S.; Kolkhorst; Krusee; Kuempel; Latham; Laubenberg; Lucio; Macias; Madden; Mallory Caraway; Martinez; McCall; McReynolds; Merritt; Miller; Morrison; Murphy; O'Day; Orr; Ortiz; Otto; Parker; Patrick; Paxton; Peña; Phillips; Pickett; Pitts; Puente; Quintanilla; Raymond; Riddle; Ritter; Rose; Smith, T.; Smith, W.; Smithee; Solomons; Strama; Straus; Swinford; Talton; Taylor; Thompson; Truitt; Turner; Van Arsdale; Vaught; Villarreal; Vo; West; Woolley; Zerwas.

Nays — Bolton; Burnam; Castro; Chavez; Dukes; Farias; Gallego; Giddings; Hernandez; Herrero; Hochberg; Hodge; King, T.; Leibowitz; McClendon; Miles; Naishtat; Oliveira; Olivo; Rodriguez; Veasey.

Present, not voting — Mr. Speaker; Zedler(C).

Absent, Excused — Farrar; Menendez; Moreno.

Absent — Davis, J.; Davis, Y.; Martinez Fischer; Mowery; Noriega; Pierson.

### STATEMENT OF VOTE

I was shown voting no on Record No. 627. I intended to vote yes.

Olivo

### HB 3074 ON SECOND READING
### (by Creighton)

**HB 3074**, A bill to be entitled An Act relating to advertising of entities that contract with local workforce development boards.

**HB 3074** was passed to engrossment. (In accordance with House Rule 5, Section 51(b), every member present must have favored passage of the measure, but any member may register their position with the journal clerk. No members registered their position on this measure.)

### HB 2636 - VOTE RECONSIDERED

Representative Smithee moved to reconsider the vote by which **HB 2636**, as amended, was passed to engrossment.

The motion to reconsider prevailed.

### HB 2636 ON SECOND READING
### (by Smithee)

**HB 2636**, A bill to be entitled An Act relating to the nonsubstantive revision of statutes relating to the Texas Department of Insurance, the business of insurance, and certain related businesses, to nonsubstantive additions to and corrections in the codified Insurance Code, and to conforming the provisions of that code that were codified by the 79th Legislature to other Acts of that legislature, including conforming amendments, repeals, and penalties.

**Amendment No. 2 (Committee Amendment No. 1)**

Representative Smithee offered the following committee amendment to **HB 2636**:

Amend **HB 2636** as follows:

(1) On page 33, line 13, strike "AND CONFORMING AMENDMENTS".

(2) On page 33, strike lines 15 through 26.

(3) Strike page 33, line 27, through page 34, line 2, and substitute the following:

SECTION 1D.003. ADDITION. Chapter 542, Insurance Code, is amended by adding Subchapter C-1 to read as follows:

SUBCHAPTER C-1. REQUEST FOR CLAIMS INFORMATION BY
CERTAIN OFFICIALS

(4) On page 34, line 3, strike "Sec. 542.105" and substitute "Sec. 542.131".

(5) On page 119, strike line 1 and substitute the following:

(b) A person may not act as a responsible managing employee unless the person holds a license

(6) On page 172, strike lines 6-9 and substitute the following:

(3) Subchapter B, Chapter 1507; and

(4) Chapters 1271 and 1272 [Chapter 20A].

(7) On page 187, line 13, strike "841.705" and substitute "841.704-841.705".

(8) On page 202, line 22, strike "Subchapters A-E," and substitute "Subchapter B,".

(9) On page 203, line 1, strike "Subchapters A-E," and substitute "Subchapter B,".

(10) On page 203, strike lines 11 through 14 and substitute the following:
a license revoked under Chapter 4005 [Article 21.07 or 21.14, or

(11) On page 219, line 10, between "Subchapters A-E" and the comma, insert "and G".

(12) On page 225, line 6, strike "1305.004(11)," and substitute "1305.004(a)(11),".

(13) On page 354, between lines 19 and 20, insert the following appropriately numbered SECTION:

SECTION ____. Sections 1272.001(a)(1), (3), and (4), Insurance Code, are amended to conform more closely to the source law from which they were derived to read as follows:

(1) "Delegated entity" means an entity, other than a health maintenance organization authorized to engage in business under Chapter 843, that by itself, or through subcontracts with one or more entities, undertakes to arrange for or provide medical care or health care to an enrollee in exchange for a predetermined payment on a prospective basis and that accepts responsibility for performing on behalf of the health maintenance organization a function regulated by this chapter, Chapter 222, 251, or 258, as applicable to a health maintenance organization, Chapter 843 or [,] 1271, Section 1367.053 [or 1367], Subchapter A, Chapter 1452, or Subchapter B, Chapter 1507. The term does not include:

(A) an individual physician; or

(B) a group of employed physicians, practicing medicine under one federal tax identification number, whose total claims paid to providers not employed by the group constitute less than 20 percent of the group's total collected revenue computed on a calendar year basis.

(3) "Delegated third party" means a third party other than a delegated entity that contracts with a delegated entity, either directly or through another third party, to:

(A) accept responsibility for performing a function regulated by this chapter, Chapter 222, 251, or 258, as applicable to a health maintenance organization, Chapter 843 or [,] 1271, Section 1367.053 [or 1367], Subchapter A, Chapter 1452, or Subchapter B, Chapter 1507; or

(B) receive, handle, or administer funds, if the receipt, handling, or administration is directly or indirectly related to a function regulated by this chapter, Chapter 222, 251, or 258, as applicable to a health maintenance organization, Chapter 843 or [,] 1271, Section 1367.053 [or 1367], Subchapter A, Chapter 1452, or Subchapter B, Chapter 1507.

(4) "Delegation agreement" means an agreement by which a health maintenance organization assigns the responsibility for a function regulated by this chapter, Chapter 222, 251, or 258, as applicable to a health maintenance organization, Chapter 843 or [,] 1271, Section 1367.053 [or 1367], Subchapter A, Chapter 1452, or Subchapter B, Chapter 1507.

Amendment No. 2 was adopted.

**HB 2636**, as amended, was passed to engrossment. (In accordance with House Rule 5, Section 51(b), every member present must have favored passage of the measure, but any member may register their position with the journal clerk. No members registered their position on this measure.)

### GENERAL STATE CALENDAR
### (consideration continued)

(Hamilton in the chair)

### CSHB 1038 ON SECOND READING
### (by Ritter)

**CSHB 1038**, A bill to be entitled An Act relating to the operation of the Texas Residential Construction Commission; providing penalties.

**Amendment No. 1**

Representative Ritter offered the following amendment to **CSHB 1038**:

Amend **CSHB 1038** as follows:

(1) On page 2, line 14, strike "constructs" and substitute "sells, constructs,".

(2) On page 2, line 15, between "construction of" and the colon, insert ", or contracts for the construction of or the supervision or management of the construction of".

(3) On page 3, line 1, after "by", insert "amending Subsection (b) and".

(4) On page 3, between lines 2 and 3, insert the following:

(b) This title does not apply to a homeowner or to a homeowner's real estate broker, agent, interior designer registered under Chapter 1053, Occupations Code, or property manager who supervises or arranges for the construction of an improvement to a home owned by the homeowner.

(5) On page 6, line 2, strike "and (e)" and substitute ", (e) , and (f)".

(6) On page 6, line 8, between "title" and the period, insert ", except as necessary to implement this title".

(7) On page 6, between lines 8 and 9, insert the following:

(f) Notwithstanding Subsections (d) and (e), the commission may not disclose the address of an individual home registered with the commission:

(1) on the commission's Internet website; or

(2) in connection with an open records request under Chapter 552, Government Code.

(8) On page 6, after line 27, insert the following appropriately numbered SECTION and renumber subsequent SECTIONS accordingly:

SECTION ____. Section 416.010, Property Code, is amended by adding Subsection (e) to read as follows:

(e) A builder may designate a United States Postal Service postal box for use in correspondence. The builder may not use the box as the builder's principal place of business for purposes of this section.

(9) On page 10, line 14, strike "or".

(10) On page 10, between lines 14 and 15, insert the following:

(22) failure to participate in commission efforts to resolve a complaint that arises during the construction or renovation of a home;

(23) failure to act in good faith in responding to a commission request for information; or

(11) On page 10, line 15, strike "(22)" and substitute "(24)".

(12) On page 11, strike lines 6 through 13 and substitute the following:

(b) The commission must consider the factors described by Section 419.002(b) before taking disciplinary action under this chapter.

(13) On page 12, line 21, strike "Subsection (a)" and insert "Subsections (a) and (b)".

(14) On page 12, between lines 25 and 26, insert the following:

(b) In determining the amount of an administrative penalty, the hearings officer or commission shall consider:

(1) the seriousness of the violation, including the nature, circumstances, extent, and gravity of the prohibited acts;

(2) the history of previous violations;

(3) the amount necessary to deter a future violation;

(4) efforts to correct the violation; [and]

(5) the deterrent effect on others in the industry;

(6) the economic harm to the homeowner; and

(7) any other matter justice may require.

(15) On page 15, lines 15-16, strike "Sections 427.001(b), (c), and (d), Property Code, are" and substitute "Section 427.001, Property Code, is".

(16) On page 15, line 16, between "amended" and "to read" insert "by amending Subsections (b), (c), and (d) and adding Subsection (c-1)".

(17) On page 16, between lines 2 and 3, insert the following:

(c-1) A third-party inspector who inspects an issue involving a structural matter and an unrelated issue involving workmanship and materials matters must meet the requirements of Subsections (b) and (c).

(18) On page 17, between lines 3 and 4, insert the following appropriately numbered SECTION and renumber subsequent SECTIONS accordingly:

SECTION ____. Section 428.003(a), Property Code, is amended to read as follows:

(a) On or before the 30th [15th] day after the date the commission receives a request, the commission shall appoint the next available third-party inspector from the applicable lists of third-party inspectors maintained by the commission under Subsection (c).

(19) On page 17, line 25, strike "section" and substitute "chapter".

(20) On page 17, line 26, between "request" and "may submit", insert ", including a third-party warranty company,".

**Amendment No. 2**

Representative Solomons offered the following amendment to Amendment No. 1:

Amend Floor Amendment No. 1 (**CSHB 1038**), by Ritter, on page 2, line 13, by striking "act in good faith in responding" and substituting "respond".

Amendment No. 2 was adopted.

### MESSAGE FROM THE SENATE

A message from the senate was received at this time (see the addendum to the daily journal, Messages from the Senate, Message No. 4).

### CSHB 1038 - (consideration continued)

Amendment No. 1, as amended, was adopted.

**Amendment No. 3**

Representative Gattis offered the following amendment to **CSHB 1038**:

Amend **CSHB 1038** on page 1, between lines 4 and 5, by inserting the following appropriately numbered SECTION and renumbering subsequent SECTIONS accordingly:

SECTION ____. Subchapter A, Chapter 5, Property Code, is amended by adding Section 5.016 to read as follows:

Sec. 5.016.  DISCLOSURE OF ABSENCE OF CERTAIN WARRANTIES. (a)  A seller of residential real property that is exempt from Title 16 under Section 401.005 shall give to the purchaser of the property a written notice that reads substantially similar to the following:

NOTICE OF NONAPPLICABILITY OF CERTAIN WARRANTIES
AND BUILDING AND PERFORMANCE STANDARDS

The property that is subject to this contract is exempt from Title 16, Property Code, including the provisions of that title that provide statutory warranties and building and performance standards.

(b)  A notice required by this section shall be delivered by the seller to the purchaser on or before the effective date of an executory contract binding the purchaser to purchase the property. If a contract is entered into without the seller providing the notice, the purchaser may terminate the contract for any reason on or before the seventh day after the date the purchaser receives the notice.

(c)  This section does not apply to a transfer:

    (1)  under a court order or foreclosure sale;

    (2)  by a trustee in bankruptcy;

    (3)  to a mortgagee by a mortgagor or successor in interest or to a beneficiary of a deed of trust by a trustor or successor in interest;

    (4)  by a mortgagee or a beneficiary under a deed of trust who has acquired the land at a sale conducted under a power of sale under a deed of trust or a sale under a court-ordered foreclosure or has acquired the land by a deed in lieu of foreclosure;

    (5)  by a fiduciary in the course of the administration of a decedent's estate, guardianship, conservatorship, or trust;

    (6)  from one co-owner to another co-owner of an undivided interest in the real property;

    (7)  to a spouse or a person in the lineal line of consanguinity of the seller;

    (8)  to or from a governmental entity; or

    (9)  of only a mineral interest, leasehold interest, or security interest.

Amendment No. 3 was adopted.

**Amendment No. 4**

Representative Gattis offered the following amendment to **CSHB 1038**:

Amend **CSHB 1038** on page 1, between lines 4 and 5, by inserting the following appropriately numbered SECTION and renumbering subsequent SECTIONS accordingly:

SECTION ____.  Section 27.002(b), Property Code, is amended to read as follows:

(b)  Except as provided by this subsection, to [To] the extent of conflict between this chapter and any other law, including the Deceptive Trade Practices-Consumer Protection Act (Subchapter E, Chapter 17, Business & Commerce Code) or a common law cause of action, this chapter prevails. To the extent of conflict between this chapter and Title 16, Title 16 prevails.

Amendment No. 4 was adopted.

**Amendment No. 5**

Representative Gattis offered the following amendment to **CSHB 1038**:

Amend **CSHB 1038** on page 1, between lines 4 and 5, by inserting the following appropriately numbered SECTION and renumbering subsequent SECTIONS accordingly:

SECTION ____.  Section 27.004(d), Property Code, is amended to read as follows:

(d)  The court or arbitration tribunal shall abate [dismiss] an action governed by this chapter if Subsection (c) does not apply and the court or tribunal, after a hearing, finds that the contractor is entitled to abatement [dismissal] because the claimant failed to comply with the requirements of Subtitle D, Title 16, if applicable, failed to provide the notice or failed to give the contractor a reasonable opportunity to inspect the property as required by Subsection (a), or

failed to follow the procedures specified by Subsection (b). An action is automatically abated [dismissed] without the order of the court or tribunal beginning on the 11th day after the date a motion to abate [dismiss] is filed if the motion:

(1)  is verified and alleges that the person against whom the action is pending did not receive the written notice required by Subsection (a), the person against whom the action is pending was not given a reasonable opportunity to inspect the property as required by Subsection (a), or the claimant failed to follow the procedures specified by Subsection (b) or Subtitle D, Title 16; and

(2)  is not controverted by an affidavit filed by the claimant before the 11th day after the date on which the motion to abate [dismiss] is filed.

Amendment No. 5 was adopted.

**Amendment No. 6**

Representative McClendon offered the following amendment to **CSHB 1038**:

Amend **CSHB 1038** as follows:

(1)  On page 1, line 6, strike "Subsection (c)" and substitute "Subsections (c) and (d)".

(2)  On page 2, strike lines 3 through 9 and substitute the following:

(c)  A provision of a contract described by Section 41.001(b)(3) that requires the parties to submit a dispute arising under the contract to binding arbitration must:

(1)  be conspicuously printed or typed in a size equal to at least 14-point bold type or the computer equivalent; and

(2)  provide a space immediately adjacent to the provision for the owner's signature to indicate acknowledgment of notice of the provision.

(d)  A provision described by Subsection (c) is not enforceable against the owner unless the requirements of Subsection (c) are met and the owner signs the space acknowledging notice of the provision.

(3)  Strike SECTION 20 of the bill and substitute the following:

SECTION 20.  Section 426.003, Property Code, is amended by amending Subsection (b) to read as follows:

(b)  A builder who enters into a contract for the construction of a new home or an improvement to an existing home in which the value of the work exceeds $20,000 [transaction governed by this title, other than the transfer of title of a new home from the builder to the seller,] shall register the home involved in the transaction with the commission. The registration must:

(1)  include the information required by the commission by rule;

(2)  be accompanied by the fee required by Subsection (c); and

(3)  be delivered to the commission not later than the 15th day after the earlier of:

(A)  the date the construction is substantially completed [of the agreement that describes the transaction between the homeowner and the builder]; or

(B) the date the new home is occupied, if the contract is for the construction of a new home [commencement of the work on the home].

(4) Add the following appropriately numbered SECTIONS and renumber the SECTIONS of the bill accordingly:

SECTION ____. Section 162.003, Property Code, is amended to read as follows:

Sec. 162.003. BENEFICIARIES OF TRUST FUNDS. (a) An artisan, laborer, mechanic, contractor, subcontractor, or materialman who labors or who furnishes labor or material for the construction or repair of an improvement on specific real property in this state is a beneficiary of any trust funds paid or received in connection with the improvement.

(b) A homeowner, as defined by Section 401.002, is a beneficiary of trust funds paid in connection with a residential construction contract governed by Title 16 and held for the purpose of satisfying the cost of materials and workmanship for labor and materials provided by persons described by Subsection (a) for the homeowner under the contract.

SECTION ____. Section 162.006(a), Property Code, is amended to read as follows:

(a) A contractor who enters into a written contract with a property owner or homeowner, as defined by Section 401.002, to construct improvements to [a] residential property [homestead] for an amount exceeding $5,000 shall deposit the trust funds in a construction account in a financial institution.

SECTION ____. Subtitle C, Title 16, Property Code, is amended by adding Chapter 420 to read as follows:

CHAPTER 420. BUILDING CONTRACT PROVISIONS

Sec. 420.001. REQUIRED WRITTEN DISCLOSURE. Before beginning work on a project to construct a new home or an improvement to an existing home when the cost of the work exceeds $10,000, a builder must provide a notice to the homeowner in at least 14-point bold type that gives the telephone number of the commission and states:

STATE LAW REQUIRES THAT A PERSON HOLD A CERTIFICATE OF REGISTRATION FROM THE TEXAS RESIDENTIAL CONSTRUCTION COMMISSION IF THE PERSON CONTRACTS TO CONSTRUCT A NEW HOME OR IF THE PERSON CONTRACTS TO CONSTRUCT AN IMPROVEMENT TO AN EXISTING HOME AND THE TOTAL COST OF THE IMPROVEMENT IS $10,000 OR MORE (INCLUDING LABOR AND MATERIALS).

BUILDERS ARE REGULATED BY LAWS DESIGNED TO PROTECT THE PUBLIC. YOU MAY CONTACT THE COMMISSION AT [insert commission's telephone number] TO FIND OUT WHETHER THE BUILDER HAS A VALID CERTIFICATE OF REGISTRATION. THE COMMISSION HAS COMPLETE INFORMATION ON THE HISTORY OF BUILDERS, INCLUDING ANY SUSPENSION, REVOCATION, COMPLAINT, AND RESOLUTION OF COMPLAINT.

IF YOU HAVE A COMPLAINT AGAINST A BUILDER, YOU MAY CONTACT THE TOLL-FREE TELEPHONE NUMBER TO OBTAIN A COMPLAINT FORM AND FURTHER INFORMATION.

IF THE BUILDER FAILED TO COMPLETE THE WORK OR PERFORMED POOR QUALITY WORK, YOU MAY FILE A COMPLAINT WITH THE COMMISSION BY CONTACTING THE TOLL-FREE TELEPHONE NUMBER. YOU MUST FILE ALL COMPLAINTS WITHIN TWO YEARS OF THE DATE THE BUILDER ABANDONED THE PROJECT OR PERFORMED THE POOR QUALITY WORK.

Sec. 420.002. REQUIRED CONTRACT PROVISIONS. A contract for the construction of a new home or an improvement to an existing home when the cost of the work exceeds $10,000 is not enforceable against a homeowner unless the contract:

(1) contains the builder's name, physical address, and certificate of registration number; and

(2) contains the notice required by Section 420.001.

Sec. 420.003. BINDING ARBITRATION CONTRACT PROVISION. (a) A provision in a contract for the construction of a new home, or the improvement of an existing home in which the value of the work exceeds $10,000, that requires the parties to submit a dispute arising under the contract to binding arbitration must:

(1) be conspicuously printed or typed in a size equal to at least 14-point bold type or the computer equivalent; and

(2) provide a space immediately adjacent to the provision for the homeowner's signature to indicate acceptance of the provision.

(b) A provision described by Subsection (a) is not enforceable against the homeowner unless the requirements of Subsection (a) are met and the homeowner signs the space accepting the provision.

Amendment No. 6 was adopted.

**Amendment No. 7**

Representative McClendon offered the following amendment to **CSHB 1038**:

Amend **CSHB 1038** as follows:

(1) Strike SECTION 2 of the bill and substitute the following:

SECTION 2. Section 401.003, Property Code, is amended to read as follows:

Sec. 401.003. DEFINITION OF BUILDER. (a) In this title, "builder" means any person [business entity or individual] who, for a fixed price, commission, fee, wage, or other compensation, sells, constructs, or supervises or manages the construction of:

(1) a new home;

(2) a material improvement to a home, other than an improvement solely to replace or repair a roof of an existing home; or

(3) an improvement to the interior of an existing home when the cost of the work exceeds $10,000 [$20,000].

(b)  The term includes:

(1)  an owner, officer, director, shareholder, partner, affiliate, subsidiary, or employee of the builder;

(2)  a risk retention group governed by Article 21.54, Insurance Code, that insures all or any part of a builder's liability for the cost to repair a residential construction defect; and

(3)  a third-party warranty company and its administrator.

(c)  The term does not include any person [business entity or individual] who:

(1)  has been issued a license by this state or an agency [or political subdivision] of this state to practice a trade or profession related to or affiliated with residential construction if the work being done by the entity or individual to the home is solely for the purpose for which the license was issued; or

(2)  sells a new home and:

(A)  does not construct or supervise or manage the construction of the home; and

(B)  holds a license issued under Chapter 1101, Occupations Code, or is exempt from that chapter under Section 1101.005, Occupations Code.

(2)  Strike SECTION 33 of the bill and substitute the following:

SECTION 33.  Subchapter Z, Chapter 214, Local Government Code, is amended by adding Section 214.906 to read as follows:

Sec. 214.906.  CERTIFICATE OF REGISTRATION NUMBER REQUIRED FOR RESIDENTIAL CONSTRUCTION PERMIT. A municipality may not issue a permit that authorizes the construction of a new single-family house or duplex or the improvement of an existing single-family house or duplex by a builder who is required to hold a certificate of registration issued by the Texas Residential Construction Commission unless the builder provides the builder's certificate of registration number to the municipality.

(3)  Add the following appropriately numbered SECTIONS and renumber the SECTIONS of the bill accordingly:

SECTION ____.  Subchapter K, Chapter 53, Property Code, is amended by adding Section 53.2555 to read as follows:

Sec. 53.2555.  CERTIFICATE OF REGISTRATION NUMBER. (a) A contractor who is required to register as a builder with the Texas Residential Construction Commission shall include, in a clear and conspicuous manner, the contractor's certificate of registration number on each residential construction contract.

(b)  The failure of a contractor to comply with Subsection (a) makes void any mechanic's or materialman's lien by the contractor or a subcontractor.

SECTION ____.  Section 401.002(7), Property Code, is amended to read as follows:

(7)  "Homeowner" means an individual [a person] who owns a home and who contracts with a builder for the construction of a new home or an improvement to an existing home. The term includes an attorney-in-fact or legal representative of the individual or the individual's estate or a subrogee or assignee of the individual [a person who owns a home].

**Amendment No. 8**

Representative McClendon offered the following amendment to Amendment No. 7:

Amend Floor Amendment No. 7, by McClendon, to **CSHB 1038** on page 2, by striking lines 14-21 and substituting the following:

Sec. 214.906. VERIFICATION OF BUILDER REGISTRATION. A municipality may not issue a building permit to a builder, as defined by Section 401.003, Property Code, for construction described by Section 401.003(a) of that code, unless the municipality has determined that the builder is registered with the Texas Residential Construction Commission under Chapter 416 of that code. A municipality shall verify that the builder's registration number is both current and valid and make a record of that registration number.

Amendment No. 8 was adopted.

Amendment No. 7, as amended, was adopted.

**Amendment No. 9**

Representative Gattis offered the following amendment to **CSHB 1038**:

Amend **CSHB 1038** as follows:

(1) On page 2, line 14, strike "constructs" and substitute "sells, constructs,".

(2) On page 2, line 15, between "construction of" and the colon, insert ", or contracts for the construction of or the supervision or management of the construction of".

Amendment No. 9 was withdrawn.

**Amendment No. 10**

Representative Geren offered the following amendment to **CSHB 1038**:

Amend **CSHB 1038** to read as follows:

1) On page 3, line 4, strike the words "with the intent to sell" and substitute "and sells"

2) On page 3, line 9, after "individual." add "Liability under this subsection does not automatically require an individual to register under Section 416.001."

3) Add the following appropriately numbered SECTION and renumber subsequent SECTIONS accordingly:

SECTION ____. Section 401.002, Property Code, is amended to read as follows:

(8) Improvement to the interior of an existing home—any modification to the interior living space of a home which includes the addition or installation of permanent fixtures inside the home. An improvement to the interior of an existing home does not include improvements to an existing home if the improvements are designed primarily to repair or replace the home's component parts.

(9) (8) "Limited statutory warranty and building and performance standards" means the limited statutory warranty and building and performance standards adopted by the commission under Section 430.001.

(10) Material improvement—a modification to an existing home that either increases or decreases the home's total square footage of living space that also modifies the home's foundation, perimeter walls or roof. A material improvement does not include modifications to an existing home if the modifications are designed primarily to repair or replace the home's component parts.

(11) (9) "Nonstructural matter" has the meaning assigned by the limited statutory warranty and building and performance standards adopted by the commission under Section 430.001.

(12) (10) "Request" means a request submitted under Section 428.001.

(13) (11) "State inspector" means a person employed by the commission under Section 427.002.

(14) (12) "State-sponsored inspection and dispute resolution process" means the process by which the commission resolves a request.

(15) (13) "Structural" means the load-bearing portion of a home.

(16) (14) "Structural failure" has the meaning assigned by the limited statutory warranty and building and performance standards adopted by the commission under Section 430.001.

(17) (15) "Third-party inspector" means a person appointed by the commission under Section 428.003.

(18) (16) "Warranty of habitability" means a builder's obligation to construct a home or home improvement that is in compliance with the limited statutory warranties and building and performance standards adopted by the commission under Section 430.001 and that is safe, sanitary, and fit for humans to inhabit.

4) On page 20, line 8, after the words "Property Code" and before "." add "or is exempt from registration under Section 401.005, Property Code".

Amendment No. 10 was adopted.

**Amendment No. 11**

Representative McClendon offered the following amendment to **CSHB 1038**:

Amend **CSHB 1038** as follows:

(1) On page 5, between lines 16 and 17, insert the following:

(d) Fees paid to the commission under Subsections (b) and (c) are nonrefundable.

(e) The commission may waive or reduce the fee for an inspection under Subtitle D for a homeowner who demonstrates an inability to pay the fee.

(2) On page 6, line 10, strike "Subsection (c)" and substitute "Subsections (c) and (d)".

(3) On page 6, between lines 21 and 22, insert the following:

(d) The fees in Subsection (a) apply to each builder, including each sole proprietor, corporation, limited liability company, partnership, limited partnership, limited liability partnership, and subsidiary.

(4) Add the following appropriately numbered SECTION and renumber the SECTIONS of the bill accordingly:

SECTION ____. Chapter 409, Property Code, is amended by adding Section 409.004 to read as follows:

Sec. 409.004. DIRECTORY OF BUILDERS. The commission shall make available to the public a list of each builder who holds a certificate of registration issued under Chapter 416.

Amendment No. 11 was adopted.

**Amendment No. 12**

Representative McClendon offered the following amendment to **CSHB 1038**:

Amend **CSHB 1038** as follows:

(1)  On page 6, line 22, strike "Section 416.008(d), Property Code, is" and substitute "Sections 416.008(d) and (e), Property Code, are".

(2)  On page 6, following line 27, insert the following:

(e)  The hearing shall be held before a hearings officer appointed by the commission. After the hearing, the hearings officer shall enter an appropriate order. [The order of the hearings officer under this subsection is a final decision.]

(3)  On page 10, line 14, strike "or".

(4)  On page 10, line 16, strike the period and substitute ";".

(5)  On page 10, between lines 16 and 17, insert the following:

(24)  failure to obtain a permit required by a political subdivision before constructing a new home or an improvement to an existing home; or

(25)  abandoning or wilfully failing to perform, without justification, any home improvement contract or residential construction project engaged in or undertaken by the person, if found to have done so by a final, nonappealable judgment of a court.

(6)  On page 10, lines 18 and 19, strike "or impose an administrative penalty".

(7)  On page 12, line 10, strike "(a)".

(8)  On page 12, strike lines 16 through 19.

Amendment No. 12 was adopted.

**Amendment No. 13**

Representative Gattis offered the following amendment to **CSHB 1038**:

Amend **CSHB 1038** as follows:

(1)  On page 4, line 2, between "the" and "commission", insert "attorney general or the".

(2)  On page 4, between lines 7 and 8, insert the following:

(d)  A suit under this section must be brought in Travis County.

(e)  The attorney general and the commission may recover reasonable expenses incurred in obtaining injunctive relief under this section, including court costs, reasonable attorney's fees, investigative costs, witness fees, and deposition costs.

(3)  On page 4, line 8, strike "(d)" and substitute "(f)".

Amendment No. 13 was adopted.

(Goolsby in the chair)

## Amendment No. 14

Representative T. Smith offered the following amendment to **CSHB 1038**:

Amend **CSHB 1038** on page 4, between lines 11 and 12, by inserting the following appropriately numbered SECTION and renumbering subsequent SECTIONS accordingly:

SECTION ____.  Section 406.001, Property Code, is amended by amending Subsection (a) and adding Subsections (c), (d), (e), and (f) to read as follows:

(a)  The Texas Residential Construction Commission consists of nine members appointed by the governor with the advice and consent of the senate as follows:

(1)  four members must be builders who each hold a certificate of registration under Chapter 416;

(2)  three members must be representatives of the general public, each of whom has demonstrated a continued interest in consumer protection;

(3)  one member must be a licensed professional engineer who practices in the area of residential construction; and

(4)  one member must be either a licensed architect who practices in the area of residential construction or a building inspector who meets the requirements set forth in Chapter 427 and practices in the area of residential construction.

(c)  A person may not be a public member of the commission if the person or the person's spouse:

(1)  is a builder registered with the commission, or is otherwise registered, certified, or licensed by a regulatory agency in the field of residential construction;

(2)  is employed by or participates in the management of a business entity or other organization regulated by or receiving money from the commission;

(3)  owns or controls, directly or indirectly, more than a 10 percent interest in a business entity or other organization regulated by or receiving money from the commission; or

(4)  uses or receives a substantial amount of tangible goods, services, or money from the commission other than compensation or reimbursement authorized by law for commission membership, attendance, or expenses.

(d)  A person may not be a member of the commission and may not be a commission employee employed in a "bona fide executive, administrative, or professional capacity," as that phrase is used for purposes of establishing an exemption to the overtime provisions of the federal Fair Labor Standards Act of 1938 (29 U.S.C. Section 201 et seq.) if:

(1)  the person is an officer, employee, manager, or paid consultant of a Texas trade association in the field of residential construction; or

(2)  the person's spouse is an officer, manager, or paid consultant of a Texas trade association in the field of residential construction.

(e) A person may not be a member of the commission or act as general counsel to the commission if the person is required to register as a lobbyist under Chapter 305, Government Code, because of the person's activities for compensation on behalf of a profession related to the operation of the commission.

(f) In this section, "Texas trade association" means a cooperative and voluntarily joined statewide association of business or professional competitors in this state designed to assist its members and its industry or profession in dealing with mutual business or professional problems and in promoting their common interest.

Amendment No. 14 was adopted.

**Amendment No. 15**

Representative Gattis offered the following amendment to **CSHB 1038**:

Amend **CSHB 1038** on page 6, between lines 8 and 9, by inserting the following appropriately numbered SECTION and renumbering subsequent SECTIONS accordingly:

SECTION ____. Section 416.002, Property Code, is amended by adding Subsection (e) to read as follows:

(e) Based on a commission investigation of an alleged violation of Sections 418.001(a)(14) through (20), the commission may require an applicant for renewal of a certificate of registration to disclose to the commission every person with a financial or management interest in the applicant's business as a builder. This subsection does not apply to a publicly traded company.

Amendment No. 15 was adopted.

**Amendment No. 16**

Representative Gattis offered the following amendment to **CSHB 1038**:

Amend **CSHB 1038** as follows:

(1) On page 7, line 9, strike "Section 416.012" and substitute "Sections 416.012 and 416.013".

(2) On page 7, between lines 16 and 17, insert the following:

Sec. 416.013. CONTINUING EDUCATION. (a)  During the first year a builder is registered with the commission, the builder must complete five hours of continuing education, one hour of which must address ethics.

(b) After satisfying the requirements of Subsection (a), a builder must complete five hours of continuing education, one hour of which must address ethics, once every five years.

(c) Continuing education courses that satisfy the requirements of this section must address the International Residential Code for One- and Two-Family Dwellings adopted under Section 430.001 and state laws and rules that apply to builders under this chapter.

(d) The commission by rule shall approve continuing education courses, course content, and course providers. This subsection does not prohibit the commission from providing continuing education courses for a reasonable fee.

Amendment No. 16 was adopted.

**Amendment No. 17**

Representative Gattis offered the following amendment to **CSHB 1038**:

Amend **CSHB 1038** as follows:
(1) On page 10, line 14, strike "or".
(2) On page 10, between lines 14 and 15, insert the following:
(22) failure to substantially complete all the obligations under an express contract for construction without reasonable grounds for the failure, if found by a final nonappealable court judgment; or
(3) On page 10, line 15, strike "(22)" and substitute "(23)".

(Speaker in the chair)

Amendment No. 17 was adopted.

**Amendment No. 18**

Representative Gattis offered the following amendment to **CSHB 1038**:

Amend **CSHB 1038** on page 6, between lines 8 and 9, by inserting the following appropriately numbered SECTION and renumbering subsequent SECTIONS accordingly:
SECTION ____. Section 416.002, Property Code, is amended by adding Subsection (e) to read as follows:
(e) Based on a commission investigation of an alleged violation of Sections 418.001(a)(14) through (20), the commission may require an applicant for renewal of a certificate of registration to disclose to the commission every person with a financial or management interest in the applicant's business as a builder. This subsection does not apply to a publicly traded company.

Amendment No. 18 was withdrawn.

**Amendment No. 19**

Representative Eiland offered the following amendment to **CSHB 1038**:

Amend **CSHB 1038** as follows:
Add a new section after page 20, line 8 as follows:
Amend Section 426.001 of the Texas by adding subsection (d) as follows:
(d) Notwithstanding any other provision, the state-sponsored inspection and dispute resolution process is voluntary at the discretion of a homeowner until such time as a homeowner submits a request for the state-sponsored inspection and dispute resolution.
(1) A builder may not require by contract or otherwise that a homeowner use the state-sponsored inspection and dispute resolution process. The builder may not represent directly or indirectly that the state-sponsored inspection and dispute resolution process is required of a homeowner.

(2) The provisions of subsection (d) may not be waived, voided, or nullified.

Strike in Section 22, page 14, line 8 "must" and substitute "need not."

Strike in Section 22, page 14, lines 14-18.

Representative Ritter moved to table Amendment No. 19.

A record vote was requested.

The motion to table prevailed by (Record 628): 92 Yeas, 47 Nays, 2 Present, not voting.

Yeas — Alonzo; Aycock; Berman; Bohac; Bonnen; Branch; Brown, B.; Brown, F.; Callegari; Chisum; Christian; Cook, B.; Cook, R.; Corte; Crabb; Creighton; Crownover; Darby; Davis, J.; Delisi; Driver; Eissler; Elkins; England; Escobar; Farabee; Flynn; Frost; Gattis; Geren; Goolsby; Haggerty; Hamilton; Hancock; Hardcastle; Harless; Harper-Brown; Heflin; Hilderbran; Hill; Hochberg; Homer; Hopson; Isett; Jackson; Jones; Keffer; King, P.; King, S.; Kolkhorst; Krusee; Kuempel; Latham; Laubenberg; Lucio; Macias; Madden; Martinez; McReynolds; Merritt; Miller; Morrison; Mowery; Murphy; O'Day; Oliveira; Orr; Otto; Parker; Paxton; Phillips; Pickett; Pitts; Puente; Quintanilla; Riddle; Ritter; Rose; Smith, T.; Smith, W.; Strama; Straus; Swinford; Taylor; Truitt; Turner; Van Arsdale; West; Woolley; Zedler; Zerwas.

Nays — Allen; Anchia; Anderson; Bailey; Bolton; Burnam; Castro; Chavez; Coleman; Davis, Y.; Deshotel; Dukes; Dunnam; Dutton; Eiland; Flores; Garcia; Gonzales; Gonzalez Toureilles; Guillen; Hartnett; Hernandez; Herrero; Howard, D.; Hughes; King, T.; Leibowitz; Mallory Caraway; Martinez Fischer; McCall; McClendon; Naishtat; Noriega; Olivo; Ortiz; Peña; Pierson; Raymond; Rodriguez; Smithee; Solomons; Talton; Thompson; Vaught; Veasey; Villarreal; Vo.

Present, not voting — Mr. Speaker(C); Howard, C.

Absent, Excused — Farrar; Menendez; Moreno.

Absent — Cohen; Farias; Gallego; Giddings; Hodge; Miles.

### STATEMENTS OF VOTE

When Record No. 628 was taken, I was in the house but away from my desk. I would have voted yes.

Giddings

I was shown voting yes on Record No. 628. I intended to vote no.

T. Smith

(P. King in the chair)

**Amendment No. 20**

Representative Farrar offered the following amendment to **CSHB 1038**:

Amend **CSHB 1038** as follows:

Amend Sec 436.002 of the property code to add section (c) and read as follows; then renumber as appropriate.

§436.002. APPLICABILITY. (a) This subtitle applies only to an arbitration of a dispute between a homeowner and a builder that involves an alleged construction defect.

(b) The requirements of this subtitle supplement Chapter 171, Civil Practice and Remedies Code, and the Federal Arbitration Act (9 U.S.C. Sections 1-16), as amended.

(c) The requirement of arbitration in a dispute involving a construction defect shall be made optional.

Amendment No. 20 was withdrawn.

**Amendment No. 21**

Representative Raymond offered the following amendment to **CSHB 1038**:

Amend **CSHB 1038** by inserting the following appropriately numbered SECTION and renumbering subsequent SECTIONS accordingly:

SECTION ____. Chapter 426, Property Code, is amended by adding Section 426.009 to read as follows:

Sec. 426.009. ABATEMENT OF PARALLEL PROCEEDING. (a) This section applies only to a suit between a homeowner and a builder in which:

(1) a request for resolution is filed with the commission under this title; and

(2) the request relates directly to the subject matter of the suit.

(b) A court shall abate a suit to which this section applies if the request for resolution is filed before the 90th day after the date the suit is filed. The court may grant or continue any temporary relief necessary to preserve the status quo pending a final determination of the suit.

(c) If the commission grants the request or reconsiders and grants a request that had previously been denied, the court may, on motion of the commission or any interested party, dismiss the suit if the issues involved in the request predominate in the suit.

Amendment No. 21 was withdrawn.

**Amendment No. 22**

Representative Leibowitz offered the following amendment to **CSHB 1038**:

Amend **CSHB 1038** by adding the following appropriately numbered SECTIONS and renumbering subsequent SECTIONS accordingly:

SECTION ____. Chapter 419, Property Code, is amended by adding Section 419.0031 to read as follows:

Sec. 419.0031. INTEREST ON UNPAID PENALTY. Interest accrues on an unpaid administrative penalty at a rate of 18 percent compounded annually beginning on the day after the date specified for payment under Section 419.003.

SECTION ____. The change in law made by Section 419.0031, Property Code, as added by this Act, applies only to an administrative penalty assessed on or after the effective date of this Act. A penalty assessed before the effective date of this Act is subject to the law in effect immediately before that date, and that law is continued in effect for that purpose.

Amendment No. 22 was adopted.

**Amendment No. 23**

Representative Leibowitz offered the following amendment to **CSHB 1038**:

Amend **CSHB 1038** by adding the following appropriately numbered SECTION to the bill and renumbering subsequent SECTIONS of the bill accordingly:

SECTION ____. Chapter 409, Property Code, is amended by adding Section 409.0011 to read as follows:

Sec. 409.0011.  BUILDER LIST. (a)   In this section, "volume builder" means a builder who registers at least 100 homes each year as provided by Section 426.003.

(b)  The commission shall create and make accessible to the public an electronic list and a hard-copy list of builders who:

(1)  are registered with the commission; and

(2)  provide in this state building services, including accessible floor plans, to persons with mobility-related special needs.

(c)  The electronic list required under Subsection (b) shall provide, if available, the following information with respect to each listed builder:

(1)  a link to the builder's website; and

(2)  contact information for the builder, including the municipalities where the builder provides building services described by Subsection (b)(2).

(d)  The commission shall contact all volume builders in this state who do not provide building services to persons with mobility-related special needs as described by Subsection (b)(2) and encourage those builders to develop floor plans that are designed to be accessible for persons with mobility-related special needs.

(e)  Before a volume builder is included on the electronic or hard-copy list described by Subsection (b), the commission must certify the builder's floor plans designed for persons with mobility-related special needs.  The commission shall establish rules, procedures, and fees necessary to certify floor plans as required by this subsection.

(f)  The Veterans' Land Board shall make accessible to the public on its Internet website and in hard-copy format the electronic list required under Subsection (b).

Amendment No. 23 was adopted.

**Amendment No. 24**

Representative Flores offered the following amendment to **CSHB 1038**:

Amend **CSHB 1038** by inserting the following appropriately numbered SECTION and renumbering subsequent SECTIONS of the bill accordingly:

SECTION \_\_\_\_. Chapter 430, Property Code, is amended by adding Section 430.0015 to read as follows:

Sec. 430.0015. USE OF CERTAIN MATERIALS PROHIBITED. In adopting building and performance standards under Section 430.001, the commission shall require the use of graded rebar in accordance with the requirements of the building code in effect in the political subdivision in which the residential construction occurs.

Amendment No. 24 was adopted.

**Amendment No. 25**

Representative McClendon offered the following amendment to **CSHB 1038**:

Amend **CSHB 1038** as follows:

(1) Add the following appropriately numbered SECTION and renumber the SECTIONS of the bill accordingly:

SECTION \_\_\_\_. Section 426.001(a), Property Code, is amended to read as follows:

(a) This subtitle applies to a dispute between a builder and a homeowner if:

(1) the dispute arises out of an alleged construction defect, other than a claim solely for:

(A) personal injury, survival, or wrongful death; or

(B) damage to goods; and

(2) a request is submitted to the commission not later than the 30th day after [on or before] the 10th anniversary of:

(A) the date of the initial transfer of title from the builder to the first homeowner to own [initial owner of] the home or the improvement that is the subject of the dispute; or

(B)[,] if there is not a closing in which title is transferred, the date on which the [contract for] construction of the improvement was substantially completed [entered into].

(2) On page 20, line 13, after the period, insert "The speaker of the house of representatives shall appoint two additional members of the house of representatives who have expressed an interest in this issue as voting adjunct members of the committee for the purpose of participating in the study.".

Amendment No. 25 was adopted.

**Amendment No. 26**

Representative Burnam offered the following amendment to **CSHB 1038**:

Amend **CSHB 1038** by adding the following appropriately numbered SECTION to the bill and renumbering subsequent SECTIONS of the bill accordingly:

SECTION \_\_\_\_. Section 406.001, Property Code, is amended by amending Subsection (a) and adding Subsections (c), (d), (e), and (f) to read as follows:

(a) The Texas Residential Construction Commission consists of nine members appointed by the governor with the advice and consent of the senate as follows:

(1) three [four] members must be builders who each hold a certificate of registration under Chapter 416;

(2) four [three] members must be representatives of the general public, each of whom has demonstrated a continued interest in consumer protection;

(3) one member must be a licensed professional engineer who practices in the area of residential construction; and

(4) one member must be either a licensed architect who practices in the area of residential construction or a building inspector who meets the requirements set forth in Chapter 427 and practices in the area of residential construction.

(c) A person may not be a public member of the commission if the person or the person's spouse:

(1) is a builder registered with the commission, or is otherwise registered, certified, or licensed by a regulatory agency in the field of residential construction;

(2) is employed by or participates in the management of a business entity or other organization regulated by or receiving money from the commission;

(3) owns or controls, directly or indirectly, more than a 10 percent interest in a business entity or other organization regulated by or receiving money from the commission; or

(4) uses or receives a substantial amount of tangible goods, services, or money from the commission other than compensation or reimbursement authorized by law for commission membership, attendance, or expenses.

(d) A person may not be a member of the commission and may not be a commission employee employed in a "bona fide executive, administrative, or professional capacity," as that phrase is used for purposes of establishing an exemption to the overtime provisions of the federal Fair Labor Standards Act of 1938 (29 U.S.C. Section 201 et seq.), if:

(1) the person is an officer, employee, manager, or paid consultant of a Texas trade association in the field of residential construction; or

(2) the person's spouse is an officer, manager, or paid consultant of a Texas trade association in the field of residential construction.

(e) A person may not be a member of the commission or act as general counsel to the commission if the person is required to register as a lobbyist under Chapter 305, Government Code, because of the person's activities for compensation on behalf of a profession related to the operation of the commission.

(f) In this section, "Texas trade association" means a cooperative and voluntarily joined statewide association of business or professional competitors in this state designed to assist its members and its industry or profession in dealing with mutual business or professional problems and in promoting their common interest.

Representative Ritter moved to table Amendment No. 26.

A record vote was requested.

The motion to table prevailed by (Record 629): 109 Yeas, 31 Nays, 2 Present, not voting.

Yeas — Anchia; Anderson; Aycock; Berman; Bohac; Bolton; Bonnen; Branch; Brown, B.; Brown, F.; Callegari; Chisum; Christian; Cohen; Cook, B.; Cook, R.; Corte; Crabb; Creighton; Crownover; Darby; Davis, J.; Delisi; Deshotel; Driver; Dunnam; Eissler; Elkins; England; Escobar; Farabee; Flores; Flynn; Frost; Garcia; Gattis; Geren; Giddings; Goolsby; Guillen; Haggerty; Hamilton; Hancock; Hardcastle; Harless; Harper-Brown; Hartnett; Heflin; Hilderbran; Hill; Homer; Hopson; Howard, C.; Howard, D.; Hughes; Isett; Jackson; Jones; Keffer; King, S.; King, T.; Kolkhorst; Krusee; Kuempel; Latham; Laubenberg; Lucio; Macias; Madden; McCall; McReynolds; Merritt; Miller; Morrison; Mowery; Murphy; O'Day; Oliveira; Orr; Otto; Parker; Patrick; Paxton; Peña; Phillips; Pickett; Pitts; Puente; Quintanilla; Raymond; Riddle; Ritter; Rose; Smith, T.; Smith, W.; Smithee; Solomons; Strama; Straus; Swinford; Talton; Taylor; Truitt; Turner; Van Arsdale; West; Woolley; Zedler; Zerwas.

Nays — Allen; Alonzo; Bailey; Burnam; Castro; Chavez; Coleman; Dukes; Dutton; Eiland; Farias; Gallego; Gonzales; Gonzalez Toureilles; Hernandez; Herrero; Hochberg; Hodge; Leibowitz; Mallory Caraway; Martinez; Martinez Fischer; Miles; Naishtat; Noriega; Ortiz; Rodriguez; Thompson; Vaught; Veasey; Villarreal.

Present, not voting — Mr. Speaker; King, P.(C).

Absent, Excused — Farrar; Menendez; Moreno.

Absent — Davis, Y.; McClendon; Olivo; Pierson; Vo.

**Amendment No. 27**

Representative Thompson offered the following amendment to **CSHB 1038**:

Amend **CSHB 1038** by inserting the following appropriately numbered SECTIONS and renumbering existing SECTIONS of the bill accordingly:

SECTION ____.  Title 16, Property Code, is amended by adding Subtitle F to read as follows:

SUBTITLE F.  HOMEOWNER REMEDIES
CHAPTER 445.  NEW HOME BUYERS

Sec. 445.001.  DEFINITIONS.  In this chapter:

(1) "Defect" means a construction defect or any other condition that prevents a home from conforming to an applicable warranty.

(2) "Homebuyer" means a person who:

(A) purchased a home from a builder and is entitled to enforce the terms of the builder's warranty with respect to the home;

(B) is a lessor or lessee, other than a sublessee, who purchased or leased the home from the builder; or

(C) is a transferee or assignee of a person described by Paragraph (A) or (B) if the transferee or assignee is a resident of this state and entitled to enforce the terms of the builder's warranty.

(3) "Serious safety hazard" means a life-threatening malfunction, installation defect, or nonconformity that substantially impedes a person's ability to live in or use a home or that creates a substantial risk of fire, explosion, or exposure to a toxic substance.

(4) "Warranty" means the statutory warranties under Chapter 430 and any additional warranty provided by a builder in accordance with Sections 430.006 and 430.007.

Sec. 445.002.  APPLICABILITY  OF  CERTAIN  OTHER  LAW  OR CONTRACT PROVISIONS.  (a) This chapter supersedes any other law or contract provision that conflicts with this chapter, including the Deceptive Trade Practices-Consumer Protection Act (Subchapter E, Chapter 17, Business & Commerce Code).

(b) The remedies provided by this chapter supersede remedies available under Chapter 27 or the Deceptive Trade Practices-Consumer Protection Act (Subchapter E, Chapter 17, Business & Commerce Code).

(c) If a dispute to which this chapter applies is also subject to Chapter 426, the homebuyer must comply with Subtitle D before pursuing a remedy under this chapter.

(d) Except as provided by this section, this chapter does not limit the rights or remedies otherwise available to a homebuyer under any other law.

(e) A contract provision that excludes or modifies the remedies provided by this chapter is prohibited and is void as against public policy unless the exclusion or modification is included in a settlement agreement between a homebuyer and a builder.

Sec. 445.003.  COMPLAINT.  A homebuyer may seek a remedy provided by this chapter by:

(1) providing to the builder written notice identifying each defect in the home that is covered by the builder's warranty; and

(2) filing a complaint with the commission that includes a copy of the notice provided under Subdivision (1) on or before the 30th day after the date the notice is provided.

Sec. 445.004.  HEARING.  (a) The commission may hold a hearing on any allegation in a complaint that is not privately resolved between the homebuyer and the builder.

(b) The contested case provisions of Chapter 2001, Government Code, apply to a hearing conducted under this chapter.

Sec. 445.005.  TIME FOR FILING COMPLAINT.  (a) Except as provided by Subsection (b), a homebuyer must file a complaint under this chapter before the earlier of:

(1) the date the applicable warranty period expires; or

(2) the 10th anniversary of the closing date.

(b)  If the dispute is submitted to the state-sponsored inspection and dispute resolution process, a complaint under this chapter must be submitted not later than the 30th day after the date the third-party inspector's recommendation is issued or, if the homebuyer appeals the inspector's recommendation, the 30th day after the date the appeals panel issues a ruling on the appeal.

Sec. 445.006.  AFFIRMATIVE DEFENSE.  In a hearing before the commission under this chapter, a builder may assert as an affirmative defense to an allegation of a defect made in a complaint filed under this chapter that the defect is the result of abuse, neglect, or modifications or alterations of the home made by a person other than the builder.

Sec. 445.007.  REPAIR REQUIRED.  (a) Except as provided by Section 445.009, if a defect exists, the builder shall make the repairs necessary to conform the home to the builder's warranties if:

(1)  the homebuyer or the homebuyer's designated agent reported the defect to the builder or the builder's agent before the expiration of the applicable time limit under Section 445.005; or

(2)  a breach of warranty on the home is established.

(b)  The builder must make the repairs required under Subsection (a) not later than the 120th day after the date the notice of the defect required by Section 445.003 is received by the commission.

Sec. 445.008.  RETURN OR REPLACEMENT REQUIRED.  (a) Except as provided by Section 445.009, if the builder is unable to cure a defect within the period prescribed by Section 445.007(b) and the defect creates a serious safety hazard, substantially impairs the use of the home, or decreases the home's market value by more than five percent, the builder shall at the homebuyer's option:

(1)  replace the home with a comparable home in the same neighborhood; or

(2)  accept return of the home from the homebuyer and refund to the homebuyer the full purchase price and any closing costs and reasonable moving costs.

(b)  The commission may not order a remedy under this section unless the builder has been provided at least the number of days prescribed by Section 445.007(b) to cure the defect that is subject to the remedy provided by this section.  The period required by this subsection is extended by the amount of time during which repair services are not available to a homebuyer because of a war, invasion, strike, or fire, flood, or other natural disaster.

Sec. 445.009.  MOLD CONTAMINATION. (a) Not later than the 30th day after the date of a hearing examiner's order of a remedy under this section, the builder shall accept return of the home from the homebuyer and refund to the homebuyer the full purchase price and any closing costs and reasonable moving costs if, in addition to notice of a defect required by Section 445.003, a homebuyer:

(1)  provides to the contractor and the commission written results of tests that:

(A)  are conducted by a mold testing laboratory certified for the purposes of this section; and

(B) demonstrate proof of unacceptable levels of toxic mold contamination that pose an imminent threat to the health, safety, or welfare of the inhabitants; and

(2)  establishes that the contamination arises out of the defect.

(b)  The commission by rule shall designate at least one private organization that certifies mold testing laboratories from whom certification is sufficient for the purposes of this section.

Sec. 445.010.  REIMBURSEMENT OF EXPENSES.  (a) If a builder is ordered to replace a home or refund the purchase price under Section 445.008 or 445.009, the builder shall reimburse the homebuyer for:

(1)  reasonable incidental costs resulting from the loss of the use of the home because of the defect; and

(2)  lost wages resulting from time required for appointments with the builder or the builder's representative that are necessary because of the defect.

(b)  As necessary to promote the public interest, the commission by rule:

(1)  shall define the incidental costs that are eligible for reimbursement under Subsection (a) and specify other requirements necessary to determine an eligible cost; and

(2)  may set a maximum amount that is eligible for reimbursement, either by type of eligible cost or by a total for all costs.

(c)  Refunds shall be made to the homebuyer and primary lienholder, as applicable.

Sec. 445.011.  OTHER REMEDIES NOT PRECLUDED.   This chapter does not prevent a homebuyer from obtaining a remedy available to the homebuyer under a new home warranty that provides remedies in addition to those provided by this chapter.

Sec. 445.012.  RIGHT TO FILE ACTION.  (a) Except as provided by this section, a homebuyer may not seek the remedies provided by this chapter in a civil action unless the homebuyer files a complaint against the builder under this chapter and exhausts the administrative proceedings provided by this chapter. A court shall dismiss an action filed in violation of this section.

(b)  If the hearing examiner does not issue a proposal for decision and make a recommendation to the commission for a final order on or before the 150th day after the date a complaint is filed under this chapter, the commission shall provide written notice, by certified mail, to the complainant and the builder.

(c)  The notice must inform the recipient of:

(1)  the date the period for issuing a final order under this chapter expires; and

(2)  the complainant's right to file an action under this section.

(d)  After receiving a notice of the right to file an action under Subsection (b), a complainant may file an action against a builder named in the complaint. The commission's failure to issue a notice of the right to file an action does not affect a complainant's right to bring an action under this section.

Sec. 445.013.  JUDICIAL REVIEW.  A final order of the commission under this chapter:

(1)  is the final action of the commission under this chapter; and

(2)  is subject to review only by judicial review as provided by Chapter 2001, Government Code, to the extent that chapter is not inconsistent with this chapter.

Sec. 445.014.  INITIATION OR REMOVAL OF ACTION.  (a) Except as otherwise provided by this chapter, an appeal initiated under this chapter may be removed to the Third Court of Appeals District if any party to the action files a notice of removal with the district court before the trial in the district court begins.

(b)  An appeal initiated in or removed to the Third Court of Appeals District:

(1)  must be initiated under Chapter 2001, Government Code, as if initiated in a Travis County district court; and

(2)  is governed from the time of filing by the Texas Rules of Appellate Procedure.

(c)  If evidence outside the commission's record is to be admitted in an appeal under Chapter 2001, Government Code, or otherwise, the action:

(1)  must be initiated in a Travis County district court; or

(2)  if initiated in the Third Court of Appeals District, is subject to remand to a Travis County district court for proceedings in accordance with instructions from the court of appeals.

(d)  Citation must be served on the commission and each party of record before the commission. For an appeal initiated in the Third Court of Appeals District, the court shall cause citation to be issued.

Sec. 445.015.  DILIGENCE REQUIRED.  (a) An appellant must pursue an appeal with reasonable diligence. If an appellant fails to prosecute an appeal in the six-month period after the appeal is filed, the court shall presume that the appeal has been abandoned and dismiss the appeal if a motion for dismissal is submitted by the attorney general or another party.

(b)  An appeal may not be dismissed under this section if the appellant, after receiving notice and an opportunity to be heard, demonstrates good cause for a delay.

Sec. 445.016.  DISCLOSURE REQUIRED.  (a) A builder who is ordered to refund the purchase price of or replace a home under this chapter shall provide to the first retail purchaser of the home after the home was repurchased or replaced by the builder a disclosure statement stating that the home was repurchased or replaced by the builder under this chapter.

(b)  The disclosure statement must include the toll-free telephone number established by the commission under Section 445.018.

(c)  Before a home repurchased or replaced under this chapter may be sold again, the deed that transfers title to the home must be marked with a clear statement that indicates that the home was repurchased or replaced under this chapter.

Sec. 445.017.  RESTORATION OF WARRANTY REQUIRED.  A builder who sells a home after repurchasing or replacing the home under this chapter must restore the home in a manner that conforms with the limited statutory warranties and building and performance standards.

Sec. 445.018. TOLL-FREE TELEPHONE NUMBER. The commission shall establish a toll-free telephone number for providing information to persons who request information about a defect that was the basis for ordering a remedy under this chapter. The commission shall maintain an effective method of providing information to persons who make requests.

Sec. 445.019. ANNUAL REPORT. (a) The commission shall publish and make available to the public an annual report relating to homes ordered repurchased or replaced by a builder under this chapter.

(b) The report must:

(1) list the number of homes by subdivision name, if any;

(2) identify the builder; and

(3) include a brief description of each defect that was the subject of a remedy provided by this chapter.

(c) The commission may charge a reasonable fee to recover the cost of the report.

Sec. 445.020. DISCIPLINARY PROCEEDINGS; ADMINISTRATIVE PENALTY. A builder who violates this chapter or a rule or order adopted under this chapter is subject to disciplinary action and an administrative penalty under Chapters 418 and 419.

SECTION ____. Subtitle F, Title 16, Property Code, as added by this Act, applies only to the sale of a new home for which the closing date is on or after the effective date of this Act. A sale of a new home for which the closing date was before the effective date of this Act is governed by the law in effect at the time of the sale, and that law is continued in effect for that purpose.

Representative Thompson moved to extend speaking time on **CSHB 1038**.

A record vote was requested.

The motion to extend time prevailed by (Record 630): 113 Yeas, 14 Nays, 2 Present, not voting.

Yeas — Allen; Alonzo; Anchia; Anderson; Bailey; Berman; Bohac; Bolton; Bonnen; Branch; Brown, B.; Brown, F.; Burnam; Castro; Cohen; Coleman; Cook, B.; Cook, R.; Crabb; Creighton; Crownover; Darby; Davis, J.; Davis, Y.; Delisi; Deshotel; Dukes; Dunnam; Eiland; Eissler; Elkins; England; Escobar; Farabee; Farias; Flores; Flynn; Frost; Gallego; Garcia; Gattis; Geren; Giddings; Gonzales; Gonzalez Toureilles; Goolsby; Guillen; Haggerty; Hamilton; Hancock; Hardcastle; Harper-Brown; Hartnett; Heflin; Hernandez; Herrero; Hilderbran; Hill; Hochberg; Hodge; Homer; Hopson; Howard, C.; Howard, D.; Isett; Keffer; King, S.; King, T.; Kolkhorst; Kuempel; Laubenberg; Leibowitz; Lucio; Mallory Caraway; Martinez; Martinez Fischer; McCall; McClendon; McReynolds; Merritt; Miles; Naishtat; Noriega; Oliveira; Orr; Ortiz; Parker; Peña; Pickett; Pitts; Puente; Quintanilla; Raymond; Ritter; Rodriguez; Rose; Smith, T.; Smith, W.; Solomons; Strama; Straus; Swinford; Talton; Taylor; Thompson; Truitt; Turner; Vaught; Veasey; Villarreal; Vo; West; Woolley.

Nays — Callegari; Chavez; Chisum; Christian; Corte; Hughes; Jackson; Macias; Miller; Murphy; Phillips; Riddle; Smithee; Zerwas.

Present, not voting — Mr. Speaker; King, P.(C).

Absent, Excused — Farrar; Menendez; Moreno.

Absent — Aycock; Driver; Dutton; Harless; Jones; Krusee; Latham; Madden; Morrison; Mowery; O'Day; Olivo; Otto; Patrick; Paxton; Pierson; Van Arsdale; Zedler.

(Speaker in the chair)

Representative Ritter moved to table Amendment No. 27.

A record vote was requested.

The motion to table prevailed by (Record 631): 83 Yeas, 60 Nays, 1 Present, not voting.

Yeas — Anchia; Aycock; Berman; Bohac; Bonnen; Branch; Brown, B.; Brown, F.; Callegari; Chisum; Christian; Cohen; Cook, B.; Cook, R.; Corte; Crabb; Creighton; Crownover; Darby; Davis, J.; Delisi; Driver; Eissler; Elkins; Farabee; Flynn; Frost; Garcia; Gattis; Goolsby; Haggerty; Hancock; Hardcastle; Harless; Harper-Brown; Heflin; Hilderbran; Hopson; Hughes; Isett; Jones; Keffer; King, P.; King, S.; King, T.; Kolkhorst; Krusee; Kuempel; Latham; Laubenberg; Lucio; Macias; Madden; McReynolds; Merritt; Miller; Morrison; Mowery; Murphy; O'Day; Orr; Otto; Parker; Patrick; Paxton; Phillips; Pitts; Quintanilla; Riddle; Ritter; Rose; Smith, W.; Smithee; Strama; Straus; Swinford; Talton; Taylor; Van Arsdale; West; Woolley; Zedler; Zerwas.

Nays — Allen; Alonzo; Anderson; Bailey; Bolton; Burnam; Castro; Chavez; Coleman; Davis, Y.; Deshotel; Dukes; Dunnam; Dutton; Eiland; England; Escobar; Farias; Flores; Gallego; Geren; Giddings; Gonzales; Gonzalez Toureilles; Guillen; Hamilton; Hartnett; Hernandez; Herrero; Hill; Hochberg; Hodge; Homer; Howard, D.; Leibowitz; Mallory Caraway; Martinez; Martinez Fischer; McCall; Miles; Naishtat; Noriega; Oliveira; Olivo; Ortiz; Peña; Pickett; Pierson; Puente; Raymond; Rodriguez; Smith, T.; Solomons; Thompson; Truitt; Turner; Vaught; Veasey; Villarreal; Vo.

Present, not voting — Mr. Speaker(C).

Absent, Excused — Farrar; Menendez; Moreno.

Absent — Howard, C.; Jackson; McClendon.

## STATEMENTS OF VOTE

I was shown voting yes on Record No. 631. I intended to vote no.

Cohen

I was shown voting no on Record No. 631. I intended to vote yes.

England

**Amendment No. 28**

Representative Gattis offered the following amendment to **CSHB 1038**:

Amend **CSHB 1038** by adding the following appropriately numbered SECTION to the bill and renumbering subsequent SECTIONS of the bill accordingly:

SECTION ____. Section 426.006, Property Code, is amended to read as follows:

Sec. 426.006. TIME FOR REQUESTING INSPECTION AND DISPUTE RESOLUTION. (a) For an alleged defect discovered during an applicable warranty period, the [The] state-sponsored inspection and dispute resolution process must be requested on or before the second anniversary of the date of discovery of the conditions claimed to be evidence of the construction defect but not later than the 90th [30th] day after the date the applicable warranty period expires.

(b)  If the alleged defect would violate the statutory warranty of habitability and was not discoverable by a reasonable, prudent inspection or examination of the home or improvement within the applicable warranty period, the state-sponsored inspection and dispute resolution process must be requested:

(1)  on or before the second anniversary of the date of discovery of the conditions claimed to be evidence of the construction defect; and

(2)  not later than the 10th anniversary of the date of the initial transfer of title from the builder to the initial owner of the home or improvement that is the subject of the dispute or, if there is not a closing, the date on which the contract for construction of the improvement is entered into.

Amendment No. 28 was adopted.

**Amendment No. 29**

Representative Gattis offered the following amendment to **CSHB 1038**:

Amend **CSHB 1038** as follows:

(1)  On page 6, between lines 8 and 9, insert the following appropriately numbered SECTION and renumber subsequent SECTIONS accordingly:

SECTION ____. Section 416.001, Property Code, is amended to read as follows:

Sec. 416.001. REGISTRATION REQUIRED. (a) A person may not act as a builder unless the person holds a certificate of registration under this chapter.

(b)  A person commits an offense if the person violates Subsection (a). An offense under this section is a Class A misdemeanor.

(2)  On page 21, between lines 24 and 25, insert the following appropriately numbered SECTION and renumber subsequent SECTIONS accordingly:

SECTION ____. The changes in law made by this Act to Section 416.001, Property Code, apply only to an offense committed on or after the effective date of this Act. An offense committed before the effective date of this Act is governed by the law in effect at the time the offense was committed, and the former law is continued in effect for that purpose. For the purposes of this section, an offense was committed before the effective date of this Act if any element of the offense occurred before that date.

Amendment No. 29 was adopted.

A record vote was requested.

**CSHB 1038**, as amended, was passed to engrossment by (Record 632): 139 Yeas, 1 Nays, 1 Present, not voting.

Yeas — Allen; Alonzo; Anchia; Anderson; Aycock; Bailey; Berman; Bohac; Bolton; Bonnen; Branch; Brown, B.; Brown, F.; Callegari; Castro; Chavez; Chisum; Christian; Cohen; Coleman; Cook, B.; Cook, R.; Corte; Crownover; Darby; Davis, J.; Davis, Y.; Delisi; Deshotel; Driver; Dukes; Dunnam; Dutton; Eiland; Eissler; Elkins; England; Escobar; Farabee; Farias; Flores; Flynn; Frost; Gallego; Garcia; Gattis; Geren; Giddings; Gonzales; Gonzalez Toureilles; Goolsby; Guillen; Haggerty; Hamilton; Hancock; Hardcastle; Harless; Harper-Brown; Hartnett; Heflin; Hernandez; Herrero; Hilderbran; Hill; Hochberg; Hodge; Homer; Hopson; Howard, C.; Howard, D.; Hughes; Isett; Jackson; Jones; Keffer; King, P.; King, S.; King, T.; Kolkhorst; Krusee; Kuempel; Latham; Laubenberg; Leibowitz; Lucio; Macias; Madden; Mallory Caraway; Martinez; Martinez Fischer; McCall; McClendon; McReynolds; Merritt; Miles; Miller; Morrison; Mowery; Murphy; Naishtat; Noriega; O'Day; Oliveira; Olivo; Orr; Ortiz; Otto; Parker; Patrick; Paxton; Peña; Phillips; Pickett; Pitts; Puente; Quintanilla; Raymond; Riddle; Ritter; Rodriguez; Smith, T.; Smith, W.; Smithee; Solomons; Strama; Straus; Swinford; Taylor; Truitt; Turner; Van Arsdale; Vaught; Veasey; Villarreal; Vo; West; Woolley; Zedler; Zerwas.

Nays — Thompson.

Present, not voting — Mr. Speaker(C).

Absent, Excused — Farrar; Menendez; Moreno.

Absent — Burnam; Crabb; Creighton; Pierson; Rose; Talton.

## STATEMENTS OF VOTE

When Record No. 632 was taken, my vote failed to register. I would have voted yes.

Burnam

When Record No. 632 was taken, I was in the house but away from my desk. I would have voted yes.

Rose

## HB 2120 ON SECOND READING
### (by Deshotel)

**HB 2120**, A bill to be entitled An Act relating to the wages credited to an individual for the purpose of computing the individual's unemployment compensation benefits.

### Amendment No. 1

Representative Deshotel offered the following amendment to **HB 2120**:

Amend **HB 2120** by adding the following appropriately numbered SECTIONS to the bill and renumbering subsequent SECTIONS of the bill appropriately:

SECTION ____.  Section 201.011(1), Labor Code, is repealed.

SECTION ____.  Subchapter B, Chapter 201, Labor Code, is amended by adding Section 201.013 to read as follows:

Sec. 201.013.  DEFINITION OF BASE PERIOD; ALTERNATE BASE PERIODS. (a) For purposes of this subtitle and subject to this section, an individual's base period is the four consecutive completed calendar quarters, prescribed by the commission, in the five consecutive completed calendar quarters preceding the first day of an individual's benefit year.

(b)  For an individual precluded because of a medically verifiable injury or illness from working during a major part of a calendar quarter of the period that would otherwise be the individual's base period under Subsection (a), the base period is the first four calendar quarters of the five consecutive calendar quarters preceding the calendar quarter in which the illness began or the injury occurred if the individual files an initial claim for benefits not later than 24 months after the date on which the individual's injury or illness began or occurred.

(c)  For an individual who does not have sufficient benefit wage credits to qualify for benefits under the computation of the base period as provided by Subsection (a) or (b), the base period is the four most recently completed calendar quarters preceding the first day of the individual's benefit year.

SECTION ____.  Section 208.002, Labor Code, is amended to read as follows:

Sec. 208.002.  [NOTICE OF] INITIAL CLAIM; LAST WORK. (a) When used in connection with an initial claim, "last work" and "person for whom the claimant last worked" refer to:

(1)  the last person for whom the claimant actually worked, if the claimant worked for that person in six or more consecutive weeks and was paid wages by that person equal to at least six times the claimant's weekly benefit amount; or

(2)  the employer, as defined by Subchapter C, Chapter 201, or by the unemployment law of any other state, for whom the claimant last worked.

(b)  The commission shall mail a notice of the filing of an initial claim to the person for whom the claimant last worked before the effective date of the initial claim. If the person for whom the claimant last worked has more than one branch or division operating at different locations, the commission shall mail the notice to the branch or division at which the claimant last worked.

(c) [(b)]  Mailing of a notice under this section to the correct address of the person, branch, or division for which the claimant last worked constitutes notice of the claim to the person.

Amendment No. 1 was adopted.

**Amendment No. 2**

Representative Deshotel offered the following amendment to **HB 2120**:

On page 2, after line 21, insert the following language amending Section 208.002, Labor Code by adding new SECTION 3 and renumber subsequent SECTIONS of the bill accordingly:

Sec. 208.002. [~~NOTICE OF~~] INITIAL CLAIM; LAST WORK. (a) When used in connection with an initial claim, "last work" and "person for whom the claimant last worked" refer to:

(1) the last person for whom the claimant actually worked, if the claimant worked for that person in six or more consecutive weeks and was paid wages by that person equal to at least six times the claimant's weekly benefit amount; or

(2) the employer, as defined by Subchapter C, Chapter 201, or by the unemployment law of any other state, for whom the claimant last worked.

Amendment No. 2 was withdrawn.

**Amendment No. 3**

Representative Dukes offered the following amendment to **HB 2120**:

Amend **HB 2120** by adding the following appropriately numbered SECTIONS to the bill and renumbering subsequent SECTIONS of the bill accordingly:

SECTION ____. Section 204.022(a), Labor Code, as amended by Chapters 39, 493, and 728, Acts of the 79th Legislature, Regular Session, 2005, is reenacted and amended to read as follows:

(a) Benefits computed on benefit wage credits of an employee or former employee may not be charged to the account of an employer if the employee's last separation from the employer's employment before the employee's benefit year:

(1) was required by a federal statute;

(2) was required by a statute of this state or an ordinance of a municipality of this state;

(3) would have disqualified the employee under Section 207.044, 207.045, 207.051, or 207.053 if the employment had been the employee's last work;

(4) imposes a disqualification under Section 207.044, 207.045, 207.051, or 207.053;

(5) was caused by a medically verifiable illness of the employee or the employee's minor child;

(6) was based on a natural disaster that results in a disaster declaration by the president of the United States under the Robert T. Stafford Disaster Relief and Emergency Assistance Act (42 U.S.C. Section 5121 et seq.), if the employee would have been entitled to unemployment assistance benefits under Section 410 of that act (42 U.S.C. Section 5177) had the employee not received state unemployment compensation benefits;

(7) was caused by a natural disaster, fire, flood, or explosion that causes employees to be separated from one employer's employment;

(8) was based on a disaster that results in a disaster declaration by the governor under Section 418.014, Government Code;

(9)  resulted from the employee's resigning from partial employment to accept other employment that the employee reasonably believed would increase the employee's weekly wage;

(10)  was caused by the employer being called to active military service in any branch of the United States armed forces on or after January 1, 2003;

(11)  resulted from the employee leaving the employee's workplace to protect the employee from family violence or stalking as evidenced by:

(A)  an active or recently issued protective order documenting family violence against, or the stalking of, the employee or the potential for family violence against, or the stalking of, the employee;

(B)  a police record documenting family violence against, or the stalking of, the employee; or [and]

(C)  a physician's statement or other medical documentation that describes the [of] family violence against the employee that:

(i)  is recorded in any form or medium that identifies the employee as the patient; and

(ii)  relates to the history, diagnosis, treatment, or prognosis of the patient; [or]

(12)  resulted from a move from the area of the employee's employment that:

(A)  was made with the employee's spouse who is a member of the armed forces of the United States; and

(B)  resulted from the spouse's permanent change of station of longer than 120 days or a tour of duty of longer than one year; or

(13) [(12)]  was caused by the employee being unable to perform the work as a result of a disability for which the employee is receiving disability insurance benefits under 42 U.S.C. Section 423.

SECTION ____.  Section 204.022(c), Labor Code, is amended to read as follows:

(c)  Except as provided by law, evidence regarding an employee described by Subsection (a)(11) [(a)(9)] may not be disclosed to any person without the consent of the employee.

SECTION ____.  Section 207.046(a), Labor Code, is amended to read as follows:

(a)  An individual is not disqualified for benefits under this subchapter if:

(1)  the work-related reason for the individual's separation from employment was urgent, compelling, and necessary so as to make the separation involuntary; or

(2)  the individual leaves the workplace to protect the individual from family violence or stalking as evidenced by:

(A)  an active or recently issued protective order documenting family violence against, or the stalking of, the employee or the potential for family violence against, or the stalking of, the employee;

(B)  a police record documenting family violence against, or the stalking of, the employee; or [and]

    (C) a physician's statement or other medical documentation that describes the [of] family violence against the employee that:

       (i) is recorded in any form or medium that identifies the employee as the patient; and

       (ii) relates to the history, diagnosis, treatment, or prognosis of the patient.

    SECTION \_\_\_\_. To the extent of any conflict, this Act prevails over another Act of the 80th Legislature, Regular Session, 2007, relating to nonsubstantive additions to and corrections in enacted codes.

    Amendment No. 3 was adopted. (C. Howard recorded voting no.)

    (Homer in the chair)

**Amendment No. 4**

    Representative Morrison offered the following amendment to **HB 2120**:

    Amend **HB 2120** by adding the following appropriately numbered SECTIONS to the bill and renumbering subsequent SECTIONS of the bill appropriately:

    SECTION \_\_\_\_. Sections 301.081(c) and (d), Labor Code, are amended to read as follows:

    (c) Employment information [thus] obtained or otherwise secured under this section may not be published and is not open to public inspection, other than to a public employee in the performance of public duties, except as the commission considers necessary for the proper administration of this title or as provided by commission rule and consistent with federal law.

    (d) A person commits an offense if the person [is an employee or member of the commission who] violates any provision of this section. An offense under this subsection is a Class A misdemeanor [is punishable by a fine of not less than $20 nor more than $200, confinement in jail for not more than 90 days, or both fine and confinement].

    SECTION \_\_\_\_. Subchapter F, Chapter 301, Labor Code, is amended by adding Section 301.085 to read as follows:

    Sec. 301.085. UNEMPLOYMENT COMPENSATION INFORMATION; OFFENSE; PENALTY. (a) In this section, "unemployment compensation information" means information in the records of the commission that pertains to the administration of Subtitle A, including any information collected, received, developed, or maintained in the administration of unemployment compensation benefits or the unemployment compensation tax system.

    (b) Consistent with federal law, the commission shall adopt and enforce reasonable rules governing the confidentiality, custody, use, preservation, and disclosure of unemployment compensation information. The rules must include safeguards to protect the confidentiality of identifying information regarding any individual or any past or present employer or employing unit contained in unemployment compensation information, including any information that

foreseeably could be combined with other publicly available information to reveal identifying information regarding the individual, employer, or employing unit, as applicable.

(c)  Unemployment compensation information is not public information for purposes of Chapter 552, Government Code.

(d)  Unless permitted by this subchapter or commission rule, a person commits an offense if the person solicits, discloses, receives, or uses, or authorizes, permits, participates in, or acquiesces in another person's use of, unemployment compensation information that reveals:

(1)  identifying information regarding any individual or past or present employer or employing unit; or

(2)  information that foreseeably could be combined with other publicly available information to reveal identifying information regarding any individual or past or present employer or employing unit.

(e)  An offense under Subsection (d) is a Class A misdemeanor.

SECTION  ____.  The change in law made by this Act to Section 301.081(d), Labor Code, applies only to an offense committed on or after the effective date of this Act. An offense committed before the effective date of this Act is governed by the law in effect at the time the offense was committed, and the former law is continued in effect for that purpose. For purposes of this section, an offense was committed before the effective date of this Act if any element of the offense was committed before that date.

Amendment No. 4 was adopted.

**HB 2120**, as amended, was passed to engrossment. (In accordance with House Rule 5, Section 51(b), every member present must have favored passage of the measure, but any member may register their position with the journal clerk. No members registered their position on this measure.)

### HB 445 ON SECOND READING
### (by Phillips)

**HB 445**, A bill to be entitled An Act relating to a claim for reimbursement in a suit to dissolve a marriage.

Representative Phillips moved to postpone consideration of **HB 445** until 10 a.m. Friday, April 27.

The motion prevailed.

### CSHB 1458 ON SECOND READING
### (by Macias)

**CSHB 1458**, A bill to be entitled An Act relating to the allocation of revenue from the state hotel tax for certain purposes in certain municipalities.

### CSHB 1458 - POINT OF ORDER

Representative Veasey raised a point of order against further consideration of **CSHB 1458** under Rule 4, Section 32 of the House Rules on the grounds that the bill analysis is incorrect.

The point of order was withdrawn.

### CSHB 1458 - RECOMMITTED

Representative Macias moved to recommit **CSHB 1458** to the Committee on Local Government Ways and Means.

The motion prevailed.

### CSHB 1871 ON SECOND READING
### (by Giddings)

**CSHB 1871**, A bill to be entitled An Act relating to information obtained regarding the sale of plastic bulk merchandise containers; providing civil penalties.

**CSHB 1871** was passed to engrossment. (In accordance with House Rule 5, Section 51(b), every member present must have favored passage of the measure, but any member may register their position with the journal clerk. No members registered their position on this measure.)

### CSHB 3564 ON SECOND READING
### (by Darby, Homer, Swinford, Isett, Chavez, et al.)

**CSHB 3564**, A bill to be entitled An Act relating to the transfer of Angelo State University to the Texas Tech University System.

(Speaker in the chair)

**Amendment No. 1**

Representative Driver offered the following amendment to **CSHB 3564**:

Amend **CSHB 3564** (house committee printing) between page 2, line 27, and page 3, line 1, by adding the following:

Sec. 109A.005. LIMITATION ON SYSTEM ADMINISTRATIVE COSTS RECOVERED FROM CERTAIN STUDENTS.  In any academic year, the percentage of the tuition and mandatory fees paid by a student of Angelo State University who was enrolled at the university in the 2007-2008 academic year that is used to recover Texas Tech University System administrative costs may not exceed the percentage of the tuition and mandatory fees paid per full-time equivalent student enrolled at the university in the 2007-2008 academic year that was used to recover Texas State University System administrative costs.

Representative Morrison moved to table Amendment No. 1.

A record vote was requested.

The motion to table prevailed by (Record 633): 102 Yeas, 34 Nays, 3 Present, not voting.

Yeas — Alonzo; Aycock; Berman; Bohac; Bonnen; Branch; Brown, B.; Brown, F.; Callegari; Chavez; Chisum; Christian; Cohen; Cook, B.; Creighton; Crownover; Darby; Davis, J.; Davis, Y.; Deshotel; Dukes; Dutton; Eiland; Eissler; Escobar; Farabee; Flores; Frost; Garcia; Gattis; Geren; Giddings; Gonzales; Gonzalez Toureilles; Goolsby; Guillen; Hancock; Harless; Harper-Brown; Hartnett; Heflin; Hernandez; Hilderbran; Hill; Hodge; Homer; Hopson; Howard, D.; Hughes; Isett; Jackson; Jones; Keffer; King, P.; King, S.;

Kolkhorst; Kuempel; Latham; Laubenberg; Lucio; Macias; Madden; Mallory Caraway; Martinez; McCall; McClendon; McReynolds; Miles; Morrison; Murphy; Noriega; O'Day; Orr; Ortiz; Otto; Parker; Patrick; Paxton; Peña; Phillips; Pickett; Pitts; Puente; Quintanilla; Ritter; Rose; Smithee; Solomons; Strama; Straus; Swinford; Talton; Taylor; Thompson; Truitt; Turner; Van Arsdale; Villarreal; Vo; West; Zedler; Zerwas.

Nays — Allen; Anderson; Bailey; Bolton; Burnam; Castro; Coleman; Cook, R.; Corte; Crabb; Driver; Dunnam; Elkins; Farias; Flynn; Gallego; Haggerty; Hamilton; Herrero; Hochberg; Howard, C.; King, T.; Krusee; Leibowitz; Martinez Fischer; Merritt; Naishtat; Olivo; Raymond; Riddle; Rodriguez; Smith, W.; Vaught; Veasey.

Present, not voting — Mr. Speaker(C); Anchia; Miller.

Absent, Excused — Farrar; Menendez; Moreno.

Absent — Delisi; England; Hardcastle; Mowery; Oliveira; Pierson; Smith, T.; Woolley.

## STATEMENT OF VOTE

I was shown voting no on Record No. 633. I intended to vote yes.

Bolton

**Amendment No. 2**

Representative Morrison offered the following amendment to **CSHB 3564**:

Amend **CSHB 3564** (house committee printing) on page 12, line 10, by striking "January 1, 2008" and substituting "September 1, 2007."

Amendment No. 2 was adopted.

### CSHB 3564 - STATEMENT OF LEGISLATIVE INTENT

REPRESENTATIVE BRANCH: Thank you, Mr. Speaker and Representative Darby. We've heard talk here today about the bonded indebtedness, and you've told me there's approximately $79 million of bonded indebtedness that Angelo State has currently with the Texas State University System. Is that correct?

REPRESENTATIVE DARBY: Yes, it is.

BRANCH: And we've also heard that bond council has advised that the Texas Tech system can indemnify, and therefore there will be no unsettlement with our bond covenants that are in existence with the Texas State University System.

DARBY: That's correct.

BRANCH: That's correct. And so my concern, and I want to make sure we get legislative intent on this, so that we don't do anything Standard & Poors, or Moodys, or Finches, and to be concerned about the security of all our bonded indebtedness for our higher eds, that it is clearly the intent of this legislation that Texas Tech University System will, before this deal gets done, that they will step up and indemnify this indebtedness.

DARBY: That's exactly right. They will be in a written agreement between the board of regents of the Texas Tech system, and the board of regents of the Texas State system, which will, among other provisions, indemnify the Texas State system against all that bonded indebtedness.

BRANCH: Is it your understanding that they have agreed in principle to this, but we don't have a written resolution yet?

DARBY: That's correct, they've agreed in principle.

### REMARKS ORDERED PRINTED

Representative Branch moved to print remarks between Representative Darby and Representative Branch.

The motion prevailed.

**CSHB 3564**, as amended, was passed to engrossment. (In accordance with House Rule 5, Section 51(b), every member present must have favored passage of the measure, but any member may register their position with the journal clerk. No members registered their position on this measure.)

### CSHB 610 ON SECOND READING
### (by F. Brown, Zedler, Flynn, Crabb, et al.)

**CSHB 610**, A bill to be entitled An Act relating to a plan to provide services to an area annexed by a municipality.

### CSHB 610 - POINT OF ORDER

Representative Thompson raised a point of order against further consideration of **CSHB 610** under Rule 4, Section 32 of the House Rules on the grounds that the bill analysis is incorrect.

The point of order was withdrawn.

Representative F. Brown moved to postpone consideration of **CSHB 610** until the end of today's calendar.

The motion prevailed.

### CSHB 1921 ON SECOND READING
### (by Keffer)

**CSHB 1921**, A bill to be entitled An Act relating to the use of certain devices in a polling place.

**CSHB 1921** was passed to engrossment. (In accordance with House Rule 5, Section 51(b), every member present must have favored passage of the measure, but any member may register their position with the journal clerk. No members registered their position on this measure.)

### CSHB 2485 ON SECOND READING
### (by Farabee)

**CSHB 2485**, A bill to be entitled An Act relating to county accounting procedures regarding certain audits, debts, and records.

Representative Farabee moved to postpone consideration of **CSHB 2485** until 7 a.m. Thursday, April 26.

The motion prevailed.

## HB 2738 ON SECOND READING
### (by Solomons)

**HB 2738**, A bill to be entitled An Act relating to liens on real property.

(Callegari in the chair)

**HB 2738** was passed to engrossment. (In accordance with House Rule 5, Section 51(b), every member present must have favored passage of the measure, but any member may register their position with the journal clerk. No members registered their position on this measure.)

## HB 2978 ON SECOND READING
### (by Morrison, Laubenberg, and Woolley)

**HB 2978**, A bill to be entitled An Act relating to engineering recruitment programs established by the Texas Higher Education Coordinating Board.

**Amendment No. 1**

Representative Alonzo offered the following amendment to **HB 2978**:

Amend **HB 2978** as follows:

(1) On page 1, line 17, between the period and "The" insert "In adopting rules under this subsection, the board must consider the demographics of the state and adopt rules that encourage the program to enroll students in the program that reflect the demographics of the state."

(2) On page 2, strike lines 4 through 6 and substitute the following:

(2)  have received a score:

(A)  on the Scholastic Assessment Test (SAT) of at least 1,875 out of 2,400 or an equivalent score on the American College Test (ACT); or

(B)  on the subject test in mathematics of the Scholastic Assessment Test (SAT) of at least 640 out of 800 or an equivalent score on the subject test in mathematics of the American College Test (ACT); and

Amendment No. 1 was adopted.

**HB 2978**, as amended, was passed to engrossment. (In accordance with House Rule 5, Section 51(b), every member present must have favored passage of the measure, but any member may register their position with the journal clerk. No members registered their position on this measure.)

## HB 3060 ON SECOND READING
### (by Peña)

**HB 3060**, A bill to be entitled An Act relating to issuance by a court of a capias or a capias pro fine.

**Amendment No. 1**

Representative Peña offered the following amendment to **HB 3060**:

Amend **HB 3060** (committee printing) as follows:

(1) On page 1, line 10, strike "If" and substitute "In a prosecution pending before a court, if [If]".

(2) On page 1, line 12, strike "If a" and substitute "In a prosecution pending before a magistrate, if the".

(3) On page 4, line 2, strike "or on a day or at a term stated in the writ".

(4) On page 4, line 8, between "by" and "adding", insert "amending Subsection (d) and".

(5) On page 4, between lines 8 and 9, insert the following:

(d) A court may not order a defendant confined under Subsection (a) of this article unless the court at a hearing makes a written determination that:

(1) [determines that] the defendant is not indigent and has failed to make a good faith effort to discharge the fines and costs [or determines that the defendant wilfully refused to pay or failed to make sufficient bona fide efforts legally to acquire the resources to pay and enters that determination in writing in the court docket]; or [and]

(2) the defendant is indigent and:

(A) has failed to make a good faith effort to discharge the fines and costs under Article 43.09(f); and

(B) could have discharged the fines and costs under Article 43.09 without experiencing any undue hardship [determines that no alternative method of discharging fines and costs provided by Article 43.09 of this code is appropriate for the defendant].

(6) On page 5, lines 3 and 4, strike "the defendant appears [he can be brought] before the court" and substitute "the business day following the date of the defendant's arrest if the defendant cannot [he can] be brought before the court immediately".

(7) On page 6, line 19, between "court" and "or", insert "immediately".

(8) On page 6, lines 19 and 20, strike "the defendant can be brought before the court" and substitute "the business day following the date of the defendant's arrest if the defendant cannot [can] be brought before the court immediately".

(9) On page 7, line 15, strike "determines" and substitute "at a hearing makes a written determination [determines]".

(10) On page 7, strike lines 19-23 and substitute the following:

(2) the defendant is [not] indigent and:

(A) has failed to make a good faith effort to discharge the fines and costs under Article 45.049; and

(B) could have discharged the fines and costs under Article 45.049 without experiencing any undue hardship.

(11) On page 9, line 1, strike "43.02, 43.09(m), and 43.12" and substitute "43.09(m) and 43.12".

Amendment No. 1 was adopted.

Representative Peña moved to postpone consideration of **HB 3060** until 10 a.m. tomorrow.

The motion prevailed.

### HB 3517 ON SECOND READING
### (by Creighton)

**HB 3517**, A bill to be entitled An Act relating to competitive purchasing requirements for local governments.

**Amendment No. 1**

Representative Orr offered the following amendment to **HB 3517**:

Amend **HB 3517** by adding the following appropriately numbered SECTION to the bill and renumbering subsequent SECTIONS of the bill accordingly:

SECTION \_\_\_\_. Section 775.084(a), Health and Safety Code, is amended to read as follows:

(a) Except as provided by Subsection (i), the board must submit to competitive bids an expenditure of more than $50,000 [$25,000] for:

(1)  one item or service; or

(2)  more than one of the same or a similar type of item or service in a fiscal year.

Amendment No. 1 was adopted.

**HB 3517**, as amended, was passed to engrossment. (In accordance with House Rule 5, Section 51(b), every member present must have favored passage of the measure, but any member may register their position with the journal clerk. No members registered their position on this measure.)

### HB 1767 ON SECOND READING
### (by Peña)

**HB 1767**, A bill to be entitled An Act relating to the punishment for criminal mischief committed by interfering with certain transportation signs, signals, or devices.

**HB 1767** was passed to engrossment. (In accordance with House Rule 5, Section 51(b), every member present must have favored passage of the measure, but any member may register their position with the journal clerk. No members registered their position on this measure.)

### CSHB 3782 ON SECOND READING
### (by Krusee)

**CSHB 3782**, A bill to be entitled An Act relating to the relocation of utility facilities required by improvement of a state highway.

Representative Krusee moved to postpone consideration of **CSHB 3782** until 10 a.m. Tuesday, May 1.

The motion prevailed.

### RESOLUTIONS CALENDAR

The chair laid before the house the following resolution on committee report:

ase 2:13-cv-00193  Document 726-3  Filed on 11/17/14 in TXSD  Page 323 of 4?

2332                    80th LEGISLATURE — REGULAR SESSION

## HCR 97
### (by Rose and Raymond)

**HCR 97**, Urging the U.S. Department of Labor to reconsider the proposed reduction in student training slots at the Gary Job Corps Center in San Marcos, Texas.

### Amendment No. 1

Representative Rose offered the following amendment to **HCR 97**:

Amend **HCR 97** on page 2, lines 2 and 3, by striking "by April 2007".

Amendment No. 1 was adopted.

**HCR 97**, as amended, was adopted.

### POSTPONED BUSINESS

The following bills were laid before the house as postponed business:

### CSHB 1439 ON SECOND READING
### (by Chisum)

**CSHB 1439**, A bill to be entitled An Act relating to authorizing the Texas Department of Public Safety to establish a driver record monitoring pilot program and enter into contracts for the periodic reporting of certain information in the department's driver's license files; providing penalties.

**CSHB 1439** was read second time earlier today and was postponed until this time.

### CSHB 1439 - POINT OF ORDER

Representative Dunnam raised a point of order against further consideration of **CSHB 1439** under Rule 4, Section 18(c) of the House Rules on the grounds that the committee minutes are incorrect.

The speaker overruled the point of order.

Representative Chisum moved to postpone consideration of **CSHB 1439** until the end of today's calendar.

The motion prevailed.

### HB 1048 - RECOMMITTED

Representative Peña moved to recommit **HB 1048** to the Committee on Criminal Jurisprudence.

The motion prevailed.

### HB 1613 - RECOMMITTED

Representative Paxton moved to recommit **HB 1613** to the Committee on Government Reform.

The motion prevailed.

## HB 3826 - RECOMMITTED

Representative Morrison moved to recommit **HB 3826** to the Committee on Higher Education.

The motion prevailed.

### HB 461 ON SECOND READING
### (by Miller, Kolkhorst, Hughes, Anderson, R. Cook, et al.)

**HB 461**, A bill to be entitled An Act relating to prohibiting mandatory participation in an animal identification system.

**HB 461** was read second time earlier today and was postponed until this time.

**Amendment No. 1**

Representative Gallego offered the following amendment to **HB 461**:

Amend **HB 461** as follows:

(1) On page 1, lines 5-6, strike "Sections 161.056(a), (c), and (d), Agriculture Code, are amended" and substitute "Section 161.056, Agriculture Code, is amended by amending Subsections (a), (c), (d), and (e) and adding Subsections (a-1), (j), and (k)".

(2) On page 1, between lines 12 and 13, insert the following:

(a-1) A person may apply for the program by submitting an annual fee determined by the commission and a signed application prescribed by the commission. An application form prescribed by the commission must include the following information:

(1) a conspicuous notice that the program is voluntary;

(2) a disclosure of the types of information collected under the program; and

(3) notice of the persons to which information the commission collects under the program may be disclosed.

(3) On page 1, lines 15-16, strike "animal disease control, animal emergency management, and other".

(4) On page 1, lines 17-18. strike "establish a date by which all participating premises must be registered and may".

(5) On page 1, between lines 20 and 21, insert the following:

(e) Information collected by the commission under this section is exempt from the public disclosure requirements of Chapter 552, Government Code. The commission may provide information to another person, including a governmental entity, without altering the confidential status of the information. The commission may release information to the following persons if the commission determines that the person has adequate protections for the confidentiality of the information:

(1) a person who owns or controls animals and seeks information regarding those animals, if the person requests the information in writing;

(2) the attorney general's office, for the purpose of law enforcement;

(3) the secretary of the United States Department of Agriculture, for the purpose of animal health protection;

(4) the secretary of the Department of Homeland Security, for the purpose of homeland security;

(5) the Department of State Health Services, for the purpose of protecting the public health from zoonotic diseases;

(6) any person, under an order of a court of competent jurisdiction; or

(7) a state, municipal, or county emergency management authority, for the purpose of management or response to natural or man-made disasters[; or

[(8) any person the executive director of the commission considers appropriate, if the executive director determines that:

[(A) livestock may be threatened by a disease, agent, or pest; and

[(B) the release of the information is related to actions the commission may take under this section].

(j) A person who participates in the program may withdraw from the program at any time. The commission shall delete from the program all personal information relating to a participant when the participant withdraws from the program.

(k) A person may not condition a service, benefit, license, payment, or permit on participation in a program under this section.

(6) Insert the following appropriately numbered SECTION and renumber subsequent SECTIONS accordingly:

SECTION ____. The Texas Animal Health Commission shall:

(1) not later than November 1, 2007, provide notice of the changes to Section 161.056, Agriculture Code, made by this Act to each person registered on the effective date of this Act under that section and provide the person with the opportunity to withdraw from the program; and

(2) not later than January 1, 2008, adopt rules as required by Section 161.056, Agriculture Code, as amended by this Act.

Amendment No. 1 was adopted.

### HB 461 - REMARKS

REPRESENTATIVE HARDCASTLE: Thank you, Mr. Speaker and members. I do not intend to yield this mic until I have finished making my remarks, and then I will be happy to yield for questions, but not before.

Last session I carried the legislation that enabled the Texas Animal Health Commission to develop an Animal ID program. The bill I carried passed this body by a vote of 142 ayes and 1 present, not voting. It passed the senate unanimously. I believe that the legislation we passed is sound public policy and I am adamantly against making any changes to that statute. The law as currently written reads as follows, "The Texas Animal Health Commission may develop and implement an animal identification program that is consistent with the USDA's National Animal Identification System." All the current statute does is give the Animal Health Commission the authority to comply with federal government.

Mr. Miller wants us to rewrite the statute to say that they may implement a voluntary program only. Well members, currently the USDA's program is voluntary, so that means the Animal Health Commission can only carry out a voluntary program in Texas. I think it is very important that we leave the statute as written so that the Animal Health Commission can comply with what the feds decide. Our current law is merely permissive and does not require the commission to do anything.

We wrote the statute last session so that we would be able to respond to whatever the whim of the federal government may be. We wrote it so that we would be able to have a say in how it's handled rather than letting the feds tell us what to do. I made certain that confidentiality was protected and that any database created in conjunction with an Animal ID program would only be available to governmental entities in emergency situations. I wrote the current statute with the help of the Texas Farm Bureau, the Texas and Southwestern Cattle Raisers, the Texas Sheep and Goat Raisers Association, the Texas Pork Producers Association, the Texas Poultry Federation, and the Texas Cattle Feeders Association. None of these major agriculture groups are in favor of Mr. Miller's bill.

Some of you are old enough to remember the Brucellosis outbreak back in the '80s when Texas was quarantined by the federal government because we had laws which prevented the Animal Health Commission from being able to respond to that outbreak and develop a program to manage that disease. The governor had to call a special session to change the law to give the Animal Health Commission the authority to develop a program to manage Brucellosis. The time that lagged between the quarantine and when the program was fully up and running and Texas was safe again had a very damaging effect on the cattle producers in this state. By mandating, through Mr. Miller's bill, that Texas can only have a voluntary Animal ID program, we would be allowing history to repeat itself and opening up the potential for devastating harm to our livestock industry here in the state, which has a direct impact on all of our food and clothing industries.

Texas is number one in the nation in cattle production, we're number one in sheep production, we're number one in goat production, and we're in the top five in all other species of livestock, which makes Texas the number one livestock producing state in the nation. We are diligent when it comes to putting safe food on the plates and protecting our livestock herds from disease. We are and should continue to be the leaders in this country when it comes to livestock and agriculture. Members, this is about sound public policy, public safety, and safe food on the plate.

### REMARKS ORDERED PRINTED

Representative Morrison moved to print remarks by Representative Hardcastle.

The motion prevailed.

(Speaker in the chair)

A record vote was requested.

**HB 461**, as amended, was passed to engrossment by (Record 634): 88 Yeas, 51 Nays, 3 Present, not voting.

Yeas — Anchia; Anderson; Aycock; Bailey; Berman; Bohac; Bolton; Bonnen; Branch; Brown, B.; Brown, F.; Callegari; Castro; Christian; Cook, R.; Crabb; Crownover; Davis, J.; Davis, Y.; Delisi; Dukes; Dunnam; Eiland; Eissler; England; Escobar; Farabee; Flynn; Frost; Gallego; Garcia; Gattis; Goolsby; Guillen; Haggerty; Harless; Harper-Brown; Hartnett; Heflin; Herrero; Hilderbran; Homer; Hopson; Howard, D.; Hughes; Isett; Jackson; Keffer; King, P.; King, T.; Kolkhorst; Laubenberg; Macias; Madden; Mallory Caraway; Martinez; Martinez Fischer; McCall; McReynolds; Miller; Murphy; Noriega; O'Day; Oliveira; Olivo; Orr; Otto; Parker; Patrick; Paxton; Phillips; Pickett; Quintanilla; Raymond; Riddle; Ritter; Rose; Solomons; Strama; Talton; Taylor; Thompson; Truitt; Turner; Van Arsdale; Villarreal; Zedler; Zerwas.

Nays — Allen; Alonzo; Burnam; Chavez; Chisum; Cohen; Coleman; Cook, B.; Corte; Creighton; Darby; Deshotel; Driver; Elkins; Farias; Flores; Geren; Gonzalez Toureilles; Hancock; Hardcastle; Hernandez; Hill; Hodge; Howard, C.; Jones; King, S.; Krusee; Kuempel; Latham; Leibowitz; Lucio; McClendon; Merritt; Miles; Morrison; Mowery; Naishtat; Peña; Pierson; Pitts; Puente; Rodriguez; Smith, T.; Smith, W.; Smithee; Straus; Swinford; Vaught; Veasey; West; Woolley.

Present, not voting — Mr. Speaker(C); Dutton; Hochberg.

Absent, Excused — Farrar; Menendez; Moreno.

Absent — Giddings; Gonzales; Hamilton; Ortiz; Vo.

### STATEMENTS OF VOTE

I was shown voting no on Record No. 634. I intended to vote yes.

B. Cook

I was shown voting no on Record No. 634. I intended to vote yes.

C. Howard

I was shown voting no on Record No. 634. I intended to vote yes.

Rodriguez

### CSHB 1170 ON SECOND READING
### (by Flynn and Farabee)

**CSHB 1170**, A bill to be entitled An Act relating to the regulation and limitation of liability of persons engaged in certain liquefied petroleum gas-related activities, including requirements concerning consumer safety notification.

**CSHB 1170** was read second time earlier today and was postponed until this time.

**CSHB 1170** was passed to engrossment. (In accordance with House Rule 5, Section 51(b), every member present must have favored passage of the measure, but any member may register their position with the journal clerk. Members registering votes are as follows: Herrero and Leibowitz recorded voting no.)

### CSHB 3446 ON SECOND READING
### (by Rose, Keffer, Deshotel, McCall, Gonzales, et al.)

**CSHB 3446**, A bill to be entitled An Act relating to the promotion by the comptroller of Texas manufactured products; providing civil and administrative penalties.

**CSHB 3446** was read second time earlier today and was postponed until this time.

### CSHB 3446 - POINT OF ORDER

Representative Dunnam raised a point of order against further consideration of **CSHB 3446** under Rule 4, Section 32 of the House Rules on the grounds that the bill analysis is incorrect.

The point of order was withdrawn.

Representative Rose moved to postpone consideration of **CSHB 3446** until the end of today's calendar.

The motion prevailed.

### CSHB 1517 ON SECOND READING
### (by Paxton, Bailey, Flynn, Eiland, et al.)

**CSHB 1517**, A bill to be entitled An Act relating to the reporting of expenditures for lobbying and legislative communication by local governmental entities.

**CSHB 1517** was read second time earlier today and was postponed until this time.

### CSHB 1517 - POINT OF ORDER

Representative Y. Davis raised a point of order against further consideration of **CSHB 1517** under Rule 4, Section 32 of the House Rules on the grounds that the bill analysis is incorrect.

The speaker sustained the point of order.

**CSHB 1517** was returned to the Committee on State Affairs.

### HB 1274 ON SECOND READING
### (by Jackson, Harper-Brown, et al.)

**HB 1274**, A bill to be entitled An Act relating to the requirement of speaking and reading the English language as a condition for the issuance of a commercial driver's license.

**HB 1274** was read second time earlier today and was postponed until this time.

### HB 1274 - POINT OF ORDER

Representative Lucio raised a point of order against further consideration of **HB 1274** under Rule 4, Section 32(c)(2) of the House Rules on the grounds that the bill analysis is incorrect.

The speaker sustained the point of order.

**HB 1274** was returned to the Committee on Transportation.

### CSHB 610 ON SECOND READING
### (by F. Brown, Zedler, Flynn, Crabb, et al.)

**CSHB 610**, A bill to be entitled An Act relating to a plan to provide services to an area annexed by a municipality.

**CSHB 610** was read second time earlier today and was postponed until this time.

**CSHB 610** was passed to engrossment. (In accordance with House Rule 5, Section 51(b), every member present must have favored passage of the measure, but any member may register their position with the journal clerk. Members registering votes are as follows: Martinez recorded voting no.)

### CSHB 1735 ON SECOND READING
### (by Truitt, Anchia, and Gonzales)

**CSHB 1735**, A bill to be entitled An Act relating to ethics training for legislators.

**CSHB 1735** was read second time earlier today and was postponed until this time.

Representative Truitt moved to postpone consideration of **CSHB 1735** until 10 a.m. Tuesday, May 29.

The motion prevailed.

### CSHB 3446 ON SECOND READING
### (by Rose, Keffer, Deshotel, McCall, Gonzales, et al.)

**CSHB 3446**, A bill to be entitled An Act relating to the promotion by the comptroller of Texas manufactured products; providing civil and administrative penalties.

**CSHB 3446** was read second time earlier today and was postponed until this time.

Representative Rose moved to postpone consideration of **CSHB 3446** until 10 a.m. tomorrow.

The motion prevailed.

### CSHB 1439 ON SECOND READING
### (by Chisum)

**CSHB 1439**, A bill to be entitled An Act relating to authorizing the Texas Department of Public Safety to establish a driver record monitoring pilot program and enter into contracts for the periodic reporting of certain information in the department's driver's license files; providing penalties.

**CSHB 1439** was read second time earlier today and was postponed until this time.

**Amendment No. 1**

Representative Castro offered the following amendment to **CSHB 1439**:

Amend **CSHB 1439** (Committee printing) as follows:

(1) On page 2, line 25, strike "and".

(2) On page 3, strike line 6 and substitute the following:

contract; and

(D) as soon as practicable but not later than the 15th day after the date the contract with the department is entered into, to notify each individual covered by the contract that the driver record of the individual will be monitored by the department under the contract.

Amendment No. 1 was adopted.

**Amendment No. 2**

Representative Castro offered the following amendment to **CSHB 1439**:

Amend **CSHB 1439** (Committee printing) as follows:

(1) On page 2, line 25, strike "and".

(2) On page 3, strike line 6 and substitute the following:

contract; and

(D) if an in individual ceases to be, as applicable, an employee of the employer, an insured of the insurer, an employee of an employer served by the employer support organization, or an insured of an insurer served by the insurance support organization, as soon as practicable but not later than the 15th day after the termination date of the applicable relationship, to notify the department that the relationship has terminated and require the department to discontinue monitoring the driver record of the individual.

Amendment No. 2 was adopted.

A record vote was requested.

**CSHB 1439**, as amended, failed to pass to engrossment by (Record 635): 62 Yeas, 73 Nays, 1 Present, not voting.

Yeas — Anderson; Aycock; Berman; Bonnen; Branch; Brown, B.; Brown, F.; Callegari; Chisum; Christian; Cook, B.; Corte; Crabb; Creighton; Crownover; Darby; Delisi; Deshotel; Driver; Eissler; England; Flynn; Geren; Hamilton; Hancock; Harless; Hartnett; Hilderbran; Hill; Howard, C.; Isett; Keffer; King, P.; King, S.; Kolkhorst; Krusee; Latham; Laubenberg; Macias; Madden; McCall; Miller; Morrison; Murphy; O'Day; Parker; Patrick; Paxton; Phillips; Pickett; Pitts; Riddle; Smith, T.; Smith, W.; Solomons; Swinford; Talton; Taylor; West; Woolley; Zedler; Zerwas.

Nays — Allen; Alonzo; Anchia; Bailey; Bohac; Bolton; Burnam; Castro; Chavez; Cohen; Coleman; Cook, R.; Davis, Y.; Dukes; Dunnam; Dutton; Eiland; Elkins; Escobar; Farabee; Farias; Flores; Frost; Gallego; Garcia; Gattis; Giddings; Gonzales; Gonzalez Toureilles; Goolsby; Haggerty; Harper-Brown; Heflin; Hernandez; Herrero; Hochberg; Hodge; Homer; Hopson; Howard, D.; Hughes; Jones; King, T.; Kuempel; Leibowitz; Lucio; Mallory Caraway; Martinez; Martinez Fischer; McClendon; McReynolds; Merritt; Miles; Naishtat; Olivo; Ortiz; Otto; Peña; Puente; Quintanilla; Raymond; Ritter; Rodriguez; Rose; Smithee; Strama; Thompson; Truitt; Turner; Van Arsdale; Vaught; Veasey; Vo.

Present, not voting — Mr. Speaker(C).

Absent, Excused — Farrar; Menendez; Moreno.

Absent — Davis, J.; Guillen; Hardcastle; Jackson; Mowery; Noriega; Oliveira; Orr; Pierson; Straus; Villarreal.

## STATEMENTS OF VOTE

When Record No. 635 was taken, my vote failed to register. I would have voted no.

Guillen

I was shown voting yes on Record No. 635. I intended to vote no.

S. King

I was shown voting yes on Record No. 635. I intended to vote no.

Paxton

I was shown voting yes on Record No. 635. I intended to vote no.

Solomons

I was shown voting yes on Record No. 635. I intended to vote no.

Talton

## COMMITTEES GRANTED PERMISSION TO MEET

Pursuant to House Rule 4, Section 9, Representative Driver requested permission for all committees and subcommittees to meet while the house is in session, during bill referral today, pursuant to their committee postings.

Permission to meet was granted.

## COMMITTEE MEETING ANNOUNCEMENT

The following committee meeting was announced:

Regulated Industries meeting posted for today is cancelled.

## FIVE DAY POSTING RULE SUSPENDED

Representative Smithee moved to suspend the five day posting rule to allow the Committee on Civil Practices to consider **HB 3550** upon final adjournment tomorrow in E1.010.

The motion prevailed.

Representative Smithee moved to suspend the five day posting rule to allow the Committee on Natural Resources to consider **HB 1699** and **HB 4086** at 2:30 p.m. or upon final adjournment tomorrow in E2.012.

The motion prevailed.

## COMMITTEE MEETING ANNOUNCEMENTS

The following committee meetings were announced:

Pensions and Investments, during bill referral today, Ag Museum, for a formal meeting, to consider pending business.

Environmental Regulation, 9:45 a.m. tomorrow, 3W.9, for a formal meeting, to consider pending business.

Local Government Ways and Means, upon adjournment today, 3W.9, for a formal meeting, to consider **HB 1458**, **HB 3170**, and **HB 4077**.

Calendars, during bill referral today, 3W.9, for a formal meeting, to consider a calendar.

Insurance, upon adjournment today, Desk 24, for a formal meeting.

## RESOLUTIONS ADOPTED

Representative Allen moved to suspend all necessary rules in order to take up and consider at this time **HR 1635 - HR 1651**.

The motion prevailed.

The following resolutions were laid before the house:

**HR 1635** (by Y. Davis), Honoring Dianne Gibson for receiving a 2007 Outstanding Texan Award from the Texas Legislative Black Caucus.

**HR 1636** (by Y. Davis), Honoring Zelma L. Ridley for receiving a 2007 Outstanding Texan Award from the Texas Legislative Black Caucus.

**HR 1637** (by Y. Davis), Congratulating the Reverend Bryan L. Carter on his receipt of a 2007 Outstanding Texan Award from the Texas Legislative Black Caucus.

**HR 1638** (by Y. Davis), Honoring Alfred Huntsberry, Jr., for receiving a 2007 Outstanding Texan Award from the Texas Legislative Black Caucus.

**HR 1639** (by Y. Davis), Honoring Constable Derick Evans for receiving a 2007 Outstanding Texan Award from the Texas Legislative Black Caucus.

**HR 1640** (by Y. Davis), Congratulating Dr. Stephen C. Nash on his receipt of a 2007 Outstanding Texan Award from the Texas Legislative Black Caucus.

**HR 1641** (by Y. Davis), Honoring the Reverend Wendell Blair, Sr., for receiving a 2007 Outstanding Texan Award from the Texas Legislative Black Caucus.

**HR 1642** (by Y. Davis), Honoring Dr. Kendell Beck for receiving a 2007 Outstanding Texan Award from the Texas Legislative Black Caucus.

**HR 1643** (by Y. Davis), Congratulating Dr. Rickie G. Rush on his receipt of a 2007 Outstanding Texan Award from the Texas Legislative Black Caucus.

**HR 1644** (by Y. Davis), Honoring Curtistene Smith McCowan for receiving a 2007 Outstanding Texan Award from the Texas Legislative Black Caucus.

**HR 1645** (by Y. Davis), Honoring Mance Zachary for receiving a 2007 Outstanding Texan Award from the Texas Legislative Black Caucus.

**HR 1646** (by Y. Davis), Congratulating Malik Aziz on his receipt of a 2007 Outstanding Texan Award from the Texas Legislative Black Caucus.

**HR 1647** (by Y. Davis), Honoring James H. Talley for receiving a 2007 Outstanding Texan Award from the Texas Legislative Black Caucus.

**HR 1648** (by Y. Davis), Congratulating Michael Moore on his receipt of a 2007 Outstanding Texan Award from the Texas Legislative Black Caucus.

**HR 1649** (by Y. Davis), Honoring Denise D. Harris for receiving a 2007 Outstanding Texan Award from the Texas Legislative Black Caucus.

**HR 1650** (by Y. Davis), Congratulating Tayler Haggerty on her receipt of a 2007 Outstanding Texan Award from the Texas Legislative Black Caucus.

**HR 1651** (by Y. Davis), Honoring Dr. Mary Elizabeth Dotson Beck for receiving a 2007 Outstanding Texan Award from the Texas Legislative Black Caucus.

The resolutions were adopted.

### HR 1664 - ADOPTED
### (by Allen)

Representative Allen moved to suspend all necessary rules to take up and consider at this time **HR 1664**.

The motion prevailed.

The following resolution was laid before the house:

**HR 1664**, In memory of Doris Johnson Allen of Houston.

**HR 1664** was unanimously adopted by a rising vote.

### COMMITTEE MEETING ANNOUNCEMENT

The following committee meeting was announced:

Business and Industry will meet upon adjournment today.

### PROVIDING FOR ADJOURNMENT

Representative Allen moved that, at the conclusion of the reading of bills and resolutions on first reading and referral to committees, the house adjourn until 10 a.m. tomorrow in memory of Dorothy Pujoue of Houston.

The motion prevailed.

### BILLS AND JOINT RESOLUTIONS ON FIRST READING
### AND REFERRAL TO COMMITTEES
### RESOLUTIONS REFERRED TO COMMITTEES

Bills and joint resolutions were at this time laid before the house, read first time, and referred to committees. Resolutions were at this time laid before the house and referred to committees. (See the addendum to the daily journal, Referred to Committees, List No. 1.)

(Eiland in the chair)

### ADJOURNMENT

In accordance with a previous motion, the house, at 9:04 p.m., adjourned until 10 a.m. tomorrow.

--------

### ADDENDUM

### REFERRED TO COMMITTEES

The following bills and joint resolutions were today laid before the house, read first time, and referred to committees, and the following resolutions were today laid before the house and referred to committees. If indicated, the chair today corrected the referral of the following measures:

**List No. 1**

**HCR 192** (By McClendon), Recognizing the National Coalition of Blacks for Reparations in America for its efforts to achieve redress for the injury caused by slavery and its continuing vestiges.

To State Affairs.

**HCR 196** (By Taylor), Honoring the Distinguished Graduates of La Marque High School of 2007.

To Rules and Resolutions.

**HCR 197** (By Eiland), Urging Congress to oppose the establishment of a federal insurance regulatory system.

To Insurance.

**HCR 199** (By Hodge), In memory of Charlotte Ragsdale of Dallas.

To Rules and Resolutions.

**HCR 200** (By Escobar), Memorializing Congress to reopen consideration of posthumously awarding WWI hero Marcelino Serna the Medal of Honor.

To Defense Affairs and State-Federal Relations.

**HCR 201** (By Kolkhorst), Designating San Felipe as the Colonial Capital of Texas.

To Culture, Recreation, and Tourism.

**HCR 203** (By Harper-Brown), Extending deepest sympathy to the families of the victims of the tragedy at Virginia Tech, and to the students, faculty, and staff of the university.

To Rules and Resolutions.

**HCR 204** (By Darby), Commemorating the 75th anniversary of the founding of Shannon Medical Center in San Angelo.

To Rules and Resolutions.

**HCR 205** (By Thompson), Acknowledging the involuntary servitude of African slaves in the State of Texas and requesting the creation of a joint interim committee to study the contributions of African slaves and their descendents.

To State Affairs.

**HR 1471** (By Alonzo), Commemorating the Dallas Mega March for American Values and Justice that took place on April 9, 2006, in support of immigration reform.

To Rules and Resolutions.

**HR 1472** (By Alonzo), Directing the Texas Department of Transportation to provide supplemental guide signs on IH-35 and IH-635 to identify the location of the Asian Trade District in northwest Dallas.

To Transportation.

**HR 1482** (By Bolton), Honoring Alison Brock, chief of staff for Representative Sylvester Turner, for her vital role in exposing allegations of abuse at a Texas Youth Commission facility.

To Corrections.

**HR 1514** (By Orr), Congratulating Jennifer Fix of Burleson on earning the Good Government Pharmacist-of-the-Year Award from the American Pharmacists Association.

To Rules and Resolutions.

**HR 1515** (By Madden), Congratulating Randy and Diana Wright of Plano on their 20th wedding anniversary.

To Rules and Resolutions.

**HR 1516** (By Strama), Honoring Larry D. Bradley of Pflugerville ISD on his election as president of the National Association of Secondary School Principals.

To Rules and Resolutions.

**HR 1517** (By Branch), Recognizing June 2007 as Scottish Heritage Month.

To Rules and Resolutions.

**HR 1518** (By W. Smith), In memory of the Honorable Sam D. Seale of Jackson County.

To Rules and Resolutions.

**HR 1519** (By W. Smith), In memory of Rhoda Magdalene Burke of Deer Park.

To Rules and Resolutions.

**HR 1520** (By W. Smith), Honoring Dr. Don Hendrix on his retirement as superintendent of Crosby ISD.

To Rules and Resolutions.

**HR 1521** (By W. Smith), Congratulating Sergeant Phillip Badillo of the Baytown Police Department on his retirement.

To Rules and Resolutions.

**HR 1522** (By W. Smith), Honoring Mike Wilson on being named Baytown's Citizen of the Year.

To Rules and Resolutions.

**HR 1523** (By Latham), Honoring Mesquite ISD teacher Fran Terry on the dedication of a school library in her name.

To Rules and Resolutions.

**HR 1526** (By Flynn), Congratulating Tim Gothard on being named the North Texas Fireman's and Fire Marshal's Association Firefighter of the Year.

To Rules and Resolutions.

**HR 1527** (By McReynolds), Recognizing April 25, 2007, as Youth Service Above Self Day at the State Capitol.

To Rules and Resolutions.

**HR 1530** (By Anchia), Honoring Jerry Moore of Dallas for saving an elderly neighbor's life.

To Rules and Resolutions.

**HR 1531** (By Anchia), In memory of Maya Andrea Hubner of Austin.

To Rules and Resolutions.

**HR 1533** (By Phillips), In memory of Fannin County Sheriff's Office Deputy Rahamy Mitchell of Bonham.

To Rules and Resolutions.

**HR 1534** (By Bohac), Commemorating the 60th anniversary of the founding of Second Baptist School in Houston.

To Rules and Resolutions.

**HR 1536** (By R. Cook), In memory of Nancy Lee Sanders of Bastrop.
To Rules and Resolutions.

**HR 1537** (By R. Cook), Honoring the Reverend Quintus Samuel Goins on his 50th pastoral anniversary at Mt. Carmel Baptist Church.
To Rules and Resolutions.

**HR 1538** (By R. Cook), Honoring the United Evangelical Lutheran Church in Swiss Alp on the 140th anniversary of its founding.
To Rules and Resolutions.

**HR 1539** (By Zedler), Congratulating Lynn Jennings of Workman Junior High School in Arlington on being named the Kiwanis Woodrow Counts Junior High Teacher of the Year for 2006-2007.
To Rules and Resolutions.

**HR 1540** (By Zedler), Recognizing Fort Worth Spinks Airport on winning the Most Improved Airport of the Year Award.
To Rules and Resolutions.

**HR 1541** (By Zedler), Honoring Mary Irma Flores Escovedo on being named the Arlington Teacher of the Year.
To Rules and Resolutions.

**HR 1543** (By Martinez Fischer), In memory of Brigadier General Gilberto S. Pena of Weslaco.
To Rules and Resolutions.

**HR 1544** (By B. Cook), Recognizing April 12, 2007, as Corsicana/Navarro County Day at the State Capitol.
To Rules and Resolutions.

**HR 1546** (By Aycock), Congratulating the City of Killeen on being named the Association of Defense Communities 2006 Active Base Community of the Year.
To Rules and Resolutions.

**HR 1547** (By Allen), Honoring Clarence Bradford for serving as Democratic precinct chair of Precinct 652 in Harris County.
To Rules and Resolutions.

**HR 1548** (By Allen), Commending the Empowering Teen Leaders program and welcoming its members to the State Capitol.
To Rules and Resolutions.

**HR 1549** (By Allen), Honoring Patricia A. Govan for serving as Democratic precinct chair of Precinct 722 in Harris County.
To Rules and Resolutions.

**HR 1550** (By Allen), Honoring John L. Guess for serving as Democratic precinct chair of Precinct 693 in Harris County.
To Rules and Resolutions.

**HR 1551** (By Allen), Honoring King Malaki Sims for serving as Democratic precinct chair of Precinct 638 in Harris County.
To Rules and Resolutions.

**HR 1552** (By Allen), Honoring Coretta Mallet Fontenot for serving as Democratic precinct chair of Precinct 630 in Harris County.

To Rules and Resolutions.

**HR 1553** (By Allen), Honoring David H. Melasky for serving as Democratic precinct chair of Precinct 554 in Harris County.

To Rules and Resolutions.

**HR 1554** (By Allen), Honoring Vincent Sanders for serving as Democratic precinct chair of Precinct 525 in Harris County.

To Rules and Resolutions.

**HR 1555** (By Allen), Honoring Kevin Pever for serving as Democratic precinct chair of Precinct 506 in Harris County.

To Rules and Resolutions.

**HR 1556** (By Allen), Honoring Francene Shapiro for serving as Democratic precinct chair of Precinct 489 in Harris County.

To Rules and Resolutions.

**HR 1557** (By Allen), Honoring Curtis W. McDonald for serving as Democratic precinct chair of Precinct 458 in Harris County.

To Rules and Resolutions.

**HR 1558** (By Allen), Honoring Priscilla T. Bloomquist for serving as Democratic precinct chair of Precinct 453 in Harris County.

To Rules and Resolutions.

**HR 1559** (By Allen), Honoring Raka B. Ghosh for serving as Democratic precinct chair of Precinct 293 in Harris County.

To Rules and Resolutions.

**HR 1560** (By Allen), Honoring Harry "Skip" Connor for serving as Democratic precinct chair of Precinct 292 in Harris County.

To Rules and Resolutions.

**HR 1561** (By Allen), Honoring Curtis Thompson for serving as Democratic precinct chair of Precinct 286 in Harris County.

To Rules and Resolutions.

**HR 1562** (By Allen), Honoring Deidre Rasheed for serving as Democratic precinct chair of Precinct 216 in Harris County.

To Rules and Resolutions.

**HR 1563** (By Allen), Honoring Anna M. Giese for serving as Democratic precinct chair of Precinct 131 in Harris County.

To Rules and Resolutions.

**HR 1564** (By Allen), Honoring Grace Rodriguez Pendland for serving as Democratic precinct chair of Precinct 22 in Harris County.

To Rules and Resolutions.

**HR 1565** (By Allen), Honoring Ann Edwards for serving as Democratic precinct chair of Precinct 384 in Harris County.

To Rules and Resolutions.

**HR 1566** (By Allen), Honoring Nedzra J. Ward for serving as Democratic precinct chair of Precinct 402 in Harris County.

To Rules and Resolutions.

**HR 1567** (By Allen), Honoring Betty Jean Keller for serving as Democratic precinct chair of Precinct 372 in Harris County.

To Rules and Resolutions.

**HR 1568** (By Allen), Honoring John Martin for serving as Democratic precinct chair of Precinct 336 in Harris County.

To Rules and Resolutions.

**HR 1569** (By Allen), Honoring Annie Mitchell for serving as Democratic precinct chair of Precinct 319 in Harris County.

To Rules and Resolutions.

**HR 1570** (By Allen), Honoring Mary M. Clemons for serving as Democratic precinct chair of Precinct 318 in Harris County.

To Rules and Resolutions.

**HR 1572** (By Escobar), In memory of U.S. Army Specialist Darrell Wayne Shipp.

To Rules and Resolutions.

**HR 1573** (By Escobar), In memory of longtime Raymondville resident U.S. Army Staff Sergeant Hector Leija.

To Rules and Resolutions.

**HR 1574** (By Jones), Honoring Kathryn Jay Hamilton of Lubbock County for 50 years of service as an educator.

To Rules and Resolutions.

**HR 1575** (By Jones), Honoring Carla Kay Moore of Lubbock on her retirement from James Bowie Elementary.

To Rules and Resolutions.

**HR 1576** (By Chavez), Encouraging the president of the United States and Congress to enact a free trade agreement between the United States and Taiwan.

To Border and International Affairs.

**HR 1577** (By Chavez), Congratulating Mark C. Walker of El Paso on being listed in The Best Lawyers in America.

To Rules and Resolutions.

**HR 1579** (By Guillen), Honoring Judge Alicia Pena Perez of Freer on her retirement as a municipal court judge.

To Rules and Resolutions.

**HR 1580** (By Dutton), Honoring Coach Cynthia Cooper-Dyke and the Prairie View A&M University women's basketball team.

To Rules and Resolutions.

**HR 1581** (By T. Smith), Honoring Heather Meyer for her service on the student council for Treetops Intermediate School in Euless.

To Rules and Resolutions.

**HR 1582** (By T. Smith), Honoring Emerald Arista for her service on the student council for Treetops Intermediate School in Euless.

To Rules and Resolutions.

**HR 1583** (By T. Smith), Honoring Jonathan Kleehammer for his service on the student council for Treetops Intermediate School in Euless.

To Rules and Resolutions.

**HR 1584** (By T. Smith), Congratulating Patricia and Fredrick M. King of Hurst on their 50th wedding anniversary.

To Rules and Resolutions.

**HR 1585** (By T. Smith), Congratulating Donald and Jeanette Gill of Hurst on their 50th wedding anniversary.

To Rules and Resolutions.

**HR 1586** (By T. Smith), Honoring Angelina McGough for her service on the student council for Treetops Intermediate School in Euless.

To Rules and Resolutions.

**HR 1587** (By T. Smith), Honoring Riley Ornelas for her service on the student council for Treetops Intermediate School in Euless.

To Rules and Resolutions.

**HR 1588** (By T. Smith), Honoring Marcel Carroll for his service on the student council for Treetops Intermediate School in Euless.

To Rules and Resolutions.

**HR 1589** (By T. Smith), Honoring Ryan Meyer for serving as a mentor to the student council members of Treetops Intermediate School in Euless.

To Rules and Resolutions.

**HR 1590** (By T. Smith), Honoring Cristie Kibler for serving as a mentor to the student council members of Treetops Intermediate School in Euless.

To Rules and Resolutions.

**HR 1591** (By T. Smith), Honoring Niccola Quiambao for her service on the student council for Treetops Intermediate School in Euless.

To Rules and Resolutions.

**HR 1592** (By T. Smith), Honoring Hunter Smith for his service on the student council for Treetops Intermediate School in Euless.

To Rules and Resolutions.

**HR 1593** (By T. Smith), Honoring Mikey Feliberti for his service on the student council for Treetops Intermediate School in Euless.

To Rules and Resolutions.

**HR 1594** (By T. Smith), Honoring Tiffiani Neuville for her service on the student council for Treetops Intermediate School in Euless.

To Rules and Resolutions.

**HR 1595** (By T. Smith), Honoring Houston Elliott for his service on the student council for Treetops Intermediate School in Euless.

To Rules and Resolutions.

**HR 1596** (By Eissler), In memory of U.S. Army Private First Class Cory C. Kosters of The Woodlands.

To Rules and Resolutions.

**HR 1598** (By Crownover), Congratulating University of North Texas vice president for finance and business affairs Phil Diebel on his upcoming retirement.

To Rules and Resolutions.

**HR 1599** (By Martinez), Congratulating Karen Djoanna Palapar of Trevino Elementary School in San Juan on being named a finalist in the 2007 H-E-B Excellence in Education Awards.

To Rules and Resolutions.

**HR 1600** (By Mallory Caraway), In memory of Nathaniel Williams of Dallas.

To Rules and Resolutions.

**HR 1604** (By Hill), Honoring the 2007 Richardson ISD Capitol Scholars.

To Rules and Resolutions.

**SB 4** to Public Education.

**SB 11** to Defense Affairs and State-Federal Relations.

**SB 43** to Juvenile Justice and Family Issues.

**SB 46** to Transportation.

**SB 51** to Higher Education.

**SB 109** to Public Education.

**SB 111** to State Affairs.

**SB 157** to Criminal Jurisprudence.

**SB 161** to Higher Education.

**SB 183** to Criminal Jurisprudence.

**SB 242** to Ways and Means.

**SB 322** to Human Services.

**SB 323** to Natural Resources.

**SB 363** to Defense Affairs and State-Federal Relations.

**SB 401** to Natural Resources.

**SB 409** to Public Health.

**SB 436** to Transportation.

**SB 445** to Government Reform.

**SB 450** to Human Services.

**SB 561** to Insurance.

**SB 607** to Financial Institutions.

**SB 629** to Law Enforcement.

**SB 645** to Business and Industry.

**SB 649** to Higher Education.

**SB 658** to Government Reform.

**SB 660** to Judiciary.

**SB 671** to County Affairs.

**SB 705** to Judiciary.

**SB 706** to Judiciary.

**SB 709** to Business and Industry.

**SB 781** to Border and International Affairs.

**SB 796** to Local Government Ways and Means.

**SB 811** to Public Health.

**SB 847** to Natural Resources.

**SB 864** to Culture, Recreation, and Tourism.

**SB 874** to Defense Affairs and State-Federal Relations.

**SB 883** to State Affairs.

**SB 885** to Judiciary.

**SB 889** to State Affairs.

**SB 943** to Public Health.

**SB 952** to Licensing and Administrative Procedures.

**SB 956** to Juvenile Justice and Family Issues.

**SB 960** to Public Education.

**SB 963** to Higher Education.

**SB 968** to County Affairs.

**SB 975** to Natural Resources.

**SB 976** to Pensions and Investments.

**SB 1036** to Defense Affairs and State-Federal Relations.

**SB 1039** to Pensions and Investments.

**SB 1046** to Higher Education.

**SB 1049** to Public Education.

**SB 1050** to Higher Education.

**SB 1053** to Higher Education.

**SB 1064** to Higher Education.

**SB 1068** to Redistricting.

**SB 1085** to Transportation.

**SB 1089** to Transportation.

**SB 1104** to Urban Affairs.

**SB 1132** to Transportation.

**SB 1133** to State Affairs.

**SB 1161** to Public Education.

**SB 1165** to County Affairs.

**SB 1172** to Appropriations.

**SB 1203** to Criminal Jurisprudence.

**SB 1222** to Licensing and Administrative Procedures.

**SB 1231** to Higher Education.

**SB 1232** to Higher Education.

**SB 1233** to Higher Education.

**SB 1236** to Border and International Affairs.

**SB 1257** to Licensing and Administrative Procedures.

**SB 1271** to Natural Resources.

**SB 1297** to Judiciary.

**SB 1306** to State Affairs.

**SB 1309** to Civil Practices.

**SB 1310** to Government Reform.

**SB 1315** to Law Enforcement.

**SB 1325** to Higher Education.

**SB 1340** to Licensing and Administrative Procedures.

**SB 1354** to Law Enforcement.

**SB 1372** to Transportation.

**SB 1389** to Business and Industry.

**SB 1390** to Defense Affairs and State-Federal Relations.

**SB 1402** to Insurance.

**SB 1412** to Judiciary.

**SB 1413** to Judiciary.

**SB 1416** to Judiciary.

**SB 1418** to Higher Education.

**SB 1424** to Economic Development.

**SB 1425** to Economic Development.

**SB 1426** to Licensing and Administrative Procedures.

**SB 1433** to Public Education.

**SB 1454** to Defense Affairs and State-Federal Relations.

**SB 1470** to Criminal Jurisprudence.

**SB 1490** to Public Education.

**SB 1496** to Higher Education.

**SB 1499** to State Affairs.

**SB 1501** to Local Government Ways and Means.

**SB 1502** to Local Government Ways and Means.

**SB 1504** to Public Education.

**SB 1519** to Judiciary.

**SB 1526** to Natural Resources.

**SB 1533** to Corrections.

**SB 1535** to Natural Resources.

**SB 1540** to Business and Industry.

**SB 1541** to Business and Industry.

**SB 1542** to Insurance.

**SB 1548** to Transportation.

**SB 1555** to Judiciary.

**SB 1604** to Environmental Regulation.

**SB 1618** to County Affairs.

**SB 1624** to Judiciary.

**SB 1644** to Public Education.

**SB 1655** to Judiciary.

**SB 1679** to Public Education.

**SB 1688** to Transportation.

**SB 1694** to Public Health.

**SB 1697** to Public Education.

**SB 1713** to Public Education.

**SB 1722** to Law Enforcement.

**SB 1724** to Defense Affairs and State-Federal Relations.

**SB 1735** to Licensing and Administrative Procedures.

**SB 1752** to Local Government Ways and Means.

**SB 1765** to Urban Affairs.

**SB 1780** to Corrections.

**SB 1794** to Transportation.

**SB 1805** to Culture, Recreation, and Tourism.

**SB 1809** to Ways and Means.

**SB 1828** to Transportation.

**SB 1871** to Public Education.

**SB 1877** to Pensions and Investments.

**SB 1909** to Corrections.

**SB 1912** to Public Education.

**SB 1956** to Defense Affairs and State-Federal Relations.

**SB 1970** to Law Enforcement.

**SCR 17** to Defense Affairs and State-Federal Relations.

**SCR 46** to Defense Affairs and State-Federal Relations.

**SCR 54** to Rules and Resolutions.

**SCR 55** to Rules and Resolutions.

**SCR 57** to Defense Affairs and State-Federal Relations.

## SIGNED BY THE SPEAKER

The following bills and resolutions were today signed in the presence of the house by the speaker:

**House List No. 25**

**HB 5**, **HCR 26**, **HCR 167**

**Senate List No. 26**

**SB 229**, **SB 343**, **SB 369**, **SB 679**

## MESSAGES FROM THE SENATE

The following messages from the senate were today received by the house:

**Message No. 1**

MESSAGE FROM THE SENATE
SENATE CHAMBER
Austin, Texas
Tuesday, April 24, 2007

The Honorable Speaker of the House
House Chamber
Austin, Texas

Mr. Speaker:

I am directed by the senate to inform the house that the senate has taken the following action:

THE SENATE HAS PASSED THE FOLLOWING MEASURES:

**SB 50**                            Zaffirini
Relating to early childhood education.

**SB 714**                           Fraser
Relating to reports regarding certain water wells required by a groundwater conservation district.

**SB 758**                           Nelson
Relating to child protective services.

Respectfully,
Patsy Spaw
Secretary of the Senate

**Message No. 2**

MESSAGE FROM THE SENATE
SENATE CHAMBER
Austin, Texas
Tuesday, April 24, 2007 - 2

The Honorable Speaker of the House
House Chamber
Austin, Texas

Mr. Speaker:

I am directed by the senate to inform the house that the senate has taken the following action:

THE SENATE HAS PASSED THE FOLLOWING MEASURES:

**HB 8**                Riddle                SPONSOR: Deuell
Relating to the prosecution, punishment, and supervision of certain sex offenders
and to certain crimes involving sex offenders.
(Committee Substitute/Amended)

THE SENATE HAS CONCURRED IN HOUSE AMENDMENTS TO THE
FOLLOWING MEASURES:

**SB 456**              (31 Yeas,  0 Nays)

Respectfully,
Patsy Spaw
Secretary of the Senate

**Message No. 3**

MESSAGE FROM THE SENATE
SENATE CHAMBER
Austin, Texas
Tuesday, April 24, 2007 - 3

The Honorable Speaker of the House
House Chamber
Austin, Texas

Mr. Speaker:

I am directed by the senate to inform the house that the senate has taken the
following action:

THE SENATE HAS PASSED THE FOLLOWING MEASURES:

**SB 691**              Uresti
Relating to the performance of community service as a condition for a deferral of
adjudication in certain misdemeanor cases punishable by fine only.

**SB 1063**             Williams
Relating to the authority of the governing body of a taxing unit to waive penalties
and interest on a delinquent ad valorem tax.

**SB 1405**             Wentworth
Relating to the requirement that the chief appraiser of an appraisal district provide
an estimate of taxable value and related assistance to certain taxing units.

**SB 1761**             Uresti
Relating to the pilot program to provide health services to state employees in state
office complexes.

**SCR 61**              Duncan                SPONSOR: Heflin
Commending South Plains College for its 50 years of progress.

Respectfully,
Patsy Spaw
Secretary of the Senate

**Message No. 4**

### MESSAGE FROM THE SENATE
### SENATE CHAMBER
Austin, Texas
Tuesday, April 24, 2007 - 4

The Honorable Speaker of the House
House Chamber
Austin, Texas

Mr. Speaker:

I am directed by the senate to inform the house that the senate has taken the following action:

THE SENATE HAS PASSED THE FOLLOWING MEASURES:

**SB 263**                    Ellis
Relating to the creation of a commission to investigate and prevent wrongful convictions.

**SB 1052**                   Zaffirini
Relating to tuition credits for students who complete the core curriculum at two-year public institutions of higher education.

**SB 1096**                   Janek
Relating to mandatory participation in certain TANF employment programs by certain persons.

**SB 1411**                   West, Royce
Relating to requirements for judicial training on issues regarding family violence, sexual assault, and child abuse and neglect.

**SB 1464**                   Janek
Relating to the cancellation of the voter registrations of persons who are not United States citizens.

**SB 1626**                   Watson
Relating to participation in the proportionate retirement program by certain public employees.

Respectfully,
Patsy Spaw
Secretary of the Senate

---

### APPENDIX

---

### STANDING COMMITTEE REPORTS

Favorable reports have been filed by committees as follows:

**April 23**

Agriculture and Livestock - **HB 3168**, **HB 3300**

Business and Industry - **HB 9**, **HB 888**, **HB 1702**, **HB 1737**, **HB 2002**, **HB 2218**, **HB 2277**, **HB 2402**, **HB 2403**, **HB 3173**, **SB 324**

County Affairs - **HB 880**

Criminal Jurisprudence - **HB 485**, **HB 649**, **HB 1035**, **HB 1123**, **HB 1264**, **HB 1340**, **HB 1611**, **HB 1658**, **HB 1687**, **HB 1800**, **HB 2304**, **HB 2307**, **HB 2703**, **HB 3558**, **HB 3584**, **HB 3692**, **HJR 6**

Culture, Recreation, and Tourism - **HB 1309**, **HB 2845**

Defense Affairs and State-Federal Relations - **SB 277**

Elections - **HB 343**, **HB 1648**, **HB 2493**, **HB 2589**, **HB 2912**, **HB 3723**, **HB 3725**

Energy Resources - **HB 3929**

Environmental Regulation - **HB 3780**, **SB 1665**

Financial Institutions - **HB 2137**, **HB 3552**

Government Reform - **HB 1613**, **HB 3454**

Human Services - **HB 288**, **HB 333**, **HB 405**, **HB 918**, **HB 1366**, **HB 2064**

Insurance - **HB 223**, **HB 1269**, **HB 1847**, **HB 1849**, **HB 1977**, **HB 1978**, **HB 2013**, **HB 2718**, **HB 3252**, **HB 3358**, **HB 3470**, **HB 3850**

Judiciary - **HB 1903**, **HB 2151**, **HB 3197**, **HB 3930**, **SB 593**

Law Enforcement - **HB 1503**, **HB 1906**, **HB 2077**, **HB 2210**, **HB 2300**, **HB 2813**, **HB 2952**, **HB 3307**, **HB 3635**, **SB 949**

Licensing and Administrative Procedures - **HB 3124**, **HB 3601**

Natural Resources - **HB 1292**, **HB 2654**, **HB 3017**, **HB 3353**

Pensions and Investments - **HB 2190**, **HB 2752**

Public Education - **HB 278**, **HB 426**, **HB 494**, **HB 828**, **HB 846**, **HB 851**, **HB 1137**, **HB 1324**, **HB 2504**, **HB 2529**, **HB 2532**, **HB 3202**, **HB 3259**, **SB 7**, **SB 136**, **SB 370**, **SB 389**

Public Health - **HB 1082**, **HB 2132**, **HB 2145**, **HB 2285**, **HB 2313**, **HB 3078**, **HB 3876**, **SB 91**, **SB 362**

State Affairs - **HB 2621**, **HB 2733**

Transportation - **HB 160**, **HB 1615**, **HB 1857**, **HB 2651**

### ENGROSSED

**April 23** - **HB 589**, **HB 1022**, **HB 1373**, **HB 1623**, **HB 1667**, **HB 1668**, **HB 1962**, **HB 2400**, **HB 2427**, **HB 2458**

### ENROLLED

**April 23** - **HB 5**, **HB 1447**, **HCR 26**, **HCR 167**

### SIGNED BY THE GOVERNOR

**April 23** - **HB 674**, **HB 675**

HOUSE
RESEARCH                                                                    HB 218
ORGANIZATION bill analysis            4/23/2007            B. Brown, et al.

| | |
|---|---|
| SUBJECT: | Requiring voters to present proof of identification |
| COMMITTEE: | Elections — favorable, without amendment |
| VOTE: | 4 ayes —  Berman, Bohac, England, C. Howard |
| | 0 nays |
| | 3 absent  —  Anchia, Burnam, Farias |
| WITNESSES: | For — Tina Benkiser, Republican Party of Texas; Skipper Wallace, Texas Republican County Chairman's Association; Bill Borden; Ed Johnson; (*Registered, but did not testify:* John Colyandro, Texas Conservative Coalition; Russ Duerstine, Tom Green County GOP; Carolyn Galloway, Texas Eagle Forum, Citizens for Immigration Reform; Mary Ann Collins) |
| | Against — Lydia Camarillo, Southwest Voter Registration Education Project; John Courage and Teri Sperry, True Courage Action Network; Luis Figueroa, MALDEF; Sonia Santana, ACLU-Texas; Bryson McCall Smith, Coalition of Texans with Disabilities; Laurie Vanhoose, Advocacy, Inc.; Kenneth Flippin; (*Registered, but did not testify:* Joy Arthur, People for the American Way; Ken Bailey, Texas Democratic Party; Mario M. Champion, Latinos for Texas; Debra Cody and Connie Hooks, city of College Station; Kathryn Dean, ACLU; Mary Finch, League of Women Voters of Texas; Will Harrell, NAACP of Texas; Paula Littles, Texas AFL-CIO; Toni Milam, City of Buda; Tim Morstad, AARP; Rosa Pacheco, Gray Panthers; Jodi Park, Coalition of Texans with Disabilities; Marcelo Tafoya, LULAC; Suzy Woodford, Common Cause of Texas; Susan Barrick; Perry Dorren; Ysidro Gutierrez; Johnnie Jones) |
| | On — Adrienne McFarland, Texas Attorney General's Office; Ann McGeehan, Secretary of State; (*Registered, but did not testify:* Marty Forte, Dallas County Republican Party; Steve Raborn, Tarrant County Elections) |
| BACKGROUND: | Election Code, sec. 63.001 requires a voter to present a voter registration certificate to an election officer when offering to vote at a polling place. Sec. 63.008 establishes that a voter who does not present a voter registration certificate when offering to vote, but whose name is on the list |

HB 218
House Research Organization
page 2

of registered voters for the precinct, shall be accepted for voting if the voter executes an affidavit stating that the voter does not have the voter registration certificate at the polling place, and the voter presents proof of identification in a form described in sec. 63.0101, including:

- a driver's license or personal identification card issued to the person by the Department of Public Safety (DPS) or a similar document issued to the person by an agency of another state, regardless of whether the license or card has expired;
- a form of identification containing the person's photograph that establishes the person's identity;
- a birth certificate or other documentation confirming birth that is admissible in a court of law and establishes the person's identity;
- U.S. citizenship papers or a U.S. passport issued to the person;
- official mail addressed to the person by name from a governmental entity;
- a copy of a current utility bill, bank statement, government check, paycheck, or other government document that shows the name and address of the voter; or
- any other form of identification prescribed by the secretary of state.

In 2002, Congress enacted the Help America Vote Act of 2002 (HAVA) (42 U.S.C. Sec. 15301 et seq.), a comprehensive law governing state electoral administration. Among other things, HAVA requires first-time registrants who register by mail and have not voted in a federal election — or in cases where a state does not have a computerized, statewide voter registration system — to present, with the registration materials or at the polls, any of the following forms of identification:

- a copy of a current and valid photo identification (the original if voting in person); or
- a copy of a current utility bill, bank statement, or government check, paycheck or other government document that shows the name and address of the voter.

No voter can be turned away at the polls for failure to produce identification, and voters without proper identification in every state have some sort of recourse to cast a vote.

The 78th Legislature in 2003 enacted HB 1549 by Denny to implement changes necessary to Texas law for HAVA compliance.

DIGEST:          HB 218 would require a voter at the polls to present to an election officer
                 the voter's registration certificate and a form of identification. Any one of
                 the following forms of photo identification would satisfy the requirement:

  - a driver's license or personal ID card issued by DPS that was
    current or had expired no more than two years earlier;
  - a U.S. military ID card or a valid employee ID card;
  - a U.S. citizenship certificate or a U.S. passport;
  - a student ID card issued by a public or private higher education
    institution in Texas; or
  - a concealed handgun license issued by DPS.

Alternately, the voter could satisfy the identification requirement by
presenting any two of the following:

  - a copy of a current utility bill, bank statement, government check,
    paycheck, or other government document that shows the name and
    address of the voter;
  - official mail addressed to the person by name from a governmental
    entity;
  - a certified copy of a birth certificate or other legal document
    confirming the birth and establishing the person's identify;
  - U.S. citizenship papers;
  - an original or certified copy of the person's marriage license or
    divorce decree;
  - court records of the person's adoption, name change, or sex change;
  - an ID card issued to the person by a state or federal governmental
    entity for the purpose of obtaining public benefits;
  - a temporary driving permit issued by DPS;
  - a pilot's license issued an authorized federal agency;
  - a borrower's card from a Texas library containing the person's
    name; or
  - a hunting or fishing license issued by the Parks and Wildlife
    Department.

If the voter's identity could be verified from the proof presented and the
voter's name was on the precinct list of registered voters, the voter could
proceed to vote.

A voter whose identity was verified by presenting the proof described above also could proceed to vote if the voter:

- did not present a voter registration certificate but the voter's name appeared on the precinct list;
- presented a correct voter registration certificate but the voter's name did not appear on the precinct list; or
- presented a voter registration certificate showing registration in a different precinct, if the voter swore that he or she was a new resident of the precinct and would vote only once.

A voter with or without a voter registration certificate who did not present proof sufficient to meet the identification requirements described above would be allowed to vote a provisional ballot.

HB 218 also would amend Transportation Code, sec. 521.422, to prohibit DPS from collecting a fee for a personal identification certificate issued to an eligible or registered voter who:

- executed an affidavit stating that he or she could not afford to pay the fee, who is a registered Texas voter; and
- presented a valid voter registration certificate or a voter registration application to DPS.

The bill would take effect September 1, 2007.

SUPPORTERS SAY:

HB 218 would protect and strengthen the electoral system by requiring voters to present identification at the polls. The bill would establish a uniform, standard for voting at the polls, reduce voter fraud, bring voting in line with other transactions that require proper identification, and raise the bar in restoring election integrity.

Stricter identification requirements would not impose an unreasonable burden on voters. Instead, it would protect the rights of citizens and serve as a reasonable precaution to prevent ineligible people from voting. Proper identification is necessary to ensure that voters are who they say they are, that voters cast only one ballot each, and that ineligible voters — including illegal aliens, felons, and persons using the names of deceased voters — are denied the ability to vote. Cheating at the polls makes a mockery of the electoral process and dilutes the vote of every honest citizen.

Case 2:13-cv-00193   Document 726-3   Filed on 11/17/14 in TXSD   Page 352 of 413

Currently, all that is needed to vote is a registration certificate, but individuals are not required to show identification in order to register to vote. According to Harris County elections officials, at least 35 foreign nationals either applied or received voter registration cards that would have allowed them to vote. In one case, one of them voted four times in a general election.

While instances of fraud or multiple voting in U.S. elections are comparatively rare, even a small amount of fraud could tip a close or disputed election, and the perception of possible fraud contributes to low confidence in the system. For this reason, the Commission on Federal Election Reform, led by former President Jimmy Carter and former Secretary of State James A Baker III, recently concluded that a properly administered identification system could deter, detect, or eliminate several potential avenues of fraud, such as multiple voting or voter impersonation. The commission, which was formed to recommend ways to raise public confidence in the electoral system, also expressed concern that differing requirements from state to state could be a source of discrimination and said that a single, uniform ID for voting purposes — along the lines of REAL ID — would be less discriminatory, by ensuring fair and equal treatment to all voters. HB 218 would put many of the sensible principles advocated by this bipartisan election reform commission to work in Texas.

HB 218 would give voters a variety of ways to fulfill the identification requirements and would not force anyone to bear great costs in obtaining the necessary identification.  Those who could not afford one would be eligible for a free identification card. While many citizens undoubtedly would choose to present a Texas driver's license out of convenience, the bill would allow a voter to present copies of common documents that citizens carry or receive in their everyday lives for purposes other than voting, such as paychecks, utility bills, mail from the government, and library cards.   State and local election authorities can educate voters about the forms of identification that they would have to bring to the polls, and even if there were some initial confusion, voters quickly would learn what they should bring to the polls in order to vote.

Further, the bill would make it easier for a person of modest means to obtain a driver's license or state photo ID card to use as proof of identity for voting and a host of other purposes. Many activities in everyday life require the presentation of photo ID, including air travel and cashing checks. Society has adapted to these requirements and benefited from the

safeguards they provide. By requiring DPS to waive the fee to issue identification for a person who could not afford to pay the cost, HB 218 would enable many citizens to more fully participate in society by facilitating their ability to cash checks at banks and supermarkets, enter federal buildings, and board airplanes.

This is not an issue only for Texas. Photo identification laws are considered one of the most basic and necessary election safeguards by a host of counties, including Canada, France, Germany, Italy, Poland, Britain, India, and South Africa. But less than half of the states in the United States have photo identification requirements.

OPPONENTS SAY: The voter ID requirements in HB 218 would create substantial obstacles that would inhibit voter participation and likely would disproportionately affect certain groups, including the elderly, minorities, and low-income voters. By placing an extra burden on voters and creating confusion among election officials and the public alike, the bill effectively would lead to the needless disenfranchisement of many voters. Claims that voter fraud makes it necessary to demand identification at the polls are not supported by evidence. In fact, the actual impact of stricter ID requirements would not be reduction of voter fraud, but the suppression of legitimate votes. Citizens seeking to exercise their right to vote would be hassled and frustrated for no good reason.

While almost all voter fraud involves absentee and mail-in ballots, the bill would do nothing to make mail-in balloting more secure. Instead, it would attempt to address the nonexistent problem of voter impersonation at the polls. Evidence of such fraud is anecdotal at best, and the penalty for voter impersonation is a third-degree felony, a strong deterrent to anyone who might consider casting a dishonest vote. There is no question that election misconduct exists, including wrongful purges of eligible voters, vote harvesting, tampering with registration forms, and improperly handling mail-in ballots. In addition, Justice Department investigations have revealed voting irregularities related to voter confusion over eligibility, such as felons not being aware they may not vote in some states or people mistakenly filling out multiple registrations. But there is no evidence that voter impersonation at the polls is anything but a rare anomaly.

Rather than seeking to enact voter identification laws that needlessly inhibit voters, policymakers should examine empirical data to weigh the costs and benefits. Data suggest that the number of legitimate voters who

might fail to bring required ID to the polls would be several times higher than the number of fraudulent voters. A recent study issued by Rutgers and Ohio State universities prepared for the federal Election Assistance Commission indicates that minorities could be negatively affected by identification requirements and that voter identification requirements should be limited to the minimum needed to prevent duplicate registration and ensure eligibility.

Similar legislation that passed in several other states, including Missouri, Indiana, Ohio, Georgia, and Arizona, has either been invalidated by the courts or is being challenged. In addition, while citizens are required to show proof of identification in situations ranging from boarding an airplane to renting movies, none of those activities is a constitutional right.

Texas already has taken some steps to lessen the threat of fraud, including the implementation of HAVA requirements. Current registration requirements are sufficient because registrants must swear they are U.S. citizens under penalty of perjury. In addition, falsely claiming citizenship and voting fraud are federal offenses. Texas should attempt to curb voter fraud by vigorously prosecuting any election fraud cases rather than enacting a law aimed at solving a nonexistent problem.

OTHER OPPONENTS SAY:
The bill should require a grace period of at least one election to allow for the education of voters and election workers. The provisions in HB 218 would be a major departure from current law, and voters and elections officials would need time to learn about the new requirements.

In addition, military discharge papers should be accepted as non-photo proof of identification in HB 218.

NOTES:
The author intends to offer a floor amendment to delay the photo identification requirement until September 2008.

The fiscal note anticipates a cost of $177,060 per fiscal year in general revenue-related funds to allow DPS to issue personal identification cards at no cost to certain applicants.

During the 2005 regular session, the Legislature considered similar legislation requiring voters to show identification at the polls. HB 1706 by Denny passed the House, but died in the Senate State Affairs Committee. The House amended a related bill, SB 89 by Averitt, to include provisions

HB 218
House Research Organization
page 8

similar to HB 1706, but SB 89 died in conference committee.

HB 218 originally was set on the April 17 Major State Calendar and was recommitted to committee on April 16.  The original vote in the Elections Committee to report HB 218 was 4 ayes, 3 nays (Anchia, Burnam, Farias).

By:  Brown of Kaufman, Berman, Bohac, Riddle,          H.B. No. 218
     et al.

A BILL TO BE ENTITLED

1                              AN ACT

2    relating to requiring a voter to present proof of identification.

3           BE IT ENACTED BY THE LEGISLATURE OF THE STATE OF TEXAS:

4           SECTION 1.   Section 13.122(a), Election Code, is amended to

5    read as follows:

6           (a)  In addition to the other statements and spaces for

7    entering information that appear on an officially prescribed

8    registration application form, each official form must include:

9                (1)  the statement:  "I understand that giving false

10   information to procure a voter registration is perjury and a crime

11   under state and federal law.";

12               (2)  a space for the applicant's registration number;

13               (3)  a space for the applicant's Texas driver's license

14   number or number of a personal identification card issued by the

15   Department of Public Safety;

16               (4)  a space for the applicant's telephone number;

17               (5)  a space for the applicant's social security

18   number;

19               (6)  a space for the applicant's sex;

20               (7)  a statement indicating that the furnishing of the

21   applicant's telephone number and sex is optional;

22               (8)  a space or box for indicating whether the

23   applicant or voter is submitting new registration information or a

24   change in current registration information;

1

H.B. No. 218

1          (9)  a statement instructing a voter who is using the
2     form to make a change in current registration information to enter
3     the voter's name and the changed information in the appropriate
4     spaces on the form;

5          (10)  a statement that if the applicant declines to
6     register to vote, that fact will remain confidential and will be
7     used only for voter registration purposes;

8          (11)  a statement that if the applicant does register
9     to vote, information regarding the agency or office to which the
10    application is submitted will remain confidential and will be used
11    only for voter registration purposes;

12         (12)  a space or box for indicating whether the
13    applicant is interested in working as an election judge;

14         (13)  a statement warning that a conviction for making
15    a false statement may result in imprisonment for up to the maximum
16    amount of time provided by law, a fine of up to the maximum amount
17    provided by law, or both the imprisonment and the fine; [and]

18         (14)  a space or box for indicating whether the
19    applicant served in the active military, naval, or air service, was
20    discharged or released from the service under conditions other than
21    dishonorable, and incurred or aggravated a disability in the line
22    of duty in that service;

23         (15)  a space or box for indicating whether the
24    applicant is a widow or widower of a person who served in the active
25    military, naval, or air service; and

26         (16)  [(14)]  any other voter registration information
27    required by federal law or considered appropriate and required by

2

H.B. No. 218

1  the secretary of state.

2      SECTION 2.   Section 15.001(a), Election Code, is amended to

3  read as follows:

4      (a)  Each  voter  registration  certificate  issued  must

5  contain:

6          (1)  the voter's name  in  the  form  indicated  by  the

7  voter, subject to applicable requirements prescribed by Section

8  13.002 and by rule of the secretary of state;

9          (2)  the voter's residence address or, if the residence

10  has no address, the address at which the voter receives mail and a

11  concise description of the location of the voter's residence;

12          (3)  the month, day, and year of the voter's birth;

13          (4)  the  number  of  the  county  election  precinct  in

14  which the voter resides;

15          (5)  the voter's effective date of registration if an

16  initial certificate;

17          (6)  the voter's registration number;

18          (7)  an  indication  of  the  period  for  which  the

19  certificate is issued;

20          (8)  a statement  explaining  the  circumstances  under

21  which the voter will receive a new certificate;

22          (9)  a space for stamping the voter's political party

23  affiliation;

24          (10)  a statement that voting with the certificate by a

25  person other than the person in whose name the certificate is issued

26  is a felony;

27          (11)  a space for the voter's signature;

3

H.B. No. 218

1    (12) a statement that the voter must sign the
2 certificate personally, if able to sign, immediately on receipt;

3    (13) a space for the voter to correct the information
4 on the certificate followed by a signature line;

5    (14) the statement:  "If any information on this
6 certificate changes or is incorrect, correct the information in the
7 space provided, sign below, and return this certificate to the
8 voter registrar."; [and]

9    (15) the registrar's mailing address and telephone
10 number;

11    (16) an indication that the voter is a
12 "service-disabled veteran," if the voter stated on the voter's
13 registration application that the voter served in the active
14 military, naval, or air service, was discharged or released from
15 the service under conditions other than dishonorable, and incurred
16 or aggravated a disability in the line of duty in that service; and

17    (17)  an indication that the voter is a "military widow
18 or widower," if the voter stated on the voter's registration
19 application that the voter is a widow or widower of a person who
20 served in the active military, naval, or air service.

21   SECTION 3.  Section 32.111, Election Code, is amended by
22 adding Subsection (c) to read as follows:

23   (c) The training standards adopted under Subsection (a)
24 must include provisions on the acceptance and handling of the
25 identification presented by a voter to an election officer under
26 Section 63.001.

27   SECTION 4.  Section 32.114(a), Election Code, is amended to

4

H.B. No. 218

1   read as follows:

2       (a)  The county clerk shall provide one or more sessions of
3   training using the standardized training program and materials
4   developed and provided by the secretary of state under Section
5   32.111 for the election judges and clerks appointed to serve in
6   elections ordered by the governor or a county authority.  Each
7   election judge shall complete the training program.  Each election
8   clerk shall complete the part of the training program relating to
9   the acceptance and handling of the identification presented by a
10  voter to an election officer under Section 63.001.

11      SECTION 5.  As soon as practicable after the effective date
12  of this Act:

13          (1)  the secretary of state shall adopt the training
14  standards and develop the training materials required to implement
15  the change in law made by this Act to Section 32.111, Election Code;
16  and

17          (2)  the county clerk of each county shall provide a
18  session of training under Section 32.114, Election Code, using the
19  standards adopted and materials developed to implement the change
20  in law made by this Act to Section 32.111, Election Code.

21      SECTION 6.  Chapter 62, Election Code, is amended by adding
22  Section 62.016 to read as follows:

23      Sec. 62.016.  NOTICE OF ACCEPTABLE IDENTIFICATION OUTSIDE
24  POLLING PLACES.  The presiding judge shall post in a prominent place
25  on the outside of each polling location a list of the acceptable
26  forms of photographic and nonphotographic identification.  The
27  notice and list must be printed using a font that is at least

5

H.B. No. 218

1  24-point.

2      SECTION 7.  Section 63.001, Election Code, is amended by

3  amending Subsections (b), (c), (d), and (f) and adding Subsections

4  (g), (h), (i), (j), and (k) to read as follows:

5      (b)  On offering to vote, a voter must present to an election

6  officer at the polling place the voter's voter registration

7  certificate and, except as provided by Subsection (j) or (k)

8  either:

9          (1)  one form of identification listed in Section

10  63.0101(a); or

11          (2)  two different forms of identification listed in

12  Section 63.0101(b) [to an election officer at the polling place].

13      (c)  On presentation of the documentation required by

14  Subsection (b) [a registration certificate], an election officer

15  shall determine whether the voter's name on the registration

16  certificate is on the list of registered voters for the precinct.

17      (d)  If the voter's name is on the precinct list of

18  registered voters and the voter's identity can be verified from the

19  proof presented, the voter shall be accepted for voting.

20      (f)  After determining whether to accept a voter, an election

21  officer shall return the voter's documentation [registration

22  certificate] to the voter.

23      (g)  If the requirements for identification prescribed by

24  Subsection (b) are not met, the voter may be accepted for

25  provisional voting only under Section 63.011.  An election officer

26  shall inform a voter who is not accepted for voting under this

27  section of the voter's right to cast a provisional ballot under

6

H.B. No. 218

1  Section 63.011.

2       (h)  The  requirements  for  identification  prescribed  by

3  Subsection (b)(1) or (2) do not apply to a voter who:

4            (1)  presents  the  voter's  voter  registration

5  certificate on offering to vote; and

6            (2)  is 80 years of age or older as indicated by the

7  date of birth on the voter's voter registration certificate.

8       (i)  Notwithstanding Subsection (b), (c), (d), or (g), a

9  voter  shall  be  accepted  for  voting  after  presenting  a  voter

10 registration  certificate  or  one  form  of  identification  listed  in

11 Section 63.0101 if:

12           (1)  the voter's name on the registration certificate

13 or form of identification is on the list of registered voters for

14 the precinct;

15           (2)  the  precinct  is  located  in  a  county  that  the

16 governor  proclaimed  to  be  in  a  state  of  disaster  under  Section

17 418.014, Government Code, due to a weather-related event; and

18           (3)  the  date  of  the  election  is  before  the  first

19 anniversary of the date the state of disaster expires.

20      (j)  A voter who presents a voter registration certificate

21 indicating  that  the  voter  is  a  service-disabled  veteran  is  not

22 required to provide any identification in addition to the voter's

23 voter registration certificate.

24      (k)  A voter who presents a voter registration certificate

25 indicating  that  the  voter  is  a  military widow or widower  is  not

26 required to provide any identification in addition to the voter's

27 voter registration certificate.

JA_008133

H.B. No. 218

1    SECTION 8.  Section 63.006(a), Election Code, is amended to
2  read as follows:

3    (a)  A voter who, when offering to vote, presents a voter
4  registration certificate indicating that the voter is currently
5  registered in the precinct in which the voter is offering to vote,
6  but whose name is not on the precinct list of registered voters,
7  shall be accepted for voting <u>if the voter's identity can be verified</u>
8  <u>from the proof presented</u>.

9    SECTION 9.  Section 63.007(a), Election Code, is amended to
10  read as follows:

11    (a)  A voter who, when offering to vote, presents a voter
12  registration certificate indicating that the voter is currently
13  registered in a different precinct from the one in which the voter
14  is offering to vote, and whose name is not on the precinct list of
15  registered voters, shall be accepted for voting if <u>the voter's</u>
16  <u>identity can be verified from the proof presented and</u> the voter
17  executes an affidavit stating that the voter:

18       (1)  is a resident of the precinct in which the voter is
19  offering to vote or is otherwise entitled by law to vote in that
20  precinct;

21       (2)  was a resident of the precinct in which the voter
22  is offering to vote at the time that information on the voter's
23  residence address was last provided to the voter registrar;

24       (3)  did not deliberately provide false information to
25  secure registration in a precinct in which the voter does not
26  reside; and

27       (4)  is voting only once in the election.

8

H.B. No. 218

1      SECTION 10.   Section 63.008(a), Election Code, is amended to

2  read as follows:

3      (a)  A voter who does not present a voter registration

4  certificate when offering to vote, but whose name is on the list of

5  registered voters for the precinct in which the voter is offering to

6  vote, shall be accepted for voting if the voter executes an

7  affidavit stating that the voter does not have the voter's voter

8  registration certificate in the voter's possession at the polling

9  place at the time of offering to vote and the <u>voter's identity can</u>

10  <u>be verified from the proof presented</u> [~~voter presents proof of~~

11  ~~identification in a form described by Section 63.0101~~].

12      SECTION 11.   Section 63.0101, Election Code, is amended to

13  read as follows:

14      Sec. 63.0101.  DOCUMENTATION OF PROOF OF IDENTIFICATION.

15  <u>(a)</u> The following documentation is <u>an</u> acceptable <u>form</u> [~~as proof~~] of

16  <u>photo</u> identification under this chapter:

17          (1)  a driver's license or personal identification card

18  issued to the person by the Department of Public Safety <u>that has not</u>

19  <u>expired or that expired no earlier than two years before the date of</u>

20  <u>presentation</u> [~~or a similar document issued to the person by an~~

21  ~~agency of another state, regardless of whether the license or card~~

22  ~~has expired~~];

23          (2)  a <u>United States military identification card that</u>

24  <u>contains the person's photograph</u> [~~form of identification~~

25  ~~containing the person's photograph that establishes the person's~~

26  ~~identity~~];

27          (3)  a <u>valid employee identification card that contains</u>

9

H.B. No. 218

1    the person's photograph and is issued by an employer of the person
2    in the ordinary course of the employer's business [~~birth~~
3    ~~certificate or other document confirming birth that is admissible~~
4    ~~in a court of law and establishes the person's identity~~];
5              (4)   a United States citizenship certificate [~~papers~~]
6    issued to the person that contains the person's photograph;
7              (5)   a United States passport issued to the person;
8              (6)   a student identification card issued by a public
9    or private institution of higher education located in the United
10   States that contains the person's photograph [~~official mail~~
11   ~~addressed to the person by name from a governmental entity~~];
12             (7)   a license to carry a concealed handgun issued to
13   the person by the Department of Public Safety; or
14             (8)   a valid identification card that contains the
15   person's photograph and is issued by:
16                  (A)   an agency or institution of the federal
17   government; or
18                  (B)   an agency, institution, or political
19   subdivision of this state.
20        (b)   The following documentation is acceptable as proof of
21   identification under this chapter:
22             (1)   a copy of a current utility bill, bank statement,
23   government check, paycheck, or other government document that shows
24   the name and address of the voter;
25             (2)   official mail addressed to the person by name from
26   a governmental entity;
27             (3)   a certified copy of a birth certificate or other

10

H.B. No. 218

1  document confirming birth that is admissible in a court of law and

2  establishes the person's identity;

3          (4)  United States citizenship papers issued to the

4  person;

5          (5)  an original or certified copy of the person's

6  marriage license or divorce decree;

7          (6)  court records of the person's adoption, name

8  change, or sex change;

9          (7)  an identification card issued to the person by a

10 governmental entity of this state or the United States for the

11 purpose of obtaining public benefits, including veteran's

12 benefits, Medicaid, or Medicare;

13          (8)  a temporary driving permit issued to the person by

14 the Department of Public Safety;

15          (9)  a pilot's license issued to the person by the

16 Federal Aviation Administration or another authorized agency of the

17 United States;

18          (10)  a library card that contains the person's name

19 issued to the person by a public library located in this state; or

20          (11)  a hunting or fishing license issued to a person by

21 the Parks and Wildlife Department [or

22          [(8)  any other form of identification prescribed by

23 the secretary of state].

24      SECTION 12.   Section 63.011(a), Election Code, is amended to

25 read as follows:

26      (a)  A person to whom Section 63.001(g), 63.008(b), or

27 63.009(a) applies may cast a provisional ballot if the person

11

H.B. No. 218

1    executes an affidavit stating that the person:

2              (1)   is a registered voter in the precinct in which the

3    person seeks to vote; and

4              (2)   is eligible to vote in the election.

5         SECTION 13.   Section   521.422,   Transportation   Code,   is

6    amended by amending Subsection (a) and adding Subsection (d) to

7    read as follows:

8         (a)   Except as provided by Subsection (d), the [The] fee for

9    a personal identification certificate is:

10             (1)   $15 for a person under 60 years of age;

11             (2)   $5 for a person 60 years of age or older; and

12             (3)   $20   for   a   person   subject   to   the   registration

13   requirements under Chapter 62, Code of Criminal Procedure.

14        (d)   The   department   may   not   collect   a   fee   for   a   personal

15   identification certificate issued to a person who states that the

16   person is obtaining the personal identification certificate for the

17   sole purpose of satisfying Section 63.001(b)(1), Election Code,

18   and:

19             (1)   who   is   a   registered   voter   in   this   state   and

20   presents a valid voter registration certificate; or

21             (2)   who   is   eligible   for   registration   under   Section

22   13.001, Election Code, and submits a registration application to

23   the department.

24        SECTION 14.   The   voter   registrar   of   each   county   shall

25   provide notice of the change in identification requirements for

26   voting   contained   in   this   Act   with   each   voter   registration

27   certificate or renewal registration certificate issued on or before

12

H.B. No. 218

1  September 1, 2008.  The secretary of state shall prescribe the form

2  of the notice required under this section.

3          SECTION 15.  This Act takes effect September 1, 2007.

**LEGISLATIVE BUDGET BOARD**
**Austin, Texas**

**FISCAL NOTE, 80TH LEGISLATIVE REGULAR SESSION**

**April 29, 2007**

**TO:** Honorable Robert Duncan, Chair, Senate Committee on State Affairs

**FROM:** John S. O'Brien, Director, Legislative Budget Board

**IN RE: HB218** by Brown, Betty (Relating to requiring a voter to present proof of identification.), **As Engrossed**

---

**Estimated Two-year Net Impact to General Revenue Related Funds** for HB218, As Engrossed: an impact of $0 through the biennium ending August 31, 2009.

---

**General Revenue-Related Funds, Five-Year Impact:**

| Fiscal Year | Probable Net Positive/(Negative) Impact to General Revenue Related Funds |
|---|---|
| 2008 | $0 |
| 2009 | $0 |
| 2010 | $0 |
| 2011 | $0 |
| 2012 | $0 |

**All Funds, Five-Year Impact:**

| Fiscal Year | Probable Revenue Gain/(Loss) from *TEXAS MOBILITY FUND* 365 |
|---|---|
| 2008 | ($671,110) |
| 2009 | ($671,110) |
| 2010 | ($671,110) |
| 2011 | ($671,110) |
| 2012 | ($671,110) |

**Fiscal Analysis**

The bill would amend Chapter 13 of the Election Code to require changes be made to the voter registration application form.

The bill would amend Chapter 63 of the Election Code to require a voter to present qualifying identification, as described in the bill, in addition to a voter's registration certificate. The requirement would not apply to individuals 80 years of age or older who presented their voter registration certificate. The presiding election judge would be required to prominently post notices of the list of acceptable forms of identification outside each polling location. The voter registrar of each county would be required to provide notice of the changes in identification requirements with each voter registration certificate or renewal registration certificate issued on or before September 1, 2008.

As soon as practicable after the effective date of the bill, the Secretary of State would be required to adopt training standards and develop training materials related to the changes in the acceptance and

handling of identification presented by a voter; and each county clerk would be required to provide a training session using those standards and materials.

The bill would amend Chapter 521 of the Transportation Code to prohibit the Texas Department of Public Safety (DPS) from collecting a fee for a personal identification certificate issued to a person who states that the person is obtaining the certificate for the sole purpose of satisfying the identification requirement that would be imposed by the bill, and the person is a registered voter in the state or is eligible for registration and submits a registration application to DPS.

The bill would take effect September 1, 2007.

Analysis by the Secretary of State indicates costs associated with changing and printing forms and creating new training materials and requirements could be absorbed using existing resources.

This analysis estimates that the provision of the bill that would exempt certain applicants from payment for an identification card would result in an annual revenue loss of $671,110 each fiscal year out of the Texas Mobility Fund.

## Methodology

Out of the nearly 4.1 million identification card holders in the Texas driver license file, there are 536,888 identification card holders who have indicated they are a registered voter. DPS does not know how many of those card holders would choose to use their identification card solely as voter identification; therefore, DPS assumed 100 percent of those 536,888 card holders would use the card for voting purposes only. The fee that would be waived ranges from $5 to $20, depending on certain criteria. DPS assumed the $15 fee would apply to 100 percent of the persons seeking an identification card for voting purposes.  This analysis assumes 50 percent of the identification card holders would seek their card solely as voter identification.

If the fee were to be waived for 50 percent all 536,888 persons applying for a renewal of their identification card totaling 268,444 persons, the estimated revenue loss for the Texas Mobility Fund over a six-year renewal period would be more than $4.0 million (268,444 x $15 = $4,026,660), which calculates to an annual revenue loss of approximately $0.7 million ($4,026,660 / 6 = $671,110).

The revenue loss could be lower if fewer people than the 50 percent assumption who currently indicate they are a registered voter on their identification card state that the card would be used solely as voter identification, or it could be higher if all other identification card holders were to state when renewing that the card would be used solely for voter identification.

## Technology

DPS would incur technology costs for reprogramming the Driver License System, but it is assumed those costs could be absorbed within existing resources.

## Local Government Impact

The costs to counties would vary depending on the number of polling places for which signs must be posted, the number of election workers to be trained, and the number of registered voters to be notified of identification changes. However, no significant fiscal implication to units of local government is anticipated.

**Source Agencies:**   304 Comptroller of Public Accounts, 307 Secretary of State, 405 Department of Public Safety
**LBB Staff:** JOB, KJG, GG, DB, LG

JA_008141

# BILL ANALYSIS

Senate Research Center                                                                 H.B. 218
                                                                    By: Brown, Betty et al. (Fraser)
                                                                                    State Affairs
                                                                                      4/28/2007
                                                                                      Engrossed

## AUTHOR'S / SPONSOR'S STATEMENT OF INTENT

Under current law, voters are only required to present a voter registration certificate to a poll worker to vote in a regular election. While this practice attempts to ensure that only registered voters receive a ballot on Election Day, it leaves a potential loophole for fraud, as individuals are not required to show identification to register to vote. As a result, it is possible for an unscrupulous individual to submit several falsified voter registration applications and to receive the voter registration certificates for those applications. Requiring verification of an individual's identity at the polling place, in addition to the voter registration certificate, may lessen the chance of such fraud occurring.

H.B. 218 requires that a voter present proof of identification when offering to vote.

## RULEMAKING AUTHORITY

This bill does not expressly grant any additional rulemaking authority to a state officer, institution, or agency.

## SECTION BY SECTION ANALYSIS

SECTION 1.  Amends Section 13.122(a), Election Code, to include a space or box for indicating whether the applicant for voter registration has served in the active military, naval, or air service, was discharged or released from the service under conditions other than dishonorable, and incurred or aggravated an injury during that service (service-disabled veteran), and to include a space or box for indicating whether the applicant is a widow or widower of a person who served in active military, naval, or air service (military widow or widower), in addition to the other statements and spaces for entering information that are required to appear on a voter registration application form. Makes conforming changes.

SECTION 2. Amends Section 15.001(a), Election Code, to include an indication on a voter registration certificate that the voter is a service-disabled veteran or a military widow or widower. Makes a conforming change.

SECTION 3.  Amends Section 32.111, Election Code, by adding Subsection (c) to require the training standards adopted under Subsection (a) of this section (Training Standards for Election Judges) to include provisions on the acceptance and handling of the identification presented by a voter to an election officer under Section 63.001 (Regular Procedure for Accepting Voter), Election Code.

SECTION 4.   Amends Section 32.114(a), Election Code, to require each election clerk to complete the part of the training program relating to the acceptance and handling of the identification presented by a voter to an election official under Section 63.001.

SECTION 5.  Requires the secretary of state to adopt the training standards and develop the training materials required, and for the county clerk of each county to provide a session of training under Section 32.114 (Public County Training Program), Election Code, using the standards adopted and the materials developed, as soon as practicable after the effective date of this act to implement the change in law made by this Act to Section 32.111, Election Code.

SECTION 6.  Amends Chapter 62, Election Code, by adding Section 62.016, as follows:

Sec. 62.016.   NOTICE OF ACCEPTABLE IDENTIFICATION OUTSIDE POLLING PLACES.   Requires the presiding judge to post a list of the acceptable forms of photographic and nonphotographic identification in a prominent place on the outside of each polling location.  Requires the notice and list to be printed in at least 24-point font.

SECTION 7.  Amends Section 63.001, Election Code, by amending Subsections (b), (c), (d), and (f), and adding Subsections (g) through (k), as follows:

(b)   Requires a voter to present to an election officer the voter's voter registration certificate at the polling place and, except as provided by Subsection (j) or (k), one form of identification listed in Section 63.101(a) (relating to certain acceptable forms of photo identification) or two different forms of identification listed in Section 63.101(b) (regarding certain documentation considered acceptable as proof of identification).

(c)   Deletes existing text referring to a registration certificate and replaces it with text referring to the documentation required by Subsection (b).

(d)   Requires the voter to be accepted for voting if the voter's name is on the precinct list of registered voters and the voter's identity can be verified from the proof presented.

(f)   Makes a conforming change.

(g)   Authorizes the acceptance of a voter for provisional voting only under Section 63.011 (Provisional Voting), Election Code, if the requirements for identification prescribed by Subsection (b) are not met.  Requires an election officer to inform a voter who is not accepted for voting under this section of the voter's right to cast a provisional ballot under that section.

(h)  Provides that the requirements for identification prescribed by Subsection (b) do not apply to a voter who presents the voter's voter registration certificate on offering to vote and is 80 years of age or older as indicated by the date of birth on the voter's voter registration certificate.

(i)   Sets forth certain provisions for voting in a precinct located in a county that the governor proclaimed to be in a state of disaster due to a weather related event, notwithstanding Subsection (b), (c), (d), or (g).

(j)  Provides that a voter who presents a voter registration certificate that indicates the voter is a service-disabled veteran is not required to provide any identification in addition to that certificate.

(k)  Provides that a voter who presents a voter registration certificate that indicates the voter is a military widow or widower is not required to provide any identification in addition to that certificate.

SECTION 8.   Amends Section 63.006(a), Election Code, to require that a voter whose registration certificate indicates that the voter is currently registered in the percent in which the voter is offering to vote, but whose name is not on the precinct list of registered voters, be accepted for voting if the voter's identity can be verified from the proof presented.

SECTION 9.  Amends Section 63.007(a), Election Code, to make a conforming change.

SECTION 10.  Amends Section 63.008(a), Election Code, to require that a voter who does not present a voter registration certificate when offering to vote, but whose name is on the list of registered voters for the precinct, be accepted for voting if the voter executes an affidavit stating that the voter does not have the voter's voter registration certificate in the voter's possession at the polling place at the time of offering to vote and the voter's identity can be verified from the proof presented, rather than if the voter presents proof of identification in a form described by Section 63.0101.

SECTION 11.  Amends Section 63.0101, Election Code, as follows:

Sec. 63.0101.  DOCUMENTATION OF PROOF OF IDENTIFICATION.  (a)  Creates this subsection from existing text.  Sets forth certain documentation that constitutes an acceptable form of photo identification, rather than proof of identification, under this chapter (Accepting Voter).

> (b)  Sets forth certain documentation that constitutes acceptable proof of identification under this chapter.

SECTION 12.  Amends Section 63.011(a), Election Code, to include a person to whom Section 63.001(g) applies as a person who is authorized to cast a provisional ballot if the person executes an affidavit with certain statements.

SECTION 13.  Amends Section 521.422, Transportation Code, by amending Subsection (a) and adding Subsection (d), as follows:

> (a)  Sets forth certain fees for the issuance of a personal identification certificate, except as provided by Subsection (d).

> (d)  Prohibits the Texas Department of Transportation from collecting a fee for a personal identification certificate to a person who states the that the person is obtaining said certificate for the sole purpose of satisfying Section 63.001(b)(1), Election Code, and who meets other certain criteria.

SECTION 14.  Requires the voter registrar of each county to provide notice of the change  in identification requirements of voting contained in this Act with each voter registration certificate or renewal registration certificate issued on or before September 1, 2008.  Requires the secretary of state to prescribe the form of such a notice.

SECTION 15.  Effective date: September 1, 2007.

JA_008144

** REVISION **

**SENATE**

**NOTICE OF PUBLIC HEARING**

COMMITTEE:        State Affairs

TIME & DATE:      9:00 AM, Monday, April 30, 2007

PLACE:            Senate Chamber

CHAIR:            Senator Robert Duncan

---

Bills to be considered:

SB 1143    Deuell
Relating to prohibiting certain ranking of physicians by health
benefit plans.


SB 1613    Duncan
Relating to the immunity from individual liability of directors
of soil and water conservation districts.


SB 2037    Ogden
Relating to the ability of the attorney general to offer
assistance to a prosecuting attorney.


SB 2040    Jackson, Mike
Relating to coverage for bariatric surgical procedures for
certain state employees.


HB 41      Paxton                    SP: Seliger
Relating to the confidentiality of home address information of
certain federal judges and their spouses and of certain state
judges.


HB 218     Brown, Betty / et al.     SP: Fraser
Relating to requiring a voter to present proof of
identification.


HB 991     Rose / et al.             SP: Deuell
Relating to the confidentiality of certain records maintained
by the Department of Public Safety regarding persons licensed

to carry a concealed handgun.

HB 1602    Van Arsdale / et al.        SP: Fraser
Relating to venue in civil actions under the Jones Act.

HB 2004    Giddings                   SP: Lucio
Relating to requiring that a doctor who reviews a workers'
compensation case be certified in a professional specialty
appropriate to the care received by the injured employee.

HJR 59    Elkins / et al.             SP: Wentworth
Proposing a constitutional amendment to allow the legislature
to override a veto of the governor following a legislative
session.

Pending Bills

SB 700    Lucio
Relating to state agency rules affecting small businesses.

SB 730    Carona / et al.
Relating to a study concerning maximum lifetime benefit limits
under health benefit plan coverage applicable to hemophilia-
related services, supplies, pharmaceuticals, and biologics.

Bills added after last posting:
HB 41
SB 700
SB 730
        ** See Committee Coordinator for previous versions of the
                        schedule **

# MINUTES
## SENATE COMMITTEE ON STATE AFFAIRS
Monday, April 30, 2007
9:00 a.m.
Senate Chamber

*****

Pursuant to a notice posted in accordance with Senate Rule 11.18, a public hearing of the Senate Committee on State Affairs was held on Monday, April 30, 2007, in the Senate Chamber in Austin, Texas.

*****

**MEMBERS PRESENT:**
Senator Robert Duncan
Senator Tommy Williams
Senator John Carona
Senator Rodney Ellis
Senator Troy Fraser
Senator Chris Harris
Senator Mike Jackson
Senator Eddie Lucio, Jr.
Senator Leticia Van de Putte

*****

The chair called the meeting to order at 9:05 a.m.  The following business was transacted:

The chair laid out HB 41 and recognized the Senate sponsor, Senator Seliger, to explain the bill.  Senator Fraser sent up a committee substitute; the chair recognized Senator Seliger to explain the difference between the committee substitute and the house bill as engrossed.  Senator Duncan sent up Committee Amendment 1 to HB 41.  Witnesses registering on the bill are shown on the attached list.  The chair moved that the public testimony be closed; without objection, it was so ordered.  The chair moved that HB 41 be left pending to await a quorum; without objection, it was so ordered.

The chair laid out SB 1143 and recognized the author, Senator Deuell, to explain the bill.  Senator Fraser sent up a committee substitute; the chair recognized Senator Deuell to explain the difference between the committee substitute and the senate bill as filed.  Witnesses testifying and registering on the bill are shown on the attached list.  The

chair moved that the public testimony be closed; without objection, it was so ordered.  The chair moved that SB 1143 be left pending; without objection, it was so ordered.

The chair laid out HB 991 and recognized the Senate sponsor, Senator Deuell, to explain the bill.  Witnesses testifying and registering on the bill are shown on the attached list.  The chair moved that the public testimony be closed; without objection, it was so ordered.  The chair moved that HB 991 be left pending; without objection, it was so ordered.

The chair laid out SB 2040 and recognized the author, Senator Jackson, to explain the bill.  Senator Jackson sent up a committee substitute; the chair recognized Senator Jackson to explain the difference between the committee substitute and the senate bill as filed.

At 9:53 a.m. Senator Fraser assumed the chair.

At 9:54 a.m. Senator Duncan resumed the chair.

Witnesses testifying and registering on the bill are shown on the attached list.  The chair moved that the public testimony be closed; without objection, it was so ordered. The chair moved that SB 2040 be left pending; without objection, it was so ordered.

The chair laid out HB 218 and recognized the Senate sponsor, Senator Fraser, to explain the bill. Senator Fraser sent up a committee substitute; the chair recognized Senator Fraser to explain the difference between the committee substitute and the house bill as engrossed.   Witnesses testifying and registering on the bill are shown on the attached list.

Upon arrival of a quorum, the chair requested the roll call.  Senators Duncan, Ellis, Fraser, Lucio, Jr., and Van de Putte were all present. A quorum was established at 11:19 a.m.   Senators Williams and Carona arrived after the roll call.

The chair moved that the public testimony be closed; without objection, it was so ordered.  The chair moved that HB 218 be left pending; without objection, it was so ordered.

The chair laid out HB 2004 and recognized the Senate sponsor, Senator Lucio, Jr., to explain the bill.  Witnesses testifying and registering on the bill are shown on the attached list.  The chair moved that the public testimony be closed; without objection, it was so ordered.  Senator Duncan sent up Committee Amendment 1. The chair moved that HB 2004 be left pending; without objection, it was so ordered.

The chair laid out HJR 59 and recognized the Senate sponsor, Senator Wentworth, to explain the bill.  Senator Lucio, Jr. sent up a committee substitute; the chair recognized Senator Wentworth to explain the difference between the committee substitute and the house bill as engrossed. With no witnesses registering the chair moved public testimony

be closed; without objection, it was so ordered. The chair moved that HJR 59 be left pending; without objection, it was so ordered.

At 1:00 p.m. the chair moved that the committee stand recessed until after adjournment of the Senate; without objection, it was so ordered.

At 6:49 p.m. the committee reconvened.

The chair laid out SB 2037 and recognized Senator Williams, in the absence of the author, to explain the bill.  Senator Williams sent up a committee substitute; the chair recognized Senator Williams to explain the difference between the committee substitute and the senate bill as filed.  Senator Williams moved adoption of the committee substitute; without objection, it was so ordered.  Witnesses registering on the bill are shown on the attached list.  The chair moved public testimony be closed; without objection, it was so ordered.  The chair moved that SB 2037 be left pending; without objection, it was so ordered.

At 6:55 p.m. Senator Williams assumed the chair.

The chair laid out SB 1613 and recognized the author, Senator Duncan, to explain the bill.  Senator Duncan sent up a committee substitute; the chair recognized Senator Duncan to explain the difference between the committee substitute and the senate bill as filed.  Senator Duncan moved adoption of the committee substitute; without objection, it was so ordered.  Witnesses testifying and registering on the bill are shown on the attached list.  The chair moved that the public testimony be closed; without objection, it was so ordered. The chair moved that SB 1613 be left pending; without objection, it was so ordered.

At 7:02 p.m. Senator Duncan resumed the chair.

Upon arrival of a quorum, the chair requested the roll call.  Senators Duncan, Williams, Fraser, Harris, Jackson, and Van de Putte were all present.  A quorum was established at 7:02 p.m.  Senators Carona, Ellis, and Lucio, Jr., arrived after the roll call.

At 7:03 p.m. Senator Williams assumed the chair.

The chair laid out as a matter of pending business SB 1613.  Senator Duncan moved that SB 1613 do not pass but that CSSB 1613 be reported back to the Senate with the recommendation that it do pass and be printed.  The motion carried with a record vote of 9 ayes, 0 nays, 0 present not voting, and 0 absent.  Senator Duncan moved that the bill be recommended for placement on the Local & Uncontested Calendar; without objection, it was so ordered.  Senators Carona, Ellis, and Lucio, Jr., requested unanimous consent to be shown voting AYE on SB 1613; without objection, it was so ordered.

At 7:04 p.m. Senator Duncan resumed the chair.

The chair laid out as a matter of pending business SB 2037.  Senator Williams moved that SB 2037 do not pass but that CSSB 2037 be reported back to the Senate with the recommendation that it do pass and be printed.  The motion carried with a record vote of 9 ayes, 0 nays, 0 present not voting, and 0 absent.  Senator Williams moved that the bill be recommended for placement on the Local & Uncontested Calendar; without objection, it was so ordered.  Senators Carona and Lucio, Jr. requested unanimous consent to be shown voting AYE on SB 2037; without objection, it was so ordered.

The chair laid out as a matter of pending business SB 2040.  Senator Jackson moved adoption of the committee substitute; without objection, it was so ordered.  Senator Jackson moved that SB 2040 do not pass but that CSSB 2040 be reported back to the Senate with the recommendation that it do pass and be printed.  The motion carried with a record vote of 9 ayes, 0 nays, 0 present not voting, and 0 absent. Senator Jackson moved that the bill be recommended for placement on the Local & Uncontested Calendar; without objection, it was so ordered.  Senators Carona and Lucio, Jr., requested unanimous consent to be shown voting AYE on SB 2040; without objection, it was so ordered.

The chair laid out as a matter of pending business HB 41.  The chair moved adoption of Committee Amendment 1 to HB 41; without objection, it was so ordered.  Senator Fraser requested unanimous consent to roll the amendment into a committee substitute; without objection, it was so ordered.  Senator Fraser then moved that the committee substitute be adopted; without objection, it was so ordered.  Senator Fraser moved that HB 41 do not pass but that CSHB 41 be reported back to the Senate with the recommendation that it do pass and be printed.  The motion carried with a record vote of 9 ayes, 0 nays, 0 present not voting, and 0 absent. Senator Fraser moved that the bill be recommended for placement on the Local & Uncontested Calendar; without objection, it was so ordered.  Senators Carona and Lucio, Jr., requested unanimous consent to be shown voting AYE on HB 41; without objection, it was so ordered.

The chair laid out as a matter of pending business HB 218.  Senator Fraser withdrew the previously offered substitute.  Senator Fraser sent up a new committee substitute; the chair recognized Senator Fraser to explain the difference between the committee substitute and the senate bill as filed.  Senator Fraser moved adoption of the committee substitute; without objection, it was so ordered.   Senator Fraser moved that HB 218 do not pass but that CSHB 218 be reported back to the Senate with the recommendation that it do pass and be printed.  The motion carried with a record vote of 6 ayes, 3 nays, 0 present not voting, and 0 absent.   Senator Lucio, Jr., requested unanimous consent to be show voting NAY on HB 218; without objection, it was so ordered.

The chair laid out as a matter of pending business HB 991.  Senator Williams moved that HB 991 be reported favorably to the Senate with the recommendation that it do pass and be printed.  The motion carried with a record vote of 7 ayes, 2 nays, 0 present not voting, and 0 absent.  Senator Lucio, Jr. requested unanimous consent to be shown voting AYE on HB 991; without objection, it was so ordered.

The chair laid out as a matter of pending business HB 2004.

 At 7:13 p.m. Senator Williams assumed the chair.

Senator Duncan moved adoption of Committee Amendment 1 to HB 2004; without objection, it was so ordered. Senator Lucio, Jr., sent up Committee Amendment 2 to HB 2004.  Senator Duncan moved that HB 2004 be left pending; without objection, it was so ordered.

At 7:16 p.m. Senator Duncan resumed the chair.

The chair laid out as a matter of pending business SB 700 and recognized the author, Senator Lucio, Jr., to explain the bill.  Senator Lucio, Jr., withdrew previously offered Committee Amendment 1 to SB 700.  Senator Lucio, Jr. sent up Committee Amendment 2 to SB 700 and moved adoption; without objection, the amendment was adopted.  Senator Lucio, Jr. requested unanimous consent to roll the amendment into a committee substitute; without objection, it was so ordered.  Senator Lucio, Jr. then moved that the committee substitute be adopted; without objection, it was so ordered.  Senator Lucio, Jr. moved that SB 700 do not pass but that CSSB 700 be reported back to the Senate with the recommendation that it do pass and be printed.  The motion carried with a record vote of 9 ayes, 0 nays, 0 present not voting, and 0 absent.

The chair laid out as a matter of pending business SB 730 and recognized the author, Senator Carona, to explain the bill.  SB 730 had previously been heard in Subcommittee and reported back to the full Committee with the recommendation that it do pass.  Senator Carona moved that SB 700 be reported favorably to the Senate with the recommendation that it do pass and be printed.  The motion carried with a record vote of 9 ayes, 0 nays, 0 present not voting, and 0 absent.  Senator Carona moved that the bill be recommended for placement on the Local & Uncontested Calendar; without objection, it was so ordered.

The chair laid out as a matter of pending business SB 922.  Senator Lucio, Jr., moved adoption of the previously offered committee substitute; without objection, it was so ordered.  Senator Lucio, Jr. moved that SB 922 do not pass but that CSSB 922 be reported back to the Senate with the recommendation that it do pass and be printed.  The motion carried with a record vote of 9 ayes, 0 nays, 0 present not voting, and 0 absent.

The chair laid out as a matter of pending business HB 2004.  Senator Lucio, Jr. withdrew Committee Amendment 2 to HB 2004.  Senator Lucio, Jr. requested unanimous consent to roll Committee Amendment 1 to HB 2004 into a committee substitute; without objection, it was so ordered.  Senator Lucio, Jr. then moved that the committee substitute be adopted; without objection, it was so ordered.  Senator Lucio, Jr. moved that HB 2004 do not pass but that CSHB 2004 be reported back to the Senate with the recommendation that it do pass and be printed.  The motion carried with a record vote of 9 ayes, 0 nays, 0 present not voting, and 0 absent.

The chair laid out HB 1602 and recognized the Senate sponsor, Senator Fraser, to explain the bill.  Senator Fraser sent up a committee substitute; the chair recognized Senator Fraser to explain the difference between the committee substitute and the house bill as engrossed.  Witnesses testifying and registering on the bill are shown on the attached list.  The chair moved that the public testimony be closed; without objection, it was so ordered.

During witness testimony Senators Carona and Jackson assumed the chair temporarily for Senator Duncan.

The chair moved that HB 1602 be left pending; without objection, it was so ordered.

There being no further business, at 10:21 p.m. the chair moved that the Committee stand recessed subject to the call of the chair.  Without objection, it was so ordered.


_____
Senator Robert Duncan, Chair


_____
Anna Beth White, Clerk

WITNESS LIST

State Affairs
April 30, 2007 - 09:00 AM


<u>HB 41</u>

Registering, but not testifying:

On:

      Reynolds, Carl   (Office of Court Administration, Texas Judicial Council),  Austin, TX

<u>HB 218</u>

FOR:

      Forest, Rebecca   (Immigration Reform Coalition of Texas),  Austin, TX

      Galloway, Carolyn   (Texas Eagle Forum, Citizens for Immigration Reform),  Dallas, TX

AGAINST:

      Carvell, Helen   (Self),  Austin, TX

      Courage, John   (True Courage Action Network),  Austin, TX

      Figueroa, Luis   (Mexican American Legal Defense and Educational Fund),  San Antonio, TX

      Garza, Jose   (LULAC),  San Antonio, TX

      Korbel, George   (Self),  San Antonio, TX

      McCloskey, Amanda   (AARP - Texas),  Austin, TX

      Perkins, Deena   (Self),  Austin, TX

      Sanchez, David   (Cameron County Democratic Party),  Harlingen, TX

      Santana, Sonia   (ACLU - Texas)

      Wood, Buck   (Self),  Austin, TX

ON:

      Hanshaw Winn, Elizabeth   (Secretary of State),  Austin, TX

      McGeehan, Ann   (Office of Texas Secretary of State),  Austin, TX

Registering, but not testifying:

For:

      Connett, Brent   (Texas Conservative Coalition),  Austin, TX

      Galloway, Bruce C.   (Self),  Dallas, TX

Against:

      Arterburn, David   (United Transportation),  Amarillo, TX

Bailey, Ken    (Texas Democratic Party),  Austin, TX

Borel, Dennis    (Coalition of Texans with Disabilities),  Austin, TX

Cunningham, Michael    (Texas Building and Construction Trades Council, AFL-CIO),  Austin, TX

English Jr., C.M.    (United Transportation Union),  Austin, TX

Harrell, Will    (NAACP),  Austin, TX

Hill, Dr. Forest G.    (Self),  Austin, TX

Lehmann, Mary    (Self),  Austin, TX

Littles, Paula    (Texas AFLCIO),  Austin, TX

Medley, Lee    (District Council of United Steelworkers),  Santa Fe, TX

Moorhead, Bee    (Texas Impact),  Austin, TX

Neavel, Nancy T.    (Self),  Austin, TX

Parken, Judy    (Self),  Austin, TX

Privett, Anita    (Self),  Austin, TX

Sperry, Teri    (True Courage Action Network),  Austin, TX

Providing written testimony:

Against:

Arthur, Joy    (People for the American Way),  Austin, TX

Banks, Yannis    (Texas Conference of NAACP Branches),  San Marcos, TX

Finch, Mary    (The League of Women Voters of Texas),  Austin, TX

HB  991

FOR:

Tripp, Alice    (Texas State Rifle Association),  Paige, TX

Registering, but not testifying:

For:

Mica, Tara    (National Rifle Association),  Austin, TX

Against:

Schneider, Michael    (Texas Association of Broadcasters),  Austin, TX

Whalen, Ken    (Texas Daily Newspaper Association, Texas Press Association),  Austin, TX

HB  1602

FOR:

Boyd, Waymon    (King Fisher Marine Service, LP),  Port Lavaca, TX

Elizondo, Enrique    (Great Lakes D&D, LLC),  Bandera, TX

Forbes, Scott    (Port of Houston Authority),  Houston, TX

Hanson, Bill   (Maritime Jobs for Texas),  Houston, TX

Hull, Mike   (Texans for Lawsuit Reform),  Austin, TX

LaQuaz, Linda   (T.W. LaQuaz Dredging),  Port Lavaca, TX

Lawrence, Berdon   (Kirby Corporation),  Houston, TX

Patterson, Jerry   (Texas General Land Office),  Austin, TX

Trabulsi, Jr., Richard J.   (Texans for Lawsuit Reform),  Austin, TX

Weekley, Dick   (TLR),  Houston, TX

Woodruff, Matt   (Texas Waterway Operators Association),  Houston, TX

AGAINST:

Choate, Guy   (TTLA),  Austin, TX

Plezia, Richard   (TTLA),  Houston, TX

ON:

Bresnen, Steve   (TTLA),  Austin, TX

Registering, but not testifying:

For:

Casals, Peter   (Lumbermen's Association of Texas),  Austin, TX

Connett, Brent   (Texas Conservative Coalition),  Austin, TX

Cornelison, Robert C.   (Texas Ports Association),  Los Fresnos, TX

Fisher, Jon   (Sherwin Alumina Company),  Austin, TX

Golemon, Kinnan   (Shell Oil Co.),  Austin, TX

Green, Shelton   (Texas Association of Business),  Austin, TX

Hastings, Debbie   (Texas Oil and Gas Association),  Austin, TX

Howden, Robert   (Texas Association of Manufacturers),  Austin, TX

Mathis, James   (Dupont),  Austin, TX

McCauley, Cindy   (Lyondell Chemical),  Houston, TX

Meroney, Mike   (The Huntsman Corporation),  Austin, TX

Mintz, David   (Texas Apartment Association),  Austin, TX

Moore, Julie W.   (Occidental Petroleum Corporation),  Austin, TX

Newton, Will   (National Federation of Independent Business),  Austin, TX

Olson, Kym   (El Paso Corp.),  Houston, TX

Perryman, Larry   (Bay - Houston Towing Co.),  Friendswood, TX

Sickels, Linda   (Trinity Ind. Inc.),  Austin, TX

Strama, Keith   (Exxon Mobil),  Austin, TX

Teichman, Rudy   (T&T Marine Salvage, Tug Josephine, T&T Offshore),  Galveston, TX

Valdez, Jerry   (Greater Houston Partnership),  Austin, TX

Whitehurst, Darren   (Texas Medical Association),  Austin, TX

Wisdom, Christina   (Texas Chemical Council),  Austin, TX

Against:

Arterburn, David   (United Transportation Union),  Amarillo, TX

Cunningham, Michael   (Texas Building and Construction Trades Council, AFL-CIO),  Austin, TX

English, Jr., C.M.   (United Transportation Union),  Austin, TX

Harvey, Jay   (Texas Trial Lawyers Association),  Austin, TX

House, Marc   (United Auto Workers),  Arlington, TX

Providing written testimony:

Against:

Bolton, Pamela J.   (Texas Watch),  Austin, TX

## HB 2004

FOR:

DeWitt, Cathy   (Texas Association of Business),  Austin, TX

Smith, M.D., Charlotte H.   (Texas Medical Association),  Austin, TX

AGAINST:

Smith, DO, Stephen L.   (Self),  Fredericksburg, TX

Registering, but not testifying:

For:

Arterburn, David   (United Transportation Union),  Amarillo, TX

Campbell, Ben   (TCA),  Dripping Springs, TX

Cunningham, Michael   (Texas Building and Construction Trades Council, AFL-CIO),  Austin, TX

English, Jr., C.M.   (United Transportation Union),  Austin, TX

House, Marc   (United Auto Workers),  Arlington, TX

Levy, Rick   (Texas AFL-CIO),  Austin, TX

On:

Lazaretti, Margaret   (Texas Department of Insurance),  Austin, TX

Watch, Brent   (Texas Department of Insurance, Division of Workers' Compensation),  Austin, TX

## SB 700

FOR:

Opiela, Eric   (Self),  Karnes City, TX

## SB 1143

FOR:

        Smith, M.D., Charlotte H.   (Texas Medical Association),  Austin, TX

AGAINST:

        Wolfe, Jared   (Texas Association of Health Plans),  Austin, TX

Registering, but not testifying:

For:

        Banning, Tom   (Texas Academy of Family Physicians),  Austin, TX

        Kent, Chip   (Texas Chiropractic Association),  Austin, TX

Against:

        Homer, Andrew   (Texas Public Employees Association),  Austin, TX

On:

        Danzeisen, Doug   (Texas Department of Insurance),  Austin, TX

SB 1613

    FOR:

        Edmiston, Gene   (VOCA)

        Richmond, Jule   (Association of Texas Soil and Water Conservation District),  Blanket, TX

Registering, but not testifying:

For:

        Edmiston, Gene   (Self),  Voca, TX

        Tate, Jesse   (McCulloch SWCD),  Brady, TX

        Thompson, Jan   (Hays County Soil and Water Conservation),  Wimberley, TX

SB 2037

    Registering, but not testifying:

    On:

        Nichols, Eric   (Office of the Attorney General),  Austin, TX

SB 2040

    FOR:

        Scott, Rona P.   (Self),  Kyle, TX

        Sherrod, M.D., Mark R.   (Self),  Austin, TX

1

THE SENATE OF TEXAS

SENATE COMMITTEE ON STATE AFFAIRS

APRIL 30, 2007

(HOUSE BILL 218 PUBLIC HEARING)

Transcribed by Jean Thomas Fraunhofer, CSR

April 27, 2012



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00213266

2

1              ( TIMER: 51:06.1 to 3:06:35.6)

2              CHAIRMAN DUNCAN:  Next bill is -- let's

3      see -- House Bill 218 by Brown.  Fraser is the senate

4      sponsor relating to requiring a voter to present proof

5      of identification.  Senator Fraser, you're recognized.

6      I believe you have a substitute.  You want to go ahead

7      and lay the substitute out first?  Or just lay it out

8      and then you can --

9              SENATOR FRASER:  If we could, there is a

10     substitute.  I'm going to talk a minute about the -- the

11     original bill --

12             CHAIRMAN DUNCAN:  Okay.

13             SENATOR FRASER:  -- and then we'll talk

14     about the substitute.

15             CHAIRMAN DUNCAN:  Go ahead.  Senator

16     Fraser sends up a committee substitute and will explain

17     the original bill and the differences between the

18     original and the committee substitute.

19             SENATOR FRASER:  Thank you, Mr. Chairman.

20     I'm going to reverse this.  I will now lay out the

21     committee's substitute and then I'll be -- testimony

22     will be describing the substitute.

23             Mr. Chairman, in the 1960's Americans

24     filed a civil rights battle to ensure the right of

25     everyone to vote, but every American has an equal civil



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_008159

3

1        right not to have their ballot canceled out by someone

2        who shouldn't be voting or is voting twice or in some

3        cases has long since died.

4                A current Wall Street Journal/NBC news

5        poll was last April found that 80 percent of Americans

6        favored a photo ID requirement with only 7 percent

7        opposed.  However, a more recent poll was conducted by

8        Royal Masset finds that 85 percent of Texans regardless

9        of income level or race favor photo ID.

10               Americans are frequently asked to show

11       identification for even the most mundane activities, to

12       rent a DVD, check out a library book, board an airplane,

13       to buy alcohol or to belong to a bulk retail club such

14       as Sam's Club or to purchase cold medications such as

15       Sudafed.  In each of these instances, the right to vote

16       trumps all importance.  A worker in a polling place

17       should be able to identify the identity of the voter.

18               The issue is not only in Texas.  These

19       safeguards now are in a host of countries, two bordering

20       the United States.  Canada and Mexico both have the

21       safeguards, but we're joined by France, Germany, Italy,

22       Poland, Britain, India and south Africa in requiring a

23       photo ID.

24               House bill -- France -- France -- House

25       Bill 218 requires that in offering to vote, a voter must



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00213268

4

1    present either one form of photo ID or two different

2    forms of non-photo identification.  If the person fails

3    to meet these standards, they must still vote upon the

4    completion of a provisional ballot affidavit.

5              The committee substitute difference from

6    the gross version in that it eliminates exceptions to

7    the law, and instead of requiring the county voter

8    registrar to mail each voter notice of the change of

9    law, that notification must be placed on the Secretary

10   of State's website and the website of the county

11   registrar, if they have one, and that is the bill.

12             CHAIRMAN DUNCAN:  Thank you.  Members,

13   also, I think if you'll look at your interim report that

14   was done over the -- that our committee did over the

15   interim, there's an excellent brief that stands in on

16   this with regard to the law as it has evolved, and I

17   think it's pretty current.  I think there's been one

18   extra case that's some new case that's come out since

19   that brief was prepared, and it basically discusses the

20   attempts by other states to use voter ID and kind of

21   gives you a good outline of where the law has progressed

22   with regard to the use of voter ID.

23             And I think, Senator, it's my

24   understanding that the substitute that you've developed

25   here reflects those changes or at least the principles



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

JA_008161

TX_00213269

5

1      that are embodied in those cases; is that correct?

2                  SENATOR FRASER:  That is correct.

3                  CHAIRMAN DUNCAN:  All right.  Are there

4      any questions of Senator Fraser?  All right.  We've got

5      a few witnesses on this more or less, and we will go

6      ahead and -- let's go ahead and call up panels of three.

7      Again, recall that your time limits are 3 minutes.

8      Members, if you'll refrain from asking questions until

9      the witness has had a chance to complete their

10     testimony, that will be helpful, and then you can ask

11     all the questions you need.

12                  Skipper Wallace, Jose Garza, Amanda

13     McCluskey.  And please don't read to us.  If you can

14     talk to us, we'd appreciate that very much.  And you've

15     got 3 minutes, members, so -- I call, I think, first

16     Skipper Wallace.  Mr. Wallace.  Mr. Wallace is not here?

17     Okay.  Let the record reflect that Mr. Wallace is the --

18     represents the Republican County Chairmans Association,

19     State Legislative Chair, registered in favor of the

20     bill.

21                  Okay.  We have Mr. Garza, Amanda

22     McCluskey, and let's go ahead and get David Sanchez up

23     here too.  Okay.  Please state your name and who you

24     represent.

25                  SENATOR FRASER:  Mr. Chairman?



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00213270

6

```
1              CHAIRMAN DUNCAN:  Senator Fraser?

2              SENATOR FRASER:  Skipper Wallace just came

3      in.

4              CHAIRMAN DUNCAN:  Oh, okay.  Okay.

5      Mr. Wallace, why don't you -- you can come -- Well, come

6      up.  We've already called you and we'll -- okay.

7      Mr. Garza?

8              MR. GARZA:  Yes my.  Name is Jose Garza,

9      and I'm here on behalf of LULAC.  I'm their voting

10     rights counsel, and I'm here to speak against the -- the

11     bill.

12             CHAIRMAN DUNCAN:  Let me -- The bill or

13     the committee substitute?

14             MR. GARZA:  The committee substitute and

15     the bill, either one or both.  It is LULAC's position

16     that the voter ID bill would not pass muster under the

17     Voting Rights Act.  It would be illegal under Section 5

18     of the Voting Rights Act.  As the committee is aware,

19     any bill -- any law that is passed in Texas that impacts

20     on the right to vote must be reviewed by the Department

21     of Justice under Section 5 of the Voting Rights Act.

22     That review entails a requirement that the bill not be

23     retrogressive in its application to minority voters.

24             In making that assessment, the Department

25     of Justice will review a number of items to make that
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00213271

7

1    determination, including that is a benchmark law that is

2    what is in place now.  In comparison then to the law as

3    it is now, this bill places a burden on minority voters

4    and to a greater extent, other voters of the state.  The

5    requirements that are in place because of the status of

6    minority voters in Texas makes it more difficult for

7    them to comply with this bill.

8              I came today with Mr. George Korbel who's

9    done an analysis of a number of things, and he'll

10   testify as we proceed with hearing evidence in which we

11   have -- we'll be able to show the number of items that

12   are required by this bill do weigh -- place a heavier

13   burden on minority voters, and, therefore, in our

14   assessment of the bill, this bill would not pass muster

15   under Section 5 of the Voting Rights Act and would

16   dampen voter participation in the minority community.

17   We urge the Senate to reject the bill and the

18   substitute.

19             CHAIRMAN DUNCAN:  Okay.  Members, any

20   questions?  Senator Fraser?

21             SENATOR FRASER:  Just clarification,

22   members.  The voter identification laws that are more

23   strict in House Bill 218 have already passed

24   preclearance by the Department of Justice under the

25   Voting Rights Act in Arizona, Louisiana, Florida and



E S Q U I R E
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_008164

TX_00213272

8

```
 1      South Dakota.  Secondly, a US District Court has
 2      recently affirmed that voter identification laws are not
 3      an unconstitutional poll tax and its rulings are based
 4      on Indiana 2007, Georgia 2006, relying on the Supreme
 5      Court's decision and verdict.  Both cases noted the
 6      imposition in general burden does not transform a
 7      regulation to a poll tax.
 8                  CHAIRMAN DUNCAN:  Senator Ellis.
 9                  SENATOR ELLIS:  Can you give me some input
10      on what has happened around the country when the laws
11      have been put in place?
12                  MR. GARZA:  Well, a number of them have
13      been challenged, and as the senator indicated, a number
14      of them have been successful in securing preclearance
15      and/or securing approval in court challenges.  However,
16      the circumstances of Texas are unique.  The voting
17      history -- the election laws have been applied to
18      minorities in Texas is unique.
19                  One of the things that Mr. Korbel is going
20      to show, for example, is one of the -- if you don't have
21      a driver's license, you can get a voter ID from a
22      Department of Transportation outlet.  One of the things
23      Mr. Korbel has done is to show the accessibility of
24      those substations where you can get those IDs, and
25      they're in such -- in locations such that they are
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_008165

9

```
1    extremely difficult for the minority community to --
2    to -- to access.  So the facts of Texas are going to be
3    unique, and it is our opinion that once the Department
4    of Justice reviews these unique facts that this bill and
5    this substitute will not comply with the Voting Rights
6    Act.
7              SENATOR ELLIS:  Of course, you are aware
8    of the criticism with the Department of Justice in the
9    last several months with political activity that has
10   been going on in the justice department.
11             MR. GARZA:  That's right.  That's
12   another -- In order to compare what's happening now with
13   things that have occurred in the past, you can't divest
14   yourself of the history that the Department of Justice
15   has had in being politicized.  We believe that that
16   scrutiny that has been placed on the Department of
17   Justice will allow the Department of Justice to have a
18   more independent view from the staff when this bill, if
19   it passes, is reviewed by the Department of Justice.
20             CHAIRMAN DUNCAN:  Thank you.  Senator Van
21   de Putte?
22             SENATOR VAN DE PUTTE:  Thank you,
23   Mr. Garza, for being here.  Can you tell me of the
24   states where this has been, I guess, upheld, how many of
25   those states are under both Section 5 and Section 2 of
```



**ESQUIRE**
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00213274

10

1       the Voting Rights Act?

2                   MR. GARZA:  Well, a number of them -- I'm

3       not familiar with the precise number, Senator.  A number

4       of them have had challenged Section 2 of the vote --

5                   SENATOR VAN DE PUTTE:  Right.

6                   MR. GARZA:  -- of the Voting Rights Act,

7       and a number of them have been reviewed under Section 5

8       and secured preclearance under Section 5.  In all of

9       those circumstances, however, comparing those bills to

10      the bill in Texas, is I don't think that's a fair

11      comparison.  The facts in Texas are going to be

12      different regardless of what their -- each of the

13      features of the bill are the same or not.

14                  The minority community in Texas has had a

15      different experience from the minority community in

16      Arizona, for example.  The minority community in Texas

17      has a different socioeconomic situation than in other

18      states.  One of the states in which this has been very

19      contentious and very controversial is in the State of

20      Georgia.  The State of Georgia's minority population is

21      just slightly larger than the minority population in

22      Harris County.  In one county, we have almost as many

23      minorities as the entire State of Georgia.  So the

24      review by the Department of Justice under Section 5 is

25      going to be unique to the facts in Texas.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_008167

TX_00213275

11

1            SENATOR VAN DE PUTTE:  Thank you for that

2       clarification.  My other question is the studies that

3       you've seen, what sort of percentage can we expect on

4       decreases on voter turnout in the minority community?

5            MR. GARZA:  Well, again, I think that

6       the -- there's going to be a substantial reduction.

7       This is essentially setting up a reregistration for the

8       minority community, and in a number of situations where

9       laws have been passed in Texas to require, for example,

10      the -- the -- the cleaning of the roles.  The Department

11      of Justice has been very skeptical about those -- about

12      those bills, and in this situation that's essentially

13      what we're going to have with the great number of people

14      who don't have driver's licenses, who don't have voter

15      ID, and are having --

16            The other thing that's important in terms

17      of analyzing this is a lot of studies have shown that

18      you don't make a decision to go vote until election day

19      and the minute that you decide to go vote, within that

20      time frame.  So if you don't have a driver's license, if

21      you don't have a voter ID, then it's -- and you don't

22      live in an area where a substation for getting a voter

23      ID is located, that's not going to be an option.  So you

24      are going to have to make a determination about what

25      kinds of alternative identification you are going to be



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

JA_008168

TX_00213276

12

1       able to secure in that sort of time frame.

2                      Again, all of those things that are --

3       that are listed as alternatives forms of identification

4       are going to be less available to poor citizens of -- of

5       Texas than to other folks, and our studies show that

6       minority community is over-concentrated in those

7       socioeconomic levels.

8                      SENATOR VAN DE PUTTE:  Thank you,

9       Mr. Garza.  I don't have any other further questions.

10                     CHAIRMAN DUNCAN:  All right.  We have

11      Amanda McCluskey, AARP Texas.  State your name and who

12      you represent.

13                     MS. McCLUSKEY:  Sure.  Thank you.  Good

14      morning, my name's Amanda McCluskey.  I represent AARP

15      Texas and our 2.3 million members here in the State of

16      Texas.  I'm the manager of Advocacy for Texas, and I'm

17      here to talk with you about our opposition to House Bill

18      218.  We're very concerned that this bill he -- it hits

19      right at the most basic rights, and one of those most

20      basic rights is the right to vote.  We should be doing

21      more to encourage people to participate in the voting

22      process, not creating barriers that keep voters away

23      from the polls and make it more difficult to cast their

24      vote and participate in our -- in our democracy.

25                     Specifically, we think this is a major



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_008169

TX_00213277

13

1      concern for our members, particularly our older members

2      because those are the voters who have less access to --

3      to important documents.  They have less ability to

4      access the facilities that are needed to get -- if they

5      don't have a driver's license, they have less ability to

6      gets the ID cards that were mentioned earlier.  They are

7      also the largest voting block.  In the last election

8      more than half of the voters were over age 50, and we

9      believe that this raises serious issues for this

10     population to have access to the voting booth.

11             Simple paperwork is often complicated and

12     difficult for our more elderly citizens.  Also,

13     documents like a birth certificate, expired passport,

14     these are all often difficult for our older members of

15     society to purchase -- to produce and/or purchase.  They

16     may be lost due to fire, due to moving, due to papers

17     being misplaced.  All of these make it difficult for

18     someone to produce the necessary documentation outlined

19     in House Bill 218.

20             One other thing I'd like to share with you

21     to give you kind of a sense of the concerns of this

22     population is that 18 percent of Americans over age 65

23     do not have some form of government issued photo ID.  So

24     if we think about disenfranchising, essentially

25     18 percent of our 65-plus population with this kind of



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00213278

14

1         piece of legislation raises serious concerns for them.

2         So I thank you for your time, and I urge you to vote

3         against House Bill 218.

4                    CHAIRMAN DUNCAN:  Senator Ellis?

5                    SENATOR ELLIS:  What's the source of that

6         percentage of people who don't have any form of ID?

7                    MS. McCLUSKEY:  It comes from the New York

8         School of Law, a study done by the Center for Justice

9         there, and I have this document and copies --

10                   SENATOR ELLIS:  It's a nationwide study?

11                   MS. McCLUSKEY:  It's a nationwide study of

12        Americans --

13                   SENATOR ELLIS:  So in some states it may

14        be even higher.

15                   MS. McCLUSKEY:  It's possibly.  Doesn't

16        have the data.

17                   SENATOR ELLIS:  So in your opinion -- if

18        you can speak for your organization, do you see this

19        bill as voter suppression measure?

20                   MS. McCLUSKEY:  We're absolutely concerned

21        that this is going to discourage people from going to

22        the polls and make it harder for them to cast their

23        vote.

24                   SENATOR ELLIS:  Now, in your work have you

25        had any instances in which any of your members have been



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00213279

15

1      accused or found guilty of voting with the wrong ID?

2                     MS. McCLUSKEY:  Yes.  And, in fact, one of

3      the things that -- that I didn't get a chance to

4      mention, but wanted to, our understanding is that in

5      fact there's no data to support the problems that this

6      bill is purporting to try and address.  Testimony --

7                     SENATOR ELLIS:  Go ahead.

8                     MS. McCLUSKEY:  -- before -- before the

9      House Elections Committee, by both the Secretary of

10     State and the Attorney General's Office said there

11     actually have been no reports since 2002 of any

12     individuals impersonating someone at the voting booth,

13     and so we think in fact that this bill is potentially --

14     it's potentially a solution in search of a problem.

15                     SENATOR ELLIS:  Now, and under this

16     bill -- I wasn't here when he laid out the substitute --

17     I assume that it does not apply to people who are voting

18     by mail ballot.  Senator Fraser, does your bill apply to

19     folks voting by mail ballot or just people show up -- I

20     wasn't here when you laid out the substitute.

21                     SENATOR FRASER:  I'm asking the same

22     question to clarify is that --

23                     SENATOR ELLIS:  By setting up a dual

24     system so you'd have to have a ID to vote in person, but

25     if you didn't have to have it if you were voting by



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00213280

16

1    mail.  Is that the same thing?

2                    SENATOR FRASER:  Same.

3                    SENATOR ELLIS:  Okay.  So that means for

4    the older AARP members who would vote by mail, they

5    would not have to have ID, but if they show up to vote,

6    get a little exercise, have somebody to take them.

7    There's never been a case in which anybody's been

8    prosecuted by not being who they said they were.  So

9    this would also have, I guess, an unintended effect of

10   your members not having friends who would take those of

11   us over 50 who can't -- who in AARP can't get vote,

12   can't get to a polling place on our own.  Nobody would

13   take them because they'd say stay in the house, figure

14   out how to get somebody to do a mail ballot for you.

15                    MS. McCLUSKEY:  It certainly would

16   encourage those to do the mailing ballot.

17                    SENATOR ELLIS:  Do you happen to know of

18   other things that some of your members can do when they

19   don't have to have an ID?  I know the example came up

20   sometime ago, a couple of my colleagues said to me you

21   have to have a ID to rent a video.  Then they found out

22   you don't.  Some people have used that voter's

23   registration card to get the video, and I'm sure if you

24   walk in there to a video store and look like Osama Bin

25   Laden, maybe they won't give it to you.  But, you know,



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_008173

TX_00213281

17

1    if you go in there threatening somebody with a gun, you

2    may not get it, but can you give examples of other

3    things members can do -- Like Meals on Wheels, do you

4    have to show your ID to participate in Meals on Wheels?

5              MS. McCLUSKEY:  For those programs you do

6    not, beyond your initial eligibility screening, and I

7    don't know that eligibility for those programs actually

8    requires you to produce that documentation.

9              I think that the thing to keep in mind

10   with a lot of our folks is we're talking about older

11   more frail folks who spend a lot of time in their homes.

12   They don't really even rent movies in a lot of cases.

13   These are people who don't get on planes, who don't --

14   if they travel, they tend to travel sometimes on bus

15   trips.  We're talking about really, really modest and

16   middle income folks who are not jet setting around the

17   world or around the country, but who are good tax paying

18   voting citizens and who want to continue to participate

19   in that process.

20             SENATOR ELLIS:  And so they get on these

21   buses.  You know, when my mother was alive, they could

22   even go to -- to Louisiana to sing in a choir and

23   gamble, and as long as they have that money, they can go

24   in.  There's no question that they are at the right age

25   and they can walk into the casino --



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_008174

18

1          MS. McCLUSKEY:  That's right.

2          SENATOR ELLIS:  -- and participate.  I

3     think it will be helpful for the committee if AARP were

4     to give us just a list of things that elderly people can

5     do.  You know, all of us on this committee are over 50.

6     I'm not sure about the chair.

7          CHAIRMAN DUNCAN:  I'd be happy to see

8     that, but I'd also think it would be helpful to have a

9     side by side list of things that they cannot do without

10    an ID.

11         SENATOR ELLIS:  I think it will be

12    helpful, and it would be helpful to see the instances in

13    which each of those categories there have been

14    prosecutions because somebody was not who they said they

15    were.  Now, obviously, you have to have an ID when you

16    go cash a check, and I'm sure there are instances where

17    people have been prosecuted.  Even someone -- Maybe even

18    a AARP members who cash a check, and it was not that

19    check, but it would be good to see where it has been an

20    issue.

21         MS. McCLUSKEY:  And I would point out on

22    your check example, if you get a preferred card at a

23    grocery store, once you get that preferred card, you

24    often don't have to produce a driver's license because

25    you've already proved who you are to them when you cash



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00213283

19

1       that check.

2                  SENATOR ELLIS:  At my grocery store, I

3       mean -- I don't know if I paid my dues to AARP.  I'm 53.

4       But I go in and I want to get my discount at Kroger,

5       Randall's or whatever it is, I just plug in my little

6       number and they don't check and see if that's me or not,

7       but I get my -- I get my discount, but those are casual

8       things.

9                  MS. McCLUSKEY:  We'd be happy to take a

10      stab at putting some kind of a list like that together.

11                 SENATOR ELLIS:  Just a breakdown of your

12      AARP members, if you know, in Texas.  If you don't --

13                 MS. McCLUSKEY:  You know, I can -- I can

14      tell you that we are predominantly Caucasian.  We do

15      have a significant African-American membership, a

16      significant Hispanic membership, but we are certainly

17      majority Caucasian.

18                 SENATOR ELLIS:  And the point that I'm

19      trying to make by raising the question, obviously, is

20      clear that we think about suppression that this will

21      have with African-Americans and Hispanics, but,

22      obviously, age knows no color, no ethnicity, and with

23      your organization, most of them are Anglos, the elderly

24      people who have served our state well and paid their

25      taxes and still want to participate in the process.  And



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_008176

20

1    this will have a chilling impact upon their ability to

2    vote.  And a lot of them older people want to -- think

3    it's sort of a rare passage, when they could still --

4    they can't get out of their home to do anything else.

5    If they can, they want to get out of their home to go

6    vote.  It's like religion with them to be able to go

7    exercise that right.  Thank you.

8                    SENATOR VAN DE PUTTE:  Chairman?

9                    CHAIRMAN DUNCAN:  Senator Van De Putte.

10                   SENATOR VAN DE PUTTE:  Thank you.  Thank

11   you very much.  I know that I'm extremely concerned

12   about particularly what happens to your constituency at

13   AARP, but the majority of them are women.  And if you

14   look at the committee substitute on Page 6, and I think

15   the same line, which is in the House, says an agency --

16   if you don't have -- you've got to have your voter ID

17   and a photo identification, and if you don't, you've got

18   to have two other forms, and it says that you could use

19   some sort of a document as issued by an agency,

20   institution or a political subdivision of the state.

21                   And I'm thinking about my grandma because

22   like many women in that age, they never learned how to

23   drive.  Two-car families just were not the case, and her

24   husband had the car and she was a homemaker, never

25   worked outside the home.  Her job was taking care of her



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00213285

21

1      family and her children and then her grandchildren.  She

2      never learned how to drive, but her children and

3      grandchildren would take her where she needed to go, but

4      she lived in the neighborhood that a lot of them were

5      walking, but in her later years, she wanted to maintain

6      some independence, and she got a bus card, and the bus

7      card -- I don't know, Mr. Chairman, that would be

8      helpful if you could figure out if that is one of the

9      IDs that you could use because, first, you have a

10     little -- they have a little piece of paper that says,

11     you know -- you just write your name on this, and she

12     was a -- she got a discount from the transit company for

13     being a senior.  But then in later years they had the

14     effort where they did take a picture.  They would

15     have -- maybe go to the senior centers and that would be

16     one of the documents.

17             But I'm extremely concerned, particularly

18     for women, and women who were homemakers all their

19     lives, who did not work outside the home, who did not

20     drive, and although my mother used to drive, she no

21     longer, and so many of them didn't.  But if you could

22     help us by figuring out exactly who we're talking to

23     about here because I understand the majority of the

24     seniors that would be affected are actually, I think,

25     women and elderly women -- and elderly Caucasian women



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00213286

22

1        more than anything else.

2                    So I'm extremely concerned about that, but

3        that would be helpful to us to know what sort of things

4        were we're talking about.  Certainly, I know that my

5        grandma never had a hunting license, and she never --

6        her birth certificate -- she didn't have a birth

7        certificate.  She was born at a ranch home, and so they

8        had church records of their baptisms, and that was how

9        they kept records back then.  But this says -- according

10       to this, it is a birth certificate that's issued by a

11       county or a city or a state, and to my knowledge, I see

12       my grandma's birth certificate, there is none.  It's a

13       baptismal certificate because back in those times the

14       churches held the records.  She didn't --

15                    MS. McCLUSKEY:  I have the same situation

16       with my --

17                    SENATOR VAN DE PUTTE:  How does that work?

18                    MS. McCLUSKEY:  -- own father who has a

19       similar situation, and we don't actually have an

20       official birth certificate, and so for those kinds of

21       individuals, it's a real challenge here, and it's -- and

22       it's posing challenges in other places, and places in

23       society who may not be able to produce those documents,

24       but we would be happy to go ahead and try and get a

25       little bit -- save some of those kinds of documents that



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_008179

23

```
 1      people particularly possessed.  We think of -- You know,

 2      I think your baptismal certificate is a good example,

 3      but that don't necessarily fit into the criteria here

 4      and are substituted sometimes --

 5                  SENATOR VAN DE PUTTE:  Again, her marriage

 6      certificate I think it was filed somewhere, but what we

 7      have is a church copy.  Thank you.

 8                  SENATOR FRASER:  Just for the record, I

 9      think there was a question asked a while ago in our

10      report with regard to mail in ballots, and I'll just

11      read from you -- read to you from our committee report

12      that we had in the interim.  This is as within person

13      voting between -- between January 1st and 2000 --

14      January 1st, 2004, January 1st, 2006, if vote by mail --

15      if the requesting voter registered to vote by in their

16      application was for the first election following

17      registration, they must include a copy of appropriate

18      identification with their ballot when it is returned to

19      the clerk, and that's section -- that's Texas Election

20      Code Section 1805(a)(4).  That is a HAVA requirement.

21      That expired on January 1st, 2006, but we're continuing

22      it in accordance with HAVA, and legislation I think is

23      already moving through the --

24                  CHAIRMAN DUNCAN:  Could you repeat that?

25                  SENATOR FRASER:  Paraphrasing that if
```


ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

HB 218 Public Hearing                          April 30, 2007

24

1    you're voting for the first time by mail, you have to

2    include with your ballot a -- an ID, identification.  I

3    think there was a question about that a while ago.  So

4    we already -- we do require -- we're not running -- we

5    are running a dual system now because we're requiring on

6    mail in ballots --

7                    CHAIRMAN DUNCAN:  Which is current law.

8                    SENATOR FRASER:  Which is current law,

9    but --

10                   SENATOR ELLIS:  First time, right, you

11   have to send in your ID, but if you are a (inaudible)

12   ballot by mail, you don't, so the first time you send it

13   in.

14                   SENATOR FRASER:  Right.  First time --

15                   CHAIRMAN DUNCAN:  And I don't believe

16   we're attempting to change that old mail in ballot --

17                   SENATOR FRASER:  No.  Well -- Well,

18   that -- that sunset -- that basically sunset in the

19   HAVA -- in our HAVA law, and we are reinstating it in --

20   in Senate Bill 1647.

21                   SENATOR ELLIS:  What does that mean?  The

22   new bill that is passing, it will apply to every mail in

23   ballot the first time only --

24                   SENATOR FRASER:  Right.

25                   SENATOR ELLIS:  -- or are we looking to



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00213289

25

1      see if you voted --

2                  SENATOR FRASER:  We're not changing that

3      concept.  We're just extending it.

4                  SENATOR ELLIS:  So it still is dual

5      because under this interim, I didn't get the distinction

6      between the bill and the substitute, unless your bill is

7      saying the first time you go vote in person, you show

8      ID, but the next time you go, you don't show ID, it is a

9      dual system.

10                 SENATOR FRASER:  Well, not -- not -- not

11     necessarily it's dual as it is today.

12                 SENATOR ELLIS:  It's a little less dual.

13                 SENATOR FRASER:  It's a little less dual,

14     whatever that means.

15                 SENATOR ELLIS:  I see.

16                 SENATOR FRASER:  As the bill mentions.

17                 SENATOR ELLIS:  Yeah, I see.

18                 SENATOR FRASER:  A little less dual, a

19     little more dual, but it -- the -- at least from a

20     policy standpoint at least with regard to -- you know, I

21     wouldn't be concerned it will go any further than that,

22     but I think that's -- I want to clarify that -- there

23     was a question about that a while ago, and I wanted to

24     clarify what the state of the law was.

25                 SENATOR ELLIS:  If you want to make it



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

JA_008182

26

1      consistent, I mean, that's problem -- in my mind, from

2      my background and things that I've seen that suppress

3      votes in Texas over years, you don't have a problem with

4      it period, but you could -- at least if you want to be

5      consistent, you could require them to do it every time

6      they send in a mail in ballot or say that somebody shows

7      an ID the first time, they go vote in person, then they

8      don't have to show it again.

9                    CHAIRMAN DUNCAN:  Well, that would be get

10     you to vote?

11                   SENATOR ELLIS:  No.  It's a bad deal

12     period, but I'd like --

13                   SENATOR FRASER:  You wouldn't (inaudible)

14     would you?

15                   SENATOR ELLIS:  I'd have to see the impact

16     of it, but I'm just -- I'm making a point it is a dual

17     system.  I mean, what's --

18                   CHAIRMAN DUNCAN:  (Inaudible) It is a dual

19     system today, and we're continuing that dual system.

20                   SENATOR ELLIS:  Okay.  So my point is

21     under your bill, your bill will apply to people when

22     they go and vote.  They're being required first time,

23     Houston, Texas, to show ID, but -- every time they vote,

24     but your bill will not require people who are voting by

25     mail to show ID every time they vote.  That's the



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_008183

TX_00213291

27

1    question, true?  Okay.  But that's not dual system to

2    you.

3              CHAIRMAN DUNCAN:  All right.  Members, any

4    questions?  Senator Lucio?

5              SENATOR LUCIO:  Thank you.  First of all,

6    I'd like to apologize for being tardy.  We were in

7    finance casting votes.

8              CHAIRMAN DUNCAN:  Hope you cast one for

9    me.

10             SENATOR LUCIO:  I cast everything with

11   your name on it.  Thank you, Mr. Chairman.  Senator, I

12   guess these are the witnesses for Chairman Fraser.  Have

13   we taken into consideration the impact of legislation

14   it's going to have on poll workers in terms of how these

15   volunteers are going to know what types of ID documents

16   are acceptable or invalid?

17             SENATOR FRASER:  The -- The bill requires

18   that there be a posting as you come in, and it would be

19   posted, so they would know what was available.  It's no

20   different than it would be if you are cashing a check

21   and you have a photo ID.  You have a list forms that are

22   available, and several things that they can offer up,

23   and, yes, it would be -- that would have as much.

24             SENATOR LUCIO:  Yes, sir.  I guess

25   Mr. Wallace, I'd ask you a question or two or anyone in



**ESQUIRE**
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com