36

```
 1              REPRESENTATIVE JESSE JONES:  Thank
 2     you very much, Mr. Chairman, and the Members of the
 3     Committee and Chairman Denny.
 4              This is kind of similar, but a little --
 5     almost a little clean-up deal in terms of The League
 6     of Women Voters every once in a while turns out a
 7     little sheet like this, you know, with some -- and
 8     this one is a top five risk to eligible voters with
 9     some solutions.  And (inaudible).  And it happens to
10     be one that's listed here in the first little dot
11     that's here.  The package here says, "Provide timely
12     notice to the voter before (inaudible) person is
13     (inaudible) so that corrections be -- can be made."
14              And there are a number of reasons why a
15     person may be -- may be purged.  And the law now
16     requires that timely notice -- well, I believe it
17     said immediately -- immediate notice should be --
18     should be given at this time.
19              Inasmuch as many of us have had some
20     experience with deliberate speed, our -- that
21     (inaudible) go for some years, we've kind of wanted
22     to put a little bit of -- kind of bracket that in
23     terms of some reasonable time.
24              If a person happens to be purged
25     erroneously or -- and even if one just doesn't catch
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_008439

TX_00212065

1    maybe just a very few individuals every once in a

2    while, we agreed to -- if we take someone off the

3    role, they should not be taken off the role for any

4    reason and they are disenfranchised, then I think

5    perhaps it -- it -- it kind of causes us to -- to

6    question the system to an extent.

7         And so we thought perhaps it would be

8    appropriate that having just to have persons

9    notified immediately that we give a timeframe, but

10   not later than 30 days after the date of the voter's

11   registration has been canceled.  And so we think

12   that's reasonable.  Just a minor adjustment to the

13   law.  And that might perhaps have to take this --

14   they only have two in that category, The League of

15   Women Voters, if this should happen to pass.

16        And I would be pleased to respond to some

17   questions.

18        CHAIRMAN BOHAC:  Thank you,

19   Representative Jones.

20        Members, are there any questions?

21        The Chair will now call Cliff Borofsky

22   representing Bexar County.  He is against the bill.

23        CLIFF BOROFSKY:  Hi.  Cliff Borofsky,

24   Bexar County Elections Administrator.  Actually, I

25   wanted to come on and say I changed.  I'm for the



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

38

```
 1        bill, because I saw the substitute after I came in.
 2        And one of the portions of 16032 [sic] that was in
 3        there has been removed in the substitute.  And that
 4        would have required a notice to the people who were
 5        purged after November, which would have been, of
 6        course, thousands of letters, probably 65 to 70,000
 7        in our county, to people that hadn't been where they
 8        were for four years.  So there wouldn't be any point
 9        in sending them a letter on a practical basis.  And
10        my understanding is that 16032 is no longer in that,
11        so I wish to say now I'm in support of that bill.
12                   CHAIRMAN BOHAC:  Any questions for
13        the witness?  Cliff, if you --
14                   CLIFF BOROFSKY:  Yeah.
15                   CHAIRMAN BOHAC:  -- you come up and
16        change your witness affirmation form that would be
17        terrific and then just initial it.  Thank you very
18        much.
19              The Chair now calls Mary Finch (phonetic)
20        with The League of Women Voters.  She is for the
21        bill, but she does not wish to testify.
22              The Chair now calls Don Alexander with the
23        Texas Associations of Elections Administrators.  He
24        is against the bill.
25                   DON ALEXANDER:  Afternoon, Mr.
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_008441

TX_00212067

39

1    Chairman.  Don Alexander, Elections Administrator,

2    Denton County and president of Texas Association of

3    Election Administrators.

4         I was against the bill until I just

5    learned that 16032 was removed from the bill.  So I

6    will now change my position and be in favor of the

7    bill.

8              CHAIRMAN BOHAC:  Certainly.  If you

9    would come up and change your information form.

10   Just initial it.  Thank you very much.

11             Members, any questions?

12        The Chair now calls George Hammerlein.  I

13   think he is with Paul Bettencourt's office, the

14   Harris County Tax Office, and he is neutral on the

15   bill.  Could you introduce yourselves and tell --

16             GEORGE HAMMERLEIN:  Hi.  I'm George

17   Hammerlein, Harris County Tax Office, Director of

18   Voter Registration.  And in light of the change --

19   the substitute, we're now for the bill.  Any

20   questions?

21             CHAIRMAN BOHAC:  George, would you

22   mind coming up here and changing your witness

23   affirmation form?  See what a substitute can do?

24             UNDENTIFIED REPRESENTATIVE:  Did he

25   testify?  (Inaudible).



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

JA_008442

TX_00212068

                                                                        40

1              CHAIRMAN BOHAC:  The Chair will now

2    call Suzy Woodford.  I think she is not here.  She's

3    with Common Cause Texas.  But she is for the bill.

4    Oh, she is here.

5              SUZY WOODFORD:  I just want to be

6    shown in favor of the bill.

7              CHAIRMAN BOHAC:  She is in favor of

8    the bill, but does not wish to testify.

9         The Chair now calls Ken Bailey.  He is

10   with the Texas Democratic Party.  He is for the

11   bill.  He does not wish to testify.

12        The Chair now calls Anne McAfee.  She is

13   retired.  She wishes to represent herself and she is

14   for the bill.  And I would suspect she's not here.

15        And our last witness, Bruce Sherbet,

16   representing himself.  He is for the Committee

17   Substitute.

18              BRUCE SHERBET:  Thank you, Mr. Chair.

19   Just real briefly I want to thank Dr. Jones for his

20   immediate attention to this concern.  And I remember

21   that my wife told me to immediately clean my garage

22   about four months ago, so I'm really happy that he

23   put a time limit on that.  Just don't tell my wife

24   that, please.

25              CHAIRMAN BOHAC:  Is there anyone



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

JA_008443

41

1   wishing to testify on, for or against the bill?  If

2   not, we will recognize Representative Jones to close

3   on House Bill -- let me see what this number is.

4   1382.

5                   REPRESENTATIVE JESSE JONES:  I simply

6   want to talk to Representative Hughes.  I'm also

7   from east Texas, so (inaudible) over this bill.

8            But it's a -- it's something that we have

9   not taken notice of.  Should go beyond 30 days and

10  has overlapped the time that a person would normally

11  vote or have an opportunity to correct it.  Even be

12  able to pick up one individual, one error, I think

13  it's worth the change.  Thank you.

14                  CHAIRMAN BOHAC:  Thank you,

15  Representative Jones.  Any other questions, Members?

16                  REPRESENTATIVE JONES:  Thank you.

17                  CHAIRMAN BOHAC:  Slight change of

18  plans.  We had a witness affirmation form that was

19  handed a little bit late.  We now -- the Chair would

20  now like to re-layout House Bill 1382 and recognize

21  Elizabeth Winn with the Secretary of State's office.

22  She is listed as a resource witness.  Any questions,

23  Members?

24           If not, the Chair will close on House Bill

25  1382 and leave it pending, which is customary for



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00212070

42

1      this Committee.

2             The Chair will now lay out House Bill 1269

3      by Bohac and recognize Representative Bohac to lay

4      out his bill, and I will do that.

5             I'll be quick.  House Bill 1269 has to do

6      with the manner in which a voter can update the

7      voter registration information.  Under current law

8      registered voters have the option of correcting

9      their registration information using a small space

10     on the back of their voter registration certificate

11     and returning it to the registrar.  I'll show that

12     to the Members.

13            Due to the limited space on the back of

14     the certificate, it is often difficult for the Voter

15     Registrar's office to read the corrected

16     information, because, believe me, the lines are

17     extremely tiny.  And the certificate form itself has

18     proven to be problematic -- a problematic form for

19     making these important updates.  House Bill 1269

20     would require voters to submit a new voter

21     registration application to correct their

22     information making it easier for both the voter and

23     the Voter Registrar and ensuring that the voter's

24     records are accurately updated.  Current law already

25     requires that a voter registration application



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00212071

43

1    provide a space or box for indicating whether the

2    applicant or voter is submitting a new registration

3    information or a change in current registration

4    information.  House Bill 1269 would simply change

5    the wording on the back of the certificate to

6    instruct the voter to submit a new voter

7    registration application with the correct

8    information.

9            By law, the certificate is already

10   required to provide the registrar's telephone

11   number.  If a vote -- if a voter needs to update

12   their address or make any other change to their

13   certificate all they have to do is make a phone call

14   to the registrar and the -- a card will be mailed

15   out postage paid.  They can also call the Secretary

16   of State's office whose name is also presented on

17   the certificate.

18           Here's the main reason for the bill.  I

19   filed this bill to end the confusion by using the

20   certificate as an updated form.  When a Voter

21   Registrar mails out a new voter registration

22   certificate all the ones with bad addresses are then

23   returned to the registrar by the Post Office.  It is

24   very difficult to tell what is a return due to a bad

25   address for a voter -- or voter information



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_008446

44

```
 1     correction when they come back to the county.  If a
 2     mistake is made on the receiving end, a voter could
 3     accidentally end up on the suspense list with the
 4     rest of the return certificates instead of having
 5     their information updated.
 6              This along with the lack of space and the
 7     fact that the voter's information is often
 8     illegible, because these two tiny lines are
 9     virtually impossible to get anything into less than
10     your name, is why I believe we need to use the voter
11     registration application form and keep the thing
12     separate.
13              Any questions, Members?
14              The Chair now calls George Hammerlein with
15     the Harris County Tax Office to testify for the
16     bill.
17              GEORGE HAMMERLEIN:  George
18     Hammerlein, Harris County Tax Office.  We favor the
19     bill a lot -- I guess for the main reason as you've
20     already laid out.  When we do our voter registration
21     card mail-out we get hundreds of thousands of them
22     back anyway because they're undeliverable.  And then
23     when these people add the corrections in with the
24     Chapter 9 money we get, you know, some of the people
25     are temporary workers.  They'll miss a small hand
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00212073

45

1       notation.  People put corrections at various parts

2       in the card.  It's not always just even in those

3       lines.  They'll just circle one thing and put a line

4       here, and you don't know if it's someone mailing it

5       back because they don't live here anymore or, you

6       know, they're re-spelling the middle name.  It adds

7       a lot of confusion.  They're ineligible -- or

8       unlegible actually to read.  So we think trying to

9       start over is a lot better than the system we have

10      now, because we end up with big stacks of them that

11      no one can decipher what the changes are, are there

12      any changes.

13                CHAIRMAN BOHAC:  Chair recognizes

14      Representative Hughes.

15                REPRESENTATIVE HUGHES:  And thanks

16      for the insight into letting us know how this works.

17                I'm curious, what is the procedure when

18      this happens?  Do you try to contact them at the old

19      address or what -- what do you -- what do we do?

20                GEORGE HAMMERLEIN:  Well, on these

21      we'll assume that the address is good and they're

22      just trying to change something else.  So it

23      resulted in a letter being mailed to them saying,

24      you know, we have received your attempt to modify

25      your voter registration.  Could you please tell us



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00212074

46

1    what you trying to do.

2              REPRESENTATIVE HUGHES:  Okay.

3              GEORGE HAMMERLEIN:  And we usually

4    just mail them a new card inside an envelope and

5    say, you know, please put this in here, what you

6    were trying to do.

7              But the majority of them are -- you

8    know, you can't read them, so -- and then I think a

9    lot of times will be result of people inadvertently

10   being put on the suspense list, because we think

11   it's the temporary workers that are working --

12   they're returned mail.  Just assume it's a bad

13   address with all the -- with all the other ones that

14   go out, and they'll get in that stack.  So I think

15   it is a safety mechanism to keep people off the

16   suspense list, to be put there inadvertently.

17             CHAIRMAN BOHAC:  Any other questions

18   for George?  Thank you, Mr. Hammerlein.

19                      .

20             CHAIRMAN BOHAC:  The Chair now calls

21   Suzy Woodford for Common Cause Texas here to testify

22   against the bill.

23             SUZY WOODFORD:  My name is Suzy

24   Woodford.  I'm the Executive Director of Common

25   Cause.  And after hearing the explanation of what



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

1     you were trying to (inaudible) and the problem that

2     you were trying to solve, we will now register for.

3                 CHAIRMAN BOHAC:  Okay.  Thank you.

4     Would you mind coming up here, Suzy and correcting

5     your witness affirmation form?  Thank you, Suzy.

6            The Chair new calls Cliff Borofsky

7     representing Bexar County.  He is here to testify

8     for the bill.

9                 UNDENTIFIED REPRESENTATIVE:  Mr.

10    Chairman.

11                CLIFF BOROFSKY:  Cliff Borofsky,

12    Bexar County Elections Administrator.  You know,

13    sitting back there and we were discussing the rare

14    pros and cons of this bill, and it's a good bill

15    because it does clarify a lot of things.  It does

16    give you enough space.  We have some of the same

17    challenges albeit a bit less in volume than Harris

18    County has.

19            The only concern I have, per se, that is

20    if the voter sends us a new card and the letter of

21    the information is not the same there's some small

22    risk of creating a duplicate record.  If they leave

23    out a middle initial they use a different set of

24    that.  That -- there's a small risk.  Otherwise, I

25    think that this can be an either/or on this.  It



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

48

1    will create more cards, I think.  So I'm -- I'm

2    actually more neutral on this than for, but you can

3    leave me as for.  I just wanted to throw out that

4    caution.

5                    CHAIRMAN BOHAC:  Okay.  And are there

6    any questions for Mr. Borofsky?  Representative

7    Hughes.

8                    REPRESENTATIVE HUGHES:  Thank you for

9    pointing that out.  Do you have any thoughts on what

10   we might do to mitigate that problem?  I mean, your

11   concern that it's a new card and we end up with two

12   records.

13                   CLIFF BOROFSKY:  I --

14                   REPRESENTATIVE HUGHES:  Don't let me

15   stop you.  It's what you do.

16                   CLIFF BOROFSKY:  No.  Great question.

17   Sure.

18         Since the print on the back of the card is

19   already unreadable, make it smaller [sic] or

20   increase the space.

21                   REPRESENTATIVE HUGHES:  Okay.

22                   CLIFF BOROFSKY:  We just increase the

23   size of the space on the back of the card and cut

24   some of the language.

25                   REPRESENTATIVE HUGHES:  That's not a



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00212077

49

1    bad idea.
2                    CLIFF BOROFSKY:  Practical.
3                    REPRESENTATIVE HUGHES:  Or maybe make
4    the card larger.  I don't know if that's --
5                    CLIFF BOROFSKY:  They have --
6                    CHAIRMAN BOHAC:  We practice
7    legislation along with folks like yourself to try to
8    make it very, very good.
9            I think there's a space on the voter
10   registration card already that says this is a change
11   of address.  Is that right --
12                   UNDENTIFIED REPRESENTATIVE:  (Inaudib
13   le).
14                   CHAIRMAN BOHAC:  Yeah.  So all they
15   would really have to do is maybe make the box bigger
16   to say what they're filling out is a change of
17   address --
18                   REPRESENTATIVE HUGHES:  So they know
19   it's not new registration when we get it.
20                   CLIFF BOROFSKY:  It's tiny.  Have you
21   seen it lately?
22                   CHAIRMAN BOHAC:  On, no, I know
23   that's tiny.  I'm saying on the voter registration
24   card.
25                   CLIFF BOROFSKY:  Oh yeah, on the



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00212078

50

1  card, sure.

2              CHAIRMAN BOHAC:  On the registration

3  card.

4              CLIFF BOROFSKY:  (Inaudible) on the

5  card or on the back.

6              CHAIRMAN BOHAC:  Thank you.  Any

7  other questions Members?  Thank you for your

8  testimony.

9              CLIFF BOROFSKY:  Yes.

10             CHAIRMAN BOHAC:  The Chair now called

11 Ken Bailey with the Texas Democrat Texas parties.

12 He is against the bill.  Please introduce yourself,

13 Ken, and tell us who you're with.

14             REPRESENTATIVE JONES:  Thank you, Mr.

15 Chairman.  My name is Ken Bailey.  I'm the political

16 director of the Texas Democratic parties.  And like

17 the previous witness, I really don't have a problem

18 if it's an/or.  But if that's the only way you can

19 do it is have to spill out a new card, what if it's

20 just the zip code that's bad?  You know, I should be

21 able to strike out and recollect it.  Or if you make

22 it a little bigger where they can do it.  That's our

23 only problem with the bill.

24             CHAIRMAN BOHAC:  Okay.  Any other

25 questions, Members?  Thank you very much.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00212079

51

1          The Chair now recognizes Anne McAfee.  She

2     is representing herself.  She is against the bill,

3     but she is not here to testify.

4          Chair now recognizes Bruce Sherbet

5     representing himself.  He is against the bill.

6          BRUCE SHERBET:  Thank you,

7     Mr. Chairman.

8          Bruce Sherbet, Dallas County.  I'm

9     concerned with this bill, because we get probably

10     20,000 (inaudible) when we mail out new voter cards

11     with addresses on them for correction.  And these

12     voters don't have to go find a voter application

13     anywhere.  It's right there in front of them.  They

14     fill them out.  And I know that there -- there are

15     some justified reasons for this, and I don't doubt

16     that.  And one of the ones not mentioned is

17     sometimes we don't have the birthdate, we need to

18     update our records or we don't have a driver's

19     license, and we need to update that record, too.

20     But for the voter's sake, it just seems to me that

21     we're making them go find a voter application when

22     they have a certificate, they can just put that

23     information on it.  And I think you'll see that

24     there are some that we have to send notices to them,

25     get corrections, some we can't determine what it is.



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_008454

52

1            By far, well over 90 percent of ours

2       we're -- we're able to change their address and get

3       it done with the voter not having to take one other

4       step, but just putting their information on the back

5       of that voter card and sending it in.  We've been

6       doing this for 25 years at least.  I mean, I've been

7       in elections for 25 years.  So I just had some

8       problems understanding.

9            I know that makes our job easier, but it's

10      not making the voters' job easier if they have to go

11      find a reporter application.  So that's why I wanted

12      to go on record today saying personally, as Dallas

13      County Elections Administrator, I just think it has

14      some problems.  I don't see the benefits outweighing

15      the problems for the voter trying to find a voter

16      application.  Well, we're trying to make this

17      something easier over the last few years and not

18      make it something more difficult.

19            CHAIRMAN BOHAC:  Sure.  Thank you.

20      Members, do you have any questions for the witness?

21      If not, thank you very much.

22            The Chair will now call Mr. Don Alexander

23      with the Texas Association of Election

24      Administrators.  Actually, he does not wish to

25      speak, but he wants to be on the record being for



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_008455

TX_00212081

53

1  the bill.

2           Our final witness, as far as I know, is

3  Elizabeth Winn for the Secretary of State's office.

4  She is here as a resource witness, and of course she

5  is neutral on the bill.

6           Members, any questions for Elizabeth?

7           I will now recognize myself to close on

8  House Bill -- what is my number?  House Bill 1269.

9  And, Members, I would ask that you would report this

10 bill favorably to the general calendar.  And that

11 will close on my bill.

12          And now the Chair will recognize Chair --

13 oh, I'm sorry.  Let me back up for a moment.  We

14 will leave the House Bill 1269 pending, as is

15 customary.

16          And the Chair will now recognize

17 Representative Denny, Chairwoman Denny, to explain

18 House Bill -- let me see what that number is.  House

19 Bill 1706.

20          CHAIRWOMAN DENNY:  Thank you, Mr.

21 Chairman.  It's great being here.  You're doing a

22 terrific job.  Thank you all.

23          Mr. Chairman, Members, to vote a regular

24 ballot, voters are only required to present their

25 voter registration certificate to a poll worker.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_008456

TX_00212082

54

1    While this practice attempts to ensure that only

2    registered voters receive a regular ballot on

3    election day, it leaves a potential loophole for

4    fraud individuals that are not required to show

5    identification to register to vote.

6          Because of this, it is possible for an

7    unscrupulous individual to submit several false

8    filed voter registration applications and to receive

9    the voter registration certificates for the fake

10   individuals.

11         With the current process, no statutory

12   standards exist to verify the identity of

13   individuals at the polling place when they present a

14   voter registration certificate.

15         House Bill 1706 amends the Election Code

16   by providing that on offering to vote, a voter must

17   present either one form of photo identification or

18   two different forms of non-photo identification in

19   addition to the voter's registration certificate.

20   If the voter's identity can be verified from the

21   proof presented and the voter complies with existing

22   provisions relating to eligibility to vote, the bill

23   requires that the voter be accepted for voting.

24         The bill provides a person who fails to

25   show either a photo identification or two forms of



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_008457

TX_00212083

55

```
 1        non-photo identification is authorized to vote a

 2        provisional ballot only.

 3                House Bill 1706 modifies the list of

 4        acceptable forms of identification for the purposes

 5        of voting.  The bill provides that the following are

 6        acceptable forms of identification:  A driver's

 7        license or personal identification card issued by

 8        the Department of Public Safety that is not expired

 9        or has expired within two years of the date of

10        presentation; a U.S. military identification card

11        containing the person's photo -- containing the

12        person's photograph; a valid employee identification

13        card containing the person's photograph; a U.S.

14        citizenship certificate that contains the person's

15        photograph; a U.S. passport issued to the person; a

16        student identification card issued by a public or

17        private institution of higher education located in

18        Texas that contains the person's photograph, or a

19        license to carry a concealed handgun issued by DPS.

20                The bill provides that the following are

21        acceptable forms of non-photo identification:  A

22        copy of a current utility bill, a bank statement, a

23        current check, paycheck or other government document

24        that shows the name and address of the voter;

25        official mail addressed to the person by name from a
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_008458

56

```
 1        governmental entity; a certified copy of a birth
 2        certificate or other acceptable -- acceptable
 3        document confirming birth; U.S. citizenship papers;
 4        original or certified copy of a person's marriage
 5        license or divorce decree; court records of a
 6        person's adoption or name or sex change;
 7        identification card issued by a governmental entity
 8        for the purpose of obtaining public benefits
 9        included Veterans' benefits including Medicaid or
10        Medicare; temporary driving permit issued to the
11        person by DPS; a pilot's license benefit (inaudible)
12        by an authorized federal agency; temporary library
13        card containing the person's name issued by a public
14        library located in this state or hunting or fishing
15        license issued to the person by the Parks and
16        Wildlife Department.
17              The bill removes driver's license or photo
18        identification card issued by another state, any
19        forms of identification containing a person's
20        photograph that establishes the person's identity
21        and any other forms of identification prescribed by
22        the Secretary of State from the list of acceptable
23        identification.
24              The bill prohibits DPS from collecting a
25        fee for personal identification certificate if the
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00212085

57

1    person applying for the certificate executes an

2    affidavit stating that the person is financially

3    unable to pay the required fee.

4         The bill also requires the person to be a

5    registered voter and present a valid registration

6    certificate or be eligible for registration and

7    submit a registration app -- application in order

8    for the fee to be waived.

9         I might also make the Committee aware that

10   in the U.S. Senate, as a follow-up to HAVA, a bill

11   has been filed that will require this very thing.

12   And along with it, will come the formal funding as

13   it did with HAVA.  So we can expect within, oh,

14   however long it takes them to pass bills, to do it,

15   within, I'd say, two to four years, this type of

16   legislation being mandated to the states.  But, of

17   course, the funding comes with it.  And I did put a

18   rider in the appropriations bill, and you'll notice

19   the fiscal notes you have.  I was very pleased to

20   see that that came in much, much lower than I had

21   estimated.  I put in a $12 million fiscal note on

22   the rider that I put into appropriations, and it

23   came in at only 130,000 a year, which I was very,

24   very pleased with, because that -- most people do

25   have driver's licenses or state-issued I.D.s, and



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_008460

58

1      DPS did not anticipate that that was going to be a

2      very expensive thing for them.  So that was indeed

3      good news.

4              While I am explaining this bill, I wanted

5      to address just a couple of things that I think were

6      brought up within Representative Kolkhors's bill

7      that's very similar in nature to this was being

8      discussed.  And as I mentioned here, you know, we

9      don't show I.D. when we register to vote now.  It's

10     very simple to register.  You just fill out a card,

11     and nothing prevents people from registering for

12     family members and even friends.  And you could even

13     sign the signature for your family member, which is

14     fine under current law, but it -- it certainly does

15     make things difficult when you show up to vote.

16             We have had numerous examples, especially

17     with early voting by mail when people show up on

18     election day to vote and they've been notified --

19     they are notified at that time that they've already

20     voted.  And they say, "No, I haven't."  But someone

21     did vote for them.  And this is just a -- an attempt

22     to make sure that you are who you say you are.  And

23     when you show up to vote, your vote and that

24     precious right that you have is protected and that

25     no one can take that away from you and that you are



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00212087

59

1    who you say you are.  And as Representative

2    Kolkhorst said, it is our precious right.  We -- our

3    forefathers have fought and died for us to have this

4    right.  And simply showing who you are is, I think,

5    the least we can ask of -- of people.

6            And I'll be happy to entertain any

7    questions that the Committee may have.

8                    CHAIRMAN BOHAC:  Yes.  Representative

9    Hughes.

10                    REPRESENTATIVE HUGHES:  Mr. Chair, I

11   think I understand.  So the fiscal note, then, that

12   is the cost to DPS for issuing the state I.D.s for

13   folks who state that they can't -- that they're

14   unable to pay for it?

15                    CHAIRWOMAN DENNY:  That's correct.

16                    REPRESENTATIVE HUGHES:  That was the

17   only expense, I guess.  Is that right?

18                    CHAIRWOMAN DENNY:  Yes.

19                    REPRESENTATIVE HUGHES:  Thanks.  I

20   thought so.

21                    CHAIRWOMAN DENNY:  And when the

22   federal law passes and is handed down, the -- then

23   they will then pass to the states the money to pay

24   for that.  So this will not be an ongoing recurring

25   expense.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00212088

60

```
 1            REPRESENTATIVE HUGHES:  Yes, ma'am.
 2    And so -- and DPS -- I guess this is obvious, but
 3    DPS is waiving the fees for those cards so this
 4    doesn't become a sort of back door poll tax.  Right?
 5            CHAIRWOMAN DENNY:  No.
 6            REPRESENTATIVE HUGHES:  That's the
 7    point --
 8            CHAIRWOMAN DENNY:  That's the whole
 9    point of it.
10            REPRESENTATIVE HUGHES:  Right.  Okay.
11            CHAIRWOMAN DENNY:  Okay.
12            REPRESENTATIVE HUGHES:  Right.
13            CHAIRWOMAN DENNY:  Because we don't
14    want anyone who would not be able to afford these to
15    have to pay.  Actually, would (inaudible).
16            CHAIRMAN BOHAC:  In the interest of
17    time and witnesses, we've taken testimony on a
18    similar bill already.  So I know that Representative
19    Anchia has a plane flight he has to catch by 5:00
20    o'clock, so -- and I'm -- some of you all have time
21    commitments, as well.  So if you could please come
22    up here, state your name and tell us, without being
23    too redundant, why you are against this very similar
24    bill, I would really appreciate, for, on or against
25    this very similar bill.
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_008463

TX_00212089

61

1          And the Chair would now like to call

2     Skipper Wallace, representing the Texas Republican

3     County Chairman Association Legislative Committee.

4     He is for the bill.

5               SKIPPER WALLACE:  Mr. Chairman, I

6     appreciate the opportunity to come before you all

7     today.  I just want to say that the Texas County

8     Chairmens Association is in support of this bill.

9     We feel like it would be a good measure to help

10    clean up some of the problems we've had in our

11    election process.  We know we've got some problems,

12    and we're all trying to do the same thing of get

13    everybody that is eligible to vote the ability to

14    vote.  Thank you.

15              CHAIRMAN BOHAC:  Any -- any

16    questions, Members?  Thank you very much for coming.

17         The Chair now calls Bruce Sherbet.  He is

18    representing himself.  He is neutral on the bill.

19    Bruce, if you could introduce yourself.

20              BRUCE SHERBERT:  Bruce Sherbet.

21    Mr. Chair, I would be redundant to say anything

22    else.  We have rested on Kolkhorst bill about just

23    making sure you don't have to show a certificate and

24    an I.D.  Correct?

25              CHAIRMAN BOHAC:  So your concern is



**ESQUIRE**
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00212090

2005 (79R) HB 1706 House Elections/Voter                    March 17, 2005

62

1        about showing a certificate and I.D.?

2                    BRUCE SHERBERT:  That was my biggest

3        concern.

4                    CHAIRMAN BOHAC:  All right.  Thank

5        you.

6                    REPRESENTATIVE ANCHIA:  Mr. Chair, I

7        have a question.

8                    CHAIRMAN BOHAC:  Chair recognizes

9        Representative Anchia.  Sorry about that.

10                   REPRESENTATIVE ANCHIA:  That's okay.

11              Mr. Sherbet, do you have the same concern

12       that was articulated, I can't remember if it was by

13       you or another witness, that in the explicit -- in

14       the bill that people be able to vote a provisional

15       ballot to the extent they do not have any I.D.?

16                   BRUCE SHERBERT:  Absolutely.  And I

17       know -- I mean, Ms. Ann McGeehan brought that up,

18       and I totally agree with that.  I missed that.  So

19       yes.

20                   REPRESENTATIVE ANCHIA:  Thank you.

21                   CHAIRMAN BOHAC:  Any other questions?

22       Thank you.

23              The Chair now calls Suzy Woodford with

24       Common Cause Texas.  She is against the bill.

25              Suzy, if you would approach the podium and



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_008465

TX_00212091

63

1     introduce yourself and tell us who you're with.

2              SUZY WOODFORD:  My name is Suzy

3     Woodford.  I'm the Executive Director of Common

4     Cause Texas.

5              I think it's premature.  If, in fact, the

6     federal government passes this law in another two

7     years or four years, there will be other stations

8     that we can come back and address this issue.  And

9     my question is this:  Let's say -- because I have a

10    voter's registration card with me and I keep it with

11    me at all times.  And every time I go to vote, I

12    have my voter registration card.

13             So are you telling me that if I don't have

14    my driver's license with me or I don't have any of

15    the other things listed, even though I have a valid

16    voter registration card I will be forced to vote

17    provisional and then it may not be counted?

18             CHAIRMAN BOHAC:  You would have to

19    ask that to the author.  She --

20             CHAIRWOMAN DENNY:  Without photo I.D.

21    to prove who you are.

22             SUZY WOODFORD:  With a valid voter's

23    registration card?

24             CHAIRWOMAN DENNY:  Or forms of I.D.

25             SUZY WOODFORD:  I have to tell you, I



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00212092

64

1   really am offended by this.

2          I've been voting for a lot a lot of years.

3   And we encourage people to register to vote.  It's

4   with the understanding that you're registering to

5   vote.  You're swearing to all these things when you

6   fill out your voter registration card.  And all you

7   have to do is take your voter registration card and

8   go and vote.

9          And until we -- we have proof that this

10  is -- this is being so abused, such widespread --

11  such widespread abuse, that this -- these additional

12  safeguards are necessary, I just think that it's not

13  going to encourage people to really want to

14  participate that much.

15                  UNDENTIFIED REPRESENTATIVE:

16  (Inaudible)

17                  CHAIRMAN BOHAC:  I think

18  Representative Anchia has some questions or comments

19  for you.

20                  REPRESENTATIVE ANCHIA:  I think

21  that's a valid concern.  And -- and we've received,

22  I think, some disparate testimony on this, although

23  I think it may be conclusive.  And maybe if I could

24  ask the author -- would it be appropriate,

25  Mr. Chair, if I asked Chairwoman Denny the question?



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00212093

65

```
 1              My understanding is that Section 4, Sub A,
 2       would cover your concern and your situation.  If
 3       that's not the case, somebody please let me know.
 4       But it says that a voter who does not present a
 5       voter registration certificate when offering to
 6       vote --
 7                    CHAIRWOMAN DENNY:  Right.
 8                    REPRESENTATIVE ANCHIA:  -- but whose
 9       name is on the list of the precinct for the voter
10       who's offering to vote in your case shall be
11       accepted for voting if the voter executes an
12       affidavit stating that you -- that the voter does
13       not have the registration certificate, as in your
14       case?
15                    SUZY WOODFORD:  No.  I had my
16       certificate.  I have my voter registration card.
17                    REPRESENTATIVE HUGHES:  She wouldn't
18       be covered by that.  She has her card.
19                    REPRESENTATIVE ANCHIA:  She's got her
20       card but not her photo --
21                    CHAIRWOMAN DENNY:  No.
22                    SUZY WOODFORD:  Not photo I.D.  She
23       would not be accepted.  That would be --
24                    CHAIRWOMAN DENNY:  You have to prove
25       you are on the list.
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_008468

TX_00212094

66

```
 1              SUSIE WOOLFORD:  And I'm on the list.
 2              REPRESENTATIVE ANCHIA:  Yeah, that
 3         raises an issue.
 4              CHAIRWOMAN DENNY:  But you have to be
 5         able to prove that you're Suzy Woodford.
 6              SUZY WOODFORD:  An outrage.
 7              REPRESENTATIVE ANCHIA:  So --
 8              CHAIRWOMAN DENNY:  She could show up
 9         there with Mary Denny's --
10              SUZY WOODFORD:  If you'll get -- if
11         we have proof that this is just widespread voter
12         fraud going on in the State, that would be one
13         thing.  But I don't think there's -- No. 1, I think
14         the majority of people take pride in having a voter
15         registration card and going and voting.  And -- and
16         everything that we do that calls into question your
17         motivation or you have to prove you're who you say
18         you are, I just think it has a real chilling effect.
19         And I would just like to see this not be admitted
20         right now.
21              CHAIRMAN BOHAC:  Any questions,
22         Members?  Suzy, thank you for your testimony.
23              The Chair now calls George Hammerlein
24         (phonetic).  He is with Harris County Tax Assessor's
25         Office.  He is for the bill.
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00212095

67

1          George, if you can please introduce

2     yourself and tell us who you're with.

3               GEORGE HAMMERLEIN:  Good afternoon.

4     I'm George Hammerlein, Harris County Tax Assessor

5     Office in Voter's Registration Department.

6               We think it's good legislation, and we

7     think the voters have a certain obligation as well

8     as a right to vote.  And with that -- with the right

9     to vote come, you know, certainly the I.D. -- the

10    I.D. situation.  State law you're supposed to carry

11    I.D. anyway.  You have to show I.D. most times to

12    buy a pack of cigarettes if you look like you're

13    close to the age of 21.

14              I think it adds dis -- integrity to the

15    voter rolls, gives people more confidence that

16    people are who they say they are in the voting

17    process.  And I think every time you have just even

18    one or two votes that are illegally cast it

19    disenfranchises all the people that are eligible to

20    vote and that do cast a vote.  So, you know, to have

21    your vote diluted by people that are casting illegal

22    votes, you know, there -- there is a negative impact

23    on everyone else, as well.

24              So I just think telling the voters that

25    they have obligation to carry I.D. with them to --



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00212096

68

```
1     to the polls is not a -- a burden that they can't

2     carry -- carry out.

3               Are there any questions?

4               CHAIRMAN BOHAC:  Members, any

5     questions?  The Chair recognizes Representative --

6     Representative Anchia.

7               REPRESENTATIVE ANCHIA:  It was my

8     desire to expedite things, but it seems like I've

9     got all the questions.  I apologize, Mr. Chair.

10              CHAIRMAN BOHAC:  You know, this is a

11    very important issue, so if we go over the time,

12    it's perfectly okay.  I was just --

13              REPRESENTATIVE ANCHIA:  Yeah.

14              CHAIRMAN BOHAC:  -- you know, we've

15    already had testimony on similar bills.  So take it.

16              REPRESENTATIVE ANCHIA:  I'm kind of

17    struggling with this issue.  And I think -- I think

18    it's not an easy one.  You said that people are

19    disenfranchised, that maybe there are some illegal

20    votes that go on.  But wouldn't you say it's also

21    serious -- probably even more serious of a

22    disenfranchisement problem of people who are

23    eligible to exercise this fundamental right --

24              GEORGE HAMMERLEIN:  Right.

25              REPRESENTATIVE ANCHIA:  -- that
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_008471

TX_00212097

69

1        they're given under our constitution --

2                    GEORGE HAMMERLEIN:  Right.

3                    REPRESENTATIVE ANCHIA:  -- are unable

4        to exercise that franchise as a result of a -- a --

5        a technicality, essentially in the law, having to

6        show your -- your -- your license?

7                    I mean, you were born with this right

8        under the U.S. Constitution.

9                    GEORGE HAMMERLEIN:  Uh-huh.

10                   REPRESENTATIVE ANCHIA:  You should be

11       able to exercise this right frequently.  And then

12       suddenly you're unable to vote, because you're

13       unable -- because your ballot -- your voter

14       registration certificate --

15                   GEORGE HAMMERLINE:  Uh-huh, right.

16                   REPRESENTATIVE ANCHIA:  -- to the

17       poll location as has been your custom since time in

18       memorium before you were born.

19                   GEORGE HAMMERLEIN:  Right.

20                   REPRESENTATIVE ANCHIA:  You come to

21       the polling place.  This has been your position.

22       And suddenly you are not able to exercise your

23       franchise, because you don't have another form of

24       I.D.

25                   GEORGE HAMMERLEIN:  Well, we used to



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00212098

2005 (79R) HB 1706 House Elections/Voter                    March 17, 2005

70

1     be able to travel on airlines without us showing

2     I.D. and now we do.  Times change.  I think, you

3     know, people have to adapt to the situation.

4                    REPRESENTATIVE ANCHIA:  But you would

5     agree with me that traveling on an airline being

6     kind of a luxury, being this fundamental right that

7     we are -- we are born with -- a U.S. citizens under

8     the U.S. Constitution, would you agree these are a

9     little bit different situations, wouldn't you?

10                   GEORGE HAMMERLEIN:  I agree.  I think

11    freedom of movement and the right to freedom of

12    travel is a right of a U.S. citizen.  But that would

13    be denied without proper identification.  And --

14    but, I mean, I guess in a philosophical realm voting

15    is more sacred than travel.  But our economy would

16    be crippled if people didn't have I.D. and still

17    showed up at the airport and said, "Well, I don't

18    have I.D."  You can't get on the plane without it.

19                   I think people could adapt to this.  I

20    think it's more a sense of integrity in the rolls,

21    because obviously a voter registration card doesn't

22    have any photo I.D.  Someone that gives out voter's

23    registration cards, thousands sometimes a week,

24    people come in person and say, "I'm Jim Jones at

25    1515 Elm Street.  Give me the card, and I'll go



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00212099

 1     vote," and there's no guarantee that person is who

 2     they say they are.

 3                    REPRESENTATIVE ANCHIA:  And I'm

 4     sympathetic.  I mean, I -- I -- I'm really, really

 5     struggling with this, because I don't want -- I

 6     don't want --

 7                    GEORGE HAMMERLEIN:  I don't need an

 8     I.D. to register to vote.  That might alleviate it.

 9     But there is no -- you never have to prove who you

10     are ever in the process right now.

11                    REPRESENTATIVE ANCHIA:  Yeah.  Let

12     me -- I'll repeat real quick and say that I'm

13     struggling with this, too.  And I find your

14     testimony valuable.

15              But weighing -- weighing access to the

16     exercise of your franchise --

17                    GEORGE HAMMERLEIN:  Uh-huh.

18                    REPRESENTATIVE ANCHIA:  -- versus

19     sort of legislating against fraud and a fraud that

20     we haven't been able to really quantify other than

21     maybe some folks testifying, is it -- it being

22     occasional or -- it -- it's a tough balance, you

23     know.  And I hope you appreciate that.

24                    GEORGE HAMMERLINE:  I mean, we have

25     hundreds of -- you know, this last general election



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_008474

TX_00212100

2005 (79R) HB 1706 House Elections/Voter                    March 17, 2005

72

1     we had hundreds of provisional ballots where people

2     put in names and we can't find anything associated

3     with any of them, that they were ever registered to

4     vote.  You know, those names were never registered

5     at the address they were put in.  You know, if it

6     wasn't for the provisional ballot program those

7     votes would have gone in the hopper and been

8     counted.

9                CHAIRMAN BOHAC:  Any other questions?

10    Thank you, Mr. Hammerlein.

11          The Chair now calls Margaret Spinks

12    (phonetic) representing the Texas Department of

13    Public Safety.  She is neutral on the bill.

14                MARGARET SPINKS:  Good afternoon.

15    I'm Margaret Spinks with DPS.  I'm here if anyone

16    has any questions.

17                CHAIRMAN BOHAC:  Members, do you have

18    any questions for the witness?  Representative

19    Hughes.

20                REPRESENTATIVE HUGHES:  Ms. Spinks,

21    could you just help me out with the state of the law

22    regarding these DPS-issued I.D. cards.

23          I'm an adult and I don't have a Texas

24    driver's license.  Does the law require me to have a

25    DPS I.D. card?



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00212101

Case 2:13-cv-00193   Document 726-5   Filed on 11/17/14 in TXSD   Page 38 of 230
2005 (79R) HB 1706 House Elections/Voter                          March 17, 2005

73

1          MARGARET SPINKS:  No, it does not.

2          REPRESENTATIVE HUGHES:  Okay.  And if

3    a police officer stops me on the street -- I guess I

4    hope I'm not driving without a driver's license, so

5    I'm not -- I just -- I don't have to show them any

6    I.D.?  I'm not required to have any?

7          MARGARET SPINKS:  Right.

8          REPRESENTATIVE HUGHES:  And I think

9    that's a good thing, by the way.  I don't think we

10   should have to show our paper.  I mean, this is

11   America.  I just want to make sure I was clear on

12   what the law is.

13         MARGARET SPINKS:  Okay.  Correct.

14         REPRESENTATIVE HUGHES:  Okay.

15   Thanks.

16         MARGARET SPINKS:  Okay.

17         CHAIRMAN BOHAC:  Representative

18   Hughes, could you repeat that question?  I was -- I

19   was preoccupied and it sounded very, very important

20   and very critical to me.

21         REPRESENTATIVE HUGHES:  Well, that's

22   kind of you, Chair.  Wow, nothing sinister about

23   this.

24         Well, it had to do with, you know, most of

25   us who drive always have a Texas driver's license.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00212102

2005 (79R) HB 1706 House Elections/Voter                    March 17, 2005

74

1     But there's this -- this DPS-issued state I.D. card

2     for those who don't drive.  And I was -- I was

3     curious as to whether -- whether adults are required

4     to carry one of those, and I understand that they

5     are not.

6                   MARGARET SPINKS:  No, they're not.

7                   REPRESENTATIVE HUGHES:  Okay.  And so

8     then what -- can you give us an idea of how many of

9     those are out there as opposed to -- I mean, just

10    percentage-wise compared to driver's license, how

11    common these are?

12                  MARGARET SPINKS:  Yes.

13                  REPRESENTATIVE HUGHES:  I don't want

14    to put you on the spot, but I'm curious.

15                  MARGARET SPINKS:  Last year we issued

16    approximately 607,000 I.D. cards.

17                  REPRESENTATIVE HUGHES:  Okay.  And --

18                  MARGARET SPINKS:  And we have about

19    3.5 million I.D. cards in our database.

20                  REPRESENTATIVE HUGHES:  Okay.  And

21    how many driver's licenses.  Do you know?

22                  MARGARET SPINKS:  About 4.3 million

23    last year.

24                  REPRESENTATIVE HUGHES:  Okay.  And so

25    someone who gets one of these cards is someone who



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_008477

TX_00212103

75

```
 1      doesn't drive but needs photo I.D. for writing

 2      checks, traveling.  Is that the idea?

 3                    MARGARET SPINKS:  Yes.

 4                    REPRESENTATIVE HUGHES:  Not for

 5      driving cars, I hope, but --

 6                    MARGARET SPINKS:  That's correct.

 7                    CHAIRMAN BOHAC:  Representative

 8      Anchia has a question.

 9                    REPRESENTATIVE ANCHIA:  Yeah.  Thank

10      you, Mr. Chair.

11              Your -- your testimony is that there are

12      about 4-plus million driver's license.

13                    MARGARET SPINKS:  That were issued

14      last year in fiscal year '04.

15                    REPRESENTATIVE ANCHIA:  What is the

16      total amount?  What is the total penetration of

17      driver's license --

18                    MARGARET SPINKS:  Total amount.

19                    REPRESENTATIVE ANCHIA:  -- as a

20      percentage of total population of the State?

21                    MARGARET SPINKS:  Total licensed

22      drivers in the file is 15 million.

23                    REPRESENTATIVE ANCHIA:  15 million.

24      Okay.  And -- and then another 3 million of --

25                    MARGARET SPINKS:  That's correct.
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_008478

TX_00212104

76

1       3.5 million I.D. cards.

2                   REPRESENTATIVE ANCHIA:  So 18 --

3       18 million.  And there are how many people in Texas,

4       just out of curiosity, 22?

5                   MARGARET SPINKS:  Approximately

6       2 million.

7                   REPRESENTATIVE ANCHIA:  Okay.  Okay.

8       I'm just trying to get a feel for what the

9       penetration rate is of these vote -- these I.D.

10      cards and driver's licenses to determine what kind

11      of burden we would be placing on prospective voters.

12                  MARGARET SPINKS:  Okay.

13                  REPRESENTATIVE ANCHIA:  That's fair.

14                  MARGARET SPINKS:  (Inaudible).

15                  REPRESENTATIVE ANCHIA:  That's fair.

16      That's fair.

17                  CHAIRMAN BOHAC:  All right.  If

18      there's no other questions, thank you for your

19      testimony.  It was quite interesting.

20                  MARGARET SPINKS:  All right.

21                  CHAIRMAN BOHAC:  The Chair now calls

22      Frank Reilly.  He is with Republican Party of Texas.

23      He is here to testify for the bill.

24                  Will you please introduce yourselves and

25      tell us who you're with.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_008479

77

1             FRANK REILLY:  Thank you,

2       Mr. Chairman.

3             Frank Reilly on behalf of Republican Party

4       of Texas and for House Bill 1706.  I've given some

5       written testimony, so I won't read it.

6             I did want to say that (inaudible) the

7       legislation will set a new standard to increase

8       public confidence and that people who show up in the

9       polls are duly registered voters.  We want to be

10      sure that the legislation also ensures that no

11      qualified registered voters will be denied the right

12      to vote on election day.

13            I wanted to point out briefly there's been

14      some concern about people showing up at the last

15      minute on the polls.  And you all have all heard the

16      testimony already that there's been a -- a continual

17      increase over the years of people who come in and

18      early vote.  So people who come in and early vote

19      are a lot less likely to be having these problems

20      that they might have showing up at 6:55 p.m. on

21      election day without a photo I.D.  In other words,

22      they will have an opportunity to cure themselves in

23      those particular times.

24            The bill's particular fundamental right to

25      have each person's vote count, and they do so



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_008480

TX_00212106

1   virtually with no burden on these additional voters.

2   I really don't believe that requiring someone to

3   come to the polls with an I.D. or I.D.s other two

4   alternative forms of I.D.s is a very onerous burden

5   for folks.  It should really be pretty simple for

6   people to -- to get there.

7            I want to know the public support for this

8   type of litigation across all spectrums.  Rasmussen

9   research Poll Taken in 1994 shows that 82 percent of

10  Americans support laws that require people to carry

11  I.D.s to the polls.  And of those, 89 percent of the

12  Bush supporters and 75 percent of the Kerry

13  supporters supported this.

14           The legislation is -- is good.  It doesn't

15  conflict with HAVA.  In fact, it very well dovetails

16  with it on all the requirements that might allow on

17  a dual track.  And we support this legislation.

18           Be happy to answer any questions.

19  Apologize for my voice.  I'm recovering from the flu

20  today, but I'm cured so no one's going to get

21  infected, I hope.

22                  CHAIRMAN BOHAC:  Any -- any questions

23  for the witness?

24                  REPRESENTATIVE HUGHES:  I've got one

25  question and we could probably ask the Secretary of



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

79

1      State and Chair already talked about HAVA and how we

2      know --

3                Do you know what other states do?  Do you

4      have any knowledge about this or is it -- is it a

5      trend?  If you don't know, that's okay.

6                FRANK REILLY:  I don't know for

7      certain.  I do know it's a trend.  I know there are

8      other states requiring I.D.s.  I know Georgia's

9      currently debating the legislation and -- but there

10     are quite a few other states that require either

11     photo identification or in this case, like

12     Representative Denny and -- and Representative

13     Kolkhorst are trying to do, having the alternative

14     to provide two other alternative forms of

15     identification.

16                REPRESENTATIVE HUGHES:  Thanks.

17                FRANK REILLY:  Sure.

18                REPRESENTATIVE HUGHES:  Thank you,

19     sir.

20                CHAIRMAN BOHAC:  Thank you very much.

21     The Chair now calls Germaine Martinez.  He is with

22     the Texas Department -- she; sorry about that.

23                UNDENTIFIED REPRESENTATIVE:

24     (Inaudible).

25                CHAIRMAN BOHAC:  She is a Texas --



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00212108

80

1      with the Texas Department of Public Safety.  She is

2      neutral.  She is here as a resource witness.  If

3      there are no questions, she will not testify.

4            Do you have any questions for her?  Thank

5      you very much.  Any questions?  Thank you very much.

6      Don Alexander.  He is with the Texas Association of

7      Election Administrators.  He is against the bill.

8      Tell us who you're with.

9            DON ALEXANDER:  I'm with the Texas

10      Association of Election Administrators.  And I've

11      expressed this to Representative Denny in her

12      office.  And my concern for the organization is that

13      there's confusion in the way that the bill is

14      written as to whether or not a provisional ballot

15      would be required to be executed, and it needs to be

16      clarified.  And I understand this may be going back

17      for modification to the current law.  Because if you

18      go and you look in the back of the provisional

19      ballot there's an Item 5, which voter is on the list

20      of registered voters but didn't provide the

21      certificate of voter or I.D.  If the judge checks

22      that and you go to the bottom where the ballot

23      looks -- and it says that bottom five is checked but

24      the ballot is not counted.

25            So my concern is we're going to go out and



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_008483

81

1    generate a lot of different provisional ballots for

2    people that are really eligible to vote.  Then when

3    it goes into the ballot board, because that block's,

4    checked, then the ballot is not going to get

5    counted.

6              CHAIRMAN BOHAC:  Members, do you have

7    any questions for the witness?  Representative

8    Hughes.

9              REPRESENTATIVE HUGHES:  To -- to

10   follow up on that, to make sure I understand current

11   law, if I go to the polling place and I don't have

12   my card but I'm on the list and they can verify, I

13   can sign an affidavit and I can vote, is that a

14   provisional ballot or is it a regular --

15             DON ALEXANDER:  It's a provisional

16   ballot if you don't have your certificate or if you

17   don't have I.D.

18             REPRESENTATIVE HUGHES:  Even if I'm

19   on the list and I sign the affidavit, it's still a

20   provisional ballot?

21             DON ALEXANDER:  Right.

22             REPRESENTATIVE HUGHES:  Okay.  Thank

23   you.  I wasn't clear on that, I guess.

24             CHAIRMAN BOHAC:  If there's no other

25   questions, thank you very much.



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00212110

82

```
1              The Chair will now call Cliff Borofsky.
2        He is with Bexar County.  He is against the bill.
3        And, Cliff, if you could introduce yourself --
4                   CLIFF BOROFSKY:  Yes --
5                   CHAIRMAN BOHAC:  -- tell us who
6        you're with.
7                   CLIFF BOROFSKY:  -- Cliff Borofsky,
8        Bexar County Administrator.  And I am against the
9        bill.
10             There are several issues, some of which
11       I've already expressed.  And, Representative Anchia,
12       I did want to change what I think, because I think I
13       misunderstood your question, because yes, this does
14       change the fact that a person could vote.  If they
15       didn't have it or more -- I mean, they could sign
16       and (inaudible) vote.  But under this bill, as I
17       understand it, you either have to have a photo I.D.
18       or two others.  I think that's a demanding
19       requirement.
20             What I might suggest before I forget is we
21       might consider a grace period.  In other words, for
22       a period of time to be determined for everybody who
23       came to vote we would hand them a notice so that
24       they would, say, okay, the next time or starting in
25       November you are going to have this requirement.
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00212111

83

1    Because not enough people read newspapers, not

2    enough people are going to watch T.V.  You know,

3    short of mailing a notice to every single registered

4    voter, which I suppose is a possibility, it would

5    cost some money.  But if I handed that out to each

6    voter for a period of time to be determined and then

7    implemented it, it might take a little bit better

8    notwithstanding any other arguments against it.

9           There were some comments that you have to

10   show an I.D. in H.E.B., you have to show an I.D. at

11   the airline.  You do, but you don't have to show

12   two; you only have to show one.  And it is a photo

13   I.D., but it's not two.

14          So, again, there's going to be an

15   immediate perception to this that they're infringing

16   on that.

17          And I think this has been stated before,

18   which is a very good idea.  The key point is not

19   having voter registration without some I.D.

20   Currently, if you register by mail under HAVA, you

21   send it in.  You have to send in some forms of I.D.

22   with it.  If not, which you haven't, you have to

23   show that I.D. even if you have a card, because you

24   didn't show it when you registered.  But if you have

25   a deputy volunteer registrar sign you up, you don't



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_008486

84

1      have to show, or if I walk into my office, like I

2      was saying, fill out the card currently, get the

3      card, go over and get a driver's license.  So the

4      I.D. point, the critical I.D. point is at the point

5      of registration, at least in my mind.

6            A couple other points that I just wanted

7      to bring up is I -- I do not recommend that they use

8      the license to carry a concealed handgun issued to a

9      person as an I.D. even if it does have a photo.  I

10     just think it would create kind of like, well, does

11     he have one or doesn't he?  If I give him the wrong

12     ballot is he going to shoot me, you know.  It may be

13     a little much.  I just think you're creating a stir

14     in the place.  There are thoughts or I.D.s you could

15     use.  You do use a Sam's card to have a photo.  So

16     if you've got a Sam's card or a concealed handgun, I

17     would really rather they use the Sam's card.  That

18     was one.

19            And then I -- then I had a question,

20     because I wasn't sure of the answer.  And that was

21     at -- on Nos. 10 and 11, a library card with a

22     person's name.  I think people under the age of 18

23     can get a library card although they can't get a

24     voter registration card.  And similarly I'm not sure

25     if people under 18 like junior hunting and fishing



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_008487

TX_00212113

85

1  licenses, as well.  Other than that...

2            CHAIRMAN BOHAC:  I actually have a

3  question for you.

4            CLIFF BOROFSKY:  Yes, sir.

5            CHAIRMAN BOHAC:  Going back in my

6  history file, I remember in Harris County when we

7  moved to electronic voting machines, there were news

8  reports that the sky was going to fall because we

9  went to electronic voting, because of over 65 folks,

10  people that were too young, too old, too rich, too

11  poor, too this, too that.  But what we set out to

12  do, and we did quite successfully, was a major

13  education campaign.  So all the radio stations were

14  involved, all the print media was involved, all the

15  television media was involved.

16            And I guess my question for you is do you

17  think -- in lieu of a grace period, don't you think

18  kind of the natural market voices of the way

19  information is dispensed that this will be

20  effectively communicated to the voting populace?

21  After all, they are paying attention to who's voting

22  and who's not.  They're getting mail pieces in the

23  mail, they're seeing people advertised on T.V.

24            I'm just wondering do you think in lieu of

25  a grace period that the natural grace period would



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00212114

86

1     work?

2                    CLIFF BOROFSKY:  No.  I think you

3     over-estimate the power of the press in this regard.

4     Well, I think you over-estimate the number of people

5     who can afford to send enough pieces of paper to

6     some people.

7                    There are -- there are -- you know, one of

8     the things we talked about are people who are

9     disenfranchised.  I think there's still a

10    significant population out there who's never been

11    enfranchised in the first place.

12                   If you're not a regular voter -- and I

13    kind of got a whiff of this yesterday.  If you're

14    not a regular voter, you're not going to get a mail

15    piece, because nobody thinks you're going to vote

16    anyhow.  So if you're not going to get a mail piece

17    in this election and nobody's going to come knock on

18    your door because you're not a voter, then you're

19    not going to get the information any other way

20    except maybe by word of mouth in some areas.

21                   I -- I would like to suggest that you

22    might talk to some of the folks like in Hidalgo

23    County, Cameron County and some of those areas where

24    it may be tougher to get some of that kind of work

25    out to the -- to the people.  And I don't know if a



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00212115

87

```
 1      grace period is -- is required.  I -- it's just an
 2      I.D. that -- that actually might work if people see
 3      it in writing when they go to vote and they take it
 4      home.  But there are a significant number of people,
 5      I think, still who may not have - I think this was
 6      brought up; Ms. Little, maybe it was she who brought
 7      it up, maybe not - have two pieces of I.D.  They
 8      might have a personal I.D., but they might not be
 9      the homeowner in which they're living, so the
10      utility bill won't be in their name.  They may not
11      have a checking account, so they won't have that in
12      their name.  They may not be a pilot, so they won't
13      have a pilot's license.  I just think we need to
14      address some of this a little more specifically.
15              But, again, we have some pretty good rules
16      now, and I think the crux of the I.D. point is at
17      the point of registration, beyond which a lot of
18      that has been covered already especially with
19      provisional voting at the polls.
20              CHAIRMAN BOHAC:  All right.  Thank
21      you for your responses.
22              REPRESENTATIVE HUGHES:  Mr. Borofsky,
23      I don't -- I am curious about this, and if you don't
24      know, DPS might.  Is a polling place one of those
25      places where a concealed handgun licensee can or
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00212116

88

1      can't carry --

2                  CLIFF BOROFSKY:  You cannot.

3                  REPRESENTATIVE HUGHES:  You can't.

4                  CLIFF BOROFSKY:  You cannot.

5                  REPRESENTATIVE HUGHES:  Okay.  Again,

6      I appreciate it.

7                  CLIFF BOROFSKY:  But you can take the

8      card.

9                  REPRESENTATIVE HUGHES:  Okay.

10                  CLIFF BOROFSKY:  But you're not

11     supposed to show it.

12                  REPRESENTATIVE HUGHES:  I'll remember

13     to not do that.  Thank you.

14                  CHAIRMAN BOHAC:  All right.  Thank

15     you very much.

16                  CLIFF BOROFSKY:  Thank you.

17                  CHAIRMAN BOHAC:  The Chair recognizes

18     Paula Littles.  She is here representing Texas

19     AFLCIO.

20                  PAULA LITTLES:  I testified on the

21     first one.

22                  CHAIRMAN BOHAC:  Okay.  She does not

23     wish to testify, but we will make her views known in

24     the records.

25                  The Chair now calls Alison Brock.  She is



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

JA_008491

89

1    with Unlocking Your Vote campaign.  She is here to

2    testify against the bill.

3                    ALISON BROCK:   (Inaudible).

4                    CHAIRMAN BOHAC:   She does not wish to

5    testify, but we will place her views in the record

6    as being against the bill.

7                    We -- the Chair now calls Ken Bailey with

8    the Texas Democratic parties.  He is against the

9    bill.

10                   Ken, if you could introduce yourself and

11   tell us who you're with.

12                   KEN BAILEY:   Yeah.  Thank you, Mr.

13   Chairman.  My name is Ken Bailey, and I represent

14   Texas Democratic Party.  We're opposed to this bill.

15   If it was either the voter registration or voter

16   I.D. or two others we could -- we could live with

17   that.  But I've been voting since 1969, and I have

18   my voter registration card every time.  And that's

19   what I expect when I go vote.  The people in nursing

20   homes, you know, that's what they expect.  If you

21   get a ride to the polls, the person in the nursing

22   home may not have the I.D.  They may not have

23   anything about their voter registration.

24                   Where we feel the real problems that we

25   have seen in the elections is mail ballots.  We're



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_008492

2005 (79R) HB 1706 House Elections/Voter                    March 17, 2005

90

```
 1        just talking about when you show up, show your I.D.
 2        Well, so we just think this is a bad deal to add one
 3        more thing.
 4               You want me to vote, but you want to make
 5        me bring one more thing to the polls to vote, and we
 6        just think that's wrong.
 7               CHAIRMAN BOHAC:  But you're aware
 8        when we vote by mail, the very first time a person
 9        sends an application to vote by mail they are
10        required to send a valid form of identification?
11               KEN BAILEY:  No, sir, because I
12        didn't do that last time I voted by mail.
13               CHAIRMAN BOHAC:  That was --
14               KEN BAILEY:  Voter registration, you
15        have to have I.D., if it's the first time you have
16        voter registration, because I'm a deputy registrar.
17        I have to see your I.D.  So when you register,
18        that's when the I.D. is being sought right then.  If
19        I show you my voter registration, somebody's already
20        seen my I.D.
21               Now, under the new HAVA stuff, you know, I
22        just fill out a form and say I'm going to be out of
23        town; send me a mail ballot.
24               CHAIRMAN BOHAC:  That was a new rule
25        that we adopted under the last session under the
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_008493

TX_00212119

91

1     HAVA -- HAVA recommendations.  So thank you very

2     much.  Members, any questions for Mr. Bailey?

3                  KEN BAILEY:  Thank you.

4                  CHAIRMAN BOHAC:  Thank you, Ken.

5           The Chair now calls Lori Vanhoose.  She is

6     with Advocacy, Inc.  She is here to testify against

7     the bill.  Lori, if you can introduce yourself and

8     tell us who you're with.

9                  LORI VANHOOSE:  I'm Lori Vanhoose for

10    Advocacy, Incorporated, a formally mandated

11    (inaudible) agency for individuals with

12    disabilities.  And I'm just going to be really

13    quick.

14          I just want to let you know I'm here

15    representing probably the largest population that

16    does not have photo identifications.  And we do a

17    lot of the outreach in the community to try to let

18    individuals know that they can take a government

19    check or trying to find out what kind of

20    identification they have that they can take to vote.

21    And I'm just concerned, as is everyone else, that

22    these individuals are not going to know about this

23    change.

24          We finally have individuals with

25    disabilities out voting.  You told me I could take



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

92

1      my utility bill or you told me I could take this,

2      and I'm going to go vote.  And they're going to get

3      out there and they're not going to receive -- it's

4      going to be very hard to outreach to them to

5      allow -- to let them know as with other voters that

6      there are more requirements put on them.

7              Also, I will reiterate what I had stated a

8      couple weeks ago.  The No. 1 -- the most

9      controversial provision of HAVA was the

10     identification requirements.  And you can look at

11     the HAVA transcripts and see that Congress realized

12     that identification -- the burden of identification

13     is method of disenfranchisement.

14             Also, I appreciate the fact that an

15     individual could receive a (inaudible) or personal

16     identification certificate.  But my question is I

17     wonder what type of I.D. a person has to have to

18     obtain an individual I.D. certificate.

19             It seems almost circular.  They're going

20     to have to go purchase a birth certificate or some

21     other form of certificate in order to get the free

22     identification certificate.  I don't know.  I would

23     imagine in order to obtain a personal identification

24     certificate you have to show some form -- I don't

25     know exactly what it is, but that's a question I



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_008495

TX_00212121

1    have.

2          Also, I'll send to you tomorrow -- I've

3    been working on a list that outlines what every

4    single state requires for identification to register

5    and to vote at the polls.  That should be finished

6    tomorrow, and I will send that to you.  So far it

7    looks like if this were to pass, Texas and Arizona

8    would be by far the strict -- the most strict

9    requirements for individuals to go vote.  So I'll

10   send that to you.

11         And thank you for the opportunity.  Anyone

12   have any questions?

13              CHAIRMAN BOHAC:  Members?  Thank you

14   very much.  Great testimony.

15         (Inaudible).  Okay.  The Chair now calls

16   Anne McAfee.  She's representing herself.  I do not

17   believe Ann is here, based on history.  And she is

18   against the bill.  We will so note that.

19         The Chair now calls Nina Perales.  She is

20   with the Mexican American Legal Defense and

21   Educational Fund.  She is here to testify against

22   the bill.

23         Ms. Perales, if you could identify

24   yourself and tell us who you're with, that would be

25   terrific.



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_008496

TX_00212122

94

1                MS. PERALES:  Thank you, Chairman

2        Bohac and Members of the House Election Subcommittee

3        on Voter Verification.  I'm Nina Perales, Regional

4        Counsel for the Mexican American Legal and

5        Educational Fund, MALDEF, nonpartisan organization

6        that protects and defends legal rights and voting

7        rights.

8                I'm here today to advise you of MALDEF's

9        opposition to HB-1706.  And my comments are equally

10       applicable to HB-1293 and 1402.

11               We oppose the bill because they remove the

12       ability of the voters to present a voter

13       registration certificate at the polls to be accepted

14       for voting.  The bills are not based on any

15       substantial evidence of voter fraud by persons who

16       appear to vote in person with a voter registration

17       certificate.

18               The current law is an either/or option.

19       Come with your voter registration or, if you don't

20       have it, you'll have to produce some forms of

21       identification.  This -- all three bills and HP-1706

22       eliminates the ability to be accepted by voting by

23       using the voter registration certificate.

24               The bills are unnecessary.  We have heard

25       of no report of anybody attempting to vote by using



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_008497

95

1     the voter registration certificate in person who was
2     not who they said they were.  And maybe others can
3     come with the -- with some kind of evidence that
4     this has occurred, but like others, we've heard of
5     voter fraud in other settings in people who vote not
6     in person, but never somebody who comes to vote in
7     person fraudulently, holding a voter registration
8     certificate that is not their own.
9          What these three bills will do inevitably
10    is prevent some voter from casting a ballot on
11    election day, because they remove a way for you to
12    be accepted as a voter.
13         Some voters only have their registration
14    certificate when they go to vote.  Someone has
15    already mentioned the example of elderly voters who
16    do not drive.  Elderly voters who do not drive
17    aren't going to be able to meet the I.D.
18    requirements under these bills.
19         Similarly, remember non-drivers whose mail
20    is addressed to a Post Office box are not going to
21    be able to meet the requirements.  And, finally,
22    rural and urban (inaudible) members who live in
23    households where somebody else pays the bill.  If
24    you are in -- if you're in -- imagine a 20-year-old
25    unmarried person living in Houston, takes public



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_008498

1      transportation, didn't have a driver's license but

2      who's living at home and whose utility bills and

3      other kind of correspondence are going to be

4      addressed to his parent and not to him.  These bills

5      will force the voters that I just mentioned to take

6      additional steps to acquire additional forms of

7      identification or exclude these voters from voting

8      altogether.

9            It will also discourage voters by creating

10     longer lines at the polls and forcing some voters to

11     return home to find additional material and then

12     come back a second time to be accepted for voting.

13           All three bills violate the Help America

14     Vote Act.  I know that you heard somebody else get

15     up and tell you that they don't, but they all three

16     do.

17           The reason there is litigation pending in

18     the Senate right now in the U.S. Congress is because

19     HAVA does not say what these three bills say.  And

20     Texas can't get out in front of federal regulation,

21     because of preemption issues.  Right now under HAVA

22     the only people who -- right now under HAVA when you

23     are a first-time registrant in the county and you go

24     and registered by mail and you go to the polls, you

25     are only required to produce one of the utility bill



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00212125

97

1      or a bank statement.

2              What these bills do, all three of them, is

3      require you to produce two.  If Texas requires a

4      voter, first-time registrant in the county who voted

5      by mail, to produce two of something that the

6      federal law only requires them to produce one of,

7      you're going to have a HAVA violation.

8              When Texas accepted the HAVA funds, Texas

9      agreed to run it a certain way.  You'll either have

10     to give back the money, which I'm not sure is really

11     a possibility given the enormous amount of money

12     that Texas has received, or you'll have to create

13     two different systems for accepting voters, one

14     system for accepting voters who are first-time

15     registrants in the county who voted by mail and will

16     only have to produce one of a certain kind of

17     document, and another system for accepting all other

18     voters who will then, if they don't have their

19     driver's license, have to produce two of this list

20     of documents.

21             It also introduces a likelihood that

22     election officials will begin to refuse voters whose

23     address on their driver's license doesn't match the

24     address on the poll.  And this is when -- when you

25     heighten the importance of the photo I.D., and



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_008500

98

1      particularly the driver's license, you are going to

2      have poll workers who are going to reject voters

3      because the addresses don't match.  And in order to

4      get the address on your driver's license to match

5      your voter rolls if you've moved, you're going to

6      have to go get a new driver's license, because

7      normally you are not issued a new driver's license

8      when you change your address.  You get a certificate

9      for dollars.  So if you want these documents, you

10     know, to match when you go to the polls you're going

11     to have to pay 24 dollars and go on down and get a

12     new driver's license if you've moved.  None of those

13     fees are taken care of, by the way, in 1706.

14             Finally, the bills give poll workers, many

15     of whom are volunteers and not experts in proof of

16     identification, a greater and unwielding

17     administrative task.  Workers at the polls will have

18     to make hundreds of judgment calls a day as to

19     whether a particular form of I.D. is acceptable.

20             MALDEF urges the subcommittee to rely on

21     the voter registration card as sufficient

22     documentation to accept the voter.  It is a lot

23     easier to accept a voter registration certificate

24     than it is to -- again to juggle whether or not a

25     piece of correspondence is from a government agency,



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00212127

99

1    whether it's official or unofficial, and the various

2    other things that are created when you add all these

3    documents onto the list.

4              These bills do not prevent people from

5    assuming your identity and voting on your behalf in

6    early voting.  Other bills may be able to deal with

7    that, but these bills do not prevent somebody from

8    early voting for you.  And because HAVA requires

9    registrants to prove their I.D. at the time of

10   registration, today somebody cannot go out and

11   register three different times as three different

12   people -- as three different people as was mentioned

13   earlier.

14             In conclusion, good government does not

15   require more bureaucracy than it needs to carry out

16   its functions.  The bills before the Committee place

17   more requirements on voters and more requirements on

18   poll workers, and they lack justification and any

19   evidence of fraud by voters who rely on the

20   certificate when they present themselves at the

21   polls.  Thank you.

22             CHAIRMAN BOHAC:  I have a comment for

23   you -- or it really is a question.  I was just kind

24   of thinking outside the box for a moment.  Really,

25   this could almost be paradoxical.  I remember both



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_008502

TX_00212128

100

1     my parents who are both over 65 -- in fact, my

2     mother is 70 and my father is 71.  And of course I

3     say on election day in my district, "Mom and dad,

4     please go vote." And they will say quite frequently,

5     "I don't know where my card is."  And I will have to

6     say, "You know what, you don't need your card.  Just

7     go down there, show them your driver's license."

8          So I'm just wondering if we really broaden

9     our thinking about this, once people were educated

10    that all you needed was actually a government-issued

11    form of identification, it actually may incur more

12    participation in the process rather than less

13    participation once we started educating people like

14    my parents and like people of their generation that

15    you actually don't even need the -- the voter

16    registration card anymore.

17          So I was just throwing that out there.

18    Chew on that a little bit.

19          MS. PERALEZ:  I respectfully

20    disagree, Chairman Bohac.  Right now you have the

21    option of either.  And the more public education,

22    the better.  MALDEF supports public education.  Let

23    people know they can go with these other documents,

24    but please don't shut down the ability to bring your

25    certificate, because your parents are -- are, thank



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00212129

101

1        goodness, able to produce a driver's license.

2             My grandmother is 96.  She does not have a

3        driver's license, and she does not pay the bills,

4        because she lives with my father.  She would not be

5        able to vote under these bills.

6             So we urge greater access and greater

7        public education, but not to foreclose the avenue

8        that many people have to go and vote.

9             CHAIRMAN BOHAC:  Do you think that

10       there are any voters out there who assume wrongfully

11       that they have to have their voter registration

12       cards in order to vote, that they have to have that

13       document and, therefore, they don't go to the polls

14       simply because they know that they can't -- I

15       couldn't even tell you where my voter registration

16       card is --

17            MS. PERALES:  Uh-huh.

18            CHAIRMAN BOHAC:  -- frankly speaking.

19       But do you think that actually inhibits some people

20       from going to polls because they cannot find that

21       voter registration card, because they mistakenly

22       believe they have to have that card?

23            MS. PERALES:  I'm not aware of any.

24       If there are, we -- we would certainly urge public

25       education to let them know that they can bring that



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00212130

102

1     piece of documentation.

2           I'm more familiar with people who -- who

3     go around with their certificate in their wallet as

4     I do, just in case you find out there's a special

5     election or an election.  You just can walk right

6     over to the County Courthouse in Bexar County and

7     cast my vote with my certificate that is always in

8     my wallet.  I think if you shut down that mechanism

9     you're going to exclude more people, and you're not

10    necessarily going to include more people who are

11    unaware now that you can use a driver's license.

12           CHAIRMAN BOHAC:  That election that

13    pops up would certainly only be a bond election.

14           REPRESENTATIVE HUGHES:  (Inaudible).

15           CHAIRMAN BOHAC:  Are there any other

16    questions, Members?  If not, I will recognize that

17    is our last -- no, I'm sorry.

18           MS. PERALES:  Thank you.

19           CHAIRMAN BOHAC:  We have Ann

20    McGeehan.  She is with the Secretary of State's

21    office, and she will probably have some very

22    enlightening testimony for us.  She is neutral on

23    the bill.

24           ANN MCGEEHAN:  Ann McGeehan, Election

25    Division, Texas Secretary of State's office.



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_008505

103

1          Well, I did want to mention what the --
2     the requirement for identification today is a person
3     who registers to vote by mail for the first time is
4     required to present proof of identification.  They
5     have a choice.  They can enclose a copy of that
6     identification when they submit their voter
7     registration application, or they can bring that
8     identifying with them when they come to the poll.
9              The -- and that's a HAVA federal
10    requirement that was incorporated into state law
11    last --
12                CHAIRMAN BOHAC:  Ann, can you repeat
13    that one more time?
14                ANN MCGEEHAN:  Okay.  Reps to
15    voter --
16                CHAIRMAN BOHAC:  I can't really hear
17    you very well --
18                ANN MCGEEHAN:  Sorry.
19                CHAIRMAN BOHAC:  -- I apologize.
20    This is a very important, critical point that you're
21    making here.
22                ANN MCGEEHAN:  Right.  HAVA requires
23    a person who registers to vote in the state for the
24    first time by mail to provide proof of
25    identification.  They can provide it by submitting



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

104

1         that identification with their voter registration

2         application, or they can choose to bring that

3         identification with them when they show up to vote.

4         Their -- their name -- their name's annotated on the

5         list of registered voters with a notation that

6         identification is required from that voter.  Okay.

7         So that -- that's separate and apart from any

8         requirements for showing certificate or

9         identification at the polling place.

10                The -- that first-time voter

11        identification requirement essentially disappears

12        once the State has implemented the statewide voter

13        registration list, because what HAVA says is once

14        the State has -- is maintaining the official list of

15        registered voters and once the State is verifying

16        the driver's license number or the Social Security

17        number is provided or the personal identifying

18        number that's provided on the driver's license, once

19        the State is verifying that, then the requirement

20        for first-time voters who are registering by mail to

21        produce identification, that disappears.

22                I just wanted to clarify what -- what that

23        requirement is.

24                CHAIRMAN BOHAC:  Members, any other

25        questions?  If not, thank you very much.



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00212133

105

1          And the Chair will recognize Chairwoman

2     Denny to close her bill.

3          CHAIRWOMAN DENNY:  Thank you, Mr.

4     Chairman, Members.  I -- I thank you, Ann McGeehan,

5     for clearing that up, because that is the only case

6     in which identification is required for voter

7     registration.  I mean, you can still go to the Post

8     Office or the library and, you know, fill out a

9     voter registration card and take it to her office or

10    work through a Deputy Voter Registrar and do it that

11    way.

12         Also, I wanted to let you know that voters

13    without I.D. are still allowed to vote provisionally

14    under -- under this bill.

15         A question had come up, too -- I'm -- I'm

16    sorry, I don't remember which one of you all asked

17    what the requirements of other states are.  I think

18    it might have been you, Brian.

19         16 states currently require voters to show

20    some forms of I.D. at the polling place.  Five of

21    these require photo I.D.  Five require the voters to

22    show the proof of identity and/or address when

23    registering to vote.  Two states require voters to

24    show proof of citizenship when registering to vote,

25    although there are movements in several states for



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_008508

TX_00212134

106

1     this requirement to expand.  Okay?

2              And so, anyway, I -- I am working on a

3     Committee Substitute that will address early voting

4     by mail, the -- because I think -- or voting by

5     mail.  And -- because that is -- that was overlooked

6     in this provision and -- or in this bill, and we

7     don't want to overlook that, because we do want to

8     require a copy of a photo I.D. to be mailed in with

9     that.

10             And I think we could rely on our election

11    division as well as our different counties, but --

12    but certainly a -- a statewide program of education

13    to -- when we would implement a program of this

14    magnitude.  They've done a marvelous job in the past

15    when we have had to implement large changes to the

16    election system in educating our voters, frankly, on

17    what's required or -- or different changes in the

18    law so that voters are not disenfranchised and

19    not -- not caught unaware of what's going to be

20    required of them when they go vote.

21             And public service announcements, if you

22    want to call it that, to be -- put in things like

23    people's utility bills and bank statements.  And I

24    mean, so often the business community is very -- is

25    very helpful.  And, you know, the private sector



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00212135

107

1      really joins in and helps throughout the State to

2      notify people of massive changes in a public

3      service, as it were, spirit to -- to help the State

4      get the word out when we do changes of this nature.

5              So I don't think it will be really

6      difficult to get everybody on board to try and

7      maximize voter turnout and participation, if we are

8      successful in doing this.  I just think that it is

9      so important that we safeguard the integrity of the

10     vote and that -- that people are assured that their

11     vote will be counted and that no one usurped their

12     authority to cast their own vote.

13             And with that, I will close, and ask you

14     to leave the bill pending, Mr. Chairman, so that we

15     have a little bit more time to work on it.  And I

16     thank you for your time this afternoon.

17             CHAIRMAN BOHAC:  Thank you, Madame

18     Chairwoman.

19             The Chair will leave House Bill 1706

20     pending.

21             Members, do you have any other questions

22     or comments about the universe or anything else?

23     If -- if there are no other questions or comments,

24     the Subcommittee on Voter Verification is adjourned.

25     Have a terrific weekend.



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_008510

TX_00212136

108

1                    REPRESENTATIVE HUGHES:   Thank you.

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_008511

109

```
 1      IN THE COUNTY OF TRAVIS  )

 2      STATE OF TEXAS              )

 3              I, Rhonda Howard, Certified Shorthand

 4      Reporter in and for the State of Texas, hereby

 5      certify to the following:

 6              That the CD entitled, "TEXAS HOUSE OF

 7      REPRESENTATIVES, COMMITTEE ON ELECTIONS,

 8      SUBCOMMITTEE ON VERIFICATION VOTERS, MARCH 17,

 9      2005," was transcribed at the request of Anne

10      Wilson, 209 West 14th Street, 8th Floor, Attorney

11      General's Office, Austin, Texas 78701, and the

12      amount due is $_____.

13              That the aforementioned CD was transcribed

14      to the best of my ability to hear and understand the

15      CD;

16              That the transcript was submitted by

17      E-trans on April  , 2012, to Anne Wilson, 209 West

18      14th Street, 8th Floor, Attorney Generals' Office,

19      Austin, Texas  78701;

20              I further certify that I am neither

21      counsel for, related to, nor employed by any of the

22      parties or attorneys in the action in which this

23      proceeding was taken, and further that I am not

24      financially or otherwise interested in the outcome

25      of the action.
```



**ESQUIRE**
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_008512

TX_00212138

110

1          Certified to by me, this 26th day of

2    April, 2012.

3

4

5    _Rhonda Howard_

6    RHONDA HOWARD, Texas CSR No.

     Expiration Date 12/31/12

7    FIRM REGISTRATION NO: 283

     ESQUIRE DEPOSITION SERVICES

8    100 Congress, Suite 2000

     Austin, Texas  78701

9    (512) 328-5557

10

11   Job No. 333307RH

12

13

14

15

16

17

18

19

20

21

22

23

24

25



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

**A**

ability
61:13 94:12
94:22
100:24
109:14
able
6:16 23:1
41:12 50:21
52:2 60:14
62:14 66:5
69:11,22
70:1 71:20
95:17,21
99:6 101:1
101:5
Absolutely
6:18 62:16
abuse
64:11
abused
64:10
accept
98:22,23
acceptable
55:4,6,21
56:2,2,22
98:19
accepted
20:24 54:23
65:11,23
94:13,22
95:12 96:12
97:8
accepting
97:13,14,17
access
26:24,25
71:15 101:6
accidentally
44:3
account
87:11
accurate
27:10
accurately
42:24
acquire

96:6
Act
96:14
action
109:22,25
actual
12:10,10
adapt
70:3,19
add
44:23 90:2
99:2
addition
54:19
additional
64:11 78:1
96:6,6,11
address
8:1 17:8
21:14 23:5
29:9,19
43:12,25
45:19,21
46:13 49:11
49:17 52:2
55:24 58:5
63:8 72:5
87:14 97:23
97:24 98:4
98:8 105:22
106:3
addressed
32:8 55:25
95:20 96:4
addresses
43:22 51:11
98:3
addressing
17:6
adds
45:6 67:14
adjourned
107:24
adjustment
37:12
administr...
33:16 98:17
administr...

17:2 27:25
28:8,11
30:24 31:1
31:3 37:24
39:1 47:12
52:13 82:8
Administr...
27:17 38:23
39:3 52:24
80:7,10
admitted
66:19
adopted
33:17 90:25
adoption
56:6
adult
72:23
adults
74:3
advance
9:18
advertised
85:23
advise
94:8
Advocacy
91:6,10
affect
18:21
affidavit
19:4 29:10
29:12 57:2
65:12 81:13
81:19
affirmation
38:16 39:23
41:18 47:5
afford
9:10 15:19
60:14 86:5
Afghanistan
4:23
AFLCIO
7:8,11 11:5
88:19
aforement...
109:13

afternoon
7:9 17:1
38:25 67:3
72:14
107:16
age
67:13 84:22
agency
56:12 91:11
98:25
ago
40:22 92:8
agree
31:10 62:18
70:5,8,10
agreed
37:2 97:9
airline
70:5 83:11
airlines
70:1
airplane
5:15
airport
70:17
albeit
47:17
Alexander
27:15 38:22
38:25 39:1
52:22 80:6
80:9 81:15
81:21
Alison
4:13 25:1,4
25:7,7,14
25:17,20,22
88:25 89:3
alleged
12:3
alleviate
71:8
allow
30:10 34:20
78:16 92:5
allowed
7:21,24 21:5
105:13

allowing
3:9 6:13 7:1
12:4 19:14
allows
5:9
alternative
78:4 79:13
79:14
altogether
96:8
amends
54:15
America
73:11 96:13
American
35:10 93:20
94:4
Americans
78:10
amount
75:16,18
97:11
109:12
Anchia
2:6,7 11:22
11:23 13:12
16:13 20:1
20:2,14
21:3,13,17
21:21,24
22:4,7,14
23:7 29:5
30:2,3,19
31:2,24
32:11,15
60:19 62:6
62:9,10,20
64:18,20
65:8,19
66:2,7 68:6
68:7,13,16
68:25 69:3
69:10,16,20
70:4 71:3
71:11,18
75:8,9,15
75:19,23
76:2,7,13



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

```
  76:15 82:11      applicable       62:12            authorized       54:2 55:2
and/or             94:10            aside            55:1 56:12       62:15 69:13
105:22             applicant        17:15            available        72:6 80:14
Ann                43:2             asked            12:18            80:19,22,24
30:14 33:4,7       application      6:9 64:25        avenue           81:3,4,14
  33:8,8           42:21,25           105:16         101:7            81:16,20
  34:13,17,22        43:7 44:11     Assessor         average          84:12 90:23
  34:25 35:4         51:12,21       67:4             8:18 9:19        95:10
  35:7 62:17         52:11,16       Assessor's         15:3 16:3      ballots
  93:17              57:7 90:9      66:24            aware            22:23 28:16
  102:19,24          103:7 104:2    associated       19:13 57:9        29:23 34:12
  102:24           applications     72:2              90:7 101:23      72:1 81:1
  103:12,14        22:23 54:8       Association       a/k/a            89:25
  103:18,22        applied          27:16 39:2       16:24            bank
  105:4            5:25               52:23 61:3                       6:8,9 55:22
Anne               applies           61:8 80:6      ─── B ───          97:1 106:23
32:21 40:12        17:17,19          80:10          B                BAROSKY
  51:1 93:16       applying         Associations    20:7             23:11
  109:9,17         57:1             38:23            back             base
annotated          appreciate       assume          5:12,20 6:15     32:13
104:4              6:13 11:18        45:21 46:12       13:9 14:21     based
announcem...         30:5 34:8        101:10           25:7 42:10     19:5 22:16
106:21               60:24 61:6     assuming           42:13 43:5       28:19 93:17
answer               71:23 88:6     99:5              44:1,22          94:14
24:21 78:18          92:14          assured           45:5 47:13     basically
  84:20            approach         107:10            48:18,23        3:18 13:10
anticipate         62:25            attempt           50:5 52:4        29:11
58:1               appropriate      45:24 58:21       53:13 60:4     basis
anticipated        37:8 64:24       attempting        63:8 80:16     38:9
10:22              appropria...     94:25            80:18 85:5      bed
anybody            3:12 5:13        attempts          96:12 97:10    16:7
94:25                57:18,22       54:1             background      behalf
anymore            approxima...     attention        22:3            77:3 99:5
45:5 100:16        74:16 76:5       40:20 85:21      bad             believe
anyway             April           Attorney          43:22,24        7:18 16:20
31:16 44:22        1:13 109:17      109:10,18          46:12 49:1      23:21 30:20
  67:11 106:2        110:2          attorneys         50:20 90:2      36:16 42:16
an/or              area             109:22           Bailey           44:10 78:2
50:18              21:19            audience         23:14,17,18      93:17
apart              areas            2:10              40:9 50:11      101:22
104:7              8:4,12 9:9       Austin            50:15 89:7     benefit
apologize            28:12 86:20    13:13 109:11      89:12,13       56:11
68:9 78:19           86:23            109:19           90:11,14      benefits
  103:19           arguments         110:8            91:2,3         52:14 56:8,9
app                6:3 83:8         author           balance         best
57:7               Arizona          63:19 64:24      12:2,8 71:22    4:6 109:14
appear             5:6 93:7         authority        ballot          Bettencou...
94:16              articulated      107:12           29:16 53:24     39:13
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

**better**
45:9 83:7
100:22
**Bexar**
16:24,24
17:3 18:13
19:16 21:23
21:24 28:15
37:22,24
47:7,12
82:2,8
102:6
**beyond**
41:9 87:17
**big**
12:19 14:22
45:10
**bigger**
49:15 50:22
**biggest**
62:2
**bill**
2:11,13,15
2:16,18,21
2:22,23
3:16,17,17
3:24 6:14
7:8,14 8:16
9:14 12:16
12:21 16:19
16:25 17:4
17:7 23:16
23:21,21
25:3,10,10
25:13,19
27:18,23
28:1 29:9
30:18 31:13
31:23 32:19
32:23 33:5
33:11,13,20
33:23 34:9
35:12,14,15
35:17,19,22
35:23,25
37:22 38:1
38:11,21,24
39:4,5,7,15

39:19 40:3
40:6,8,11
40:14 41:1
41:3,7,20
41:24 42:2
42:4,5,19
43:4,18,19
44:16,19
46:22 47:8
47:14,14
50:12,23
51:2,5,9
53:1,5,8,8
53:10,11,14
53:18,19
54:15,22,24
55:3,5,20
55:22 56:17
56:24 57:4
57:10,18
58:4,6
60:18,24,25
61:4,8,18
61:22 62:14
62:24 66:25
72:13 76:23
77:4 80:7
80:13 82:2
82:9,16
87:10 89:2
89:6,9,14
91:7 92:1
93:18,22
94:11 95:23
96:25
102:23
105:2,14
106:6
107:14,19
**bills**
26:4 57:14
68:15 94:14
94:21,24
95:9,18
96:2,4,13
96:19 97:2
98:14 99:4
99:6,7,16
101:3,5

106:23
**bill's**
77:24
**birth**
56:1,3 92:20
**birthdate**
51:17
**bit**
10:2 12:22
18:11 26:8
36:22 41:19
47:17 70:9
83:7 100:18
107:15
**bitty**
24:3
**Blockbuster**
5:21 24:3
**block's**
81:3
**board**
81:3 107:6
**Bohac**
2:1,4,5,9,25
3:1,4,6
4:20 6:18
6:23 7:2,6
10:13 11:21
16:17,23
19:24 23:9
23:13 24:23
25:6,9,11
25:15,18,21
27:12,22
28:2,5
29:25 32:17
33:2 34:4
35:6,8
37:18 38:12
38:15 39:8
39:21 40:1
40:7,25
41:14,17
42:3,3
45:13 46:17
46:20 47:3
48:5 49:6
49:14,22

50:2,6,10
50:24 52:19
59:8 60:16
61:15,25
62:4,8,21
63:18 64:17
66:21 68:4
68:10,14
72:9,17
73:17 75:7
76:17,21
78:22 79:20
79:25 81:6
81:24 82:5
85:2,5
87:20 88:14
88:17,22
89:4 90:7
90:13,24
91:4 93:13
94:2 99:22
100:20
101:9,18
102:12,15
102:19
103:12,16
103:19
104:24
107:17
**bond**
102:13
**born**
69:7,18 70:7
**Borofsky**
16:24 17:1,2
20:13,22
21:4,14,20
21:23 22:2
22:5,12,15
23:12 28:15
37:21,23,23
38:14 47:6
47:11,11
48:6,13,16
48:22 49:2
49:5,20,25
50:4,9 82:1
82:4,7,7
85:4 86:2

87:22 88:2
88:4,7,10
88:16
**boss**
14:24
**bottleneck**
19:23
**bottom**
80:22,23
**box**
43:1 49:15
95:20 99:24
**bracket**
36:22
**Brazos**
4:16
**Brian**
7:3,4 105:18
**brief**
25:23 27:8
**briefly**
40:19 77:13
**bring**
17:14,16,17
19:9,22
84:7 90:5
100:24
101:25
103:7 104:2
**bringing**
21:12
**broaden**
100:8
**Brock**
25:1,4,7,7
25:14,17,20
25:22 88:25
89:3
**brought**
58:4 62:17
87:6,6
**Bruce**
27:19,21,24
28:4,4,7
30:4,25
31:10 32:3
32:12 40:15
40:18 51:4



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00212142

51:6,8
61:17,19,20
61:20 62:2
62:16
**burden**
26:5 68:1
76:11 78:1
78:4 92:12
**bureaucracy**
99:15
**bus**
9:11 14:2,13
16:9
**Bush**
78:12
**business**
3:6 106:24
**buy**
67:12
**B1**
31:9

**C**

**calendar**
53:10
**call**
2:3 7:7 33:3
37:21 40:2
43:13,15
52:22 61:1
82:1 106:22
**called**
50:10
**calls**
16:17,24
23:13 25:1
27:15,19
33:4 35:8
38:19,22
39:12 40:9
40:12 44:14
46:20 47:6
61:17 62:23
66:16,23
72:11 76:21
79:21 88:25
89:7 91:5
93:15,19

98:18
**Cameron**
86:23
**campaign**
25:2 85:13
89:1
**campaigns**
23:4
**canceled**
37:11
**cannister**
6:10
**car**
24:9,10
**card**
5:18 7:20
9:7 14:8
15:22 17:14
17:21 19:22
20:16 24:3
24:10 30:11
43:14 44:21
45:2 46:4
47:20 48:11
48:18,23
49:4,10,24
50:1,3,5,19
52:5 55:7
55:10,13,16
56:7,13,18
58:10 63:10
63:12,16,23
64:6,7
65:16,18,20
66:15 70:21
70:25 72:25
74:1 81:12
83:23 84:2
84:3,15,16
84:17,21,23
84:24 88:8
89:18 98:21
100:5,6,16
101:16,21
101:22
105:9
**cards**
24:1 48:1

51:10 60:3
70:23 72:22
74:16,19,25
76:1,10
101:12
**care**
11:15 98:13
**carry**
55:19 67:10
67:25 68:2
68:2 74:4
78:10 84:8
88:1 99:15
**cars**
9:9 13:23
75:5
**case**
65:3,10,14
79:11 102:4
105:5
**cases**
22:22 32:4
**cash**
5:16
**Cass**
11:11
**cast**
67:18,20
102:7
107:12
**casting**
4:24 67:21
95:10
**catch**
16:9 29:8
30:16,18
36:25 60:19
**category**
37:14
**caught**
106:19
**Cause**
16:18 40:3
46:21,25
62:24 63:4
**causes**
37:5
**caution**

48:4
**CD**
109:6,13,15
**certain**
8:12 67:7
79:7 97:9
97:16
**certainly**
5:24 39:8
58:14 67:9
101:24
102:13
106:12
**certificate**
17:11 18:25
20:9,25
21:2,6,8
28:21,25
29:10,13
31:7,14,19
42:10,14,17
43:5,9,13
43:17,20,22
51:22 53:25
54:14,19
55:14 56:2
56:25 57:1
57:6 61:23
62:1 65:5
65:13,16
69:14 80:21
81:16 92:16
92:18,20,21
92:22,24
94:13,17,23
95:1,8,14
98:8,23
99:20
100:25
102:3,7
104:8
**certificates**
21:11 44:4
54:9
**certified**
56:1,4 109:3
110:1
**certify**

109:5,20
**chain**
24:4
**Chair**
2:15,17,20
7:6 11:24
16:17,23
23:13 25:1
27:15,19,21
32:18 33:3
34:5 35:8
35:15,17,19
37:21 38:19
38:22 39:12
40:1,9,12
40:18 41:19
41:24 42:2
44:14 45:13
46:20 47:6
50:10 51:1
51:4 52:22
53:12,12,16
59:10 61:1
61:17,21
62:6,8,23
64:25 66:23
68:5,9
72:11 73:22
75:10 76:21
79:1,21
82:1 88:17
88:25 89:7
91:5 93:15
93:19 105:1
107:19
**Chairman**
2:1,4,5,9,25
3:1,4,5
4:20 6:16
6:18,23 7:2
7:6 10:13
11:21 16:17
16:23 19:24
20:3 23:9
23:13,17
24:23 25:6
25:8,8,11
25:15,18,18
25:21 27:12



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

27:22 28:2
28:5 29:25
32:17 33:2
34:4 35:6,8
36:2,3
37:18 38:12
38:15 39:1
39:8,21
40:1,7,25
41:14,17
45:13 46:17
46:20 47:3
47:10 48:5
49:6,14,22
50:2,6,10
50:15,24
51:7 52:19
53:21,23
59:8 60:16
61:3,5,15
61:25 62:4
62:8,21
63:18 64:17
66:21 68:4
68:10,14
72:9,17
73:17 75:7
76:17,21
77:2 78:22
79:20,25
81:6,24
82:5 85:2,5
87:20 88:14
88:17,22
89:4,13
90:7,13,24
91:4 93:13
94:1 99:22
100:20
101:9,18
102:12,15
102:19
103:12,16
103:19
104:24
105:4
107:14,17
**Chairmens**
61:8

**Chairwoman**
53:17,20
59:15,18,21
60:5,8,11
60:13 63:20
63:24 64:25
65:7,21,24
66:4,8
105:1,3
107:18
**Chair's**
2:14
**challenge**
23:1,2
**challenges**
4:2 47:17
**chance**
19:6
**change**
38:16 39:6,9
39:18 41:13
41:17 43:3
43:4,12
45:22 49:10
49:16 52:2
56:6 70:2
82:12,14
91:23 98:8
**changed**
5:13,14 8:21
9:4,5 15:12
37:25
**changes**
45:11,12
106:15,17
107:2,4
**changing**
31:16 39:22
**Chapter**
44:24
**charged**
22:21
**check**
5:16 21:1,5
55:23 91:19
**checked**
16:20 32:25
80:23 81:4

**checking**
87:11
**checks**
75:2 80:21
**Chew**
100:18
**children's**
16:6
**chilling**
66:18
**choice**
103:5
**choices**
3:18
**choose**
104:2
**cigarettes**
67:12
**circle**
45:3
**circular**
92:19
**cities**
8:6,20 9:3
**citizen**
6:1 16:3
70:12
**citizens**
10:8 70:7
**citizenship**
55:14 56:3
105:24
**city**
13:14,24,25
**clarified**
80:16
**clarify**
47:15 104:22
**clean**
40:21 61:10
**clean-up**
36:5
**clear**
25:25 33:13
73:11 81:23
**clearing**
105:5

**clearly**
12:7
**clerk**
2:3,4,6,8,12
14:5
**clerks**
8:13 23:22
**click**
24:4
**Cliff**
16:24 17:1,2
20:13,22
21:4,14,20
21:23 22:2
22:5,12,15
23:11,12
28:14,14
37:21,23,23
38:13,14
47:6,11,11
48:13,16,22
49:2,5,20
49:25 50:4
50:9 82:1,3
82:4,7,7
85:4 86:2
88:2,4,7,10
88:16
**close**
6:15 17:12
35:15 41:2
41:24 53:7
53:11 67:13
105:2
107:13
**closely**
20:21
**closing**
6:17
**Cocourse's**
25:10
**code**
26:23 50:20
54:15
**collecting**
56:24
**combination**
21:1

**come**
2:2 6:15
10:3,8
15:19 18:10
28:25 31:6
37:25 38:15
39:9 44:1
57:12 60:21
61:6 63:8
67:9 69:20
70:24 77:17
77:18 78:3
86:17 94:19
95:3 96:12
103:8
105:15
**comes**
20:23 57:17
95:6
**coming**
17:15 27:10
39:22 47:4
61:16
**comment**
17:5 25:22
99:22
**comments**
25:9 64:18
83:9 94:9
107:22,23
**commitments**
60:21
**Committee**
1:2 3:12
16:14 17:5
25:24 26:22
35:18,24,24
36:3 40:16
42:1 57:9
59:7 61:3
99:16 106:3
109:7
**common**
16:18 40:3
46:21,24
62:24 63:3
74:11
**communicated**



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00212144

85:20
**communities**
13:4
**community**
91:17 106:24
**compared**
74:10
**complies**
54:21
**compromised**
3:15 5:1
**concealed**
55:19 84:8
84:16 87:25
**concern**
20:5,19 26:4
40:20 47:19
48:11 61:25
62:3,11
64:21 65:2
77:14 80:12
80:25
**concerned**
18:17,22
25:24 51:9
91:21
**concerns**
4:4 32:6,13
**conclusion**
99:14
**conclusive**
64:23
**confidence**
67:15 77:8
**confirming**
56:3
**conflict**
78:15
**confusion**
43:19 45:7
80:13
**Congress**
92:11 96:18
110:8
**connect**
16:10
**connecting**
14:12

**cons**
47:14
**consider**
82:21
**constitution**
69:1,8 70:8
**contact**
45:18
**contain**
3:22
**containing**
55:11,11,13
56:13,19
**contains**
55:14,18
**contiguously**
15:24
**continual**
77:16
**controver...**
92:9
**copy**
55:22 56:1,4
103:5 106:8
**correct**
41:11 42:21
43:7 59:15
61:24 73:13
75:6,25
**corrected**
42:15
**correcting**
42:8 47:4
**correction**
44:1 51:11
**corrections**
36:13 44:23
45:1 51:25
**correspon...**
96:3 98:25
**cost**
59:12 83:5
**counsel**
94:4 109:21
**count**
11:15 19:5
29:16 31:15
31:21 77:25

**counted**
18:15 28:17
33:19 63:17
72:8 80:24
81:5 107:11
**counties**
8:1,9,11
15:11 19:12
24:19
106:11
**country**
4:20 5:1
**county**
4:16 11:11
16:24,25
17:3,13,19
18:13 19:16
21:23,25
23:23 26:16
27:25 28:8
28:10,15
30:6,24
32:5 37:22
37:24 38:7
39:2,14,17
44:1,15,18
47:7,12,18
51:8 52:13
61:3,7
66:24 67:4
82:2,8 85:6
86:23,23
96:23 97:4
97:15 102:6
102:6 109:1
**couple**
5:11 13:15
58:5 84:6
92:8
**course**
38:6 53:4
57:17 100:2
**court**
56:5
**Courthouse**
102:6
**cover**
29:7 65:2

**covered**
65:18 87:18
**covers**
29:7
**create**
15:24 19:23
48:1 84:10
97:12
**created**
99:2
**creating**
18:4,17,23
47:22 84:13
96:9
**credit**
5:18 24:1
**crippled**
70:16
**critical**
73:20 84:4
103:20
**crossed**
14:10
**crux**
87:16
**CSR**
1:13 110:6
**cumulative**
20:6
**cure**
77:22
**cured**
78:20
**curiosity**
76:4
**curious**
11:8 45:17
74:3,14
87:23
**current**
31:13 42:7
42:24 43:3
54:11 55:22
55:23 58:14
80:17 81:10
94:18
**currently**
20:6 79:9

83:20 84:2
105:19
**curve**
10:6
**custom**
35:18 69:17
**customary**
41:25 53:15
**cut**
48:23
**cycle**
13:10

---

**D**

**dad**
11:1,1 100:3
**Dallas**
28:8,10 30:5
32:5 51:8
52:12
**database**
26:13,17,20
27:2,6
74:19
**databases**
26:24,25
**date**
37:10 55:9
110:6
**day**
3:12 13:11
15:1,12
29:8 30:18
54:3 58:18
77:12,21
95:11 98:18
100:3 110:1
**days**
37:10 41:9
**deal**
22:21 36:5
90:2 99:6
**debating**
79:9
**deceived**
27:4
**decide**
15:16



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

decipher
45:11
decree
56:5
defends
94:6
Defense
35:10 93:20
delay
18:19
deliberate
36:20
demanding
82:18
Democrat
50:11
Democratic
23:15,19
 24:17 40:10
 50:16 89:8
 89:14
denied
70:13 77:11
Denny
25:8 36:3
 53:17,17,20
 59:15,18,21
 60:5,8,11
 60:13 63:20
 63:24 64:25
 65:7,21,24
 66:4,8
 79:12 80:11
 105:2,3
Denny's
25:19 66:9
Denton
39:2
Department
28:13 55:8
 56:16 67:5
 72:12 79:22
 80:1
deposit
6:9
DEPOSITION
110:7
deputy

83:25 90:16
 105:10
described
30:9
desire
68:8
determine
51:25 76:10
determined
82:22 83:6
deterrent
7:18
deterrents
6:3
developing
26:13
died
5:3 59:3
difference
31:22
different
3:21 4:1 5:5
 18:9 19:1
 19:13 47:23
 54:18 70:9
 81:1 97:13
 99:11,11,12
 106:11,17
difficult
42:14 43:24
 52:18 58:15
 107:6
diluted
67:21
dinner
16:7
direct
33:20,24
direction
23:6
director
23:19 39:17
 46:24 50:16
 63:3
dis
67:14
disabilities
91:12,25

disagree
100:20
disappears
104:11,21
discourage
6:4 96:9
discouraged
6:5
discover
8:23 9:4,5
 15:21
discovered
14:1
discussed
58:8
discussing
47:13
discussion
17:25
disenfran...
12:12 30:23
disenfran...
37:4 68:19
 86:9 106:18
disenfran...
68:22 92:13
disenfran...
67:19
dishonesty
9:22
disparate
64:22
dispensed
85:19
district
22:19 100:3
diverse
17:18
division
33:9 102:25
 106:11
divorce
56:5
document
55:23 56:3
 97:17
 101:13

documenta...
98:22 102:1
documents
97:20 98:9
 99:3 100:23
doing
6:6 16:6
 18:3 26:12
 52:6 53:21
 107:8
dollars
98:9,11
Don
27:15 38:22
 38:25 39:1
 52:22 80:6
 80:9 81:15
 81:21
door
60:4 86:18
dot
36:10
doubt
51:15
dovetails
78:15
DPS
55:19 56:11
 56:24 58:1
 59:12 60:2
 60:3 72:15
 72:25 87:24
DPS-issued
72:22 74:1
Dr
40:19
drafted
33:13
drive
9:10 13:18
 73:25 74:2
 75:1 95:16
 95:16
drivers
75:22
driver's
7:23 9:8,11
 13:4 14:7,9

14:11 24:9
24:11 26:9
51:18 55:6
56:17 57:25
63:14 72:24
73:4,25
74:10,21
75:12,17
76:10 84:3
96:1 97:19
97:23 98:1
98:4,6,7,12
100:7 101:1
101:3
102:11
104:16,18
driving
13:21 56:10
 73:4 75:5
dual
78:17
due
42:13 43:24
 109:12
duly
77:9
duplicate
47:22
duty
15:17

E
earlier
30:9 99:13
early
4:17 15:13
 16:8 18:6
 19:15,16
 58:17 77:18
 77:18 99:6
 99:8 106:3
easier
42:22 52:9
 52:10,17
 98:23
easily
29:24
east



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00212146

8:5 10:17
10:17 11:8
41:7
**easy**
29:21 68:18
**economy**
70:15
**educated**
100:9
**educating**
100:13
106:16
**education**
19:7 55:17
85:13
100:21,22
101:7,25
106:12
**Educational**
35:11 93:21
94:5
**effect**
17:23 66:18
**effectively**
85:20
**efficiency**
17:15
**Eight**
21:20,21
**either**
13:4 20:10
23:6 28:25
31:7 54:17
54:25 79:10
82:17 89:15
97:9 100:21
**either/or**
47:25 94:18
**elderly**
95:15,16
**election**
9:2 13:10,11
15:12 18:22
22:16 26:23
27:16 28:13
28:16 39:3
52:23 54:3
54:15 58:18

61:11 71:25
77:12,21
80:7,10
86:17 94:2
95:11 97:22
100:3 102:5
102:5,12,13
102:24
106:10,16
**elections**
1:2 4:1 8:5
8:11 9:22
9:24 17:2
22:1,19
27:25 28:8
31:1 32:1,2
33:9 37:24
38:23 39:1
47:12 52:7
52:13 89:25
109:7
**electronic**
85:7,9
**eligibility**
54:22
**eligible**
26:17 30:13
36:8 57:6
61:13 67:19
68:23 81:2
**eliminates**
94:22
**Elizabeth**
41:21 53:3,6
**Elm**
70:25
**emotion**
22:21
**employed**
109:21
**employee**
55:12
**enclose**
103:5
**encourage**
64:3,13
**encouraging**
26:1

**endured**
4:2
**enfranchised**
86:11
**enlightening**
102:22
**enormous**
97:11
**ensure**
54:1
**ensures**
77:10
**ensuring**
42:23
**entertain**
59:6
**entitled**
109:6
**entity**
56:1,7
**envelope**
46:4
**equally**
94:9
**erroneously**
36:25
**error**
41:12
**especially**
14:23 58:16
87:18
**ESQUIRE**
110:7
**essentially**
19:3 26:22
69:5 104:11
**establishes**
56:20
**estimate**
17:12
**estimated**
57:21
**everybody**
11:16 19:6
19:17 61:13
82:22 107:6
**evidence**

94:15 95:3
99:19
**evolved**
5:14 22:24
**exactly**
92:25
**example**
13:8 95:15
**examples**
58:16
**exceptions**
23:3
**exclude**
96:7 102:9
**executed**
80:15
**executes**
57:1 65:11
**Executive**
46:24 63:3
**exercise**
12:4 30:22
68:23 69:4
69:11,22
71:16
**exist**
26:25 54:12
**existing**
33:16 54:21
**exists**
19:4
**expand**
106:1
**expect**
57:13 89:19
89:20
**expected**
9:18
**expedite**
68:8
**expense**
59:17,25
**expensive**
58:2
**experience**
21:19,22
22:8 28:9
30:24 31:5

31:25 36:20
**experiences**
3:25
**expert**
27:6
**experts**
98:15
**Expiration**
110:6
**expired**
55:8,9
**explain**
35:21 53:17
**explaining**
58:4
**explanation**
46:25
**explicit**
62:13
**express**
32:14
**expressed**
80:11 82:11
**extent**
37:6 62:15
**extremely**
42:17
**E-trans**
109:17

---

**F**

**fact**
18:21 21:6,7
30:8 44:7
63:5 78:15
82:14 92:14
100:1
**fails**
54:24
**fair**
30:7 76:13
76:15,16
**fairly**
19:17
**fake**
54:9
**fall**
19:14 85:8



**ESQUIRE**
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00212147

false
26:7,9 54:7
familiar
102:2
family
58:12,13
fantastic
26:12 30:6
far
29:20 52:1
53:2 93:6,8
father
100:2 101:4
favor
39:6 40:6,7
44:18
favorably
53:10
federal
56:12 59:22
63:6 96:20
97:6 103:9
fee
56:25 57:3,8
feel
13:2,5,6
61:9 76:8
89:24
fees
60:3 98:13
file
3:24 75:22
85:6
filed
43:19 54:8
57:11
fill
25:16 51:14
58:10 64:6
84:2 90:22
105:8
filled
7:12
filling
49:16
final
53:2
finally

91:24 95:21
98:14
financially
57:2 109:24
Finch
38:19
find
8:24 51:12
51:21 52:11
52:15 71:13
72:2 91:19
96:11
101:20
102:4
fine
58:14
finished
93:5
FIRM
110:7
first
4:25 8:22
14:10 29:8
36:10 86:11
88:21 90:8
90:15 103:3
103:24
first-time
96:23 97:4
97:14
104:10,20
fiscal
57:19,21
59:11 75:14
fishing
12:18 56:14
84:25
five
36:8 80:23
105:20,21
flight
60:19
flocking
9:25
Floor
109:10,18
flu
78:19

folks
27:4 49:7
59:13 71:21
78:5 85:9
86:22
follow
29:18 81:10
following
55:5,20
109:5
follow-up
29:4 57:10
food
14:5,6
force
96:5
forced
63:16
forcing
96:10
foreclose
101:7
forefathers
59:3
forget
82:20
form
2:11 3:19
20:10 25:16
29:1 38:16
39:9,23
41:18 42:17
42:18 43:20
44:11 47:5
54:17 69:23
90:10,22
92:21,24
98:19
100:11
formal
57:12
formally
91:10
forms
3:21 5:8
7:22 12:17
17:22 20:9
20:11,16

30:11 31:8
54:18,25
55:4,6,21
56:19,21
63:24 78:4
79:14 83:21
94:20 96:6
105:20
fought
59:3
found
14:18
four
38:8 40:22
57:15 63:7
franchise
12:5 30:22
69:4,23
71:16
Frank
32:18 76:22
77:1,3 79:6
79:17
frankly
101:18
106:16
fraud
10:7 12:3
22:9 25:24
32:1 54:4
66:12 71:19
71:19 94:15
95:5 99:19
fraudulently
95:7
free
92:21
freedom
70:11,11
frequently
69:11 100:4
freshman
3:7
friend
14:4
friends
4:6 58:12
front

51:13 96:20
functions
99:16
Fund
35:11 93:21
94:5
fundamental
12:5 68:23
70:6 77:24
funding
57:12,17
funds
97:8
further
109:20,23

                G
garage
40:21
gas
9:14
general
28:16 53:10
71:25
Generals
109:18
General's
109:11
generate
81:1
generation
100:14
George
39:12,16,16
39:21 44:14
44:17,17
45:20 46:3
46:18 66:23
67:1,3,4
68:24 69:2
69:9,15,19
69:25 70:10
71:7,17,24
Georgia's
79:8
Germaine
79:21
getting



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00212148

```
    14:2 16:2          goes               82:21 85:17        41:19 59:22       heard
    19:8,13            81:3                85:25,25          83:5               2:14 9:20
    26:9 27:4          going               87:1             handgun             77:15 94:24
    85:22              4:11 6:14          grandmother        55:19 84:8         95:4 96:14
give                    8:7,18 9:22       101:2              84:16 87:25      hearing
    13:8 37:9          16:8 17:16         granted           happen             46:25
    47:16 70:25        18:5,19            13:17              22:19,22         heighten
    74:8 84:11         19:22 26:8         great              37:15             97:25
    97:10 98:14        58:1 64:13          3:4 22:20        happened          Hello
given                  66:12,15           48:16 53:21        4:6               25:4
    14:25 36:18        78:20 80:16        93:14             happening         help
    69:1 77:4          80:25 81:4         greater            4:23              12:24 61:9
    97:11              82:25 83:2          98:16 101:6      happens             72:21 96:13
gives                  83:14 84:12        101:6              36:9,24            107:3
    3:18 67:15         85:5,8             group              45:18           helpful
    70:22              86:14,15,16        17:18             happy              12:8 106:25
giving                 86:17,19          guarantee          24:21 40:22      helps
    5:3 12:22          90:22 91:12        17:24 71:1         59:6 78:18        107:1
    14:6               91:22 92:2        guess              hard              Hi
glad                   92:2,3,4,19        18:19 27:20        15:7 30:5         37:23 39:16
    14:17 35:3         95:17,20           34:18 44:19        92:4            Hidalgo
go                     96:3 97:7          59:17 60:2        harder             86:22
    4:5 5:12 6:6       98:1,2,5,10        70:14 73:3         10:2,7          higher
    8:11,17,22         101:20             81:23 85:16       Harris             55:17
    9:4,15             102:9,10          gun                39:14,17         history
    13:18 14:20        106:19             12:19              44:15,18         85:6 93:17
    14:25 15:17       good                                  47:17 66:24      holding
    16:9 21:9          5:23 6:24         ─────────────      67:4 85:6         95:7
    24:2 26:7          7:9 13:19              H             HAVA             home
    26:22 27:9         17:1 18:5,8       half               57:10,13          9:15 14:20
    36:21 41:9         19:12 21:15        19:17 21:11        78:15 79:1        15:13 87:4
    46:14 51:12        45:21 47:14       Hammerlein         83:20 90:21       89:22 96:2
    51:21 52:10        49:8 58:3          39:12,16,17        91:1,1 92:9       96:11
    52:12 63:11        61:9 67:3,6        44:14,17,18        92:11 96:19      homeowner
    64:8 68:11         72:14 73:9         45:20 46:3         96:21,22          87:9
    68:20 70:25        78:14 83:18        46:18 66:23        97:7,8 99:8      homes
    80:18,22,25        87:15 99:14        67:3,4             103:9,22          89:20
    81:11 84:3        goodness            68:24 69:2         104:13          homework
    87:3 89:19         3:13 101:1         69:9,19,25        HB-1293            16:6
    92:2,20           government          70:10 71:7         94:10           honest
    93:9 95:14         22:3 55:23         71:17 72:10       HB-1706            9:20 10:7
    96:23,24           63:6 91:18        HAMMERLINE         94:9               31:23
    98:6,10,11         98:25 99:14        69:15 71:24       head             honor
    99:10 100:4       governmental       Hampton            30:16             6:16
    100:7,23           56:1,7             11:16             hear              hope
    101:8,13          governmen...       hand               6:15 32:6         8:24 11:1
    102:3 105:7        100:10             2:11 44:25         103:16            71:23 73:4
    106:20            grace               82:23             109:14            75:5 78:21
                                         handed
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

hopper
72:7
hotel
11:16
House
1:1 2:16,17
2:21,21
3:16,17
17:5,7
33:20,23
34:9 35:14
35:15,17,19
35:25 41:3
41:20,24
42:2,5,19
43:4 53:8,8
53:14,18,18
54:15 55:3
77:4 94:2
107:19
109:6
households
95:23
Houston
95:25
Howard
1:13 109:3
110:6
HP-1706
94:21
Hughes
7:3,5 10:13
10:15,21,25
11:4,7,12
11:17 34:6
34:7,15,21
34:24 35:2
35:23 41:6
45:14,15
46:2 48:7,8
48:14,21,25
49:3,18
59:9,10,16
59:19 60:1
60:6,10,12
65:17 72:19
72:20 73:2
73:8,14,18

73:21 74:7
74:13,17,20
74:24 75:4
78:24 79:16
79:18 81:8
81:9,18,22
87:22 88:3
88:5,9,12
102:14
108:1
hundreds
44:21 71:25
72:1 98:18
hunting
56:14 84:25
H.E.B
83:10

                I
idea
21:16 49:1
74:8 75:2
83:18
identific...
3:20,21 4:8
5:9 7:17,22
12:15 14:14
20:10 28:19
28:20,21
31:8 32:1
33:14,18,22
54:5,17,18
54:25 55:1
55:4,6,7,10
55:12,16,21
56:7,18,19
56:21,23,25
70:13 79:11
79:15 90:10
91:20 92:10
92:12,12,16
92:22,23
93:4 94:21
96:7 98:16
100:11
103:2,4,6
103:25
104:1,3,6,9

104:11,21
105:6
identific...
91:16
identify
93:23
identifying
103:8 104:17
identity
18:2 26:6,7
54:12,20
56:20 99:5
105:22
illegal
67:21 68:19
illegally
67:18
illegible
44:8
illustrated
20:5
imagine
92:23 95:24
immediate
36:17 40:20
83:15
immediately
36:17 37:9
40:21
impact
67:22
implement
106:13,15
implemented
83:7 104:12
implementing
12:11
importance
97:25
important
4:19 19:8
21:16 42:19
68:11 73:19
103:20
107:9
impossible
44:9
inadverte...

46:9,16
Inasmuch
36:19
Inaudib
49:12
inaudible
3:14 6:23
25:22 27:4
27:25 36:9
36:12,13,21
39:25 41:7
47:1 50:4
51:10 56:11
60:15 64:16
76:14 77:6
79:24 82:16
89:3 91:11
92:15 93:15
95:22
102:14
incidence
13:3 22:9
31:6
incident
4:15 22:15
include
102:10
included
56:9
including
56:9
incorporated
91:10 103:10
increase
48:20,22
77:7,17
incremental
18:4
incur
100:11
indicate
26:20
indicating
18:25 43:1
indicted
32:4,5
indictments
32:10

individual
41:12 54:7
92:15,18
individuals
27:2 37:1
54:4,10,13
91:11,18,22
91:24 93:9
Industry
3:7
ineligible
45:7
inevitably
95:9
infected
78:21
information
8:15 26:19
29:24 39:9
42:7,9,16
42:22 43:3
43:4,8,25
44:5,7
47:21 51:23
52:4 85:19
86:19
infringing
83:15
inhibits
101:19
initial
38:17 39:10
47:23
initialing
29:12
Inn
11:16
input
26:25
inside
46:4
insight
45:16
instance
20:23 22:18
institution
55:17
instruct



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

43:6
insurance
24:10
integrity
67:14 70:20
107:9
intent
2:14 34:1,11
34:20
interest
60:16
interested
16:15 109:24
interesting
28:22 76:19
interpret
34:19
introduce
33:7 39:15
50:12 61:19
63:1 67:1
76:24 82:3
89:10 91:7
introduces
97:21
invite
2:10
involved
4:1 32:2
85:14,14,15
Iraq
4:23
issue
17:6,7,8
20:4 21:15
63:8 66:3
68:11,17
issued
55:7,15,16
55:19 56:7
56:10,13,15
56:18 74:15
75:13 84:8
98:7
issues
82:10 96:21
issuing
59:12

Item
80:19
I.D
4:9 5:7,8,16
5:17,18,21
6:10 9:13
12:14,17
17:6,23,24
18:3,16
19:2 20:15
20:16 21:15
22:25 23:23
24:2,5 29:1
30:12 31:15
31:17,18,20
34:2,25
35:5 58:9
61:24 62:1
62:15 63:20
63:24 65:22
67:9,10,11
67:11,25
69:24 70:2
70:16,18,22
71:8 72:22
72:25 73:6
74:1,16,19
75:1 76:1,9
77:21 78:3
80:21 81:17
82:17 83:10
83:10,13,19
83:21,23
84:4,4,9
87:2,7,8,16
89:16,22
90:1,15,17
90:18,20
92:17,18
95:17 97:25
98:19 99:9
105:13,20
105:21
106:8
I.D.s
13:5 18:10
21:5 57:25
59:12 78:3
78:4,11

79:8 84:14

___ J ___

JESSE
36:1 41:5
Jim
70:24
job
3:3 15:9,23
16:2 18:9
19:12 26:12
27:14 30:6
52:9,10
53:22
106:14
110:11
joins
107:1
Jones
35:20,21
36:1 37:19
40:19 41:2
41:5,15,16
50:14 70:24
journey
3:13
journeys
3:24
judge
80:21
judges
8:2
judgment
98:18
juggle
98:24
junior
84:25
justifica...
99:18
justified
51:15

___ K ___

keep
44:11 46:15
63:10
Ken

23:14,17,18
40:9 50:11
50:13,15
89:7,10,12
89:13 90:11
90:14 91:3
91:4
Kerry
78:12
key
24:4 83:18
kind
22:16 26:10
27:9 36:4
36:21,22
37:5 68:16
70:6 73:22
76:10 84:10
85:18 86:13
86:24 91:19
95:3 96:3
97:16 99:23
kinds
18:9
knew
4:10
knock
86:17
know
3:11,22 4:2
4:13 6:2,11
8:8,17 9:8
11:1,6,10
11:16 13:16
13:19 14:3
14:16 15:11
15:15 16:5
16:13 18:12
18:13 21:9
21:16 26:11
27:8,9
30:15 32:4
32:7 34:1
36:7 44:24
45:4,6,16
45:24 46:5
46:8 47:12
49:4,18,22

50:20 51:14
52:9 53:2
58:8 60:18
61:11 62:17
65:3 67:9
67:20,22
68:10,14
70:3 71:23
71:25 72:4
72:5 73:24
74:21 78:7
79:2,3,5,6
79:7,7,8
83:2 84:12
86:7,25
87:24 89:20
90:21 91:14
91:18,22
92:5,22,25
96:14 98:10
100:5,6,23
101:14,25
105:8,12
106:25
knowledge
79:4
known
88:23
KOLKHORS
2:24
Kolkhorst
2:19,22 3:2
3:5 6:20,21
6:25 24:1
35:16 59:2
61:22 79:13
Kolkhors's
25:13 58:6

___ L ___

lack
44:6 99:18
lady
14:6
laid
44:20
language
18:2 20:12



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

48:24
large
8:19 13:24
13:25 18:20
19:17
106:15
larger
8:6 13:14
49:4
largest
91:15
late
41:19
lately
49:21
laundry
12:20
law
21:12 31:13
31:18 34:10
36:15 37:13
42:7,24
43:9 58:14
59:22 63:6
67:10 69:5
72:21,24
73:12 80:17
81:11 94:18
97:6 103:10
106:18
laws
29:14 78:10
lay
2:15,21,21
2:22 3:16
6:13 42:2,3
laying
3:14
lays
35:19
le
49:13
League
36:5 37:14
38:20
learned
39:5
leave

2:14,17
15:13 35:17
41:25 47:22
48:3 53:14
107:14,19
leaves
54:3
legal
35:10 93:20
94:4,6
legislating
71:19
legislation
20:18 49:7
57:16 67:6
77:7,10
78:14,17
79:9
legislative
34:19 61:3
Legislature
18:7
legitimate
9:20
letter
38:9 45:23
47:20
letters
38:6
letting
45:16
let's
11:9 34:9
63:9
level
4:3 26:16,16
27:11
library
56:12,14
84:21,23
105:8
license
7:23 9:8,12
12:19,19
13:4 14:7,9
14:11 24:10
24:11 26:9
51:19 55:7

55:19 56:5
56:11,15,17
63:14 69:6
72:24 73:4
73:25 74:10
75:12,17
84:3,8
87:13 96:1
97:19,23
98:1,4,6,7
98:12 100:7
101:1,3
102:11
104:16,18
licensed
75:21
licensee
87:25
licenses
57:25 74:21
76:10 85:1
lieu
85:17,24
light
39:18
likelihood
97:21
limb
21:10
limit
25:12 40:23
limited
42:13
line
14:7,17,19
45:3
lines
8:14 13:22
42:16 44:8
45:3 96:10
list
12:16,20
20:24 26:23
27:4,5 44:3
46:10,16
55:3 56:22
65:9,25
66:1 80:19

81:12,19
93:3 97:19
99:3 104:5
104:13,14
listed
36:10 41:22
63:15
lists
27:10
literally
16:4
litigation
78:8 96:17
little
3:15 10:2
12:22 24:3
36:4,5,7,10
36:22 41:19
50:22 70:9
83:7 84:13
87:6,14
100:18
107:15
Littles
7:7,9,10
10:19,23
11:3,6,9,13
11:20 13:6
13:13 19:7
88:18,20
live
6:12 8:19
45:5 89:16
95:22
lives
101:4
living
87:9 95:25
96:2
located
55:17 56:14
location
31:7 69:17
logical
12:13
Lois
2:21
long

3:13 4:21
8:14 11:15
13:22 14:17
14:19 24:2
57:14
longer
38:10 96:10
Longview
11:15
look
16:4 67:12
80:18 92:10
looked
12:16,17
looking
3:23 5:4,4
14:13 26:18
26:19
looks
80:23 93:7
loophole
54:3
Lori
91:5,7,9,9
lot
5:14,14 9:20
9:21,23
14:23 15:2
16:1 44:19
45:7,9 46:9
47:15 64:2
64:2 77:17
81:1 87:17
91:17 98:22
low
31:5
lower
57:20
luxuries
15:3
luxury
14:24 15:1,1
15:4,19
70:6

―――― M ――――
machines
8:13 85:7



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

Madame
  6:23 107:17
magnitude
106:14
mail
  22:24 46:4
  46:12 51:10
  55:25 58:17
  83:20 85:22
  85:23 86:14
  86:16 89:25
  90:8,9,12
  90:23 95:19
  96:24 97:5
  97:15 103:3
  103:24
  104:20
  106:4,5
mailed
  43:14 45:23
  106:8
mailing
  45:4 83:3
mails
  43:21
mail-out
  44:21
main
  7:15 43:18
  44:19
maintain
  29:22
maintaining
  104:14
major
  85:12
majority
  18:15 46:7
  66:14
making
  10:2,7 19:12
  42:19,22
  51:21 52:10
  61:23
  103:21
MALDEF
  94:5 98:20
  100:22

MALDEF's
  94:8
man
  4:16
manage
  8:11
mandated
  57:16 91:10
manner
  42:6
MARCH
  1:4 109:8
Margaret
  72:11,14,15
  73:1,7,13
  73:16 74:6
  74:12,15,18
  74:22 75:3
  75:6,13,18
  75:21,25
  76:5,12,14
  76:20
margin
  19:18
market
  85:18
marriage
  56:4
Marshall
  11:10
Martinez
  79:21
marvelous
  106:14
Mary
  38:19 66:9
massive
  107:2
match
  97:23 98:3,4
  98:10
material
  96:11
maximize
  107:7
ma'am
  11:12,17
  60:1

McAfee
  32:21 33:2
  40:12 51:1
  93:16
McGeehan
  30:14 33:4,8
  33:8 34:13
  34:17,22,25
  35:4,7
  62:17
  102:20,24
  102:24
  103:14,18
  103:22
  105:4
mean
  12:18 14:8
  24:5,10
  34:11,15,16
  34:19 48:10
  52:6 62:17
  69:7 70:14
  71:4,24
  73:10 74:9
  82:15 105:7
  106:24
meaning
  28:20
means
  27:7
measure
  61:9
mechanism
  46:15 102:8
media
  85:14,15
Medicaid
  56:9
Medicare
  56:10
medium
  22:11
meet
  95:17,21
member
  16:14 58:13
members
  6:19 19:24

  23:10 24:23
  25:23 27:12
  29:25 33:6
  36:2 37:20
  39:11 41:15
  41:23 42:12
  44:13 50:7
  50:25 52:20
  53:6,9,23
  58:12 61:16
  66:22 68:4
  72:17 81:6
  91:2 93:13
  94:2 95:22
  102:16
  104:24
  105:4
  107:21
memorium
  69:18
men
  5:2
mention
  103:1
mentioned
  10:17 19:10
  51:16 58:8
  95:15 96:5
  99:12
method
  92:13
Mexican
  35:10 93:20
  94:4
middle
  3:14 45:6
  47:23
military
  55:10
million
  57:21 74:19
  74:22 75:12
  75:22,23,24
  76:1,3,6
mind
  14:10 39:22
  47:4 84:5
minimal

  22:11
minor
  37:12
minority
  13:15
minute
  77:15
missed
  62:18
mistake
  44:2
mistakenly
  101:21
Mister
  20:1
misunders...
  82:13
mitigate
  20:19 48:10
modification
  80:17
modifies
  55:3
modify
  45:24
Mom
  100:3
moment
  21:18 53:13
  99:24
money
  44:24 59:23
  83:5 97:10
  97:11
months
  40:22
morning
  9:2
mother
  100:2
motivation
  66:17
mouth
  86:20
move
  23:5
moved



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

85:7 98:5
98:12
movement
70:11
movements
105:25
movie
5:20

**N**

name
4:10 7:10
20:24 23:18
28:3 43:16
44:10 45:6
46:23 50:15
55:24,25
56:6,13
60:22 63:2
65:9 84:22
87:10,12
89:13 104:4
names
72:2,4
name's
104:4
natural
85:18,25
nature
58:7 107:4
necessarily
102:10
necessary
64:12
need
8:1 15:5,8
15:14 20:15
25:15 44:10
51:17,19
71:7 87:13
100:6,15
needed
100:10
needs
43:11 75:1
80:15 99:15
negative
67:22

neighborh...
8:20
neither
109:20
neutral
27:23 28:1
33:5 39:14
48:2 53:5
61:18 72:13
80:2 102:22
never
10:23 17:16
71:9 72:4
86:10 95:6
new
42:20 43:2,6
43:21 46:4
47:6,20
48:11 49:19
50:19 51:10
77:7 90:21
90:24 98:6
98:7,12
news
16:5 58:3
85:7
newspaper
9:1 15:13
newspapers
83:1
nice
3:3,3
Nina
35:9 93:19
94:3
Nixon
2:16,18
Nixon's
2:13
nobody's
86:17
nonpartisan
94:5
non-drivers
95:19
non-photo
54:18 55:1
55:21

normally
7:23 41:10
98:7
Nos
84:21
notation
45:1 104:5
note
57:21 59:11
93:18
notes
57:19
notice
36:12,16,17
38:4 41:9
57:18 82:23
83:3
noticed
13:11
notices
51:24
notified
37:9 58:18
58:19
notify
107:2
notwithst...
83:8
November
18:14 38:5
82:25
nowadays
24:6
number
4:2 5:22
7:15,19
10:5 18:9
18:20 22:10
28:19 36:14
41:3 43:11
53:8,18
86:4 87:4
104:16,17
104:18
numbers
29:2
numerous
58:16

nursing
89:19,21

**O**

obligation
67:7,25
obstacle
13:1
obstacles
12:10
obtain
29:21 92:18
92:23
obtaining
56:8
obvious
60:2
obviously
4:1 5:13 6:5
70:21
occasional
22:13 71:22
occasions
7:20
occurred
13:11 95:4
offended
64:1
offer
6:2
offering
18:24 54:16
65:5,10
offers
35:23
office
18:8 19:11
26:12 27:1
27:5 33:5
33:10 34:11
39:13,14,17
41:21 42:15
43:16,23
44:15,18
53:3 66:25
67:5 80:12
84:1 95:20
102:21,25

105:8,9
109:11,18
officer
73:3
official
55:25 99:1
104:14
officials
97:22
oh
40:4 49:25
53:13 57:13
okay
11:20 16:15
16:23 22:4
22:7,14
23:7 25:14
25:17,21
26:18 46:2
47:3 48:5
48:21 50:24
60:10,11
62:10 68:12
73:2,13,14
73:16 74:7
74:17,20,24
75:24 76:7
76:7,12
79:5 81:22
82:24 88:5
88:9,22
93:15
103:14
104:6 106:1
old
45:18 85:10
once
15:16 25:8
36:6 37:1
100:9,13
104:12,13
104:15,18
onerous
12:22 78:4
ones
20:5 28:17
43:22 46:13
51:16



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00212154

78:20
ongoing
59:24
opportunity
12:23 26:6
41:11 61:6
77:22 93:11
oppose
17:9 94:11
opposed
7:14 8:3
18:16 23:20
74:9 89:14
opposite
23:25
opposition
16:22 94:9
option
42:8 94:18
100:21
order
2:2 7:17
15:25 30:22
57:7 92:21
92:23 98:3
101:12
organization
10:9 80:12
94:5
original
56:4
outcome
109:24
outlines
93:3
outrage
66:6
outreach
9:16 91:17
92:4
outside
99:24
outweighing
52:14
overlapped
41:10
overlook
106:7

overlooked
106:5
over-esti...
86:3,4
o'clock
8:19 9:6
15:20 16:5
60:20

**P**

pack
67:12
package
36:11
paid
43:15
paper
9:2 73:10
86:5
papers
56:3
paradoxical
99:25
paragraph
29:9
parent
96:4
parents
100:1,14,25
Parks
56:15
part
6:11 11:4
participate
64:14
participa...
100:12,13
107:7
particular
77:23,24
98:19
particularly
98:1
parties
23:19 50:11
50:16 89:8
109:22
parts

45:1
party
23:15 24:17
32:19 40:10
76:22 77:3
89:14
pass
37:15 57:14
59:23 93:7
passed
5:6
passes
8:16,16
59:22 63:6
passport
55:15
passports
7:23
Paul
39:13
Paula
7:7,9,10
10:19,23
11:3,6,9,13
11:20 13:6
13:13 88:18
88:20
pay
57:3 59:14
59:23 60:15
98:11 101:3
paycheck
55:23
paying
85:21
pays
95:23
peg
22:8
penalizes
23:21
pending
2:15,17
35:17 41:25
53:14 96:17
107:14,20
penetration
13:3 75:16

76:9
people
4:24 6:5
7:16 9:9,17
9:21,25,25
10:3 12:4
12:12,13
14:1,12,13
14:23,23
15:2,7,11
15:24 16:10
18:10 19:14
23:20,24
24:15 30:23
32:4,13
38:4,7
44:23,24
45:1 46:9
46:15 57:24
58:11,17
59:5 62:14
64:3,13
66:14 67:15
67:16,19,21
68:18,22
70:3,16,19
70:24 72:1
76:3 77:8
77:14,17,18
78:6,10
81:2 83:1,2
84:22,25
85:10,23
86:4,6,8,25
87:2,4
89:19 95:5
96:22 99:4
99:12,12
100:9,13,14
100:23
101:8,19
102:2,9,10
107:2,10
people's
106:23
Perales
35:9 93:19
93:23 94:1
94:3 101:17

101:23
102:18
PERALEZ
100:19
percent
17:13 19:21
24:15 52:1
78:9,11,12
percentage
75:20
percentag...
74:10
perception
83:15
perfectly
68:12
period
82:21,22
83:6 85:17
85:25,25
87:1
permit
56:10
person
8:18 13:1
15:3 17:24
24:8 33:21
36:12,15,24
41:10 54:24
55:15,25
56:11,15
57:1,2,4
70:24 71:1
82:14 84:9
89:21 90:8
92:17 94:16
95:1,6,7,25
103:2,23
personal
55:7 56:25
87:8 92:15
92:23
104:17
personally
7:18 32:9
52:12
persons
31:6 37:8



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

```
    94:15              8:20,25 13:1      73:3                 20:18              39:2
person's              13:18 14:4      political             Post              press
3:20,22               15:11 30:21     23:18 50:15           43:23 95:20        86:3
    55:11,12,13        54:13 69:21     politics                 105:7          pretty
    55:14,18           81:11 84:14     22:6                  postage           12:13 18:8
    56:4,6,13          86:11 87:24     poll                  43:15             29:16,24
    56:19,20           89:5 99:16      14:3 22:25            posted            78:5 87:15
    77:25 84:22        104:9              23:2 53:25         9:3               prevent
philosoph...          105:20              60:4 69:17        potential         26:3 95:10
70:14              places              78:9 97:24           54:3              99:4,7
phone              8:8 9:23              98:2,14            power              prevents
43:13                 11:11 13:15        99:18 103:8        86:3              58:11
phonetic              13:23 87:25     polling               practical         previous
32:22 38:19        placing            13:15,22             17:23 38:9         50:17
    66:24 72:12    76:11                 14:4 31:6          49:2              previously
photo              plane                 54:13 69:21        practice          23:1
17:24 18:3         60:19 70:18           81:11 87:24        49:6 54:1         pride
    54:17,25       plans                 104:9              precinct          4:24 66:14
    55:11 56:17    41:18                 105:20             8:2 18:16         primary
    63:20 65:20    please              polls                    19:1 65:9     17:9
    65:22 70:22    2:3 7:2 28:3        10:1 68:1            precious          print
    75:1 77:21         40:24 45:25         77:9,15          5:25 58:24        48:18 85:14
    79:11 82:17        46:5 50:12         78:3,11           59:2              private
    83:12 84:9         60:21 65:3         87:19 89:21       preemption        55:17 106:25
    84:15 91:16        67:1 76:24         90:5 93:5         96:21             privilege
    97:25             100:4,24           94:13 96:10        premature         5:1,2,3
    105:21         pleased               96:24 98:10        63:5              probably
    106:8          19:19 37:16           98:17 99:21        preoccupied       7:11,25 10:5
photograph            57:19,24          101:13,20          73:19                 29:24 38:6
3:20,22            podium              poor                 prescribed            51:9 68:21
    55:12,13,15    62:25               14:23 85:11         56:21                 78:25 91:15
    55:18 56:20    point               pops                present               102:21
pick               9:7 14:25          102:13               2:8 7:4 25:9      problem
41:12                 15:1 17:20      populace                 29:13,14       7:25 12:9
picture               26:14 33:11     85:20                    30:11 53:24        14:22 32:7
5:7,8,16,17           33:23 38:8      population                54:13,17          47:1 48:10
    5:18              60:7,9          75:20 86:10              57:5 65:4          50:17,23
piece                 77:13 83:18        91:15                94:12 99:20         68:22
86:15,16              84:4,4,4        portions                103:4          problematic
    98:25 102:1       87:16,17        38:2                  presentation      42:18,18
pieces                103:20          position              55:10             problems
85:22 86:5         pointed            12:6 28:9,10          presented         8:9 15:6
    87:7           35:3                  39:6 69:21         43:16 54:21          52:8,14,15
pilot              pointing           possibility           presenting           61:10,11
87:12              34:9 48:9          83:4 97:11           21:10                 77:19 89:24
pilot's            points             possible             presents          procedure
56:11 87:13        84:6               54:6                  18:25             23:3 45:17
place              police             possibly             president         proceeding
```

```
109:23                33:18 104:17      put                 52:20 53:6        real
process               104:18            17:15 24:16         59:7 61:16         4:4 40:19
54:11 61:11           provides          26:5 36:22          62:21 64:18        66:18 71:12
 67:17 71:10          54:24 55:5        40:23 45:1          66:21 68:3         89:24
 100:12               55:20             45:3 46:5           68:5,9 72:9        realize
produce               providing         46:10,16            72:16,18          17:25
94:20 96:25           18:9 54:16        51:22 57:17         76:18 78:18        realized
 97:3,5,6,16          provision         57:21,22            78:22 80:3         92:11
 97:19 101:1          92:9 106:6        72:2,5              80:4,5 81:7        really
 104:21               provisional       74:14 92:6          81:25 91:2        17:23 18:1
program               18:13,14,18       106:22              93:12              19:7,8,12
72:6 106:12            18:21 19:23      putting             102:16             21:15 31:16
 106:13               28:16 29:15       16:7 22:10          104:25             33:12 40:22
prohibits              29:22 31:20       52:4               107:21,23          49:15 50:17
56:24                 33:15,19,24       p.m                 100:4              60:24 64:1
proof                 34:12,22          77:20               quick              64:13 71:4
26:5 29:13            55:2 62:14                            42:5 71:12         71:4,20
 29:14,15             63:17 72:1        _____         91:13              78:2,5 81:2
 54:21 64:9           72:6 80:14            Q               quite              84:17 91:12
 66:11 98:15          80:18 81:1        qualified           18:11 20:20        97:10 99:23
 103:4,24             81:14,15,20       26:18,20,21          26:8 76:19        99:24 100:8
 105:22,24            87:19              77:11               79:10 85:12       103:16
proper                provision...      quantify            100:4             107:1,5
70:13                 31:15 33:22       71:20               Quorum            realm
properly              34:3 105:13       question            2:8               70:14
8:15                  provisions        10:14,22,22                           reason
pros                  54:22              29:18 30:1         _____        5:24 16:4
47:14                 public            33:12 37:6              R               17:9,17
prospective           13:20 55:8        48:16 62:7         radio               19:3 22:20
76:11                  55:16 56:8       63:9 64:25         85:13               37:4 43:18
protected              56:13 72:13      66:16 73:18        raise               44:19 96:17
58:24                  77:8 78:7        75:8 78:25         33:25 34:16        reasonable
protects               80:1 95:25       82:13 84:19        raised             30:21 36:23
94:6                   100:21,22        85:3,16            34:14               37:12
prove                  101:7,24         92:16,25           raises             reasonably
5:23 6:7               106:21           99:23              66:3                22:24
 63:21 65:24           107:2            105:15             rampant            reasons
 66:5,17              punitive          questions          9:22,24 10:6       7:15 8:3
 71:9 99:9            21:7              6:19 10:12         rare                 17:14 36:14
proven                purchase          16:16 19:25        47:13               51:15
42:18                 92:20             23:9 24:22         Rasmussen          recall
provide               purged            24:24 27:13        78:8                12:20
7:16 8:10,15          36:15,24          33:7 34:4          rate               receive
 26:7 36:11           38:5              37:17,20           13:3 76:9          54:2,8 92:3
 43:1,10              purpose           38:12 39:11        read                92:15
 79:14 80:20          32:5 56:8         39:20 41:15        9:1 20:9,11        received
 103:24,25            purposes          41:22 44:13        30:15 35:11        45:24 64:21
provided              55:4              46:17 48:6         42:15 45:8          97:12
                                        50:7,25            46:8 77:5
                                                           83:1
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

receiving
44:2
recognize
10:14 32:21
41:2,20
42:3 53:7
53:12,16
102:16
105:1
recognizes
32:18 34:5
45:13 51:1
51:4 62:8
68:5 88:17
recollect
50:21
recommend
84:7
recommend...
26:21 27:8
recommend...
91:1
record
7:3 16:21
19:15 28:3
35:12 47:22
51:19 52:12
52:25 89:5
records
42:24 48:12
51:18 56:5
88:24
recovering
78:19
recurring
59:24
redundant
60:23 61:21
reference
33:21,24
referring
28:14
refuse
19:4 97:22
refused
18:15
regard
86:3

regarding
72:22
Regional
94:3
register
12:23 24:6
47:2 54:5
58:9,10
64:3 71:8
83:20 90:17
93:4 99:11
registered
19:1 26:13
27:3 42:8
54:2 57:5
72:3,4 77:9
77:11 80:20
83:3,24
96:24 104:5
104:15
registering
58:11 64:4
104:20
105:23,24
registers
103:3,23
registrant
96:23 97:4
registrants
97:15 99:9
registrar
42:11,23
43:14,21,23
83:25 90:16
105:10
registrar's
42:15 43:10
registration
7:20 9:7
14:8 15:22
17:11,14,21
20:8 22:23
24:7,8
28:12 30:11
37:11 39:18
42:7,9,10
42:21,25
43:2,3,7,21

44:11,20
45:25 49:10
49:19,23
50:2 53:25
54:8,9,14
54:19 57:5
57:6,7
63:10,12,16
63:23 64:6
64:7 65:5
65:13,16
66:15 67:5
69:14 70:21
70:23 83:19
84:5,24
87:17 89:15
89:18,23
90:14,16,19
94:13,16,19
94:23 95:1
95:7,13
98:21,23
99:10
100:16
101:11,15
101:21
103:7 104:1
104:13
105:7,9
110:7
regular
53:23 54:2
81:14 86:12
86:14
regulation
96:20
Reilly
32:18 76:22
77:1,3 79:6
79:17
reiterate
92:7
reject
98:2
rejected
28:18,18,19
29:20,23
related

22:1 109:21
relating
54:22
rely
98:20 99:19
106:10
remember
40:20 62:12
85:6 88:12
95:19 99:25
105:16
remote
22:11
remove
94:11 95:11
removed
38:3 39:5
removes
56:17
rent
5:20
repeat
71:12 73:18
103:12
report
53:9 94:25
reporter
52:11 109:4
reports
85:8
represent
7:12 40:13
89:13
Represent...
2:7,13,19,22
2:24 3:2,5
6:19,21,25
7:3,5 10:15
10:21,25
11:4,7,12
11:17,21,23
13:12 16:13
20:1,2,14
21:3,13,17
21:21,24
22:4,7,14
23:7,25
25:10,13

29:5 30:2,3
30:19 31:2
31:24 32:11
32:15,24
34:1,5,7,15
34:21,24
35:2,16,20
35:21,23
36:1 37:19
39:24 41:2
41:5,6,15
41:16 42:3
45:14,15
46:2 47:9
48:6,8,14
48:21,25
49:3,12,18
50:14 53:17
58:6 59:1,8
59:10,16,19
60:1,6,10
60:12,18
62:6,9,10
62:20 64:15
64:18,20
65:8,17,19
66:2,7 68:5
68:6,7,13
68:16,25
69:3,10,16
69:20 70:4
71:3,11,18
72:18,20
73:2,8,14
73:17,21
74:7,13,17
74:20,24
75:4,7,9,15
75:19,23
76:2,7,13
76:15 78:24
79:12,12,16
79:18,23
80:11 81:7
81:9,18,22
82:11 87:22
88:3,5,9,12
102:14
108:1



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

REPRESENT...
1:1 109:7
representing
7:7,10 16:18
25:2 27:16
27:20 28:6
28:10 32:22
37:22 40:16
47:7 51:2,5
61:2,18
72:12 88:18
91:15 93:16
Reps
103:14
Republican
32:19 61:2
76:22 77:3
request
109:9
require
5:23 17:22
18:5 42:20
57:11 72:24
78:10 79:10
97:3 99:15
105:19,21
105:21,23
106:8
required
30:12 31:17
38:4 43:10
53:24 54:4
57:3 73:6
74:3 80:15
87:1 90:10
96:25 103:4
104:6 105:6
106:17,20
requirement
17:10 30:21
82:19,25
103:2,10
104:11,19
104:23
106:1
requirements
78:16 92:6
92:10 93:9

95:18,21
99:17,17
104:8
105:17
requires
20:8 36:16
42:25 54:23
57:4 93:4
97:3,6 99:8
103:22
requiring
7:16 19:21
24:12,13
31:17 78:2
79:8
research
78:9
resource
33:6 41:22
53:4 80:2
resources
8:10
respectfully
100:19
respond
37:16
response
29:5
responses
87:21
rest
44:4
rested
61:22
result
46:9 69:4
resulted
45:23
results
18:20
retired
11:1 32:23
40:13
return
43:24 44:4
96:11
returned
43:23 46:12

returning
42:11
re-layout
41:20
re-spelling
45:6
Rhonda
1:13 109:3
110:6
rich
85:10
ride
89:21
rider
57:18,22
riders
3:14
riding
9:11
right
4:20 6:1 7:5
9:19 12:5
19:7 21:13
24:9,18
25:12 26:8
26:12 29:11
29:14 30:17
31:10,12,17
32:11 33:16
34:5,21,24
35:2 49:11
51:13 58:24
59:2,4,17
60:4,10,12
62:4 65:7
66:20 67:8
67:8 68:23
68:24 69:2
69:7,11,15
69:19 70:6
70:11,12
71:10 73:7
76:17,20
77:11,24
81:21 87:20
88:14 90:18
96:18,21,22
100:20

102:5
103:22
rights
94:6,7
risk
36:8 47:22
47:24
role
2:3 37:3,3
rolls
67:15 70:20
98:5
room
26:1 30:17
roster
21:1
rule
20:15 35:1
90:24
rules
16:1,3 33:17
87:15
run
97:9
rural
95:22

─────── S ───────
sacred
70:15
sad
24:14
safeguard
107:9
safeguards
64:12
safety
46:15 55:8
72:13 80:1
sake
51:20
Sam's
84:15,16,17
sat
3:6
satisfy
31:9
saw

29:8 30:18
38:1
saying
5:7,7 29:1
45:23 49:23
52:12 84:2
says
21:2 24:1
33:21 36:11
49:10 65:4
80:23
104:13
school
22:19
se
18:4 23:2
47:19
second
96:12
Secretary
18:8 19:11
26:11 27:1
27:5 30:15
33:4,9,17
34:10 41:21
43:15 53:3
56:22 78:25
102:20,25
section
20:7,18 29:6
30:9,9,12
31:9 65:1
sector
106:25
Security
104:16
see
6:24 11:9
13:22,23,23
20:17 24:20
28:22 31:22
39:23 41:3
51:23 52:14
53:18 57:20
66:19 87:2
90:17 92:11
seeing
4:22 85:23



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

seeking
12:7
seen
9:23,24
  29:20 49:21
  89:25 90:20
Senate
57:10 96:18
send
51:24 83:21
  83:21 86:5
  90:10,23
  93:2,6,10
sending
38:9 52:5
sends
47:20 90:9
sense
70:20
sent
6:10
separate
44:12 104:7
September
5:14
serious
68:21,21
service
106:21 107:3
SERVICES
110:7
session
20:20 90:25
set
47:23 77:7
  85:11
settings
95:5
sex
56:6
shaking
30:16
shared
26:17
sheet
36:7
SHERBERT

61:20 62:2
  62:16
Sherbet
27:19,21,24
  28:4,4,7
  30:25 31:10
  32:3,12
  40:15,18
  51:4,6,8
  61:17,20
  62:11
shoot
84:12
short
17:24 83:3
Shorthand
109:3
show
4:9 7:3 24:2
  24:3,5 26:5
  42:11 54:4
  54:25 58:9
  58:15,17,23
  61:23 66:8
  67:11 69:6
  73:5,10
  77:8 83:10
  83:10,11,12
  83:23,24
  84:1 88:11
  90:1,1,19
  92:24 100:7
  104:3
  105:19,22
  105:24
showed
70:17
showing
5:16,17,18
  5:21 7:21
  59:4 62:1
  70:1 77:14
  77:20 104:8
shown
40:6
shows
55:24 78:9
shut

100:24 102:8
sic
38:2 48:19
sign
8:23 19:4
  58:13 81:13
  81:19 82:15
  83:25
signature
5:19 58:13
signed
4:10 29:10
significant
29:3 86:10
  87:4
significa...
18:20
similar
5:5 36:4
  58:7 60:18
  60:23,25
  68:15
similarly
84:24 95:19
simple
3:17 58:10
  78:5
simply
41:5 43:4
  59:4 101:14
single
32:4 83:3
  93:4
sinister
73:22
sir
8:8 25:4
  79:19 85:4
  90:11
site
23:2
sites
22:25
sitting
47:13
situation
65:2 67:10
  70:3

situations
70:9
size
48:23
Skipper
61:2,5
sky
85:8
sleep
16:8
Slight
41:17
small
28:18 42:9
  44:25 47:21
  47:24
smaller
48:19
sobering
4:22
Social
104:16
solutions
36:9
solve
47:2
somebody
4:17 19:3
  33:14 65:3
  95:6,23
  96:14 99:7
  99:10
somebody's
90:19
someplace
8:25
soon
15:18
sophomore
3:8
sorry
53:13 62:9
  79:22
  102:17
  103:18
  105:16
sort
12:14 22:16

60:4 71:19
sought
90:18
sounded
73:19
source
7:17 27:9
space
21:1 42:9,13
  43:1 44:6
  47:16 48:20
  48:23 49:9
speak
27:7 52:25
speaking
28:8 101:18
special
102:4
specific
23:4
specifically
27:7 87:14
spectrums
78:8
speed
36:20
spent
8:6
spill
50:19
Spinks
72:11,14,15
  72:20 73:1
  73:7,13,16
  74:6,12,15
  74:18,22
  75:3,6,13
  75:18,21,25
  76:5,12,14
  76:20
spirit
107:3
sponsor
34:18
spot
74:14
stack
46:14



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

stacks
45:10
staffers
6:14
standard
20:6 77:7
standards
5:25 54:12
start
45:9
started
18:12 100:13
starting
82:24
state
4:3,3 8:4,12
9:9,13,17
10:8 12:14
12:15 13:5
13:14,20
24:14 26:14
26:16 27:1
28:2,23
30:15 32:9
33:17 56:14
56:18,22
59:12,13
60:22 66:12
67:10 72:21
74:1 75:20
79:1 93:4
103:10,23
104:12,14
104:15,19
107:1,3
109:2,4
stated
83:17 92:7
statement
55:22 97:1
statements
106:23
states
5:5 6:1
15:10 32:9
57:16 59:23
79:3,8,10
105:17,19

105:23,25
statewide
26:13,17,25
27:10
104:12
106:12
State's
18:8 19:11
26:12 27:1
27:5 33:4,9
34:10 41:21
43:16 53:3
102:20,25
state-issued
57:25
stating
57:2 65:12
stations
63:7 85:13
statutory
54:11
stay
6:14
stayed
11:15
step
18:4 52:4
steps
96:6
stir
84:13
stood
14:16
stop
48:15
stops
73:3
strange
13:24
strata
17:18
street
70:25 73:3
109:10,18
strict
93:8,8
strike
50:21

struggling
68:11 71:5
71:13
student
55:16
studied
12:16 20:20
studies
22:3
study
28:22
stuff
90:21
Sub
20:10,11,18
30:9,12,12
31:9 65:1
subcommittee
1:3 2:1 3:15
7:1 94:2
98:20
107:24
109:8
submit
42:20 43:6
54:7 57:7
103:6
submitted
109:16
submitting
43:2 103:25
Subsection
20:7
substance
30:20
substantial
94:15
substitute
35:22,24,24
38:1,3
39:19,23
40:17 106:3
successful
107:8
successfully
85:12
suddenly
69:12,22

sufficient
98:21
suggest
22:18 82:20
86:21
Suite
110:8
support
26:2 38:11
61:8 78:7
78:10,17
supported
78:13
supporters
78:12,13
supports
100:22
suppose
83:4
supposed
67:10 88:11
sure
9:17 15:7
18:5 19:12
22:20 26:15
34:8 48:17
50:1 52:19
58:22 61:23
73:11 77:10
79:17 81:10
84:20,24
97:10
SUSIE
66:1
suspect
40:14
suspense
44:3 46:10
46:16
Suzy
16:18,20
40:2,5
46:21,23,23
47:4,5
62:23,25
63:2,2,22
63:25 65:15
65:22 66:5

66:6,10,22
swearing
64:5
swiped
5:19
sympathetic
71:4
system
13:20 22:24
37:6 45:9
97:14,17
106:16
systems
97:13

**T**

take
9:1 13:17
15:13 19:20
34:11 37:2
37:13 52:3
58:25 64:7
66:14 68:15
83:7 87:3
88:7 91:18
91:20,25
92:1 96:5
105:9
taken
4:24 37:3
41:9 60:17
78:9 98:13
109:23
takes
57:14 95:25
talk
18:1 41:6
86:22
talked
79:1 86:8
talking
24:14 90:1
talks
4:21
task
98:17
tax
39:14,17



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00212161

44:15,18
60:4 66:24
67:4
**teaching**
22:5
**technicality**
69:5
**telephone**
43:10
**television**
16:5 85:15
**tell**
3:23 8:24
32:3 39:15
40:23 43:24
45:25 50:13
60:22 63:1
63:25 67:2
76:25 80:8
82:5 89:11
91:8 93:24
96:15
101:15
**telling**
14:16 63:13
67:24
**temporary**
44:25 46:11
56:10,12
**tend**
13:17
**tens**
18:18
**terms**
12:22 19:8
22:25 26:23
31:25 36:5
36:23
**terrific**
27:14 38:17
53:22 93:25
107:25
**test**
4:7 21:18
**testified**
88:20
**testify**
16:19,21,25

23:14,15
25:2 27:17
32:20 33:3
35:9,13
38:21 39:25
40:8,11
41:1 44:15
46:21 47:7
51:3 76:23
80:3 88:23
89:2,5 91:6
93:21
**testifying**
7:8 17:4
71:21
**testimony**
10:16 11:25
12:21 23:8
24:25 25:9
25:12 30:8
30:20 31:4
32:16 50:8
60:17 64:22
66:22 68:15
71:14 75:11
76:19 77:5
77:16 93:14
102:22
**Texarkana**
11:14
**Texas**
1:1 4:4 7:7
7:11 8:5,8
10:17,18
11:8 23:14
23:19 27:16
32:19 38:23
39:2 40:3
40:10 41:7
46:21 50:11
50:11,16
52:23 55:18
61:2,7
62:24 63:4
72:12,23
73:25 76:3
76:22 77:4
79:22,25
80:1,6,9

88:18 89:8
89:14 93:7
96:20 97:3
97:8,8,12
102:25
109:2,4,6
109:11,19
110:6,8
**thank**
2:24 3:9,12
6:21,25
10:11,15
11:18,20,23
11:24 16:16
19:24 20:2
23:7,10,12
23:17 24:24
27:14,21
28:5 30:3
32:15,17
34:7 35:6,7
36:1 37:18
38:17 39:10
40:18,19
41:13,14,16
46:18 47:3
47:5 48:8
50:6,7,14
50:25 51:6
52:19,21
53:20,22
61:14,16
62:4,20,22
66:22 72:10
75:9 76:18
77:1 79:18
79:20 80:4
80:5 81:22
81:25 87:20
88:13,14,16
89:12 91:1
91:3,4
93:11,13
94:1 99:21
100:25
102:18
104:25
105:3,4
107:16,17

108:1
**thanks**
45:15 59:19
73:15 79:16
**thing**
4:19 28:14
44:11 45:3
57:11 58:2
61:12 66:13
73:9 90:3,5
**things**
3:25 4:18
5:11,15,22
10:5 12:1,8
13:9,11,16
15:24 16:12
22:17 24:13
26:10 29:4
47:15 58:5
58:15 63:15
64:5 68:8
86:8 99:2
106:22
**think**
4:15,18 5:5
5:19,24
10:3,9,10
13:9,16
14:22 15:23
18:7 21:16
22:24 24:12
24:17 25:23
25:25 26:2
28:13,22,24
29:2,3,19
29:23 37:4
37:11 39:13
40:2 41:12
45:8 46:8
46:10,14
47:25 48:1
49:9 51:23
52:13 58:5
59:4,11
63:5 64:12
64:17,20,22
64:23 66:13
66:13,18
67:6,7,14

67:17,24
68:17,17
70:2,10,19
70:20 73:8
73:9 82:12
82:12,18
83:17 84:10
84:13,22
85:17,17,24
86:2,4,9
87:5,5,13
87:16 90:2
90:6 101:9
101:19
102:8
105:17
106:4,10
107:5,8
**thinking**
26:11 99:24
100:9
**thinks**
86:15
**thought**
12:21 14:10
29:6 37:7
59:20
**thoughts**
48:9 84:14
**thousands**
18:18 38:6
44:21 70:23
**three**
8:16 94:21
95:9 96:13
96:15,19
97:2 99:11
99:11,12
**throw**
48:3
**throwing**
100:17
**time**
2:20 3:16
8:6,22 9:1
9:3,21
10:11 12:4
14:17,25



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00212162

| | | | | |
|---|---|---|---|---|
| 24:2 26:15<br>32:6,6<br>36:18,23<br>40:23 41:10<br>58:19 60:17<br>60:20 63:11<br>67:17 68:11<br>69:17 82:22<br>82:24 83:6<br>89:18 90:8<br>90:12,15<br>96:12 99:9<br>103:3,13,24<br>107:15,16<br>**timeframe**<br>37:9<br>**timely**<br>36:11,16<br>**times**<br>11:14 16:11<br>46:9 63:11<br>67:11 70:2<br>77:23 99:11<br>**tiny**<br>42:17 44:8<br>49:20,23<br>**today**<br>2:14 3:16<br>6:12,24<br>10:16 29:6<br>52:12 61:7<br>78:20 94:8<br>99:10 103:2<br>**told**<br>15:4 40:21<br>91:25 92:1<br>**tomorrow**<br>93:2,6<br>**top**<br>36:8<br>**total**<br>75:16,16,18<br>75:20,21<br>**totally**<br>62:18<br>**tough**<br>71:22<br>**tougher** | 86:24<br>**town**<br>90:23<br>**track**<br>78:17<br>**train**<br>23:22,23<br>**training**<br>8:1 24:19<br>**transaction**<br>6:6<br>**transcribed**<br>1:13 109:9<br>109:13<br>**transcript**<br>109:16<br>**transcripts**<br>92:11<br>**transparent**<br>31:13<br>**transport...**<br>13:20 96:1<br>**travel**<br>70:1,12,15<br>**traveling**<br>70:5 75:2<br>**TRAVIS**<br>109:1<br>**trend**<br>79:5,7<br>**tried**<br>6:8<br>**try**<br>6:15 45:18<br>49:7 91:17<br>107:6<br>**trying**<br>12:1,25 13:9<br>23:22 26:19<br>45:8,22<br>46:1,6 47:1<br>47:2 52:15<br>52:16 61:12<br>76:8 79:13<br>91:19<br>**turnout**<br>18:22 107:7<br>**turnouts** | 19:15<br>**turns**<br>36:6<br>**two**<br>3:18,18,20<br>5:8 17:22<br>20:10 37:14<br>44:8 48:11<br>54:18,25<br>55:9 57:15<br>63:6 67:18<br>78:3 79:14<br>82:18 83:12<br>83:13 87:7<br>89:16 97:3<br>97:5,13,19<br>105:23<br>**Tyler**<br>11:14<br>**type**<br>9:16 57:15<br>78:8 92:17<br>**T.V**<br>83:2 85:23<br><hr>**U**<br>**U**<br>11:4<br>**Uh-huh**<br>13:12 21:3<br>69:9,15<br>71:17<br>101:17<br>**unable**<br>57:3 59:14<br>69:3,12,13<br>**unaware**<br>102:11<br>106:19<br>**undeliver...**<br>44:22<br>**UNDENTIFIED**<br>32:24 39:24<br>47:9 49:12<br>64:15 79:23<br>**understand**<br>11:18 12:3,6<br>12:9,25 | 34:8 35:22<br>59:11 74:4<br>80:16 81:10<br>82:17<br>109:14<br>**understan...**<br>12:15 38:10<br>52:8 64:4<br>65:1<br>**unfortuna...**<br>9:17,25<br>16:10<br>**United**<br>6:1<br>**universe**<br>107:22<br>**unlegible**<br>45:8<br>**Unlocking**<br>25:2 89:1<br>**unmarried**<br>95:25<br>**unnecessary**<br>94:24<br>**unofficial**<br>99:1<br>**unreadable**<br>48:19<br>**unreasonable**<br>13:1<br>**unscrupulous**<br>54:7<br>**unwielding**<br>98:16<br>**update**<br>42:6 43:11<br>51:18,19<br>**updated**<br>42:24 43:20<br>44:5<br>**updates**<br>42:19<br>**urban**<br>95:22<br>**urge**<br>101:6,24<br>**urges**<br>98:20 | **use**<br>5:17 17:21<br>18:10 21:4<br>44:10 47:23<br>84:7,15,15<br>84:17<br>102:11<br>**usually**<br>46:3<br>**usurped**<br>107:11<br>**utility**<br>55:22 87:10<br>92:1 96:2<br>96:25<br>106:23<br>**U.S**<br>55:10,13,15<br>56:3 57:10<br>69:8 70:7,8<br>70:12 96:18<br>**U.T**<br>11:2<br><hr>**V**<br>**valid**<br>55:12 57:5<br>63:15,22<br>64:21 90:10<br>**Valley**<br>8:7<br>**valuable**<br>71:14<br>**Vanhoose**<br>91:5,9,9<br>**various**<br>45:1 99:1<br>**verification**<br>1:3 2:2 3:15<br>94:3 107:24<br>109:8<br>**verified**<br>54:20<br>**verify**<br>18:2 54:12<br>81:12<br>**verifying**<br>27:9 104:15 |



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

104:19
**versus**
71:18
**Veterans**
56:9
**Video**
5:21
**views**
88:23 89:5
**violate**
96:13
**violation**
97:7
**virtually**
44:9 78:1
**voice**
78:19
**voices**
85:18
**volume**
47:17
**volunteer**
83:25
**volunteers**
98:15
**vote**
4:5,16,20,25
7:17,21,24
8:17,18 9:4
9:14 10:3,8
12:5,23
14:18,25
15:18,25
18:24 19:1
19:2,3,6,9
19:9,13,14
24:15 25:2
28:25 29:15
30:13 31:15
33:15,18,22
34:3,22
41:11 43:11
53:23 54:5
54:16,22
55:1 58:9
58:15,18,21
58:23,23
61:13,14

62:14 63:11
63:16 64:3
64:5,8 65:6
65:10 67:8
67:9,20,20
67:21 69:12
71:1,8 72:4
76:9 77:12
77:18,18,25
81:2,13
82:14,16,23
86:15 87:3
89:1,19
90:4,5,8,9
91:20 92:2
93:5,9
94:16,25
95:5,6,14
96:14 100:4
101:5,8,12
102:7 103:3
103:23
104:3
105:13,23
105:24
106:20
107:10,11
107:12
**voted**
4:13,17 7:19
8:22 19:17
58:20 90:12
97:4,15
**voter**
2:2 4:7 7:20
9:7,19 10:6
12:3,14
14:8 15:21
17:6,14,21
18:24,25
19:7 20:15
21:2 22:22
22:23 23:1
23:22 24:5
24:6,8
25:24 26:5
28:12,21
30:11 36:12
39:18 42:6

42:7,10,14
42:20,22,23
42:25 43:2
43:6,6,11
43:20,21,25
43:25 44:2
44:10,20
45:25 47:20
49:9,23
51:10,12,21
52:3,5,15
52:15 53:25
54:8,9,14
54:16,21,23
55:24 57:5
63:12,16
64:6,7 65:4
65:5,9,11
65:12,16
66:11,14
67:15 69:13
70:21 80:19
80:21 83:4
83:6,19
84:24 86:12
86:14,18
89:15,15,18
89:23 90:14
90:16,19
94:3,12,15
94:16,19,23
95:1,5,7,10
95:12 97:4
98:5,21,22
98:23
100:15
101:11,15
101:21
103:6,15
104:1,6,10
104:12
105:6,9,10
107:7,24
**voters**
1:3 8:15
9:20 17:13
17:19 18:18
18:21 26:14
26:18 28:24

29:20 30:22
36:6,8
37:15 38:20
42:8,20
51:12 52:10
53:24 54:2
67:7,24
76:11 77:9
77:11 78:1
80:20 92:5
94:12 95:13
95:15,16
96:5,7,9,10
97:13,14,18
97:22 98:2
99:17,19
101:10
104:5,15,20
105:12,19
105:21,23
106:16,18
109:8
**voter's**
17:10 20:8
29:10 37:10
42:23 44:7
51:20 54:19
54:20 63:10
63:22 67:5
70:22
**votes**
18:14 19:16
19:23 67:18
67:22 68:20
72:7
**voting**
2:10 3:19
4:17 6:4
8:13,20,25
10:1 14:15
15:11 18:13
19:15 26:24
27:3 33:25
54:23 55:5
58:17 64:2
65:11 66:15
67:16 70:14
85:7,9,20
85:21 87:19

89:17 91:25
94:6,14,22
96:7,12
99:5,6,8
106:3,4

---

**W**

**waived**
57:8
**waiving**
60:3
**walk**
84:1 102:5
**walking**
14:15
**Wallace**
61:2,5
**wallet**
102:3,8
**want**
2:9 4:25
5:11 15:17
15:17 17:5
17:20 18:1
24:15 26:2
40:5,19
41:6 60:14
61:7 64:13
71:5,6
73:11 74:13
77:6,9 78:7
82:12 90:4
90:4 91:14
98:9 103:1
106:7,7,22
**wanted**
12:24,24
16:21 17:9
29:17,18
33:23,25
36:21 37:25
48:3 52:11
58:4 77:13
84:6 104:22
105:12
**wanting**
26:1
**wants**



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

```
   9:8 52:25        89:14,25       wonder          world           young
wasn't              we've          92:17           5:13 6:11       4:16 85:10
72:6 81:23          36:21 52:5     wonderful       worth
   84:20               60:17 61:10  11:11          41:13                    Z
watch                 61:11 64:21  wondering       wouldn't        zip
83:2                  68:14 95:4    10:18 85:24     14:21,21       50:20
way                 whiff             100:8           23:4 38:8
16:11 20:11         86:13          Woodford           65:17 68:20            $
   21:9 33:13       widespread      16:18,20           70:9        $12
   50:18 73:9       22:11 64:10        40:2,5       Wow            57:21
   80:13 85:18         64:11 66:11     46:21,23,24  73:22
   86:19 95:11      wife               62:23 63:2   write                    0
   97:9 98:13       40:21,23           63:3,22,25   16:12          04
   105:11           Wildlife           65:15,22     writing        75:14
ways                56:16              66:5,6,10    75:1 87:3
10:6 19:13          wiley           WOOLFORD        written                  1
week                3:8             66:1            77:5 80:14     1
27:2 70:23          Wilson          word           wrong          20:7,10
weekend             109:10,17        19:18,21       18:16 84:11       30:12 31:9
107:25              Winn               86:20 107:4     90:6           66:13 92:8
weeks               41:21 53:3      wording        wrongfully      1B
92:8                wish            43:5           101:10          30:12
weighing            27:17,22        words                          10
71:15,15               32:20 35:9   77:21 82:21               Y     84:21
welcome                38:11,21     work           Y              100
2:9 3:1 7:4            40:8,11       10:19,23       33:1           110:8
   25:6                52:24 88:23     14:2 15:7    yeah           11
well-known             89:4            15:14,15,16  38:14 49:14    84:21
17:18               wishes             15:18 16:9      49:25 66:2  11's
went                40:13             30:5 86:1        68:13 71:11 5:14
4:9,10,12,16        wishing            86:24 87:2      75:9 89:12  12/31/12
   14:3,3 85:9      35:13 41:1         105:10       year          110:6
weren't             witness            107:15       3:7 18:12      1269
4:11                19:25 30:1      worked            33:17 57:23  42:2,5,19
west                   33:6 38:13    8:4 13:25         74:15,23       43:4 53:8
8:7 109:10             38:16 39:22     14:18           75:14,14       53:14
   109:17              40:15 41:18  worker          years          1293
we'll                  41:22 47:5   53:25          11:2 21:19     2:16,18
10:13 45:21            50:17 52:20  workers           21:21 30:25  130,000
we're                  53:2,4       23:23 44:25       32:2 36:21   57:23
3:11,13 7:14          62:13 72:18     46:11 98:2      38:8 52:6,7  1382
   7:15 8:3           78:23 80:2      98:14,17        52:17 55:9   35:19,25
   12:1,7 18:3        81:7             99:18           57:15 63:7     41:4,20,25
   19:18,22         witnesses       working           63:7 64:2    14th
   23:20 39:19      60:17            46:11 93:3        77:17       109:10,18
   51:21 52:2       women           106:2          yesterday      1402
   52:2,16          5:2 36:6        works           19:10 24:13    3:16,17
   61:12 80:25         37:15 38:20   45:16            86:13           33:20 34:9
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00212165

```
35:14,16,17        21              472              800,000
94:10              67:13           2:22             21:11
15                 22              _____ 5 _____    82
75:22,23           76:4                             78:9
1515               24              5                89
70:25              1:13 98:11      80:19            78:11
16                 25              5:00             _____ 9 _____
105:19             30:25 32:2      8:18 9:6
16032              52:6,7          15:20 60:19      9
38:2,10 39:5       26th           50               44:24
17                 110:1          17:13 19:21      90
1:4 109:8          276,000        512              52:1
1706               19:16          110:9            940
33:23 53:19        283            516              28:17
54:15 55:3         110:7          17:7             96
77:4 98:13                                         101:2
107:19             _____ 3 _____  _____ 6 _____
18                 3              6:00
31:1 76:2,3        75:24          15:14,20
84:22,25           3,000          16:5
1969               18:14          6:55
89:17              3.5            77:20
1980               74:19 76:1     602
28:13              30             18:15
1987               37:10 41:9     607,000
28:11              328-5557       74:16
1994               110:9          65
78:9               333307RH       38:6 85:9
                   110:11         100:1
_____ 2 _____      3700
                   28:18          _____ 7 _____
2
20:11 30:12        _____ 4 _____  7:00
31:9 76:6                         15:14 16:6
20                 4              70
30:24              20:18 24:15    100:2
20,000             29:6 30:9      70,000
51:10              65:1           38:6
20-year-old        4-plus         71
95:24              75:12          100:2
2000               4.3            75
110:8              74:22          78:12
2005               40             78701
1:4 109:9          11:2 17:13     109:11,19
2012               19:21          110:8
1:13 109:17        4136
110:2              110:6          _____ 8 _____
209                4700
109:10,17          28:15          8th
                                  109:10,18
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

```
                        ** REVISION **
                   HOUSE OF REPRESENTATIVES
                   NOTICE OF PUBLIC HEARING


COMMITTEE: Elections
SUBCOMMITTEE: Voter Verification

TIME & DATE:  2:00PM or upon final adjourn./recess
              Thursday, March 17, 2005

PLACE: E1.014

CHAIR: Rep. Dwayne Bohac


_____


HB 1269           Bohac
Relating to the manner in which a voter may make a change in the
voter's registration information.

HB 1293           Nixon
Relating to requiring a voter to present proof of identification.

HB 1382           Jones, Jesse
Relating to notice of cancellation of a voter's registration.

HB 1402           Kolkhorst
Relating to requiring a voter to present proof of identification.

HB 1706           Denny / et al.
Relating to requiring a voter to present proof of identification.


_____


BILLS DELETED AFTER LAST POSTING:

HB 1270
```

The House Committee on Elections
Subcommittee on Voter Verification
79th Legislature
March 17, 2005
2:00 p.m. or upon final adjourn./recess
Capitol Extension, E1.014

Pursuant to a notice posted on March 11, 2005, and revised on
March 15, 2005, the House Committee on Elections, Subcommittee
on Voter Verification, met in a public hearing and was called to
order by the chair, Representative Bohac, at 2:17 p.m.

Present:  Representatives Bohac; Anchia (2).

Absent:   Representative Hughes (1).

A quorum was present.

HB 1293

The chair laid out HB 1293.

The bill was left pending without objection.

HB 1402

The chair laid out HB 1402.

The chair recognized Representative Kolkhorst to explain the
measure.

(Representative Hughes now present.)

Testimony was taken.  (See attached witness list.)

The chair closed on the measure.

The bill was left pending without objection.

HB 1382

The chair laid out HB 1382.

Representative Hughes offered a complete committee substitute.

The chair recognized Representative Jones, Jesse to explain the
measure.

Testimony was taken.  (See attached witness list.)

The chair recognized Representative Jones, Jesse to close on the
measure.

 The committee substitute was withdrawn without objection.

The bill was left pending without objection.

HB 1269

The chair laid out HB 1269 and explained the measure.

Testimony was taken.  (See attached witness list.)

The chair closed on the measure.

The bill was left pending without objection.

HB 1706

The chair laid out HB 1706.

The chair recognized Representative Denny to explain the
measure.

Testimony was taken.  (See attached witness list.)

The chair recognized Representative Denny to close on the
measure.

The bill was left pending without objection.

At 4:15 p.m., on the motion of the chair and without objection,
the meeting was adjourned subject to the call of the chair.

_____
Rep. Bohac, Chair


_____
Noe Barrios, Clerk

2

```
                           WITNESS LIST

Elections Committee
(SUBCOMMITTEE ON Voter Verification)
March 17, 2005-2:00P


HB 1269
     For:      Borofsky, Cliff (Bexar County)
               Hammerlein, George (Harris County Tax Office)
               Woodford, Suzy (Common Cause Texas)
     Against:  Bailey, Ken (Self and Texas Democratic Party)
               Sherbet, Bruce (Self)
  Registering, but not testifying:
     For:      Alexander, Don (Self and Texas Association of Elections
                  Administrators)
     Against:  McAfee, Anne C. (Self)
     On:       Winn, Elizabeth (Sec. of State)


HB 1382
     For:      Alexander, Don (Self and Texas Association of Elections
                  Administrators)
               Bailey, Ken (Self and Texas Democratic Party)
               Borofsky, Cliff (Bexar County)
               Hammerlein, George (Paul Bettencourt, Harris County Tax
                  Office)
  Registering, but not testifying:
     For:      McAfee, Anne C. (Self)
               Woodford, Suzy (Common Cause Texas)
     On:       Winn, Elizabeth (Secretary of State)

HB 1382 - Committee Substitute (Hughes)
     For:      Sherbet, Bruce (Self)
  Registering, but not testifying:
     For:      Finch, Mary (League of Women Voters of Texas)


HB 1402
     Against:  Bailey, Ken (Self and Texas Democratic Party)
               Borofsky, Cliff (Bexar County)
               Brock, Alison (Unlock Your Vote Campaign)
               Littles, Paula (Texas AFL CIO)
     On:       Sherbet, Bruce (Self)
  Registering, but not testifying:
     For:      Alexander, Don (Self and Texas Association of Election
                  Administrators)
               Reilly, Frank (Republic Party of Texas)
     Against:  McAfee, Anne C. (Self)
               Perales, Nina (Mexican American Legal Defense and
                  Educational Fund, Inc.)
               Woodford, Suzy (Common Cause Texas)
     On:       McGeehan, Ann (TX Sec. State)


HB 1706
     For:      Alexander, Don (Self and Texas Association of Elections
                  Administrator)
               Hammerlein, George (Paul Bettencourt, Harris County Tax
                  Assessor Collector)
```

```
                  Reilly, Frank (Republican Party of Texas)
                  Wallace, B.R. "Skipper" (Texas Republican County
                       Chariman's Association- Legislative Comm.)
      Against:  Bailey, Ken (Self and Texas Democratic Party)
                  Borofsky, Cliff (Bexar County)
                  Perales, Nina (Mexican American Legal Defense and
                       Educational Fund, Inc.)
                  Vanhoose, Laurie (Advocacy Inc.)
                  Woodford, Suzy (Common Cause TX)
      On:       McGeehan, Ann (TX SOS)
                  Sherbet, Bruce (Self)
                  Spinks, Margaret (Texas Department of Public
                       Safety/Driver License Division)
Registering, but not testifying:
      Against:  Brock, Alison (Unlock Your Vote Campaign)
                  Littles, Paula (Texas AFL-CIO)
                  McAfee, Anne C. (Self)
      On:       Martinez, Germaine (TX Dept of Public Safety- Driver
                       License Division)
```

By:  Denny, Pitts, Woolley, Nixon, Bohac,          H.B. No. 1706
     et al.

Substitute the following for H.B. No. 1706:

By:  Bohac                                          C.S.H.B. No. 1706

A BILL TO BE ENTITLED

1              AN ACT

2    relating to requiring a voter to present proof of identification.

3         BE IT ENACTED BY THE LEGISLATURE OF THE STATE OF TEXAS:

4         SECTION 1.  Section 63.001, Election Code, is amended by

5    amending Subsections (b), (c), (d), and (f) and adding Subsection

6    (g) to read as follows:

7         (b)  On offering to vote, a voter must present to an election

8    officer at the polling place the voter's voter registration

9    certificate and either:

10             (1)  one form of identification listed in Section

11   63.0101(a); or

12             (2)  two different forms of identification listed in

13   Section 63.0101(b) [to an election officer at the polling place].

14        (c)  On presentation of the documentation required by

15   Subsection (b) [a registration certificate], an election officer

16   shall determine whether the voter's name on the registration

17   certificate is on the list of registered voters for the precinct.

18        (d)  If the voter's name is on the precinct list of

19   registered voters and the voter's identity can be verified from the

20   proof presented, the voter shall be accepted for voting.

21        (f)  After determining whether to accept a voter, an election

22   officer shall return the voter's documentation [registration

23   certificate] to the voter.

24        (g)  If the requirements for identification prescribed by

79R14063 JRJ-D                    1

C.S.H.B. No. 1706

1  Subsection (b)(1) or (2) are not met, the voter shall be accepted

2  for provisional voting only under Section 63.011.

3      SECTION 2.  Section 63.006(a), Election Code, is amended to

4  read as follows:

5      (a)  A voter who, when offering to vote, presents a voter

6  registration certificate indicating that the voter is currently

7  registered in the precinct in which the voter is offering to vote,

8  but whose name is not on the precinct list of registered voters,

9  shall be accepted for voting if the voter's identity can be verified

10 from the proof presented.

11     SECTION 3.  Section 63.007(a), Election Code, is amended to

12 read as follows:

13     (a)  A voter who, when offering to vote, presents a voter

14 registration certificate indicating that the voter is currently

15 registered in a different precinct from the one in which the voter

16 is offering to vote, and whose name is not on the precinct list of

17 registered voters, shall be accepted for voting if the voter's

18 identity can be verified from the proof presented and the voter

19 executes an affidavit stating that the voter:

20         (1)  is a resident of the precinct in which the voter is

21 offering to vote or is otherwise entitled by law to vote in that

22 precinct;

23         (2)  was a resident of the precinct in which the voter

24 is offering to vote at the time that information on the voter's

25 residence address was last provided to the voter registrar;

26         (3)  did not deliberately provide false information to

27 secure registration in a precinct in which the voter does not

2

C.S.H.B. No. 1706

1    reside; and

2              (4)   is voting only once in the election.

3         SECTION 4.   Section 63.008(a), Election Code, is amended to

4    read as follows:

5         (a)   A  voter  who  does  not  present  a  voter  registration

6    certificate when offering to vote, but whose name is on the list of

7    registered voters for the precinct in which the voter is offering to

8    vote,  shall  be  accepted  for  voting  if  the  voter  executes  an

9    affidavit stating that the voter does not have the voter's voter

10   registration certificate in the voter's possession at the polling

11   place at the time of offering to vote and the voter's identity can

12   be verified from the proof presented [~~voter presents proof of~~

13   ~~identification in a form described by Section 63.0101~~].

14        SECTION 5.   Section 63.0101, Election Code, is amended to

15   read as follows:

16        Sec. 63.0101.   DOCUMENTATION  OF  PROOF  OF  IDENTIFICATION.

17   (a) The following documentation is an acceptable form [~~as proof~~] of

18   photo identification under this chapter:

19              (1)   a driver's license or personal identification card

20   issued to the person by the Department of Public Safety that has not

21   expired or that expired no earlier than two years before the date of

22   presentation [~~or a similar document issued to the person by an~~

23   ~~agency of another state, regardless of whether the license or card~~

24   ~~has expired~~];

25              (2)   a United States military identification card that

26   contains  the  person's  photograph  [~~form  of  identification~~

27   ~~containing the person's photograph that establishes the person's~~

3

C.S.H.B. No. 1706

1    identity];

2              (3)  a valid employee identification card that contains

3    the person's photograph and is issued by an employer of the person

4    in   the   ordinary   course   of   the   employer's   business   [birth

5    certificate or other document confirming birth that is admissible

6    in a court of law and establishes the person's identity];

7              (4)  a United States citizenship certificate [papers]

8    issued to the person that contains the person's photograph;

9              (5)  a United States passport issued to the person;

10             (6)  a student identification card issued by a public

11   or private institution of higher education located in Texas that

12   contains the person's photograph [official mail addressed to the

13   person by name from a governmental entity]; or

14             (7)  a license to carry a concealed handgun issued to

15   the person by the Department of Public Safety.

16        (b)  The following documentation is acceptable as proof of

17   identification under this chapter:

18             (1)  a copy of a current utility bill, bank statement,

19   government check, paycheck, or other government document that shows

20   the name and address of the voter;

21             (2)  official mail addressed to the person by name from

22   a governmental entity;

23             (3)  a certified copy of a birth certificate or other

24   document confirming birth that is admissible in a court of law and

25   establishes the person's identity;

26             (4)  United States citizenship papers issued to the

27   person;

4

C.S.H.B. No. 1706

1          (5)  an  original  or  certified  copy  of  the  person's

2  marriage license or divorce decree;

3          (6)  court  records  of  the  person's  adoption,  name

4  change, or sex change;

5          (7)  an identification card issued to the person by a

6  governmental entity of this state or the United States for the

7  purpose  of  obtaining  public  benefits,  including  veteran's

8  benefits, Medicaid, or Medicare;

9          (8)  a temporary driving permit issued to the person by

10  the Department of Public Safety;

11          (9)  a  pilot's  license  issued  to  the  person  by  the

12  Federal Aviation Administration or another authorized agency of the

13  United States;

14          (10)  a library card that contains the person's name

15  issued to the person by a public library located in this state; or

16          (11)  a hunting or fishing license issued to a person by

17  the Parks and Wildlife Department [~~or~~

18          [~~(8)  any other form of identification prescribed by~~

19  ~~the secretary of state~~].

20      SECTION 6.  Sections 63.011(a) and (b), Election Code, are

21  amended to read as follows:

22      (a)  A  person  to  whom  Section  63.001(g),  63.008(b),  or

23  63.009(a) applies may cast a provisional ballot if the person

24  executes an affidavit stating that the person:

25          (1)  is a registered voter in the precinct in which the

26  person seeks to vote; and

27          (2)  is eligible to vote in the election.

5

C.S.H.B. No. 1706

1       (b)  A form for the affidavit shall be printed on an envelope

2  in which the provisional ballot voted by the person may be placed

3  and must include a space for entering the identification number of

4  the provisional ballot voted by the person and a space for an

5  election officer to indicate whether the person presented proof of

6  identification as required by Section 63.001(b)(1) or (2).  The

7  affidavit form may include space for disclosure of any necessary

8  information to enable the person to register to vote under Chapter

9  13.  The secretary of state shall prescribe the form of the

10  affidavit under this section.

11       SECTION 7.  Section 65.054(b), Election Code, is amended to

12  read as follows:

13       (b)  A provisional ballot may be accepted only if:

14       (1)  the board determines that, from the information in

15  the affidavit or contained in public records, the person is

16  eligible to vote in the election; and

17       (2)  the voter presents proof of identification as

18  required by Section 63.001(b)(1) or (2):

19       (A)  at the time the ballot was cast; or

20       (B)  in the period prescribed under Section

21  65.0541.

22       SECTION 8.  Subchapter B, Chapter 65, Election Code, is

23  amended by adding Section 65.0541 to read as follows:

24       Sec. 65.0541.  PRESENTATION OF IDENTIFICATION FOR CERTAIN

25  PROVISIONAL BALLOTS.  (a)  A voter who is accepted for provisional

26  voting under Section 63.011 because the voter does not present

27  proof of identification as required by Section 63.001(b)(1) or (2)

6

C.S.H.B. No. 1706

1  may present proof of identification to the voter registrar for

2  examination by the early voting ballot board not later than the

3  fifth day after the date of the election.

4      (b)  The secretary of state shall prescribe procedures as

5  necessary to implement this section.

6      SECTION 9.  Section 521.422, Transportation Code, is amended

7  by amending Subsection (a) and adding Subsection (d) to read as

8  follows:

9      (a)  Except as provided by Subsection (d), the [The] fee for

10  a personal identification certificate is:

11         (1)  $15 for a person under 60 years of age;

12         (2)  $5 for a person 60 years of age or older; and

13         (3)  $20 for a person subject to the registration

14  requirements under Chapter 62, Code of Criminal Procedure.

15      (d)  The department may not collect a fee for a personal

16  identification certificate issued to a person who executes an

17  affidavit stating that the person is financially unable to pay the

18  required fee and:

19         (1)  who is a registered voter in this state and

20  presents a valid voter registration certificate; or

21         (2)  who is eligible for registration under Section

22  13.001, Election Code, and submits a registration application to

23  the department.

24      SECTION 10.  This Act takes effect September 1, 2005.

7

# LEGISLATIVE BUDGET BOARD
## Austin, Texas

## FISCAL NOTE, 79TH LEGISLATIVE REGULAR SESSION
### Revision 1

## April 20, 2005

**TO:** Honorable Mary Denny, Chair, House Committee on Elections

**FROM:** John S. O'Brien, Deputy Director, Legislative Budget Board

**IN RE:** **HB1706** by Denny (Relating to requiring a voter to present proof of identification.), **Committee Report 1st House, Substituted**

---

**Estimated Two-year Net Impact to General Revenue Related Funds** for HB1706, Committee Report 1st House, Substituted: an impact of $0 through the biennium ending August 31, 2007.

---

## General Revenue-Related Funds, Five-Year Impact:

| Fiscal Year | Probable Net Positive/(Negative) Impact to General Revenue Related Funds |
|---|---|
| 2006 | $0 |
| 2007 | $0 |
| 2008 | $0 |
| 2009 | $0 |
| 2010 | $0 |

## All Funds, Five-Year Impact:

| Fiscal Year | Probable Revenue (Loss) from *TEXAS MOBILITY FUND* 365 |
|---|---|
| 2006 | ($130,110) |
| 2007 | ($130,110) |
| 2008 | ($130,110) |
| 2009 | ($130,110) |
| 2010 | ($130,110) |

## Fiscal Analysis

The bill amends Election Code to require a voter to present additional identification items in addition to the voter registration certificate and expands the current list of documentation acceptable as proof of identification for voting, including provisional voting. It also amends Transportation Code to allow the Department of Public Safety to issue a personal identification certificate (ID) at no cost to individuals who execute an affadavit stating they are unable to pay the required fee. A resulting revenue loss to the Texas Mobility Fund is anticipated.

## Methodology

The estimate is based on the total number of ID holders who were registered to vote in 2004 multiplied by the product of the U.S. Concensus' estimated population living below the poverty level in Texas multiplied by the $15 cost for original and renewal issuances of a personal IDs.

**Local Government Impact**

No significant fiscal implication to units of local government is anticipated.

**Source Agencies:** 307 Secretary of State, 405 Department of Public Safety
**LBB Staff:** JOB, MS, LB, SJ, NR, KJG

## BILL ANALYSIS

C.S.H.B. 1706
By: Denny
Elections
Committee Report (Substituted)

## BACKGROUND AND PURPOSE

Under current law, to vote a regular ballot, voters are only required to present their voter registration certificates to a poll worker.  While this practice attempts to ensure that only registered voters receive a regular ballot on election day, it leaves a potential loophole for fraud. Individuals are not required to show identification to register to vote.  Because of this, it is possible for an unscrupulous individual to submit several falsified voter registration applications and to receive the voter registration certificates for the "fake" individuals.  With the current process, no statutory standards exist to verify the identity of individuals at the polling place when they present a voter registration certificate.  CSHB 1706 modifies provisions requiring a voter to present proof of identification when offering to vote.

## RULEMAKING AUTHORITY

It is the committee's opinion that rulemaking authority is not expressly granted to any state officer, department, agency, or institution; however, SECTION 8 (Sec. 65.0541, Election Code) of this bill requires the Secretary of State to prescribe procedures as necessary to implement that section.

## ANALYSIS

C.S.H.B. 1706 amends the Election Code by adding that on offering to vote, a voter must present either one form of photo identification or two different forms of non-photo identification.  If the voter's identity can be verified from the proof presented, and the voter complies with existing provisions relating to eligibility to vote, the bill requires that the voter be accepted for voting.

The bill requires that a person who fails to show either photo identification or two forms of non-photo identification is accepted to vote a provisional ballot only, if the person completes the provisional ballot affidavit.  The bill authorizes such a voter to present proof of identification to the voter registrar not later than the fifth day after the date of the election. The bill requires the secretary of state to prescribe procedures as necessary to implement this provision.

The bill adds proof of identification to the existing qualifications required for a provisional ballot to be accepted by the early voting ballot board and requires that a space for an election officer to indicate whether a person presented identification be added to the provisional ballot affidavit.

C.S.H.B. 1706 modifies the list of acceptable forms of identification for the purposes of voting. The bill provides that the following are acceptable forms of photo identification:
- driver's license or personal identification card issued by the Department of Public Safety (DPS) that has not expired or expired within two years of the date of presentation;
- U.S. military identification card containing the person's photograph;
- valid employee identification card containing the person's photograph;
- U.S. citizenship certificate that contains the person's photograph;
- U.S. passport issued to the person;
- student identification card issued by a public or private institution of higher education located in Texas that contains the person's photograph; or
- license to carry a concealed handgun issued by DPS.

C.S.H.B. 1706 79(R)

The bill provides that the following are acceptable forms of non-photo identification:

- copy of a current utility bill, bank statement, government check, paycheck, or other government document that shows the name and address of the voter;
- official mail addressed to the person by name from a governmental entity;
- certified copy of a birth certificate or other acceptable document confirming birth;
- U.S. citizenship papers;
- original or certified copy of a person's marriage license or divorce decree;
- court records of a person's adoption or name or sex change;
- identification card issued by a governmental entity for the purpose of obtaining public benefits, including veteran's benefits, Medicaid, or Medicare;
- temporary driving permit issued to the person by DPS;
- pilot's license issued to the person by an authorized federal agency;
- library card, containing the person's name, issued by a public library located in this state; or
- hunting or fishing license issued to the person by the Parks and Wildlife Department.

The bill removes: driver's license or photo identification card issued by another state; any form of identification containing a person's photograph that establishes the person's identity; and any other form of identification prescribed by the secretary of state, from the list of acceptable identification.

C.S.H.B. 1706 amends the Transportation Code by prohibiting DPS from collecting a fee for a personal identification certificate if the person applying for the certificate executes an affidavit stating that the person is financially unable to pay the required fee.  In order for the fee to be waived, the bill also requires the person to:

- be a registered voter and present a valid registration certificate; or
- be eligible for registration and submit a registration application.

**EFFECTIVE DATE**

September 1, 2005.

**COMPARISON OF ORIGINAL TO SUBSTITUTE**

The substitute modifies the original by adding the provisions authorizing a voter to present proof of identification to the voter registrar not later than the fifth day after the date of the election and requiring the secretary of state to prescribe procedures to implement this provision.

The substitute modifies the original by adding proof of identification to the existing qualifications required for a provisional ballot to be accepted by the early voting ballot board. The substitute also modifies the original by requiring that a space for an election officer to indicate whether a person presented identification be added to the provisional ballot affidavit.

The substitute clarifies that the provision relating to provisional voting for failure to show identification applies only to voters who fail to show photo identification or two forms of non-photo identification, not to voters who fail to show a valid voter registration certificate.  The substitute also requires, rather than authorizes, that these voters be accepted for provisional voting only.

C.S.H.B. 1706 79(R)

| HOUSE | HB 1706 |
|---|---|
| RESEARCH | Denny, et al. |
| ORGANIZATION bill analysis          5/2/2005 | (CSHB 1706 by Bohac) |

SUBJECT:    Requiring a voter to present proof of identification at a polling place

COMMITTEE:   Elections — committee substitute recommended

VOTE:       5 ayes —  Denny, Bohac, Anderson, Hughes, T. Smith

            1 nay —  Anchia

            1 absent —  J. Jones

WITNESSES:   For — Don Alexander, Texas Association of Elections Administrators;
            George Hammerlein, for Paul Bettencourt, Harris County Tax Assessor
            Collector; Frank Reilly, Republican Party of Texas; B.R. "Skipper"
            Wallace, Texas Republican County Chairman's Association

            Against — Ken Bailey, Texas Democratic Party; Cliff Borofsky, Bexar
            County; Nina Perales, Mexican American Legal Defense and Educational
            Fund, Inc.; Laurie Vanhoose, Advocacy, Inc.; Suzy Woodford, Common
            Cause Texas; (*Registered, but did not testify:* Alison Brock, Unlock Your
            Vote Campaign; Paula Littles, Texas AFL-CIO; Anne C. McAfee)

            On — Ann McGeehan, Secretary of State's Office; Bruce Sherbet;
            Margaret Spinks, Texas Department of Public Safety; (*Registered, but did
            not testify:* Germaine Martinez, Texas Department of Public Safety)

BACKGROUND:  Election Code, sec. 63.001 says a voter must present a voter registration
            certificate to an election officer when offering to vote at a polling place.
            Sec. 63.009 establishes that a voter who does not present a voter
            registration certificate when offering to vote, but whose name is on the list
            of registered voters for the precinct, shall be accepted for voting if the
            voter executes an affidavit stating that the voter does not have the voter's
            voter registration certificate at the polling place, and:

            - the voter presents proof of identification in a specified, acceptable
              form; or
            - the affidavit is also signed by a person who is working at the
              polling place and who attests to the identity of the voter.

HB 1706
House Research Organization
page 2

Sec. 63.0101 lists the following forms of documentation as acceptable proof of identification in lieu of a voter registration certificate or specified affidavit(s):

- a driver's license or personal identification card issued to the person by the Department of Public Safety (DPS) or a similar document issued to the person by an agency of another state, regardless of whether the license or card has expired;
- a form of identification containing the person's photograph that establishes the person's identity;
- a birth certificate or other documentation confirming birth that is admissible in a court of law and establishes the person's identity;
- U.S. citizenship papers issued to the person;
- a U.S. passport issued to the person;
- official mail addressed to the person by name from a governmental entity;
- a copy of a current utility bill, bank statement, government check, paycheck, or other government document that shows the name and address of the voter; or
- any other form of identification prescribed by the secretary of state.

The 78th Legislature in 2003 enacted HB 1549 by Denny to implement changes necessary to comply with the Help America Vote Act of 2002 (HAVA).  Among those changes was a requirement that an applicant voting for the first time in a federal election who applies for voter registration by mail must provide a copy of a document described in sec. 63.0101 (listed above) that establishes the applicant's identity.  This provision is due to expire at the latest on January 1, 2006, the date by which the statewide computerized voter registration list must be operational.

DIGEST:          CSHB 1706 would require a voter, upon offering to vote, to present to an election officer at the polling place the voter's voter registration certificate and either one form of specified photo identification or two different forms of specified identification without a photo.  If the voter's name were on the precinct list of registered voters or if the voter was eligible under other existing eligibility provisions, and if the voter's identity could be verified from the identification proof presented, the voter would be accepted for voting without a voter registration certificate.

HB 1706
House Research Organization
page 3

The bill would modify the list of acceptable proof of identification for voting purposes, specifying the following as acceptable forms of photo identification:

- driver's license or personal identification card issued to the person by the DPS that had not expired or that expired no earlier than two years before the date of presentation;
- U.S. military identification card that contained the person's photograph;
- valid employee identification card that contained the person's photograph;
- U.S. citizenship certificate that contained the person's photograph;
- U.S. passport issued to the person;
- student identification card issued by a public or private institution of higher education located in Texas that contained the person's photograph; or
- license to carry a concealed handgun issued to the person by DPS.

The following documentation without a photo would be acceptable as proof of identification:

- copy of a current utility bill, bank statement, government check, paycheck, or other government document that showed the name and address of the voter;
- official mail addressed to the person by name from a governmental entity;
- certified copy of a birth certificate or other document confirming birth that was admissible in a court of law and established the person's identity;
- U.S. citizenship papers issued to the person;
- original or certified copy of the person's marriage license or divorce decree;
- court records of the person's adoption, name change, or sex change;
- identification card issued to the person by a Texas or U.S. governmental entity for the purpose of obtaining public benefits, including veteran's benefits, Medicaid, or Medicare;
- temporary driving permit issued to the person by DPS;
- pilot's license issued to the person by the FAA or another authorized, federal agency;

HB 1706
House Research Organization
page 4

- library card, containing the person's name, issued to the person by a public library located in Texas; or
- hunting or fishing license issued to a person by the Parks and Wildlife Department.

The bill would remove the following from the list of acceptable identification:

- driver's license or photo identification card issued to the person by another state;
- any form of identification containing the person's photograph that established the person's identity; and
- any other form of identification prescribed by the secretary of state.

The bill would change the specifications for a birth certificate to require that it be a certified copy and for a driver's license to require that it be current or not expired by more than two years.

The bill would require that a voter who did not show either photo identification or two forms of identification without a photo could be accepted for provisional voting if the person executed a provisional ballot affidavit. A voter accepted for provisional voting could present proof of identification to the voter registrar for examination by the early voting ballot board not later than the fifth day after the date of the election. The secretary of state could prescribe procedures as necessary to implement identification provisions for these voters who were accepted for provisional voting.

Proof of identification would be added to requirements for a provisional ballot to be accepted by the early voting ballot board. An election officer would indicate in the provisional ballot affidavit whether a person presented proof of identification.

CSHB 1706 also would amend Transportation Code, sec. 521.422, to prohibit DPS from collecting a fee for a personal identification certificate issued to a person who executed an affidavit stating that the person was financially unable to pay the required fee, who was a registered Texas voter and presented a valid voter registration certificate, or who was eligible for voter registration and submitted a voter registration application to DPS.

HB 1706
House Research Organization
page 5

The bill would take effect September 1, 2005.

SUPPORTERS
SAY:

CSHB 1706 would set a new standard in increasing voter confidence in voter registration rolls and election outcomes.  No statutory provisions now provide for verifying the identity of those who present voter registration certificates at polling places, and this bill would close a potential loophole for fraud.

Along with the right to vote, voters have an obligation to be who they say they are.  Every time a vote is cast fraudulently, it disenfranchises those who cast their votes legally.  In Texas, those who register to vote in person do not have to show proof of identification but simply complete voter registration cards.  Nothing prevents someone from registering for a family member or friend.

More and more arenas in everyday life require photo identification, including traveling on airplanes and cashing checks.  Society not only has adapted to those requirements but has benefited from the safeguards.  Now it is time to conform the voting system to provide such protection.

The bill would require that voters who had a voter registration card also show photo identification (ID) from an acceptable list or show two forms of acceptable identification without a photo.  Voters who did not have a voter registration card but were on the registered voter list still could vote upon presenting the required identification—in most cases, a Texas driver's license.  Those not able to present the required forms of identification still could vote a provisional ballot upon completing a related affidavit.  This bill would not turn any voters away from the polls.

The bill would not be an onerous burden on Texas voters.  According to current information from the National Conference of State Legislators (NCSL), five states now require some form of photo ID for voter identification, and 14 more require proof of identification that does not necessarily include the voter's picture.

Under current Texas law, those who register to vote by mail must provide a copy of a specified ID.  This bill would reflect changes expected in future federal laws.

Authorizing DPS to issue personal identification cards without a fee to those unable to pay would assure inclusion of the state's diverse voting

HB 1706
House Research Organization
page 6

population.  The fiscal note attached to the bill would be $130,110 for the cost to the Texas Mobility Fund of issuing the free ID cards.  By all standards, this would be a remarkably low cost to preserve voting rights.

**OPPONENTS SAY:**   CSHB 1706 would address a perceived problem for which there is no evidence—voter fraud at polling places by registered voters.  While anecdotes have surfaced of voter fraud in other settings, they do not involve registered voters with valid voter registration certificates.  No one has quantified or even produced evidence of fraud among eligible voters at polling places, but the onerous requirements in this bill would disenfranchise some eligible voters.

The bill would discourage some voters by creating long lines at the polls as election officials tried to verify more forms of identification.  It would force some people who did not have the specified photo ID or two of the other forms of identification to go home, locate acceptable identification if the voter possessed it, then return to the polls, perhaps to face even longer lines.

While a voter without proper identification could vote a provisional ballot under this bill, that could result in a voter who had voted faithfully by presenting a voter registration card for more than 60 years now having to vote a provisional ballot and wonder if it counted.

Disabled people are the largest population segment without IDs.  Implementation of certain HAVA provisions—for example, having one accessible voting booth in every precinct in the state—is giving the disabled more opportunities to vote than ever before.  CSHB 1706 could strip away many of those opportunities by forcing disabled voters to obtain photo IDs that they currently do not possess or otherwise need.

Granting free DPS personal identification cards to voters executing affidavits saying they were financially unable to pay for them would reach only some of the disabled population.  However, the bill could create a circular path to securing proper photo identification.  While the DPS card would be free under certain circumstances, obtaining one likely would require another form of identification for which there was a charge.

The bill also could discourage elderly voters who no longer drive and who live in retirement or nursing homes or with family members and who no longer receive utility bills in their names.  Under the bill, the state of

HB 1706
House Research Organization
page 7

Texas could have the distinction of throwing out the vote of a World War II veteran on a technicality.

Obtaining sanctioned forms of identification, such as a photo ID, certified birth certificate, or passport, would involve paying fees.  With the cumulative fees this bill could cost some voters, it could be considered a backdoor poll tax.

This bill is inconsistent with the federal HAVA laws.  HAVA requires only one form of identification and only for first-time voters who register by mail, while this bill would require two such forms of identification in order for anyone to vote.  Texas need not get in front of federal legislation because of the potential for pre-emption issues until the details of any such future legislation are known.

When the state of Texas accepted HAVA federal funds, it agreed to certain conditions.  As written, this bill could jeopardize additional HAVA federal funds for Texas, estimated at $103.2 million.  To avoid such a problem, the Legislature might have to create two different systems of voter identification – one system for first-time voters who registered by mail and who produced one form of acceptable identification and another system for all other eligible voters that met the criteria for proof of identification under this legislation.

This bill would not address sufficiently issues of illegal voting.  It would not prevent unscrupulous people from assuming someone's identity and voting as that person during early voting.  Instead, it would discourage eligible voters from participating in the democratic process.

When compared with other states, this bill would make Texas' voter identification requirements among the most stringent in the country.  Good government should not impose more bureaucracy than is necessary to carry out its basic functions.

OTHER OPPONENTS SAY:
CSHB 1706 as written could create problems with practicality and enforceability.  Mandating that every person who appears at a polling place to vote have specified proof of identification—beyond a voter registration card—would be a major departure from current law.  A grace period of at least one election is needed to educate election workers and voters.  Even that might not be sufficient time to change

HB 1706
House Research Organization
page 8

habits among voters accustomed to needing only voter registration certificates to vote at the polls.

While citizens are required to show proof of identification in situations ranging from flying on an airplane to renting movies, none of those is a constitutional right and only *one* ID is necessary in such settings, not *two* as this bill would require.

Allowing a concealed handgun license to become an acceptable form of photo ID for voters would cause too much of a stir. Although a polling place is one of the designated locations where handguns are illegal, poll workers could become fearful that if they did not accept such documentation from a voter that the person might be carrying a gun and be dangerous. The state of Texas would be better off accepting a photo ID from a buyer's club, as Florida does.

With respect to the list of acceptable IDs without photos, various documents, including library cards, temporary driving permits, and (junior) hunting or fishing licenses all are issued to people under 18. These forms of documentation could generate more problems with voter eligibility and underage voting than they would solve. Also, acceptable IDs without photos should include military discharge papers.

NOTES:    The committee substitute differs from the introduced version by including requirements for proof of voter identification related to provisional ballots. Under the substitute, a voter who was accepted for provisional voting because the voter did not present the required proof of identification could offer proper proof to the voter registrar not later than the fifth day after the date of the election. It would require the secretary of state to prescribe procedures as necessary to implement this provision.

The fiscal note for CSHB 1706 anticipates a cost of $130,110 each year to the Texas Mobility Fund to allow DPS to issue personal identification certificates at no cost to registered Texas voters with valid voter registration cards or who had submitted voter registration applications and executed affidavits stating they were unable to pay the required fee.

1

2005 (79R) HB 1706 HOUSE CALENDAR, 2ND READ 5/2/05

Transcribed by Lynne M. Rodriguez, CSR



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_008565

TX_00211308

2

1          THE CLERK:  HB 1706 by Denny, relating to

2     requiring a voter to present proof of identification.

3          SPEAKER:  The Chair recognizes Ms. Denny.

4          REP. DENNY:  Thank you, Mr. Speaker.

5     Members, House Bill 1706 would require voters to provide

6     proof of identification when offering to vote in person

7     so that we preserve the integrity of the election

8     process ensuring the voters who are who they say they

9     are.

10        This bill has been misunderstood so to make it

11    easier, I provided each member with a legal size handout

12    that highlights the differences between the proposed

13    bill and current law and walks you through the different

14    voting scenarios, and I think if you review these,

15    you'll notice that the changes are not substantial but

16    I'm happy to answer any questions.

17          REP. BURNAM:  Mr. Speaker, would the lady

18    yield?

19          REP. DENNY:  I will.

20          SPEAKER:  The lady yields.

21          REP. BURNAM:  Good afternoon, Chairwoman.

22          REP. DENNY:  Good afternoon.

23          REP. BURNAM:  I know that you have a lot

24    of experience in this area and I will ask you a couple

25    of questions about it.  You know that I represent an



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

3

```
 1    inner city district in Fort Worth.  Are you aware that

 2    in my primary election, over half the voters that

 3    bothered to participate are senior citizens?

 4              REP. DENNY:  I did not though that but

 5    I'll certainly take you word for it.

 6              REP. BURNAM:  Did you know that not only

 7    is that the case for primaries but it is also the case

 8    for city elections and school board elections in my

 9    community.

10              REP. DENNY:  Good for them.

11              REP. BURNAM:  Actually it's bad for them,

12    because when you only have 5 to 6 percent of the people

13    bothering to participate in either primary or in

14    municipal elections or school board elections, and an

15    even smaller percentage of them bothering to participate

16    in water district elections, you really have to be

17    concerned, don't you, about the level of participation

18    in the electoral process?

19              REP. DENNY:  You're right.

20              REP. BURNAM:  Are you aware, Ms. Denny,

21    that virtually every member of this floor has received a

22    letter from the AARP talking unfavorably about your

23    bill?

24              REP. DENNY:  Yes, and I find that

25    somewhat remarkable since so many of our elderly voters
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_008567

TX_00211310

4

1    are able to take advantage of early voting by mail, and

2    this bill does nothing to touch any of the requirements

3    of that convenience.

4              REP. BURNAM:  I don't know what your

5    experience is in your district.  In my district, I many

6    times find that senior citizens prefer the social

7    interaction of being able to go to their polling place

8    and seeing their friends of 15, 20, 30 years, and it's

9    kind of a community event.  Some of them go down at the

10   same time so they can say "Hello."  Is that not your

11   experience?

12             REP. DENNY:  Well, sometimes I suppose

13   that's true.

14             REP. BURNAM:  Well, Ms. Denny, would it

15   surprise you to know that in the AARP letter, it

16   suggests that your bill, HB 1706, will impose the modern

17   version of a poll tax because it will force elderly,

18   retired and disabled voters to purchase and furnish

19   official documents such as birth certificates,

20   passports, driver's license, or government identity

21   cards as a prerequisite to registering or casting a

22   ballot?  Shouldn't that be of concern to people?

23             REP. DENNY:  Well, Mr. Berman, I just

24   think that that's not the case at all.  It is so

25   difficult in this day and age to understand how anyone



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78748
www.esquiresolutions.com

5

```
1     does not have some form of photo ID or two forms of non
2     photo ID.  You cannot get along in this world and not
3     have identification to show who you are to exist, to do
4     any type of banking or purchasing or --
5                 REP. BURNAM:  Ms. Denny, you have never
6     been poor or elderly in the inner city, have you?
7                 REP. DENNY:  Well, I'm getting elderly.
8                 REP. BURNAM:  Well, we're all getting
9     older by the day, but I doubt seriously -- I mean, we're
10    all filing our ethics reports today.  I doubt seriously
11    we'll find that you're poor or elderly or in the inner
12    city, and that's the people I'm here representing today.
13                REP. DENNY:  And I understand that, and
14    for the poor and the elderly, there are many forms of
15    identification, including mail, for the assistance
16    checks and government forms of ID and mail that are
17    available.  It is a very long and liberal list,
18    Mr. Berman.
19                REP. BURNAM:  Ms. Denny, are you aware
20    that the last sentence of that last paragraph says,
21    "Voter identification requirements will negatively
22    impact thousands of AARP, two million members in Texas,
23    especially those who have voluntarily given up their
24    right to drive."
25                Historically, many senior citizens, the only
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00211312

6

1    photo ID that they have is their driver's license, and

2    has been recommended frequently by their doctor, they've

3    given up these photo ID's and they have no photo ID's.

4    So do you really think that in this day and age, it's

5    appropriate to, based on nothing that's been

6    substantiated as far as the need for this legislation,

7    to move forward and to actually impose a new form of

8    poll tax on our senior citizens?

9              REP. DENNY:  Well, I disagree with you

10   that it's a poll tax, and I do agree that most people

11   have a form of photo ID.  DPS also issues to people a

12   photo ID that is not a driver's license, and this bill

13   provides free of charge to anyone who's willing to sign

14   an affidavit that they need assistance and cannot afford

15   one, one will be issued free of charge for them.

16             REP. BURNAM:  Well, what I know is the

17   AARP is against this bill.  They've made this

18   information available to all of us, and I'm with them.

19   Thank you.

20             REP. DENNY:  Thank you.

21             SPEAKER:  For what purpose, Mr. Coleman?

22             REP. COLEMAN:  Would the gentlewoman

23   yield?

24             REP. DENNY:  I certainly do, Mr. Coleman.

25             REP. COLEMAN:  Thank you, Chairwoman



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_008570

TX_00211313

7

1    Denny.  There's a provision in this bill that deals with

2    provisional voting, and it appears that the new rules or

3    law that you lay out here would direct people into

4    provisional voting, so if somebody went in with the same

5    ID that they had now going into the ballot box, they

6    showed up with their voter registration card and if they

7    didn't have the two pieces of mail, like electric bill

8    or like a gas bill, or a picture ID, their ballot would

9    now become a provisional ballot, is that not correct?

10             REP. DENNY:  That is correct.  You have

11    to show who you are.

12             REP. COLEMAN:  Well, tell me what's wrong

13    with the system that says that we have to show that ID

14    with our voter registration card.  It would create more

15    provisional ballots.

16             REP. DENNY:  Because we want to make sure

17    that you are the person that is voting the ballot and

18    you are who you are.

19             REP. COLEMAN:  Well, we went through a

20    situation here where we had an election contest and it

21    was shown that with all of those voters on the biggest

22    election day in the last four years, that there was no

23    voter fraud.

24             REP. DENNY:  Well, that's not exactly

25    accurate, Mr. Coleman.  And we have instances where we



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00211314

8

1      have had, for the years that I've been on the elections

2      committee, we have had hearings across this state where

3      we have had stories and documentation of people showing

4      up sometimes multiple times with different voter

5      registration cards and voting in different precincts.

6              REP. COLEMAN:  You have a provision in

7      this bill that says that if you come in and that

8      scenario happens, you don't have a picture ID or two

9      ID's that are equivalent to a gas bill or phone bill,

10     that you have to go -- if you want your provisional

11     ballot made into a non-provisional ballot, that you have

12     to go to the central election agency, the Board of --

13     Early Vote Board, up to five days after the election to

14     have your ballot certified that you are you, is that

15     right?

16             REP. DENNY:  That's correct.  If you

17     don't show up with your ID and you have one and you want

18     your vote to count, then you can show up with your ID or

19     two forms of ID.

20             REP. COLEMAN:  How do we determine if a

21     provisional ballot counts now?

22             REP. DENNY:  Well, there are --

23         The instances in which your ballot counts or

24     do not count are printed on the back of the provisional

25     ballot envelope where that ballot takes place.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00211315

9

1           REP. COLEMAN:  Exactly right.  And so who

2    determines that?

3           REP. DENNY:  The central counting

4    station, the ballot board.

5           REP. COLEMAN:  Are they having a hard

6    time doing it?

7           REP. DENNY:  No.

8           REP. COLEMAN:  Then why are we changing

9    the rules?  Thank you, Ms. Denny.

10          REP. DENNY:  Thank you.  We're changing

11   them because there are instances in which that needs to

12   be determined.

13          Hello.

14          SPEAKER:  For what purpose, Mr. Strama?

15          REP. STRAMA:  To ask the lady a few

16   questions.

17          REP. DENNY:  I certainly will.

18          SPEAKER:  The lady yields.

19          REP. STRAMA:  Thank you, Ms. Denny.

20   Let's talk about why this bill was filed.  What exactly

21   is the problem that you're trying to solve?

22          REP. DENNY:  Well, Mr. Strama, thank you,

23   for asking.  We have instances in this state that we

24   have voter fraud, and I think it is so important that

25   your vote be safeguarded and that you are the one that



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00211316

10

1     is actually casting that vote.

2                    REP. STRAMA:  Did the committee hear

3     specific testimony about specific cases of voter fraud?

4                    REP. DENNY:  We have.  We did and we

5     have.

6                    REP. STRAMA:  Could you cite a couple of

7     those examples?

8                    REP. DENNY:  Well, as I just told

9     Mr. Coleman, we have had, in the past, testimony

10    throughout this state of persons casting ballots and

11    showing up with voter registration cards and they were

12    not who were the people casting those ballots.

13           In this last election, it was interesting, I

14    was just talking to the Secretary of State, where they

15    had persons who have been dead.  You know, the same old

16    stories we've heard for years, dead people casting

17    ballots.

18           Now if that person has to show up and show a

19    photo ID or two forms of current ID, non-photos, the

20    dead people won't be voting any longer.

21                    REP. STRAMA:  You know that for the past

22    five years in the private sector, I've worked on voter

23    registration data base technology.

24                    REP. DENNY:  I'm aware of it.

25                    REP. STRAMA:  Worked with election



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

11

1    officials?

2              REP. DENNY:  Yes, sir.

3              REP. STRAMA:  The only comprehensive

4    study I'm aware of that study the race, you know the

5    evidence that we always hear anecdotally about dead

6    people casting ballots was the state of Georgia's post

7    election 2000 report, in which they identified that when

8    there were news reports immediately following the

9    election, that potentially hundreds of dead people had

10   voted, and when the Secretary of State actually went and

11   the audited every single one of those cases, they

12   ultimately found there was only one case where a dead

13   person had voted and it was a dead person who had

14   actually voted while they were living and voted

15   absentee.  Are you aware of that study?

16             REP. DENNY:  I am aware of that study in

17   Georgia.  However, I know our situation here in Texas is

18   somewhat different.

19             REP. STRAMA:  Do you believe that

20   homeless people should be allowed to vote?

21             REP. DENNY:  Absolutely.

22             REP. STRAMA:  How would a homeless person

23   meet the requirement of this legislation?

24             REP. DENNY:  Very easily.  They can get a

25   photo ID from DPS.



**ESQUIRE**
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00211318

12

1              REP. STRAMA:  How much does a photo ID

2         cost?

3              REP. DENNY:  It's free when you sign this

4         affidavit that you need one and are unable to pay for

5         it.

6              REP. STRAMA:  So in addition to

7         registering to vote, the requirement to vote for a

8         homeless person would be that they also go to DPS and

9         get a photo ID beyond the requirement of registration?

10             REP. DENNY:  That's correct, but I don't

11        know how they can get by with getting any of the

12        benefits that they have.  They could get a photo ID.

13        There are also many other forms of identification, and I

14        would assume a homeless person is also receiving

15        benefits, Medicaid, and those types of things, and the

16        ID card that is issued for Medicaid is certainly one of

17        those forms of ID that is on the acceptable list, which

18        I passed out to everyone here.  Those are available free

19        of charge.  A library card, which is free of charge.

20        Homeless people are certainly able to obtain those.

21             REP. STRAMA:  You're aware that when the

22        Help America Vote Act was passed, this ID requirement

23        was one of the most significantly debated portions of

24        that legislation, are you not?

25             REP. DENNY:  I am aware of that.



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_008576

TX_00211319

HB 1706 House Calendar 2nd Read                              May 2, 2010

13

1          REP. STRAMA:  Did you know that I was in

2    the house gallery when the bill was passed?

3          REP. DENNY:  No, I didn't.

4          REP. STRAMA:  It was a pretty exciting

5    experience.

6          REP. DENNY:  I bet it was.

7          REP. STRAMA:  And I was very involved in

8    a lot of the negotiations on that bill.  This particular

9    component of it was of particular interest to Senator

10   Bond of Missouri because Senator Bond alleged that there

11   had been widespread voter fraud in the state of

12   Missouri's election in the 2000 election, and what he --

13   and as the most outspoken advocate for stronger ID

14   requirements, are you aware that the Help America Vote

15   Act prescribes specific requirements such as

16   demonstration of photo ID the first time a mail-in

17   registrant goes to vote at the polling place, are you

18   aware of those requirements?

19         REP. DENNY:  Absolutely.

20         REP. STRAMA:  Do you agree that this bill

21   goes beyond the requirements of the Help America Vote

22   Act?

23         REP. DENNY:  Yes, it does, and several

24   other states have joined in what we're trying to do here

25   in Texas and have already put in effect more stringent



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00211320

14

1    requirements.

2                REP. STRAMA:  Would you agree that the

3    state's obligations in conducting elections are to

4    ensure that every registered voter is allowed to vote

5    and no one is allowed to vote more than once?

6                REP. DENNY:  Yes, I would.

7                REP. STRAMA:  Would you agree that we

8    ought to err on the side of inclusion when we know that

9    we have a problem with voter participation and we cannot

10   document a widespread statistically significant problem

11   with voter fraud of the nature you're describing, would

12   you feel that we ought to err on the side of inclusive

13   and accessible election procedures?

14               REP. DENNY:  I feel, Mr. Strama, that we

15   need to maintain the integrity of our election process,

16   and when people feel that their vote can be stolen from

17   them by someone other than themselves voting that, that

18   we need to take every precaution to make sure that they

19   are the ones that are voting their ballots.

20               REP. STRAMA:  But you know that, of

21   course, if you go and vote your ballot and someone else

22   tries to vote your ballot, that person will be

23   identified, that the software and the election process

24   flags that you voted, and if you try to vote twice, it's

25   identifiable to the election officials?



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00211321

15

1                    REP. DENNY:  Well, one would certainly

2       hope so.  However, we have people that do show up on

3       election day that have been notified that they have

4       already voted somehow during early voting and we're

5       trying to figure out how to put a stop to that, and

6       certainly if they have to show up with a photo ID, that

7       will help.

8                    REP. STRAMA:  You're aware that when we

9       vote by mail, we're not required to show photo ID, is

10      that correct?

11                   REP. DENNY:  Unless it's the first time.

12                   REP. STRAMA:  Unless it's the first time?

13                   REP. DENNY:  That's correct.

14                   REP. STRAMA:  So your bill applies by

15      mail?

16                   REP. DENNY:  That's correct, at this

17      time.

18                   REP. STRAMA:  Well, would you expect to

19      come back here and apply these standards to absentee

20      ballots by mail?

21                   REP. DENNY:  I don't know.  We'll see how

22      this goes.

23                   REP. STRAMA:  I asked a question a moment

24      ago.  Do you feel we should err on the side of inclusion

25      and accessibility when it comes to this question; when



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_008579

TX_00211322

HB 1706 House Calendar 2nd Read                    May 2, 2010

16

1    we weigh the ballots between the fact that fewer than 50

2    percent of eligible voters participate in our elections

3    and we have some undocumented, unquantified amount of

4    voter fraud that we can't really substantiate, don't you

5    feel we ought to err on the side of inclusion and

6    accessibility?

7                    REP. DENNY:  And I answered that by

8    saying I think it's most important that we ensure the

9    integrity of maintaining that you are the one that votes

10   your ballot.  I think that that is of the utmost

11   importance.

12                   REP. STRAMA:  My last question.  When

13   this bill is implemented, we will have a lot of people

14   going to the polls without the identification

15   requirements in this bill, and I wonder if you have any

16   plan for how we transition to the new requirement?

17                   REP. DENNY:  I don't think that -- I

18   don't think that that will be the case, Mr. Strama.  I

19   think that there will be a huge voter education program

20   in place to notify voters of the requirements of the ID

21   so that no one will not know of this new requirement.

22                   REP. STRAMA:  Are we appropriating state

23   fund for that voter education requirement?

24                   REP. DENNY:  The Secretary of State's

25   office uses private funds.  I have spoken with our new



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_008580

TX_00211323

17

1      Secretary of State and he is, has already embarked on a

2      effort to raise private funds to do all the voter

3      education necessary to improve voter turn-out,

4      regardless of what bills we pass in this legislative

5      session, to do the utmost to get 100 percent voter

6      participation.

7                      REP. STRAMA:  Thank you for answering my

8      questions.

9                      REP. DENNY:  Thank you, Mr. Strama.

10                     REP. BROWN:  Mr. Speaker?

11                     SPEAKER:  For what purpose?

12                     REP. BROWN:  Will the lady yield?

13                     REP. DENNY:  I certainly do.

14                     SPEAKER:  The lady yields.

15                     REP. BROWN:  Did I share with you the

16     incident we had in one of my counties this past time

17     with someone voting multiple times?

18                     REP. DENNY:  I don't believe so,

19     Ms. Brown.

20                     REP. BROWN:  Well, I'd like to let you

21     know about that because I think it has a great bearing

22     on what you're trying to do today.  Someone was in line

23     and bragging about the fact that she had voted three

24     times that day.  She was going around and picking up the

25     voter registration cards from different people that she



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

JA_008581

TX_00211324

18

1    knew and then going to the polls and voting for that

2    person, and she thought she was really doing a great

3    service.  But anyway, we stopped that, but we were only

4    able to stop it after she had cast three or four votes,

5    so this was to take care of it.

6            And one other thing I wanted to point out.  Do

7    you know how many of our judges and alternate judges and

8    clerks at the polls are senior citizens?

9            REP. DENNY:  Oh, many, many are senior

10   citizens.

11           REP. BROWN:  I was thinking I read

12   somewhere over 80 percent are serving in that capacity.

13   So I feel like that AARP didn't poll our election

14   workers or they would have known, because those people

15   who hold the elections know how difficult it is to make

16   sure that the people who are voting are indeed qualified

17   to do so.  In fact, I know someone who worked as a judge

18   that asked for ID one day and this lady started pulling

19   out ID and she said, "Well, which one do you want?"  She

20   had about four or five identifications under different

21   names in her purse.

22           REP. DENNY:  Oh, my.

23           REP. BROWN:  So it would solve that.

24   Thank you very much.

25           REP. DENNY:  Thank you very much, and



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00211325

19

1      thank you for sharing that story because that does point

2      out exactly why we need this legislation.

3                     REP. BROWN:  I think this bill is long

4      overdue.  Thank you.

5                     REP. DENNY:  Thank you very much,

6      Ms. Brown.

7                     REP. WOOLLEY:  Mr. Speaker.

8                     SPEAKER:  For what purpose, Ms. Woolley?

9                     REP. WOOLLEY:  Will the lady yield?

10                    REP. DENNY:  I certainly do.

11                    SPEAKER:  The lady yields.  Just about

12     one minute.

13                    REP. WOOLLEY:  Ms. Denny, I don't

14     believe it's too much to ask people to be able to prove

15     who they are if they're going to vote, do you?

16                    REP. DENNY:  No, ma'am, I don't.

17                    REP. WOOLLEY:  Wouldn't you say it's true

18     that every time a vote is cast fraudulently, it

19     disenfranchises those who have cast legal votes?

20                    REP. DENNY:  I certainly do, and I'm glad

21     you brought that up.

22                    REP. WOOLLEY:  And isn't -- doesn't your

23     bill have a provision for free picture voter IDs given

24     by DPS?

25                    REP. DENNY:  Oh, there are many, many



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_008583

HB 1706 House Calendar 2nd Read                    May 2, 2010

20

1     forms of photo ID that are available, and certainly a

2     free one issued to anyone that shows need for that,

3     absolutely.

4                    REP. WOOLLEY:  Well, Ms. Denny, I think

5     you've got a fair bill, one that we all should be able

6     to support if we believe in legal voting and getting rid

7     of the fraud that's being perpetrated on our voting

8     system.

9                    REP. DENNY:  Thank you, Ms. Woolley.  I

10    appreciate that.

11                   SPEAKER:  Mr. Kaufman raises a point of

12    order that the lady's time has expired.  The point of

13    order is well taken and sustained.

14                   REP. CHAVEZ:  Mr. Speaker, I ask that the

15    lady's time be yielded.  This is an important issue to

16    all of us.

17                   SPEAKER:  Ms. Chavez moves that the

18    gentle lady's time be extended.  Is there objection?

19    Mr. Nixon objects.

20                   REP. CHAVEZ:  I'd like to raise it to a

21    vote.

22                   SPEAKER:  Members, there's a division

23    vote on Ms. Chavez's motion to extend time.  All those

24    in favor, vote "I;" opposed, vote "Nay."  Division

25    vote.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

JA_008584

TX_00211327

21

1           Strike the board.  Motion carries.  The

2      time is extended.  The lady yields.

3                 REP. CHAVEZ:  Thank you, Mr. Speaker.

4      Thank you, Chairwoman Denny.  I appreciated our

5      conversation.

6           A couple of questions.  On page four of your

7      bill, number 3, "A valid employee identification card

8      that contains the person's photo and is issued by a

9      employer of the person," would that also include a union

10     card?

11                REP. DENNY:  Only if it's issued by the

12     employer.

13                REP. CHAVEZ:  Okay.  A union card is

14     usually issued by the union, so a union card photo ID

15     would not be acceptable.

16                REP. DENNY:  I don't believe so,

17     Ms. Chavez.

18                REP. CHAVEZ:  Okay.  Did you know that

19     not all U.S. citizenship certificates contain the

20     person's photographs; the ones from 20, 30 years ago may

21     not have a photo?

22                REP. DENNY:  Okay.

23                REP. CHAVEZ:  Okay.  And also, and I

24     spoke to you about this on other acceptable

25     documentation.



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_008585

TX_00211328

22

1           REP. DENNY:  Uh-huh.

2           REP. CHAVEZ:  Could you clarify for me

3      that on page 5, line 7, "Identification card issued to a

4      person by a governmental entity of the state," will

5      include a federally qualified health center or an FQHC,

6      that that would be acceptable?

7           REP. DENNY:  Right, that is a federally

8      issued medical card for benefits.

9           REP. CHAVEZ:  Okay.  So that would be

10     eligible?

11          REP. DENNY:  That would be, uh-huh.

12     Whether it's a photo or non-photo ID, that would be

13     covered.

14          REP. CHAVEZ:  And are you aware that many

15     elderly senior citizens don't have a driver's license

16     and haven't driven in 15, 20 years?

17          REP. DENNY:  Yes.

18          REP. CHAVEZ:  That they're in public

19     housing, high rises, and I've got -- I've got two public

20     housing senior high rises in my district and these

21     people have lived there 15, 20, 25 years, and they don't

22     have photo IDs.

23          REP. DENNY:  Right.

24          REP. CHAVEZ:  They definitely don't have

25     driver's license.  They have a grocery store, you know,



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00211329

23

1    within walking distance, they go and buy their

2    groceries, they come back, and their life --

3              REP. DENNY:  Right, and Ms. Chavez, you

4    don't have to have that photo ID, you just need two

5    forms of the photo ID and they'll have a Medicare or a

6    Medicaid card or mail where they receive a benefits

7    check, and those would work.

8              REP. CHAVEZ:  But don't you agree that

9    this is going to be an obstacle that they haven't had to

10   do and that some of them are going to consider this as a

11   act of intimidation?

12             REP. DENNY:  Oh, I wouldn't think so at

13   all.  You know, if you prize your right to vote and you

14   don't want someone to steal that vote from you, just

15   taking the envelope that has your name on it, and I'm

16   assuming that they would carry their Medicaid card with

17   them just like we carry our forms of ID in our wallet.

18             REP. CHAVEZ:  When you go vote, the new

19   immigrants, especially Mexican Americans, new, first

20   generation immigrants, have been subjected to laws like

21   Proposition 187 in California, which created a huge

22   under class of people and also a fear of the government

23   and a fear to have to present anything other than what

24   they need to.  So they would see this as a deterrent or

25   an obstacle, an obstacle to voting because, all of a



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_008587

TX_00211330

24

1    sudden, they want more information.

2         They're so fearful of losing their benefits,

3    of losing what they have.  They became citizens, they

4    decided to play by the rules, and all of a sudden, they

5    have to provide information.  Because I had this

6    situation when I worked on the John Kerry campaign in

7    New Mexico, okay, and even though it was New Mexico, she

8    was required to have a photo ID with her voter card and

9    she didn't have a photo ID.  She never drove in her

10   life, and I asked her for -- in Spanish, she didn't

11   speak English.  I asked her, "Do you have your Medicare,

12   your Medicaid card?"  "No, no lo tengo."  "Do you have

13   your Social Security card?  "No tengo."

14        She said she didn't have a Social Security

15   card.  So when she ate lunch at her nutrition program, I

16   asked her if I could go through her cards, and I said,

17   you know, (Speaking in Spanish,) and in those cards, she

18   had her Medicare, she had her Medicaid, but this is a

19   perfect example of people who do not know that they have

20   these things.

21        She doesn't run to the hospital, run to the

22   health center to get benefits.  She didn't even know she

23   had a Medicaid card.  So we are --

24        This bill, to me, definitely puts obstacles to

25   people, especially first generation immigrants to this



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00211331

HB 1706 House Calendar 2nd Read                    May 2, 2010

25

1    country.  You know, your elderly, elderly people, old

2    people are not accustomed to having to present this

3    thing and you are going to see them not coming to the

4    polls.

5                REP. DENNY:  Well, when the first

6    generation Americans that are naturalized citizens go

7    through the class that they have to take to become

8    naturalized citizens, they are taught what is required

9    of being a U.S. citizen, and part of that, in Texas, is

10   when you vote, if this law becomes effective, in effect,

11   will be that you have to show a form of identification,

12   a photo ID or two forms of non-photo ID, just as you do

13   to conduct any other type of business, and it will just

14   become the way it is, and as you said, she had that form

15   of ID with her.

16               REP. CHAVEZ:  She didn't know it though,

17   she didn't know.

18               REP. DENNY:  She knew she had the --

19               REP. CHAVEZ:  No, she did not know.

20               REP. DENNY:  Oh, she didn't know.

21               REP. CHAVEZ:  She did not.  She said went

22   back and she said (Speaking in Spanish.)  "I couldn't

23   vote, they didn't let me vote, I don't have the

24   necessary documents," and I sat down with her and I

25   said, "Let me go through your billfold," and I found



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00211332

26

1  them, and I said, "Yes, you do," and I took her back

2  into vote, okay.

3          That's labor intensive, okay.  When we passed

4  federal legislation that took away food assistance to

5  legal immigrants, legal immigrants, okay?

6                  REP. DENNY:  Right.

7                  REP. CHAVEZ:  Thousands of them became,

8  hundreds of thousands of them became U.S. citizens,

9  okay, because they had worked, they had the work

10  requirement and they now were being subjected to

11  something, and I am talking about old people.

12          One of the seniors in my district who college

13  educated his kids by shining shoes in El Paso, he

14  finally, at 78, got his citizenship.  These are real

15  people.

16                  REP. DENNY:  Of course.

17                  REP. CHAVEZ:  Okay, he doesn't have, he

18  didn't have those kinds of forms of ID.  He didn't ever

19  drive.  He just shined shoes and sent his kids to

20  school, and now you're going to sit there and put this

21  obstacle and require more documents.

22                  REP. DENNY:  But he has to have forms of

23  identification to get along in this world.  And so he

24  will have to, if this bill goes into effect, have to

25  have forms of identification to vote, so he can show



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

1    that he is who he says he is.

2            REP. CHAVEZ:  I believe that elderly

3    people, elderly people are qualified at age 50 to become

4    members of AARP, and I believe out of respect for the

5    more than 2 million AARP members and elderly, that we

6    should exempt them from this requirement.

7            REP. DENNY:  No, I disagree.

8            REP. CHAVEZ:  And I have an amendment to

9    do that, and I would also like to talk to you a little

10   bit about the poll judges.  Okay, you also have judges

11   who are going to interpret this, and I know, because I

12   have it in my district, they're going to interpret this

13   as you don't have a photo ID, you can't vote.

14           REP. DENNY:  Ms. Chavez, let me refer you

15   to page 2, line 1 of the bill, where it says that the

16   voter shall be accepted.  That means there is no subject

17   to interpretation by the poll workers.  They will accept

18   every voter for voting.

19           REP. CHAVEZ:  Provisional, okay.

20           REP. DENNY:  For provisional.  Yes; I

21   mean, we don't any longer have a challenged voter.

22           REP. CHAVEZ:  I'm glad you brought that

23   up.

24           REP. DENNY:  They can vote that ballot

25   provisionally.



**ESQUIRE**
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00211334

28

```
 1                    REP. CHAVEZ:  Okay.  So I do discussed
 2       this --
 3                    REP. DENNY:  And if they have the forms
 4       of ID that are allowed and they're on the voter list,
 5       that vote will be counted.
 6                    REP. CHAVEZ:  I spoke to you, but you had
 7       to come and lay out your bill, about an amendment that
 8       would require that all polling places to have a list of
 9       the acceptable documents.
10                    REP. DENNY:  Yes.  To have that posted,
11       and I told you I would accept that amendment.
12                    REP. CHAVEZ:  Okay, and I could I add to
13       that under the section that you just stated that a
14       provisional voting ballot will be provided to anyone who
15       comes to vote and presents --
16                    REP. DENNY:  Well, let me see your
17       amendment.
18                    REP. CHAVEZ:  Okay.
19                    SPEAKER:  For what purpose, Mr. Jackson?
20                    REP. JACKSON:  Will the lady yield?
21                    REP. DENNY:  I certainly do.
22                    SPEAKER:  The lady yields.
23                    REP. JACKSON:  Ms. Denny, Representative
24       Bernham testified earlier, correctly, that AARP has two
25       million members in Texas and they oppose this.  Are you
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00211335

29

1    aware I'm a member of AARP?

2                    REP. DENNY:  Yes, sir.  Well, no, I'm not

3    aware you're a member.

4                    REP. JACKSON:  Yes, yes.  You know, I bet

5    there are other members.

6                    REP. DENNY:  Assuming you're over 50, as

7    am I.

8                    REP. JACKSON:  And I bet there are other

9    people on the House floor that are members of AARP.

10                   REP. DENNY:  Oh, I bet there's one or

11   two.

12                   REP. JACKSON:  And I don't believe AARP's

13   position represents all of us.  I know it doesn't

14   represent me.

15                   REP. DENNY:  I know it doesn't represent

16   me either, Mr. Jackson.

17                   REP. JACKSON:  And Representative Denny,

18   isn't there a section of the bill where DPS will issue

19   ID cards at no cost?

20                   REP. DENNY:  Absolutely, there certainly

21   is.

22                   REP. JACKSON:  So this is not a poll tax.

23   There's not any cost to doing this, qualifying to vote

24   under this bill.

25                   REP. DENNY:  No, you're exactly right.



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_008593

TX_00211336

30

1          REP. JACKSON:  Representative Denny,

2     let's think of some of the things you can't do without

3     an ID card.  I rented a movie the other day and had to

4     show my driver's license.

5          REP. DENNY:  I know it.  That's correct.

6          REP. JACKSON:  Went to a clinic.  I had

7     to show them my driver's license.

8          REP. DENNY:  Yes, sir.

9          REP. JACKSON:  Got on an airplane, had to

10    show my driver's license.  Drove a car and had to have a

11    driver's license.  You know, us just have to have ID to

12    do near anything, don't you?

13         REP. DENNY:  Yes, sir, you do.

14         REP. JACKSON:  I think voting is so

15    important that it's not unreasonable to expect people to

16    ID themselves, don't you?

17         REP. DENNY:  I do indeed.

18         REP. JACKSON:  It's a good bill,

19    Mrs. Denny.

20         REP. DENNY.  Thank you, Mr. Jackson.  I

21    appreciate that.

22         REP. OLIVO:  Mr. Speaker.

23         SPEAKER:  Mr. Kaufman.  I'm sorry,

24    Mr. Kaufman raises a point of order.  The gentle lady's

25    time has expired.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00211337

HB 1706 House Calendar 2nd Read                    May 2, 2010

31

1          REP. OLIVO:  Mr. Speaker, I --

2          SPEAKER:  The order is well taken and

3     sustained.

4          REP. OLIVO:  I request an extension of

5     time on this.  This is an important issue.  We need more

6     time on it.

7          SPEAKER:  Ms. Olivo requests -- makes a

8     motion to extend time.  Is there an objection?  There is

9     objection.

10         REP. OLIVO:  I'd like to vote on it.

11         SPEAKER:  Okay.  Members, this requires

12    unanimous consent.  Is there objection?  Yes, there is

13    objection.  Following the amendment, the clerk will read

14    the amendment.  We have 11 amendments, members, and

15    counting.

16         THE CLERK:  Amendment by Chavez.

17         SPEAKER:  The Chair recognizes

18    Ms. Chavez.

19         REP. CHAVEZ:  Mr. Speaker, members, what

20    this amendment does is simply allows a voter over the

21    age of 50 to present his or her voter registration card

22    the way they always have.  That's it.  It's very

23    simple.

24          The 50 years old is when someone is eligible

25    to be a member of AARP, and out of respect for a



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

32

1      generation who has dedicated their lives to a spot in

2      the armed services, who has given and been part of laws

3      that have been anti-discriminatory against minority

4      communities, we should give them the right to be exempt

5      at age 50.

6                  SPEAKER:  The Chair recognizes Ms. Denny

7      against the amendment.

8                  REP. OLIVO:  Members, Mr. Speaker.

9                  SPEAKER:  Yes, ma'am, for what purpose?

10                 REP. OLIVO:  Will the gentle lady yield?

11                 SPEAKER:  Do you yield for a question?

12                 REP. DENNY:  I'll yield.

13                 SPEAKER:  The lady yields.

14                 REP. OLIVO:  Representative Denny?

15                 REP. DENNY:  Yes, ma'am.

16                 REP. OLIVO:  I'm very concerned about

17     this particular legislation.  Do you know that there's a

18     lot of people out there, like my father and my mother.

19     My father is 86, my mom is 84, and if I look at my mom

20     and I look at the requirement you have, you require,

21     according to your bill, on some of the ID's, you require

22     a driver's license or personal ID, right?

23                 REP. DENNY:  A photo ID, yes.

24     Ms. Olivo, I'm speaking against the amendment.  I'm up

25     here to speak against Ms. Chavez's amendment.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

33

```
 1              REP. OLIVO:  Okay.  Well, let me let you
 2      do that, then I'll come back on.
 3              REP. DENNY.  Okay.
 4              REP. OLIVO:  Thank you.
 5              REP. DENNY:  Ms. Chavez's amendment would
 6      exempt someone 50 years or older, and that defeats part
 7      of the purpose of the bill, and so I would move to table
 8      Ms. Chavez's amendment and ask you --
 9              REP. URESTI:  Mr. Speaker?
10              REP. DENNY:  -- to vote yes on the
11      amendment.  I mean, vote yes on the motion to table.
12              REP. URESTI:  Mr. Speaker?
13              REP. DENNY:  We need to --
14              SPEAKER:  Mr. Uresti?
15              REP. URESTI:  Will the gentle lady yield
16      for a question?
17              SPEAKER:  Will you yield for a question?
18              REP. URESTI:  On the amendment.
19              SPEAKER:  The lady yields.
20              REP. DENNY:  I do..
21              REP. URESTI:  Thank you, Representative.
22      Denny.  I have a question for you on the amendment.
23      Ms. Denny, did you read the HRO report that was put out
24      on this bill?
25              REP. DENNY:  Yes.
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00211340

34

1           REP. URESTI:  And did you disagree with

2     any of the aspects that were in the HRO report?

3           REP. DENNY:  Yes, I do disagree.

4           REP. URESTI:  Did you agree with the

5     portion of it that supports the bill?

6           REP. DENNY:  No.

7           REP. URESTI:  You didn't agree with the

8     portions related to the --

9           REP. DENNY:  I do agree with the portions

10    that are supportive of the bill.

11          REP. URESTI:  But you disagree, I assume,

12    with the portions that oppose your bill, correct?

13          REP. DENNY:  On some of them.

14          REP. URESTI:  Okay.  Did you read the

15    part about, and this goes to Representative Chavez's

16    amendment, because we're talking about our senior

17    citizens, which, to me, includes a lot of our World War

18    II Veterans, but did you read the part about where it

19    reads, under the bill, the state of Texas could have the

20    distinction of throwing out the vote of a World War II

21    veteran on a technicality?  Did you read that part?

22          REP. DENNY:  Yes, I did, and I disagree

23    with that because I don't see how anybody's vote would

24    be thrown out?

25          REP. URESTI:  So why would that be in



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00211341

HB 1706 House Calendar 2nd Read                    May 2, 2010

35

1     this HRO report?

2                REP. DENNY:  I don't know.  Sometimes HRO

3     does not, I think, does not interpret the amendment

4     correctly.

5                REP. URESTI:  So Representative Denny,

6     you do not agree that it's possible that somebody's vote

7     could be thrown out on a technicality?

8                REP. DENNY:  No, I do not, because anyone

9     that shows up with the proper form of identification,

10    their bill -- I mean, their ballots will be cast and

11    voted and counted.

12               REP. URESTI:  Last session, we worked on

13    the HAVA bill in your committee.  I'm sure you remember

14    that well.  And did you read in the part in this HRO

15    that states that this bill is inconsistent with the

16    federal HAVA laws?  Do you agree with that statement?

17               REP. DENNY:  It does go further.  It's

18    not inconsistent, and Representative Uresti, a veteran

19    would have a government issued photo ID.

20               REP. URESTI:  I'm sorry, I didn't hear

21    you.

22               REP. DENNY:  A veteran would have a photo

23    ID.

24               REP. URESTI:  Well, you're assuming they

25    haven't lost their ID.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

HB 1706 House Calendar 2nd Read                    May 2, 2010

36

1              REP. DENNY:  I'm sorry, I'm assuming

2       what?

3              REP. URESTI:  You're assuming they

4       haven't lost their ID.  And I think that's the whole

5       problem.

6              REP. DENNY:  Well, they can get another

7       one.

8              REP. URESTI:  But what if they lose it

9       the day before the election?  See, that's the whole

10      problem, Representative Denny, respectfully, with this

11      bill.

12             REP. DENNY:  Well, they have other forms

13      of ID.

14             REP. URESTI:  There are a lot of

15      assumptions made in this bill that everybody carries

16      their wallet, everybody carries their purse, has all of

17      their ID, they're all current, and I think that's a

18      wrong assumption.  In a perfect world, I think you're

19      correct, but we don't live in a perfect world, and I

20      think that's the problem that our Veterans all have

21      their IDs.

22             I can name you a number of Veterans that have

23      last their DV 214s, which is the most important record

24      that they should have, and they've lost them.  Would you

25      agree with that statement?



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

37

1            REP. DENNY:  That does happen, yes,

2       indeed it does, but there are provisions for getting

3       another one.

4            REP. URESTI:  You're right.  But the

5       question then is, would they be able to get it in time

6       to vote, and that's the problem.

7            REP. DENNY:  Early voting goes on for a

8       long period of time.

9            REP. URESTI:  Have you ever tried to get

10      a military ID, Representative Denny?

11           REP. DENNY:  No, sir, I haven't.

12           REP. URESTI:  Okay.  Do you have any idea

13      how long it would take to get a military ID?

14           REP. DENNY:  But getting one from --

15      getting an ID from DPS, you can get the receipt that you

16      have applied for that or you can get that online or you

17      can get one in person, in one day, in a few hours.

18           REP. URESTI:  How many senior citizens do

19      you think can get on the computer and get online and

20      order a DPS identification card?

21           REP. DENNY:  Anyone that has computer

22      access, and that's available free of charge at a

23      library.

24           REP. URESTI:  At the library, and that's

25      assuming they have transportation and they're not



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00211344

38

1    disabled, correct?

2                    REP. DENNY:  That is true.

3                    REP. URESTI:  And according to this HRO,

4    it appears that this bill would strip away many of those

5    opportunities that HAVA, the bill that you passed last

6    session, provided to our disabled Veterans, do you

7    realize that?

8                    REP. DENNY:  No, I don't believe that it

9    does.

10                   REP. URESTI:  I understand the intent of

11   your bill is to get to voter fraud, but do you not agree

12   that the end result is going to actually have the

13   adverse effect in that we're going to discourage or

14   hinder or prohibit more voters, more people from

15   exercising their most fundamental right?

16                   REP. DENNY:  I disagree with that.

17                   REP. URESTI:  Thank you, Representative

18   Denny.

19                   REP. DENNY:  Thank you, Mr. Uresti.

20                   REP. GIDDINGS:  Mr. Speaker?

21                   SPEAKER:  Yes, ma'am, for what purpose.

22                   REP. GIDDINGS:  Will the gentle lady

23   yield?

24                   SPEAKER:  Will you yield?

25                   REP. DENNY:  I yield.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00211345

39

```
 1              SPEAKER:  The lady yields.
 2              REP. GIDDINGS:  Chairman Denny, let me
 3    say from the very beginning that I have no doubt that
 4    your intention and what you're trying to do are good
 5    and honorable, but Chairman Denny, I think we have to
 6    not look at your intentions as it relates to this bill
 7    but that we have to look at the results of what this
 8    bill will do, and as it relates to this particular
 9    amendment before you, I do think that we ought to try
10    and make it as easy as possible for the elderly to vote.
11              Would you not agree with that?
12              REP. DENNY:  Well, I think it's already
13    quite easy for the elderly to vote, Representative
14    Giddings.
15              REP. GIDDINGS:  Well, you mentioned the
16    fact, Chairman Denny, that one can get this free
17    identification cards from the DPS.  Many of our senior
18    citizens, I'm not sure that you're aware, do not have
19    the transportation and the where-with-all to get to the
20    office of the Department of Public Safety to get this
21    card.  Are you aware of that?
22              REP. DENNY:  I understand that it might
23    be more difficult for some than for others, yes.
24              REP. GIDDINGS:  I think there's a
25    possibility that young people might be able to get
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00211346

40

1    through what you're trying to do here, again, realizing

2    what your intentions are, but looking at the results, I

3    think the results in terms of elderly people attempting

4    to vote, and many of them are so passionate about this,

5    we don't want to discourage them.

6         I think the result of this is that a lot of

7    elderly people are going to have great difficulty

8    voting, and may I just say, Representative Denny, as

9    much as you and I like to believe otherwise, there are

10   those people out there who would try to take away the

11   right of someone to vote.  Are you aware of that?

12        REP. DENNY:  I find that difficult to

13   believe, but I certainly will take your word for it.

14        REP. GIDDINGS:  Well, I will tell you in

15   an upscale area where I vote, I have been in the line

16   with other people who have just had their voter

17   identification card and they have been allowed to vote,

18   and in that same line, upon occasion, in addition to my

19   voter registration card, I have been asked to present

20   photo ID, even though the person who was there at the

21   polls knew exactly who I was.  Would you find that hard

22   to believe?

23        REP. DENNY:  No, I certainly believe you,

24   if you tell me that, certainly.

25        REP. GIDDINGS:  Well, those kinds of



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00211347

41

1    things do happen, and Representative Denny, I'm going

2    back to saying I have no doubt about your intentions,

3    that they're good and that they're honorable, but I am

4    very concerned about the results of what this bill will

5    do, particularly to the elderly.  Thank you.

6                    REP. DENNY:  Thank you, Ms. Giddings.

7                    MS. OLIVO:  Mr. Speaker.

8                    SPEAKER:  Yes, Ms. Olivo, for what

9    purpose?

10                   REP. OLIVO:  Will the gentle lady yield?

11                   SPEAKER:  Do you yield?

12                   REP. DENNY:  I do.

13                   SPEAKER:  The lady yields.

14                   REP. OLIVO:  This amendment,

15   Representative Denny, would allow people 50 years and

16   older not to present all this identification you're

17   talking about, is that correct?

18                   REP. DENNY:  I'm sorry, could you say

19   that again, please?

20                   REP. OLIVO:  This amendment that

21   Ms. Chavez has in front of you would allow people that

22   are 50 years and older not to have to comply with all

23   this different types of identification that you're

24   saying that they need to take now to vote.

25                   REP. DENNY:  Yes, that's correct.



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_008605

TX_00211348

42

1           REP. OLIVO:  Well, you know, I mean, that

2     creates a real burden for people like my parents and

3     others that are in their 80s or older, or even 50 and

4     older, when they have to do, go through all this

5     rig-a-marole.  You know, my parents have voted, my

6     parents have voted all their lives, one is 86 and one is

7     84, and there's a lot of people like that in the state

8     of Texas that have been voting diligently, and let me

9     tell you, do you know that there's evidence out there

10    that shows that generally people stop committing crimes

11    as they get older, so maybe my question is --

12           SPEAKER:  Mr. Crabb raises a point of

13    order.  The lady's time is expired.  The point of order

14    is well taken and sustained.

15           REP. OLIVO:  I would request an extension

16    at this time.

17           SPEAKER:  Ms. Olivo has requested that

18    her time be extended.  Is there objection?  There is

19    objection.

20           REP. OLIVO:  So can we vote on it?

21           SPEAKER:  Ms. Olivo asks for time to be

22    extended.  It is a division vote.

23         The division vote, members, on time extension.

24         Strike the board.  Time is extended.  The lady

25    yields.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

JA_008606

43

1          REP. OLIVO:  Ms. Denny, this amendment,

2     don't you agree, is something that will take the load

3     off the people that you're trying to burden with your

4     particular bill right now?

5          REP. DENNY:  Well, I'm not trying to

6     burden anyone.

7          REP. OLIVO:  Well, that's what you're

8     doing.

9          REP. DENNY:  I don't feel that it's a

10    burden, an undue burden to anyone to show who you say

11    you are, to show ID, and I certainly think 50 is not

12    elderly, even though AARP likes to open up their

13    membership to young folks 50.

14         REP. OLIVO:  Well, maybe if we're talking

15    about ethics, we must be looking elsewhere.  Thank you,

16    Ms. Denny.

17         REP. DENNY:  Thank you.

18         REP. BRANCH:  Mr. Speaker, does the lady

19    yield?

20         REP. DENNY:  I certainly do.

21         SPEAKER:  The lady yields.

22         REP. BRANCH:  Thank you, Chairman.  I am

23    puzzled at some of the questions I'm hearing, and I just

24    wanted to ask you, it seems to me whether we were

25    talking about the same bill, we had questions about and



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00211350

44

1    showing concern for the elderly and voting, and I've

2    worked a lot of polling stations, as you know, and I

3    think some of the best voters in terms of disciplined

4    voters are senior citizens, and they are, to me, very

5    concerned about voting on a regular basis.  Has that

6    been your experience?

7                    REP. DENNY:  Absolutely, Mr. Branch.

8                    REP. BRANCH:  And it seems to most

9    concerned about the integrity of the ballot.

10                   REP. DENNY:  Absolutely.

11                   REP. BRANCH:  And they are often the

12   ones -- the best workers in terms of polling places are

13   often our seniors that take this civic duty so

14   passionately.

15                   REP. DENNY:  Absolutely, and I think it

16   was Representative Jackson or someone previously stated

17   that so many of our poll workers are senior citizens

18   that work so hard and give so much to this system.

19                   REP. BRANCH:  And it seems to me that

20   some of the questions out of this apparent concern, I'm

21   sure it is a legitimate concern, for our seniors, that

22   the questions seem to be, well, isn't this going to be

23   an additional burden, and you've tried to answer those

24   to suggest it's not.

25                   REP. DENNY:  Yes, I have tried.



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_008608

TX_00211351

45

1                    REP. BRANCH:  And I mean, right now, I

2        guess it's a burden that one has to transport oneself to

3        a polling station, whether you vote early or on the

4        election day, isn't that correct?

5                    REP. DENNY:  It is.

6                    REP. BRANCH:  I mean, we don't allow

7        people to vote at home or over the Internet.

8                    REP. DENNY:  Well, you can vote from home

9        by mail if your over 65.

10                   REP. BRANCH:  Right.

11                   REP. DENNY:  And this bill doesn't touch

12       that provision in the least.

13                   REP. BRANCH:  Yes, if you choose an

14       absentee ballot route.

15                   REP. DENNY:  That's correct.

16                   REP. BRANCH:  But if you're going to vote

17       at the polls, you have to get up, you have to get

18       dressed, you have to find transportation.  You have to

19       be responsible, right, you have to actually vote?

20                   REP. DENNY:  That's correct.

21                   REP. BRANCH:  In your bill, don't you

22       just call for either a photo ID, which you explained to

23       everyone that you can get free of charge.

24                   REP. DENNY:  That's correct.

25                   REP. BRANCH:  Or two other valid forms



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_008609

46

1    that are without photo.

2                   REP. DENNY:  That is correct.

3                   REP. BRANCH:  So if you don't have some

4    photo IDs, you've got other ways.  If you don't have a

5    photo and you want one, you can get one free of charge.

6                   REP. DENNY:  That's correct, and the list

7    is extensive.

8                   REP. BRANCH:  But that actually takes

9    someone asking and thinking and being thoughtful and

10   responsible about their duty as a citizen so vote.

11                  REP. DENNY:  Right, but as you already

12   pointed out, you're dealing with the most responsible

13   and thoughtful citizenry that we deal with.

14                  REP. BRANCH:  And so therefore, they

15   would appreciate the fact that no one will be able to

16   defraud them of their vote because we have some sort of

17   minimal modest safeguards as to the integrity of

18   ultimately one of the highest rights in the democracy

19   that transfers powers to government.

20                  REP. DENNY:  That's the way I see it,

21   Mr. Branch.

22                  REP. BRANCH:  Thank you.

23                  REP. DENNY:  Thank you.

24                  SPEAKER:  For what purpose?

25                  REP. GIDDINGS:  Will the gentle lady



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00211353

47

1    yield?

2              REP. DENNY:  I do, Ms. Giddings.

3              SPEAKER:  The lady yields.

4              REP. GIDDINGS:  Thank you, Chairman

5    Denny.  I suppose I really want -- should have been

6    asking this question of Representative Branch but it is

7    a form of democracy, and let's just face it, one of the

8    reasons that this debate is so heated and people take it

9    so personally, I'm sure you're aware, are you not, that

10   for many years, people of color were denied this right?

11             REP. DENNY:  Yes, ma'am, I certainly am.

12             REP. GIDDINGS:  Many people died for this

13   right.

14             REP. DENNY:  I know that, of course.

15             REP. GIDDINGS:  And even women, for a

16   long time, did not have this right.

17             REP. DENNY:  You're so right.

18             REP. GIDDINGS:  And because this right

19   was such a hard fought battle, we take it very, very

20   seriously; and I think we should, don't you?

21             REP. DENNY:  You bet we do, and

22   rightfully so.

23             REP. GIDDINGS:  And as it relates to the

24   fact that people get up and get out and they can't vote

25   by the Internet, are you aware that in terms of senior



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

48

```
 1    citizens, which is my biggest concern, many times we

 2    have rides to the polls for these senior citizens, do we

 3    not?

 4                    REP. DENNY:  Yes, we do.

 5                    REP. GIDDINGS:  Yes, we do.  Thank you.

 6                    REP. MORENO:  Mr. Speaker.

 7                    SPEAKER:  For what purpose, Mr. Moreno?

 8                    REP. MORENO:  Will the member yield,

 9    please?

10                    REP. DENNY:  I certainly do.

11                    SPEAKER:  The lady yields.

12                    REP. MORENO:  Ms. Denny.

13                    REP. DENNY:  Yes, sir.

14                    REP. MORENO:  Let me ask you some down to

15    life questions.

16                    REP. DENNY:  Yes, sir.

17                    REP. MORENO:  How old do you think I am?

18                    REP. DENNY:  I have no idea.

19                    REP. MORENO:  I turned 74 years old.

20                    REP. DENNY:  Good for you.

21                    REP. MORENO:  How long do you think I've

22    been voting?

23                    REP. DENNY:  How long have you been

24    voting?

25                    REP. MORENO:  Yes, ma'am.
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

JA_008612

TX_00211355

HB 1706 House Calendar 2nd Read                    May 2, 2010

49

1                REP. DENNY:  Since you were 21.

2                REP. MORENO:  That's right.  That's a

3       long time ago.

4                REP. DENNY:  Yes, sir.

5                REP. MORENO:  You have read about the

6       infamous poll tax.

7                REP. DENNY:  Poll tax, yes, sir, of

8       course.  I remember the poll tax.

9                REP. MORENO:  All right.  You never had

10      one in your life, did you?

11               REP. DENNY:  No, sir.

12               REP. MORENO:  I did, and did you know

13      that that poll taxes, back in those days, cost $1.75,

14      and we're talking about 50, 60 years ago, $1.75 was a

15      lot, a lot of money.

16          You believe that, do you not?

17               REP. DENNY:  I certainly do.

18               REP. MORENO:  Do you know that the poll

19      tax did not have a picture?

20               REP. DENNY:  I don't know but I'll take

21      your word for it.

22               REP. MORENO:  It did not.  It did not

23      have a picture of the poll tax.  Why, why don't you

24      think it had a picture?

25               REP. DENNY:  I don't know.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00211356

50

1              REP. MORENO:  The reason is that the big

2        boys in big cities used to go and buy poll taxes, buy

3        them, and at that time, there was no question because

4        the state or the county, whomever it was, was making

5        money out of the poll taxes.  That is the reason.  All

6        right.  So now your objective is to have clean

7        elections.  I am correct, right?

8              REP. DENNY:  Yes, sir.

9              REP. MORENO:  All right.  That is also my

10       concern, to have clean elections.  If that is the -- is

11       your goal, why do you think that only us Mexican

12       Americans, Chicanos, my black brothers and sisters, are

13       asking you concerned questions about this?  Why do you

14       think we are?

15             REP. DENNY:  I don't know, but I do know

16       that there are some of you that are in support of this

17       legislation.

18             REP. MORENO:  The reason is that since

19       some of you want and it is your desire and my desire to

20       have clean elections, it is our belief, our belief that

21       what you are doing with a bill like this, you are

22       intimidating our voters into not voting.  That is the

23       reason that why my black brothers and sisters and us

24       brown folks are so opposed to this bill.  Would you

25       believe that?



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00211357

51

1              REP. DENNY:  Well, I'll believe that if

2        that's what you say, but as I said, there are several of

3        the minority members here, Mr. Moreno, that are

4        supportive of this legislation.

5              REP. MORENO:  Would you also believe that

6        in all my years that I've been in politics, I can swear

7        to you on my mother's grave, which is a very, very dear

8        swearing that I do, on my mother's grave, that I have

9        never, never seen a person that is not qualified to

10       vote, vote; would you believe that?

11             REP. DENNY:  Of course I would.  If you

12       say so, I believe you.

13             REP. MORENO:  Do you have minority

14       members favoring this bill?

15             REP. DENNY:  I do.

16             REP. MORENO:  I do.  All right.  Now let

17       me ask you some other practical questions.

18             What are the ways that a person can prove

19       citizenship?

20             REP. DENNY:  Prove citizenship?

21             REP. MORENO:  Yes, sir, right now.

22             REP. DENNY:  With a birth certificate or

23       naturalization papers.

24             REP. MORENO:  Or a passport?

25             REP. DENNY:  Passport, yes.



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

52

1          REP. MORENO:  All right.  Now to have

2      something in you, you should have a wallet, shouldn't

3      you?

4          REP. DENNY:  Well, that's one way.

5          REP. MORENO:  Do you believe I do not

6      carry a wallet?

7          REP. DENNY:  Sure.

8          REP. MORENO:  Do you believe that I don't

9      carry a wallet because of the fact that I'm in a wheel

10     chair and it is very inconvenient to me to carry a

11     wallet, and if I

12         SPEAKER:  Mr. Crabb raised the point of

13     order, the gentleman's time is expired.  The point of

14     order is well taken and sustained.

15         REP. MORENO:  Mr. Speaker, I want to

16     extend the lady's time.

17         SPEAKER:  Mr. Moreno has requested his

18     time be extended.  This requires unanimous consent.

19         REP. MORENO:  Just a few more minutes.

20         SPEAKER:  Excuse me?

21         REP. MORENO:  Just a few more minutes.

22         SPEAKER:  I understand.

23         Is there objection?  There is none.  Time

24     is extended.

25         REP. MORENO:  All right.  Three ways of



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00211359

HB 1706 House Calendar 2nd Read                    May 2, 2010

53

1    voting, of proving your citizenship; a citizenship

2    certificate, passport, or birth certificate.  Does a

3    birth certificate have a picture on it?

4                    REP. DENNY:  No.

5                    REP. MORENO:  Does a passport have a

6    picture?

7                    REP. DENNY:  Yes.

8                    REP. MORENO:  Does a naturalization

9    certificate have a picture?

10                   REP. DENNY:  I understand that the newer

11   ones does, yes, sir.

12                   REP. MORENO:  All right.  Have you ever

13   seen a naturalization certificate?

14                   REP. DENNY:  Yes, I have.

15                   REP. MORENO:  How big are they?

16                   REP. DENNY:  Not too big.

17                   REP. MORENO:  No, you're sadly mistaken.

18                   REP. DENNY:  Oh, they're large?

19                   REP. MORENO:  No, no, no.

20                   REP. DENNY:  They're tiny?

21                   REP. MORENO:  No, no, wait, wait, no, no.

22   If you say they're small, you have never seen a

23   naturalization certificate.

24                   REP. DENNY:  Well then, maybe I'm

25   mistaken.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00211360

54

1               REP. MORENO:  No, no, they're huge.

2       They're bigger -- they're bigger than this.

3               REP. DENNY:  Okay.

4               REP. MORENO:  All right.  Now do you also

5       know that it is illegal to copy a naturalization

6       certificate, that you cannot have in your possession a

7       copy of a naturalization certificate, that you must

8       carry the original, the original document to be valid,

9       do you know that?

10              REP. DENNY:  Okay.

11              REP. MORENO:  That is fact.  That is

12      fact, Ms. Denny.

13              REP. DENNY:  Okay.

14              REP. MORENO:  So you cannot carry a

15      naturalization certificate because it is not -- it is

16      not copied, it cannot be copied.

17              You cannot carry a birth certificate, and

18      needless to say, a person in the barrio doesn't even

19      know what a passport is.  Do you agree with me?

20              REP. DENNY:  This does say a certified

21      copy of a birth certificate, but there are many, many

22      forms --

23          This isn't for proving citizenship,

24      Mr. Moreno, it's a photo ID or two forms of acceptable

25      non-photo ID.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_008618

55

1          REP. MORENO:  Right, I understand.

2          REP. DENNY:  Okay, okay.  I just wanted

3     to make sure.

4          REP. MORENO:  But I'm talking about

5     barrio people.  You see, that's the troubling with

6     people that are backing this bill.  You do not

7     understand there are people in the barrio that have

8     fear, that do not trust, that do not trust governmental

9     entities and are afraid to go have a picture taken for

10    any reason.

11         REP. DENNY:  You don't have to have a

12    picture taken, Mr. Moreno.  This allows for a library

13    card or your Medicaid card, a Medicare card, a hunting

14    and fishing license.

15         REP. MORENO:  Well again, do you know

16    that I do not have a fishing license?  I do not have a

17    Medicaid card.

18         REP. DENNY:  I bet you have a Medicare

19    card.

20         REP. MORENO:  I don't have a -- The

21    Medicare card doesn't have a picture.

22         REP. DENNY:  But you don't have to have a

23    picture.

24         REP. MORENO:  Oh, so that's --

25         REP. DENNY:  You can have two forms of



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

56

1    non-photo ID.

2                    REP. MORENO:  Two forms; one has to have

3    a picture?

4                    REP. DENNY:  No.

5                    REP. MORENO:  None?

6                    REP. DENNY:  If you do not have a photo

7    ID, you can have two forms of non-photo ID.

8                    REP. MORENO:  So assuming I have a

9    fishing license and assuming I have a Medicaid card --

10                   REP. DENNY:  You can have official mail

11   addressed to the person from a governmental entity.

12   There's quite a long list of non-photo IDs that are

13   allowable.

14                   REP. MORENO:  Do you also know --

15                   REP. DENNY:  One being a utility bill, a

16   bank statement, a government check, a paycheck or other

17   government documents showing the voter's name and

18   address.

19                   REP. MORENO:  But see, you're assuming,

20   you're assuming sewage that everybody has these things.

21   There are many people that have been in this country, in

22   this state for hundreds of years, like Mr. Escobar's

23   family.  Mr. Escobar's family has been here since the

24   1700s.

25                   REP. DENNY:  I understand that.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00211363

57

1          REP. MORENO:  They've been here for a
2     long time.
3          REP. DENNY:  Does he not get any mail?
4          REP. MORENO:  Well anyway, just going
5     back to my regular thing, the thing is that you're
6     trying to make clean elections, and our objection is
7     that what is happening is that by this process, you're
8     intimidating some of our folks.  That is our problem,
9     but not to have crooked elections, I can assure you
10    that, Ms. Denny.
11         REP. DENNY:  Thank you, Mr. Moreno.
12         REP. MORENO:  Thank you.
13         REP. DENNY:  We're not trying to
14    intimidate, we're just trying to make sure we're
15    safeguarding the voter's vote.
16         REP. CASTEEL:  Will the gentle lady
17    yield?
18         REP. DENNY:  I do.
19         SPEAKER:  The lady yields.
20         REP. CASTEEL:  Chairman Denny, it's my
21    understanding that you're simply trying to protect the
22    integrity of the ballot box.
23         REP. DENNY:  That's exactly correct.
24         REP. CASTEEL:  Not trying to prevent
25    anybody.  I know you're probably too young, but I happen



**ESQUIRE**
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00211364

58

1    to remember box 22.

2                   REP. DENNY:  Well, yes.

3                   REP. CASTEEL:  And you're trying to

4    ensure that those kinds of things don't occur, is that

5    correct?

6                   REP. DENNY:  That is absolutely correct,

7    Ms. Casteel.

8                   REP. CASTEEL:  You're not trying to stop

9    anyone from voting.

10                  REP. DENNY:  Not at all.

11                  REP. CASTEEL:  Chairman, you may not know

12   this but I did go vote this past in Friday in my

13   election in New Braunfels, and I took my grandchildren

14   so they could see how it worked.

15                  REP. DENNY:  Good for you.

16                  REP. CASTEEL:  And I didn't have my voter

17   registration.  So what do I have to show, some

18   identification?

19                  REP. DENNY:  Yes, you do.

20                  REP. CASTEEL:  I showed them a picture.

21   They let me vote.

22                  REP. DENNY:  Good.

23                  REP. CASTEEL.  So that's all there was to

24   it.  I wasn't intimidated.

25                  REP. DENNY:  No.



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_008622

TX_00211365

59

1               REP. CASTEEL:  And that wouldn't change.

2       Thank you.

3               REP. DENNY:  Thank you, Ms. Casteel.

4               I move to table the amendment and urge

5       you to vote "Yes" on the motion to table.

6               SPEAKER:  Ms. Denny moves to table.  The

7       chair recognizes Ms. Chavez to close.

8               REP. CHAVEZ:  Thank you, Mr. Speaker,

9       members.  I understand what the intent of Chairwoman

10      Denny is trying to do because none of us want to see

11      voter fraud.  However, let's not throw the baby out with

12      the bath water.  This amendment simply allows a voter

13      over the age of 50 to present his or her registration

14      card to verify proof of identity in order to be able to

15      vote.

16              REP. STRAMA:  Will the lady yield?

17              SPEAKER:  Mr. Strama, for what purpose?

18              REP. CHAVEZ:  Not at this time, not at

19      this time.

20              SPEAKER:  Not at this time.

21              REP. CHAVEZ:  Currently to register to

22      vote, a person must supply a Texas driver's ID with the

23      license number or an ID issued by the Department of

24      Public Safety, the last four digits of a personal Social

25      Security number or a statement that the person has



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

JA_008623

TX_00211366

60

1    neither of these two items.

2            This information is in addition to the person's

3    name, date of birth, address, statement of citizenship

4    and county of residency.

5            I believe it is right for us to take into

6    consideration the history of voting in our state and the

7    fact that some of the older citizens in our state may

8    think they will be ineligible to vote if this bill

9    passes and the law is changed.  I do not believe any of

10   us want someone to be discouraged from voting simply

11   because a change in the law might cause them confusion

12   and leave them susceptible to intimidation during a

13   election.

14           We need to balance the need for an accurate

15   vote with the need to protect people's rights.

16                   REP. STRAMA:  Will the lady yield now?

17                   REP. CHAVEZ:  I will yield.

18                   SPEAKER:  The lady yields for a question

19   Mr. Strama.

20                   REP. STRAMA:  With regards to the example

21   that Ms. Casteel and Ms. Denny just discussed, current

22   law already provides for ID requirements in the case

23   that the voter does not have the voter certificate,

24   isn't that correct?

25                   REP. CHAVEZ:  That's correct.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

61

1                    REP. STRAMA:  So currently provided
2      security and integrity in the electoral process, didn't
3      it?
4                    REP. CHAVEZ:  Right.
5                    REP. STRAMA:  And it's also the case when
6      you go to the polling place, that you have to sign in to
7      vote, is that correct?
8                    REP. CHAVEZ:  That's correct.
9                    REP. STRAMA:  And in signing in, you're
10     an affidavit that swears you are who say you are, aren't
11     you?
12                   REP. CHAVEZ:  That is correct.
13                   REP. STRAMA:  And isn't it also the case
14     that that signature is then available and is often used
15     for verification against the signature on your voter
16     registration form?
17                   REP. CHAVEZ:  That is correct.
18                   REP. STRAMA:  To verify that you are the
19     person that you said you are?
20                   REP. CHAVEZ:  That's the current process.
21                   REP. STRAMA:  That's what I thought it
22     did.  Thank you.
23                   REP. CHAVEZ:  Thank you.  So members, I
24     ask that you vote "No" on the motion to table.
25                   SPEAKER:  Ms. Chavez sends up an



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

62

1    amendment.  Ms. Denny moves to table.  The question

2    occurs on the motion to table.  It is a division vote.

3                    Record vote has been requested.  Record

4    vote is granted.  The clerk will ring the bell.

5                    (Bell ringing.)

6                    SPEAKER:  Show Ms. Denny voting "I."

7                    (Bell ringing.)

8                    SPEAKER:  There being 84 "I's," 59

9    "Nay's, the motion to table prevails.

10                   Following amendment.  The clerk will read

11   the amendment.

12                   THE CLERK:  Amendment by Anchia.

13                   SPEAKER:  The chair recognizes

14   Mr. Anchia.

15                   REP. ANCHIA:  Thank you, Mr. Speaker and

16   members.  I've had a really good working relationship

17   with Chairwoman Denny and I'm here to help her improve

18   her bill, and I really -- I don't want to see it go down

19   in flames so I'm here to really improve it and really

20   help improve opportunity for Texas voters.

21                   What Ms. Denny's bill essentially does, it

22   invalidates what have been years and years and years of

23   the opportunity of Texas voters to bring their voter

24   registration certificate to the polling place as proof

25   of their identity, and a byproduct of the bill is that



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

HB 1706 House Calendar 2nd Read                    May 2, 2010

63

1    people are going to be disenfranchised, whether they're

2    students, whether they're seniors and whether they're

3    disabled.

4            Now when we were in committee, I want to give

5    people a sense of the testimony we heard in committee.

6    We heard from seniors groups, we heard of groups that

7    are advocates for disabilities and we heard from groups

8    that were for enfranchisement of students.  All right.

9    They talked about all of these things.

10           What we did not hear in committee, Mr. Speaker

11   and members, we did not hear one shred of evidence that

12   proved that there was voter fraud in this state.  We

13   heard anecdotes loosely discussing it, but not one study

14   was presented.  No metrics were presented.  No evidence

15   was presented and no proof was presented to substantiate

16   it.  So much so that I had to ask the question.  I asked

17   the Secretary of State's representative to come on up

18   and I asked her, I said, "Do you have any proof that

19   people are fraudulently voting in this state," and you

20   know what the representative said?  No.

21           All we have heard today, and if this was a

22   court of law, this case would be thrown out on its ear

23   for lack of evidence.  What we do know is that people

24   will be disenfranchised.  And let me tell you a story of

25   a student.  You have a student from Texas who may go,



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

64

1    let's say, to an Ivy league school, let's say Harvard,

2    and is still registered back in Houston.  The student

3    comes back to vote in a local election and comes to the

4    polling place and presents their Massachusetts driver's

5    license and their Harvard ID card.

6              Under this bill, that student would not be

7    able to vote regularly.  That student would have to cast

8    a provisional ballot, and if anybody here thinks that's

9    a good result, I would ask you to think otherwise,

10   because you know what percentage of provisional ballots

11   were counted during the 2004 election?  Twenty-one

12   percent.  Twenty-one percent of provisional ballots were

13   counted during the last election.

14             So that effectively, 80 percent of the people

15   who cast provisional ballots were unable to cast a

16   vote.

17             Let me tell you how this might effect

18   seniors.  There are many seniors in the district that I

19   represent, many of whom do not drive and do not have

20   regular forms of identification, but they still take

21   their right to vote very seriously, and they're going to

22   come to the polling place and offer their voter

23   registration certificate, they're going to pull it out

24   and it's going to be all crinkled up and they say, "You

25   know, I've been voting here for the last 50 years, you



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

65

1    know me, I'm ready to vote," and the person at the

2    location is going to say, "You know what?  Do you have a

3    piece of photo ID," and they're going to say, "No."  And

4    they're going to say, "Well, you can't vote regularly,

5    you have to cast a provisional ballot."

6         So the byproduct of this is you're going to

7    have thousands and thousands and thousands of

8    provisional ballots that are not going to be counted,

9    causing people to be disenfranchised.  So what my

10   amendment does is it says you can furnish either your

11   voter registration certificate, like people have been

12   doing for 50 years, or you can present some form of

13   valid photo identification, because there are some good

14   things about, about the Chairwoman's bill that I really,

15   really like, and I'd like to highlight for you.

16        I like the fact that she has extended the list

17   of eligible ID that can be presented.  So what my

18   amendment does is build on that strength and say, "You

19   can present this form of ID or a voter registration

20   certificate," and I know I can tell that I'm winning

21   hearts and minds as part of my debate here, and I know

22   that my discussion is resonating to people here.

23             REP. HODGE:  Mr. Speaker.

24             SPEAKER.  Ms. Hodge, for what purpose?

25             REP. HODGE:  Will the gentleman yield for



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00211372

66

1    just one question?

2              SPEAKER:  Will you yield for a quick

3    question?

4              REP. ANCHIA:  Ms. Hodge, let me close

5    real quick and I'll take your questions and, Ms. Hodge,

6    I'll be happy to also have my time extended.  I'll make

7    that motion.

8              But let me talk to you about two more things,

9    because I think this will be important to you.  You

10   know, we've recognized many people who are fighting in

11   Iraq here and they're fighting in Afghanistan, and we

12   recently had elections in Iraq and Afghanistan, and do

13   you know that Mary Denning's bill would make it harder

14   to vote in Texas than it would be to vote in Afghanistan

15   and Iraq?  Because people in Afghanistan and Iraq do not

16   have to show photo ID in order to vote.  So we are

17   placing a higher burden.  We say we're trying to promote

18   democracy but we are hurting democracy when, in the

19   United States and the state of Texas, it would be harder

20   to vote than in a place like Iraq or Afghanistan, where

21   our young men and women are seeking to promote

22   democracy.  I think that's a bad result.  I yield for

23   questions.

24             SPEAKER:  Yes, Ms. Hodge.

25             REP. HODGE:  Thank you, Mr. Speaker, but,



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00211373

67

1    sir, you've already answered my question, because that

2    is what I was going to ask you.  Isn't it ironic that we

3    are losing lives of young men and women in Iraq, and we

4    did in Afghanistan, and our end and ultimate goal to

5    that was for them to have freedom, democracy and the

6    right to hold an election to vote, and we are taking

7    from the people in this country what we're losing lives

8    to have in others, and that was going to be my question

9    to you.

10                   REP. ANCHIA:  Thank you, and this is a

11   great amendment.

12                   REP. OTTO:  Mr. Speaker.

13                   SPEAKER:  For what purpose, Mr. Otto?

14                   REP. OTTO:  Will the gentleman yield for

15   a question.

16                   SPEAKER:  Will you yield?

17                   REP. ANCHIA:  Yes, I yield to my freshman

18   colleague, Mr. Otto.

19                   REP. OTTO:  You brought up Iraq.  I'm

20   just curious, would you change your amendment to have

21   where we use a purple indelible ink stain on our fingers

22   on election day, just as they did, so we know who has

23   only voted once?

24                   REP. ANCHIA:  You know, that amendment is

25   not on the table.  It would require extra funding.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

68

1     You'll note that there's no fiscal note on this deal.

2     If you want to find money for that, I'm not sure that

3     that's a bad result.  I would be happy to take it if you

4     would vote for this amendment, and if I could get a

5     guarantee from this body, you know, you can offer the

6     amendment up and I'll support you on it.

7                    REP. OTTO:  Do you know how many people

8     in Iraq have driver's licenses?

9                    REP. ANCHIA:  I have no idea, nor do I

10    know how much photo ID is available in Iraq, but I do

11    know that, like in Iraq, there are a lot of people here

12    in the United States that don't have those same

13    resources, don't have the resources to go out and get

14    them, and they're going to show up, Mr. Otto, on

15    election day, and they're going to say, "I've been

16    voting here for 50 years, I'm 90 years old, I don't

17    drove any more, I don't have a photo ID, but here's my

18    voter registration card and I fought to get this and I

19    want to vote today."  And you know what they're going to

20    say?  "Cast a provisional."  Only 20 percent of those

21    are counted, and I don't think that's a good result for

22    people who are legitimately here, especially Mr. Otto,

23    when we don't have any evidence in the record, Mr. Otto,

24    we don't have any record, any evidence in the record to

25    support this restriction on Texan's right to vote.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

JA_008632

69

1           REP. OTTO:  Thank you.

2           SPEAKER:  For what purpose, Mr. Strama?

3           REP. STRAMA:  To ask the gentleman a

4    question?

5           SPEAKER:  Do you yield?

6           REP. ANCHIA:  Not to Mr. Strama.  No, I

7    yield, I yield, I yield.

8           REP. STRAMA:  I'm Patrick (Inaudible.)

9    I'm just kidding.  In South Africa, they used a form of

10   indelible ink to make sure people didn't vote more than

11   once as well, isn't that correct?

12          REP. ANCHIA:  I don't know that but I'll

13   take your word for it.

14          REP. STRAMA:  Do you know that I was

15   asked actually by some international foundation to go be

16   an election observer at the Iraq election?

17          REP. ANCHIA:  I think you mentioned that.

18          REP. STRAMA:  Do you know that they

19   allowed you to register to vote at the polling place in

20   those elections?

21          REP. ANCHIA:  I did not know that.

22          REP. STRAMA:  And in the South African

23   elections as well, because if the indelible ink is there

24   to protect against anybody voting more than once would

25   solve the problem, would you support a indelible ink



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_008633

TX_00211376

70

```
 1    marker on same day voter registration, would you support
 2    that?
 3                    REP. ANCHIA:  Oh, absolutely, I think
 4    same day voter registration is a good result.
 5                    REP. STRAMA:  So would I.
 6                    REP. ANCHIA:  I move adoption of my
 7    amendment.
 8                    SPEAKER:  Mr. Doorkeeper, do we have any
 9    good news from the Senate?
10                    NEW SPEAKER:  Mr. Speaker, I have a
11    message here from the Senate to the door of the House.
12                    SPEAKER:  Messenger?
13                    DOORKEEPER:  Mr. Speaker, I'm directed by
14    the Senate to inform the House the Senate has taken the
15    following action.  The Senate passed the following
16    measure: HCR 136, Kemple, Sponsor Wentworth, May, 2000.
17                    SPEAKER:  The Chair recognizes Ms. Denny
18    in opposition to the amendment.
19                    REP. DENNY:  Thank you, Mr. Speaker.
20    Members, I know Mr. Anchia means well but I don't want
21    to restrict in any way the intent of this bill.
22    Members, students in Massachusetts that would go to the
23    trouble to change their driver's license to a
24    Massachusetts driver's license would probably already
25    have thought to change their voter registration to
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00211377

71

1    Massachusetts as well, so I don't think that that would

2    be an issue that would be a big problem here.

3              Yes, Mr. Strama.

4                   REP. STRAMA:  Mr. Speaker.

5                   SPEAKER:  For what purpose, Mr. Strama?

6                   REP. STRAMA:  Will the lady yield for a

7    question.

8                   SPEAKER:  Do you yield for a question?

9                   REP. STRAMA:  I certainly do.

10                   SPEAKER:  The lady yields.

11                   REP. STRAMA:  Do you accept the long line

12   of jurisprudence that says that a student in

13   Massachusetts whose residence is Austin, Texas is

14   allowed to vote in Austin?

15                   REP. DENNY:  Yes; if they want to vote in

16   Austin, Texas as a student and retain their voters

17   registration here, of course, that's not a problem.

18                   REP. STRAMA:  But they might still have a

19   Massachusetts driver's license, right?

20                   REP. DENNY:  They might, but there are

21   many other forms of ID that are available under this

22   bill.

23                   REP. STRAMA:  Well, of course, a lot of

24   forms of those ID might be in their parents' name.

25                   REP. DENNY:  No, they have their own ID.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

JA_008635

72

1          REP. STRAMA:  Let me just make clear
2     something you just said.  You just said that if students
3     in Massachusetts who have gotten their driver's license
4     in Massachusetts would probably have gone ahead and
5     changed their voter registration.
6               REP. DENNY:  They probably would have.
7               REP. STRAMA:  But they are not at all
8     required to do that by this bill.
9               REP. DENNY:  No, they're not at all by
10    law required, but they're going to have, under this list
11    that this bill allows for, plenty of ID under this bill
12    that will allow them to vote in either Massachusetts if
13    they change their voter registration there, not that
14    this bill would apply to Massachusetts, but in Texas, if
15    they want to keep it here.
16              REP. STRAMA:  And would you believe that
17    we ought to allow them --
18              The purpose of the ID is to ensure that
19    the person's whose name is on the list is the person who
20    is presenting themself to vote, is that correct?
21              REP. DENNY:  Absolutely, that's correct,
22    Mr. Strama.
23              REP. STRAMA:  Okay.  And the signature is
24    not enough any more.  Now we have to have some form of
25    paper that proves that they are who they say they are.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00211379

73

```
 1     That's the purpose of bill.
 2                    REP. DENNY:  That's correct.
 3                    REP. STRAMA:  And so it can either be one
 4     photo ID or two forms of paper ID.
 5            Why can't it be their out of state student's
 6     ID?  If you accept that they're legal voters in Texas,
 7     why can't their student ID be sufficient to prove that
 8     they are who they say they are?
 9                    REP. DENNY:  Because it may not be that
10     they're a student there any longer.
11                    REP. STRAMA:  I'm sorry?
12                    REP. DENNY:  They may not --
13            It might not have been a current student ID.
14                    REP. STRAMA:  What if it is a current
15     student ID and they are presenting themselves to vote
16     and it's a student ID from outside the state but they're
17     legal voters on Texas, they're on the list, they've got
18     a residence address, they meet all the jurisprudential
19     standards for residency, shouldn't they be allowed to
20     vote here?
21                    REP. DENNY:  Yes, that is a possibility;
22     however, there are many other forms of ID that are on
23     the list, and being from an out of state, an ID from an
24     out of state college is not one of them.
25                    REP. STRAMA:  Okay, so I just want to
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00211380

74

1   make very clear on intent; that there is no intent to

2   change residency requirements for purposes of voting in

3   this legislation?

4              REP. DENNY:  That's correct.

5              REP. STRAMA:  Thank you.

6              REP. DENNY:  Thank you.  I move to table

7   the amendment, and the list is quite extensive.  You

8   have it in front of you and I hope you will stick with

9   me.  Please vote "Yes" on the motion to table.

10             SPEAKER:  Ms. Denny moves to table.  The

11  Chair recognizes Mr. Anchia to close.

12             REP. ANCHIA:  Thank you Mr. Speaker,

13  members, I really do want to help Chairwoman Denning's

14  bill.  I mean, I think --  I think it does have quite a

15  few redeeming qualities.

16       I think by voting for my amendment, you're

17  voting for the side of enfranchising people, you are

18  voting on the side of making it easier to vote in

19  connection with and consistent with the Help America

20  Vote Act.

21       Keep in mind that the Help America Vote Act

22  did not take this position.  We are making it more

23  restricted.  This is not the Hurt America Vote Act, this

24  is the Help America Vote Act, and this amendment expands

25  the ability of people to vote in this state.  I think



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

75

1      that's a good result.

2             I think you should be on the side of helping

3      people to vote, and our chairwoman made an interesting

4      observation, at 2:59 p.m., because I was looking at the

5      clock and I noticed it.  She said that this bill will be

6      more difficult for some people than others to comply

7      with.  She made that admission at 2:59 p.m., that it is

8      going to be difficult for some people to comply with

9      this bill, so if we are consistent with the spirit of

10     Help America Vote Act, we are consistent with the spirit

11     of enfranchising people, then we will vote to adopt this

12     amendment.

13            I will also point out one thing, one further

14     thing.  Chairwoman Denning's bill will not stop fraud.

15     If a person wanted to commit fraud, they would simply

16     have forged documents.  If a person wants to vote

17     illegally, the laundry list of documents that she

18     presents offer easy opportunities for forgery, and we

19     know how well poll workers are trained.  We know what

20     their abilities might be in discerning a fraudulent

21     document from a real document, so the red herring here

22     or the straw man here is that Chairwoman Denning's bill

23     will stop fraud.  It will not stop fraud.  The fact that

24     we have no evidence of fraud in the record, I think,

25     should weigh heavily --



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00211382

76

1              REP. THOMPSON:  Mr. Speaker?

2              SPEAKER:  For what purpose,

3      Ms. Thompson?

4              REP. ANCHIA:  -- to adopt my amendment.

5              REP. THOMPSON:  Will the gentleman yield?

6              SPEAKER:  Will you yield?

7              REP. ANCHIA:  Yes, he will.

8              SPEAKER:  Yes, the gentleman yields.

9              REP. THOMPSON:  Are you on this

10     committee?

11             REP. ANCHIA:  I'm sorry?

12             REP. THOMPSON:  Were you on this

13     committee?

14             REP. ANCHIA:  I was on this committee,

15     Madam Chair.

16             REP. THOMPSON:  And you heard this bill?

17             REP. ANCHIA:  We heard this bill.  I

18     heard the testimony.

19             REP. THOMPSON:  Okay.  Do you recall when

20     you first arrived here, that there was a contest on the

21     Vo election and it was based on fraud?

22             REP. ANCHIA:  Yes.  You raise a very

23     interesting point.  The Vo/Heflin election is probably

24     the best evidence that we can have of whether or not

25     there was voter fraud.



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00211383

77

1           Like we have heard today, we heard wild

2      allegations that voter fraud existed.  We heard of

3      people who are dead who had voted in that race.  We

4      heard about people who may have not been the persons

5      that voted.  We heard wild allegations about voter

6      fraud.  You know what, you know what happened, Madam

7      Chair.

8                     REP. THOMPSON:  What did the evidence

9      show?

10                    REP. ANCHIA:  I'm sorry?

11                    REP. THOMPSON:  What did the evidence

12     show?

13                    REP. ANCHIA:  The evidence showed quite

14     to the contrary.

15                    REP. THOMPSON:  No fraud.

16                    REP. ANCHIA:  No fraud.

17                    REP. THOMPSON:  Are you aware of the fact

18     that this is the same bill that was filed in the state

19     of Georgia?

20                    REP. ANCHIA:  I am aware of that.

21                    REP. THOMPSON:  Are you aware that this

22     was the same bill that was filed in the state of

23     Wisconsin.

24                    REP. ANCHIA:  That the Governor vetoed, I

25     am aware of that.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

JA_008641

TX_00211384

78

1              REP. THOMPSON:  And this is the same bill
2    that has filed in several states around the United
3    States?
4              REP. ANCHIA:  Yes I'm aware of that.
5              REP. THOMPSON:  And is all sponsored by
6    the Republican party.
7              REP. ANCHIA:  I'm not aware of the
8    sponsors.  I think it's bad policy whether it's in
9    Georgia, Wisconsin or anywhere else.  I think we should
10   be -- Texas is a special state.  We should be on the
11   side of voters here and we should be on the side of
12   enfranchising and not disenfranchising people.
13             REP. THOMPSON:  Are you aware that --
14        Do we have any laws that punish people for
15   voter fraud?
16             REP. ANCHIA:  Absolutely, and quite
17   stringent laws.  In fact, there have been quite a few
18   penalty enhancements that I've supported while I've been
19   on the committee in order to punish those bad actors.  I
20   think what you have here is a ghost that people are
21   trying to shoot at.
22             REP. THOMPSON:  You mean we have
23   something in place that would punish people now?
24             REP. ANCHIA:  Absolutely.
25             REP. THOMPSON:  You're kidding us?



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_008642

79

1                    REP. ANCHIA:  No, I'm not.

2                    REP. THOMPSON:  This body doesn't know

3       that, I'm sure.

4                    REP. ANCHIA:  Mr. Speaker and members, I

5       ask that you help improve this bill, that you stand with

6       me on this vote and you stand on the side of making it

7       easier in Texas to vote, making it easier for the

8       elderly, for the disabled and for students to vote in

9       this state.  Please support my amendment.

10                   SPEAKER:  Mr. Anchia sends up an

11      amendment.  Ms. Denny moves to table.  The question

12      occurs on the motion to table.  It is a division vote.

13      Those in favor of the motion to table, vote "I," those

14      against, vote "No."

15                   SPEAKER:  Record vote has been requested

16      and granted.  The clerk will ring the bell.

17                   (Bell ringing.)

18                   SPEAKER:  Show Ms. Denny voting "I."

19                   (Bell ringing.)

20                   SPEAKER:  Show Mr. Anchia voting "Nay."

21                   (Bell ringing.)

22                   SPEAKER:  Have all voted?  There being 75

23      "I's," and 62 "Nay's," the motion to table prevails.

24                   The following amendment.  The clerk will read

25      the amendment.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_008643

TX_00211386

80

1          Mr. Uresti for recognition.

2                REP. URESTI:  Thank you, Mr. Speaker,

3     members.  Representative Denny and I would like to

4     introduce some folks from the Bexar County Deputy

5     Sheriff's Association with their president, Aubrey

6     Walker, and the chairman Hector Garcia Delgado.

7          Gentlemen and ladies, would you all please

8     stand up and be recognized.  Members, would you please

9     help me welcome our sheriff deputies, and it's

10    acceptable the author.  Thank you.

11                SPEAKER:  The following amendment.  The

12    clerk will read the amendment.

13                CLERK:  Amendment by Ramond.

14                SPEAKER:  The Chair recognizes

15    Mr. Raymond.

16                REP. RAYMOND:  Thank you, Mr. Speaker,

17    members.  Members, this would simply insert the language

18    between Department of Public Safety and that by

19    inserting, "Or the equivalent agency of another state,"

20    and this would primarily be for the benefit of out-of-

21    state students, and it's acceptable to the author at

22    this time.

23                SPEAKER:  Mr. Raymond sends up an

24    amendment.  The amendment is acceptable to the author.

25    Is there objection to adoption?



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00211387

81

1          Hearing none, the amendment is adopted.

2          The following amendment.  The clerk will read

3      the amendment.

4                CLERK:  Amendment by Strama.

5                SPEAKER:  The Chair recognizes

6      Mr. Strama.

7                REP. STRAMA:  Thank you, Mr. Speaker.

8      I'm going to give Representative Chairwoman Denny a

9      minute to take a look at what this one does.  I'm hoping

10     this one will be acceptable.  We had a discussion a

11     moment ago about students who go to school out of state

12     but who are, of course, eligible and entitled to vote

13     here in Texas.

14          I used to manage a national voter registration

15     campaign called Rock the Vote, which particularly

16     focused on the registration of college students and

17     other young people to participate in our elections.

18     They are the demographic group with the lowest rate of

19     voter turnout.  There's been some trending in the right

20     direction on this.  What we need to do is to make sure

21     that these students are not disenfranchised by this

22     bill.  We need to make sure that out-of-state students,

23     students who go to school out of state but who are

24     allowed to vote in Texas because their residency is here

25     in Texas, their parents are here in Texas, they have the



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00211388

82

1    intention of returning to live in Texas, that their

2    student IDs would serve the sole purpose, for purposes

3    of this bill, the sole purpose of identification

4    requirements is to make sure that the person is who he

5    or she says he is, and an out-of-state student ID is as

6    valid as an in-state student ID for purposes of proving

7    and authenticating your identity, and I've just been

8    informed it's acceptable to the author, and I appreciate

9    that very much.

10              SPEAKER:  Mr. Strama sends up an

11   amendment.  The amendment is acceptable to the author.

12   Is there objection to adoption?

13          Hearing none, the amendment is adopted.

14          The following amendment.  The clerk will read

15   the amendment.

16              CLERK:  Amendment by Strama.

17              SPEAKER:  The Chair recognizes

18   Mr. Strama.

19              REP. STRAMA:  This one is really -- let

20   me say this.  Chairwoman Denny has done a good job of

21   expanding the forms of non-photo ID.  While I think that

22   the requirement of two such forms is excessive, I think

23   it's good that we're being flexible about what forms of

24   ID count for purposes of voter authentication.

25              What this amendment does is it says any



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00211389

83

1    government issued photo ID is valid to serve as a photo

2    ID, the reason being we simply don't need to go through

3    and enumerate all of the different forms of photo ID

4    that are issued by state government, and I'm not sure we

5    probably could, so this amendment just says if the state

6    government has issued you a photo ID, we're going to

7    consider that a valid authentication of your identity as

8    a voter, and I'm hoping with another moment of review,

9    it might be acceptable to the author.

10             SPEAKER:  Mr. Strama sends up an

11    amendments.  The amendment is acceptable to the author.

12    Is there an objection to adoption?

13          Hearing none, the amendment is adopted.

14          The following amendment.  The clerk will read

15    the amendment.

16             CLERK:  Amendment by Coleman.

17             SPEAKER:  The Chair recognizes

18    Mr. Coleman.

19             REP. COLEMAN:  Thank you, Mr. Speaker,

20    and members.  What this amendment does is strike the

21    provisions that have to do with the use of an ID for a

22    provisional voting.  And the reason is, it's not

23    required now, and we seem to have been doing a good job

24    without it being required, and as I laid out earlier in

25    the discussion with Chairwoman Denny, that, first of



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00211390

84

1     all, if you walk up with the voter registration card,

2     you have your voter registration card, you go to the

3     clerk in the precinct and you say, "I'm here, I'm

4     Garnet.  I have my voter registration card."

5          Now there would be a requirement that you have

6     a picture ID, and if you don't have that picture ID,

7     you're moved into the provisional voting pool, and that

8     provisional ballot has been sitting there in that

9     provisional voting pool and now that provisional ballot

10    would be subject to a review by the county voting, the

11    voter administrator, but in order to have your vote

12    subject to review as being a good vote, you would have

13    till five days after the election to bring your ID to

14    the central voting location, so you actually would have

15    to go in twice if you didn't have a photo ID, even

16    though you came with your voter registration card, or if

17    you just didn't happen to be carrying around your light

18    bill and your phone bill, or any other forms of mail,

19    you know, that you get at your house, in your wallet or

20    your pocket that day, and, you know, clearly I can

21    understand what Representative Denny is trying to do in

22    terms of having use of the photo ID, it's just, that it

23    goes a little bit far by nullifying someone's votes

24    because they didn't have a photo ID with them or they

25    didn't have two forms of paper identification, either a



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00211391

85

1    tax bill or a light bill or a phone bill or a gas bill.

2    I generally carry those around.  I think most people are

3    doing that now by direct deposit, so they don't even get

4    one.  So anyway, I think the --

5                   REP. ANCHIA:  Mr. Speaker?

6                   REP. COLEMAN:  -- on that question.

7                   REP. ANCHIA:  Mr. Speaker?

8                   SPEAKER:  For what purpose?

9                   REP. ANCHIA:  Will the gentleman yield?

10                  SPEAKER:  Mr. Coleman, do you yield?  Y

11                  REP. COLEMAN:  Yes, sir.

12                  SPEAKER:  The gentleman yields.

13                  REP. ANCHIA:  Thank you, Chairman.

14   Coleman.  I think it's really important that we pause

15   for a moment and listen to what you're talking about,

16   especially for those people who represent rural

17   communities, where you have one voting location in the

18   entire county and people have to drive 30 or 40 miles.

19   They're going to show up, if this bill passes, like they

20   have for the last 30, 40 years.  Maybe their church is

21   going to take them there; and they're going to drop them

22   off at the polling location and they're going to present

23   their voter registration certificate, like they have for

24   the last 50 years, and they don't have photo ID.  What's

25   going to happen at that point, Mr. Coleman?



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_008649

86

1           REP. COLEMAN:  Well, what's going to

2      happen is if they don't have their photo ID, their vote

3      becomes a provisional ballot, and that provisional

4      ballot won't be counted as a legal vote, even though

5      they had their voter registration card, unless they go

6      to the voter registrar, the voter -- voting

7      administrator's office, and present a photo ID, which

8      could be 30, 40, miles or further from their house.

9           REP. ANCHIA:  And what's the time frame

10     you have to do that in?

11          REP. COLEMAN:  That's within five days

12     after the election.

13          REP. ANCHIA:  So I heard the Chairwoman

14     kind of make light of the AARP's letter, but this is

15     probably one of the reasons that they're in opposition

16     to this, because you have people who are going to be

17     traveling 30, 40, 50, 60 miles, right, with their

18     church.  They're going to get dropped off, they're going

19     to show up with their voter registration certificate and

20     they're going to say, "I'm ready to vote," and they're

21     going to say, "Yes, you have to do a provisional,"

22     right?

23          REP. COLEMAN:  That's correct, and the

24     let me be very clear again, you can have your voter

25     registration card with you.  If you don't have a photo



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

87

1     ID or if you aren't in the habit of carrying your phone

2     bill, your light bill and all those things around with

3     you and you don't go to the voter administrator up to

4     five days after the election, your vote won't count.

5                   REP. ANCHIA:  Even if you're on the list?

6                   REP. COLEMAN:  Even if you're on the

7     list.

8                   REP. ANCHIA:  Even if you've been voting

9     there for 50 years.

10                  REP. COLEMAN:  Even if you're on the

11    list, most especially if you're on the list.  So think

12    it hasn't come to people how serious a change this is in

13    that it actually nullifies votes.  It says if you didn't

14    have these forms of identification, even though your

15    voting registration card, your vote doesn't count.

16                  REP. ANCHIA:  So do you think it was the

17    intent of the AARP's letter to show that seniors will,

18    in fact be disenfranchised by this policy?

19                  REP. COLEMAN:  I think that was their

20    intent.  I think the other part is too we used to have a

21    presumption under a challenged vote that your vote was

22    good until proven not good.  Now we have a presumption

23    that your vote is not a good vote until proven not a

24    good vote.  But now we go even further and we say your

25    vote isn't a good vote if you didn't show an ID, even



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

88

1  though you have your voter registration card and your

2  name is on the rolls.

3              REP. ANCHIA:  And does it surprise you

4  that you that during the last election cycle, 80 percent

5  of provisional ballots were not counted?

6              REP. COLEMAN:  No, it actually doesn't

7  surprise me, because, again, this was all the idea that

8  we would help Americans vote, and feel very proud about

9  their democracy.  And again, in this situation, it

10  actually is a hindrance in terms of Americans voting,

11  and Texans will get the worst of it because the

12  presumption is that your vote doesn't count if you don't

13  have an ID even though you have a voter registration

14  card.

15         You've done everything you're supposed to do,

16  everything you're supposed to do, and members, that's

17  why I brought this amendment to strike that language

18  that says you don't need a driver's license or a photo

19  ID to say that your provisional ballot counts and the

20  system would work as it has worked, where the

21  provisional ballots are made or said to be good or valid

22  or invalid ballots based on the count by the county

23  election administrator.

24              Yes, I yield.

25              SPEAKER:  Mr. Veasey, for what purpose?



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00211395

89

1          REP. VEASEY:  Does the gentleman yield?

2          SPEAKER:  Do you yield, Mr. Coleman?

3          REP. COLEMAN:  I would be happy to yield.

4          SPEAKER:  The gentlemen yields.

5          REP. VEASEY:  Mr. Coleman, I was

6      wondering if the voter registration card, by itself, is

7      not going to be good enough any more for individuals in

8      this country to vote, then why should the county go

9      through the expense of printing them up?  I'm trying to

10     --

11         REP. COLEMAN:  Yes, I guess if you hit

12     the right precinct that let's you know who you're

13     supposed to be voting for, but quite frankly, under this

14     bill, you don't even need a voter registration card any

15     more if you have your driver's license, as long as your

16     name is on the roll.

17         It's really interesting because your name

18     could be on the roll and you're a good voter if you have

19     a driver's license but you're not a good voter if you

20     have a voter registration card, and that just doesn't

21     seem to make good logic in terms of when we want people

22     to vote.

23         Even if, even if Ms. Willie May Robinson, the

24     precinct judge in my precinct, knows me, I can't even do

25     an affidavit any more.  I can't even do an affidavit any



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

JA_008653

TX_00211396

90

1     more.

2                    REP. STRAMA:  Mr. Speaker, will the

3     gentlemen yield?

4                    REP. COLEMAN:  Yes.

5                    SPEAKER:  The gentleman yields,

6     Mr. Strama.

7                    REP. STRAMA:  I only had a second to look

8     at your amendment.  Does your amendment also take away

9     the authority of the provisional ballot counting

10    authorities to throw out a ballot this doesn't meet the

11    identification requirements?

12                    REP. COLEMAN:  Yes, that's the added

13    language that the provisional ballot can count even

14    though you didn't show a voter ID, you know, a picture

15    ID, because the provisional ballot is based on whether

16    or not you are an eligible voter.

17               We've just created a new category of a non

18    eligible voter, and I know it's confusing in the

19    amendment.  That's existing law.  It just stuck because

20    it will stay in the law even with those underlying

21    portions.

22                    REP. STRAMA:  So let me understand.

23    We're going to have a --

24               Do we still -- with your amendment, would

25    the bill still require a voter to vote a provisional



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

JA_008654

1    ballot if they don't have the necessary ID requirement

2    prescribed in House bill 1706?

3              REP. COLEMAN:  No, I don't believe so.

4    Under my amendment, it strikes --

5              SPEAKER:  Mr. Kaufman raises the point of

6    order the gentleman's time has expired.  The point of

7    order is well taken and sustained.  Thank you.

8         The Chair recognizes Ms. Denny to speak

9    against the amendment.

10             REP. DENNY:  Thank you, Mr. Speaker.  I'm

11   going to have to ask you to vote --

12        I'm going to move to table Mr. Coleman's

13   amendment and ask you to vote with me to table this.

14   This would take away the provisional ballot aspect of

15   someone who did not show up with the required

16   documentation that is needed to safeguard that right to

17   vote.

18             You know, right now, when you show up to vote,

19   if your name is on the list and you don't have your

20   voter registration card and you sign in at the polling

21   location, that is when you're signing that affidavit

22   that you lost your card.

23             So anyway, I ask you to stick with me, please,

24   and vote to table this amendment.

25             SPEAKER:  Madam Chair?



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

92

1              REP. DENNY:  Yes, Mr. (Inaudible).

2              SPEAKER:  Would you yield for a quick

3      question, please?

4              REP. DENNY:  I do.

5              REP. COLEMAN:  So I just want to make

6      sure that I'm clear.  If someone walks into a polling

7      place, I walk into precinct 136 in Houston, Texas and

8      Miss Willie May Robinson is there, who has been there

9      since forever, and I don't have a picture ID and I have

10     my voter registration card, I can't an -- I can do a

11     provisional ballot but my provisional ballot would not

12     count unless I went to the county clerk's office and

13     presented an ID?

14             REP. DENNY:  Within five days.

15             REP. COLEMAN:  Within five days.  I'd

16     have to literally go to make my vote, is that current

17     law?

18             REP. DENNY:  Yes, if you forgot --

19             No, it's not.  If you forgot to have a photo

20     ID or two other forms with you -- now remember, this is

21     going to be wildly publicized before the election, so

22     you're going to have -- and I'm going to accept an

23     amendment by Ms. Chavez that these are going to be

24     posted in large fonts on the door before you enter the

25     polling place.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00211399

93

1             REP. COLEMAN:  But Chairwoman Denny, you

2       already have a bill that we worked on last session that

3       passed that consolidates voting locations because people

4       get confused about where to go.

5             REP. DENNY:  That's right.

6             REP. COLEMAN:  So I mean, it's not at if

7       people keep up with these types of things on a daily

8       basis.  As a matter of fact, don't you think that people

9       are more likely to, if they've done something over and

10      over again, to not update themselves on the new rules?

11      And how would this information get out?  Would it be

12      mailed out with the new voter registration card?  How is

13      it going to get out.

14            REP. DENNY:  I expect that that would be

15      done.  I expect there would be wide TV and radio

16      coverage, it will be posted at every polling place, and

17      like we've already discussed, Mr. Coleman, most of us,

18      the huge majority of people carry some form of

19      identification on them.

20            REP. COLEMAN:  But I'm just curious, and

21      I'll stop with this question.  Why does a driver's

22      license actually take precedence over a voter

23      registration card in a polling place?

24            REP. DENNY:  It's only to show that

25      you're who you say you are, to safeguard that ballot



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_008657

94

1    being cast by you, Garnet Coleman.

2                REP. COLEMAN:  Well, then if I go in and

3    I cast a previous ballot, it shows up that I voted

4    absentee, correct, on the list, on the voter roll?

5                REP. DENNY:  Or that somebody cast your

6    ballot for you.

7                REP. COLEMAN:  Well, then I have to take

8    that up with the voting administrators at that point, if

9    I'm going in and it's me and I have my voter

10   registration.

11               REP. DENNY:  Then you've just been

12   disenfranchised and you lost your right to vote and

13   you're there and you know you didn't cast that vote.

14               REP. COLEMAN:  If that's what I've done,

15   then I've done that.  That's why I say it takes care of

16   somebody else coming in.

17           The issue is you are now adding a provision

18   that says if I don't have my ID, even though I have my

19   voter registration card, I have to go downtown, or

20   wherever it is, to the county clerk's office, show them

21   my driver's license or a photo ID, or like I'm carrying

22   around a light bill and a phone bill, or else my vote

23   doesn't count.

24               REP. DENNY:  Yes, if you want it to

25   count, that's what you have to do.


ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_008658

TX_00211401

95

1              REP. COLEMAN:  Well, you know what?

2    Chairwoman Denny, that's why I brought this amendment.

3    That just goes way too far.  It really does put a hurdle

4    in front of voters.

5              REP. DENNY:  Thank you, Mr. Coleman.  I

6    urge you to vote "Yes" to table this amendment.

7              SPEAKER:  Chair recognizes Mr. Coleman to

8    close.

9              REP. COLEMAN:  Thank you, Mr. Speaker and

10   members.  The reason I asked Chairwoman Denny those

11   questions is because what we've essentially done is

12   created another hurdle in a trip for voters who don't

13   have ID even though they have a voter registration card,

14   and, you know, clearly a picture ID has now taken

15   precedent over a voter registration card, and the reason

16   I brought this amendment was to make sure that

17   somebody's vote doesn't count, make sure that someone's

18   vote does count, that the bill does not nullify

19   someone's vote because they don't have a picture ID or

20   they are not in the habit of carrying around their light

21   bill, phone bill, electric bill, or whatever other bill

22   it is that they have in their pocket.  And I wish you

23   would look at this logistics of going to vote --

24              SPEAKER:  Mr. Strama, for what purpose?

25              REP. COLEMAN:  We don't do it every day.



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00211402

HB 1706 House Calendar 2nd Read                        May 2, 2010

96

1     I'd be happy to yield.

2                    SPEAKER:  Mr. Coleman, do you yield?

3                    REP. COLEMAN:  Yes.

4                    SPEAKER:  Mr. Strama.

5                    REP. STRAMA:  Mr. Coleman, I'm looking at

6     the last part of your amendment, which takes away the

7     provisional ballot counting authority, the ability to

8     deny a ballot based on the criteria in the bill.

9                    REP. COLEMAN:  I'm sorry?

10                   REP. STRAMA:  In the second section of

11    your amendment.  As I read it, it says that a

12    provisional ballot may not be denied on the basis of not

13    meeting the requirement, the identification requirement

14    in the bill.

15                   REP. COLEMAN:  That is correct.

16                   REP. STRAMA:  But the bill, the rest of

17    your amendment sort of restores the identification

18    requirements to current law.

19                   REP. COLEMAN:  That's correct.

20                   REP. STRAMA:  I guess I'm probably going

21    to vote for the motion to table on this because I

22    actually -- but I want to point something out.

23              You're pointing to the problem with the bill

24    itself, because if anyone should be allowed to exercise

25    this authority, it should be the provisional ballot



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

JA_008660

97

1   counting authority.  The problem is House bill 1706 is

2   that --

3            REP. COLEMAN:  I hope you're not reading

4   this wrong.  The reason I actually went to legislative

5   counsel it make sure I was reading it right.  It does

6   not strike B, that's existing law, so even if you strike

7   the whole section, you're really only striking the

8   underlying language.

9            REP. STRAMA:  Right.

10            REP. COLEMAN:  And all it does is add

11   that sentence that's at the bottom.  Otherwise it goes

12   fully back to current law with that sentence that's at

13   the bottom of the amendment, so I don't think it does

14   what you think it does.

15            REP. STRAMA:  I think I understand.  I

16   guess what I want to point out is House bill 1706 gives

17   a whole lot of authority to the election day poll

18   workers, volunteers, untrained, often pretty old.

19            REP. COLEMAN:  Yes.  You know what they

20   used to tell voter in my district if you came in?

21   Ms. Willie May Robinson, wonderful woman, used to say if

22   you went to do a challenge ballot, that before you

23   filled out the challenge ballot, that this might be

24   presented to the District Attorney.

25            You know, I grew up in the time where any time



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00211404

HB 1706 House Calendar 2nd Read                        May 2, 2010

98

1    somebody said the word DA to you, if you were my color,

2    you get a little nervous.  As a matter of fact, any time

3    somebody was from the government and they asked for

4    anything, you get a little scared, so, you know, I

5    remember when I first got here and they started putting

6    those DPS officers at the gate driving in, I was like,

7    "Oh, you know, I didn't do anything."

8             So there is a level of training that has to

9    happen, but it's not --

10            People don't understand intimidation if

11   they've never been intimidated.  Now let me take some

12   women going in and let me get some gang-bangers and put

13   them back there as voter election officials.  I bet a

14   bunch of people would be intimidated, but the issue is

15   the information as it flows to the precinct, that it is

16   carried out appropriately.  That's why we were afraid of

17   the other bill that Representative Denny had with the

18   swipe, that it might be confused and someone would say

19   no, you really need an ID.  Well, this bills does that.

20            REP. STRAMA:  But you would agree that

21   where this authority and this discretion could really be

22   abused is at the local polling place.

23            REP. COLEMAN:  Exactly.  As a matter of

24   fact, where most authority is and discretion is abused

25   is at the local polling place and/or because of lack of



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

99

```
1      appropriate training by the county election officials in

2      the area.

3              So members, I ask you to vote no on the motion

4      to table and make sure that the election system works

5      for all of the folks.  This is going to effect a lot of

6      people in all of our districts.  It's just not an issue

7      of class or race or anything like that, it's an issue of

8      access to the ballots.  Please vote no on the motion to

9      table.

10             SPEAKER:  Mr. Coleman sends up an

11     amendment.  Ms. Denny moves to table.  All those in

12     favor, vote "I," all those opposed, vote "No."

13             It's a record vote.  The clerk will ring the

14     bell.

15             (Bell ringing.)

16             SPEAKER:  Show Ms. Denny voting "I."

17     Show Mr. Coleman voting "No."

18             Have all voted?  Have all voted?  There being

19     84 "I's," 60 "Nay's," the motion to table prevails.

20             The Chair announces the signing of the

21     following in the presence of the House.

22             CLERK:  SBR 28, SBR 26, SBR 20, SB 1342,

23     SB 796, SB 766, SB 693, SB 692, SB 574, SB 541, SB 407,

24     SB 177 and SB 129.

25             SPEAKER:  Mr. Doorkeeper?
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_008663

TX_00211406

                                                              100
1      Mr. Doorkeeper?

2                  DOORKEEPER:  Mr. Speaker.

3                  SPEAKER:  Mr. Doorkeeper, for what

4      purpose?

5                  DOORKEEPER:  I have a messenger from the

6      Senate at the door of the House.

7                  SPEAKER:  Admit the messenger.

8                  MESSENGER:  Mr. Speaker, I'm directed by

9      the Senate to inform the House the Senate has taken the

10     following action.  The Senate has passed the following

11     measure:  HB 965; Haggerty sponsored.

12                 SPEAKER:  The following amendment.  The

13     Clerk will read the amendment.

14                 CLERK:  Amendment by Escobar.

15                 SPEAKER:  The Chair recognizes Mr.

16     Escobar.

17                 REP. ESCOBAR:  Thank you, Mr. Speaker,

18     members.  This amendment is a simple amendment.  What it

19     does is it says that an identification card that

20     contains the person's photograph and is issued by a

21     county elections administrator or a county clerk can be

22     used as long as the commissioners court of that county

23     authorizes the county elections administrator or the

24     county clerk who issued the photograph as a

25     identification card and it may be used as proof of a



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

JA_008664

101

1    voter's identification and it's acceptable to the

2    author.

3                    SPEAKER:  Mr. Escobar sends up an

4    amendment.  The amendment is acceptable to the author.

5          Is there objection?  The Chair hears none.

6    The amendment is adopted.

7          The following amendment.  The Clerk will read

8    the amendment.

9                    CLERK:  Amendment by Hochberg.

10                   SPEAKER:  The Chair recognizes

11   Mr. Hochberg.

12                   REP. HOCHBURG:  Mr. Speaker, members,

13   this is an amendment that leaves everything in the bill

14   the way it is except that when the ballot goes to the

15   board that looks at the provisional ballots, it says

16   that there will basically be a presumption that if the

17   only reason it's a provisional ballot is because the

18   voter didn't have the right ID, then that's going to be

19   presumed to be a good ballot unless the voting board has

20   a reason to believe that there was fraud committed, and

21   in that case, they can move ahead just like the bill

22   says, but it wouldn't make the presumption, it would not

23   make the presumption that anybody who didn't have proper

24   identification was not casting a valid ballot.

25                   SPEAKER:  Chair recognizes Ms. Denny in



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

102

1     opposition to the amendment.

2                    REP. DENNY:  Members, I can't accept this

3     one because we have a very long and liberal list of

4     acceptable ID, both photo and non-photo, and it just is

5     going to be so easy for voters to come up with the

6     acceptable forms, especially with the amendments that

7     we've taken, making the list even more broad.  I can't

8     accept the amendment so I move to table Mr. Hochburg's

9     amendment.

10                    SPEAKER:  The Chair recognizes

11    Mr. Hochberg.

12                    REP. HOCHBURG:  Thank you, Mr. Speaker,

13    members.  I'm really -- I'm honestly surprised that this

14    wasn't at least worthy of discussion about being

15    acceptable, because what this is going to do is it will

16    say that you don't have to make that trip down to the

17    voting board, wherever it is, in order to present your

18    documents, whatever they are, within five days.

19                    The voting board doesn't have to set up a

20    process for that.  We don't have to pay people to sit

21    there and come up with a way to accept these things and

22    verify them and tag them back to the provisional

23    ballots, but it does still allow that if somebody is

24    believed to have committed fraud, if you have all of

25    those examples we heard about, about people coming in



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00211409

103

1     four, five, six times, you're going to know that those

2     are the ballots you're looking for, and for those

3     ballots, it still gives the board that reviews these

4     provisionals the same ability they would have in the

5     bill.  It just says for all the other people who just

6     forgot their card and didn't show up anywhere else to

7     vote --

8                    REP. ANCHIA:  Mr. Speaker?

9                    REP. HOCHBURG:  -- didn't show up --

10                   SPEAKER:  Chair, for what purpose?

11                   REP. ANCHIA:  Will the gentleman yield?

12                   SPEAKER:  Do you yield, Mr. Hochberg?

13                   REP. HOCHBURG:  Yes, sir, I yield.

14                   REP. ANCHIA:  Mr. Hochberg, I thought I

15    had the best amendment on this bill but it's clear that

16    you offer up the best amendment because, ostensibly,

17    this is about fraud, correct?

18                   REP. HOCHBURG:  That's right.

19                   REP. ANCHIA:  We're being hold that the

20    reason that we need to put these controls and strictures

21    on voting is because of widespread fraud.

22                   REP. HOCHBURG:  Absolutely.

23                   REP. ANCHIA:  And doesn't your amendment

24    deal specifically with the fraud issue?

25                   REP. HOCHBURG:  Absolutely.  And it does



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

JA_008667

TX_00211410

HB 1706 House Calendar 2nd Read                    May 2, 2010

104

1    it at a lower cost than having to go through and balance
2    all these ballots.
3                    REP. ANCHIA:  Would this require any
4    voter education?
5                    REP. HOCHBURG:  No.
6                    REP. ANCHIA:  Would it require any poll
7    worker training.
8                    REP. HOCHBURG:  Not that I know of.
9                    REP. ANCHIA:  Would this not get thrown
10   out those ballots that might be fraudulent?
11                   REP. HOCHBURG:  Absolutely, it would set
12   them aside.  You would still have the process where you
13   vote a provisional ballot.
14                   REP. ANCHIA:  This one is a no brainer,
15   Mr. Hochberg.  Thank you for putting it forward.
16                   REP. HOCHBURG:  Thank you.  I really was
17   surprised, members, that this is not acceptable, because
18   I really think this gets at what Ms. Denny is trying to
19   take care of.
20            You still would have the requirement that you
21   show ID.  If you don't show ID, you still would have to
22   vote provisionally.  It would still separate the ballot
23   off into a separate spot, and instead of all of those
24   being thrown away, unless the voter went down and proved
25   it up and then they had to correspond them and figure



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_008668