HB 1706 House Calendar 2nd Read                    May 2, 2010

                                                              105

1    out which ones to count and which ones not, this would

2    say where you have a problem, where you have a problem,

3    you can take action, and if you don't have a problem,

4    you go on down the road.  What could be simpler than

5    that?

6              If there were a local fiscal note on this

7    bill, this would eliminate the local fiscal note.  This

8    is a common sense amendment, and I respectfully request

9    that you vote "No" on the motion to table.

10             SPEAKER:  Mr. Hochberg sends up an

11   amendment.  Ms. Denny moves to table.  All those in

12   favor, vote "I," all those opposed, vote "Nay."

13             It's a record vote.  The clerk will ring the

14   bell.  It's a motion to table, members.

15             (Bell ringing.)

16             SPEAKER:  Show Ms. Denny voting "I."

17   Show Mr. Hochberg voting "No."

18             (Bell ringing.)

19             SPEAKER:  Have all voted?

20             (Bell ringing.)

21             SPEAKER:  There being 83 "I's," 62

22   "Nay's," the motion to table prevails.

23             The following amendment.  The Clerk will read

24   the amendment.

25             CLERK:  Amendment by Anchia.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00211412

106

1                    SPEAKER:  The Chair recognizes

2    Mr. Anchia.

3                    REP. ANCHIA:  Thank you, Mr. Speaker and

4    members.  This amendment does one simple thing.  I think

5    we've established, whether people want to acknowledge it

6    or not, that people are going to be hurt and their right

7    to vote is going to be hurt by this piece of

8    legislation.

9          It says instead of starting this thing

10   immediately effective September 1, 2005, we recognize

11   that there's going to be a substantial amount of voter

12   education that needs to occur, and what I'm asking you

13   to do is make this effective September 1, 2008, so that

14   we have at least one general election cycle to have

15   people come to the polls, have them get used to the

16   process, have them understand that their voter

17   registration certificate that they've been using for 50

18   years is no longer effective for voting regularly, and

19   it gives us some time to educate voters so that less

20   people will be disenfranchised.  This is quite simple.

21   It says delay the impact of this bill until 2008 for us

22   to do voter education.  I move adoption.

23                    SPEAKER:  Mr. Veasey?

24                    REP. VEASEY:  Mr. Speaker, does the

25   gentlemen yield for a question?



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00211413

107

```
 1                 REP. ANCHIA:  I will yield for my
 2      colleague.
 3                 REP. VEASEY:  Mr. Anchia, isn't it also
 4      true that this bill has not be pre-cleared by the
 5      Justice Department?
 6                 REP. ANCHIA:  Yes.
 7                 REP. VEASEY:  So by further delaying the
 8      implementation of the bill, we can wait and see what the
 9      Justice Department says about whether or not this does,
10      in fact, disenfranchise voters.
11                 REP. ANCHIA:  That's reasonable
12      observation.  I move adoption.
13                 SPEAKER:  The Chair recognizes Ms.
14      Denny.
15                 REP. DENNY:  Thank you, Mr. Speaker.  I
16      see no reason to delay implementation of this bill and
17      allow fraudulent votes to continue to be cast.  It's
18      true that the Justice Department does not pre-clear any
19      of our legislation until it passes both houses and is
20      signed into law by the governor, and that would be --
21      this case would be no different than any others, and so
22      to not further delay implementation of this legislation
23      --
24                 REP. THOMPSON:  Mr. Speaker.
25                 REP. DENNY:  -- I move to table
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

108

1    Mr. Anchia's amendment.

2              SPEAKER:  Ms. Thompson, for what purpose?

3              REP. THOMPSON:  Will the gentle lady

4    yield?

5              REP. DENNY:  I do.

6              SPEAKER:  The lady yields.

7              REP. THOMPSON:  Mary, you know this is a

8    special week for you.

9              REP. DENNY:  It is indeed, Ms. Thompson.

10             REP. THOMPSON:  It is the day of your

11   suit.  You know, earlier you stated that you had

12   minority support on this bill.  Do you?

13             REP. DENNY:  I do.

14             REP. THOMPSON:  Did it sign on the bill?

15             REP. DENNY:  I'm sorry?

16             REP. THOMPSON:  Did it sign on?

17             REP. DENNY:  No, but they have told me

18   quietly on the floor --

19             REP. THOMPSON:  Secretly?

20             REP. DENNY:  Yes, secret support.  Quiet

21   support.  And I can understand, Ms. Thompson, why it's

22   not outward and verbal, because there is a lot of

23   dissension within the ranks of the minority community

24   about this bill.

25             REP. THOMPSON:  Thank you.



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_008672

TX_00211415

109

1              REP. ANCHIA:  Mr. Speaker?

2              REP. DENNY:  I yield.

3              SPEAKER:  The lady yields.

4              REP. ANCHIA:  Thank you, Madam Chair.

5    Madam Chair, thank you for your work on this bill and

6    for your explanations related to the underpinnings and

7    your motivations behind the bill.

8              Do you think it's unreasonable to engage in

9    voter education for a bill that changed the law so

10   substantially.

11             REP. DENNY:  Not at all.

12             REP. ANCHIA:  I'm sorry?

13             REP. DENNY:  Not at all.  I don't think

14   it's unreasonable at all.

15             REP. ANCHIA:  And I notice that you

16   didn't have any money in this bill.  You suggested it

17   would be raised from private sources, correct?

18             REP. DENNY:  That's what the Secretary of

19   State has told me.

20             REP. ANCHIA:  Do you know if they have

21   any commitments currently?

22             REP. DENNY:  He has told me that he does,

23   that he's raising money now.

24             REP. ANCHIA:  Do you also agree that this

25   would be quite a substantial voter education campaign?



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00211416

110

```
1                      REP. DENNY:  I do.
2                      REP. ANCHIA:  And it would likely take
3       millions and millions of dollars in order to get the
4       word out to people who may not follow elections as
5       closely as we would like them to?
6                      REP. DENNY:  I don't know what the amount
7       would be.
8                      REP. ANCHIA:  So did he tell you what his
9       fundraising goal is?
10                     REP. DENNY:  No.
11                     REP. ANCHIA:  Did he tell you how much it
12      would cost to train poll workers in these new procedures
13      and laws?
14                     REP. DENNY:  No, but that's a cost that's
15      borne by the county.
16                     REP. ANCHIA:  Okay.  But you would agree,
17      you would agree that if money needs to be raised
18      privately, there's no guarantee that it will be there to
19      do the voter education.  In terms of guarantees, we have
20      no guarantees.
21                     REP. DENNY:  No, we have no guarantees
22      but I know our Secretary of State and has known his
23      fundraising abilities for many years and he is the best.
24                     REP. ANCHIA:  I appreciate, I appreciate
25      the Secretary's prowess in fundraising.  However, we do
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_008674

111

1    have no guarantees as a body, and do you not think it

2    would be reasonable to allow time for the Secretary to

3    do ample voter education so that people would not be

4    disenfranchised?

5          You said earlier, at 2:59, and I heard it and

6    I wrote it down, that people would be impacted

7    disparately by this legislation.

8          REP. DENNY:  They will be impacted, and

9    there is a budget already in the Secretary of State's

10   office for voter education programs, and I feel certain,

11   Mr. Anchia, that the Secretary will be able to raise

12   ample funds to do the job necessary to educate voters

13   across Texas.

14         REP. ANCHIA:  So if the money is raised,

15   do you think that the counties will be able to do voter

16   education in time so that people, as of this November or

17   next May --

18         REP. DENNY:  It will be next November.

19         REP. ANCHIA:  You think people will have

20   enough information so that nobody is disenfranchised?

21         REP. DENNY:  I do believe that's correct.

22         REP. ANCHIA:  You don't think one person

23   will be impacted by your bill to where their vote will

24   not count?

25         REP. DENNY:  I can't say that.  I'm sure,



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_008675

112

1    because people are disenfranchised now, Mr. Anchia,

2    unfortunately.  Mistakes are made and things happen.

3              REP. ANCHIA:  And you would agree with me

4    then that the disenfranchisement would be positively

5    impacted by this bill?

6              REP. DENNY:  I don't know that it would

7    be the fault of this bill in any way like it is the

8    fault of things we do not know what impacts voters and

9    being disenfranchised.  Thank you.

10          I urge you to vote "Yes" on the motion to

11   table.

12             SPEAKER:  Mr. Anchia to close.

13             REP. ANCHIA:  Thank you, Mr. Speaker and

14   members.  This is simple.  It's disappointing that it's

15   not acceptable to the author.  It simply allows us to

16   have one election cycle to get used to the new rules so

17   that every time a voter goes to the polling location

18   during the next couple of elections, they'll get some

19   information that says, "Hey, it's not enough just to

20   have your voter registration card."  Starting in 2008,

21   you need to have a photo ID.

22          It lets people adjust to the law, it lets

23   people get ready for the new rules and it will really

24   minimize any damage that this bill can do in terms of

25   disenfranchisement.  Please stay with me on this.  This



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_008676

113

1    one seems like a simple bill.  It will give the
2    Secretary of State a little bit more time to raise that
3    private money.  I move adoption.
4                SPEAKER:  Members, Mr. Anchia sends up an
5    amendment.  Ms. Denny moves to table.  All those in
6    favor, vote "I," all those opposed, vote "No."
7                It's a record vote.  Clerk, ring the
8    bell.  It's a motion to table.
9                (Bell ringing.)
10               SPEAKER:  Have all voted?  There being
11   81. "I's", 62 "Nay's," the motion to table prevails.
12         The following amendment.  The clerk will read
13   the amendment.
14               CLERK:  Amended by Veasey.
15               SPEAKER:  The Chair recognizes
16   Mr. Veasey.
17               REP. VEASEY:  Mr. Speaker, members, this
18   amendment talks about what Mr. Anchia just spoke about a
19   second ago, and it would basically make it to where
20   election workers are required to be trained.
21         By creating this new complicated ID
22   requirement for voters, 1706 increases the likelihood
23   that properly registered voters will be turned way at
24   the poll.  This bill takes effect very soon, only in a
25   matter of months, and people haven't had time to study



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_008677

114

1    and get trained up on this.

2           When you go into the election place, I worked

3    several elections since the 1998 cycle, and when you go

4    into all of the voting places, you'll notice that most

5    of these ladies there, they're older ladies.  They're

6    there volunteering and they need the best training

7    possible to make sure that no one is disenfranchised and

8    that make sure every voted is counted.

9           Many of the election officials that I've

10   talked to that live in my community that I know when you

11   talk with them, they'll tell you that, you know,

12   sometimes they'll come and ask me, "Well, what's going

13   on?  What's new?  What's changed?  Can we still do

14   this?  Can someone still vote by this measure?"  And the

15   counties sometimes don't do a good enough job and we

16   have got to give them some more time and we have to give

17   them some training in order to make sure that there's no

18   confusion about these new ID requirements.

19           SPEAKER:  The Chair recognizes

20   Mr. Hartnett for a recognition.

21           REP. HARTNETT:  Thank you, Mr. Speaker,

22   members.  I'd like to recognize a group of 7th graders

23   from my district here from Muskokeo Christian School.

24   Could you all stand up please in the south gallery.

25           Let's give them a welcome, members.  Thank you



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

115

```
 1    very much.
 2                    SPEAKER:  The Chair recognizes Ms. Denny
 3    to speak in opposition.
 4                    REP. DENNY:  Mr. Speaker, members,
 5    nobody, nobody will be turned away from voting.  If you
 6    refer to page 2, line 1 of the bill, it says that,
 7    subsection B 1 or 2, if they're not met, the voters
 8    shall be accepted for provisional voting.  It clearly
 9    states that in the bill, that no one will be turned
10    away.
11              We already have training requirements under
12    the law, that if poll workers want to receive the
13    maximum amount of pay, they have to take the training.
14    Currently, the county or political subdivision
15    determines how much pay is given to election clerks and
16    judges and they are paying a fair market value decent
17    wage.  It's only in the primary elections where the
18    state is paying the bill that those payments remain low,
19    which is unfortunate, but the state hasn't had the money
20    to pay them well.
21              In some instances, your county executive
22    committees have trained them, and through private
23    funding, have paid them higher wages so that they could
24    require that training and get better trained election
25    workers, that's for the primary elections, but this
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_008679

116

1    would be an unfunded -- well, it would be a mandate on

2    the counties which, since the law previously says you

3    have to pay more if you require training, this would be

4    an unfunded mandate on our counties, cities and

5    political subdivisions.  And therefore, I move to table

6    this amendment.

7                    REP. VEASEY:  Mr. Speaker.

8                    SPEAKER:  Mr. Veasey, for what reason?

9                    REP. VEASEY:  Does the gentle lady yield?

10                   REP. DENNY:  I do.

11                   SPEAKER:  The lady yields.

12                   REP. VEASEY:  Ms. Denny.

13                   REP. DENNY:  Yes, sir.

14                   REP. VEASEY:  Once again, you mention

15   line 2 in your bill, but isn't it a fact that most of

16   these provisional ballots, when they are cast, that they

17   do not count?

18                   REP. DENNY:  Yes, that's true, under the

19   provisions of provisional balloting today.  Under --

20        If this bill passes and someone comes, goes in

21   and shows their ID within the five days, that

22   provisional ballot would be cast.

23                   REP. VEASEY:  Okay.  Well, but let's say

24   that a person has to take a vote or a person lives in a

25   county where there is only, and they live hundreds of



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_008680

TX_00211423

117

1    miles away from the county elections office.

2                  REP. DENNY:  Well, it won't be hundreds

3    of miles away in a county because the counties aren't

4    that big.

5                  REP. VEASEY:  Okay, but let's say they

6    live --

7                  REP. DENNY:  They can live a fair

8    distance, I'll give you that.

9                  REP. VEASEY:  Exactly.

10                 REP. DENNY:  We've got some big counties

11   but not quite that big.

12                 REP. VEASEY:  Isn't it true that their

13   vote, it wouldn't count if they weren't able to make it

14   back.  If there were transportation issues, if they have

15   to catch a bus to go and vote, they're probably not

16   going to make it back.  Don't you think this is going to

17   create a hardship on working people and on people that

18   don't have transportation?

19                 REP. DENNY:  It may be difficult for

20   some, Mr. Veasey, but for those people, like I said,

21   we're going to have a massive education effort up front

22   so people will know what ID to take with them up front

23   before they go and cast that ballot.

24                 REP. VEASEY:  Do you feel comfortable

25   knowing that individuals with valid voter registration



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00211424

118

1    cards are going to cast votes, are going to go down to

2    their respective places and go down to cast ballots and

3    that if they don't have a photo ID, their vote is not

4    going to be count?  Are you very comfortable with that?

5             REP. DENNY:  It's not that they don't

6    have a photo ID, that they have also two other forms of

7    valid ID.

8             REP. VEASEY:  But say they have a valid

9    voter registration card, they have a valid card and it

10   says that they can vote and they do not have a

11   identification card and they don't have the money to go

12   back and catch the bus again to go back to the polling

13   place, are you comfortable knowing that that person's

14   vote, that person that has the legal right to vote, that

15   their vote is not going to count?

16            REP. DENNY:  They're going to have plenty

17   of notification that the ID requirements are in place

18   and what ID is acceptable.  And Ms. Chavez is going to

19   have an amendment here in a minute that I'm going to

20   accept that's going to have that posted on the polling

21   location before they even enter the building, that will

22   have that there.  So hopefully, they won't even get

23   in --

24            REP. HOCHBURG:  Mr. Speaker?

25            REP. DENNY:  -- the door and cast that



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_008682

119

1    ballot before they know.

2              SPEAKER:  Mr. Hochberg, for what purpose?

3              REP. HOCHBURG:  Will the gentle lady

4    yield?

5              REP. DENNY:  I do, Mr. Hochberg.

6              SPEAKER:  The lady yields.

7              REP. HOCHBURG:  Chairman Denny, I just

8    heard you say that the ballot would be accepted if they

9    go down and provide that identification within the five

10   days, is that correct?

11             REP. DENNY:  That's correct.

12             REP. HOCHBURG:  I don't think your bill

13   says that.  Would you look with me at page 6, line 13,

14   where that is?  Because I see, at least in my copy,

15   unless it's been amended, that it says a provisional

16   ballot may be accepted.

17        Can you show me where there's anything that

18   requires the board to accept it?

19             REP. DENNY:  It will be.

20             REP. HOCHBURG:  Why?

21             REP. DENNY:  So you're correct, it does

22   say "May," but they will accept it.

23             REP. HOCHBURG:  Well, maybe we ought to

24   go back and look at my amendment and see if we can fix

25   that up.  Thank you, Ms. Denny.



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_008683

TX_00211426

120

```
 1              REP. ALLEN:  Will the gentle lady yield?

 2              REP. DENNY:  I will, Ms. Allen.

 3              SPEAKER:  The lady yields, Ms. Allen.

 4              REP. ALLEN:  If the provisional ballot is

 5     accepted within the one to five day period, will

 6     essentially the election will be over?

 7              REP. DENNY:  No, no, no, because

 8     currently, under the law, we have five days in which to

 9     receive mail-in ballots from overseas.

10              REP. ALLEN:  But for all practical

11     purposes, on election night, they do announce the

12     winner, election night?

13              REP. DENNY:  Correct, but those returns

14     are not certified.  That's pending certification

15     process, that's correct.

16              REP. ALLEN:  But essentially the impact

17     of that vote will be null and void in terms of the

18     effect on the election.

19              REP. DENNY:  No, I disagree because all

20     those overseas votes are still coming in.  You know, I

21     say all.  There are a few, but all the provisional

22     ballots are still being counted during -- or received

23     during that time and gone through.

24              REP. ALLEN:  Have you ever witnessed a

25     election that's been changed or overturned because of
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00211427

121

1    provisional ballots?

2              REP. DENNY:  Well, provisional balloting

3    has just been in affect through one election, and I have

4    not been actually on the ground to watch that.

5              REP. ALLEN:  Right.

6              REP. DENNY:  At a county site.

7              REP. ALLEN:  Do you also realize that 90

8    percent of those ballots are not counted, accepted?

9              REP. DENNY:  I believe it's about 80

10   percent.

11             REP. ALLEN:  That's correct.  80 is a

12   good number.  Thank you.

13             REP. DENNY:  Thank you.  I move to table

14   Mr. Veasey's amendment.

15             SPEAKER:  The Chair recognizes Mr.

16   Veasey to close.

17             REP. VEASEY:  Mr. Speaker, members,

18   before this law could be implemented, and my opinion is

19   that this is just a bad law, we have got to make sure

20   that these older senior citizens, who are mainly, who

21   work at these polling places, that there's education and

22   there's training to make sure that everyone who has the

23   right to vote can vote.

24             We've really come a long way here in the state

25   of Texas to get to where we are now, and when you go to



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_008685

TX_00211428

122

1    other parts of the south and you talk to individuals in

2    those states and I tell them how easy it is to vote here

3    right now, they're really impressed to know that in

4    Texas, that since the implementation of a voting rights

5    act, that we can vote here easier than in other parts of

6    the south.  We have to preserve that.  We have to

7    continue that trend that we've set here and we have to

8    make sure that the folks on election day that are the

9    same in my community and in your community.  We have to

10   make sure that the training is there to make sure that

11   every vote does count.

12

13                    REP. COLEMAN:  Mr. Speaker?

14                    SPEAKER:  Mr. Coleman, for what purpose?

15                    REP. COLEMAN:  Yes, does the gentleman

16   yield for a question?

17                    SPEAKER:  Mr. Veasey, do you yield?

18                    REP. VEASEY:  The gentleman yields.

19                    SPEAKER:  The gentleman yields.

20                    REP.COLEMAN:  Thank you very much.

21   Mr. Veasey, in the discussion that was just going on

22   about the use of provisional ballots and those ballots

23   counting, and then the election occurs, and then will

24   that person feel compelled to drive down with their

25   driver's license to the county administrator after



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_008686

TX_00211429

HB 1706 House Calendar 2nd Read                May 2, 2010

123

1     Tuesday at 7:00 to verify their note?

2                REP. VEASEY:  I don't think that person

3     is going to feel compelled at all to drive down there.

4     I don't think that person is going to feel compelled at

5     all to get back on that bus.  I don't feel that person

6     is going to feel compelled at all to figure out a way

7     how to get handicap assistance back.

8            I know in Fort Worth, it's really hard to get,

9     we call it "Nit," and basically what it is is that

10    they'll take people that are handicapped to do things

11    like go and vote or to go and get the assistance that

12    they need to live every day, and I don't think that

13    person that's in that "Nit" car or that are handicapped,

14    I don't think they're going to come back within five

15    days.  I know they're not because I work with them.

16    I've been working with them since 1998.

17                REP. COLEMAN:  And have you ever heard of

18    such a thing, that you can come after the fact and show

19    an ID, that now your vote can be invalid even if you

20    walked into the polling place with your voter

21    registration, your precinct judge knows you, your name

22    is on the list, you sign, you put your vote in the

23    provisional ballot envelope but you have to then go

24    somewhere else, as you said, by bus, train, plane,

25    automobile, however, walk, wheelchair, to actually have



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

JA_008687

124

1    your vote counted based on a picture ID or two other

2    forms of paper identification that are required.

3                    REP. VEASEY:  I've never heard of that,

4    and I've especially never heard of that in the United

5    States of America.

6                    REP. COLEMAN:  Well, I just keep bringing

7    that up because that ought to sound strange to folks

8    that the document that is the main document, the voter

9    registration card, would not be good enough for you to

10   cast your vote.  Thanks for your amendment.

11                   REP. VEASEY:  Voting in Texas has been

12   easy and voting in Texas has been easy since 1965 for a

13   reason, and we need to keep it that way.

14                   SPEAKER:  Mr. Veasey sends up a

15   amendment.  Ms. Denny moves to table.  All those in

16   favor, vote "I," all those opposed, vote "No."  It's a

17   record vote.

18                   Clerk, ring the bell.

19                   (Bell ringing.)

20                   SPEAKER:  Show Ms. Denny voting "I,"

21   Mr. Veasey voting "No."  The mobile to table, members.

22                   (Bell ringing.)

23                   SPEAKER:  Have all voted?  Have all

24   voted?  There being 80 "I's," 61 "Nays," the motion to

25   table prevails



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00211431

125

1          The following amendment.  The clerk will

2     read the amendment.

3               CLERK:  Amendment by Chavez.

4               SPEAKER:  The Chair recognizes

5     Ms. Chavez.

6               REP. CHAVEZ:  Thank you, Mr. Speaker,

7     members.  What this amendment does is simply require

8     each polling location to post outside a polling location

9     the acceptable list of photo IDs and acceptable list of

10    non-photo documentation in a 24 point font, at minimum

11    of 24 point font, and I believe there's been an

12    amendment to the amendment.

13              SPEAKER:  The following amendment to the

14    amendment.  The Clerk will read the amendment.

15              CLERK:  Amendment by Alonzo.

16              SPEAKER:  The Chair recognizes

17    Mr. Alonzo.

18              REP. ALONZO:  Thank you, Mr. Speaker,

19    members.  This basically adds an amendment to the

20    amendment that states the language in English, Spanish

21    and any other language appropriate for the precinct,

22    again, using 24 point font, and I think it is acceptable

23    to the author.

24              SPEAKER:  Members, Mr. Alonzo sends up an

25    amendment to the amendment.  The amendment is acceptable



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00211432

126

1       to the author.  Is there an objection?

2                   The Chair hears none.  So ordered.

3                       The Chair recognizes Ms. Chavez.

4                       REP. CHAVEZ:  It's acceptable to the

5       author.

6                       SPEAKER:  Members, Ms. Chavez sends up

7       the amendment.  The amendment is acceptable to the

8       author.  Is there an objection?

9                   The Chair hears none.  The amendment is

10      adopted..

11                  The following amendment.  The clerk will read

12      the amendment.

13                      CLERK:  Amendment by Hopson.

14                      SPEAKER:  Mr. Hopson.  The Chair

15      recognizes Mr. Hopson.

16                      REP. HOPSON:  Mr. Speaker, members, this

17      amendment says if you are a voter who presents a

18      registered, a voter's registration certificate, you're

19      on the list of registered voters with the precinct and

20      you confirmed the address of the list of registered

21      voters as current, then the elected official, if they

22      ask for an ID, they cannot consider the voter's address

23      on the ID form.  And I believe it's acceptable to the

24      author and I move passage.

25                      SPEAKER:  Mr. Hopson sends up an



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_008690

127

1    amendment.  The amendment is acceptable to the author.
2              Is there an objection?  The Chair hears none.
3    The amendment is adopted.
4              The following amendment.  The clerk will
5    read the amendment.
6              CLERK:  Amendment by Alonzo.
7              SPEAKER:  The Chair recognizes
8    Mr. Alonzo.
9              The Chair recognizes Mr. Alonzo.
10             REP. ALONZO:  Thank you, Mr. Speaker,
11   members.  This just simply says that this bill has to be
12   cleared by the Attorney General's office or, under law,
13   they can go either way to the court, and I think it's
14   acceptable to the author.
15             SPEAKER:  Mr. Alonzo sends up a
16   amendment.  The amendment is acceptable to the author.
17   Is there objection?  The Chair hears none.  The
18   amendment is adopted.
19             The Chair recognizes Ms. Denny.
20             REP. DENNY:  I move passage, members.
21             SPEAKER:  Members, the question occurs on
22   the passage and engrossment of House bill 1706.  All
23   those in favor, say "I."  All opposed, "Nay."  Vote "I,"
24   vote "No," members.
25             The record vote has been requested.  Record



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_008691

HB 1706 House Calendar 2nd Read                    May 2, 2010

                                                              128

1      vote is granted.  The clerk will ring will bell.

2                      (Bell ringing.)

3                      SPEAKER:  All voted.  Being 83 "I's" and

4      63 "Nay's," House bill 1706 is passed to engrossment.

5                      (End of CD Section.)

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00211435

HB 1706 House Calendar 2nd Read                    May 2, 2010

129

1    IN THE COUNTY OF TRAVIS      )

2    STATE OF TEXAS               )

3        I, Lynne Rodriguez, Certified Shorthand Reporter in

4    and for the State of Texas, hereby certify to the

5    following:

6            That the CD entitled, 2005 (79R) HB 1706 HOUSE

7    CALENDAR, 2ND READ 5/2/05" was transcribed at the

8    request of Anne Wilson, 209 West 14th Street, Attorney

9    General's Office, Austin, Texas 78701, and the amount

10   due is $_____.

11       That the aforementioned CD was transcribed

12   to the best of my ability to hear and understand the

13   CD;

14       That the transcript was submitted by

15   E-trans on April 23, 2012, to Anne Wilson, 209 West

16   14th Street, Attorney Generals' Office, Austin,

17   Texas  78701;

18       I further certify that I am neither

19   counsel for, related to, nor employed by any of the

20   parties or attorneys in the action in which this

21   proceeding was taken, and further that I am not

22   financially or otherwise interested in the outcome

23   of the action.

24       Certified to by me, this 27th day of

25   April, 2012.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_008693

TX_00211436

130

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23     24
25



Lynne M. Rodriguez
_____
Lynne Rodriguez, Texas CSR No.
Expiration Date 12/31/13
FIRM REGISTRATION NO: 283
ESQUIRE DEPOSITION SERVICES
100congress, Suite 2000
Austin, Texas  78701
(512) 328-5557



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00211437

HB 1706 House Calendar 2nd Read                    May 2, 2010

**A**

AARP
3:22 4:15
5:22 6:17
18:13 27:4
27:5 28:24
29:1,9
31:25 43:12
AARP's
29:12 86:14
87:17
abilities
75:20 110:23
ability
74:25 96:7
103:4
129:12
able
4:1,7 12:20
18:4 19:14
20:5 37:5
39:25 46:15
59:14 64:7
111:11,15
117:13
absentee
11:15 15:19
45:14 94:4
absolutely
11:21 13:19
20:3 29:20
44:7,10,15
58:6 70:3
72:21 78:16
78:24
103:22,25
104:11
abused
98:22,24
accept
27:17 28:11
71:11 73:6
92:22 102:2
102:8,21
118:20
119:18,22
acceptable
12:17 21:15

21:24 22:6
28:9 54:24
80:10,21,24
81:10 82:8
82:11 83:9
83:11 101:1
101:4 102:4
102:6,15
104:17
112:15
118:18
125:9,9,22
125:25
126:4,7,23
127:1,14,16
accepted
27:16 115:8
119:8,16
120:5 121:8
access
37:22 99:8
accessibi...
15:25 16:6
accessible
14:13
accurate
7:25 60:14
accustomed
25:2
acknowledge
106:5
act
12:22 13:15
13:22 23:11
74:20,21,23
74:24 75:10
122:5
action
70:15 100:10
105:3
129:20,23
actors
78:19
add
28:12 97:10
added
90:12
adding

94:17
addition
12:6 40:18
60:2
additional
44:23
address
56:18 60:3
73:18
126:20,22
addressed
56:11
adds
125:19
adjust
112:22
administr...
84:11 87:3
88:23
100:21,23
122:25
administr...
94:8
administr...
86:7
admission
75:7
Admit
100:7
adopt
75:11 76:4
adopted
81:1 82:13
83:13 101:6
126:10
127:3,18
adoption
70:6 80:25
82:12 83:12
106:22
107:12
113:3
advantage
4:1
adverse
38:13
advocate

13:13
advocates
63:7
affect
121:3
affidavit
6:14 12:4
61:10 89:25
89:25 91:21
afford
6:14
Afghanistan
66:11,12,14
66:15,20
67:4
aforement...
129:11
afraid
55:9 98:16
Africa
69:9
African
69:22
afternoon
2:21,22
age
4:25 6:4
27:3 31:21
32:5 59:13
agency
8:12 80:19
ago
15:24 21:20
49:3,14
81:11
113:19
agree
6:10 13:20
14:2,7 23:8
34:4,7,9
35:6,16
36:25 38:11
39:11 43:2
54:19 98:20
109:24
110:16,17
112:3
ahead

72:4 101:21
airplane
30:9
allegations
77:2,5
alleged
13:10
Allen
120:1,2,3,4
120:10,16
120:24
121:5,7,11
allow
41:15,21
45:6 72:12
72:17
102:23
107:17
111:2
allowable
56:13
allowed
11:20 14:4,5
28:4 40:17
69:19 71:14
73:19 81:24
96:24
allows
31:20 55:12
59:12 72:11
112:15
Alonzo
125:15,17,18
125:24
127:6,8,9
127:10,15
alternate
18:7
amended
113:14
119:15
amendment
27:8 28:7,11
28:17 31:13
31:14,16,20
32:7,24,25
33:5,8,11
33:18,22



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

34:16 35:3
39:9 41:14
41:20 43:1
59:4,12
62:1,10,11
62:12 65:10
65:18 67:11
67:20,24
68:4,6 70:7
70:18 74:7
74:16,24
75:12 76:4
79:9,11,24
79:25 80:11
80:12,13,24
80:24 81:1
81:2,3,4
82:11,11,13
82:14,15,16
82:25 83:5
83:11,13,14
83:15,16,20
88:17 90:8
90:8,19,24
91:4,9,13
91:24 92:23
95:2,6,16
96:6,11,17
97:13 99:11
100:12,13
100:14,18
100:18
101:4,4,6,7
101:8,9,13
102:1,8,9
103:15,16
103:23
105:8,11,23
105:24,25
106:4 108:1
113:5,12,13
113:18
116:6
118:19
119:24
121:14
124:10,15
125:1,2,3,7
125:12,12

125:13,14
125:14,15
125:19,20
125:25,25
125:25
126:7,7,9
126:11,12
126:13,17
127:1,1,3,4
127:5,6,16
127:16,18
amendments
31:14 83:11
102:6
America
12:22 13:14
13:21 74:19
74:21,23,24
75:10 124:5
Americans
23:19 25:6
50:12 88:8
88:10
amount
16:3 106:11
110:6
115:13
129:9
ample
111:3,12
Anchia
62:12,14,15
66:4 67:10
67:17,24
68:9 69:6
69:12,17,21
70:3,6,20
74:11,12
76:4,7,11
76:14,17,22
77:10,13,16
77:20,24
78:4,7,16
78:24 79:1
79:4,10,20
85:5,7,9,13
86:9,13
87:5,8,16

88:3 103:8
103:11,14
103:19,23
104:3,6,9
104:14
105:25
106:2,3
107:1,3,6
107:11
109:1,4,12
109:15,20
109:24
110:2,8,11
110:16,24
111:11,14
111:19,22
112:1,3,12
112:13
113:4,18
Anchia's
108:1
and/or
98:25
anecdotally
11:5
anecdotes
63:13
Anne
129:8,15
announce
120:11
announces
99:20
answer
2:16 44:23
answered
16:7 67:1
answering
17:7
anti-disc...
32:3
anybody
57:25 64:8
69:24
101:23
anybody's
34:23
anyway

18:3 57:4
85:4 91:23
apparent
44:20
appears
7:2 38:4
applied
37:16
applies
15:14
apply
15:19 72:14
appreciate
20:10 30:21
46:15 82:8
110:24,24
appreciated
21:4
appropriate
6:5 99:1
125:21
appropria...
98:16
appropria...
16:22
April
129:15,25
area
2:24 40:15
99:2
armed
32:2
arrived
76:20
aside
104:12
asked
15:23 18:18
24:10,11,16
40:19 63:16
63:18 69:15
95:10 98:3
asking
9:23 46:9
47:6 50:13
106:12
asks

42:21
aspect
91:14
aspects
34:2
assistance
5:15 6:14
26:4 123:7
123:11
Association
80:5
assume
12:14 34:11
assuming
23:16 29:6
35:24 36:1
36:3 37:25
56:8,9,19
56:20
assumption
36:18
assumptions
36:15
assure
57:9
ate
24:15
attempting
40:3
Attorney
97:24 127:12
129:8,16
attorneys
129:20
Aubrey
80:5
audited
11:11
Austin
71:13,14,16
129:9,16
130:7
authentic...
82:7
authentic...
82:24 83:7
author



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

HB 1706 House Calendar 2nd Read                    May 2, 2010

133

```
80:10,21,24        57:5 64:2,3       10:12,17         19:14 20:6        55:18 98:13
82:8,11            97:12 98:13       11:6 14:19       21:16 27:2        better
83:9,11            102:22            15:20 16:1       27:4 29:12        115:24
101:2,4            117:14,16         35:10 64:10      38:8 40:9         Bexar
112:15             118:12,12         64:12,15         40:13,22,23       80:4
125:23             119:24            65:8 88:5        49:16 50:25       beyond
126:1,5,8          123:5,7,14        88:21,22         51:1,5,10         12:9 13:21
126:24             backing           99:8 101:15      51:12 52:5        big
127:1,14,16        55:6              102:23           52:8 60:5,9       50:1,2 53:15
authorities        bad               103:2,3          72:16 91:3        53:16 71:2
90:10              3:11 66:22        104:2,10         101:20            117:4,10,11
authority          68:3 78:8         116:16           111:21           bigger
90:9 96:7,25       78:19             118:2 120:9      121:9             54:2,2
97:1,17            121:19            120:22           125:11            biggest
98:21,24           balance           121:1,8          126:23           7:21 48:1
authorizes         60:14 104:1       122:22,22        believed          bill
100:23             ballot           bank              102:24            2:5,10,13
automobile         4:22 7:5,8,9      56:16           bell               3:23 4:2,16
123:25             7:17 8:11        banking           62:4,5,7          6:12,17 7:1
available          8:11,14,21       5:4               79:16,17,19       7:7,8 8:7,9
5:17 6:18          8:23,25,25      barrio             79:21 99:14       8:9 9:20
12:18 20:1         9:4 14:21         54:18 55:5,7     99:15             13:2,8,20
37:22 61:14        14:22 16:10     base               105:14,15        15:14 16:13
68:10 71:21        27:24 28:14      10:23             105:18,20         16:15 19:3
aware              44:9 45:14      based              113:8,9          19:23 20:5
3:1,20 5:19        57:22 64:8       6:5 76:21         124:18,19         21:7 24:24
10:24 11:4         65:5 84:8,9      88:22 90:15       124:22            26:24 27:15
11:15,16           86:3,4           96:8 124:1        128:1,2           28:7 29:18
12:21,25           88:19 90:9      basically          benefit          29:24 30:18
13:14,18           90:10,13,15      101:16            80:20             32:21 33:7
15:8 22:14         91:1,14          113:19           benefits          33:24 34:5
29:1,3             92:11,11         123:9             12:12,15          34:10,12,19
39:18,21           93:25 94:3       125:19            22:8 23:6         35:10,13,15
40:11 47:9         94:6 96:7,8      basis             24:2,22           36:11,15
47:25 77:17        96:12,25         44:5 93:8        Berman             38:4,5,11
77:20,21,25        97:22,23         96:12             4:23 5:18         39:6,8 41:4
78:4,7,13          101:14,17       bath              Bernham            43:4,25
                   101:19,24        59:12            28:24              45:11,21
                   104:13,22       battle            best               50:21,24
─────────          116:22           47:19            44:3,12           51:14 55:6
      B            117:23          bearing            76:24             56:15 60:8
B                  119:1,8,16       17:21            103:15,16         62:18,21,25
97:6 115:7         120:4           beginning         110:23            64:6 65:14
baby               123:23           39:3             114:6             66:13 70:21
59:11             balloting        belief            129:12            71:22 72:8
back               116:19 121:2     50:20,20        bet                72:11,11,14
8:24 15:19        ballots          believe           13:6 29:4,8       73:1 74:14
23:2 25:22         7:15 10:10       11:19 17:18      29:10 47:21       75:5,9,14
26:1 33:2
41:2 49:13
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00211440

HB 1706 House Calendar 2nd Read                    May 2, 2010

134

```
75:22 76:16        3:8,14 8:12      brought            81:15              carries
76:17 77:18         8:13 9:4         19:21 27:22       campaign           21:1 36:15
77:22 78:1          21:1 42:24       67:19 88:17       24:6 81:15          36:16
79:5 81:22          101:15,19        95:2,16           109:25             carry
82:3 84:18          102:17,19       brown             capacity            23:16,17
84:18 85:1          103:3            17:10,12,15       18:12               52:6,9,10
85:1,1,1,19         119:18           17:19,20         car                 54:8,14,17
87:2,2             body              18:11,23          30:10 123:13        85:2 93:18
89:14 90:25         68:5 79:2        19:3,6           card                carrying
91:2 93:2           111:1            50:24             7:6,14 12:16        84:17 87:1
94:22,22           Bond             budget             12:19 21:7          94:21 95:20
95:18,21,21         13:10,10         111:9             21:10,13,14        case
95:21,21           borne            build              22:3,8 23:6         3:7,7 4:24
96:8,14,16          110:15           65:18             23:16 24:8          11:12 16:18
96:23 97:1         bothered         building           24:12,13,15         60:22 61:5
97:16 98:17         3:3              118:21            24:23 30:3          61:13 63:22
101:13,21          bothering        bunch              31:21 37:20         101:21
103:5,15            3:13,15          98:14             39:21 40:17         107:21
105:7              bottom           burden             40:19 55:13        cases
106:21              97:11,13         42:2 43:3,6       55:13,13,17         10:3 11:11
107:4,8,16         box               43:10,10          55:19,21          cast
108:12,14           7:5 57:22        44:23 45:2        56:9 59:14          18:4 19:18
108:24              58:1             66:17             64:5 68:18          19:19 35:10
109:5,7,9          boys             BURNAM             84:1,2,4,16         64:7,15,15
109:16              50:2             2:17,21,23        86:5,25             65:5 68:20
111:23             bragging          3:6,11,20        87:15 88:1          94:1,3,5,13
112:5,7,24          17:23            4:4,14 5:5        88:14 89:6          107:17
113:1,24           brainer           5:8,19 6:16       89:14,20           116:16,22
115:6,9,18          104:14          bus                91:20,22           117:23
116:15,20          Branch            117:15            92:10 93:12        118:1,2,25
119:12              43:18,22         118:12            93:23 94:19         124:10
127:11,22           44:7,8,11        123:5,24          95:13,15          Casteel
128:4               44:19 45:1      business           100:19,25          57:16,20,24
billfold            45:6,10,13       25:13             103:6              58:3,7,8,11
25:25               45:16,21,25     buy                112:20             58:16,20,23
bills               46:3,8,14        23:1 50:2,2       118:9,9,11         59:1,3
17:4 98:19          46:21,22        byproduct          124:9              60:21
birth               47:6             62:25 65:6       cards              casting
4:19 51:22         Braunfels                           4:21 8:5           4:21 10:1,10
53:2,3              58:13           ─────────          10:11 17:25         10:12,16
54:17,21           bring                 C             24:16,17           11:6 101:24
60:3                62:23 84:13     CALENDAR           29:19 39:17        catch
bit                bringing          1:7 129:7         118:1              117:15
27:10 84:23         124:6           California        care                118:12
113:2              broad             23:21             18:5 94:15         category
black               102:7           call               104:19             90:17
50:12,23           brothers          45:22 123:9      carried            cause
board               50:12,23        called             98:16              60:11
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_008698

TX_00211441

HB 1706 House Calendar 2nd Read                     May 2, 2010

135

causing
65:9
CD
128:5 129:6
  129:11,13
center
22:5 24:22
central
8:12 9:3
  84:14
certain
111:10
certainly
3:5 6:24
  9:17 12:16
  12:20 15:1
  15:6 17:13
  19:10,20
  20:1 28:21
  29:20 40:13
  40:23,24
  43:11,20
  47:11 48:10
  49:17 71:9
certificate
51:22 53:2,2
  53:3,9,13
  53:23 54:6
  54:7,15,17
  54:21 60:23
  62:24 64:23
  65:11,20
  85:23 86:19
  106:17
  126:18
certificates
4:19 21:19
certifica...
120:14
certified
8:14 54:20
  120:14
  129:3,24
certify
129:4,18
chair
2:3 31:17
  32:6 52:10

59:7 62:13
70:17 74:11
76:15 77:7
80:14 81:5
82:17 83:17
91:8,25
95:7 99:20
100:15
101:5,10,25
102:10
103:10
106:1
107:13
109:4,5
113:15
114:19
115:2
121:15
125:4,16
126:2,3,9
126:14
127:2,7,9
127:17,19
chairman
39:2,5,16
43:22 47:4
57:20 58:11
80:6 85:13
119:7
chairwoman
2:21 6:25
21:4 59:9
62:17 74:13
75:3,14,22
81:8 82:20
83:25 86:13
93:1 95:2
95:10
Chairwoman's
65:14
challenge
97:22,23
challenged
27:21 87:21
change
59:1 60:11
67:20 70:23
70:25 72:13

74:2 87:12
changed
60:9 72:5
109:9
114:13
120:25
changes
2:15
changing
9:8,10
charge
6:13,15
12:19,19
37:22 45:23
46:5
Chavez
20:14,17,20
21:3,13,17
21:18,23
22:2,9,14
22:18,24
23:3,8,18
25:16,19,21
26:7,17
27:2,8,14
27:19,22
28:1,6,12
28:18 31:16
31:18,19
41:21 59:7
59:8,18,21
60:17,25
61:4,8,12
61:17,20,23
61:25 92:23
118:18
125:3,5,6
126:3,4,6
Chavez's
20:23 32:25
33:5,8
34:15
check
23:7 56:16
checks
5:16
Chicanos
50:12

choose
45:13
Christian
114:23
church
85:20 86:18
cite
10:6
cities
50:2 116:4
citizen
25:9 46:10
citizenry
46:13
citizens
3:3 4:6 5:25
6:8 18:8,10
22:15 24:3
25:6,8 26:8
34:17 37:18
39:18 44:4
44:17 48:1
48:2 60:7
121:20
citizenship
21:19 26:14
51:19,20
53:1,1
54:23 60:3
city
3:1,8 5:6,12
civic
44:13
clarify
22:2
class
23:22 25:7
99:7
clean
50:6,10,20
57:6
clear
72:1 74:1
86:24 92:6
103:15
cleared
127:12

clearly
84:20 95:14
115:8
clerk
2:1 31:13,16
62:4,10,12
79:16,24
80:12,13
81:2,4
82:14,16
83:14,16
84:3 99:13
99:22
100:13,14
100:21,24
101:7,9
105:13,23
105:25
113:7,12,14
124:18
125:1,3,14
125:15
126:11,13
127:4,6
128:1
clerks
18:8 115:15
clerk's
92:12 94:20
clinic
30:6
clock
75:5
close
59:7 66:4
74:11 95:8
112:12
121:16
closely
110:5
Coleman
6:21,22,24
6:25 7:12
7:19,25 8:6
8:20 9:1,5
9:8 10:9
83:16,18,19
85:6,10,11



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00211442

85:14,25
86:1,11,23
87:6,10,19
88:6 89:2,3
89:5,11
90:4,12
91:3 92:5
92:15 93:1
93:6,17,20
94:1,2,7,14
95:1,5,7,9
95:25 96:2
96:3,5,9,15
96:19 97:3
97:10,19
98:23 99:10
99:17
122:13,14
122:15
123:17
124:6
**Coleman's**
91:12
**colleague**
67:18 107:2
**college**
26:12 73:24
81:16
**color**
47:10 98:1
**come**
8:7 15:19
23:2 28:7
33:2 63:17
64:22 87:12
102:5,21
106:15
114:12
121:24
123:14,18
**comes**
15:25 28:15
64:3,3
116:20
**comfortable**
117:24 118:4
118:13
**coming**

25:3 94:16
102:25
120:20
**commissio...**
100:22
**commit**
75:15
**commitments**
109:21
**committed**
101:20
102:24
**committee**
8:2 10:2
35:13 63:4
63:5,10
76:10,13,14
78:19
**committees**
115:22
**committing**
42:10
**common**
105:8
**communities**
32:4 85:17
**community**
3:9 4:9
108:23
114:10
122:9,9
**compelled**
122:24 123:3
123:4,6
**complicated**
113:21
**comply**
41:22 75:6,8
**component**
13:9
**comprehen...**
11:3
**computer**
37:19,21
**concern**
4:22 44:1,20
44:21 48:1

50:10
**concerned**
3:17 32:16
41:4 44:5,9
50:13
**conduct**
25:13
**conducting**
14:3
**confirmed**
126:20
**confused**
93:4 98:18
**confusing**
90:18
**confusion**
60:11 114:18
**connection**
74:19
**consent**
31:12 52:18
**consider**
23:10 83:7
126:22
**considera...**
60:6
**consistent**
74:19 75:9
75:10
**consolidates**
93:3
**contain**
21:19
**contains**
21:8 100:20
**contest**
7:20 76:20
**continue**
107:17 122:7
**contrary**
77:14
**controls**
103:20
**convenience**
4:3
**conversation**
21:5

**copied**
54:16,16
**copy**
54:5,7,21
119:14
**correct**
7:9,10 8:16
12:10 15:10
15:13,16
30:5 34:12
36:19 38:1
41:17,25
45:4,15,20
45:24 46:2
46:6 50:7
57:23 58:5
58:6 60:24
60:25 61:7
61:8,12,17
69:11 72:20
72:21 73:2
74:4 86:23
94:4 96:15
96:19
103:17
109:17
111:21
119:10,11
119:21
120:13,15
121:11
**correctly**
28:24 35:4
**correspond**
104:25
**cost**
12:2 29:19
29:23 49:13
104:1
110:12,14
**counsel**
97:5 129:19
**count**
8:18,24
82:24 87:4
87:15 88:12
88:22 90:13
92:12 94:23

94:25 95:17
95:18 105:1
111:24
116:17
117:13
118:4,15
122:11
**counted**
28:5 35:11
64:11,13
65:8 68:21
86:4 88:5
114:8
120:22
121:8 124:1
**counties**
17:16 111:15
114:15
116:2,4
117:3,10
**counting**
9:3 31:15
90:9 96:7
97:1 122:23
**country**
25:1 56:21
67:7 89:8
**counts**
8:21,23
88:19
**county**
50:4 60:4
80:4 84:10
85:18 88:22
89:8 92:12
94:20 99:1
100:21,21
100:22,23
100:24
110:15
115:14,21
116:25
117:1,3
121:6
122:25
129:1
**couple**
2:24 10:6



**ESQUIRE**
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

21:6 112:18
**course**
14:21 26:16
47:14 49:8
51:11 71:17
71:23 81:12
**court**
63:22 100:22
127:13
**coverage**
93:16
**covered**
22:13
**Crabb**
42:12 52:12
**create**
7:14 117:17
**created**
23:21 90:17
95:12
**creates**
42:2
**creating**
113:21
**crimes**
42:10
**crinkled**
64:24
**criteria**
96:8
**crooked**
57:9
**CSR**
1:17 130:4
**curious**
67:20 93:20
**current**
2:13 10:19
36:17 60:21
61:20 73:13
73:14 92:16
96:18 97:12
126:21
**currently**
59:21 61:1
109:21
115:14

120:8
**cycle**
88:4 106:14
112:16
114:3

**D**

DA
98:1
**daily**
93:7
**damage**
112:24
**data**
10:23
**date**
60:3 130:5
**day**
4:25 5:9 6:4
7:22 15:3
17:24 18:18
30:3 36:9
37:17 45:4
67:22 68:15
70:1,4
84:20 95:25
97:17
108:10
120:5 122:8
123:12
129:24
**days**
8:13 49:13
84:13 86:11
87:4 92:14
92:15
102:18
116:21
119:10
120:8
123:15
**dead**
10:15,16,20
11:5,9,12
11:13 77:3
**deal**
46:13 68:1
103:24

**dealing**
46:12
**deals**
7:1
**dear**
51:7
**debate**
47:8 65:21
**debated**
12:23
**decent**
115:16
**decided**
24:4
**dedicated**
32:1
**defeats**
33:6
**definitely**
22:24 24:24
**defraud**
46:16
**delay**
106:21
107:16,22
**delaying**
107:7
**Delgado**
80:6
**democracy**
46:18 47:7
66:18,18,22
67:5 88:9
**demographic**
81:18
**demonstra...**
13:16
**denied**
47:10 96:12
**Denning's**
66:13 74:13
75:14,22
**Denny**
2:1,3,4,19
2:22 3:4,10
3:19,20,24
4:12,14,23

5:5,7,13,19
6:9,20,24
7:1,10,16
7:24 8:16
8:22 9:3,7
9:9,10,17
9:19,22
10:4,8,24
11:2,16,21
11:24 12:3
12:10,25
13:3,6,19
13:23 14:6
14:14 15:1
15:11,13,16
15:21 16:7
16:17,24
17:9,13,18
18:9,22,25
19:5,10,13
19:16,20,25
20:4,9 21:4
21:11,16,22
22:1,7,11
22:17,23
23:3,12
25:5,18,20
26:6,16,22
27:7,14,20
27:24 28:3
28:10,16,21
28:23 29:2
29:6,10,15
29:17,20,25
30:1,5,8,13
30:17,19,20
32:6,12,14
32:15,23
33:3,5,10
33:13,20,22
33:23,25
34:3,6,9,13
34:22 35:2
35:5,8,17
35:22 36:1
36:6,10,12
37:1,7,10
37:11,14,21
38:2,8,16

38:18,19,25
39:2,5,12
39:16,22
40:8,12,23
41:1,6,12
41:15,18,25
43:1,5,9,16
43:17,20
44:7,10,15
44:25 45:5
45:8,11,15
45:20,24
46:2,6,11
46:20,23
47:2,5,11
47:14,17,21
48:4,10,12
48:13,16,18
48:20,23
49:1,4,7,11
49:17,20,25
50:8,15
51:1,11,15
51:20,22,25
52:4,7 53:4
53:7,10,14
53:16,18,20
53:24 54:3
54:10,12,13
54:20 55:2
55:11,18,22
55:25 56:4
56:6,10,15
56:25 57:3
57:10,11,13
57:18,20,23
58:2,6,10
58:15,19,22
58:25 59:3
59:6,10
60:21 62:1
62:6,17
70:17,19
71:15,20,25
72:6,9,21
73:2,9,12
73:21 74:4
74:6,10
79:11,18

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com



HB 1706 House Calendar 2nd Read

May 2, 2010

138

```
80:3 81:8          80:18 107:5      81:20             disenfran...       118:25
82:20 83:25        107:9,18         disabilities      78:12              Doorkeeper
84:21 91:8         deposit          63:7              disparately        70:8,13
91:10 92:1         85:3             disabled          111:7              99:25 100:1
92:4,14,18         DEPOSITION       4:18 38:1,6       dissension         100:2,3,5
93:1,5,14          130:6            63:3 79:8         108:23             doubt
93:24 94:5         deputies         disagree          distance           5:9,10 39:3
94:11,24           80:9             6:9 27:7          23:1 117:8         41:2
95:2,5,10          Deputy           34:1,3,11         distinction        downtown
98:17 99:11        80:4             34:22 38:16       34:20              94:19
99:16              describing       120:19            district           DPS
101:25             14:11            disappoin...      3:1,16 4:5,5        6:11 11:25
102:2              desire           112:14            22:20 26:12        12:8 19:24
104:18             50:19,19         discerning        27:12 64:18        29:18 37:15
105:11,16          determine        75:20             97:20,24           37:20 39:17
107:14,15          8:20             disciplined       114:23             98:6
107:25             determined       44:3              districts          dressed
108:5,9,13         9:12             discourage        99:6               45:18
108:15,17          determines       38:13 40:5        division           drive
108:20             9:2 115:15       discouraged       20:22,24            5:24 26:19
109:2,11,13        deterrent        60:10             42:22,23           64:19 85:18
109:18,22          23:24            discretion        62:2 79:12         122:24
110:1,6,10         died             98:21,24          doctor             123:3
110:14,21          47:12            discussed         6:2                driven
111:8,18,21        differences      28:1 60:21        document           22:16
111:25             2:12             93:17             14:10 54:8         driver's
112:6 113:5        different        discussing        75:21,21           4:20 6:1,12
115:2,4            2:13 8:4,5       63:13             124:8,8            22:15,25
116:10,12          11:18 17:25      discussion        documenta...       30:4,7,10
116:13,18          18:20 41:23      65:22 81:10       8:3 21:25          30:11 32:22
117:2,7,10         83:3 107:21      83:25             91:16              59:22 64:4
117:19             difficult        102:14            125:10             68:8 70:23
118:5,16,25        4:25 18:15       122:21           documents          70:24 71:19
119:5,7,11         39:23 40:12      disenfran...       4:19 25:24        72:3 88:18
119:19,21          75:6,8           107:10            26:21 28:9         89:15,19
119:25             117:19           disenfran...       56:17 75:16        93:21 94:21
120:2,7,13         difficulty       63:1,24 65:9      75:17              122:25
120:19             40:7             81:21 87:18       102:18             driving
121:2,6,9          digits           94:12             doing              98:6
121:13             59:24            106:20            9:6 18:2           drop
124:15,20          diligently       111:4,20         29:23 43:8          85:21
127:19,20:19,20    42:8             112:1,9          50:21 65:12        dropped
Denny's            direct           114:7             83:23 85:3        86:18
62:21              7:3 85:3         disenfran...       dollars           drove
deny               directed         112:4,25          110:3              24:9 30:10
96:8               70:13 100:8      disenfran...       door               68:17
Department         direction        19:19             70:11 92:24        due
39:20 59:23                                           100:6              129:10
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_008702

duty
44:13 46:10
DV
36:23
_____
**E**
ear
63:22
earlier
28:24 83:24
 108:11
 111:5
early
4:1 8:13
 15:4 37:7
 45:3
easier
2:11 74:18
 79:7,7
 122:5
easily
11:24
easy
39:10,13
 75:18 102:5
 122:2
 124:12,12
educate
106:19
 111:12
educated
26:13
education
16:19,23
 17:3 104:4
 106:12,22
 109:9,25
 110:19
 111:3,10,16
 117:21
 121:21
effect
13:25 25:10
 26:24 38:13
 64:17 99:5
 113:24
 120:18
effective

25:10 106:10
 106:13,18
effectively
64:14
effort
17:2 117:21
either
3:13 29:16
 45:22 65:10
 72:12 73:3
 84:25
 127:13
El
26:13
elderly
3:25 4:17
 5:6,7,11,14
 22:15 25:1
 25:1 27:2,3
 27:5 39:10
 39:13 40:3
 40:7 41:5
 43:12 44:1
 79:8
elected
126:21
election
2:7 3:2 7:20
 7:22 8:12
 8:13 10:13
 10:25 11:7
 11:9 13:12
 13:12 14:13
 14:15,23,25
 15:3 18:13
 36:9 45:4
 58:13 60:13
 64:3,11,13
 67:6,22
 68:15 69:16
 69:16 76:21
 76:23 84:13
 86:12 87:4
 88:4,23
 92:21 97:17
 98:13 99:1
 99:4 106:14
 112:16

113:20
114:2,9
115:15,24
120:6,11,12
120:18,25
121:3 122:8
122:23
elections
3:8,8,14,14
 3:16 8:1
 14:3 16:2
 18:15 50:7
 50:10,20
 57:6,9
 66:12 69:20
 69:23 81:17
 100:21,23
 110:4
 112:18
 114:3
 115:17,25
 117:1
electoral
3:18 61:2
electric
7:7 95:21
eligible
16:2 22:10
 31:24 65:17
 81:12 90:16
 90:18
eliminate
105:7
embarked
17:1
employed
129:19
employee
21:7
employer
21:9,12
enfranchi...
63:8
enfranchi...
74:17 75:11
78:12
engage
109:8

English
24:11 125:20
engrossment
127:22 128:4
enhancements
78:18
ensure
14:4 16:8
 58:4 72:18
ensuring
2:8
enter
92:24 118:21
entire
85:18
entities
55:9
entitled
81:12 129:6
entity
22:4 56:11
enumerate
83:3
envelope
8:25 23:15
 123:23
equivalent
8:9 80:19
err
14:8,12
 15:24 16:5
Escobar
100:14,16,17
 101:3
Escobar's
56:22,23
especially
5:23 23:19
 24:25 68:22
 85:16 87:11
 102:6 124:4
ESQUIRE
130:6
essentially
62:21 95:11
 120:6,16
established

106:5
ethics
5:10 43:15
event
4:9
everybody
36:15,16
 56:20
evidence
11:5 42:9
 63:11,14,23
 68:23,24
 75:24 76:24
 77:8,11,13
exactly
7:24 9:1,20
 19:2 29:25
 40:21 57:23
 98:23 117:9
example
24:19 60:20
examples
10:7 102:25
excessive
82:22
exciting
13:4
Excuse
52:20
executive
115:21
exempt
27:6 32:4
 33:6
exercise
96:24
exercising
38:15
exist
5:3
existed
77:2
existing
90:19 97:6
expanding
82:21
expands



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

HB 1706 House Calendar 2nd Read                    May 2, 2010

74:24
expect
15:18 30:15
93:14,15
expense
89:9
experience
2:24 4:5,11
13:5 44:6
Expiration
130:5
expired
20:12 30:25
42:13 52:13
91:6
explained
45:22
explanations
109:6
extend
20:23 31:8
52:16
extended
20:18 21:2
42:18,22,24
52:18,24
65:16 66:6
extension
31:4 42:15
42:23
extensive
46:7 74:7
extra
67:25
E-trans
129:15

**F**

face
47:7
fact
16:1 17:23
18:17 39:16
46:15 47:24
52:9 54:11
54:12 60:7
65:16 75:23
77:17 78:17

87:18 93:8
98:2,24
107:10
116:15
123:18
fair
20:5 115:16
117:7
family
56:23,23
far
6:6 84:23
95:3
father
32:18,19
fault
112:7,8
favor
20:24 79:13
99:12
105:12
113:6
124:16
127:23
favoring
51:14
fear
23:22,23
55:8
fearful
24:2
federal
26:4 35:16
federally
22:5,7
feel
14:12,14,16
15:24 16:5
18:13 43:9
88:8 111:10
117:24
122:24
123:3,4,5,6
fewer
16:1
fighting
66:10,11
figure

15:5 104:25
123:6
filed
9:20 77:18
77:22 78:2
filing
5:10
filled
97:23
finally
26:14
financially
129:22
find
3:24 4:6
5:11 40:12
40:21 45:18
68:2
fingers
67:21
FIRM
130:5
first
13:16 15:11
15:12 23:19
24:25 25:5
76:20 83:25
98:5
fiscal
68:1 105:6,7
fishing
55:14,16
56:9
five
8:13 10:22
18:20 84:13
86:11 87:4
92:14,15
102:18
103:1
116:21
119:9 120:5
120:8
123:14
fix
119:24
flags
14:24

flames
62:19
flexible
82:23
floor
3:21 29:9
108:18
flows
98:15
focused
81:16
folks
43:13 50:24
57:8 80:4
99:5 122:8
124:7
follow
110:4
following
11:8 31:13
62:10 70:15
70:15 79:24
80:11 81:2
82:14 83:14
99:21
100:10,10
100:12
101:7
105:23
113:12
125:1,13
126:11
127:4 129:5
font
125:10,11,22
fonts
92:24
food
26:4
force
4:17
forever
92:9
forged
75:16
forgery
75:18
forgot

92:18,19
103:6
form
5:1 6:7,11
25:11,14
35:9 47:7
61:16 65:12
65:19 69:9
72:24 93:18
126:23
forms
5:1,14,16
8:19 10:19
12:13,17
20:1 23:5
23:17 25:12
26:18,22,25
28:3 36:12
45:25 54:22
54:24 55:25
56:2,7
64:20 71:21
71:24 73:4
73:22 82:21
82:22,23
83:3 84:18
84:25 87:14
92:20 102:6
118:6 124:2
Fort
3:1 123:8
forward
6:7 104:15
fought
47:19 68:18
found
11:12 25:25
foundation
69:15
four
7:22 18:4,20
21:6 59:24
103:1
FQHC
22:5
frame
86:9
frankly



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

HB 1706 House Calendar 2nd Read                    May 2, 2010

141

```
    89:13              67:25 115:23      69:3 76:5,8        19:20 27:22        38:13 40:7
fraud                  fundraising       85:9,12         go                   41:1 44:22
7:23 9:24              110:9,23,25       89:1 90:5       4:7,9 8:10            45:16 57:4
   10:3 13:11          funds             103:11            8:12 12:8          63:1 64:21
   14:11 16:4          16:25 17:2        122:15,18         14:21 23:1         64:23,24
   20:7 38:11          111:12            122:19            23:18 24:16        65:2,3,4,6
   59:11 63:12         furnish         gentleman's         25:6,25            65:8 67:2,8
   75:14,15,23         4:18 65:10        52:13 91:6        35:17 42:4         68:14,15,19
   75:23,24            further         gentlemen           50:2 55:9          72:10 75:8
   76:21,25            35:17 75:13       80:7 89:4         58:12 61:6         81:8 83:6
   77:2,6,15           86:8 87:24        90:3 106:25       62:18 63:25        85:19,21,21
   77:16 78:15         107:7,22        gentlewoman         68:13 69:15        85:22,25
   101:20              129:18,21         6:22              70:22 81:11        86:1,16,18
   102:24                             Georgia              81:23 83:2         86:18,20,21
   103:17,21          ――― G ―――        11:17 77:19        84:2,15            89:7 90:23
   103:24             gallery           78:9              86:5 87:3          91:11,12
fraudulent            13:2 114:24      Georgia's           87:24 89:8         92:21,22,22
75:20 104:10          gang-bangers      11:6              92:16 93:4         92:23 93:13
   107:17             98:12            getting            94:2,19            94:9 95:23
fraudulently          Garcia           5:7,8 12:11        104:1 105:4        96:20 98:12
19:18 63:19           80:6              20:6 37:2         114:2,3            99:5 101:18
free                  Garnet            37:14,15          117:15,23          102:5,15
6:13,15 12:3          84:4 94:1        ghost              118:1,2,11         103:1 106:6
   12:18,19           gas               78:20             118:12             106:7,11
   19:23 20:2         7:8 8:9 85:1     Giddings           119:9,24           114:12
   37:22 39:16        gate              38:20,22          121:25             117:16,16
   45:23 46:5         98:6              39:2,14,15        123:11,11          117:21
freedom               general          39:24 40:14       123:23             118:1,1,4
67:5                  106:14            40:25 41:6        127:13             118:15,16
frequently            generally         46:25 47:2      goal                118:18,19
6:2                   42:10 85:2        47:4,12,15       50:11 67:4          118:20
freshman              Generals          47:18,23         110:9              122:21
67:17                 129:16            48:5            goes                 123:3,4,6
Friday                General's        give             13:17,21            123:14
58:12                 127:12 129:9      32:4 44:18        15:22 26:24       good
friends               generation        63:4 81:8        34:15 37:7        2:21,22 3:10
4:8                   23:20 24:25       113:1            84:23 95:3          30:18 39:4
front                 25:6 32:1         114:16,16        97:11              41:3 48:20
41:21 74:8            gentle            114:25           101:14             58:15,22
   95:4 117:21        20:18 30:24       117:8            112:17             62:16 64:9
   117:22             32:10 33:15      given             116:20             65:13 68:21
fully                 38:22 41:10       5:23 6:3        going               70:4,9 75:1
97:12                 46:25 57:16       19:23 32:2       7:5 16:14          82:20,23
fund                  108:3 116:9       115:15           17:24 18:1         83:23 84:12
16:23                 119:3 120:1      gives             19:15 23:9         87:22,22,23
fundamental           gentleman         97:16 103:3      23:10 25:3         87:24,25
38:15                 65:25 67:14       106:19           26:20 27:11        88:21 89:7
funding                               glad               27:12 38:12        89:18,19,21
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00211448

```
101:19              45:2 89:11        1:7 2:1 4:16      79:5 80:9         Hodge
114:15               96:20 97:16      100:11           88:8              65:23,24,25
121:12                                129:6            helping           66:4,5,24
124:9               ─────H─────       HCR              75:2              66:25
gotten              habit             70:16            herring           hold
72:3                87:1 95:20        health           75:21             18:15 67:6
government          Haggerty          22:5 24:22       Hey               103:19
4:20 5:16           100:11            hear             112:19            home
 23:22 35:19        half              10:2 11:5        high              45:7,8
 46:19 56:16        3:2                35:20 63:10     22:19,20          homeless
 56:17 83:1         handicap          63:11            higher            11:20,22
 83:4,6 98:3        123:7             129:12           66:17 115:23       12:8,14,20
governmental        handicapped       heard           highest           honestly
22:4 55:8           123:10,13         10:16 63:5,6     46:18             102:13
 56:11              handout            63:6,7,13       highlight         honorable
governor            2:11               63:21 76:16     65:15             39:5 41:3
77:24 107:20        happen             76:17,18        highlights        hope
graders             37:1 41:1          77:1,1,2,4      2:12              15:2 74:8
114:22               57:25 84:17       77:5 86:13      hinder             97:3
grandchil...        85:25 86:2         102:25          38:14             hopefully
58:13                98:9 112:2        111:5 119:8     hindrance         118:22
granted             happened           123:17          88:10            hoping
62:4 79:16          77:6               124:3,4         Historically      81:9 83:8
 128:1              happening          hearing         5:25              Hopson
grave               57:7               43:23 81:1      history           126:13,14,15
51:7,8              happens             82:13 83:13     60:6              126:16,25
great               8:8                hearings        hit               hospital
17:21 18:2          happy              8:2             89:11             24:21
 40:7 67:11         2:16 66:6          hears           Hochberg          hours
grew                 68:3 89:3         101:5 126:2     101:9,11          37:17
97:25                96:1              126:9 127:2      102:11           house
groceries           hard              127:17           103:12,14        1:7 2:5 13:2
23:2                9:5 40:21          hearts           104:15           29:9 70:11
grocery              44:18 47:19       65:21           105:10,17         70:14 84:19
22:25                123:8            heated            119:2,5          86:8 91:2
ground              harder            47:8             HOCHBURG          97:1,16
121:4               66:13,19          heavily          101:12           99:21 100:6
group               hardship          75:25           102:12            100:9
81:18 114:22        117:17            Hector           103:9,13,18      127:22
groups              Hartnett          80:6             103:22,25        128:4 129:6
63:6,6,7            114:20,21         Hello            104:5,8,11        houses
guarantee           Harvard          4:10 9:13         104:16           107:19
68:5 110:18         64:1,5           help              118:24           housing
guarantees          HAVA             12:22 13:14       119:3,7,12       22:19,20
110:19,20,21        35:13,16          13:21 15:7       119:20,23        Houston
111:1                38:5             62:17,20         Hochburg's        64:2 92:7
guess               HB                74:13,19,21      102:8            HRO
                                      74:24 75:10
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

HB 1706 House Calendar 2nd Read                     May 2, 2010

33:23 34:2
35:1,2,14
38:3
**huge**
16:19 23:21
54:1 93:18
**hundreds**
11:9 26:8
56:22
116:25
117:2
**hunting**
55:13
**hurdle**
95:3,12
**hurt**
74:23 106:6
106:7
**hurting**
66:18

**I**

**ID**
5:1,2,16 6:1
6:11,12 7:5
7:8,13 8:8
8:17,18,19
10:19,19
11:25 12:1
12:9,12,16
12:17,22
13:13,16
15:6,9
16:20 18:18
18:19 20:1
21:14 22:12
23:4,5,17
24:8,9
25:12,12,15
26:18 27:13
28:4 29:19
30:3,11,16
32:22,23
35:19,23,25
36:4,13,17
37:10,13,15
40:20 43:11
45:22 54:24

54:25 56:1
56:7,7
59:22,23
60:22 64:5
65:3,17,19
66:16 68:10
68:17 71:21
71:24,25
72:11,18
73:4,4,6,7
73:13,15,16
73:22,23
82:5,6,21
82:24 83:1
83:2,3,6,21
84:6,6,13
84:15,22,24
85:24 86:2
86:7 87:1
87:25 88:13
88:19 90:14
90:15 91:1
92:9,13,20
94:18,21
95:13,14,19
98:19
101:18
102:4
104:21,21
112:21
113:21
114:18
116:21
117:22
118:3,6,7
118:17,18
123:19
124:1
126:22,23
**idea**
37:12 48:18
68:9 88:7
**identifiable**
14:25
**identific...**
2:2,6 5:3,15
5:21 12:13
16:14 21:7

22:3 25:11
26:23,25
35:9 37:20
39:17 40:17
41:16,23
58:18 64:20
65:13 82:3
84:25 87:14
90:11 93:19
96:13,17
100:19,25
101:1,24
118:11
119:9 124:2
**identific...**
18:20
**identified**
11:7 14:23
**identity**
4:20 59:14
62:25 82:7
83:7
**IDs**
19:23 22:22
36:21 46:4
56:12 82:2
125:9
**ID's**
6:3,3 8:9
32:21
**II**
34:18,20
**illegal**
54:5
**illegally**
75:17
**immediately**
11:8 106:10
**immigrants**
23:19,20
24:25 26:5
26:5
**impact**
5:22 106:21
120:16
**impacted**
111:6,8,23
112:5

**impacts**
112:8
**implement...**
107:8,16,22
122:4
**implemented**
16:13 121:18
**importance**
16:11
**important**
9:24 16:8
20:15 30:15
31:5 36:23
66:9 85:14
**impose**
4:16 6:7
**impressed**
122:3
**improve**
17:3 62:17
62:19,20
79:5
**Inaudible**
69:8 92:1
**incident**
17:16
**include**
21:9 22:5
**includes**
34:17
**including**
5:15
**inclusion**
14:8 15:24
16:5
**inclusive**
14:12
**inconsistent**
35:15,18
**inconvenient**
52:10
**increases**
113:22
**indelible**
67:21 69:10
69:23,25
**individuals**

89:7 117:25
122:1
**ineligible**
60:8
**infamous**
49:6
**inform**
70:14 100:9
**information**
6:18 24:1,5
60:2 93:11
98:15
111:20
112:19
**informed**
82:8
**ink**
67:21 69:10
69:23,25
**inner**
3:1 5:6,11
**insert**
80:17
**inserting**
80:19
**instances**
7:25 8:23
9:11,23
115:21
**integrity**
2:7 14:15
16:9 44:9
46:17 57:22
61:2
**intensive**
26:3
**intent**
38:10 59:9
70:21 74:1
74:1 87:17
87:20
**intention**
39:4 82:1
**intentions**
39:6 40:2
41:2
**interaction**
4:7



**ESQUIRE**
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

interest
13:9
interested
129:22
interesting
10:13 75:3
  76:23 89:17
internati...
69:15
Internet
45:7 47:25
interpret
27:11,12
  35:3
interpret...
27:17
intimidate
57:14
intimidated
58:24 98:11
98:14
intimidating
50:22 57:8
intimidation
23:11 60:12
98:10
introduce
80:4
invalid
88:22 123:19
invalidates
62:22
involved
13:7
in-state
82:6
Iraq
66:11,12,15
  66:15,20
  67:3,19
  68:8,10,11
  69:16
ironic
67:2
issue
20:15 29:18
  31:5 71:2

94:17 98:14
99:6,7
103:24
issued
6:15 12:16
  20:2 21:8
  21:11,14
  22:3,8
  35:19 59:23
  83:1,4,6
  100:20,24
issues
6:11 117:14
items
60:1
Ivy
64:1
I's
62:8 79:23
99:19
105:21
113:11
124:24
128:3

J
Jackson
28:19,20,23
  29:4,8,12
  29:16,17,22
  30:1,6,9,14
  30:18,20
  44:16
job
82:20 83:23
  111:12
  114:15
John
24:6
joined
13:24
judge
18:17 89:24
  123:21
judges
18:7,7 27:10
  27:10
  115:16

jurisprud...
71:12
jurisprud...
73:18
Justice
107:5,9,18

K
Kaufman
20:11 30:23
  30:24 91:5
keep
72:15 74:21
  93:7 124:6
  124:13
Kemple
70:16
Kerry
24:6
kidding
69:9 78:25
kids
26:13,19
kind
4:9 86:14
kinds
26:18 40:25
  58:4
knew
18:1 25:18
  40:21
know
2:23,25 3:6
  4:4,15 6:16
  10:15,21
  11:4,17
  12:11 13:1
  14:8,20
  15:21 16:21
  17:21 18:7
  18:15,17
  21:18 22:25
  23:13 24:17
  24:19,22
  25:1,16,17
  25:19,20
  27:11 29:4
  29:13,15

30:5,11
32:17 35:2
42:1,5,9
44:2 47:14
49:12,18,20
49:25 50:15
50:15 54:5
54:9,19
55:15 56:14
57:25 58:11
63:20,23
64:10,25
65:1,2,20
65:21 66:10
66:13 67:22
67:24 68:5
68:7,10,11
68:19 69:12
69:14,18,21
70:20 75:19
75:19 77:6
77:6 79:2
84:19,20
89:12 90:14
90:18 91:18
94:13 95:1
95:14 97:19
97:25 98:4
98:7 103:1
104:8 108:7
108:11
109:20
110:6,22
112:6,8
114:10,11
117:22
119:1
120:20
122:3 123:8
123:15
knowing
117:25
118:13
known
18:14 110:22
knows
89:24 123:21

L
labor
26:3
lack
63:23 98:25
ladies
80:7 114:5,5
lady
2:17,20 9:15
  9:18 17:12
  17:14 18:18
  19:9,11
  21:2 28:20
  28:22 32:10
  32:13 33:15
  33:19 38:22
  39:1 41:10
  41:13 42:24
  43:18,21
  46:25 47:3
  48:11 57:16
  57:19 59:16
  66:16,18
  71:6,10
  108:3,6
  109:3 116:9
  116:11
  119:3,6
  120:1,3
lady's
20:12,15,18
  30:24 42:13
  52:16
laid
83:24
language
80:17 88:17
  90:13 97:8
  125:20,21
large
53:18 92:24
laundry
75:17
law
2:13 7:3
  25:10 60:9
  60:11,22
  63:22 72:10



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_008708

90:19,20
92:17 96:18
97:6,12
107:20
109:9
112:22
115:12
116:2 120:8
121:18,19
127:12
**laws**
23:20 32:2
35:16 78:14
78:17
110:13
**lay**
7:3 28:7
**league**
64:1
**leave**
60:12
**leaves**
101:13
**legal**
2:11 19:19
20:6 26:5,5
73:6,17
86:4 118:14
**legislation**
6:6 11:23
12:24 19:2
26:4 32:17
50:17 51:4
74:3 106:8
107:19,22
111:7
**legislative**
17:4 97:4
**legitimate**
44:21
**legitimately**
68:22
**letter**
3:22 4:15
86:14 87:17
**let's**
9:20 30:2
47:7 59:11

64:1,1
89:12
114:25
116:23
117:5
**level**
3:17 98:8
**liberal**
5:17 102:3
**library**
12:19 37:23
37:24 55:12
**license**
4:20 6:1,12
22:15,25
30:4,7,10
30:11 32:22
55:14,16
56:9 59:23
64:5 70:23
70:24 71:19
72:3 88:18
89:15,19
93:22 94:21
122:25
**licenses**
68:8
**life**
23:2 24:10
48:15 49:10
**light**
84:17 85:1
86:14 87:2
94:22 95:20
**likelihood**
113:22
**likes**
43:12
**line**
17:22 22:3
27:15 40:15
40:18 71:11
115:6
116:15
119:13
**list**
5:17 12:17
28:4,8 46:6

56:12 65:16
72:10,19
73:17,23
74:7 75:17
87:5,7,11
87:11 91:19
94:4 102:3
102:7
123:22
125:9,9
126:19,20
**listen**
85:15
**literally**
92:16
**little**
27:9 84:23
98:2,4
113:2
**live**
36:19 82:1
114:10
116:25
117:6,7
123:12
**lived**
22:21
**lives**
32:1 42:6
67:3,7
116:24
**living**
11:14
**lo**
24:12
**load**
43:2
**local**
64:3 98:22
98:25 105:6
105:7
**location**
65:2 84:14
85:17,22
91:21
112:17
118:21
125:8,8

**locations**
93:3
**logic**
89:21
**logistics**
95:23
**long**
5:17 19:3
37:8,13
47:16 48:21
48:23 49:3
56:12 57:2
71:11 89:15
100:22
102:3
121:24
**longer**
10:20 27:21
73:10
106:18
**look**
32:19,20
39:6,7 81:9
90:7 95:23
119:13,24
**looking**
40:2 43:15
75:4 96:5
103:2
**looks**
101:15
**loosely**
63:13
**lose**
36:8
**losing**
24:2,3 67:3
67:7
**lost**
35:25 36:4
36:24 91:22
94:12
**lot**
2:23 13:8
16:13 32:18
34:17 36:14
40:6 42:7
44:2 49:15

49:15 68:11
71:23 97:17
99:5 108:22
**low**
115:18
**lower**
104:1
**lowest**
81:18
**lunch**
24:15
**Lynne**
1:17 129:3
130:4

| M |
| --- |

**M**
1:17
**Madam**
76:15 77:6
91:25 109:4
109:5
**mail**
4:1 5:15,16
7:7 15:9,15
15:20 23:6
45:9 56:10
57:3 84:18
**mailed**
93:12
**mail-in**
13:16 120:9
**main**
124:8
**maintain**
14:15
**maintaining**
16:9
**majority**
93:18
**making**
50:4 74:18
74:22 79:6
79:7 102:7
**man**
75:22
**manage**



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

```
    81:14                55:18,21             39:15 69:17         mistaken            57:4,11,12
mandate              meet                 message             53:17,25            mother
116:1,4              11:23 73:18          70:11               Mistakes            32:18
marker               90:10                messenger           112:2               mother's
70:1                 meeting              70:12 100:5         misunders...         51:7,8
market               96:13                  100:7,8            2:10               motion
115:16              member                met                 mobile              20:23 21:1
Mary                 2:11 3:21            115:7               124:21               31:8 33:11
66:13 108:7          29:1,3              metrics              modern               59:5 61:24
Massachus...         31:25 48:8           63:14               4:16                62:2,9 66:7
64:4 70:22         members               Mexican             modest               74:9 79:12
 70:24 71:1          2:5 5:22             23:19 50:11         46:17                79:13,23
 71:13,19            20:22 27:4          Mexico               mom                 96:21 99:3
 72:3,4,12           27:5 28:25           24:7,7              32:19,19             99:8,19
 72:14               29:5,9              miles                moment              105:9,14,22
massive              31:11,14,19          85:18 86:8          15:23 81:11         112:10
117:21               32:8 42:23            86:17 117:1         83:8 85:15         113:8,11
matter               51:3,14               117:3              money               124:24
93:8 98:2,23         59:9 61:23          military             49:15 50:5         motivations
 113:25              62:16 63:11          37:10,13            68:2 109:16         109:7
maximum              70:20,22            million              109:23              move
115:13               74:13 79:4           5:22 27:5          110:17               6:7 33:7
ma'am                80:3,8,17             28:25              111:14               59:4 70:6
19:16 32:9           80:17 83:20         millions            113:3                74:6 91:12
 32:15 38:21         88:16 95:10          110:3,3            115:19               101:21
 47:11 48:25         99:3 100:18         mind                118:11               102:8
mean                 101:12               74:21              months               106:22
5:9 27:21            102:2,13            minds                113:25              107:12,25
 33:11 35:10         104:17               65:21              Moreno               113:3 116:5
 42:1 45:1,6         105:14              minimal              48:6,7,8,12         121:13
 74:14 78:22         106:4                46:17               48:14,17,19        126:24
 93:6                112:14              minimize             48:21,25            127:20
means                113:4,17            112:24               49:2,5,9,12        moved
27:16 70:20          114:22,25          minimum               49:18,22           84:7
measure              115:4                125:10              50:1,9,18           moves
70:16 100:11         121:17              minority              51:3,5,13          20:17 59:6
 114:14              124:21               32:3 51:3,13        51:16,21,24         62:1 74:10
Medicaid             125:7,19,24           108:12,23          52:1,5,8,15        79:11 99:11
12:15,16             126:6,16            minute               52:17,19,21        105:11
 23:6,16             127:11,20           19:12 81:9          52:25 53:5          113:5
 24:12,18,23         127:21,24            118:19              53:8,12,15         124:15
 55:13,17          membership            minutes              53:17,19,21        movie
 56:9                43:13                52:19,21            54:1,4,11          30:3
medical             men                  Missouri             54:14,24          multiple
22:8                 66:21 67:3           13:10               55:1,4,12          8:4 17:17
Medicare            mention              Missouri's           55:15,20,24        municipal
23:5 24:11          116:14                13:12               56:2,5,8,14         3:14
 24:18 55:13        mentioned                                56:19 57:1         Muskokeo
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

114:23

**N**

name
23:15 36:22
56:17 60:3
71:24 72:19
88:2 89:16
89:17 91:19
123:21
names
18:21
national
81:14
naturaliz...
51:23 53:8
53:13,23
54:5,7,15
naturalized
25:6,8
nature
14:11
Nay
20:24 79:20
105:12
127:23
Nays
124:24
Nay's
62:9 79:23
99:19
105:22
113:11
128:4
near
30:12
necessary
17:3 25:24
91:1 111:12
need
6:6,14 12:4
14:15,18
19:2 20:2
23:4,24
31:5 33:13
41:24 60:14
60:14,15
81:20,22

83:2 88:18
89:14 98:19
103:20
112:21
114:6
123:12
124:13
needed
91:16
needless
54:18
needs
9:11 106:12
110:17
negatively
5:21
negotiations
13:8
neither
60:1 129:18
nervous
98:2
never
5:5 24:9
49:9 51:9,9
53:22 98:11
124:3,4
new
6:7 7:2
16:16,21,25
23:18,19
24:7,7
58:13 70:10
90:17 93:10
93:12
110:12
112:16,23
113:21
114:13,18
newer
53:10
news
11:8 70:9
night
120:11,12
Nit
123:9,13
Nixon

20:19
non
5:1 90:17
non-photo
22:12 25:12
54:25 56:1
56:7,12
82:21 102:4
125:10
non-photos
10:19
non-provi...
8:11
note
68:1,1 105:6
105:7 123:1
notice
2:15 109:15
114:4
noticed
75:5
notification
118:17
notified
15:3
notify
16:20
November
111:16,18
null
120:17
nullifies
87:13
nullify
95:18
nullifying
84:23
number
21:7 36:22
59:23,25
121:12
nutrition
24:15

**O**

objection
20:18 31:8,9

31:12,13
42:18,19
52:23 57:6
80:25 82:12
83:12 101:5
126:1,8
127:2,17
objective
50:6
objects
20:19
obligations
14:3
observation
75:4 107:12
observer
69:16
obstacle
23:9,25,25
26:21
obstacles
24:24
obtain
12:20
occasion
40:18
occur
58:4 106:12
occurs
62:2 79:12
122:23
127:21
offer
64:22 68:5
75:18
103:16
offering
2:6
office
16:25 39:20
86:7 92:12
94:20
111:10
117:1
127:12
129:9,16
officers
98:6

official
4:19 56:10
126:21
officials
11:1 14:25
98:13 99:1
114:9
Oh
18:9,22
19:25 23:12
25:20 29:10
53:18 55:24
70:3 98:7
okay
21:13,18,22
21:23 22:9
24:7 26:2,3
26:5,9,17
27:10,19
28:1,12,18
31:11 33:1
33:3 34:14
37:12 54:3
54:10,13
55:2,2
72:23 73:25
76:19
110:16
116:23
117:5
old
10:15 25:1
26:11 31:24
48:17,19
68:16 97:18
older
5:9 33:6
41:16,22
42:3,4,11
60:7 114:5
121:20
Olivo
30:22 31:1,4
31:7,10
32:8,10,14
32:16,24
33:1,4 41:7
41:8,10,14



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00211454

41:20 42:1
42:15,17,20
42:21 43:1
43:7,14
once
14:5 67:23
69:11,24
116:14
ones
14:19 21:20
44:12 53:11
105:1,1
oneself
45:2
online
37:16,19
open
43:12
opinion
121:18
opportuni...
38:5 75:18
opportunity
62:20,23
oppose
28:25 34:12
opposed
20:24 50:24
99:12
105:12
113:6
124:16
127:23
opposition
70:18 86:15
102:1 115:3
order
20:12,13
30:24 31:2
37:20 42:13
42:13 52:13
52:14 59:14
66:16 78:19
84:11 91:6
91:7 102:17
110:3
114:17
ordered

126:2
original
54:8,8
ostensibly
103:16
Otto
67:12,13,14
67:18,19
68:7,14,22
68:23 69:1
ought
14:8,12 16:5
39:9 72:17
119:23
124:7
outcome
129:22
outside
73:16 125:8
outspoken
13:13
outward
108:22
out-of
80:20
out-of-state
81:22 82:5
overdue
19:4
overseas
120:9,20
overturned
120:25

**P**

page
21:6 22:3
27:15 115:6
119:13
paid
115:23
paper
72:25 73:4
84:25 124:2
papers
51:23
paragraph

5:20
parents
42:2,5,6
71:24 81:25
part
25:9 32:2
33:6 34:15
34:18,21
35:14 65:21
87:20 96:6
participate
3:3,13,15
16:2 81:17
participa...
3:17 14:9
17:6
particular
13:8,9 32:17
39:8 43:4
particularly
41:5 81:15
parties
129:20
parts
122:1,5
party
78:6
Paso
26:13
pass
17:4
passage
126:24
127:20,22
passed
12:18,22
13:2 26:3
38:5 70:15
93:3 100:10
128:4
passes
60:9 85:19
107:19
116:20
passionate
40:4
passionately
44:14

passport
51:24,25
53:2,5
54:19
passports
4:20
Patrick
69:8
pause
85:14
pay
12:4 102:20
115:13,15
115:20
116:3
paycheck
56:16
paying
115:16,18
payments
115:18
penalty
78:18
pending
120:14
people
3:12 4:22
5:12 6:10
6:11 7:3
8:3 10:12
10:16,20
11:6,9,20
12:20 14:16
15:2 16:13
17:25 18:14
18:16 19:14
22:21 23:22
24:19,25
25:1,2
26:11,15
27:3,3 29:9
30:15 32:18
38:14 39:25
40:3,7,10
40:16 41:15
41:21 42:2
42:7,10
43:3 45:7

47:8,10,12
47:24 55:5
55:6,7
56:21 63:1
63:5,19,23
64:14 65:9
65:11,22
66:10,15
67:7 68:7
68:11,22
69:10 74:17
74:25 75:3
75:6,8,11
77:3,4
78:12,14,20
78:23 81:17
85:2,16,18
86:16 87:12
89:21 93:3
93:7,8,18
98:10,14
99:6 102:20
102:25
103:5 106:5
106:6,15,20
110:4 111:3
111:6,16,19
112:1,22,23
113:25
117:17,17
117:20,22
123:10
people's
60:15
percent
3:12 16:2
17:5 18:12
64:12,12,14
68:20 88:4
121:8,10
percentage
3:15 64:10
perfect
24:19 36:18
36:19
period
37:8 120:5
perpetrated



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

HB 1706 House Calendar 2nd Read                                May 2, 2010

149

```
     20:7                    27:13 32:23           118:13,17             18:13 27:10          39:25 73:21
person                   35:19,22              123:20                27:17 29:22         possible
2:6 7:17                 40:20 45:22         places                 44:17 49:6            35:6 39:10
  10:18 11:13            46:1,4,5             28:8 44:12            49:7,8,13              114:7
  11:13,22               54:24 56:6            114:4 118:2         49:18,23             post
  12:8,14                65:3,13               121:21              50:2,5                 11:6 125:8
  14:22 18:2             66:16 68:10         placing               75:19 97:17         posted
  21:9 22:4              68:17 73:4           66:17                 104:6                 28:10 92:24
  37:17 40:20            83:1,1,3,6          plan                  110:12                 93:16
  51:9,18               84:15,22,24           16:16                113:24                 118:20
  54:18 56:11           85:24 86:2           plane                 115:12              potentially
  59:22,25              86:7,25               123:24             polling                11:9
  61:19 65:1            88:18 92:19          play                  4:7 13:17          powers
  72:19 75:15           94:21 102:4           24:4                 28:8 44:2            46:19
  75:16 82:4            112:21               please                44:12 45:3        practical
  111:22                118:3,6               41:19 48:9           61:6 62:24          51:17 120:10
  116:24,24             125:9                 74:9 79:9            64:4,22           precaution
  118:14              photograph              80:7,8               69:19 85:22         14:18
  122:24               100:20,24              91:23 92:3           91:20 92:6       precedence
  123:2,4,5          photographs              99:8 112:25          92:25 93:16         93:22
  123:13               21:20                  114:24               93:23 98:22      precedent
personal             picking               plenty                 98:25               95:15
32:22 59:24            17:24                 72:11 118:16          112:17            precinct
personally           picture               pocket                 118:12,20           84:3 89:12
47:9                   7:8 8:8               84:20 95:22           121:21              89:24,24
persons                19:23 49:19         point                  123:20              92:7 98:15
10:10,15               49:23,24             18:6 19:1             125:8,8              123:21
  77:4                 53:3,6,9              20:11,12            polls                 125:21
person's               55:9,12,21           30:24 42:12           16:14 18:1,8         126:19
21:8,20 60:2           55:23 56:3           42:13 52:12           25:4 40:21       precincts
  72:19                58:20 84:6           52:13 75:13           45:17 48:2         8:5
  100:20               84:6 90:14           76:23 85:25           106:15           prefer
  118:13               92:9 95:14           91:5,6 94:8         pool                 4:6
phone                  95:19 124:1          96:22 97:16          84:7,9           prerequisite
8:9 84:18            piece                  125:10,11          poor                 4:21
  85:1 87:1            65:3 106:7            125:22              5:6,11,14        prescribed
  94:22 95:21        pieces               pointed               portion             91:2
photo                  7:7                  46:12                34:5            prescribes
5:1,2 6:1,3          place                pointing             portions            13:15
  6:3,11,12           4:7 8:25              96:23                12:23 34:8,9     presence
  10:19 11:25         13:17 16:20         policy                 34:12 90:21        99:21
  12:1,9,12           61:6 62:24            78:8 87:18         position           present
  13:16 15:6          64:4,22             political             29:13 74:22        2:2 23:23
  15:9 20:1           66:20 69:19          115:14 116:5       positively           25:2 31:21
  21:8,14,21          78:23 92:7          politics              112:4               40:19 41:16
  22:12,22            92:25 93:16           51:6             possession             59:13 65:12
  23:4,5 24:8         93:23 98:22         poll                 54:6                 65:19 85:22
  24:9 25:12          98:25 114:2           4:17 6:8,10      possibility
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_008713

86:7 102:17
**presented**
63:14,14,15
63:15 65:17
92:13 97:24
**presenting**
72:20 73:15
**presents**
28:15 64:4
75:18
126:17
**preserve**
2:7 122:6
**president**
80:5
**presumed**
101:19
**presumption**
87:21,22
88:12
101:16,22
101:23
**pretty**
13:4 97:18
**prevails**
62:9 79:23
99:19
105:22
113:11
124:25
**prevent**
57:24
**previous**
94:3
**previously**
44:16 116:2
**pre-clear**
107:18
**pre-cleared**
107:4
**primaries**
3:7
**primarily**
80:20
**primary**
3:2,13
115:17,25

**printed**
8:24
**printing**
89:9
**private**
10:22 16:25
17:2 109:17
113:3
115:22
**privately**
110:18
**prize**
23:13
**probably**
57:25 70:24
72:4,6
76:23 83:5
86:15 96:20
117:15
**problem**
9:21 14:9,10
36:5,10,20
37:6 57:8
69:25 71:2
71:17 96:23
97:1 105:2
105:2,3
**procedures**
14:13 110:12
**proceeding**
129:21
**process**
2:8 3:18
14:15,23
57:7 61:2
61:20
102:20
104:12
106:16
120:15
**program**
16:19 24:15
**programs**
111:10
**prohibit**
38:14
**promote**
66:17,21

**proof**
2:2,6 59:14
62:24 63:15
63:18
100:25
**proper**
35:9 101:23
**properly**
113:23
**proposed**
2:12
**Proposition**
23:21
**protect**
57:21 60:15
69:24
**proud**
88:8
**prove**
19:14 51:18
51:20 73:7
**proved**
63:12 104:24
**proven**
87:22,23
**proves**
72:25
**provide**
2:5 24:5
119:9
**provided**
2:11 28:14
38:6 61:1
**provides**
6:13 60:22
**proving**
53:1 54:23
82:6
**provision**
7:1 8:6
19:23 45:12
94:17
**provisional**
7:2,4,9,15
8:10,21,24
27:19,20
28:14 64:8

64:10,12,15
65:5,8
68:20 83:22
84:7,8,9,9
86:3,3,21
88:5,19,21
90:9,13,15
90:25 91:14
92:11,11
96:7,12,25
101:15,17
102:22
104:13
115:8
116:16,19
116:22
119:15
120:4,21
121:1,2
122:22
123:23
**provision...**
27:25 104:22
**provisionals**
103:4
**provisions**
37:2 83:21
116:19
**prowess**
110:25
**public**
22:18,19
39:20 59:24
80:18
**publicized**
92:21
**pull**
64:23
**pulling**
18:18
**punish**
78:14,19,23
**purchase**
4:18
**purchasing**
5:4
**purple**
67:21

**purpose**
6:21 9:14
17:11 19:8
28:19 32:9
33:7 38:21
41:9 46:24
48:7 59:17
65:24 67:13
69:2 71:5
72:18 73:1
76:2 82:2,3
85:8 88:25
95:24 100:4
103:10
108:2 119:2
122:14
**purposes**
74:2 82:2,6
82:24
120:11
**purse**
18:21 36:16
**put**
13:25 15:5
26:20 33:23
95:3 98:12
103:20
123:22
**puts**
24:24
**putting**
98:5 104:15
**puzzled**
43:23
**p.m**
75:4,7

---
**Q**
**qualified**
18:16 22:5
27:3 51:9
**qualifying**
29:23
**qualities**
74:15
**question**
15:23,25
16:12 32:11



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

HB 1706 House Calendar 2nd Read                    May 2, 2010

151

```
33:16,17,22      52:12 109:17     16:4  18:2        62:13 70:17      registrar
37:5 42:11       110:17           47:5 62:16        74:11 80:14      86:6
47:6 50:3        111:14           62:18,19,19       81:5 82:17       registration
60:18 62:1       raises           65:14,15          83:17 91:8       7:6,14 8:5
63:16 66:1       20:11 30:24      74:13 82:19       95:7 100:15      10:11,23
66:3 67:1,8      42:12 91:5       85:14 89:17       101:10,25        12:9 17:25
67:15 69:4       raising          95:3 97:7         102:10           31:21 40:19
71:7,8           109:23           98:19,21          106:1            58:17 59:13
79:11 85:6       Ramond           102:13            107:13           61:16 62:24
92:3 93:21       80:13            104:16,18         113:15           64:23 65:11
106:25           ranks            112:23            114:19           65:19 68:18
122:16           108:23           121:24            115:2            70:1,4,25
127:21           rate             122:3 123:8       121:15           71:17 72:5
questions        81:18            reason            125:4,16         72:13 81:14
2:16,25 9:16     Raymond          50:1,5,18,23      126:3,15         81:16 84:1
17:8 21:6        80:15,16,23      55:10 83:2        127:7,9,19       84:2,4,16
43:23,25         read             83:22 95:10      recommended       85:23 86:5
44:20,22         1:7 18:11        95:15 97:4        6:2              86:19,25
48:15 50:13      31:13 33:23      101:17,20        record            87:15 88:1
51:17 66:5       34:14,18,21      103:20           36:23 62:3,3     88:13 89:6
66:23 95:11      35:14 49:5       107:16           68:23,24,24      89:14,20
quick            62:10 79:24      116:8            75:24 79:15      91:20 92:10
66:2,5 92:2      80:12 81:2       124:13           99:13            93:12,23
Quiet            82:14 83:14      reasonable       105:13           94:10,19
108:20           96:11            107:11 111:2     113:7            95:13,15
quietly          100:13           reasons          124:17           106:17
108:18           101:7            47:8 86:15       127:25,25        112:20
quite            105:23           recall           red              117:25
39:13 56:12      113:12           76:19            75:21            118:9
74:7,14          125:2,14         receipt          redeeming        123:21
77:13 78:16      126:11           37:15            74:15            124:9
78:17 89:13      127:5 129:7      receive          refer            126:18
106:20           reading          23:6 115:12      27:14 115:6      130:5
109:25           97:3,5           120:9            regardless       regular
117:11           reads            received         17:4             44:5 57:5
                 34:19            3:21 120:22      regards           64:20
───────          ready            receiving        60:20            regularly
      R          65:1 86:20       12:14            register         64:7 65:4
race             112:23           recognition      59:21 69:19      106:18
11:4 77:3        real             80:1 114:20      registered       related
99:7             26:14 42:2       recognize        14:4 64:2        34:8 109:6
radio            66:5 75:21       106:10           113:23           129:19
93:15            realize          114:22           126:18,19        relates
raise            38:7 121:7       recognized       126:20           39:6,8 47:23
17:2 20:20       realizing        66:10 80:8       registering      relating
76:22            40:1             recognizes       4:21 12:7        2:1
111:11           really           2:3 31:11        registrant       relationship
113:2            3:16 6:4         32:6 59:7        13:17            62:16
raised
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00211458

| | | | | |
|---|---|---|---|---|
| **remain** | 19:3,5,7,9 | 37:21,24 | 53:19,20,21 | 77:8,10,11 |
| 115:18 | 19:10,13,16 | 38:2,3,8,10 | 53:24 54:1 | 77:13,15,16 |
| **remarkable** | 19:17,20,22 | 38:16,17,19 | 54:3,4,10 | 77:17,20,21 |
| 3:25 | 19:25 20:4 | 38:20,22,25 | 54:11,13,14 | 77:24 78:1 |
| **remember** | 20:9,14,20 | 39:2,12,15 | 54:20 55:1 | 78:4,5,7,13 |
| 35:13 49:8 | 21:3,11,13 | 39:22,24 | 55:2,4,11 | 78:16,22,24 |
| 58:1 92:20 | 21:16,18,22 | 40:12,14,23 | 55:15,18,20 | 78:25 79:1 |
| 98:5 | 21:23 22:1 | 40:25 41:6 | 55:22,24,25 | 79:2,4 80:2 |
| **rented** | 22:2,7,9,11 | 41:10,12,14 | 56:2,4,5,6 | 80:16 81:7 |
| 30:3 | 22:14,17,18 | 41:18,20,25 | 56:8,10,14 | 82:19 83:19 |
| **REP** | 22:23,24 | 42:1,15,20 | 56:15,19,25 | 85:5,6,7,9 |
| 2:4,17,19,21 | 23:3,8,12 | 43:1,5,7,9 | 57:1,3,4,11 | 85:11,13 |
| 2:22,23 3:4 | 23:18 25:5 | 43:14,17,18 | 57:12,13,16 | 86:1,9,11 |
| 3:6,10,11 | 25:16,18,19 | 43:20,22 | 57:18,20,23 | 86:13,23 |
| 3:19,20,24 | 25:20,21 | 44:7,8,10 | 57:24 58:2 | 87:5,6,8,10 |
| 4:4,12,14 | 26:6,7,16 | 44:11,15,19 | 58:3,6,8,10 | 87:16,19 |
| 4:23 5:5,7 | 26:17,22 | 44:25 45:1 | 58:11,15,16 | 88:3,6 89:1 |
| 5:8,13,19 | 27:2,7,8,14 | 45:5,6,8,10 | 58:19,20,22 | 89:3,5,11 |
| 6:9,16,20 | 27:19,20,22 | 45:11,13,15 | 58:23,25 | 90:2,4,7,12 |
| 6:22,24,25 | 27:24 28:1 | 45:16,20,21 | 59:1,3,8,16 | 90:22 91:3 |
| 7:10,12,16 | 28:3,6,10 | 45:24,25 | 59:18,21 | 91:10 92:1 |
| 7:19,24 8:6 | 28:12,16,18 | 46:2,3,6,8 | 60:16,17,20 | 92:4,5,14 |
| 8:16,20,22 | 28:20,21,23 | 46:11,14,20 | 60:25 61:1 | 92:15,18 |
| 9:1,3,5,7,8 | 29:2,4,6,8 | 46:22,23,25 | 61:4,5,8,9 | 93:1,5,6,14 |
| 9:10,15,17 | 29:10,12,15 | 47:2,4,11 | 61:12,13,17 | 93:20,24 |
| 9:19,22 | 29:17,20,22 | 47:12,14,15 | 61:18,20,21 | 94:2,5,7,11 |
| 10:2,4,6,8 | 29:25 30:1 | 47:17,18,21 | 61:23 62:15 | 94:14,24 |
| 10:21,24,25 | 30:5,6,8,9 | 47:23 48:4 | 65:23,25 | 95:1,5,9,25 |
| 11:2,3,16 | 30:13,14,17 | 48:5,6,8,10 | 66:4,25 | 96:3,5,9,10 |
| 11:19,21,22 | 30:18,20,22 | 48:12,13,14 | 67:10,12,14 | 96:15,16,19 |
| 11:24 12:1 | 31:1,4,10 | 48:16,17,18 | 67:17,19,24 | 96:20 97:3 |
| 12:3,6,10 | 31:19 32:8 | 48:19,20,21 | 68:7,9 69:1 | 97:9,10,15 |
| 12:21,25 | 32:10,12,14 | 48:23,25 | 69:3,6,8,12 | 97:19 98:20 |
| 13:1,3,4,6 | 32:15,16,23 | 49:1,2,4,5 | 69:14,17,18 | 98:23 |
| 13:7,19,20 | 33:1,3,4,5 | 49:7,9,11 | 69:21,22 | 100:17 |
| 13:23 14:2 | 33:9,10,12 | 49:12,17,18 | 70:3,5,6,19 | 101:12 |
| 14:6,7,14 | 33:13,15,18 | 49:20,22,25 | 71:4,6,9,11 | 102:2,12 |
| 14:20 15:1 | 33:20,21,25 | 50:1,8,9,15 | 71:15,18,20 | 103:8,9,11 |
| 15:8,11,12 | 34:1,3,4,6 | 50:18 51:1 | 71:23,25 | 103:13,14 |
| 15:13,14,16 | 34:7,9,11 | 51:5,11,13 | 72:1,6,7,9 | 103:18,19 |
| 15:18,21,23 | 34:13,14,22 | 51:15,16,20 | 72:16,21,23 | 103:22,23 |
| 16:7,12,17 | 34:25 35:2 | 51:21,22,24 | 73:2,3,9,11 | 103:25 |
| 16:22,24 | 35:5,8,12 | 51:25 52:1 | 73:12,14,21 | 104:3,5,6,8 |
| 17:7,9,10 | 35:17,20,22 | 52:4,5,7,8 | 73:25 74:4 | 104:9,11,14 |
| 17:12,13,15 | 35:24 36:1 | 52:15,19,21 | 74:5,6,12 | 104:16 |
| 17:18,20 | 36:3,6,8,12 | 52:25 53:4 | 76:1,4,5,7 | 106:3,24 |
| 18:9,11,22 | 36:14 37:1 | 53:5,7,8,10 | 76:9,11,12 | 107:1,3,6,7 |
| 18:23,25 | 37:4,7,9,11 | 53:12,14,15 | 76:14,16,17 | 107:11,15 |
| | 37:12,14,18 | 53:16,17,18 | 76:19,22 | 107:24,25 |



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00211459

HB 1706 House Calendar 2nd Read                     May 2, 2010

| | | | |
|---|---|---|---|
| 108:3,5,7,9 | **report** | 116:3 125:7 | 118:2 |
| 108:10,13 | 11:7 33:23 | **required** | **responsible** |
| 108:14,15 | 34:2 35:1 | 15:9 24:8 | 45:19 46:10 |
| 108:16,17 | **Reporter** | 25:8 72:8 | 46:12 |
| 108:19,20 | 129:3 | 72:10 83:23 | **rest** |
| 108:25 | **reports** | 83:24 91:15 | 96:16 |
| 109:1,2,4 | 5:10 11:8 | 113:20 | **restores** |
| 109:11,12 | **represent** | 124:2 | 96:17 |
| 109:13,15 | 2:25 29:14 | **requirement** | **restrict** |
| 109:18,20 | 29:15 64:19 | 11:23 12:7,9 | 70:21 |
| 109:22,24 | 85:16 | 12:22 16:16 | **restricted** |
| 110:1,2,6,8 | **represent...** | 16:21,23 | 74:23 |
| 110:10,11 | 28:23 29:17 | 26:10 27:6 | **restriction** |
| 110:14,16 | 30:1 32:14 | 32:20 82:22 | 68:25 |
| 110:21,24 | 33:21 34:15 | 84:5 91:1 | **result** |
| 111:8,14,18 | 35:5,18 | 96:13,13 | 38:12 40:6 |
| 111:19,21 | 36:10 37:10 | 104:20 | 64:9 66:22 |
| 111:22,25 | 38:17 39:13 | 113:22 | 68:3,21 |
| 112:3,6,13 | 40:8 41:1 | **requirements** | 70:4 75:1 |
| 113:17 | 41:15 44:16 | 4:2 5:21 | **results** |
| 114:21 | 47:6 63:17 | 13:14,15,18 | 39:7 40:2,3 |
| 115:4 116:7 | 63:20 80:3 | 13:21 14:1 | 41:4 |
| 116:9,10,12 | 81:8 84:21 | 16:15,20 | **retain** |
| 116:13,14 | 98:17 | 60:22 74:2 | 71:16 |
| 116:18,23 | **representing** | 82:4 90:11 | **retired** |
| 117:2,5,7,9 | 5:12 | 96:18 | 4:18 |
| 117:10,12 | **represents** | 114:18 | **returning** |
| 117:19,24 | 29:13 | 115:11 | 82:1 |
| 118:5,8,16 | **Republican** | 118:17 | **returns** |
| 118:24,25 | 78:6 | **requires** | 120:13 |
| 119:3,5,7 | **REP.COLEMAN** | 31:11 52:18 | **review** |
| 119:11,12 | 122:20 | 119:18 | 2:14 83:8 |
| 119:19,20 | **request** | **requiring** | 84:10,12 |
| 119:21,23 | 31:4 42:15 | 2:2 | **reviews** |
| 120:1,2,4,7 | 105:8 129:8 | **residence** | 103:3 |
| 120:10,13 | **requested** | 71:13 73:18 | **rid** |
| 120:16,19 | 42:17 52:17 | **residency** | 20:6 |
| 120:24 | 62:3 79:15 | 60:4 73:19 | **rides** |
| 121:2,5,6,7 | 127:25 | 74:2 81:24 | 48:2 |
| 121:9,11,13 | **requests** | **resonating** | **right** |
| 121:17 | 31:7 | 65:22 | 3:19 5:24 |
| 122:13,15 | **require** | **resources** | 8:15 9:1 |
| 122:18 | 2:5 26:21 | 68:13,13 | 22:7,23 |
| 123:2,17 | 28:8 32:20 | **respect** | 23:3,13 |
| 124:3,6,11 | 32:21 67:25 | 27:4 31:25 | 26:6 29:25 |
| 125:6,18 | 90:25 104:3 | **respectfully** | 32:4,22 |
| 126:4,16 | 104:6 | 36:10 105:8 | 37:4 38:15 |
| 127:10,20 | 115:24 | **respective** | |

| |
|---|
| 40:11 43:4 |
| 45:1,10,19 |
| 46:11 47:10 |
| 47:13,16,17 |
| 47:18 49:2 |
| 49:9 50:6,7 |
| 50:9 51:16 |
| 51:21 52:1 |
| 52:25 53:12 |
| 54:4 55:1 |
| 60:5 61:4 |
| 63:8 64:21 |
| 67:6 68:25 |
| 71:19 81:19 |
| 86:17,22 |
| 89:12 91:16 |
| 91:18 93:5 |
| 94:12 97:5 |
| 97:9 101:18 |
| 103:18 |
| 106:6 |
| 118:14 |
| 121:5,23 |
| 122:3 |
| **rightfully** |
| 47:22 |
| **rights** |
| 46:18 60:15 |
| 122:4 |
| **rig-a-marole** |
| 42:5 |
| **ring** |
| 62:4 79:16 |
| 99:13 |
| 105:13 |
| 113:7 |
| 124:18 |
| 128:1 |
| **ringing** |
| 62:5,7 79:17 |
| 79:19,21 |
| 99:15 |
| 105:15,18 |
| 105:20 |
| 113:9 |
| 124:19,22 |
| 128:2 |
| **rises** |



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00211460

22:19,20
**road**
105:4
**Robinson**
89:23 92:8
97:21
**Rock**
81:15
**Rodriguez**
1:17 129:3
130:4
**roll**
89:16,18
94:4
**rolls**
88:2
**route**
45:14
**rules**
7:2 9:9 24:4
93:10
112:16,23
**run**
24:21,21
**rural**
85:16

**S**

**sadly**
53:17
**safeguard**
91:16 93:25
**safeguarded**
9:25
**safeguarding**
57:15
**safeguards**
46:17
**Safety**
39:20 59:24
80:18
**sat**
25:24
**saying**
16:8 41:2,24
**says**
5:20 7:13

8:7 27:1,15
65:10 71:12
82:5,25
83:5 87:13
88:18 94:18
96:11
100:19
101:15,22
103:5 106:9
106:21
107:9
112:19
115:6 116:2
118:10
119:13,15
126:17
127:11
**SB**
99:22,23,23
99:23,23,23
99:23,23,24
99:24
**SBR**
99:22,22,22
**scared**
98:4
**scenario**
8:8
**scenarios**
2:14
**school**
3:8,14 26:20
64:1 81:11
81:23
114:23
**second**
90:7 96:10
113:19
**secret**
108:20
**Secretary**
10:14 11:10
16:24 17:1
63:17
109:18
110:22
111:2,9,11
113:2

**Secretary's**
110:25
**Secretly**
108:19
**section**
28:13 29:18
96:10 97:7
128:5
**sector**
10:22
**security**
24:13,14
59:25 61:2
**see**
15:21 23:24
25:3 28:16
34:23 36:9
46:20 55:5
56:19 58:14
59:10 62:18
107:8,16
119:14,24
**seeing**
4:8
**seeking**
66:21
**seen**
51:9 53:13
53:22
**Senate**
70:9,11,14
70:14,15
100:6,9,9
100:10
**Senator**
13:9,10
**sends**
61:25 79:10
80:23 82:10
83:10 99:10
101:3
105:10
113:4
124:14
125:24
126:6,25
127:15
**senior**

3:3 4:6 5:25
6:8 18:8,9
22:15,20
34:16 37:18
39:17 44:4
44:17 47:25
48:2 121:20
**seniors**
26:12 44:13
44:21 63:2
63:6 64:18
64:18 87:17
**sense**
63:5 105:8
**sent**
26:19
**sentence**
5:20 97:11
97:12
**separate**
104:22,23
**September**
106:10,13
**serious**
87:12
**seriously**
5:9,10 47:20
64:21
**serve**
82:2 83:1
**service**
18:3
**services**
32:2 130:6
**serving**
18:12
**session**
17:5 35:12
38:6 93:2
**set**
102:19
104:11
122:7
**sewage**
56:20
**share**
17:15

**sharing**
19:1
**sheriff**
80:9
**Sheriff's**
80:5
**shined**
26:19
**shining**
26:13
**shoes**
26:13,19
**shoot**
78:21
**Shorthand**
129:3
**show**
5:3 7:11,13
8:17,18
10:18,18
15:2,6,9
25:11 26:25
30:4,7,10
43:10,11
58:17 62:6
66:16 68:14
77:9,12
79:18,20
85:19 86:19
87:17,25
90:14 91:15
91:18 93:24
94:20 99:16
99:17 103:6
103:9
104:21,21
105:16,17
119:17
123:18
124:20
**showed**
7:6 58:20
77:13
**showing**
8:3 10:11
44:1 56:17
**shown**
7:21



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

HB 1706 House Calendar 2nd Read                    May 2, 2010

155

shows
20:2 35:9
  42:10 94:3
  116:21
shred
63:11
side
14:8,12
  15:24 16:5
  74:17,18
  75:2 78:11
  78:11 79:6
sign
6:13 12:3
  61:6 91:20
  108:14,16
  123:22
signature
61:14,15
  72:23
signed
107:20
significant
14:10
significa...
12:23
signing
61:9 91:21
  99:20
simple
31:23 100:18
  106:4,20
  112:14
  113:1
simpler
105:4
simply
31:20 57:21
  59:12 60:10
  75:15 80:17
  83:2 112:15
  125:7
  127:11
single
11:11
sir
11:2 29:2
  30:8,13

37:11 48:13
48:16 49:4
49:7,11
50:8 51:21
53:11 67:1
85:11
103:13
116:13
sisters
50:12,23
sit
26:20 102:20
site
121:6
sitting
84:8
situation
7:20 11:17
  24:6 88:9
six
103:1
size
2:11
small
53:22
smaller
3:15
social
4:6 24:13,14
  59:24
software
14:23
sole
82:2,3
solve
9:21 18:23
  69:25
somebody
7:4 94:5,16
  98:1,3
  102:23
somebody's
35:6 95:17
someone's
84:23 95:17
  95:19
somewhat

3:25 11:18
soon
113:24
sorry
30:23 35:20
  36:1 41:18
  73:11 76:11
  77:10 96:9
  108:15
  109:12
sort
46:16 96:17
sound
124:7
sources
109:17
south
69:9,22
  114:24
  122:1,6
Spanish
24:10,17
  25:22
  125:20
speak
24:11 32:25
  91:8 115:3
Speaker
2:3,4,17,20
  6:21 9:14
  9:18 17:10
  17:11,14
  19:7,8,11
  20:11,14,17
  20:22 21:3
  28:19,22
  30:22,23
  31:1,2,7,11
  31:17,19
  32:6,8,9,11
  32:13 33:9
  33:12,14,17
  33:19 38:20
  38:21,24
  39:1 41:7,8
  41:11,13
  42:12,17,21
  43:18,21

46:24 47:3
48:6,7,11
52:12,15,17
52:20,22
57:19 59:6
59:8,17,20
60:18 61:25
62:6,8,13
62:15 63:10
65:23,24
66:2,24,25
67:12,13,16
69:2,5 70:8
70:10,10,12
70:13,17,19
71:4,5,8,10
74:10,12
76:1,2,6,8
79:4,10,15
79:18,20,22
80:2,11,14
80:16,23
81:5,7
82:10,17
83:10,17,19
85:5,7,8,10
85:12 88:25
89:2,4 90:2
90:5 91:5
91:10,25
92:2 95:7,9
95:24 96:2
96:4 99:10
99:16,25
100:2,3,7,8
100:12,15
100:17
101:3,10,12
101:25
102:10,12
103:8,10,12
105:10,16
105:19,21
106:1,3,23
106:24
107:13,15
107:24
108:2,6
109:1,3

112:12,13
113:4,10,15
113:17
114:19,21
115:2,4
116:7,8,11
118:24
119:2,6
120:3
121:15,17
122:13,14
122:17,19
124:14,20
124:23
125:4,6,13
125:16,18
125:24
126:6,14,16
126:25
127:7,10,15
127:21
128:3
speaking
24:17 25:22
  32:24
special
78:10 108:8
specific
10:3,3 13:15
specifically
103:24
spirit
75:9,10
spoke
21:24 28:6
  113:18
spoken
16:25
Sponsor
70:16
sponsored
78:5 100:11
sponsors
78:8
spot
32:1 104:23
stain
67:21



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

stand
79:5,6 80:8
114:24
standards
15:19 73:19
started
18:18 98:5
starting
106:9 112:20
state
8:2 9:23
10:10,14
11:6,10
13:11 16:22
17:1 22:4
34:19 42:7
50:4 56:22
60:6,7
63:12,19
66:19 73:5
73:16,23,24
74:25 77:18
77:22 78:10
79:9 80:19
80:21 81:11
81:23 83:4
83:5 109:19
110:22
113:2
115:18,19
121:24
129:2,4
stated
28:11 44:16
108:11
statement
35:16 36:25
56:16 59:25
60:3
states
13:24 35:15
66:19 68:12
78:2,3
115:9 122:2
124:5
125:20
state's
14:3 16:24

63:17 111:9
station
9:4 45:3
stations
44:2
statistic...
14:10
stay
90:20 112:25
steal
23:14
stick
74:8 91:23
stolen
14:16
stop
15:5 18:4
42:10 58:8
75:14,23,23
93:21
stopped
18:3
store
22:25
stories
8:3 10:16
story
19:1 63:24
Strama
9:14,15,19
9:22 10:2,6
10:21,25
11:3,19,22
12:1,6,21
13:1,4,7,20
14:2,7,14
14:20 15:8
15:12,14,18
15:23 16:12
16:18,22
17:7,9
59:16,17
60:16,19,20
61:1,5,9,13
61:18,21
69:2,3,6,8
69:14,18,22
70:5 71:3,4

71:5,6,9,11
71:18,23
72:1,7,16
72:22,23
73:3,11,14
73:25 74:5
81:4,6,7
82:10,16,18
82:19 83:10
90:2,6,7,22
95:24 96:4
96:5,10,16
96:20 97:9
97:15 98:20
strange
124:7
straw
75:22
Street
129:8,16
strength
65:18
strictures
103:20
strike
21:1 42:24
83:20 88:17
97:6,6
strikes
91:4
striking
97:7
stringent
13:25 78:17
strip
38:4
stronger
13:13
stuck
90:19
student
63:25,25
64:2,6,7
71:12,16
73:7,10,13
73:15,16
82:2,5,6
students

63:2,8 70:22
72:2 79:8
80:21 81:11
81:16,21,22
81:23
student's
73:5
study
11:4,4,15,16
63:13
113:25
subdivision
115:14
subdivisions
116:5
subject
27:16 84:10
84:12
subjected
23:20 26:10
submitted
129:14
subsection
115:7
substantial
2:15 106:11
109:25
substanti...
109:10
substantiate
16:4 63:15
substanti...
6:6
sudden
24:1,4
sufficient
73:7
suggest
44:24
suggested
109:16
suggests
4:16
suit
108:11
Suite
130:6

supply
59:22
support
20:6 50:16
68:6,25
69:25 70:1
79:9 108:12
108:20,21
supported
78:18
supportive
34:10 51:4
supports
34:5
suppose
4:12 47:5
supposed
88:15,16
89:13
sure
7:16 14:18
18:16 35:13
39:18 44:21
47:9 52:7
55:3 57:14
68:2 69:10
79:3 81:20
81:22 82:4
83:4 92:6
95:16,17
97:5 99:4
111:25
114:7,8,17
121:19,22
122:8,10,10
surprise
4:15 88:3,7
surprised
102:13
104:17
susceptible
60:12
sustained
20:13 31:3
42:14 52:14
91:7
swear
51:6



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

**swearing**
51:8
**swears**
61:10
**swipe**
98:18
**system**
7:13 20:8
  44:18 88:20
  99:4

**T**

**table**
33:7,11 59:4
  59:5,6
  61:24 62:1
  62:2,9
  67:25 74:6
  74:9,10
  79:11,12,13
  79:23 91:12
  91:13,24
  95:6 96:21
  99:4,9,11
  99:19 102:8
  105:9,11,14
  105:22
  107:25
  112:11
  113:5,8,11
  116:5
  121:13
  124:15,21
  124:25
**tag**
102:22
**take**
3:5 4:1
  14:18 18:5
  25:7 37:13
  40:10,13
  41:24 43:2
  44:13 47:8
  47:19 49:20
  60:5 64:20
  66:5 68:3
  69:13 74:22
  81:9 85:21

90:8 91:14
93:22 94:7
98:11
104:19
105:3 110:2
115:13
116:24
117:22
123:10
**taken**
20:13 31:2
  42:14 52:14
  55:9,12
  70:14 91:7
  95:14 100:9
  102:7
  129:21
**takes**
8:25 46:8
  94:15 96:6
  113:24
**talk**
9:20 27:9
  66:8 114:11
  122:1
**talked**
63:9 114:10
**talking**
3:22 10:14
  26:11 34:16
  41:17 43:14
  43:25 49:14
  55:4 85:15
**talks**
113:18
**taught**
25:8
**tax**
4:17 6:8,10
  29:22 49:6
  49:7,8,19
  49:23 85:1
**taxes**
49:13 50:2,5
**technicality**
34:21 35:7
**technology**
10:23

**tell**
7:12 40:14
  40:24 42:9
  63:24 64:17
  65:20 97:20
  110:8,11
  114:11
  122:2
**tengo**
24:12,13
**terms**
40:3 44:3,12
  47:25 84:21
  88:10 89:21
  110:19
  112:24
  120:17
**testified**
28:24
**testimony**
10:3,9 63:5
  76:18
**Texans**
88:11
**Texan's**
68:25
**Texas**
5:22 11:17
  13:25 25:9
  28:25 34:19
  42:8 59:22
  62:20,23
  63:25 66:14
  66:19 71:13
  71:16 72:14
  73:6,17
  78:10 79:7
  81:13,24,25
  81:25 82:1
  92:7 111:13
  121:25
  122:4
  124:11,12
  129:2,4,9
  129:17
  130:4,7
**thank**
2:4 6:19,20

6:25 9:9,10
9:19,22
17:7,9
18:24,25
19:1,4,5
20:9 21:3,4
30:20 33:4
33:21 38:17
38:19 41:5
41:6 43:15
43:17,22
46:22,23
47:4 48:5
57:11,12
59:2,3,8
61:22,23
62:15 66:25
67:10 69:1
70:19 74:5
74:6,12
80:2,10,16
81:7 83:19
85:13 91:7
91:10 95:5
95:9 100:17
102:12
104:15,16
106:3
107:15
108:25
109:4,5
112:9,13
114:21,25
119:25
121:12,13
122:20
125:6,18
127:10
**Thanks**
124:10
**themself**
72:20
**thing**
18:6 25:3
  57:5,5
  75:13,14
  106:4,9
  123:18

**things**
12:15 24:20
  30:2 41:1
  56:20 58:4
  63:9 65:14
  66:8 87:2
  93:7 102:21
  112:2,8
  123:10
**think**
2:14 4:24
  6:4 9:24
  16:8,10,17
  16:18,19
  17:21 19:3
  20:4 23:12
  30:2,14
  35:3 36:4
  36:17,18,20
  37:19 39:5
  39:9,12,24
  40:3,6
  43:11 44:3
  44:15 47:20
  48:17,21
  49:24 50:11
  50:14 60:8
  64:9 66:9
  66:22 68:21
  69:17 70:3
  71:1 74:14
  74:14,16,25
  75:2,24
  78:8,9,20
  82:21,22
  85:2,4,14
  87:11,16,19
  87:20 93:8
  97:13,14,15
  104:18
  106:4 109:8
  109:13
  111:1,15,19
  111:22
  117:16
  119:12
  123:2,4,12
  123:14



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

125:22
127:13
**thinking**
18:11 46:9
**thinks**
64:8
**Thompson**
76:1,3,5,9
76:12,16,19
77:8,11,15
77:17,21
78:1,5,13
78:22,25
79:2 107:24
108:2,3,7,9
108:10,14
108:16,19
108:21,25
**thought**
18:2 61:21
70:25
103:14
**thoughtful**
46:9,13
**thousands**
5:22 26:7,8
65:7,7,7
**three**
17:23 18:4
52:25
**throw**
59:11 90:10
**throwing**
34:20
**thrown**
34:24 35:7
63:22 104:9
104:24
**till**
84:13
**time**
4:10 9:6
13:16 15:11
15:12,17
17:16 19:18
20:12,15,18
20:23 21:2
30:25 31:5

31:6,8 37:5
37:8 42:13
42:16,18,21
42:23,24
47:16 49:3
50:3 52:13
52:16,18,23
57:2 59:18
59:19,20
66:6 80:22
86:9 91:6
97:25,25
98:2 106:19
111:2,16
112:17
113:2,25
114:16
120:23
**times**
4:6 8:4
17:17,24
48:1 103:1
**tiny**
53:20
**today**
5:10,12
17:22 63:21
68:19 77:1
116:19
**told**
10:8 28:11
108:17
109:19,22
**touch**
4:2 45:11
**train**
110:12
123:24
**trained**
75:19 113:20
114:1
115:22,24
**training**
98:8 99:1
104:7 114:6
114:17
115:11,13
115:24

116:3
121:22
122:10
**transcribed**
1:17 129:7
129:11
**transcript**
129:14
**transfers**
46:19
**transition**
16:16
**transport**
45:2
**transport...**
37:25 39:19
45:18
117:14,18
**traveling**
86:17
**TRAVIS**
129:1
**trend**
122:7
**trending**
81:19
**tried**
37:9 44:23
44:25
**tries**
14:22
**trip**
95:12 102:16
**trouble**
70:23
**troubling**
55:5
**true**
4:13 19:17
38:2 107:4
107:18
116:18
117:12
**trust**
55:8,8
**try**
14:24 39:9

40:10
**trying**
9:21 13:24
15:5 17:22
39:4 40:1
43:3,5 57:6
57:13,14,21
57:24 58:3
58:8 59:10
66:17 78:21
84:21 89:9
104:18
**Tuesday**
123:1
**turned**
48:19 113:23
115:5,9
**turnout**
81:19
**turn-out**
17:3
**TV**
93:15
**Twenty-one**
64:11,12
**twice**
14:24 84:15
**two**
5:1,22 7:7
8:8,19
10:19 22:19
23:4 25:12
28:24 29:1
45:25 54:24
55:25 56:2
56:7 60:1
66:8 73:4
82:22 84:25
92:20 118:6
124:1
**type**
5:4 25:13
**types**
12:15 41:23
93:7

_____
U
_____
**uh-huh**

22:1,11
**ultimate**
67:4
**ultimately**
11:12 46:18
**unable**
12:4 64:15
**unanimous**
31:12 52:18
**underlying**
90:20 97:8
**underpinn...**
109:6
**understand**
4:25 5:13
38:10 39:22
52:22 53:10
55:1,7
56:25 59:9
84:21 90:22
97:15 98:10
106:16
108:21
129:12
**understan...**
57:21
**undocumented**
16:3
**undue**
43:10
**unfavorably**
3:22
**unfortunate**
115:19
**unfortuna...**
112:2
**unfunded**
116:1,4
**union**
21:9,13,14
21:14
**United**
66:19 68:12
78:2 124:4
**unquantified**
16:3
**unreasonable**



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00211465

HB 1706 House Calendar 2nd Read                     May 2, 2010

159

30:15 109:8
109:14
untrained
97:18
update
93:10
upscale
40:15
Uresti
33:9,12,14
33:15,18,21
34:1,4,7,11
34:14,25
35:5,12,18
35:20,24
36:3,8,14
37:4,9,12
37:18,24
38:3,10,17
38:19 80:1
80:2
urge
59:4 95:6
112:10
use
67:21 83:21
84:22
122:22
uses
16:25
usually
21:14
utility
56:15
utmost
16:10 17:5
U.S
21:19 25:9
26:8
_____
V
valid
21:7 45:25
54:8 65:13
82:6 83:1,7
88:21
101:24
117:25

118:7,8,9
value
115:16
Veasey
88:25 89:1,5
106:23,24
107:3,7
113:14,16
113:17
116:7,8,9
116:12,14
116:23
117:5,9,12
117:20,24
118:8
121:16,17
122:17,18
122:21
123:2 124:3
124:11,14
124:21
Veasey's
121:14
verbal
108:22
verification
61:15
verify
59:14 61:18
102:22
123:1
version
4:17
veteran
34:21 35:18
35:22
Veterans
34:18 36:20
36:22 38:6
vetoed
77:24
virtually
3:21
Vo
76:21
void
120:17
voluntarily

5:23
volunteering
114:6
volunteers
97:18
vote
2:6 8:13,18
9:25 10:1
11:20 12:7
12:7,22
13:14,17,21
14:4,5,16
14:21,22,24
15:9 19:15
19:18 20:21
20:23,24,24
20:25 23:13
23:14,18
25:10,23,23
26:2,25
27:13,24
28:5,15
29:23 31:10
33:10,11
34:20,23
35:6 37:6
39:10,13
40:4,11,15
40:17 41:24
42:20,22,23
45:3,7,8,16
45:19 46:10
46:16 47:24
51:10,10
57:15 58:12
58:21 59:5
59:15,22
60:8,15
61:7,24
62:2,3,4
64:3,7,16
64:21 65:1
65:4 66:14
66:14,16,20
67:6 68:4
68:19,25
69:10,19
71:14,15

72:12,20
73:15,20
74:9,18,20
74:21,23,24
74:25 75:3
75:10,11,16
79:6,7,8,12
79:13,14,15
81:12,15,24
84:11,12
86:2,4,20
87:4,15,21
87:21,23,23
87:24,25,25
88:8,12
89:8,22
90:25 91:11
91:13,17,18
91:24 92:16
94:12,13,22
95:6,17,18
95:19,23
96:21 99:3
99:8,12,12
99:13 103:7
104:13,22
105:9,12,12
105:13
106:7
111:23
112:10
113:6,6,7
114:14
116:24
117:13,15
118:3,10,14
118:14,15
120:17
121:23,23
122:2,5,11
123:11,19
123:22
124:1,10,16
124:16,17
127:23,24
127:25
128:1
voted

11:10,13,14
11:14 14:24
35:4 17:23
35:11 42:5
42:6 67:23
77:3,5
79:22 94:3
99:18,18
105:19
113:10
114:8
124:23,24
128:3
voter
2:2 5:21 7:6
7:14,23 8:4
9:24 10:3
10:11,22
13:11 14:4
14:9,11
16:4,19,23
17:2,3,5,25
19:23 24:8
27:16,18,21
28:4 31:20
31:21 38:11
40:16,19
58:16 59:11
59:12 60:23
60:23 61:15
62:23 63:12
64:22 65:11
65:19 68:18
70:1,4,25
72:5,13
76:25 77:2
77:5 78:15
81:14,19
82:24 83:8
84:1,2,4,11
84:16 85:23
86:5,6,6,19
86:24 87:3
88:1,13
89:6,14,18
89:19,20
90:14,16,18
90:25 91:20



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_008723

TX_00211466

```
92:10 93:12        2:14 4:1 7:2      84:1 92:7       102:21         121:24
93:22 94:4         7:4,17 8:5        123:25          112:7          122:7
94:9,19            10:20 14:17       walked          113:23         wheel
95:13,15           14:19 15:4        123:20          121:24         52:9
97:20 98:13        17:17 18:1        Walker          123:6          wheelchair
101:18             18:16 20:6        80:6            124:13         123:25
104:4,24           20:7 23:25        walking         127:13         where-wit...
106:11,16          27:18 28:14       23:1            ways           39:19
106:22             30:14 37:7        walks           46:4 51:18     wide
109:9,25           40:8 42:8         2:13 92:6       52:25          93:15
110:19             44:1,5            wallet          week           widespread
111:3,10,15        48:22,24          23:17 36:16     108:8          13:11 14:10
112:17,20          50:22 53:1         52:2,6,9,11    weigh           103:21
117:25             58:9 60:6          84:19          16:1 75:25     wild
118:9              60:10 62:6        want            welcome        77:1,5
123:20             63:19 64:25       7:16 8:10,17    80:9 114:25    wildly
124:8              68:16 69:24        18:19 23:14    went           92:21
126:17             74:2,16,17         24:1 40:5      7:4,19 11:10   Willie
voters             74:18 79:18        46:5 47:5       25:21 30:6    89:23 92:8
2:5,8 3:2,25       79:20 83:22        50:19 52:15     92:12 97:4    97:21
4:18 7:21          84:7,9,10          59:10 60:10    97:22          willing
16:2,20            84:14 85:17        62:18 63:4     104:24         6:13
38:14 44:3         86:6 87:8          68:2,19        Wentworth      Wilson
44:4 50:22         87:15 88:10        70:20 71:15    70:16          129:8,15
62:20,23           89:13 93:3         72:15 73:25    weren't        winner
71:16 73:6         94:8 99:16         74:13 89:21    117:13         120:12
73:17 78:11        99:17              92:5 94:24     West           winning
95:4,12            101:19             96:22 97:16    129:8,15       65:20
102:5              102:17,19         106:5           we'll          Wisconsin
106:19             103:21            115:12          5:11 15:21     77:23 78:9
107:10             105:16,17         wanted          we're          wish
111:12             106:18           18:6 43:24       5:8,9 9:10     95:22
112:8              114:4 115:5       55:2 75:15       13:24 15:4     witnessed
113:22,23          115:8 122:4      wants            15:9 34:16     120:24
115:7              124:11,12        75:16            38:13 43:14    woman
126:19,21          124:20,21        War              49:14 57:13    97:21
voter's            Vo/Heflin        34:17,20         57:14,14       women
56:17 57:15        76:23            wasn't           66:17 67:7     47:15 66:21
101:1                               58:24 102:14     82:23 83:6      67:3 98:12
126:18,22          ─── W ───        watch            90:23          wonder
votes              wage             121:4            103:19         16:15
16:9 18:4          115:17           water            117:21         wonderful
 19:19 84:23       wages            3:16 59:12       we've          97:21
87:13              115:23           way              10:16 66:10    wondering
107:17             wait             25:14 31:22      90:17 93:17    89:6
118:1              53:21,21          46:20 52:4      95:11 102:7    Woolley
120:20              107:8            70:21 95:3      106:5          19:7,8,9,13
voting             walk             101:14          117:10
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

HB 1706 House Calendar 2nd Read
May 2, 2010

161

```
19:17,22          7:12 36:18        109:2 116:9       99:22            106:13,21
20:4,9            97:4              119:4 120:1       136               112:20
word              wrote             122:16,17         70:16 92:7       2012
3:5 40:13         111:6             yielded           14th              129:15,25
  49:21 69:13     ──────Y──────     20:15             129:8,16         209
  98:1 110:4      Y                 yields            15                129:8,15
work              85:10             2:20 9:18         4:8 22:16,21     21
23:7 26:9         years              17:14 19:11      1700s             49:1
  44:18 88:20     4:8 7:22 8:1       21:2 28:22       56:24            214s
  109:5             10:16,22         32:13 33:19      1706              36:23
  121:21            21:20 22:16      39:1 41:13       1:7 2:1,5        22
  123:15            22:21 31:24      42:25 43:21       4:16 91:2        58:1
worked              33:6 41:15       47:3 48:11        97:1,16         23
10:22,25            41:22 47:10      57:19 60:18       113:22           129:15
  18:17 24:6        48:19 49:14      71:10 76:8        127:22          24
  26:9 35:12        51:6 56:22       85:12 89:4        128:4 129:6      125:10,11,22
  44:2 58:14        62:22,22,22      90:5 108:6       177               130:23
  88:20 93:2        64:25 65:12      109:3            99:24            25
  114:2             68:16,16         116:11           187               22:21
worker              85:20,24         119:6 120:3      23:21            26
104:7               87:9 106:18      122:18,19        1965              99:22
workers             110:23           young            124:12          27th
18:14 27:17       yield             39:25 43:13       1998              129:24
  44:12,17        2:18 6:23          57:25 66:21      114:3 123:16     28
  75:19 97:18       17:12 19:9       67:3 81:17                         99:22
  110:12            28:20 32:10      ──────$──────    ──────2──────    283
  113:20            32:11,12        $1.75            2                 130:5
  115:12,25         33:15,17        49:13,14          27:5,15
working             38:23,24,25                        115:6,7         ──────3──────
62:16 117:17        41:10,11        ──────1──────      116:15         3
  123:16            43:19 47:1      1                2ND                21:7
works               48:8 57:17      27:15 106:10     1:7 129:7        30
99:4                59:16 60:16      106:13          2:59              4:8 21:20
world               60:17 65:25      115:6,7         75:4,7 111:5      85:18,20
5:2 26:23           66:2,22         100              20                86:8,17
  34:17,20          67:14,16,17     17:5             4:8 21:20        328-5557
  36:18,19          69:5,7,7,7      100congress       22:16,21         130:7
worst               71:6,8 76:5     130:6             68:20 99:22
88:11               76:6 85:9       11               2000             ──────4──────
Worth               85:10 88:24     31:14            11:7 13:12       40
3:1 123:8           89:1,2,3        12/31/13          70:16 130:6      85:18,20
worthy              90:3 92:2       130:5            2004              86:8,17
102:14              96:1,2          129              64:11            407
wouldn't            103:11,12       99:24            2005              99:23
19:17 23:12         103:13          13               1:7 106:10
  59:1 101:22       106:25          119:13            129:6           ──────5──────
  117:13            107:1 108:4     1342             2008             5
wrong
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

HB 1706 House Calendar 2nd Read                     May 2, 2010
162

```
  3:12 22:3        7th
5/2/05              114:22
1:7 129:7          7:00
50                  123:1
16:1 27:3          74
  29:6 31:21        48:19
  31:24 32:5       75
  33:6 41:15        79:22
  41:22 42:3       766
  43:11,13          99:23
  49:14 59:13      78
  64:25 65:12       26:14
  68:16 85:24      78701
  86:17 87:9        129:9,17
  106:17             130:7
512                79R
130:7               1:7 129:6
541                796
99:23               99:23
574
99:23          ──────── 8 ────────
59
62:8               80
                    18:12 64:14
──────── 6 ────────  88:4 121:9
                     121:11
6                    124:24
3:12 119:13        80s
60                  42:3
49:14 86:17        81
  99:19             113:11
61                 8140
124:24              130:4
62                 83
79:23 105:21        105:21 128:3
  113:11           84
63                  32:19 42:7
128:4               62:8 99:19
65                 86
45:9                32:19 42:6
692
99:23          ──────── 9 ────────
693
99:23              90
                    68:16 121:7
──────── 7 ────────  965
                    100:11
7
22:3
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_008726

# HOUSE JOURNAL

## SEVENTY-NINTH LEGISLATURE, REGULAR SESSION

### PROCEEDINGS

SIXTIETH DAY — MONDAY, MAY 2, 2005

The house met at 10 a.m. and was called to order by the speaker.

The roll of the house was called and a quorum was announced present (Record 450).

Present — Mr. Speaker; Allen, A.; Allen, R.; Alonzo; Anchia; Anderson; Bailey; Baxter; Berman; Blake; Bohac; Bonnen; Branch; Brown, B.; Brown, F.; Burnam; Callegari; Campbell; Casteel; Castro; Chavez; Chisum; Coleman; Cook, B.; Cook, R.; Corte; Crabb; Crownover; Davis, J.; Davis, Y.; Dawson; Delisi; Denny; Deshotel; Driver; Dukes; Dunnam; Dutton; Edwards; Eiland; Eissler; Elkins; Escobar; Farabee; Farrar; Flores; Flynn; Frost; Gallego; Gattis; Geren; Giddings; Gonzales; Gonzalez Toureilles; Goodman; Goolsby; Griggs; Grusendorf; Guillen; Haggerty; Hamilton; Hamric; Hardcastle; Harper-Brown; Hartnett; Hegar; Herrero; Hilderbran; Hill; Hochberg; Hodge; Homer; Hope; Hopson; Howard; Hughes; Hunter; Hupp; Isett; Jackson; Jones, D.; Jones, J.; Keel; Keffer, B.; Keffer, J.; King, P.; King, T.; Kolkhorst; Krusee; Kuempel; Laney; Laubenberg; Leibowitz; Luna; Madden; Martinez; Martinez Fischer; McCall; McClendon; McReynolds; Menendez; Merritt; Miller; Moreno, J.; Moreno, P.; Morrison; Mowery; Naishtat; Nixon; Noriega, M.; Oliveira; Olivo; Orr; Otto; Paxton; Peña; Phillips; Pickett; Pitts; Puente; Quintanilla; Raymond; Reyna; Riddle; Ritter; Rodriguez; Rose; Seaman; Smith, T.; Smith, W.; Smithee; Solis; Solomons; Strama; Straus; Swinford; Talton; Taylor; Thompson; Truitt; Turner; Uresti; Van Arsdale; Veasey; Villarreal; Vo; West; Wong; Woolley; Zedler.

The invocation was offered by Scott Sager, pastor, Preston Road Church of Christ, Dallas.

The speaker recognized Representative Branch who led the house in the pledges of allegiance to the United States and Texas flags.

### REGULAR ORDER OF BUSINESS SUSPENDED

On motion of Representative Nixon and by unanimous consent, the reading and referral of bills was postponed until just prior to adjournment.

### CAPITOL PHYSICIAN

The speaker recognized Representative R. Cook who presented Dr. Robert Youens of Weimar as the "Doctor for the Day."

The house welcomed Dr. Youens and thanked him for his participation in the Physician of the Day Program sponsored by the Texas Academy of Family Physicians.

## LEAVES OF ABSENCE GRANTED

The following member was granted leave of absence for the remainder of today because of the birth of his daughter Andrea:

Herrero on motion of Leibowitz.

The following member was granted leave of absence for the remainder of today because of important business in the district:

J. Davis on motion of Griggs.

(Paxton in the chair)

### HR 959 - READ
### (by Wong and Hopson)

The chair laid out and had read the following previously adopted resolution:

**HR 959**, In memory of Elnora Mayeux Callegari of Cottonport, Louisiana.

### INTRODUCTION OF GUESTS

The chair recognized Representative Wong who introduced the family of Elnora Mayeux Callegari.

### MESSAGE FROM THE SENATE

A message from the senate was received at this time (see the addendum to the daily journal, Messages from the Senate, Message No. 1).

### INTRODUCTION OF GUESTS

The chair recognized Representative Martinez who introduced Heriberto "Herbie" Lopez, member of the Tejano R.O.O.T.S. Hall of Fame, and his family.

### HR 1413 - ADOPTED
### (by Zedler)

Representative Zedler moved to suspend all necessary rules to take up and consider at this time **HR 1413**.

The motion prevailed.

The following resolution was laid before the house:

**HR 1413**, Honoring the members of Girl Scout Troop 3540 from Tarrant County on their visit to the State Capitol.

**HR 1413** was read and was adopted.

### HR 1225 - READ
### (by Giddings)

The chair laid out and had read the following previously adopted resolution:

**HR 1225**, Congratulating "Insights" on the occasion of its 25th anniversary.

### INTRODUCTION OF GUESTS

The chair recognized Representative Giddings who introduced Rochelle Brown, Joseph Bell, and Shaun Rabb, from the Dallas-based television program "Insights."

### HR 1225 - MOTION TO ADD NAMES

On motion of Representative Hodge, the names of all the members of the house were added to **HR 1225** as signers thereof.

### HR 1418 - ADOPTED
### (by Swinford)

Representative Swinford moved to suspend all necessary rules to take up and consider at this time **HR 1418**.

The motion prevailed.

The following resolution was laid before the house:

**HR 1418**, Honoring David Regan McCoy of Dallas on his 50th birthday.

**HR 1418** was read and was adopted.

### INTRODUCTION OF GUEST

The chair recognized Representative Swinford who introduced David McCoy.

### HR 1251 - ADOPTED
### (by Naishtat)

Representative Naishtat moved to suspend all necessary rules to take up and consider at this time **HR 1251**.

The motion prevailed.

The following resolution was laid before the house:

**HR 1251**, Recognizing the Uncompromising Courage art exhibition held at the State Capitol on April 7-11, 2005.

**HR 1251** was read and was adopted.

### HR 1069 - READ
### (by Dutton)

The chair laid out and had read the following previously adopted resolution:

**HR 1069**, Honoring Houston Astros great James Rodney "J. R." Richard.

### INTRODUCTION OF GUESTS

The chair recognized Representative Dutton who introduced former Houston Astro James Rodney "J.R." Richard and his friends David Drake, David Drake II, and Reverend Gerald Shanks.

### BILLS AND RESOLUTIONS SIGNED BY THE SPEAKER

Notice was given at this time that the speaker had signed bills and resolutions in the presence of the house (see the addendum to the daily journal, Signed by the Speaker, House List No. 34).

### POSTPONED BUSINESS

The following bills were laid before the house as postponed business:

## CSHB 2070 ON SECOND READING
### (by Rose and B. Cook)

**CSHB 2070**, A bill to be entitled An Act relating to a landowner's liability for injuries incurred during certain recreational activities.

**CSHB 2070** was read second time on April 20 and was postponed until 10 a.m. today.

**CSHB 2070** was passed to engrossment. (In accordance with House Rule 5, Section 51(b), every member present must have favored passage of the measure, but any member may register their position with the journal clerk. No members registered their position on this measure.) (The vote was reconsidered later today, and **CSHB 2070** was postponed until 10 a.m. May 6.)

## CSHB 634 ON SECOND READING
### (by Baxter, Rose, Branch, et al.)

**CSHB 634**, A bill to be entitled An Act relating to requiring public officials to receive training in the requirements of the open meetings and public information laws.

**CSHB 634** was read second time on April 18, postponed until April 25, and was again postponed until 10 a.m. today.

Representative Baxter moved to postpone consideration of **CSHB 634** until 10 a.m. May 5.

The motion prevailed.

## CSHB 1900 ON SECOND READING
### (by Bonnen)

**CSHB 1900**, A bill to be entitled An Act relating to the assessment and regulation of emissions events.

**CSHB 1900** was read second time on April 25, postponed until April 27, and was again postponed until 10 a.m. today.

(Speaker in the chair)

Representative Bonnen moved to postpone consideration of **CSHB 1900** until 10 a.m. tomorrow.

The motion prevailed.

## HB 3001 ON SECOND READING
### (by Morrison, et al.)

**HB 3001**, A bill to be entitled An Act relating to the amount of the annual constitutional appropriation to certain agencies and institutions of higher education and to the allocation of those funds to those agencies and institutions.

**HB 3001** was read second time on April 27 and was postponed until 10 a.m. today.

**Amendment No. 1 (Committee Amendment No. 1)**

Representative F. Brown offered the following committee amendment to **HB 3001**:

Amend **HB 3001** on page 3, lines 14 and 15 by striking the following: "(includes an allocation of $1,000,000 for compliance with Texas Desegregation Plan)".

Amendment No. 1 was adopted.

**HB 3001**, as amended, was passed to engrossment. (In accordance with House Rule 5, Section 51(b), every member present must have favored passage of the measure, but any member may register their position with the journal clerk. No members registered their position on this measure.)

### HB 587 ON SECOND READING
### (by Rose, Guillen, Leibowitz, and Escobar)

**HB 587**, A bill to be entitled An Act relating to the installment payment of ad valorem taxes by certain veterans.

**HB 587** was read second time on April 25, postponed until April 28, and was again postponed until 10 a.m. today.

Representative Rose moved to postpone consideration of **HB 587** until 10 a.m. tomorrow.

The motion prevailed.

### GENERAL STATE CALENDAR
### HOUSE BILLS
### THIRD READING

The following bills were laid before the house and read third time:

### HB 2266 ON THIRD READING
### (by Baxter)

**HB 2266**, A bill to be entitled An Act relating to the authority of municipalities to enact a requirement that establishes the sales price for certain housing units or residential lots.

**HB 2266** was passed. (In accordance with House Rule 5, Section 51(b), every member present must have favored passage of the measure, but any member may register their position with the journal clerk. Members registering votes are as follows: Burnam and Leibowitz recorded voting no.)

(Madden in the chair)

### CONSTITUTIONAL AMENDMENTS CALENDAR
### HOUSE JOINT RESOLUTIONS
### SECOND READING

The following resolutions were laid before the house and read second time:

## CSHJR 56 ON SECOND READING
### (by Gattis)

**CSHJR 56**, A joint resolution proposing a constitutional amendment authorizing the denial of bail to a criminal defendant who violates a condition of the defendant's release pending trial.

Representative Gattis moved to postpone consideration of **CSHJR 56** until 10 a.m. May 6.

The motion prevailed.

## CSHJR 82 ON SECOND READING
### (by Hughes)

**CSHJR 82**, A joint resolution proposing a constitutional amendment clearing land titles by relinquishing and releasing any state claim to sovereign ownership or title to interest in certain land.

Representative Hughes moved to postpone consideration of **CSHJR 82** until 10 a.m. May 9.

The motion prevailed.

## CONSTITUTIONAL AMENDMENTS CALENDAR
## SENATE JOINT RESOLUTIONS
## SECOND READING

The following resolutions were laid before the house and read second time:

## CSSJR 7 ON SECOND READING
### (Hochberg - House Sponsor)

**CSSJR 7**, A joint resolution proposing a constitutional amendment authorizing line-of-credit advances under a reverse mortgage.

A record vote was requested.

**CSSJR 7** was adopted by (Record 451): 142 Yeas, 0 Nays, 3 Present, not voting.

Yeas — Allen, A.; Allen, R.; Alonzo; Anchia; Anderson; Bailey; Baxter; Berman; Blake; Bohac; Bonnen; Branch; Brown, B.; Brown, F.; Burnam; Callegari; Campbell; Casteel; Castro; Chavez; Chisum; Coleman; Cook, B.; Cook, R.; Corte; Crabb; Crownover; Davis, Y.; Dawson; Delisi; Denny; Deshotel; Driver; Dukes; Dunnam; Dutton; Edwards; Eissler; Elkins; Escobar; Farabee; Farrar; Flores; Flynn; Frost; Gallego; Gattis; Geren; Giddings; Gonzales; Gonzalez Toureilles; Goolsby; Griggs; Grusendorf; Guillen; Haggerty; Hamilton; Hamric; Hardcastle; Harper-Brown; Hartnett; Hegar; Hilderbran; Hill; Hochberg; Hodge; Homer; Hope; Hopson; Howard; Hughes; Hunter; Hupp; Isett; Jackson; Jones, D.; Jones, J.; Keel; Keffer, B.; Keffer, J.; King, P.; King, T.; Kolkhorst; Krusee; Kuempel; Laney; Laubenberg; Leibowitz; Luna; Martinez; Martinez Fischer; McClendon; McReynolds; Menendez; Merritt; Miller; Moreno, J.; Moreno, P.; Morrison; Mowery; Naishtat; Nixon; Noriega, M.; Oliveira; Olivo; Orr; Otto; Paxton; Peña; Phillips; Pickett; Pitts; Puente; Quintanilla;

Raymond; Reyna; Riddle; Ritter; Rodriguez; Rose; Seaman; Smith, T.; Smith, W.; Smithee; Solis; Solomons; Strama; Straus; Swinford; Talton; Taylor; Thompson; Turner; Uresti; Van Arsdale; Veasey; Villarreal; Vo; West; Wong; Woolley; Zedler.

Present, not voting — Mr. Speaker; Goodman; Madden(C).

Absent, Excused — Davis, J.; Herrero.

Absent — Eiland; McCall; Truitt.

(Speaker in the chair)

## GENERAL STATE CALENDAR
## HOUSE BILLS
## SECOND READING

The following bills were laid before the house and read second time:

### CSHB 2833 ON SECOND READING
### (by R. Cook and B. Cook)

**CSHB 2833**, A bill to be entitled An Act relating to the protection of private real property from regulatory takings.

Representative R. Cook moved to postpone consideration of **CSHB 2833** until 1 p.m. today.

The motion prevailed.

### CSHB 283 ON SECOND READING
### (by Hope, Goolsby, and Raymond)

**CSHB 283**, A bill to be entitled An Act relating to the transfer of public school students who are the victims of bullying.

**Amendment No. 1**

Representative Raymond offered the following amendment to **CSHB 283**:

Amend **CSHB 283** by adding the following appropriately numbered sections to the bill and renumbering the subsequent sections accordingly:

SECTION ___. Section 37.006, Education Code, is amended by adding Subsection (o) to read as follows:

(o) In this subsection, "bullying" has the meaning assigned by Section 25.0341. A student shall be removed from class and placed in a disciplinary alternative education program as provided by Section 37.008 if the student, on or within 300 feet of school property, as measured from any point on the school's real property boundary line, or while attending a school-sponsored or school-related activity on or off of school property, including while on a school bus or at a school bus stop, engages in bullying.

SECTION __. This Act applies beginning with the 2005-2006 school year.

Representative Hope moved to table Amendment No. 1.

The motion to table prevailed.

**Amendment No. 2**

Representatives Keel and Dutton offered the following amendment to **CSHB 283**:

Amend **CSHB 283** by adding the following appropriately numbered section to the bill and renumbering the subsequent sections accordingly:

SECTION ___. Section 25.001(b), Education Code, is amended to read as follows:

(b)  The board of trustees of a school district or its designee shall admit into the public schools of the district free of tuition a person who is over five and younger than 21 years of age on the first day of September of the school year in which admission is sought if:

(1)  the person and either parent of the person reside in the school district;

(2)  the person does not reside in the school district but a parent of the person resides in the school district and that parent is a joint managing conservator or the sole managing conservator or possessory conservator of the person;

(3)  the person and the person's guardian or other person having lawful control of the person under a court order reside within the school district;

(4)  the person has established a separate residence under Subsection (d);

(5)  the person is homeless, as defined by 42 U.S.C. Section 11302, regardless of the residence of the person, of either parent of the person, or of the person's guardian or other person having lawful control of the person;

(6)  the person is a foreign exchange student placed with a host family that resides in the school district by a nationally recognized foreign exchange program, unless the school district has applied for and been granted a waiver by the commissioner under Subsection (e);

(7)  the person resides at a residential facility located in the district; [or]

(8)  the person resides in the school district and is 18 years of age or older or the person's disabilities of minority have been removed; or

(9)  the person does not reside in the school district but the grandparent of the person:

(A)  resides in the school district; and

(B)  provides a substantial amount of after-school care for the person as determined by the board.

Amendment No. 2 was adopted.

**CSHB 283**, as amended, was passed to engrossment. (In accordance with House Rule 5, Section 51(b), every member present must have favored passage of the measure, but any member may register their position with the journal clerk. No members registered their position on this measure.)

## CSHB 1095 ON SECOND READING
### (by Menendez)

**CSHB 1095**, A bill to be entitled An Act relating to the offense of harassment by persons in certain correctional facilities and to creating the offense of harassment of public servant.

**CSHB 1095** was passed to engrossment. (In accordance with House Rule 5, Section 51(b), every member present must have favored passage of the measure, but any member may register their position with the journal clerk. No members registered their position on this measure.)

## HB 1426 ON SECOND READING
### (by Anderson)

**HB 1426**, A bill to be entitled An Act relating to the confidentiality of certain information in a rabies vaccination certificate.

**HB 1426** was passed to engrossment. (In accordance with House Rule 5, Section 51(b), every member present must have favored passage of the measure, but any member may register their position with the journal clerk. No members registered their position on this measure.)

## CSHB 1172 ON SECOND READING
### (by F. Brown)

**CSHB 1172**, A bill to be entitled An Act relating to the tuition charged to resident undergraduate students of institutions of higher education for excess credit hours and to related formula funding.

### Amendment No. 1

Representative Gonzales offered the following amendment to **CSHB 1172**:

Amend **CSHB 1172** (House committee printing) as follows:

(1)  On page 1, line 15, strike "115" and substitute "120".

(2)  On page 2, line 22, strike "115" and substitute "120".

Amendment No. 1 was adopted.

### Amendment No. 2

Representative F. Brown offered the following amendment to **CSHB 1172**:

Amend **CSHB 1172** (house committee report) as follows:

(1)  On page 2, line 14, strike "Subsection (f)" and substitute "Subsections (f) and (g)".

(2)  On page 3, between lines 17 and 18, insert a new Subsection (g) to read as follows:

(g) To the extent practicable, the savings to the state resulting from the exclusion of funding for excess undergraduate semester credit hours from the funding formulas of the board as required by this section shall be used to finance the Toward Excellence, Access, & Success (TEXAS) grant program under Subchapter M, Chapter 56.

Amendment No. 2 was adopted.

**Amendment No. 3**

Representative Gallego offered the following amendment to **CSHB 1172**:

Amend **CSHB 1172** (House committee printing) by adding the following appropriately numbered SECTIONS to the bill and renumbering existing SECTIONS of the bill accordingly:

SECTION___. Sections 54.0513(a) and (b), Education Code, are amended to read as follows:

(a) In addition to amounts that a governing board of an institution of higher education is authorized to charge as tuition under the other provisions of this chapter, the governing board [, under the terms the governing board considers appropriate,] may charge any student for an academic period an amount designated as tuition not to exceed the amount charged to the student under Section 54.051 or 54.0512, as applicable, for that academic period [that the governing board considers necessary for the effective operation of the institution].

(b) Subject to the limit provided by Subsection (a) on the amount designated as tuition charged under this section, a [A] governing board may set a different tuition rate under this section for each program and course level offered by each institution of higher education [. A governing board may set a different tuition rate] as the governing board considers appropriate to increase graduation rates, encourage efficient use of facilities, [or] enhance employee performance, or further another legitimate purpose of the institution.

SECTION ___. Sections 54.0515 (e) and (f), Education Code, are amended to read as follows:

(e) It is the legislature's intent that each institution of higher education [, as a condition to tuition deregulation under Section 54.0513,] reasonably implement the following:

(1) each institution shall make satisfactory progress towards the goals provided in its master plan for higher education and in "Closing the Gaps," the state's master plan for higher education; and

(2) each institution shall meet acceptable performance criteria, including measures such as graduation rates, retention rates, enrollment growth, educational quality, efforts to enhance minority participation, opportunities for financial aid, and affordablility.

(f) The committee shall:

(1) meet at the call of either chair;

(2) monitor and regularly report to the legislature on each institution of higher education's compliance with the requirements of Subsection (e); and

(3) receive and review information concerning the affordability and accessibility of higher education [, including the impact of tuition deregulation].

SECTION ___. Subchapter B, Chapter 56, Education Code, is repealed.

SECTION ___. (a) The changes in law made by this Act in amending Sections 54.0513 and 54.0515, Education Code, apply beginning with tuition charged by an institution of higher education for the 2005–2006 academic year. Tuition charged by an institution of higher education in an academic year before that academic year is covered by the law in effect before the effective date of this Act, and the former law is continued in effect for that purpose.

(b)  Tuition set aside under Subchapter B, Chapter 56, Education Code, before the 2005-2006 academic year that was not used as provided by that subchapter before that academic year shall be used as provided by that subchapter as it existed immediately before the effective date of this Act, and that subchapter is continued in effect for that purpose.

**Amendment No. 3 - Point of Order**

Representative Grusendorf raised a point of order against further consideration of Amendment No. 3 under Rule 11, Section 3 of the House Rules on the grounds that the amendment changes the original purpose of the bill.

The speaker sustained the point of order.

The ruling precluded further consideration of Amendment No. 3.

## LEAVE OF ABSENCE GRANTED

The following member was granted leave of absence temporarily for today because of important business:

Baxter on motion of Solomons.

## CSHB 1172 - (consideration continued)

**CSHB 1172**, as amended, was passed to engrossment. (In accordance with House Rule 5, Section 51(b), every member present must have favored passage of the measure, but any member may register their position with the journal clerk. Members registering votes are as follows: Menendez and Riddle recorded voting no.)

## HB 2241 ON SECOND READING
### (by Callegari)

**HB 2241**, A bill to be entitled An Act relating to the authority of certain municipalities to require a contract between a municipal utility district and the municipality before the district issues obligations.

**HB 2241** was passed to engrossment. (In accordance with House Rule 5, Section 51(b), every member present must have favored passage of the measure, but any member may register their position with the journal clerk. No members registered their position on this measure.)

## COMMITTEE MEETING ANNOUNCEMENTS

The following committee meetings were announced:

Public Health, upon lunch recess today, Desk 39, for a formal meeting, to consider pending legislation.

Elections, upon lunch recess today, Desk 58, for a formal meeting, to consider pending business.

Culture, Recreation, and Tourism, upon lunch recess today, Desk 66, for a formal meeting, to consider pending business.

County Affairs, upon lunch recess today, Desk 1, for a formal meeting, to consider pending business.

Border and International Affairs, upon lunch recess today, Desk 75, for a formal meeting, to consider pending business.

### FIVE DAY POSTING RULE SUSPENDED

Representative Swinford moved to suspend the five day posting rule to allow the Committee on State Affairs to consider **HB 2264** and other posted bills at 2 p.m. or upon final adjournment today in E2.010.

The motion prevailed.

### RECESS

At 11:44 a.m., the speaker announced that the house would stand recessed until 1 p.m. today.

### AFTERNOON SESSION

The house met at 1 p.m. and was called to order by the speaker.

### POSTPONED BUSINESS

The following bills were laid before the house as postponed business:

### HB 1396 ON SECOND READING
### (by Zedler)

**HB 1396**, A bill to be entitled An Act relating to a pilot program for language interpreter services under the medical assistance program.

**HB 1396** was read second time on April 19, postponed until April 25, and was again postponed until 1 p.m. today.

Representative Zedler moved to postpone consideration of **HB 1396** until 10 a.m. tomorrow.

The motion prevailed.

(P. King in the chair)

### CSHB 2833 ON SECOND READING
### (by R. Cook and B. Cook)

**CSHB 2833**, A bill to be entitled An Act relating to the protection of private real property from regulatory takings.

**CSHB 2833** was read second time earlier today and was postponed until 1 p.m. today.

(Baxter now present)

**Amendment No. 1**

Representatives R. Cook and Puente offered the following amendment to **CSHB 2833**:

Amend **CSHB 2833** as follows:

(1) On page 2, line 5, between "(C)" and "a governmental action", insert "except as provided by Section 2007.003(g),".

(2) On page 7, between lines 23 and 24, insert the following:

JA_008738

(g)  For the purposes of the definition of "taking" in Section 2007.002(5)(C), a home rule municipality with a population of more than 1.1 million that relies on a sole source aquifer for more than 50 percent of the municipality's water supply may elect, with respect to single family and duplex uses over an aquifer recharge zone within the municipality's corporate and extraterritorial jurisdiction, to define a taking as an action or series of actions by the municipality that has the effect of limiting the overall impervious cover of any development or use of an owner's private real property to not less than 30 percent of the surface area of the property, including any portion of the property that is within the 100-year floodplain as determined by the most recent maps published by the Federal Emergency Management Agency or that slopes more than 35 degrees.

**Amendment No. 2**

Representative R. Cook offered the following amendment to Amendment No. 1:

Amend Floor Amendment No. 1 by R. Cook and Puente to **CSHB 2833** on page 1, line 20, by striking "degrees" and substituting "percent".

Amendment No. 2 was adopted.

Amendment No. 1, as amended, was adopted.

**Amendment No. 3**

Representative R. Cook offered the following amendment to **CSHB 2833**:

Amend **CSHB 2833** as follows:
(1)  On page 3, line 8, between "proceedings," and "or", insert "platting,".
(2)  On page 9, line 8, strike "and (2)".
(3)  On page 9, strike lines 10 and 11 and substitute the following:
SECTION 6.  Section 2007.042, Government Code, is amended to read as follows:
(4)  On page 9, line 12, before "(a)", insert "Sec. 2007.042. PUBLIC NOTICE."
(5)  On page 9, line 13, strike "or (2)".
(6)  On page 9, after line 27, insert the following:
(b)  A state agency that proposes to engage in a governmental action described in Section 2007.003(a)(1) [or (2)] that may result in a taking shall:
(1)  provide notice in the manner prescribed by Section 2001.023; and
(2)  file with the secretary of state for publication in the Texas Register in the manner prescribed by Chapter 2002 a reasonably specific summary of the takings impact assessment that was prepared by the agency as required by this subchapter.
(7)  On page 10, before line 1, insert the following appropriately numbered SECTION:
SECTION ___.  Section 2007.043(a), Government Code, is amended to read as follows:

(a) A governmental entity shall prepare a written takings impact assessment of a proposed governmental action described in Section 2007.003(a)(1) [through (3)] that complies with the evaluation guidelines developed by the attorney general under Section 2007.041 before the governmental entity provides the public notice required under Section 2007.042.

(8) On page 10, line 12, strike "or (2)".

(9) On page 10, between lines 22 and 23, insert the following appropriately numbered SECTIONS:

SECTION ___. Section 2007.045, Government Code, is amended to read as follows:

Sec. 2007.045. UPDATING OF CERTAIN ASSESSMENTS REQUIRED. A state agency that proposes to adopt a governmental action described in Section 2007.003(a)(1) [or (2)] that may result in a taking as indicated by the takings impact assessment shall update the assessment if the action is not adopted before the 180th day after the date the notice is given as required by Section 2001.023.

SECTION ___. (a) The change in law made by this Act applies only to:

(1) a governmental action described by Section 2007.003(a)(1) or (2), Government Code, that commences on or after April 1, 2005; or

(2) a governmental action described by Section 2007.003(a)(3), Government Code, that commences on or after April 1, 2005, to enforce or implement any ordinance, rule, regulatory requirement, platting requirement, resolution, policy, guideline, or similar measure in effect on or after April 1, 2005.

(b) The change in law made by this Act may not be construed to create any claim or cause of action for:

(1) a governmental action described by Section 2007.003(a)(1) or (2), Government Code, that commences before April 1, 2005; or

(2) a governmental action described by Section 2007.003(a)(3), Government Code, that commences before April 1, 2005, to enforce or implement any ordinance, rule, regulatory requirement, platting requirement, resolution, policy, guideline, or similar measure in effect before April 1, 2005.

(10) Renumber SECTIONS of the bill appropriately.

Amendment No. 3 was adopted.

**Amendment No. 4**

Representative R. Cook offered the following amendment to **CSHB 2833**:

Amend **CSHB 2833** as follows:

(1) On page 6, line 4, strike "or".

(2) On page 6, line 6, between "groundwater" and the period, insert the following:

; or

(7) an action taken by a municipality relating to the regulation of:

(A) sexually oriented businesses;

(B) the sale of fireworks;

(C) discharge of firearms;

> (D)  weeds or other unsanitary or unwholesome matter on public or private property;
> (E)  junked or abandoned vehicles;
> (F)  noise;
> (G)  alcohol, including hours of sale; or
> (H)  smoking in or on public or private property.

Amendment No. 4 was adopted.

**Amendment No. 5**

Representative R. Cook offered the following amendment to **CSHB 2833**:

Amend **CSHB 2833** on page 2, line 11, by striking "35 percent" and substituting "35 degrees".

Amendment No. 5 was withdrawn.

**Amendment No. 6**

Representative Burnam offered the following amendment to **CSHB 2833**:

Amend **CSHB 2833** (First Printing) by inserting the following appropriately-numbered SECTION and renumbering subsequent SECTIONS accordingly:

"SECTION ___.  Section 2007.024, Government Code is amended by amending Subsection (b) and adding Subsection (b-1) to read as follows:

(b)  The judgment or final decision or order shall include a fact finding that determines, in accordance with Subsection (b-1), the monetary damages suffered by the private real property owner as a result of the taking. The amount of damages is determined from the date of the taking.

(b-1)  If, on the date of the taking, the private real property is designated for and appraised at agricultural use under Chapter 23, Tax Code, the fact finding must deduct from the monetary damages suffered by the private real property owner as a result of the taking an amount equal to the difference of:

(1) the amount of taxes the owner paid based on the agricultural use appraisal of the private real property; and

(2)  the amount of taxes the owner would have paid if the private real property has been appraised at its current market value.

The fact finding shall perform this calculation separately for each of the five calendar years prior to the date of the taking for which the property was appraised for agricultural use."

### CSHB 2833 - POINT OF ORDER

Representative Rodriguez raised a point of order against further consideration of **CSHB 2833** under Rule 4, Section 32(c) of the House Rules on the grounds that a section number cited in the bill analysis is incorrect.

(Speaker in the chair)

The speaker sustained the point of order, speaking as follows:

JA_008741

Representative Rodriguez raises a point of order against further consideration of **CSHB 2833** under Rule 4, Section 32(c), in that the bill analysis for the bill was incorrect and misleading.

The chair has reviewed the bill and the bill analysis. The bill analysis describing Section 7 of the bill incorrectly states and describes the section of Government Code added by the bill.

Additionally, the bill analysis describing Sections 3 and 4 of the bill incorrectly states and describes the types of lawsuits affected by the bill.

Because of these errors in the bill analysis, the point of order is well-taken and sustained.

The ruling precluded further consideration of **CSHB 2833**.

## GENERAL STATE CALENDAR
### (consideration continued)

### CSHB 159 ON SECOND READING
### (by Talton)

**CSHB 159**, A bill to be entitled An Act relating to expenditures of funds by a political subdivision to advertise a referendum.

**Amendment No. 1**

Representative Talton offered the following amendment to **CSHB 159**:

Amend **CSHB 159** as follows:

(1)  On page 1, line 7, strike "POLITICAL SUBDIVISION" and substitute "SCHOOL DISTRICT".

(2)  On page 1, on lines 8 and 9, strike "and "political subdivision" have the meanings" and substitute "has the meaning".

(3)  On page 1, line 11, strike "political subdivision" and substitute "school district".

(4)  On page 1, line 17, strike ", a municipal charter".

Amendment No. 1 was adopted.

**CSHB 159**, as amended, was passed to engrossment. (In accordance with House Rule 5, Section 51(b), every member present must have favored passage of the measure, but any member may register their position with the journal clerk. Members registering votes are as follows: Anchia, Menendez, and Villarreal recorded voting no.)

### SB 446 ON SECOND READING
### (Martinez - House Sponsor)

**SB 446**, A bill to be entitled An Act relating to the reduction in value or expiration of a stored value card.

**SB 446** was considered in lieu of **HB 255**.

**Amendment No. 1**

Representative Martinez offered the following amendment to **SB 446**:

Amend **SB 446** (Senate Engrossed Version) as follows:

JA_008742

(1)  In SECTION 1 of the bill (page 1, line 22), between "loyalty," and "or", insert "incentive, rebate,".

(2)  In SECTION 1 of the bill (page 2, line 9), strike "or".

(3)  In SECTION 1 of the bill (page 2, line 11), strike "at the time of purchase" and substitute "a fee described in Subsection (d); or".

(4)  In SECTION 1 of the bill (page 2, between lines 11 and 12), add the following new subsection (6):

(6)  "is issued by an air carrier holding a certificate of public convenience and necessity under Title 49 U.S.C."

(5)  In SECTION 1 of the bill (page 2, line 19), between "card" and "and" insert the following: ", a reasonable access fee for a card transaction conducted at an unmanned teller machine, as defined by Section 59.301, Finance Code,".

(6)  In SECTION 1 of the bill (page 3, lines 3-6), strike "A disclosure must be legibly printed on the retail packaging for the stored value card or on a posted notice accompanying the sales display."

(7)  In SECTION 1 of the bill (page 3, between lines 11 and 12), add the following new subsection (g):

(g)  This section does not create a cause of action against a person who issues or sells a stored value card.

(8)  In SECTION 3 of the bill (page 4, line 17), strike "A" and substitute "If the", (page 4, line 18), strike "shall" and substitute "does not", (page 4 lines 20-21), strike ".  In the absence of an address record".

(9)  In SECTION 3 of the bill (page 5, between lines 2 and 3), add the following new subsection (f):

(f)  This section does not create a cause of action against a person who issues or sells a stored value card.

Amendment No. 1 was adopted.

**SB 446**, as amended, was passed to third reading. (In accordance with House Rule 5, Section 51(b), every member present must have favored passage of the measure, but any member may register their position with the journal clerk. No members registered their position on this measure.)

### HB 255 - LAID ON THE TABLE SUBJECT TO CALL

Representative Martinez moved to lay **HB 255** on the table subject to call.

The motion prevailed.

### CSHB 664 ON SECOND READING
### (by Isett, et al.)

**CSHB 664**, A bill to be entitled An Act relating to consideration of a bidder's principal place of business in awarding certain municipal and school district contracts.

**CSHB 664** was passed to engrossment. (In accordance with House Rule 5, Section 51(b), every member present must have favored passage of the measure, but any member may register their position with the journal clerk. No members registered their position on this measure.)

## HB 681 ON SECOND READING
### (by Gattis)

**HB 681**, A bill to be entitled An Act relating to the forfeiture of good conduct time from inmates who file frivolous applications for writ of habeas corpus.

Representative Gattis moved to postpone consideration of **HB 681** until 10 a.m. May 4.

The motion prevailed.

## HB 1249 ON SECOND READING
### (by Reyna)

**HB 1249**, A bill to be entitled An Act relating to criminal punishment for aggressive driving that results in the death of a person.

**HB 1249** was passed to engrossment. (In accordance with House Rule 5, Section 51(b), every member present must have favored passage of the measure, but any member may register their position with the journal clerk. No members registered their position on this measure.)

## HB 1048 ON SECOND READING
### (by Chisum)

**HB 1048**, A bill to be entitled An Act relating to the forfeiture of contraband used or intended to be used in the commission of certain criminal offenses.

**HB 1048** was passed to engrossment. (In accordance with House Rule 5, Section 51(b), every member present must have favored passage of the measure, but any member may register their position with the journal clerk. No members registered their position on this measure.)

## HB 2405 ON SECOND READING
### (by Keel)

**HB 2405**, A bill to be entitled An Act relating to prohibiting a person not entitled to receive an early voting ballot by mail from casting that ballot; providing a criminal penalty.

**Amendment No. 1**

Representatives Keel and Hodge offered the following amendment to **HB 2405**:

Amend **HB 2405** by striking added Section 84.001(g), Election Code (committee printing page 1, lines 13-16), and substituting the following:

(g) A person commits an offense if, with the intent that an unlawful ballot be cast, the person directs the return of a marked early voting ballot by mail as provided by Section 86.006 with the knowledge that the ballot is from a voter who is not entitled to receive an early voting ballot to be voted by mail. An offense under this subsection is a Class C misdemeanor.

Amendment No. 1 was adopted.

**Amendment No. 2**

Representative J. Jones offered the following amendment to **HB 2405**:

Amend **HB 2405** by adding the following appropriately numbered section and by renumbering the remaining sections as appropriate:

SECTION ___. Section 86.002, Election Code, is amended by adding Subsection (h) to read as follows:

(h)  The clerk shall include with the balloting materials a notice in a form prescribed by the secretary of state:

(1)  informing the voter of the categories of persons who are eligible to vote by mail; and

(2)  stating that the voter should not cast the ballot unless the voter or a person authorized by this code to assist the voter requested the ballot.

Amendment No. 2 was adopted.

**HB 2405**, as amended, was passed to engrossment. (In accordance with House Rule 5, Section 51(b), every member present must have favored passage of the measure, but any member may register their position with the journal clerk. Members registering votes are as follows: Leibowitz, Menendez, and Rose recorded voting no.)

## CSHB 1579 ON SECOND READING
### (by Kolkhorst, Eiland, Griggs, T. Smith, Berman, et al.)

**CSHB 1579**, A bill to be entitled An Act relating to eligibility for benefits of and reports concerning certain retired members of the Teacher Retirement System of Texas; imposing a penalty.

**Amendment No. 1**

Representatives Chisum and Kolkhorst offered the following amendment to **CSHB 1579**:

Amend **CSHB 1579** on page 4 between lines 26 and 27 by inserting the following:

(f)  This section does not prevent an employer and a retiree from negotiating and entering into a contract that allows both parties to contribute to the amounts the employer must contribute to the retirement system under Subsections (b) and (c).

Amendment No. 1 was adopted.

**CSHB 1579**, as amended, was passed to engrossment. (In accordance with House Rule 5, Section 51(b), every member present must have favored passage of the measure, but any member may register their position with the journal clerk. No members registered their position on this measure.)

## CSHB 1899 ON SECOND READING
### (by Bonnen)

**CSHB 1899**, A bill to be entitled An Act relating to the regulation and permitting of a commercial industrial solid waste facility connected to a publicly owned treatment works facility.

Representative Bonnen moved to postpone consideration of **CSHB 1899** until 10 a.m. May 5.

The motion prevailed.

### CSHB 1662 ON SECOND READING
### (by Gattis and Hopson)

**CSHB 1662**, A bill to be entitled An Act relating to the eligibility of a criminal defendant for release from jail after a delay in prosecution.

Representative Gattis moved to postpone consideration of **CSHB 1662** until 10 a.m. May 6.

The motion prevailed.

### HB 2623 ON SECOND READING
### (by Phillips and R. Cook)

**HB 2623**, A bill to be entitled An Act relating to the distribution by the Texas Department of Transportation of certain assistance for the repair and maintenance of county roads.

**HB 2623** was passed to engrossment. (In accordance with House Rule 5, Section 51(b), every member present must have favored passage of the measure, but any member may register their position with the journal clerk. No members registered their position on this measure.)

### CSHB 3115 ON SECOND READING
### (by Corte)

**CSHB 3115**, A bill to be entitled An Act relating to certain homeland security activities, including the operation of the Critical Infrastructure Protection Council by the office of the governor.

**Amendment No. 1**

Representative Rose offered the following amendment to **CSHB 3115**:

Amend **CSHB 3115** as follows:

(1) On page 3, lines 12-13, strike "and (3)" and insert the following:

(3) for each of the following sectors of the state, one representative of a state agency, one county-level representative, one municipal-level representative, and one representative of a private organization or entity, each appointed by the governor:

      (A) law enforcement;

      (B) emergency management;

      (C) first responders; and

      (D) fire fighters; and

    (4)

(2) On page 4, strike lines 1-14 and substitute the following:

      (G) ports and maritime industries [(7) Department of Public Safety of the State of Texas];

      (H) environment and water [(8) division of emergency management of the office of the governor];

(I)  transportation [(9)  Texas National Guard]; and
(J)  border issues [(10)  Texas Commission on Environmental
Quality;]
[(11)  Railroad Commission of Texas;]
[(12)  Texas Strategic Military Planning Commission; and]
[(13)  Texas Department of Transportation].

Amendment No. 1 was adopted.

**CSHB 3115**, as amended, was passed to engrossment. (In accordance with
House Rule 5, Section 51(b), every member present must have favored passage
of the measure, but any member may register their position with the journal clerk.
No members registered their position on this measure.)

### CSHB 3460 ON SECOND READING
### (by Baxter)

**CSHB 3460**, A bill to be entitled An Act relating to the interest rate to be
paid on the deposits made by customers of a water, electric, gas, or telephone
utility.

(Rose in the chair)

**CSHB 3460** was passed to engrossment. (In accordance with House Rule 5,
Section 51(b), every member present must have favored passage of the measure,
but any member may register their position with the journal clerk. Members
registering votes are as follows: Leibowitz recorded voting no.)

(Speaker in the chair)

### CSHB 1235 ON SECOND READING
### (by Paxton)

**CSHB 1235**, A bill to be entitled An Act relating to the notice required for a
sale of real property under a contract lien.

**CSHB 1235** was passed to engrossment. (In accordance with House Rule 5,
Section 51(b), every member present must have favored passage of the measure,
but any member may register their position with the journal clerk. No members
registered their position on this measure.)

### HB 1919 ON SECOND READING
### (by R. Allen)

**HB 1919**, A bill to be entitled An Act relating to notice in certain real
property transactions concerning public improvement districts.

#### Amendment No. 1 (Committee Amendment No. 1)

On behalf of Representative Elkins, Representative R. Allen offered the
following committee amendment to **HB 1919**:

Amend **HB 1919** as follows:
(2)  On Page 3, Line 24, strike "September 1, 2005" and substitute
"January 1, 2006."

JA_008747

Amendment No. 1 was adopted.

**HB 1919**, as amended, was passed to engrossment. (In accordance with House Rule 5, Section 51(b), every member present must have favored passage of the measure, but any member may register their position with the journal clerk. No members registered their position on this measure.)

## CSHB 2135 ON SECOND READING
### (by Phillips, Hamric, Truitt, Homer, and Woolley)

**CSHB 2135**, A bill to be entitled An Act relating to the creation of a tourist-oriented directional sign program.

**CSHB 2135** was passed to engrossment. (In accordance with House Rule 5, Section 51(b), every member present must have favored passage of the measure, but any member may register their position with the journal clerk. No members registered their position on this measure.)

## HB 2966 ON SECOND READING
### (by Seaman)

**HB 2966**, A bill to be entitled An Act relating to the criminal penalty for violating certain statutes enforceable by, or ordinances, rules, or regulations of, navigation districts or port authorities.

**HB 2966** was passed to engrossment. (In accordance with House Rule 5, Section 51(b), every member present must have favored passage of the measure, but any member may register their position with the journal clerk. No members registered their position on this measure.)

## CSHB 1706 ON SECOND READING
### (by Denny, Pitts, Woolley, Nixon, Bohac, et al.)

**CSHB 1706**, A bill to be entitled An Act relating to requiring a voter to present proof of identification.

(Krusee in the chair)

**Amendment No. 1**

Representative Chavez offered the following amendment to **CSHB 1706**:

Amend **CSHB 1706** as follows:

(1) On page 1, lines 5-6, strike "Subsection (g)" and substitute "Subsections (g) and (h)".

(2) On page 2, between lines 2 and 3, insert the following:

(h) The requirements for identification prescribed by Subsection (b)(1) or (2) do not apply to a voter who:

(1) presents the voter's voter registration certificate on offering to vote; and

(2) is 50 years of age or older as indicated by the date of birth on the voter's voter registration certificate.

Representative Denny moved to table Amendment No. 1.

A record vote was requested.

The motion to table prevailed by (Record 452): 84 Yeas, 59 Nays, 2 Present, not voting.

Yeas — Allen, R.; Anderson; Baxter; Berman; Blake; Bohac; Bonnen; Branch; Brown, B.; Brown, F.; Callegari; Campbell; Casteel; Chisum; Cook, B.; Corte; Crabb; Crownover; Dawson; Delisi; Denny; Driver; Eissler; Elkins; Flynn; Gattis; Geren; Goodman; Goolsby; Griggs; Grusendorf; Haggerty; Hamilton; Hamric; Hardcastle; Harper-Brown; Hartnett; Hegar; Hilderbran; Hill; Hope; Howard; Hughes; Hunter; Hupp; Isett; Jackson; Jones, D.; Keel; Keffer, B.; Keffer, J.; King, P.; Kolkhorst; Kuempel; Laubenberg; Madden; McCall; Merritt; Miller; Morrison; Mowery; Nixon; Orr; Otto; Paxton; Phillips; Pitts; Reyna; Riddle; Seaman; Smith, T.; Smith, W.; Smithee; Solomons; Straus; Swinford; Talton; Taylor; Truitt; Van Arsdale; West; Wong; Woolley; Zedler.

Nays — Allen, A.; Alonzo; Anchia; Bailey; Burnam; Castro; Chavez; Coleman; Cook, R.; Davis, Y.; Deshotel; Dukes; Dunnam; Dutton; Edwards; Eiland; Escobar; Farabee; Farrar; Flores; Frost; Gallego; Giddings; Gonzales; Gonzalez Toureilles; Guillen; Hochberg; Hodge; Homer; Hopson; Jones, J.; King, T.; Laney; Leibowitz; Luna; Martinez; Martinez Fischer; McReynolds; Menendez; Moreno, J.; Moreno, P.; Naishtat; Noriega, M.; Olivo; Peña; Pickett; Puente; Quintanilla; Raymond; Ritter; Rodriguez; Rose; Solis; Strama; Thompson; Turner; Uresti; Veasey; Villarreal.

Present, not voting — Mr. Speaker; Krusee(C).

Absent, Excused — Davis, J.; Herrero.

Absent — McClendon; Oliveira; Vo.

**Amendment No. 2**

Representative Anchia offered the following amendment to **CSHB 1706**:

Amend **CSHB 1706** as follows:

(1) On page 1, lines 7-13, strike amended Section 63.001(b), Election Code, and substitute the following:

(b) On offering to vote, a voter must present to an election officer at the polling place either:

(1) the voter's voter registration certificate;

(2) one form of identification listed in Section 63.0101(a); or

(3) two different forms of identification listed in Section 63.0101(b) [to an election officer at the polling place].

(2) On page 1, lines 18-20, strike amended Section 63.001(d), Election Code, and substitute the following:

(d) If the voter's name is on the precinct list of registered voters, the voter shall be accepted for voting if:

(1) the voter presents the voter's voter registration certificate; or

(2) the voter presents identification required by Subsection (b)(2) or (3) and executes the affidavit required under Section 63.008(a).

(3) On page 2, line 1, strike "Subsection (b)(1) or (2)" and substitute "Subsection (b)".

(4)  On page 2, lines 3-27, and page 3, lines 1-2, strike Sections 2 and 3 of the bill and renumber the remaining sections appropriately.

(5)  On page 5, lines 20 and 21, strike "Sections 63.011(a) and (b), Election Code, are amended" and substitute "Section 63.011(a), Election Code, is amended".

(6)  On page 6, lines 1-10, strike amended Section 63.011(b), Election Code.

(7)  On page 6, lines 11-27, and page 7, lines 1-5, strike Sections 7 and 8 of the bill and renumber the remaining sections appropriately.

## MESSAGE FROM THE SENATE

A message from the senate was received at this time (see the addendum to the daily journal, Messages from the Senate, Message No. 2).

## CSHB 1706 - (consideration continued)

Representative Denny moved to table Amendment No. 2.

A record vote was requested.

The motion to table prevailed by (Record 453): 75 Yeas, 62 Nays, 2 Present, not voting.

Yeas — Allen, R.; Anderson; Baxter; Berman; Blake; Bohac; Bonnen; Branch; Brown, B.; Brown, F.; Callegari; Campbell; Casteel; Chisum; Cook, B.; Corte; Crabb; Crownover; Dawson; Delisi; Denny; Eissler; Elkins; Flynn; Gattis; Goodman; Goolsby; Griggs; Grusendorf; Haggerty; Hardcastle; Harper-Brown; Hartnett; Hegar; Hilderbran; Hope; Howard; Hughes; Hunter; Hupp; Isett; Jackson; Jones, D.; Keel; Keffer, B.; Keffer, J.; King, P.; Kolkhorst; Kuempel; Laubenberg; Madden; McCall; Morrison; Nixon; Orr; Otto; Paxton; Pitts; Reyna; Riddle; Seaman; Smith, T.; Smith, W.; Smithee; Solomons; Straus; Swinford; Talton; Taylor; Truitt; Van Arsdale; West; Wong; Woolley; Zedler.

Nays — Allen, A.; Alonzo; Anchia; Bailey; Burnam; Castro; Chavez; Coleman; Cook, R.; Davis, Y.; Deshotel; Dukes; Dunnam; Dutton; Edwards; Eiland; Escobar; Farabee; Farrar; Flores; Frost; Gallego; Geren; Giddings; Gonzales; Gonzalez Toureilles; Guillen; Hamilton; Hochberg; Hodge; Homer; Hopson; Jones, J.; King, T.; Laney; Luna; Martinez; Martinez Fischer; McClendon; McReynolds; Menendez; Moreno, J.; Moreno, P.; Naishtat; Noriega, M.; Olivo; Peña; Pickett; Puente; Quintanilla; Raymond; Ritter; Rodriguez; Rose; Solis; Strama; Thompson; Turner; Uresti; Veasey; Villarreal; Vo.

Present, not voting — Mr. Speaker; Krusee(C).

Absent, Excused — Davis, J.; Herrero.

Absent — Driver; Hamric; Hill; Leibowitz; Merritt; Miller; Mowery; Oliveira; Phillips.

## STATEMENT OF VOTE

When Record No. 453 was taken, my vote failed to register. I would have voted no.

Leibowitz

**Amendment No. 3**

Representative Raymond offered the following amendment to **CSHB 1706**:

Amend **CSHB 1706** on page 3, line 20, between "Department of Public Safety" and "that", by inserting "or the equivalent agency of another state".

Amendment No. 3 was adopted.

**Amendment No. 4**

Representative Strama offered the following amendment to **CSHB 1706**:

Amend **CSHB 1706** on page 4, line 11, by striking "located in Texas".

Amendment No. 4 was adopted.

**Amendment No. 5**

Representative Strama offered the following amendment to **CSHB 1706**:

Amend **CSHB 1706** as follows:
(1) On page 4, line 13, strike "or".
(2) On page 4, line 15, strike the period and substitute "; or".
(3) On page 4, between lines 15 and 16, insert the following:
     (8) an identification card issued by a state agency of this state that contains the person's photograph.

Amendment No. 5 was adopted.

(Speaker in the chair)

**Amendment No. 6**

Representative Coleman offered the following amendment to **CSHB 1706**:

Amend **CSHB 1706** as follows:
(1) On page 5, line 20, strike "Sections 63.011(a) and (b), Election Code, are" and substitute "Section 63.011(a), Election Code, is".
(2) On page 6, lines 1-10, strike amended Section 63.011(b).
(3) On page 6, lines 11-27, and page 7, lines 1-5, strike SECTIONS 7 and 8 of the bill, substitute the following appropriately numbered section, and renumber the remaining sections of the bill appropriately:
SECTION __. Section 65.054, Election Code, is amended by adding Subsection (e) to read as follows:
     (e) A provisional ballot may not be rejected solely because the voter failed to meet the requirements for identification prescribed by Section 63.001(b)(1) or (2).

Representative Denny moved to table Amendment No. 6.

A record vote was requested.

The motion to table prevailed by (Record 454): 84 Yeas, 60 Nays, 1 Present, not voting.

Yeas — Allen, R.; Anderson; Baxter; Berman; Blake; Bohac; Bonnen; Branch; Brown, B.; Brown, F.; Callegari; Campbell; Casteel; Chisum; Cook, B.; Corte; Crabb; Crownover; Dawson; Delisi; Denny; Driver; Eissler; Elkins; Flynn; Gattis; Geren; Goodman; Goolsby; Griggs; Grusendorf; Haggerty; Hamric; Hardcastle; Harper-Brown; Hartnett; Hegar; Hilderbran; Hill; Hope; Howard; Hughes; Hunter; Hupp; Isett; Jackson; Jones, D.; Keel; Keffer, B.; Keffer, J.; King, P.; Kolkhorst; Krusee; Kuempel; Laubenberg; Madden; McCall; Merritt; Miller; Morrison; Mowery; Nixon; Orr; Otto; Paxton; Phillips; Pitts; Reyna; Riddle; Seaman; Smith, T.; Smith, W.; Smithee; Solomons; Straus; Swinford; Talton; Taylor; Truitt; Van Arsdale; West; Wong; Woolley; Zedler.

Nays — Allen, A.; Alonzo; Anchia; Bailey; Burnam; Castro; Chavez; Coleman; Davis, Y.; Deshotel; Dukes; Dunnam; Edwards; Eiland; Escobar; Farabee; Farrar; Flores; Frost; Gallego; Giddings; Gonzales; Gonzalez Toureilles; Guillen; Hamilton; Hochberg; Hodge; Homer; Hopson; Jones, J.; King, T.; Laney; Leibowitz; Luna; Martinez; Martinez Fischer; McClendon; McReynolds; Menendez; Moreno, J.; Moreno, P.; Naishtat; Noriega, M.; Olivo; Peña; Pickett; Puente; Quintanilla; Raymond; Ritter; Rodriguez; Rose; Solis; Strama; Thompson; Turner; Uresti; Veasey; Villarreal; Vo.

Present, not voting — Mr. Speaker(C).

Absent, Excused — Davis, J.; Herrero.

Absent — Cook, R.; Dutton; Oliveira.

### BILLS AND RESOLUTIONS SIGNED BY THE SPEAKER

Notice was given at this time that the speaker had signed bills and resolutions in the presence of the house (see the addendum to the daily journal, Signed by the Speaker, Senate List No. 13).

### MESSAGE FROM THE SENATE

A message from the senate was received at this time (see the addendum to the daily journal, Messages from the Senate, Message No. 3).

### CSHB 1706 - (consideration continued)

**Amendment No. 7**

Representative Escobar offered the following amendment to **CSHB 1706**:

Amend **CSHB 1706** as follows:
(1) On page 4, line 13, strike "or".
(2) On page 4, line 15, strike the period and substitute "; or".
(3) On page 4, between lines 15 and 16, insert the following:
(8) an identification card that contains the person's photograph and is issued by a county elections administrator or a county clerk.
(4) On page 5, between lines 19 and 20, insert the following:
(c) The commissioners court of a county may authorize the county elections administrator or the county clerk, as applicable, to issue photo identification cards that may be used as proof of a voter's identification under Subsection (a).

Amendment No. 7 was adopted.

**Amendment No. 8**

Representative Hochberg offered the following amendment to **CSHB 1706**:

Amend **CSHB 1706** as follows:

(1)  Strike SECTIONS 7 and 8 of the bill.

(2)  Add a new appropriately numbered section to read as follows:

SECTION __.    Section 65.054, Election Code, is amended by adding Subsection (e) to read as follows:

(e)  A provisional ballot may not be rejected on the basis of the failure of the voter to present proof of identification as described by Section 63.001(b)(1) or (2) unless the board determines that the voter is not the person whom the voter claimed to be in executing an affidavit under Section 63.011.

(3)  Renumber the remaining SECTIONS of the bill as appropriate.

Representative Denny moved to table Amendment No. 8.

A record vote was requested.

The motion to table prevailed by (Record 455): 83 Yeas, 62 Nays, 1 Present, not voting.

Yeas — Allen, R.; Anderson; Baxter; Berman; Blake; Bohac; Bonnen; Branch; Brown, B.; Brown, F.; Callegari; Campbell; Casteel; Chisum; Cook, B.; Corte; Crabb; Crownover; Dawson; Delisi; Denny; Driver; Eissler; Elkins; Flynn; Gattis; Geren; Goodman; Goolsby; Griggs; Grusendorf; Hamric; Hardcastle; Harper-Brown; Hartnett; Hegar; Hilderbran; Hill; Hope; Howard; Hughes; Hunter; Hupp; Isett; Jackson; Jones, D.; Keel; Keffer, B.; King, P.; Kolkhorst; Krusee; Kuempel; Laubenberg; Luna; Madden; McCall; Merritt; Miller; Morrison; Mowery; Nixon; Orr; Otto; Paxton; Phillips; Pitts; Reyna; Riddle; Seaman; Smith, T.; Smith, W.; Smithee; Solomons; Straus; Swinford; Talton; Taylor; Truitt; Van Arsdale; West; Wong; Woolley; Zedler.

Nays — Allen, A.; Alonzo; Anchia; Bailey; Burnam; Castro; Chavez; Coleman; Cook, R.; Davis, Y.; Deshotel; Dukes; Dunnam; Dutton; Edwards; Eiland; Escobar; Farabee; Farrar; Flores; Frost; Gallego; Giddings; Gonzales; Gonzalez Toureilles; Guillen; Haggerty; Hamilton; Hochberg; Hodge; Homer; Hopson; Jones, J.; King, T.; Laney; Leibowitz; Martinez; Martinez Fischer; McClendon; McReynolds; Menendez; Moreno, J.; Moreno, P.; Naishtat; Noriega, M.; Olivo; Peña; Pickett; Puente; Quintanilla; Raymond; Ritter; Rodriguez; Rose; Solis; Strama; Thompson; Turner; Uresti; Veasey; Villarreal; Vo.

Present, not voting — Mr. Speaker(C).

Absent, Excused — Davis, J.; Herrero.

Absent — Keffer, J.; Oliveira.

**Amendment No. 9**

Representative Anchia offered the following amendment to **CSHB 1706**:

Amend **CSHB 1706** on page 7, line 24, by striking "September 1, 2005" and substituting "September 1, 2008".

Representative Denny moved to table Amendment No. 9.

A record vote was requested.

The motion to table prevailed by (Record 456): 81 Yeas, 62 Nays, 1 Present, not voting.

Yeas — Allen, R.; Anderson; Baxter; Berman; Blake; Bohac; Bonnen; Branch; Brown, B.; Brown, F.; Callegari; Campbell; Casteel; Chisum; Cook, B.; Corte; Crabb; Crownover; Dawson; Delisi; Denny; Driver; Eissler; Elkins; Flynn; Gattis; Goodman; Goolsby; Griggs; Grusendorf; Haggerty; Hamric; Hardcastle; Harper-Brown; Hartnett; Hegar; Hilderbran; Hill; Hope; Howard; Hunter; Hupp; Isett; Jackson; Jones, D.; Keel; Keffer, B.; Keffer, J.; King, P.; Kolkhorst; Krusee; Kuempel; Laubenberg; Madden; McCall; Merritt; Miller; Morrison; Mowery; Nixon; Orr; Otto; Paxton; Pitts; Reyna; Riddle; Seaman; Smith, T.; Smith, W.; Smithee; Solomons; Straus; Swinford; Talton; Taylor; Truitt; Van Arsdale; West; Wong; Woolley; Zedler.

Nays — Allen, A.; Alonzo; Anchia; Bailey; Burnam; Castro; Chavez; Coleman; Cook, R.; Davis, Y.; Deshotel; Dukes; Dunnam; Dutton; Edwards; Eiland; Escobar; Farabee; Farrar; Flores; Frost; Gallego; Geren; Giddings; Gonzales; Gonzalez Toureilles; Guillen; Hamilton; Hochberg; Hodge; Homer; Hopson; Hughes; Jones, J.; King, T.; Laney; Leibowitz; Luna; Martinez; Martinez Fischer; McClendon; McReynolds; Menendez; Moreno, J.; Moreno, P.; Naishtat; Olivo; Peña; Puente; Quintanilla; Raymond; Ritter; Rodriguez; Rose; Solis; Strama; Thompson; Turner; Uresti; Veasey; Villarreal; Vo.

Present, not voting — Mr. Speaker(C).

Absent, Excused — Davis, J.; Herrero.

Absent — Noriega, M.; Oliveira; Phillips; Pickett.

### STATEMENT OF VOTE

When Record No. 456 was taken, I was in the house but away from my desk. I would have voted yes.

Phillips

**Amendment No. 10**

Representative Veasey offered the following amendment to **CSHB 1706**:

Amend **CSHB 1706** by adding the following appropriately numbered sections to the bill and renumbering the remaining sections appropriately:

SECTION ___. Subchapter C, Chapter 32, Election Code, is amended by adding Section 32.0511 to read as follows:

Sec. 32.0511. TRAINING REQUIRED. A person must complete the training required by Section 32.116 to be eligible to serve as an election judge or clerk.

SECTION ___. Section 32.115, Election Code, is amended to read as follows:

JA_008754

Sec. 32.115. SECRETARY OF STATE TO ASSIST IN TRAINING. On request of a county executive committee or a county clerk, as appropriate, the secretary of state shall schedule and provide assistance for the training of election judges and clerks under Section 32.113, [or] 32.114, or 32.116. The secretary may provide similar training assistance to other political subdivisions.

SECTION __. Subchapter F, Chapter 32, Election Code, is amended by adding Section 32.116 to read as follows:

Sec. 32.116. REQUIRED TRAINING FOR ELECTION OFFICERS. The governing body of a political subdivision and the county executive committee of a political party shall provide the election officers serving the polling places on election day with the instruction and training necessary for following the proper procedure for accepting a voter under Chapter 63.

Representative Denny moved to table Amendment No. 10.

A record vote was requested.

The motion to table prevailed by (Record 457): 80 Yeas, 61 Nays, 1 Present, not voting.

Yeas — Allen, R.; Anderson; Baxter; Berman; Blake; Bohac; Bonnen; Branch; Brown, B.; Brown, F.; Callegari; Campbell; Casteel; Cook, B.; Corte; Crabb; Crownover; Dawson; Delisi; Denny; Driver; Eissler; Elkins; Flynn; Gattis; Goodman; Goolsby; Griggs; Grusendorf; Haggerty; Hamilton; Hamric; Hardcastle; Harper-Brown; Hartnett; Hilderbran; Hill; Hope; Howard; Hunter; Hupp; Isett; Jackson; Jones, D.; Keel; Keffer, B.; King, P.; Kolkhorst; Krusee; Kuempel; Laney; Laubenberg; Madden; McCall; Merritt; Miller; Morrison; Mowery; Nixon; Orr; Otto; Paxton; Pitts; Reyna; Riddle; Seaman; Smith, T.; Smith, W.; Smithee; Solomons; Straus; Swinford; Talton; Taylor; Truitt; Van Arsdale; West; Wong; Woolley; Zedler.

Nays — Allen, A.; Alonzo; Anchia; Bailey; Burnam; Castro; Chavez; Coleman; Cook, R.; Davis, Y.; Deshotel; Dukes; Dunnam; Dutton; Edwards; Eiland; Escobar; Farabee; Farrar; Flores; Frost; Gallego; Geren; Giddings; Gonzales; Gonzalez Toureilles; Guillen; Hochberg; Hodge; Homer; Hopson; Jones, J.; King, T.; Leibowitz; Luna; Martinez; Martinez Fischer; McClendon; McReynolds; Menendez; Moreno, J.; Moreno, P.; Naishtat; Noriega, M.; Olivo; Peña; Pickett; Puente; Quintanilla; Raymond; Ritter; Rodriguez; Rose; Solis; Strama; Thompson; Turner; Uresti; Veasey; Villarreal; Vo.

Present, not voting — Mr. Speaker(C).

Absent, Excused — Davis, J.; Herrero.

Absent — Chisum; Hegar; Hughes; Keffer, J.; Oliveira; Phillips.

**Amendment No. 11**

Representatives Chavez and Turner offered the following amendment to **CSHB 1706**:

Amend **CSHB 1706** by adding a new appropriately numbered section to read as follows and renumbering subsequent sections of the bill accordingly:

SECTION ___. Chapter 62, Election Code, is amended by adding Section 62.016 to read as follows:

Sec. 62.016. NOTICE OF ACCEPTABLE IDENTIFICATION OUTSIDE POLLING PLACES. The presiding judge shall post in a prominent place on the outside of each polling location a list of the acceptable forms of photographic and non-photographic identification. The list must be printed using a font that is at least 24 point.

**Amendment No. 12**

Representatives Alonzo and Chavez offered the following amendment to Amendment No. 11:

Amend the Chavez amendment to **CSHB 1706** as follows:

(1) On line 8, between "location" and "a", insert "notice that a provisional ballot will be provided to a person who executes the appropriate affidavit and".

(2) On line 10, strike the last sentence and substitute the following:

The notice and list must be printed:

(1) in English, Spanish, and any other language appropriate to the precinct in which the polling place is located; and

(2) using a font that is at least 24 point.

Amendment No. 12 was adopted.

Amendment No. 11, as amended, was adopted.

**Amendment No. 13**

Representative Hopson offered the following amendment to **CSHB 1706**:

Amend **CSHB 1706** by adding a new appropriately numbered section to read as follows and by renumbering the existing sections as appropriate:

SECTION ___. Chapter 63, Election Code, is amended by adding Section 63.0012 to read as follows:

Sec. 63.0012. USE OF ADDRESS ON IDENTIFICATION. (a) This section applies only to a voter who:

(1) presents a registration certificate;

(2) is on the list of registered voters for the precinct; and

(3) confirms the address on the list of registered voters is current under Section 63.0011.

(b) In verifying the identity of a voter described by Subsection (a) under Section 63.001, an election officer may not consider whether the voter's address on a form described by Section 63.001(b)(1) or (2) matches the voter's address on the registration certificate or the list of registered voters.

Amendment No. 13 was adopted.

**Amendment No. 14**

Representative Alonzo offered the following amendment to **CSHB 1706**:

Amend **CSHB 1706** by adding the following appropriately numbered section and renumbering the remaining section of the bill as appropriate:

SECTION ___. The changes in law made by this Act take effect only if:

(1)  the United States District Court for the District of Columbia issues a declaratory judgement under 42 U.S.C. Section 1973c that this Act does not have the purpose and will not have the effect of denying or abridging the right to vote on account of race or color or in contravention of the guarantees set forth in 42 U.S.C. Section 1973b(f)(2); or

(2)  the secretary of state submits this Act to the United States Attorney General under 42 U.S.C. Section 1973c and the attorney general does not interpose an objection within the time provided by that section.

Amendment No. 14 was adopted.

A record vote was requested.

**CSHB 1706**, as amended, was passed to engrossment by (Record 458): 83 Yeas, 63 Nays, 1 Present, not voting.

Yeas — Allen, R.; Anderson; Baxter; Berman; Blake; Bohac; Bonnen; Branch; Brown, B.; Brown, F.; Callegari; Campbell; Casteel; Chisum; Cook, B.; Corte; Crabb; Crownover; Dawson; Delisi; Denny; Driver; Eissler; Elkins; Flynn; Gattis; Goodman; Goolsby; Griggs; Grusendorf; Haggerty; Hamric; Hardcastle; Harper-Brown; Hartnett; Hegar; Hilderbran; Hill; Hope; Howard; Hughes; Hunter; Hupp; Isett; Jackson; Keel; Keffer, B.; Keffer, J.; King, P.; Kolkhorst; Krusee; Kuempel; Laubenberg; Madden; McCall; Merritt; Miller; Morrison; Mowery; Nixon; Orr; Otto; Paxton; Phillips; Pickett; Pitts; Reyna; Riddle; Seaman; Smith, T.; Smith, W.; Smithee; Solomons; Straus; Swinford; Talton; Taylor; Truitt; Van Arsdale; West; Wong; Woolley; Zedler.

Nays — Allen, A.; Alonzo; Anchia; Bailey; Burnam; Castro; Chavez; Coleman; Cook, R.; Davis, Y.; Deshotel; Dukes; Dunnam; Dutton; Edwards; Eiland; Escobar; Farabee; Farrar; Flores; Frost; Gallego; Geren; Giddings; Gonzales; Gonzalez Toureilles; Guillen; Hamilton; Hochberg; Hodge; Homer; Hopson; Jones, D.; Jones, J.; King, T.; Laney; Leibowitz; Luna; Martinez; Martinez Fischer; McClendon; McReynolds; Menendez; Moreno, J.; Moreno, P.; Naishtat; Noriega, M.; Olivo; Peña; Puente; Quintanilla; Raymond; Ritter; Rodriguez; Rose; Solis; Strama; Thompson; Turner; Uresti; Veasey; Villarreal; Vo.

Present, not voting — Mr. Speaker(C).

Absent, Excused — Davis, J.; Herrero.

Absent — Oliveira.

### CSHB 2070 - VOTE RECONSIDERED

Representative Rose moved to reconsider the vote by which **CSHB 2070** was passed to engrossment.

The motion to reconsider prevailed.

### CSHB 2070 ON SECOND READING
### (by Rose and B. Cook)

**CSHB 2070**, A bill to be entitled An Act relating to a landowner's liability for injuries incurred during certain recreational activities.

Representative Rose moved to postpone consideration of **CSHB 2070** until 10 a.m. May 6.

The motion prevailed.

### HB 1986 ON SECOND READING
### (by Solomons)

**HB 1986**, A bill to be entitled An Act relating to the administration and powers of a coordinated county transportation authority.

**Amendment No. 1**

Representative Solomons offered the following amendment to **HB 1986**:

Amend **HB 1986** on page 2, line 18, between "(5)" and "operate", by inserting "acquire, construct, develop, plan, own,".

Amendment No. 1 was adopted.

**Amendment No. 2**

Representative Solomons offered the following amendment to **HB 1986**:

Amend **HB 1986** by striking SECTION 7 of the bill and renumbering subsequent SECTIONS of the bill as appropriate.

Amendment No. 2 was adopted.

**HB 1986**, as amended, was passed to engrossment. (In accordance with House Rule 5, Section 51(b), every member present must have favored passage of the measure, but any member may register their position with the journal clerk. Members registering votes are as follows: Keel, Leibowitz, and Rose recorded voting no.)

### CSHB 2799 ON SECOND READING
### (by Talton)

**CSHB 2799**, A bill to be entitled An Act relating to the removal of vehicles and property from a roadway in a political subdivision and to the authority of a political subdivision to establish a traffic incident management program.

**Amendment No. 1**

Representative Talton offered the following amendment to **CSHB 2799**:

Amend **CSHB 2799** as follows:

1.  On page 6, lines 15-16, delete subsection (i) and insert the following:

(i)  In connection with its traffic incident management program, a political subdivision shall not enter into any agreement that would:

(1)  monopolize any part of trade or commerce; or

(2)  have the effect of lessening competition substantially in any line of trade or commerce.

Amendment No. 1 was adopted.

**Amendment No. 2**

Representative Hill offered the following amendment to **CSHB 2799**:

Amend **CSHB 2799** by adding the following appropriately numbered sections to the bill and renumbering existing sections accordingly:

SECTION ___. Section 683.011(b), Transportation Code, is amended to read as follows:

(b) A law enforcement agency may use agency personnel, equipment, and facilities or contract for other personnel, equipment, and facilities to remove, preserve, [and] store, send notice regarding, and dispose of an abandoned motor vehicle, watercraft, or outboard motor taken into custody by the agency under this subchapter.

SECTION ___. Section 683.031(c), Transportation Code, is amended to read as follows:

(c) The garagekeeper shall report the abandonment of the motor vehicle to a law enforcement agency with jurisdiction where the vehicle is located or to the Department of Public Safety and shall pay a $10 [$5] fee to be used by the law enforcement agency for the cost of the notice required by this subchapter or other cost incurred in disposing of the vehicle. A fee paid to the Department of Public Safety shall be used to administer this chapter.

SECTION ___. Sections 683.034(a), (b), and (e), Transportation Code, are amended to read as follows:

(a) A law enforcement agency shall take into custody an abandoned vehicle left in a storage facility that has not been claimed in the period provided by the notice under Section 683.012. In this section, a law enforcement agency has custody if the agency:

(1) has physical custody of the vehicle;

(2) has given notice to the storage facility that the law enforcement agency intends to dispose of the vehicle under this section; or

(3) has received a report under Section 683.031(c) and the garagekeeper has met all of the requirements of that subsection.

(b) The law enforcement agency may use the vehicle as authorized by Section 683.016 or sell the vehicle at auction as provided by Section 683.014. If a vehicle is sold, the proceeds of the sale shall first be applied to a garagekeeper's charges for providing notice regarding the vehicle and for service, towing, impoundment, storage, and repair of the vehicle.

(e) If the law enforcement agency does not take the vehicle into custody before the 31st day after the date the vehicle was reported abandoned under Section 683.031 [notice is sent under Section 683.012]:

(1) the law enforcement agency may not take the vehicle into custody; and

(2) the storage facility may dispose of the vehicle under:

(A) Chapter 70, Property Code, except that notice under Section 683.012 satisfies the notice requirements of that chapter; or

(B) Chapter 2303, Occupations Code, if [:

[(i)] the storage facility is a vehicle storage facility [; and

[(ii) the vehicle is an abandoned nuisance vehicle].

SECTION ___. Section 685.004, Transportation Code, is amended to read as follows:

Sec. 685.004. JURISDICTION. [(a)] A hearing under this chapter shall be in the justice court having jurisdiction in the precinct in which the vehicle storage facility is located [is before the justice of the peace or a magistrate in whose jurisdiction is the location from which the vehicle was removed, except as provided by Subsection (b)].

[(b) In a municipality with a population of 1.9 million or more, a hearing under this chapter is before a judge of a municipal court in whose jurisdiction is the location from which the vehicle was removed.]

SECTION ___. Section 685.006, Transportation Code, is amended to read as follows:

Sec. 685.006. CONTENTS OF NOTICE. [(a)] The notice under Section 685.005 must include:

(1) a statement of:

(A) the person's right to submit a request within 14 days for a court hearing to determine whether probable cause existed to remove the vehicle;

(B) the information that a request for a hearing must contain; and

(C) any filing fee for the hearing;

(2) the name, address, and telephone number of the towing company that removed the vehicle;

(3) the name, address, and telephone number of the vehicle storage facility in which the vehicle was placed; [and]

(4) the name, address, and telephone number of the person, property owner, or law enforcement agency that authorized the removal of the vehicle; and

(5) the name, address, and telephone number of the justice court having jurisdiction in the precinct in which the vehicle storage facility is located [one or more of the appropriate magistrates as determined under Subsection (b)].

[(b) The notice must include the name, address, and telephone number of:

[(1) the municipal court of the municipality, if the towing company that removed the vehicle or the vehicle storage facility in which the vehicle was placed is located in a municipality; or

[(2) the justice of the peace of the precinct in which the towing company or the vehicle storage facility is located, if the towing company that removed the vehicle or the vehicle storage facility in which the vehicle was placed is not located in a municipality.]

SECTION ___. Section 685.008, Transportation Code, is amended to read as follows:

Sec. 685.008. FILING FEE AUTHORIZED. The court may charge a filing fee of $20 [$10] for a hearing under this chapter.

SECTION ___. Section 685.009, Transportation Code, is amended by amending Subsections (a) and (b) and adding Subsection (b-1) to read as follows:

(a) A hearing under this chapter shall be held before the 10th [seventh] working day after the date the court receives the request for the hearing.

(b) The court shall notify the person who requested the hearing and the person or law enforcement agency that authorized the removal of the vehicle of the date, time, and place of the hearing by registered or certified mail. The notice of the hearing to the person or law enforcement agency that authorized the removal of the vehicle shall include a copy of the request for hearing.

(b-1) At a hearing under this section:

(1)  the burden of proof is on the person who requested the hearing; and

(2)  hearsay evidence is admissible if it is considered otherwise reliable by the justice of the peace.

SECTION ___. Chapter 685, Transportation Code, is amended by adding Section 685.010 to read as follows:

Sec. 685.010. APPEAL. An appeal from a hearing under this chapter is governed by the rules of procedure applicable to civil cases in justice court, except that no appeal bond may be required by the court.

SECTION ___. Section 2303.152(a), Occupations Code, is amended to read as follows:

(a) Notice to the registered owner and the primary lienholder of a vehicle towed to a vehicle storage facility may be provided by publication in a newspaper of general circulation in the county in which the vehicle is stored if:

(1)  the vehicle is registered in another state;

(2)  the operator of the storage facility submits to the governmental entity with which the vehicle is registered a written request for information relating to the identity of the registered owner and any lienholder of record;

(3)  the identity of the registered owner cannot be determined;

(4)  the registration does not contain an address for the registered owner; or [and]

(5)  the operator of the storage facility cannot reasonably determine the identity and address of each lienholder.

SECTION ___. Section 2303.154, Occupations Code, is amended by adding Subsection (a-1) to read as follows:

(a-1) If a vehicle is not claimed by a person permitted to claim the vehicle before the 10th day after the date notice is mailed or published under Section 2303.151 or 2303.152, the operator of the vehicle storage facility shall consider the vehicle to be abandoned and send notice of abandonment to a law enforcement agency under Chapter 683, Transportation Code.

SECTION ___. Section 2303.155(f), Occupations Code, is amended to read as follows:

(f) The operator of a vehicle storage facility or governmental vehicle storage facility may not charge any [an] additional fee related to storage of the vehicle other than those fees set forth in this section or towing fees allowed under Chapter 643, Transportation Code [that is similar to a notification, impoundment, or administrative fee].

SECTION ___. Section 101.141(a), Government Code, is amended to read as follows:

(a)  A clerk of a justice court shall collect fees and costs as follows:

(1) additional court cost in certain civil cases to establish and maintain an alternative dispute resolution system, if authorized by the commissioners court of a county with a population of at least 2.5 million (Sec. 152.005, Civil Practice and Remedies Code) . . . not to exceed $3;

(2) additional filing fees:

(A) to fund Dallas County civil court facilities (Sec. 51.705, Government Code) . . . not more than $15; and

(B) for filing any civil action or proceeding requiring a filing fee, including an appeal, and on the filing of any counterclaim, cross-action, intervention, interpleader, or third-party action requiring a filing fee, to fund civil legal services for the indigent (Sec. 133.153, Local Government Code) . . . $2;

(3) for filing a suit in Comal County (Sec. 152.0522, Human Resources Code) . . . $1.50; and

(4) fee for hearing on probable cause for removal of a vehicle and placement in a storage facility if assessed by the court (Sec. 685.008, Transportation Code) . . . $20 [$10].

SECTION ___. Section 101.161, Government Code, is amended to read as follows:

Sec. 101.161. MUNICIPAL COURT FEES AND COSTS. The clerk of a municipal court may collect a fee for a hearing on probable cause for removal of a vehicle and placement in a storage facility if assessed by the court (Sec. 685.008, Transportation Code) . . . $20 [$10].

SECTION ___. Section 101.181, Government Code, is amended to read as follows:

Sec. 101.181. MUNICIPAL COURTS OF RECORD FEES AND COSTS. The clerk of a municipal court of record shall collect the following fees and costs:

(1) from an appellant, a transcript preparation fee (Sec. 30.00014, Government Code) . . . $25; and

(2) from an appellant in the City of El Paso, an appellate court docket fee (Sec. 30.00147, Government Code) . . . $25[; and

[(3) fee for hearing on probable cause for removal of a vehicle and placement in a storage facility if assessed by the court (Sec. 685.008, Transportation Code) . . . $10].

SECTION ___. The changes in law made by this Act to Chapters 683 and 685, Transportation Code, Chapter 2303, Occupations Code, and Chapter 101, Government Code, take effect September 1, 2005, and apply only to a removal or seizure of a vehicle that occurs on or after that date. The removal or seizure of a vehicle before September 1, 2005, is governed by the law in effect immediately before that date, and the former law is continued in effect for that purpose.

Amendment No. 2 was adopted.

**Amendment No. 3**

Representative Thompson offered the following amendment to **CSHB 2799**:

Amend **CSHB 2799** on page 6, between lines 16 and 17, insert the following:

(j)   A political subdivision may not enter into an agreement under Subsection (c) exclusively with one towing company.

Amendment No. 3 was adopted.

**CSHB 2799**, as amended, was passed to engrossment. (In accordance with House Rule 5, Section 51(b), every member present must have favored passage of the measure, but any member may register their position with the journal clerk. No members registered their position on this measure.)

### GENERAL STATE CALENDAR
### SENATE BILLS
### SECOND READING

The following bills were laid before the house and read second time:

### SB 571 ON SECOND READING
### (Homer - House Sponsor)

**SB 571**, A bill to be entitled An Act relating to the hours of sale and consumption of wine at a winery.

**Amendment No. 1**

Representative Laubenberg offered the following amendment to **SB 571**:

Amend **SB 571** by adding the following appropriately numbered section to the bill and renumbering the subsequent sections as appropriate:

SECTION ___. Section 16.011, Alcoholic Beverage Code, is amended to read as follows:

Sec. 16.011.  PREMISES IN DRY AREA.  (a)  A winery permit may be issued for premises in an area in which the sale of wine has not been authorized by a local option election. A holder of a permit under this section may engage in any activity authorized under Section 16.01 except that the permit holder may sell or dispense wine under that section only if the wine is:

(1)  manufactured in this state; and

(2)  at least 50 [75] percent by volume fermented juice of grapes or other fruit grown in this state.

(b)  The commissioner of agriculture may reduce the percentage by volume of fermented juice of grapes or other fruit grown in this state that wine must contain under this section if the commissioner determines, after notice and a hearing, that the availability and condition of those crops grown in this state justify the reduction.

Amendment No. 1 was withdrawn.

**SB 571** was passed to third reading. (In accordance with House Rule 5, Section 51(b), every member present must have favored passage of the measure, but any member may register their position with the journal clerk. Members registering votes are as follows: Bohac, B. Brown, Crabb, Harper-Brown, Howard, Jackson, B. Keffer, Miller, Talton, and Wong recorded voting no.)

## HB 3179 - RECOMMITTED

Representative P. King moved to recommit **HB 3179** to the Committee on Regulated Industries.

The motion prevailed.

## COMMITTEES GRANTED PERMISSION TO MEET

Representative P. King requested permission for the Committee on Regulated Industries to meet while the house is in session, during bill referral, in E2.018, for a formal meeting, to consider **HB 3179** and pending business.

Permission to meet was granted.

Representative Woolley requested permission for the Committee on Calendars to meet while the house is in session, during bill referral today, in 3W.9, for a formal meeting, to consider the calendar.

Permission to meet was granted.

Representative Solomons requested permission for the Committee on Financial Institutions to meet while the house is in session, during bill referral, in E2.012, for a formal meeting, to consider **SB 988**.

Permission to meet was granted.

## FIVE DAY POSTING RULE SUSPENDED

Representative Talton moved to suspend the five day posting rule to allow the Committee on Urban Affairs to consider **SB 879** and other previously posted bills during the regular committee hearing tomorrow.

The motion prevailed.

Representative Keel moved to suspend the five day posting rule and all necessary rules to allow the Committee on Criminal Jurisprudence, Subcommittee on Procedure, to consider **HB 1245, HB 2502,** and **HB 2504** at 2 p.m. or upon adjournment May 4 in E2.010.

The motion prevailed.

Representative Smithee moved to suspend the five day posting rule and all necessary rules to allow the Committee on Insurance to consider **HB 3039** upon adjournment today in E2.026.

The motion prevailed.

Representative Grusendorf moved to suspend the five day posting rule to allow the Committee on Public Education to consider **HB 451** on Tuesday, May 3.

The motion prevailed.

Representative Delisi moved to suspend the five day posting rule to allow the Committee on Public Health to consider **HB 122** at the previously posted hearing on Wednesday, May 4.

The motion prevailed.

### COMMITTEE MEETING ANNOUNCEMENTS

The following committee meetings were announced:

Corrections, upon final adjournment today, Desk 50, for a formal meeting, to consider pending legislation.

Licensing and Administrative Procedures, upon final adjournment today, Desk 99, for a formal meeting, to consider **HB 1649**.

Regulated Industries, during bill referral today, E2.018, for a formal meeting, to consider **HB 3179** and pending business.

Urban Affairs, 8 a.m. tomorrow, E1.026, for a public hearing, to consider **SB 879** and previously posted bills.

Calendars, during bill referral today, 3W.9, for a formal meeting, to consider the calendar.

Public Education, 2 p.m. or upon final adjournment tomorrow, E2.036, for a public hearing, to consider **HB 451** and posted bills.

Financial Institutions, during bill referral today, E2.012, for a formal meeting, to consider **SB 988**.

Land and Resource Management, upon adjournment today, Desk 74, for a formal meeting, to consider **HB 2833** and pending business.

Juvenile Justice and Family Issues, upon final adjournment today, Desk 115, for a formal meeting, to consider pending business.

### PROVIDING FOR ADJOURNMENT

Representative Harper-Brown moved that, at the conclusion of the reading of bills and resolutions on first reading and referral to committees, the house adjourn until 10 a.m. tomorrow.

The motion prevailed.

### BILLS AND JOINT RESOLUTIONS ON FIRST READING
### AND REFERRAL TO COMMITTEES
### RESOLUTIONS REFERRED TO COMMITTEES

Bills and joint resolutions were at this time laid before the house, read first time, and referred to committees. Resolutions were at this time laid before the house and referred to committees. (See the addendum to the daily journal, Referred to Committees, List No. 1.)

(Geren in the chair)

### ADJOURNMENT

In accordance with a previous motion, the house, at 5:24 p.m., adjourned until 10 a.m. tomorrow.

---

## ADDENDUM

## REFERRED TO COMMITTEES

The following bills and joint resolutions were today laid before the house, read first time, and referred to committees, and the following resolutions were today laid before the house and referred to committees. If indicated, the chair today corrected the referral of the following measures:

**List No. 1**

**HB 3578** (By Hegar), Relating to the creation of the Fort Bend County Municipal Utility District No. 178; providing authority to impose a tax and issue bonds; granting the power of eminent domain.
    To Natural Resources.

**HB 3579** (By Hegar), Relating to the creation of the Fort Bend County Municipal Utility District No. 182; providing authority to impose a tax and issue bonds; granting the power of eminent domain.
    To Natural Resources.

**HB 3580** (By Hegar), Relating to the creation of the Fort Bend County Municipal Utility District No. 181; providing authority to impose a tax and issue bonds; granting the power of eminent domain.
    To Natural Resources.

**HB 3581** (By Taylor), Relating to the creation of the Dickinson Management District No. 1; providing authority to impose an assessment, impose a tax, and issue bonds.
    To Urban Affairs.

**HB 3582** (By B. Brown), Relating to the Kingsborough Municipal Utility District Nos. 1, 2, 3, 4, and 5 of Kaufman County.
    To Natural Resources.

**HB 3583** (By Van Arsdale), Relating to the creation of the Harris County Municipal Utility District No. 464; providing authority to impose a tax and issue bonds; granting the power of eminent domain.
    To Natural Resources.

**HB 3584** (By Van Arsdale), Relating to the creation of the Harris County Municipal Utility District No. 465; providing authority to impose a tax and issue bonds; granting the power of eminent domain.
    To Natural Resources.

**HB 3585** (By Laubenberg), Relating to the validation, annexation, powers, and duties of the Parker Creek Municipal Utility District of Rockwall County; providing authority to impose a tax and issue bonds; granting the power of eminent domain.
    To Natural Resources.

**HB 3586** (By Krusee), Relating to the creation of the Williamson County Municipal Utility District No. 22; providing authority to impose a tax and issue bonds; granting the power of eminent domain.

To Natural Resources.

**HCR 1** (By McClendon, Hamric, and Krusee), Memorializing Congress to eliminate the Medicaid Estate Recovery Program.

To Public Health.

**HCR 2** (By Craddick), In memory of U.S. Army Sergeant Brian Baker.

To Rules and Resolutions.

**HCR 5** (By Alonzo), Honoring the Texas Dental Association and Texas Dentists for Healthy Smiles for providing access to dental care to Texans in need through the Texas Mission of Mercy.

To Rules and Resolutions.

**HCR 6** (By Truitt), Designating January 17, 2006, as 112th Cavalry Day on the 60th anniversary of the group's deactivation.

To Rules and Resolutions.

**HCR 7** (By R. Cook, Chisum, McReynolds, Hardcastle, and Casteel), Memorializing Congress to preserve the community development block grant program and its funding at the U.S. Department of Housing and Urban Development.

To Urban Affairs.

**HCR 150** (By Baxter), Designating July 1, 2005, as Leukemia and Lymphoma Awareness Day in Texas and congratulating the Leukemia and Lymphoma Society on the establishment of its Central Texas chapter.

To Rules and Resolutions.

**HCR 156** (By Nixon, Hochberg, Naishtat, and Straus), Commemorating Holocaust Remembrance Day on May 9, 2005.

To Rules and Resolutions.

**HCR 157** (By Hilderbran), Directing the Texas Building and Procurement Commission to have a Texas Youth Commission facility in San Saba County named after John Shero.

To State Affairs.

**HCR 158** (By Hupp), Honoring Lampasas County on the occasion of its 150th anniversary.

To Rules and Resolutions.

**HCR 159** (By P. King), Welcoming the World Congress on Information Technology to Austin in May 2006.

To Rules and Resolutions.

**HR 1333** (By Keel), Honoring Vivian Leigh Lewis of Austin for 30 years of service as a social worker.

To Rules and Resolutions.

**HR 1338** (By Hughes), Commending Brother James Renfro, Sr., for his 50 years of service as a minister.

To Rules and Resolutions.

**HR 1339** (By Hughes), Honoring Karla Tate Doss on her retirement from the U.S. District Clerk's Office for the Eastern District of Texas, Marshall Division.

To Rules and Resolutions.

**HR 1340** (By Hughes), In memory of Dr. William Howard Wisner of Mineola.

To Rules and Resolutions.

**HR 1341** (By Hopson), Honoring Lauren Pierce on being named the 2005 Cherokee County Junior Livestock Show Queen.

To Rules and Resolutions.

**HR 1342** (By Hopson), Honoring Kyle Stacy of Jacksonville for his heroism.

To Rules and Resolutions.

**HR 1343** (By Hopson), Honoring Faith Smith of Jacksonville for her heroism.

To Rules and Resolutions.

**HR 1347** (By F. Brown, Dukes, et al.), Honoring the students from the Texas A&M Public Policy Internship Program on their service throughout the 79th Legislature.

To Rules and Resolutions.

**HR 1350** (By Alonzo), Honoring John Parker of Dallas on the occasion of his retirement from Sunset High School.

To Rules and Resolutions.

**HR 1351** (By Alonzo), Recognizing the Grand Prairie Cinco de Mayo Celebration.

To Rules and Resolutions.

**HR 1352** (By Alonzo), Commemorating Cinco de Mayo, 2005.

To Rules and Resolutions.

**HR 1354** (By Martinez), Honoring Enrique Gonzales on his retirement as assistant chief of the Weslaco Police Department.

To Rules and Resolutions.

**HR 1356** (By Gattis), Congratulating L. C. Richards of Rockdale on being named the 10,000th Professional Miner.

To Rules and Resolutions.

**HR 1358** (By Bonnen), Honoring Jeffrey Effenberger of Sweeny on his receipt of the 2004 Rural Heroism Award from the Texas Department of Agriculture.

To Rules and Resolutions.

**HR 1359** (By Eissler), In memory of Virgil Dugan of Tomball.
To Rules and Resolutions.

**HR 1360** (By Hopson), Honoring Larry Morgan on his service to the Jacksonville community as president of the city's chamber of commerce and chief executive officer of economic development.
To Rules and Resolutions.

**HR 1361** (By Hopson), In memory of Eleanor Helen Liebscher Nau of Austin.
To Rules and Resolutions.

**HR 1362** (By Hopson), Commemorating the 50th anniversary of the David Crockett Chapter of the Daughters of the Republic of Texas on May 5, 2005.
To Rules and Resolutions.

**HR 1363** (By Farabee), Honoring Lila Arnold of Jefferson Elementary on being named the Wichita Falls Independent School District Teacher of the Year for 2005.
To Rules and Resolutions.

**HR 1364** (By T. King), In memory of Senior Patrol Agent Travis Wayne Attaway of the U.S. Border Patrol.
To Rules and Resolutions.

**HR 1365** (By T. King), In memory of Senior Patrol Agent Jeremy Wilson of the U.S. Border Patrol.
To Rules and Resolutions.

**HR 1367** (By Miller), Honoring the United States Army III Corps for its long history of valiant service to this nation.
To Rules and Resolutions.

**HR 1369** (By Hunter, Solis, Griggs, McReynolds, and Laney), Honoring Bobby Morrow on the golden anniversary of his three gold medal victories in the Olympic Games in Melbourne, Australia.
To Rules and Resolutions.

**HR 1370** (By Bailey), In memory of Joe Grady Moore, Jr., of Austin.
To Rules and Resolutions.

**HR 1371** (By Giddings), Commending Alaa Yousef of DeSoto for earning a 2004-2005 Girl Scout Gold Award.
To Rules and Resolutions.

**HR 1374** (By Escobar), In memory of Dr. Joseph Montgomery-Davis of Raymondville.
To Rules and Resolutions.

**HR 1375** (By R. Cook), In memory of Ronald Lee Kellett of Rockport.
To Rules and Resolutions.

**HR 1376** (By Grusendorf), Commending the Texas Education Agency and the Ministry of Education in Spain.
To Rules and Resolutions.

**HR 1378** (By Frost), Congratulating Becky Pierce on being named the Texas Nursing Student of the Year.

To Rules and Resolutions.

**HR 1380** (By Quintanilla), In memory of Mary Alice Province of Horizon City.

To Rules and Resolutions.

**HR 1381** (By Quintanilla), In memory of Christopher Angel Reyes of Fabens.

To Rules and Resolutions.

**HR 1382** (By Quintanilla), In memory of Ramon Gutierrez.

To Rules and Resolutions.

**HR 1383** (By Quintanilla), In memory of Louie Manuel Lara of El Paso.

To Rules and Resolutions.

**HR 1384** (By Quintanilla), In memory of Rosario Parada of San Elizario.

To Rules and Resolutions.

**HR 1385** (By Quintanilla), In memory of Margarita C. Godoy of San Elizario.

To Rules and Resolutions.

**HR 1386** (By Quintanilla), In memory of Jose Guadalupe Payan of El Paso.

To Rules and Resolutions.

**HR 1387** (By Quintanilla), In memory of Frank "Topi" Rodriguez of Fabens.

To Rules and Resolutions.

**HR 1388** (By Uresti), Recognizing the Texas recipients of the Medal of Honor and the Family and Friends of the Congressional Medal of Honor.

To Rules and Resolutions.

**HR 1389** (By Wong), In memory of Tena Loverde Ferrara of Houston.

To Rules and Resolutions.

**HR 1390** (By Wong), In memory of Carl Albert Munson, Jr., of Georgetown and Houston.

To Rules and Resolutions.

**HR 1391** (By Raymond), Recognizing District Attorney Joe Rubio for his outstanding service to Laredo.

To Rules and Resolutions.

**HR 1392** (By Flynn), Honoring the Sand Flat and Richland Schools in Rains County on the occasion of the May 7, 2005, reunion of former students, teachers, parents, and friends.

To Rules and Resolutions.

**HR 1393** (By Flynn), Honoring John and Mary Peden of Van on the occasion of their 50th wedding anniversary.

To Rules and Resolutions.

**HR 1394** (By Flynn), Congratulating the Texas A&M–Commerce Lions basketball team on its outstanding season.

To Rules and Resolutions.

**HR 1395** (By Giddings), Congratulating William T. Solomon on his receipt of the 76th Annual Linz Award.

To Rules and Resolutions.

**HR 1396** (By Bohac), In memory of Athalene M. Griffin.

To Rules and Resolutions.

**HR 1397** (By Solomons), Recognizing October 31-November 4, 2005, and November 6-10, 2006, as Municipal Courts Week in Texas.

To Rules and Resolutions.

**HR 1398** (By Craddick), Honoring Arvin and Betty Kilpatrick of Midland on their 50th wedding anniversary.

To Rules and Resolutions.

**HR 1399** (By Craddick), Congratulating Rachel and Gene Abbott of Midland on their 55th wedding anniversary.

To Rules and Resolutions.

**HR 1400** (By Wong), Honoring the birth of Natalie Caitlin Gee to Andy and Cindy Gee of Houston.

To Rules and Resolutions.

**HR 1402** (By Krusee), In memory of Jerry Leroy Mehevec of Taylor.

To Rules and Resolutions.

**HR 1403** (By Gonzales), In memory of Jeffry Forrest Fitch of McAllen.

To Rules and Resolutions.

**HR 1404** (By Castro), Honoring Master Sergeant Janet M. Schwanke of San Antonio on the occasion of her retirement from the United States Air Force.

To Rules and Resolutions.

**HR 1405** (By Naishtat), In memory of Jesse Chambers of Austin.

To Rules and Resolutions.

**HR 1406** (By Naishtat), Recognizing May 4, 2005, as Children's Mental Health Summit Day in Central Texas.

To Rules and Resolutions.

**HR 1407** (By Naishtat), Commending Pillow Elementary School on being named a national Blue Ribbon School.

To Rules and Resolutions.

**HR 1408** (By McClendon), Celebrating the 70th birthday of Josephine Elois Davis Hadley of San Antonio.

To Rules and Resolutions.

**HR 1409** (By Martinez), Honoring U.S. Army First Sergeant Leonel Garcia, Jr., of Mercedes for his service to his country.

To Rules and Resolutions.

**HR 1411** (By Driver), Honoring Officer Bobby Jenkins of the Rowlett Police Department for his heroism.

To Rules and Resolutions.

**HR 1412** (By Strama), Honoring public employees during Public Service Recognition Week, May 2-8, 2005.

To Rules and Resolutions.

**HR 1414** (By Quintanilla), In memory of Jose Maria Zambrano of El Paso.

To Rules and Resolutions.

**HR 1415** (By Y. Davis), Honoring Ola Mae Archie Williams of Dallas on her recognition as a Godly Woman–Living Legacy by the Women and Girls' Conference of the Missionary Baptist General Convention of Texas.

To Rules and Resolutions.

**HR 1416** (By Dutton), Honoring Arthur C. Lilly of Houston for his accomplishments as an educator and community leader.

To Rules and Resolutions.

**HR 1417** (By Dutton), Congratulating Houston Style Magazine on the occasion of its Thirty Under 30 party celebrating the magazine's 15th anniversary.

To Rules and Resolutions.

**HR 1420** (By Grusendorf), Recognizing J. Mathew "Matt" Ross of Garland for his service to Representative Kent Grusendorf during the 79th Legislative Session.

To Rules and Resolutions.

**HR 1421** (By Grusendorf), Recognizing Daniel "Danny" E. Gonzalez of Cypress for his service to Representative Kent Grusendorf during the 79th Legislative Session.

To Rules and Resolutions.

**HR 1422** (By Grusendorf), Recognizing Alexandra "Alex" Kier of Arlington for her service to Representative Kent Grusendorf during the 79th Legislative Session.

To Rules and Resolutions.

**HR 1423** (By Grusendorf), Recognizing Christine Olivia Nguyen of Houston for her service to Representative Kent Grusendorf during the 79th Legislative Session.

To Rules and Resolutions.

**HR 1424** (By Grusendorf), Recognizing Berkley Barnes Scroggins of Fredricksburg for his service to Representative Kent Grusendorf during the 79th Legislative Session.

To Rules and Resolutions.

**HR 1425** (By Grusendorf), Recognizing Margaret "Meg" Clifford of Austin for her service to Representative Kent Grusendorf during the 79th Legislative Session.

To Rules and Resolutions.

**HR 1426** (By Grusendorf), Recognizing Doug Williams for his service to Representative Kent Grusendorf during the 79th Legislative Session.

To Rules and Resolutions.

**HR 1427** (By Baxter), Honoring the fifth-grade teachers at Cedar Creek Elementary School in Austin.

To Rules and Resolutions.

**SB 15** to Civil Practices.

**SB 39** to Higher Education.

**SB 66** to Law Enforcement.

**SB 93** to Environmental Regulation.

**SB 99** to Business and Industry.

**SB 100** to Business and Industry.

**SB 132** to Higher Education.

**SB 151** to Higher Education.

**SB 247** to Public Health.

**SB 330** to Public Health.

**SB 343** to Natural Resources.

**SB 362** to Business and Industry.

**SB 411** to Government Reform.

**SB 419** to Public Health.

**SB 440** to Criminal Jurisprudence.

**SB 444** to Business and Industry.

**SB 448** to Higher Education.

**SB 449** to Insurance.

**SB 465** to Human Services.

**SB 474** to Public Education.

**SB 532** to Higher Education.

**SB 533** to Regulated Industries.

**SB 567** to Ways and Means.

**SB 601** to Public Health.

**SB 629** to Business and Industry.

**SB 684** to Border and International Affairs.

**SB 737** to Transportation.

**SB 784** to Border and International Affairs.

**SB 785** to Environmental Regulation.

**SB 788** to Economic Development.

**SB 809** to State Affairs.

**SB 825** to Government Reform.

**SB 867** to Ways and Means.

**SB 896** to Elections.

**SB 912** to Corrections.

**SB 920** to Economic Development.

**SB 927** to Higher Education.

**SB 928** to Higher Education.

**SB 929** to Higher Education.

**SB 957** to Licensing and Administrative Procedures.

**SB 962** to Public Education.

**SB 967** to Natural Resources.

**SB 982** to Government Reform.

**SB 998** to Economic Development.

**SB 1000** to Public Health.

**SB 1005** to Criminal Jurisprudence.

**SB 1011** to Elections.

**SB 1013** to County Affairs.

**SB 1022** to Urban Affairs.

**SB 1026** to County Affairs.

**SB 1027** to County Affairs.

**SB 1045** to Natural Resources.

**SB 1055** to Human Services.

**SB 1063** to Natural Resources.

**SB 1064** to Natural Resources.

**SB 1081** to State Affairs.

**SB 1096** to Economic Development.

**SB 1113** to Public Health.

**SB 1118** to Higher Education.

**SB 1125** to Criminal Jurisprudence.

**SB 1130** to Energy Resources.

**SB 1133** to State Affairs.

**SB 1139** to Government Reform.

**SB 1143** to Financial Institutions.

**SB 1153** to Juvenile Justice and Family Issues.

**SB 1173** to Financial Institutions.

**SB 1185** to Higher Education.

**SB 1186** to Business and Industry.

**SB 1188** to Public Health.

**SB 1189** to Judiciary.

**SB 1192** to Culture, Recreation, and Tourism.

**SB 1193** to Higher Education.

**SB 1195** to Law Enforcement.

**SB 1205** to Local Government Ways and Means.

**SB 1226** to Higher Education.

**SB 1229** to Economic Development.

**SB 1230** to Economic Development.

**SB 1238** to Public Health.

**SB 1239** to Public Health.

**SB 1247** to Higher Education.

**SB 1250** to Appropriations.

**SB 1255** to Licensing and Administrative Procedures.

**SB 1271** to Culture, Recreation, and Tourism.

**SB 1273** to Land and Resource Management.

**SB 1281** to Environmental Regulation.

**SB 1282** to Insurance.

**SB 1307** to Juvenile Justice and Family Issues.

**SB 1318** to Local Government Ways and Means.

**SB 1323** to Insurance.

**SB 1328** to Public Health.

**SB 1331** to Licensing and Administrative Procedures.

**SB 1336** to Transportation.

**SB 1340** to Public Health.

**SB 1341** to Urban Affairs.

**SB 1354** to Environmental Regulation.

**SB 1374** to Public Education.

**SB 1393** to Public Education.

**SB 1395** to Public Education.

**SB 1408** to Economic Development.

**SB 1425** to Judiciary.

**SB 1428** to Agriculture and Livestock.

**SB 1434** to Local Government Ways and Means.

**SB 1436** to County Affairs.

**SB 1446** to Public Education.

**SB 1448** to Insurance.

**SB 1454** to Licensing and Administrative Procedures.

**SB 1455** to Land and Resource Management.

**SB 1457** to Urban Affairs.

**SB 1459** to Judiciary.

**SB 1461** to Law Enforcement.

**SB 1464** to Regulated Industries.

**SB 1465** to Public Health.

**SB 1471** to Licensing and Administrative Procedures.

**SB 1472** to Licensing and Administrative Procedures.

**SB 1473** to Law Enforcement.

### SIGNED BY THE SPEAKER

The following bills and resolutions were today signed in the presence of the house by the speaker:

**House List No. 34**

**HCR 3**

**Senate List No. 13**

**SB 129**, **SB 177**, **SB 407**, **SB 541**, **SB 574**, **SB 692**, **SB 693**, **SB 766**, **SB 796**, **SB 1342**, **SCR 20**, **SCR 26**, **SCR 28**

### MESSAGES FROM THE SENATE

The following messages from the senate were today received by the house:

**Message No. 1**

MESSAGE FROM THE SENATE
SENATE CHAMBER
Austin, Texas
Monday, May 2, 2005

The Honorable Speaker of the House
House Chamber
Austin, Texas

Mr. Speaker:

I am directed by the senate to inform the house that the senate has taken the following action:

THE SENATE HAS PASSED THE FOLLOWING MEASURES:

**HB 762**             Nixon             SPONSOR: Ellis
Relating to the solicitation by state officers and employees of and recommendations regarding contributions to charitable organizations and governmental entities.
(AMENDED)

**HCR 148**           Krusee            SPONSOR: Wentworth
Designating the Texas Round-Up 10K as the Official 10K of Texas.

**SB 3**               Armbrister
Relating to the development and management of the water resources of the state, including the creation of a groundwater conservation district; imposing fees and providing penalties.

**SB 31**              Zaffirini
Relating to the creation of a work-study student mentorship program at certain institutions of higher education and to certain student financial aid program requirements.

**SB 121**             Duncan
Relating to a requestor's right of access to investment information of governmental bodies.

**SB 179**             Wentworth
Relating to retirement benefits for visiting judges.

**SB 190**             Zaffirini
Relating to the operation of the Texas School for the Deaf.

**SB 305**             Armbrister
Relating to the licensing and regulation of glass technicians; providing administrative penalties.

**SB 674**             West, Royce
Relating to limiting the use of customers' social security numbers by persons; providing a civil penalty.

**SB 728**                    Wentworth

Relating to the liability of certain entities that enter agreements with a metropolitan rapid transit authority.

**SB 990**                    Janek

Relating to a training and examination program on sexual abuse and child molestation for certain persons who work at youth camps.

**SB 1050**                    Van de Putte

Relating to the promotional system for municipal civil service fire fighters.

**SB 1102**                    Jackson, Mike

Relating to the establishment of a program by the Department of Agriculture to make grants to farmers and diverters who provide agricultural biomass to facilities that convert biomass to electrical energy.

**SB 1302**                    Seliger

Relating to the Ector County Hospital District.

**SB 1311**                    Hinojosa

Relating to the establishment of an off-highway vehicle trail and recreational area program; providing a penalty.

**SB 1410**                    Lucio

Relating to the appointment of attorneys ad litem.

**SB 1748**                    Fraser

Relating to the development and provision of broadband over electric delivery systems and the development of enhanced electric delivery systems.

**SB 1850**                    Gallegos

Relating to the regulation of certain businesses that sell beer or beer and wine in certain counties; providing an administrative penalty.

THE SENATE HAS CONCURRED IN HOUSE AMENDMENTS TO THE FOLLOWING MEASURES:

**SB 407**                    (29 Yeas, 0 Nays)

**SB 574**                    (28 Yeas, 1 Nay)

Respectfully,
Patsy Spaw
Secretary of the Senate

**Message No. 2**

MESSAGE FROM THE SENATE
SENATE CHAMBER
Austin, Texas
Monday, May 2, 2005 - 2

The Honorable Speaker of the House
House Chamber
Austin, Texas

Mr. Speaker:

I am directed by the senate to inform the house that the senate has taken the following action:

THE SENATE HAS PASSED THE FOLLOWING MEASURES:

**HCR 136**          Kuempel          SPONSOR: Wentworth

Designating May 2005 as Texas Natural Resources Month.

Respectfully,
Patsy Spaw
Secretary of the Senate

**Message No. 3**

MESSAGE FROM THE SENATE
SENATE CHAMBER
Austin, Texas
Monday, May 2, 2005 - 3

The Honorable Speaker of the House
House Chamber
Austin, Texas

Mr. Speaker:

I am directed by the senate to inform the house that the senate has taken the following action:

THE SENATE HAS PASSED THE FOLLOWING MEASURES:

**HB 965**          Haggerty          SPONSOR: Jackson

Relating to a prohibition on the regulation of emissions from certain residential water heaters.
(AMENDED)

Respectfully,
Patsy Spaw
Secretary of the Senate

---

# APPENDIX

## STANDING COMMITTEE REPORTS

Favorable reports have been filed by committees as follows:

**April 29**

Agriculture and Livestock - **SB 248**, **SB 1137**

Border and International Affairs - **HB 3426**

Business and Industry - **SB 446**

Civil Practices - **SB 334**

County Affairs - **HB 2848**

Criminal Jurisprudence - **HB 489**

Defense Affairs and State-Federal Relations - **HB 1853**, **HB 3302**

Economic Development - **HB 558**, **HB 2122**, **HB 2716**

Elections - **HB 1268**, **HB 1270**, **HB 2151**, **HB 2339**

Energy Resources - **HB 1816**

Environmental Regulation - **HB 580**, **HB 1821**, **SB 1297**

Higher Education - **HB 487**, **HB 530**, **HB 609**, **HB 776**, **HB 1102**

Human Services - **HB 2188**, **HB 2572**, **HB 3327**, **SB 46**

Insurance - **HB 407**, **HB 1532**, **HB 1744**, **HB 1892**, **SB 155**, **SB 500**

Judiciary - **HB 1472**, **SB 241**

Juvenile Justice and Family Issues - **HB 209**, **HB 401**, **HB 1120**, **HB 1449**, **HB 2099**, **HB 3045**

Law Enforcement - **HB 582**, **HB 1583**, **HB 3140**

Natural Resources - **HB 2431**, **HB 2432**, **HB 2639**, **HB 2914**, **HB 2916**, **HB 3478**, **HB 3487**, **HB 3509**, **HB 3512**, **HB 3520**, **HB 3527**, **SB 839**

Pensions and Investments - **HB 1474**, **HB 2945**, **HB 3125**, **HB 3169**, **SB 310**, **SB 522**

Public Education - **HB 11**, **HB 661**, **HB 902**, **HB 1111**, **HB 1826**, **HB 3297**

Public Health - **SB 424**, **SB 1211**

Regulated Industries - **HB 3179**

State Affairs - **HB 1212**, **HB 1330**, **HB 2698**, **HB 2699**

Transportation - **HB 1885**, **HB 1988**, **HB 2496**, **HB 3465**, **SB 573**, **SB 619**

## ENGROSSED

**April 29** - **HB 161**, **HB 261**, **HB 312**, **HB 381**, **HB 505**, **HB 525**, **HB 616**, **HB 703**, **HB 788**, **HB 831**, **HB 841**, **HB 853**, **HB 857**, **HB 868**, **HB 877**, **HB 989**, **HB 1244**, **HB 1274**, **HB 1345**, **HB 1398**, **HB 1403**, **HB 1409**, **HB 1455**, **HB 1508**, **HB 1589**, **HB 1606**, **HB 1647**, **HB 1653**, **HB 1659**, **HB 1893**, **HB 2037**, **HB 2045**, **HB 2068**, **HB 2069**, **HB 2223**, **HB 2293**, **HB 2322**, **HB 2374**, **HB 2414**, **HB 2466**, **HB 2491**, **HB 2511**, **HB 2574**, **HB 2622**, **HB 2671**, **HB 2677**, **HB 2746**, **HB 2806**, **HB 2807**, **HB 2900**, **HB 2918**, **HB 3113**, **HB 3163**, **HB 3227**, **HB 3262**, **HB 3263**, **HB 3469**, **HB 3485**

## ENROLLED

**April 29** - **HB 67**, **HB 423**, **HB 1657**, **HB 1815**

**SIGNED BY THE GOVERNOR**

**April 29** - **HCR 10**, **HCR 141**, **HCR 142**

JA_008782

1

TEXAS HOUSE OF REPRESENTATIVES

MAY 3, 2005

PT. 1

TX_00212499

2

1           THE SPEAKER:  Have all voted?  Being 125

2    ayes, 11 nays, House Bill 1900 passed engrossment

3           The Chair lays out on third reading House

4    Bill 1706.  The clerk read the bill.

5           THE CLERK:  HB 1706 by Denny, relating to

6    require a voter to present proof of identification.

7           THE SPEAKER:  The Chair recognizes

8    Ms. Denny.

9           REPRESENTATIVE DENNY:  Thank you,

10   Mr. Speaker, Members.  This is the bill we passed

11   yesterday requiring proof of identification when

12   offering to vote in person.

13           I move passage and we do have a couple of

14   Amendments.

15           THE SPEAKER:  The following Amendment.  The

16   clerk will read the Amendment.

17           REPRESENTATIVE VEASEY:  Mr. Speaker.

18           THE SPEAKER:  Mr. Veasey, for what purpose?

19           REPRESENTATIVE VEASEY:  Does the gentlelady

20   yield?

21           THE SPEAKER:  The lady does not have the

22   floor.  Do not have an Amendment.

23           THE CLERK:  Amendment by Leibowitz.

24           THE SPEAKER:  The Chair recognizes

25   Mr. Leibowitz.

TX_00212500

3

1          REPRESENTATIVE LEIBOWITZ:  Mr. Speaker,

2     Members, my Amendment simply says that if someone is

3     85 years or over as of the day that they go to vote,

4     that they should be exempted from having to deal with

5     the two proofs of identification issue.

6               And let me tell you briefly why I'm

7     proposing this Amendment:  My mother's 85 years old.

8     She raised 12 children.  She's never driven in her life.

9     She made a lot of sacrifices for us, and I oftentimes

10    say that she's already earned her halo for all the

11    sacrifices she's made for us.

12              When my dad passed away in the mid '80s

13    everyone wanted her and she went to live with one of my

14    brother's in Houston.  She doesn't have a utility bill.

15    She doesn't have a phone bill.  She has no credit cards.

16    She has no driver's license.  And she has no picture ID.

17              So she's been voting all of her life and

18    this bill says that she's going to not be able to do

19    that.

20              Secondly, my father was a veteran of World

21    War II.  He's buried at the Port Sam Houston National

22    Cemetery.  And I can assure you that when he went to

23    volunteer to fight in World War II, that they didn't

24    tell him, "No, son, you need to present two proofs of

25    identification before we're going to let you join to

1    fight against the Nazi Germany and against Japan."

2              What I'm saying is we have 85-year old

3    folks that are elderly, they're febrile.  Some of them

4    have to catch a ride from a neighbor in order to get to

5    the polls and, you know, the veterans who shed they're

6    blood and died for us on Omaha Beach.  And the ones who

7    died at Normandie -- they didn't have to present two

8    proofs of IDs before they were allowed to make that

9    sacrifice.

10              Lastly, if you look at some of the rural

11   counties in the state of Texas, I asked my Chief of

12   Staff to look at this and to tell me if there's some

13   cities that are far away in terms of mileage from the

14   county seat.

15              And they came up with one, and

16   coincidentally it was Brewster County La Morita, a town

17   in Brewster County is 95 miles from Alpine, which is the

18   county seat.

19              So if there's a elderly person who hitched

20   a ride to the polls to vote in an election, then they're

21   going to have to go back home.  They're going to have to

22   get some proofs of ID and travel 95 miles to Alpine in

23   order to get their provisional ballot to count.

24              And my point respectfully is:  When these

25   guys went, these gentlemen fought in World War II, we

5

1   didn't ask them for proofs of ID before they joined and

2   now we're going to question their honesty?  We're going

3   to question their integrity?  We're going to question

4   their character?  And if they don't have two proofs of

5   ID, they're going to be turned away?

6              And I respectfully request that you all

7   give due consideration to allow anyone who's 85 years of

8   age and over to not have to abide by this new obligation

9   of coming up with two proofs of identification.

10             THE SPEAKER:  The Chair recognizes

11  Ms. Denny.

12             REPRESENTATIVE DENNY:  Thank you,

13  Mr. Speaker.  I respectfully move to table this

14  Amendment.  We're not discriminating in age in any way

15  anybody by separating any age group out here.

16             We're going to require an ID of every

17  voter, whether it be the photo ID or two forms of

18  non-photo ID.  I don't think it's asking too much of any

19  voter to show us that they're who they say they are.

20             The requirements are in place for people

21  that are over 65 to be able to vote-by-mail and that

22  does not change.

23             So I move to table this Amendment.

24             THE SPEAKER:  The Chair recognizes

25  Mr. Leibowitz to close.

TX_00212503

6

1            REPRESENTATIVE LEIBOWITZ:  Thank you,

2    Mr. Speaker.

3            Members, I sincerely believe that we do not

4    have the right to change the rules in the middle of the

5    game with respect to veterans in World War II who may

6    not have all of these different IDs that are required in

7    order to come and vote.  And we're only going to allow

8    them a provisional ballot.

9            If they had not done what they did and made

10   the sacrifices that they did in World War II, we would

11   not have the vote as we know it today to debate in the

12   first place.

13           And respectfully I ask you to consider to

14   vote against the motion to table.

15           THE SPEAKER:  Members, Mr. Leibowitz sends

16   up an Amendment.  Ms. Denny moves to table.

17           All those in favor vote aye.  Those opposed

18   to vote no.  It's a Motion to table, members.

19           The clerk will ring the bell.

20           Have all voted?  Have all voted?

21           Being 72 ayes, 67 nays, the motion to table

22   prevails.

23           The following Amendment.

24           The clerk will read the Amendment.

25           THE CLERK:  Amendment by Edwards.

7

1              THE SPEAKER:  The Chair recognizes

2    Mr. Edwards.

3              REPRESENTATIVE EDWARDS:  Thank you,

4    Mr. Speaker, Members.  You know a lot of folk who vote

5    and they vote late, and in this bill we don't have

6    provisions for those without the identification that

7    they need.

8              And if it is at the last minute, the

9    question really would be:  What do they do?  And right

10   now, it would be nothing.

11             So my Amendment says that the county would

12   be open on Saturday for persons who work or come in late

13   and continue -- well, they wouldn't have the time to do

14   it.

15             And this Amendment is accepted by the

16   author.

17             THE SPEAKER:  Mr. Edwards sends up an

18   Amendment.  The Amendment is acceptable to the author.

19             Is there an objection?

20             The Chair hears none.

21             The Chair recognizes Ms. Olivo for an

22   introduction.

23             REPRESENTATIVE OLIVO:  Mr. Speaker,

24   Members, I'm very proud today to introduce the 6th

25   graders from the Fort Bend County Yes Prep School in

TX_00212505

8

1    Richmond, Texas, and if the students and the parents

2    from Fort Bend County would please stand and be

3    recognized.

4                    Please stand and help me welcome them to

5    the House.

6                    Thank you, Mr. Speaker.

7                    THE SPEAKER:  The Chair recognizes

8    Ms. McClendon for an introduction.

9                    REPRESENTATIVE MCCLENDON:  Thank you,

10   Mr. Speaker.

11                   In the south gallery we have some

12   wonderful, wonderful students from San Antonio, from

13   Cameron Elementary School from District 120 in San

14   Antonio, which is my district and my neighborhood.  And

15   they're here with their teacher, Kim Baird and Paul

16   Williams, Michelle Hearn and Vera Lewis.  They're here

17   for a field trip.

18                   Would you please help me welcome them to

19   their State Capitol.  Thank you.

20                   THE SPEAKER:  The following Amendment.

21                   The clerk will read the Amendment.

22                   THE CLERK:  Amendment by Hochberg.

23                   THE SPEAKER:  The Chair recognizes

24   Mr. Hochberg.

25                   REPRESENTATIVE HOCHBERG:  Thank you,

JA_008790

9

1    Mr. Speaker and members.

2              This Amendment does two things:  First of

3    all in Ms. Denny's bill yesterday, we discovered that

4    the voting board was not obligated under the bill to

5    vote those votes where people had taken their

6    identification down during the five-day period after the

7    election.

8              This Amendment requires the voting board to

9    do that if there are no other reasons that the challenge

10   is before them or the provisional ballot is before them.

11             Secondly, it allows that information to be

12   delivered by mail, in addition to being delivered

13   in-person.

14             I believe it's acceptable to the offer

15   author and I move adoption.

16             THE SPEAKER:  Mr. Hochberg sends up an

17   Amendment.  The Amendment is acceptable to the author.

18             Is there an objection?

19             The Chair hears none.

20             The Amendment is adopted.

21             The Chair recognizes Ms. Denny to close.

22             REPRESENTATIVE DENNY:  Thank you,

23   Mr. Speaker.  I move passage.

24             REPRESENTATIVE VEASEY:  Mr. Speaker.

25             THE SPEAKER:  Mr. Veasey, for what purpose?

TX_00212507

10

1               REPRESENTATIVE VEASEY:  Will the gentlelady

2       yield?

3               THE SPEAKER:  Ms. Denny, do you yield?

4               REPRESENTATIVE DENNY:  I do.

5               THE SPEAKER:  The lady yields.

6               REPRESENTATIVE VEASEY:  Ms. Denny, I know

7       that you're a good person, and when you filed this bill

8       that you didn't think that it would have the

9       consequences that I believe that it's going to have, and

10      I have a couple of questions for you.

11              If you had filed this bill knowing that

12      minorities and African Americans were less likely to

13      have certain forms of identification, would you have

14      been as likely to file this bill?

15              REPRESENTATIVE DENNY:  Mr. Veasey, I don't

16      believe that anybody, regardless of race or ethnicity,

17      is going to be less likely to have one of any form of

18      identification.

19              And because this bill, specifically, has a

20      provision in it for DPS to provide a state-issued ID

21      free of charge to someone that will fill out an

22      Affidavit.  For someone not able to afford that -- I

23      think that provision is taken care of.

24              REPRESENTATIVE VEASEY:  If you thought that

25      this bill would have an adverse impact on African

11

1    Americans voting overall, would you still have been in

2    favor of the bill?

3                    REPRESENTATIVE DENNY:  I don't believe that

4    to be the case, sir.

5                    REPRESENTATIVE VEASEY:  I have a document

6    here from the Justice Department.

7                    Not too long ago the State of Louisiana

8    tried to pass, basically, the same law that we're

9    passing here.  And the document that I have shows that

10   their finding said back then that black persons are 4 to

11   5 less times likely than white persons to possess

12   driver's licenses or other forms of identifications,

13   such as picture identifications.  That was in their bill

14   and the bill is almost exactly the same as ours.

15                    And then, also, the Justice Department

16   found that this imposition requirement would have a

17   disproportionate impact on African American voters.

18                    REPRESENTATIVE DENNY:  Yes, this bill,

19   bills very similar to this have been passed in several

20   states that are voting rights states.  The latest that

21   was just passed into law was Georgia last week.  Several

22   have already passed Justice Department muster and I have

23   that up here.  And I do yield to my friend --

24                    REPRESENTATIVE BURNAM:  Mr. Speaker.

25                    THE SPEAKER:  Mr. Burnam, for what purpose?

12

```
 1              REPRESENTATIVE BURNAM:  I raise a point of
 2   order against further consideration of HB 1706 under
 3   Rule 6 Section I A11, Rule 6 Section 7(b), and Rule 6
 4   Section 15 and Rule 6 Section 17 of the rules of the
 5   House on the grounds that consideration of HB 1706
 6   violates the daily order of business and the proper
 7   order of consideration.
 8              THE SPEAKER:  Bring it down front.
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

13

1

2

3   STATE OF TEXAS:

4

5   COUNTY OF HARRIS:

6

7           I, Kateri A. Flot-Davis, Certified

8   Shorthand Reporter in and for the State of Texas, hereby

9   certify  that the foregoing transcript is done to the

10  best of my ability and reflects proceedings heard on

11  video recording.

12          I further certify that I am neither

13  counsel for, related to, nor employed by any of the

14  parties or attorneys in the action in which this

15  proceeding was taken, and further that I am not

16  financially or otherwise interested in the outcome of

17  the action.

18          Certified to by me this ____ of

19  _____ ,_____.

20

21

22

                              _____

23                            Kateri A. Flot-Davis

                              Texas CSR No. 8462

24                            Expiration Date: 12-31-13

25

TX_00212511

House Floor Debate, 3rd Reading - Part 1                    May 3, 2005

| A | | | | |
|---|---|---|---|---|

**A**

abide
5:8
ability
13:10
able
3:18 5:21
  10:22
acceptable
7:18 9:14,17
accepted
7:15
action
13:14,17
addition
9:12
adopted
9:20
adoption
9:15
adverse
10:25
Affidavit
10:22
afford
10:22
African
10:12,25
  11:17
age
5:8,14,15
ago
11:7
allow
5:7 6:7
allowed
4:8
allows
9:11
Alpine
4:17,22
Amendment
2:15,16,22
  2:23 3:2,7
  5:14,23
  6:16,23,24
  6:25 7:11

7:15,18,18
8:20,21,22
9:2,8,17,17
  9:20
Amendments
2:14
American
11:17
Americans
10:12 11:1
Antonio
8:12,14
anybody
5:15 10:16
asked
4:11
asking
5:18
assure
3:22
attorneys
13:14
author
7:16,18 9:15
  9:17
aye
6:17
ayes
2:2 6:21
All
12:3

**B**

back
4:21 11:10
Baird
8:15
ballot
4:23 6:8
  9:10
basically
11:8
Beach
4:6
believe
6:3 9:14
  10:9,16
  11:3

bell
6:19
Bend
7:25 8:2
best
13:10
bill
2:2,4,4,10
  3:14,15,18
  7:5 9:3,4
  10:7,11,14
  10:19,25
  11:2,13,14
  11:18
bills
11:19
black
11:10
blood
4:6
board
9:4,8
Brewster
4:16,17
briefly
3:6
Bring
12:8
brother's
3:14
buried
3:21
Burnam
11:24,25
  12:1
business
12:6

**C**

Cameron
8:13
Capitol
8:19
cards
3:15
care
10:23
case

11:4
catch
6:19
Cemetery
3:22
certain
10:13
Certified
13:7,18
certify
13:9,12
Chair
2:3,7,24
  5:10,24 7:1
  7:20,21 8:7
  8:23 9:19
  9:21
challenge
9:9
change
5:22 6:4
character
5:4
charge
10:21
Chief
4:11
children
3:8
cities
4:13
clerk
2:4,5,16,23
  6:19,24,25
  8:21,22
close
5:25 9:21
coinciden...
4:16
come
6:7 7:12
coming
5:9
consequences
10:9
consider
6:13

considera...
5:7 12:2,5,7
continue
7:13
counsel
13:13
count
4:23
counties
4:11
county
4:14,16,17
  4:18 7:11
  7:25 8:2
  13:5
couple
2:13 10:10
credit
3:15
CSR
13:23

**D**

dad
3:12
daily
12:6
Date
13:24
day
3:3
deal
3:4
debate
6:11
delivered
9:12,12
Denny
2:5,8,9 5:11
  5:12 6:16
  9:21,22
  10:3,4,6,15
  11:3,18
Denny's
9:3
Department
11:6,15,22
died

TX_00212512

4:6,7
different
6:6
discovered
9:3
discrimin...
5:14
dispropor...
11:17
district
8:13,14
document
11:5,9
DPS
10:20
driven
3:8
driver's
3:16 11:12
due
5:7

**E**

earned
3:10
Edwards
6:25 7:2,3
7:17
elderly
4:3,19
election
4:20 9:7
Elementary
8:13
employed
13:13
engrossment
2:2
ethnicity
10:16
exactly
11:14
exempted
3:4
Expiration
13:24

**F**

far
4:13
father
3:20
favor
6:17 11:2
febrile
4:3
field
8:17
fight
3:23 4:1
file
10:14
filed
10:7,11
fill
10:21
financially
13:16
finding
11:10
first
6:12 9:2
five-day
9:6
floor
2:22
Flot-Davis
13:7,23
folk
7:4
folks
4:3
following
2:15 6:23
8:20
foregoing
13:9
form
10:17
forms
5:17 10:13
11:12
Fort
7:25 8:2

fought
4:25
found
11:16
free
10:21
friend
11:23
front
12:8
further
12:2 13:12
13:15

**G**

gallery
8:11
game
6:5
gentlelady
2:19 10:1
gentlemen
4:25
Georgia
11:21
Germany
4:1
give
5:7
go
3:3 4:21
going
3:18,25 4:21
4:21 5:2,2
5:3,5,16
6:7 10:9,17
good
10:7
graders
7:25
grounds
12:5
group
5:15
guys
4:25

**H**

halo
3:10
HARRIS
13:5
HB
2:5 12:2,5
heard
13:10
Hearn
8:16
hears
7:20 9:19
help
8:4,18
hitched
4:19
Hochberg
8:22,24,25
9:16
home
4:21
honesty
5:2
House
1:4 2:2,3
8:5 12:5
Houston
3:14,21

**I**

ID
3:16 4:22
5:1,5,16,17
5:18 10:20
identific...
2:6,11 3:5
3:25 5:9
7:6 9:6
10:13,18
identific...
11:12,13
IDs
4:8 6:6
II
3:21,23 4:25
6:5,10
impact
10:25 11:17

imposition
11:16
information
9:11
integrity
5:3
interested
13:16
introduce
7:24
introduction
7:22 8:8
in-person
9:13
issue
3:5

**J**

Japan
4:1
join
3:25
joined
5:1
Justice
11:6,15,22

**K**

Kateri
13:7,23
Kim
8:15
know
4:5 6:11 7:4
10:6
knowing
10:11

**L**

La
4:16
lady
2:21 10:5
Lastly
4:10
late
7:5,12

latest
11:20
law
11:8,21
lays
2:3
Leibowitz
2:23,25 3:1
  5:25 6:1,15
Lewis
8:16
license
3:16
licenses
11:12
life
3:8,17
live
3:13
long
11:7
look
4:10,12
lot
3:9 7:4
Louisiana
11:7

_____ M _____
mail
9:12
McClendon
8:8,9
members
2:10 3:2 6:3
  6:15,18 7:4
  7:24 9:1
Michelle
8:16
mid
3:12
middle
6:4
mileage
4:13
miles
4:17,22

minorities
10:12
minute
7:8
Morita
4:16
mother's
3:7
motion
6:14,18,21
move
2:13 5:13,23
  9:15,23
moves
6:16
muster
11:22

_____ N _____
National
3:21
nays
2:2 6:21
Nazi
4:1
need
3:24 7:7
neighbor
4:4
neighborhood
8:14
neither
13:12
never
3:8
new
5:8
non-photo
5:18
Normandie
4:7

_____ O _____
objection
7:19 9:18
obligated
9:4

obligation
5:8
offer
9:14
offering
2:12
oftentimes
3:9
old
3:7 4:2
Olivo
7:21,23
Omaha
4:6
ones
4:6
open
7:12
opposed
6:17
order
4:4,23 6:7
  12:2,6,7
outcome
13:16
overall
11:1

_____ P _____
parents
8:1
parties
13:14
pass
11:8
passage
2:13 9:23
passed
2:2,10 3:12
  11:19,21,22
passing
11:9
Paul
8:15
people
5:20 9:5
period

9:6
person
2:12 4:19
  10:7
persons
7:12 11:10
  11:11
phone
3:15
photo
5:17
picture
3:16 11:13
place
5:20 6:12
please
8:2,4,18
point
4:24 12:1
polls
4:5,20
Port
3:21
possess
11:11
Prep
7:25
present
2:6 3:24 4:7
prevails
6:22
proceeding
13:15
proceedings
13:10
proof
2:6,11
proofs
3:5,24 4:8
  4:22 5:1,4
  5:9
proper
12:6
proposing
3:7
proud
7:24

provide
10:20
provision
10:20,23
provisional
4:23 6:8
  9:10
provisions
7:6
PT
1:8
purpose
2:18 9:25
  11:25

_____ Q _____
question
5:2,3,3 7:9
questions
10:10

_____ R _____
race
10:16
raise
12:1
raised
3:8
read
2:4,16 6:24
  8:21
reading
2:3
really
7:9
reasons
9:9
recognized
8:3
recognizes
2:7,24 5:10
  5:24 7:1,21
  8:7,23 9:21
recording
13:11
reflects
13:10
regardless

```
10:16
related
13:13
relating
2:5
Reporter
13:8
REPRESENT...
 2:9,17,19
 3:1  5:12
 6:1  7:3,23
 8:9,25  9:22
 9:24 10:1,4
 10:6,15,24
 11:3,5,18
 11:24 12:1
REPRESENT...
1:4
request
5:6
require
2:6  5:16
required
6:6
requirement
11:16
requirements
5:20
requires
9:8
requiring
2:11
respect
6:5
respectfully
4:24  5:6,13
 6:13
Richmond
8:1
ride
4:4,20
right
6:4  7:9
rights
11:20
ring
6:19
Rule
```

```
12:3,3,3,4
rules
6:4  12:4
rural
4:10

        S
sacrifice
4:9
sacrifices
3:9,11  6:10
Sam
3:21
San
8:12,13
Saturday
7:12
saying
4:2
says
3:2,18  7:11
School
7:25  8:13
seat
4:14,18
Secondly
3:20  9:11
Section
12:3,3,4,4
sends
6:15  7:17
 9:16
separating
5:15
shed
4:5
Shorthand
13:8
show
5:19
shows
11:9
similar
11:19
simply
3:2
sincerely
```

```
6:3
sir
11:4
son
3:24
south
8:11
Speaker
2:1,7,10,15
 2:17,18,21
 2:24  3:1
 5:10,13,24
 6:2,15  7:1
 7:4,17,23
 8:6,7,10,20
 8:23  9:1,16
 9:23,24,25
 10:3,5
 11:24,25
 12:8
specifically
10:19
Staff
4:12
stand
8:2,4
state
4:11  8:19
 11:7  13:3,8
states
11:20,20
state-issued
10:20
students
8:1,12

        T
table
5:13,23  6:14
 6:16,18,21
taken
9:5  10:23
 13:15
teacher
8:15
tell
3:6,24  4:12
terms
```

```
4:13
Texas
1:4  4:11  8:1
 13:3,8,23
Thank
2:9  5:12  6:1
 7:3  8:6,9
 8:19,25
 9:22
things
9:2
think
5:18  10:8,23
third
2:3
thought
10:24
time
7:13
times
11:11
today
6:11  7:24
town
4:16
transcript
13:9
travel
4:22
tried
11:8
trip
8:17
turned
5:5
two
3:5,24  4:7
 5:4,9,17
 9:2

        U
utility
3:14

        V
Veasey
2:17,18,19
 9:24,25
```

```
10:1,6,15
10:24  11:5
Vera
8:16
veteran
3:20
veterans
4:5  6:5
video
13:11
violates
12:6
volunteer
3:23
vote
2:12  3:3
 4:20  6:7,11
 6:14,17,18
 7:4,5  9:5
voted
2:1  6:20,20
voter
2:6  5:17,19
voters
11:17
votes
9:5
vote-by-mail
5:21
voting
3:17  9:4,8
 11:1,20

        W
wanted
3:13
War
3:21,23  4:25
 6:5,10
way
5:14
week
11:21
welcome
8:4,18
went
3:13,22  4:25
we're
```

TX_00212515

| | |
|---|---|
| 3:25 5:2,2 | 2:2 |
| 5:3,14,16 | **2** |
| 6:7 11:8 | 2005 |
| **white** | 1:6 |
| 11:11 | **3** |
| **Williams** | 3 |
| 8:16 | 1:6 |
| **wonderful** | **4** |
| 8:12,12 | 4 |
| **work** | 11:10 |
| 7:12 | **5** |
| **World** | 5 |
| 3:20,23 4:25 | 11:11 |
| 6:5,10 | **6** |
| **wouldn't** | 6 |
| 7:13 | 12:3,3,3,4 |
| **Y** | **6th** |
| **years** | 7:24 |
| 3:3,7 5:7 | **65** |
| **yesterday** | 5:21 |
| 2:11 9:3 | **67** |
| **yield** | 6:21 |
| 2:20 10:2,3 | **7** |
| 11:23 | **7(b)** |
| **yields** | 12:3 |
| 10:5 | **72** |
| **1** | 6:21 |
| **1** | **8** |
| 1:8 | **80s** |
| **11** | 3:12 |
| 2:2 | **8462** |
| **12** | 13:23 |
| 3:8 | **85** |
| **12-31-13** | 3:3,7 5:7 |
| 13:24 | **85-year** |
| **120** | 4:2 |
| 8:13 | **9** |
| **125** | 95 |
| 2:1 | 4:17,22 |
| **15** | |
| 12:4 | |
| **17** | |
| 12:4 | |
| **1706** | |
| 2:4,5 12:2,5 | |
| **1900** | |

1

# TEXAS HOUSE OF REPRESENTATIVES

## MAY 3, 2005

### PT. II

2

1          THE SPEAKER:  Members, Representative

2   Burnam raises a point of order against further

3   consideration of House Bill 1706 on the grounds that it

4   violates Rule 1A11, Rule 6, Section 7 B, Rule 6 Section

5   15, Rule 6, Section 16A and Subsection E, Rule 6,

6   Section 17 of the House Rules.

7          These rules require that bills printed on

8   the daily calendar be taken in the proper order of

9   consideration.

10          The chair has reviewed the calendars in

11   the rules and sustains the point of order.

12          I turn to the circumstances surrounding

13   the point of order and the eligibility of the whole

14   calendar itself is at issue, and therefore, further

15   consideration of the bills on the Supplemental Calendar

16   is not in order at this time.

17          Under Rule 6, Section 16A, a Supplemental

18   Calendar must be printed and distributed, at least, two

19   hours before the House convenes.

20          Because it is clear that Mr. Burnam's

21   point of order impacts the entire calendar and that

22   numerous bills in the calendar were not in their proper

23   order, a corrected Supplemental Calendar has been

24   printed and distributed in your mailboxes.

25          The calendar's time is time stamped at

3

1    12:57 today which makes it eligible for consideration at

2    2:57 today.

3                   As a point of clarification,

4    Representative Thompson asked before lunch about how

5    long a calendar is supposed to lay out before the House

6    considers.

7                   The chair answered Ms. Thompson's question

8    based on Rule 6, Section 16 Sub A, which requires a

9    calendar to lay out for 36 hours before it is eligible

10   for consideration.  But the chair also notes that under

11   Rule 6 Section 16A, a House may print and distribute a

12   Supplemental Calendar which requires a two-hour lay out.

13                  Accordingly, the point of order is well

14   taken and sustained and Representative Wooley moves that

15   the House stand in recess until 3:00 o'clock p.m. and

16   will properly convene at the time that the Supplemental

17   Calendar is eligible.

18                  REPRESENTATIVE GALLEGO:  Mr. Speaker,

19   Parliamentary inquiry.

20                  THE SPEAKER:  State your inquiry.

21                  REPRESENTATIVE GALLEGO:  Mr. Speaker, you

22   are referring to Rule 16, Section A, which indicates

23   that the deviating from the calendar as printed and

24   distributed shall not be permitted except at the

25   calendar's permission shall be authorized to print and

4

1   distribute not later than two hours?  Is that the

2   section that we're relying on?

3                    THE SPEAKER:  That's correct.

4                    REPRESENTATIVE GALLEGO:  And, Mr. Speaker,

5   in that case, another Parliamentary, what time did the

6   House convene this morning?

7                    THE SPEAKER:  10:00 a.m.

8                    REPRESENTATIVE GALLEGO:  Mr. Speaker, I

9   believe the rule says that the Committee -- that phrase

10  is not later than two hours before the House convenes.

11  And, therefore, if we go to 3:00 p.m., that does not

12  cure the issue.  The rule says that the calendar must be

13  printed, the Supplemental Calendar must be printed two

14  hours before the House convenes.

15                   THE SPEAKER:  We're going to convene at

16  3:00 and that's when the calendar will be eligible and

17  that's what we've done in the past.

18                   REPRESENTATIVE GALLEGO:  So we're

19  adjourning now and reconvening on a new legislative day?

20                   THE SPEAKER:  We're going to recess,

21  Mr. Gallego.

22                   REPRESENTATIVE GALLEGO:  Well, is there not

23  a difference, Mr. Speaker, between a recess and a --

24                   THE SPEAKER:  The rule does not define what

25  the word "convene" means.

5

1      REPRESENTATIVE GALLEGO:  The rule indicates

2  -- so any time we recess or adjourn, that could be

3  convening, Mr. Speaker?

4      THE SPEAKER:  For the purposes of this

5  rule, a "convene" means for when we come back in and

6  that's going to be when we come back at 3:00.

7      REPRESENTATIVE GALLEGO:  Mr. Speaker, can

8  you -- further Parliamentary Inquiry, Mr. Speaker.

9      THE SPEAKER:  State your inquiry,

10  Mr. Gallego.

11      REPRESENTATIVE GALLEGO:  With respect to

12  the bills that are on third reading today, the rule

13  require that they maintain that through the process; is

14  that correct?  They maintain their order through the

15  process?

16      THE SPEAKER:  That's correct, Mr. Gallego.

17      REPRESENTATIVE GALLEGO:  It's my

18  understanding that the particular bill that Mr. Dunnam

19  raised his point of order on has already been

20  considered, Amendments have already been debated with

21  respect to that particular bill and votes have already

22  been taken.

23      Is it the chair's ruling then that all of

24  that is a null and void and is of no effect or is there

25  no reconsideration --

6

1              THE SPEAKER:  No.  Mr. Gallego, we're going

2     to pick up where we left off.  Those things have already

3     been done and the point of order was not raised until

4     after the Amendments were either adopted or defeated.

5              REPRESENTATIVE GALLEGO:  So, in essence,

6     the only thing that happened as a result of that point

7     of order, Mr. Speaker, is a delay of two hours is your

8     ruling?

9              THE SPEAKER:  That's correct.

10              REPRESENTATIVE GALLEGO:  And the chair is

11     reducing his ruling to writing and placing that in the

12     journal?

13              THE SPEAKER:  We'll be more than glad to do

14     that, Mr. Gallego.

15              MR. GALLEGO:  Thank you, Mr. Speaker.

16              REPRESENTATIVE THOMPSON:  Parliamentary

17     inquiry.

18              THE SPEAKER:  State your inquiry

19     Ms. Thompson.

20              REPRESENTATIVE THOMPSON:  Mr. Speaker, the

21     calendar that has been distributed on our desk -- is

22     that considered the Supplemental Calendar that we are

23     addressing at this time?

24              THE SPEAKER:  That is correct,

25     Ms. Thompson.

7

1                    REPRESENTATIVE THOMPSON:  And when did the

2   Calendars Committee get authority to print and

3   redistribute?

4                    THE SPEAKER:  The rules allow the Calendar

5   Committee to print and distribute a supplemental --

6                    REPRESENTATIVE THOMPSON:  What rule is

7   that, Mr. Speaker?  I just want to be acquainted with it

8   myself.

9                    THE SPEAKER:  Hold on, Ms. Thompson.

10                   REPRESENTATIVE THOMPSON:  Thank you.  Did

11  they post?

12                   THE SPEAKER:  They don't have to post.

13                   It's Rule 16.

14                   REPRESENTATIVE THOMPSON:  Mr. Speaker.

15                   THE SPEAKER:  Rule 6, Section 16,

16  Ms. Thompson.

17                   REPRESENTATIVE THOMPSON:  Rule 6, Section

18  16.  Subsection what?

19                   THE SPEAKER:  Just a moment, Ms. Thompson.

20                   REPRESENTATIVE THOMPSON:  Thank you.

21                   THE SPEAKER:  Subsection A.

22                   REPRESENTATIVE THOMPSON:  Is it Subsection

23  A1, 2, 3 or 4?

24                   THE SPEAKER:  The whole subsection.

25                   REPRESENTATIVE THOMPSON:  Well, now, this

8

1    says that the calendars will be placed in our mailboxes.

2    It says that deviation of the calendar --

3                    THE SPEAKER:  It was put in mailboxes,

4    Ms. Thompson.

5                    REPRESENTATIVE THOMPSON:  Pardon me?

6                    THE SPEAKER:  It was put in the mailboxes.

7                    REPRESENTATIVE THOMPSON:  It was on my

8    desk.

9                    THE SPEAKER:  Well, maybe --

10                    REPRESENTATIVE THOMPSON:  Is that

11   considered a mailbox now?

12                    THE SPEAKER:  Why don't you go check your

13   mailbox, Ms. Thompson.  I think it's there, also.

14                    REPRESENTATIVE THOMPSON:  So you don't --

15   they don't have to meet the set of supplementals?

16                    THE SPEAKER:  No, ma'am.

17                    REPRESENTATIVE THOMPSON:  Okay.  Thank you,

18   Mr. Speaker.

19                    THE SPEAKER:  Mr. Burnam.

20                    REPRESENTATIVE BURNAM:  Parliamentary

21   inquiry.

22                    THE SPEAKER:  State your inquiry.

23                    REPRESENTATIVE BURNAM:  Mr. Speaker, I'm

24   wondering if we're reading from the same rules book.

25   I'm having a hard time understanding the ruling.

9

1              When I'm looking at Section 16A, the last

2    sentence of that reads, "Deviations from the calendar as

3    printed and distributed shall not be permitted except

4    that the Committees on Calendars" --

5              THE SPEAKER:  Could you back up from the

6    microphone, Mr. Burnam, because we can't understand a

7    word.  You're rumbling back there.

8              REPRESENTATIVE BURNAM:  I'm sorry.

9              THE SPEAKER:  Thank you.

10             REPRESENTATIVE BURNAM:  Is that better?

11             THE SPEAKER:  That would be great.

12             REPRESENTATIVE BURNAM:  I'm reading the

13   last sentence, the first paragraph of Section 16, where

14   it says, "Deviations from the calendar as printed and

15   distributed shall not be permitted except the Committee

16   on Calendars shall be authorized to print and distribute

17   no later than two hours before the House concludes."

18             THE SPEAKER:  Mr. Burnam, they've never met

19   a Supplemental Calendar.  They don't do that.

20             REPRESENTATIVE BURNAM:  But the rule then

21   simply does not apply because we've followed it before?

22             THE SPEAKER:  It's House practices which

23   we've done for years, Mr. Burnam.

24             REPRESENTATIVE BURNAM:  Okay.

25             THE SPEAKER:  Mr. Wooley moves that the

House Floor Debate, 3rd Reading - Volume II          May 3, 2005

10

1   House stand in recess till 3:00 o'clock.

2                   Is there an objection?

3                   The Chair hears none.

4                   So ordered.

11

1

2    STATE OF TEXAS:

3

4    COUNTY OF HARRIS:

5

6              I, Kateri A. Flot-Davis, Certified

7    Shorthand Reporter in and for the State of Texas, hereby

8    certify  that the foregoing transcript is done to the

9    best of my ability and reflects proceedings heard on

10   video recording.

11             I further certify that I am neither

12   counsel for, related to, nor employed by any of the

13   parties or attorneys in the action in which this

14   proceeding was taken, and further that I am not

15   financially or otherwise interested in the outcome of

16   the action.

17             Certified to by me this ___ of

18   _____ ,_____.

19

20

21

22                    _____
                      Kateri A. Flot-Davis
                      Texas CSR No. 8462
23                    Expiration Date: 12-31-13

24

25

**A**

A1
7:23
ability
11:9
acquainted
7:7
action
11:13,16
addressing
6:23
adjourn
5:2
adjourning
4:19
adopted
6:4
allow
7:4
already
5:19,20,21
6:2
also
3:10 8:13
Amendments
5:20 6:4
another
4:5
answered
3:7
apply
9:21
asked
3:4
attorneys
11:13
authority
7:2
authorized
3:25 9:16

**B**

B
2:4
back
5:5,6 9:5,7
based
3:8
believe
4:9
best
11:9
better
9:10
between
4:23
Bill
2:3 5:18,21
bills
2:7,15,22
5:12
book
8:24
Burnam
2:2 8:19,20,
23 9:6,8,10,
12,18,20,23,
24
Burnam's
2:20

**C**

calendar
2:8,14,15,
18,21,22,23
3:5,9,12,17,
23 4:12,13,16
6:21,22 7:4
8:2 9:2,14,19
calendars
2:10 7:2 8:1
9:4,16
calendar's

2:25 3:25
case
4:5
Certified
11:6,17
certify
11:8,11
chair
2:10 3:7,10
6:10 10:3
chair's
5:23
check
8:12
circumstance
s
2:12
clarificatio
n
3:3
clear
2:20
come
5:5,6
Committee
4:9 7:2,5
9:15
Committees
9:4
concludes
9:17
consideratio
n
2:3,9,15 3:1,
10
considered
5:20 6:22
8:11
considers
3:6

convene
3:16 4:6,15,
25 5:5
convenes
2:19 4:10,14
convening
5:3
correct
4:3 5:14,16
6:9,24
corrected
2:23
counsel
11:12
COUNTY
11:4
CSR
11:22
cure
4:12

**D**

daily
2:8
Date
11:23
day
4:19
debated
5:20
defeated
6:4
define
4:24
delay
6:7
desk
6:21 8:8
deviating
3:23
deviation

8:2
Deviations
9:2,14
difference
4:23
distribute
3:11 4:1 7:5
9:16
distributed
2:18,24 3:24
6:21 9:3,15
Dunnam
5:18

**E**

E
2:5
effect
5:24
either
6:4
eligibility
2:13
eligible
3:1,9,17 4:16
employed
11:12
entire
2:21
essence
6:5
Expiration
11:23

**F**

financially
11:15
first
9:13
Flot-Davis
11:6,22
followed

House Floor Debate, 3rd Reading - Volume II          May 3, 2005

13

9:21

**foregoing**
11:8

**further**
2:2,14 5:8
11:11,14

G

**GALLEGO**
3:18,21 4:4,
8,18,21,22
5:1,7,10,11,
16,17 6:1,5,
10,14,15

**glad**
6:13

**go**
4:11 8:12

**going**
4:15,20 5:6
6:1

**great**
9:11

**grounds**
2:3

H

**happened**
6:6

**hard**
8:25

**HARRIS**
11:4

**heard**
11:9

**hears**
10:3

**hereby**
11:7

**Hold**
7:9

**hours**

2:19 3:9 4:1,
10,14 6:7
9:17

**HOUSE**
1:5 2:3,6,19
3:5,11,15
4:6,10,14
9:17,22 10:1

I

**II**
1:9

**impacts**
2:21

**indicates**
3:22 5:1

**inquiry**
3:19,20 5:8,9
6:17,18 8:21,
22

**interested**
11:15

**issue**
2:14 4:12

J

**journal**
6:12

**just**
7:7,19

K

**Kateri**
11:6,22

L

**last**
9:1,13

**later**
4:1,10 9:17

**lay**
3:5,9,12

**least**
2:18

**left**
6:2

**legislative**
4:19

**long**
3:5

**looking**
9:1

**lunch**
3:4

M

**ma'am**
8:16

**mailbox**
8:11,13

**mailboxes**
2:24 8:1,3,6

**maintain**
5:13,14

**means**
4:25 5:5

**meet**
8:15

**Members**
2:1

**met**
9:18

**microphone**
9:6

**moment**
7:19

**morning**
4:6

**moves**
3:14 9:25

**must**
2:18 4:12,13

**myself**
7:8

N

**neither**
11:11

**never**
9:18

**new**
4:19

**notes**
3:10

**null**
5:24

**numerous**
2:22

O

**objection**
10:2

**o'clock**
3:15 10:1

**Okay**
8:17 9:24

**order**
2:2,8,11,13,
16,21,23 3:13
5:14,19 6:3,7

**ordered**
10:4

**outcome**
11:15

P

**p.m**
4:11

**paragraph**
9:13

**Pardon**
8:5

**Parliamentar
y**
3:19 4:5 5:8
6:16 8:20

**particular**
5:18,21

**parties**
11:13

**permission**
3:25

**permitted**
3:24 9:3,15

**phrase**
4:9

**pick**
6:2

**placed**
8:1

**placing**
6:11

**point**
2:2,11,13,21
3:3,13 5:19
6:3,6

**post**
7:11,12

**practices**
9:22

**print**
3:11,25 7:2,5
9:16

**printed**
2:7,18,24
3:23 4:13
9:3,14

**proceeding**
11:14

**proceedings**
11:9

**process**
5:13,15

**proper**
2:8,22

**properly**
3:16

**PT**
1:9

House Floor Debate, 3rd Reading - Volume II          May 3, 2005

purposes
5:4

put
8:3,6

**Q**

question
3:7

**R**

raised
5:19 6:3

raises
2:2

reading
5:12 8:24
9:12

reads
9:2

recess
3:15 4:20,23
5:2 10:1

reconsiderat
ion
5:25

reconvening
4:19

recording
11:10

redistribute
7:3

reducing
6:11

referring
3:22

reflects
11:9

related
11:12

relying
4:2

Reporter

11:7

Representati
ve
2:1 3:4,14,
18,21 4:4,8,
18,22 5:1,7,
11,17 6:5,10,
16,20 7:1,6,
10,14,17,20,
22,25 8:5,7,
10,14,17,20,
23 9:8,10,12,
20,24

REPRESENTATI
VES
1:5

require
2:7 5:13

requires
3:8,12

respect
5:11,21

result
6:6

reviewed
2:10

Rule
2:4,5,17 3:8,
11,22 4:9,12,
24 5:1,5,12
7:6,13,15,17
9:20

Rules
2:6,7,11 7:4
8:24

ruling
5:23 6:8,11
8:25

rumbling
9:7

**S**

says
4:9,12 8:1,2
9:14

Section
2:4,5,6,17
3:8,11,22 4:2
7:15,17 9:1,
13

sentence
9:2,13

set
8:15

shall
3:24,25 9:3,
15,16

Shorthand
11:7

simply
9:21

sorry
9:8

SPEAKER
2:1 3:18,20,
21 4:3,4,7,8,
15,20,23,24
5:3,4,7,8,9,
16 6:1,7,9,
13,15,18,20,
24 7:4,7,9,
12,14,15,19,
21,24 8:3,6,
9,12,16,18,
19,22,23 9:5,
9,11,18,22,
25

stamped
2:25

stand
3:15 10:1

State
3:20 5:9 6:18
8:22 11:2,7

Sub
3:8

Subsection
2:5 7:18,21,
22,24

Supplemental
2:15,17,23
3:12,16 4:13
6:22 7:5 9:19

supplemental
s
8:15

supposed
3:5

surrounding
2:12

sustained
3:14

sustains
2:11

**T**

taken
2:8 3:14 5:22
11:14

TEXAS
1:5 11:2,7,22

Thank
6:15 7:10,20
8:17 9:9

therefore
2:14 4:11

thing
6:6

things
6:2

think
8:13

third
5:12

Thompson

3:4 6:16,19,
20,25 7:1,6,
9,10,14,16,
17,19,20,22,
25 8:4,5,7,
10,13,14,17

Thompson's
3:7

till
10:1

time
2:16,25 3:16
4:5 5:2 6:23
8:25

today
3:1,2 5:12

transcript
11:8

turn
2:12

two
2:18 4:1,10,
13 6:7 9:17

two-hour
3:12

**U**

Under
2:17 3:10

understand
9:6

understandin
g
5:18 8:25

**V**

video
11:10

violates
2:4

void
5:24

TX_00212530

votes
5:21

**W**

want
7:7
We'll
6:13
we're
4:2,15,18,20
6:1 8:24
we've
4:17 9:21,23
whole
2:13 7:24
wondering
8:24
Wooley
3:14 9:25
word
4:25 9:7
writing
6:11

**Y**

years
9:23

**1**

1000
4:7
12-31-13
11:23
1257
3:1
15
2:5
16
3:8,22 7:13,
15,18 9:13
16A
2:5,17 3:11
9:1

17
2:6
1706
2:3
1A11
2:4

**2**

2
7:23
2005
1:7
257
3:2

**3**

3
1:7 7:23
300
3:15 4:11,16
5:6 10:1
36
3:9

**4**

4
7:23

**6**

6
2:4,5,17 3:8,
11 7:15,17

**7**

7
2:4

**8**

8462
11:22

TX_00212531

1

# TEXAS HOUSE OF REPRESENTATIVES

## MAY 3, 2005

## PART III

TX_00212532

2

1           REPRESENTATIVE DUNNAM:  Mr. Speaker.

2           THE CHAIR:  Mr. Dunnam for what purpose?

3           REPRESENTATIVE DUNNAM:  Parliamentary

4      inquiry.

5           THE SPEAKER:  State your inquiry, Mr.

6      Dunnam.

7           REPRESENTATIVE DUNNAM:  It's my

8      understanding that a revised, Supplemental Calendar was

9      printed and distributed prior to our recess and was put

10     in our boxes.

11          THE SPEAKER:  That's correct.

12          REPRESENTATIVE DUNNAM:  My question is

13     this:  The bill that was before the chair at the time,

14     1706 I think was the number, was live before the House,

15     and the point of order had not been sustained.  It was

16     still pending business before the House.  Yet, the

17     Calendars Committee, evidently, put it on a new

18     calendar.

19          And my question is:  If we have a bill

20     before the body, how does calendar have jurisdiction

21     over that bill to do anything?  Because the rules are

22     very clear about that in Rule 6, Section 16 and 17 and

23     also 19 in regards to the placement of bills on a

24     calendar.

25          So the question is:  How did the Calendars

TX_00212533

3

1    Committee have jurisdiction to do anything with the bill

2    prior to the point of order being sustained?

3                    THE SPEAKER:  Mr. Dunnam, why don't you

4    bring your point of order down front.

5                    REPRESENTATIVE DUNNAM:  I'm not making a

6    point of order, Mr. Speaker.

7                    THE SPEAKER:  Why don't you bring your

8    question down front.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

4

1

2  STATE OF TEXAS:

3

4  COUNTY OF HARRIS:

5

6              I, Kateri A. Flot-Davis, Certified

7  Shorthand Reporter in and for the State of Texas, hereby

8  certify  that the foregoing transcript is done to the

9  best of my ability and reflects proceedings heard on

10  video recording.

11              I further certify that I am neither

12  counsel for, related to, nor employed by any of the

13  parties or attorneys in the action in which this

14  proceeding was taken, and further that I am not

15  financially or otherwise interested in the outcome of

16  the action.

17              Certified to by me this ___ of

18  _____ ,_____.

19

20

21

22  _____
    Kateri A. Flot-Davis
    Texas CSR No. 8462
23  Expiration Date: 12-31-13

24

25

**A**

ability
4:9
action
4:13,16
also
2:23
attorneys
4:13

**B**

being
3:2
best
4:9
bill
2:13,19,21
3:1
bills
2:23
body
2:20
boxes
2:10
bring
3:4,7
business
2:16

**C**

Calendar
2:8,18,20,24
Calendars
2:17,25
Certified
4:6,17
certify
4:8,11
CHAIR
2:2,13
clear

2:22
Committee
2:17 3:1
correct
2:11
counsel
4:12
COUNTY
4:4
CSR
4:22

**D**

Date
4:23
distributed
2:9
down
3:4,8
DUNNAM
2:1,2,3,6,7,
12 3:3,5

**E**

employed
4:12
evidently
2:17
Expiration
4:23

**F**

financially
4:15
Flot-Davis
4:6,22
foregoing
4:8
front
3:4,8
further
4:11,14

**H**

HARRIS
4:4
heard
4:9
hereby
4:7
HOUSE
1:2 2:14,16

**I**

III
1:6
inquiry
2:4,5
interested
4:15

**J**

jurisdiction
2:20 3:1

**K**

Kateri
4:6,22

**L**

live
2:14

**M**

making
3:5

**N**

neither
4:11
new
2:17
number
2:14

**O**

order
2:15 3:2,4,6

outcome
4:15
over
2:21

**P**

Parliamentary
2:3
PART
1:6
parties
4:13
pending
2:16
placement
2:23
point
2:15 3:2,4,6
printed
2:9
prior
2:9 3:2
proceeding
4:14
proceedings
4:9
purpose
2:2
put
2:9,17

**Q**

question
2:12,19,25
3:8

**R**

recess
2:9
recording
4:10

reflects
4:9
regards
2:23
related
4:12
Reporter
4:7
REPRESENTATIVE
2:1,3,7,12
3:5
REPRESENTATIVES
1:2
revised
2:8
Rule
2:22
rules
2:21

**S**

Section
2:22
Shorthand
4:7
Speaker
2:1,5,11 3:3,
6,7
State
2:5 4:2,7
Supplemental
2:8
sustained
2:15 3:2

**T**

taken
4:14
TEXAS
1:2 4:2,7,22

JA_008820

TX_00212536

House Floor Debate, 3rd Reading - Volume III          May 3, 2005

6

think
2:14

time
2:13

transcript
4:8

U

understandin
g
2:8

V

video
4:10

1

12-31-13
4:23

16
2:22

17
2:22

1706
2:14

19
2:23

2

2005
1:4

3

3
1:4

6

6
2:22

8

8462
4:22

# TEXAS HOUSE OF REPRESENTATIVES

## MAY 3, 2005

## PART IV

House Floor Debate, 3rd Reading - Volume IV          May 3, 2005

2

1                    REPRESENTATIVE DUNNAM:  Mr. Speaker.

2                    THE SPEAKER:  Mr. Dunnam, for what purpose?

3                    REPRESENTATIVE DUNNAM:  My understanding is

4      the chair has considered the question and that the

5      discussion of this, that I brought to the chair's

6      attention is going to be placed in the journal for

7      future reference but we're going to proceed,

8      notwithstanding this argument?

9                    THE SPEAKER:  That's true.

10                   Is there an objection?

11                   REPRESENTATIVE DUNNAM:  Thank you.

12                   THE SPEAKER:  The chair hears none.

13                   So ordered.

14

15

16

17

18

19

20

21

22

23

24

25

3

1    STATE OF TEXAS:

2

3    COUNTY OF HARRIS:

4

5                    I, Kateri A. Flot-Davis, Certified

6    Shorthand Reporter in and for the State of Texas, hereby

7    certify  that the foregoing transcript is done to the

8    best of my ability and reflects proceedings heard on

9    video recording.

10                    I further certify that I am neither

11   counsel for, related to, nor employed by any of the

12   parties or attorneys in the action in which this

13   proceeding was taken, and further that I am not

14   financially or otherwise interested in the outcome of

15   the action.

16                    Certified to by me this ___ of

17   _____ ,_____.

18

19

20                            _____

21                            Kateri A. Flot-Davis
                              Texas CSR No. 8462
22                            Expiration Date: 12-31-13

23

24

25

**A**

ability
3:8

action
3:12,15

argument
2:8

attention
2:6

attorneys
3:12

**B**

best
3:8

brought
2:5

**C**

Certified
3:5,16

certify
3:7,10

chair
2:4,12

chair's
2:5

considered
2:4

counsel
3:11

COUNTY
3:3

CSR
3:21

**D**

Date
3:22

discussion
2:5

DUNNAM

2:1,2,3,11

**E**

employed
3:11

Expiration
3:22

**F**

financially
3:14

Flot-Davis
3:5,21

foregoing
3:7

further
3:10,13

future
2:7

**G**

going
2:6,7

**H**

HARRIS
3:3

heard
3:8

hears
2:12

hereby
3:6

HOUSE
1:5

**I**

interested
3:14

IV
1:10

**J**

journal

2:6

**K**

Kateri
3:5,21

**N**

neither
3:10

notwithstanding
2:8

**O**

objection
2:10

ordered
2:13

outcome
3:14

**P**

PART
1:10

parties
3:12

placed
2:6

proceed
2:7

proceeding
3:13

proceedings
3:8

purpose
2:2

**Q**

question
2:4

**R**

recording
3:9

reference
2:7

reflects
3:8

related
3:11

Reporter
3:6

REPRESENTATIVE
2:1,3,11

REPRESENTATIVES
1:5

**S**

Shorthand
3:6

Speaker
2:1,2,9,12

STATE
3:1,6

**T**

taken
3:13

TEXAS
1:5 3:1,6,21

Thank
2:11

transcript
3:7

true
2:9

**U**

understanding
2:3

**V**

video
3:9

**W**

we're
2:7

**1**

12-31-13
3:22

**2**

2005
1:7

**3**

3
1:7

**8**

8462
3:21

Case 2:13-cv-00193   Document 726-6   Filed on 11/17/14 in TXSD   Page 158 of 277

1

# TEXAS HOUSE OF REPRESENTATIVES

## MAY 3, 2005

## PT. V



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_008826

TX_00212542

2

1                    THE SPEAKER:  The chair lays outs on third

2      reading HB 1706.  The clerk will read the bill.

3                    THE CLERK:  HB 1706 by Denny relating to

4      requiring a voter to present proof of identification.

5                    THE SPEAKER:  The chair recognizes    Ms.

6      Denny.

7                    REPRESENTATIVE DENNY:  Thank you,

8      Mr. Speaker.

9                    This is the bill we started earlier today

10     that requires the voter ID or two forms of ID for

11     persons voting, and I'm going to move passage in a

12     minute, but I believe there's an Amendment.

13                    THE SPEAKER:  The following amendment.  The

14     clerk will read the Amendment.

15                    THE CLERK:  Amendment by Veasey.

16                    THE SPEAKER:  The chair recognizes

17     Mr. Veasey.

18                    REPRESENTATIVE VEASEY:  Mr. Speaker,

19     members, this Amendment simply would encourage election

20     workers to encourage voters to go and find their proper

21     place to go and vote by providing a penalty, a Class A

22     misdemeanor if the election judge fails to knowingly let

23     the voter know that there are other acceptable forms of

24     documentation if the voter does not bring the proper

25     documentation with them.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

3

```
 1              And also that the voter may leave the
 2    polling place and return to the polling place at any
 3    time before the polls close.  Then they'll be able to
 4    cast the ballot.
 5              And also that the voter may cast the
 6    provisional ballot if the voter executes the ballot
 7    under the bill.
 8              THE SPEAKER:  The chair recognizes Ms.
 9    Denny.
10              REPRESENTATIVE DENNY:  Thank you,
11    Mr. Speaker.
12              I'm going to leave this Amendment up to the
13    will of the House.  There is a pretty severe penalty on
14    election judges and clerks if they, for some reason,
15    should fail in this attempt to not inform a voter of one
16    of these forms of ID.
17              Also, it will be difficult if they have to
18    return to the poll on election day in getting that
19    provisional ballot out and dealing with that again.
20              But I'm going to leave this up to you here
21    on the floor.
22              THE SPEAKER:  The Amendment's been
23    withdrawn.
24              The chair recognizes Ms. Thompson to speak
25    against the passage of the bill.
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

JA_008828

House Floor Debate, 3rd Reading - Volume V            May 3, 2005

4

1              REPRESENTATIVE THOMPSON:  Mr. Speaker,
2     Members, thank you for letting me speak in opposition to
3     this bill.
4              I think that one of the most valuable
5     things that we hold dear is the right to vote.  And
6     during our campaign of democracy, whether we're doing it
7     by ambassadors of goodwill or doing it by individuals or
8     even by presidents, we always parade the right to vote,
9     the democratic process and democracy here in America.
10             I'm really not in a habit, as I'm sure most
11    of you all are not, in the habit of packing around your
12    utility bills as some of my colleagues may be.
13             But personally, I just can't wait to here
14    some hear some of the old persons in front of me become
15    agast at the fact that they'll be asking, come again,
16    you asking me for what?
17             For a long time we have had the Voter
18    Registration Form after the abolition of the poll tax.
19    And I thought that once we had the 13th Amendment, the
20    19th and the one deal with race, sex and age covered,
21    that we had really resolved the problem with voting in
22    this country.
23             And this is really just not the elderly
24    that I'm concerned about in House Bill 1704 that
25    intimidates them.  But minorities, particularly,



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_008829

House Floor Debate, 3rd Reading - Volume V          May 3, 2005

5

1    minority voters, are what's intimidated by requiring

2    them to provide a driver's license, a potter's license,

3    which nobody in my district probably own gun license,

4    when they arrive at the polls.

5              And we would just like the election judges

6    to create two lines:  People of color with three forms

7    of ID to the left, wealthy white people to the right,

8    and everyone else can go home and pray.

9              Just as elections on a special day makes it

10   harder for minorities and working class voters to make

11   it to the polls, this is another attempt to

12   disenfranchise voters less likely to support the

13   priorities of this legislature.

14             A Voter Registration Card should be all you

15   need to vote.  If not, why are we forced continuously to

16   spend millions of dollars to print and to mail them?

17   And if there's so much fraud in printing these

18   certificates, why are we locking up county clerks of the

19   state?

20             Instead, we are punishing the voters to

21   people who still think they have a voice in this

22   government.  Are you afraid to let the voters decide?

23   That's the real question here.

24             And I thought that protecting the right to

25   vote was an important goal, and I thought that making it



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00212546

6

1  easy to vote was an important goal.  But I've learned

2  that the most of my colleagues do not share these goals.

3  I've learned that many of my colleagues are afraid the

4  wrong people will vote.

5          And we learned that last week in Mr. Kiel's

6  speech, rebutting arguments that hadn't been made,

7  calling out Members who hadn't spoken, and he carefully

8  prepared a well-written comment against the Ethics Bill

9  he co-authored.

10          And, Members, it doesn't take much to

11  discourage people from voting.  But we have been doing a

12  great job of this succession, just like we did last week

13  when we approved a bill last special session, when we

14  approved a bill to let Tom DeLay choose the voters in

15  300-mile Congressional District.

16          In this session, the leaders want to

17  determine who is worthy to vote.  And we talked about

18  this bill earlier, the right of this bill coming to the

19  floor.

20          But I want to remind you, Members, that

21  last special session the Redistricting Bill was filed in

22  the Clerk's Office.  It was brought to the floor.  It

23  never went through the committee process.  The rules

24  were suspended and it was passed.

25          Mr. Speaker, I'd like to be shown as voting



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

1    no against this bill.

2                    THE SPEAKER:  The chair recognizes Mr.

3    Strama to speak against.

4                    MR. MORENO:  Mr. Speaker.

5                    THE SPEAKER:  Mr. Moreno, for what purpose?

6                    REPRESENTATIVE JOE MORENO:  I'd like to

7    show that we reduce Ms. Thompson's remarks in writing

8    and placed in the journal.

9                    THE SPEAKER:  Why don't you come down front

10   while Mr. Strama's speaking.

11                   The chair recognizes Mr. Strama.

12                   REPRESENTATIVE STRAMA:  Thank you,

13   Mr. Speaker.

14                   Members, I know we talked about this a lot

15   yesterday.  I went home last night and I was still

16   thinking about it, and I talked to my fiancee about it

17   and she said, "Wow, I'm surprised.  I thought you would

18   be for that bill, as much as your life and work has been

19   spent securing the integrity of elections."  She thought

20   I would be for this bill.

21                   And so I realized that we hadn't done a

22   very good job yesterday of explaining what the problems

23   are with this bill and I'm going to ask you to indulge

24   me for a moment.

25                   Let me start by commending Chairwoman



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

8

1    Denny.  Yesterday you did a great job keeping your cool

2    under a lot of difficult questioning.

3              I know that as Republicans, those of you

4    who support this bill, probably take as much offense at

5    the implications of the political process as we

6    Democrats take offense at the implication that we don't

7    believe elections should be secure from fraud.

8              Let's assume that both of us want fair,

9    free elections in which everyone has access to the

10   ballot and no one is allowed to vote improperly or

11   twice.

12             If we assume that, then we can talk about

13   what are the right ways to guarantee that procedurally?

14             Because at the end of the day, this is a

15   bill about election procedure.  And we have to make sure

16   that those procedures are fair to everyone.  And I think

17   at the end of the day we have to err on the side of

18   inclusion when we know we have a problem with voter

19   turn-out in this state and we are not able to document

20   any specific evidence of actual fraud that would be

21   deterred by this legislation.

22             Mr. Keel, we voted for two of your bills in

23   this past month that try to safeguard the integrity of

24   the election process from fraudulent voting by mail,

25   which is probably the most vulnerable part of our



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00212549

House Floor Debate, 3rd Reading - Volume V          May 3, 2005

9

1    election process.

2             It's widely agreed among election

3    administrators and security experts that voting by mail

4    is the part where it is easiest to defraud an election.

5             You have to realize that election fraud is

6    a high risk, low reward endeavor in our system because

7    the risks and the consequences are high.  We cannot

8    always deter election fraud before it happens but it is

9    pretty easy to find it after it happens.

10            And only one vote at a time can be cast

11   fraudulently, not in a way that generally changes the

12   outcome of an election.  But it does get caught, and

13   there is an Election Crimes Division at the United

14   States Department of Justice.  There is the Attorney

15   General's Office.  There are local District Attorney's

16   Office and there are competent election administrators

17   around this state who look for that kind of fraud all

18   the time.

19            But let me tell you what the practical

20   effect of this legislation will be.  No. One, it will

21   cause a significant increase in the number of

22   provisional ballots that are cast on election day.  This

23   should be of significant concern to all election

24   administrators.

25            In the Help America Vote Act there are very



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_008834

House Floor Debate, 3rd Reading - Volume V          May 3, 2005

10

```
1    short timeframes during which provisional ballots have

2    to be vetted and determined whether they will be cast,

3    whether they will be count or discarded.

4              By increasing the number of provisional

5    ballots that get cast, and Representative Anchia told

6    you yesterday only 21 percent of provisional ballots got

7    counted in the 2004 election.

8              If we increase that number, we do two

9    things:  One, we increase the work load on election

10   officials at a time when they're already extremely busy.

11             Two, we decrease their ability to do

12   thorough due diligence on all of the provisional ballots

13   that they have to review.  That is a significant new

14   burden to put on election administrators.  It is an

15   unfunded mandate on them, and it is something that not

16   only effects the votes cast under this legislation, but

17   effected all the other provisional votes that are cast

18   in an election period.

19             Second practical problem with the bill:  It

20   gives an extraordinary amount of new discretion to the

21   volunteer poll workers who work at the polls on election

22   day.

23             The most difficult challenge election

24   administrators face is the challenge of getting

25   competent volunteers to the polls on election day.  It
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_008835

11

1  is extraordinarily difficult, and you will notice it

2  when you go to the polls, they have a very hard time

3  getting people in my generation and younger to work the

4  polls.

5          At a time when the polls are getting

6  increasingly technologically sophisticated, it is very

7  difficult to get poll workers who can meet the

8  requirements of the 21st-century voting booth.

9          So what we are doing in this bill is

10 requiring something entirely new for poll workers.  They

11 not only have to review and check the list and say yes,

12 the docket, the standards have been met.  The clear

13 documentation requirements have been met.  They have to

14 make a discretionary judgment about whether the ID being

15 presented to them is the ID of the person that is

16 presenting it.

17         That is a whole new level of discretion and

18 I predict there will be pockets of problems where poll

19 workers turn voters away using this new discretion that

20 they've been granted.  And there will be lawsuits that

21 result from it.

22         Members, the 2000 election in Florida is

23 the most closely scrutinized election we've ever had.

24 And that election, after the fact -- every single vote

25 in that election was looked at with a microscope.  They



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

House Floor Debate, 3rd Reading - Volume V          May 3, 2005

12

1    did not find examples with the type of fraud that this

2    legislation is designed to prevent.

3              But they found countless examples of people

4    who were denied the right to vote who should have been

5    allowed to vote, all of which are well documented.

6              I happen to have a little bit of experience

7    with this.  My company won a contract with in the state

8    of Florida to fix their voter registration database

9    after the 2000 election.  And I spent a lot of time

10   going through the problems that occurred in the 2000

11   election in Florida.  This was not the problem.  The

12   problem that this bill is intended to address is not

13   what went wrong in Florida.

14             We've done a lot to fix the problems that

15   went wrong in Florida with the elections.  What I

16   addressed is the problem of legitimate voters being

17   turned away from the polls due to errors by the election

18   administrators.  That problem is worse and worse.

19             And the third practical problem with this

20   bill:  This bill should necessitate the creation of a

21   split voter registration roll which should significantly

22   (inaudible) the administration of the Voter Registration

23   Database.

24             In 1995 Congress implemented the Federal

25   Motor Voter bill, and it required states to allow people



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

JA_008837

13

1    to register to vote by mail and at driver's license

2    agencies.  Two states refused to comply with the law and

3    said we're not going to let our voters register at

4    driver's license agencies and by mail.

5               In those two states, Illinois and

6    Mississippi, because federal law required it for federal

7    elections, they had to maintain a split Voter

8    Registration Database.

9               People who registered by mail were on one

10   list and were allowed to vote a federal ballot.  People

11   who registered to vote under the old Mississippi and

12   Illinois procedures were on the list of people who got

13   to vote the entire federal and statewide ballot.

14              Because this bill deviates from federal

15   standards, it necessitates that election administrators

16   maintain two lists of federal voters.  It required that

17   we have primary voters who do not meet the state

18   requirements but do meet the federal requirements and

19   that we allow them to vote the federal ballot because

20   that's what federal law says.

21              I was there in Washington when the Help

22   America Vote Act was negotiated.  And the identification

23   requirements in the Help America Vote Act were the most

24   hotly contested part of that bill.  And they settled on

25   the ID requirements that we have in the Help America



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00212554

14

1    Vote Act because that is what is necessary to create

2    security in the electoral process.

3              Let's not diminish what those ID

4    requirements are.  No one is ever allowed to vote in

5    this country if they have not been ID'd with Photo ID or

6    with another form of ID and with the last four digits of

7    their Social Security number or with a driver's license

8    number, either at the time that they register to vote or

9    on the first occasion of their voting.

10             It is not allowed for you to go vote by

11   mail --

12             THE SPEAKER:  Mr. Jones, what's your

13   question?

14             REPRESENTATIVE DELWIN JONES:  Mr. Speaker,

15   would the gentleman yield for a question?

16             THE SPEAKER:  Do you yield?

17             REPRESENTATIVE STRAMA:  Mr. Jones, if

18   you'll give me a minute and a half.

19             THE SPEAKER:  Not at this time, Mr. Jones.

20             REPRESENTATIVE STRAMA:  Am I out of time?

21             THE SPEAKER:  No.

22             REPRESENTATIVE STRAMA:  Okay.

23             We have security that requires first-time

24   voters to vote in-person if they did not register to

25   vote in-person.  We authenticate the individuals



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00212555

House Floor Debate, 3rd Reading - Volume V          May 3, 2005

15

1    identity at that time.

2              Security experts that worked in the -- I

3    worked in the technology field for five years.  Security

4    experts will tell you that is the level of

5    authentication that is appropriate to this enterprise.

6    To go beyond that gets into the area where it cuts

7    people out of the process.

8              I know that is not the intent of the

9    chairwoman, but she acknowledged in Florida bay

10   yesterday, that this bills requirements will be

11   harder --

12             THE SPEAKER:  The point of order has been

13   raised.  The gentleman's time has expired.  The point of

14   order is well taken.

15             REPRESENTATIVE STRAMA:  Thank you.

16   Members.  I hope oppose this bill.

17             THE SPEAKER:  Mr. Jones, for what purpose?

18             Unfortunately, Mr. Jones, he yields the

19   floor.

20             Ms. Davis?

21             REPRESENTATIVE DELWIN JONES:  Mr. Speaker,

22   can I move to extend the speaker's time so he might

23   respond to questions?

24             THE SPEAKER:  Members, you've heard the

25   motion.  Mr. Jones moves to extend the gentleman's time.



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_008840

House Floor Debate, 3rd Reading - Volume V                 May 3, 2005

16

1    Is there an objection?

2                    Members, it is a division vote.

3                    All those in favor to extend the

4    gentleman's time vote aye.  All those opposed vote no.

5                    5, 2, vote.  The gentleman's time is

6    extended.

7                    REPRESENTATIVE STRAMA:  I do yield.

8                    REPRESENTATIVE DELWIN JONES:  Let me see if

9    my farmer's ears understand what you said in that

10   dialogue.

11                   I believe you said that this bill would

12   discourage voter participation; is that correct?

13                   REPRESENTATIVE STRAMA:  I believe it could

14   cause some voters to be turned away from the polls.

15                   REPRESENTATIVE DELWIN JONES:  Also, I think

16   you said it would discourage workers from working at the

17   polls because of the various documents and/or rejecting

18   someone from the voting process.  Was that a part of it?

19                   REPRESENTATIVE STRAMA:  Mr. Jones, that's

20   correct.

21                   REPRESENTATIVE DELWIN JONES:  And would you

22   agree with me that the less people who participate in an

23   election, the less fraudulent votes would have on that

24   process?

25                   REPRESENTATIVE STRAMA:  I would agree with



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_008841

17

1    that.

2                    REPRESENTATIVE DELWIN JONES:  Thank you.

3                    REPRESENTATIVE VILLAREAL:  Mr. Speaker.

4                    THE SPEAKER:  Mr. Villarreal, for what

5    purpose?

6                    REPRESENTATIVE VILLARREAL:  Will the

7    gentleman yield for a question?

8                    THE SPEAKER:  Mr. Strama, do you yield?

9                    REPRESENTATIVE STRAMA:  I will.

10                   THE SPEAKER:  The gentleman yields.

11                   REPRESENTATIVE VILLARREAL:  Can you explain

12   your third point a little more simply.

13                   My understanding is that we're creating two

14   different standards, and I'm interested in how this

15   impacts my County Elections Department.

16                   What I heard you say is that we are

17   creating, sort of, a split roll in terms of voting.  My

18   precinct judge is going to have to maintain two sets of

19   ballots, one for federal elections, one for all other

20   elections, and federal elections, and that a voter who

21   may not meet our state, stricter standard cannot

22   (Inaudible) election.

23                   REPRESENTATIVE STRAMA:  I think you

24   understand it correctly.  The background that you need

25   to know is that when the federal government makes laws



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_008842

House Floor Debate, 3rd Reading - Volume V          May 3, 2005

18

1   regarding elections, it does so only as a regard to

2   conduct the federal elections.  It has no authority over

3   the conduct of state elections.

4           So when it passed the Help America Vote

5   Act, it enacted standards that governed the

6   administration of federal elections.

7           When we deviate from those standards, we

8   create a dual-administrative process at the local level.

9   One, for the conduct of the federal election.  One, for

10  the conduct of the state elections.

11          And a voter who does not meet the ID

12  requirements in Representative Denny's bill should be

13  allowed to vote on federal elections by meeting the

14  requirements in the Help America Vote Act.

15          REPRESENTATIVE VILLARREAL:  You said should

16  be allowed.  Aren't they required to be allowed?

17          REPRESENTATIVE STRAMA:  Under the law they

18  should be.

19          REPRESENTATIVE VILLARREAL:  My

20  understanding is we can't override federal law.

21          REPRESENTATIVE STRAMA:  You're correct

22  about that.

23          REPRESENTATIVE VILLARREAL:  So we're

24  creating a dual-election process where voter (Inaudible)

25  way voters aren't turned away if they fail to meet our



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_008843

House Floor Debate, 3rd Reading - Volume V        May 3, 2005

19

1   standard but they meet the federal standard?

2                REPRESENTATIVE STRAMA:  And I'll tell you

3   when this was it done in Illinois and Mississippi in

4   1996 it quickly collapsed of its own weight.

5                REPRESENTATIVE VILLARREAL:  Thank you.

6                REPRESENTATIVE STRAMA:  Thank you, Members.

7                THE SPEAKER:  The chair recognizes

8   Representative Davis.

9                REPRESENTATIVE YVONNE DAVIS:  Thank you,

10  Mr. Speaker, Members.

11               I'd like to take a moment just to suggest

12  that we really ought to review what we're doing here.

13               House Bill 1706 has the effect of taking

14  fundamental rights away.  We are a country of a

15  democracy.  We are we encourage.  We should be

16  encouraging participation.

17               What 1706 will have the effect to do is to

18  suppress voter participation and have the ability to

19  have fewer people make decisions for our state and our

20  country.

21               We ought to be creating bills for the

22  people.  To support the people, not to hinder them.  And

23  when we pass a bill like this, it's punitive in nature.

24               If we're trying to fix voter fraud, I think

25  we have rules and laws on the books to address voter



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_008844

20

1    fraud.

2              Why are we imposing these standards on

3    voters who just wish to participate in this governmental

4    process, that we say that the 26th Amendment gives

5    18-year olds and older to vote in our state and our

6    country.

7              And now we're coming up with these

8    different kind of standards which have the effect of

9    saying that you have to prove yourself worthy of a vote

10   instead of being able to enjoy that constitutional right

11   we've been given once we reach or turn the age of 18.

12             I'm concerned that when we talk about the

13   provisional ballots, when we talk about having two

14   ballots, the regular ballot will be counted and then its

15   provisional ballot.

16             There's no question a provisional ballot

17   would be very difficult to count.  We're now going to

18   create a separate class of ballots.  We know when we do

19   separate ballots, separate classes, we know that

20   inherently creates an inequity.

21             So now we're going to have this provisional

22   ballot that people are going to go with votes, thinking

23   they're going to cast their votes for a particular issue

24   or a candidate and not know if it gets counted.

25             We are going to impose those kind of



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00212561

21

```
 1    standards that have the effect of eliminating people's

 2    participation in this process.

 3              I think that in 1706, we are being punitive

 4    to those voters who have a right to vote, and I don't

 5    think it does anything to address fraudulent voters.

 6              None of us want elections based on a

 7    fraudulent vote.  All of us run under elections and for

 8    voters to vote for us.  So we know how important or

 9    significant it is that we have fair elections.

10              The question is:  Do we penalize and

11    suppress votes by creating these barriers?

12              I would submit that HB 1706 is creating

13    barriers.  Instead barriers, instead of creating

14    opportunities to encourage, to increase voter

15    participation, it creates barriers.  It has an effect of

16    setting up standards that make it difficult for many

17    people to vote.

18              We've seen Dallas County, when they want to

19    suppress elections, they come out with rules and

20    standards and post signs.  And this is just another way

21    of doing it to suppress voter participation.

22              Why are we going to ask senior citizens to

23    bring in their utilities if they don't have IDs?  To

24    bring in two utilities bills with their names and

25    addresses?  I mean, we're creating a barrier that we
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_008846

22

1    should not be imposing on the citizens of our states.

2              And I will tell you that I think HB 1706,

3    it does not help the folks of the State of Texas.  It

4    creates and hampers their right to vote and we ought not

5    be doing that this legislative session.

6              So I ask you, Members, to think about how

7    would you feel if someone came out and prevented you

8    from casting your vote?  How would you feel if there

9    were these artificial barriers created in this house

10   that created a difficulty for you to vote?

11             That's the question:  Are we willing to do

12   the same thing to ourselves as we're doing to others?

13             HB 1706 will have the effect of suppressing

14   voter participation.

15             REPRESENTATIVE HODGE:  Mr. Speaker.

16             THE SPEAKER:  Ms. Hodge, for what purpose?

17             REPRESENTATIVE HODGE:  Will the lady yield

18   for a couple questions?

19             THE SPEAKER:  Ms. Davis, do you yield?

20             REPRESENTATIVE YVONNE DAVIS:  Yes.

21             THE SPEAKER:  The lady yields have.

22             REPRESENTATIVE HODGE:  Representative

23   Davis, have you ever heard the saying, you cannot

24   understand the plight of my walk unless you've walked a

25   mile in my shoes?



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_008847

House Floor Debate, 3rd Reading - Volume V            May 3, 2005

23

1           REPRESENTATIVE YVONNE DAVIS:  I have heard

2     that Representative Hodge.

3           REPRESENTATIVE HODGE:  Have you ever had

4     any idea what's really meant by that?

5           REPRESENTATIVE YVONNE DAVIS:

6     Representative Hodge, unfortunately, I know exactly

7     what's meant by that.

8           REPRESENTATIVE HODGE:  Well, let me ask

9     you:  Are you concerned a lot about this bill, not as it

10    being a minority bill, but a bill that restricts the

11    rights of all voters to vote?

12          REPRESENTATIVE YVONNE DAVIS:  That's why it

13    is so offensive.  This bill has the effect of

14    suppressing people in their government.  It doesn't

15    matter what color they are.  It doesn't matter what

16    neighborhood they live in.  It will have that effect.

17    And any time it has an effect in any neighborhood, the

18    entire system is effected by it.

19          REPRESENTATIVE HODGE:  Now, let me ask you

20    about the plight of walking in your shoes that may give

21    you a different concern about this bill.

22          During your lifetime, are you familiar at

23    all with any of your grandparents having to pay poll

24    tax?

25          REPRESENTATIVE YVONNE DAVIS:  Yes, ma'am.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00212564

House Floor Debate, 3rd Reading - Volume V          May 3, 2005

24

1          REPRESENTATIVE HODGE:  To have the right to
2     vote?
3          REPRESENTATIVE YVONNE DAVIS:  Yes, ma'am.
4     Yes, ma'am.  I remember my dad having to pay poll tax,
5     Ms. Hodge.
6          REPRESENTATIVE HODGE:  Anywhere in your
7     lifetime do you remember, members of the African
8     American community having to take a Litmus Test to have
9     the right to vote, even being told that they failed the
10    test when they passed it?
11         REPRESENTATIVE YVONNE DAVIS:  Yes, ma'am,
12    Representative Hodge.  I'm very familiar with that.
13         REPRESENTATIVE HODGE:  Now, when I talk
14    about this walk a mile in my shoes, we've got other
15    people in this room.  Do you think that maybe they don't
16    understand our plight about voting because they've never
17    walked that mile in these shoes?
18         REPRESENTATIVE YVONNE DAVIS:
19    Representative Hodge, I hope it's based on just not
20    understanding.  I would hate to think that this bill is
21    designed to suppresses voter participation.
22         And I would hope that they would listen to
23    (Inaudible) that would suggest that this would have that
24    effect in our community so that they would not think
25    that this is just some discussion about it.  This is



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

25

1    reality for us.

2               They do differently in our communities.

3    They handle elections differently in our communities

4    than they do in any others.  So this is real for us.

5    This is what people have to experience coming into our

6    communities to execute their right to vote.

7               REPRESENTATIVE HODGE:  So are you familiar

8    with women suffrage?

9               REPRESENTATIVE YVONNE DAVIS:  Yes, ma'am.

10              REPRESENTATIVE HODGE:  Where women who were

11   not of color did not have the right to vote?

12              REPRESENTATIVE YVONNE DAVIS:  That's

13   correct, Representative Hodge, I am.

14              REPRESENTATIVE HODGE:  But would you think

15   that our colleagues in this room may not understand that

16   plight because that was over in 1920, and there are very

17   few women in this room that was born in 1920 or before?

18              REPRESENTATIVE YVONNE DAVIS:  That's right.

19              REPRESENTATIVE HODGE:  So do you think

20   they're not being selfish to us, but do you think they

21   just do not understand the plight since they themselves

22   have never personally experienced it the way you and I

23   have, that we have such a great respect for the right to

24   vote is?

25              REPRESENTATIVE YVONNE DAVIS:  I think



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

JA_008850

TX_00212566

26

1   that's one of the challenges for us is that people don't

2   understand how much blood, sweat and tears passed on

3   before we were given the right, before we were able to

4   execute our right.

5              And then to put these artificial boundaries

6   in place to suppress and barriers to prevent us from

7   participating.  We've seen it before.  It might be

8   neater, or it might be cleaner, but it is, in fact, a

9   means in which to suppress our votes and our

10  participation.

11             And we ought to be all offended by it as

12  Members who are elected by the vote.  We ought to have a

13  greater appreciation for one's right to vote.

14             REPRESENTATIVE HODGE:  So are you telling

15  me that what you think of when you think of this is the

16  fact that you had to overcome poll tax?  You had to

17  overcome the Litmus test?  These are all trying to

18  obtain the right to vote?

19             You had to demonstrate and protest?  If you

20  may remember the death of Caney, Swina and Goodman who

21  lost their lives in the south fighting for the right of

22  people to vote?  Would you remember that?

23             REPRESENTATIVE YVONNE DAVIS:  I do remember

24  that, Ms. Hodge.  That's why Texas is under the Voting

25  Right Act because we know, we know that we have put in



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

JA_008851

27

1    laws that have suppressed and discouraged participation

2    and that's why these things, this 1706 represents that

3    kind of turning the clock back.

4                    REPRESENTATIVE HODGE:  Do you think that

5    your colleagues here are even aware of the fact that

6    African Americans in the south is the reason, basically,

7    the Voting Rights Act was created and that we are the

8    only people in this country who have to have

9    Congressional Certification every ten years to maintain

10   the right to vote?

11                   Now, I know when President Bush was asked

12   about this just a month or so ago, he was not familiar

13   with the Voting Rights Act.  So do you think that maybe

14   that's something our colleagues are not familiar with,

15   also?

16                   REPRESENTATIVE YVONNE DAVIS:  Well, let me

17   just assure you, Ms. Hodge, the fact that we have Voting

18   Rights Act has been a tool to prevent this kind of bills

19   and legislation, which would have the effect of

20   suppressing and discouraging voter participation,

21   particular folks, because everyone is guaranteed the

22   right to vote when they become 18 or older.

23                   And so this, in my judgment is another

24   means in which to turn the clock back, try to discourage

25   participation in a form of intimidation and a form of



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_008852

28

1    creating artificial requirements to suggest that a

2    person shows up with two utility bills as an address,

3    makes them a proper voter.

4              I mean, the whole theory is voters should

5    not have to prove they're legitimate.  We should deal

6    with the fraudulent voters.  Everyone should be able to

7    freely come in and vote.  We should not penalize those

8    that have a right to vote based on what someone else

9    did.  Let's penalize the fraudulent voters.  Or the

10   crime --

11             THE SPEAKER:  The point of order is well

12   taken.  Thank you.

13             REPRESENTATIVE YVONNE DAVIS:  Thank you,

14   Representative.

15             I'd ask Members to vote no on this bill.

16             THE SPEAKER:  The chair recognizes

17   Mr. Burnam.

18             REPRESENTATIVE BURNAM:  Mr. Speaker,

19   Members, I think you all know that I think that this is

20   a really bad bill.  I think this is one of those bills

21   that points out the hypocrisy of what goes on in this

22   legislative body, and I want to talk about that a little

23   bit.

24             But, first, I want to remind you where we

25   opened this discussion yesterday on the second reading



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

House Floor Debate, 3rd Reading - Volume V          May 3, 2005

29

1    when the author of the bill was laying out the bill.

2              I read to you then and I'm going to reread

3    to you one or two sentences from the AARP letter which

4    says, "HB 1706 will impose the modern version of a poll

5    tax, as it will force elderly, retired and disabled

6    voters to purchase and furnish official documents, such

7    as birth certificates, passports, driver's licenses or

8    government identity cards as a prerequisite to

9    registering or casting a ballot.  An artificial obstacle

10   to voting.

11             "Voter Identification requirements will

12   negatively impact thousands of AARP Members, especially

13   those who have voluntarily given up the right to drive."

14             REPRESENTATIVE HODGE:  Mr. Speaker.

15             THE SPEAKER:  Ms. Hodge, for what purpose?

16             REPRESENTATIVE HODGE:  Will the gentleman

17   yield for a question?

18             THE SPEAKER:  Mr. Burnam, do you yield?

19             REPRESENTATIVE BURNAM:  For a question.

20             REPRESENTATIVE HODGE:  No, I have two.

21             REPRESENTATIVE BURNAM:  Two questions.

22   Yes, I yield.

23             THE SPEAKER:  The gentleman yields.

24             REPRESENTATIVE HODGE:  REPRESENTATIVE

25   BURNAM, are you speaking against this bill because you



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_008854

TX_00212570

30

1    think it is a bad bill?

2                REPRESENTATIVE BURNAM:   Absolutely.

3                REPRESENTATIVE HODGE:   Then let me ask you:

4    After all the work we've done on this side on this bill,

5    are you aware that 11 senators on the other side have

6    already voted to block the passage or the hearing of

7    this bill in the Senate?

8                REPRESENTATIVE BURNAM:   I have heard that

9    11 senators have signed a letter saying that no way

10   would they allow this bill to come to the Senate floor

11   because it is such a bad bill.

12               And so if those 11 senators hold true to

13   their commitment, this bill will not become law, which

14   is a good thing.

15               But I think it's an important thing that we

16   are all reminded that in addition to the letter from the

17   AARP, we have a letter cosigned by the NAACP, LULAK, the

18   American Civil Liberties Union, MALDAV, the United Farm

19   Workers, the State AFL, PRO, and People for the American

20   Way all raising objections saying that this bill

21   relating to requiring a voter to present proof of

22   identification which will create one of the most

23   restrictive voting laws in the nation.

24               Now, I want to talk about hypocrisy.  I can

25   read letters.  You can read letters.  We can talk about



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

31

1    what all the third-party people are talking about.  But

2    I want to talk about hypocrisy.

3                    Since the 1870.  Corporations in this

4    country have had way too much influence in power and

5    control over our democracy in the election process.

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_008856

32

1    STATE OF TEXAS:

2

3    COUNTY OF HARRIS:

4

5                    I, Kateri A. Flot-Davis, Certified

6    Shorthand Reporter in and for the State of Texas, hereby

7    certify that the foregoing transcript is done to the

8    best of my ability and reflects proceedings heard on

9    video recording.

10                   I further certify that I am neither

11   counsel for, related to, nor employed by any of the

12   parties or attorneys in the action in which this

13   proceeding was taken, and further that I am not

14   financially or otherwise interested in the outcome of

15   the action.

16                   Certified to by me this ___ of

17   _____ ,_____.

18

19

20                   _____

21                   Kateri A. Flot-Davis
                     Texas CSR No. 8462
22                   Expiration Date: 12-31-13

23

24

25



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

House Floor Debate, 3rd Reading - Volume V                    May 3, 2005

---

**A**

AARP
29:3,12 30:17

ability
10:11 19:18
32:8

able
3:3 8:19
20:10 26:3
28:6

abolition
4:18

Absolutely
30:2

acceptable
2:23

access
8:9

acknowledged
15:9

Act
9:25 13:22,23
14:1 18:5,14
26:25 27:7,
13,18

action
32:12,15

actual
8:20

addition
30:16

address
12:12 19:25
21:5 28:2

addressed
12:16

addresses
21:25

administrati
on

12:22 18:6

administrato
rs
9:3,16,24
10:14,24
12:18 13:15

AFL
30:19

afraid
5:22 6:3

African
24:7 27:6

agast
4:15

age
4:20 20:11

agencies
13:2,4

ago
27:12

agree
16:22,25

agreed
9:2

allow
12:25 13:19
30:10

allowed
8:10 12:5
13:10 14:4,10
18:13,16

already
10:10 30:6

also
3:1,5,17
16:15 27:15

always
4:8 9:8

ambassadors
4:7

Amendment

2:12,13,14,
15,19 3:12
4:19 20:4

Amendment's
3:22

America
4:9 9:25
13:22,23,25
18:4,14

American
24:8 30:18,19

Americans
27:6

among
9:2

amount
10:20

Anchia
10:5

and/or
16:17

another
5:11 14:6
21:20 27:23

Anywhere
24:6

appreciation
26:13

appropriate
15:5

approved
6:13,14

area
15:6

arguments
6:6

around
4:11 9:17

arrive
5:4

artificial

22:9 26:5
28:1 29:9

asked
27:11

asking
4:15,16

assume
8:8,12

assure
27:17

attempt
3:15 5:11

Attorney
9:14

attorneys
32:12

Attorney's
9:15

authenticate
14:25

authenticati
on
15:5

author
29:1

authority
18:2

aware
27:5 30:5

aye
16:4

---

**B**

back
27:3,24

background
17:24

bad
28:20 30:1,11

ballot
3:4,6,19 8:10

13:10,13,19
20:14,15,16,
22 29:9

ballots
9:22 10:1,5,
6,12 17:19
20:13,14,18,
19

barrier
21:25

barriers
21:11,13,15
22:9 26:6

based
21:6 24:19
28:8

basically
27:6

bay
15:9

being
11:14 12:16
20:10 21:3
23:10 24:9
25:20

believe
2:12 8:7
16:11,13

best
32:8

beyond
15:6

bill
2:2,9 3:7,25
4:3,24 6:8,
13,14,18,21
7:1,18,20,23
8:4,15 10:19
11:9 12:12,
20,25 13:14,
24 15:16
16:11 18:12
19:13,23

---

23:9,10,13,
21 24:20
28:15,20
29:1,25 30:1,
4,7,10,11,
13,20
**bills**
4:12 8:22
15:10 19:21
21:24 27:18
28:2,20
**birth**
29:7
**bit**
12:6 28:23
**block**
30:6
**blood**
26:2
**body**
28:22
**books**
19:25
**booth**
11:8
**born**
25:17
**both**
8:8
**boundaries**
26:5
**bring**
2:24 21:23,24
**brought**
6:22
**burden**
10:14
**Burnam**
28:17,18
29:18,19,21,
25 30:2,8

**Bush**
27:11
**busy**
10:10
— C —
**calling**
6:7
**came**
22:7
**campaign**
4:6
**candidate**
20:24
**Caney**
26:20
**cannot**
9:7 17:21
22:23
**Card**
5:14
**cards**
29:8
**carefully**
6:7
**cast**
3:4,5 9:10,22
10:2,5,16,17
20:23
**casting**
22:8 29:9
**caught**
9:12
**cause**
9:21 16:14
**certificates**
5:18 29:7
**Certification**
27:9
**Certified**

32:5,16
**certify**
32:7,10
**chair**
2:1,5,16 3:8,
24 7:2,11
19:7 28:16
**Chairwoman**
7:25 15:9
**challenge**
10:23,24
**challenges**
26:1
**changes**
9:11
**check**
11:11
**choose**
6:14
**citizens**
21:22 22:1
**Civil**
30:18
**Class**
2:21 5:10
20:18
**classes**
20:19
**cleaner**
26:8
**clear**
11:12
**clerk**
2:2,3,14,15
**clerks**
3:14 5:18
**Clerk's**
6:22
**clock**
27:3,24

**close**
3:3
**closely**
11:23
**co-authored**
6:9
**collapsed**
19:4
**colleagues**
4:12 6:2,3
25:15 27:5,14
**color**
5:6 23:15
25:11
**come**
4:15 7:9
21:19 28:7
30:10
**coming**
6:18 20:7
25:5
**commending**
7:25
**comment**
6:8
**commitment**
30:13
**committee**
6:23
**communities**
25:2,3,6
**community**
24:8,24
**company**
12:7
**competent**
9:16 10:25
**comply**
13:2
**concern**
9:23 23:21

**concerned**
4:24 20:12
23:9
**conduct**
18:2,3,9,10
**Congress**
12:24
**Congressional**
6:15 27:9
**consequences**
9:7
**constitutional**
20:10
**contested**
13:24
**continuously**
5:15
**contract**
12:7
**control**
31:5
**cool**
8:1
**Corporations**
31:3
**correct**
16:12,20
18:21 25:13
**correctly**
17:24
**cosigned**
30:17
**counsel**
32:11
**count**
10:3 20:17
**counted**
10:7 20:14,24

countless
12:3

country
4:22 14:5
19:14,20 20:6
27:8 31:4

county
5:18 17:15
21:18 32:3

couple
22:18

covered
4:20

create
5:6 14:1 18:8
20:18 30:22

created
22:9,10 27:7

creates
20:20 21:15
22:4

creating
17:13,17
18:24 19:21
21:11,12,13,
25 28:1

creation
12:20

crime
28:10

Crimes
9:13

CSR
32:21

cuts
15:6

___D___

dad
24:4

Dallas
21:18

database
12:8,23 13:8

Date
32:22

Davis
15:20 19:8,9
22:19,20,23
23:1,5,12,25
24:3,11,18
25:9,12,18,
25 26:23
27:16 28:13

day
3:18 5:9
8:14,17 9:22
10:22,25

deal
4:20 28:5

dealing
3:19

dear
4:5

death
26:20

decide
5:22

decisions
19:19

decrease
10:11

defraud
9:4

DeLay
6:14

DELWIN
14:14 15:21
16:8,15,21
17:2

democracy
4:6,9 19:15
31:5

democratic
4:9

Democrats
8:6

demonstrate
26:19

denied
12:4

Denny
2:3,6,7 3:9,
10 8:1

Denny's
18:12

Department
9:14 17:15

designed
12:2 24:21

deter
9:8

determine
6:17

determined
10:2

deterred
8:21

deviate
18:7

deviates
13:14

dialogue
16:10

different
17:14 20:8
23:21

differently
25:2,3

difficult
3:17 8:2
10:23 11:1,7
20:17 21:16

difficulty
22:10

digits
14:6

diligence
10:12

diminish
14:3

disabled
29:5

discarded
10:3

discourage
6:11 16:12,16
27:24

discouraged
27:1

discouraging
27:20

discretion
10:20 11:17,
19

discretionar
y
11:14

discussion
24:25 28:25

disenfranchi
se
5:12

district
5:3 6:15 9:15

Division
9:13 16:2

docket
11:12

document
8:19

documentatio
n

2:24,25 11:13

documented
12:5

documents
16:17 29:6

doesn't
6:10 23:14,15

doing
4:6,7 6:11
11:9 19:12
21:21 22:5,12

dollars
5:16

down
7:9

drive
29:13

driver's
5:2 13:1,4
14:7 29:7

d u a l -
a d m i n i s t r a t i
v e
18:8

d u a l -
e l e c t i o n
18:24

due
10:12 12:17

during
4:6 10:1
23:22

___E___

earlier
2:9 6:18

ears
16:9

easiest
9:4

easy

6:1 9:9

**effect**
9:20 19:13,17
20:8 21:1,15
22:13 23:13,
16,17 24:24
27:19

**effected**
10:17 23:18

**effects**
10:16

**either**
14:8

**elderly**
4:23 29:5

**elected**
26:12

**election**
2:19,22 3:14,
18 5:5 8:15,
24 9:1,2,4,5,
8,12,13,16,
22,23 10:7,9,
14,18,21,23,
25 11:22,23,
24,25 12:9,
11,17 13:15
16:23 17:22
18:9 31:5

**elections**
5:9 7:19 8:7,
9 12:15 13:7
17:15,19,20
18:1,2,3,6,
10,13 21:6,7,
9,19 25:3

**electoral**
14:2

**eliminating**
21:1

**employed**
32:11

**enacted**
18:5

**encourage**
2:19,20 19:15
21:14

**encouraging**
19:16

**end**
8:14,17

**endeavor**
9:6

**enjoy**
20:10

**enterprise**
15:5

**entire**
13:13 23:18

**entirely**
11:10

**err**
8:17

**errors**
12:17

**especially**
29:12

**Ethics**
6:8

**evidence**
8:20

**exactly**
23:6

**examples**
12:1,3

**execute**
25:6 26:4

**executes**
3:6

**experience**
12:6 25:5

**experienced**

25:22

**experts**
9:3 15:2,4

**Expiration**
32:22

**expired**
15:13

**explain**
17:11

**explaining**
7:22

**extend**
15:22,25 16:3

**extended**
16:6

**extraordinar
ily**
11:1

**extraordinar
y**
10:20

**extremely**
10:10

─────────
        **F**
─────────

**face**
10:24

**fact**
4:15 11:24
26:8,16 27:5,
17

**fail**
3:15 18:25

**failed**
24:9

**fails**
2:22

**fair**
8:8,16 21:9

**familiar**
23:22 24:12

25:7 27:12,14

**Farm**
30:18

**farmer's**
16:9

**favor**
16:3

**Federal**
12:24 13:6,
10,13,14,16,
18,19,20
17:19,20,25
18:2,6,9,13,
20 19:1

**feel**
22:7,8

**fewer**
19:19

**fiancee**
7:16

**field**
15:3

**fighting**
26:21

**filed**
6:21

**financially**
32:14

**find**
2:20 9:9 12:1

**first**
14:9 28:24

**first-time**
14:23

**five**
15:3

**fix**
12:8,14 19:24

**floor**
3:21 6:19,22
15:19 30:10

**Florida**
11:22 12:8,
11,13,15 15:9

**Flot-Davis**
32:5,21

**folks**
22:3 27:21

**following**
2:13

**force**
29:5

**forced**
5:15

**foregoing**
32:7

**Form**
4:18 14:6
27:25

**forms**
2:10,23 3:16
5:6

**found**
12:3

**four**
14:6

**fraud**
5:17 8:7,20
9:5,8,17 12:1
19:24 20:1

**fraudulent**
8:24 16:23
21:5,7 28:6,9

**fraudulently**
9:11

**free**
8:9

**freely**
28:7

**front**
4:14 7:9

**fundamental**

19:14
**furnish**
29:6
**further**
32:10,13

**G**

**generally**
9:11
**General's**
9:15
**generation**
11:3
**gentleman**
14:15 17:7,10
29:16,23
**gentleman's**
15:13,25
16:4,5
**getting**
3:18 10:24
11:3,5
**give**
14:18 23:20
**given**
20:11 26:3
29:13
**gives**
10:20 20:4
**go**
2:20,21 5:8
11:2 14:10
15:6 20:22
**goal**
5:25 6:1
**goals**
6:2
**goes**
28:21
**going**
2:11 3:12,20
7:23 12:10

13:3 17:18
20:17,21,22,
23,25 21:22
29:2
**good**
7:22 30:14
**Goodman**
26:20
**goodwill**
4:7
**governed**
18:5
**government**
5:22 17:25
23:14 29:8
**governmental**
20:3
**grandparents**
23:23
**granted**
11:20
**great**
6:12 8:1
25:23
**greater**
26:13
**guarantee**
8:13
**guaranteed**
27:21
**gun**
5:3

**H**

**habit**
4:10,11
**hadn't**
6:6,7 7:21
**half**
14:18
**hampers**
22:4

**handle**
25:3
**happen**
12:6
**happens**
9:8,9
**hard**
11:2
**harder**
5:10 15:11
**HARRIS**
32:3
**hate**
24:20
**HB**
2:2,3 21:12
22:2,13 29:4
**hear**
4:14
**heard**
15:24 17:16
22:23 23:1
30:8 32:8
**hearing**
30:6
**Help**
9:25 13:21,
23,25 18:4,14
22:3
**hereby**
32:6
**high**
9:6,7
**hinder**
19:22
**HODGE**
22:15,16,17,
22 23:2,3,6,
8,19 24:1,5,
6,12,13,19
25:7,10,13,

14,19 26:14,
24 27:4,17
29:14,15,16,
20,24 30:3
**hold**
4:5 30:12
**home**
5:8 7:15
**hope**
15:16 24:19,
22
**hotly**
13:24
**HOUSE**
1:4 3:13 4:24
19:13 22:9
**hypocrisy**
28:21 30:24
31:2

**I**

**ID**
2:10 3:16 5:7
11:14,15
13:25 14:3,5,
6 18:11
**ID'd**
14:5
**idea**
23:4
**identificati
on**
2:4 13:22
29:11 30:22
**identity**
15:1 29:8
**IDs**
21:23
**Illinois**
13:5,12 19:3
**impact**
29:12

**impacts**
17:15
**implemented**
12:24
**implication**
8:6
**implications**
8:5
**important**
5:25 6:1 21:8
30:15
**impose**
20:25 29:4
**imposing**
20:2 22:1
**improperly**
8:10
**inaudible**
12:22 17:22
18:24 24:23
**inclusion**
8:18
**increase**
9:21 10:8,9
21:14
**increasing**
10:4
**increasingly**
11:6
**individuals**
4:7 14:25
**indulge**
7:23
**inequity**
20:20
**influence**
31:4
**inform**
3:15
**inherently**

20:20
**in-person**
14:24,25
**Instead**
5:20 20:10
21:13
**integrity**
7:19 8:23
**intended**
12:12
**intent**
15:8
**interested**
17:14 32:14
**intimidated**
5:1
**intimidates**
4:25
**intimidation**
27:25
**issue**
20:23

**J**

**job**
6:12 7:22 8:1
**JOE**
7:6
**Jones**
14:12,14,17,
19 15:17,18,
21,25 16:8,
15,19,21 17:2
**journal**
7:8
**judge**
2:22 17:18
**judges**
3:14 5:5
**judgment**
11:14 27:23

**just**
4:13,23 5:5,9
6:12 19:11
20:3 21:20
24:19,25
25:21 27:12,
17
**Justice**
9:14

**K**

**Kateri**
32:5,21
**Keel**
8:22
**keeping**
8:1
**Kiel's**
6:5
**kind**
9:17 20:8,25
27:3,18
**know**
2:23 7:14
8:3,18 15:8
17:25 20:18,
19,24 21:8
23:6 26:25
27:11 28:19
**knowingly**
2:22

**L**

**lady**
22:17,21
**last**
6:5,12,13,21
7:15 14:6
**law**
13:2,6,20
18:17,20
30:13
**laws**

17:25 19:25
27:1 30:23
**lawsuits**
11:20
**laying**
29:1
**lays**
2:1
**leaders**
6:16
**learned**
6:1,3,5
**leave**
3:1,12,20
**left**
5:7
**legislation**
8:21 9:20
10:16 12:2
27:19
**legislative**
22:5 28:22
**legislature**
5:13
**legitimate**
12:16 28:5
**less**
5:12 16:22,23
**Let's**
8:8 14:3 28:9
**letter**
29:3 30:9,16,
17
**letters**
30:25
**letting**
4:2
**level**
11:17 15:4
18:8
**Liberties**

30:18
**license**
5:2,3 13:1,4
14:7
**licenses**
29:7
**life**
7:18
**lifetime**
23:22 24:7
**likely**
5:12
**lines**
5:6
**list**
11:11 13:10,
12
**listen**
24:22
**lists**
13:16
**Litmus**
24:8 26:17
**little**
12:6 17:12
28:22
**live**
23:16
**lives**
26:21
**load**
10:9
**local**
9:15 18:8
**locking**
5:18
**long**
4:17
**look**
9:17

**looked**
11:25
**lost**
26:21
**lot**
7:14 8:2
12:9,14 23:9
**low**
9:6
**LULAK**
30:17

**M**

**ma'am**
23:25 24:3,4,
11 25:9
**mail**
5:16 8:24 9:3
13:1,4,9
14:11
**maintain**
13:7,16 17:18
27:9
**making**
5:25
**MALDAV**
30:18
**mandate**
10:15
**matter**
23:15
**mean**
21:25 28:4
**means**
26:9 27:24
**meant**
23:4,7
**meet**
11:7 13:17,18
17:21 18:11,
25 19:1
**meeting**

18:13
members
2:19 4:2 6:7,
10,20 7:14
11:22 15:16,
24 16:2 19:6,
10 22:6 24:7
26:12 28:15,
19 29:12
met
11:12,13
microscope
11:25
mile
22:25 24:14,
17
millions
5:16
minorities
4:25 5:10
minority
5:1 23:10
minute
2:12 14:18
misdemeanor
2:22
Mississippi
13:6,11 19:3
modern
29:4
moment
7:24 19:11
month
8:23 27:12
MORENO
7:4,5,6
most
4:4,10 6:2
8:25 10:23
11:23 13:23
30:22

motion
15:25
Motor
12:25
move
2:11 15:22
moves
15:25

---
**N**
---

NAACP
30:17
names
21:24
nation
30:23
nature
19:23
neater
26:8
necessary
14:1
necessitate
12:20
necessitates
13:15
need
5:15 17:24
negatively
29:12
negotiated
13:22
neighborhood
23:16,17
neither
32:10
never
6:23 24:16
25:22
new
10:13,20

11:10,17,19
night
7:15
nobody
5:3
notice
11:1
number
9:21 10:4,8
14:7,8

---
**O**
---

objection
16:1
objections
30:20
obstacle
29:9
obtain
26:18
occasion
14:9
occurred
12:10
offended
26:11
offense
8:4,6
offensive
23:13
Office
6:22 9:15,16
official
29:6
officials
10:10
Okay
14:22
old
4:14 13:11
older

20:5 27:22
olds
20:5
once
4:19 20:11
one's
26:13
opened
28:25
opportunitie
s
21:14
oppose
15:16
opposed
16:4
opposition
4:2
order
15:12,14
28:11
ought
19:12,21 22:4
26:11,12
outcome
9:12 32:14
outs
2:1
over
18:2 25:16
31:5
overcome
26:16,17
override
18:20

---
**P**
---

packing
4:11
parade
4:8

part
8:25 9:4
13:24 16:18
participate
16:22 20:3
participatin
g
26:7
participatio
n
16:12 19:16,
18 21:2,15,21
22:14 24:21
26:10 27:1,
20,25
particular
20:23 27:21
particularly
4:25
parties
32:12
pass
19:23
passage
2:11 3:25
30:6
passed
6:24 18:4
24:10 26:2
passports
29:7
pay
23:23 24:4
penalize
21:10 28:7,9
penalty
2:21 3:13
People
5:6,7,21 6:4,
11 11:3 12:3,
25 13:9,10,12

15:7 16:22
19:19,22
20:22 21:17
23:14 24:15
25:5 26:1,22
27:8 30:19
31:1
**people's**
21:1
**percent**
10:6
**period**
10:18
**person**
11:15 28:2
**personally**
4:13 25:22
**persons**
2:11 4:14
Photo
14:5
**place**
2:21 3:2 26:6
**placed**
7:8
**plight**
22:24 23:20
24:16 25:16,
21
**pockets**
11:18
**point**
15:12,13
17:12 28:11
**points**
28:21
**political**
8:5
**poll**
3:18 4:18
10:21 11:7,
10,18 23:23

24:4 26:16
29:4
**polling**
3:2
**polls**
3:3 5:4,11
10:21,25
11:2,4,5
12:17 16:14,
17
**post**
21:20
**potter's**
5:2
**power**
31:4
**practical**
9:19 10:19
12:19
**pray**
5:8
**precinct**
17:18
**predict**
11:18
**prepared**
6:8
**prerequisite**
29:8
**present**
2:4 30:21
**presented**
11:15
**presenting**
11:16
**President**
27:11
**presidents**
4:8
**pretty**
3:13 9:9

**prevent**
12:2 26:6
27:18
**prevented**
22:7
**primary**
13:17
**print**
5:16
**printing**
5:17
**priorities**
5:13
PRO
30:19
**probably**
5:3 8:4,25
**problem**
4:21 8:18
10:19 12:11,
12,16,18,19
**problems**
7:22 11:18
12:10,14
**procedurally**
8:13
**procedure**
8:15
**procedures**
8:16 13:12
**proceeding**
32:13
**proceedings**
32:8
**process**
4:9 6:23 8:5,
24 9:1 14:2
15:7 16:18,24
18:8,24 20:4
21:2 31:5
**proof**

2:4 30:21
**proper**
2:20,24 28:3
**protecting**
5:24
**protest**
26:19
**prove**
20:9 28:5
**provide**
5:2
**providing**
2:21
**provisional**
3:6,19 9:22
10:1,4,6,12,
17 20:13,15,
16,21
PT
1:9
**punishing**
5:20
**punitive**
19:23 21:3
**purchase**
29:6
**purpose**
7:5 15:17
17:5 22:16
29:15
**put**
10:14 26:5,25

Q

**question**
5:23 14:13,15
17:7 20:16
21:10 22:11
29:17,19
**questioning**
8:2
**questions**

15:23 22:18
29:21
**quickly**
19:4

R

**race**
4:20
**raised**
15:13
**raising**
30:20
**reach**
20:11
**read**
2:2,14 29:2
30:25
**reading**
2:2 28:25
**real**
5:23 25:4
**reality**
25:1
**realize**
9:5
**realized**
7:21
**really**
4:10,21,23
19:12 23:4
28:20
**reason**
3:14 27:6
**rebutting**
6:6
**recognizes**
2:5,16 3:8,24
7:2,11 19:7
28:16
**recording**
32:9
**Redistrictin**

g
6:21

reduce
7:7

reflects
32:8

refused
13:2

regard
18:1

regarding
18:1

register
13:1,3 14:8,
24

registered
13:9,11

registering
29:9

Registration
4:18 5:14
12:8,21,22
13:8

regular
20:14

rejecting
16:17

related
32:11

relating
2:3 30:21

remarks
7:7

remember
24:4,7 26:20,
22,23

remind
6:20 28:24

reminded
30:16

Reporter
32:6

REPRESENTATI
VE
2:7,18 3:10
4:1 7:6,12
10:5 14:14,
17,20,22
15:15,21
16:7,8,13,
15,19,21,25
17:2,3,6,9,
11,23 18:12,
15,17,19,21,
23 19:2,5,6,
8,9 22:15,17,
20,22 23:1,2,
3,5,6,8,12,
19,25 24:1,3,
6,11,12,13,
18,19 25:7,9,
10,12,13,14,
18,19,25
26:14,23
27:4,16
28:13,14,18
29:14,16,19,
20,21,24
30:2,3,8

REPRESENTATI
VES
1:4

represents
27:2

Republicans
8:3

required
12:25 13:6,16
18:16

requirements
11:8,13
13:18,23,25
14:4 15:10

18:12,14 28:1
29:11

requires
2:10 14:23

requiring
2:4 5:1 11:10
30:21

reread
29:2

resolved
4:21

respect
25:23

respond
15:23

restrictive
30:23

restricts
23:10

result
11:21

retired
29:5

return
3:2,18

review
10:13 11:11
19:12

reward
9:6

right
4:5,8 5:7,24
6:18 8:13
12:4 20:10
21:4 22:4
24:1,9 25:6,
11,18,23
26:3,4,13,
18,21,25
27:10,22 28:8
29:13

rights

19:14 23:11
27:7,13,18

risk
9:6

risks
9:7

roll
12:21 17:17

room
24:15 25:15,
17

rules
6:23 19:25
21:19

run
21:7

─────── S ───────

safeguard
8:23

saying
20:9 22:23
30:9,20

says
13:20 29:4

scrutinized
11:23

Second
10:19 28:25

secure
8:7

securing
7:19

security
9:3 14:2,7,23
15:2,3

see
16:8

seen
21:18 26:7

selfish
25:20

Senate
30:7,10

senators
30:5,9,12

senior
21:22

sentences
29:3

separate
20:18,19

session
6:13,16,21
22:5

sets
17:18

setting
21:16

settled
13:24

severe
3:13

sex
4:20

share
6:2

shoes
22:25 23:20
24:14,17

short
10:1

Shorthand
32:6

show
7:7

shown
6:25

shows
28:2

side
8:17 30:4,5

House Floor Debate, 3rd Reading - Volume V          May 3, 2005

42

signed
30:9

significant
9:21,23 10:13
21:9

significantl
y
12:21

signs
21:20

simply
2:19 17:12

single
11:24

Social
14:7

sophisticate
d
11:6

sort
17:17

south
26:21 27:6

speak
3:24 4:2 7:3

SPEAKER
2:1,5,8,13,
16,18 3:8,11,
22 4:1 6:25
7:2,4,5,9,13
14:12,14,16,
19,21 15:12,
17,21,24
17:3,4,8,10
19:7,10
22:15,16,19,
21 28:11,16,
18 29:14,15,
18,23

speaker's
15:22

speaking
7:10 29:25

special
5:9 6:13,21

specific
8:20

speech
6:6

spend
5:16

spent
7:19 12:9

split
12:21 13:7
17:17

spoken
6:7

standard
17:21 19:1

standards
11:12 13:15
17:14 18:5,7
20:2,8 21:1,
16,20

start
7:25

started
2:9

state
5:19 8:19
9:17 12:7
13:17 17:21
18:3,10 19:19
20:5 22:3
30:19 32:1,6

States
9:14 12:25
13:2,5 22:1

statewide
13:13

Strama

7:3,11,12
14:17,20,22
15:15 16:7,
13,19,25
17:8,9,23
18:17,21
19:2,6

Strama's
7:10

stricter
17:21

submit
21:12

succession
6:12

suffrage
25:8

suggest
19:11 24:23
28:1

support
5:12 8:4
19:22

suppress
19:18 21:11,
19,21 26:6,9

suppressed
27:1

suppresses
24:21

suppressing
22:13 23:14
27:20

sure
4:10 8:15

surprised
7:17

suspended
6:24

sweat
26:2

Swina
26:20

system
9:6 23:18

T

take
6:10 8:4,6
19:11 24:8

taken
15:14 28:12
32:13

taking
19:13

talk
8:12 20:12,13
24:13 28:22
30:24,25 31:2

talked
6:17 7:14,16

talking
31:1

tax
4:18 23:24
24:4 26:16
29:5

tears
26:2

technologica
lly
11:6

technology
15:3

tell
9:19 15:4
19:2 22:2

telling
26:14

ten
27:9

terms
17:17

Test
24:8,10 26:17

TEXAS
1:4 22:3
26:24 32:1,6,
21

Thank
2:7 3:10 4:2
7:12 15:15
17:2 19:5,6,9
28:12,13

themselves
25:21

theory
28:4

thing
22:12 30:14,
15

things
4:5 10:9 27:2

think
4:4 5:21 8:16
16:15 17:23
19:24 21:3,5
22:2,6 24:15,
20,24 25:14,
19,20,25
26:15 27:4,13
28:19,20
30:1,15

thinking
7:16 20:22

third
2:1 12:19
17:12

third-party
31:1

Thompson
3:24 4:1

Thompson's
7:7

thorough

JA_008867

thought
4:19 5:24,25
7:17,19

thousands
29:12

three
5:6

time
3:3 4:17
9:10,18 10:10
11:2,5 12:9
14:8,19,20
15:1,13,22,
25 16:4,5
23:17

timeframes
10:1

today
2:9

told
10:5 24:9

Tom
6:14

tool
27:18

transcript
32:7

true
30:12

try
8:23 27:24

trying
19:24 26:17

turn
11:19 20:11
27:24

turned
12:17 16:14
18:25

turning

27:3

turn-out
8:19

twice
8:11

two
2:10 5:6 8:22
10:8,11 13:2,
5,16 17:13,18
20:13 21:24
28:2 29:3,20,
21

type
12:1

**U**

under
3:7 8:2 10:16
13:11 18:17
21:7 26:24

understand
16:9 17:24
22:24 24:16
25:15,21 26:2

understanding
17:13 18:20
24:20

Unfortunately
15:18 23:6

unfunded
10:15

Union
30:18

United
9:13 30:18

unless
22:24

utilities
21:23,24

utility

4:12 28:2

**V**

V
1:9

valuable
4:4

various
16:17

Veasey
2:15,17,18

version
29:4

vetted
10:2

video
32:9

VILLAREAL
17:3

Villarreal
17:4,6,11
18:15,19,23
19:5

voice
5:21

voluntarily
29:13

volunteer
10:21

volunteers
10:25

vote
2:21 4:5,8
5:15,25 6:1,
4,17 8:10
9:10,25 11:24
12:4,5 13:1,
10,11,13,19,
22,23 14:1,4,
8,10,24,25
16:2,4,5
18:4,13,14

20:5,9 21:4,
7,8,17 22:4,
8,10 23:11
24:2,9 25:6,
11,24 26:12,
13,18,22
27:10,22
28:7,8,15

voted
8:22 30:6

voter
2:4,10,23,24
3:1,5,6,15
4:17 5:14
8:18 12:8,21,
22,25 13:7
16:12 17:20
18:11,24
19:18,24,25
21:14,21
22:14 24:21
27:20 28:3
29:11 30:21

voters
2:20 5:1,10,
12,20,22 6:14
11:19 12:16
13:3,16,17
14:24 16:14
18:25 20:3
21:4,5,8
23:11 28:4,6,
9 29:6

votes
10:16,17
16:23 20:22,
23 21:11 26:9

voting
2:11 4:21
6:11,25 8:24
9:3 11:8 14:9
16:18 17:17
24:16 26:24
27:7,13,17

29:10 30:23

vulnerable
8:25

**W**

wait
4:13

walk
22:24 24:14

walked
22:24 24:17

walking
23:20

want
6:16,20 8:8
21:6,18
28:22,24
30:24 31:2

Washington
13:21

way
9:11 18:25
21:20 25:22
30:9,20 31:4

ways
8:13

wealthy
5:7

week
6:5,12

weight
19:4

well-written
6:8

went
6:23 7:15
12:13,15

we're
4:6 13:3
17:13 18:23
19:12,24
20:7,17,21

| | | | |
|---|---|---|---|
| 21:25 22:12 | 7:17 | 2:2,3 19:13, | 16:5 |
| **we've** | **writing** | 17 21:3,12 | ___8___ |
| 11:23 12:14 | 7:7 | 22:2,13 27:2 | |
| 20:11 21:18 | **wrong** | 29:4 | **8462** |
| 24:14 26:7 | 6:4 12:13,15 | **18** | 32:21 |
| 30:4 | ___Y___ | 20:11 27:22 | |
| **whether** | | **1870** | |
| 4:6 10:2,3 | **years** | 31:3 | |
| 11:14 | 15:3 27:9 | **18-year** | |
| **white** | **yesterday** | 20:5 | |
| 5:7 | 7:15,22 8:1 | **1920** | |
| **whole** | 10:6 15:10 | 25:16,17 | |
| 11:17 28:4 | 28:25 | **1995** | |
| **widely** | **yield** | 12:24 | |
| 9:2 | 14:15,16 16:7 | **1996** | |
| **willing** | 17:7,8 22:17, | 19:4 | |
| 22:11 | 19 29:17,18, | **19th** | |
| **wish** | 22 | 4:20 | |
| 20:3 | **yields** | ___2___ | |
| **withdrawn** | 15:18 17:10 | | |
| 3:23 | 22:21 29:23 | **2** | |
| **women** | **younger** | 16:5 | |
| 25:8,10,17 | 11:3 | **2000** | |
| **won** | **yourself** | 11:22 12:9,10 | |
| 12:7 | 20:9 | **2004** | |
| **work** | **YVONNE** | 10:7 | |
| 7:18 10:9,21 | 19:9 22:20 | **2005** | |
| 11:3 30:4 | 23:1,5,12,25 | 1:6 | |
| **worked** | 24:3,11,18 | **21** | |
| 15:2,3 | 25:9,12,18, | 10:6 | |
| **workers** | 25 26:23 | **21st-century** | |
| 2:20 10:21 | 27:16 28:13 | 11:8 | |
| 11:7,10,19 | ___1___ | **26th** | |
| 16:16 30:19 | | 20:4 | |
| **working** | **11** | ___3___ | |
| 5:10 16:16 | 30:5,9,12 | | |
| **worse** | **12-31-13** | **3** | |
| 12:18 | 32:22 | 1:6 | |
| **worthy** | **13th** | **300-mile** | |
| 6:17 20:9 | 4:19 | 6:15 | |
| **Wow** | **1704** | ___5___ | |
| | 4:24 | | |
| | **1706** | **5** | |

# HOUSE JOURNAL

SEVENTY-NINTH LEGISLATURE, REGULAR SESSION

## PROCEEDINGS

SIXTY-FIRST DAY — TUESDAY, MAY 3, 2005

The house met at 10 a.m. and was called to order by the speaker.

The roll of the house was called and a quorum was announced present (Record 459).

Present — Mr. Speaker; Allen, A.; Allen, R.; Alonzo; Anderson; Bailey; Baxter; Berman; Blake; Bohac; Bonnen; Branch; Brown, B.; Brown, F.; Burnam; Callegari; Campbell; Casteel; Castro; Chavez; Chisum; Coleman; Cook, B.; Cook, R.; Corte; Crabb; Crownover; Davis, J.; Davis, Y.; Dawson; Delisi; Denny; Deshotel; Driver; Dukes; Dunnam; Dutton; Edwards; Eiland; Eissler; Elkins; Escobar; Farabee; Farrar; Flores; Flynn; Frost; Gallego; Gattis; Geren; Giddings; Gonzales; Gonzalez Toureilles; Goodman; Goolsby; Grusendorf; Guillen; Haggerty; Hamilton; Hamric; Hardcastle; Harper-Brown; Hartnett; Hegar; Herrero; Hilderbran; Hill; Hochberg; Hodge; Homer; Hope; Hopson; Howard; Hughes; Hunter; Hupp; Isett; Jackson; Jones, D.; Jones, J.; Keel; Keffer, B.; Keffer, J.; King, P.; King, T.; Kolkhorst; Krusee; Kuempel; Laney; Laubenberg; Leibowitz; Madden; Martinez; Martinez Fischer; McCall; McClendon; McReynolds; Menendez; Merritt; Miller; Moreno, J.; Moreno, P.; Morrison; Mowery; Naishtat; Nixon; Noriega, M.; Oliveira; Olivo; Orr; Otto; Paxton; Peña; Phillips; Pickett; Pitts; Puente; Quintanilla; Raymond; Reyna; Riddle; Ritter; Rodriguez; Rose; Seaman; Smith, T.; Smith, W.; Smithee; Solis; Solomons; Straus; Swinford; Talton; Taylor; Thompson; Truitt; Turner; Uresti; Van Arsdale; Veasey; Villarreal; Vo; West; Wong; Woolley; Zedler.

Absent, Excused — Griggs.

Absent — Anchia; Luna; Strama.

The invocation was offered by Dr. Fred Morgan, pastor, Hope Presbyterian Church, Austin, as follows:

Under your law we live, Holy God, and by your grace we govern ourselves. Your goodness is greater than all that is good. Your righteousness is more just beyond all that we deem to be fair. This day, we commend our state and nation to your merciful care. We are profoundly grateful to you that we live in a nation which protects the rights and liberties of her citizens.

Holy God, bless the officers and members of this legislative body, and grant them compassion in their reasoning, understanding in their attitudes, endurance in their deliberations, wisdom in their decisions, and a perspective on the future that is full of your hope. Be attentive to their personal needs as you are attentive to the needs of all people. Amen.

The speaker recognized Representative Krusee who led the house in the pledges of allegiance to the United States and Texas flags.

## LEAVE OF ABSENCE GRANTED

The following member was granted leave of absence for today because of medical reasons:

Griggs on motion of Farabee.

## REGULAR ORDER OF BUSINESS SUSPENDED

On motion of Representative Denny and by unanimous consent, the reading and referral of bills was postponed until just prior to adjournment.

## CAPITOL PHYSICIAN

The speaker recognized Representative Herrero who presented Dr. Ricky Edwards of Corpus Christi as the "Doctor for the Day."

The house welcomed Dr. Edwards and thanked him for his participation in the Physician of the Day Program sponsored by the Texas Academy of Family Physicians.

(Strama now present)

## HR 1434 - ADOPTED
### (by Riddle)

Representative Riddle moved to suspend all necessary rules to take up and consider at this time **HR 1434**.

The motion prevailed.

The following resolution was laid before the house:

**HR 1434**, Honoring Melissa Miller on being named Miss San Antonio.

**HR 1434** was adopted.

On motion of Representative Ritter, the names of all the members of the house were added to **HR 1434** as signers thereof.

## INTRODUCTION OF GUEST

The speaker recognized Representative Riddle who introduced Melissa Miller.

## HR 1451 - ADOPTED
### (by Gonzales and Peña)

Representative Gonzales moved to suspend all necessary rules to take up and consider at this time **HR 1451**.

The motion prevailed.

The following resolution was laid before the house:

**HR 1451**, Congratulating Judge Dori Contreras Garza on being named Mother of the Year 2005 by AVANCE-Rio Grande Valley.

**HR 1451** was adopted.

## HR 1456 - ADOPTED
### (by Gonzales and Peña)

Representative Peña moved to suspend all necessary rules to take up and consider at this time **HR 1456**.

The motion prevailed.

The following resolution was laid before the house:

**HR 1456**, Honoring Ana Stephens for her receipt of the SPIRIT AWARD from St. Joseph Catholic School in Edinburg.

(Miller in the chair)

**HR 1456** was read and was adopted.

## MESSAGE FROM THE SENATE

A message from the senate was received at this time (see the addendum to the daily journal, Messages from the Senate, Message No. 1).

## BILLS AND RESOLUTIONS SIGNED BY THE SPEAKER

Notice was given at this time that the speaker had signed bills and resolutions in the presence of the house (see the addendum to the daily journal, Signed by the Speaker, House List No. 35).

## HR 1412 - ADOPTED
### (by Strama)

Representative Strama moved to suspend all necessary rules to take up and consider at this time **HR 1412**.

The motion prevailed.

The following resolution was laid before the house:

**HR 1412**, Honoring public employees during Public Service Recognition Week, May 2-8, 2005.

**HR 1412** was adopted.

## HR 1464 - ADOPTED
### (by Bonnen)

Representative Bonnen moved to suspend all necessary rules to take up and consider at this time **HR 1464**.

The motion prevailed.

The following resolution was laid before the house:

**HR 1464**, Recognizing May 3, 2005, as Texas Environmental Excellence Awards Day at the Capitol.

**HR 1464** was adopted.

(Anchia now present)

## HR 1351 - ADOPTED
### (by Alonzo)

Representative Edwards moved to suspend all necessary rules to take up and consider at this time **HR 1351**.

The motion prevailed.

The following resolution was laid before the house:

**HR 1351**, Recognizing the Grand Prairie Cinco de Mayo Celebration.

**HR 1351** was adopted.

## HR 1352 - ADOPTED
### (by Alonzo)

Representative Edwards moved to suspend all necessary rules to take up and consider at this time **HR 1352**.

The motion prevailed.

The following resolution was laid before the house:

**HR 1352**, Commemorating Cinco de Mayo, 2005.

**HR 1352** was adopted.

## HR 1250 - ADOPTED
### (by Naishtat)

Representative Naishtat moved to suspend all necessary rules to take up and consider at this time **HR 1250**.

The motion prevailed.

The following resolution was laid before the house:

**HR 1250**, Honoring David Wofford on his retirement from the State Board of Medical Examiners.

**HR 1250** was read and was adopted.

## HR 1292 - ADOPTED
### (by Dutton)

Representative Dutton moved to suspend all necessary rules to take up and consider at this time **HR 1292**.

The motion prevailed.

The following resolution was laid before the house:

**HR 1292**, Congratulating Dr. Doris M. Jackson of Houston on her receipt of the Elva K. Steward Alumni of the Year Award.

**HR 1292** was adopted.

### HR 1416 - ADOPTED
### (by Dutton)

Representative Dutton moved to suspend all necessary rules to take up and consider at this time **HR 1416**.

The motion prevailed.

The following resolution was laid before the house:

**HR 1416**, Honoring Arthur C. Lilly of Houston for his accomplishments as an educator and community leader.

**HR 1416** was adopted.

### HR 1417 - ADOPTED
### (by Dutton)

Representative Dutton moved to suspend all necessary rules to take up and consider at this time **HR 1417**.

The motion prevailed.

The following resolution was laid before the house:

**HR 1417**, Congratulating Houston Style Magazine on the occasion of its Thirty Under 30 party celebrating the magazine's 15th anniversary.

**HR 1417** was adopted.

### POSTPONED BUSINESS

The following bills were laid before the house as postponed business:

### SB 1298 ON SECOND READING
### (Talton - House Sponsor)

**SB 1298**, A bill to be entitled An Act relating to restrictions on the transfer of a fuel tank to a metal recycling entity.

**SB 1298** was considered in lieu of **HB 2456**.

**SB 1298** was read second time and was passed to third reading. (In accordance with House Rule 5, Section 51(b), every member present must have favored passage of the measure, but any member may register their position with the journal clerk. No members registered their position on this measure.)

### HB 2456 - LAID ON THE TABLE SUBJECT TO CALL

Representative Talton moved to lay **HB 2456** on the table subject to call.

The motion prevailed.

### SB 461 ON SECOND READING
### (R. Allen - House Sponsor)

**SB 461**, A bill to be entitled An Act relating to the confidentiality of and access to certain personal information in instruments recorded with a county clerk.

**SB 461** was considered in lieu of **HB 1368**.

SB 461 was read second time and was passed to third reading. (In accordance with House Rule 5, Section 51(b), every member present must have favored passage of the measure, but any member may register their position with the journal clerk. No members registered their position on this measure.)

### HB 1368 - LAID ON THE TABLE SUBJECT TO CALL

Representative R. Allen moved to lay **HB 1368** on the table subject to call.

The motion prevailed.

(Speaker in the chair)

### SB 376 ON SECOND READING
### (Zedler - House Sponsor)

**SB 376**, A bill to be entitled An Act relating to a pilot program for language interpreter services under the medical assistance program.

**SB 376** was considered in lieu of **HB 1396**.

**SB 376** was read second time.

**Amendment No. 1**

Representative Zedler offered the following amendment to **SB 376**:

Amend **SB 376** (house committee printing) in SECTION 1 of the bill, in added Section 32.068(g), Human Resources Code (page 2, line 20), by striking "September 1, 2007" and substituting "September 1, 2009".

Amendment No. 1 was adopted.

**SB 376**, as amended, was passed to third reading. (In accordance with House Rule 5, Section 51(b), every member present must have favored passage of the measure, but any member may register their position with the journal clerk. No members registered their position on this measure.)

### HB 1396 - LAID ON THE TABLE SUBJECT TO CALL

Representative Zedler moved to lay **HB 1396** on the table subject to call.

The motion prevailed.

### CSSB 580 ON SECOND READING
### (Rose - House Sponsor)

**CSSB 580**, A bill to be entitled An Act relating to the installment payment of ad valorem taxes by certain veterans.

**CSSB 580** was considered in lieu of **HB 587**.

**CSSB 580** was read second time and was passed to third reading. (In accordance with House Rule 5, Section 51(b), every member present must have favored passage of the measure, but any member may register their position with the journal clerk. No members registered their position on this measure.)

### HB 587 - LAID ON THE TABLE SUBJECT TO CALL

Representative Rose moved to lay **HB 587** on the table subject to call.

The motion prevailed.

### CSHB 1900 ON SECOND READING
### (by Bonnen)

**CSHB 1900**, A bill to be entitled An Act relating to the assessment and regulation of emissions events.

**CSHB 1900** was read second time on April 25, postponed until April 27, postponed until May 2, and was again postponed until 10 a.m. today.

**Amendment No. 1**

Representative Bonnen offered the following amendment to **CSHB 1900**:

Amend **CSHB 1900** (House committee printing) as follows:

(1)  On page 3, line 27, strike "(f),".

(2)  On page 5, strike lines 9-14.

Amendment No. 1 was adopted.

**Amendment No. 2**

Representative Herrero offered the following amendment to **CSHB 1900**:

Amend **CSHB 1900** (House committee printing) by adding the following appropriated numbered section to the bill and renumbering the subsequent sections accordingly:

SECTION __.  Section 5.753(b), Water Code, is amended to read as follows:

(b)  The components of compliance history must include:

(1)  enforcement orders, court judgments, consent decrees, and criminal convictions of this state and the federal government relating to compliance with applicable legal requirements under the jurisdiction of the commission or the United States Environmental Protection Agency;

(2)  notwithstanding any other provision of this code, orders issued under Section 7.070;

(3)  to the extent readily available to the commission, enforcement orders, court judgments, and criminal convictions relating to violations of environmental laws of other states; [and]

(4)  changes in ownership; and

(5)  performance under laws governing emissions, including upset events.

Representative Bonnen moved to table Amendment No. 2.

The motion to table prevailed.

### LEAVES OF ABSENCE GRANTED

The following member was granted leave of absence temporarily for today because of important business:

Branch on motion of Kuempel.

The following member was granted leave of absence temporarily for today because of important business in the district:

Anderson on motion of Miller.

### CSHB 1900 - (consideration continued)

**Amendment No. 3**

Representative Herrero offered the following amendment to **CSHB 1900**:

Amend **CSHB 1900** (House committee printing) by adding the following appropriated numbered section to the bill and renumbering the subsequent sections accordingly:

SECTION ___.  Subchapter B, Chapter 382, Health and Safety Code, is amended by adding Section 382.0161 to read as follows:

Sec. 382.0161.  ADDITIONAL MONITORING REQUIREMENT.  (a) Notwithstanding any other law, to the extent practicable the commission shall require the owner or operator of a facility that has the potential to experience a reportable upset event, as defined by commission rule, to install and operate a continuous measurement and monitoring system that documents the occurrence of upset events and accurately establishes the amount of each air contaminant released during an upset event.  The commission shall require each facility to which this section applies that is in operation on January 1, 2006, to comply with this section as of that date.

(b)  The measurement and monitoring system must measure flow parameters for each gas or other material that is released directly into the atmosphere or indirectly through a flare or other device.

(c)  A responsible official of the owner or operator of a facility to which this section applies shall include the measurements under this section in a certification that states that the responsible official has conducted a reasonable inquiry and believes that each statement or measurement included in the certification is true, accurate, and complete.

(d)  Beginning September 1, 2008, a responsible official of the owner or operator of a facility to which this section applies shall submit a certification described by Subsection (c) to the commission at least once every six months, and the owner or operator shall keep a copy of the certification at the facility for at least five years from the date that the owner or operator submits the certification to the commission.

Representative Bonnen moved to table Amendment No. 3.

(Luna now present)

A record vote was requested.

The motion to table prevailed by (Record 460): 93 Yeas, 51 Nays, 1 Present, not voting.

Yeas — Allen, R.; Baxter; Berman; Blake; Bohac; Bonnen; Brown, B.; Brown, F.; Callegari; Campbell; Casteel; Chisum; Cook, B.; Cook, R.; Corte; Crabb; Crownover; Davis, J.; Dawson; Delisi; Denny; Driver; Eissler; Elkins; Farabee; Flynn; Gattis; Geren; Goolsby; Grusendorf; Haggerty; Hamilton;

Hamric; Hardcastle; Harper-Brown; Hartnett; Hegar; Hilderbran; Hill; Homer; Hope; Hopson; Howard; Hughes; Hunter; Hupp; Isett; Jackson; Jones, D.; Keel; Keffer, B.; Keffer, J.; King, P.; King, T.; Kolkhorst; Krusee; Kuempel; Laney; Laubenberg; Luna; Madden; McCall; McReynolds; Merritt; Miller; Morrison; Mowery; Nixon; Orr; Otto; Paxton; Phillips; Pitts; Reyna; Riddle; Ritter; Rose; Seaman; Smith, T.; Smith, W.; Smithee; Solomons; Strama; Straus; Swinford; Talton; Taylor; Truitt; Van Arsdale; West; Wong; Woolley; Zedler.

Nays — Allen, A.; Alonzo; Anchia; Bailey; Burnam; Castro; Chavez; Coleman; Davis, Y.; Deshotel; Dukes; Dunnam; Dutton; Edwards; Eiland; Escobar; Farrar; Flores; Frost; Gallego; Giddings; Gonzales; Gonzalez Toureilles; Goodman; Guillen; Herrero; Hochberg; Hodge; Jones, J.; Leibowitz; Martinez; Martinez Fischer; McClendon; Menendez; Moreno, J.; Moreno, P.; Naishtat; Noriega, M.; Olivo; Peña; Puente; Quintanilla; Raymond; Rodriguez; Solis; Thompson; Turner; Uresti; Veasey; Villarreal; Vo.

Present, not voting — Mr. Speaker(C).

Absent, Excused — Anderson; Branch; Griggs.

Absent — Oliveira; Pickett.

**Amendment No. 4**

Representative Herrero offered the following amendment to **CSHB 1900**:

Amend **CSHB 1900** (House committee printing) as follows:

(1)   Add the following appropriated numbered section to the bill and renumber the subsequent sections accordingly:

SECTION ___.   Subchapter B, Chapter 382, Health and Safety Code, is amended by adding Section 382.0217 to read as follows:

Sec. 382.0217.   IMPOSITION OF FEE DUE TO EMISSIONS EVENT.  (a) "Emissions event" and "regulated entity" have the meanings assigned by Section 382.0215.

(b)   Notwithstanding any other law, the commission may impose fees relating to an emissions event in the manner provided by this section.

(c)   The commission shall impose on a regulated entity for each emissions event reported by the regulated entity under Section 382.0215 a fee in the amount of $500 or an adjusted amount as provided by Subsection (d) or (e).   A fee collected by the commission under this subsection may be appropriated only to the commission for use in awarding grants to local governments for community-based air pollution reduction projects that reflect community priorities.   The fee is exempt from the application of Section 403.095, Government Code.

(d)   If the commission determines that a regulated entity is ranked in the top 10 percent of all regulated entities in this state in terms of the regulated entity's emissions event history, the commission may reduce the amount of an emission fee that the commission is authorized to collect from the regulated entity under this chapter by not more than 50 percent.

(e)  If the commission determines that a regulated entity is ranked in the bottom 20 percent of all regulated entities in this state in terms of the regulated entity's emissions event history, the commission shall increase the amount of each emission fee that the commission is authorized to collect from the regulated entity under this chapter by at least 20 percent and not more than 50 percent.

(2)  On page 5, line 24, between "Act," and "apply", insert "and Section 382.0217, Health and Safety Code, as added by this Act,".

Representative Bonnen moved to table Amendment No. 4.

A record vote was requested.

The motion to table prevailed by (Record 461): 94 Yeas, 47 Nays, 1 Present, not voting.

Yeas — Allen, R.; Baxter; Berman; Blake; Bohac; Bonnen; Brown, B.; Brown, F.; Callegari; Campbell; Casteel; Chisum; Cook, B.; Cook, R.; Corte; Crabb; Crownover; Dawson; Delisi; Denny; Driver; Eiland; Eissler; Elkins; Farabee; Flynn; Gattis; Geren; Goodman; Goolsby; Grusendorf; Haggerty; Hamilton; Hamric; Hardcastle; Harper-Brown; Hartnett; Hegar; Hilderbran; Hill; Homer; Hope; Hopson; Howard; Hughes; Hunter; Hupp; Isett; Jackson; Jones, D.; Keel; Keffer, B.; Keffer, J.; King, P.; King, T.; Kolkhorst; Krusee; Kuempel; Laney; Laubenberg; Luna; Madden; McCall; McReynolds; Merritt; Miller; Morrison; Mowery; Nixon; Orr; Otto; Paxton; Phillips; Pitts; Reyna; Riddle; Ritter; Rose; Seaman; Smith, T.; Smith, W.; Smithee; Solomons; Strama; Straus; Swinford; Talton; Taylor; Truitt; Van Arsdale; West; Wong; Woolley; Zedler.

Nays — Allen, A.; Alonzo; Anchia; Bailey; Burnam; Castro; Chavez; Coleman; Davis, Y.; Deshotel; Dukes; Dunnam; Dutton; Edwards; Escobar; Farrar; Frost; Gallego; Giddings; Gonzales; Gonzalez Toureilles; Guillen; Herrero; Hochberg; Jones, J.; Leibowitz; Martinez; Martinez Fischer; McClendon; Menendez; Moreno, J.; Moreno, P.; Naishtat; Noriega, M.; Olivo; Peña; Pickett; Puente; Quintanilla; Raymond; Rodriguez; Solis; Thompson; Uresti; Veasey; Villarreal; Vo.

Present, not voting — Mr. Speaker(C).

Absent, Excused — Anderson; Branch; Griggs.

Absent — Davis, J.; Flores; Hodge; Oliveira; Turner.

**Amendment No. 5**

Representative Hochberg offered the following amendment to **CSHB 1900**:

Amend **CSHB 1900** (House committee printing) as follows:

(1)  Strike page 3, line 27, and page 4, line 1, and substitute the following:

SECTION 2.  Section 382.0216, Health and Safety Code, is amended by amending Subsections (a), (b), (c), (f), and (i) and adding Subsection (b-1) to read as follows:

(2)  On page 4, strike lines 5-18 and substitute the following:

ase 2:13-cv-00193   Document 726-6   Filed on 11/17/14 in TXSD   Page 212 of 2

Tuesday, May 3, 2005        HOUSE JOURNAL — 61st Day        2533

(b)   The commission shall establish criteria for determining when <u>an emissions event or a series of</u> emissions events are excessive. The criteria must include consideration of:

(1)   [the frequency of the facility's emissions events;

[(2)   the cause of the emissions event;

(3) the quantity and impact on human health or the environment of the emissions event; <u>and</u>

<u>(2)</u> [(4)] the duration of the emissions event [;

[(5)   the percentage of a facility's total annual operating hours during which emissions events occur; and

[(6)   the need for startup, shutdown, and maintenance activities].

<u>(b-1)   The commission may determine that an emissions event or a series of emissions events are not excessive based on a failure to meet criteria established by the commission under Subsection (b). If the commissioner determines that an emissions event or a series of emissions events are not excessive on that basis, the commission shall evaluate the emissions event or series of emissions events based on consideration of the following factors:</u>

<u>(1)   the frequency of the regulated entity's emissions events, taking into consideration the regulated entity's size and complexity;</u>

<u>(2)   the cause of the emissions event;</u>

<u>(3)   the quantity and the impact on human health or the environment of the emissions event;</u>

<u>(4)   the duration of the emissions event;</u>

<u>(5)   the percentage of a facility's total annual operating hours during which the emissions events occur;</u>

<u>(6)   the need for startup, shutdown, and maintenance activities; and</u>

<u>(7)   the impact of the emissions event on the state's compliance with the state implementation plan.</u>

(3) On page 5, strike lines 9-14 and substitute the following:

(f)   <u>Consistent with the federal Clean Air Act, the commission by rule may establish an affirmative defense to a commission enforcement action if the emissions event is determined not to be excessive under this section. The commission may not authorize the use of the affirmative defense if the unauthorized emissions:</u>

<u>(1)   caused or contributed to:</u>

<u>(A)   a condition in which national ambient air quality standards are exceeded;</u>

<u>(B)   the prevention of significant deterioration increments; or</u>

<u>(C)   a condition of air pollution; or</u>

<u>(2)   were a part of a frequent or recurring pattern indicative of inadequate design, operation, or maintenance</u> [The commission by rule may establish an affirmative defense to a commission enforcement action if the emissions event meets criteria defined by commission rule. In establishing rules under this subsection, the commission at a minimum must require consideration of the factors listed in Subsections (b)(1)-(6)].

Amendment No. 5 was adopted.

**Amendment No. 6**

Representative Goodman offered the following amendment to **CSHB 1900**:

Amend **CSHB 1900** (House committee printing) by adding the following appropriately numbered SECTIONS to the bill and renumbering the subsequent SECTIONS accordingly:

SECTION ___. Subchapter B, Chapter 382, Health and Safety Code, is amended by adding Section 382.042 to read as follows:

Sec. 382.042. EFFECTS SCREENING LEVELS; PENALTY. (a) The commission by rule shall adopt effects screening levels for air contaminants. Each effects screening level must:

(1) be set in a manner that takes into consideration all acute and chronic health effects on a person due to exposure to an air contaminant;

(2) be based in part on the health effects of:

(A) the one-hour, eight-hour, or 24-hour exposure of a person to the air contaminant at the fence-line of an emission source; and

(B) the lifetime exposure of a person to the air contaminant at the fence-line of an emission source; and

(3) be set at a level that does not increase the risk of cancer in a person exposed to the air contaminant by greater than one chance in one million.

(b) A person may not cause, suffer, allow, or permit the emission of any air contaminant or the performance of any activity that causes an effects screening level set by the commission to be exceeded. The commission by rule shall establish requirements for assessing a penalty or initiating an action for an injunction against a person who violates this subsection.

(c) Not later than October 1, 2007, the commission shall adopt effects screening levels that comply with the requirements of Subsection (a). Until the commission adopts effects screening levels that comply with the requirements of Subsection (a), the effects screening levels adopted by the commission as of September 1, 2005, are interim standards for purposes of this section and Section 382.085. This subsection expires November 1, 2007.

SECTION ___. Section 382.042, Health and Safety Code, as added by this Act, applies to any violation of an effects screening level set by the commission that occurs on or after the effective date of this Act. A violation of an effects screening level that occurs before the effective date of this Act is governed by the law in effect when the violation occurs, and the former law is continued in effect for that purpose.

Representative Bonnen moved to table Amendment No. 6.

A record vote was requested.

The motion to table prevailed by (Record 462): 75 Yeas, 59 Nays, 2 Present, not voting.

Yeas — Allen, R.; Berman; Blake; Bohac; Bonnen; Brown, B.; Brown, F.; Callegari; Campbell; Casteel; Chavez; Cook, B.; Corte; Crabb; Crownover; Dawson; Driver; Eissler; Elkins; Flynn; Gattis; Geren; Goolsby; Grusendorf; Haggerty; Hamilton; Hamric; Hardcastle; Harper-Brown; Hartnett; Hegar;

Hilderbran; Hill; Hope; Hopson; Howard; Hughes; Hunter; Hupp; Isett; Jackson; Jones, D.; Keel; Keffer, B.; Keffer, J.; King, T.; Kolkhorst; Krusee; Kuempel; Laubenberg; McCall; McReynolds; Merritt; Mowery; Nixon; Orr; Otto; Paxton; Phillips; Pitts; Reyna; Riddle; Ritter; Smith, W.; Smithee; Strama; Straus; Swinford; Talton; Taylor; Truitt; Van Arsdale; West; Wong; Woolley.

Nays — Allen, A.; Alonzo; Bailey; Burnam; Castro; Coleman; Cook, R.; Davis, Y.; Delisi; Denny; Deshotel; Dukes; Dunnam; Dutton; Eiland; Escobar; Farabee; Farrar; Flores; Frost; Gallego; Giddings; Gonzales; Gonzalez Toureilles; Goodman; Guillen; Herrero; Hochberg; Hodge; Homer; Jones, J.; King, P.; Laney; Leibowitz; Luna; Madden; Martinez; Martinez Fischer; McClendon; Menendez; Moreno, J.; Moreno, P.; Naishtat; Noriega, M.; Olivo; Peña; Pickett; Raymond; Rodriguez; Rose; Smith, T.; Solis; Solomons; Thompson; Uresti; Veasey; Villarreal; Vo; Zedler.

Present, not voting — Mr. Speaker(C); Miller.

Absent, Excused — Anderson; Branch; Griggs.

Absent — Anchia; Baxter; Chisum; Davis, J.; Edwards; Morrison; Oliveira; Puente; Quintanilla; Seaman; Turner.

### STATEMENTS OF VOTE

When Record No. 462 was taken, I was in the house but away from my desk. I would have voted no.

Anchia

When Record No. 462 was taken, I was in the house but away from my desk. I would have voted no.

Baxter

I was shown voting yes on Record No. 462. I intended to vote no.

McCall

When Record No. 462 was taken, I was in the house but away from my desk. I would have voted no.

Turner

**Amendment No. 7**

Representative J. Moreno offered the following amendment to **CSHB 1900**:

Amend **CSHB 1900** as by adding the appropriately numbered sections and re-numbering the subsequent sections accordingly:

SECTION___ Section 382.085, Health and Safety Code, is amended by amending Subsection (a) to read as follows:

(a) A [Except as authorized by a commission rule or order, a] person may not cause, suffer, allow, or permit the emission of any air contaminant or the performance of any activity that causes or contributes to, or that will cause or contribute to, either in isolation or in conjunction with air contaminants from other sources, a condition of air pollution.

SECTION ___ Section 382.085, Health and Safety Code, as amended by this Act, applies only to a violation of Section 382.085, Health and Safety Code, that occurs on or after the effective date of this Act. A violation of Section 382.085, Health and Safety Code, that occurs before the effective date of this Act is governed by the law in effect when the violation occurred, and the current law is continued in effect for that purpose.

Representative Bonnen moved to table Amendment No. 7.

A record vote was requested.

The motion to table prevailed by (Record 463): 89 Yeas, 53 Nays, 1 Present, not voting.

Yeas — Allen, R.; Baxter; Berman; Blake; Bohac; Bonnen; Brown, B.; Brown, F.; Callegari; Campbell; Casteel; Chisum; Cook, B.; Cook, R.; Corte; Crabb; Crownover; Davis, J.; Dawson; Delisi; Denny; Driver; Eiland; Eissler; Elkins; Flynn; Gattis; Geren; Goodman; Goolsby; Grusendorf; Haggerty; Hamilton; Hamric; Hardcastle; Harper-Brown; Hartnett; Hegar; Hilderbran; Hill; Homer; Hope; Hopson; Howard; Hughes; Hunter; Hupp; Isett; Jackson; Jones, D.; Keel; Keffer, B.; Keffer, J.; King, P.; King, T.; Kolkhorst; Krusee; Kuempel; Laubenberg; Madden; McCall; McReynolds; Miller; Morrison; Mowery; Nixon; Orr; Otto; Paxton; Phillips; Pitts; Reyna; Riddle; Ritter; Smith, T.; Smith, W.; Smithee; Solomons; Strama; Straus; Swinford; Talton; Taylor; Truitt; Van Arsdale; West; Wong; Woolley; Zedler.

Nays — Allen, A.; Alonzo; Anchia; Bailey; Burnam; Castro; Chavez; Coleman; Davis, Y.; Deshotel; Dukes; Dunnam; Dutton; Edwards; Escobar; Farabee; Farrar; Flores; Frost; Gallego; Gonzales; Gonzalez Toureilles; Guillen; Herrero; Hochberg; Hodge; Jones, J.; Laney; Leibowitz; Luna; Martinez; Martinez Fischer; McClendon; Menendez; Merritt; Moreno, J.; Moreno, P.; Naishtat; Noriega, M.; Olivo; Peña; Pickett; Quintanilla; Raymond; Rodriguez; Rose; Solis; Thompson; Turner; Uresti; Veasey; Villarreal; Vo.

Present, not voting — Mr. Speaker(C).

Absent, Excused — Anderson; Branch; Griggs.

Absent — Giddings; Oliveira; Puente; Seaman.

### STATEMENT OF VOTE

When Record No. 463 was taken, I was in the house but away from my desk. I would have voted no.

Giddings

**Amendment No. 8**

Representative J. Moreno offered the following amendment to **CSHB 1900**:

Amend **CSHB 1900** as by adding the appropriately numbered sections and re-numbering the subsequent sections accordingly:

SECTION___ Subchapter A, Chapter 382, Health and Safety Code, is amended by adding Section 382.042 to read as follows:

Sec. 382.042.  EFFECTS SCREENING LEVELS; PENALTY.

(b)  A person may not cause, suffer, allow, or permit the emission of any air contaminant or the performance of any activity that causes an effects screening level set by the commission under to be exceeded. The commission by rule shall establish requirements for the assessment of a penalty for a violation of this subsection.

SECTION ___  Not later than January 1, 2006, the Texas Commission on Environmental Quality shall adopt rules relating to penalties for the exceedence of an effect screening level as required by Section 382.042, Health and Safety Code, as added by this Act.

Representative Bonnen moved to table Amendment No. 8.

A record vote was requested.

The motion to table prevailed by (Record 464): 83 Yeas, 58 Nays, 1 Present, not voting.

Yeas — Allen, R.; Berman; Blake; Bohac; Bonnen; Brown, B.; Brown, F.; Callegari; Campbell; Chisum; Cook, B.; Corte; Crabb; Crownover; Davis, J.; Dawson; Delisi; Denny; Driver; Eissler; Elkins; Flynn; Gattis; Geren; Goolsby; Grusendorf; Haggerty; Hamilton; Hamric; Hardcastle; Harper-Brown; Hartnett; Hegar; Hilderbran; Hill; Hope; Hopson; Howard; Hughes; Hunter; Hupp; Isett; Jackson; Jones, D.; Keel; Keffer, B.; Keffer, J.; King, P.; King, T.; Kolkhorst; Krusee; Kuempel; Laubenberg; Madden; McCall; McReynolds; Merritt; Miller; Morrison; Mowery; Nixon; Orr; Otto; Paxton; Phillips; Pitts; Reyna; Riddle; Seaman; Smith, T.; Smith, W.; Smithee; Solomons; Straus; Swinford; Talton; Taylor; Truitt; Van Arsdale; West; Wong; Woolley; Zedler.

Nays — Allen, A.; Alonzo; Bailey; Baxter; Burnam; Castro; Chavez; Coleman; Cook, R.; Davis, Y.; Deshotel; Dukes; Dunnam; Dutton; Edwards; Eiland; Escobar; Farabee; Farrar; Flores; Frost; Gallego; Giddings; Gonzales; Gonzalez Toureilles; Goodman; Guillen; Herrero; Hochberg; Hodge; Homer; Jones, J.; Laney; Leibowitz; Luna; Martinez; Martinez Fischer; McClendon; Menendez; Moreno, J.; Moreno, P.; Naishtat; Noriega, M.; Olivo; Peña; Puente; Quintanilla; Raymond; Ritter; Rodriguez; Rose; Solis; Thompson; Turner; Uresti; Veasey; Villarreal; Vo.

Present, not voting — Mr. Speaker(C).

Absent, Excused — Anderson; Branch; Griggs.

Absent — Anchia; Casteel; Oliveira; Pickett; Strama.

### STATEMENTS OF VOTE

When Record No. 464 was taken, I was in the house but away from my desk. I would have voted no.

Anchia

When Record No. 464 was taken, I was in the house but away from my desk. I would have voted yes.

Casteel

When Record No. 464 was taken, I was in the house but away from my desk. I would have voted yes.

Strama

**Amendment No. 9**

Representative Farrar offered the following amendment to **CSHB 1900**:

In **CSHB 1900**, add the appropriately numbered sections and re-number subsequent sections accordingly:

SECTION____  Section 382.085, Health and Safety Code, is amended by adding Subsection (d) to read as follows:

(d)  If the commission brings an action for a violation of this section, it is a refutable presumption that the burden is on the owner or operator of the facility or source, through certification by a responsible official, to demonstrate to the commission that the facility or source:

(1)  is in compliance with all technological requirements applicable to the facility or source;

(2)  is in compliance with all monitoring requirements applicable to the facility or source; and

(3)  is aware of no evidence that demonstrates that the facility or source has caused or contributed to air pollution in violation of this section.

SECTION____.  Section 382.085, Health and Safety Code, as amended by this Act, applies only to a violation of Section 382.085, Health and Safety Code, that occurs on or after the effective date of this Act. A violation of Section 382.085, Health and Safety Code, that occurs before the effective date of this Act is governed by the law in effect when the violation occurred, and the current law is continued in effect for that purpose.

Representative Bonnen moved to table Amendment No. 9.

A record vote was requested.

The motion to table prevailed by (Record 465): 86 Yeas, 57 Nays, 1 Present, not voting.

Yeas — Allen, R.; Baxter; Berman; Blake; Bohac; Bonnen; Brown, B.; Brown, F.; Callegari; Campbell; Chisum; Cook, B.; Corte; Crabb; Crownover; Davis, J.; Dawson; Delisi; Denny; Driver; Eissler; Elkins; Farabee; Flynn; Gattis; Geren; Goodman; Goolsby; Grusendorf; Haggerty; Hamilton; Hamric; Hardcastle; Harper-Brown; Hartnett; Hegar; Hilderbran; Hill; Hope; Howard; Hughes; Hunter; Hupp; Isett; Jackson; Jones, D.; Keel; Keffer, B.; Keffer, J.; King, P.; King, T.; Kolkhorst; Krusee; Kuempel; Laney; Laubenberg; Madden; McCall; Merritt; Miller; Mowery; Nixon; Orr; Otto; Paxton; Phillips; Pickett; Pitts; Reyna; Riddle; Seaman; Smith, T.; Smith, W.; Smithee; Solomons; Strama; Straus; Swinford; Talton; Taylor; Truitt; Van Arsdale; West; Wong; Woolley; Zedler.

Nays — Allen, A.; Alonzo; Anchia; Bailey; Burnam; Castro; Chavez; Coleman; Cook, R.; Davis, Y.; Deshotel; Dukes; Dunnam; Dutton; Edwards; Eiland; Escobar; Farrar; Flores; Frost; Gallego; Giddings; Gonzales; Gonzalez

Toureilles; Guillen; Herrero; Hochberg; Hodge; Homer; Hopson; Jones, J.; Leibowitz; Luna; Martinez; Martinez Fischer; McClendon; McReynolds; Menendez; Moreno, J.; Moreno, P.; Naishtat; Noriega, M.; Olivo; Peña; Puente; Quintanilla; Raymond; Ritter; Rodriguez; Rose; Solis; Thompson; Turner; Uresti; Veasey; Villarreal; Vo.

Present, not voting — Mr. Speaker(C).

Absent, Excused — Anderson; Branch; Griggs.

Absent — Casteel; Morrison; Oliveira.

### STATEMENT OF VOTE

When Record No. 465 was taken, I was in the house but away from my desk. I would have voted yes.

Casteel

**Amendment No. 10**

Representative Farrar offered the following amendment to **CSHB 1900**:

In **CSHB 1900**, on line 8 of page 2 make the following change:

(3)  the actual emissions do not exceed the estimates submitted in the notice by more than a reportable quantity.

Representative Bonnen moved to table Amendment No. 10.

A record vote was requested.

The motion to table prevailed by (Record 466): 82 Yeas, 52 Nays, 1 Present, not voting.

Yeas — Allen, R.; Baxter; Berman; Blake; Bohac; Bonnen; Brown, B.; Brown, F.; Callegari; Campbell; Chisum; Cook, B.; Corte; Crabb; Crownover; Davis, J.; Dawson; Delisi; Denny; Driver; Eissler; Elkins; Gattis; Geren; Goolsby; Grusendorf; Haggerty; Hamilton; Hamric; Harper-Brown; Hartnett; Hegar; Hilderbran; Hill; Homer; Hope; Hunter; Hupp; Isett; Jackson; Jones, D.; Keel; Keffer, B.; Keffer, J.; Kolkhorst; Krusee; Kuempel; Laney; Laubenberg; Madden; McCall; McReynolds; Merritt; Miller; Morrison; Mowery; Nixon; Orr; Otto; Paxton; Phillips; Pickett; Pitts; Reyna; Riddle; Ritter; Seaman; Smith, T.; Smith, W.; Smithee; Solomons; Strama; Straus; Swinford; Talton; Taylor; Truitt; Van Arsdale; West; Wong; Woolley; Zedler.

Nays — Allen, A.; Alonzo; Anchia; Bailey; Burnam; Castro; Coleman; Cook, R.; Davis, Y.; Deshotel; Dukes; Dunnam; Dutton; Edwards; Escobar; Farrar; Flores; Frost; Gallego; Giddings; Gonzales; Gonzalez Toureilles; Guillen; Herrero; Hochberg; Hodge; Hopson; Jones, J.; King, T.; Leibowitz; Luna; Martinez; Martinez Fischer; McClendon; Menendez; Moreno, J.; Moreno, P.; Naishtat; Noriega, M.; Olivo; Peña; Puente; Quintanilla; Raymond; Rodriguez; Rose; Solis; Thompson; Turner; Uresti; Veasey; Vo.

Present, not voting — Mr. Speaker(C).

Absent, Excused — Anderson; Branch; Griggs.

Absent — Casteel; Chavez; Eiland; Farabee; Flynn; Goodman; Hardcastle; Howard; Hughes; King, P.; Oliveira; Villarreal.

## STATEMENTS OF VOTE

When Record No. 466 was taken, I was in the house but away from my desk. I would have voted yes.

Casteel

When Record No. 466 was taken, I was temporarily out of the house chamber. I would have voted yes.

Farabee

When Record No. 466 was taken, I was in the house but away from my desk. I would have voted yes.

Flynn

## MESSAGES FROM THE SENATE

Messages from the senate were received at this time (see the addendum to the daily journal, Messages from the Senate, Message Nos. 2 and 3).

### CSHB 1900 - (consideration continued)

A record vote was requested.

**CSHB 1900**, as amended, was passed to engrossment by (Record 467): 125 Yeas, 11 Nays, 1 Present, not voting.

Yeas — Allen, R.; Alonzo; Anchia; Bailey; Baxter; Berman; Blake; Bohac; Bonnen; Brown, B.; Brown, F.; Burnam; Callegari; Campbell; Casteel; Castro; Chavez; Chisum; Coleman; Cook, B.; Cook, R.; Corte; Crabb; Crownover; Davis, J.; Dawson; Delisi; Denny; Deshotel; Driver; Dukes; Edwards; Eiland; Eissler; Elkins; Escobar; Farabee; Flores; Flynn; Frost; Gallego; Gattis; Geren; Giddings; Gonzales; Gonzalez Toureilles; Goolsby; Grusendorf; Guillen; Haggerty; Hamilton; Hamric; Hardcastle; Harper-Brown; Hartnett; Hegar; Hilderbran; Hill; Hochberg; Homer; Hope; Hopson; Howard; Hughes; Hunter; Hupp; Isett; Jackson; Jones, D.; Jones, J.; Keel; Keffer, B.; Keffer, J.; King, P.; King, T.; Kolkhorst; Krusee; Kuempel; Laney; Laubenberg; Madden; Martinez; Martinez Fischer; McCall; McReynolds; Menendez; Merritt; Miller; Morrison; Mowery; Nixon; Noriega, M.; Oliveira; Orr; Otto; Paxton; Peña; Phillips; Pitts; Puente; Raymond; Riddle; Ritter; Rose; Seaman; Smith, T.; Smith, W.; Smithee; Solis; Solomons; Strama; Straus; Swinford; Talton; Taylor; Truitt; Turner; Van Arsdale; Veasey; Villarreal; Vo; West; Wong; Woolley; Zedler.

Nays — Allen, A.; Dutton; Farrar; Goodman; Leibowitz; Moreno, J.; Moreno, P.; Naishtat; Olivo; Thompson; Uresti.

Present, not voting — Mr. Speaker(C).

Absent, Excused — Anderson; Branch; Griggs.

Absent — Davis, Y.; Dunnam; Herrero; Hodge; Luna; McClendon; Pickett; Quintanilla; Reyna; Rodriguez.

## STATEMENTS OF VOTE

When Record No. 467 was taken, my vote failed to register. I would have voted no.

Y. Davis

I was shown voting no on Record No. 467. I intended to vote yes.

Goodman

When Record No. 467 was taken, I was in the house but away from my desk. I would have voted yes.

Herrero

When Record No. 467 was taken, I was in the house but away from my desk. I would have voted no.

Hodge

When Record No. 467 was taken, I was in the house but away from my desk. I would have voted yes.

McClendon

When Record No. 467 was taken, I was in the house but away from my desk. I would have voted no.

Rodriguez

I was shown voting no on Record No. 467. I intended to vote yes.

Uresti

### GENERAL STATE CALENDAR
### HOUSE BILLS
### THIRD READING

The following bills were laid before the house and read third time:

#### HB 1706 ON THIRD READING
#### (by Denny, Pitts, Woolley, Nixon, Bohac, et al.)

**HB 1706**, A bill to be entitled An Act relating to requiring a voter to present proof of identification.

#### Amendment No. 1

Representative Leibowitz offered the following amendment to **HB 1706**:

Amend **HB 1706** (second reading engrossment) as follows:

(1) In the recital to amended Section 63.001, Election Code, strike "Subsection (g)" and substitute "Subsections (g) and (h)".

(2) In the section amending Section 63.001, Election Code, add a new Subsection (h) to read as follows:

(h) The requirements for identification prescribed by Subsection (b)(1) or (2) do not apply to a voter who:

(1)  presents the voter's voter registration certificate on offering to vote; and

(2)  is 85 years of age or older as indicated by the date of birth on the voter's voter registration certificate.

Representative Denny moved to table Amendment No. 1.

A record vote was requested.

The motion to table prevailed by (Record 468): 72 Yeas, 67 Nays, 1 Present, not voting.

Yeas — Allen, R.; Baxter; Berman; Blake; Bohac; Bonnen; Brown, B.; Brown, F.; Cook, B.; Corte; Crabb; Crownover; Davis, J.; Dawson; Delisi; Denny; Driver; Eissler; Flynn; Gattis; Goodman; Grusendorf; Haggerty; Hamilton; Hamric; Hardcastle; Harper-Brown; Hartnett; Hegar; Hilderbran; Hill; Hope; Howard; Hunter; Hupp; Isett; Jackson; Jones, D.; Keel; Keffer, B.; King, P.; Krusee; Kuempel; Laubenberg; Madden; McCall; Morrison; Mowery; Nixon; Orr; Otto; Paxton; Phillips; Pitts; Reyna; Riddle; Ritter; Seaman; Smith, T.; Smith, W.; Smithee; Solomons; Straus; Swinford; Talton; Taylor; Truitt; Van Arsdale; West; Wong; Woolley; Zedler.

Nays — Allen, A.; Alonzo; Anchia; Bailey; Burnam; Campbell; Castro; Chavez; Coleman; Cook, R.; Davis, Y.; Deshotel; Dukes; Dunnam; Dutton; Edwards; Eiland; Elkins; Escobar; Farabee; Farrar; Flores; Frost; Gallego; Geren; Giddings; Gonzales; Gonzalez Toureilles; Goolsby; Guillen; Herrero; Hochberg; Hodge; Homer; Hopson; Hughes; Jones, J.; King, T.; Laney; Leibowitz; Luna; Martinez; Martinez Fischer; McClendon; McReynolds; Menendez; Merritt; Moreno, J.; Moreno, P.; Naishtat; Noriega, M.; Olivo; Peña; Pickett; Puente; Quintanilla; Raymond; Rodriguez; Rose; Solis; Strama; Thompson; Turner; Uresti; Veasey; Villarreal; Vo.

Present, not voting — Mr. Speaker(C).

Absent, Excused — Anderson; Branch; Griggs.

Absent — Callegari; Casteel; Chisum; Keffer, J.; Kolkhorst; Miller; Oliveira.

### STATEMENT OF VOTE

When Record No. 468 was taken, I was in the house but away from my desk. I would have voted yes.

Casteel

**Amendment No. 2**

Representative Edwards offered the following amendment to **HB 1706**:

Amend **HB 1706** (second reading engrossment) on page 8, between lines 14 and 15 by inserting the following:

(c)  The office of the voter registrar shall be open on a Saturday that falls within the five day period described by Subsection (a) for a voter to present identification as provided under this section.

Amendment No. 2 was adopted.

**Amendment No. 3**

Representative Hochberg offered the following amendment to **HB 1706**:

Amend **HB 1706** (second reading engrossment) by striking added Section 65.0541, Election Code, and substituting the following:

Sec. 65.0541. PRESENTATION OF IDENTIFICATION FOR CERTAIN PROVISIONAL BALLOTS. (a)  A voter who is accepted for provisional voting under Section 63.011 because the voter does not present proof of identification as required by Section 63.001(b)(1) or (2) may submit proof of identification to the voter registrar by personal delivery or by mail for examination by the early voting ballot board not later than the fifth day after the date of the election.

(b)   The early voting ballot board shall accept a provisional ballot under Section 65.054 if the voter:

(1)   presents proof of identification in the manner required by this section; and

(2)  is otherwise eligible to vote in the election.

(c)  The secretary of state shall prescribe procedures as necessary to implement this section.

Amendment No. 3 was adopted.

### HB 1706 - POINT OF ORDER

Representative Burnam raised a point of order against further consideration of **HB 1706** under Rule 6, Section 1(a); Rule 6, Section 15; and Rule 6, Section 17 of the House Rules on the grounds that the bill was placed out of order on the calendar.

### COMMITTEE MEETING ANNOUNCEMENTS

The following committee meetings were announced:

Juvenile Justice and Family Issues, upon lunch recess today, Desk 115, for a formal meeting, to consider pending business.

Local and Consent Calendars, upon lunch recess today, Desk 68, for a formal meeting, to consider placement of bills on the local and consent calendar.

Corrections, upon lunch recess today, Desk 50, for a formal meeting, to consider pending legislation.

Public Health, upon lunch recess today, Desk 39, for a formal meeting, to consider pending legislation.

Business and Industry, upon lunch recess today, Desk 103, for a formal meeting, to consider pending business.

Licensing and Administrative Procedures, upon lunch recess today, Desk 99, for a formal meeting, to consider **HB 1649** and **HB 2797**.

Pensions and Investments will reconvene upon lunch recess today, E2.010, for a public hearing, to consider pending business.

Local Government Ways and Means, upon lunch recess today, Desk 73, for a formal meeting, to consider pending business.

Civil Practices, upon lunch recess today, Desk 57, for a formal meeting, to consider committee business.

State Affairs, upon lunch recess today, Desk 9, for a formal meeting, to consider pending bills.

Defense Affairs and State-Federal Relations, upon lunch recess today, Desk 76, for a formal meeting, to consider pending legislation.

### FIVE DAY POSTING RULE SUSPENDED

Representative J. Davis moved to suspend the five day posting rule and all necessary rules to allow the Committee on Criminal Jurisprudence to consider **HB 1425** at 2 p.m. or upon adjournment today in E2.016.

The motion prevailed.

### RECESS

At 12:10 p.m., the speaker announced that the house would stand recessed until 1:30 p.m. today.

### AFTERNOON SESSION

The house met at 1:30 p.m. and was called to order by the speaker.

### HB 1706 - (pending business)

A point of order against further consideration of **HB 1706** was pending prior to lunch recess on the grounds that the bills were placed on today's calendar out of order.

The speaker sustained the point of order.  **HB 1706** was placed on a revised calendar and was considered on third reading later today.

### RECESS

Representative Woolley moved that the house recess until 3 p.m. today.

The motion prevailed.

The house accordingly, at 1:48 p.m., recessed until 3 p.m. today.

### AFTERNOON SESSION

The house met at 3 p.m. and was called to order by the speaker.

### STATEMENT BY REPRESENTATIVE DUNNAM

Regardless of who actually makes up the supplemental daily calendar, that person(s) can only do so under the authority of the Calendars Committee because of the plain language of the rule. At the time of the making up of the "revised" supplemental daily calendar, no one had jurisdiction over the bills because the speaker had not yet sustained the point of order.

Once a bill is placed on a calendar, the Calendars Committee has no more jurisdiction over that bill, because under Rule 6, Section 16, the Calendars Committee can not alter the bill's "relative position on the calendar".

Calendars only gains jurisdiction after the bill has been printed and then referred to it by the committee coordinator under Rule 6, Section 19. The only exception is under Rule 4, Section 41, when Calendars assumes immediate jurisdiction of bill where the committee substitute is found not germane.

When a point of order is sustained against a bill on third reading, it dies, because there is no committee for it to go. On second reading, the house is considering the committee report, and so a point of order sustained because of incorrect minutes returns the bill to the reporting committee.

Since the supplemental calendar was wrong, and the bill was not referred to the Calendars Committee in accordance with Rule 6, Section 19, before the making up of the "revised" supplemental calendar, Calendars had no jurisdiction over the bill and no one acting under the committee's authority may place it on another calendar.

### GENERAL STATE CALENDAR
### HOUSE BILLS
### THIRD READING

The following bills were laid before the house and read third time:

### HB 3001 ON THIRD READING
### (by Morrison, et al.)

**HB 3001**, A bill to be entitled An Act relating to the amount of the annual constitutional appropriation to certain agencies and institutions of higher education and to the allocation of those funds to those agencies and institutions.

Representative Morrison moved to postpone consideration of **HB 3001** until 10 a.m. May 5.

The motion prevailed.

### HB 283 ON THIRD READING
### (by Hope, Goolsby, and Raymond)

**HB 283**, A bill to be entitled An Act relating to the transfer of public school students who are the victims of bullying.

(Krusee in the chair)

**Amendment No. 1**

Representative Hope offered the following amendment to **HB 283**:

Amend **HB 283** on third reading as follows:

(1) On page 2 between lines 14 and 15 insert the following new section appropriately numbered:

SECTION___.  Subsection (a), Section 37.083, Education Code, is amended to read as follows:

(a) Each school district shall adopt and implement a discipline management program to be included in the district improvement plan under Section 11.252. The program must provide for prevention of and education concerning unwanted physical or verbal aggression, sexual harassment, and other forms of bullying in school, on school grounds, and in school vehicles.

(2) Renumber the bill accordingly.

Amendment No. 1 was adopted.

(Branch now present)

**Amendment No. 2**

On behalf of Representative Isett, Representative Hope offered the following amendment to **HB 283**:

Amend **HB 283** on third reading by adding the following appropriately numbered sections to the bill and renumbering the subsequent sections accordingly:

SECTION____.  Section 37.001, Education Code, is amended by amending Subsection (a) and adding Subsections (b) and (b-1) to read as follows:

(a)  The board of trustees of an independent school district shall, with the advice of its district-level committee established under Subchapter F, Chapter 11, adopt a student code of conduct for the district. The student code of conduct must be posted and prominently displayed at each school campus or made available for review at the office of the campus principal. In addition to establishing standards for student conduct, the student code of conduct must:

(1)  specify the circumstances, in accordance with this subchapter, under which a student may be removed from a classroom, campus, or disciplinary alternative education program;

(2)  specify conditions that authorize or require a principal or other appropriate administrator to transfer a student to a disciplinary alternative education program;

(3)  outline conditions under which a student may be suspended as provided by Section 37.005 or expelled as provided by Section 37.007;

(4)  specify whether consideration is given to self-defense as a factor in a decision to order suspension, removal to a disciplinary alternative education program, or expulsion;

(5)  provide guidelines for setting the length of a term of:

(A)  a removal under Section 37.006; and

(B)  an expulsion under Section 37.007; [and]

(6)  address the notification of a student's parent or guardian of a violation of the student code of conduct committed by the student that results in suspension, removal to a disciplinary alternative education program, or expulsion;

(7)  prohibit bullying, harassment, and making hit lists and ensure that district employees enforce those prohibitions; and

(8)  provide, as appropriate for students at each grade level, methods, including options, for:

(A)  managing students in the classroom and on school grounds;

(B)  disciplining students; and

(C)  preventing and intervening in student discipline problems, including bullying, harassment, and making hit lists.

(b)  In this section:

(1)  "Harassment" means threatening to cause harm or bodily injury to another student, engaging in sexually intimidating conduct, causing physical damage to the property of another student, subjecting another student to physical confinement or restraint, or maliciously taking any action that substantially harms another student's physical or emotional health or safety.

(2) "Hit list" means a list of people targeted to be harmed, using:

(A) a firearm, as defined by Section 46.01(3), Penal Code;

(B) a knife, as defined by Section 46.01(7), Penal Code; or

(C) any other object to be used with intent to cause bodily harm.

(b-1) The methods adopted under Subsection (a) (8) must provide that a student who is enrolled in a special education program under Subchapter A, Chapter 29, may not be disciplined for conduct prohibited in accordance with Subsection (a) (7) until an admission, review, and dismissal committee meeting has been held to review the conduct.

Amendment No. 2 was adopted.

A record vote was requested.

**HB 283**, as amended, was passed by (Record 469): 143 Yeas, 1 Nays, 2 Present, not voting.

Yeas — Allen, A.; Allen, R.; Alonzo; Anchia; Bailey; Baxter; Berman; Blake; Bohac; Bonnen; Branch; Brown, B.; Brown, F.; Burnam; Callegari; Campbell; Casteel; Castro; Chavez; Chisum; Coleman; Cook, B.; Cook, R.; Corte; Crabb; Crownover; Davis, J.; Davis, Y.; Dawson; Delisi; Denny; Deshotel; Driver; Dukes; Dunnam; Dutton; Edwards; Eiland; Eissler; Elkins; Escobar; Farabee; Farrar; Flores; Flynn; Frost; Gallego; Gattis; Geren; Giddings; Gonzalez Toureilles; Goodman; Goolsby; Grusendorf; Guillen; Haggerty; Hamilton; Hamric; Hardcastle; Harper-Brown; Hartnett; Hegar; Herrero; Hilderbran; Hill; Hochberg; Hodge; Homer; Hope; Hopson; Howard; Hughes; Hunter; Hupp; Isett; Jackson; Jones, D.; Jones, J.; Keel; Keffer, B.; Keffer, J.; King, P.; King, T.; Kolkhorst; Kuempel; Laney; Laubenberg; Leibowitz; Luna; Madden; Martinez; Martinez Fischer; McCall; McClendon; McReynolds; Menendez; Merritt; Miller; Moreno, J.; Moreno, P.; Morrison; Mowery; Naishtat; Nixon; Noriega, M.; Oliveira; Olivo; Orr; Otto; Paxton; Peña; Phillips; Pickett; Pitts; Puente; Raymond; Reyna; Riddle; Ritter; Rodriguez; Rose; Seaman; Smith, T.; Smith, W.; Smithee; Solis; Solomons; Strama; Straus; Talton; Taylor; Thompson; Truitt; Turner; Uresti; Van Arsdale; Veasey; Villarreal; Vo; West; Wong; Woolley; Zedler.

Nays — Swinford.

Present, not voting — Mr. Speaker; Krusee(C).

Absent, Excused — Anderson; Griggs.

Absent — Gonzales; Quintanilla.

### MESSAGE FROM THE SENATE

A message from the senate was received at this time (see the addendum to the daily journal, Messages from the Senate, Message No. 4).

### HB 1095 ON THIRD READING
### (by Menendez)

**HB 1095**, A bill to be entitled An Act relating to the offense of harassment by persons in certain correctional facilities and to creating the offense of harassment of public servant.

**Amendment No. 1**

Representative R. Allen offered the following amendment to **HB 1095**:

Amend **HB 1095** (Second Reading Engrossment) on page 1, line 14, by striking "alarm, or annoy," and substituting "or alarm,".

Amendment No. 1 was adopted.

**HB 1095**, as amended, was passed. (In accordance with House Rule 5, Section 51(b), every member present must have favored passage of the measure, but any member may register their position with the journal clerk. No members registered their position on this measure.)

### HB 1426 ON THIRD READING
### (by Anderson)

**HB 1426**, A bill to be entitled An Act relating to the confidentiality of certain information in a rabies vaccination certificate.

**HB 1426** was passed. (In accordance with House Rule 5, Section 51(b), every member present must have favored passage of the measure, but any member may register their position with the journal clerk. No members registered their position on this measure.)

### HB 1172 ON THIRD READING
### (by F. Brown)

**HB 1172**, A bill to be entitled An Act relating to the tuition charged to resident undergraduate students of institutions of higher education for excess credit hours and to related formula funding.

**HB 1172** was passed. (In accordance with House Rule 5, Section 51(b), every member present must have favored passage of the measure, but any member may register their position with the journal clerk. No members registered their position on this measure.)

### HB 2241 ON THIRD READING
### (by Callegari)

**HB 2241**, A bill to be entitled An Act relating to the authority of certain municipalities to require a contract between a municipal utility district and the municipality before the district issues obligations.

## HB 2241 - STATEMENT OF LEGISLATIVE INTENT

REPRESENTATIVE STRAMA:  As I mentioned to you, there is a lawsuit in my district by a community in my district, suing the city of Austin under Section 54.016(f), which would be repealed by this bill.  Is it your intention that this bill would only be proactive and would have no effect on pending litigation under Section 54.016(f)?

REPRESENTATIVE CALLEGARI:  That's correct.

### REMARKS ORDERED PRINTED

Representative Strama moved to print remarks between Representative Callegari and Representative Strama.

The motion prevailed.

**HB 2241** was passed. (In accordance with House Rule 5, Section 51(b), every member present must have favored passage of the measure, but any member may register their position with the journal clerk. Members registering votes are as follows: Baxter, Gattis, Keel, Naishtat, Rodriguez, and Strama recorded voting no.)

### HB 159 ON THIRD READING
### (by Talton)

**HB 159**, A bill to be entitled An Act relating to expenditures of funds by a political subdivision to advertise a referendum.

**HB 159** was passed. (In accordance with House Rule 5, Section 51(b), every member present must have favored passage of the measure, but any member may register their position with the journal clerk. No members registered their position on this measure.)

### HB 664 ON THIRD READING
### (by Isett)

**HB 664**, A bill to be entitled An Act relating to consideration of a bidder's principal place of business in awarding certain municipal and school district contracts.

**HB 664** was passed. (In accordance with House Rule 5, Section 51(b), every member present must have favored passage of the measure, but any member may register their position with the journal clerk. No members registered their position on this measure.)

### HB 1249 ON THIRD READING
### (by Reyna)

**HB 1249**, A bill to be entitled An Act relating to criminal punishment for aggressive driving that results in the death of a person.

**HB 1249** was passed. (In accordance with House Rule 5, Section 51(b), every member present must have favored passage of the measure, but any member may register their position with the journal clerk. No members registered their position on this measure.)

79th LEGISLATURE — REGULAR SESSION

## HB 1048 ON THIRD READING
### (by Chisum)

**HB 1048**, A bill to be entitled An Act relating to the forfeiture of contraband used or intended to be used in the commission of certain criminal offenses.

**HB 1048** was passed. (In accordance with House Rule 5, Section 51(b), every member present must have favored passage of the measure, but any member may register their position with the journal clerk. No members registered their position on this measure.)

## HB 2405 ON THIRD READING
### (by Keel and Hodge)

**HB 2405**, A bill to be entitled An Act relating to prohibiting a person not entitled to receive an early voting ballot by mail from casting that ballot; providing a criminal penalty.

**HB 2405** was passed. (In accordance with House Rule 5, Section 51(b), every member present must have favored passage of the measure, but any member may register their position with the journal clerk. Members registering votes are as follows: Herrero, Leibowitz, and Rose recorded voting no.)

## HB 1579 ON THIRD READING
### (by Kolkhorst, Eiland, Griggs, T. Smith, Berman, et al.)

**HB 1579**, A bill to be entitled An Act relating to eligibility for benefits of and reports concerning certain retired members of the Teacher Retirement System of Texas; imposing a penalty.

**HB 1579** was passed. (In accordance with House Rule 5, Section 51(b), every member present must have favored passage of the measure, but any member may register their position with the journal clerk. No members registered their position on this measure.)

## HB 2623 ON THIRD READING
### (by Phillips and R. Cook)

**HB 2623**, A bill to be entitled An Act relating to the distribution by the Texas Department of Transportation of certain assistance for the repair and maintenance of county roads.

A record vote was requested.

**HB 2623** was passed by (Record 470): 141 Yeas, 0 Nays, 2 Present, not voting.

Yeas — Allen, A.; Allen, R.; Alonzo; Anchia; Bailey; Baxter; Berman; Blake; Bohac; Bonnen; Branch; Brown, B.; Brown, F.; Burnam; Callegari; Campbell; Casteel; Castro; Chavez; Chisum; Coleman; Cook, B.; Cook, R.; Crabb; Crownover; Davis, J.; Davis, Y.; Dawson; Delisi; Denny; Deshotel; Driver; Dukes; Dunnam; Dutton; Edwards; Eiland; Eissler; Elkins; Escobar; Farabee; Farrar; Flores; Flynn; Frost; Gallego; Gattis; Geren; Giddings; Gonzales; Gonzalez Toureilles; Goodman; Goolsby; Guillen; Haggerty; Hamilton; Hamric; Hardcastle; Harper-Brown; Hartnett; Hegar; Herrero; Hill;

JA_008897

Hochberg; Hodge; Homer; Hope; Hopson; Howard; Hunter; Hupp; Isett; Jackson; Jones, D.; Jones, J.; Keel; Keffer, B.; Keffer, J.; King, P.; King, T.; Kolkhorst; Kuempel; Laney; Laubenberg; Leibowitz; Luna; Madden; Martinez; Martinez Fischer; McCall; McClendon; McReynolds; Menendez; Merritt; Miller; Moreno, J.; Moreno, P.; Morrison; Mowery; Naishtat; Nixon; Noriega, M.; Oliveira; Olivo; Orr; Otto; Paxton; Peña; Phillips; Pickett; Pitts; Puente; Raymond; Reyna; Riddle; Ritter; Rodriguez; Rose; Seaman; Smith, T.; Smith, W.; Smithee; Solis; Solomons; Strama; Straus; Swinford; Talton; Taylor; Thompson; Truitt; Turner; Uresti; Van Arsdale; Veasey; Villarreal; Vo; West; Wong; Woolley; Zedler.

Present, not voting — Mr. Speaker; Krusee(C).

Absent, Excused — Anderson; Griggs.

Absent — Corte; Grusendorf; Hilderbran; Hughes; Quintanilla.

### HB 3115 ON THIRD READING
### (by Corte)

**HB 3115**, A bill to be entitled An Act relating to certain homeland security activities, including the operation of the Critical Infrastructure Protection Council by the office of the governor.

**Amendment No. 1**

Representative Corte offered the following amendment to **HB 3115**:

Amend **HB 3115** on 3rd Reading in the SECTION of the bill that amends Section 421.026, Government Code, in Subdivision (5) of that section, by striking "421.021 (a)(3)" and substituting "421.021(a)".

Amendment No. 1 was adopted.

A record vote was requested.

**HB 3115**, as amended, was passed by (Record 471): 142 Yeas, 0 Nays, 2 Present, not voting.

Yeas — Allen, A.; Allen, R.; Alonzo; Anchia; Baxter; Berman; Blake; Bohac; Bonnen; Branch; Brown, B.; Brown, F.; Burnam; Callegari; Campbell; Casteel; Castro; Chavez; Chisum; Coleman; Cook, B.; Cook, R.; Corte; Crabb; Crownover; Davis, J.; Davis, Y.; Dawson; Delisi; Denny; Deshotel; Driver; Dukes; Dunnam; Dutton; Edwards; Eiland; Eissler; Elkins; Escobar; Farabee; Farrar; Flores; Flynn; Frost; Gallego; Gattis; Geren; Giddings; Gonzales; Goodman; Goolsby; Grusendorf; Guillen; Haggerty; Hamilton; Hamric; Hardcastle; Harper-Brown; Hartnett; Hegar; Herrero; Hilderbran; Hill; Hochberg; Hodge; Homer; Hope; Hopson; Howard; Hunter; Hupp; Isett; Jackson; Jones, D.; Jones, J.; Keel; Keffer, B.; Keffer, J.; King, P.; King, T.; Kolkhorst; Kuempel; Laney; Laubenberg; Leibowitz; Luna; Madden; Martinez; Martinez Fischer; McCall; McClendon; McReynolds; Menendez; Merritt; Miller; Moreno, J.; Moreno, P.; Morrison; Mowery; Naishtat; Nixon; Noriega, M.; Oliveira; Olivo; Orr; Otto; Paxton; Peña; Phillips; Pickett; Pitts; Puente; Quintanilla; Raymond;

Reyna; Riddle; Rodriguez; Rose; Seaman; Smith, T.; Smith, W.; Smithee; Solis; Solomons; Strama; Straus; Swinford; Talton; Taylor; Thompson; Truitt; Turner; Uresti; Van Arsdale; Veasey; Villarreal; Vo; West; Wong; Woolley; Zedler.

Present, not voting — Mr. Speaker; Krusee(C).

Absent, Excused — Anderson; Griggs.

Absent — Bailey; Gonzalez Toureilles; Hughes; Ritter.

### HB 3460 ON THIRD READING
#### (by Baxter)

**HB 3460**, A bill to be entitled An Act relating to the interest rate to be paid on the deposits made by customers of a water, electric, gas, or telephone utility.

Representative Baxter moved to postpone consideration of **HB 3460** until the end of today's calendar.

The motion prevailed.

### LEAVE OF ABSENCE GRANTED

The following member was granted leave of absence for the remainder of today because of important business:

Hughes on motion of Harper-Brown.

### HB 1235 ON THIRD READING
#### (by Paxton)

**HB 1235**, A bill to be entitled An Act relating to the notice required for a sale of real property under a contract lien.

**HB 1235** was passed. (In accordance with House Rule 5, Section 51(b), every member present must have favored passage of the measure, but any member may register their position with the journal clerk. No members registered their position on this measure.)

### HB 1919 ON THIRD READING
#### (by R. Allen)

**HB 1919**, A bill to be entitled An Act relating to notice in certain real property transactions concerning public improvement districts.

**HB 1919** was passed. (In accordance with House Rule 5, Section 51(b), every member present must have favored passage of the measure, but any member may register their position with the journal clerk. No members registered their position on this measure.)

### HB 2135 ON THIRD READING
#### (by Phillips, Hamric, Truitt, Homer, and Woolley)

**HB 2135**, A bill to be entitled An Act relating to the creation of a tourist-oriented directional sign program.

A record vote was requested.

**HB 2135** was passed by (Record 472): 142 Yeas, 0 Nays, 3 Present, not voting.

Yeas — Allen, A.; Allen, R.; Alonzo; Anchia; Bailey; Baxter; Berman; Blake; Bohac; Bonnen; Branch; Brown, B.; Brown, F.; Burnam; Callegari; Campbell; Casteel; Castro; Chavez; Chisum; Coleman; Cook, B.; Cook, R.; Corte; Crabb; Davis, J.; Davis, Y.; Delisi; Denny; Deshotel; Driver; Dukes; Dunnam; Dutton; Edwards; Eiland; Eissler; Elkins; Escobar; Farabee; Farrar; Flores; Flynn; Frost; Gallego; Gattis; Geren; Giddings; Gonzales; Gonzalez Toureilles; Goodman; Goolsby; Grusendorf; Guillen; Haggerty; Hamilton; Hamric; Hardcastle; Harper-Brown; Hartnett; Hegar; Herrero; Hilderbran; Hill; Hochberg; Hodge; Homer; Hope; Hopson; Howard; Hunter; Hupp; Isett; Jackson; Jones, D.; Jones, J.; Keel; Keffer, B.; Keffer, J.; King, P.; King, T.; Kolkhorst; Kuempel; Laney; Laubenberg; Leibowitz; Luna; Madden; Martinez; Martinez Fischer; McCall; McClendon; McReynolds; Menendez; Merritt; Miller; Moreno, J.; Moreno, P.; Morrison; Mowery; Naishtat; Nixon; Noriega, M.; Oliveira; Olivo; Orr; Otto; Paxton; Peña; Phillips; Pickett; Pitts; Puente; Quintanilla; Raymond; Reyna; Riddle; Ritter; Rose; Seaman; Smith, T.; Smith, W.; Smithee; Solis; Solomons; Strama; Straus; Swinford; Talton; Taylor; Thompson; Truitt; Turner; Uresti; Van Arsdale; Veasey; Villarreal; Vo; West; Wong; Woolley; Zedler.

Present, not voting — Mr. Speaker; Crownover; Krusee(C).

Absent, Excused — Anderson; Griggs; Hughes.

Absent — Dawson; Rodriguez.

### HB 2966 ON THIRD READING
### (by Seaman)

**HB 2966**, A bill to be entitled An Act relating to the criminal penalty for violating certain statutes enforceable by, or ordinances, rules, or regulations of, navigation districts or port authorities.

**HB 2966** was passed. (In accordance with House Rule 5, Section 51(b), every member present must have favored passage of the measure, but any member may register their position with the journal clerk. No members registered their position on this measure.)

(Speaker in the chair)

### HB 1706 ON THIRD READING
### (by Denny, Pitts, Woolley, Nixon, Bohac, et al.)

**HB 1706**, A bill to be entitled An Act relating to requiring a voter to present proof of identification.

**HB 1706** was read third time earlier today, amended, and a point of order against the calendar precluded further consideration of **HB 1706** until this time.

### Amendment No. 4

Representative Veasey offered the following amendment to **HB 1706**:

Amend **HB 1706** by adding the following appropriately numbered SECTION to the bill and renumbering subsequent SECTIONS of the bill accordingly:

SECTION _____. Chapter 63, Election Code, is amended by adding Sections 63.014 and 63.015 to read as follows:

Sec. 63.014. PROVISION OF FALSE INFORMATION ABOUT IDENTIFICATION REQUIREMENTS. (a) A person, including an election officer, commits an offense if the person knowingly provides to another person false information relating to the requirements for presenting proof of identification under this chapter.

(b) An offense under this section is a Class A misdemeanor.

Sec. 63.015. FAILURE TO DISCLOSE COMPLETE INFORMATION ABOUT IDENTIFICATION REQUIREMENTS. (a) An election officer commits an offense if the officer knowingly fails to inform a voter who does not present the form of documentation requested by the election officer:

(1) that there are other acceptable forms of documentation;

(2) which other forms of documentation are acceptable;

(3) that the voter may leave the polling place and return to the polling place at any time before the polls close with the required documentation for casting a ballot; and

(4) that the voter may cast a provisional ballot if the voter executes an affidavit as provided by Section 63.011.

(b) An offense under this section is a Class A misdemeanor.

Amendment No. 4 was withdrawn.

A record vote was requested.

**HB 1706**, as amended, was passed by (Record 473): 78 Yeas, 67 nays, 1 Present, not voting.

Yeas — Allen, R.; Baxter; Berman; Blake; Bohac; Bonnen; Branch; Brown, B.; Brown, F.; Callegari; Campbell; Casteel; Chisum; Cook, B.; Corte; Crabb; Crownover; Davis, J.; Dawson; Delisi; Denny; Driver; Eissler; Flynn; Gattis; Goodman; Goolsby; Grusendorf; Haggerty; Hamric; Hardcastle; Harper-Brown; Hartnett; Hegar; Hilderbran; Hill; Hope; Howard; Hunter; Hupp; Isett; Jackson; Keel; Keffer, J.; King, P.; Kolkhorst; Krusee; Kuempel; Laubenberg; Madden; McCall; Merritt; Miller; Morrison; Mowery; Nixon; Orr; Otto; Paxton; Phillips; Pitts; Reyna; Riddle; Seaman; Smith, T.; Smith, W.; Smithee; Solomons; Straus; Swinford; Talton; Taylor; Truitt; Van Arsdale; West; Wong; Woolley; Zedler.

Nays — Allen, A.; Alonzo; Anchia; Bailey; Burnam; Castro; Chavez; Coleman; Cook, R.; Davis, Y.; Deshotel; Dukes; Dunnam; Dutton; Edwards; Eiland; Elkins; Escobar; Farabee; Farrar; Flores; Frost; Gallego; Geren; Giddings; Gonzales; Gonzalez Toureilles; Guillen; Hamilton; Herrero; Hochberg; Hodge; Homer; Hopson; Jones, D.; Jones, J.; King, T.; Laney; Leibowitz; Luna; Martinez; Martinez Fischer; McClendon; McReynolds; Menendez; Moreno, J.;

Moreno, P.; Naishtat; Noriega, M.; Oliveira; Olivo; Peña; Pickett; Puente; Quintanilla; Raymond; Ritter; Rodriguez; Rose; Solis; Strama; Thompson; Turner; Uresti; Veasey; Villarreal; Vo.

Present, not voting — Mr. Speaker(C).

Absent, Excused — Anderson; Griggs; Hughes.

Absent — Keffer, B.

### STATEMENT OF VOTE

When Record No. 473 was taken, my vote failed to register. I would have voted yes.

B. Keffer

### HB 1986 ON THIRD READING
### (by Solomons)

**HB 1986**, A bill to be entitled An Act relating to the administration and powers of a coordinated county transportation authority.

**HB 1986** was passed. (In accordance with House Rule 5, Section 51(b), every member present must have favored passage of the measure, but any member may register their position with the journal clerk. Members registering votes are as follows: Herrero, Leibowitz, and Rose recorded voting no.)

### HB 2799 ON THIRD READING
### (by Talton)

**HB 2799**, A bill to be entitled An Act relating to the removal of vehicles and property from a roadway in a political subdivision and to the authority of a political subdivision to establish a traffic incident management program.

A record vote was requested.

**HB 2799** was passed by (Record 474): 145 Yeas, 0 Nays, 1 Present, not voting.

Yeas — Allen, A.; Allen, R.; Alonzo; Anchia; Bailey; Baxter; Berman; Blake; Bohac; Bonnen; Branch; Brown, B.; Brown, F.; Burnam; Callegari; Campbell; Casteel; Castro; Chavez; Chisum; Coleman; Cook, B.; Cook, R.; Corte; Crabb; Crownover; Davis, J.; Davis, Y.; Dawson; Delisi; Denny; Deshotel; Driver; Dukes; Dunnam; Dutton; Edwards; Eiland; Eissler; Elkins; Escobar; Farabee; Farrar; Flores; Flynn; Frost; Gallego; Gattis; Geren; Giddings; Gonzales; Gonzalez Toureilles; Goodman; Goolsby; Grusendorf; Guillen; Haggerty; Hamilton; Hamric; Hardcastle; Harper-Brown; Hartnett; Hegar; Herrero; Hilderbran; Hill; Hochberg; Hodge; Homer; Hope; Hopson; Howard; Hunter; Hupp; Isett; Jackson; Jones, D.; Jones, J.; Keel; Keffer, B.; Keffer, J.; King, P.; King, T.; Kolkhorst; Krusee; Kuempel; Laney; Laubenberg; Leibowitz; Luna; Madden; Martinez; Martinez Fischer; McCall; McClendon; McReynolds; Menendez; Merritt; Miller; Moreno, J.; Moreno, P.; Morrison; Mowery; Naishtat; Nixon; Oliveira; Olivo; Orr; Otto; Paxton; Peña; Phillips; Pickett; Pitts; Puente; Quintanilla; Raymond; Reyna; Riddle; Ritter; Rodriguez; Rose; Seaman; Smith,

T.; Smith, W.; Smithee; Solis; Solomons; Strama; Straus; Swinford; Talton; Taylor; Thompson; Truitt; Turner; Uresti; Van Arsdale; Veasey; Villarreal; Vo; West; Wong; Woolley; Zedler.

Present, not voting — Mr. Speaker(C).

Absent, Excused — Anderson; Griggs; Hughes.

Absent — Noriega, M.

**GENERAL STATE CALENDAR**
**SENATE BILLS**
**THIRD READING**

The following bills were laid before the house and read third time:

**SB 446 ON THIRD READING**
**(Martinez - House Sponsor)**

**SB 446**, A bill to be entitled An Act relating to the reduction in value or expiration of a stored value card.

**SB 446** was passed. (In accordance with House Rule 5, Section 51(b), every member present must have favored passage of the measure, but any member may register their position with the journal clerk. No members registered their position on this measure.)

**SB 571 ON THIRD READING**
**(Homer - House Sponsor)**

**SB 571**, A bill to be entitled An Act relating to the hours of sale and consumption of wine at a winery.

A record vote was requested.

**SB 571** was passed by (Record 475): 124 Yeas, 15 Nays, 1 Present, not voting.

Yeas — Allen, A.; Allen, R.; Alonzo; Anchia; Bailey; Baxter; Berman; Blake; Bohac; Bonnen; Brown, F.; Campbell; Casteel; Castro; Chavez; Chisum; Coleman; Cook, B.; Cook, R.; Corte; Crownover; Davis, J.; Davis, Y.; Delisi; Denny; Deshotel; Driver; Dukes; Dunnam; Dutton; Edwards; Eiland; Eissler; Elkins; Escobar; Farabee; Farrar; Flynn; Frost; Gallego; Gattis; Geren; Giddings; Gonzales; Gonzalez Toureilles; Goodman; Goolsby; Grusendorf; Guillen; Haggerty; Hamilton; Hamric; Hardcastle; Hegar; Herrero; Hilderbran; Hill; Hochberg; Hodge; Homer; Hope; Hopson; Hunter; Hupp; Isett; Jones, D.; Jones, J.; Keel; Keffer, B.; Keffer, J.; King, P.; King, T.; Kolkhorst; Krusee; Kuempel; Laney; Leibowitz; Madden; Martinez; Martinez Fischer; McCall; McReynolds; Menendez; Merritt; Moreno, J.; Moreno, P.; Morrison; Mowery; Naishtat; Nixon; Noriega, M.; Olivo; Orr; Otto; Peña; Phillips; Pickett; Pitts; Puente; Quintanilla; Raymond; Reyna; Ritter; Rodriguez; Rose; Seaman; Smith, T.; Solis; Solomons; Strama; Straus; Swinford; Taylor; Thompson; Turner; Uresti; Van Arsdale; Veasey; Villarreal; Vo; West; Wong; Woolley; Zedler.

JA_008903

Nays — Branch; Brown, B.; Callegari; Crabb; Dawson; Harper-Brown; Hartnett; Howard; Jackson; Laubenberg; Miller; Riddle; Smith, W.; Smithee; Talton.

Present, not voting — Mr. Speaker(C).

Absent, Excused — Anderson; Griggs; Hughes.

Absent — Burnam; Flores; Luna; McClendon; Oliveira; Paxton; Truitt.

## STATEMENTS OF VOTE

I was shown voting yes on Record No. 475. I intended to vote no.

Bohac

I was shown voting yes on Record No. 475. I intended to vote no.

B. Keffer

I was shown voting no on Record No. 475. I intended to vote yes.

W. Smith

## GENERAL STATE CALENDAR
## HOUSE BILLS
## SECOND READING

The following bills were laid before the house and read second time:

## CSHB 3111 ON SECOND READING
## (by Corte)

**CSHB 3111**, A bill to be entitled An Act relating to authorizing the presiding officer of a political subdivision to order an evacuation in certain emergency circumstances.

## LEAVE OF ABSENCE GRANTED

The following member was granted leave of absence for the remainder of today because of appropriations business:

F. Brown on motion of Oliveira.

## CSHB 3111 - (consideration continued)

**Amendment No. 1**

Representative Corte offered the following amendment to **CSHB 3111**:

Amend **CSHB 3111** as follows:

(1) On page 1, line 7, strike "and (g)" and substitute ", (g), and (h)".

(2) On page 1, between lines 17 and 18, insert the following:

(h)  For purposes of Subsections (f) and (g):

(1) the jurisdiction and authority of the county judge includes the incorporated and unincorporated areas of the county; and

(2)  to the extent of a conflict between decisions of the county judge and the mayor, the decision of the county judge prevails.

Amendment No. 1 was adopted.

JA_008904

**CSHB 3111**, as amended, was passed to engrossment. (In accordance with House Rule 5, Section 51(b), every member present must have favored passage of the measure, but any member may register their position with the journal clerk. No members registered their position on this measure.)

### HB 3253 ON SECOND READING
### (by Ritter)

**HB 3253**, A bill to be entitled An Act relating to the use of certain electronically readable information on a driver's license or identification certificate to comply with certain alcohol and tobacco related laws; providing a penalty.

Representative Ritter moved to postpone consideration of **HB 3253** until 10 a.m. May 10.

The motion prevailed.

### HB 2420 ON SECOND READING
### (by Chavez and Solis)

**HB 2420**, A bill to be entitled An Act relating to the allocation of federal funds directed to be used to support graduate medical education in connection with the state Medicaid program.

Representative Chavez moved to postpone consideration of **HB 2420** until 10 a.m. May 6.

The motion prevailed.

### HB 1146 ON SECOND READING
### (by Chisum, Anderson, and Flynn)

**HB 1146**, A bill to be entitled An Act relating to contingent payment clauses in certain construction contracts.

**HB 1146** was passed to engrossment. (In accordance with House Rule 5, Section 51(b), every member present must have favored passage of the measure, but any member may register their position with the journal clerk. Members registering votes are as follows: Berman and B. Brown recorded voting no.)

### CSHB 1208 ON SECOND READING
### (by Gattis)

**CSHB 1208**, A bill to be entitled An Act relating to a limitation on the use of eminent domain by municipal utility districts.

**Amendment No. 1**

Representative Hamric offered the following amendment to **CSHB 1208**:

Amend **CSHB 1208** on page 1, between lines 15 and 16, by inserting the following SECTION and renumbering subsequent SECTIONS accordingly:

JA_008905

SECTION 2. Section 4.08, Chapter 1029, Acts of the 76th Legislature, Regular Session, 1999, is amended by adding Subsection (f) to read as follows:

(f) Section 54.209, Water Code, does not apply to the district.

Amendment No. 1 was adopted.

**Amendment No. 2**

Representative Hope offered the following amendment to **CSHB 1208**:

Amend **CSHB 1208** on page 1, between lines 15 and 16, by inserting the following SECTION and renumbering subsequent SECTIONS accordingly:

SECTION 2. Subchapter D, Chapter 65, Water Code, is amended by adding Section 65.202 to read as follows:

Sec. 65.202. LIMITATION ON USE OF EMINENT DOMAIN. A district may not exercise the power of eminent domain outside the district boundaries to acquire:

(1) a site for a water treatment plant, water storage facility, wastewater treatment plant, or wastewater disposal plant;

(2) a site for a park, swimming pool, or other recreational facility except a trail; or

(3) a site for a trail on real property designated as a homestead as defined by Section 41.002, Property Code.

Amendment No. 2 was adopted.

**CSHB 1208**, as amended, was passed to engrossment. (In accordance with House Rule 5, Section 51(b), every member present must have favored passage of the measure, but any member may register their position with the journal clerk. No members registered their position on this measure.)

### CSHB 1358 ON SECOND READING
### (by Flores)

**CSHB 1358**, A bill to be entitled An Act relating to the jurisdiction of the Texas Commission on Environmental Quality over certain water supply or sewer service corporations.

**CSHB 1358** was passed to engrossment. (In accordance with House Rule 5, Section 51(b), every member present must have favored passage of the measure, but any member may register their position with the journal clerk. No members registered their position on this measure.)

### CSHB 905 ON SECOND READING
### (by Delisi)

**CSHB 905**, A bill to be entitled An Act relating to the powers and duties of the state auditor in connection with state contracts.

**CSHB 905** was passed to engrossment. (In accordance with House Rule 5, Section 51(b), every member present must have favored passage of the measure, but any member may register their position with the journal clerk. No members registered their position on this measure.)

### HB 1577 ON SECOND READING
### (by Nixon, Homer, Frost, and Farabee)

**HB 1577**, A bill to be entitled An Act relating to the provision of health care services by a physician assistant during a disaster.

**HB 1577** was passed to engrossment. (In accordance with House Rule 5, Section 51(b), every member present must have favored passage of the measure, but any member may register their position with the journal clerk. No members registered their position on this measure.)

### CSHB 1611 ON SECOND READING
### (by Chisum, Turner, R. Allen, Hochberg, and Edwards)

**CSHB 1611**, A bill to be entitled An Act relating to the use of money for the low-income vehicle repair assistance, retrofit, and accelerated vehicle retirement program.

**CSHB 1611** was passed to engrossment. (In accordance with House Rule 5, Section 51(b), every member present must have favored passage of the measure, but any member may register their position with the journal clerk. No members registered their position on this measure.)

### LEAVE OF ABSENCE GRANTED

The following member was granted leave of absence for the remainder of today because of appropriations business:

Gattis on motion of Farabee.

### HB 1831 ON SECOND READING
### (by Talton)

**HB 1831**, A bill to be entitled An Act relating to the definition of "convicted" for purposes of eligibility to carry a concealed handgun.

**HB 1831** was passed to engrossment. (In accordance with House Rule 5, Section 51(b), every member present must have favored passage of the measure, but any member may register their position with the journal clerk. No members registered their position on this measure.)

### HB 1867 ON SECOND READING
### (by Naishtat)

**HB 1867**, A bill to be entitled An Act relating to the transfer of money appropriated to provide care for certain persons in nursing facilities to provide community-based services to those persons.

**HB 1867** was passed to engrossment. (In accordance with House Rule 5, Section 51(b), every member present must have favored passage of the measure, but any member may register their position with the journal clerk. No members registered their position on this measure.)

### MESSAGE FROM THE SENATE

A message from the senate was received at this time (see the addendum to the daily journal, Messages from the Senate, Message No. 5).

### CSHB 1476 ON SECOND READING
### (by Edwards, Van Arsdale, Crabb, and Riddle)

**CSHB 1476**, A bill to be entitled An Act relating to regulation of certain sexually suggestive performances at public school events.

**Amendment No. 1**

Representative Talton offered the following amendment to **CSHB 1476**:

Amend **CSHB 1476** on page 1 by striking lines 13-18 and substituting the following:

(b)  The commissioner may submit to a school district a written request that the district review performances by a performance group described by Subsection (a) to determine if the performances are overtly sexually suggestive.

(c)  If the school district determines that a performance group described by Subsection (a) has performed in an overtly sexually suggestive manner, the district shall take appropriate action against the performance group and the group's sponsor, as determined by the district.

Amendment No. 1 was adopted.

### LEAVES OF ABSENCE GRANTED

The following members were granted leaves of absence for the remainder of today because of appropriations business:

Kolkhorst on motion of Solomons.

Turner on motion of Solomons.

The following member was granted leave of absence for the remainder of today because of important business:

Castro on motion of Chavez.

The following member was granted leave of absence for the remainder of today because of important business in the district:

Bailey on motion of Phillips.

### CSHB 1476 - (consideration continued)

(Anderson now present)

A record vote was requested.

The vote of the house was taken on passage to engrossment of **CSHB 1476** and the vote was announced yeas 64, nays 64.

A verification of the vote was requested and was granted.

The roll of those voting yea and nay was again called and the verified vote resulted, as follows (Record 476): 65 Yeas, 56 Nays, 4 Present, not voting.

Yeas — Allen, R.; Anderson; Baxter; Berman; Bohac; Branch; Brown, B.; Callegari; Campbell; Casteel; Chisum; Corte; Crabb; Crownover; Dawson; Delisi; Denny; Deshotel; Edwards; Eissler; Elkins; Gallego; Grusendorf; Guillen; Harper-Brown; Hartnett; Hegar; Hilderbran; Hochberg; Hopson; Howard; Isett; Jackson; Keel; Keffer, B.; Keffer, J.; King, P.; Kuempel; Laubenberg; Madden; Merritt; Miller; Morrison; Mowery; Nixon; Otto; Paxton; Peña; Phillips; Reyna; Riddle; Rose; Smith, T.; Smith, W.; Smithee; Solomons; Swinford; Talton; Taylor; Truitt; Van Arsdale; West; Wong; Woolley; Zedler.

Nays — Alonzo; Anchia; Blake; Burnam; Chavez; Cook, B.; Cook, R.; Davis, J.; Davis, Y.; Driver; Dukes; Dunnam; Eiland; Escobar; Farabee; Farrar; Flores; Frost; Geren; Gonzales; Gonzalez Toureilles; Goodman; Goolsby; Haggerty; Hamilton; Hamric; Hardcastle; Herrero; Hodge; Homer; Hope; Hupp; Jones, D.; Krusee; Laney; Leibowitz; Martinez Fischer; McCall; McReynolds; Menendez; Moreno, J.; Moreno, P.; Naishtat; Noriega, M.; Oliveira; Olivo; Puente; Quintanilla; Ritter; Solis; Strama; Straus; Thompson; Uresti; Veasey; Vo.

Present, not voting — Mr. Speaker(C); Bonnen; Hunter; Orr.

Absent, Excused — Bailey; Brown, F.; Castro; Griggs; Hughes.

Absent, Excused, Committee Meeting — Gattis; Kolkhorst; Turner.

Absent — Allen, A.; Coleman; Dutton; Flynn; Giddings; Hill; Jones, J.; King, T.; Luna; Martinez; McClendon; Pickett; Pitts; Raymond; Rodriguez; Seaman; Villarreal.

The speaker stated that **CSHB 1476**, as amended, was passed to engrossment by the above vote.

### STATEMENTS OF VOTE

When Record No. 476 was taken, I was in the house but away from my desk. I would have voted yes.

Flynn

I was shown voting no on Record No. 476. I intended to vote yes.

Goolsby

I was shown voting yes on Record No. 476. I intended to vote no.

Hopson

When Record No. 476 was taken, I was in the house but away from my desk. I would have voted yes.

Seaman

### REASON FOR VOTE

I agree with the author's intent to address certain sexually suggestive performances at public school events. I hope local school districts will aggressively address this problem. However, I believe it should be addressed at the local level and not at the state level.

B. Cook

### LEAVES OF ABSENCE GRANTED

The following members were granted leaves of absence for the remainder of today because of important business:

A. Allen on motion of Hodge.

Dutton on motion of Uresti.

The following members were granted leaves of absence for the remainder of today because of important business in the district:

Flynn on motion of Berman.

Martinez on motion of Solis.

McClendon on motion of Flores.

Villarreal on motion of Homer.

The following member was granted leave of absence for the remainder of today to attend a conference committee meeting on **SB 1**:

Pitts on motion of Solomons.

### HB 2017 ON SECOND READING
### (by Swinford)

**HB 2017**, A bill to be entitled An Act relating to a nonsubstantive revision of statutes relating to the Texas Department of Insurance, the business of insurance, and certain related businesses, including conforming amendments, repeals, and penalties.

#### Amendment No. 1 (Committee Amendment No. 1)

On behalf of Representative Wong, Representative Swinford offered the following committee amendment to **HB 2017**:

Amend **HB 2017** as follows:

(1) On page 346, strike lines 1-4 and substitute the following:

Sec. 462.255.   CERTAIN CLAIMS SUBJECT TO LIEN OR SUBROGATION; LIMIT ON TOTAL RECOVERY

[Sections 462.256–462.300 reserved for expansion]

(2) On page 346, lines 13-14, strike "SATISFACTION OF OBLIGATION TO PAY COVERED CLAIMS;".

(3) On page 351, line 25, strike "462.305(d)" and substitute "462.305".

(4) On page 364, line 13, strike "462.302(b)" and substitute "462.302(d)".

(5) On page 378, strike lines 17-23 and substitute the following:

(c)   Subject to Section 462.255, the maximum amount payable by the association is the damages incurred by the claimant, less the association's credit or offset under this section, except that the association's liability may not exceed the lesser of:

(1)   $300,000; or

(2)   the limits of the insurance policy under which the claim is made. (V.T.I.C. Art. 21.28-C, Sec. 12(a) (part).)

(6)   Strike page 379, line 17, through page 380, line 16, and substitute the following:

(e)   Subject to Section 462.255, the maximum amount payable by the association is the amount of damages incurred by the claimant, less the credit or offset, except that the association's liability may not exceed $300,000. (V.T.I.C. Art. 21.28-C, Sec. 12(b).)

Sec. 462.255.   CERTAIN CLAIMS SUBJECT TO LIEN OR SUBROGATION; LIMIT ON TOTAL RECOVERY.   (a)   Notwithstanding Sections 462.252(c) and 462.254(e), if a claimant is seeking recovery of insurance policy benefits that, had the impaired insurer not been insolvent, would be subject to lien or subrogation by an other insurer, including a workers' compensation insurer or health insurer, regardless of whether the other insurer is impaired, the association's credit or offset is deducted from the lesser of the damages incurred by the claimant or the limits of the policy under which the claim is made.

(b)   A claimant's recovery under this chapter may not result in a total recovery to the claimant that is greater than the recovery that would have resulted had the impaired insurer not been insolvent.

(c)   Subject to Sections 462.201–462.203, 462.205–462.210, 462.213, 462.214, and 462.305 of this code and Title 5, Labor Code, a claim for workers' compensation benefits under this chapter may not result in a recovery to the claimant that is less than the recovery that would have resulted had the impaired insurer not been insolvent. (V.T.I.C. Art. 21.28-C, Secs. 12(a-1), (b-1).)

[Sections 462.256–462.300 reserved for expansion]

(7)   On page 381, between lines 13 and 14, insert the following:

(b)   The association satisfies the obligation to pay a covered claim by paying the claimant the full amount of a covered claim for benefits.

(c)   The association's liability is limited to the payment of covered claims. The association is not liable for any other claim or damages against the insured, an impaired insurer, the association, the receiver, the special deputy receiver, the commissioner, or the liquidator, including a claim for:

(1)   recovery of attorney's fees, prejudgment or postjudgment interest, or penalties;

(2)   extracontractual damages, multiple damages, or exemplary damages; or

(3)   any other amount sought in connection with the assertion or prosecution of a claim, without regard to whether the claim is a covered claim, by or on behalf of:

(A) an insured or claimant; or

(B)   a provider of goods or services retained by an insured or claimant.

(8)   On page 381, line 14, strike "(b)" and substitute "(d)".

(9)   On page 381, strike line 17 and substitute the following:

(e)   This section does not exclude the payment of workers' compensation benefits or other liabilities or penalties authorized by Title 5, Labor Code, arising from the association's processing and paying workers' compensation benefits after the designation of impairment. (V.T.I.C. Art. 21.28-C, Secs. 8(a), (c) (part).)

(10)  Strike page 382, line 23, through page 383, line 25, and substitute the following:

Sec. 462.305.  LIMITATION OF ASSOCIATION'S LIABILITY.    The association is not liable to an insured or liability claimant for the association's failure to settle a liability claim within the limits of a covered claim under this chapter. A claim described by this section for failure to settle a liability claim is not a covered claim. (V.T.I.C. Art. 21.28-C, Sec. 5(8) (part).)

(11)  On page 494, line 14, strike "complies with" and substitute "is filed in accordance with the requirements of".

(12)  On page 494, line 15, between "applicable," and "that is", insert "that has not been disapproved by the commissioner, and".

(13)  On page 597, line 7, between "STANDARD POLICY FORMS" and the semicolon, insert "AND UNIFORM POLICY".

(14)  On page 597, line 18, between "STANDARD POLICY FORMS" and the semicolon, insert "AND UNIFORM POLICY".

(15)  On page 643, line 21, strike "board" and substitute "company".

(16)    On page 732, line 5, strike "Subchapter C," and substitute "Subchapters A and C,".

Amendment No. 1 was adopted.

**Amendment No. 2**

Representative Swinford offered the following amendment to **HB 2017**:

Amend **HB 2017** as follows:

(1)  On page 278, lines 6-7, strike "insurer organized or operating under Chapter 841," and substitute "insurer that is subject to any provision of a law specified in Section 841.002 or any provision of Chapter".

(2)  On page 928, line 3, strike "determined to be".

(3)  On page 934, strike lines 10-13 and substitute the following:

(b)  From the date of the filing of the rate with the department to the effective date of the new rate, the insurer's previously filed rate that is in effect on the date of the filing remains in effect.

(4)  On page 957, line 6, strike "other related forms" and substitute "related forms other than insurance policy forms and printed endorsement forms,".

Amendment No. 2 was adopted.

### LEAVE OF ABSENCE GRANTED

The following member was granted leave of absence for the remainder of today because of important business:

Coleman on motion of Dunnam.

### HB 2017 - (consideration continued)

**HB 2017**, as amended, was passed to engrossment. (In accordance with House Rule 5, Section 51(b), every member present must have favored passage of the measure, but any member may register their position with the journal clerk. No members registered their position on this measure.)

## HB 2018 ON SECOND READING
### (by Swinford)

**HB 2018**, A bill to be entitled An Act relating to nonsubstantive additions to and corrections in enacted codes, to the nonsubstantive codification or disposition of various laws omitted from enacted codes, and to conforming codifications enacted by the 78th Legislature to other Acts of that legislature.

**HB 2018** was passed to engrossment. (In accordance with House Rule 5, Section 51(b), every member present must have favored passage of the measure, but any member may register their position with the journal clerk. No members registered their position on this measure.)

### LEAVE OF ABSENCE GRANTED

The following member was granted leave of absence for the remainder of today to attend a meeting of the conference committee on **SB 1**:

Luna on motion of Farabee.

The following member was granted leave of absence for the remainder of today because of appropriations business:

Branch on motion of Farabee.

## HB 2019 ON SECOND READING
### (by Swinford)

**HB 2019**, A bill to be entitled An Act relating to the nonsubstantive revision of certain local laws concerning special districts, including conforming amendments.

**Amendment No. 1 (Committee Amendment No. 1)**

Representative Swinford offered the following committee amendment to **HB 2019**:

Amend **HB 2019** on page 162 by striking "[Sections 3818.109–3818.150 reserved for expansion]" and substituting:

Sec. 3818.109. NO EMINENT DOMAIN POWER. The district may not exercise the power of eminent domain. (Acts 70th Leg., R.S., Ch. 1026, Sec. 7(B) (part).)

[Sections 3818.110–3818.150 reserved for expansion]

Amendment No. 1 was adopted.

**HB 2019**, as amended, was passed to engrossment. (In accordance with House Rule 5, Section 51(b), every member present must have favored passage of the measure, but any member may register their position with the journal clerk. No members registered their position on this measure.)

### LEAVE OF ABSENCE GRANTED

The following member was granted leave of absence for the remainder of today because of important business in the district:

Rodriguez on motion of Naishtat.

### HB 2136 ON SECOND READING
### (by Phillips)

**HB 2136**, A bill to be entitled An Act relating to certain penalties and fees imposed for operating a motor vehicle or vessel in violation of law.

#### Amendment No. 1

Representative Phillips offered the following amendment to **HB 2136**:

Amend **HB 2136**, on page 2, as follows:

(1)  On line 17, strike "$1 [$100]" and substitute "$100".

(2)  On line 21, strike "this section [Subsection (a)]" and substitute "Subsection (a)".

(3)  On line 22, strike "$1 [$25]" and substitute "$25".

(4)  Strike lines 23 and 24 and substitute "than $250 [$50]. An offense under Subsection (b) is a misdemeanor punishable by a fine of not less than $100 or more than $500 [$200].

Amendment No. 1 was adopted.

#### Amendment No. 2

Representative Phillips offered the following amendment to **HB 2136**:

Amend **HB 2136** by adding the following appropriately numbered SECTIONS to the bill and renumbering subsequent SECTIONS of the bill as appropriate:

SECTION ____. Section 502.404, Transportation Code, is amended by adding Subsections (f) and (g) to read as follows:

(f)  A justice of the peace or municipal court judge having jurisdiction of the offense may:

(1)  dismiss a charge brought under Subsection (a) if the defendant remedies the defect before the defendant's first court appearance; and

(2)  assess an administrative fee not to exceed $25 when the charge is dismissed.

(g)  A justice of the peace or municipal court judge having jurisdiction of the offense may:

(1)  dismiss a charge brought under Subsection (b) if the defendant establishes that:

(A)  the vehicle was issued a validation insignia for the license plates before the date of the offense; and

(B)  the registration insignia was attached to the vehicle before the defendant's first court appearance; and

(2)  assess an administrative fee not to exceed $25 when the charge is dismissed.

SECTION ____. Section 502.409, Transportation Code, is amended by adding Subsection (g) to read as follows:

(g)  A justice of the peace or municipal court judge having jurisdiction of the offense may:

JA_008914

(1) dismiss a charge brought under Subsection (a)(3), (5), (6), or (7) if the defendant remedies the defect before the defendant's first court appearance; and

(2) assess an administrative fee not to exceed $25 when the charge is dismissed.

SECTION ____. Section 521.221, Transportation Code, is amended by adding Subsection (d) to read as follows:

(d) A justice of the peace or municipal court judge having jurisdiction of the offense may:

(1) dismiss a charge of driving in violation of a restriction under this section if:

(A) the restriction was imposed:

(i) because of a physical condition and that condition was surgically or otherwise medically corrected before the date of the alleged offense; or

(ii) in error and that fact is established by the defendant; and

(B) the restriction is removed before the defendant's first court appearance; and

(2) assess an administrative fee not to exceed $25 when the charge is dismissed.

SECTION ____. Section 547.004, Transportation Code, is amended by adding Subsections (c) and (d) to read as follows:

(c) A justice of the peace or municipal court judge having jurisdiction of the offense may:

(1) dismiss a charge of an equipment violation brought under this chapter if the defendant remedies the defect before the defendant's first court appearance; and

(2) assess an administrative fee not to exceed $25 when the charge is dismissed.

(d) Subsection (c) does not apply to offenses involving a commercial motor vehicle.

Amendment No. 2 was adopted.

A record vote was requested.

**HB 2136**, as amended, failed to pass to engrossment by (Record 477): 5 Yeas, 118 Nays, 3 Present, not voting.

Yeas — Campbell; Driver; Hamric; Jackson; Phillips.

Nays — Allen, R.; Alonzo; Anchia; Anderson; Baxter; Berman; Blake; Bohac; Bonnen; Brown, B.; Burnam; Callegari; Casteel; Chavez; Chisum; Cook, B.; Cook, R.; Corte; Crabb; Crownover; Davis, J.; Davis, Y.; Dawson; Delisi; Denny; Deshotel; Dukes; Dunnam; Eiland; Eissler; Elkins; Escobar; Farabee; Farrar; Flores; Frost; Gallego; Geren; Giddings; Gonzales; Gonzalez Toureilles; Goodman; Goolsby; Grusendorf; Guillen; Haggerty; Hamilton; Hardcastle; Harper-Brown; Hegar; Herrero; Hill; Hochberg; Hodge; Homer; Hope; Hopson; Howard; Hunter; Hupp; Isett; Jones, D.; Jones, J.; Keel; Keffer, B.; Keffer, J.;

King, T.; Kuempel; Laney; Laubenberg; Leibowitz; Madden; Martinez Fischer; McCall; McReynolds; Menendez; Merritt; Miller; Moreno, J.; Moreno, P.; Mowery; Naishtat; Nixon; Noriega, M.; Oliveira; Olivo; Orr; Otto; Paxton; Peña; Pickett; Puente; Quintanilla; Raymond; Reyna; Riddle; Ritter; Rose; Smith, T.; Smith, W.; Smithee; Solis; Solomons; Strama; Straus; Swinford; Talton; Taylor; Thompson; Truitt; Uresti; Van Arsdale; Veasey; Vo; West; Wong; Woolley; Zedler.

Present, not voting — Mr. Speaker(C); Hartnett; Hilderbran.

Absent, Excused — Allen, A.; Bailey; Branch; Brown, F.; Castro; Coleman; Dutton; Flynn; Griggs; Hughes; Martinez; McClendon; Rodriguez; Villarreal.

Absent, Excused, Committee Meeting — Gattis; Kolkhorst; Luna; Pitts; Turner.

Absent — Edwards; King, P.; Krusee; Morrison; Seaman.

### LEAVE OF ABSENCE GRANTED

The following member was granted leave of absence for the remainder of today because of important business:

Pickett on motion of Solomons.

### CSHB 2767 ON SECOND READING
### (by Talton)

**CSHB 2767**, A bill to be entitled An Act relating to the release of a criminal defendant in certain cases and the eligibility of certain individuals to act as sureties on bail bonds.

**Amendment No. 1**

Representative Talton offered the following amendment to **CSHB 2767**:

Amend **CSHB 2767** (House Committee Printing) by inserting the following appropriately numbered SECTIONS to the bill and renumbering subsequent SECTIONS accordingly:

SECTION __. Article 22.03, Code of Criminal Procedure, is amended to read as follows:

Art. 22.03. CITATION TO SURETIES.  (a)  Upon entry of judgment, a citation shall issue forthwith notifying the sureties of the defendant, if any, that the bond has been forfeited, and requiring them to appear and show cause why the judgment of forfeiture should not be made final.

(b) A citation to a surety who is an individual shall be served to the individual at the address shown on the face of the bond.

(c) A citation to a surety that is a corporation or other entity shall be served to the attorney designated for service of process by the corporation or entity under Chapter 804, Insurance Code.

(d) By filing the waiver or designation in writing with the clerk of the court, a surety may waive service of citation or may designate a person other than the surety or the surety's attorney to receive service of citation under this article. The waiver or designation is effective until a written revocation is filed with the clerk.

SECTION __. Article 22.04, Code of Criminal Procedure, is amended to read as follows:

Art. 22.04. REQUISITES OF CITATION. A citation shall be sufficient if it be in the form provided for citations in civil cases in such court; provided, however, that a copy of the judgment of forfeiture entered by the court, a copy of the forfeited bond, and a copy of any power of attorney attached to the forfeited bond shall be attached to the citation and the citation shall notify the parties cited to appear and show cause why the judgment of forfeiture should not be made final.

SECTION __. Article 22.05, Code of Criminal Procedure, is amended to read as follows:

Art. 22.05. CITATION AS IN CIVIL ACTIONS. If service of citation is not waived under Article 22.03, a surety is [Sureties shall be] entitled to notice by service of citation, the length of time and in the manner required in civil actions; and the officer executing the citation shall return the same as in civil actions. It shall not be necessary to give notice to the defendant unless he has furnished his address on the bond, in which event notice to the defendant shall be deposited in the United States mail directed to the defendant at the address shown on the bond.

SECTION __. The changes in law made by this Act in amending Articles 22.03, 22.04, and 22.05, Code of Criminal Procedure, apply only to a citation of forfeiture issued on or after the effective date of this Act. A citation of forfeiture issued before the effective date of this Act is governed by the law in effect on the date the citation of forfeiture is issued, and the former law is continued in effect for that purpose.

Amendment No. 1 was adopted.

**Amendment No. 2**

Representative Alonzo offered the following amendment to **CSHB 2767**:

Amend **CSHB 2767** (House committee printing) by adding the following appropriately numbered SECTION and renumbering subsequent SECTIONS accordingly:

SECTION__. On a Class C misdemeanor attorney bond the signature of the defendant is not required.

Amendment No. 2 was adopted.

**CSHB 2767**, as amended, was passed to engrossment. (In accordance with House Rule 5, Section 51(b), every member present must have favored passage of the measure, but any member may register their position with the journal clerk. No members registered their position on this measure.)

### CSHB 2902 ON SECOND READING
### (by Hilderbran)

**CSHB 2902**, A bill to be entitled An Act relating to the maintenance and repair of courthouses that have benefited from the historic courthouse preservation program.

**Amendment No. 1**

Representative Phillips offered the following amendment to **CSHB 2902**:

Amend **CSHB 2902** on page 2, between lines 7 and 8, by inserting the following appropriately numbered sections and renumbering the subsequent sections of the bill accordingly:

SECTION __. Chapter 441, Government Code, is amended by adding Subchapter O to read as follows:

SUBCHAPTER O.  TEXAS HISTORICAL GOVERNMENT RECORDS PRESERVATION

Sec. 441.261.  DEFINITION; HISTORICAL GOVERNMENT RECORDS. (a)  In this subchapter, "commission" means the Texas State Library and Archives Commission.

(b)  For purposes of this subchapter, historical government records include:

(1)  any local government record with a retention period established as permanent or for which a review for possible historical value is required in a local government records retention schedule issued under Section 441.158; and

(2)  any state record identified as an archival state record or subject to review as a potential archival state record by the state archivist under Section 441.186.

Sec. 441.262.  TEXAS HISTORICAL GOVERNMENT RECORDS PRESERVATION GRANTS. (a)  The commission may establish a program of state grants to counties, municipalities, other local governmental entities, and state governmental entities to preserve the historically valuable records of the governments of this state.

(b)  The commission may award the grants to enable grant recipients to:

(1)  preserve, repair, restore, manage, and provide public access to historical government records in the custody of the recipient; and

(2)  establish or enhance efficient records management programs to ensure that current records of historical value or potential historical value in the custody of the recipient are identified, managed, and preserved.

(c)  The commission may adopt any necessary rules for the administration of the grant program, including rules relating to eligibility for and the terms of grants awarded under this section.

(d)  The commission shall approve any award of grants made under this section in open meetings in accordance with Chapter 551.

(e)  The commission shall determine the amount to be used for the award of grants under this section, subject to appropriations.

Sec. 441.263.  STATE ARCHIVES.  (a)  The commission may preserve, repair, restore, manage, and provide access to the historical government records in the custody of the commission, including records in any regional historical resource depository established by agreement under Section 441.153 or in any regional research center established and operated by the commission under Section 441.154.

(b)  The commission may determine the amount to be used for activities under this section, subject to appropriations.

Sec. 441.264. EMERGENCY DISASTER RECOVERY GRANTS. (a) The commission may make emergency grants to local governments to assist them in the recovery of records damaged by fire, flood, or other natural or man-made disaster.

(b)  The commission may adopt any necessary rules for the administration of emergency disaster recovery grants, including rules relating to eligibility for and the terms and conditions of an emergency grant.

(c)  The commission may determine the amount to be used for emergency disaster recovery grants under this section, subject to appropriations.

Sec. 441.265. OTHER RELATED USES. (a)  The commission may, subject to appropriations:

(1)  provide training in archival and records management principles and practices to local government officials;

(2)  provide advanced training in the preservation of electronic records of historical value;

(3)  provide funding for other projects determined by the commission to be of benefit in the preservation of historical government records; and

(4)  pay for personnel and administrative expenses incurred by the commission associated with grants, programs, and other activities under this subchapter.

(b)  The commission may determine the amount to be used for programs and activities under this section, subject to appropriations.

Sec. 441.266. ADVISORY COMMITTEES. The local government records committee established under Section 441.161, and the Texas Historical Records Advisory Board established under Section 441.242, shall advise the commission in its adoption of rules under Sections 441.262 and 441.264.

SECTION __. Section 441.157, Government Code, is repealed.

Amendment No. 1 was adopted.

**CSHB 2902**, as amended, was passed to engrossment. (In accordance with House Rule 5, Section 51(b), every member present must have favored passage of the measure, but any member may register their position with the journal clerk. No members registered their position on this measure.)

### HB 3386 ON SECOND READING
### (by Talton)

**HB 3386**, A bill to be entitled An Act relating to the possession or shooting of a handgun on the land of the Lower Colorado River Authority by a person licensed to carry a concealed handgun.

**HB 3386** was passed to engrossment. (In accordance with House Rule 5, Section 51(b), every member present must have favored passage of the measure, but any member may register their position with the journal clerk. No members registered their position on this measure.)

### CSHB 120 ON SECOND READING
**(by Dawson, Edwards, J. Davis, Anderson, Coleman, et al.)**

**CSHB 120**, A bill to be entitled An Act relating to the creation of a donor education, awareness, and registry program, the establishment of an organ donor and tissue council, and anatomical gift donation.

**CSHB 120** was passed to engrossment. (In accordance with House Rule 5, Section 51(b), every member present must have favored passage of the measure, but any member may register their position with the journal clerk. No members registered their position on this measure.)

### POSTPONED BUSINESS

The following bills were laid before the house as postponed business:

### HB 3460 ON THIRD READING
**(by Baxter)**

**HB 3460**, A bill to be entitled An Act relating to the interest rate to be paid on the deposits made by customers of a water, electric, gas, or telephone utility.

**HB 3460** was read third time earlier today and was postponed until this time.

Representative Baxter moved to postpone consideration of **HB 3460** until 10 a.m. May 6.

The motion prevailed.

### HB 762 - HOUSE CONCURS IN SENATE AMENDMENTS
### TEXT OF SENATE AMENDMENTS

Representative Nixon called up with senate amendments for consideration at this time,

**HB 762**, A bill to be entitled An Act relating to the solicitation by state officers and employees of and recommendations regarding contributions to charitable organizations and governmental entities.

Representative Nixon moved to concur in the senate amendments to **HB 762**.

The motion to concur in senate amendments prevailed. (In accordance with House Rule 5, Section 51(b), every member present must have favored passage of the measure, but any member may register their position with the journal clerk. Members registering votes are as follows: D. Jones recorded voting no.)

**Senate Amendment No. 1 (Senate Floor Amendment No. 1)**

Amend **HB 762** (Senate committee printing) as follows:

(1)  On page one line 16 strike "A" and replace with "a".

(2)  On page one line 16 between "(a)" and "a" add the following language:  "Unless otherwise prohibited by the Code of Judicial Conduct,"

### COMMITTEE GRANTED PERMISSION TO MEET

Representative Hartnett requested permission for the Committee on Judiciary to meet while the house is in session, during bill referral today, in 3W.9, for a formal meeting, to consider pending business.

Permission to meet was granted.

## FIVE DAY POSTING RULE SUSPENDED

Representative Delisi moved to suspend the five day posting rule to allow the Committee on Public Health to consider **HB 734** and **HB 3276** at the previously posted hearing on Wednesday, May 4.

The motion prevailed.

Representative Puente moved to suspend the five day posting rule to allow the Committee on Natural Resources to consider **HB 3578**, **HB 3579**, **HB 3580**, **HB 3582**, **HB 3583**, **HB 3584**, and **HB 3586** at 2 p.m. or upon final adjournment tomorrow in E1.026.

The motion prevailed.

Representative Hilderbran moved to suspend the five day posting rule to allow the Committee on Culture, Recreation, and Tourism to consider **HB 3572** upon adjournment today in E2.014.

The motion prevailed.

Representative Morrison moved to suspend the five day posting rule to allow the Committee on Higher Education to consider pending bills with invited testimony.

The motion prevailed.

## PROVIDING FOR A CONGRATULATORY
## AND MEMORIAL CALENDAR

Representative Edwards moved to set a congratulatory and memorial calendar for 9 a.m. Friday, May 6.

The motion prevailed.

## COMMITTEE MEETING ANNOUNCEMENTS

The following committee meetings were announced:

Judiciary, during bill referral today, 3W.9, for a formal meeting, to consider pending business.

Insurance, upon final adjournment today, Desk 24, for a formal meeting.

Transportation, upon final adjournment today, Desk 46, for a formal meeting, to consider pending business.

Human Services, upon final adjournment today, Desk 31, for a formal meeting, to consider pending business.

Licensing and Administrative Procedures, upon final adjournment today, Desk 99, for a formal meeting, to consider **HB 1085** and pending business.

Higher Education, 8 a.m. tomorrow, JHR 120, for a public hearing, to consider pending business with invited testimony.

## PROVIDING FOR ADJOURNMENT

Representative Harper-Brown moved that, at the conclusion of the reading of bills and resolutions on first reading and referral to committees, the house adjourn until 10 a.m. tomorrow.

The motion prevailed.

### BILLS AND JOINT RESOLUTIONS ON FIRST READING
### AND REFERRAL TO COMMITTEES
### RESOLUTIONS REFERRED TO COMMITTEES
### CORRECTIONS IN REFERRAL

Bills and joint resolutions were at this time laid before the house, read first time, and referred to committees. Resolutions were at this time laid before the house and referred to committees. Pursuant to Rule 1, Section 4 of the House Rules, the chair at this time corrected the referral of measures to committees. (See the addendum to the daily journal, Referred to Committees, List No. 1.)

(Uresti in the chair)

### ADJOURNMENT

In accordance with a previous motion, the house, at 7:13 p.m., adjourned until 10 a.m. tomorrow.

------------------------------

### ADDENDUM

------------------------------

### REFERRED TO COMMITTEES

The following bills and joint resolutions were today laid before the house, read first time, and referred to committees, and the following resolutions were today laid before the house and referred to committees. If indicated, the chair today corrected the referral of the following measures:

**List No. 1**

**HB 3587** (By Seaman), Relating to the creation of the La Salle Water Control and Improvement District No. 1; providing authority to impose a tax and issue bonds; granting the power of eminent domain.

To Natural Resources.

**HB 3588** (By P. King), Relating to the creation of the City of Fort Worth Municipal Utility Districts Nos. 3, 4, 5, and 6 of Denton and Wise Counties; providing authority to impose a tax and issue bonds; granting the power of eminent domain.

To Natural Resources.

**HR 8** (By Hodge, J. Jones, Giddings, and Y. Davis), In memory of Tillie Mae Parker Baylor of Dallas.

To Rules and Resolutions.

**HR 10** (By Dutton), Recognizing the Houston Minority Business Council's EXPO 2005 to be held on September 15, 2005.

To Rules and Resolutions.

**HR 1300** (By Giddings), Memorializing Congress to enact legislation relating to the assessment of penalties by a financial institution for an insufficient funds check.

To Business and Industry.

**HR 1346** (By Laubenberg), Recognizing May 3, 2005, as Texas Heart Healthy Day at the State Capitol.

To Public Health.

**HR 1410** (By Burnam), Recognizing Will Harrell on his fifth anniversary as executive director of the American Civil Liberties Union of Texas.

To Rules and Resolutions.

**HR 1429** (By Morrison), Honoring Henry Samuel and Fay Maurine Jacob of Goliad County on the occasion of their 70th wedding anniversary.

To Rules and Resolutions.

**HR 1430** (By Wong), In memory of Elnora Mayeux Callegari of Cottonport, Louisiana.

To Rules and Resolutions.

**HR 1431** (By Dunnam), Opposing any proposal to close the Waco Veterans Affairs Hospital.

To Defense Affairs and State-Federal Relations.

**HR 1432** (By Menendez), Recognizing September 2005 as Tejano Heritage Month in Texas.

To Rules and Resolutions.

**HR 1433** (By Menendez), In memory of Sarah F. Beers of San Antonio.
To Rules and Resolutions.

**SB 3** to Natural Resources.

**SB 31** to Higher Education.

**SB 121** to State Affairs.

**SB 179** to Pensions and Investments.

**SB 190** to Public Education.

**SB 305** to Licensing and Administrative Procedures.

**SB 674** to Business and Industry.

**SB 728** to Transportation.

**SB 990** to Human Services.

**SB 1050** to Urban Affairs.

**SB 1102** to Agriculture and Livestock.

**SB 1302** to County Affairs.

**SB 1311** to Culture, Recreation, and Tourism.

**SB 1410** to Judiciary.

**SB 1481** to Defense Affairs and State-Federal Relations.

**SB 1498** to Land and Resource Management.

**SB 1510** to County Affairs.

**SB 1518** to County Affairs.

**SB 1532** to Public Education.

**SB 1533** to Government Reform.

**SB 1551** to Law Enforcement.

**SB 1552** to Law Enforcement.

**SB 1553** to Higher Education.

**SB 1555** to County Affairs.

**SB 1558** to Insurance.

**SB 1569** to Government Reform.

**SB 1573** to Government Reform.

**SB 1583** to Public Education.

**SB 1587** to Local Government Ways and Means.

**SB 1590** to Transportation.

**SB 1591** to Insurance.

**SB 1592** to Insurance.

**SB 1603** to Culture, Recreation, and Tourism.

**SB 1604** to Natural Resources.

**SB 1621** to Local Government Ways and Means.

**SB 1626** to Licensing and Administrative Procedures.

**SB 1635** to County Affairs.

**SB 1655** to Local Government Ways and Means.

**SB 1663** to Government Reform.

**SB 1668** to Regulated Industries.

**SB 1670** to Transportation.

**SB 1674** to Natural Resources.

**SB 1680** to Agriculture and Livestock.

**SB 1686** to Agriculture and Livestock.

**SB 1707** to Environmental Regulation.

**SB 1708** to Agriculture and Livestock.

**SB 1709** to Environmental Regulation.

**SB 1710** to Environmental Regulation.

**SB 1714** to Defense Affairs and State-Federal Relations.

**SB 1740** to Environmental Regulation.

**SB 1747** to Regulated Industries.

**SB 1748** to Regulated Industries.

**SB 1754** to County Affairs.

**SB 1769** to County Affairs.

**SB 1771** to Public Health.

**SB 1787** to Culture, Recreation, and Tourism.

**SB 1792** to Natural Resources.

**SB 1815** to Economic Development.

**SB 1830** to Human Services.

**SB 1831** to Natural Resources.

**SB 1841** to Urban Affairs.

**SB 1850** to Licensing and Administrative Procedures.

**SB 1851** to Natural Resources.

**SB 1853** to Natural Resources.

**SCR 14** to Civil Practices.

**SCR 33** to Rules and Resolutions.

Pursuant to Rule 1, Section 4 of the House Rules, the chair corrects the referral of the following bills and resolutions:

**HCR 159** (By P. King), Welcoming the World Congress on Information Technology to Austin in May 2006.

To Regulated Industries.

**SB 809** to Insurance.

### SIGNED BY THE SPEAKER

The following bills and resolutions were today signed in the presence of the house by the speaker:

**House List No. 35**

**HCR 136**, **HCR 148**

### MESSAGES FROM THE SENATE

The following messages from the senate were today received by the house:

**Message No. 1**

### MESSAGE FROM THE SENATE
### SENATE CHAMBER
Austin, Texas
Tuesday, May 3, 2005

The Honorable Speaker of the House
House Chamber
Austin, Texas

Mr. Speaker:

I am directed by the senate to inform the house that the senate has taken the following action:

THE SENATE HAS PASSED THE FOLLOWING MEASURES:

**SB 24**                    Zaffirini
Relating to the creation of a donor education, awareness, and registry program, the establishment of an organ donor and tissue council, and anatomical gift donation.

**SB 229**                   Lucio
Relating to the Advisory Oversight Community Outreach Committee in the Department of Public Safety of the State of Texas.

**SB 520**                   Madla
Relating to the provision of health care services by a physician assistant during an emergency or a disaster.

**SB 697**                   Estes
Relating to the validation of the boundaries of certain school districts.

**SB 771**                   West, Royce
Relating to the criteria for designation of a reinvestment zone for purposes of tax increment financing and to the powers of a municipality that has created a reinvestment zone.

**SB 1071**                  West, Royce
Relating to a person's eligibility for an order of nondisclosure with respect to certain criminal history records and to certain law enforcement duties that result from the issuance of an order.

**SB 1089**                  Madla
Relating to the distribution by the Texas Department of Transportation of certain assistance for the repair and maintenance of county roads.

**SB 1090**                  Madla
Relating to the powers and duties of a defense base development authority.

**SB 1528**                  Zaffirini
Relating to the payment of tuition and fees at public institutions of higher education and the determination of Texas residency for that purpose.

**SB 1529**                    Zaffirini

Relating to policies and measures to promote timely graduation of students from public institutions of higher education.

**SB 1538**                    Barrientos

Relating to the creation of the individual development account program to provide savings incentives and opportunities to eligible low-income, working individuals or households.

**SB 1677**                    Barrientos

Relating to the powers and duties of the board of hospital managers of the Travis County Hospital District and to health care services to be provided to certain employees of that district and to certain employees of counties within the state.

**SB 1713**                    Staples

Relating to the creation of a study commission on transportation financing.

**SB 1716**                    Van de Putte

Relating to the sale of instructional materials to students of institutions of higher education.

**SB 1741**                    Staples

Relating to an exemption for certain interbasin transfers of water from certain priority requirements.

**SB 1870**                    Seliger

Relating to the board of directors of the Permian Basin Underground Water Conservation District; validating certain district actions and proceedings.

**SCR 15**                     Janek

Requesting the Texas Department of Transportation to designate the new causeway bridge connecting Galveston Island and the Texas mainland as the Purple Heart Memorial Bridge.

Respectfully,
Patsy Spaw
Secretary of the Senate

**Message No. 2**

MESSAGE FROM THE SENATE
SENATE CHAMBER
Austin, Texas
Tuesday, May 3, 2005 - 2

The Honorable Speaker of the House
House Chamber
Austin, Texas

Mr. Speaker:

I am directed by the senate to inform the house that the senate has taken the following action:

THE SENATE HAS PASSED THE FOLLOWING MEASURES:

## LOCAL AND UNCONTESTED CALENDAR

**HB 297** McClendon SPONSOR: Wentworth
Relating to changing the title of assistant secretary of state to deputy secretary of state.

**HB 364** Hegar SPONSOR: Brimer
Relating to the use, sale, purchase, or possession of a traffic-control signal preemption device; providing criminal penalties.

**HB 372** Jackson, Jim SPONSOR: Brimer
Relating to the required use of towing safety chains on certain vehicles.

**HB 708** Bonnen SPONSOR: Jackson
Relating to the issuance of permits by the School Land Board authorizing continued use of certain structures on coastal public land.

**HB 747** McReynolds SPONSOR: Staples
Relating to the designation of the El Camino East/West Corridor.

**HB 760** McReynolds SPONSOR: Jackson
Relating to fees for registration and inspection of certain fuel measuring and dispensing devices.

**HB 901** McReynolds SPONSOR: Jackson
Relating to expiration dates for certain licenses issued or renewed by the Department of Agriculture.

**HB 932** Taylor SPONSOR: Lucio
Relating to structures on coastal public land.

**HB 1099** Chavez SPONSOR: Lucio
Relating to migrant labor housing facilities.

**HB 1154** Elkins SPONSOR: Averitt
Relating to limited liability companies and partnerships.

**HB 1236** Paxton SPONSOR: Harris
Relating to an exemption from The Real Estate License Act for persons who conduct foreclosure sales.

**HB 1319** Giddings SPONSOR: Fraser
Relating to business entities and associations.

**HB 1489** Turner SPONSOR: Williams
Relating to the purposes for which money in the compensation to victims of crime fund may be used.

**HB 1507** Solomons SPONSOR: Fraser
Relating to the regulation of corporations; providing a penalty.

**SB 54** Nelson
Relating to a restrictive covenant, rule, or other prohibition regulating a homeowner's display of the United States flag.

**SB 272**              Williams
Relating to the creation of an oyster license moratorium program.

**SB 409**              Nelson
Relating to the continuation and functions of the Office of Public Utility Counsel.

**SB 454**              Armbrister
Relating to commercial shrimp boat licenses and to the creation of a gulf shrimp license moratorium program.

**SB 624**              Hinojosa
Relating to the regulation of bail bond sureties.

**SB 698**              Van de Putte
Relating to required disclosures to health benefit plan enrollees regarding professional services provided by certain non-network health care providers.

**SB 707**              Van de Putte
Relating to the issuance of an electrician license to certain members of the armed forces.

**SB 711**              Carona
Relating to metering services provided to certain electricity customers.

**SB 712**              Carona
Relating to the legislature's goal for energy efficiency in this state and related energy efficiency programs.

**SB 799**              Lucio
Relating to the eligibility of certain retired classroom teachers for loans under the professional educators home loan program.

**SB 804**              Averitt
Relating to the liability of license deputies for sales money held in trust for the Parks and Wildlife Department.

**SB 806**              Averitt
Relating to the qualifications of appointed members of the State Soil and Water Conservation Board.

**SB 905**              Whitmire
Relating to the interception of or the collection of other information from certain communications in an investigation of criminal conduct.

**SB 984**              Van de Putte
Relating to a feasibility study regarding the provision of financial incentives to individuals who undergo training for child protective services.

**SB 1018**             Staples
Relating to the extension or modification of residential restrictive covenants in certain counties.

**SB 1037**             Lucio
Relating to tuition rates for Olympic athletes residing and training in Texas.

**SB 1044**                    Janek
Relating to efforts by coastal counties to mitigate coastal erosion and improve public access to public beaches; authorizing the issuance of bonds by coastal counties.

**SB 1049**                    Lindsay
Relating to the efficient administration of county government.

**SB 1056**                    Lucio
Relating to the forced sale of an owner's interest in certain real property.

**SB 1104**                    Madla
Relating to the transfer of extraterritorial jurisdiction between certain home-rule and general-law municipalities and annexation of certain territory by the general-law municipalities.

**SB 1107**                    Madla
Relating to the requirements for removal of a county treasurer.

**SB 1108**                    Madla
Relating to the bond of a county treasurer.

**SB 1149**                    Harris
Relating to the electronic transmission of health benefit information between a health benefit plan issuer and a physician or health care provider.

**SB 1159**                    Harris
Relating to the regulation of persons who repossess motor vehicles; providing penalties.

**SB 1198**                    Ellis
Relating to the determination of the portion of the tax increment produced by a municipality that the municipality is required to pay into the tax increment fund for a reinvestment zone.

**SB 1199**                    Ellis
Relating to the deposit of municipal sales and use taxes into a tax increment fund.

**SB 1204**                    Madla
Relating to erecting an off-premise sign adjacent to and visible from certain roads.

**SB 1206**                    Madla
Relating to erecting an off-premise sign adjacent to and visible from certain roads.

**SB 1214**                    Barrientos
Relating to the authority of certain counties to select an insurance broker.

**SB 1275**                    Jackson, Mike
Relating to the issuance of certain court orders to protect victims of family violence.

**SB 1284**                    Armbrister
Relating to certain requirements applicable to health maintenance organizations.

**SB 1469**                    Whitmire
Relating to reporting the deaths of certain individuals.

**SB 1507**                  Hinojosa
Relating to the introduction of certain evidence in the sentencing phase of a capital felony case.

**SB 1537**                  Armbrister
Relating to the administration, powers, duties, and operation of the Harris-Galveston Subsidence District and the Fort Bend Subsidence District.

**SB 1589**                  Carona
Relating to fraudulent documents offered to the county clerk or the secretary of state for filing.

**SB 1596**                  Estes
Relating to the sale and service of beer by the holder of a winery permit.

**SB 1631**                  Carona
Relating to the right of redemption after the foreclosure of certain properties.

**SB 1654**                  Staples
Relating to notice of hearing on a motion for enforcement regarding child support and child custody.

**SB 1660**                  Carona
Relating to the assumption of road district powers and duties by certain municipal utility districts; authorizing bonds.

**SB 1669**                  Estes
Relating to the composition of the wine sold or dispensed by wineries located in this state.

**SB 1693**                  Duncan
Relating to collateral for deposits of public school funds.

**SB 1751**                  Duncan
Relating to the powers and board of directors of the Lubbock Reese Redevelopment Authority; authorizing a bond or similar obligation.

**SB 1764**                  Gallegos
Relating to the creation of the Airline Improvement District; providing authority to impose a tax and issue a bond or similar obligation.

**SB 1791**                  Whitmire
Relating to the prosecution of the offense of capital murder.

**SB 1795**                  Armbrister
Relating to the creation of the Fort Bend County Municipal Utility District No. 177; providing authority to impose a tax and issue bonds; granting the power of eminent domain.

**SB 1824**                  Duncan
Relating to the expansion of the Salt Fork Water Quality District and the appointment of directors by the commissioners court of each county included within the boundaries of the district.

**SB 1826**                  Estes
Relating to the creation, administration, powers, duties, functions, operations, and financing of the Parker County Special Utility District; granting the power of eminent domain.

**SB 1832**              Lindsay
Relating to the assignment of judges to hear certain cases in the Harris County
civil courts at law.

**SB 1847**              Zaffirini
Relating to the creation, administration, powers, duties, operation, and financing
of the Duval County Groundwater Conservation District.

**SB 1848**              Zaffirini
Relating to the creation, administration, powers, duties, operation, and financing
of the Starr County Groundwater Conservation District.

**SB 1849**              Estes
Relating to the creation, administration, powers, duties, functions, operations, and
financing of the Stephens Regional Special Utility District; granting the power of
eminent domain.

**SCR 10**               Staples
Memorializing congress to include Texas' transportation priorities in legislation
to reauthorize TEA-21.

**SCR 16**               Madla
Recognizing the Texas wine industry.

**SCR 17**               Madla
Requesting Texas institutes of higher education to offer education and research
opportunities in viticulture and enology.

**SCR 18**               Madla
Memorializing Congress to enact legislation to provide funding to support the
protection and growth of the Texas wine industry.

**SCR 19**               Madla
Requesting the Texas Wine Marketing Research Institute at Texas Tech
University include comparisons of the economic impacts of the states in the wine
industry.

**SCR 27**               West, Royce
Memorializing Congress to eliminate current caps on funded Medicare resident
training slots and related limits on costs per resident used to determine Medicare
graduate medical education reimbursement payments.

Respectfully,
Patsy Spaw
Secretary of the Senate

**Message No. 3**

MESSAGE FROM THE SENATE
SENATE CHAMBER
Austin, Texas
Tuesday, May 3, 2005 - 3

The Honorable Speaker of the House
House Chamber
Austin, Texas

Mr. Speaker:

I am directed by the senate to inform the house that the senate has taken the following action:

THE SENATE HAS PASSED THE FOLLOWING MEASURES:

**SB 1227**                    Shapiro
Relating to enrollment in public and private postsecondary educational institutions, to payment of the costs of attending those educational institutions, and to financial aid and other measures to assist students to pay those costs.

Respectfully,
Patsy Spaw
Secretary of the Senate

**Message No. 4**

MESSAGE FROM THE SENATE
SENATE CHAMBER
Austin, Texas
Tuesday, May 3, 2005 - 4

The Honorable Speaker of the House
House Chamber
Austin, Texas

Mr. Speaker:

I am directed by the senate to inform the house that the senate has taken the following action:

THE SENATE HAS PASSED THE FOLLOWING MEASURES:

**HB 729**            Nixon                SPONSOR: Janek
Relating to an order by a court that a judgment debtor turn over certain property for the satisfaction of the judgment.

**HB 2814**          Bonnen               SPONSOR: Janek
Relating to the powers and duties of the Sweeny Hospital District.
(AMENDED)

**SB 386**           Wentworth
Relating to the ability of public school employees to communicate with members of a school district board of trustees.

THE SENATE HAS CONCURRED IN HOUSE AMENDMENTS TO THE FOLLOWING MEASURES:

**SB 481**                    (31 Yeas, 0 Nays)

Respectfully,
Patsy Spaw
Secretary of the Senate

**Message No. 5**

### MESSAGE FROM THE SENATE
### SENATE CHAMBER
Austin, Texas
Tuesday, May 3, 2005 - 5

The Honorable Speaker of the House
House Chamber
Austin, Texas

Mr. Speaker:

I am directed by the senate to inform the house that the senate has taken the following action:

THE SENATE HAS PASSED THE FOLLOWING MEASURES:

**SB 49**                    Nelson
Relating to the electronic submission of certain health care transactions.

**SB 408**                    Nelson
Relating to the continuation and functions of the Public Utility Commission of Texas; providing a penalty.

**SB 826**                    Van de Putte
Relating to a cost-benefit analysis of providing mental health services for women with postpartum depression.

**SB 1246**                    Brimer
Relating to local option elections in certain populous areas on the sale of mixed beverages by food and beverage establishments.

**SB 1272**                    Jackson, Mike
Relating to requirements for county election precincts.

**SB 1370**                    Madla
Relating to the disposition of certain tax revenue for the protection and development of grape and wine production.

**SB 1578**                    Duncan
Relating to jurisdiction and venue in condemnation proceedings.

**SJR 3**                    Armbrister
Proposing a constitutional amendment providing for the issuance of additional general obligation bonds by the Texas Water Development Board.

Respectfully,
Patsy Spaw
Secretary of the Senate

---

### APPENDIX

---

### STANDING COMMITTEE REPORTS

Favorable reports have been filed by committees as follows:

**May 2**

Appropriations - **HB 3540**

Civil Practices - **HB 974**

County Affairs - **HB 3516**, **HB 3517**, **HB 3518**

Criminal Jurisprudence - **HB 3151**, **HB 3152**

Culture, Recreation, and Tourism - **HB 884**, **HB 886**, **HB 2901**, **SB 602**

Economic Development - **HB 3247**

Elections - **HB 963**, **HB 2309**

Environmental Regulation - **HB 39**

Human Services - **HB 288**, **HB 2459**

Insurance - **HB 1217**, **HB 1485**, **HB 2155**, **HB 2157**, **HB 2371**, **HB 2437**, **HB 2551**, **HB 2810**, **HB 3271**, **HB 3299**, **HB 3300**, **SB 261**

Law Enforcement - **HB 499**, **HB 1869**

Public Health - **HB 247**, **HB 772**, **HB 1220**, **HB 1502**, **HB 1719**, **HB 2180**, **HB 2472**, **HB 2500**, **HB 2765**, **HB 3099**, **HB 3357**, **SB 350**, **SB 376**, **SB 1330**

Regulated Industries - **HB 3179**

State Affairs - **HB 3563**

Transportation - **HB 1822**, **HB 2300**, **HB 3221**

Urban Affairs - **HB 2489**, **HB 2640**, **HB 3409**

Ways and Means - **HB 229**, **HB 2675**, **HB 3573**

## ENGROSSED

**May 2 - HB 920**, **HB 1118**, **HB 1248**, **HB 1255**, **HB 1391**, **HB 1458**, **HB 1800**, **HB 1997**, **HB 2027**, **HB 2071**, **HB 2200**, **HB 2202**, **HB 2243**, **HB 2257**, **HB 2266**, **HB 2335**, **HB 2348**, **HB 2518**, **HB 2581**, **HB 2656**, **HB 2685**, **HB 2828**, **HB 2928**, **HB 2942**

## ENROLLED

**May 2** - **HCR 3**

## SENT TO THE GOVERNOR

**May 2** - **HB 67**, **HB 423**, **HB 1657**, **HB 1815**, **HCR 3**

By:  Denny, Pitts, Woolley, Nixon, Bohac,          H.B. No. 1706
     et al.

A BILL TO BE ENTITLED

1                          AN ACT

2  relating to requiring a voter to present proof of identification.

3        BE IT ENACTED BY THE LEGISLATURE OF THE STATE OF TEXAS:

4        SECTION 1.  Chapter 62, Election Code, is amended by adding

5  Section 62.016 to read as follows:

6        Sec. 62.016.  NOTICE OF ACCEPTABLE IDENTIFICATION OUTSIDE

7  POLLING PLACES.  The presiding judge shall post in a prominent place

8  on the outside of each polling location notice that a provisional

9  ballot will be provided to a person who executes the appropriate

10 affidavit and a list of the acceptable forms of photographic and

11 nonphotographic identification.   The notice and list must be

12 printed:

13           (1)  in English, Spanish, and any other language

14 appropriate to the precinct in which the polling place is located;

15 and

16           (2)  using a font that is at least 24 point.

17       SECTION 2.  Section 63.001, Election Code, is amended by

18 amending Subsections (b), (c), (d), and (f) and adding Subsection

19 (g) to read as follows:

20       (b)  On offering to vote, a voter must present to an election

21 officer at the polling place the voter's voter registration

22 certificate and either:

23           (1)  one form of identification listed in Section

24 63.0101(a); or

1
JA_008936

H.B. No. 1706

1          (2) two different forms of identification listed in
2    Section 63.0101(b) [to an election officer at the polling place].

3          (c) On presentation of the documentation required by
4    Subsection (b) [a registration certificate], an election officer
5    shall determine whether the voter's name on the registration
6    certificate is on the list of registered voters for the precinct.

7          (d) If the voter's name is on the precinct list of
8    registered voters and the voter's identity can be verified from the
9    proof presented, the voter shall be accepted for voting.

10         (f) After determining whether to accept a voter, an election
11   officer shall return the voter's documentation [registration
12   certificate] to the voter.

13         (g) If the requirements for identification prescribed by
14   Subsection (b)(1) or (2) are not met, the voter shall be accepted
15   for provisional voting only under Section 63.011.

16         SECTION 3.  Chapter 63, Election Code, is amended by adding
17   Section 63.0012 to read as follows:

18         Sec. 63.0012.  USE OF ADDRESS ON IDENTIFICATION.  (a)  This
19   section applies only to a voter who:

20             (1) presents a registration certificate;
21             (2) is on the list of registered voters for the
22   precinct; and
23             (3) confirms the address on the list of registered
24   voters is current under Section 63.0011.

25         (b) In verifying the identity of a voter described by
26   Subsection (a) under Section 63.001, an election officer may not
27   consider whether the voter's address on a form described by Section

2

H.B. No. 1706

1    63.001(b)(1) or (2) matches the voter's address on the registration

2    certificate or the list of registered voters.

3         SECTION 4.  Section 63.006(a), Election Code, is amended to

4    read as follows:

5         (a)  A voter who, when offering to vote, presents a voter

6    registration certificate indicating that the voter is currently

7    registered in the precinct in which the voter is offering to vote,

8    but whose name is not on the precinct list of registered voters,

9    shall be accepted for voting if the voter's identity can be verified

10   from the proof presented.

11        SECTION 5.  Section 63.007(a), Election Code, is amended to

12   read as follows:

13        (a)  A voter who, when offering to vote, presents a voter

14   registration certificate indicating that the voter is currently

15   registered in a different precinct from the one in which the voter

16   is offering to vote, and whose name is not on the precinct list of

17   registered voters, shall be accepted for voting if the voter's

18   identity can be verified from the proof presented and the voter

19   executes an affidavit stating that the voter:

20             (1)  is a resident of the precinct in which the voter is

21   offering to vote or is otherwise entitled by law to vote in that

22   precinct;

23             (2)  was a resident of the precinct in which the voter

24   is offering to vote at the time that information on the voter's

25   residence address was last provided to the voter registrar;

26             (3)  did not deliberately provide false information to

27   secure registration in a precinct in which the voter does not

3

H.B. No. 1706

1   reside; and

2          (4)   is voting only once in the election.

3          SECTION 6.   Section 63.008(a), Election Code, is amended to

4   read as follows:

5          (a)   A voter who does not present a voter registration

6   certificate when offering to vote, but whose name is on the list of

7   registered voters for the precinct in which the voter is offering to

8   vote, shall be accepted for voting if the voter executes an

9   affidavit stating that the voter does not have the voter's voter

10  registration certificate in the voter's possession at the polling

11  place at the time of offering to vote and the voter's identity can

12  be verified from the proof presented [voter presents proof of

13  identification in a form described by Section 63.0101].

14         SECTION 7.   Section 63.0101, Election Code, is amended to

15  read as follows:

16         Sec. 63.0101.   DOCUMENTATION OF PROOF OF IDENTIFICATION.

17  (a) The following documentation is an acceptable form [as proof] of

18  photo identification under this chapter:

19              (1)   a driver's license or personal identification card

20  issued to the person by the Department of Public Safety or the

21  equivalent agency of another state that has not expired or that

22  expired no earlier than two years before the date of presentation

23  [or a similar document issued to the person by an agency of another

24  state, regardless of whether the license or card has expired];

25              (2)   a United States military identification card that

26  contains the person's photograph [form of identification

27  containing the person's photograph that establishes the person's

4

H.B. No. 1706

1   ~~identity~~];

2          (3)  a <u>valid employee identification card that contains</u>

3   <u>the person's photograph and is issued by an employer of the person</u>

4   <u>in  the  ordinary  course  of  the  employer's  business</u>  [~~birth~~

5   ~~certificate or other document confirming birth that is admissible~~

6   ~~in a court of law and establishes the person's identity~~];

7          (4)  <u>a</u> United States citizenship <u>certificate</u> [~~papers~~]

8   issued to the person <u>that contains the person's photograph</u>;

9          (5)  a United States passport issued to the person;

10          (6)  <u>a  student  identification  card  issued  by  a  public</u>

11   <u>or  private  institution  of  higher  education  that  contains  the</u>

12   <u>person's photograph</u> [~~official mail addressed to the person by name~~

13   ~~from a governmental entity~~];

14          (7)  a <u>license to carry a concealed handgun issued to</u>

15   <u>the person by the Department of Public Safety</u>;

16          (8)  <u>an identification card issued by a state agency of</u>

17   <u>this state that contains the person's photograph; or</u>

18          (9)  <u>an identification card that contains the person's</u>

19   <u>photograph and is issued by a county elections administrator or a</u>

20   <u>county clerk.</u>

21      (b)  The following documentation is acceptable as proof of

22   identification under this chapter:

23          (1)  <u>a</u> copy of a current utility bill, bank statement,

24   government check, paycheck, or other government document that shows

25   the name and address of the voter;

26          (2)  official mail addressed to the person by name from

27   <u>a governmental entity</u>;

5

H.B. No. 1706

1              (3)  a certified copy of a birth certificate or other

2    document confirming birth that is admissible in a court of law and

3    establishes the person's identity;

4              (4)  United States citizenship papers issued to the

5    person;

6              (5)  an original or certified copy of the person's

7    marriage license or divorce decree;

8              (6)  court records of the person's adoption, name

9    change, or sex change;

10             (7)  an identification card issued to the person by a

11   governmental entity of this state or the United States for the

12   purpose of obtaining public benefits, including veteran's

13   benefits, Medicaid, or Medicare;

14             (8)  a temporary driving permit issued to the person by

15   the Department of Public Safety;

16             (9)  a pilot's license issued to the person by the

17   Federal Aviation Administration or another authorized agency of the

18   United States;

19             (10)  a library card that contains the person's name

20   issued to the person by a public library located in this state; or

21             (11)  a hunting or fishing license issued to a person by

22   the Parks and Wildlife Department [or

23             [(8)  any other form of identification prescribed by

24   the secretary of state].

25        (c)  The commissioners court of a county may authorize the

26   county elections administrator or the county clerk, as applicable,

27   to issue photo identification cards that may be used as proof of a

6

H.B. No. 1706

1  voter's identification under Subsection (a).

2       SECTION 8.  Sections 63.011(a) and (b), Election Code, are

3  amended to read as follows:

4       (a)  A person to whom Section 63.001(g), 63.008(b), or

5  63.009(a) applies may cast a provisional ballot if the person

6  executes an affidavit stating that the person:

7            (1)  is a registered voter in the precinct in which the

8  person seeks to vote; and

9            (2)  is eligible to vote in the election.

10      (b)  A form for the affidavit shall be printed on an envelope

11  in which the provisional ballot voted by the person may be placed

12  and must include a space for entering the identification number of

13  the provisional ballot voted by the person and a space for an

14  election officer to indicate whether the person presented proof of

15  identification as required by Section 63.001(b)(1) or (2).  The

16  affidavit form may include space for disclosure of any necessary

17  information to enable the person to register to vote under Chapter

18  13.  The secretary of state shall prescribe the form of the

19  affidavit under this section.

20      SECTION 9.  Section 65.054(b), Election Code, is amended to

21  read as follows:

22      (b)  A provisional ballot may be accepted only if:

23            (1)  the board determines that, from the information in

24  the affidavit or contained in public records, the person is

25  eligible to vote in the election; and

26            (2)  the voter presents proof of identification as

27  required by Section 63.001(b)(1) or (2):

7

H.B. No. 1706

1              (A)  at the time the ballot was cast; or

2              (B)  in  the  period  prescribed  under  Section

3  65.0541.

4       SECTION 10.  Subchapter B, Chapter 65, Election Code, is

5  amended by adding Section 65.0541 to read as follows:

6       Sec. 65.0541.  PRESENTATION  OF  IDENTIFICATION  FOR  CERTAIN

7  PROVISIONAL BALLOTS.  (a)  A voter who is accepted for provisional

8  voting  under  Section  63.011  because  the  voter  does  not  present

9  proof of identification as required by Section 63.001(b)(1) or (2)

10  may  submit  proof  of  identification  to  the  voter  registrar  by

11  personal delivery or by mail for examination by the early voting

12  ballot board not later than the fifth day after the date of the

13  election.

14       (b)  The early voting ballot board shall accept a provisional

15  ballot under Section 65.054 if the voter:

16            (1)  presents  proof  of  identification  in  the  manner

17  required by this section; and

18            (2)  is otherwise eligible to vote in the election.

19       (c)  The  office  of  the  voter  registrar  shall  be  open  on  a

20  Saturday  that  falls  within  the  five-day  period  described  by

21  Subsection (a) for a voter to present identification as provided

22  under this section.

23       (d)  The  secretary  of  state  shall  prescribe  procedures  as

24  necessary to implement this section.

25       SECTION 11.  Section  521.422,  Transportation  Code,  is

26  amended by amending Subsection (a) and adding Subsection (d) to

27  read as follows:

8

H.B. No. 1706

1      (a)  Except as provided by Subsection (d), the [The] fee for

2  a personal identification certificate is:

3          (1)  $15 for a person under 60 years of age;

4          (2)  $5 for a person 60 years of age or older; and

5          (3)  $20  for  a  person  subject  to  the  registration

6  requirements under Chapter 62, Code of Criminal Procedure.

7      (d)  The  department  may  not  collect  a  fee  for  a  personal

8  identification  certificate  issued  to  a  person  who  executes  an

9  affidavit stating that the person is financially unable to pay the

10  required fee and:

11          (1)  who  is  a  registered  voter  in  this  state  and

12  presents a valid voter registration certificate; or

13          (2)  who  is  eligible  for  registration  under  Section

14  13.001, Election Code, and submits a registration application to

15  the department.

16      SECTION 12.  The changes in law made by this Act take effect

17  only if:

18          (1)  the United States District Court for the District

19  of Columbia issues a declaratory judgement under 42 U.S.C. Section

20  1973c that this Act does not have the purpose and will not have the

21  effect of denying or abridging the right to vote on account of race

22  or  color  or  in  contravention  of  the  guarantees  set  forth  in  42

23  U.S.C. Section 1973b(f)(2); or

24          (2)  the  secretary  of  state  submits  this  Act  to  the

25  United States Attorney General under 42 U.S.C. Section 1973c and

26  the  attorney  general  does  not  interpose  an  objection  within  the

27  time provided by that section.

9

H.B. No. 1706

1          SECTION 13.   This Act takes effect September 1, 2005.

JA_008945