Curriculum Vitae
(July 2014)

M.V. (Trey) Hood III

**Contact Information:**

Department of Political Science
School of Public and International Affairs
104 Baldwin Hall
The University of Georgia
Athens, GA 30602

Office Phone: (706) 583-0554
Dept. Phone: (706) 542-2057
FAX: (706) 542-4421
E-mail: th@uga.edu

**Academic Positions**

University of Georgia
    Professor, 2013-present
    Director of Graduate Studies, 2011-present.
    Associate Professor, 2005-2013
    Assistant Professor, 1999-2005.
Texas Tech University
    Visiting Assistant Professor, 1997-1999.

**Education**

| | | | |
|---|---|---|---|
| Ph.D. | Political Science | Texas Tech University | 1997 |
| M.A. | Political Science | Baylor University | 1993 |
| B.S. | Political Science | Texas A&M University | 1991 |

**Peer-Reviewed Books**

*The Rational Southerner: Black Mobilization, Republican Growth, and the Partisan Transformation of the American South*. 2012. New York: Oxford University Press. (Quentin Kidd and Irwin L. Morris, co-authors).

**Peer-Reviewed Publications**

"True Colors: White Conservative Support for Minority Republican Candidates." Forthcoming 2015. *Public Opinion Quarterly*. (Seth C. McKee, co-author).

"Race and the Tea Party in the Old Dominion: Split-Ticket Voting in the 2013 Virginia Elections." Forthcoming 2014. *PS: Political Science and Politics*. (Quentin Kidd and Irwin L. Morris, co-authors).

"The Damnedest Mess: An Empirical Evaluation of the 1966 Georgia Gubernatorial Election." Forthcoming 2014. *Social Science Quarterly*. (Charles S. Bullock, III, co-author).


2:13-cv-193
09/02/2014
DEF0006

"Candidates, Competition, and the Partisan Press: Congressional Elections in the Early Antebellum Era." Forthcoming 2014. *American Politics Research*. (Jamie L. Carson, co-author).

"Strategic Voting in a U.S. Senate Election." 2013. *Political Behavior* 35(4):729-751. (Seth C. McKee, co-author).

"Unwelcome Constituents: Redistricting and Countervailing Partisan Tides." 2013. *State Politics and Policy Quarterly* 13(2):203-224. (Seth C. McKee, co-author).

"The Tea Party, Sarah Palin, and the 2010 Congressional Elections: The Aftermath of the Election of Barack Obama." 2012. *Social Science Quarterly* 93(5):1424-1435. (Charles S. Bullock, III, co-author).

"Much Ado About Nothing?: An Empirical Assessment of the Georgia Voter Identification Statute." 2012. *State Politics and Policy Quarterly* 12(4):394-314.  (Charles S. Bullock, III, co-author).

"Achieving Validation: Barack Obama and Black Turnout in 2008." 2012. *State Politics and Policy Quarterly* 12:3-22.* (Seth C. McKee and David Hill, co-authors).

"They Just Don't Vote Like They Used To: A Methodology to Empirically Assess Election Fraud." 2012. *Social Science Quarterly* 93:76-94. (William Gillespie, co-author).

"An Examination of Efforts to Encourage the Incidence of Early In-Person Voting in Georgia, 2008." 2011. *Election Law Journal* 10:103-113. (Charles S. Bullock, III, co-author).

"What Made Carolina Blue? In-migration and the 2008 North Carolina Presidential Vote." 2010. *American Politics Research* 38:266-302. (Seth C. McKee, co-author).

"Stranger Danger: Redistricting, Incumbent Recognition, and Vote Choice." 2010. *Social Science Quarterly* 91:344-358. (Seth C. McKee, co-author).

"Trying to Thread the Needle: The Effects of Redistricting in a Georgia Congressional District." 2009. *PS: Political Science and Politics* 42:679-687. (Seth C. McKee, co-author).

"Citizen, Defend Thyself: An Individual-Level Analysis of Concealed-Weapon Permit Holders." 2009. *Criminal Justice Studies* 22:73-89. (Grant W. Neeley, co-author).

"Two Sides of the Same Coin?: Employing Granger Causality Tests in a Time Series Cross-Section Framework." 2008. *Political Analysis* 16:324-344. (Quentin Kidd and Irwin L. Morris, co-authors).

"Worth a Thousand Words? : An Analysis of Georgia's Voter Identification Statute." 2008. *American Politics Research* 36:555-579. (Charles S. Bullock, III, co-author).

ii

"Gerrymandering on Georgia's Mind: The Effects of Redistricting on Vote Choice in the 2006 Midterm Election." 2008. *Social Science Quarterly* 89:60-77 (Seth C. McKee, co-author).

"Examining Methods for Identifying Latino Voters." 2007. *Election Law Journal* 6:202-208. (Charles S. Bullock, III, co-author).

"A Mile-Wide Gap: The Evolution of Hispanic Political Emergence in the Deep South." 2006. *Social Science Quarterly* 87:1117-1135. (Charles S. Bullock, III, co-author).

"Punch Cards, Jim Crow, and Al Gore:  Explaining Voter Trust in the Electoral System in Georgia, 2000." 2005. *State Politics and Policy Quarterly* 5:283-294. (Charles S. Bullock, III and Richard Clark, co-authors).

"When Southern Symbolism Meets the Pork Barrel: Opportunity for Executive Leadership." 2005. *Social Science Quarterly* 86:69-86. (Charles S. Bullock, III, co-author).

"The Reintroduction of the *Elephas maximus* to the Southern United States: The Rise of Republican State Parties, 1960-2000." 2004.  *American Politics Research* 31:68-101. (Quentin Kidd and Irwin Morris, co-authors).

"One Person, [No Vote; One Vote; Two Votes…]: Voting Methods, Ballot Types, and Undervote Frequency in the 2000 Presidential Election." 2002. *Social Science Quarterly* 83:981-993. (Charles S. Bullock, III, co-author).

"On the Prospect of Linking Religious Right Identification with Political Behavior: Panacea or Snipe Hunt?" 2002.  *Journal for the Scientific Study of Religion* 41:697-710. (Mark C. Smith, co-author).

"The *Key* Issue: Constituency Effects and Southern Senators' Roll-Call Voting on Civil Rights." 2001. *Legislative Studies Quarterly* 26: 599-621. (Quentin Kidd and Irwin Morris, co-authors).

"Packin' in the Hood?: Examining Assumptions Underlying Concealed-Handgun Research." 2000. *Social Science Quarterly* 81:523-537. (Grant Neeley, co-author).

"Brother, Can You Spare a Dime? Racial/Ethnic Context and the Anglo Vote on Proposition 187." 2000. *Social Science Quarterly* 81:194-206. (Irwin Morris, co-author).

 "Penny Pinching or Politics?  The Line-Item Veto and Military Construction Appropriations." 1999. *Political Research Quarterly* 52:753-766. (Irwin Morris and Grant Neeley, co-authors).

 "Of Byrds[s] and Bumpers: Using Democratic Senators to Analyze Political Change in the South, 1960-1995." 1999. *American Journal of Political Science* 43:465-487. (Quentin Kidd and Irwin Morris, co-authors).

iii

"Bugs in the NRC's Doctoral Program Evaluation Data: From Mites to Hissing Cockroaches." 1998. *PS* 31:829-835. (Nelson Dometrius, Quentin Kidd, and Kurt Shirkey, co-authors).

"Boll Weevils and Roll-Call Voting: A Study in Time and Space." 1998. *Legislative Studies Quarterly* 23:245-269. (Irwin Morris, co-author).

"Give Us Your Tired, Your Poor,...But Make Sure They Have a Green Card: The Effects of Documented and Undocumented Migrant Context on Anglo Opinion Towards Immigration." 1998. *Political Behavior* 20:1-16. (Irwin Morris, co-author).

"¡Quedate o Vente!: Uncovering the Determinants of Hispanic Public Opinion Towards Immigration." 1997. *Political Research Quarterly* 50:627-647. (Irwin Morris and Kurt Shirkey, co-authors).

"¿Amigo o Enemigo?: Context, Attitudes, and Anglo Public Opinion toward Immigration." 1997. *Social Science Quarterly* 78: 309-323. (Irwin Morris, co-author).

**Invited Publications**

"Race and the Ideological Transformation of the Democratic Party: Evidence from the Bayou State." 2005. *American Review of Politics* 25:67-78.

**Book Chapters**

"The Participatory Consequences of Florida Redistricting." Forthcoming 2015. In *Jigsaw Puzzle Politics in the Sunshine State*, Seth C. McKee, editor. Gainesville, FL: University of Florida Press. (Danny Hayes and Seth C. McKee, co-authors).

"Texas: Political Change by the Numbers." 2014. In *The New Politics of the Old South, 5th ed.*, Charles S. Bullock, III and Mark J. Rozell, editors. New York: Rowman and Littlefield Publishers, Inc. (Seth C. McKee, co-author).

"The Republican Party in the South." 2012. In *Oxford Handbook of Southern Politics*, Charles S. Bullock, III and Mark J. Rozell, editors. New York: Oxford University Press. (Quentin Kidd and Irwin Morris, co-authors).

"The Reintroduction of the *Elephas maximus* to the Southern United States: The Rise of Republican State Parties, 1960-2000." 2010. In *Controversies in Voting Behavior*, 5th ed., David Kimball, Richard G. Niemi, and Herbert F. Weisberg, editors. Washington, DC: CQ Press. (Quentin Kidd and Irwin Morris, co-authors).
[Reprint of 2004 *APR* article with Epilogue containing updated analysis and other original material.]

"The Texas Governors." 1997. In *Texas Policy and Politics*, Mark Somma, editor. Needham Heights, MA: Simon & Schuster.

**Other Publications**

"Provisionally Admitted College Students: Do They Belong in a Research University?" 1998. In *Developmental Education: Preparing Successful College Students*, Jeanne Higbee and Patricia L. Dwinell, editors. Columbia, SC: National Resource Center for the First-Year Experience & Students in Transition (Don Garnett, co-author).

NES Technical Report No. 52. 1994. "The Reliability, Validity, and Scalability of the Indicators of Gender Role Beliefs and Feminism in the 1992 American National Election Study: A Report to the ANES Board of Overseers." (Sue Tolleson-Rinehart, Douglas R. Davenport, Terry L. Gilmour, William R. Moore, Kurt Shirkey, co-authors).

**Grant-funded Research (UGA)**

Co-Principal Investigator. "An Examination of Non-Precinct Voting in the State of Georgia." Budget: $47,000.  October 2008-July 2009. (with Charles S. Bullock, III). Funded by the Pew Charitable Trust.

Co-Principal Investigator. "The Best Judges Money Can Buy?: Campaign Contributions and the Texas Supreme Court." (SES-0615838) Total Budget: $166,576; UGA Share: $69,974. September 2006-August 2008. (with Craig F. Emmert). Funded by the National Science Foundation. REU Supplemental Award (2008-2009): $6,300.

Principal Investigator. "Payola Justice or Just Plain 'Ole Politics Texas-Style?: Campaign Finance and the Texas Supreme Court." $5,175.  January 2000-Januray 2001.  Funded by the University of Georgia Research Foundation, Inc.

**Curriculum Grants (UGA)**

Learning Technology Grant: "Converting Ideas Into Effective Action: An Interactive Computer and Classroom Simulation for the Teaching of American Politics." $40,000. January-December 2004. (with Loch Johnson). Funded by the Office of Instructional Support and Technology, University of Georgia.

**Dissertation**

"Capturing Bubba's Heart and Mind: Group Consciousness and the Political Identification of Southern White Males, 1972-1994."

Chair: Professor Sue Tolleson-Rinehart

**Papers and Activities at Professional Meetings**

"Race and the Tea Party in the Old Dominion: Split-Ticket Voting in the 2013 Virginia Elections." (with Irwin L. Morris and Quentin Kidd). 2013. Paper presented at the Citadel Symposium on Southern Politics. Charleston, SC.

"Race and the Tea Party in the Old Dominion: Down-Ticket Voting and Roll-Off in the 2013 Virginia Elections." (with Irwin L. Morris and Quentin Kidd). 2013. Paper presented at the Annual Meeting of the Southern Political Science Association. New Orleans, LA.

"Tea Leaves and Southern Politics: Explaining Tea Party Support Among Southern Republicans." (with Irwin L. Morris and Quentin Kidd). 2013. Paper presented at the Annual Meeting of the Southern Political Science Association. Orlando, FL.

"The Tea Party and the Southern GOP." (with Irwin L. Morris and Quentin Kidd). 2012. Research presented at the Effects of the 2012 Elections Conference. Athens, GA.

"Black Mobilization in the Modern South: When Does Empowerment Matter?" (with Irwin L. Morris and Quentin Kidd). 2012. Paper presented at the Citadel Symposium on Southern Politics. Charleston, SC.

"The Legislature Chooses a Governor: Georgia's 1966 Gubernatorial Election." (with Charles S. Bullock, III). 2012. Paper presented at the Citadel Symposium on Southern Politics. Charleston, SC.

"One-Stop to Victory? North Carolina, Obama, and the 2008 General Election." (with Justin Bullock, Paul Carlsen, Perry Joiner, and Mark Owens). 2011. Paper presented at the Annual Meeting of the Southern Political Science Association. New Orleans.

"Redistricting and Turnout in Black and White." (with Seth C. McKee and Danny Hayes). 2011. Paper presented the Annual Meeting of the Midwest Political Science Association. Chicago, IL.

"One-Stop to Victory? North Carolina, Obama, and the 2008 General Election." (with Justin Bullock, Paul Carlsen, Perry Joiner, Jeni McDermott, and Mark Owens). 2011. Paper presented at the Annual Meeting of the Midwest Political Science Association Meeting. Chicago, IL.

"Strategic Voting in the 2010 Florida Senate Election." (with Seth C. McKee). 2011. Paper Presented at the Annual Meeting of the Florida Political Science Association. Jupiter, FL.

"The Republican Bottleneck: Congressional Emergence Patterns in a Changing South." (with Christian R. Grose and Seth C. McKee). Paper presented at the Annual Meeting of the Southern Political Science Association. New Orleans, LA.

"Capturing the Obama Effect: Black Turnout in Presidential Elections." (with David Hill and Seth C. McKee) 2010. Paper presented at the Annual Meeting of the Florida Political Science Association. Jacksonville, FL.

"The Republican Bottleneck: Congressional Emergence Patterns in a Changing South." (with Seth C. McKee and Christian R. Grose). 2010. Paper presented at the Citadel Symposium on Southern Politics. Charleston, SC.

"Black Mobilization and Republican Growth in the American South: The More Things Change the More They Stay the Same?" (with Quentin Kidd and Irwin L. Morris). 2010. Paper presented at the Citadel Symposium on Southern Politics. Charleston, SC.

"Unwelcome Constituents: Redistricting and Incumbent Vote Shares." (with Seth C. McKee). 2010. Paper presented at the Annual Meeting of the Southern Political Science Association. Atlanta, GA.

"Black Mobilization and Republican Growth in the American South: The More Things Change the More They Stay the Same?" (with Quentin Kidd and Irwin L. Morris). 2010. Paper presented at the Annual Meeting of the Southern Political Science Association. Atlanta, GA.

"The Impact of Efforts to Increase Early Voting in Georgia, 2008." (With Charles S. Bullock, III).  2009. Presentation made at the Annual Meeting of the Georgia Political Science Association. Callaway Gardens, GA.

"Encouraging Non-Precinct Voting in Georgia, 2008." (With Charles S. Bullock, III).  2009. Presentation made at the Time-Shifting The Vote Conference. Reed College, Portland, OR.

"What Made Carolina Blue? In-migration and the 2008 North Carolina Presidential Vote." (with Seth C. McKee). 2009. Paper presented at the Annual Meeting of the Florida Political Science Association. Orlando, FL.

"Swimming with the Tide: Redistricting and Voter Choice in the 2006 Midterm." (with Seth C. McKee). 2009. Paper presented at the Annual Meeting of the Midwest Political Science Association. Chicago.

"The Effect of the Partisan Press on U.S. House Elections, 1800-1820." (with Jamie Carson). 2008. Paper presented at the Annual Meeting of the History of Congress Conference. Washington, D.C.

"Backward Mapping: Exploring Questions of Representation via Spatial Analysis of Historical Congressional Districts." (Michael Crespin). 2008. Paper presented at the Annual Meeting of the History of Congress Conference. Washington, D.C.

"The Effect of the Partisan Press on U.S. House Elections, 1800-1820." (with Jamie Carson).  2008. Paper presented at the Annual Meeting of the Midwest Political Science Association. Chicago.

"The Rational Southerner: The Local Logic of Partisan Transformation in the South." (with Quentin Kidd and Irwin L. Morris). 2008. Paper presented at the Citadel Symposium on Southern Politics. Charleston, SC.

"Stranger Danger: The Influence of Redistricting on Candidate Recognition and Vote Choice." (with Seth C. McKee). 2008. Paper presented at the Annual Meeting of the Southern Political Science Association. New Orleans.

"Backward Mapping: Exploring Questions of Representation via Spatial Analysis of Historical Congressional Districts." (with Michael Crespin). 2007. Paper presented at the Annual Meeting of the American Political Science Association. Chicago.

"Worth a Thousand Words? : An Analysis of Georgia's Voter Identification Statute." (with Charles S. Bullock, III). 2007. Paper presented at the Annual Meeting of the Southwestern Political Science Association. Albuquerque.

"Gerrymandering on Georgia's Mind: The Effects of Redistricting on Vote Choice in the 2006 Midterm Election." (with Seth C. McKee). 2007. Paper presented at the Annual Meeting of The Southern Political Science Association. New Orleans.

"Personalismo Politics: Partisanship, Presidential Popularity and 21st Century Southern Politics." (with Quentin Kidd and Irwin L. Morris). 2006. Paper presented at the Annual Meeting of the American Political Science Association. Philadelphia.

"Explaining Soft Money Transfers in State Gubernatorial Elections." (with William Gillespie and Troy Gibson). 2006. Paper presented at the Annual Meeting of the Midwest Political Science Association. Chicago.

"Two Sides of the Same Coin?: A Panel Granger Analysis of Black Electoral Mobilization and GOP Growth in the South, 1960-2004." (with Quentin Kidd and Irwin L. Morris). 2006. Paper presented at the Citadel Symposium on Southern Politics. Charleston, SC.

"Hispanic Political Emergence in the Deep South, 2000-2004." (With Charles S. Bullock, III). 2006. Paper presented at the Citadel Symposium on Southern Politics. Charleston.

"Black Mobilization and the Growth of Southern Republicanism: Two Sides of the Same Coin?" (with Quentin Kidd and Irwin L. Morris). 2006. Paper presented at the Annual Meeting of the Southern Political Science Association. Atlanta.

"Exploring the Linkage Between Black Turnout and Down-Ticket Challenges to Black Incumbents." (With Troy M. Gibson). 2006. Paper presented at the Annual Meeting of the Southern Political Science Association. Atlanta.

"Race and the Ideological Transformation of the Democratic Party: Evidence from the Bayou State." 2004. Paper presented at the Biennial Meeting of the Citadel Southern Politics Symposium. Charleston.

"Tracing the Evolution of Hispanic Political Emergence in the Deep South." 2004. (Charles S. Bullock, III).  Paper presented at the Biennial Meeting of the Citadel Southern Politics Symposium. Charleston.

**"**Much Ado about Something? Religious Right Status in American Politics." 2003. (With Mark C. Smith). Paper presented at the Annual Meeting of the Midwest Political Science Association. Chicago.

"Tracking the Flow of Non-Federal Dollars in U. S. Senate Campaigns, 1992-2000." 2003. (With Janna Deitz and William Gillespie). Paper presented at the Annual Meeting of the Midwest Political Science Association. Chicago.

"PAC Cash and Votes: Can Money Rent a Vote?" 2002. (With William Gillespie). Paper presented at the Annual Meeting of the Southern Political Science Association. Savannah.

"What Can Gubernatorial Elections Teach Us About American Politics?: Exploiting and Underutilized Resource." 2002. (With Quentin Kidd and Irwin L. Morris). Paper presented at the Annual Meeting of the American Political Science Association. Boston.

"I Know I Voted, But I'm Not Sure It Got Counted." 2002. (With Charles S. Bullock, III and Richard Clark). Paper presented at the Annual Meeting of the Southwestern Social Science Association. New Orleans.

"Race and Southern Gubernatorial Elections: A 50-Year Assessment." 2002. (With Quentin Kidd and Irwin Morris). Paper presented at the Biennial Southern Politics Symposium. Charleston, SC.

"Top-Down or Bottom-Up?: An Integrated Explanation of Two-Party Development in the South, 1960-2000." 2001. Paper presented at the Annual Meeting of the Southern Political Science Association. Atlanta.

"Cash, Congress, and Trade: Did Campaign Contributions Influence Congressional Support for Most Favored Nation Status in China?" 2001. (With William Gillespie). Paper presented at the Annual Meeting of the Southwestern Social Science Association. Fort Worth.

"Key 50 Years Later: Understanding the Racial Dynamics of 21st Century Southern Politics" 2001. (With Quentin Kidd and Irwin Morris). Paper presented at the Annual Meeting of the Southern Political Science Association. Atlanta.

"The VRA and Beyond: The Political Mobilization of African Americans in the Modern South." 2001. (With Quentin Kidd and Irwin Morris). Paper presented at the Annual Meeting of the American Political Science Association. San Francisco.

"Payola Justice or Just Plain 'Ole Politics Texas Style?: Campaign Finance and the Texas Supreme Court." 2001. (With Craig Emmert). Paper presented at the Annual Meeting of the Midwest Political Science Association. Chicago.

"The VRA and Beyond: The Political Mobilization of African Americans in the Modern South." 2000. (With Irwin Morris and Quentin Kidd). Paper presented at the Annual Meeting of the Southern Political Science Association. Atlanta.

"Where Have All the Republicans Gone? A State-Level Study of Southern Republicanism." 1999. (With Irwin Morris and Quentin Kidd). Paper presented at the Annual Meeting of the Southern Political Science Association. Savannah.

"Elephants in Dixie: A State-Level Analysis of the Rise of the Republican Party in the Modern South." 1999. (With Irwin Morris and Quentin Kidd). Paper presented at the Annual Meeting of the American Political Science Association. Atlanta.

"Stimulant to Turnout or Merely a Convenience?: Developing an Early Voter Profile." 1998. (With Quentin Kidd and Grant Neeley). Paper presented at the Annual Meeting of the Southern Political Science Association. Atlanta.

"The Impact of the Texas Concealed Weapons Law on Crime Rates: A Policy Analysis for the City of Dallas, 1992-1997." 1998. (With Grant W. Neeley). Paper presented to the Annual Meeting of the Midwest Political Science Association. Chicago.

"Analyzing Anglo Voting on Proposition 187: Does Racial/Ethnic Context Really Matter?" 1997. (With Irwin Morris). Paper presented to the Annual Meeting of the Southern Political Science Association. Norfolk.

"Capturing Bubba's Heart and Mind: Group Consciousness and the Political Identification of Southern White Males, 1972-1994." 1997. Paper presented at the Annual Meeting of the Midwest Political Science Association. Chicago.

"Of Byrds[s] and Bumpers: A Pooled Cross-Sectional Study of the Roll-Call Voting Behavior of Democratic Senators from the South, 1960-1995." 1996. (With Quentin Kidd and Irwin Morris). Paper presented to the Annual Meeting of the Southern Political Science Association. Atlanta.

"Pest Control: Southern Politics and the Eradication of the Boll Weevil." 1996. (With Irwin Morris). Paper presented to the Annual Meeting of the American Political Science Association. San Francisco.

"Fit for the Greater Functions of Politics: Gender, Participation, and Political Knowledge." 1996. (With Terry Gilmour, Kurt Shirkey, and Sue Tolleson-Rinehart). Paper presented to the Annual Meeting of the Midwest Political Science Association. Chicago.

"¿Amigo o Enemigo?: Racial Context, Attitudes, and White Public Opinion on Immigration." 1996. (With Irwin Morris). Paper presented to the Annual Meeting of the Midwest Political Science Association. Chicago.

"¡Quedate o Vente!: Uncovering the Determinants of Hispanic Public Opinion Towards Immigration." 1996. (With Irwin Morris and Kurt Shirkey). Paper presented to the Annual Meeting of the Southwestern Political Science Association. Houston.

"Downs Meets the Boll Weevil: When Southern Democrats Turn Left." 1995. (With Irwin Morris). Paper presented to the Annual Meeting of the Southern Political Science Association. Tampa.

"¿Amigo o Enemigo?: Ideological Dispositions of Whites Residing in Heavily Hispanic Areas." 1995. (With Irwin Morris). Paper presented to the Annual Meeting of the Southern Political Science Association. Tampa.

Chair. Panel titled "Congress and Interest Groups in Institutional Settings." 1995. Annual Meeting of the Southwestern Political Science Association. Dallas.

"Death of the Boll Weevil?: The Decline of Conservative Democrats in the House." 1995. (With Kurt Shirkey). Paper presented to the Annual Meeting of the Southwestern Political Science Association. Dallas.

"Capturing Bubba's Heart and Mind: The Political Identification of Southern White Males." 1994. (With Sue Tolleson-Rinehart). Paper presented to the Annual Meeting of the Southern Political Science Association. Atlanta.

**Other Professional Presentations**

"Much Adieu About Nothing?: An Empirical Assessment of Georgia's Voter Identification Statute." 2010. Presentation made to the Department of Political Science, Texas Tech University. Lubbock, TX.

"Report on the Aftermath of the 2010 Midterm Elections." 2010. Presentation made to the Oconee County Republican Party. Watkinsville, GA.

"Non-Precinct Voting in Georgia-A Survey of Voters from the 2008 Election." 2010. Presentation made to the Jeannette Rankin Foundation Program: The Life and Legacy of Jeannette Rankin: Championing Election Reform. Athens, GA.

"Non-Precinct Voting in Georgia, 2008." (With Charles S. Bullock, III). Presentation made at the Annual Meeting of the Georgia Election Officials Association. Savannah.

**Areas of Teaching Competence**

American Politics: Behavior and Institutions
Public Policy
Scope, Methods, Techniques

**Teaching Experience**

University of Georgia, 1999-present.
    Director of Graduate Studies, 2011-present.
    Graduate Faculty, 2003-present.

    Provisional Graduate Faculty, 2000-2003.
    Distance Education Faculty, 2000-present.

Texas Tech University, 1993-1999.
    Visiting Faculty, 1997-1999.
    Graduate Faculty, 1998-1999.
    Extended Studies Faculty, 1997-1999.
    Teaching Assistant, 1993-1997.

Courses Taught:
Undergraduate:
    American Government and Politics, American Government and Politics (Honors),
Legislative
    Process, Introduction to Political Analysis, American Public Policy, Political Psychology,
    Advanced Simulations in American Politics (Honors), Southern Politics, Southern Politics
    (Honors)
Graduate:
    Election Administration and Related Issues, Political Parties and Interest Groups,
    Legislative Process, Seminar in American Politics, Southern Politics

**Editorial Boards**

*Social Science Quarterly*. Member. 2011-present.

*Election Law Journal*. Member. 2013-present.

**Institutional Service (University-Level)**

University Program Review Committee, 2009-2011.
    Chair, 2010-2011
    Vice-Chair, 2009-2010.

Graduate Council, 2005-2008.
    Program Committee, 2005-2008.
    Chair, Program Committee, 2007-2008.

University Libraries Committee, 2004-2014.

Search Committee for University Librarian and Associate Provost, 2014.