**Nichols, Kristina**

| | |
|---|---|
| **From:** | DeLeon, Hector (CCO) |
| **Sent:** | Thursday, December 19, 2013 11:26 AM |
| **To:** | Aston, Sonya (CCO) |
| **Subject:** | Revised answers PLEASE Review: PIA Request regarding Provisional Ballots in Harris County |
| **Attachments:** | Cohan_Lindsey.zip |

This the response to the Public Records Request regarding Provisional Ballots cast in Harris County in the November 2013 Election dated December 5, 2013 and delivered to the Harris County Clerk's Office Communications and Voter Outreach department on December 11, 2013

Below appear a list of the requested information and the Harris County Clerk's response to each item:

(1). The Number of provisional ballots that were cast;

**The Number of provisional ballots that were cast in the November 5, 2013 Election is 704.**

(2) The number of provisional ballots that were accepted under Tex. Elec. Code § 65.054;

**The number of provisional ballots that were accepted in the November 5, 2013 Election by the Provisional Ballot Board is 280.**

(3) The number of provisional ballots that were distributed to voters under the Tex. Elec. 63.001 (g) because they did not meet the photo identification requirement;

**The number of provisional ballots that were cast in the November 5, 2013 Election because the voter did not meet the photo identification requirement is 105.**

(4) The number of provisional ballots identified above in (3) that were rejected;

**The number of provisional ballots identified above in (3) that were rejected by the Provisional Ballot Board is 97.**

(5) The names and contact information of the voters who voted provisionally because they lacked the requisite form of identification.
   **The following document meets the description of this request and is included in the attached zip file: List of Photo ID Provisional 11/5/2013.**

(6) The number of provisional ballots that were cast because the election official determined that, although the voter presented one of the requisite forms of identification, the name on the identification was not substantially similar to the name on the voter rolls;
   **The County Clerk's Office is not in possession of any documents which meet this description.**

(7) The number of provisional ballots identified above in (6) that were rejected;
   **The County Clerk's Office is not in possession of any documents which meet this description.**

(8) The names and any contact information of voters who voted provisionally because, although the voter presented one of the requisite forms of identification, the name on the identification was not "substantially similar" to the name on the voter roll;
   **The County Clerk's Office is not in possession of any documents which meet this description.**

(9) Any Instructions, guidance and training given to poll workers regarding implementation of requirements of Tex. Elec. Code 63.001(b) that persons must provide certain specified identification in order to cast a regular ballot in early voting or on Election Day;
   **The following documents meet the description of this request and are included in the attached zip file: Election Day Law and Operations Training Manual, Acceptable Forms of Identification for Voting in Texas Power Point Presentation, Similar Name Power Point Presentation, Poll Book Tutorial Power Point Presentation, Election Day - Photo Identification Training Attestation and Photo Identification Training Handout.**



2:13-cv-193
09/02/2014
**DEF0010**

(10)) Any Instructions, guidance and training given to poll workers regarding providing written notice to voters who are required to cast provisional ballots because they did not meet the identification requirements under Tex. Elec. Code 63.001 (g)

**The following documents meet the description of this request and are included in the attached zip file: Election Day Law and Operations Training Manual, Acceptable Forms of Identification for Voting in Texas Power Point Presentation, Similar Name Power Point Presentation, Poll Book Tutorial Power Point Presentation, Election Day - Photo Identification Training Attestation and Photo Identification Training Handout.**

(11) Any Instructions, guidance and training given to poll workers regarding implementation of requirements of Tex. Elec. Code 63.001(c) that the name on the identification provided to vote must be the same or "substantially similar" to the name on the voter roll;

**The following documents meet the description of this request and are included in the attached zip file: Election Day Law and Operations Training Manual, Acceptable Forms of Identification for Voting in Texas Power Point Presentation, Similar Name Power Point Presentation, Poll Book Tutorial Power Point Presentation, Election Day - Photo Identification Training Attestation and Photo Identification Training Handout.**

(12) Any standard form or notice provided to voters who cast provisional ballots because they did not meet the identification requirements under Tex. Elec. Code 63.001 (g)

**The following documents meet the description of this request and are included in the attached zip file: Notice of Required Identification (AW13-1 Prescribed by Secretary of State Section 63.0012, Texas Election Code 8/13) and Notice to Provisional Voter/Polling Place ID Receipt (AW7-15- 53, 8/13 Prescribed by Secretary of State Sec. 63.011, Election Code ED39).**

Thank you

Hector de Leon
Director of Communications and Voter Outreach
Office of Harris County Clerk Stan Stanart
1001 Preston, Ste. 426
Houston, Texas 77002

713.274.9550 (Office)
713.539.0114 (Work Cell)
hdeleon@cco.hctx.net