

**Office of Elections Administration**
**Fort Bend County, Texas**

*John Oldham*  (281) 341-8670
*Elections Administrator*  Fax (281) 341-4418

Lindsey Cohan
Dechert LLP
300 W. 6th Street, Suite 2010
Austin, TX  787

Dear Ms. Cohan:

I am in receipt of your request for information regarding Provisional Ballots in Fort Bend County. The answers below correspond to your numbered questions.

1. 18
2. 3
3. 3
4. 3
5. Avis Powell Clemons,
   Aaron Eugene Rhodes,
   Uma Devi Pochampalli,
6. 0
7. N/A
8. N/A
9. All poll workers were required to attend a minimum of 1.5 hrs of training on SB 14. The Power Points used in that training are attached.
10. Attached is a story board from our on line poll worker training program. This follows one nine lessons offered to our poll workers. WE also offer 3.5 hour equipment raining classes that are limited to 12 students. In those classes, instruction on issuing a Provision Ballot, mirrors our on line program.
11. Attached
12. Attached

Feel free to contact our office if you require additional information.


John Oldham
Elections Administrator

Fort Bend County Rosenberg Annex Building
Physical: 4520 Reading Road, Suite A, Rosenberg, Texas 77471
Mailing: 301 Jackson Street, Suite 101, Richmond, Texas 77469
e-mail address: vote@co.fort-bend.tx.us

2:13-cv-193
09/02/2014
**DEF0011**

TSC-MALC00000726