

## JO ANNE BERNAL
**EL PASO COUNTY ATTORNEY**
500 EAST SAN ANTONIO
ROOM 503, COUNTY COURTHOUSE
EL PASO, TEXAS 79901

(915) 546-2050
FAX: (915) 546-2133

December 20, 2013

Lindsey Cohan
Dechert LLP
300 W. 6th Street, Suite 2010
Austin, TX 78701-3902

RE: **REQUEST TO EL PASO COUNTY ELECTIONS ADMINISTRATOR FOR RECORDS REGARDING PROVISIONAL BALLOTS IN EL PASO COUNTY;** *Our File No. OP-13-577*

Dear Ms. Cohan:

The Elections Office has referred your request to the County Attorney's Office for review and action. The Elections Office has provided the following records in response to your numbered requests:
 (1) Twenty-one provisional ballots were cast.
 (2) Seven provisional ballots were accepted under Tex. Elec. Code Section 65.054.
 (3) Three provisional ballots were distributed under Tex. Elec. Code Section 63.001(g).
 (4) The three provisional ballots identified in number (3) were rejected because the voters did not return within six days with the required identification or to fill out a temporary affidavit.
 (5) Attached.
 (6) None
 (7) None
 (8) N/A
 (9) , (10), and (11) See attached
 (12) See attached

Please call this office if you have any questions.

Sincerely,

Rebecca Estrada Quinn
Assistant County Attorney

Enclosure



2:13-cv-193
09/02/2014
**DEF0012**

TSC-MALC00000676

(5)

TSC-MALC00000677

5. The names of voters who voted provisionally because they lacked the requisite form of identification;

| Name: | Address: | Vuid: |
|---|---|---|
| 1. Ernesto Carreno | [redacted] | 1095854735 |
| 2. George Gonzalez | [redacted] | 1095340445 |
| 3. Chester C. Morgan | [redacted] | 1095744784 |