| Field | Value |
|---|---|
| AW7-15-53, 9/13 Prescribed by Secretary of State Sec. 63.011, Election Code | |
| Type of Election / Tipo de Elección | Gen |
| Precinct No. where voted / Núm. de Precinto-lugar de votación | 3008 |
| Precinct No. where registered (if known) / Núm. de Precinto-inscrito para votar (si se sabe) | LV Annex |
| Date of Election / Fecha de la Elección | 11/5/13 |
| Authority Conducting Election / Autoridad Administrando la Elección | Denton Co |

## Affidavit of Provisional Voter (Declaración Jurada de Votante Provisional) *(Ballot number if using DRE _____)*

TO BE COMPLETED BY VOTER: I am a registered voter of this political subdivision and in the precinct in which I'm attempting to vote and have not already voted in this election (either in person or by mail). I am a resident of this political subdivision, have not been finally convicted of a felony or if a felon, I have completed all of my punishment including any term of incarceration, parole, supervision, period of probation, or I have been pardoned. I have not been determined by a final judgment of a court exercising probate jurisdiction to be totally mentally incapacitated or partially mentally incapacitated without the right to vote. I understand that giving false information under oath is a misdemeanor, and I understand that it is a felony of the 2nd degree to vote in an election for which I know I am not eligible.

PARA QUE EL VOTANTE LO LLENE: Estoy inscrito como votante en esta subdivisión política y en el precinto en cual estoy intentando a votar y aun no he votado en esta elección (en persona o por correo). Soy residente de esta subdivisión política, no he sido definitivamente declarado culpable de un delito grave o si soy el autor de un delito grave, he cumplido toda mi condena inclusive el período de encarcelamiento, la libertad condicional, la libertad supervisada, la libertad vigilada, o he sido indultado. No me han determinado por un juicio final de una corte de la legalización de un testamento, ser totalmente incapacitado mentalmente o parcialmente incapacitado sin el derecho de votar. Entiendo que dar información falsa bajo juramento es un delito menor y también entiendo que es un delito grave de 2º grado votar en una elección sabiendo que no cumplo con los requisitos necesarios.

| Last Name / Apellido usual | First Name / Su nombre de pila | Middle Name (if any) / Segundo nombre (si tiene) | Former Name / Nombre anterior |
|---|---|---|---|
| Yarbrough | Debra | Ruth | |

**Residence Address:** Street Address and Apartment Number, City, State, and ZIP. If none, describe where you live (Do not include PO Box, Rural Rt. Or Business Address) / Domicilio: calle y número de apartamento, Ciudad, Estado, y Código Postal. A falta de estos datos, describa la localidad de su residencia. (No incluya el apartado de correos, camino rural, ni dirección comercial.)

Gender: (Optional) / Sexo (Optativo)  ☐ Male (Hombre)  ☒ Female (Mujer)

**Mailing Address:** City, State, and ZIP. If mail cannot be delivered to your residence address. / Dirección postal: Ciudad, Estado y Código Postal (si es imposible entregarle correspondencia a su domicilio).

Date of Birth: Month, Day, Year / Fecha de nacimiento: mes, día, año

| TX Driver's License No. or Personal I.D. No. (Issued by Dept of Public Safety) / Número de su licencia de conducir de Texas o de su Cédula de Identidad expedida por el Departamento de Seguridad Pública de Texas). | Social Security No. (last 4 digits required if you do not have a driver's license or I.D. number) / Número de Seguro Social. (Si no tiene licencia, de conducir ni identificación personal, se requiere los últimos 4 números de su seguro social) | ☐ I have not been issued a TX driver's license, personal identification number or Social Security Number. Yo no tengo una licencia de conducir de Texas/Cédula de identidad personal de Texas ni un Número de Seguro Social. |
|---|---|---|
| ☐☐☐☐☐☐☐☐ | XXX-XX-____ | |

Check appropriate box: ARE YOU A UNITED STATES CITIZEN?
Marque el cuadro apropiado: Soy ciudadano/a de los Estados Unidos     Yes / Sí ☒     NO / No ☐

Signature of Voter / Firma del votante
X *Debra Ruth Yarbrough*

TSC-MALC00000496

| AW7-15-53, 9/13 Prescribed by Secretary of State Sec. 63.011, Election Code | Type of Election / Tipo de Elección: CONSTITUTION | Precinct No. where voted / Núm. de Precinto-lugar de votación: 2002 | Precinct No. where registered (if known) / Núm. de Precinto-inscrito para votar (si se sabe): | Date of Election / Fecha de la Elección: NOV 5, 2013 | Authority Conducting Election / Autoridad Administrando la Elección: Denton County |

## Affidavit of Provisional Voter (Declaración Jurada de Votante Provisional)  (Ballot number if using DRE 2888787)

**TO BE COMPLETED BY VOTER:** I am a registered voter of this political subdivision and in the precinct in which I'm attempting to vote and have not already voted in this election (either in person or by mail). I am a resident of this political subdivision, have not been finally convicted of a felony or if a felon, I have completed all of my punishment including any term of incarceration, parole, supervision, period of probation, or I have been pardoned. I have not been determined by a final judgment of a court exercising probate jurisdiction to be totally mentally incapacitated or partially mentally incapacitated without the right to vote. I understand that giving false information under oath is a misdemeanor, and I understand that it is a felony of the 2nd degree to vote in an election for which I know I am not eligible.

PARA QUE EL VOTANTE LO LLENE: Estoy inscrito como votante en esta subdivisión política y en el precinto en cual estoy intentando a votar y aun no he votado en esta elección (en persona o por correo). Soy residente de esta subdivisión política, no he sido definitivamente declarado culpable de un delito grave o si soy el autor de un delito grave, he cumplido toda mi condena inclusive el período de encarcelamiento, la libertad condicional, la libertad supervisada, la libertad vigilada, o he sido indultado. No me han determinado por un juicio final de una corte de la legalización de un testamento, ser totalmente incapacitado mentalmente o parcialmente incapacitado sin el derecho de votar. Entiendo que dar información falsa bajo juramento es un delito menor y también entiendo que es un delito grave de 2° grado votar en una elección sabiendo que no cumplo con los requisitos necesarios.

| Last Name / Apellido usual: O'NEILL | First Name / Su nombre de pila: Brian | Middle Name (if any) / Segundo nombre (si tiene): Jarrold | Former Name / Nombre anterior: N/A | Gender: (Optional) / Sexo (Optativo): ☒ Male (Hombre) ☐ Female (Mujer) |

**Residence Address:** Street Address and Apartment Number, City, State, and ZIP. If none, describe where you live (Do not include PO Box, Rural Rt. Or Business Address)
Domicilio: calle y número de apartamento, Ciudad, Estado, y Código Postal: A falta de estos datos, describa la localidad de su residencia. (No incluya el apartado de correos, camino rural, ni dirección comercial.)

[redacted]

**Mailing Address:** City, State, and ZIP. If mail cannot be delivered to your residence address. / Dirección postal: Ciudad, Estado y Código Postal (si es imposible entregarle correspondencia a su domicilio).

[redacted]

**Date of Birth:** Month, Day, Year / Fecha de nacimiento: mes, día, año [redacted]

| TX Driver's License No. or Personal I.D. No. (Issued by Dept of Public Safety) / Número de su licencia de conducir de Texas o de su Cédula de Identidad expedida por el Departamento de Seguridad Pública de Texas). [redacted] | Social Security No. (last 4 digits required if you do not have a driver's license or I.D. number) / Número de Seguro Social. (Si no tiene licencia, de conducir ni identificación personal, se requiere los últimos 4 números de su seguro social)  XXX-XX- | ☐ I have not been issued a TX driver's license/ personal identification number or Social Security Number. Yo no tengo una licencia de conducir de Texas/Cédula de identidad personal de Texas ni un Número de Seguro Social. |

Check appropriate box: **ARE YOU A UNITED STATES CITIZEN?**
Marque el cuadro apropiado: Soy ciudadano/a de los Estados Unidos     Yes ☒ / Sí     NO ☐ / No

Signature of Voter / Firma del votante: X [signature]

TSC-MALC00000497

VUID # 1090123272

| AW7-15-53, 9/13 Prescribed by Secretary of State Sec. 63.011, Election Code | Type of Election / Tipo de Elección: Constit. | Precinct No. where voted / Núm. de Precinto-lugar de votación: 2013 | Precinct No. where registered (if known) / Núm. de Precinto-inscrito para votar (si se sabe): 203 | Date of Election / Fecha de la Elección: 11-5 | Authority Conducting Election / Autoridad Administrando la Elección: Denton Co. |

## Affidavit of Provisional Voter (Declaración Jurada de Votante Provisional) (Ballot number if using DRE _____)

TO BE COMPLETED BY VOTER: I am a registered voter of this political subdivision and in the precinct in which I'm attempting to vote and have not already voted in this election (either in person or by mail). I am a resident of this political subdivision, have not been finally convicted of a felony or if a felon, I have completed all of my punishment including any term of incarceration, parole, supervision, period of probation, or I have been pardoned. I have not been determined by a final judgment of a court exercising probate jurisdiction to be totally mentally incapacitated or partially mentally incapacitated without the right to vote. I understand that giving false information under oath is a misdemeanor, and I understand that it is a felony of the 2nd degree to vote in an election for which I know I am not eligible.

PARA QUE EL VOTANTE LO LLENE: Estoy inscrito como votante en esta subdivisión política y en el precinto en cual estoy intentando a votar y aun no he votado en esta elección (en persona o por correo). Soy residente de esta subdivisión política, no he sido definitivamente declarado culpable de un delito grave o si soy el autor de un delito grave, he cumplido toda mi condena inclusive el período de encarcelamiento, la libertad condicional, la libertad vigilada, o he sido indultado. No me han determinado por un juicio final de una corte de la legalización de un testamento, ser totalmente incapacitado mentalmente o parcialmente incapacitado sin el derecho de votar. Entiendo que dar información falsa bajo juramento es un delito menor y también entiendo que es un delito grave de 2° grado votar en una elección sabiendo que no cumplo con los requisitos necesarios.

Last Name / Apellido usual: Laplante
First Name / Su nombre de pila: Margaret
Middle Name (if any) / Segundo nombre (si tiene): Ann
Former Name / Nombre anterior:
Gender: (Optional) / Sexo (Optativo): ☒ Female (Mujer)

Residence Address: [redacted]

Mailing Address: [redacted]

Date of Birth: [redacted]

TX Driver's License No. or Personal I.D. No.: Voter has DL

Social Security No.: XXX-XX-☐☐☐☐

Check appropriate box: ARE YOU A UNITED STATES CITIZEN? Yes ☒ No ☐

Signature of Voter: X M Laplante

No further ID should be required to vote except a voter registration.

TSC-MALC00000498

| AW7-15-53, 9/13 Prescribed by Secretary of State Sec. 63.011, Election Code | Type of Election / Tipo de Elección: Amendments | Precinct No. where voted / Núm. de Precinto-lugar de votación: Early (doae) | Precinct No. where registered (if known) / Núm. de Precinto-inscrito para votar (si se sabe): 2027 | Date of Election / Fecha de la Elección: 11-5-13 | Authority Conducting Election / Autoridad Administrando la Elección: Denton |

## Affidavit of Provisional Voter (Declaración Jurada de Votante Provisional) *(Ballot number if using DRE _____)*

**TO BE COMPLETED BY VOTER:** I am a registered voter of this political subdivision and in the precinct in which I'm attempting to vote and have not already voted in this election (either in person or by mail). I am a resident of this political subdivision, have not been finally convicted of a felony or if a felon, I have completed all of my punishment including any term of incarceration, parole, supervision, period of probation, or I have been pardoned. I have not been determined by a final judgment of a court exercising probate jurisdiction to be totally mentally incapacitated or partially mentally incapacitated without the right to vote. I understand that giving false information under oath is a misdemeanor, and I understand that it is a felony of the 2nd degree to vote in an election for which I know I am not eligible.

**PARA QUE EL VOTANTE LO LLENE:** Estoy inscrito como votante en esta subdivisión política y en el precinto en cual estoy intentando a votar y aun no he votado en esta elección (en persona o por correo). Soy residente de este subdivisión política, no he sido definitivamente declarado culpable de un delito grave o si soy el autor de un delito grave, he cumplido toda mi condena inclusive el período de encarcelamiento, la libertad condicional, la libertad vigilada, o he sido indultado. No me han determinado por un juicio final de una corte de la legalización de un testamento, ser totalmente incapacitado mentalmente o parcialmente incapacitado sin el derecho de votar. Entiendo que dar información falsa bajo juramento es un delito menor y también entiendo que es un delito grave de 2° grado votar en una elección sabiendo que no cumplo con los requisitos necesarios.

| Last Name / Apellido usual: DIETRICH | First Name / Su nombre de pila: STEVEN | Middle Name (if any) / Segundo nombre (si tiene): MICHAEL | Former Name / Nombre anterior: |

Residence Address: [redacted], camino rural, [redacted]

Gender: (Optional) / Sexo (Optativo): ☒ Male (Hombre)   ☐ Female (Mujer)

Mailing Address: [redacted]

Date of Birth: [redacted]

TX Driver's License No. or Personal I.D. No.: [redacted]

Social Security No.: XXX-XX-[redacted]

Check appropriate box: ARE YOU A UNITED STATES CITIZEN?  Yes ☒  NO ☐

Signature of Voter: X [signature]

TSC-MALC00000499

| AW7-15-53, 9/13 Prescribed by Secretary of State Sec. 63.011, Election Code | Type of Election / Tipo de Elección | Precinct No. where voted Núm. de Precinto-lugar de votación | Precinct No. where registered (if known) Núm. de Precinto-inscrito para votar (si se sabe) | Date of Election / Fecha de la Elección | Authority Conducting Election / Autoridad Administrando la Elección |

## Affidavit of Provisional Voter (Declaración Jurada de Votante Provisional)  (Ballot number if using DRE _____)

TO BE COMPLETED BY VOTER: I am a registered voter of this political subdivision and in the precinct in which I'm attempting to vote and have not already voted in this election (either in person or by mail). I am a resident of this political subdivision, have not been finally convicted of a felony or if a felon, I have completed all of my punishment including any form of incarceration, parole, supervision, period of probation, or I have been pardoned. I have not been determined by a final judgment of a court exercising probate jurisdiction to be totally mentally incapacitated or partially mentally incapacitated without the right to vote. I understand that giving false information under oath is a misdemeanor, and I understand that it is a felony of the 2nd degree to vote in an election for which I know I am not eligible.

PARA QUE EL VOTANTE LO LLENE: Estoy inscrito como votante en esta subdivisión política y en el precinto en cual estoy intentando a votar y aun no he votado en esta elección (en persona o por correo). Soy residente de ésta subdivisión política, no he sido definitivamente declarado culpable de un delito grave o si soy el autor de un delito grave, he cumplido toda mi condena inclusive el período de encarcelamiento, la libertad condicional, la libertad supervisada, la libertad vigilada, o he sido indultado. No me han determinado por un juicio final de una corte de la legalización de un testamento, ser totalmente incapacitado mentalmente o parcialmente incapacitado sin el derecho de votar. Entiendo que dar información falsa bajo juramento es un delito menor y también entiendo que es un delito grave de 2º grado votar en una elección sabiendo que no cumplo con los requisitos necesarios.

| Last Name / Apellido usual: Scribner | First Name / Su nombre de pila: James | Middle Name (if any) / Segundo nombre (si tiene): Ehr | Former Name / Nombre anterior |

Residence Address: Street Address and Apartment Number, City, State, and ZIP. If none, describe where you live (Do not include PO Box, Rural Rt. Or Business Address) / Domicilio: calle y número de apartamento, Ciudad, Estado, y Código Postal: A falta de estos datos, describa la localidad de su residencia. (No incluya el apartado de correos, camino rural, ni dirección comercial.)

Gender: (Optional) / Sexo (Optativo)   ☒ Male (Hombre)   ☐ Female (Mujer)

Mailing Address: City, State, and ZIP. If mail cannot be delivered to your residence address. / Dirección postal: Ciudad, Estado y Código Postal (si es imposible entregarle correspondencia a su domicilio).

Date of Birth: Month, Day, Year / Fecha de nacimiento: mes, día, año

| TX Driver's License No. or Personal I.D. No. (Issued by Dept of Public Safety) Número de su licencia de conducir de Texas o de su Cédula de Identidad expedida por el Departamento de Seguridad Publica de Texas). | Social Security No. (last 4 digits required if you do not have a driver's license or I.D. number) / Número de Seguro Social. (Si no tiene licencia, de conducir ni identificación personal, se requiere los últimos 4 números de su seguro social)  XXX-XX-____ | ☐ I have not been issued a TX driver's license/ personal identification number or Social Security Number. Yo no tengo una licencia de conducir de Texas/Cédula de identidad personal de Texas ni un Número de Seguro Social. |

Check appropriate box: ARE YOU A UNITED STATES CITIZEN?
Marque el cuadro apropiado: Soy ciudadano/a de los Estados Unidos   Yes/Sí ☒   NO/No ☐

Signature of Voter / Firma del votante:  X  James Scribner

TSC-MALC00000500