**From:** Yvonne Ramon
**To:** Cohan, Lindsey
**Subject:** Email #1: Public Records Request regarding Provisional Ballots in Hidalgo County
**Date:** Friday, February 07, 2014 10:21:51 PM
**Attachments:** Exhibit 1.ppt
Exhibit 2.ppt

The first email came back undeliverable because of size limits, so I will break the attachments into three emails to see if it can be sent.

*Yvonne Ramón, CERA*
*Elections Administrator*
*Hidalgo County*
*(956)318-2570*

**From:** Yvonne Ramon [mailto:yvonne.ramon@co.hidalgo.tx.us]
**Sent:** Friday, February 07, 2014 6:30 PM
**To:** 'Lindsey.Cohan@dechert.com'
**Cc:** 'brenda.renteria@co.hidalgo.tx.us'; 'Melissa Alvarez'
**Subject:** FW: Public Records Request regarding Provisional Ballots in Hidalgo County

Ms. Cohan,

Please note that our responses to your questions are noted after the question and in red:

(1) The number of provisional ballots that were cast; 15

(2) The number of provisional ballots that were accepted under Tex. Elec. Code § 65.054; 5

(3) The number of provisional ballots that were distributed to voters under Tex. Elec. Code § 63.001(g) because they did not meet the photo identification requirements; 0

(4) The number of provisional ballots identified above in (3) that were rejected; N/A

(5) The names and any contact information of voters who voted provisionally because they lacked the requisite form of identification; N/A

(6) The number of provisional ballots that were cast because the election official determined that, although the voter presented one of the requisite forms of
identification, the name on the identification was not "substantially similar" to the name on the voter rolls; 0

(7) The number of provisional ballots identified above in (6) that were rejected; N/A

(8) The names and any contact information of voters who voted provisionally because, although the voter presented one of the requisite forms of
identification, the name on the identification was not "substantially similar" to the name on the voter rolls; 0

2:13-cv-193
09/02/2014
**DEF0014**
TSC-MALC00001421

(9) Any instructions, guidance, and training given to poll workers regarding implementation of the requirements of Tex. Elec. Code § 63.001(b) that
persons must provide certain specified identification in order to cast a regular ballot in early voting or on Election Day; attached as Exhibit 1

(10) Any instructions, guidance, and training given to poll workers regarding providing written notice to voters who are required to cast provisional
ballots because they did not meet the identification requirements under Tex. Elec. Code § 63.001(g); attached as Exhibit 2, specifically slides 71, 72, 73, 74

(11) Any instructions, guidance, and training given to poll workers regarding implementation of the requirements of Tex. Elec. Code § 63.001 (c) that the
name on the identification provided to vote must be the same or "substantially similar" to the name on the voter rolls; and attached as Exhibit 3

(12) Any standard form or notice provided to voters who cast provisional ballots because they did not meet the identification requirements under Tex. Elec.
Code § 63.001(g). attached as Exhibit 4, Exhibit 5-Map & Directions
-
-
Exhibit 6 is another training done by one of the other departments and is specifically geared for Hidalgo County voters, namely slides 23, 24, 25, 26, 27, 28 & 29 which gives similar names more representative of our area.

Should you have any questions, please contact me.

*Respectfully,*

**Yvonne Ramón, CERA**
**Elections Administrator**
**Hidalgo County**
**(956)318-2570**

---

**From:** Elections [mailto:elections@co.hidalgo.tx.us]
**Sent:** Monday, February 03, 2014 4:17 PM
**To:** 'Melissa Alvarez'; 'Yvonne Ramon'; belinda.sagredo@co.hidalgo.tx.us; joaquin.garcia@co.hidalgo.tx.us; brenda.renteria@co.hidalgo.tx.us
**Subject:** FW: Public Records Request regarding Provisional Ballots in Hidalgo County

Amanda

**From:** Jones, Joanna [mailto:Joanna.Jones@dechert.com]
**Sent:** Monday, February 03, 2014 3:50 PM
**To:** elections@co.hidalgo.tx.us
**Cc:** Cohan, Lindsey
**Subject:** Public Records Request regarding Provisional Ballots in Hidalgo County

Dear Ms. Ramón:

Please see the attached correspondence sent on behalf of Lindsey Cohan.

Kind regards,

Joanna L. Jones
Assistant to Steven Weisburd, Amy Rudd and Lindsey Cohan

**Dechert LLP**
300 W. Sixth Street
Austin, TX 78701
+1 512 394 3006 Direct
+1 512 394 3972 Fax
joanna.jones@dechert.com
dechert.com

Follow Dechert: Facebook/Twitter/LinkedIn

This e-mail is from Dechert LLP, a law firm, and may contain information that is confidential or privileged. If you are not the intended recipient, do not read, copy or distribute the e-mail or any attachments. Instead, please notify the sender and delete the e-mail and any attachments. Thank you.