**DAVID A. ESCAMILLA**
COUNTY ATTORNEY

STEPHEN H. CAPELLE
FIRST ASSISTANT

JAMES W. COLLINS
EXECUTIVE ASSISTANT

314 W. 11TH, STREET
GRANGER BLDG., SUITE 420
AUSTIN, TEXAS 78701

P. O. BOX 1748
AUSTIN, TEXAS 78767

(512) 854-9513
FAX: (512) 854-4808



**TRANSACTIONS DIVISION**

JOHN C. HILLE, JR., DIRECTOR†

BARBARA J. WILSON

MARY ETTA GERHARDT

TENLEY A. ALDREDGE

JAMES M. CONNOLLY

DANIEL BRADFORD

ELIZABETH H. WINN

† Member of the College
of the State Bar of Texas

December 19, 2013

Lindsey Cohan
Dechert, LLP                                Via Mail
300 W. 6th Street, Suite 2010
Austin, Texas 78701

    Re:   Open Records Request from **Lindsey Cohan** on **12/11/2013** for information related to Provisional Ballots Cast in Travis County—Responsive Information

Dear Ms. Cohan:

You requested from the Travis County Clerk's Office a list of documents relating to the implementation of the voter ID law with respect to the provisional voting process and the guidance and training given to poll workers for the November 2013 election season (a copy of your request is attached for reference). Please be advised that a copy of the requested documents is enclosed.

If you have any questions, please contact me at (512) 854-4168, or by e-mail at elizabeth.winn@co.travis.tx.us.

                    Sincerely,

                    Elizabeth Hanshaw Winn
                    Assistant County Attorney

Enclosure

   c:    Dana DeBeauvoir
         Travis County Clerk

         Ginny Ballard
         Election Coordinator
         Travis County Clerk – Elections Division

302544-1   161



2:13-cv-193
09/02/2014

**DEF0015**

TSC-MALC00002165

Public Records Request re: Provisional Ballots cast in Nov 5, 2013 election in Travis County

Question (1)   194   Provisional Ballots Cast

Question (2)   88   Provisional Ballots Accepted

Question (3)   45    Photo ID related provisional ballots distributed and cast

Question (4)   36   Rejected Photo ID related Provisional Ballots

Question (5)   See attached spreadsheet

Question (6)   No information available

Question (7)   See attached spreadsheet for breakdown of reasons given by voter where photo ID was not accepted

Question (8)   No information available

Question (9)   See Training attachments

Question (10)   See Training attachments

Question (11)   See Training attachments

Question (12)   See Notice to Provisional Voter

| Last | First | Middle Name | Loc Type | Prov Case | EV Judge Reason | Expired ID | Out of State ID | Lost/Stolen Photo ID | Didn't know about Photo ID | Other | Mailing Address | Mailing City | Mailing State | Mailing Zip |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Albrecht | Wendy | Anne | ED | REJECTED | 1 | | | | X | | | Austin | TX | |
| Ballin | Mary | M. | ED | REJECTED | 1 | | | x | | | | Austin | TX | |
| Barnaby | Amelia | Anne | ED | REJECTED | 1 | | x | | | | | Austin | TX | |
| Berezavytch | Francis | Lillian | ED | REJECTED | 1 | x | | | | | | Austin | TX | |
| Brenner | Florence | B. | ED | REJECTED | 1 | | No Info | | | | | Austin | TX | |
| Cameron | David | Paul | ED | REJECTED | 1 | | | | | X | | Austin | Tx | |
| Douthit | Prentiss | Elvin | ED | REJECTED | 1 | | | | | X | | Austin | TX | |
| Fisher | John | Roy | ED | REJECTED | 1 | | | | | X | | Austin | TX | |
| Goines | Elizabeth | Simpson | ED | REJECTED | 1 | | No Info | | | | | Austin | TX | |
| Gordon | Kenneth | Ray | ED | REJECTED | 1 | | | x | | | | Austin | Tx | |
| Gray | Shannon | W | ED | REJECTED | 1 | | x | | | | | Austin | TX | |
| Hardy | Reina | Marlene | ED | REJECTED | 1 | x | | | | | | Austin | TX | |
| Harmansatt | Omur | - | ED | REJECTED | 1 | | x | | | | | Austin | TX | |
| Harris | Homer | Henry | ED | REJECTED | 1 | | | | | X | | Austin | TX | |
| Henderson | Sonta | LeAnn | ED | REJECTED | 1 | | No Info | | | | | Austin | TX | |
| Hutchinson | Judith | A | ED | REJECTED | 1 | x | | | | | | Austin | TX | |
| Hutzler | Paul | Weyland | ED | REJECTED | 1 | | | | | X | | Austin | TX | |
| Jackson | Virginia | P | EV | REJECTED | 1 | | | x | | | | Austin | TX | |
| Johnson | Sharon | Kay | ED | REJECTED | 1 | x | | | | | | Austin | TX | |
| Kentros | George | Isaac | ED | REJECTED | 1 | x | | | | | | Austin | TX | |
| Lee | Ellen | C | ED | REJECTED | 1 | x | | | | | | Austin | TX | |
| Logan | Ayrton | David | ED | REJECTED | 1 | x | | | | | | Austin | Tx | |
| Lucas | Angela | Regina | ED | REJECTED | 1 | x | | | | | | Austin | TX | |
| Mccord | Ida | Ruth | EV | REJECTED | 1 | | x | | | | | Austin | TX | |

TSC-MALC00002167

| Last | First | Middle Name | Loc Type | Prov Case | EV Judge Reason | Expired ID | Out of State ID | Lost/Stolen Photo ID | Didn't know about Photo ID | Other | Mailing Address | Mailing City | Mailing State | Mailing Zip |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Meyer | Brian | James | ED | REJECTED | 1 | No Info | | | | | ███ | Manor | TX | ███ |
| Millan | Corpio | Rosa | ED | REJECTED | 1 | X | | | | | ███ | Austin | TX | ███ |
| Murton | Christopher | Charles | ED | REJECTED | 1 | | | | | X | ███ | Austin | TX | ███ |
| Newnam | John | Frank | EV | REJECTED | 1 | X | | | | | ███ | Austin | TX | ███ |
| Padilla | Leslie | Marie | ED | REJECTED | 1 | | X | | | | ███ | Austin | Tx | ███ |
| Phillips | George | Patrick | EV | REJECTED | 1 | No Info | | | | | ███ | Austin | TX | ███ |
| Pruett | Maya | - | ED | REJECTED | 1 | | X | | | | ███ | Austin | Tx | ███ |
| Rosenquist | Elizabeth | - | EV | REJECTED | 1 | | | | | X | ███ | Austin | TX | ███ |
| Saldana | Paul | - | ED | REJECTED | 1 | No Info | | | | | ███ | Austin | TX | ███ |
| Scott | Natalie | - | ED | REJECTED | 1 | | | | | X | ███ | Austin | TX | ███ |
| Shelton | Charles | Robert | ED | REJECTED | 1 | X | | | | | ███ | Round Rock | TX | ███ |
| Wilkes | Clifford | A | ED | REJECTED | 1 | | | | | X | ███ | Austin | TX | ███ |

TSC-MALC00002168

| Last | First | Middle Name | Loc Type | Prov Case | EV Judge Reason | Expired ID | Out of State ID | Lost/Stolen Photo ID | Other | |
|---|---|---|---|---|---|---|---|---|---|---|
| Albrecht | Wendy | Anne | ED | REJECTED | 1 | | | | x | |
| Ballin | Mary | M. | ED | REJECTED | 1 | | | x | | |
| Barnaby | Amelia | Anne | ED | REJECTED | 1 | | x | | | |
| Berezavytch | Francis | Lillian | ED | REJECTED | 1 | x | | | | |
| Brenner | Florence | B. | ED | REJECTED | 1 | | | | | No Info |
| Cameron | David | Paul | ED | REJECTED | 1 | | | | x | |
| Douthit | Prentiss | Elvin | ED | REJECTED | 1 | | | | x | |
| Fisher | John | Roy | ED | REJECTED | 1 | | | | x | |
| Goines | Elizabeth | Simpson | ED | REJECTED | 1 | | | | | No Info |
| Gordon | Kenneth | Ray | ED | REJECTED | 1 | | | x | | |
| Gray | Shannon | W | ED | REJECTED | 1 | | x | | | |
| Hardy | Reina | Marlene | ED | REJECTED | 1 | x | | | | |
| Harmansatt | Omur | - | ED | REJECTED | 1 | | x | | | |
| Harris | Homer | Henry | ED | REJECTED | 1 | | | | x | |
| Henderson | Sonta | LeAnn | ED | REJECTED | 1 | | | | | No Info |
| Hutchinson | Judith | A | ED | REJECTED | 1 | x | | | | |
| Hutzler | Paul | Weyland | ED | REJECTED | 1 | | | | x | |
| Jackson | Virginia | P | EV | REJECTED | 1 | | | x | | |
| Johnson | Sharon | Kay | ED | REJECTED | 1 | x | | | | |
| Kentros | George | Isaac | ED | REJECTED | 1 | x | | | | |
| Lee | Ellen | C | ED | REJECTED | 1 | x | | | | |
| Logan | Ayrton | David | ED | REJECTED | 1 | x | | | | |
| Lucas | Angela | Regina | ED | REJECTED | 1 | x | | | | |
| Mccord | Ida | Ruth | EV | REJECTED | 1 | | x | | | |

TSC-MALC00002169

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Meyer | Brian | James | ED | REJECTED | 1 | | | | | No Info |
| Millan | Corpio | Rosa | ED | REJECTED | 1 | X | | | | |
| Murton | Christopher | Charles | ED | REJECTED | 1 | | | | X | |
| Newnam | John | Frank | EV | REJECTED | 1 | X | | | | |
| Padilla | Leslie | Marie | ED | REJECTED | 1 | | X | | | |
| Phillips | George | Patrick | EV | REJECTED | 1 | | | | | No Info |
| Pruett | Maya | - | ED | REJECTED | 1 | | X | | | |
| Rosenquist | Elizabeth | - | EV | REJECTED | 1 | | | | X | |
| Saldana | Paul | - | ED | REJECTED | 1 | | | | | No Info |
| Scott | Natalie | - | ED | REJECTED | 1 | | | | X | |
| Shelton | Charles | Robert | ED | REJECTED | 1 | X | | | | |
| Wilkes | Clifford | A | ED | REJECTED | 1 | | | | X | |
| | | | | | 36 | 11 | 6 | 3 | 10 | 6 |

TSC-MALC00002170