TARRANT COUNTY
Joint Elections Provisionals
11/05/2013

| eScan | CERT # | VUID | LAST NAME | FIRST NAME | ADDRESS | CITY | ST | ZIP | # | STAT | REASON | COMMENTS | VOTEC | TEAM | DPS | VOTER LOOKUP | VOTEC | NOTICES LS FILES | LTRS P ID | INS | Ballot Board Status |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12 | 1278715 | 1046444957 | HARRISON | CHARLES | | T. WORTH | TX | | | C | WRONG PRECINCT | CHNGD AFTER DEADLINE SHLD HAVE VOTED IN PCT 4070, VOTED IN PCT 1022 | X | X | X | X | X | X | | JM | REJECTED |
| 14 | | | FRALICKS | AMANDA | | BURLESON | TX | | | A | NOT REGISTERED | OK FOR ID, JUDGE GAVE THE WRONG PAPER WORK TO THE VOTER | X | X | X | X | X | X | | AM | REJECTED |
| 30 | 40396392 | 1195884193 | HORAK | HOWARD | | T WORTH | TX | | | M | NO ID PROVIDED | OK/PENDING PHOTO ID | X | X | X | X | X | X | | PF | REJECTED |
| 32 | 1522728 | 1047313244 | HENRY | JESSE | | ORT WORTH | TX | | | M | NO ID PROVIDED | FAILED TO PRESENT ID | X | X | X | X | X | X | | AM | REJECTED |
| 34 | 796339 | 1045206595 | TRUJILLO | SOCORRO | | ORT WORTH | TX | | | H | BALLOT NOT RETURNE | REQUEST FOR A BALLOT BY MAIL BUT WAS NOT RETURNED | X | X | X | X | X | X | | AM | ACCEPTED |
| 34 | 1785316 | 1048948339 | STUARD | PATRICIA | | ORT WORTH | TX | | | M | NO ID PROVIDED | FAILED TO PRESENT ID | X | X | X | X | X | X | | AM | REJECTED |
| 43 | | 1130921391 | DIAZ | LINDA | | T WORTH | TX | | | A | NOT REGISTERED | REG IN TRAVIS COUNTY, NEW ADDRESS IN PARKER COUNTY | X | X | X | X | X | X | | PF | REJECTED |
| 46 | | | WATTERSON | ADRIAN | | | TX | | | A | NOT REGISTERED | NOT A REG VOTER IN TARRANT BUT A ACTIVE VOTER IN DALLAS CO, HAD A PHOTO ID NO | X | X | X | X | X | X | | AM | REJECTED |
| 46 | 709000 | 1045052545 | SCOTT | CHRISTINE | | ORT WORTH | TX | | | C | WRONG PRECINCT | VOTED AT THE WRONG LOCATION | X | X | X | X | X | X | | AM | REJECTED |
| 56 | 00494795 | 1044686856 | HARDERS | ALAN | | | TX | | | C | WRONG PRECINCT | REG IN 1236; VOTED IN 1170 | X | X | X | X | X | X | | PF | REJECTED |
| 63 | 1060571 | 1045919780 | SELLERS | JIMMIE | | ORT WORTH | TX | | | C | WRONG PRECINCT | VOTED AT THE WRONG LOCATION | X | X | X | X | X | X | | AM | REJECTED |
| 71 | 01122282 | 1052130544 | TALBOTT | NEAL | | ORT WORTH | TX | | | C | WRONG PRECINCT | VOTER IS REG IN PCT 3324 | X | X | X | X | X | X | | CM | REJECTED |
| 82 | 40134310 | 1059469709 | TTON-THOMPSON | CYNTHIA | | ORT WORTH | TX | | | M | NO ID PROVIDED | FAILED TO PRESENT ID | X | X | X | X | X | X | | AM | REJECTED |
| 88 | | 1010387772 | HALL | GUY | | T WORTH | TX | | | A | NOT REGISTERED | NOT REG IN TARRANT COUNTY | X | X | X | X | X | X | | BC | REJECTED |
| 88 | | 1009066343 | HALL | SANDRA | | T WORTH | TX | | | A | NOT REGISTERED | NOT REG IN TARRANT COUNTY | X | X | X | X | X | X | | BC | REJECTED |
| 92 | 00807493 | 1045225145 | BRITTON | JANELL | | T WORTH | TX | | | C | WRONG PRECINCT | REG IN 4129; VOTED IN 1459; NO ADDRESS CHANGE SUBMITTED | X | X | X | X | X | X | | PF | REJECTED |
| 93 | 827069 | 1051931747 | GUNN | YVONNE | | ORT WORTH | TX | | | H | BALLOT NOT RETURNE | REQUEST FOR A BALLOT BY MAIL BUT WAS NOT RETURNED | X | X | X | X | X | X | | AM | ACCEPTED |
| 100 | 1903251 | 1047782304 | THOMAS | JESSICA | | ORT WORTH | TX | | | C | WRONG PRECINCT | VOTED AT THE WRONG LOCATION | X | X | X | X | X | X | | AM | REJECTED |
| 102 | | | CUDA | THOMAS | | RLINGTON | TX | | | A | NOT REGISTERED | NOT REG IN TEXAS | X | X | X | X | X | X | | JM | REJECTED |
| 106 | 40450323 | 1203435845 | TUCKER | AARON | | RLINGTON | TX | | | H | NOT TIMELY | REGISTERED LESS THAN 30 DAYS | X | X | X | X | X | X | | RC | REJECTED |
| 118 | 40264677 | 1179607203 | GRAYSON | EDEN | | RLINGTON | TX | | | C | WRONG PRECINCT | REG IN 2537; VOTED IN 2158 | X | X | X | X | X | X | | PF | REJECTED |
| 122 | 1650711 | 1047880919 | COPE | STACY | | RLINGTON | TX | | | C | WRONG PRECINCT | VOTED IN WRONG PCT | X | X | X | X | X | X | | BC | REJECTED |
| 126 | | | | | | | | | | | NO INFO | AFFIDAVIT IS BLANK | | | | | | | | PF | REJECTED |
| 133 | | | NEAL | LORIE | | RLINGTON | TX | | | A | NOT REGISTERED | NO INFO FOUND | X | X | X | X | X | X | | PF | REJECTED |
| 133 | 40452635 | 1074071858 | CARLSON | KEVIN | | RLINGTON | TX | | | H | NOT TIMELY | APPLIED AT DPS 10/16/13; NOT 30 DAYS PRIOR; PREVIOUSLY REG IN COLLIN | X | X | X | X | X | X | | PF | ACCEPTED |
| 136 | | | MEIER | RICHARD | | RLINGTON | TX | | | A | NOT REGISTERED | NO INFO FOUND | X | X | X | X | X | X | | PF | REJECTED |
| 143 | 2196107 | 1052802734 | SMOLEK | ROBERT | | RLINGTON | TX | | | C | WRONG PRECINCT | REG IN PCT 2219, VOTED IN PCT 2268 - LAST UPDATE IN NOV 2012 | X | X | X | X | X | X | | JM | REJECTED |
| 144 | 614304 | 1044880544 | JAMES | LARRY | | RLINGTON | TX | | | C | WRONG PRECINCT | VOTED IN WRONG PRECINCT, VOTER PRESENT ID NOTICE AT THE POLLS | X | X | X | X | X | X | | RC | REJECTED |
| 149 | 01852277 | 1049442430 | ORMSBY | GWENDOLYN | | RLINGTON | TX | | | M | NO ID PROVIDED | OK/PENDING PHOTO ID | X | X | X | X | X | X | | PF | REJECTED |
| 152 | 13786535 | 1105441387 | LEMONS | RAY | | RLINGTON | TX | | | A | NOT REGISTERED | NOT REG IN TARRANT CTY, REG IN DALLAS CTY | X | X | X | X | X | X | | JM | REJECTED |
| 152 | 1076603 | 1045964564 | HUNTER | JAMES | | RLINGTON | TX | | | C | WRONG PRECINCT | REG IN OCT 3040, VOTED IN PCT 2316 - NO UPDATES SINCE 1998 | X | X | X | X | X | X | | JM | REJECTED |
| 154 | 01353224 | 1046673170 | CARY | HUNSDON | | RLINGTON | TX | | | M | NO ID PROVIDED | OK/PENDING PHOTO ID, CAME IN TOOK FORM BACK FOR ID. NO ID PRESENTED | X | X | X | X | X | X | | PF | REJECTED |
| 165 | 40135557 | 1161291510 | ELLISON | BRUCE | | RAND PRAIRIE | TX | | | C | WRONG PRECINCT | VOTED IN WRONG PCT | X | X | X | X | X | X | | BC | REJECTED |
| 165 | 40313485 | 1170148688 | STEWART | KANIKA | | RAND PRAIRIE | TX | | | C | WRONG PRECINCT | VOTED IN WRONG PCT | X | X | X | X | X | X | | BC | REJECTED |
| 166 | 40448100 | 1203043245 | BENNETT | NADAJALAH | | RLINGTON | TX | | | C | WRONG PRECINCT | VOTED IN WRONG PCT | X | X | X | X | X | X | | BC | REJECTED |
| 166 | 889984 | 1045455265 | POSTON | MARY | | RLINGTON | TX | | | C | WRONG PRECINCT | VOTED IN WRONG PCT | X | X | X | X | X | X | | BC | REJECTED |
| 170 | 4029060 | 1026049009 | CLAY | CAPRINA | | RAND PRAIRIE | TX | | | C | WRONG PRECINCT | REG IN OCT 2468, VOTED IN 2488 - LAST UPDATE FEB 2012 SAME ADDRESS | X | X | X | X | X | X | | JM | REJECTED |
| 183 | 1302718 | 1046521341 | CHILDERS | CYNTHIA | | RLINGTON | TX | | | H | OTHER | UNFINISHED PROVISIONAL, VOTED IN CORRECT PCT | X | X | X | X | X | X | | JM | REJECTED |
| 185 | | 1034904623 | COLLAZO | JAVIER | | RAND PRAIRIE | TX | | | A | NOT REGISTERED | NO RECORD IN TARRANT; PREVIOUSLY REG / CANCELLED IN JOHNSON | X | X | X | X | X | X | | PF | REJECTED |
| 185 | | 1124972384 | MIDGETT | NORBERTO | | RAND PRAIRIE | TX | | | A | NOT REGISTERED | NO RECORD IN TARRANT; PREVIOUSLY REG/ CANCELLED IN MCLENNAN | X | X | X | X | X | X | | PF | REJECTED |
| 185 | 40390580 | 1195074663 | JUNG | YEEVUN | | RAND PRAIRIE | TX | | | C | WRONG PRECINCT | REG IN 2453; VOTED IN 2644 | X | X | X | X | X | X | | PF | REJECTED |
| 185 | 40451542 | 1203558463 | EMERSON | JOHN | | RAND PRAIRIE | TX | | | H | NOT TIMELY | APPLIED AT DPS 10/11/13; NOT 30 DAYS PRIOR. | X | X | X | X | X | X | | PF | REJECTED |
| 185 | | | HERNANDEZ | ROSE | | RAND PRAIRIE | TX | | | H | NOT REGISTERED | CANCELLED FROM PURGE 04/2012 | X | X | X | X | X | X | | PF | REJECTED |
| 197 | 1383372 | 1046770937 | GABALDON | DELBERT | | RAPEVINE | TX | | | C | WRONG PRECINCT | REG IN PCT 3035, VOTED IN PCT 3114 - NO CHANGE TO ADDRESS | X | X | X | X | X | X | | JM | REJECTED |
| 203 | | 1086010547 | MURPHREE | JOSHUAH | | BEDFORD | TX | | | A | NOT REGISTERED | NOT REG IN TARRANT COUNTY | X | X | X | X | X | X | | BC | REJECTED |
| 213 | 2015569 | 1049001782 | FRASER | CHRISTINE | | RLINGTON | TX | | | C | WRONG PRECINCT | REG IN PCT 2356, VOTED IN PCT 3200 - LAST UPDATE IN NOV 2012 SAME ADDRESS | X | X | X | X | X | X | | JM | REJECTED |
| 232 | 40140453 | 1161486717 | ALLEN | JESSIE | | RH | TX | | | C | WRONG PRECINCT | REGISTERED TO VOTE IN DIFFERENT PCT IN COUNTY | X | X | X | X | X | X | | RC | REJECTED |
| 232 | 40066033 | 1034924218 | ALLEN | MARK | | RH | TX | | | C | WRONG PRECINCT | REGISTERED TO VOTE IN DIFFERENT PCT IN COUNTY | X | X | X | X | X | X | | RC | REJECTED |
| 242 | 1722771 | 1048610211 | BRUMBALOW | BRUCE | | BEDFORD | TX | | | C | WRONG PRECINCT | VOTED IN WRONG PCT | X | X | X | X | X | X | | BC | REJECTED |
| 244 | 40351442 | 1191085304 | WEST | RAMSEY | | RH | TX | | | M | NO ID PROVIDED | NO ID - WAITING. | X | X | X | X | X | X | | JM | REJECTED |
| 246 | 40015054 | 1092760735 | CAMPBELL | CRYSTAL | | COLLEYVILLE | TX | | | H | CANCELLED | CANCELLED AS MOVED 12/5/12; REG IN COLLIN COUNTY | X | X | X | X | X | X | | PF | REJECTED |
| 247 | 00809160 | 1045228238 | CRAMER | NOVA | | ULESS | TX | | | C | WRONG PRECINCT | REG IN 3335; VOTED IN 3391 | X | X | X | X | X | X | | PF | REJECTED |
| 247 | 01479516 | 1047153536 | CRENSHAW | REGINALD | | ULESS | TX | | | C | WRONG PRECINCT | REG IN 1197, VOTED IN 3391, NO ADDRESS CHANGE SUBMITTED | X | X | X | X | X | X | | PF | REJECTED |
| 247 | 00686871 | 1045009901 | BARTON | TRUDY | | ULESS | TX | | | H | CANCELLED | CANCELLED 9/9/2011 AS MOVED AND REGISTERED IN HAWAII | X | X | X | X | X | X | | PF | REJECTED |
| 247 | 40450377 | 1146752683 | RUCKMAN | STEVEN | | ULESS | TX | | | H | NOT TIMELY | APPLIED AT DPS 10/8/13; NOT 30 DAYS PRIOR; PREVIOUSLY REG IN DALLAS | X | X | X | X | X | X | | PF | REJECTED |
| 249 | 1889898 | 1043962897 | FLOY | TIMOTHY | | RAPEVINE | TX | | | M | NO ID PROVIDED | NO ID - WAITING. | X | X | X | X | X | X | | JM | REJECTED |
| 252 | | 1061548594 | BLANCETT | MATTHEW | | T WORTH | TX | | | A | NOT REGISTERED | REG IN BELL COUNTY | X | X | X | X | X | X | | PF | REJECTED |
| 256 | 30008570 | 1086780082 | DOWLING | BECKY | | | TX | | | C | WRONG PRECINCT | VOTED AT THE WRONG LOCATION | X | X | X | X | X | X | | AM | REJECTED |
| 258 | 1154653 | 1046180089 | HASTING | STEVEN | | SOUTHLAKE | TX | | | M | NO ID PROVIDED | FAILED TO PRESENT ID | X | X | X | X | X | X | | AM | REJECTED |
| 263 | 02030407 | 1050332239 | EDMONDSON | MICHAEL | | KELLER | TX | | | C | WRONG PRECINCT | REG IN 1380; VOTED IN 3554; NO ADDRESS CHANGE SUBMITTED | X | X | X | X | X | X | | PF | REJECTED |
| 263 | 01839687 | 1049329729 | TILLMAN | BENJAMIN | | KELLER | TX | | | C | WRONG PRECINCT | REG IN 1255; VOTED IN 3554; NO ADDRESS CHANGE SUBMITTED | X | X | X | X | X | X | | PF | REJECTED |
| 284 | 01842271 | 1047836356 | HOLMAN | ADAM | | BURLESON | TX | | | C | WRONG PRECINCT | REGISTERED IN BURLESON VOTED IN LAKE WORTH. | X | X | X | X | X | X | | IM | REJECTED |
| | | | BYRNE | ANGELA | | | | | | A | NOT REGISTERED | INCOMPLETE APPLICATION | | | | | | | | RC | REJECTED |
| 287 | 40455272 | 1203971449 | WATSON | SHERI | | T. WORTH | TX | | | A | NOT REGISTERED | NOT REG IN TIME FOR THIS ELECTION | X | X | X | X | X | X | | JM | REJECTED |
| 292 | 2061329 | 1048043295 | GILMORE | ASHLEY | | T. WORTH | TX | | | A | NOT REGISTERED | CANCELLED IN 2007 DUE TO MVD TO CA | X | X | X | X | X | X | | JM | REJECTED |
| 292 | 40452610 | 1203694300 | HERNANDEZ | MIKE | | T. WORTH | TX | | | A | NOT REGISTERED | NOT REG IN TIME REG THRU DPS ON 10/18 | X | X | X | X | X | X | | JM | REJECTED |
| 292 | 260 | 1043894596 | ABILEZ | DELIA | | T. WORTH | TX | | | C | WRONG PRECINCT | REG IN PCT 4496, VOTED IN PCT 4116 - NO UPDATES SINCE 2010 | X | X | X | X | X | X | | JM | ACCEPTED |
| 292 | 1940710 | 1043683653 | HYNES | NANCY | | T. WORTH | TX | | | C | WRONG PRECINCT | REG IN PCT 4350, VOTED IN 4116 - NO UPDATES SINCE 2010 | X | X | X | X | X | X | | JM | REJECTED |
| 294 | 00477480 | 1044894519 | CROWNOVER | FREDDIE | | ORT WORTH | TX | | | M | NO ID PROVIDED | VOTER IS REG IN PCT 4017, PHOTO IS REQUIRED | X | X | X | X | X | X | | CM | REJECTED |
| 299 | 00448501 | 1044601709 | DAVIS | OLETA | | T WORTH | TX | | | H | MAIL BALLOT ISSUE | BALLOT WAS RECEIVED BUT VOTER SAYS DID NOT VOTE | X | X | X | X | X | X | | PF | REJECTED |
| 300 | | 1128444719 | GARNER | NATHAN | | BENBROOK | TX | | | A | NOT REGISTERED | REG IN SMITH COUNTY | X | X | X | X | X | X | | PF | REJECTED |
| 301 | | 1084644671 | BUTTS | GARY | | T WORTH | TX | | | A | NOT REGISTERED | NOT REG IN TARRANT COUNTY | X | X | X | X | X | X | | BC | REJECTED |
| 307 | 40453858 | 1203828222 | MCBEAN | CARROLL | | ALTOM CITY | TX | | | A | NOT REGISTERED | NOT REGISTERED IN TIME FOR THIS ELECTION | X | X | X | X | X | X | | RC | REJECTED |
| 307 | | | TRAN | TAMIE | | | | | | A | NOT REGISTERED | NOT A REGISTERED VOTER | X | X | X | X | X | X | | AM | REJECTED |
| 310 | | | WILEY | MARIE | | ORT WORTH | TX | | | A | NOT REGISTERED | FAILED TO PRESENT ID | X | X | X | X | X | X | | AM | REJECTED |

ORT00011697

2:13-cv-193
09/02/2014

DEF0016

**TARRANT COUNTY**
**Joint Elections Provisionals**
**11/05/2013**

| eScan | CERT # | VUID | LAST NAME | FIRST NAME | ADDRESS | CITY | ST | ZIP | # STAT | REASON | COMMENTS | VOTEC | TEAM | DPS | VOTER LOOKUP | NOTICES VOTEC | LTRS LS FILES | P ID | INS | Ballot Board Status |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 310 | 104940 | 1044085860 | GUINN | EDWARD | | FORT WORTH | TX | | C | WRONG PRECINCT | VOTED AT THE WRONG LOCATION | X | X | X | X | X | X | | AM | REJECTED |
| 320 | | 1010091083 | HOLCOMB | ROBERT | | FT WORTH | TX | | A | NOT REGISTERED | NOT REG IN TARRANT COUNTY | X | X | X | X | X | X | | BC | REJECTED |
| 343 | 01448373 | 1047019777 | MASON | DENNIS | | AZLE | TX | | C | WRONG PRECINCT | ADDRESS CHANGE NOT TIMELY; NEW PCT 4046 NOT EFFECTIVE UNTIL 11/07/13 | X | X | X | X | X | X | | PF | REJECTED |
| 344 | 00954757 | 1045646940 | VANNICE | DOUGLAS | | FT WORTH | TX | | C | WRONG PRECINCT | REG IN 4202; VOTED IN 4397 | X | X | X | X | X | X | | PF | REJECTED |
| 344 | 40209430 | 1018094516 | ROBERTS | DAVID | | FT WORTH | TX | | F | REGISTERED | REG IN 4397; SHOULD BE IN BOOK | X | X | X | X | X | X | | PF | ACCEPTED |
| 345 | 40453928 | 1203828781 | ARRINGTON | GLENDA | | FT WORTH | TX | | H | NOT TIMELY | VR APP DATED 10/22/2013 NOT 30 DAYS PRIOR TO ELECTION DAY | X | X | X | X | X | X | | PF | REJECTED |
| 356 | 1776888 | 1048902768 | VOIGHT | MARLA | | FT WORTH | TX | | M | NO ID PROVIDED | PENDING PHOTO ID | X | X | X | X | X | X | | RC | REJECTED |
| 360 | N/A | 1117932129 | SANTIAGO | CLEMENTE | | FORT WORTH | TX | | A | NOT REGISTERED | REGISTERED IN HARRIS COUNTY. | X | X | X | X | X | X | | IM | REJECTED |
| 360 | N/A | 1063515855 | STREATER | DARRIN | | FORT WORTH | TX | | A | NOT REGISTERED | REGISTERED IN BEXAR | X | X | X | X | X | X | | IM | REJECTED |
| BD | | | MOODY | JOHNATHAN | | EULESS | TX | | A | NOT REGISTERED | NOT REGISTERED WAS CANCELLED IN DALLAS CO. | X | X | X | X | X | X | | CM | REJECTED |
| BL | | | HERNANDEZ | RAYMOND | | BEDFORD | TX | | A | NOT REGISTERED | CLAIMS HE WENT TO DPS WITH HIS WIFE IN JUNE | X | X | X | X | X | X | | CM | ACCEPTED |
| JR | 00467182 | 1044634965 | STANLEY | TRACY | | ARLINGTON | TX | | H | OTHER | VOTER WAS REG IN DAL GARDENS AND NOT IN THE CITY OF ARLINGTON | X | X | X | X | X | X | | CM | REJECTED |
| KL | | | GARCIA | JAMES | | KELLER | TX | | A | NOT REGISTERED | NOT REGISTERED. | X | X | X | X | X | X | | CM | REJECTED |
| PL | 00169673 | 1044185431 | MATHESON | HELEN | | FORT WORTH | TX | | H | OTHER | VOTER IS REG BUT SELECTED WRONG LANUAGE & CAST BALLOT | X | X | X | X | X | X | | CM | REJECTED |

ORT00011698