Date: 11/21/13
Time: 04:43 pm
**Election Code:** G313-00

BEXAR COUNTY
PROVISIONAL BALLOT LIST
Order by Provisional ID

2:13-cv-193
09/02/2014
DEF0017

pr_list v.130907
Page: 1

ORT00001081

| Idnumber | Name | Address | Precinct Voted | EV Site Voted | Ballot Party | Provisional Id | Disposition Code | Count |
|---|---|---|---|---|---|---|---|---|
| 2595997 | TOM, MICHAEL GERARD | | 4172 | | | 01 | OK | Y |
| | *Comments:* DPS ERROR | | | | | | | |
| 2594541 | POLASEK, JENNIFER ANN | | 3067 | | | 02 | OK | Y |
| | *Comments:* DPS ERROR | | | | | | | |
| 2595572 | WARLEN, SIERRA KIMBERLY | | 3052 | | | 03 | OK | Y |
| | *Comments:* DPS ERROR | | | | | | | |
| 266635 | ROSS, JOHN THOMAS | | 2069 | | | 04 | OK | Y |
| | *Comments:* JUDGE ERROR ON SIMILAR NAME | | | | | | | |
| 460463 | OERTEL, JACKALYN J | | 2140 | | | 05 | OK | Y |
| | *Comments:* JUDGE ERROR ON SIMILAR NAME | | | | | | | |
| 1032322 | RODRIGUEZ, ROBERT MARGARITO | | 2069 | | | 06 | OK | Y |
| | *Comments:* JUDGE ERROR ON SIMILAR NAME | | | | | | | |
| 685265 | LOPEZ, MARIA E | | 2069 | | | 07 | OK | Y |
| | *Comments:* JUDGE ERROR ON SIMILAR NAME | | | | | | | |
| 1903340 | MCKINNEY, CHARLES LAMAR | | 4105 | | | 08 | MB | Y |
| | *Comments:* BALLOT MAILED OUT 10/24/2013 NOT RECEIVED BACK | | | | | | | |
| 1679701 | GRAMS, LORELLA ELIZABETH | | 3090 | | | 09 | OK | Y |
| | *Comments:* POWER OUTAGE | | | | | | | |
| 1317188 | FLOYD, ELISEA | | 3090 | | | 10 | OK | Y |
| | *Comments:* POWER OUTAGE | | | | | | | |
| 486970 | FLOYD, GUY L | | 3090 | | | 11 | OK | Y |
| | *Comments:* POWER OUTAGE | | | | | | | |
| 616932 | GARCIA, MARIA L | | 1003 | | | 12 | OK | Y |
| | *Comments:* JUDGE ERROR ON SIMILAR NAME | | | | | | | |
| 2182631 | CARDENAS, GEORGINA VASQUEZ | | 2069 | | | 13 | OK | Y |
| | *Comments:* JUDGE ERROR ON SIMILAR NAME | | | | | | | |
| 2262157 | DAVIS, CAROL M | | 4088 | | | 14 | OK | Y |
| | *Comments:* JUDGE ERROR | | | | | | | |
| 2100865 | ROGERS, JULIE TRAVIS | | 1008 | | | 15 | OK | Y |
| | *Comments:* JUDGE ERROR ON SIMILAR NAME | | | | | | | |
| 2557223 | HENDERSON, TITUS ORLANDO | | 3088 | | | 16 | WP | N |
| | *Comments:* REGISTERED IN 3088 VOTED IN 4164 | | | | | | | |

Date: 11/21/13
Time: 04:43 pm
**Election Code:** G313-00

BEXAR COUNTY
PROVISIONAL BALLOT LIST
Order by Provisional ID

pr_list v.130907
Page: 2

ORT00001082

| Idnumber | Name | Address | Precinct Voted | EV Site Voted | Ballot Party | Provisional Id | Disposition Code | Count |
|---|---|---|---|---|---|---|---|---|
| 2472377 | CARROLL, PAUL VOTTELER | | 2028 | | | 17 | ID | N |
| | Comments: NO ID PROVIDED/NONE ON FILE | | | | | | | |
| 1496625 | HOOVER, MARLEEN BARBARA | | 4015 | | | 18 | WP | N |
| | Comments: LIVED IN 4015 VOTED AT NEW PRECINCT 2138 | | | | | | | |
| 2438384 | INOCENT, KELVIN ADRIAN | | 3119 | | | 19 | WP | N |
| | Comments: LIVED IN 3119 VOTED IN NEW PCT 3125 | | | | | | | |
| 1240342 | HAMILTON, ANN HARRISON | | 3083 | | | 20 | WP | N |
| | Comments: LIVED IN 3083 VOTED IN NEW PCT 3092 | | | | | | | |
| 2593927 | KINNAMON, PATRICK WILLIAM | | 3058 | JOHN IGO LIBRARY | | 21 | RGC | N |
| | Comments: PURGED 11/30/2006 | | | | | | | |
| 2450690 | INOCENT, YMA MONET | | 3119 | | | 22 | WP | N |
| | Comments: LIVED PCT 3119 VOTED NEW PCT 3125 | | | | | | | |
| 2596038 | PROCTOR, ROBERT CLINTON | | 4038 | | | 23 | ANS | N |
| | Comments: NO JUDGE SIGNATURE -- PURGED 11/30/2010 | | | | | | | |
| 2488404 | NIHIPALI, STEVEN A | | 2096 | | | 24 | WP | N |
| | Comments: LIVED IN PCT 2096 VOTED IN NEW PCT 3104 | | | | | | | |
| 1188838 | SCHLEENVOIGT, TERRY SUE | | 3047 | | | 25 | WP | N |
| | Comments: LIVES IN PCT 3047 VOTED IN 4046 | | | | | | | |
| 2596039 | RAMOS-ORTIZ, PAUBLITO | | 1087 | | | 26 | RGC | N |
| | Comments: PURGED 11/30/2012 | | | | | | | |
| 2594144 | SWISHER, DAMON JAMES | | 3051 | | | 27 | R30 | N |
| | Comments: DID NOT MEET DEADLINE | | | | | | | |
| 2222977 | STANFORD, JONATHAN WALLACE | | 3161 | | | 28 | ANS | N |
| | Comments: NO JUDGE SIGNATURE -- LIVED PCT 3161 VOTED NEW PCT 3084 | | | | | | | |
| 2596040 | TOTTEN, STEVEN MICHAEL | | 1080 | BEXAR COUNTY JUSTICE | | 29 | RAC | N |
| | Comments: REGISTERED IN EL PASO | | | | | | | |
| 2594113 | VAROZ, GREGORY G | | 2084 | | | 30 | RAC | N |
| | Comments: REGISTERED IN GUADALUPE -- DPS RECORD EDR 11/17/2013 | | | | | | | |
| 2590271 | WALDEN, STEVEN LEE | | 2051 | | | 31 | RAC | N |
| | Comments: REGISTERED IN WILLIAMSON - APP DATE 10/22/2013 | | | | | | | |
| 2590272 | WALDEN, DEBBIE ANN | | 2051 | | | 32 | RAC | N |
| | Comments: REGISTERED IN WILLIAMSON -- APP DATED 10/22/2013 | | | | | | | |

Date: 11/21/13  
Time: 04:43 pm  
**Election Code: G313-00**

BEXAR COUNTY  
PROVISIONAL BALLOT LIST  
Order by Provisional ID

pr_list v.130907  
Page: 3

ORT00001083

| Idnumber | Name | Address | Precinct Voted | EV Site Voted | Ballot Party | Provisional Id | Disposition Code | Count |
|---|---|---|---|---|---|---|---|---|
| 784529 | DOOLEY, MARGARET LYNN | | 3022 | | | 33 | WP | N |
| | Comments: REGISTERED PCT 3022 VOTED NEW PCT 4091 | | | | | | | |
| 1022800 | GUERRERO, SUSAN SIMPSON | | 2134 | | | 34 | WP | N |
| | Comments: LIVED IN PCT 2134 VOTED NEW PCT 3159 | | | | | | | |
| 2280081 | CROWTHER, ALAN PAUL | | 1113 | | | 35 | WP | N |
| | Comments: LIVED IN PCT 1113 VOTED NEW PCT 3125 | | | | | | | |
| 2382861 | DINGUS HERNANDEZ, ELIZABETH JOYCE | | 3090 | | | 36 | WP | N |
| | Comments: LIVED IN PCT 3090 VOTED NEW PCT 3129 | | | | | | | |
| 2596035 | CROW, ERIN | | 3052 | | | 37 | RAC | N |
| | Comments: REGISTERED IN TARRANT | | | | | | | |
| 2593597 | CONE, LOGAN HALE | | 3163 | | | 38 | R30 | N |
| | Comments: DID NOT MEET DEADLINE--EDR 11/29/2013 | | | | | | | |
| 1598664 | BROOME, DAVID LESUNDA | | 3119 | | | 39 | WP | N |
| | Comments: LIVED IN PCT 3119 VOTED NEW PCT 2097 | | | | | | | |
| 1529343 | BRAVO, ROSE MARY | | 3071 | | | 40 | WP | N |
| | Comments: LIVED PCT 3071 VOTED IN PCT 3052 | | | | | | | |
| 1240139 | BEY, FRED WAYNE | | 3040 | | | 41 | WP | N |
| | Comments: LIVED IN PCT 3040 VOTED IN PCT 2018 | | | | | | | |
| 2596034 | BOOKER, REGINALD DARYL | | 1122 | | | 42 | RAC | N |
| | Comments: REGISTERED IN BELL | | | | | | | |
| 2113937 | ARCHULETA, KATHRYN MARIE | | 3023 | | | 43 | ID | N |
| | Comments: DID NOT SUPPLY PHOTO ID | | | | | | | |
| 1131914 | ARCHULETA, MARY KATHRYN | | 3023 | | | 44 | ID | N |
| | Comments: DID NOT SUPPLY PHOTO ID | | | | | | | |
| 1895538 | BIRD, HELEN | | 3184 | | | 45 | ID | N |
| | Comments: DID NOT SUPPLY PHOTO ID | | | | | | | |
| 1816158 | CANTRELL, PAULA J | | 1001 | | | 46 | ID | N |
| | Comments: DID NOT SUPPLY PHOTO ID | | | | | | | |
| 1036349 | DELAGARZA, ANDRES RENE | | 1037 | | | 47 | ANS | N |
| | Comments: DID NOT SUPPLY PHOTO ID & NO JUDGES SIGNATURE | | | | | | | |
| 1393795 | VANCE JR, JACK MILTON | | 2110 | | | 48 | ID | N |
| | Comments: DID NOT SUPPLY PHOTO ID | | | | | | | |

Date: 11/21/13  
Time: 04:43 pm  
**Election Code:** G313-00

BEXAR COUNTY  
PROVISIONAL BALLOT LIST  
Order by Provisional ID

pr_list v.130907  
Page: 4

ORT00001084

| Idnumber | Name | Address | Precinct Voted | EV Site Voted | Ballot Party | Provisional Id | Disposition Code | Count |
|---|---|---|---|---|---|---|---|---|
| 2423264 | IDEKER, SARA ROSE | ▮▮▮ | 2077 | | | 49 | ID | N |
| | *Comments:* DID NOT SUPPLY PHOTO ID | | | | | | | |
| 380803 | KRUMM, PHILIP | ▮▮▮ | 2060 | | | 50 | ID | N |
| | *Comments:* DID NOT SUPPLY PHOTO ID | | | | | | | |
| 461840 | MATA SR, CARLOS | ▮▮▮ | 2007 | | | 51 | ID | N |
| | *Comments:* DID NOT SUPPLY PHOTO ID | | | | | | | |
| 2277149 | PRICE, SCOTT JAMES | ▮▮▮ | 3025 | | | 52 | ID | N |
| | *Comments:* DID NOT SUPPLY PHOTO ID | | | | | | | |
| 1081704 | HENDRICKS, STELLA M | ▮▮▮ | 3011 | | | 53 | ID | N |
| | *Comments:* DID NOT SUPPLY PHOTO ID | | | | | | | |
| 1857626 | FITCH, NANCY G | ▮▮▮ | 3069 | CODY LIBRARY | | 54 | ID | N |
| | *Comments:* DID NOT SUPPLY PHOTO ID | | | | | | | |
| 1110893 | DANA, STEVEN BANCROFT | ▮▮▮ | 3086 | | | 55 | ID | N |
| | *Comments:* DID NOT SUPPLY PHOTO ID | | | | | | | |
| 1634292 | CLOUD, PATRICIA PUCK | ▮▮▮ | 3066 | | | 56 | ID | N |
| | *Comments:* DID NOT SUPPLY PHOTO ID | | | | | | | |
| 810881 | THOMAS, DIANE RENEE | ▮▮▮ | 4041 | | | 57 | ID | N |
| | *Comments:* DID NOT SUPPLY PHOTO ID & NO VOTER SIGNATURE | | | | | | | |
| 743171 | KEESEE, JONATHAN | ▮▮▮ | 4018 | | | 58 | ID | N |
| | *Comments:* DID NOT SUPPLY PHOTO ID | | | | | | | |
| 2589252 | HUTCHINSON, SALLY JEAN | ▮▮▮ | 4015 | | | 59 | ID | N |
| | *Comments:* DID NOT SUPPLY PHOTO ID | | | | | | | |
| 1602267 | VELASQUEZ, MONICA VICTORIA | ▮▮▮ | 4091 | | | 60 | ID | N |
| | *Comments:* DID NOT SUPPLY PHOTO ID | | | | | | | |
| 2596578 | REVEL, GARY NEAL | ▮▮▮ | | | | 61 | RAC | N |
| | *Comments:* LIVES IN TEMPLE TEXAS | | | | | | | |

Total: 61

Date: 11/21/13  
Time: 04:43 pm  
**Election Code:** G313-00

BEXAR COUNTY  
PROVISIONAL BALLOT LIST  
Order by Provisional ID

pr_list v.130907  
Page:   5

ORT00001085

### TOTAL PROVISIONAL BALLOTS:

| CODE | DESCRIPTION | COUNTABLE | TOTAL |
|---|---|---|---|
| ANS | NOT SIGNED | N | 3 |
| ID | NO ID PROVIDED | N | 18 |
| MB | MAIL BALLOT NOT RECV | Y | 1 |
| OK | OK - REVIEWED | Y | 14 |
| R30 | Registered less than | N | 2 |
| RAC | Reg another County | N | 7 |
| RGC | Registration Cancel | N | 2 |
| WP | VOTED IN WRONG PREC | N | 14 |
| | | *** TOTAL:** | 61 |

\* Includes privacy voter totals (if any)