Early Voting List of Provisional Voters (1-04)
Prescribed by Secretary of State
Sections 63.011, 81.002 Texas Election Code

# Early Voting List of Provisional Voters

| Type of Election (Tipo de Elección) | Precinct. No. (Núm. de Precinto) |
|---|---|
| Special + General | ALLEN COURTS |
| Date of Election (Fecha de la Elección) | Authority Conducting Election (Autoridad Administrando la Elección) |
| 11-5-13 | COLLIN COUNTY |

| | To be Completed by the Election Judge | | To be Completed by the Ballot Board Judge |
|---|---|---|---|
| | Name of Provisional Voter | Precinct Number | Accepted for Counting | Rejected for Counting |
| 1. | BEN KEITH HOWARD | 130 | | |
| 2. | PATRICIA A PRESLEY | 179 | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |
| 6. | | | | |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |
| 11. | | | | |
| 12. | | | | |
| 13. | | | | |
| 14. | | | | |
| 15. | | | | |
| 16. | | | | |
| 17. | | | | |
| 18. | | | | |
| 19. | | | | |
| 20. | | | | |
| 21. | | | | |
| 22. | | | | |
| 23. | | | | |
| 24. | | | | |
| 25. | | | | |

Number of Provisional Ballots in Ballot Box:
(as shown on list)

I certify that the numbers represented above are true and correct as evidenced by my signature.

Signature of Precinct Presiding Judge: _____

Signature of Custodian receiving ballots from Presiding Judge: _____

2:13-cv-193
09/02/2014
DEF0018
exhibitsticker.com

ORT00001304

---PROVISIONAL---
PRESLEY, PATRICIA A
DOB: [redacted]   PPC: 179.07
BS: 8-N~P

PISD

| AW7-15-53. 9/13 Prescribed by Secretary of State Sec. 63.011, Election Code | Type of Election / Tipo de Elección | Precinct No. where voted / Núm. de Precinto-lugar de votación | Precinct No. where registered (if known) / Núm. de Precinto-inscrito para votar (si se sabe) | Date of Election / Fecha de la Elección | Authority Conducting Election / Autoridad Administrando la Elección  828689 |
|---|---|---|---|---|---|

## Affidavit of Provisional Voter (Declaración Jurada de Votante Provisional)

TO BE COMPLETED BY VOTER: I am a registered voter of this political subdivision and in the precinct in which I'm attempting to vote and have not already voted in this election (either in person or by mail). I am a resident of this political subdivision, have not been finally convicted of a felony or if a felon, I have completed all of my punishment including any term of incarceration, parole, supervision, period of probation, or I have been pardoned. I have not been determined by a final judgment of a court exercising probate jurisdiction to be totally mentally incapacitated or partially mentally incapacitated without the right to vote. I understand that giving false information under oath is a misdemeanor, and I understand that it is a felony of the 2nd degree to vote in an election for which I know I am not eligible.

PARA QUE EL VOTANTE LO LLENE: Estoy inscrito como votante en esta subdivisión política y en el precinto en cual estoy intentando a votar y aun no he votado en esta elección (en persona o por correo). Soy residente de esta subdivisión política, no he sido definitivamente declarado culpable de un delito grave o si soy el autor de un delito grave, he cumplido toda mi condena inclusive el período de encarcelamiento, la libertad condicional, la libertad supervisada, la libertad vigilada, o he sido indultado. No me han determinado por un juicio final de una corte de la legalización de un testamento, ser totalmente incapacitado mentalmente o parcialmente incapacitado sin el derecho de votar. Entiendo que dar información falsa bajo juramento es un delito menor y también entiendo que es un delito grave de 2° grado votar en una elección sabiendo que no cumplo con los requisitos necesarios.

| Last Name / Apellido usual: Presley | First Name / Su nombre de pila: Patricia | Middle Name (if any) / Segundo nombre (si tiene): A | Former Name / Nombre anterior |
|---|---|---|---|

Residence Address: Street Address and Apartment Number, City, State, and ZIP. [redacted]

Gender: (Optional) / Sexo (Optativo)  ☐ Male (Hombre)   ☒ Female (Mujer)

Mailing Address: City, State, and ZIP.

Date of Birth: Month, Day, Year

| TX Driver's License No. or Personal I.D. No. SRBN0134018 | Social Security No. (last 4 digits): XXX-XX-[redacted] | ☐ I have not been issued a TX driver's license/ personal identification number or Social Security Number. |
|---|---|---|

Check appropriate box: ARE YOU A UNITED STATES CITIZEN?   Yes ☒   NO ☐

Signature of Voter: X Patricia A Presley

## TO BE COMPLETED BY ELECTION JUDGE:

VOTER PRESENTED ACCEPTABLE FORM OF IDENTIFICATION

☐ Yes    ☐ No

REASON FOR VOTING PROVISIONAL

1. \_\_\_\_ Failed to present acceptable form of identification or voter certificate with exemption.
2. \_\_\_\_ Voter not on list of registered voters.
3. \_\_\_\_ Voter not on list, registered in another precinct.
4. _X_ Voter on list of people who voted early by mail, and voter has not cancelled mail ballot application.
5. \_\_\_\_ Voting after 7:00 p.m. due to court order.
6. \_\_\_\_ Voter on list, but registered residence address outside the _____ political subdivision.
7. \_\_\_\_ Other: _____ (Please explain)

Sworn and subscribed to before me this date: _10-31-13_

Signature of Election Judge

CerT # 828689
cancell Mail in Ballot

Action taken by the Early Voting Ballot Board:   ☒ ACCEPTED   ☐ REJECTED   Signature of Ballot Board Judge: _____

## TO BE COMPLETED BY THE COUNTY VOTER REGISTRAR FOR STATUS:

I, the voter registrar/deputy registrar, did research the records of my office and the following conclusion(s) was made:

FOR VOTERS WHO DID NOT PRESENT ACCEPTABLE PHOTO IDENTIFICATION AT THE POLLING PLACE

1. \_\_\_\_ Voter presented acceptable form of identification within 6 days of election day.
2. \_\_\_\_ Voter met disability exemption within 6 days of election day.
3. \_\_\_\_ Voter executed religious objection affidavit within 6 days of election day.
4. \_\_\_\_ Voter executed natural disaster affidavit within 6 days of election day.
5. \_\_\_\_ Voter did not satisfy identification or affidavit requirements, listed in categories 1-4 above, within 6 days of election day.

FOR VOTERS WHO VOTED PROVISIONALLY FOR OTHER REASONS

6. \_\_\_\_ Not a registered voter or registration not effective in time for this election.
7. \_\_\_\_ Registered to vote, erroneously listed in wrong precinct.
8. \_\_\_\_ Registered to vote in a different precinct within the county.
9. \_\_\_\_ Information on file indicating applicant completed a voter registration application, but it was never received in the voter registrar's office.
10. \_\_\_\_ Voter erroneously removed from the list.
11. \_\_\_\_ Voter is not registered to vote in _____ political subdivision.
12. _X_ Other: _Cancelled Mail Ballot_ (Please explain)

Signature of Voter Registrar: Sandra Bromwell    Date: 11/7/13

ORT00001306

AW/

| AW7-15-53, 9/13 Prescribed by Secretary of State Sec. 63.011, Election Code | Type of Election / Tipo de Elección | Precinct No. where voted Núm. de Precinto-lugar de votación | Precinct No. where registered (if known) Núm. de Precinto-inscrito para votar (si se sabe) | Date of Election / Fecha de la Elección | Authority Conducting Election / Autoridad Administrando la Elección 360103 |

## Affidavit of Provisional Voter (Declaración Jurada de Votante Provisional)

TO BE COMPLETED BY VOTER: I am a registered voter of this political subdivision and in the precinct in which I'm attempting to vote and have not already voted in this election (either in person or by mail). I am a resident of this political subdivision, have not been finally convicted of a felony or if a felon, I have completed all of my punishment including any term of incarceration, parole, supervision, period of probation, or I have been pardoned. I have not been determined by a final judgment of a court exercising probate jurisdiction to be totally mentally incapacitated or partially mentally incapacitated without the right to vote. I understand that giving false information under oath is a misdemeanor, and I understand that it is a felony of the 2nd degree to vote in an election for which I know I am not eligible.

PARA QUE EL VOTANTE LO LLENE: Estoy inscrito como votante en esta subdivisión política y en el precinto en cual estoy intentando a votar y aun no he votado en esta elección (en persona o por correo). Soy residente de esta subdivisión política, no he sido definitivamente declarado culpable de un delito grave o si soy el autor de un delito grave, he cumplido toda mi condena inclusive el periodo de encarcelamiento, la libertad condicional, la libertad supervisada, la libertad vigilada, o he sido indultado. No me han determinado por un juicio final de una corte de la legalización de un testamento, ser totalmente incapacitado mentalmente o parcialmente incapacitado sin el derecho de votar. Entiendo que dar información falsa bajo juramento es un delito menor y también entiendo que es un delito grave de 2° grado votar en una elección sabiendo que no cumplo con los requisitos necesarios.

| Last Name / Apellido usual HOWARD | First Name / Su nombre de pila BEN | Middle Name (if any) / Segundo nombre (si tiene) KEITH | Former Name / Nombre anterior |

Residence Address: Street Address and Apartment Number, City, State, and ZIP. If none, describe where you live (Do not include PO Box, Rural Rt. Or Business Address) Domicilio: calle y número de apartamento, Ciudad, Estado, y Código Postal: A falta de estos datos, describa la localidad de su residencia. (No incluya el apartado de correos, camino rural, ni dirección comercial.)

Gender: (Optional) / Sexo (Optativo)
[X] Male (Hombre)  [ ] Female (Mujer)

Mailing Address: City, State, and ZIP. If mail cannot be delivered to your residence address. / Dirección postal: Ciudad, Estado y Código Postal (si es imposible entregarle correspondencia a su domicilio).

Date of Birth: Month, Day, Year
Fecha de nacimiento: mes, día, año

| TX Driver's License No. or Personal I.D. No. (Issued by Dept of Public Safety) Número de su licencia de conducir de Texas o de su Cédula de Identidad expedida por el Departamento de Seguridad Publica de Texas). | Social Security No. (last 4 digits required if you do not have a driver's license or I.D. number) / Número de Seguro Social. (Si no tiene licencia, de conducir ni identificación personal, se requiere los últimos 4 números de su seguro social)  XXX-XX-☐☐☐☐ | [ ] I have not been issued a TX driver's license/ personal identification number or Social Security Number. Yo no tengo una licencia de conducir de Texas/Cédula de identidad personal de Texas ni un Número de Seguro Social. |

Check appropriate box: ARE YOU A UNITED STATES CITIZEN?
Marque el cuadro apropiado: Soy ciudadano/a de los Estados Unidos
SRBN0134019   Yes [X] Si   NO [ ] No

Signature of Voter / Firma del votante
X Ben K. Howard sr.

------------------------PROVISIONAL----------------------
HOWARD, BEN KEITH
1004 BEL AIR DR
ALLEN, TX 75013
DOB:                    PC: 130.03
BS: 1-N~P

ORT00001307

## TO BE COMPLETED BY ELECTION JUDGE:

**VOTER PRESENTED ACCEPTABLE FORM OF IDENTIFICATION**
☐ Yes   ☐ No

**REASON FOR VOTING PROVISIONAL**

1. _____ Failed to present acceptable form of identification or voter certificate with exemption.
2. _____ Voter not on list of registered voters.
3. _____ Voter not on list, registered in another precinct.
4. ✓ Voter on list of people who voted early by mail, and voter has not cancelled mail ballot application.
5. _____ Voting after 7:00 p.m. due to court order.
6. _____ Voter on list, but registered residence address outside the _____ political subdivision.
7. _____ Other: _____ (Please explain)

Sworn and subscribed to before me this date: __10-28-13__

_[signature]_
Signature of Election Judge

## TO BE COMPLETED BY THE COUNTY VOTER REGISTRAR FOR STATUS:

I, the voter registrar/deputy registrar, did research the records of my office and the following conclusion(s) was made:

**FOR VOTERS WHO DID NOT PRESENT ACCEPTABLE PHOTO IDENTIFICATION AT THE POLLING PLACE**

1. _____ Voter presented acceptable form of identification within 6 days of election day.
2. _____ Voter met disability exemption within 6 days of election day.
3. _____ Voter executed religious objection affidavit within 6 days of election day.
4. _____ Voter executed natural disaster affidavit within 6 days of election day.
5. _____ Voter did not satisfy identification or affidavit requirements, listed in categories 1-4 above, within 6 days of election day.

**FOR VOTERS WHO VOTED PROVISIONALLY FOR OTHER REASONS**

6. _____ Not a registered voter or registration not effective in time for this election.
7. _____ Registered to vote, erroneously listed in wrong precinct.
8. _____ Registered to vote in a different precinct within the county.
9. _____ Information on file indicating applicant completed a voter registration application, but it was never received in the voter registrar's office.
10. _____ Voter erroneously removed from the list.
11. _____ Voter is not registered to vote in _____ political subdivision.
12. X Other: _Cancelled mail ballot_ (Please explain)

_Sandra Braswell_                11/7/13
Signature of Voter Registrar          Date

**Action taken by the Early Voting Ballot Board:**  ☒ ACCEPTED   ☐ REJECTED   Signature of Ballot Board Judge: _[signature]_

_Cancelled mail in ballot — voted_
_Provisional per Jenessa — Her computer had_
_crashed — Have Ballot._
_Def_

ORT00001308

Early Voting List of Provisional Voters (1-04)
Prescribed by Secretary of State
Sections 63.011, 81.002 Texas Election Code

# Early Voting List of Provisional Voters

| Type of Election (Tipo de Eleccion) | Precinct. No. (Num. de Precinto) |
|---|---|
| General/Special | CC Central Park all |
| Date of Election (Fecha de la Eleccion) | Authority Conducting Election (Autoridad Administrando la Eleccion) |
| 11-5-13 | Collin County |


EV

| Name of Provisional Voter | Precinct Number | Accepted for Counting | Rejected for Counting |
|---|---|---|---|
| To be Completed by the Election Judge | | To be Completed by the Ballot Board Judge | |
| 1. Carmen Janetta Lyons | 54 | | |
| 2. Aaron Hayden Bell | 14 | | ✓ |
| 3. Angele Rene Martens | 4 | | |
| 4. | | | |
| 5. | | | |
| 6. | | | |
| 7. | | | |
| 8. | | | |
| 9. | | | |
| 10. | | | |
| 11. | | | |
| 12. | | | |
| 13. | | | |
| 14. | | | |
| 15. | | | |
| 16. | | | |
| 17. | | | |
| 18. | | | |
| 19. | | | |
| 20. | | | |
| 21. | | | |
| 22. | | | |
| 23. | | | |
| 24. | | | |
| 25. | | | |

Number of Provisional Ballots in Ballot Box:
(as shown on list)

I certify that the numbers represented above are true and correct as evidenced by my signature.

Signature of Precinct Presiding Judge: Elaine M. Adams

Signature of Custodian receiving ballots from Presiding Judge: _____

---PROVISIONAL---
MARTAUS, ANGELLE RENE
~~DOB:~~
BS: 1-N~P          PPC: 009.17

| AW7-15- 53, 9/13 Prescribed by Secretary of State Sec. 63.011, Election Code | Type of Election / Tipo de Elección | Precinct No. where voted / Núm. de Precinto-lugar de votación | Precinct No. where registered (if known) / Núm. de Precinto-inscrito para votar (si se sabe) | Date of Election / Fecha de la Elección | Authority Conducting Election / Autoridad Administrando la Elección |
|---|---|---|---|---|---|
| | | 9 | 9 | 11-5-13 | Collin County ✓ 1098858 |

## Affidavit of Provisional Voter (Declaración Jurada de Votante Provisional)

TO BE COMPLETED BY VOTER: I am a registered voter of this political subdivision and in the precinct in which I'm attempting to vote and have not already voted in this election (either in person or by mail). I am a resident of this political subdivision, have not been finally convicted of a felony or if a felon, I have completed all of my punishment including any term of incarceration, parole, supervision, period of probation, or I have been pardoned. I have not been determined by a final judgment of a court exercising probate jurisdiction to be totally mentally incapacitated or partially mentally incapacitated without the right to vote. I understand that giving false information under oath is a misdemeanor, and I understand that it is a felony of the 2nd degree to vote in an election for which I know I am not eligible.

PARA QUE EL VOTANTE LO LLENE: Estoy inscrito como votante en esta subdivisión política y en el precinto en cual estoy intentando a votar y aun no he votado en esta elección (en persona o por correo). Soy residente de esta subdivisión política, no he sido definitivamente declarado culpable de un delito grave o si soy el autor de un delito grave, he cumplido toda mi condena inclusive el periodo de encarcelamiento, la libertad condicional, la libertad supervisada, la libertad vigilada, o he sido indultado. No me han determinado por un juicio final de una corte de la legalización de un testamento, ser totalmente incapacitado mentalmente o parcialmente incapacitado sin el derecho de votar. Entiendo que dar información falsa bajo juramento es un delito menor y también entiendo que es un delito grave de 2° grado votar en una elección sabiendo que no cumplo con los requisitos necesarios.

| Last Name / Apellido usual | First Name / Su nombre de pila | Middle Name (if any) / Segundo nombre (si tiene) | Former Name / Nombre anterior |
|---|---|---|---|

| Residence Address: Street Address and Apartment Number, City, State, and ZIP. If none, describe where you live (Do not include PO Box, Rural Rt. Or Business Address) Domicilio: calle y número de apartamento, Ciudad, Estado, y Código Postal: A falta de estos datos, describa la localidad de su residencia. (No incluya el apartado de correos, camino rural, ni dirección comercial.) | Gender: (Optional) / Sexo (Optativo) ☐ Male (Hombre) ☑ Female (Mujer) |
|---|---|

| Mailing Address: City, State, and ZIP. If mail cannot be delivered to your residence address. / Dirección postal: Ciudad, Estado y Código Postal (si es imposible entregarle correspondencia a su domicilio). same | Date of Birth: Month, Day, Year Fecha de nacimiento: mes, día, año |
|---|---|

| TX Driver's License No. or Personal I.D. No. (Issued by Dept of Public Safety) Número de su licencia de conducir de Texas o de su Cédula de Identidad expedida por el Departamento de Seguridad Publica de Texas). | Social Security No. (last 4 digits required if you do not have a driver's license or I.D. number) / Número de Seguro Social. (Si no tiene licencia, de conducir ni identificación personal, se requiere los últimos 4 números de su seguro social) XXX-XX-☐☐☐☐ | ☑ I have not been issued a TX driver's license/ personal identification number or Social Security Number. Yo no tengo una licencia de conducir de Texas/Cedúla de identidad personal de Texas ni un Número de Seguro Social. |
|---|---|---|

| Check appropriate box: ARE YOU A UNITED STATES CITIZEN? Marque el cuadro apropiado: Soy ciudadano/a de los Estados Unidos    Yes ☑  NO ☐  Si      No | Signature of Voter / Firma del votante X Angelle Martau |
|---|---|

SNN0134007

ORT00001310