| TO BE COMPLETED BY ELECTION JUDGE: | TO BE COMPLETED BY THE COUNTY VOTER REGISTRAR FOR STATUS: |
|---|---|
| VOTER PRESENTED ACCEPTABLE FORM OF IDENTIFICATION<br>☑ Yes ☐ No | I, the voter registrar/deputy registrar, did research the records of my office and the following conclusion(s) was made: |
| REASON FOR VOTING PROVISIONAL | FOR VOTERS WHO DID NOT PRESENT ACCEPTABLE PHOTO IDENTIFICATION AT THE POLLING PLACE |
| 1.____ Failed to present acceptable form of identification or voter certificate with exemption.<br>2. ✓ Voter not on list of registered voters.<br>3.____ Voter not on list, registered in another precinct.<br>4.____ Voter on list of people who voted early by mail, and voter has not cancelled mail ballot application.<br>5.____ Voting after 7:00 p.m. due to court order.<br>6.____ Voter on list, but registered residence address outside the _____ political subdivision.<br>7.____ Other: _____ (Please explain)<br>Voter not registered but wants to vote<br>Sworn and subscribed to before me this date: 10-31-13<br>*Elaine K. Adams*<br>Signature of Election Judge | 1.____ Voter presented acceptable form of identification within 6 days of election day.<br>2.____ Voter met disability exemption within 6 days of election day.<br>3.____ Voter executed religious objection affidavit within 6 days of election day.<br>4.____ Voter executed natural disaster affidavit within 6 days of election day.<br>5.____ Voter did not satisfy identification or affidavit requirements, listed in categories 1-4 above, within 6 days of election day.<br><br>FOR VOTERS WHO VOTED PROVISIONALLY FOR OTHER REASONS<br><br>6. ✶ Not a registered voter or registration not effective in time for this election.<br>7.____ Registered to vote, erroneously listed in wrong precinct.<br>8.____ Registered to vote in a different precinct within the county.<br>9.____ Information on file indicating applicant completed a voter registration application, but it was never received in the voter registrar's office.<br>10.____ Voter erroneously removed from the list.<br>11.____ Voter is not registered to vote in _____ political subdivision.<br>12.____ Other: _____ (Please explain)<br>*Sheri Nilson*   11-7-2013<br>Signature of Voter Registrar     Date |
| Action taken by the Early Voting Ballot Board: ☐ ACCEPTED ☒ REJECTED Signature of Ballot Board Judge: _____ |

ORT00001311

```
----------------------PROVISIONAL----------------------
LYONS, CARMEN JANETTA
████████████████
DOB: ████████        PPC: 057.02
BS: 1-N~P
```

| AW7-15-53, 9/13 Prescribed by Secretary of State Sec. 63.011, Election Code | Type of Election / Tipo de Elección  General & Special | Precinct No. where voted / Núm. de Precinto-lugar de votación | Precinct No. where registered (if known) / Núm. de Precinto-inscrito para votar (si se sabe) | Date of Election / Fecha de la Elección  11-5-13 | Authority Conducting Election / Autoridad Administrando la Elección  Collin County |

## Affidavit of Provisional Voter (Declaración Jurada de Votante Provisional)    V1098860

**TO BE COMPLETED BY VOTER:** I am a registered voter of this political subdivision and in the precinct in which I'm attempting to vote and have not already voted in this election (either in person or by mail). I am a resident of this political subdivision, have not been finally convicted of a felony or if a felon, I have completed all of my punishment including any term of incarceration, parole, supervision, period of probation, or I have been pardoned. I have not been determined by a final judgment of a court exercising probate jurisdiction to be totally mentally incapacitated or partially mentally incapacitated without the right to vote. I understand that giving false information under oath is a misdemeanor, and I understand that it is a felony of the 2nd degree to vote in an election for which I know I am not eligible.

PARA QUE EL VOTANTE LO LLENE: Estoy inscrito como votante en esta subdivisión política y en el precinto en cual estoy intentando a votar y aun no he votado en esta elección (en persona o por correo). Soy residente de esta subdivisión política, no he sido definitivamente declarado culpable de un delito grave o si soy el autor de un delito grave, he cumplido toda mi condena inclusive el periodo de encarcelamiento, la libertad condicional, la libertad supervisada, la libertad vigilada, o he sido indultado. No me han determinado por un juicio final de una corte de la legalización de un testamento, ser totalmente incapacitado mentalmente o parcialmente incapacitado sin el derecho de votar. Entiendo que dar información falsa bajo juramento es un delito menor y también entiendo que es un delito grave de 2° grado votar en una elección sabiendo que no cumplo con los requisitos necesarios.

| Last Name / Apellido usual | First Name / Su nombre de pila | Middle Name (if any) / Segundo nombre (si tiene) | Former Name / Nombre anterior |

Residence Address: Street Address and Apartment Number, City, State, and ZIP. If none, describe where you live (Do not include PO Box, Rural Rt. Or Business Address)
Domicilio: calle y número de apartamento, Ciudad, Estado, y Código Postal: A falta de estos datos, describa la localidad de su residencia. (No incluya el apartado de correos, camino rural, ni dirección comercial.)

Gender: (Optional) / Sexo (Optativo)  ☐ Male (Hombre)   ☐ Female (Mujer)

Mailing Address: City, State, and ZIP. If mail cannot be delivered to your residence address. / Dirección postal: Ciudad, Estado y Código Postal (si es imposible entregarle correspondencia a su domicilio).

Date of Birth: Month, Day, Year  Fecha de nacimiento: mes, día, año

| TX Driver's License No. or Personal I.D. No. (Issued by Dept of Public Safety) / Número de su licencia de conducir de Texas o de su Cédula de Identidad expedida por el Departamento de Seguridad Publica de Texas). | Social Security No. (last 4 digits required if you do not have a driver's license or I.D. number) / Número de Seguro Social. (Si no tiene licencia, de conducir ni identificación personal, se requiere los últimos 4 números de su seguro social)  XXX-XX- | ☐ I have not been issued a TX driver's license/ personal identification number or Social Security Number.  Yo no tengo una licencia de conducir de Texas/Cédula de identidad personal de Texas ni un Número de Seguro Social. |

Check appropriate box: ARE YOU A UNITED STATES CITIZEN?  Marque el cuadro apropiado: Soy ciudadano/a de los Estados Unidos
Yes ☒ / Si     NO ☐ / No

Signature of Voter / Firma del votante
X _Carmen J. Lyon_ (signature)

SNN0134008

**TO BE COMPLETED BY ELECTION JUDGE:**

VOTER PRESENTED ACCEPTABLE FORM OF IDENTIFICATION
[✓] Yes   [ ] No

REASON FOR VOTING PROVISIONAL

1. _____ Failed to present acceptable form of identification or voter certificate with exemption.
2. __✓__ Voter not on list of registered voters.
3. _____ Voter not on list, registered in another precinct.
4. _____ Voter on list of people who voted early by mail, and voter has not cancelled mail ballot application.
5. _____ Voting after 7:00 p.m. due to court order.
6. _____ Voter on list, but registered residence address outside the _____ political subdivision.
7. _____ Other: _____ (Please explain)

Sworn and subscribed to before me this date: _Oct. 23, 2013_.

_Elaine K. Adams_
Signature of Election Judge

**TO BE COMPLETED BY THE COUNTY VOTER REGISTRAR FOR STATUS:**

I, the voter registrar/deputy registrar, did research the records of my office and the following conclusion(s) was made:

FOR VOTERS WHO DID NOT PRESENT ACCEPTABLE PHOTO IDENTIFICATION AT THE POLLING PLACE

1. _____ Voter presented acceptable form of identification within 6 days of election day.
2. _____ Voter met disability exemption within 6 days of election day.
3. _____ Voter executed religious objection affidavit within 6 days of election day.
4. _____ Voter executed natural disaster affidavit within 6 days of election day.
5. _____ Voter did not satisfy identification or affidavit requirements, listed in categories 1-4 above, within 6 days of election day.

FOR VOTERS WHO VOTED PROVISIONALLY FOR OTHER REASONS

6. __✱__ Not a registered voter or registration not effective in time for this election.
7. _____ Registered to vote, erroneously listed in wrong precinct.
8. _____ Registered to vote in a different precinct within the county.
9. _____ Information on file indicating applicant completed a voter registration application, but it was never received in the voter registrar's office.
10. _____ Voter erroneously removed from the list.
11. _____ Voter is not registered to vote in _____ political subdivision.
12. _____ Other: _____ (Please explain)

_Sheri Nilson_  11-7-2013
Signature of Voter Registrar     Date

Action taken by the Early Voting Ballot Board:   [ ] ACCEPTED   [✗] REJECTED   Signature of Ballot Board Judge: _____

----------------------PROVISIONAL----------------------
BELL, AARON HAYDEN

DOB:
BS: 1-N~P        PPC: 111.02

| AW7-15-53, 9/13 Prescribed by Secretary of State Sec. 63.011, Election Code | Type of Election / Tipo de Elección  General & Spied | Precinct No. where voted Núm. de Precinto-lugar de votación  111 | Precinct No. where registered (if known) Núm. de Precinto-inscrito para votar (si se sabe)  111 | Date of Election / Fecha de la Elección  11-5-13 | Authority Conducting Election / Autoridad Administrando la Elección  Collin County |

## Affidavit of Provisional Voter (Declaración Jurada de Votante Provisional)   V1098856

TO BE COMPLETED BY VOTER: I am a registered voter of this political subdivision and in the precinct in which I'm attempting to vote and have not already voted in this election (either in person or by mail). I am a resident of this political subdivision, have not been finally convicted of a felony or if a felon, I have completed all of my punishment including any term of incarceration, parole, supervision, period of probation, or I have been pardoned. I have not been determined by a final judgment of a court exercising probate jurisdiction to be totally mentally incapacitated or partially mentally incapacitated without the right to vote. I understand that giving false information under oath is a misdemeanor, and I understand that it is a felony of the 2nd degree to vote in an election for which I know I am not eligible.

PARA QUE EL VOTANTE LO LLENE: Estoy inscrito como votante en esta subdivisión política y en el precinto en cual estoy intentando a votar y aun no he votado en esta elección (en persona o por correo). Soy residente de esta subdivisión política, no he sido definitivamente declarado culpable de un delito grave o si soy el autor de un delito grave, he cumplido toda mi condena inclusive el período de encarcelamiento, la libertad condicional, la libertad supervisada, la libertad vigilada, o he sido indultado. No me han determinado por un juicio final de una corte de la legalización de un testamento, ser totalmente incapacitado mentalmente o parcialmente incapacitado sin el derecho de votar. Entiendo que dar información falsa bajo juramento es un delito menor y también entiendo que es un delito grave de 2° grado votar en una elección sabiendo que no cumplo con los requisitos necesarios.

| Last Name /Apellido usual | First Name / Su nombre de pila | Middle Name (if any) / Segundo nombre (si tiene) | Former Name / Nombre anterior |

| Residence Address: Street Address and Apartment Number, City, State, and ZIP. If none, describe where you live (Do not include PO Box, Rural Rt. Or Business Address) Domicilio: calle y número de apartamento, Ciudad, Estado, y Código Postal: A falta de estos datos, describa la localidad de su residencia. (No incluya el apartado de correos, camino rural, ni dirección comercial.) | Gender: (Optional) / Sexo (Optativo)  ☐ Male (Hombre)   ☐ Female (Mujer) |

| Mailing Address: City, State, and ZIP. If mail cannot be delivered to your residence address. / Dirección postal: Ciudad, Estado y Código Postal (si es imposible entregarle correspondencia a su domicilio). | Date of Birth: Month, Day, Year Fecha de nacimiento: mes, día, año  ☐☐/☐☐/☐☐☐☐ |

| TX Driver's License No. or Personal I.D. No. (Issued by Dept of Public Safety) Número de su licencia de conducir de Texas o de su Cédula de Identidad expedida por el Departamento de Seguridad Publica de Texas). | Social Security No. (last 4 digits required if you do not have a driver's license or I.D. number) / Número de Seguro Social. (Si no tiene licencia, de conducir ni identificación personal, se requiere los últimos 4 números de su seguro social)  XXX-XX-☐☐☐☐ | ☐ I have not been issued a TX driver's license/ personal identification number or Social Security Number. Yo no tengo una licencia de conducir de Texas/Cedúla de identidad personal de Texas ni un Número de Seguro Social. |

| Check appropriate box: ARE YOU A UNITED STATES CITIZEN? Marque el cuadro apropiado: Soy ciudadano/a de los Estados Unidos   Yes ☒ Si    NO ☐ No | Signature of Voter / Firma del votante  X _____ |

SNN0134006

ORT00001314

| TO BE COMPLETED BY ELECTION JUDGE: | TO BE COMPLETED BY THE COUNTY VOTER REGISTRAR FOR STATUS: |
|---|---|
| VOTER PRESENTED ACCEPTABLE FORM OF IDENTIFICATION<br>☑ Yes   ☐ No | I, the voter registrar/deputy registrar, did research the records of my office and the following conclusion(s) was made: |
| REASON FOR VOTING PROVISIONAL | FOR VOTERS WHO DID NOT PRESENT ACCEPTABLE PHOTO IDENTIFICATION AT THE POLLING PLACE |
| 1.\_\_\_\_ Failed to present acceptable form of identification or voter certificate with exemption.<br>2.\_✓\_ Voter not on list of registered voters.<br>3.\_\_\_\_ Voter not on list, registered in another precinct.<br>4.\_\_\_\_ Voter on list of people who voted early by mail, and voter has not cancelled mail ballot application.<br>5.\_\_\_\_ Voting after 7:00 p.m. due to court order.<br>6.\_\_\_\_ Voter on list, but registered residence address outside the _____ political subdivision.<br>7.\_\_\_\_ Other: _____ (Please explain)<br><br>Sworn and subscribed to before me this date: Oct. 23, 2013<br><br>*Elaine K. Adams*<br>Signature of Election Judge<br><br>✓ | 1.\_\_\_\_ Voter presented acceptable form of identification within 6 days of election day.<br>2.\_\_\_\_ Voter met disability exemption within 6 days of election day.<br>3.\_\_\_\_ Voter executed religious objection affidavit within 6 days of election day.<br>4.\_\_\_\_ Voter executed natural disaster affidavit within 6 days of election day.<br>5.\_\_\_\_ Voter did not satisfy identification or affidavit requirements, listed in categories 1-4 above, within 6 days of election day.<br><br>FOR VOTERS WHO VOTED PROVISIONALLY FOR OTHER REASONS<br><br>6.\_X\_ Not a registered voter or registration not effective in time for this election.<br>7.\_\_\_\_ Registered to vote, erroneously listed in wrong precinct.<br>8.\_\_\_\_ Registered to vote in a different precinct within the county.<br>9.\_\_\_\_ Information on file indicating applicant completed a voter registration application, but it was never received in the voter registrar's office.<br>10.\_\_\_\_ Voter erroneously removed from the list.<br>11.\_\_\_\_ Voter is not registered to vote in _____ political subdivision.<br>12.\_\_\_\_ Other: _____ (Please explain)<br><br>*Sheri Nilson*   11-7-2013<br>Signature of Voter Registrar            Date |

Action taken by the Early Voting Ballot Board:   ☐ ACCEPTED   ☒ REJECTED   Signature of Ballot Board Judge: _____

ORT00001315

Early Voting List of Provisional Voters (1-04)
Prescribed by Secretary of State
Sections 63.011, 81.002 Texas Election Code

# Early Voting List of Provisional Voters

| Type of Election (Tipo de Elección) | Precinct. No. (Núm. de Precinto) |
|---|---|
| Special | Main |
| Date of Election (Fecha de la Elección) | Authority Conducting Election (Autoridad Administrando la Elección) |
| 11-5-13 | Collin County |

 EV

### To be Completed by the Election Judge / To be Completed by the Ballot Board Judge

| # | Name of Provisional Voter | Precinct Number | Accepted for Counting | Rejected for Counting |
|---|---|---|---|---|
| 1. | Martha Lucia Rinton | Still Not | Want to vote |  |
| 2. | Jimmy Wayne Cate | cath. Not DL/ID |  |  |
| 3. | Larry Wayne Thompson | 126 | No ID |  |
| 4. | Chalen Marie Carroll | 98 | No id - |  |
| 5. | Paul Alexander Dusan | 114 | Wrong ballot given | to |
| 6. |  |  |  |  |
| 7. |  |  |  |  |
| 8. |  |  |  |  |
| 9. |  |  |  |  |
| 10. |  |  |  |  |
| 11. |  |  |  |  |
| 12. |  |  |  |  |
| 13. |  |  |  |  |
| 14. |  |  |  |  |
| 15. |  |  |  |  |
| 16. |  |  |  |  |
| 17. |  |  |  |  |
| 18. |  |  |  |  |
| 19. |  |  |  |  |
| 20. |  |  |  |  |
| 21. |  |  |  |  |
| 22. |  |  |  |  |
| 23. |  |  |  |  |
| 24. |  |  |  |  |
| 25. |  |  |  |  |

Number of Provisional Ballots in Ballot Box:
(as shown on list) 5

I certify that the numbers represented above are true and correct as evidenced by my signature.

Signature of Precinct Presiding Judge: _[signature]_

Signature of Custodian receiving ballots from Presiding Judge: _____

| AW7-15-53, 9/13 Prescribed by Secretary of State Sec. 63.011, Election Code | Type of Election / Tipo de Elección: Const/Spec | Precinct No. where voted / Núm. de Precinto/Lugar de votación: 114 mexe | Precinct No. where registered (if known) / Núm. de Precinto inscrito para votar (si se sabe) | Date of Election / Fecha de la Elección: 11-5-13 | Authority Conducting Election / Autoridad Administrando la Elección: Collin |

**Affidavit of Provisional Voter** (Declaración Jurada de Votante Provisional)   380412

TO BE COMPLETED BY VOTER: I am a registered voter of this political subdivision and in the precinct in which I'm attempting to vote and have not already voted in this election (either in person or by mail). I am a resident of this political subdivision, have not been finally convicted of a felony or if a felon, I have completed all of my punishment including any term of incarceration, parole, supervision, period of probation, or I have been pardoned. I have not been determined by a final judgment of a court exercising probate jurisdiction to be totally mentally incapacitated or partially mentally incapacitated without the right to vote. I understand that giving false information under oath is a misdemeanor, and I understand that it is a felony of the 2nd degree to vote in an election for which I know I am not eligible.

PARA QUE EL VOTANTE LO LLENE: Estoy inscrito como votante en esta subdivisión política y en el precinto en cual estoy intentando a votar y aun no he votado en esta elección (en persona o por correo). Soy residente de esta subdivisión política, no he sido definitivamente declarado culpable de un delito grave o si soy el autor de un delito grave, he cumplido toda mi condena inclusive el periodo de encarcelamiento, la libertad condicional, la libertad supervisada, la libertad vigilada, o he sido indultado. No me han determinado por un juicio final de una corte de la legalización de un testamento, ser totalmente incapacitado mentalmente o parcialmente incapacitado sin el derecho de votar. Entiendo que dar información falsa bajo juramento es un delito menor y también entiendo que es un delito grave de 2° grado votar en una elección sabiendo que no cumplo con los requisitos necesarios.

Last Name / Apellido usual:

First Name / Su nombre de pila: **PAUL ALEXANDER LUCAS**
CERT:380412 PCT:114-12 BS 4-N~P

Middle Name (if any) / Segundo nombre (si tiene):

Former Name / Nombre anterior:

Residence Address: Street Address and Apartment / Domicilio: calle y número de apartamento, Ciudad, camino rural, ni dirección comercial.) [redacted]

Mailing Address: City, State, and ZIP. If mail correspondencia a su domicilio). — include PO Box, Rural Rt. Or Business Address) / Estado y Código Postal (si es imposible entregarle cia. (No incluya el apartado de correos,

Gender: (Optional) / Sexo (Optativo)   ☐ Male (Hombre)   ☐ Female (Mujer)

Signature _____

Date of Birth: Month, Day, Year / Fecha de nacimiento: mes, día, año   ☐☐ / ☐☐ / ☐☐☐☐

TX Driver's License No. or Personal I.D. No. (Issued by Dept of Public Safety) / Número de su licencia de conducir de Texas o de su Cédula de Identidad expedida por el Departamento de Seguridad Publica de Texas).  ☐☐☐☐☐☐☐☐

Social Security No. (last 4 digits required if you do not have a driver's license or I.D. number) / Número de Seguro Social. (Si no tiene licencia, de conducir ni identificación personal, se requiere los últimos 4 números de su seguro social)   XXX-XX-☐☐☐☐

☐ I have not been issued a TX driver's license/ personal identification number or Social Security Number. Yo no tengo una licencia de conducir de Texas/Cedúla de identidad personal de Texas ni un Número de Seguro Social.

Check appropriate box: ARE YOU A UNITED STATES CITIZEN?
Marque el cuadro apropiado: Soy ciudadano/a de los Estados Unidos
Yes ☐ / Si       NO ☐ / No

Signature of Voter / Firma del votante
X *Paul A Lucas*

SNN0134001