**TO BE COMPLETED BY ELECTION JUDGE:**

**VOTER PRESENTED ACCEPTABLE FORM OF IDENTIFICATION**

☐ **Yes** ☐ **No**

**REASON FOR VOTING PROVISIONAL**

1.________ Failed to present acceptable form of identification or voter certificate with exemption.
2.________ Voter not on list of registered voters.
3.________ Voter not on list, registered in another precinct.
4.________ Voter on list of people who voted early by mail, and voter has not cancelled mail ballot application.
5.________ Voting after 7:00 p.m. due to court order.
6.________ Voter on list, but registered residence address outside the ____________ political subdivision.
7. ✓ Other: ________________ (Please explain)

Sworn and subscribed to before me this date: ________________.

[signature]

Signature of Election Judge

06503

✓

**TO BE COMPLETED BY THE COUNTY VOTER REGISTRAR FOR STATUS:**

I, the voter registrar/deputy registrar, did research the records of my office and the following conclusion(s) was made:

**FOR VOTERS WHO DID NOT PRESENT ACCEPTABLE PHOTO IDENTIFICATION AT THE POLLING PLACE**

1.______ Voter presented acceptable form of identification within 6 days of election day.
2.______ Voter met disability exemption within 6 days of election day.
3.______ Voter executed religious objection affidavit within 6 days of election day.
4.______ Voter executed natural disaster affidavit within 6 days of election day.
5.______ Voter did not satisfy identification or affidavit requirements, listed in categories 1-4 above, within 6 days of election day.

**FOR VOTERS WHO VOTED PROVISIONALLY FOR OTHER REASONS** EDR 9-23-94

6.______ Not a registered voter or registration not effective in time for this election.
7.______ Registered to vote, erroneously listed in wrong precinct.
8.______ Registered to vote in a different precinct within the county.
9.______ Information on file indicating applicant completed a voter registration application, but it was never received in the voter registrar's office.
10.______ Voter erroneously removed from the list.
11.______ Voter is not registered to vote in ____________ political subdivision.
12.______ Other: ________________ (Please explain)

Sheri Nilson — 11-7-2013

Signature of Voter Registrar — Date

**Action taken by the Early Voting Ballot Board:** ☐ ACCEPTED ☒ REJECTED Signature of Ballot Board Judge: [signature]

14-1 Ballot Given 7/B 114-4

Voter did not advise us until he finished voting - I was able to verify Ballot Mistake.

[signature]

ORT00001318

66612

AW7-15-53, 9/13
Prescribed by Secretary of State
Sec. 63.011, Election Code

| Type of Election / Tipo de Elección | Precinct No. where voted / Núm. de Precinto-lugar de votación | Precinct No. where registered (if known) / Núm. de Precinto inscrito para votar (si se sabe) | Date of Election / Fecha de la Elección | Authority Conducting Election / Autoridad Administrando la Elección |
|---|---|---|---|---|
| Const Elec | Main | 086-02 | 11-5-13 | Collin County |

# Affidavit of Provisional Voter (Declaración Jurada de Votante Provisional)

1094948

**TO BE COMPLETED BY VOTER: I am a registered voter of this political subdivision and in the precinct in which I'm attempting to vote and have not already voted in this election (either in person or by mail). I am a resident of this political subdivision, have not been finally convicted of a felony or if a felon, I have completed all of my punishment including any term of incarceration, parole, supervision, period of probation, or I have been pardoned. I have not been determined by a final judgment of a court exercising probate jurisdiction to be totally mentally incapacitated or partially mentally incapacitated without the right to vote. I understand that giving false information under oath is a misdemeanor, and I understand that it is a felony of the 2nd degree to vote in an election for which I know I am not eligible.**

PARA QUE EL VOTANTE LO LLENE: Estoy inscrito como votante en esta subdivisión política y en el precinto en cual estoy intentando a votar y aun no he votado en esta elección (en persona o por correo). Soy residente de esta subdivisión política, no he sido definitivamente declarado culpable de un delito grave o si soy el autor de un delito grave, he cumplido toda mi condena inclusive el período de encarcelamiento, la libertad condicional, la libertad supervisada, la libertad vigilada, o he sido indultado. No me han determinado por un juicio final de una corte de la legalización de un testamento, ser totalmente incapacitado mentalmente o parcialmente incapacitado sin el derecho de votar. Entiendo que dar información falsa bajo juramento es un delito menor y también entiendo que es un delito grave de 2° grado votar en una elección sabiendo que no cumplo con los requisitos necesarios.

**Last Name** /Apellido usual | **First Name** / Su nombre de pila | **Middle Name (if any)** / Segundo nombre (si tiene) | **Former Name** / Nombre anterior

----------------------PROVISIONAL----------------------
RINCON, MARTHA LUCIA
DOB:
PC: 086.02
BS: 5-N~P

**Residence Address: Street Address and Apar[...] include PO Box, Rural Rt. Or Business Address)**
Domicilio: calle y número de apartamento, Ciuda[...]encia. (No incluya el apartado de correos, camino rural, ni dirección comercial.)

**Gender: (Optional)** / Sexo (Optativo)
☐ Male (Hombre) ☐ Female (Mujer)

**Mailing Address: City, State, and ZIP. If m[...]** [...]d, Estado y Código Postal (si es imposible entregarle correspondencia a su domicilio).

**Date of Birth: Month, Day, Year**
Fecha de nacimiento: mes, día, año
☐☐/☐☐/☐☐☐☐

**TX Driver's License No. or Personal I.D. No. (Issued by Dept of Public Safety)**
Número de su licencia de conducir de Texas o de su Cédula de Identidad expedida por el Departamento de Seguridad Publica de Texas).
☐☐☐☐☐☐☐☐

**Social Security No. (last 4 digits required if you do not have a driver's license or I.D. number)** / Número de Seguro Social. (Si no tiene licencia, de conducir ni identificación personal, se requiere los últimos 4 números de su seguro social)
XXX-XX-☐☐☐☐

☐ **I have not been issued a TX driver's license/ personal identification number or Social Security Number.**
Yo no tengo una licencia de conducir de Texas/Cedúla de identidad personal de Texas ni un Número de Seguro Social.

**Check appropriate box: ARE YOU A UNITED STATES CITIZEN?**
Marque el cuadro apropiado: Soy ciudadano/a de los Estados Unidos

**Yes** Si ☐ **NO** No ☐

**Signature of Voter** / Firma del votante
X [signature]

SNN0134002

ORT00001319

## TO BE COMPLETED BY ELECTION JUDGE:

**VOTER PRESENTED ACCEPTABLE FORM OF IDENTIFICATION**

☐ Yes ☐ No

**REASON FOR VOTING PROVISIONAL**

1.______ Failed to present acceptable form of identification or voter certificate with exemption.
2.______ Voter not on list of registered voters.
3.______ Voter not on list, registered in another precinct.
4.______ Voter on list of people who voted early by mail, and voter has not cancelled mail ballot application.
5.______ Voting after 7:00 p.m. due to court order.
6.______ Voter on list, but registered residence address outside the ______ political subdivision.
7. ✓ Other: NR 1094948 (Please explain)

Sworn and subscribed to before me this date: ______.

[signature]
Signature of Election Judge

## TO BE COMPLETED BY THE COUNTY VOTER REGISTRAR FOR STATUS:

I, the voter registrar/deputy registrar, did research the records of my office and the following conclusion(s) was made:

**FOR VOTERS WHO DID NOT PRESENT ACCEPTABLE PHOTO IDENTIFICATION AT THE POLLING PLACE**

1.______ Voter presented acceptable form of identification within 6 days of election day.
2.______ Voter met disability exemption within 6 days of election day.
3.______ Voter executed religious objection affidavit within 6 days of election day.
4.______ Voter executed natural disaster affidavit within 6 days of election day.
5.______ Voter did not satisfy identification or affidavit requirements, listed in categories 1-4 above, within 6 days of election day.

**FOR VOTERS WHO VOTED PROVISIONALLY FOR OTHER REASONS** EDR 11-02-2013

6.______ Not a registered voter or registration not effective in time for this election.
7.______ Registered to vote, erroneously listed in wrong precinct.
8.______ Registered to vote in a different precinct within the county. OK
9.______ Information on file indicating applicant completed a voter registration application, but it was never received in the voter registrar's office.
10.______ Voter erroneously removed from the list.
11.______ Voter is not registered to vote in ______ political subdivision.
12.______ Other: ______ (Please explain)

Sheri Nilson — Signature of Voter Registrar    11-7-2013 — Date

**Action taken by the Early Voting Ballot Board:** ☒ ACCEPTED ☐ REJECTED Signature of Ballot Board Judge: [signature]

ORT00001320

AW7-15-53, 9/13
Prescribed by Secretary of State
Sec. 63.011, Election Code

Type of Election / Tipo de Elección: Constit / Spec

Precinct No. where voted / Núm. de Precinto lugar de votación: Main

Precinct No. where registered (if known) / Núm. de Precinto inscrito para votar (si se sabe): 126-04 ~~DS~~

Date of Election / Fecha de la Elección: 11-5-13

Authority Conducting Election / Autoridad Administrando la Elección: Collin

# Affidavit of Provisional Voter (Declaración Jurada de Votante Provisional)

✓ 527224

**TO BE COMPLETED BY VOTER: I am a registered voter of this political subdivision and in the precinct in which I'm attempting to vote and have not already voted in this election (either in person or by mail). I am a resident of this political subdivision, have not been finally convicted of a felony or if a felon, I have completed all of my punishment including any term of incarceration, parole, supervision, period of probation, or I have been pardoned. I have not been determined by a final judgment of a court exercising probate jurisdiction to be totally mentally incapacitated or partially mentally incapacitated without the right to vote. I understand that giving false information under oath is a misdemeanor, and I understand that it is a felony of the 2nd degree to vote in an election for which I know I am not eligible.**

PARA QUE EL VOTANTE LO LLENE: Estoy inscrito como votante en esta subdivisión política y en el precinto en cual estoy intentando a votar y aun no he votado en esta elección (en persona o por correo). Soy residente de esta subdivisión política, no he sido definitivamente declarado culpable de un delito grave o si soy el autor de un delito grave, he cumplido toda mi condena inclusive el período de encarcelamiento, la libertad condicional, la libertad supervisada, la libertad vigilada, o he sido indultado. No me han determinado por un juicio final de una corte de la legalización de un testamento, ser totalmente incapacitado mentalmente o parcialmente incapacitado sin el derecho de votar. Entiendo que dar información falsa bajo juramento es un delito menor y también entiendo que es un delito grave de 2º grado votar en una elección sabiendo que no cumplo con los requisitos necesarios.

**Last Name** /Apellido usual — F... ) / Segundo nombre (si tiene) — **Former Name** / Nombre anterior

----------------------PROVISIONAL----------------------

THOMPSON, LARRY WAYNE

**Residence Address: Street Address and Apartment Nu**... **O Box, Rural Rt. Or Business Address)** Domicilio: calle y número de apartamento, Ciudad, Estado, ... incluya el apartado de correos, camino rural, ni dirección comercial.)

[redacted]

DOB: PPC: 126.04

BS: 1-N~P

**Gender: (Optional)** / Sexo (Optativo) ☐ Male (Hombre) ☐ Female (Mujer)

**Mailing Address: City, State, and ZIP. If mail canno**... y Código Postal (si es imposible entregarle correspondencia a su domicilio).

**Date of Birth: Month, Day, Year** Fecha de nacimiento: mes, día, año ☐☐/☐☐/☐☐☐☐

**TX Driver's License No. or Personal I.D. No. (Issued by Dept of Public Safety)** Número de su licencia de conducir de Texas o de su Cédula de Identidad expedida por el Departamento de Seguridad Publica de Texas). ☐☐☐☐☐☐☐☐

**Social Security No. (last 4 digits required if you do not have a driver's license or I.D. number)** / Número de Seguro Social. (Si no tiene licencia, de conducir ni identificación personal, se requiere los últimos 4 números de su seguro social) XXX-XX-☐☐☐☐

☐ **I have not been issued a TX driver's license/ personal identification number or Social Security Number.** Yo no tengo una licencia de conducir de Texas/Cédula de identidad personal de Texas ni un Número de Seguro Social.

**Check appropriate box: ARE YOU A UNITED STATES CITIZEN?** Marque el cuadro apropiado: Soy ciudadano/a de los Estados Unidos **Yes** Si ☐ **NO** No ☐

✓ SNN0134003

**Signature of Voter** / Firma del votante X [signature]

86510

**TO BE COMPLETED BY ELECTION JUDGE:**

**VOTER PRESENTED ACCEPTABLE FORM OF IDENTIFICATION**
☐ Yes ☒ No

**REASON FOR VOTING PROVISIONAL**

1.________ Failed to present acceptable form of identification or voter certificate with exemption.
2.________ Voter not on list of registered voters.
3.________ Voter not on list, registered in another precinct.
4.________ Voter on list of people who voted early by mail, and voter has not cancelled mail ballot application.
5.________ Voting after 7:00 p.m. due to court order.
6.________ Voter on list, but registered residence address outside the ________________ political subdivision.
7. _______ Other: ______________________________ (Please explain)

Sworn and subscribed to before me this date: ____________________.

Signature of Election Judge

**TO BE COMPLETED BY THE COUNTY VOTER REGISTRAR FOR STATUS:**

I, the voter registrar/deputy registrar, did research the records of my office and the following conclusion(s) was made:

**FOR VOTERS WHO DID NOT PRESENT ACCEPTABLE PHOTO IDENTIFICATION AT THE POLLING PLACE**

1. ✓ Voter presented acceptable form of identification within 6 days of election day.
2. ______ Voter met disability exemption within 6 days of election day.
3. ______ Voter executed religious objection affidavit within 6 days of election day.
4. ______ Voter executed natural disaster affidavit within 6 days of election day.
5. ______ Voter did not satisfy identification or affidavit requirements, listed in categories 1-4 above, within 6 days of election day.

**FOR VOTERS WHO VOTED PROVISIONALLY FOR OTHER REASONS**

6. ______ Not a registered voter or registration not effective in time for this election.
7. ______ Registered to vote, erroneously listed in wrong precinct.
8. ______ Registered to vote in a different precinct within the county.
9. ______ Information on file indicating applicant completed a voter registration application, but it was never received in the voter registrar's office.
10. ______ Voter erroneously removed from the list.
11. ______ Voter is not registered to vote in ____________________ political subdivision.
12. ______ Other: ______________________________ (Please explain)

Signature of Voter Registrar — Date: 11-8-13

**Action taken by the Early Voting Ballot Board:** ☒ ACCEPTED ☐ REJECTED Signature of Ballot Board Judge: ____________

ORT00001322

| AW7-15- 53, 9/13<br>Prescribed by Secretary of State<br>Sec. 63.011, Election Code | Type of Election / Tipo de Elección | Precinct No. where voted<br>Núm. de Precinto/lugar de votación | Precinct No. where registered (if known)<br>Núm. de Precinto donde está votal (si se sabe) | Date of Election / Fecha de la Elección | Authority Conducting Election / Autoridad Administrando la Elección |
|---|---|---|---|---|---|
| | Cons / Poul | | | 11-5-13 | |

# Affidavit of Provisional Voter (Declaración Jurada de Votante Provisional) ✓ 1021443

**TO BE COMPLETED BY VOTER: I am a registered voter of this political subdivision and in the precinct in which I'm attempting to vote and have not already voted in this election (either in person or by mail). I am a resident of this political subdivision, have not been finally convicted of a felony or if a felon, I have completed all of my punishment including any term of incarceration, parole, supervision, period of probation, or I have been pardoned. I have not been determined by a final judgment of a court exercising probate jurisdiction to be totally mentally incapacitated or partially mentally incapacitated without the right to vote. I understand that giving false information under oath is a misdemeanor, and I understand that it is a felony of the 2nd degree to vote in an election for which I know I am not eligible.**
PARA QUE EL VOTANTE LO LLENE: Estoy inscrito como votante en esta subdivisión política y en el precinto en cual estoy intentando a votar y aun no he votado en esta elección (en persona o por correo). Soy residente de esta subdivisión política, no he sido definitivamente declarado culpable de un delito grave o si soy el autor de un delito grave, he cumplido toda mi condena inclusive el periodo de encarcelamiento, la libertad condicional, la libertad supervisada, la libertad vigilada, o he sido indultado. No me han determinado por un juicio final de una corte de la legalización de un testamento, ser totalmente incapacitado mentalmente o parcialmente incapacitado sin el derecho de votar. Entiendo que dar información falsa bajo juramento es un delito menor y también entiendo que es un delito grave de 2° grado votar en una elección sabiendo que no cumplio con los requisitos necesarios.

| Last Name /Apellido usual | First Name / Su nombre de pila | Middle Name (if any) / Segundo nombre (si tiene) | Former Name / Nombre anterior |
|---|---|---|---|
| | ------------------PROVISIONAL------------------ | | |

| Residence Address: Street Address and Apartment I<br>Domicilio: calle y número de apartamento, Ciudad, Estad<br>camino rural, ni dirección comercial.) | CARROLL, UNDEAN MARIE | PO Box, Rural Rt. Or Business Address)<br>No incluya el apartado de correos, | Gender: (Optional) / Sexo (Optativo)<br>☐ Male<br>(Hombre )   ☐ Female<br>(Mujer) |
|---|---|---|---|
| Mailing Address: City, State, and ZIP. If mail cann<br>correspondencia a su domicilio). | DOB: ▇▇▇▇▇   PPC: 098.04<br>BS: 1-N~P | o y Código Postal (si es imposible entregarle | Date of Birth: Month, Day, Year<br>Fecha de nacimiento: mes, día, año<br>☐☐ /☐☐ /☐☐☐☐ |

| TX Driver's License No. or Personal I.D. No. (Issued by Dept of Public Safety)<br>Número de su licencia de conducir de Texas o de su Cédula de Identidad expedida por el Departamento de Seguridad Publica de Texas.) ☐☐☐☐☐☐☐☐ | Social Security No. (last 4 digits required if you do not have a driver's license or I.D. number) / Número de Seguro Social. (Si no tiene licencia, de conducir ni identificación personal, se requiere los últimos 4 números de su seguro social) XXX-XX-☐☐☐☐ | ☐ | I have not been issued a TX driver's license/ personal identification number or Social Security Number.<br>Yo no tengo una licencia de conducir de Texas/Cédula de identidad personal de Texas ni un Número de Seguro Social. |
|---|---|---|---|

| Check appropriate box: ARE YOU A UNITED STATES CITIZEN?<br>Marque el cuadro apropiado: Soy ciudadano/a de los Estados Unidos<br>SNN0134005 | Yes ☐<br>Si   NO ☐<br>No | Signature of Voter / Firma del votante<br>X _Undean Marie Carroll_ |
|---|---|---|

46523

ORT00001323

## TO BE COMPLETED BY ELECTION JUDGE:

**VOTER PRESENTED ACCEPTABLE FORM OF IDENTIFICATION**

☐ Yes ☒ No

**REASON FOR VOTING PROVISIONAL**

1.________ Failed to present acceptable form of identification or voter certificate with exemption.
2.________ Voter not on list of registered voters.
3.________ Voter not on list, registered in another precinct.
4.________ Voter on list of people who voted early by mail, and voter has not cancelled mail ballot application.
5.________ Voting after 7:00 p.m. due to court order.
6.________ Voter on list, but registered residence address outside the ________________ political subdivision.
7.________ Other: ________________________ (Please explain)

Sworn and subscribed to before me this date: ____________________.

____________________
Signature of Election Judge

## TO BE COMPLETED BY THE COUNTY VOTER REGISTRAR FOR STATUS:

I, the voter registrar/deputy registrar, did research the records of my office and the following conclusion(s) was made:

**FOR VOTERS WHO DID NOT PRESENT ACCEPTABLE PHOTO IDENTIFICATION AT THE POLLING PLACE**

1. ✓ Voter presented acceptable form of identification within 6 days of election day.
2. ______ Voter met disability exemption within 6 days of election day.
3. ______ Voter executed religious objection affidavit within 6 days of election day.
4. ______ Voter executed natural disaster affidavit within 6 days of election day.
5. ______ Voter did not satisfy identification or affidavit requirements, listed in categories 1-4 above, within 6 days of election day.

**FOR VOTERS WHO VOTED PROVISIONALLY FOR OTHER REASONS**

6. ______ Not a registered voter or registration not effective in time for this election.
7. ______ Registered to vote, erroneously listed in wrong precinct.
8. ______ Registered to vote in a different precinct within the county.
9. ______ Information on file indicating applicant completed a voter registration application, but it was never received in the voter registrar's office.
10. ______ Voter erroneously removed from the list.
11. ______ Voter is not registered to vote in ________________ political subdivision.
12. ______ Other: ________________ (Please explain)

____________________ Signature of Voter Registrar

11-8-13
Date

**Action taken by the Early Voting Ballot Board:** ☒ ACCEPTED ☐ REJECTED Signature of Ballot Board Judge: ____________

ORT00001324