a M

| AW7-15- 53, 9/13 Prescribed by Secretary of State Sec. 63.011, Election Code | Type of Election / Tipo de Elección<br>Const/Spec | Precinct No. where voted<br>Núm. de Precinto-lugar de votación | Precinct No. where registered (if known)<br>Núm. de Precinto-inscrito para votar<br>179.07 | Date of Election / Fecha de la Elección<br>11-5-13 | Authority Conducting Election / Autoridad Administrando la Elección<br>Collin County |
|---|---|---|---|---|---|

V 1042279

## Affidavit of Provisional Voter (Declaración Jurada de Votante Provisional)

**TO BE COMPLETED BY VOTER:** I am a registered voter of this political subdivision and in the precinct in which I'm attempting to vote and have not already voted in this election (either in person or by mail). I am a resident of this political subdivision, have not been finally convicted of a felony or if a felon, I have completed all of my punishment including any term of incarceration, parole, supervision, period of probation, or I have been pardoned. I have not been determined by a final judgment of a court exercising probate jurisdiction to be totally mentally incapacitated or partially mentally incapacitated without the right to vote. I understand that giving false information under oath is a misdemeanor, and I understand that it is a felony of the 2nd degree to vote in an election for which I know I am not eligible.

PARA QUE EL VOTANTE LO LLENE: Estoy inscrito como votante en esta subdivisión política y en el precinto en cual estoy intentando a votar y aun no he votado en esta elección (en persona o por correo). Soy residente de esta subdivisión política, no he sido definitivamente declarado culpable de un delito grave o si soy el autor de un delito grave, he cumplido toda mi condena inclusive el período de encarcelamiento, la libertad condicional, la libertad supervisada, la libertad vigilada, o he sido indultado. No me han determinado por un juicio final de una corte de la legalización de un testamento. ser totalmente incapacitado mentalmente o parcialmente incapacitado sin el derecho de votar. Entiendo que dar información falsa bajo juramento es un delito menor y también entiendo que es un delito grave de 2° grado votar en una elección sabiendo que no cumplo con los requisitos necesarios.

Last Name /Apellido usual: ----------PROVISIONAL----------
CATE, JIMMY WAYNE
Residence Address: Street
DOB:            PPC: 179.07
Mailing Address: BS: 8-N~P

Gender: ☒ Male (Hombre)

Signature of Voter: X [signature]

SNN0134004

26684

ORT00001325

| TO BE COMPLETED BY ELECTION JUDGE: | TO BE COMPLETED BY THE COUNTY VOTER REGISTRAR FOR STATUS: |
|---|---|
| **VOTER PRESENTED ACCEPTABLE FORM OF IDENTIFICATION**<br>☐ Yes  ☐ No | I, the voter registrar/deputy registrar, did research the records of my office and the following conclusion(s) was made: |
| **REASON FOR VOTING PROVISIONAL** | FOR VOTERS WHO DID NOT PRESENT ACCEPTABLE PHOTO IDENTIFICATION AT THE POLLING PLACE |
| 1. _____ Failed to present acceptable form of identification or voter certificate with exemption.<br>2. _____ Voter not on list of registered voters.<br>3. _____ Voter not on list, registered in another precinct.<br>4. _____ Voter on list of people who voted early by mail, and voter has not cancelled mail ballot application.<br>5. _____ Voting after 7:00 p.m. due to court order.<br>6. _____ Voter on list, but registered residence address outside the _____ political subdivision.<br>7. ✓ Other: Register @ DMV 9-14-2013 (Please explain)<br>Sworn and subscribed to before me this date: _____<br>Signature of Election Judge: _[signature]_<br>Debbie Researched | 1. _____ Voter presented acceptable form of identification within 6 days of election day.<br>2. _____ Voter met disability exemption within 6 days of election day.<br>3. _____ Voter executed religious objection affidavit within 6 days of election day.<br>4. _____ Voter executed natural disaster affidavit within 6 days of election day.<br>5. _____ Voter did not satisfy identification or affidavit requirements, listed in categories 1-4 above, within 6 days of election day.<br>FOR VOTERS WHO VOTED PROVISIONALLY FOR OTHER REASONS  Per DPS - update TDL online, does<br>6. ✓ Not a registered voter or registration not effective in time for this election. not<br>7. _____ Registered to vote, erroneously listed in wrong precinct. update Voter Reg.<br>8. _____ Registered to vote in a different precinct within the county.<br>9. _____ Information on file indicating applicant completed a voter registration application, but it was never received in the voter registrar's office.<br>10. _____ Voter erroneously removed from the list.<br>11. _____ Voter is not registered to vote in _____ political subdivision.<br>12. _____ Other: _____ (Please explain)<br>Signature of Voter Registrar: _Sheri Wilson_   Date: 11-7-2013 |
| **Action taken by the Early Voting Ballot Board:**  ☐ ACCEPTED  ☒ REJECTED   Signature of Ballot Board Judge: _[signature]_ | |

ORT00001326

**Sheri Nilson**

| | |
|---|---|
| **From:** | Micki Meinecke |
| **Sent:** | Saturday, October 26, 2013 9:25 AM |
| **To:** | Sheri Nilson |
| **Subject:** | FW: Collin County - DPS Inquiries Resolution Notice |

**From:** Sharon Rowe
**Sent:** October 26, 2013 9:24 AM
**To:** Micki Meinecke
**Subject:** FW: Collin County - DPS Inquiries Resolution Notice

FYI -

**From:** DPS_Inquiries@sos.texas.gov [mailto:DPS_Inquiries@sos.texas.gov]
**Sent:** Friday, October 25, 2013 10:16 PM
**To:** Sharon Rowe
**Subject:** Collin County - DPS Inquiries Resolution Notice

As of 5 pm today, the following records have been edited or resolved by DPS:

| County | First Name | Last Name | Transaction Date | Resolution |
|---|---|---|---|---|
| Collin | Jimmy | Cate | 09/14/2013 | Online |

Individuals having been indicated to have registered through DPS will be included in the nightly update file that is distributed to the counties. For more information regarding these individuals, please log on to the web portal:
https://webservices.sos.state.tx.us/dpsvr/index.aspx

As a reminder, any individual noted as having registered "Online" is not registered to vote. Texas law currently does not permit online registration, and the only avenue for "updating" a registration within the county is through the Texas Online feature. Anyone who selects "yes" when updating his/her information through DPS online renewal is merely requesting a link to a voter registration application to be provided on his/her receipt page.

*Note: This email is for notification purposes only. This mailbox is not checked. Please do not reply to this email*

1

Early Voting List of Provisional Voters (1-04)
Prescribed by Secretary of State
Sections 63.011, 81.002 Texas Election Code

# Early Voting List of Provisional Voters

| Type of Election (Tipo de Elección) | Precinct. No. (Núm. de Precinto) |
|---|---|
| Hampton | |

| Date of Election (Fecha de la Elección) | Authority Conducting Election (Autoridad Administrando la Elección) |
|---|---|

| | To be Completed by the Election Judge | | To be Completed by the Ballot Board Judge | |
|---|---|---|---|---|
| | Name of Provisional Voter | Precinct Number | Accepted for Counting | Rejected for Counting |
| 1. | Medina, Scott Heber Krishaades | 194-02 | | 6 |
| 2. | Higley, Gwendolyn Rose | 46-01 | | |
| 3. | Matts, Adrienne Marie | 110.01 | | |
| 4. | Rice, Judith Jackson | 63.02 | | 4 |
| 5. | Perez, Karina Gonzalez | 80.03 | | |
| 6. | | | | |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |
| 11. | | | | |
| 12. | | | | |
| 13. | | | | |
| 14. | | | | |
| 15. | | | | |
| 16. | | | | |
| 17. | | | | |
| 18. | | | | |
| 19. | | | | |
| 20. | | | | |
| 21. | | | | |
| 22. | | | | |
| 23. | | | | |
| 24. | | | | |
| 25. | | | | |

Number of Provisional Ballots in Ballot Box:
(as shown on list)

I certify that the numbers represented above are true and correct as evidenced by my signature.

Signature of Precinct Presiding Judge: _____

Signature of Custodian receiving ballots from Presiding Judge: _____

NOTICE

Prescribed by Secretary of State
Sec. 63.011, Election Code
9/1/05   AW7-17

**Affidavit of Provisional Voter** (Declaración Jurada de Votante Provisional)

| Type of Election / Tipo de Elección | Precinct No. where voted / Núm. de Precinto-lugar de votación | Precinct No. where registered (if known) / Núm. de Precinto inscrito para votar (si se sabe) | Date of Election / Fecha de la Elección | Authority Conducting Election / Autoridad Administrando la Elección |
|---|---|---|---|---|
| GEN/Spec | Harrington Library | 460? | 11/5/13 | Collin County |

1098874  NP Cit.

TO BE COMPLETED BY VOTER: I am a registered voter of this political subdivision and in the precinct in which I'm attempting to vote and have not already voted in this election (either in person or by mail). I am a resident of this political subdivision, have not been finally convicted of a felony or if a felon, I have completed all of my punishment including any term of incarceration, parole, supervision, period of probation, or I have been pardoned. I have not been determined by a final judgment of a court exercising probate jurisdiction to be totally mentally incapacitated or partially mentally incapacitated without the right to vote. I understand that giving false information under oath is a misdemeanor, and I understand that it is a felony of the 2nd degree to vote in an election for which I know I am not eligible.

PARA QUE EL VOTANTE LO LLENE: Estoy inscrito como votante en esta subdivisión política y en el precinto en cual estoy intentando a votar y aun no he votado en esta elección (en persona o por correo). Soy residente de esta subdivisión política, no he sido definitivamente declarado culpable de un delito grave o si soy el autor de un delito grave, he cumplido toda mi condena inclusive el periodo de encarcelamiento, la libertad condicional, la libertad supervisada, la libertad vigilada, o he sido indultado. No me han determinado por un juicio final de una corte de la legalización de un testamento, ser totalmente incapacitado mentalmente o parcialmente incapacitado sin el derecho de votar. Entiendo que dar información falsa bajo juramento es un delito menor y también entiendo que es un delito grave de 2° grado votar en una elección sabiendo que no cumplo con los requisitos necesarios.

-----------PROVISIONAL-----------
HIGLEY, GWENDOLYN ROSE
[redacted]
DOB: [redacted]   PPC: 046.01
BS: 5-N~P

Gender: ☐ Male   ☑ Female

Signature of Voter: X [signature]

SRBN0134024

ORT00001329

| TO BE COMPLETED BY ELECTION JUDGE: | TO BE COMPLETED BY THE COUNTY VOTER REGISTRAR FOR STATUS: |
|---|---|
| VOTER PRESENTED ACCEPTABLE FORM OF IDENTIFICATION<br>☐ Yes   ☐ No   93583 | I, the voter registrar/deputy registrar, did research the records of my office and the following conclusion(s) was made: |
| REASON FOR VOTING PROVISIONAL | FOR VOTERS WHO DID NOT PRESENT ACCEPTABLE PHOTO IDENTIFICATION AT THE POLLING PLACE |
| 1. _____ Failed to present acceptable form of identification or voter certificate with exemption.<br>2. __✓__ Voter not on list of registered voters.<br>3. _____ Voter not on list, registered in another precinct.<br>4. _____ Voter on list of people who voted early by mail, and voter has not cancelled mail ballot application.<br>5. _____ Voting after 7:00 p.m. due to court order.<br>6. _____ Voter on list, but registered residence address outside the _____ political subdivision.<br>7. _____ Other: _____ (Please explain) | 1. _____ Voter presented acceptable form of identification within 6 days of election day.<br>2. _____ Voter met disability exemption within 6 days of election day.<br>3. _____ Voter executed religious objection affidavit within 6 days of election day.<br>4. _____ Voter executed natural disaster affidavit within 6 days of election day.<br>5. _____ Voter did not satisfy identification or affidavit requirements, listed in categories 1-4 above, within 6 days of election day. |
| Sworn and subscribed to before me this date: _Moved From Austin 3 mo Ago_ _changed DL Thought DPS Also updated Voter Registration_<br>_[signature]_<br>Signature of Election Judge | FOR VOTERS WHO VOTED PROVISIONALLY FOR OTHER REASONS<br>6. _____ Not a registered voter or registration not effective in time for this election.<br>7. _____ Registered to vote, erroneously listed in wrong precinct.<br>8. _____ Registered to vote in a different precinct within the county.<br>9. _____ Information on file indicating applicant completed a voter registration application, but it was never received in the voter registrar's office.<br>10. _____ Voter erroneously removed from the list.<br>11. _____ Voter is not registered to vote in _____ political subdivision.<br>12. __X__ Other: _Not Reg. Checking DPS._ (Please explain)<br>_Sandra Braswell_  11/7/13<br>Signature of Voter Registrar        Date |

Action taken by the Early Voting Ballot Board:   ☐ ACCEPTED   ☒ REJECTED   Signature of Ballot Board Judge: _[signature]_

ORT00001330