Prescribed by Secretary of State
Sec. 63.011, Election Code
9/1/05  AW2, AW3

Type of Election / Tipo de Elección: Gen / Special

Precinct No. where voted / Núm. de Precinto donde se votó: HARRIW6TON  94.02

Precinct No. where registered (if known) / Núm. de Precinto inscrito para votar (si se sabe): 94.02

Date of Election / Fecha de la Elección: 11/6/13

Authority Conducting Election / Autoridad Administrando la Elección: Collin County

1098876

# Affidavit of Provisional Voter (Declaración Jurada de Votante Provisional)

TO BE COMPLETED BY VOTER: I am a registered voter of this political subdivision and in the precinct in which I'm attempting to vote and have not already voted in this election (either in person or by mail). I am a resident of this political subdivision, have not been finally convicted of a felony or if a felon, I have completed all of my punishment including any term of incarceration, parole, supervision, period of probation, or have been pardoned. I have not been determined by a final judgment of a court exercising probate jurisdiction to be totally mentally incapacitated or partially mentally incapacitated without the right to vote. I understand that giving false information under oath is a misdemeanor, and I understand that it is a felony of the 2nd degree to vote in an election for which I know I am not eligible.

PARA QUE EL VOTANTE LO LLENE: Estoy inscrito como votante en esta subdivisión política y en el precinto en cual estoy intentando a votar y aún no he votado en esta elección (en persona o por correo). Soy residente de esta subdivisión política, no he sido definitivamente declarado culpable de un delito grave o si soy el autor de un delito grave, he cumplido toda mi condena inclusive el período de encarcelamiento, la libertad condicional, la libertad supervisada, la libertad vigilada o he sido indultado. No me han determinado por un juicio final de una corte de la legalización de un testamento, se totalmente incapacitado mentalmente o parcialmente incapacitado sin el derecho de votar. Entiendo que dar información falsa bajo juramento es un delito menor y también entiendo que es un delito grave de 2º grado votar en una elección sabiendo que no cumplo con los requisitos necesarios.

| Last Name / Apellido usual | First Name / Su nombre de pila | Middle Name (if any) / Segundo nombre (si tiene) | Former Name / Nombre anterior |
|---|---|---|---|
| MALLYA | SUDHAKAR | KRISHNADAS | |

Residence Address: Street Address and Apartment Number, City, State, and ZIP. If none, describe where you live (Do not include PO Box, Rural Rt. Or Business Address)
Domicilio: calle y número de apartamento, Ciudad, Estado, y Código Postal: A falta de estos datos, describa donde vive (No incluya apartado postal, camino rural, ni dirección comercial.)

Gender: (Optional) / Sexo (Optativo)
☒ Male (Hombre)    ☐ Female (Mujer)

Mailing Address:   City, State, and ZIP.  If mail cannot be delivered to your residence address ... regarle
correspondencia a su domicilio).

-----------------------PROVISIONAL-----------------------
MALLYA, SUDHAKAR KRISHNADAS

DOB:                    PPC: 094.02
BS: 5-N~P

Date of Birth: Month, Day, Year
Fecha de nacimiento: mes, día, año

TX Driver's License No. or Personal I.D. No. (Issued by Dept of Public Safety)
Número de su licencia de conducir de Texas o de su Cédula de Identidad expedida por el Departamento de Seguridad Pública de Texas)

Social Security license or I.D.
conducir ni identi...
seguro social)

XXX-XX-5717

...e not been issued a TX driver's license/ personal ...ification number or Social Security Number.
Yo no tengo una licencia de conducir de Texas ni de Cédula de identidad personal de Texas ni un Número de Seguro Social.

Check appropriate box:  ARE YOU A UNITED STATES CITIZEN?
Marque el cuadro apropiado: Soy ciudadano/a de los Estados Unidos

Yes ☒   NO ☐
Si       No

Signature of Voter / Firma del votante
X [signature]

SRSN0130022

Departamento de Seguridad Publica de Tejas)

Check here if you do not have a TX driver's license or personal identification number. (Porque aquí si no tengo número de la licencia tejana de manejar o de cédula de identidad expedida por el Departamento de Seguridad Publica de Tejas.)

X _____

ORT00001331

**TO BE COMPLETED BY ELECTION JUDGE:**

VOTER PRESENTED ACCEPTABLE FORM OF IDENTIFICATION

☒ Yes     ☐ No

REASON FOR VOTING PROVISIONAL

1. _____ Failed to present acceptable form of identification or voter certificate with exemption.
2. _____ Voter not on list of registered voters.
3. _____ Voter not on list, registered in another precinct.
4. _____ Voter on list of people who voted early by mail, and voter has not cancelled mail ballot application.
5. _____ Voting after 7:00 p.m. due to court order.
6. _____ Voter on list, but registered residence address outside the _____ political subdivision.
7. _____ Other: _Voter is on list but Xed_ (Please explain)

_OPT._ _Voted in last election_

Sworn and subscribed to before me this date: _10/26/13_ .

_Manuel Martin_
Signature of Election Judge

**TO BE COMPLETED BY THE COUNTY VOTER REGISTRAR FOR STATUS:**

I, the voter registrar/deputy registrar, did research the records of my office and the following conclusion(s) was made:

FOR VOTERS WHO DID NOT PRESENT ACCEPTABLE PHOTO IDENTIFICATION AT THE POLLING PLACE

1. _____ Voter presented acceptable form of identification within 6 days of election day.
2. _____ Voter met disability exemption within 6 days of election day.
3. _____ Voter executed religious objection affidavit within 6 days of election day.
4. _____ Voter executed natural disaster affidavit within 6 days of election day.
5. _____ Voter did not satisfy identification or affidavit requirements, listed in categories 1-4 above, within 6 days of election day.

FOR VOTERS WHO VOTED PROVISIONALLY FOR OTHER REASONS

6. _____ Not a registered voter or registration not effective in time for this election.
7. _____ Registered to vote, erroneously listed in wrong precinct.
8. _____ Registered to vote in a different precinct within the county.
9. _____ Information on file indicating applicant completed a voter registration application, but it was never received in the voter registrar's office.
10. _____ Voter erroneously removed from the list.
11. _____ Voter is not registered to vote in _____ political subdivision.
12. ☒ Other _Cancelled 11/12 #583494_ (Please explain)
    _moved_

_Sandra Braswell_
Signature of Voter Registrar     _11/7/13_
                                         Date

**Action taken by the Early Voting Ballot Board:** ☐ ACCEPTED ☒ REJECTED    Signature of Ballot Board Judge:

ORT00001332

# NOTICE

Prescribed by Secretary of State
Sec. 63.011, Election Code
9/1/05  AW7-17

**Affidavit of Provisional Voter** (Declaración Jurada de Votante Provisional)

| Type of Election / Tipo de Elección | Precinct No. where voted Núm. de Precinto-lugar de votación | Precinct No. where registered (if known) Núm. de Precinto-donde está para votar (si se sabe) | Date of Election / Fecha de la Elección | Authority Conducting Election / Autoridad Administrando la Elección |
|---|---|---|---|---|
| Gen/Special | Huntington Lib | 01 | 11/5/13 | Cedlia County |

TO BE COMPLETED BY VOTER: I am a registered voter of this political subdivision and in the precinct in which I'm attempting to vote and have not already voted in this election (either in person or by mail). I am a resident of this political subdivision, have not been finally convicted of a felony or if a felon, I have completed all of my punishment including any term of incarceration, parole, supervision, period of probation, or I have not been pardoned. I have not been determined by a final judgment of a court exercising probate jurisdiction to be totally mentally incapacitated or partially mentally incapacitated without the right to vote. I understand that giving false information under oath is a misdemeanor, and I understand that it is a felony of the 2nd degree to vote in an election for which I know I am not eligible.

PARA QUE EL VOTANTE LO LLENE: Estoy inscrito como votante en esta subdivisión política y en el precinto en cual esto intentando a votar y aun no he votado en esta elección (en persona o por correo). Soy residente de esta subdivisión política, no he sido definitivamente declarado culpable de un delito grave o si soy el autor de un delito grave, he cumplido toda mi condena inclusive el periodo de encarcelamiento, la libertad condicional, la libertad supervisada, la libertad vigilada, o he sido indultado. No me han determinado por un juicio final de una corte de la legalización de testamento, ser totalmente incapacitado mentalmente o parcialmente incapacitado sin el derecho de votar. Entiendo que dar información falsa bajo juramento es un delito menor y también entiendo que es un delito grave de 2° grado votar en una elección sabiendo que no cumplo con los requisitos necesarios.

| Last Name / Apellido usual | First ----------------PROVISIONAL---------------- many / Segundo nombre (si tiene) | Former Name / Nombre anterior |
|---|---|---|
| PLATTS, ADRIENNE MARIE | | 1896969 |

| Residence Address: Street Address and Apartment Number (No camino rural, ni dirección comercial.) | PO Box, Rural Rt. Or Business Address) No incluya el apartado de correos, | Gender: (Optional) / Sexo (Optativo) ☐ Male (Hombre) ☑ Female (Mujer) |
|---|---|---|
| DOB: PPC: 110.01 BS: 5-N~P | o y Código Postal (si es imposible entregarle | Date of Birth: Month, Day, Year Fecha de nacimiento: mes, día, año ☐☐ / ☐☐ / ☐☐☐☐ |
| Mailing Address: City, State, and ZIP. If mail cannot be correspondencia a su domicilio). | | |

| TX Driver's License No. or Personal I.D. No. (issued by Dept of Public Safety) Número de su licencia de conducir de Texas o de su Cedula de Identidad expedida por el Departamento de Seguridad Publica de Texas) | Social Security No. (last 4 digits required if you do not have a driver's license or I.D. number) / Número de Seguro Social. (Si no tiene licencia, da conducir ni identificacion personal, se requiere los últimos 4 números de su seguro social) XXX-XX- | ☐ I have not been issued a TX driver's license/ personal identification number or Social Security Number. Yo no tengo una licencia de conducir de Texas/Cedula de identidad personal de Texas ni un Número de Seguro Social. |
|---|---|---|

| Check appropriate box: ARE YOU A UNITED STATES CITIZEN? Marque el cuadro apropiado: Soy ciudadano/a de los Estados Unidos | Yes ☑ Si | NO ☐ No | Signature of Voter / Firma del votante X Acen Platts |
|---|---|---|---|

SRBN0134023

ORT00001333

**TO BE COMPLETED BY ELECTION JUDGE:**

VOTER PRESENTED ACCEPTABLE FORM OF IDENTIFICATION

☑ Yes ☐ No

33645

REASON FOR VOTING PROVISIONAL

1. _____ Failed to present acceptable form of identification or voter certificate with exemption.
2. _____ Voter not on list of registered voters.
3. _____ Voter not on list, registered in another precinct.
4. _____ Voter on list of people who voted early by mail, and voter has not cancelled mail ballot application.
5. _____ Voting after 7:00 p.m. due to court order.
6. _____ Voter on list, but registered residence address outside the _____ political subdivision.
7. ✓ Other: _Was Registered in Denton_ (Please explain)
   _Before Returning to Collin county_

Sworn and subscribed to before me this date: _12/31/13_ .

_Manuel Martinez_
Signature of Election Judge

**TO BE COMPLETED BY THE COUNTY VOTER REGISTRAR FOR STATUS**

I, the voter registrar/deputy registrar, did research the records of my office and the following conclusion was made:

FOR VOTERS WHO DID NOT PRESENT ACCEPTABLE PHOTO IDENTIFICATION AT THE POLLING PLACE

1. _____ Voter presented acceptable form of identification within 6 days of election day.
2. _____ Voter met disability exemption within 6 days of election day.
3. _____ Voter executed religious objection affidavit within 6 days of election day.
4. _____ Voter executed natural disaster affidavit within 6 days of election day.
5. _____ Voter did not satisfy identification or affidavit requirements, listed in categories 1-4 above, within 6 days of election day.

FOR VOTERS WHO VOTED PROVISIONALLY FOR OTHER REASONS

6. _____ Not a registered voter or registration not effective in time for this election.
7. _____ Registered to vote, erroneously listed in wrong precinct.
8. _____ Registered to vote in a different precinct within the county.
9. _____ Information on file indicating applicant completed a voter registration application, but it was never received in the voter registrar's office.
10. _____ Voter erroneously removed from the list.
11. _____ Voter is not registered to vote in _____ political subdivision
12. ✗ Other: _Re registered - eff. 11/20/13_ (Please explain)

_Sandra Braswell_
Signature of Voter Registrar

_11/7/13_
Date

**Action taken by the Early Voting Ballot Board:** ☐ ACCEPTED ☒ REJECTED   Signature of Ballot Board Judge: _____

ORT00001334