# NOTICE

Prescribed by Secretary of State
Sec. 63.011, Election Code
9/1/05 AW7-17

## Affidavit of Provisional Voter (Declaración Jurada de Votante Provisional)

| Type of Election / Tipo de Elección | Precinct No. where voted / Núm. de Precinto-lugar de votación | Precinct No. where registered (if known) / Núm. de Precinto-inscrito para votar (si se sabe) | Date of Election / Fecha de la Elección | Authority Conducting Election / Autoridad Administrando la Elección |
|---|---|---|---|---|
| Gen/Special | Harrington Library | 63.02 | 4/5/13 | Collin County  19543 |

TO BE COMPLETED BY VOTER: I am a registered voter of this political subdivision and in the precinct in which I'm attempting to vote and have not already voted in this election (either in person or by mail). I am a resident of this political subdivision, have not been finally convicted of a felony or if a felon, I have completed all of my punishment including any term of incarceration, parole, supervision, period of probation, or I have been pardoned. I have not been determined by a final judgment of a court exercising probate jurisdiction to be totally mentally incapacitated or partially mentally incapacitated without the right to vote. I understand that giving false information under oath is a misdemeanor, and I understand that it is a felony of the 2nd degree to vote in an election for which I know I am not eligible.

PARA QUE EL VOTANTE LO LLENE: Estoy inscrito como votante en esta subdivisión política y en el precinto en cual estoy intentando a votar y aun no he votado en esta elección (en persona o por correo). Soy residente de esta subdivisión política, no he sido definitivamente declarado culpable de un delito grave o si soy el autor de un delito grave, he cumplido toda mi condena inclusive el período de encarcelamiento, la libertad condicional, la libertad supervisada, la libertad vigilada, o he sido indultado. No me han determinado por un juicio final de una corte de la legalización de un testamento, ser totalmente incapacitado mentalmente o parcialmente incapacitado sin el derecho de votar. Entiendo que dar información falsa bajo juramento es un delito menor y también entiendo que es un delito grave de 2° grado votar en una elección sabiendo que no cumplo con los requisitos necesarios.

---PROVISIONAL---
RICE, JUDITH JACKSON

DOB:                    PPC: 063.02
BS: 5-N~P

Gender: (Optional) / Sexo (Optativo)
☐ Male (Hombre)   ☑ Female (Mujer)

Signature of Voter / Firma del votante
X  Judith Rice Jackson

SRBN0134021

**TO BE COMPLETED BY ELECTION JUDGE:**

VOTER PRESENTED ACCEPTABLE FORM OF IDENTIFICATION
☐ Yes    ☑ No

REASON FOR VOTING PROVISIONAL

1. ✓ Failed to present acceptable form of identification or voter certificate with exemption.
2. ___ Voter not on list of registered voters.
3. ___ Voter not on list, registered in another precinct.
4. ___ Voter on list of people who voted early by mail, and voter has not cancelled mail ballot application.
5. ___ Voting after 7:00 p.m. due to court order.
6. ___ Voter on list, but registered residence address outside the _____ political subdivision.
7. ___ Other: _____ (Please explain)

Sworn and subscribed to before me this date: _____.

_Manuel Martinez_ (signature)
Signature of Election Judge

Voters DL is Expired Longer than 60 Days

**TO BE COMPLETED BY THE COUNTY VOTER REGISTRAR FOR STATUS:**

I, the voter registrar/deputy registrar, did research the records of my office and the following conclusion(s) was made:

FOR VOTERS WHO DID NOT PRESENT ACCEPTABLE PHOTO IDENTIFICATION AT THE POLLING PLACE

1. ___ Voter presented acceptable form of identification within 6 days of election day.
2. ___ Voter met disability exemption within 6 days of election day.
3. ___ Voter executed religious objection affidavit within 6 days of election day.
4. ___ Voter executed natural disaster affidavit within 6 days of election day.
5. ☒ Voter did not satisfy identification or affidavit requirements, listed in categories 1-4 above, within 6 days of election day.

FOR VOTERS WHO VOTED PROVISIONALLY FOR OTHER REASONS

6. ___ Not a registered voter or registration not effective in time for this election.
7. ___ Registered to vote, erroneously listed in wrong precinct.
8. ___ Registered to vote in a different precinct within the county.
9. ___ Information on file indicating applicant completed a voter registration application, but it was never received in the voter registrar's office.
10. ___ Voter erroneously removed from the list.
11. ___ Voter is not registered to vote in _____ political subdivision.
12. ☒ Other: ID Expired _____ (Please explain)

_Sandra L Brownell_ (signature)    11/7/13
Signature of Voter Registrar    Date

Action taken by the Early Voting Ballot Board:    ☐ ACCEPTED    ☒ REJECTED    Signature of Ballot Board Judge: _____

ORT00001336

NOTICE

Prescribed by Secretary of State
Sec. 63.011, Election Code
9/1/05 AW7-17

**Affidavit of Provisional Voter** (Declaración Jurada de Votante Provisional)

Type of Election / Tipo de Elección: Special General
Precinct No. where voted / Núm. de Precinto-lugar de votación: Herrington Library
Precinct No. where registered (if known) / Núm. de Precinto-inscrito para votar (si se sabe): 050.03
Date of Election / Fecha de la Elección: 11/5/13
Authority Conducting Election / Autoridad Administrando la Elección: Collin County
1097025

TO BE COMPLETED BY VOTER: I am a registered voter of this political subdivision and in the precinct in which I'm attempting to vote and have not already voted in this election (either in person or by mail). I am a resident of this political subdivision, have not been finally convicted of a felony or if a felon, I have completed all of my punishment including any term of incarceration, parole, supervision, period of probation, or I have been pardoned. I have not been determined by a final judgment of a court exercising probate jurisdiction to be totally mentally incapacitated or partially mentally incapacitated without the right to vote. I understand that giving false information under oath is a misdemeanor, and I understand that it is a felony of the 2nd degree to vote in an election for which I know I am not eligible.

PARA QUE EL VOTANTE LO LLENE: Estoy inscrito como votante en esta subdivisión política y en el precinto en cual estoy intentando a votar y aun no he votado en esta elección (en persona o por correo). Soy residente de esta subdivisión política, no he sido definitivamente declarado culpable de un delito grave o si soy el autor de un delito grave, he cumplido toda mi condena inclusive el periodo de encarcelamiento, la libertad condicional, la libertad vigilada, o he sido indultado. No me han determinado por un juicio final de una corte de la legalización de un testamento, ser totalmente incapacitado mentalmente o parcialmente incapacitado sin el derecho de votar. Entiendo que dar información falsa bajo juramento es un delito menor y también entiendo que es un delito grave de 2° grado votar en una elección sabiendo que no cumplo con los requisitos necesarios.

Last Name / Apellido usual:
First Name / Su nombre de pila: -------PROVISIONAL-------
PEREZ, KARINA GONZALEZ
Middle Name (if any) / Segundo nombre (si tiene):
Former Name / Nombre anterior:

Residence Address: Street Address and Apartment / Domicilio: calle y número de apartamento, Ciudad, Estado y Código Postal. (No incluya el apartado de correos, camino rural, ni dirección comercial.)
DOB:
BS: 5-N~P    PPC: 050.03

[include PO Box, Rural Rt. Or Business Address] / (No incluya el apartado de correos)
Gender: (Optional) / Sexo (Optativo): ☐ Male (Hombre)  ☑ Female (Mujer)

Mailing Address: City, State, and ZIP. If mail can... / correspondencia a su domicilio.
Estado y Código Postal (si es imposible entregarle
Date of Birth: Month, Day, Year / Fecha de nacimiento: mes, día, año
☐☐ / ☐☐ / ☐☐☐☐

TX Driver's License No. or Personal I.D. No. (Issued by Dept of Public Safety) / Número de su licencia de conducir de Texas o de su Cédula de Identidad expedida por el Departamento de Seguridad Pública de Texas).

Social Security No. (last 4 digits required if you do not have a driver's license or I.D. number) / Número de Seguro Social. (Si no tiene licencia, de conducir ni identificación personal, se requiere los últimos 4 números de su seguro social)
XXX-XX-☐☐☐☐

☐ I have not been issued a TX driver's license/ personal identification number or Social Security Number. Yo no tengo una licencia de conducir de Texas/Cédula de identidad personal de Texas ni un Número de Seguro Social.

Check appropriate box: ARE YOU A UNITED STATES CITIZEN? / Marque el cuadro apropiado: Soy ciudadano/a de los Estados Unidos
Yes ☑  NO ☐
Si      No

Signature of Voter / Firma del votante
X Karina Perez

SRBN0134020

ORT00001337

| TO BE COMPLETED BY ELECTION JUDGE: | TO BE COMPLETED BY THE COUNTY VOTER REGISTRAR FOR STATUS |
|---|---|

VOTER PRESENTED ACCEPTABLE FORM OF IDENTIFICATION
☐ Yes  ☐ No

13740

REASON FOR VOTING PROVISIONAL

1. _____ Failed to present acceptable form of identification or voter certificate with exemption.
2. _____ Voter not on list of registered voters.
3. _____ Voter not on list, registered in another precinct.
4. _____ Voter on list of people who voted early by mail, and voter has not cancelled mail ballot application.
5. _____ Voting after 7:00 p.m. due to court order.
6. _____ Voter on list, but registered residence address outside the _____ political subdivision.
7. _____ Other: _____ (Please explain)

Sworn and subscribed to before me this date: _____.

_____
Signature of Election Judge

I, the voter registrar/deputy registrar, did research the records of my office and the following conclusion(s) was made:

FOR VOTERS WHO DID NOT PRESENT ACCEPTABLE PHOTO IDENTIFICATION AT THE POLLING PLACE

1. _____ Voter presented acceptable form of identification within 6 days of election day.
2. _____ Voter met disability exemption within 6 days of election day.
3. _____ Voter executed religious objection affidavit within 6 days of election day.
4. _____ Voter executed natural disaster affidavit within 6 days of election day.
5. _____ Voter did not satisfy identification or affidavit requirements, listed in categories 1-4 above, within 6 days of election day.

FOR VOTERS WHO VOTED PROVISIONALLY FOR OTHER REASONS

6. __X__ Not a registered voter or registration not effective in time for this election. ESS 11/20/13
7. _____ Registered to vote, erroneously listed in wrong precinct.
8. _____ Registered to vote in a different precinct within the county.
9. _____ Information on file indicating applicant completed a voter registration application, but it was never received in the voter registrar's office.
10. _____ Voter erroneously removed from the list.
11. _____ Voter is not registered to vote in _____ political subdivision.
12. _____ Other: _____ (Please explain)

Sandra Braswell                    11/7/13
Signature of Voter Registrar       Date

Action taken by the Early Voting Ballot Board:  ☐ ACCEPTED  ☒ REJECTED    Signature of Ballot Board Judge: _____

ORT00001338

Early Voting List of Provisional Voters (1-04)
Prescribed by Secretary of State
Sections 63.011, 81.002 Texas Election Code

# Early Voting List of Provisional Voters

| Type of Election (Tipo de Elección) | Precinct. No. (Núm. de Precinto) |
|---|---|
| Special | ALL |

| Date of Election (Fecha de la Elección) | Authority Conducting Election (Autoridad Administrando la Elección) |
|---|---|
| Nov. 5, 13 | Collin |

Lucas City Hall
Early Election

## To be Completed by the Election Judge / To be Completed by the Ballot Board Judge

| # | Name of Provisional Voter | Precinct Number | Accepted for Counting | Rejected for Counting |
|---|---|---|---|---|
| 1. | Ruckel, John Charles | 41 | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |
| 6. | | | | |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |
| 11. | | | | |
| 12. | | | | |
| 13. | | | | |
| 14. | | | | |
| 15. | | | | |
| 16. | | | | |
| 17. | | | | |
| 18. | | | | |
| 19. | | | | |
| 20. | | | | |
| 21. | | | | |
| 22. | | | | |
| 23. | | | | |
| 24. | | | | |
| 25. | | | | |

Number of Provisional Ballots in Ballot Box:
(as shown on list)

I certify that the numbers represented above are true and correct as evidenced by my signature.

Signature of Precinct Presiding Judge: _____

Signature of Custodian receiving ballots from Presiding Judge: _____