| AW7-15-53. 9/13 Prescribed by Secretary of State Sec. 63.011, Election Code | Type of Election / Tipo de Elección **Special** | Precinct No. where voted / Núm. de Precinto-lugar de votación **Lucas City Hall 41** | Precinct No. where registered (if known) / Núm. de Precinto-inscrito para votar (si se sabe) **41** | Date of Election / Fecha de la Elección **Nov. 5, 13** | Authority Conducting Election / Autoridad Administrando la Elección **Collin** |

## Affidavit of Provisional Voter (Declaración Jurada de Votante Provisional)

**930625**

TO BE COMPLETED BY VOTER: I am a registered voter of this political subdivision and in the precinct in which I'm attempting to vote and have not already voted in this election (either in person or by mail). I am a resident of this political subdivision, have not been finally convicted of a felony or if a felon, I have completed all of my punishment including any term of incarceration, parole, supervision, period of probation, or I have been pardoned. I have not been determined by a final judgment of a court exercising probate jurisdiction to be totally mentally incapacitated or partially mentally incapacitated without the right to vote. I understand that giving false information under oath is a misdemeanor, and I understand that it is a felony of the 2nd degree to vote in an election for which I know I am not eligible.

PARA QUE EL VOTANTE LO LLENE: Estoy inscrito como votante en esta subdivisión política y en el precinto en cual estoy intentando a votar y aun no he votado en esta elección (en persona o por correo). Soy residente de esta subdivisión política, no he sido definitivamente declarado culpable de un delito grave o si soy el autor de un delito grave, he cumplido toda mi condena inclusive el período de encarcelamiento, la libertad condicional, la libertad supervisada, la libertad vigilada, o he sido indultado. No me han determinado por un juicio final de una corte de la legalización de un testamento, ser totalmente incapacitado mentalmente o parcialmente incapacitado sin el derecho de votar. Entiendo que dar información falsa bajo juramento es un delito menor y también entiendo que es un delito grave de 2° grado votar en una elección sabiendo que no cumplo con los requisitos necesarios.

| Last Name / Apellido usual **Rucke** | First Name / Su nombre de pila **John** | Middle Name (If any) / Segundo nombre (si tiene) **Charles** | Former Name / Nombre anterior |

Residence Address: Street Address and Apartment Number, City, State, and ZIP. If none, describe where you live (Do not include PO Box, Rural Rt. Or Business Address)
Domicilio: calle y número de apartamento, Ciudad, Estado, y Código Postal: A falta de estos datos, describa la localidad de su residencia. (No incluya el apartado de correos, camino rural, ni dirección comercial.)

Gender: (Optional) / Sexo (Optativo)
[X] Male (Hombre)   [ ] Female (Mujer)

Mailing Address: City, State, and ZIP. If mail cannot be delivered to your residence address. / Dirección postal: Ciudad, Estado y Código Postal (si es imposible entregarle correspondencia a su domicilio).

Date of Birth: Month, Day, Year
Fecha de nacimiento: mes, día, año

| TX Driver's License No. or Personal I.D. No. (Issued by Dept of Public Safety) / Número de su licencia de conducir de Texas o de su Cédula de Identidad expedida por el Departamento de Seguridad Publica de Texas). | Social Security No. (last 4 digits required if you do not have a driver's license or I.D. number) / Número de Seguro Social. (Si no tiene licencia, de conducir ni identificación personal, se requiere los últimos 4 números de su seguro social)   **XXX-XX-** | [ ] I have not been issued a TX driver's license/ personal identification number or Social Security Number. Yo no tengo una licencia de conducir de Texas/Cedúla de identidad personal de Texas ni un Número de Seguro Social. |

Check appropriate box: ARE YOU A UNITED STATES CITIZEN?
Marque el cuadro apropiado: Soy ciudadano/a de los Estados Unidos
Yes [X] / Si    NO [ ] / No

**SRBN0134017**

Signature of Voter / Firma del votante
X _[signature]_

ORT00001340

| TO BE COMPLETED BY ELECTION JUDGE: | TO BE COMPLETED BY THE COUNTY VOTER REGISTRAR FOR STATUS: |
|---|---|
| VOTER PRESENTED ACCEPTABLE FORM OF IDENTIFICATION<br>☑ Yes  ☐ No | I, the voter registrar/deputy registrar, did research the records of my office and the following conclusion(s) was made: |

**REASON FOR VOTING PROVISIONAL**

1. ____ Failed to present acceptable form of identification or voter certificate with exemption.
2. ____ Voter not on list of registered voters.
3. ____ Voter not on list, registered in another precinct.
4. ____ Voter on list of people who voted early by mail, and voter has not cancelled mail ballot application.
5. ____ Voting after 7:00 p.m. due to court order.
6. ____ Voter on list, but registered residence address outside the _____ political subdivision.
7. ✓ Other: Registration completed incorrectly (Please explain)

Sworn and subscribed to before me this date: _____

_Signature of Election Judge_

03491

**FOR VOTERS WHO DID NOT PRESENT ACCEPTABLE PHOTO IDENTIFICATION AT THE POLLING PLACE**

1. ____ Voter presented acceptable form of identification within 6 days of election day.
2. ____ Voter met disability exemption within 6 days of election day.
3. ____ Voter executed religious objection affidavit within 6 days of election day.
4. ____ Voter executed natural disaster affidavit within 6 days of election day.
5. ____ Voter did not satisfy identification or affidavit requirements, listed in categories 1-4 above, within 6 days of election day.

**FOR VOTERS WHO VOTED PROVISIONALLY FOR OTHER REASONS**

6. ____ Not a registered voter or registration not effective in time for this election.
7. ____ Registered to vote, erroneously listed in wrong precinct.
8. ____ Registered to vote in a different precinct within the county.
9. ____ Information on file indicating applicant completed a voter registration application, but it was never received in the voter registrar's office.
10. ____ Voter erroneously removed from the list.
11. ____ Voter is not registered to vote in _____ by state political subdivision.
12. X Other: NR Status - lack info needed by state (Please explain)

_Sandra C Braswell_    11/7/13
Signature of Voter Registrar    Date

**Action taken by the Early Voting Ballot Board:** ☐ ACCEPTED  ☒ REJECTED   Signature of Ballot Board Judge: _____

ORT00001341

Early Voting List of Provisional Voters (1-04)
Prescribed by Secretary of State
Sections 63.011, 81.002 Texas Election Code

# Early Voting List of Provisional Voters

| Type of Election (Tipo de Elección) | Precinct. No. (Núm. de Precinto) |
|---|---|
| SPECIAL | DAVIS LIB |
| Date of Election (Fecha de la Elección) | Authority Conducting Election (Autoridad Administrando la Elección) |
| Oct. 23, 2013 | Collin Cty Elections |

| | To be Completed by the Election Judge | | To be Completed by the Ballot Board Judge | |
|---|---|---|---|---|
| | Name of Provisional Voter | Precinct Number | Accepted for Counting | Rejected for Counting |
| 1. | PHILLIS HARRIS Johnson | 72 | | ✓ |
| 2. | Justin ERIK Kirst | 139 | | ✓ |
| 3. | SHAIOING LI | 34 | | ✓ |
| 4. | | | | |
| 5. | | | | |
| 6. | | | | |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |
| 11. | | | | |
| 12. | | | | |
| 13. | | | | |
| 14. | | | | |
| 15. | | | | |
| 16. | | | | |
| 17. | | | | |
| 18. | | | | |
| 19. | | | | |
| 20. | | | | |
| 21. | | | | |
| 22. | | | | |
| 23. | | | | |
| 24. | | | | |
| 25. | | | | |

Number of Provisional Ballots in Ballot Box:
(as shown on list) _____

I certify that the numbers represented above are true and correct as evidenced by my signature.

Signature of Precinct Presiding Judge: _____

Signature of Custodian receiving ballots from Presiding Judge: _____

ORT00001342

| AW7-15- 53, 9/13 Prescribed by Secretary of State Sec. 63.011, Election Code | Type of Election / Tipo de Elección SPECIAL | Precinct No. where voted Núm. de Precinto-lugar de votación DAVIS L.ID. (circled) | Precinct No. where registered (if known) Núm. de Precinto-inscrito para votar (si se sabe) 34 | Date of Election / Fecha de la Elección 10-30-2013 | Authority Conducting Election / Autoridad Administrando la Elección Collin Cty Elections |

## Affidavit of Provisional Voter (Declaración Jurada de Votante Provisional)

1098857

TO BE COMPLETED BY VOTER: I am a registered voter of this political subdivision and in the precinct in which I'm attempting to vote and have not already voted in this election (either in person or by mail). I am a resident of this political subdivision, have not been finally convicted of a felony or if a felon, I have completed all of my punishment including any term of incarceration, parole, supervision, period of probation, or I have been pardoned. I have not been determined by a final judgment of a court exercising probate jurisdiction to be totally mentally incapacitated or partially mentally incapacitated without the right to vote. I understand that giving false information under oath is a misdemeanor, and I understand that it is a felony of the 2nd degree to vote in an election for which I know I am not eligible.

PARA QUE EL VOTANTE LO LLENE: Estoy inscrito como votante en esta subdivisión política y en el precinto en cual estoy intentando a votar y aun no he votado en esta elección (en persona o por correo). Soy residente de esta subdivisión política, no he sido definitivamente declarado culpable de un delito grave o si soy el autor de un delito grave, he cumplido toda mi condena inclusive el periodo de encarcelamiento, la libertad condicional, la libertad supervisada, la libertad vigilada, o he sido indultado. No me han determinado por un juicio final de una corte de la legalización de un testamento, ser totalmente incapacitado mentalmente o parcialmente incapacitado sin el derecho de votar. Entiendo que dar información falsa bajo juramento es un delito menor y también entiendo que es un delito grave de 2° grado votar en una elección sabiendo que no cumplo con los requisitos necesarios.

LI, SHUIQING
8241 FOUNTAIN RIDGE
PLANO, TX 75025
DOB:                  PPC: 034.02
BS: 5-N~P

-----------PROVISIONAL-----------

Middle Name (if any) / Segundo nombre (si tiene)

Former Name / Nombre anterior

If none, describe where you live (Do not include PO Box, Rural Rt. Or Business Address) / estos datos, describa la localidad de su residencia. (No incluya el apartado de correos,

Gender: (Optional) / Sexo (Optativo)
☐ Male (Hombre)   ☒ Female (Mujer)

Date of Birth: Month, Day, Year
Fecha de nacimiento: mes, día, año

TX Driver's License No. or Personal I.D. No. (Issued by Dept of Public Safety)
Número de su licencia de conducir de Texas o de su Cédula de Identidad expedida por el Departamento de Seguridad Publica de Texas).

Social Security No. (last 4 digits required if you do not have a driver's license or I.D. number) / Número de Seguro Social. (Si no tiene licencia, de conducir ni identificación personal, se requiere los últimos 4 números de su seguro social)      XXX-XX-

☐ I have not been issued a TX driver's license/ personal identification number or Social Security Number. Yo no tengo una licencia de conducir de Texas/Cédula de identidad personal de Texas ni un Número de Seguro Social.

Check appropriate box: ARE YOU A UNITED STATES CITIZEN?
Marque el cuadro apropiado: Soy ciudadano/a de los Estados Unidos
Yes ☒    NO ☐
Si        No

CGN013021

Signature of Voter / Firma del votante
X _[signature]_

| TO BE COMPLETED BY ELECTION JUDGE: | TO BE COMPLETED BY THE COUNTY VOTER REGISTRAR FOR STATUS: |
|---|---|
| VOTER PRESENTED ACCEPTABLE FORM OF IDENTIFICATION<br>☐ Yes   ☐ No | I, the voter registrar/deputy registrar, did research the records of my office and the following conclusion(s) was made: |
| REASON FOR VOTING PROVISIONAL | FOR VOTERS WHO DID NOT PRESENT ACCEPTABLE PHOTO IDENTIFICATION AT THE POLLING PLACE |
| 1.\_\_\_\_ Failed to present acceptable form of identification or voter certificate with exemption.<br>2.\_✓\_ Voter not on list of registered voters.<br>3.\_\_\_\_ Voter not on list, registered in another precinct.<br>4.\_\_\_\_ Voter on list of people who voted early by mail, and voter has not cancelled mail ballot application.<br>5.\_\_\_\_ Voting after 7:00 p.m. due to court order.<br>6.\_\_\_\_ Voter on list, but registered residence address outside the _____ political subdivision.<br>7.\_\_\_\_ Other: _____ (Please explain)<br>Sworn and subscribed to before me this date: Oct 30, 2013<br>_Roderick Mills_<br>Signature of Election Judge | 1.\_\_\_\_ Voter presented acceptable form of identification within 6 days of election day.<br>2.\_\_\_\_ Voter met disability exemption within 6 days of election day.<br>3.\_\_\_\_ Voter executed religious objection affidavit within 6 days of election day.<br>4.\_\_\_\_ Voter executed natural disaster affidavit within 6 days of election day.<br>5.\_\_\_\_ Voter did not satisfy identification or affidavit requirements, listed in categories 1-4 above, within 6 days of election day.<br>FOR VOTERS WHO VOTED PROVISIONALLY FOR OTHER REASONS<br>6.\_✓\_ Not a registered voter or registration not effective in time for this election.<br>7.\_\_\_\_ Registered to vote, erroneously listed in wrong precinct.<br>8.\_\_\_\_ Registered to vote in a different precinct within the county.<br>9.\_\_\_\_ Information on file indicating applicant completed a voter registration application, but it was never received in the voter registrar's office.<br>10.\_\_\_\_ Voter erroneously removed from the list.<br>11.\_\_\_\_ Voter is not registered to vote in _____ political subdivision.<br>12.\_\_\_\_ Other: _____ (Please explain)<br>_Cheryl Goena_     11/7/13<br>Signature of Voter Registrar      Date |

Action taken by the Early Voting Ballot Board:   ☐ ACCEPTED   ☒ REJECTED   Signature of Ballot Board Judge: _____

ORT00001344

| AW7-15- 53, 9/13 Prescribed by Secretary of State Sec. 63.011, Election Code | Type of Election / Tipo de Elección  SPECIAL | Precinct No. where voted Núm. de Precinto ~~DAVIS~~ | Precinct No. where registered (if known) Núm. de Precinto-inscrito para votar (si se sabe)  139 | Date of Election / Fecha de la Elección  10-29-2013 | Authority Conducting Election / Autoridad Administrando la Elección  Collin Cty Elections |

**Affidavit of Provisional Voter** (Declaración Jurada de Votante Provisional)     1040551

TO BE COMPLETED BY VOTER: I am a registered voter of this political subdivision and in the precinct in which I'm attempting to vote and have not already voted in this election (either in person or by mail). I am a resident of this political subdivision, have not been finally convicted of a felony or if a felon, I have completed all of my punishment including any term of incarceration, parole, supervision, period of probation, or I have been pardoned. I have not been determined by a final judgment of a court exercising probate jurisdiction to be totally mentally incapacitated or partially mentally incapacitated without the right to vote. I understand that giving false information under oath is a misdemeanor, and I understand that it is a felony of the 2nd degree to vote in an election for which I know I am not eligible.

PARA QUE EL VOTANTE LO LLENE: Estoy inscrito como votante en esta subdivisión política y en el precinto en cual estoy intentando a votar y aun no he votado en esta elección (en persona o por correo). Soy residente de esta subdivisión política, no he sido definitivamente declarado culpable de un delito grave o si soy el autor de un delito grave, he cumplido toda mi condena inclusive el periodo de encarcelamiento, la libertad condicional, la libertad supervisada, la libertad vigilada, o he sido indultado. No me han determinado por un juicio final de una corte de la legalización de un testamento, ser totalmente incapacitado mentalmente o parcialmente incapacitado sin el derecho de votar. Entiendo que dar información falsa bajo juramento es un delito menor y también entiendo que es un delito grave de 2° grado votar en una elección sabiendo que no cumplo con los requisitos necesarios.

Last Name: ----------PROVISIONAL----------
First Name: oila
Middle Name (if any) / Segundo nombre (si tiene)
Former Name / Nombre anterior

Residence / Domicilio:
KIRST, JUSTIN ERIK
2300 KATHRYN 613
PLANO, TX 75025
DOB:        PC: 139.01
Mailing / correo: BS: 1-N~P

If none, describe where you live (Do not include PO Box, Rural Rt. Or Business Address) stos datos, describa la localidad de su residencia. (No incluya el apartado de correos, dence address. / Dirección postal: Ciudad, Estado y Código Postal (si es imposible entregarle

Gender: (Optional) / Sexo (Optativo)
☑ Male (Hombre)    ☐ Female (Mujer)

Date of Birth: Month, Day, Year
Fecha de nacimiento: mes, día, año

TX Driver's License No. or Personal I.D. No. (Issued by Dept of Public Safety) Número de su licencia de conducir de Texas o de su Cédula de Identidad expedida por el Departamento de Seguridad Publica de Texas).

Social Security No. (last 4 digits required if you do not have a driver's license or I.D. number) / Número de Seguro Social. (Si no tiene licencia, de conducir ni identificación personal, se requiere los últimos 4 números de su seguro social)     XXX-XX-

☐ I have not been issued a TX driver's license/ personal Identification number or Social Security Number. Yo no tengo una licencia de conducir de Texas/Cedúla de identidad personal de Texas ni un Número de Seguro Social.

Check appropriate box: ARE YOU A UNITED STATES CITIZEN?
Marque el cuadro apropiado: Soy ciudadano/a de los Estados Unidos

Yes ☑    NO ☐
Si       No

Signature of Voter / Firma del votante
X _[signature]_

CG N013 020

82506

ORT00001345