| TO BE COMPLETED BY ELECTION JUDGE: | TO BE COMPLETED BY THE COUNTY VOTER REGISTRAR FOR STATUS: |
|---|---|
| VOTER PRESENTED ACCEPTABLE FORM OF IDENTIFICATION<br>☑ Yes  ☐ No | I, the voter registrar/deputy registrar, did research the records of my office and the following conclusion(s) was made: |
| REASON FOR VOTING PROVISIONAL | FOR VOTERS WHO DID NOT PRESENT ACCEPTABLE PHOTO IDENTIFICATION AT THE POLLING PLACE |
| 1. ___ Failed to present acceptable form of identification or voter certificate with exemption.<br>2. ✓ Voter not on list of registered voters.<br>3. ___ Voter not on list, registered in another precinct.<br>4. ___ Voter on list of people who voted early by mail, and voter has not cancelled mail ballot application.<br>5. ___ Voting after 7:00 p.m. due to court order.<br>6. ___ Voter on list, but registered residence address outside the _____ political subdivision.<br>7. ___ Other: _____ (Please explain) | 1. ___ Voter presented acceptable form of identification within 6 days of election day.<br>2. ___ Voter met disability exemption within 6 days of election day.<br>3. ___ Voter executed religious objection affidavit within 6 days of election day.<br>4. ___ Voter executed natural disaster affidavit within 6 days of election day.<br>5. ___ Voter did not satisfy identification or affidavit requirements, listed in categories 1-4 above, within 6 days of election day. |
| Sworn and subscribed to before me this date: _____. | FOR VOTERS WHO VOTED PROVISIONALLY FOR OTHER REASONS |
| _____<br>Signature of Election Judge | 6. ___ Not a registered voter or registration not effective in time for this election.<br>7. ___ Registered to vote, erroneously listed in wrong precinct.<br>8. ___ Registered to vote in a different precinct within the county.<br>9. ___ Information on file indicating applicant completed a voter registration application, but it was never received in the voter registrar's office.<br>10. ___ Voter erroneously removed from the list.<br>11. ___ Voter is not registered to vote in _____ political subdivision.<br>12. ✓ Other: _Voter had incomplete regist(Please explain) from last year + never responded to the letter we sent._ |
| Action taken by the Early Voting Ballot Board:  ☐ ACCEPTED  ☑ REJECTED | Signature of Ballot Board Judge: _____ |

ORT00001346

| Field | Value |
|---|---|
| AW7-15-53, 9/13 Prescribed by Secretary of State Sec. 63.011, Election Code | |
| Type of Election / Tipo de Elección | SPECIAL |
| Precinct No. where voted / Núm. de Precinto-lugar de votación | DAVIS L.B. |
| Precinct No. where registered (if known) / Núm. de Precinto-inscrito para votar (si se sabe) | 77 |
| Date of Election / Fecha de la Elección | 10-23-13 |
| Authority Conducting Election / Autoridad Administrando la Elección | Collin Cty Elections |
| | 1097722 |

## Affidavit of Provisional Voter (Declaración Jurada de Votante Provisional)

TO BE COMPLETED BY VOTER: I am a registered voter of this political subdivision and in the precinct in which I'm attempting to vote and have not already voted in this election (either in person or by mail). I am a resident of this political subdivision, have not been finally convicted of a felony or if a felon, I have completed all of my punishment including any term of incarceration, parole, supervision, period of probation, or I have been pardoned. I have not been determined by a final judgment of a court exercising probate jurisdiction to be totally mentally incapacitated or partially mentally incapacitated without the right to vote. I understand that giving false information under oath is a misdemeanor, and I understand that it is a felony of the 2nd degree to vote in an election for which I know I am not eligible.

PARA QUE EL VOTANTE LO LLENE: Estoy inscrito como votante en esta subdivisión política y en el precinto en cual estoy intentando a votar y aun no he votado en esta elección (en persona o por correo). Soy residente de esta subdivisión politica, no he sido definitivamente declarado culpable de un delito grave o si soy el autor de un delito grave, he cumplido toda mi condena inclusive el periodo de encarcelamiento, la libertad condicional, la libertad supervisada, la libertad vigilada, o he sido indultado. No me han determinado por un juicio final de una corte de la legalización de un testamento, ser totalmente incapacitado mentalmente o parcialmente incapacitado sin el derecho de votar. Entiendo que dar información falsa bajo juramento es un delito menor y también entiendo que es un delito grave de 2º grado votar en una elección sabiendo que no cumplo con los requisitos necesarios.

Last Name /Apellido usual | First Name / Su nombre de pila | Middle Name (if any) / Segundo nombre (si tiene) | Former Name / Nombre anterior

Residence: ----------PROVISIONAL----------
JOHNSON, PHILLIS HARRIS
1933 KIESTWOOD
PLANO, TX 75025
DOB:   PPC: 077.02
BS: 5-N~P

Signature: Phillis A. Johnson

Gender: ☐ Male  ☑ Female

TX Driver's / Número de su licencia de conducir de Texas o de su Cédula de Identidad expedida por el Departamento de Seguridad Publica de Texas).

Security No. (last 4 digits required if you do not have a driver's license or I.D. number) XXX-XX-☐☐☐☐

☐ I have not been issued a TX driver's license/ personal identification number or Social Security Number.

Check appropriate box: ARE YOU A UNITED STATES CITIZEN?  Yes ☑  NO ☐

Signature of Voter: X Phillis A. Johnson

CGN013019

42511

ORT00001347

PAVU

| TO BE COMPLETED BY ELECTION JUDGE: | TO BE COMPLETED BY THE COUNTY VOTER REGISTRAR FOR STATUS: |
|---|---|
| VOTER PRESENTED ACCEPTABLE FORM OF IDENTIFICATION<br>☑ Yes  ☐ No | I, the voter registrar/deputy registrar, did research the records of my office and the following conclusion(s) was made: |
| REASON FOR VOTING PROVISIONAL | FOR VOTERS WHO DID NOT PRESENT ACCEPTABLE PHOTO IDENTIFICATION AT THE POLLING PLACE |
| 1._____ Failed to present acceptable form of identification or voter certificate with exemption.<br>2.__✓__ Voter not on list of registered voters.<br>3._____ Voter not on list, registered in another precinct.<br>4._____ Voter on list of people who voted early by mail, and voter has not cancelled mail ballot application.<br>5._____ Voting after 7:00 p.m. due to court order.<br>6._____ Voter on list, but registered residence address outside the _____ political subdivision.<br>7._____ Other: _____ (Please explain) | 1._____ Voter presented acceptable form of identification within 6 days of election day.<br>2._____ Voter met disability exemption within 6 days of election day.<br>3._____ Voter executed religious objection affidavit within 6 days of election day.<br>4._____ Voter executed natural disaster affidavit within 6 days of election day.<br>5._____ Voter did not satisfy identification or affidavit requirements, listed in categories 1-4 above, within 6 days of election day. |
| Sworn and subscribed to before me this date: 23-Oct, 2013<br>_Roderick M U_____<br>Signature of Election Judge | FOR VOTERS WHO VOTED PROVISIONALLY FOR OTHER REASONS<br>6.__✓__ Not a registered voter or registration not effective in time for this election.<br>7._____ Registered to vote, erroneously listed in wrong precinct.<br>8._____ Registered to vote in a different precinct within the county.<br>9._____ Information on file indicating applicant completed a voter registration application, but it was never received in the voter registrar's office.<br>10._____ Voter erroneously removed from the list.<br>11._____ Voter is not registered to vote in _____ political subdivision.<br>12._____ Other: _____ (Please explain)<br><br>_Cheryl Gorena_____  11/7/13<br>Signature of Voter Registrar    Date |
| Action taken by the Early Voting Ballot Board: ☐ ACCEPTED  ☒ REJECTED  Signature of Ballot Board Judge: _____ | |

ORT00001348

Early Voting List of Provisional Voters (1-04)
Prescribed by Secretary of State
Sections 63.011, 81.002 Texas Election Code

# Early Voting List of Provisional Voters

| Type of Election (Tipo de Elección) | Precinct. No. (Núm. de Precinto) |
|---|---|
| [signature] | MSD Oller |
| Date of Election (Fecha de la Elección) | Authority Conducting Election (Autoridad Administrando la Elección) |
| 11-5-13 | Culver County [signature] |

| To be Completed by the Election Judge | | To be Completed by the Ballot Board Judge | |
|---|---|---|---|
| Name of Provisional Voter | Precinct Number | Accepted for Counting | Rejected for Counting |
| 1. Olena Taylor Reid | | | 4 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |
| 6. | | | |
| 7. | | | |
| 8. | | | |
| 9. | | | |
| 10. | | | |
| 11. | | | |
| 12. | | | |
| 13. | | | |
| 14. | | | |
| 15. | | | |
| 16. | | | |
| 17. | | | |
| 18. | | | |
| 19. | | | |
| 20. | | | |
| 21. | | | |
| 22. | | | |
| 23. | | | |
| 24. | | | |
| 25. | | | |

Number of Provisional Ballots in Ballot Box:
(as shown on list)

I certify that the numbers represented above are true and correct as evidenced by my signature.

Signature of Precinct Presiding Judge: [signature]

Signature of Custodian receiving ballots from Presiding Judge: _____

| AW7-15-53, 9/09 | Type of Election *(Tipo de)* | Precinct No. where voted *(Núm.)* | Precinct No. where registered | Date of Election *(Fecha de la Elección)* | Authority Conducting Election *(Autoridad Administrando la Elección)* |
|---|---|---|---|---|---|
| Prescribed by Secretary of State Sec. 63.011, Election Code | Type of Election / Tipo de Elección | Precinct No. where voted / Núm. de Precinto-lugar de votación | Precinct No. where registered (if known) / Núm. de Precinto-inscrito para votar (si se sabe) | Date of Election / Fecha de la Elección | Authority Conducting Election / Autoridad Administrando la Elección |

## Affidavit of Provisional Voter (Declaración Jurada de Votante Provisional)

1098855

TO BE COMPLETED BY VOTER: I am a registered voter of this political subdivision and in the precinct in which I'm attempting to vote and have not already voted in this election (either in person or by mail). I am a resident of this political subdivision, have not been finally convicted of a felony or if a felon, I have completed all of my punishment including any term of incarceration, parole, supervision, period of probation, or I have been pardoned. I have not been determined by a final judgment of a court exercising probate jurisdiction to be totally mentally incapacitated or partially mentally incapacitated without the right to vote. I understand that giving false information under oath is a misdemeanor, and I understand that it is a felony of the 2nd degree to vote in an election for which I know I am not eligible.

PARA QUE EL VOTANTE LO LLENE: Estoy inscrito como votante en esta subdivisión política y en el precinto en cual estoy intentando a votar y aun no he votado en esta elección (en persona o por correo). Soy residente de esta subdivisión política, no he sido definitivamente declarado culpable de un delito grave o si soy el autor de un delito grave, he cumplido toda mi condena inclusive el período de encarcelamiento, la libertad condicional, la libertad supervisada, la libertad vigilada, o he sido indultado. No me han determinado por un juicio final de una corte de la legalización de un testamento, ser totalmente incapacitado mentalmente o parcialmente incapacitado sin el derecho de votar. Entiendo que dar información falsa bajo juramento es un delito menor y también entiendo que es un delito grave de 2° grado votar en una elección sabiendo que no cumplo con los requisitos necesarios.

| Last Name /Apellido usual: REID | First Name / Su nombre de pila: Olena | Middle Name (if any) / Segundo nombre (si tiene): Taylor | Former Name / Nombre anterior: Taylor |
|---|---|---|---|

Residence Address: Street Address and Apartment Number, City, State, and ZIP. If none, describe where you live (Do not include PO Box, Rural Rt. Or Business Address)
Domicilio: calle y número de apartamento, Ciudad, Estado, y Código Postal: A falta de estos datos, describa la localidad de su residencia. (No incluya el apartado de correos, camino rural, ni dirección comercial.)

2605 Stoneleigh Circle, Richardson, TX 75080

Gender: (Optional) / Sexo (Optativo)  ☐ Male (Hombre)   ☑ Female (Mujer)

Mailing Address: City, State, and ZIP. If mail cannot be delivered to your residence address. / Dirección postal: Ciudad, Estado y Código Postal (si es imposible entregarle correspondencia a su domicilio).

SAME AS ABOVE

Date of Birth: Month, Day, Year
Fecha de nacimiento: mes, día, año

TX Driver's License No. or Personal I.D. No. (Issued by Dept of Public Safety)
Número de su licencia de conducir de Texas o de su Cédula de Identidad expedida por el Departamento de Seguridad Publica de Texas): CGN013018

Social Security No. (last 4 digits required if you do not have a driver's license or I.D. number) / Número de Seguro Social. (Si no tiene licencia, de conducir ni identificación personal, se requiere los últimos 4 números de su seguro social)      XXX-XX-

☐ I have not been issued a TX driver's license/ personal identification number or Social Security Number.
Yo no tengo una licencia de conducir de Texas/Cédula de identidad personal de Texas ni un Número de Seguro Social.

Check appropriate box: ARE YOU A UNITED STATES CITIZEN?
Marque el cuadro apropiado: Soy ciudadano/a de los Estados Unidos
Yes ☑   NO ☐
Si         No

Signature of Voter / Firma del votante
X  *Olena Taylor Reid*

ORT00001350

| TO BE COMPLETED BY ELECTION JUDGE: | TO BE COMPLETED BY THE COUNTY VOTER REGISTRAR FOR STATUS: |
|---|---|
| VOTER PRESENTED ACCEPTABLE FORM OF IDENTIFICATION<br>☐ Yes   ☐ No | I, the voter registrar/deputy registrar, did research the records of my office and the following conclusion(s) was made: |
| REASON FOR VOTING PROVISIONAL | FOR VOTERS WHO DID NOT PRESENT ACCEPTABLE PHOTO IDENTIFICATION AT THE POLLING PLACE |
| 1. _____ Failed to present acceptable form of identification or voter certificate with exemption.<br>2. _____ Voter not on list of registered voters.<br>3. _____ Voter not on list, registered in another precinct.<br>4. _____ Voter on list of people who voted early by mail, and voter has not cancelled mail ballot application.<br>5. _____ Voting after 7:00 p.m. due to court order.<br>6. _____ Voter on list, but registered residence address outside the _____ political subdivision _Collin Co_.<br>7. _____ Other: ✓ _registered @ DPS_ (Please explain) _not on list_<br>Sworn and subscribed to before me this date: _Nov. 1, 2013_<br>_[signature]_<br>Signature of Election Judge | 1. _____ Voter presented acceptable form of identification within 6 days of election day.<br>2. _____ Voter met disability exemption within 6 days of election day.<br>3. _____ Voter executed religious objection affidavit within 6 days of election day.<br>4. _____ Voter executed natural disaster affidavit within 6 days of election day.<br>5. _____ Voter did not satisfy identification or affidavit requirements, listed in categories 1-4 above, within 6 days of election day.  **OK**<br>FOR VOTERS WHO VOTED PROVISIONALLY FOR OTHER REASONS<br>6. _____ Not a registered voter or registration not effective in time for this election.<br>7. _____ Registered to vote, erroneously listed in wrong precinct.<br>8. _____ Registered to vote in a different precinct within the county.<br>9. _____ Information on file indicating applicant completed a voter registration application, but it was never received in the voter registrar's office.<br>10. _____ Voter erroneously removed from the list.<br>11. _____ Voter is not registered to vote in _____ political subdivision.<br>12. **X** Other: _Per DPS - registered_ (Please explain)<br>_Sandra C. Braswell_   _11/8/13_<br>Signature of Voter Registrar   Date |

Action taken by the Early Voting Ballot Board:   ☐ ACCEPTED   ☒ REJECTED   Signature of Ballot Board Judge: _[signature]_

ORT00001351