Early Voting List of Provisional Voters (1-04)
Prescribed by Secretary of State
Sections 63.011, 81.002 Texas Election Code

# Early Voting List of Provisional Voters

| Type of Election (Tipo de Elección) | Precinct. No. (Núm. de Precinto) |
|---|---|
| Special & Federal | [illegible] |
| Date of Election (Fecha de la Elección) | Authority Conducting Election (Autoridad Administrando la Elección) |
| 11-5-13 | Callen County |

| | To be Completed by the Election Judge | | To be Completed by the Ballot Board Judge |
|---|---|---|---|
| | Name of Provisional Voter | Precinct Number | Accepted for Counting / Rejected for Counting |
| 1. | Beverly Freda Mindle | 74 | |
| 2. | Daniel M. Greenberg | 115 | |
| 3. | | | |
| 4. | | | |
| 5. | GREENBERG | | |
| 6. | | | |
| 7. | NOT FOUND | | |
| 8. | | | |
| 9. | IN BBC | | |
| 10. | | | |
| 11. | | | |
| 12. | MCK 11/07/13 | | |
| 13. | | | |
| 14. | | | |
| 15. | | | |
| 16. | | | |
| 17. | | | |
| 18. | | | |
| 19. | | | |
| 20. | | | |
| 21. | | | |
| 22. | | | |
| 23. | | | |
| 24. | | | |
| 25. | | | |

Number of Provisional Ballots in Ballot Box:
(as shown on list)

I certify that the numbers represented above are true and correct as evidenced by my signature.

Signature of Precinct Presiding Judge: _[signature]_

Signature of Custodian receiving ballots from Presiding Judge: _____

RENNER
FRANKFORD

----------------------PROVISIONAL----------------------
MINDLE, BEVERLY FREDA
6609 SAWMILL RD
DALLAS, TX 75252
DOB:                    PPC: 074.02
BS: 5-N~P

| AW7-15-53, 9/13 Prescribed by Secretary of State Sec. 63.011, Election Code | Type of Election / Tipo de Elección | Precinct No. where voted Núm. de Precinto-lugar de votación | Precinct No. where registered (if known) Núm. de Precinto-inscrito para votar (si se sabe) | Date of Election / Fecha de la Elección | Authority Conducting Election / Autoridad Administrando la Elección |
|---|---|---|---|---|---|

## Affidavit of Provisional Voter (Declaración Jurada de Votante Provisional)    1098853

TO BE COMPLETED BY VOTER: I am a registered voter of this political subdivision and in the precinct in which I'm attempting to vote and have not already voted in this election (either in person or by mail). I am a resident of this political subdivision, have not been finally convicted of a felony or if a felon, I have completed all of my punishment including any term of incarceration, parole, supervision, period of probation, or I have been pardoned. I have not been determined by a final judgment of a court exercising probate jurisdiction to be totally mentally incapacitated or partially mentally incapacitated without the right to vote. I understand that giving false information under oath is a misdemeanor, and I understand that it is a felony of the 2nd degree to vote in an election for which I know I am not eligible.

PARA QUE EL VOTANTE LO LLENE: Estoy inscrito como votante en esta subdivisión política y en el precinto en cual estoy intentando a votar y aun no he votado en esta elección (en persona o por correo). Soy residente de esta subdivisión política, no he sido definitivamente declarado culpable de un delito grave o si soy el autor de un delito grave, he cumplido toda mi condena inclusive el período de encarcelamiento, la libertad condicional, la libertad supervisada, la libertad vigilada, o he sido indultado. No me han determinado por un juicio final de una corte de la legalización de un testamento, ser totalmente incapacitado mentalmente o parcialmente incapacitado sin el derecho de votar. Entiendo que dar información falsa bajo juramento es un delito menor y también entiendo que es un delito grave de 2° grado votar en una elección sabiendo que no cumplo con los requisitos necesarios.

| Last Name /Apellido usual | First Name / Su nombre de pila | Middle Name (if any) / Segundo nombre (si tiene) | Former Name / Nombre anterior |
|---|---|---|---|
| Mindle | Beverly | Freda | |

Residence Address: Street Address and Apartment Number, City, State, and ZIP. If none, describe where you live (Do not include PO Box, Rural Rt. Or Business Address)
Domicilio: calle y número de apartamento, Ciudad, Estado, y Código Postal: A falta de estos datos, describa la localidad de su residencia. (No incluya el apartado de correos, camino rural, ni dirección comercial.)    6609 Sawmill Rd

Gender: (Optional) / Sexo (Optativo)
☐ Male (Hombre)    ☑ Female (Mujer)

Mailing Address: City, State, and ZIP. If mail cannot be delivered to your residence address. / Dirección postal: Ciudad, Estado y Código Postal (si es imposible entregarle correspondencia a su domicilio).    Dallas, TX, 75252

Date of Birth: Month, Day, Year
Fecha de nacimiento: mes, día, año

| TX Driver's License No. or Personal I.D. No. (Issued by Dept of Public Safety) Número de su licencia de conducir de Texas o de su Cédula de Identidad expedida por el Departamento de Seguridad Publica de Texas). | Social Security No. (last 4 digits required if you do not have a driver's license or I.D. number) / Número de Seguro Social. (Si no tiene licencia, de conducir ni identificación personal, se requiere los últimos 4 números de su seguro social)  XXX-XX-☐☐☐☐ | ☐ I have not been issued a TX driver's license/ personal identification number or Social Security Number. Yo no tengo una licencia de conducir de Texas/Cedúla de identidad personal de Texas ni un Número de Seguro Social. |
|---|---|---|

Check appropriate box: ARE YOU A UNITED STATES CITIZEN?
Marque el cuadro apropiado: Soy ciudadano/a de los Estados Unidos     Yes ☑    NO ☐
                                                                         Si        No

Signature of Voter / Firma del votante
X _Beverly_

CGN013017

ORT00001353

| TO BE COMPLETED BY ELECTION JUDGE: | TO BE COMPLETED BY THE COUNTY VOTER REGISTRAR FOR STATUS: |
|---|---|
| **VOTER PRESENTED ACCEPTABLE FORM OF IDENTIFICATION**<br>☑ Yes  ☐ No | I, the voter registrar/deputy registrar, did research the records of my office and the following conclusion(s) was made: |
| **REASON FOR VOTING PROVISIONAL** | **FOR VOTERS WHO DID NOT PRESENT ACCEPTABLE PHOTO IDENTIFICATION AT THE POLLING PLACE** |
| 1. ___ Failed to present acceptable form of identification or voter certificate with exemption.<br>2. ___ Voter not on list of registered voters.<br>3. ___ Voter not on list, registered in another precinct.<br>4. ___ Voter on list of people who voted early by mail, and voter has not cancelled mail ballot application.<br>5. ___ Voting after 7:00 p.m. due to court order.<br>6. ___ Voter on list, but registered residence address outside the _____ political subdivision.<br>7. ✓ Other: _voter verified address in voter record correct_ (Please explain)<br>Sworn and subscribed to before me this date: _Nov 1, 2013_.<br>_Nancy W. Asher_<br>Signature of Election Judge | 1. ___ Voter presented acceptable form of identification within 6 days of election day.<br>2. ___ Voter met disability exemption within 6 days of election day.<br>3. ___ Voter executed religious objection affidavit within 6 days of election day.<br>4. ___ Voter executed natural disaster affidavit within 6 days of election day.<br>5. ___ Voter did not satisfy identification or affidavit requirements, listed in categories 1-4 above, within 6 days of election day.<br>**FOR VOTERS WHO VOTED PROVISIONALLY FOR OTHER REASONS**<br>6. ✓ Not a registered voter or registration not effective in time for this election.<br>7. ___ Registered to vote, erroneously listed in wrong precinct.<br>8. ___ Registered to vote in a different precinct within the county.<br>9. ___ Information on file indicating applicant completed a voter registration application, but it was never received in the voter registrar's office.<br>10. ___ Voter erroneously removed from the list.<br>11. ___ Voter is not registered to vote in _____ political subdivision.<br>12. ✓ Other: _Not currently registered in Collin County or other Texas county._ (Please explain)<br>_Cheryl Horena_    _11/7/13_<br>Signature of Voter Registrar    Date |

**Action taken by the Early Voting Ballot Board:**  ☐ ACCEPTED  ☒ REJECTED  Signature of Ballot Board Judge: _____

ORT00001354