November 2013 - Constitutional Amendment Election
ED Provisional Voting Statistics

| Location | Certificate | Last Name | First Name | Y | lec io   d e   o es |
|---|---|---|---|---|---|
| Akin Elementary School | 1098802 sheri | Fsitpaw | John William | | Not on list of reg. voters |
| Aldridge Alementary School | 1096331 sheri | Bradstreet | Anne | | DPS |
| Aldridge Alementary School | 1095386 sheri | King | Nara | | Reg. after cut off |
| Allen Municipal Courts Facility | 1098804 sheri | Gould | Theodore Jason | | Not on list of reg. voters |
| Allen Municipal Courts Facility | 1098806 sheri | McIntosh II | Kenneth Wayne | | Not on list of reg. voters |
| Bowman Middle School | 1098808 sheri | Fittz | Heather Nicole | | Not on list of reg. voters |
| Bowman Middle School | 742904 sheri | Berry | Valerie Davis | Y | Voted on wrong ballot |
| Carpenter Park Recreation Center | 1094515 sheri | Albright | Julie M | Y | No ID |
| Carpenter Park Recreation Center | 1098810 sheri | Bonneil-Montgo | Stephany | | DPS |
| Celina ISD Administration Building | 1098814 sheri | Wimmer | Richard Wood | | Not on list of reg. voters |
| Celina ISD Administration Building | 1098816 sheri | Ashworth | Tyler Robert | | Not on list of reg. voters |
| Christ United Methodist Church | 1098828 sheri | Rindlesbach | Mary E | | DPS |
| Christ United Methodist Church | 1098825 sheri | Lim | Priscilla Thay | Y | DPS |
| Christ United Methodist Church | 1098823 sheri | Conrado | Jose Luis | | Not on list of reg. voters |
| Christ United Methodist Church | 1098822 sheri | Gardner | John Howard | | DPS |
| Christ United Methodist Church | 1097712 sheri | Lecrone | Mysti Tooker | | Failed to meet deadline |
| Christ United Methodist Church | 1098709 sheri | Fox | Lynn Marie | | Not on list of reg. voters |
| Christ United Methodist Church | 1098819 sheri | Catalani | Elizabeth Ann | | DPS |
| CC - Higher Education Center | 1098803 cheryl | Bonilla | Behran | | Not on list of reg. voters |
| CC - Central Park Campus | 1098805 cheryl | Bobo | James Michael | | Not on list of reg. voters |
| CC - Central Park Campus | 966944 cheryl | Loya | Juan Rafael | | No ID |
| CC - Preston Ridge | 1098807 cheryl | Allm | Harold Vantress | | Not on list of reg. voters |
| CC Elections Office | 1098813 cheryl | Arellano Jr. | Jesus Marcario | | Not on list of reg. voters |
| CC Elections Office | 1010178 cheryl | McFloyd | Herman | Y | NR |
| Cooper Fitness Center at Craig Ranch | | Leigh | Brittan Coomb | | |
| Cox Elementary School | 1098815 cheryl | Haslip | Thomas Rafael | Y | DPS |
| Cox Elementary School | 1098821 cheryl | Fields | Russell James | | Not on list of reg. voters |
| FC Dallas Stadium | 803500 cheryl | Pappas | Lynn Jean | | On list but registered OC |
| First Baptist Church Farmersville YB | 145997 cheryl | Vamvakas | Betty | | Voted EV |
| First Baptist Church Farmersville YB | | Cooks, Sr | Lester Lavell | | No Affidavit |
| Fowler Middle School | 556321 debbie | Higgins | Betty Jane | | No ID |
| Harrington Library | 199635 cheryl | Workman | Gwendolyn Estelle | Y | Ballot By Mail |

ORT00001376

2:13-cv-193
09/02/2014
DEF0019

November 2013 - Constitutional Amendment Election
ED Provisional Voting Statistics

| Location | ID | Clerk | Last Name | First Name | Y | Reason |
|---|---|---|---|---|---|---|
| Harrington Library | 1098833 | cheryl | Sharma | Rajni Prakash | | Not on list of reg. voters |
| Harrington Library | 972334 | cheryl | Price | Paula Marie | | No ID |
| Harrington Library | 292725 | cheryl | McLaughlin | Robert E. | | Expired ID |
| Harrington Library | 1098851 | cheryl | Herrin | Donnie Gerald | | Not on list of reg. voters |
| Hunt Middle School | 1099144 | cheryl | Macaulay | Donald Willias | | |
| John & Judy Gay Library | 1098811 | carol | Williams | Scott Wesly | | Not on list of reg. voters |
| John & Judy Gay Library | 1096562 | carol | Selvey | Clinton Robert | | Reg. too late |
| John & Judy Gay Library | 1098824 | carol | Watson | Jonathan Andrew | | Not on list of reg. voters |
| John & Judy Gay Library | 1098826 | carol | Hartmann | Lindsey | | Not on list of reg. voters |
| John & Judy Gay Library | 1098827 | carol | Hartmann | Graham Christian | | Not on list of reg. voters |
| Lovejoy ISD Elementary School Gym | 828104 | carol | Presley | Nolan Robert | Y | Ballot By Mail |
| Lovejoy ISD Elementary School Gym | 1098831 | carol | Jacoves | Peter Glenn | | DPS |
| Lovejoy ISD Elementary School Gym | 1055990 | carol | Latorre | Jill Christine | | DPS |
| Lovejoy ISD Elementary School Gym | 1098839 | carol | Elliott | Bradley Thomas | | DPS |
| Lovejoy ISD Elementary School Gym | 376480 | carol | Cline | Thomas Joseph | | DPS |
| Lowry Crossing City Hall | 475523 | | Wood | Paul Alan | Y | Given Wrong Ballot Style |
| Lucas City Hall | 541217 | carol | Guimarin | Edwin Spencer | Y | Ballot By Mail |
| Lucas City Hall | 604730 | carol | Hauchet | Emily Carol | Y | Moved from Parker |
| Maribelle Davis Library | 1098848 | carol | Wang | Yi | | Not on list of reg. voters |
| Maribelle Davis Library | 1098849 | carol | Agastya | Chaitra Bangalore | | Not on list of reg. voters |
| Maribelle Davis Library | 1007549 | carol | Gray | Ronald Maurice II | Y | No ID |
| Mitchell Elementary School | 1098809 | sandy | Brockwell | Michael Wayne | | Not on list of reg. voters |
| Mitchell Elementary School | 1098812 | sandy | Carter | Jennifer Anne | | Not on list of reg. voters |
| Mitchell Elementary School | 952600 | sandy | Gendelman | Arnold Jerome | Y | Ballot By Mail |
| Mitchell Elementary School | 1098817 | sandy | Herrin | Christine Nelle | | Not on list of reg. voters |
| Murphy City Hall | 1096977 | sandy | Baran | Karen A | | Not on list of reg. voters |
| Parker City Hall | 153179 | sandy | Wright | Russell Stephen | Y | Voted wrong ballot style |
| Parker City Hall | 477411 | sandy | Sarah | Diane Proctor | Y | Address Correction |
| Parker City Hall | 595247 | sandy | Redmond | Christy Lynn | Y | Address Correction |
| Parker City Hall | 593712 | sandy | James | Redmond Andrew | Y | Address Correction |
| Parr Library | 1098835 | sandy | Pipkin | Alisa Kletter | | Not on list of reg. voters |
| Plano Senior Center | 389720 | sandy | Macias | Mario G | Y | Ballot By Mail |
| Plano Senior Center | 1098840 | sandy | Cana | Juan Javier Rodriguez | | Not on list of reg. voters |
| Princeton High School | 1098845 | sandy | Simons | Joel Keith | | Not on list of reg. voters |

ORT00001377

November 2013 - Constitutional Amendment Election
ED Provisional Voting Statistics

| Location | ID | Poll Worker | Last Name | First Name | Reason |
|---|---|---|---|---|---|
| Renner-Frankford Library | 1098854 | sandy | Haggett | Jennifer Joyc | Not on list of reg. voters |
| Renner-Frankford Library | 1098852 | sandy | Dodd | Vickie Brown | Not on list of reg. voters |
| Renner-Frankford Library | 1098850 | sandy | Safern | Judith Miriam | Not on list of reg. voters |
| Reynolds Middle School | 1098818 | debbie | Bickham | Erica Lynn | Not on list of reg. voters |
| Reynolds Middle School | 1098820 | debbie | Bastable | Suzanne D | Not on list of reg. voters |
| Rose Haggar Elementary School | 390255 | debbie | Satterthwaite | Gwendolyn W | Doesn't recall voting in PISD |
| Seis Lagos Community Services Assoc. | 1098829 | debbie | Palmer | Monique Dyan | Not on list of reg. voters |
| Seis Lagos Community Services Assoc. | 1098830 | debbie | Palmer | Jason Kirk | Not on list of reg. voters |
| Seis Lagos Community Services Assoc. | 1098832 | debbie | Schiff | Jon Edward | Not on list of reg. voters |
| Suncreek United Methodist Church | 1099450 | debbie | Brown | Larence Travis | DPS |
| Woodcreek Church | 576315 | debbie | Jones | Wanda M | N Expired ID |

12 DPS
7 ID

ORT00001378

| o es | DPS | NO ID |
|---|---|---|
| Not a registered Voter | | |
| | 1 | |
| Reg. Date 10/8 | | |
| Not a registered Voter | | |
| Not a registered Voter | | |
| Not a registered Voter | | |
| Registered Voter | | |
| ID Cured | | 1 y |
| | 1 | |
| Not a registered Voter | | |
| Not a registered Voter | | |
| | 1 | |
| | 1 | |
| Not a registered Voter | | |
| | 1 | |
| Reg. after cut off | | |
| Reg. after cut off | | |
| | 1 | |
| Reg. in Denton Co. | | |
| Not a registered Voter | | |
| | | 1 |
| Reg. in Ft. Bend Co | | |
| Cancelled | | |
| Correction Made to record | | |
| NO Affidavit | | |
| | 1 | |
| Reg. in Harris Co. | | |
| Denton Co Address | | |
| Voted EV | | |
| ==No Affidavit / On List of Person==s Voted | | |
| | | 1 |
| Mail Ballot Cancelled | | |

ORT00001379

November 2013 - Constitutional Amendment Election
ED Provisional Voting Statistics

| | | |
|---|---|---|
| Not a registered Voter | | |
| | 1 | |
| | 1 | |
| Reg. in Tarrant Co. | | |
| NO Affidavit / On List of Persons Voted | | |
| Not a registered Voter | | |
| Not a registered Voter | | |
| Not a registered Voter | | |
| Not a registered Voter | | |
| Not a registered Voter | | |
| Mail Ballot Cancelled | | |
| | 1 | |
| EV Activity | 1 | |
| | 1 | |
| | 1 | |
| Given Corret Ballot Style for Prov. | | |
| Mail Ballot Cancelled | | |
| Reg. Allen ISD | | |
| Not a registered Voter | | |
| Not a registered Voter | | |
| ID cured | 1 | y |
| Not a registered Voter | | |
| Not a registered Voter | | |
| Mail Ballot Cancelled | | |
| Not a registered Voter | | |
| Not a registered Voter | | |
| Registered Voter | | |
| Reg. Plano ISD | | |
| Reg. Plano ISD | | |
| Reg. Plano ISD | | |
| Not a registered Voter | | |
| Mail Ballot Cancelled | | |
| Not a registered Voter | | |
| Not a registered Voter | | |

ORT00001380

November 2013 - Constitutional Amendment Election
ED Provisional Voting Statistics

| | |
|---|---|
| Not a registered Voter | |
| Not a registered Voter | |
| Not a registered Voter | |
| Not a registered Voter | |
| Not a registered Voter | |
| City of Dallas/Plano ISD | |
| Not a registered Voter | |
| Not a registered Voter | |
| Not a registered Voter | |
| Per DPS 11/8/13 - No | 1 |

|   |   |
|---|---|
|   | 1 |
| 12 | 7 |

ORT00001381