


# SENATE RULES

adopted by
82nd LEGISLATURE
January 19, 2011

Senate Resolution No. 36






PX034

## TABLE OF CONTENTS


Preface Statement of Authorization and Precedence ...................... 1

### ARTICLE I
### SENATE OFFICERS AND ELECTIONS

Rule 1.01 Presiding officer of the Senate ..................................... 1
Rule 1.02 President Pro Tempore ............................................... 2
Rule 1.03 Vacancy in the office of Lieutenant Governor ................................................................. 2
Rule 1.04 Officers of the Senate................................................. 3
Rule 1.05 Election of Officers ................................................... 3

### ARTICLE II
### ADMISSION TO SENATE CHAMBER

Rule 2.01 Access to Senate floor ................................................ 4
Rule 2.02 Restrictions on admission ........................................... 4
Rule 2.03 Persons lobbying not admitted ..................................... 5
Rule 2.04 Press correspondents.................................................. 5
Rule 2.05 Forfeiture of admission privilege.................................. 6
Rule 2.06 Exceptions ............................................................ 6
Rule 2.07 Suspension of admission rule....................................... 6

### ARTICLE III
### SENATE DECORUM

Rule 3.01 Persons must be properly attired in Senate Chamber........................................................ 7
Rule 3.02 No eating or drinking in Senate Chamber....................... 7
Rule 3.03 Messages to members ................................................ 7
Rule 3.04 Posters, placards, banners, and signs ............................. 7
Rule 3.05 Applause, outbursts, or demonstrations.......................... 7

Rule 3.06 Punishment for obstructing proceedings ........................ 8

**ARTICLE IV**
**DECORUM AND DEBATE OF MEMBERS OF THE SENATE**

Rule 4.01 Members to address President ..................................... 8
Rule 4.02 Interruption of President ............................................. 9
Rule 4.03 Interruption of member speaking .................................. 9
Rule 4.04 Recognition of members in debate ............................... 12
Rule 4.05 Speaking more than once in single debate ...................... 13
Rule 4.06 Member called to order ............................................. 13
Rule 4.07 Refusal of member called to order to be seated ............................................................... 14
Rule 4.08 Removal of Senator from chair .................................... 14
Rule 4.09 Punishment for misconduct ......................................... 15
Rule 4.10 Bribery ................................................................. 16

**ARTICLE V**
**SENATE PROCEDURAL RULES**
**(Order of Business)**

Rule 5.01 Presiding officer to assume chair ................................ 16
Rule 5.02 Quorum ................................................................ 16
Rule 5.03 Absences ............................................................... 17
Rule 5.04 Call of the Senate .................................................... 18
Rule 5.05 Roll call ................................................................ 20
Rule 5.06 Prayer by chaplain ................................................... 20
Rule 5.07 Reading of journal ................................................... 20
Rule 5.08 Morning call .......................................................... 20
Rule 5.09 Order of considering bills and resolutions ........................ 21
Rule 5.10 House bill days ....................................................... 23
Rule 5.11 Special orders ......................................................... 24
Rule 5.12 Regular order of business ........................................... 25
Rule 5.13 Suspension of the regular order of business ............................................................... 26

Rule 5.14 Intent calendar ........ 27
Rule 5.15 Rulings by President ........ 28

**ARTICLE VI**
**MOTIONS**

Rule 6.01 Motions and their precedence ........ 29
Rule 6.02 Limitation of debate on motions ........ 34
Rule 6.03 Written motions ........ 35
Rule 6.04 Withdrawal of motion ........ 36
Rule 6.05 Motions to fix sum or state time ........ 36
Rule 6.06 Division of question ........ 36
Rule 6.07 Motion to table ........ 37
Rule 6.08 Motions to refer or commit ........ 37
Rule 6.09 Previous question ........ 37
Rule 6.10 Reconsideration ........ 39
Rule 6.11 Spreading motion to reconsider on journal ........ 42
Rule 6.12 Demand for immediate ruling ........ 42
Rule 6.13 Dispense with reading of papers ........ 43
Rule 6.14 Mode of stating and voting upon questions ........ 44
Rule 6.15 When record vote required; calls for yeas and nays ........ 44
Rule 6.16 Members refusing to answer recorded present ........ 46
Rule 6.17 Paired votes ........ 46
Rule 6.18 Lieutenant Governor to give casting vote ........ 46
Rule 6.19 Effect of tie vote when Lieutenant Governor absent ........ 47
Rule 6.20 Vetoed bills ........ 47
Rule 6.21 Adjournment ........ 47
Rule 6.22 Adjournment of Senate for more than three days ........ 49

**ARTICLE VII**
**INTRODUCTION AND PASSAGE OF BILLS**

Rule 7.01 Custodian of bills and resolutions ........ 49
Rule 7.02 Caption Rule ........ 49
Rule 7.03 Announcement of stage of bill ........ 50

Rule 7.04 Filing bills .... 50
Rule 7.05 Introduction and first reading of bills .... 51
Rule 7.06 Referral of bills.... 51
Rule 7.07 Limitations on introduction .... 52
Rule 7.08 Consideration of emergency matters .... 52
Rule 7.09 Analysis of fiscal and other implications of bill or resolution .... 52
Rule 7.10 Format of bills and resolutions reported by committees .... 57
Rule 7.11 Committee substitute bills.... 58
Rule 7.12 Printing of bills.... 59
Rule 7.13 Suspension of rule limiting consideration of bills .... 61
Rule 7.14 Consideration of House bill in lieu of Senate bill on same subject .... 61
Rule 7.15 Germaneness.... 62
Rule 7.16 Amendments to tax bills or sunset bills.... 66
Rule 7.17 Motion to pass a bill to second reading is not necessary.... 66
Rule 7.18 Reading of bill on three several days.... 67
Rule 7.19 Adoption of amendment on third reading.... 67
Rule 7.20 Limitations on appropriations bills .... 68
Rule 7.21 House amendments to Senate bills.... 68
Rule 7.22 Defeated bill .... 69
Rule 7.23 Signing of bills and resolutions by presiding officer.... 69
Rule 7.24 Deadline for report .... 70
Rule 7.25 Limitation on vote .... 70

**ARTICLE VIII**
**PETITIONS AND RESOLUTIONS**

Rule 8.01 Procedural rules .... 70
Rule 8.02 Referral to committee .... 71
Rule 8.03 Congratulatory, memorial, and courtesy resolutions .... 73
Rule 8.04 Defeated resolution .... 73

## ARTICLE IX
## LOCAL BILLS


Rule 9.01 Definition of local bill ........ 73
Rule 9.02 Introduction and consideration of local bills ........ 74
Rule 9.03 Local and uncontested calendar ........ 75
Rule 9.04 Referral to Administration Committee ........ 75
Rule 9.05 Bills and resolutions not qualified for consideration on the local and uncontested calendar ........ 76
Rule 9.06 Bills and resolutions prohibited from placement on the local and uncontested calendar ........ 76
Rule 9.07 Suspension of local calendar rules ........ 76


## ARTICLE X
## AMENDMENTS TO THE CONSTITUTION


Rule 10.01 Joint resolutions subject to rules governing bills ........ 77
Rule 10.02 Votes required to amend on third reading and to pass constitutional amendments ........ 77
Rule 10.03 Failure of joint resolution to be adopted on third reading ........ 78


## ARTICLE XI
## COMMITTEES


Rule 11.01 Appointment of committees ........ 78
Rule 11.02 List of standing committees ........ 78
Rule 11.03 Special committees ........ 79
Rule 11.04 Chair and vice-chair of standing committees and standing subcommittees ........ 80
Rule 11.05 Appointment of subcommittees within a standing committee ........ 80
Rule 11.06 Recommendations of committees ........ 80

Rule 11.07 Rules governing committee procedures .......... 80
Rule 11.08 Record of committee attendance .......... 81
Rule 11.09 Quorum of committee .......... 81
Rule 11.10 Public notice of committee meetings .......... 81
Rule 11.11 Minutes of committee meetings .......... 82
Rule 11.12 Committee reports .......... 83
Rule 11.13 Consideration of bills in committees .......... 84
Rule 11.14 Consideration of House bills .......... 84
Rule 11.15 Votes of committee required to report favorably .......... 85
Rule 11.16 Unfavorable vote of committee .......... 85
Rule 11.17 Minority reports .......... 85
Rule 11.18 Public hearings .......... 86
Rule 11.19 Privileged notice of hearing on specific bills (Tag Rule) .......... 87
Rule 11.20 Subpoena and process .......... 90

**ARTICLE XII**
**CONFERENCE COMMITTEES**

Rule 12.01 Appointment of conference committees .......... 91
Rule 12.02 Instructions to conference committees .......... 91
Rule 12.03 Limitations on conference committee actions .......... 92
Rule 12.04 Conference committees on appropriation bills .......... 93
Rule 12.05 Conference committees on tax bills .......... 94
Rule 12.06 Conference committees on reapportionment bills .......... 94
Rule 12.07 Conference committees on recodification bills .......... 95
Rule 12.08 Suspension of conference committee rules .......... 96
Rule 12.09 Printing and notice of conference committee reports .......... 96
Rule 12.10 Section-by-section analysis .......... 97
Rule 12.11 Enforcement by President .......... 97

## ARTICLE XIII
## COMMITTEE OF THE WHOLE SENATE


Rule 13.01 Resolve into Committee of the Whole Senate .................. 98
Rule 13.02 Chair of Committee of the Whole Senate ........................ 98
Rule 13.03 Right of Lieutenant Governor to debate and vote in Committee of the Whole Senate .................... 98
Rule 13.04 Procedure in Committee of the Whole Senate .................. 98
Rule 13.05 Debate and amendments ............................................. 99


## ARTICLE XIV
## NOMINATIONS BY THE GOVERNOR


Rule 14.01 Referral to committee ................................................ 99
Rule 14.02 Notice rule.............................................................. 99
Rule 14.03 Executive session of committee .................................. 100
Rule 14.04 Report to Governor by Secretary of Senate.................... 100


## ARTICLE XV
## EXECUTIVE SESSIONS


Rule 15.01 Secrecy of executive session ..................................... 101
Rule 15.02 Vote in open session ................................................ 101
Rule 15.03 Senator can disclose own views .................................. 101
Rule 15.04 Violation of secrecy.................................................. 101
Rule 15.05 Report of executive session to be recorded in Senate book ............................................ 102


## ARTICLE XVI
## VOTES REQUIRED TO ADOPT MOTIONS


Rule 16.01 Definitions............................................................ 102
Rule 16.02 Matters requiring unanimous consent ........................... 103
Rule 16.03 Matters requiring vote of four-fifths of members of Senate................................................ 103

Rule 16.04 Matters requiring vote of four-fifths of members present .......... 104
Rule 16.05 Matters requiring vote of two-thirds of members of Senate.......... 104
Rule 16.06 Matters requiring vote of two-thirds of members present .......... 105
Rule 16.07 Matters requiring vote of majority of members of Senate.......... 106
Rule 16.08 Matters requiring vote of majority of members present .......... 107
Rule 16.09 Matters requiring vote when less than a quorum is present .......... 108

**ARTICLE XVII**
**SENATE JOURNAL**

Rule 17.01 Reason for vote.......... 109
Rule 17.02 Journal of Senate.......... 109
Rule 17.03 Return of vetoed Senate bills .......... 110

**ARTICLE XVIII**
**MESSAGES TO AND FROM HOUSE**

Rule 18.01 Messages to the House .......... 111
Rule 18.02 Messages from the House .......... 111

**ARTICLE XIX**
**AGENCY RULES**

Rule 19.01 Referral of agency rules .......... 111
Rule 19.02 Committee action .......... 111

**ARTICLE XX**
**WHEN SENATE RULES ARE SILENT**

Rule 20.01 President of Senate decides question ............................ 112
Rule 20.02 Appeal to Senate ...................................................... 112

**ARTICLE XXI**
**ADOPTION OF RULES**

Rule 21.01 Senate rules ........................................................... 113
Rule 21.02 Joint rules ............................................................... 113

**ARTICLE XXII**
**SUSPENSION, AMENDMENT, OR**
**RESCISSION OF RULES**

Rule 22.01 Senate rules ........................................................... 113
Rule 22.02 Joint rules ............................................................... 113

**APPENDIX** ........................................................................ 114

**INDEX TO RULES OF THE SENATE** .......................................... A-1

## ARTICLE XIII
## COMMITTEE OF THE WHOLE SENATE

### RESOLVE INTO COMMITTEE OF THE WHOLE SENATE

**Rule 13.01.** It shall be in order for the Senate at any time after bills and resolutions have been called to resolve itself into a Committee of the Whole Senate.

**Editorial Note**

A motion to resolve the Senate into a Committee of the Whole immediately requires only a majority vote, inasmuch as it is equivalent to a motion to recess (43 S.J. Reg. 1559 (1933)).

### CHAIR OF COMMITTEE OF THE WHOLE SENATE

**Rule 13.02.** In forming a Committee of the Whole Senate, the President shall leave the chair and shall appoint a chair to preside in committee.

### RIGHT OF LIEUTENANT GOVERNOR TO DEBATE AND VOTE IN COMMITTEE OF THE WHOLE SENATE

**Rule 13.03.** When in Committee of the Whole Senate, the President shall have the right to debate and vote on all questions. (Constitution, Article IV, Section 16)

### PROCEDURE IN COMMITTEE OF THE WHOLE SENATE

**Rule 13.04.** The rules of the Senate, as far as applicable, shall be observed in Committee of the Whole Senate.

### DEBATE AND AMENDMENTS

**Rule 13.05.** Upon a matter being referred to a Committee of the Whole Senate or a subcommittee of a Committee of the Whole Senate, the matter shall be read and debated by clauses, leaving the preamble, if any, to be last considered. The body of the bill shall not be defaced or interlined, but all amendments, noting the page or line, shall be duly entered by the Secretary of the Senate or the clerk of the subcommittee on a separate sheet of paper as the same shall be agreed to by the committee and so reported to the Senate. After the report, the bill shall again be subject to be debated and amended or committed before a question to engross it be taken.

#### Editorial Note

No journal is kept by the Journal Clerk of the proceedings of the Senate when in Committee of the Whole.

## ARTICLE XIV
## NOMINATIONS BY THE GOVERNOR

### REFERRAL TO COMMITTEE

**Rule 14.01.** When nominations shall be sent to the Senate by the Governor, a future day shall be assigned for action thereon, unless the Senate unanimously directs otherwise. They shall be referred directly to either the Committee on Nominations or the standing committee with jurisdiction over the subject matter involved, which shall hold hearings and report its actions directly back to the Senate.

### NOTICE RULE

**Rule 14.02.** Nominations, having been reported out of the Nominations Committee or other appropriately designated standing committee, shall not be acted upon unless the names of the nominees or individual nominee shall have been printed and a copy thereof furnished to each member 24 hours beforehand.