# REGULAR ORDER OF BUSINESS

**Tuesday**
**January 25, 2011**

## SPECIAL ORDER

**SB 14**             Fraser/ Birdwell/ Carona/ Deuell/
                      Duncan/ et al.

Relating to requirements to vote, including presenting proof of identification; providing criminal penalties.



/ww.capitol.state.tx.us/tlodocs/82R/calendars/html/S520110125.htm

TA_002777

PX 036