Election Code Referrals to the
Office of the Attorney General
August 2002 - Present

| COUNTY | ELECTION INVOLVED | SOS DATE | ALLEGATION |
|---|---|---|---|
| Falls | 2002 Municipal Election | 08/28/02 | Allegations of election irregularities |
| Robertson | 2002 General Election | 11/27/02 | Offering to buy or sell official ballot, envelope, or application |
| Liberty | 2002 General Election | 01/08/03 | Criminal irregularities |
| Robertson | 2002 General Election | 04/14/03 | Illegal voting by mail-in |
| Comal | 2004 Primary Election | 07/19/04 | Providing false information on a mail-in ballot application |
| Hardeman | 2004 Primary Election | 09/21/04 | Possession of an official ballot by another |
| Jim Wells | 2004 School District Election | 09/21/04 | Unlawful candidacy, illegal voting, mail-in ballot violations |
| Bowie | 2004 Municipal Election | 10/26/04 | Unlawfully obstructing watcher, unlawfully witnessing application for more than one application, unlawful assistance, security of ballots, ballot boxes and envelopes |
| Hidalgo | 2004 Municipal Election | 11/15/04 | False statement on application, purportedly acting as agent |
| Bee | 2004 General Election | 11/18/04 | Application for a ballot by mail was submitted in the name of a dead person |
| Bee | 2004 General Election | 11/29/04 | Illegal assistance and illegal voting |
| Reeves | 2004 Primary Election | 02/02/05 | Method of returning marked ballot |
| Nueces | 2005 School District Election | 06/08/05 | Method of returning marked ballot, unlawful assistance, assisting voter |
| Hidalgo | 2005 Municipal Election | 06/16/05 | Method of returning marked ballot, unlawful assistance, assisting voter, illegal voting |
| Waller | 2005 Municipal Election | 08/29/05 | Offering to buy or sell official ballot, envelope or application |
| Harris | 2005 Municipal Election | 08/31/05 | Method of returning marked ballot, unlawful assistance, assisting voter, illegal voting |
| Tarrant | 2005 Special Election | 10/31/05 | Unlawfully influencing voter |
| Wharton | 2005 School District Election | 12/08/05 | Illegal voting |
| Dallas | 2005 Constitutional Election | 02/23/06 | Unlawfully accepting voter, failing to secure ballot box |
| Ector | 2006 Primary Election | 03/14/06 | Illegal assistance of voters voting by mail |
| Duval | 2006 Primary Election | 03/16/06 | Unlawful assistance, unlawful buying and selling of ballot materials |
| Duval | 2006 Primary Election | 03/22/06 | Providing false information on a voter registration application |
| Travis | 2004 General Election | 03/27/06 | Illegal voting, providing false information on a voter registration application |
| Hidalgo | 2006 Primary Election | 03/29/06 | Voter not permitted to mark his own mail-in ballot |
| Starr | 2006 Primary Election | 03/30/06 | Illegal voting |
| Culberson | 2006 Primary Election | 04/05/06 | Illegal voting, providing false information on voter registration |
| Brazoria | 2005 Municipal Election | 04/07/06 | Failure to secure ballot box, obstructing poll watchers, unlawfully revealing information before polls closed |
| Frio | 2006 Primary Election | 04/07/06 | Unlawful assistance, illegal voting |
| San Jacinto | 2004 Municipal Election | 04/10/06 | Illegal voting, providing false information on voter registration |
| Colorado | 2005 School District Election | 04/18/06 | Voting irregularities |

6/5/2012

TX_00267740

2:13-cv-193
09/02/2014
DEF0037

Election Code Referrals to the
Office of the Attorney General
August 2002 - Present

| COUNTY | ELECTION INVOLVED | SOS DATE | ALLEGATION |
|---|---|---|---|
| La Salle | 2006 Primary Election | 04/24/06 | Unlawful influence, coercion of a voter |
| Bowie | 2006 Primary Election | 04/27/06 | Obstructing poll watcher, unlawful assistance, witnessing more than one mail-in ballot application |
| Bee | 2006 School District Election | 04/27/06 | Unlawful assistance |
| Dimmit | 2006 Primary Election | 05/03/06 | Illegal voting, forgery |
| Tarrant | 2006 School District Election | 05/15/06 | Unlawful assistance, mail-in ballot and application violations |
| Hidalgo | 2006 School District Election | 06/02/06 | Coercion of a voter, unlawful influence, electioneering |
| Robertson | 2003 Municipal Election | 06/03/06 | Irregularities in the early voting by mail process |
| Shelby | 2006 Municipal Election | 06/03/06 | Coercion of a voter |
| Franklin | 2006 School District Election | 06/05/06 | Provided a campaign flyer, electioneering 100 ft. distance, persuading the voters to vote for the bond proposition |
| Milam | 2006 Primary Election | 06/13/06 | Loitering in a polling place, electioneering |
| Smith | 2006 Municipal Election | 06/29/06 | Unlawful presence by a candidate |
| Smith | 2006 School District Election | 07/10/06 | Unlawfully revealing information before polls close, influencing voter |
| Franklin | 2006 School District Election | 08/11/06 | Illegal voting, illegal registration |
| Kaufman | 2006 School District Election | 08/28/06 | Witnessing more than one mail-in ballot |
| Bandera | 2006 Special Election | 09/11/06 | Unlawful presence by a candidate |
| Tarrant | 2006 Municipal Election | 09/25/06 | Forged signatures on a recall petition |
| Zavala | 2006 General Election | 12/01/06 | Unlawful assistance |
| Refugio | 2006 Primary Election | 12/01/06 | Unlawful assistance |
| Hill | 2006 Special Election | 12/01/06 | Loitering in a polling place, electioneering |
| Waller | 2006 General Election | 12/20/06 | Disenfranchised from voting |
| Bee | 2006 General Election | 01/03/07 | Electioneering |
| Nueces | 2006 School District Election | 05/07/07 | Electioneering by opposing candidate |
| Brown | 2004 Primary Election | 05/17/07 | Falsification of a candidate's application |
| Jefferson | 2007 Constitutional Election | 07/10/07 | Loitering in a polling place, electioneering |
| Hill | 2007 School District and Municipal Election | 07/10/07 | Divulged election results prior to the closing of polls on election day |
| Montgomery | 2007 School District Election | 07/18/07 | Candidate entered election day polling place & remained during the accumulation of votes |
| Harris | 2007 School District Election | 07/18/07 | Pro-bond election materials at the polling place |
| Williamson | 2004 Special Election | 07/30/07 | Illegal voting |

6/5/2012

Page 2

TX_00267741

Election Code Referrals to the
Office of the Attorney General
August 2002 - Present

| COUNTY | ELECTION INVOLVED | SOS DATE | ALLEGATION |
|---|---|---|---|
| Edwards | 2006 General Election | 07/30/07 | Illegal voting, unlawful assistance |
| Starr | 2006 Municipal Election | 07/30/07 | Mail-in ballot violations |
| San Patricio | 2006 Municipal Election | 07/30/07 | Tampering with a governmental record, forgery |
| Kinney | 2006 Special Election | 07/30/07 | Coercion of a public servant |
| Dallas | 2007 Municipal Election | 08/27/07 | Electioneering 100 feet from entrance violation |
| Bosque | 2007 School District Election | 11/30/07 | Illegal voting, unauthorized entry into the ballot box, unlawful influence of voters, and unlawful assistance of voters |
| Starr | 2007 Municipal Election | 01/04/08 | Unlawful assistance |
| Henderson | 2006-2007 Municipal Election | 03/11/08 | Illegal voting |
| Wichita | 2007 Constitutional Election | 03/11/08 | Electioneering and handing out of religious material within 100 feet of the polling place |
| Gillespie | 2008 Primary Election | 03/12/08 | Unlawfully revealing information before polls close |
| Duval | 2008 Primary Election | 05/16/08 | Election irregularities |
| Guadalupe | 2008 Primary Election | 06/09/08 | Loitering in a polling place, electioneering |
| Duval | 2008 Primary Election | 06/16/08 | Unlawful possession of mail-in ballots |
| Parmer | 2008 Municipal Election | 06/18/08 | Unlawfully suggest how voters should cast their ballots |
| Kleberg | 2008 Primary Election | 06/24/08 | Unlawfully influencing voter, and loitering in a polling place |
| Kleberg | 2008 Primary Election | 06/24/08 | Unlawfully loitering in a polling place |
| Webb | 2008 Primary Election | 06/24/08 | Poll watchers prevented from observing the recount in the sheriff run-off |
| Kaufman | 2008 Primary Election | 08/05/08 | Loitering in a polling place, electioneering |
| Hidalgo | 2008 School District Election | 08/19/08 | Illegal voting, bribery, and official misconduct |
| San Patricio | 2008 Municipal Election | 09/15/08 | Unlawful assistance, unlawful possession of mail-in ballot and illegal voting |
| Van Zandt | 2008 General Election | 01/13/09 | Electioneering within 100 ft mark at a polling place |
| Bexar | 2008 General Election | 01/14/09 | Citizen not allowed to to vote by an election worker |
| Hidalgo | 2008 Municipal Election | 01/14/09 | Unlawfully rejecting voters, illegal voting, and unlawfully accepting voters |
| Harris | 2008 Primary & General Elections | 01/14/09 | Deceased voters voting |
| Midland | 2008 Primary Election | 01/28/09 | Election workers suggesting how voters should vote by expressing their preference for particular candidates |
| Denton | 2008 General Election | 02/23/09 | Vote soliciting bribery on the internet (eBay) |
| Harris | 2009 Municipal Election | 05/06/09 | False statement on mail-in ballot application (deceased voters), forgery |
| Henderson | 2009 School District Election | 07/15/09 | Unlawfully witnessing more than one mail-in ballot application |
| Nueces | 2008 Primary Elections | 08/24/09 | Unlawful participation in party affairs |
| Maverick | 2008 Special Election | 08/24/09 | Electioneering |
| Dallas | 2008 Municipal Election | 08/31/09 | Refusing to accept a person for voting |

TX_00267742

Election Code Referrals to the
Office of the Attorney General
August 2002 - Present

| COUNTY | ELECTION INVOLVED | SOS DATE | ALLEGATION |
|---|---|---|---|
| Brown | Undetermined | 12/03/09 | Misuse of state and federal election funds |
| Harris | 2008 School District Election | 12/17/09 | Unlawfully influencing a voter, bribery |
| Robertson | 2009 Municipal Election | 02/01/10 | Unlawfully assisting voter, signing application by witness |
| Dallas | Municipal Election | 03/12/10 | Coercion of a voter |
| Starr | 2006, 2008 Primary Elections | 04/15/10 | Bribery, felons voting, unlwaful delivery of voter registration certificate |
| Trinity | 2010 Primary Election | 04/19/10 | Unlawfully influencing a voter, electioneering, candidate in polling place |
| Dallas | 2010 Primary Election | 04/20/10 | Unlawfully obstructing watcher, illegal voting, unlawful assistance, failure to witness application, unlawfully witnessing more than one application, providing false information on application, possession of mail-in ballots, unlawful assistance, bribery |
| Tarrant | 2010 Primary Election | 04/27/10 | Unlawful assistance |
| Bexar | 2010 Primary Election | 04/29/10 | Unlawfully accepting a voter, unlawfully permitting the deposit of a ballot, and illegal voting |
| Gonzales | 2009 Municipal Election | 05/21/10 | Providing false information on application, possession of mail-in ballots |
| Jim Wells | 2010 Primary Election | 05/21/10 | Illegal voting, signing application by witness-assisting applicant, providing false information on application |
| Runnels | 2010 Special Election | 07/19/10 | Unlawful assistance, unlawfully influecing a voter |
| Hardin | 2010 Primary Election | 07/19/10 | Coercion of candidacy |
| Nueces | 2010 Primary Election | 07/19/10 | Electioneering, tampering with a governmental record |
| Eastland | 2010 Municipal Election | 07/19/10 | Illegal voting |
| Hidalgo | 2010 Municipal Election | 07/21/10 | Coercion of a voter, unlawful assistance, unlawfully accepting or rejecting a voter, and unlawfully obstructing poll watcher |
| Cameron | 2010 Primary Elections | 07/21/10 | Mail in ballot violations, forgery |
| Harris | 2010 General Election | 09/08/10 | False statement on voter registration application, obtaining voter registration applications prior to being deputized, failing to timely deliver voter registration applications, tampering with a governmental record |
| Wilson | 2010 Municipal Election | 09/20/10 | Illegal voting, unlawful assistance |
| Rains | 2010 Primary Election | 09/21/10 | Bribery, coercion of candidacy |
| Caldwell | 2010 Municipal Election | 09/21/10 | Bribery, coercion of candidacy |
| Pecos | 2010 Municipal Election | 09/21/10 | Bribery, coercion of candidacy |
| Bexar | 2010 School District Election | 10/14/10 | Illegal voting |
| San Jacinto | 2010 General Election | 11/09/10 | False statement on voter registration application |

TX_00267743

Election Code Referrals to the
Office of the Attorney General
August 2002 - Present

| COUNTY | ELECTION INVOLVED | SOS DATE | ALLEGATIONS |
|---|---|---|---|
| Hidalgo | 2010 Municipal Election | 11/09/10 | Bribery, unlawful assistance, illegal voting, unlawfully accepting or rejecting voters |
| Cherokee | 2010 General Election | 12/07/10 | Unlawfully influecing a voter, unlawful assistance, and coerceion of a voter |
| Hidalgo | 2010 General Election | 12/07/10 | Unlawfully influecing a voter, unlawful assistance, iilegal voting, and coercion of a voter |
| Hidalgo | 2010 General Election | 12/07/10 | Unlawfully influecing a voter, unlawful assistance, iilegal voting, and coercion of a voter |
| Mongomery | 2010 Special Election | 12/20/10 | False statement on application, illegal voting |
| Multiple | 2010 Special Election | 02/22/11 | Electioneering, unlawfully influecing voter, unlawfully accepting or refusing voter, unlawful assistance, coercion of a public servant or voter |
| Caldwell | 2010 General Election | 03/23/11 | Electioneering |
| Bowie | 2010 General Election | 03/30/11 | Signing application by assistant, providing false information on application, unlawful assistance, tampering with a governmental record. |
| Parker | 2010 Municipal Election | 04/13/11 | Electionerring |
| Brown | 2010 General Election | 04/13/11 | Wrongful delivery of a ballot box key, false information on application for mail in ballot, tampering with a governmental record, mail in ballot issued to voters, voter registration application from unauthroized agent, illegal destruction of election records |
| Refugio | 2010 Municipal Election | 08/17/11 | False statement on a voter registration application, illegal voting |
| Dallas | 2011 Dallas County | 10/04/11 | Bribery |
| Wichita | 2010 Special Election | 11/17/11 | Illegal voting, coercion of a voter |
| Wichita | 2010 Primary Election | 01/05/12 | Perjury, abuse of official capacity |
| San Patricio | 2011 Municipal Election | 01/17/12 | Forgery |
| Comal | 2010 Municipal Election | 02/03/12 | Unlawfully influencing voters, illegal voting |
| Cooke | 2011 Special Election | 02/03/12 | Abuse of official capacity |
| Bowie | Multiple Elections | 02/03/12 | Voting by a convicted felon |
| Angelina | 2010 Primary Election | 03/22/12 | Illegal voting, unlawful participation in party affairs, tampering with a governmental record |
| Travis | 2012 Primary Election | 04/12/12 | Tampering with a governmental record |

TX_00267744

Election Code Referrals to the
Office of the Attorney General
August 2002 - Present

| COUNTY | ELECTION INVOLVED | SOURCE OF REFERRAL | ALLEGATIONS |
|--------|-------------------|--------------------|-------------|
| Liberty | 2005 Special Election | Voter | Election irregularities |
| Caldwell | 2005 School District Election | Other | Bribery |
| McMullen | 2006 Primary Election | Voter | Unauthorized person in central tallying area, unlawfully revealing information before polls close |
| Panola | 2006 Special Election | Other | Official oppression |
| Robertson | 2006 Primary Election | Voter | Irregularities in the early voting by mail process |
| Jefferson | 2006 Primary Election | Other | Failing to secure ballot box |
| Nueces | 2006 Primary Election | Other | Unlawful assistance, unlawfully influencing voter |
| Kleberg | 2006 Primary Election | Other | Improperly assisting voters w/applications |
| Johnson | School District Election | Voter | Election violations and fraud |
| Morris | 2006 Primary Election | Voter | Candidate in the counting area |
| Tarrant | 2006 Primary Election | Voter | Vote harvesting |
| Hidalgo | 2004 Primary Election | Other | Illegal voting |
| Calhoun | 2006 Primary Election | Other | Illegal voting |
| Galveston | 2006 Municipal Election | Voter | Unlawful use of public funds for political advertising |
| Hays | 2006 Special Election | Other | Forgery, tampering with a government document |
| Hidalgo | 2006 Municipal Election | Voter | Official request for election records |
| Dawson | 2006 Primary Election | Other | Illegal signs, perjury by falsifying residency info on candidacy application |
| Hidalgo | 2006 Primary Election | Other | Bribery |
| Comal | 2006 Municipal Election | Voter | Unlawful presence by a candidate |
| Real | School District Election | Voter | Unethical behavior |
| Johnson | 2006 Municipal Election | Voter | Voters not allowed to vote in correct precincts, electioneering |
| Galveston | 2006 Special Election | Voter | Electioneering, and other unspecified election violation |
| Jefferson | 2006 Primary Election | Other | Residence qualification |
| Hays | 2006 Municipal Election | Other | Campaign finance violations, distribution of campaign materials by someone other than candidate |
| Trinity | Undetermined | Other | Bribery |
| Goliad | 2006 Primary Election | Voter | Elections officials unlawfully divulging voter information before close of polling |
| Guadalupe | 2006 Municipal Election | Other | Illegal corporate campaign donations |
| Hidalgo | 2006 School District Election | Voter | Bribery |
| Freestone | Municipal Election | Voter | Bribery |
| Hidalgo | 2006 Primary Election | Other | Utilizing county offices, equipment, and personnel for political purposes |
| Montgomery | 2006 Primary Election | Other | Unlawfully accepting or making campaign donation |

TX_00267745

Election Code Referrals to the
Office of the Attorney General
August 2002 - Present

| COUNTY | ELECTION INVOLVED | SOURCE OF REFERRAL | ALLEGATIONS |
|---|---|---|---|
| Reeves | 2006 Municipal Election | Voter | Failure to publish notice of election, illegal meetings, insufficient and improper voting equipment, improper appointment of elections clerk |
| Galveston | 2006 Primary Election | Other | Mail-in ballot violations |
| Travis | 2004 Primary Election | Voter | Illegal voting in two primaries |
| Nueces | 2006 School District Election | Voter | Unlawful assistance, mail-in ballot and application violations |
| Duval | 2006 School District Election | Voter | Method of returning marked ballot |
| Jefferson | Primary and General Election | Other | Residence qualification |
| Aransas | 2006 General Election | Other | Illegal voting |
| Starr | 2006 General Election | Other | Illegal voting |
| Tom Green | 2006 Primary Election | Other | Contribution and expenditure w/o campaign treasurer |
| Guadalupe | 2006 Primary Election | Other | Voter denied their right to vote |
| Starr | 2006 General Election | Other | Illegal voting |
| Upshur | 2006 General Election | Voter | Election irregularities |
| Nueces | 2007 Municipal Election | Other | Voting site preclearance |
| San Patricio | 2007 Municipal Election | Other | Illegal voting |
| Potter | 2008 Primary Election | Other | Unlawfully accepting campaign donations |
| Webb | 2008 Primary Election | Voter | Campaign finance violations |
| Starr | 2007 School District Election | Other | Voter registration certificates w/o proper identification |
| Polk | 2007 Special Election | Voter | Illegal election |
| Presidio | 2008 Primary Election | Other | Voter registration notifications |
| Titus | 2008 Primary Election | Voter | Using state seal in political advertisement |
| Webb | 2008 Primary Election | Voter | Illegal raffle to generate campaign funds |
| Ector | 2008 Primary Election | Voter | Falsification of candidacy application |
| Harris | 2008 Primary Election | Voter | Violated Texas campaign finance laws by utilizing campaign contributions for the purpose of retaining an attorney for other than authorized purposes |
| Duval | 2008 Primary Election | Voter | Unlawful assistance |
| Jim Wells | 2008 Primary Election | Other | Unlawful possession of mail-in ballot |
| Duval | 2008 Primary Election | Other | Unlawful possession of mail-in ballots |
| Starr | 2008 Primary Election | Other | Illegal voting |
| Bastrop | 2008 Primary Election | Voter | Illegal campaign finance |

TX_00267746

Election Code Referrals to the
Office of the Attorney General
August 2002 - Present

| COUNTY | ELECTION INVOLVED | SOURCE OF REFERRAL | ALLEGATIONS |
|---|---|---|---|
| El Paso | 2008 Primary Election | Other | Campaign finance for district attorney |
| Duval | 2008 Primary Election | Other | Ballot boxes appearing after ballot counting had been completed |
| Dallas | 2008 Primary Election | Voter | Election irregularities |
| LaSalle | 2008 Primary Election | Voter | Election irregularities |
| Bell | 2008 Municipal Election | Other | Coercion against candidacy |
| Dallas | 2008 Primary Election | Voter | Election irregularities |
| Webb | 2008 Primary Election | Voter | Unlawful assistance, illegal voting |
| Falls | 2008 Special Election | Other | Official oppression |
| Robertson | 2008 Municipal Election | Other | Illegal voting, mail-in ballot fraud |
| Calhoun | 2008 Primary Election | Other | Write-in candidacy |
| Duval | 2008 Primary Election | Other | Electioneering within 100 ft mark at a polling place |
| Aransas | 2008 Primary Election | Other | Misrepresentation of identity |
| Travis | 2008 Primary Election | Other | How to gain access to the SOS system which electronic voting results from county elections administrators |
| Live Oak | 2008 Special Election | Voter | Open meetings violations |
| Jim Wells | 2008 Primary Election | Other | Mail-in ballot violations |
| Tom Green | 2008 Primary Election | Other | Campaign finance violations |
| Jasper | 2008 Primary Election | Other | Illegal voting |
| Jefferson | Undetermined | Other | Accepting contributions and fees |
| Duval | 2008 Primary Election | Voter | Voter intimidation and mail-in ballot violations |
| Duval | 2006 Primary Election | Other | Found unopened mail-in ballot during a narcotics search warrant |
| Brewster | 2008 Primary Election | Other | Ballot fraud |
| San Patricio | 2008 Primary Election | Other | Unlawful assistance and unlawful possession of mail-in ballots |
| Falls | 2008 School District Election | Voter | Superintendent and assistant superintendent acting as early voting and voting judge |
| Panola | 2008 Special Election | Voter | Candidate transported student via school bus to court house to vote |
| San Patricio | 2008 Primary Election | Voter | Unlawful assistance and unlawful possession of mail-in ballots |
| Washington | 2008 Primary Election | Voter | Election irregularities |
| Jefferson | 2008 Special Election | Voter | Election misconduct |
| Sabine | 2008 Municipal Election | Voter | Election irregularities |
| Webb | 2008 Primary Election | Voter | Unlawful campaign expenditures |
| Jasper | 2008 Municipal Election | Other | Election irregularities |
| Goliad | 2008 Primary Election | Other | Unlawfully divulged voting results prior to the closing of polls |
| Gillespie | 2008 Primary Election | Other | Illegal voting |
| McMullen | 2008 Primary Election | Other | Elections irregularities |
| Waller | 2008 School District Election | Voter | Use of public funds for political advertisement |
| Parmer | 2008 Municipal Election | Other | Unlawful influence, coercion of a voter |

TX_00267747

Election Code Referrals to the
Office of the Attorney General
August 2002 - Present

| COUNTY | ELECTION INVOLVED | SOURCE OF REFERRAL | ALLEGATIONS |
|---|---|---|---|
| Presidio | 2008 Primary Election | Other | Unlawful assistance with mail-in ballots |
| Starr | 2007 Municipal Election | Other | Convicted felons registered in county and have cast ballots in elections |
| Bowie | 2008 Municipal Election | Voter | Violating residency requirements |
| Duval | 2006 and 2008 Undetermined | Other | Convicted felons voting in 2006 and/or in 2008 |
| Austin | 2006 Primary Election | Other | Separate accounts |
| Cameron | 2008 Elections | Other | Illegal voting |
| Wichita | 2008 General Election | Other | Unlawfully released police reports and narratives on one of the candidates running for sheriff |
| Bexar | 2008 General Election | Voter | Providing false information on a voter registration application |
| Terry | 2008 General Election | Other | Ineligible to hold the office of county clerk |
| Jasper | 2008 General Election | Voter | Unlawful assistance, unlawfully influencing a voter, and illegal voting |
| San Jacinto | 2008 General Election | Voter | Unlawfully prevented from voting |
| Webb | 2008 Primary Election | Other | Solicitation of campaign funds while on duty, selling of campaining fundraiser tickets while on duty and misuse of county employees while on county time |
| Williamson | 2008 General Election | Other | Illegal voting |
| Collin | 2008 Primary Election | Other | Campaign finance violations |
| Polk | 2008 General Election | Other | Death row inmates registering to vote |
| Montgomery | 2008 General Election | Voter | Non-citizen voted in election |
| Harris | 2009 Municipal Election | Other | False statement on mail-in ballot application (deceased voters), forgery |
| Hidalgo | Undetermined | Other | Illegal voting |
| Bowie | Municipal Election | Voter | Residency of candidate |
| Angelina | 2009 School District Election | Voter | Request for state election observers |
| Collin | Municipal Election | Other | Unlawfully rejecting voter, and bribery |
| Jim Wells | 2008 Municipal Election | Voter | Illegal voting, voter impersonations, and convicted felons, mail-in ballot violations |
| Dallas | 2009 School District Election | Voter | Residency of candidate |
| Smith | 2009 Municipal Election | Other | Illegal voting |
| Medina | 2009 Municipal Election | Other | Candidate/elected official may have a criminal history which prevents them from holding office, absentee ballots, voter fraud |
| Bexar | Multiple Primary, General Elections | Other | Illegal voting |
| Hidalgo | 2009 Municipal Election | Voter | Coercion against candidacy |
| Starr | 2006 Primary Election | Voter | Unlawful counting procedures during the recount |
| Webb | 2008 Primary Election | Other | Campaign finance violations |

6/5/2012

TX_00267748

Election Code Referrals to the
Office of the Attorney General
August 2002 - Present

| COUNTY | ELECTION INVOLVED | SOURCE OF REFERRAL | ALLEGATIONS |
|--------|-------------------|--------------------|-------------|
| Hidalgo | 2009 School District Election | Voter | Illegal voting |
| Goliad | 2008 General Election | Voter | Election misconduct |
| Gonzales | 2007, 2008, 2009 Municipal Elections | Voter | Illegal voting, mail-in ballot violations |
| Waller | 2009 Constitutional Election | Voter | Failing to keep voter registrar's office open during polling |
| Dimmit | 2010 Primary Election | Voter | Providing false information on a voter registration application |
| Dallas | 2010 Primary Election | Other | Misrepresentation of identity |
| Eastland | Undetermined | Other | Campaign finance violations |
| Duval | 2010 Primary Election | Other | Providing false information on a mail-in ballot application |
| Starr | 2010 Primary Election | Other | Providing false information on a mail-in ballot application |
| Dimmit | 2010 Primary Election | Voter | Unlawful possession of mail-in ballots, stealing campaign signs |
| Dimmit | 2010 Primary Election | Voter | Candidate loitering in a polling place, electioneering |
| Duval | 2010 Primary Election | Voter | Failing to sign as a witness or assistant on a mail-in ballot application |
| Dimmit | 2010 Primary Election | Other | Campaign workers following the mail carriers |
| Jim Wells | 2010 Primary Election | Other | Unlawful possession of mail-in ballots |
| Jim Wells | 2010 Primary Election | Voter | Unlawful assistance |
| Webb | 2010 Primary Election | Other | Mail-in ballot fraud |
| Jim Wells | 2010 Primary Election | Other | Unlawful assistance |
| Starr | 2010 Primary Election | Other | Unlawful assistance |
| Gregg | 2010 Primary Election | Voter | Candidate with criminal history |
| Starr | 2010 Primary Election | Other | Unlawful possession of 56 mail-in ballots by candidate |
| Austin | 2010 Primary Election | Voter | Coercion of voters |
| Zavala | 2010 Primary Election | Voter | Failure to secure ballot box, unlawfully rejecting voters |
| Brooks | 2010 Primary Election | Voter | Unlawful assistance, illegal voting, and electioneering |
| McMullen | 2010 Primary Election | Other | Falsification of candidacy application |
| Dallas | 2010 Primary Election | Voter | mail-in ballot violations, illegal voting, and poll place violations |
| Williamson | 2010 General Election | Other | Campaign finance violations |
| Navarro | 2010 Primary Election | Other | Mail-in ballot fraud |
| Nueces | 2010 Primary Election | Voter | Unlawfully removing polling place signs |
| Dallas | 2010 Municipal Election | Voter | Unspecified election violations |
| Tarrant | 2010 Municipal Election | Voter | Residency, illegal voting |
| Gonzales | 2010 Municipal Election | Other | Candidate does not live in city, voters not residents |
| Williamson | 2010 Primary Election | Other | Illegal voting |
| Bexar | 2010 Municipal Election | Other | Illegal voting |

TX_00267749

Election Code Referrals to the
Office of the Attorney General
August 2002 - Present

| COUNTY | ELECTION INVOLVED | SOURCE OF REFERRAL | ALLEGATIONS |
|---|---|---|---|
| Refugio | 2010 Municipal Election | Voter | Unspecified election violations |
| Parker | 2010 Municipal Election | Voter | Election irregularities |
| Guadalupe | 2010 Primary Election | Voter | Falsified information on candidacy petition |
| Dallas | 2010 Municipal Election | Voter | Ineligible election judge |
| Tarrant | 2008 General Election | Voter | Unlawful candidacy |
| Bexar | 2010 School District Election | Other | Illegal voting, voter impersonation |
| Fort Bend | 2010 & 2010 Primary Election | Other | Campaign finance violations |
| Dallas | 2010 General Election | Voter | Mail in ballot fraud |
| Harris | 2010 General Election | Other | Mail in ballot application violations |
| Zavala | 2010 General Election | Voter | Mail in ballot violations, in person voting violations |
| Harris | 2010 General Election | Voter | Unlawfully rejecting a voter |
| Cameron | 2010 General Election | Voter | Mail in ballot violations, securing a ballot box |
| Bexar | 2010 School District Election | Other | Misleading campaign literature |
| Bryan | 2010 General Election | Other | Illegal voting (voter impersonation), unlawfully revealing information before polls close, electioneering |
| Bowie | 2010 General Election | Voter | Unlawfully influecing a voter, carrier envelope action by person other than voter, assisting voter, signing application by witness; assisting applicant, unlawfully witnessing application for more than one applicant |
| Brooks | 2010 Primary Election | Other | Bribery |
| Edwards | Multiple Elections | Other | Illegal voting, false statement on candidacy elections |
| Nueces | Undetermined | Voter | Campaign finance violations |
| Maverick | 2010 General Election | Other | Bribery |
| Duval | Undetermined | Voter | Unspecified election violations |
| Bexar | 2010 General Election | Other | Unspecified election violations |
| Titus | Multiple Elections | Other | Mail in ballot violations |
| Kendall | 2012 Primary Election | Other | Campaign finance violations |
| Smith | Undetermined | Other | Discovery of ballot boxes in a county office |
| Webb | 2012 Primary Election | Other | False statement on candidacy application, |
| Shelby | 2012 Municipal Election | Voter | Residency of voters |
| Galveston | 2012 Primary Election | Other | Illegal raffle to generate campaign funds |
| Starr | 2012 Primary Election | Other | Illegal voting (voter impersonation) |
| Duval | 2012 Primary Election | Other | Mail in ballot fraud |
| Dallas | Undetermined | Voter | Received a voter registration card for a voter not living at address |
| Freestone | 2012 Municipal Election | Other | Mail in ballot fraud |

6/5/2012

Page 11

TX_00267750

Election Code Referrals to the
Office of the Attorney General
August 2002 - Present

| COUNTY | ELECTION INVOLVED | *SOURCE OF REFERRAL | ALLEGATIONS |
|---|---|---|---|

\* Referral sources listed as "other" include
those from local district and county
attorneys, local law enforcement (e.g.,
sheriffs and police departments), and local
elections officials.
Voter refers to voters who make direct referrals to our office through the relevant provisions of the Election Code.
\*Referral sources listed as "Voter" include
those from voters who make direct referrals
to the OAG through the relevant provisions
of the Texas Election Code.

6/5/2012

TX_00267751