Election Code Referrals to the
Office of the Attorney General
Charges Pending Resolution

| County* | Defendant | Allegation | Election Involved | Cause Number | Charge(s) | Charging Date | Election Code/Penal Code Provision |
|---|---|---|---|---|---|---|---|
| Hidalgo/Brooks | Jose De Jesus Cano | Illegal voting, bribery, and official misconduct | 2008  School District Election | 09-09-10115-CR | 1 count illegal voting-(1) ineligible voter felon | 09/16/09 | EC 64.012 |
| Hidalgo/Brooks | Lorenzo Antonio Almanza | Illegal voting | 2009 School District Election | 10-03-10343-CR | 2 counts of illegal voting-(3) voter impersonation at polling place | 03/24/10 | E.C. 64.012 |
| Bexar | Mary Comparin | Illegal voting | 2008  General Election | 2011-CR-7939 | 2 counts of illegal voting-(3) voter impersonation | 09/18/11 | E.C. 64.012 |
| Dallas/Rockwall | Sylvia Medrano | Unlawfully obstructing watcher, illegal voting, unlawful assistance, failure to witness application, unlawfully witnessing more than one application, providing false information on application, possession of mail-in ballots, unlawful assistance, bribery | 2010 Primary Election | 2-11-186 | 7 counts of illegal voting-(1) ineligible voter | 03/27/11 | E.C. 64.012 |
| Hidalgo | Jorge Luis Martinez | Unlawfully rejecting voters, illegal voting, and unlawfully accepting voters | 2008 Municipal Election | CR-2623-09-F | 12 counts of illegal voting | 06/24/09 | E.C. 64.012 |
| Henderson/Smith | Frank Ross | Illegal Voting | 2009 Municipal Election | 241-1683-11 | 1 count of Illegal Voting-(1) ineligible voter | 12/14/11 | E.C. 64.012 |
| Montgomery | James Alan Jenkins | False statement on application, illegal voting | 2010 Special Election | 12-03-02579-CR | 1 count of Illegal Voting-(1) ineligible voter | 03/08/12 | E.C. 64.012 |
| Montgomery | Adrian David Heath | False statement on application, illegal voting | 2010 Special Election | 12-03-02580-CR | 1 count of Illegal Voting-(1) ineligible voter | 03/08/12 | E.C. 64.012 |
| Montgomery | Peter Joseph Goeddertz | False statement on application, illegal voting | 2010 Special Election | 12-03-02581-CR | 1 count of Illegal Voting-(1) ineligible voter | 03/08/12 | E.C. 64.012 |
| Montgomery | Sybil Lea Doyle | False statement on application, illegal voting | 2010 Special Election | 12-03-02583-CR | 1 count of Illegal Voting-(1) ineligible voter | 03/08/12 | E.C. 64.012 |
| Montgomery | Thomas Curry | False statement on application, illegal voting | 2010 Special Election | 12-03-02584-CR | 1 count of Illegal Voting-(1) ineligible voter | 03/08/12 | E.C. 64.012 |
| Montgomery | Roberta Margaret Cook | False statement on application, illegal voting | 2010 Special Election | 12-03-02585-CR | 1 count of Illegal Voting-(1) ineligible voter | 03/08/12 | E.C. 64.012 |
| Montgomery | William Mervin Bernstsen | False statement on application, illegal voting | 2010 Special Election | 12-03-02586-CR | 1 count of Illegal Voting-(1) ineligible voter | 03/08/12 | E.C. 64.012 |

* County where offense committed/ County of prosecution

6/5/2012

1

TX_00267733



2:13-cv-193
09/02/2014

DEF0039