| OPENED | COUNTY | CASE TYPE | CASE NAME | SUSPECT |
|---|---|---|---|---|
| 12/12/02 | Robertson | Election Violation | Robertson275 | Redacted |
| 01/21/03 | Liberty | Election Violation | Liberty309 | |
| 01/21/03 | Liberty | Election Violation | Liberty309 | |
| 06/04/03 | Robertson | Election Violation | Webber, Fred | |
| 08/20/04 | Comal | Election Violation | Sanchez | |
| 08/20/04 | Comal | Election Violation | Sanchez | |
| 10/07/04 | Jim Wells | Election Violation | Premont ISD | |
| 10/07/04 | Jim Wells | Election Violation | Premont ISD | |
| 10/07/04 | Jim Wells | Election Violation | Premont ISD | |
| 10/07/04 | Jim Wells | Election Violation | Premont ISD | |
| 10/07/04 | Jim Wells | Election Violation | Premont ISD | |
| 10/26/05 | Bowie | Election Violation | Bowie Co | |
| 10/26/05 | Bowie | Election Violation | Bowie Co | |
| 10/26/05 | Bowie | Election Violation | Bowie Co | |
| 11/15/04 | Hardeman | Election Violation | Hardeman Co | |
| 12/14/04 | Hidalgo | Election Violation | Martinez | |
| 12/14/04 | Hidalgo | Election Violation | Martinez | |
| 12/21/04 | Bee | Election Violation | Ponce | |
| 12/21/04 | Bee | Election Violation | District 35 | |
| 12/28/04 | Bee | Election Violation | A. Garcia | |
| 12/28/04 | Bee | Election Violation | A. Garcia | |
| 04/01/05 | Reeves | Election Violation | Anita Baeza | |
| 04/01/05 | Reeves | Election Violation | Anita Baeza | |
| 06/09/05 | Hidalgo | Election Violation | Elvira Rios | |
| 06/09/05 | Hidalgo | Election Violation | Elvira Rios | |
| 06/09/05 | Hidalgo | Election Violation | Elvira Rios | |

2:13-cv-193
09/02/2014
DEF0040

PX 044

TA_001565

TX_00268954

| ELECTED OFFICIAL | PUBLIC OFFICIAL | POSITION | OAG CASE# | CRIMESTAR# |
|---|---|---|---|---|
| Redacted | | Redacted | 021718275 | |
| | | | 031736309 | |
| | | | 031736309 | |
| | | | 031803018 | |
| | | | 042005264 | 04-000470 |
| | | | 042005264 | 04-000470 |
| | | | 042038695 | 04-000522 |
| | | | 042038695 | 04-000522 |
| | | | 042038695 | 04-000522 |
| | | | 042038695 | 04-000522 |
| | | | 042038695 | 04-000522 |
| | | | 042059188 | 04-000530 |
| | | | 042059188 | 04-000530 |
| | | | 042059188 | 04-000530 |
| | | | 042059196 | 04-000526 |
| | | | 042072496 | 04-000523 |
| | | | 042072496 | 04-000523 |
| | | | 042075218 | 04-000532 |
| | | | 042076950 | 04-000525 |
| | | | 042078618 | 04-000524 |
| | | | 042078618 | 04-000524 |
| | | | 052125846 | 05-100056 |
| | | | 052125846 | 05-100056 |
| | | | 052162559 | 05-100321 |
| | | | 052162559 | 05-100321 |
| | | | 052162559 | 05-100321 |

| CASE AGENT | DATE CLOSED | CASE TRIAL STATUS | SOS DATE | COMPLAINANT |
|---|---|---|---|---|
| | | | | Redacted |
| | 03/31/03 | Closed- Prosecutors Assistance | 11/27/02 | |
| | 03/31/03 | Closed - Prosecutors assistance | 01/08/03 | |
| | 03/31/03 | | | |
| Foust | 07/18/03 | Closed - related to AG# 021718275 & 062294194 | 04/14/03 | |
| Laurel | 02/15/06 | Declined to prosecute | 07/19/04 | |
| Laurel | 02/15/06 | | | |
| Soliz | 02/15/06 | | | |
| Soliz | 02/15/06 | | | |
| Soliz | 02/15/06 | Declined to prosecute | 09/21/04 | |
| Soliz | 02/15/06 | | | |
| Soliz | 02/15/06 | | | |
| Bloodworth | Transferred Out | Resolved | | |
| Bloodworth | Transferred Out | Resolved - Pre Trial Diversion | | |
| Bloodworth | Transferred Out | Resolved | 10/26/04 | |
| Walling | Transferred Out | Resolved | 09/21/04 | |
| Lucas | 11/09/06 | | | |
| Lucas | 11/09/06 | Closed due to insufficient evidence | 11/15/04 | |
| Laurel | Transferred Out | Resolved | 11/29/04 | |
| Soliz | 01/23/08 | Case Opened in error. Melva Ponce Case | | |
| Bloodworth | 10/27/08 | | | |
| Bloodworth | 10/27/08 | No Violation Found | 11/18/04 | |
| Bloodworth | Transferred Out | Resolved | 02/02/05 | |
| Bloodworth | Transferred Out | Resolved | | |
| Cavalier | 02/01/11 | Dismissed 3/6/08 | | |
| Cavalier | 02/01/11 | Dismissed 3/10/08 | | |
| Cavalier | 02/01/11 | Dismissed 4/9/08 | | |

| POSITION | ALLEGATION | ELECTION INVOLVED | GENERAL, PRIMARY OR OTHER |
|---|---|---|---|
| Redacted | Offering to buy or sell official ballot, envelope or application | 2002 General Election | General |
| | Voting Fraud and irregularities | 2002 General Election | General |
| | Illegal voting by mail-in | 2002 General Election | General |
| | Providing false information on a mail-in ballot application | 2004 Primary Election | Primary |
| | Unlawful candidacy, illegal voting, mail-in ballot violations | 2004 School District Election | School District |
| | Unlawfully obstructing watcher, unlawfully witnessing application for more than one application, unlawful assistance, security of ballots, ballot boxes and envelopes | 2004 Primary Election | Primary |
| | Possession of an official ballot by another | 2004 Primary Election | Primary |
| | False statement on application, purportedly acting as agent. | 2004 Municipal Election | Municipal |
| | Illegal assistance and illegal voting | 2004 General Election | General |
| | Application for a ballot by mail was submitted in the name of a dead person | 2004 General Election | General |
| | Method of returning marked ballot | 2004 Primary Election | Primary |

| CONSIDERATION FOR PROSECUTION DATE | ACCEPTED OR DECLINED | SEARCH WARRANT | ARREST DATE |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
| 9/7/2004 | Declined |  |  |
|  |  |  |  |
|  |  |  |  |
| 5/1/2006 | Declined |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
| 8/5/2005 | Accepted |  |  |
| 12/13/2004 | Accepted |  | 06/03/05 |
|  |  |  |  |
| 1/18/2005 | Accepted |  | 05/31/05 |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
| 8/5/2005 | Accepted |  | 01/18/06 |
|  |  |  | 01/15/06 |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |