| ARREST CHARGE | GRAND JURY DATE | INDICTMENT DATE | CAUSE NUMBER |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | 02/17/06 | 02/17/06 | 06M0302-CCL |
| | 02/17/06 | 02/17/06 | 06M0301-CCL |
| | 02/17/06 | 02/17/06 | 06M1309-CCL |
| | | 06/02/05 | 013449 |
| | | | |
| | | 05/27/05 | B-05-2101-0-CR-B |
| | | | |
| | | | |
| | | | |
| | | 01/13/06 | 25,185 |
| | | 01/13/06 | 25,186 |
| | | 05/07/05 | CR0513858E |
| | | 05/07/05 | CR0513860B |
| | | 05/07/05 | 05-19729 |

TA_001570

| INDICTMENT CHARGE | LEVEL OF OFFENSE & PENALTY RANGE | LOCATION | CONVICTION DATE |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| 2 counts possessing an official ballot or offical carrier envelope | | 202nd Judicial District | 7/17/2006 |
| 7 counts possess an official ballot or official carrier envelope | | 202nd Judicial District | 7/17/2006 |
| 7 counts of possessing an official ballot or carrier envelope of another | | 202nd Judicial District | 7/17/2006 |
| 6 counts of election fraud | | 46th Judicial District Court | 11/4/2005 |
| | | | |
| 1 count of attempted illegal voting | Class A Misdemeaner - 1 year in jail, $4,000 fine. | 156th District | 7/26/2005 |
| | | | |
| | | | |
| 4 counts of illegally possessing ballots | Class B Misdemeanor - 180 days jail, $2000 fine | 143rd District Court | 6/27/2006 |
| 5 counts of illegally possessing ballots | Class B Misdemeanor - 180 days jail, $2000 fine | 143rd District Court | 8/28/2006 |
| 1 count of possessing an offical ballot or carrier envelope of another | | 275th Judicial District | 3/6/2008 |
| 3 counts of assisting voter, and 2 counts of knowingly possessing ballot or official carrier envelope of another | Class A misdemeanor - 1 year jail, $4000 fine | 275th Judicial District | 3/10/2008 |
| 1 count of assisting voter, 1 count of failure to enter defendants information on official carrier envelope and 1 count of knowingly possessing ballot or official carrier envelope of another | Class A misdemeanor - 1 year jail, $4000 fine | 275th Judicial District | 4/9/2008 |

TA_001571

TX_00268960

| CONVICTION CHARGE | PLEA BARGAIN OR JURY TRIAL | SENTENCING DATE | SENTENCE |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| Possessing an Official Ballot or Carrier Envelope of Another | Plea | | 6 months deferred adjudication, $200 fine |
| Possessing an Official Ballot or Carrier Envelope of Another | | | 6 months pre-trial diversion |
| Possessing an Official Ballot or Carrier Envelope of Another | Plea | | 8 months deferred adjudication, $200 fine |
| 1 count possesion of official ballot or carrier envelope of another | Plea | | 2 years probation, $2000 fine |
| | | | |
| Attempted Illegal Voting | Plea | 7/26/05 | 2 years deferred adjudication, $1,500 fine with $500 probated |
| | | | |
| | | | |
| 4 counts of possession of an official ballot or official carrier envelope or another | Jury | | 10 days jail probated for 6 months probation |
| 5 counts of illegally possessing and transporting ballots for another person. | Plea | | 6 months pre-trial diversion |
| Dismissed | | | |
| Dismissed | | | |
| Dismissed | | | |

TA_001572

TX_00268961

| ATTORNEY |
| --- |
| David Garza |
| David Garza |
| |
| |
| |
| |
| |
| |
| |
| Tatum |
| Tatum |
| |
| Tatum |
| White |
| |
| White |
| |
| |
| |
| Tatum |
| Tatum |
| |
| |
| |

TX_00268962

| OPENED | COUNTY | CASE TYPE | CASE NAME | SUSPECT |
|--------|--------|-----------|-----------|---------|
| | | | | Redacted |
| 06/09/05 | Hidalgo | Election Violation | Elvira Rios | |
| 06/09/05 | Hidalgo | Election Violation | Elvira Rios | |
| 06/09/05 | Hidalgo | Election Violation | Elvira Rios | |
| 06/09/05 | Hidalgo | Election Violation | Elvira Rios | |
| 06/09/05 | Hidalgo | Election Violation | Elvira Rios | |
| 06/09/05 | Hidalgo | Election Violation | Elvira Rios | |
| 06/09/05 | Hidalgo | Election Violation | Elvira Rios | |
| 06/22/05 | Nueces | Election Violation | Robstown ISD | |
| 06/22/05 | Nueces | Election Violation | Robstown ISD | |
| 06/22/05 | Nueces | Election Violation | Robstown ISD | |
| 06/22/05 | Nueces | Election Violation | Robstown ISD | |
| 06/23/05 | Caldwell | Election Violation | Lockhart ISD | |
| 09/15/05 | Harris | Election Violation | R Trevino | |
| 09/15/05 | Harris | Election Violation | R Trevino | |
| 09/15/05 | Harris | Election Violation | R Trevino | |
| 09/15/05 | Harris | Election Violation | R Trevino | |
| 09/15/05 | Harris | Election Violation | R Trevino | |
| 09/15/05 | Harris | Election Violation | R Trevino | |
| 09/15/05 | Harris | Election Violation | R Trevino | |
| 09/15/05 | Harris | Election Violation | R Trevino | |
| 09/15/05 | Harris | Election Violation | R Trevino | |
| 09/15/05 | Harris | Election Violation | R Trevino | |
| 09/15/05 | Harris | Election Violation | R Trevino | |
| 09/15/05 | Harris | Election Violation | R Trevino | |
| 09/15/05 | Waller | Election Violation | Keith Woods | |
| 11/10/05 | Tarrant | Election Violation | Travis White | |

TA_001574