| ELECTED OFFICIAL | PUBLIC OFFICIAL | POSITION | OAG CASE# | CRIMESTAR# |
|---|---|---|---|---|
| Redacted | | | 052162559 | 05-100321 |
| | | | 052162559 | 05-100321 |
| | | | 052162559 | 05-100321 |
| | | | 052162559 | 05-100321 |
| | | | 052162559 | 05-100321 |
| | | | 052162559 | 05-100321 |
| | | | 052162559 | 05-100321 |
| | | | 052167392 | 05-100135 |
| | | | 052167392 | 05-100135 |
| | | | 052167392 | 05-100135 |
| | | | 052167392 | 05-100135 |
| | Redacted | | 052167921 | 05-100191 |
| | | | 052209145 | 05-100318 |
| | | | 052209145 | 05-100318 |
| | | | 052209145 | 05-100318 |
| | | | 052209145 | 05-100318 |
| | | | 052209145 | 05-100318 |
| | | | 052209145 | 05-100318 |
| | | | 052209145 | 05-100318 |
| | | | 052209145 | 05-100318 |
| | | | 052209145 | 05-100318 |
| | | | 052209145 | 05-100318 |
| | | | 052209145 | 05-100318 |
| | | | 052209145 | 05-100318 |
| | | | 052209152 | 05-100265 |
| | | | 052243854 | 05-100285 |

TA_001575

| CASE AGENT | DATE CLOSED | CASE TRIAL STATUS | SOS DATE | COMPLAINANT |
|---|---|---|---|---|
| | | | | Redacted |
| Cavalier | 02/01/11 | Dismissed by DA 4/12/06 | | |
| Cavalier | 02/01/11 | Dismissed by DA 8/14/08 | | |
| Cavalier | 02/01/11 | Dismissed 10/31/08 | 06/16/05 | |
| Cavalier | 02/01/11 | Dismissed 11/18/08 | | |
| Cavalier | 02/01/11 | 2 years deferred probation | | |
| Cavalier | 02/01/11 | | | |
| Cavalier | 02/01/11 | | | |
| Wray | Transferred Out | Resolved | | |
| Wray | Transferred Out | Resolved | | |
| Wray | Transferred Out | Resolved | | |
| Wray | Transferred Out | Resolved | 06/08/05 | |
| Guajardo | 03/01/06 | Closed - No Offense Found | Other | |
| Stringer | 04/06/09 | | | |
| Stringer | 04/06/09 | | | |
| Stringer | 04/06/09 | | | |
| Stringer | 04/06/09 | | | |
| Stringer | 04/06/09 | | | |
| Stringer | 04/06/09 | | | |
| Stringer | 04/06/09 | | | |
| Stringer | 04/06/09 | Referred to AAG Will Tatum on 4/18/06. Letters Sent 8/2/07 Case to be closed | 08/31/05 | |
| Stringer | 04/06/09 | | | |
| Stringer | 04/06/09 | | | |
| Stringer | 04/06/09 | | | |
| Stringer | 04/06/09 | | | |
| Cavalier | 02/15/06 | Declined to prosecute | 08/29/05 | |
| Bloodworth | 09/28/06 | Declined to prosecute | 10/31/05 | |

TA_001576

TX_00268965

| POSITION | ALLEGATION | ELECTION INVOLVED | GENERAL, PRIMARY OR OTHER |
|---|---|---|---|
| Redacted | | | |
| | | | |
| | Method of returning marked ballot, unlawful assistance, assisting voter, illegal voting | 2005 Municipal Election | Other |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | Method of returning marked ballot, unlawful assistance, assisting voter | 2005 School District Election | Other |
| | Bribery | 2005 School District Election | Other |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | Method of returning marked ballot, unlawful assistance, assisting voter, illegal voting | 2005 Municipal Election | Municipal |
| | | | |
| | | | |
| | Offering to buy or sell official ballot, envelope or application | 2005 Municipal Election | Municipal |
| Citizen | Unlawfully influencing voter | 2005 Special Election | Other |

TA_001577

| CONSIDERATION FOR PROSECUTION DATE | ACCEPTED OR DECLINED | SEARCH WARRANT | ARREST DATE |
|---|---|---|---|
| | | | |
| | | | |
| 12/10/2005 | Accepted | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| 10/4/2005 | Accepted | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| 3/6/2006 | Accepted | | |
| | | | |
| | | | |
| | | | |
| | Declined | | |
| | Declined | | |

TA_001578

| ARREST CHARGE | GRAND JURY DATE | INDICTMENT DATE | CAUSE NUMBER |
|---|---|---|---|
| | | 05/07/05 | 05-19740 |
| | | 05/07/05 | 05-19735 |
| | | 05/07/05 | CR0513859A |
| | | 05/07/05 | CR0513862E |
| | | 05/07/05 | 05-19753 |
| | | 05/07/05 | 05-19418 |
| | | 05/07/05 | CR0513861D |
| | | 12/15/05 | 05-CR-9805-4 |
| | | 12/15/05 | 05-CR-9808-3 |
| | | 12/15/05 | 05-CR-9806-4 |
| | | 12/15/05 | 05-CR-9807-1 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

TA_001579