| INDICTMENT CHARGE | LEVEL OF OFFENSE & PENALTY RANGE | LOCATION | CONVICTION DATE |
|---|---|---|---|
| 1 count of offering to buy or sell official ballot , carrier envelope or application for early voting mail ballot | | 275th Judicial District | 4/12/2008 |
| 3 counts of knowingly possessing ballot or official carrier envelope of another | Class B misdeameanor - 180 days jail, $1000 fine | 275th Judicial District | 8/14/2008 |
| 1 count of assisting voter and 1 count of failing to enter defendant  information on official carrier envelope and 1 count of possession of ballot or carrier envelope of another | Class B misdeameanor - 180 days jail, $1000 fine | 275th Judicial District | 10/31/2008 |
| 6 counts of assisting voter, 1 count of improper preperation of carrier envelope,  13 counts of possessing official ballot or carrier envelope of another | | 275th Judicial District | 11/18/2008 |
| 2 counts of Knowingly Possessing Ballot or Official Carrier Envelope of Another. | Class B misdcamcanor - 180 days jail, $1000 fine | 275th Judicial District | |
| 1 count of False entry in a governmental record. | Class A misdemeanor - 1 year jail, $4000 fine | 275th Judicial District | |
| 2 counts of Assisting Voter and 2 counts of knowingly possessing ballot of official carrier envelope of another | Class A misdemeanor - 1 year jail, $4000 fine | 275th Judicial District | |
| 1 counts of possessing an official ballot or carrier envelope of another | Class B Misdemeanor - 180 days jail, $2000 fine | County Court #4 | 3/22/2006 |
| 2 counts of possessing an official ballot or carrier envelope of another | Class B Misdemeanor - 180 days jail, $2000 fine | County Court #3 | 3/22/2006 |
| 4 counts of possessing an official ballot or carrier envelope of another | Class B Misdemeanor - 180 days jail, $2000 fine | County Court #4 | 3/22/2006 |
| 1 counts respectively of illegally possessing an official carrier envelope of another | Class B Misdemeanor - 180 days jail, $2000 finc | County Court #1 | 5/4/2006 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

TA_001580

| CONVICTION CHARGE | PLEA BARGAIN OR JURY TRIAL | SENTENCING DATE | SENTENCE |
|---|---|---|---|
| Dismissed | | | |
| Dismissed | | | |
| Dismissed | | | |
| Dismissed | | | |
| 2 years deferred probation | | | |
| | | | |
| | | | |
| 1 count of possessing an official ballot or carrier envelope of another | Plea | | 1 year pre-trial deversion., can not campaign until course in election law is taken |
| 2 counts of possessing an official ballot or carrier envelope of another | Plea | | 1 year deferred adjudication., can not campaign until course in election law is taken |
| 4 counts of possessing an official ballot or carrier envelope of another | Plea | | 1 year pre-trial deversion., can not campaign until course in election law is taken |
| 1 count of illegally possessing an official carrier envelope of another. | Plea | | 1 year deferred adjudication, $500 fine, prohibited from assisting filling out/ completing application for early ballot by mail |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

TA_001581

TX_00268970

| ATTORNEY |
| --- |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
| Kutnick |
| Kutnick |
| Kutnick |
| Kutnick |
|  |
|  |
|  |
|  |
|  |
|  |
| Tatum |
|  |
|  |
|  |
| Tatum |

TA_001582

TX_00268971

| OPENED | COUNTY | CASE TYPE | CASE NAME | SUSPECT |
|---|---|---|---|---|
| 01/05/06 | Wharton | Election Violation | El Campo ISD | Redacted |
| 01/05/06 | Wharton | Election Violation | El Campo ISD | |
| 01/05/06 | Wharton | Election Violation | El Campo ISD | |
| 01/05/06 | Wharton | Election Violation | El Campo ISD | |
| 01/05/06 | Wharton | Election Violation | El Campo ISD | |
| 01/05/06 | Wharton | Election Violation | El Campo ISD | |
| 01/05/06 | Wharton | Election Violation | El Campo ISD | |
| 01/05/06 | Wharton | Election Violation | El Campo ISD | |
| 01/05/06 | Wharton | Election Violation | El Campo ISD | |
| 01/05/06 | Wharton | Election Violation | El Campo ISD | |
| 01/05/06 | Wharton | Election Violation | El Campo ISD | |
| 01/05/06 | Wharton | Election Violation | El Campo ISD | |
| 01/05/06 | Wharton | Election Violation | El Campo ISD | |
| 01/05/06 | Wharton | Election Violation | El Campo ISD | |
| 01/05/06 | Wharton | Election Violation | El Campo ISD | |
| 01/05/06 | Wharton | Election Violation | El Campo ISD | |
| 01/05/06 | Wharton | Election Violation | El Campo ISD | |
| 01/05/06 | Wharton | Election Violation | El Campo ISD | |
| 01/05/06 | Wharton | Election Violation | El Campo ISD | |
| 01/05/06 | Wharton | Election Violation | El Campo ISD | |
| 02/21/06 | Panola | Election Violation | Panola | |
| 02/21/06 | Panola | Election Violation | Panola | |
| 02/21/06 | Panola | Election Violation | Panola | |
| 02/21/06 | McMullen | Election Violation | McMullen Co. | |
| 02/21/06 | McMullen | Election Violation | McMullen Co. | |
| 03/01/06 | Robertson | Election Violation | Workman | |
| 03/01/06 | Robertson | Election Violation | Workman | |
| 03/01/06 | Robertson | Election Violation | Workman | |
| 03/01/06 | Robertson | Election Violation | Workman | |
| 03/01/06 | Robertson | Election Violation | Workman | |
| 03/01/06 | Robertson | Election Violation | Workman | |
| 03/03/06 | Jefferson | Election Violation | Jefferson County | |
| 03/08/06 | Nueces | Election Violation | Flores | |
| 03/08/06 | Kleberg | Election Violation | Kleberg | |
| 03/17/06 | Hidalgo | Election Violation | Navarro | |
| 03/17/06 | Tarrant | Election Violation | Tarrant | |
| 03/17/06 | Starr | Election Violation | Montalvo | |
| 03/17/06 | Starr | Election Violation | Montalvo | |
| 03/17/06 | Starr | Election Violation | Montalvo | |
| 03/17/06 | Starr | Election Violation | Montalvo | |
| 03/17/06 | Starr | Election Violation | Montalvo | |
| 03/20/06 | Hidalgo | Election Violation | Hidalgo Co | |

TA_001583

TX_00268972

| ELECTED OFFICIAL | PUBLIC OFFICIAL | POSITION | OAG CASE# | CRIMESTAR# |
|---|---|---|---|---|
| Redacted | Redacted | Redacted | 062267489 | 06-100012 |
| | | | 062267489 | 06-100012 |
| | | | 062267489 | 06-100012 |
| | | | 062267489 | 06-100012 |
| | | | 062267489 | 06-100012 |
| | | | 062267489 | 06-100012 |
| | | | 062267489 | 06-100012 |
| | | | 062267489 | 06-100012 |
| | | | 062267489 | 06-100012 |
| | | | 062267489 | 06-100012 |
| | | | 062267489 | 06-100012 |
| | | | 062267489 | 06-100012 |
| | | | 062267489 | 06-100012 |
| | | | 062267489 | 06-100012 |
| | | | 062267489 | 06-100012 |
| | | | 062267489 | 06-100012 |
| | | | 062267489 | 06-100012 |
| | | | 062267489 | 06-100012 |
| | | | 062267489 | 06-100012 |
| | | | 062288469 | 06-30011 |
| | | | 062288469 | 06-30011 |
| | | | 062288469 | 06-30011 |
| | | | 062288485 | 06-100151 |
| | | | 062288485 | 06-100151 |
| | | | 062294194 | 06-100103 |
| | | | 062294194 | 06-100103 |
| | | | 062294194 | 06-100103 |
| | | | 062294194 | 06-100103 |
| | | | 062294194 | 06-100103 |
| | | | 062294194 | 06-100103 |
| | | | 062294731 | 06-100172 |
| | | | 062295407 | 06-30215; 06-30008; 06-31193; 06-100160 |
| | | | 062295415 | 06-30220 |
| | | | 062297171 | 06-30244 |
| | | | 062297189 | 06-100119 - 06-30249 |
| | | | 062297197 | 06-30250; 08-300995 |
| | | | 062297197 | 06-30250; 08-300995 |
| | | | 062297197 | 06-30250; 08-300995 |
| | | | 062297197 | 06-30250; 08-300995 |
| | | | 062297197 | 06-30250; 08-300995 |
| | | | 062299086 | 06-100288 |

TA_001584

TX_00268973