| CASE AGENT | DATE CLOSED | CASE TRIAL STATUS | SOS DATE | COMPLAINANT |
|---|---|---|---|---|
| Stringer | 02/05/08 | | | Redacted |
| Stringer | 02/05/08 | | | |
| Stringer | 02/05/08 | | | |
| Stringer | 02/05/08 | | | |
| Stringer | 02/05/08 | | | |
| Stringer | 02/05/08 | | | |
| Stringer | 02/05/08 | | | |
| Stringer | 02/05/08 | | | |
| Stringer | 02/05/08 | | | |
| Stringer | 02/05/08 | | | |
| Stringer | 02/05/08 | | | |
| Stringer | 02/05/08 | | | |
| Stringer | 02/05/08 | | | |
| Stringer | 02/05/08 | Case referred Will Tatum on 5/18/2006. Letter sent 8/7/07 | 12/08/05 | |
| Stringer | 02/05/08 | | | |
| Stringer | 02/05/08 | | | |
| Stringer | 02/05/08 | | | |
| Stringer | 02/05/08 | | | |
| Stringer | 02/05/08 | | | |
| Cavalier | 06/11/10 | Indicted : Dismissed | Other | |
| Cavalier | 06/11/10 | | | |
| Cavalier | 06/11/10 | | | |
| Guajardo | 09/28/06 | | | |
| Guajardo | 09/28/06 | Closed; Allegations unfounded | Voter | |
| Stringer | 02/05/08 | Declined to prosecute  06-30777 | Voter | |
| Stringer | 02/05/08 | | | |
| Stringer | 02/05/08 | | | |
| Stringer | 02/05/08 | | | |
| Stringer | 02/05/08 | | | |
| Stringer | 02/05/08 | | | |
| Cavalier | 05/19/06 | Declined to prosecute | Other | |
| Soliz | 09/07/06 | Resolved - Deferred Adjudication | Other | |
| Soliz | 06/22/06 | To Be Closed; due to insufficient evidence | Other | |
| Cavalier | 07/29/08 | To be Closed; Preparing to Close. 2 SOS referrals. 2nd 4/17/06, Alma Garza - Candidate for DA - Voting by mail violations - 2006 Primary | 03/29/06 | |
| Guevara | 02/02/09 | No further action | Voter | |
| Cavalier | 02/01/11 | | | |
| Cavalier | 02/01/11 | Resolved | | |
| Cavalier | 02/01/11 | Resolved | | |
| Cavalier | 02/01/11 | Dismissed ( in best interest of justice) | | |
| Cavalier | 02/01/11 | Pre-trial set for January. | 03/30/06 | |
| Gardea | 10/05/07 | Closed- Insufficient Evidence | Other | |

TA_001585

| POSITION | ALLEGATION | ELECTION INVOLVED | GENERAL, PRIMARY OR OTHER |
|---|---|---|---|
| Redacted | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | Illegal voting | 2005 School District Election | Other |
| | | | |
| | | | |
| | | | |
| | | | |
| | Official oppression | 2006 Special Election | Other |
| | | | |
| | | | |
| | Unauthorized person in central tallying area, unlawfully revealing information before | 2006 Primary Election | Primary |
| | Irregularities in the early voting by mail process | 2006 Primary Election | Primary |
| | | | |
| | | | |
| | | | |
| | Failing to secure ballot box | 2006 Primary Election | Primary |
| | Unlawful assistance, unlawfully influencing voter | 2006 Primary Election | Primary |
| | Improperly assisting voters w/applications | 2006 Primary Election | Primary |
| | Voter not permitted to mark his own mail-in ballot | 2006 Primary Election | Primary |
| | Vote harvesting | 2006 Primary Election | Primary |
| | | | |
| | | | |
| | | | |
| | | | |
| | Illegal voting | 2006 Primary Election | Primary |
| | Illegal voting | 2004 Primary Election | Primary |

TA_001586

| CONSIDERATION FOR PROSECUTION DATE | ACCEPTED OR DECLINED | SEARCH WARRANT | ARREST DATE |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| 5/2/2006 | Accepted | | |
| | | | |
| | | | |
| | | | |
| | | | |
| 9/1/2006 | Accepted | | |
| | | | |
| | | | |
| | Declined | | |
| | | | |
| | | | |
| | | | |
| | | | |
| 5/16/2006 | Declined | | |
| 6/1/2006 | Accepted | | 06/15/06 |
| | | | |
| 9/6/2006 | | | |
| | | | 07/17/07 |
| | | | 09/04/07 |
| | | | 09/11/07 |
| | | | |
| 9/1/2006 | Accepted | | 07/18/07 |
| | | | |

TA_001587

TX_00268976

| ARREST CHARGE | GRAND JURY DATE | INDICTMENT DATE | CAUSE NUMBER |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | 06/28/07 | 2007 C 0193 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | 06/15/06 | 07/04/06 | 06-CR-2166-B |
| | | | |
| | | | |
| | | | |
| Mission | | 05/24/07 | 07-05-09741CR |
| Rio Grande City | | 05/23/07 | 07-05-09742CR |
| Rio Grande City | | 05/23/07 | 07-05-09738CR |
| | | 05/23/07 | 07-05-09739CR |
| Rio Grande City | | 07/18/07 | 07-07-09768CR |
| | | | |

TA_001588

TX_00268977