| INDICTMENT CHARGE | LEVEL OF OFFENSE & PENALTY RANGE | LOCATION | CONVICTION DATE |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | 3rd Degree Felony, 2 - 10 years prison and up to $10,000 fine | | |
| | | | |
| | | | |
| | | | |
| Illegally Committing acts of official oppression | Class A Misdemeanor - 1 year jail, $4000 fine | 123rd Judicial District | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| 2 counts illegal voting | 3rd Degree Felony, 2- 10 years in prison & up to $10,000 fine. | 117th District | 8/4/2006 |
| | | | |
| | Class B Misdemeanor, 180 days jail, $2000 fine | | |
| 12 counts of possessing a ballot without the voter's consent. | | | 5/1/2008 |
| 5 counts of possessing a ballot without the voter's consent | | | 3/26/2009 |
| 15 counts of possessing a ballot without the voter's consent. | | | 3/26/2009 |
| 24 counts of possessing a ballot without the voter's consent. | | | |
| 1 count of unlawful delivery of a certificate | | | |
| | | | |

TA_001589

| CONVICTION CHARGE | PLEA BARGAIN OR JURY TRIAL | SENTENCING DATE | SENTENCE |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| Aquital | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| 2 counts Illegal Voting | Plea | 8/4/06 | 2 years deferred probation, $750 fine |
| | | | |
| | | | |
| | | | |
| 12 counts possessing a ballot without the voter's consent | Plea Bargain | 5/1/08 | 2 years deferred adjudication, $300 fine |
| 5 counts of possessing a ballot without the voter's consent | PB | | 1 year pre-trial diversion |
| 15 counts of possessing a ballot without the voter's consent | PB | | 1 year pre-trial diversion |
| Dismissed 3/16/09 | | | |
| Dismissed 09/15/2010 | | | |
| | | | |

TA_001590

TX_00268979

| ATTORNEY |
| --- |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| Tatum |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| Kutnick |
| |
| |
| |
| Will Tatum |
| Will Tatum |
| Will Tatum |
| Will Tatum |
| Will Tatum |
| |

TX_00268980

| OPENED | COUNTY | CASE TYPE | CASE NAME | SUSPECT |
|---|---|---|---|---|
| | | | | Redacted |
| 03/21/06 | Duval | Election Violation | Duval Co. | |
| 03/21/06 | Duval | Election Violation | Duval Co. | |
| 03/21/06 | Duval | Election Violation | Duval Co. | |
| 03/21/06 | Duval | Election Violation | Duval Co. | |
| 03/22/06 | Ector | Election Violation | Ector County | |
| 03/22/06 | Calhoun | Election Violation | Briseno | |
| 04/11/06 | Hays | Election Violation | ACC | |
| 04/11/06 | Hays | Election Violation | ACC | |
| 04/17/06 | Culberson | Election Violation | Gary Sintas | |
| 05/01/06 | Dimmit | Election Violation | Dimmit | |
| 05/01/06 | Dimmit | Election Violation | Dimmit | |
| 05/01/06 | Frio | Election Violation | L. Carter | |
| 05/01/06 | San Jacinto | Election Violation | Preston | |
| 05/01/06 | San Jacinto | Election Violation | Preston | |
| 05/02/06 | Dallas | Election Violation | Hairston | |
| 05/02/06 | Dallas | Election Violation | Hairston | |
| 05/02/06 | Duval | Election Violation | Duval | |
| 05/02/06 | Hidalgo | Election Violation | Hidalgo | |
| 05/02/06 | Dawson | Election Violation | Gilbert Tejeda | |
| 05/08/06 | Comal | Election Violation | Garden Ridge | |
| 05/18/06 | Bee | Election Violation | Skidmore | |
| 05/18/06 | Bowie | Election Violation | Bowie Co. | |
| 05/23/06 | Brazoria | Election Violation | Brazoria Co. | |
| 05/23/06 | Brazoria | Election Violation | Brazoria Co. | |
| 05/23/06 | Brazoria | Election Violation | Brazoria Co. | |

TA_001592

| ELECTED OFFICIAL | PUBLIC OFFICIAL | POSITION | OAG CASE# | CRIMESTAR# |
|---|---|---|---|---|
| Redacted | | | | |
| | | | 062300074 | 06-31204; 07-31038; 08-300112 |
| | | | 062300074 | 06-31204; 07-31038; 08-300112 |
| | | | 062300074 | 06-31204; 07-31038; 08-300112 |
| | | | 062300074 | 06-31204; 07-31038; 08-300112 |
| | | | 062301015 | 06-100222 |
| | | | 062301023 | 06-30271; 06-100105 |
| | | | 062308382 | 06-100247 |
| | | | 062308382 | 06-100247 |
| | | | 062309026 | 06-30314 |
| | | | 062311519 | 06-30328; 06-100226 |
| | | | 062311519 | 06-30328; 06-100226 |
| | | | 062311527 | 06-100358 |
| | | | 062311535 | 06-30317 |
| | | | 062311535 | 06-30317 |
| | | | 062311568 | 06-100335 |
| | | | 062311568 | 06-100335 |
| | | | 062311576 | 06-100261 |
| | | | 062311584 | 06-30301 |
| | | | 062311691 | 06-30276 |
| | | | 062314869 | 06-30417 |
| | | | 062336771 | 06-100237 |
| | | | 062337936 | 06-30532 |
| | | | 062343488 | 06-30316 |
| | | | 062343488 | 06-30316 |
| | | | 062343488 | 06-30316 |

TA_001593