| CASE AGENT | DATE CLOSED | CASE TRIAL STATUS | SOS DATE | COMPLAINANT |
|---|---|---|---|---|
| | | | | Redacted |
| Cavalier | 11/24/08 | Resolved | | |
| Cavalier | 11/24/08 | Resolved | | |
| Cavalier | 11/24/08 | Resolved | | |
| Cavalier | 11/24/08 | Resolved | 03/16/06 | |
| Ried | 08/13/07 | Letter sent. Closed; All Obligations Completed | 03/14/06 | |
| Christilles | 11/04/08 | Resolved - Faxed Ltr 3/14/06. Allegations made to Heard from Elections Administrator - Dora Garcia | Other | |
| Smith | 04/08/10 | Pre-Trail Diversion / Dismissed. | Other | |
| Smith | 04/08/10 | Resolved - Belinda Beltran has case 2/25 | | |
| Lucas | 07/31/06 | Declined to prosecute | 04/05/06 | |
| Guajardo | 10/11/10 | Pre-Trial Diversion | 05/03/06 | |
| Guajardo | 10/11/10 | Pre-Trial Diversion | | |
| Guajardo | 08/13/07 | Closed;  Attorney letter sent 7/3/07 | 04/07/06 | |
| Guevara | 06/22/06 | Closed | 04/10/06 | |
| Guevara | 06/22/06 | | | |
| Koch | 08/13/07 | | | |
| Koch | 08/13/07 | Closed; DA declined to prosecute | 02/23/06 | |
| Cavalier | 02/05/08 | Closed | 03/22/06 | |
| Cavalier | 05/19/06 | Closed | Other | |
| Stringer | 08/15/07 | Closed - Subject letter mailed 7-3-07 Dawson County | Other | |
| Mitchell | 07/31/06 | Closed | Voter | |
| Guevara | 02/05/08 | Declined to prosecute | 04/27/06 | |
| Bloodworth | 01/05/09 | Closed | 04/27/06 | |
| Robinson | 10/24/08 | Subject letter sent (3) suspects | 04/07/06 | |
| Robinson | 10/24/08 | | | |
| Robinson | 10/24/08 | | | |

TA_001594

TX_00268983

| POSITION | ALLEGATION | ELECTION INVOLVED | GENERAL, PRIMARY OR OTHER |
|---|---|---|---|
| Redacted | | | |
| | | | |
| | | | |
| | | | |
| | Unlawful assistance, unlawful buying and selling of ballot materials | 2006 Primary Election | Primary |
| | Illegal assistance of voters voting by mail | 2006 Primary Election | Primary |
| | Illegal voting | 2006 Primary Election | Primary |
| | Forgery, tampering with a government document | 2006 Special Election | Other |
| | Illegal voting, providing false information on voter registration | 2006 Primary Election | Primary |
| | Illegal voting, forgery | 2006 Primary Election | Primary |
| | Unlawful assistance, illegal voting | 2006 Primary Election | Primary |
| | Illegal voting, providing false information on voter registration | 2004 Municipal Election | Other |
| | | | |
| | Unlawfully accepting voter, failing to secure ballot box | 2005 Constitutional Election | Other |
| | Providing false information on a voter registration application | 2006 Primary Election | Primary |
| | Bribery | 2006 Primary Election | Other |
| | Illegal signs, perjury by falsifying residency info on candidacy application | 2006 Primary Election | Primary |
| | Unlawful presence by a candidate | 2006 Municipal Election | Other |
| | Unlawful assistance | 2006 School District Election | Other |
| | Obstructing poll watcher, unlawful assistance, witnessing more than one mail-in ballot application | 2006 Primary Election | Primary |
| | Failure to secure ballot box, obstructing poll watchers, unlawfully revealing information before polls closed | 2005 Municipal Election | Municipal |

TX_00268984

| CONSIDERATION FOR PROSECUTION DATE | ACCEPTED OR DECLINED | SEARCH WARRANT | ARREST DATE |
|---|---|---|---|
| | | | 01/31/08 |
| | | | 01/31/08 |
| | | | 01/31/08 |
| | Accepted | | |
| | | | |
| 7/20/2006 | Accepted | | 08/31/06 |
| | 2/15/2007 | | |
| | | | |
| 7/18/2006 | Declined | | |
| 1/8/2008 | | | 11/13/08 |
| | | | 12/16/08 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| 9/1/2006 | Declined | | |
| | | | |
| 9/21/2006 | | | |
| | | | |
| | | | |

TA_001596

TX_00268985

| ARREST CHARGE | GRAND JURY DATE | INDICTMENT DATE | CAUSE NUMBER |
|---|---|---|---|
|  |  | 01/30/08 | 08-01-09865CR / 11482 |
|  |  | 01/30/08 | 08-01-09866CR / 11481 |
|  |  | 01/30/08 | 08-01-09863CR / 11480 |
|  | 07/18/07 | 01/30/08 | 08-01-09864CR / 11479 |
|  |  |  |  |
|  |  | 08/25/06 | 2006-8-6465, 2006-8-6468 |
|  |  | 06/05/08 | 89288 |
|  |  |  |  |
|  |  |  |  |
| Indictment. |  | 11/13/08 |  |
| Indictment. |  | 12/16/08 |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

TA_001597

TX_00268986

| INDICTMENT CHARGE | LEVEL OF OFFENSE & PENALTY RANGE | LOCATION | CONVICTION DATE |
|---|---|---|---|
| 2 counts unlawful possession of a mail-in ballot | Misdemeanor | Brooks County | 10/2/2008 |
| 2 counts unlawful possession of a mail-in ballot | Misdemeanor | Brooks County | 10/2/2008 |
| 6 counts unlawful possession of a mail-in ballot | Misdemeanor | Brooks County | 10/2/2008 |
| 6 counts unlawful possession of a mail-in ballot | Misdemeanor | Brooks County | 10/2/2008 |
| 3 counts illegal voting, 1 unlawful assistance, 11 possessing a ballot of another, 6 tampering with government record, 6 false statement on registration application | 3rd Degree Felony, Class A, Class A, State Jail, Class B | 24th Judicial District | 6/25/2007 |
| Possession of forged writing | | | 2/1/2008 |
| | | | |
| | | | |
| 7 counts knowingly provide false information on an application for an early voting ballot | State jail felony | LaSalle County | 4/15/2010 |
| 7 counts knowingly provide false information on an application for an early voting ballot | State jail felony | Carrizo Springs | 4/15/2010 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

TA_001598