| CONVICTION CHARGE | PLEA BARGAIN OR JURY TRIAL | SENTENCING DATE | SENTENCE |
|---|---|---|---|
| 1 count possession of official ballot or carrier envelope of another | PB | 10/2/08 | 1 year deferred adjudication, $300 fine |
| 1 count possession of official ballot or carrier envelope of another | PB | 10/2/08 | 1 year deferred adjudication, $300 fine |
| 1 count possession of official ballot or carrier envelope of another | PB | 10/2/08 | 1 year deferred adjudication, $300 fine |
| 1 count possession of official ballot or carrier envelope of another | PB | 10/2/08 | 1 year deferred adjudication, $300 fine |
| | | | |
| 2 counts illegal voting, timapering with a governmental record | JT | | Convicted 5 years TDCJ |
| Possession of forged writing | PB | 2/1/08 | 1 year pre-trial diversion, $300 donation, can not participate in any manner in any petitions calling for an election or similar events |
| | | | |
| | | | |
| provide false information on an application for an early voting ballot | Pre-Trial Diversion | 4/15/10 | Community Supervision 12 mos $60.00 Fee - 80 Hours community Service |
| provide false information on an application for an early voting ballot | Pre-Trial Diversion | 4/15/10 | Community Supervision 6 mos $60.00 Fee |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| ATTORNEY |
| --- |
| Tatum |
| Tatum |
| Tatum |
| Tatum |
| Tatum |
| Tatum |
| Tatum |
| |
| |
| Tatum |
| |
| |
| |
| |
| |
| |
| |
| |
| Tatum |
| |
| Lance Kutlick |
| |
| |
| |
| |

| OPENED | COUNTY | CASE TYPE | CASE NAME | SUSPECT |
|---|---|---|---|---|
| 05/23/06 | La Salle | Election Violation | La Salle Co. | Redacted |
| 05/23/06 | Galveston | Election Violation | Galveston Co | |
| 05/23/06 | Galveston | Election Violation | Galveston Co | |
| 05/23/06 | Galveston | Election Violation | Galveston Co | |
| 05/24/06 | Jefferson | Election Violation | Jones | |
| 06/02/06 | Tarrant | Election Violation | Tarrant Co | |
| 06/08/06 | Freestone | Election Violation | Roy Hill | |
| 06/09/06 | Travis | Election Violation | Travis County | |
| 07/18/06 | Franklin | Election Violation | Mount Vernon ISD | |
| 07/18/06 | Franklin | Election Violation | Mount Vernon ISD | |
| 07/21/06 | Smith | Election Violation | Lindale | |
| 07/24/06 | Shelby | Election Violation | Shelby | |
| 07/24/06 | Shelby | Election Violation | Shelby | |
| 07/24/06 | Shelby | Election Violation | Shelby | |
| 07/24/06 | Hidalgo | Election Violation | La Joya ISD | |
| 07/24/06 | Milam | Election Violation | Hobbs | |
| 08/17/06 | Smith | Election Violation | P. Cooper | |
| 08/21/06 | Montgomery | Election Violation | Rhinehart | |
| 10/09/06 | Bandera | Election Violation | Sides | |
| 10/09/06 | Kaufman | Election Violation | Kaufman | |
| 10/09/06 | Kaufman | Election Violation | Kaufman | |
| 10/09/06 | Kaufman | Election Violation | Kaufman | |
| 11/09/06 | Jefferson | Election Violation | Bradley | |
| 12/20/06 | Refugio | Election Violation | Raymond Villarreal | |
| 01/10/07 | Waller | Election Violation | Prairie View A&M | |
| 01/11/07 | Zavala | Election Violation | Puente | |
| 01/11/07 | Hill | Election Violation | Itasca ISD | |
| 01/19/07 | Bee | Election Violation | Bee County | |

| ELECTED OFFICIAL | PUBLIC OFFICIAL | POSITION | OAG CASE# | CRIMESTAR# |
|---|---|---|---|---|
| Redacted | | | 062343496 | 06-30419 |
| | | | 062343546 | 06-30577 |
| | | | 062343546 | 06-30577 |
| | | | 062343546 | 06-30577 |
| | | | 062347836 | 06-30579 |
| | | | 062360169 | 06-30592; 06-100287 |
| | | | 062363635 | 06-30583 |
| | | | 062365267 | 06-30319; 06-100336 |
| | | | 062381587 | 06-30816 |
| | | | 062381587 | 06-30816 |
| | | | 062382783 | 06-30874 |
| | | | 062382890 | 06-30778 |
| | | | 062382890 | 06-30778 |
| | | | 062382890 | 06-30778 |
| | | | 062382908 | 06-30819 |
| | | | 062382973 | 06-30875 |
| | | | 062392279 | 06-30919 |
| | | | 062396080 | 06-30950 |
| | | | 062415419 | 06-30981 CFS |
| | | | 062415484 | 06-100512 / 06-31087 CFS |
| | | | 062415484 | 06-100512 / 06-31087 CFS |
| | | | 062415484 | 06-100512 / 06-31087 CFS |
| | | | 062423850 | 06-31254; 06-100577 |
| | | | 062430038 | 06-31339; 06-100639 |
| | | | 072432198 | 06-31376 |
| | | | 072432511 | 06-31360 |
| | | | 072432594 | 06-31361 |
| | | | 072432974 | 07-100017 |

| CASE AGENT | DATE CLOSED | CASE TRIAL STATUS | SOS DATE | COMPLAINANT |
|---|---|---|---|---|
| Guevara | 07/31/06 | Closed | 04/24/06 | Redacted |
| Guajardo | 06/22/06 | Closed - Received complaints via PIA (emails from Complaints) | Voter | |
| Guajardo | 06/22/06 | | | |
| Guajardo | 06/22/06 | | | |
| Mitchell | 06/22/06 | Closed; Local DA has withdrawn request for assistance per CLED AAG Harry White | Other | |
| Bloodworth | 02/03/09 | Insufficient Evidence-Unable to locate file | 05/15/06 | |
| Mitchell | 07/31/06 | Closed; No Further Action | Voter | |
| Wilson | 07/31/06 | Closed; Administratively | 03/27/06 | |
| Stern | 10/29/08 | AAG declined to prosecute. Letter sent to school board | 06/05/06 | |
| Stern | 10/29/08 | AAG declined to prosecute. Letter sent to school board | 08/11/06 | |
| Guajardo | 09/28/06 | Closed; insufficient evidence | 06/29/06 | |
| Guajardo | 02/02/09 | | | |
| Guajardo | 02/02/09 | Declined to prosecute - Letter sent | 06/03/06 | |
| Guajardo | 02/02/09 | | | |
| Cavalier | 02/02/09 | Will Tatum to send letter - will close | 06/02/06 | |
| Guajardo | 09/07/06 | Closed; No Violation Found | 06/13/06 | |
| Guajardo | 09/28/06 | Closed; Allegations unfounded | 07/10/06 | |
| Stern | 07/30/07 | Closed; No Bill; by Montgomery Co. GJ on 7/12/07 | Other | |
| Bloodworth | 08/13/07 | Closed | 09/11/06 | |
| Koch | 04/05/10 | | | |
| Koch | 04/05/10 | Should be closed - need to located file | 08/28/06 | |
| Koch | 04/05/10 | | | |
| Koch | 01/15/10 | Closed - Sent to Travis County DA | Other | |
| Guajardo | 02/07/08 | Resolved | 12/01/06 | |
| Guajardo | 03/22/11 | Referred to DOJ-Civil Rights Div. - (judgement obtained) - No Further Action | 12/20/06 | |
| Guajardo | 11/30/09 | Will Tatum to send letter - will close | 12/01/06 | |
| Guajardo | 08/13/07 | Closed | 12/01/06 | |
| Bloodworth | 02/08/07 | Declined to prosecute | 01/03/07 | |

| POSITION | ALLEGATION | ELECTION INVOLVED | GENERAL, PRIMARY OR OTHER |
|---|---|---|---|
| Redacted | Unlawful influence, coercion of a voter | 2006 Primary Election | Primary |
| | Electioneering, and other unspecified election violation | 2006 Special Election | Other |
| | | | |
| | | | |
| | Residence qualification | 2006 Primary Election | Primary |
| | Unlawful assistance, mail-in ballot and application violations | 2006 School District Election | Other |
| | Bribery | Municipal Election | |
| | Illegal voting, providing false information on a voter registration application | 2004 General Election | General |
| | Provide a campaign flyer, electioneering 100 ft. distance, persuading the voters to vote for the bond proposition | 2006 School District Election | School District |
| | Illegal voting , illegal reistration | 2006 School District Election | School District |
| | Unlawful presence by a candidate | 2006 Municipal Election | Other |
| | | | |
| | Coercion of a voter | 2006 Municipal Election | Other |
| | | | |
| | Coercion of a voter, unlawful influence, electioneering | 2006 School District Election | Other |
| | Loitering in a polling place, electioneering | 2006 Primary Election | Primary |
| | Unlawfully revealing information before polls close, influencing voter | 2006 School District Election | Other |
| | Unlawfully accepting or making campaign donation | 2006 Primary Election | Primary |
| | Unlawful presence by a candidate | 2006 Special Election | Other |
| | | | |
| | Witnessing more than one mail-in ballot | 2006 School District Election | Other |
| | | | |
| | Residence qualification | Primary and General Election | Multiple |
| | Unlawful assistance | 2006 Primary Election | Primary |
| | Disenfranchised from voting | 2006 General Election | General |
| | Unlawful assistance | 2006 General Election | General |
| | Loitering in a polling place, electioneering | 2006 Special Election | Other |
| | Electioneering | 2006 General Election | General |

| CONSIDERATION FOR PROSECUTION DATE | ACCEPTED OR DECLINED | SEARCH WARRANT | ARREST DATE |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| 9/22/2006 | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| 5/16/2007 | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| 11/13/2006 | | | |
| | | | |
| | | | |
| 12/19/2006 | Accepted | | 02/15/07 |
| | | | |
| 1/8/2008 | | | |
| | | | |
| 1/26/2007 | Declined | | |

| ARREST CHARGE | GRAND JURY DATE | INDICTMENT DATE | CAUSE NUMBER |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | 07/12/07 | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | 02/15/07 | 02/15/07 | 2007-2-4810 |
| | | | |
| | | | |
| | | | |
| | | | |