| INDICTMENT CHARGE | LEVEL OF OFFENSE & PENALTY RANGE | LOCATION | CONVICTION DATE |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | Class A Misdemeanor - 1 year jail, $4000 fine. | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | Class A Misdemeanor - 1 year jail, $4000 fine, Class B misdemeanor - 180 days jail, $2000 fine, Class C misdemeanor, fine $500. | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| 3 count of tampering with a governmental record, 4 counts illegal voting | 3rd Degree Felony 2 - 10 years prinson and $10,000 fine. | 24th Judicial District Court | 10/9/2007 |
| | | | |
| | | | |
| | | | |

TA_001607

TX_00268996

| CONVICTION CHARGE | PLEA BARGAIN OR JURY TRIAL | SENTENCING DATE | SENTENCE |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
| 1 count tampering with governmental record, possessing the ballot of another | Plea |  | 90 days jail, 5 years probation, resign his position, $1500 fine, additional $1000 fine |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

TA_001608

TX_00268997

| ATTORNEY |
| --- |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| Tatum |
| |
| |
| |
| |

TA_001609

TX_00268998

| OPENED | COUNTY | CASE TYPE | CASE NAME | SUSPECT |
|--------|--------|-----------|-----------|---------|
| 01/30/07 | Starr | Election Violation | A. Lopez | Redacted |
| 01/31/07 | Tom Green | Election Violation | J. Martinez | |
| 02/07/07 | Guadalupe | Election Violation | Guadalupe County | |
| 02/07/07 | Starr | Election Violation | J. Gomez | |
| 02/07/07 | Starr | Election Violation | J. Gomez | |
| 03/27/07 | Upshur | Election Violation | Rodenberg | |
| 07/26/07 | San Patricio | Election Violation | Taft | |
| 07/31/07 | Nueces | Election Violation | Tuloso-Midway ISD Election | |
| 08/06/07 | Hill | Election Violation | Hill County | |
| 08/06/07 | Hill | Election Violation | Hill County | |
| 08/06/07 | Harris | Election Violation | Tomball ISD Election | |
| 08/06/07 | Montgomery | Election Violation | New Caney ISD Election | |
| 08/15/07 | Jefferson | Election Violation | 2007 Constitutional Election | |
| 08/23/07 | Brown | Election Violation | Bitter, James | |
| 08/23/07 | Kinney | Election Violation | Kinney Ground Water | |
| 08/23/07 | Starr | Election Violation | Rio Grande Election | |
| 08/23/07 | San Patricio | Election Violation | Aransas Pass | |
| 08/23/07 | Williamson | Election Violation | Fern Bluff MUD | |
| 08/23/07 | Edwards | Election Violation | Nov 2006 Elections | |
| 09/10/07 | Potter | Election Violation | Schumate, Michael | |
| 09/10/07 | Potter | Election Violation | Schumate, Michael | |
| 09/10/07 | Potter | Election Violation | Schumate, Michael | |
| 10/10/07 | Webb | Election Violation | Webb Tax Collector | |
| 10/10/07 | Webb | Election Violation | Webb Tax Collector | |
| 10/10/07 | Webb | Election Violation | Webb Tax Collector | |

TA_001610

| ELECTED OFFICIAL | PUBLIC OFFICIAL | POSITION | OAG CASE# | CRIMESTAR# |
|---|---|---|---|---|
| Redacted | | | | |
| | | | 072435282 | 07-30065 |
| | | | 072435571 | 06-31259 |
| | | | 072436603 | 07-30132 |
| | | | 072436611 | 07-30147 |
| | | | 072436611 | 07-30147 |
| | | | 072443450 | 07-30329 |
| | | | 072461221 | 07-31152 |
| | | | 072462005 | 07-30771 |
| | | | 072462682 | 07-30780 |
| | | | 072462682 | 07-30780 |
| | | | 072462732 | 07-31294 |
| | | | 072462740 | 07-31295 |
| | | | 072464324 | 07-31385 |
| | | | 072465529 | 07-30774 |
| | | | 072465545 | 06-31070 |
| | | | 072465578 | 07-31396 |
| | | | 072465586 | 06-31086 |
| | | | 072465594 | 07-31395 |
| | | | 072465610 | 07-31392 |
| | | | 072467962 | 07-31229 |
| | | | 072467962 | 07-31229 |
| | | | 072467962 | 07-31229 |
| | | | 072474513 | 07-30395 |
| | | | 072474513 | 07-30395 |
| | | | 072474513 | 07-30395 |

TA_001611

| CASE AGENT | DATE CLOSED | CASE TRIAL STATUS | SOS DATE | COMPLAINANT |
|---|---|---|---|---|
| Cavalier | 11/22/10 | Defendant not Locateable | Other | Redacted |
| Cavalier | 02/07/08 | Letter Rcvd; Subject letter mailed. 7/2/07 | Other | |
| Bloodworth | 11/20/08 | Administratively closed - Pulled for PIA | Other | |
| Cavalier | 06/10/10 | Dismissed | | |
| Cavalier | 06/10/10 | Resolved - 2/7/11 Arrest made Non Compliance with Deferred Adjudication, and Failure to Appear. | Other | |
| Wilson | 07/29/08 | Insufficient Evidence | Voter | |
| Cavalier | 11/22/10 | No Violation Found | Other | |
| Cavalier | 11/22/10 | No Violation Found | 05/07/07 | |
| Guevara | 02/08/10 | Judgement | 07/10/07 | |
| Guevara | 02/08/10 | | | |
| Gardea | 02/05/08 | Insufficient Evidence | 07/18/07 | |
| Gardea | 07/29/08 | Referred by SOS | 07/18/07 | |
| Wilson | 07/29/08 | Insufficient Evidence | 07/10/07 | |
| Mitchell | 10/05/07 | Expired - RP appears to be ex constable | 05/17/07 | |
| Schneeman | 10/24/08 | Unfounded - Will be closed . Referred by SOS and Local County Attorney | 07/30/07 | |
| Guevara | 03/19/09 | Resolved | 07/30/07 | |
| Gardea | 11/20/08 | Current Investigation | 07/30/07 | |
| Mitchell | 10/05/07 | Expired | 07/30/07 | |
| Schneeman | 10/27/08 | Unfounded | 07/30/07 | |
| Guajardo | 11/20/08 | Resolved | Other | |
| Guajardo | 11/20/08 | | | |
| Guajardo | 11/20/08 | | | |
| Cavalier | 07/14/10 | Judgement - Pre Trial Diversion (dismissed) | Voter | |
| Cavalier | 07/14/10 | Judgement - Pre Trial Diversion (dismissed) | | |
| Cavalier | 07/14/10 | Judgement - Pre Trial Diversion | | |

TA_001612

| POSITION | ALLEGATION | ELECTION INVOLVED | GENERAL, PRIMARY OR OTHER |
|---|---|---|---|
| Redacted | | | |
| | Illegal voting | 2006 General Election | General |
| | Contribution and expenditure w/o campaign treasurer | 2006 Primary Election | Primary |
| | Voter denied their right to vote | 2006 General Election | General |
| | Illegal voting | 2006 General Election | General |
| | Election irregularities | 2006 General Election | General |
| | Illegal voting | 2007 Municipal Election | Other |
| | Electioneering by opposing candidate | 2006 School District Election | Other |
| | Divulged election results prior to the closing of polls on election day | 2007 School District and Municipal Election | Other |
| | Pro-bond election materials at the polling place | 2007 School District Election | Other |
| | Candidate entered election day polling place & remained during the accumulation of votes | 2007 School District Election | Other |
| | Loitering in a polling place, electioneering | 2007 Constitutional Election | Other |
| | Falsification of a candidate's application | 2004 Primary Election | Primary |
| | Coercion of a public servant | 2006 Special Election | Other |
| | Mail in ballot violations | 2006 Municipal Election | Municipal |
| | Tampering with a governmental record, forgery | 2006 Municipal Election | Other |
| | Illegal voting | 2004 Special Election | Other |
| | Illegal voting, unlawful assistance | 2006 General Election | General |
| | Unlawfully accepting campaign donations, bribery | 2008 Primary Election | Primary |
| | Campaign finance violations | 2008 Primary Election | Primary |

TA_001613