| CONSIDERATION FOR PROSECUTION DATE | ACCEPTED OR DECLINED | SEARCH WARRANT | ARREST DATE |
|---|---|---|---|
| 3/28/2007 | | | |
| 4/17/2007 | | | |
| | | | |
| | | | 07/18/07 |
| | | | 2/7/2011  5/24/2007 |
| 2/14/2008 | Declined | | |
| | | | |
| | | | |
| 1/8/2008 | | | 07/02/09 |
| | | | |
| | | | |
| 2/14/2008 | Declined | | |
| | | | |
| | | | |
| 11/27/2007 | Accepted | | 09/08/08 |
| | | | |
| | | | |
| | | | 10/17/07 |
| | | | 10/18/07 |
| | | | |
| 11/27/2007 | Accepted | 10/11/07 | 09/24/08 |
| | | | 05/15/09 |
| | | | 05/15/09 |

TA_001614

| ARREST CHARGE | GRAND JURY DATE | INDICTMENT DATE | CAUSE NUMBER |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
| Illegal Voting |  | 07/18/07 | 07-07-09767 CR |
| Illegal Voting |  | 05/23/07 | 07-05-09743 CR |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
| 3 counts false report to police officer |  |  | M0593-09 |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
| 11 counts unlawful possession of mail in ballots without voter consent | 08/29/08 | 08/29/08 | 08-08-09945 |
|  |  |  |  |
|  |  |  |  |
|  |  | 10/17/07 | 56732-B; 56733-B; 56734-B; |
|  |  | 10/17/07 | 56737-B |
|  |  | 10/17/07 | 56728-B |
| Indictment charges | 09/24/08 | 09/24/08 | 2008CRP000617 D4 |
| 2 gambling promotion, 1 possession of gambling device or equipment |  |  | 2009CRP614-D4 |
| 1 keeping a gambling place, 1 gambling promotion, 1 possession of gambling device or equipment |  |  | 2009CRP613-D4 |

| INDICTMENT CHARGE | LEVEL OF OFFENSE & PENALTY RANGE | LOCATION | CONVICTION DATE |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| 1 count illegal voting | | 79th District Court Brooks County | 1/24/2008 |
| 1 count illegal voting | | 79th District Court Brooks County | 5/1/2008 |
| | Class C Misdemeanor | | |
| | | | |
| | | | |
| False report to a Peace Officer or Law Enforcement Employee | Class B misdemeanor | | 10/14/2009 |
| | | | |
| | | | |
| | | | |
| | Class C Misdemeanor | | |
| | | | |
| | | | |
| 11 counts of possession of mail-in ballots without voter's consent | State Jail felony | Brooks County - 79th District grand jury | 3/16/2009 |
| | | | |
| | | | |
| engaging in organized criminal activity: 2 counts unlawfully accepting contribution | Acquitted on unlawfully accepting campaign donations. | | 6/12/2008 |
| Engaging in Organized Criminal Activity | | | |
| Engaging in Organized Criminal Activity | | | |
| Engaging in Organized Criminal Activity - Gambling Promotion | State Jail Felony | 406th District Court of Webb County | 2/5/2010 |
| Engaging in Organized Criminal Activity - Gambling Promotion | State Jail Felony | 406th District Court of Webb County | 2/5/2010 |
| Engaging in Organized Criminal Activity - Gambling Promotion | State Jail Felony | 406h District Court of Webb County | 2/5/2010 |

| CONVICTION CHARGE | PLEA BARGAIN OR JURY TRIAL | SENTENCING DATE | SENTENCE |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
| Dismissed |  |  |  |
| 1 count illegal voting | Plea Bargain | 5/2/08 | 2 years deferred adjudication, $300 fine |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
| False Report to a Peace Officer | PB | 10/14/09 | 2 Years Probation |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
| Possessing a ballot without the voter's consent | PB | 3/16/09 | 2 years probated for 4 years probation, $500 fine, 60 days house arrest, no handling mail-in ballots while on probation |
|  |  |  |  |
|  |  |  |  |
| 1 count organized criminal activity. | Trial | 6/12/08 | Ten (10 years TDCJID (sentence suspecded - commmunity supervision for eight (8) years), $5,000 fine |
|  |  |  |  |
|  |  |  |  |
| Engaging in Organized Criminal Activity - Gambling Promotion | Pre-Trial Diversion | 2/5/10 | Fine $500.00 /Program Fee $960.00 /6 Month Probation |
| Engaging in Organized Criminal Activity - Gambling Promotion | Pre-Trial Diversion | 2/5/10 | Fine $500.00 /Program Fee $960.00 /6 Month Probation |
| Engaging in Organized Criminal Activity - Gambling Promotion | Pre-Trial Diversion | 2/5/10 | Fee $1,000.00 Program Fee $960.00 /6 Month Probation |

TA_001617

TX_00269006

| ATTORNEY |
|---|
| Tatum |
| |
| |
| |
| Tatum |
| Tatum |
| |
| |
| Jonathan White |
| |
| |
| Tatum |
| |
| |
| Will Tatum |
| |
| |
| |
| |
| |
| Will Tatum |
| Will Tatum |
| Will Tatum |

TA_001618

TX_00269007

| OPENED | COUNTY | CASE TYPE | CASE NAME | SUSPECT |
|---|---|---|---|---|
| 10/10/07 | Webb | Election Violation | Webb Tax Collector | Redacted |
| 11/27/07 | Dallas | Election Violation | Balch Springs | |
| 12/13/07 | Bosque | Election Violation | Valley Mills ISD | |
| 04/27/06 | Colorado | Election Violation | Columbus ISD | |
| 01/28/08 | Starr | Election Violation | Rio Grande City | |
| 10/06/06 | Tarrant | Election Violation | White Settlement | |
| 03/17/08 | Aransas | Election Violation | Gallaher, Todd | |
| 02/26/08 | Duval | Election Violation | Barrera, Santiago | |
| 02/28/08 | Duval | Election Violation | Duval 2008 Primary | |
| 02/28/08 | Duval | Election Violation | Duval 2008 Primary | |
| 02/28/08 | Duval | Election Violation | Duval 2008 Primary | |
| 03/20/08 | Jim Wells | Election Violation | Jim Wells 2008 | |
| 03/20/08 | Jim Wells | Election Violation | Jim Wells 2008 | |
| 03/20/08 | Jim Wells | Election Violation | Jim Wells 2008 | |
| 04/09/08 | Gillespie | Election Violation | Gillespie CO | |
| 03/24/08 | Tom Green | Election Violation | Vasquez, Tim | |
| 04/09/08 | Brewster | Election Violation | Brewster CO | |
| 04/09/08 | Guadalupe | Election Violation | Wolverton, J | |
| 04/09/08 | Henderson | Election Violation | Coffee City | |
| 04/09/08 | Duval | Election Violation | Santa Fe | |
| 04/09/08 | Wichita | Election Violation | Hill, Janie | |
| 03/06/08 | Duval | Election Violation | 2008 Duval P | |
| 06/30/08 | San Patricio | Election Violation | City of Mathis | |
| 07/01/08 | McMullen | Election Violation | 2008 Primary Election | |
| 07/01/08 | Gillespie | Election Violation | 2008 Gillespie | |
| 07/01/08 | Parmer | Election Violation | 2008 Parmer | |
| 07/01/08 | Kleberg | Election Violation | 2008 Kleberg | |