| ELECTED OFFICIAL | PUBLIC OFFICIAL | POSITION | OAG CASE# | CRIMESTAR# |
|---|---|---|---|---|
| | | | 072474513 | 07-30395 |
| | | | 072481559 | 07-31227 |
| | | | 072483951 | 07-031651 |
| | | Superintendant | 072484108 | 06-30418; 06-100485 |
| | | | 082491416 | 08-300072 |
| | | | 082491820 | 06-31143 |
| | | | 082499468 | 08-300222 |
| | | Sheriff | 082499492 | 08-300163 |
| | | | 082499500 | 08-300171 |
| | | | 082499500 | 08-300171 |
| | | | 082499500 | 08-300171 |
| | | | 082499955 | 08-300237 |
| | | | 082499955 | 08-300237 |
| | | | 082499955 | 08-300237 |
| | | | 082503137 | 08-300302 |
| | | | 082503152 | 08-300249 |
| | | | 082503160 | 08-300277 |
| | | County Commissioner | 082503178 | 08-300256 |
| | | City Council | 082503186 | 08-300250 |
| | | | 082503194 | 08-300276 |
| | | | 082503210 | 08-300247 |
| | | | 082503236 | 08-300199 |
| | | Campaign worker | 082516246 | 08-300337 |
| | | | 082516261 | 08-300484 |
| | | | 082516279 | 08-300487 |
| | | | 082516287 | 08-300509 |
| | | | 082516295 | 08-300506 |

| CASE AGENT | DATE CLOSED | CASE TRIAL STATUS | SOS DATE | COMPLAINANT |
|---|---|---|---|---|
| | | | | Redacted |
| Cavalier | 07/14/10 | Judgement - Pre Trail Diversion (dismissed) | | |
| Gardea | 07/29/08 | Current Investigation | 08/27/07 | E |
| Barner | 02/03/09 | No Further Action | 11/30/07 | S |
| Christilles | 02/05/08 | Insufficient Evidence | 04/18/06 | C |
| Cavalier | 01/12/11 | Suspect has passed away | 01/04/08 | F |
| Croswell | 11/04/08 | Insufficient Evidence | 09/25/06 | J |
| Stahl | 03/22/11 | Case Referred to Travis Co - All Obligations Completed - Pre Trial Diversion Completed 12/16/09 | Other | N |
| Minnick | 11/04/08 | Insufficient Evidence | Other | A |
| Cavalier | 01/04/11 | Judgement | 06/16/08 | A |
| Cavalier | 01/04/11 | Judgement | 06/16/08 | A |
| Cavalier | 01/04/11 | Judgement | 06/16/08 | A |
| Valdez | 07/11/10 | Will Tatum | Other | J |
| Valdez | 07/11/10 | Case Settled in Full | Other | J |
| Valdez | 07/11/10 | Will Tatum | Other | J |
| Gardea | 10/22/08 | No Violation Found | 03/12/08 | F |
| Stahl | 04/21/09 | CFS, waiting for letter | Other | A |
| Gardea | 10/22/08 | No Violation Found | Other | F |
| Gardea | 05/18/10 | Administratively Closed | 06/09/08 | V |
| Guenthner | | Current Investigation | 03/11/08 | F |
| Minnick | 10/21/08 | No Violation Found | 05/16/08 | F |
| Gardea | 10/21/08 | No Further Action | 03/11/08 | T |
| Cavalier | 11/04/08 | Lack of evidence or corroborating statements | Other | S |
| Gardea | 10/14/10 | Administratively Closed | Other | F |
| Santiago | 10/14/11 | Administratively closed | Other | N |
| Gardea | 12/01/08 | No Further Action - Letter sent | Other | K |
| Stahl | 04/21/09 | Letter sent. Closed; All Obligations Completed | 06/18/08 | J |
| Gardea | 02/03/09 | Declined to prosecute - Letter sent | 06/24/08 | N |

| POSITION | ALLEGATION | ELECTION INVOLVED | GENERAL, PRIMARY OR OTHER |
|---|---|---|---|
| Redacted | Electioneering 100 feet from entrance violation | 2007 Municipal Election | Other |
| | Illegal voting, unauthorized entry into the ballot box, unlawful influence of voters, and unlawful assistance of voters | 2007 School District Election | Other |
| | Voting irregularities | 2005 School District Election | Other |
| | Unlawful assistance | 2007 Municipal Election | Municipal |
| | Forged signatures on a recall petition | 2006 Municipal Election | Other |
| | Misrepresentation of identity | 2008 Primary Election | Primary |
| | Electioneering within 100 ft mark at a polling place | 2008 Primary Election | Primary |
| | Unlawfull possession of mail-in ballots | 2008 Primary Election | Primary |
| | Unlawfull possession of mail-in ballots | 2008 Primary Election | Primary |
| | Unlawfull possession of mail-in ballots | 2008 Primary Election | Primary |
| | Mail-in ballot violations | 2008 Primary Election | Primary |
| | Mail-in ballot violations | 2008 Primary Election | Primary |
| | Mail-in ballot violations | 2008 Primary Election | Primary |
| | Unlawfully revealing information before polls close | 2008 Primary Election | Primary |
| | Campaign finance violations | 2008 Primary Election | Primary |
| | Ballot fraud | 2008 Primary Election | Primary |
| | Loitering in a polling place, electioneering | 2008 Primary Election | Primary |
| | Illegal Voting | 2006 - 2007 Municipal Election | Municipal |
| | Election irregularities | 2008 Primary Election | Primary |
| | Electioneering and handing out of religious material within 100 feet of the polling place | 2007 Constitutional Election | Constitutional |
| | Ballot boxes appearing after ballot counting had been completed | 2008 Primary Election | Primary |
| | Unlawful assistance and unlawful possession of mail-in | 2008 Primary Election | Primary |
| | Election irregularities | 2008 Primary Election | Primary |
| | Illegal voting | 2008 Primary Election | Primary |
| | Unlawfully suggest how voters should cast their ballots | 2008 Municipal Election | Municipal |
| | Unlawfully influencing voter, and loitering in a polling place | 2008 Primary Election | Primary |

| CONSIDERATION FOR PROSECUTION DATE | ACCEPTED OR DECLINED | SEARCH WARRANT | ARREST DATE |
|---|---|---|---|
| | | | 05/15/09 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| 1/21/2010 | | | |
| 1/21/2010 | | | |
| 1/21/2010 | | | |
| 11/3/2008 | | | 06/24/08 |
| 11/3/2008 | | | 06/24/08 |
| 11/3/2008 | | | 09/23/08 |
| | | | |
| 1/20/2009 | Accepted | | |
| | | | |
| 8/26/2008 | Accepted | | |
| | | | 12/15/11 |
| | | | |
| 7/22/2008 | Declined | | |
| | | | |
| 2/19/2009 | Accepted | | |
| | | | |
| 8/5/2008 | Pending | | |
| | | | |
| | | | |

TA_001623

TX_00269012

| ARREST CHARGE | GRAND JURY DATE | INDICTMENT DATE | CAUSE NUMBER |
|---|---|---|---|
| 2 gambling promotion, 1 possession of gambling device or equipment | | | 2009CRP615-D4 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | 02/25/10 | 02/25/10 | 20084, 20085, 20086, 20087, 20088, 20089, 20090, 20091 |
| | 02/25/10 | 02/25/10 | 20082, 20083 |
| | 02/25/10 | 02/25/10 | 20080, 20081 |
| | | 02/04/10 | 20067 |
| | | 02/04/10 | 20068 |
| | | 02/04/10 | 20066 |
| | | | |
| | | | |
| | | | |
| | | | |
| Illegal Voting | | 12/15/11 | 241-1683-11 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

TA_001624

TX_00269013

| INDICTMENT CHARGE | LEVEL OF OFFENSE & PENALTY RANGE | LOCATION | CONVICTION DATE |
|---|---|---|---|
| Engaging in Organized Criminal Activity - Gambling Promotion | State Jail Felony | 406th District Court of Webb County | 2/5/2010 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| 4 counts of unlawful assistance, 4 counts of method of returned marked ballot | Class A, Class B | Live Oak County | 12/14/2010 |
| 1 count of unlawful assistance, 1 count of method of returned marked ballot | Class A, Class B | Live Oak County | 12/14/2010 |
| 1 count of unlawful assistance, 1 count of method of returned marked ballot | Class A, Class B | Live Oak County | 12/14/2010 |
| Information/Complaint | | Live Oak County | 6/24/2010 |
| Information/Complaint | | Live Oak County | 6/24/2010 |
| Information/Complaint | | Live Oak County | 6/24/2010 |
| | | | |
| | | | |
| | | | |
| | | | |
| Illegal Voting | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

TA_001625