| CONVICTION CHARGE | PLEA BARGAIN OR JURY TRIAL | SENTENCING DATE | SENTENCE |
|---|---|---|---|
| Engaging in Organized Criminal Activity - Gambling Promotion | Pre-Trial Diversion | 2/5/10 | Fine $500.00 /Program Fee $960.00 /6 Month Probation |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| Method of return marked ballot | Plea | 12/14/10 | 12 months deferred adjudication |
| Pre-Trial Diversion | Plea | 12/14/10 | $2000 donation to Live Oak County |
| Method of return marked ballot | Plea | 12/14/10 | 12 months deferred adjudication |
| Method of Returned Marked Ballot | Plea | 6/24/10 | $200.00 Fine, 12 Months Probation, 40hrs Community Service |
| Method of Returned Marked Ballot | Plea | 6/24/10 | $200.00 Fine, 12 Months Probation, 40hrs Community Service |
| Method of Returned Marked Ballot | Plea | 6/24/10 | $200.00 Fine, 12 Months Probation, 40hrs Community Service |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

TA_001626

| ATTORNEY |
| --- |
| Will Tatum |
| |
| |
| |
| |
| |
| |
| |
| Jonathan White |
| Jonathan White |
| Jonathan White |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |

TA_001627

TX_00269016

| OPENED | COUNTY | CASE TYPE | CASE NAME | SUSPECT |
|---|---|---|---|---|
| 07/01/08 | Kleberg | Election Violation | Kleberg 2008 Primary | Redacted |
| 07/01/08 | Goliad | Election Violation | Goliad 2008 Municipal | |
| 07/01/08 | Webb | Election Violation | 2008 Webb | |
| 07/01/08 | Waller | Election Violation | Waller School Board | |
| 07/16/08 | Presidio | Election Violation | Presidio Primary 2008 | |
| 07/29/08 | Starr | Election Violation | Elections Department | |
| 07/29/08 | Starr | Election Violation | Elections Department | |
| 07/29/08 | Starr | Election Violation | Elections Department | |
| 07/31/08 | Duval | Election Violation | Duval Co Felon | |
| 08/15/08 | Kaufman | Election Violation | Terrell Primary | |
| 09/09/08 | Austin | Election Violation | Austin County Judge | |
| 09/17/08 | Hidalgo | Election Violation | 2008 Progreso ISD | |
| 09/17/08 | Hidalgo | Election Violation | 2008 Progreso ISD | |
| 09/17/08 | Hidalgo | Election Violation | 2008 Progreso ISD | |
| 10/07/08 | San Patricio | Election Violation | 2008 City of Mathis | |
| 10/23/08 | Cameron | Election Violation | 2008 Cameron Elections | |
| 10/23/08 | Wichita | Election Violation | 2008 Wichita General Election - Sheriff | |
| 12/01/08 | Webb | Election Violation | 2008 Webb PR | |
| 01/12/09 | Williamson | Election Violation | Williamson 2008 | |
| 01/20/09 | Collin | Election Violation | 380th Judicial | |
| 01/20/09 | Collin | Election Violation | 380th Judicial | |
| 01/20/09 | Collin | Election Violation | 380th Judicial | |
| 01/20/09 | Collin | Election Violation | 380th Judicial | |
| 01/28/09 | Bexar | Election Violation | McClellan, Michael | |
| 01/28/09 | Harris | Election Violation | Deceased/2008 | |

TA_001628

| ELECTED OFFICIAL | PUBLIC OFFICIAL | POSITION | OAG CASE# | CRIMESTAR# |
|---|---|---|---|---|
| Redacted | | | | |
| | | | 082516303 | 08-300507 |
| | | | 082516311 | 08-300476 |
| | | | 082516360 | 08-300508 |
| | | | 082516477 | 08-300442 |
| | | | 082518432 | 08-300535 |
| | | | 082521212 | 08-300567 |
| | | | 082521212 | 08-300567 |
| | | | 082521212 | 08-300567 |
| | | | 082521691 | 08-300610 |
| | | | 082527326 | 08-300688 |
| | | | 082527375 | 08-300626 |
| | | | 082528498 | 08-301524 |
| | | | 082528498 | 08-301524 |
| | | | 082528498 | 08-301524 |
| | | | 082531492 | 08-302192 |
| | | | 082534132 | 08-302326 |
| | | | 082534199 | 08-302318 |
| | | | 083090787 | 08-302315 |
| | | | 093097871 | 09-300014 |
| | | | 093099380 | 09-300040 |
| | | | 093099380 | 09-300040 |
| | | | 093099380 | 09-300040 |
| | | | 093099380 | 09-300040 |
| | | | 093101376 | 09-300051 |
| | | | 093101384 | 09-300052 |

TA_001629

| CASE AGENT | DATE CLOSED | CASE TRIAL STATUS | SOS DATE | COMPLAINANT |
|---|---|---|---|---|
| | | | | Redacted |
| Gardea | 11/20/08 | Current Investigation | 06/24/08 | |
| Cavalier | 02/03/09 | Resolved | Other | |
| Cavalier | 05/27/09 | No Billed | 06/24/08 | |
| Guajardo | 02/08/10 | Grand Jury No Bill - DG has case file. | Voter | |
| Guajardo | 03/08/11 | No Further Action - Attempts unsuccessful | Other | |
| Mitchell | 05/18/10 | Judgement | | |
| Mitchell | 05/18/10 | Judgement | | |
| Mitchell | 05/18/10 | Judgement | Other | |
| Ramos | 01/04/12 | Judgement | Other | |
| Wilson | 11/20/08 | No Further Action | 08/05/08 | |
| Stahl | 02/03/09 | Letter sent. Closed; All Obligations Completed | Other | |
| Miranda | | | | |
| Miranda | | | | |
| Miranda | | Current Investigation | 08/19/08 | |
| Cavlier | 05/18/10 | Administratively Closed - 3/11 subject letter sent. Case Closed | 09/15/08 | |
| Gardea | 05/27/09 | Local DA prosecuting - unrelated | Other | |
| Stahl | 09/02/10 | No Further Action | Other | |
| Guenthner | | | | |
| R. Wilson | 04/23/09 | No Violation Found | Other | |
| Swihart | | Current Investigation | Other | |
| Swihart | | Current Investigation | Other | |
| Swihart | | Current Investigation | Other | |
| Swihart | | Current Investigation | Other | |
| Martinez | 08/06/09 | No Violation Found | 01/14/09 | |
| Venegas | 02/08/10 | Judgement - Deferred Adjudication | 01/14/09 | |

TA_001630

| POSITION | ALLEGATION | ELECTION INVOLVED | GENERAL, PRIMARY OR OTHER |
|---|---|---|---|
| Redacted | Unlawfully loitering in a polling place | 2008 Primary Election | Primary |
| | Unlawfully divulged voting results prior to the closing of polls | 2008 Municipal Election | Other |
| | Poll watchers prevented from observing the recount in the shriff run-off | 2008 Primary Election | Primary |
| | Use of public funds for political advertisement | 2008 School District Election | School District |
| | Unlawful assistance with mail-in ballots | 2008 Primary Election | Primary |
| | | | |
| | | | |
| | Convicted felons registered in county and have cast ballots in elections | 2007 Municipal Election | Municipal |
| | Convicted felons voted in 2006 and/or in 2008 | 2006 and 2008 Undetermined | |
| | Loitering and electioneering in a poll place during election | 2008 Primary Election | Primary |
| | Separate accounts | 2006 Primary Election | Primary |
| | | | |
| | | | |
| | Illegal voting, bribery, and official misconduct | 2008 School District Election | School District |
| | Unlawful assistance, unlawful possession of mail-in ballot and illegal voting | 2008 Municipal Election | Municipal |
| | Illegal voting | 2008 Elections | |
| | Unlawfully released police reports and narratives on one of the candidates running for sheriff | 2008 General Elections | General |
| | Illegal voting | 2008 General Election | General |
| | Campaign finance violations | 2008 Primary Elections | Primary |
| | Campaign finance violations | 2008 Primary Elections | Primary |
| | Campaign finance violations | 2008 Primary Elections | Primary |
| | Campaign finance violations | 2008 Primary Elections | Primary |
| | Citizen not allowed to to vote by an election worker | 2008 General Elections | General |
| | Deceased voters voting | 2008 Primary & General Elections | Multiple |

TA_001631