| CONSIDERATION FOR PROSECUTION DATE | ACCEPTED OR DECLINED | SEARCH WARRANT | ARREST DATE |
|---|---|---|---|
| 7/22/2008 | Declined | | |
| | | | 05/10/08 |
| | Accepted | | |
| | | | |
| | | | |
| | | | 04/15/09 |
| | | | 04/15/09 |
| | Accepted | | 04/15/09 |
| | Accepted | | 02/28/11 |
| 9/15/2008 | Declined | | |
| | | | |
| | | | 09/16/09 |
| | | | 09/17/09 |
| 3/10/2009 | Accepted | | 09/17/09 |
| | | | |
| | | | |
| | | | |
| 2/27/2009 | Declined | | |
| | | | 10/17/10 |
| | | | 10/15/10 |
| | | | 10/15/10 |
| | | | 10/21/10 |
| | | | |
| | | | 05/14/09 |

| ARREST CHARGE | GRAND JURY DATE | INDICTMENT DATE | CAUSE NUMBER |
|---|---|---|---|
| | | | |
| | | 08/12/08 | 08-8-8967-CR |
| | | 05/06/09 | |
| | | | |
| | | | |
| Illegal voting-indictment | 04/14/09 | 04/14/09 | 09-04-09881 CR |
| Illegal voting-indictment | 04/14/09 | 04/14/09 | 09-04-09982 CR |
| Illegal voting-indictment | 04/14/09 | 04/14/09 | 09-04-09980 CR |
| Illegal Voting | 02/28/11 | 02/28/11 | 11-02-13251-CR |
| | | | |
| | | | |
| Illegal Voting | | 09/16/09 | 09-09-10116CR |
| Illegal Voting | | 09/16/09 | 09-09-10117CR |
| Illegal Voting | | 09/16/09 | 09-09-10115CR |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| 1 ct Engaging in Organized Criminal Activity - 6 ct Bribery | 06/24/10 | 10/14/2010 - 7/14/11 | 366-82214-10 |
| 1 ct Engaging in Organized Criminal Activity - 6 ct Bribery | 06/24/10 | 10/14/2010 - 7/14/11 | 366-822-11-10 |
| 1 ct Engaging in Organized Criminal Activity - 6 ct Bribery | 06/24/10 | 10/14/2010 - 7/14/11 | 366-82212-10 |
| 1 ct Engaging in Organized Criminal Activity - 6 ct Bribery | 06/24/10 | 10/14/2010 - 7/14/11 | 366-82213-10 |
| | | | |
| Illegal voting | | 05/13/09 | 1215818 |

| INDICTMENT CHARGE | LEVEL OF OFFENSE & PENALTY RANGE | LOCATION | CONVICTION DATE |
|---|---|---|---|
|  |  |  |  |
| Unlawfully revealing info before polls close | Misd. A | Goliad County | 11/12/2008 |
| NO BILLED | Class A Misdemeanor | 81st District Court of LasSalle County |  |
|  |  |  |  |
|  |  |  |  |
| Illegal Voting | 3rd Degree Felony | 79th Judicial District Court - Starr County - Brooks County | 11/5/2009 |
| Illegal Voting | 3rd Degree Felony | 79th Judicial District Court - Starr County - Brooks County | 11/5/2009 |
| 2 counts Illegal Voting | 3rd Degree Felony | 79th Judicial District Court - Starr County - Brooks County | 11/5/2009 |
| Illegal Voting | 3rd Degree Felony | 79th District Court | 8/31/2011 |
|  |  |  |  |
|  |  |  |  |
| Illegal Voting | 3rd Degree Felony | 79th Judicial District Court of Brooks County | 6/17/2010 |
| Illegal Voting | 3rd Degree Felony | 79th Judicial District Court of Brooks County | 11/10/2010 |
| Illegal Voting | 3rd Degree Felony | 79th Judicial District Court of Brooks County |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
| 1 ct Engaging in Organized Criminal Activity - 6 ct Bribery (Money Laundering/ Tampering with Public Record) | Felony - 1st/2nd/3rd | 366th District Court - Collin County | 12/5/2011 |
| 1 ct Engaging in Organized Criminal Activity - 6 ct Bribery (Money Laundering) | Felony - 1st/2nd |  |  |
| 1 ct Engaging in Organized Criminal Activity - 6 ct Bribery (Money Laundering) | Felony - 1st/2nd |  |  |
| 1 ct Engaging in Organized Criminal Activity - 6 ct Bribery (Money Laundering) | Felony - 1st/2nd |  |  |
|  |  |  |  |
| 1 count illegal voting-voter impersonation at polling place | Class A Misdemeanor | Harris County | 10/6/2009 |

| CONVICTION CHARGE | PLEA BARGAIN OR JURY TRIAL | SENTENCING DATE | SENTENCE |
|---|---|---|---|
| | | | |
| Unlawfully revealing information before polls closed | PB | | 2 years deferred adjudication, $3,000 fine |
| | | | |
| | | | |
| | | | |
| Illegal Voting | Plea | 11/5/09 | 10Years(Suspended for 60 days Jail - 4years Probation) |
| Illegal Voting | Plea | 11/5/09 | 5 Years TDCJ |
| Illegal Voting | Plea | 11/5/09 | 2Years TDCJ |
| Illegal Voting | Plea | 8/31/11 | 2 Yrs Probation, 90 days jail, $2,000 fine |
| | | | |
| | | | |
| Illegal Voting | Plea | | 8 years TDCJ-Suspended for 8yrs Community Supervision |
| Illegal Voting | | 11/10/10 | 2 Years TDCJ |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| 6ct - Bribery / 1ct Engaging in Criminal Activity / 1ct Money Laundering / 1ct Tampering | Jury | 11/28/11 | 10 Years TDCJ/Suspended - 10 Years Community Supervision |
| | | | |
| | | | |
| | | | |
| | | | |
| Fraud/Use/Poss ID Info | Plea | 10/6/09 | 1 Year Probation $200.00 fine |

TA_001635

| ATTORNEY |
|---|
| |
| Goliad County DA |
| Will Tatum |
| |
| |
| Will Tatum |
| Will Tatum |
| Will Tatum |
| AAG White |
| |
| |
| Tatum |
| |
| |
| |
| |
| |
| |
| AAG Harry White |
| AAG Harry White |
| AAG Harry White |
| AAG Harry White |
| |
| Harris Co |

TA_001636

TX_00269025