| OPENED | COUNTY | CASE TYPE | CASE NAME | SUSPECT |
|---|---|---|---|---|
| 01/28/09 | Van Zandt | Election Violation | Willis Point | Redacted |
| 02/10/09 | Polk | Election Violation | Polunsky Unit | |
| 02/17/09 | Montgomery | Election Violation | Valle, Eduardo | |
| 03/10/09 | Denton | Election Violation | 2008 Denton | |
| 03/10/09 | Midland | Election Violation | 2008 Midland | |
| 03/10/09 | Hidalgo | Election Violation | Progreso 2008 | |
| 03/10/09 | Hidalgo | Election Violation | Progreso 2008 | |
| 04/07/09 | Collin | Election Violation | Melissa Municipal | |
| 05/21/09 | Harris | Election Violation | Houston Municipal | |
| 06/24/09 | Medina | Election Violation | 2009 Hondo Municipal | |
| 06/22/09 | Smith | Election Violation | 2009 Winona Municipal | |
| 06/22/09 | Smith | Election Violation | 2009 Winona Municipal | |
| 08/06/09 | Henderson | Election Violation | 2009 Athens | |
| 08/25/09 | Bexar | Election Violation | Comparin, Mary | |
| 08/25/09 | Webb | Election Violation | Flores,Rick | |
| 09/30/09 | Dallas | Election Violation | 2008 Hutchins Municipal | |
| 10/08/09 | Hidalgo | Election Violation | 2009 Progreso ISD | |
| 10/08/09 | Hidalgo | Election Violation | 2009 Progreso ISD | |
| 10/08/09 | Hidalgo | Election Violation | 2009 Municipal Progresso | |
| 02/03/09 | Harris | Election Violation | ALIFF ISD | |
| 02/03/09 | Brown | Election Violation | BROWN CO EL | |
| 02/03/09 | Dallas | Election Violation | BEAR, STEVE | |
| 03/09/10 | Starr | Election Violation | STARR CO PRI | |
| 04/08/10 | Dallas | Election Violation | 2010 DALLAS | |
| 04/08/10 | Dallas | Election Violation | 2010 DALLAS | |
| 04/08/10 | Dallas | Election Violation | 2010 DALLAS | |

TA_001637

TX_00269026

| ELECTED OFFICIAL | PUBLIC OFFICIAL | POSITION | OAG CASE# | CRIMESTAR# |
|---|---|---|---|---|
| Redacted | | | | |
| | | | 093101392 | 09-300053 |
| | | | 093103620 | 09-300044 |
| | | | 093106326 | 09-300148 |
| | | | 093108470 | 09-300214 |
| | | | 093108488 | 09-300215 |
| | | | 093109338 | 09-300213 |
| | | | 093109338 | 09-300213 |
| | | | 093115327 | 09-300337 |
| | | | 093125870 | 09-300468 |
| | | | 093133395 | 09-300546 |
| | | | 093133510 | 09-300576 |
| | | | 093133510 | 09-300576 |
| | | | 093142032 | 09-300707 |
| | | | 093145217 | 09-300664 |
| | | | 093145258 | 09-300797 |
| | | | 093152627 | 09-300906 |
| | | | 093154946 | 09-300850 |
| | | | 093154946 | 09-300850 |
| | | | 093154953 | 09-300693 |
| | | | 103175618 | 10-300010 |
| | | | 103175626 | 09-301195 |
| | | | 103175634 | 10-300011 |
| | | | 103181780 | 10-300161 |
| | | | 103187209 | 10-300284 |
| | | | 103187209 | 10-300284 |
| | | | 103187209 | 10-300284 |

TA_001638

| CASE AGENT | DATE CLOSED | CASE TRIAL STATUS | SOS DATE | COMPLAINANT |
|---|---|---|---|---|
| Muenzler | 08/06/09 | Letter sent, No further action | 01/13/09 | Redacted |
| Bloodworth | 11/22/10 | No Violation Found | Other | |
| Mitchell | 03/19/09 | No Violation Found | Voter | |
| Croswell | 05/18/10 | All Obligations Completed | 02/23/09 | |
| Stahl | 10/15/09 | No Further Action | 01/28/09 | |
| Miranda | | Transferred to ADA | 01/14/09 | |
| Miranda | | Transferred to ADA | 01/14/09 | |
| Stahl | 10/15/09 | No Further Action | Other | |
| Guajardo | | Current Investigation | 05/06/09 | |
| Miranda | 09/30/11 | No Further Action - Subject Letters Sent | Other | |
| Guenthner | 05/22/12 | Judgement | Other | |
| Guenthner | | Dismissed | Other | |
| Guenthner | 05/18/10 | No Further Action | 07/15/09 | |
| Bloodworth | | Referred to Bexar Co DA 9/30/10 | | |
| Guenthner | | Current Investigation | | |
| Valdez | 02/08/10 | No Violation Found | 08/31/09 | |
| Miranda | | Current Investigation | | |
| Miranda | | Current Investigation | | |
| Miranda | 01/19/11 | Insufficient Evidence | | |
| Valdez | 02/09/11 | No Violation Found | 12/17/09 | |
| Guenthner | | Current Investigation - Transferred 1/6/12 | 12/03/09 | |
| Bowlin | 06/01/11 | Referred to Dallas DA 1/26/11 | | |
| Guenthner | 07/12/10 | Judgement | | |
| Bloodworth | | Current Investigation | 04/20/10 | |
| Bloodworth | | Current Investigation | 04/20/10 | |
| Bloodworth | | Current Investigation | 04/20/10 | |

TA_001639

| POSITION | ALLEGATION | ELECTION INVOLVED | GENERAL, PRIMARY OR OTHER |
|---|---|---|---|
| Redacted | Electioneering within 100 ft mark at a polling place | 2008 General Elections | General |
| | Death row inmates registering to vote | 2008 General Election | General |
| | Non-citizen voted in 2008 election | 2008 General Election | General |
| | Vote soliciting bribery on the internet (eBay) | 2009 Municipal Election | Municipal |
| | Election workers suggesting how voters should vote by expressing their preference for particular candidates | 2008 Primary Elections | Primary |
| | Unlawfully rejecting voters, illegal voting, and unlawfully accepting voters | 2008 Municipal Elections | Municipal |
| | Unlawfully rejecting voters, illegal voting, and unlawfully accepting voters | 2008 Municipal Elections | Municipal |
| | Unlawfully regecting a voter, and bribery | Municipal Election | Other |
| | Provided false information on mail-in ballot application | Municipal Election | Municipal |
| | Candidate/elected official may have a criminal history which prevents them from holding office, absentee ballots, voter fraud | 2009 Municipal Election | Municipal |
| | Illegal voting | 2009 Municipal Election | Other |
| | Illegal voting | 2009 Municipal Election | Other |
| | Unlawfully witnessing application for more than one applicant | 2009 School District Election | School |
| | Illegal voting | Multiple Primary, General Elections | Multiple |
| | Campaign Finance 2007, 2009 | | |
| | Refusing to accept persons for voting | 2008 Municipal Election | Municipal |
| | Allegations of Illegal voting and voter impersonation | 2009 School District Elections | School District |
| | Allegations of Illegal voting and voter impersonation | 2009 School District Elections | School District |
| | Assaultive and Threatening Conduct by Opposition Canidates | 2009 Municipal Election | Municipal |
| | Unlawfully Influencing voter, and bribery | 2008 School District Election | School District |
| | Financial Mismanagement of State and Federal Election Funding | Brown Co Elections | |
| | Misrepresentation of identity | 2010 Primary Election | Primary |
| | Criminal Misconduct | 2010 Primary Election | Primary |
| | Illegal Voting | 2011 Primary Election | Primary |
| | Illegal Voting | 2010 Primary Election | Primary |
| | Aggravated Perjury | 2010 Primary Election | Primary |

TA_001640

TX_00269029

| CONSIDERATION FOR PROSECUTION DATE | ACCEPTED OR DECLINED | SEARCH WARRANT | ARREST DATE |
|---|---|---|---|
| 4/8/2009 | Pending | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| 6/22/2009 | Accepted | | 12/15/11 |
| 6/22/2009 | Accepted | | 12/15/11 |
| | | | |
| | | | 10/04/10 |
| | | | |
| | | | 03/25/10 |
| | | | 04/06/10 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | 11/15/10 |
| | | | 04/29/11 |
| | | | 09/14/11 |

TA_001641

| ARREST CHARGE | GRAND JURY DATE | INDICTMENT DATE | CAUSE NUMBER |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | 06/24/09 | CR262302B |
| | | 06/24/09 | CR262209F |
| | | | |
| | | | |
| | | | |
| Illegal Voting | | 12/15/11 | 241-1682-11 |
| Illegal Voting | | 12/15/11 | 241-1681-11 |
| | | | |
| Illegal Voting | | 09/13/11 | 2011-CR-7939 |
| | m | | |
| | | | |
| Illegal Voting | | 03/24/10 | 10-03-10342-CR |
| Illegal Voting | | 03/24/10 | 10-03-10343-CR |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | CR-10-371 |
| Attempted Illegal Voting | | | CR11-0084 |
| Illegal Voting | | 04/27/11 | 2-11-186 |
| Aggravated Perjuy | | 09/07/11 | 2-11-416 |

TA_001642

| INDICTMENT CHARGE | LEVEL OF OFFENSE & PENALTY RANGE | LOCATION | CONVICTION DATE |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| 12 - Illegal voting | | | |
| Illegal Voting | | | |
| | | | |
| | | | |
| | | | |
| Illegal Voting | | Smith County | 3/23/2012 |
| Illegal Voting | 2nd Degree Felony | Smith County | 3/23/2012 |
| | | | |
| Illegal Voting | | | |
| | | | |
| | | | |
| Illegal Voting | 3rd Dregree Felony | Brooks County | 11/16/2011 |
| Illegal Voting | 3rd Dregree Felony | Brooks County | |
| | | | |
| | | | |
| | | | |
| | | | |
| | Misdemeanor | 229th Judicial District | 6/22/2010 |
| | Class A Misdemeanor | Rockwall County | 6/16/2011 |
| Illegal Voting (7 COUNTS) | 3rd Degree Felony | Rockwall County | |
| Aggravated Perjury | 3rd Degree Felony | Rockwall County | 2/29/2012 |

TA_001643

| CONVICTION CHARGE | PLEA BARGAIN OR JURY TRIAL | SENTENCING DATE | SENTENCE |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| Illegal Voting | Plea | 3/23/12 | Deferred Adjudication - 4 Year Supervision - 1,000.00 fine |
| Dismissed | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| Illegal Voting | | 12/1/11 | 90 days jail, 2 yrs TDCJ: probated 5 years - refrain from engaging in Criminal Activity |
| | | | |
| | | | |
| | | | |
| | | | |
| | | 6/22/10 | |
| Carrier Envelope Action by Persons Other than Voter | Plea | | $500 fine - 180 days Starr County Jail Suspended - 6 months probation |
| Providing False Information on Voting App by Applicant | Plea | 6/16/11 | 1yr Community Supervision |
| | | | |
| Aggravated Perjury | Plea | 2/29/12 | 4 Years TDCJ/Probated |

TA_001644

| ATTORNEY |
| --- |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| Jonathan White |
| Cathy Chopin |
| |
| |
| |
| |
| Jonathan White |
| Jonathan White |
| |
| |
| |
| |
| Jonathan White |
| Jonathan White |
| Jonathan White |

TA_001645

TX_00269034

| OPENED | COUNTY | CASE TYPE | CASE NAME | SUSPECT |
|--------|--------|-----------|-----------|---------|
| 04/08/10 | Dallas | Election Violation | 2010 DALLAS | Redacted |
| 04/08/10 | Dallas | Election Violation | 2010 DALLAS | |
| 04/08/10 | Dallas | Election Violation | 2010 DALLAS | |
| 04/08/10 | Dallas | Election Violation | 2010 DALLAS | |
| 04/08/10 | Dallas | Election Violation | 2010 DALLAS | |
| 04/08/10 | Dallas | Election Violation | 2010 DALLAS | |
| 04/08/10 | Dallas | Election Violation | 2010 DALLAS | |
| 05/05/10 | Tarrant | Election Violation | Tarrant 2010 | |
| 05/05/10 | Bexar | Election Violation | Bexar 2010 | |
| 05/05/10 | Corsicana | Election Violation | Navarro 2010 | |
| 05/05/10 | Starr | Election Violation | Starr 2008 | |
| 07/15/10 | Gonzales | Election Violation | 2009 Gonzale | |
| 07/15/10 | Bexar | Election Violation | 2010 Olmos P | |
| 07/15/10 | Williamson | Election Violation | 2010 William | |
| 07/15/10 | Jim Wells | Election Violation | 2010 Jim Wel | |
| 07/15/10 | Trinity | Election Violation | 2010 Trinity | |
| 07/22/10 | Hardin | Election Violation | 2010 Hardin | |
| 07/22/10 | Runnels | Election Violation | 2010 Balling | |
| 08/03/10 | Nueces | Election Violation | Nueces Prima | |
| 08/03/10 | Hidalgo | Election Violation | Alton 2010 | |
| 08/03/10 | Cameron | Election Violation | Cameron Prim | |
| 08/03/10 | Gonzales | Election Violation | Waelder Mun | |
| 08/03/10 | Eastland | Election Violation | 2010 Ranger | |
| 09/22/10 | Harris | Election Violation | Harris VR | |
| 09/22/10 | Fort Bend | Election Violation | NEHLS, TROY | |
| 10/01/10 | Rains | Election Violation | 2010 RAINS P | |
| 10/01/10 | Pecos | Election Violation | 2010 FT STOC | |

TA_001646