| ELECTED OFFICIAL | PUBLIC OFFICIAL | POSITION | OAG CASE# | CRIMESTAR# |
|---|---|---|---|---|
| Redacted | | | | |
| | | | 103187209 | 10-300284 |
| | | | 103187209 | 10-300284 |
| | | | 103187209 | 10-300284 |
| | | | 103187209 | 10-300284 |
| | | | 103187209 | 10-300284 |
| | | | 103187209 | 10-300284 |
| | | | 103187209 | 10-300284 |
| | | | 103192258 | 433005 |
| | | | 103192274 | 433038 |
| | | | 103192282 | 10-300342 |
| | | | 103192290 | 430917 |
| | | | 103206892 | 437746 |
| | | | 103206900 | 10-300429 |
| | | | 103206918 | 10-300414 |
| | | | 103206934 | 437742 |
| | | | 103206942 | 431744 |
| | | | 103208419 | 447858 |
| | | | 103208435 | 447854 |
| | | | 103210886 | 10-300312 |
| | | | 103210894 | 448794 |
| | | | 103210910 | 448783 |
| | | | 103210928 | 10-300412 |
| | | | 103210985 | 448770 |
| | | | 103221016 | 457324 |
| | | | 103221032 | 457691 |
| | | | 103223509 | 460165 |
| | | | 103223517 | 460168 |

TA_001647

TX_00269036

| CASE AGENT | DATE CLOSED | CASE TRIAL STATUS | SOS DATE | COMPLAINANT |
|---|---|---|---|---|
| Bloodworth | | Current Investigation | 04/20/10 | Redacted |
| Bloodworth | | Current Investigation | 04/20/10 | |
| Bloodworth | | Current Investigation | 04/20/10 | |
| Bloodworth | | Current Investigation | 04/20/10 | |
| Bloodworth | | Current Investigation | 04/20/10 | |
| Bloodworth | | Current Investigation | 04/20/10 | |
| Bloodworth | | Current Investigation | 04/20/10 | |
| Guenthner | 10/15/10 | No Violation Found | 04/27/10 | |
| Miranda | 09/26/11 | Judgement | 04/27/10 | |
| Bowlin | 11/22/10 | Administratively Closed | | |
| R. Wilson | 05/25/11 | No Futher Action - Insufficient Evidence | 04/15/10 | |
| Santiago | 05/16/11 | Case handled by DA's Office - No OAG | 05/21/10 | |
| Miranda | 03/22/11 | No Further Action | | |
| R.Wilson | 11/22/10 | Completed Investigation Referred back to Williamson County DA 10/22/10 - No further Action | | |
| Valdez | 02/09/11 | Incufficient Evidence | 05/21/10 | |
| Guenthner | 04/13/11 | No Violation Found | 04/19/10 | |
| R. Wilson | 11/22/10 | No Violation Found | 07/19/10 | |
| Villarreal | 03/08/11 | Insufficient Evidence | 07/19/10 | |
| Sierra | 11/22/10 | Insufficient Evidence | 07/19/10 | |
| Miranda | | Referred to Jonathan White 11/3/11 | 07/21/10 | |
| Miranda | | Current Investigation | 07/21/10 | |
| Santiago | 04/11/11 | Insufficient Evidence | 07/19/10 | |
| Bloodworth | 10/14/10 | Administratively Closed | 07/19/10 | |
| Guajardo | | Current Investigation | | |
| Bowlin | 04/13/12 | No Billed | | |
| Guenthner | 04/04/11 | No Violation Found | 10/21/10 | |
| Sierra | 10/25/11 | Insufficient Evidence | | |

TA_001648

| POSITION | ALLEGATION | ELECTION INVOLVED | GENERAL, PRIMARY OR OTHER |
|---|---|---|---|
| Redacted | | | |
| | Aggravated Perjury | 2010 Primary Election | Primary |
| | Illegal Voting | 2010 Primary Election | Primary |
| | Illegal Voting | 2010 Primary Election | Primary |
| | Illegal Voting | 2010 Primary Election | Primary |
| | Illegal Voting | 2010 Primary Election | Primary |
| | Illegal Voting | 2010 Primary Election | Primary |
| | Illegal Voting | 2010 Primary Election | Primary |
| | Criminal Conduct | 2010 Primary Election | Primary |
| | Criminal Conduct | 2010 Primary Election | primary |
| | Fraud | 2010 Primary Election | primary |
| | Criminal Conduct | 2006 and 2008 Starr Co Primary | Primary |
| | Criminal Conduct | 2009 Gonzales General Election | General |
| | Illegal Voting | 2010 Municipal Elections | Municipal |
| | Illegal Voting | 2010 Williamson Primary | Primary |
| | Illegal Voting, Signing Application by Witness-Assisting Applicant, Providing False Information on Application | 2010 Primary Election | Primary |
| | Unlawfully Inflencing voters, Electioneering, Unlawful Assistance, Improper Influence | 2010 Primary Election | Primary |
| | Criminal Conduct | 2010 Hardin Republican Primary | Primary |
| | Criminal Conduct | 2010 Special Election - Ballinger Hospital | Special |
| | Tampering with Governmental Records/Electioneering | 2010 Primary Election (Runoff) | Primary |
| | Coercion of a public servant, Unlawful Assistance, Unlawfully Acceptin or refusing Voters, Obstructing Watcher | 2010 Municipal Elections | Municipal |
| | Possession of Mail in Ballots under certain circumstances, unlawful assistance, Providing false information, forgery | 2010 Primary Election | Primary |
| | Illegal Voting | 2010 Municipal Elections | Municipal |
| | Illegal Voting | 2010 Ranger Municipal Elections | Municipal |
| | Illegal Voting | | |
| | Unlawfully Accepting Corporate Campaign Donations | 2012 Primary Elections | Primary |
| | Bribery and Coercion | 2010 Primary Elections | Primary |
| | Bribery and Coercion | 2010 Municipal Elections | Municipal |

TA_001649

TX_00269038

| CONSIDERATION FOR PROSECUTION DATE | ACCEPTED OR DECLINED | SEARCH WARRANT | ARREST DATE |
|---|---|---|---|
| | | | 09/14/11 |
| | | | 09/14/11 |
| | | | 09/14/11 |
| | | | 09/14/11 |
| | | | 09/14/11 |
| | | | 3/24/2011 9/14/11 |
| | | | 07/21/11 |
| | | | |
| | | | 10/13/10 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

TA_001650

| ARREST CHARGE | GRAND JURY DATE | INDICTMENT DATE | CAUSE NUMBER |
|---|---|---|---|
| Aggravated Perjuy | | 09/07/11 | 2-11-415 |
| Illegal Voting | | 09/08/11 | 2-11-418 |
| Illegal Voting | | 09/08/11 | 2-11-419 |
| Illegal Voting | | 09/08/11 | 2-11-417 |
| Illegal Voting | | 09/08/11 | 2-11-420 |
| Illegal Voting & Aggravated Perjury | | 3/24/2011, 9/7/11 | 2-11-108 |
| Possession of Official Ballot/Unlawful assistance | | | |
| | | | |
| Class A Misdemeanor: Tampering with Governmental Records | | 03/08/11 | 343270 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

TA_001651

| INDICTMENT CHARGE | LEVEL OF OFFENSE & PENALTY RANGE | LOCATION | CONVICTION DATE |
|---|---|---|---|
| Aggravated Perjury | 3rd Degree Felony | Rockwall County | |
| Illegal Voting | 3rd Degree Felony | Rockwall County | 2/27/2012 |
| Illegal Voting | 3rd Degree Felony | Rockwall County | |
| Illegal Voting | 3rd Degree Felony | Rockwall County | |
| Illegal Voting (3 Counts) | 3rd Degree Felony | Rockwall County | |
| Illegal Voting    Aggravated Perjury | 3rd Degree Felony (voting) | Rockwall County | |
| | | Rockwall County | 4/5/2012 |
| | | | |
| Tampering with Government Records Defraud/Harm | | | 3/23/2011 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

TA_001652

| CONVICTION CHARGE | PLEA BARGAIN OR JURY TRIAL | SENTENCING DATE | SENTENCE |
|---|---|---|---|
| Dismissed | | | Dismissed |
| Illegal Voting | | 2/27/12 | 5 Years RCJ |
| Acquittal | | | |
| Acquittal | | | |
| Dismissed | | | |
| Dismissed | | | |
| Unlawful Assistance | Plea | 4/5/12 | $250.00 12 months deferred |
| | | | |
| Tampering with a Governmental Record | Plea | 3/23/11 | 1 yr Probation - Deferred Adjudication |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

TA_001653

TX_00269042

| ATTORNEY |
|---|
| Jonathan White |
| Jonathan White |
| Jonathan White |
| Jonathan White |
| Jonathan White |
| Jonathan White |
| Jonathan White |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| J White |
| |
| |
| |
| |
| |
| |

TA_001654

TX_00269043

| OPENED | COUNTY | CASE TYPE | CASE NAME | SUSPECT |
|---|---|---|---|---|
| | | | | Redacted |
| 10/01/10 | Wilson | Election Violation | 2010 FLORESV | |
| 10/01/10 | Caldwell | Election Violation | 2010 MUSTANG | |
| 10/21/10 | Reeves | Election Violation | BAEZA, ANITA | |
| 11/22/10 | Bexar | Election Violation | SAISD 2010 | |
| 12/02/10 | Maverick | Election Violation | 2010MAVERICK | |
| 12/02/10 | Hidalgo | Election Violation | 2010 LAJOYA | |
| 01/13/11 | Hidalgo | Election Violation | 2010 GEN HID | |
| 01/13/11 | Montgomery | Election Violation | 2010 WRUD | |
| 01/13/11 | Montgomery | Election Violation | 2010 WRUD | |
| 01/13/11 | Montgomery | Election Violation | 2010 WRUD | |
| 01/13/11 | Montgomery | Election Violation | 2010 WRUD | |
| 01/13/11 | Montgomery | Election Violation | 2010 WRUD | |
| 01/13/11 | Montgomery | Election Violation | 2010 WRUD | |
| 01/13/11 | Montgomery | Election Violation | 2010 WRUD | |
| 01/13/11 | Hidalgo | Election Violation | Hidalgo 2010 | |
| 01/13/11 | Brazos | Election Violation | 2010 Bryan Gen | |
| 02/25/11 | Cherokee | Election Violation | 2010 CHEROKE | |
| 03/30/11 | Multiple | Election Violation | HIGH PLAINS | |
| 03/30/11 | Brooks | Election Violation | BROOKS 2010 | |
| 05/10/11 | Hidalgo | Election Violation | WESLACO 2011 | |
| 05/10/11 | Medina | Election Violation | KOCH, BRODIE | |
| 05/10/11 | Bowie | Election Violation | 2010 BOWIE G | |
| 05/10/11 | Brown | Election Violation | 2010 BROWN G | |
| 09/28/11 | Refugio | Election Violation | Bayside 2010 | |
| 10/25/11 | Dallas | Election Violation | 2011 Rowlett | |
| 10/25/11 | Hidalgo | Election Violation | A Trujillo | |
| 01/27/12 | Wichita | Election Violation | Wichita Water | |
| 02/01/12 | Kendall | Election Violation | Auxier, Al | |
| 02/21/12 | San Patricio | Election Violation | 2012 Taft | |
| 03/19/12 | Cooke | Election Violation | NCTC 2011 | |

TA_001655

| ELECTED OFFICIAL | PUBLIC OFFICIAL | POSITION | OAG CASE# | CRIMESTAR# |
|---|---|---|---|---|
| Redacted | | | | |
| | | | 103223558 | 460163 |
| | | | 103223566 | 460167 |
| | | | 103227146 | 418773 |
| | | | 103232880 | 10-300897 |
| | | | 103235057 | 10-301009 |
| | | | 103235065 | 472674 |
| | | | 113241533 | 10-301108 |
| | | | 113241541 | 10-301176 |
| | | | 113241541 | 10-301176 |
| | | | 113241541 | 10-301176 |
| | | | 113241541 | 10-301176 |
| | | | 113241541 | 10-301176 |
| | | | 113241541 | 10-301176 |
| | | | 113241541 | 10-301176 |
| | | | 113241558 | 10-301109 |
| | | | 113241764 | 10-301110 |
| | | | 113249395 | 10-301107 |
| | | | 113255418 | 495284 |
| | | | 113255467 | 490274 |
| | | | 113263040 | 504148 |
| | | | 113263081 | 503217 |
| | | | 113263123 | 508630 |
| | | | 113263156 | 508549 |
| | | | 113290571 | 532719 |
| | | | 113295794 | 545340 |
| | | | 113295802 | 11-301086 |
| | | | 123310393 | 554221 |
| | | | 123310971 | 561605 |
| | | | 123314593 | 564395 |
| | | | 123320145 | 570445 |

TA_001656

TX_00269045

| CASE AGENT | DATE CLOSED | CASE TRIAL STATUS | SOS DATE | COMPLAINANT |
|---|---|---|---|---|
| R. Wilson | | Current Investigation | 10/20/10 | Redacted |
| Bloodworth | 03/22/11 | Insufficient Evidence | 09/21/10 | |
| Bloodworth | 01/12/11 | No Violation Found | | |
| Guevara | 09/26/11 | Insufficient Evidence | 10/14/10 | |
| Martinez | | Current Investigation | 11/09/10 | |
| Ramos | | Current Investigation | | |
| Villarreal | 07/26/11 | Insufficient Evidence | 12/07/10 | |
| Bowlin | | Case Referred to J White 7/19/11 | 12/20/10 | |
| Bowlin | | Case Referred to J White 7/19/11 | 12/20/10 | |
| Bowlin | | Case Referred to J White 7/19/11 | 12/20/10 | |
| Bowlin | | Case Referred to J White 7/19/11 | 12/20/10 | |
| Bowlin | | Case Referred to J White 7/19/11 | 12/20/10 | |
| Bowlin | | Case Referred to J White 7/19/11 | 12/20/10 | |
| Bowlin | | Case Referred to J White 7/19/11 | 12/20/10 | |
| Miranda | | Case Referred to AAG Glickler 12/21/11 | 12/07/10 | |
| Bloodworth | | Case Referred to J White 7/26/11 | | |
| Stahl | 07/26/11 | Allegations Unfounded | | |
| Stahl | 07/26/11 | No Violation Found | 02/22/11 | |
| Miranda | 06/21/11 | Insufficient Evidence | | |
| Miranda | | Case Referred to AAG Glickler 12/21/11 | | |
| Jackson | | Referred to AAG White 09/19/11 - Transferred from Villarreal to Jackson 5/21/12 | | |
| Guenthner | 09/16/11 | No Violation Found | 03/30/11 | |
| Ramos | | Current Investigation | 04/13/11 | |
| Guenthner | | Current Investigation | 08/17/11 | |
| Ramos | | Current Investigation | | |
| Miranda | | Case Referred to AAG Glickler 12/21/11 | | |
| Dobbins | | Current Investigation | | |
| Guenthner | 03/20/12 | Insufficient Evidence | | |
| Rubio | | Current Investigation | 01/17/12 | |
| Rubio | | Current Investigation | 02/03/12 | |

TA_001657

| POSITION | ALLEGATION | ELECTION INVOLVED | GENERAL, PRIMARY OR OTHER |
|---|---|---|---|
| Redacted | Illegal Voting | 2010 Municipal Elections | Municipal |
| | Bribery and Coercion | 2010 Municipal Elections | Municipal |
| | Voter Fraud | 2010 Primary Elections | Primary |
| | Illegal Voting | 2010 SAISD | School District |
| | | | |
| | | | |
| | Unlawfully Influence/ Assistance/ Illegal/Coercion Voting | 2010 General Election | General |
| | False Statement on Application / Illegal Voting | 2010 Special Election | Special |
| | False Statement on Application / Illegal Voting | 2010 Special Election | Special |
| | False Statement on Application / Illegal Voting | 2010 Special Election | Special |
| | False Statement on Application / Illegal Voting | 2010 Special Election | Special |
| | False Statement on Application / Illegal Voting | 2010 Special Election | Special |
| | False Statement on Application / Illegal Voting | 2010 Special Election | Special |
| | False Statement on Application / Illegal Voting | 2010 Special Election | Special |
| | Unlawfully Influence/ Assistance/ Illegal/Coercion Voting | 2010 General Election | General |
| | Unlawfully Revealing Information / Unlawful Influence | 2010 Bryan General Election | General |
| | Unlawfully Influencing/Assistance/Coercion | 2010 Cherokee Co General Election | General |
| | Electioneering, Unlawful Influence, Unlaful Assistance, Rejecting,Coercion | 2010 High Plains Underground Water Conservation District | Special |
| | Bribery | 2010 Brooks Primary | Primary |
| | Illegal Voting | 2011 Municipal and School District | Special |
| | Misconduct by the Elections Administrator | | |
| | Mail in Ballot Fraud/Unlawful Asst./Tampering | 2010 General Election | General |
| | | 2010 General Election | General |
| | Illegal Voting | 2010 Municipal Election | Municipal |
| | Bribery | 2011 Municipal Run-Off | Municipal |
| | Illegal Voting | 2010 School / 2010 General | General / Special |
| | Criminal Misconduct | 2010 Wichita County Water Improvement | General |
| | | | |
| | Forgery / Tampering | 2011 Municipal | |
| | Unlawfully using District Funds and Resources | 2011 North Central Texas College | Special |

TA_001658

TX_00269047