| CONSIDERATION FOR PROSECUTION DATE | ACCEPTED OR DECLINED | SEARCH WARRANT | ARREST DATE |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | 03/13/12 |
| | | | 03/13/12 |
| | | | 03/13/12 |
| | | | 03/13/12 |
| | | | 03/13/12 |
| | | | 03/13/12 |
| | | | 03/13/12 |
| | | | |
| | | | 11/22/11 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

TA_001659

TX_00269048

| ARREST CHARGE | GRAND JURY DATE | INDICTMENT DATE | CAUSE NUMBER |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| Illegal Voting | | 03/08/12 | 12-03-025479 |
| Illegal Voting | | 03/08/12 | 12-03-025486 |
| Illegal Voting | | 03/08/12 | 12-03-025485 |
| Illegal Voting | | 03/08/12 | 12-03-025484 |
| Illegal Voting | | 03/08/12 | 12-03-025483 |
| Illegal Voting | | 03/08/12 | 12-03-025481 |
| Illegal Voting | | 03/08/12 | 12-03-025480 |
| | | | |
| Unlawful Assistance to a Voter | | 11/17/11 | 11-05590-CRM-CCC1 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

TA_001660

TX_00269049

| INDICTMENT CHARGE | LEVEL OF OFFENSE & PENALTY RANGE | LOCATION | CONVICTION DATE |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| Illegal Voting | | | |
| Illegal Voting | | | |
| Illegal Voting | | | |
| Illegal Voting | | | |
| Illegal Voting | | | |
| Illegal Voting | | | |
| Illegal Voting | | | |
| | | | |
| Unlawful Assistance to a Voter | Class A Misdemeanor | Brazos County | 2/6/2012 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

TA_001661

| CONVICTION CHARGE | PLEA BARGAIN OR JURY TRIAL | SENTENCING DATE | SENTENCE |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| Unlawful Assistance to a Voter | Plea | 2/6/12 | One Year Supervision / 20 Hours Community Service |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

TA_001662

| ATTORNEY |
| --- |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |

TA_001663

TX_00269052

| OPENED | COUNTY | CASE TYPE | CASE NAME | SUSPECT |
|---|---|---|---|---|
| 03/19/12 | Bowie | Election Violation | Farris, S | Redacted |
| 03/19/12 | Comal | Election Violation | New Braunfels 2011 | |
| 05/08/12 | Travis | Election Violation | Maxey, G | |

TA_001664

| ELECTED OFFICIAL | PUBLIC OFFICIAL | POSITION | OAG CASE# | CRIMESTAR# |
|---|---|---|---|---|
| Redacted | | | | |
| | | | 123320152 | 570441 |
| | | | 123320160 | 570435 |
| | | | 123329989 | 582836 |

TA_001665

TX_00269054

| CASE AGENT | DATE CLOSED | CASE TRIAL STATUS | SOS DATE | COMPLAINANT |
|---|---|---|---|---|
| Jackson | 05/11/12 | No Violation Found | 02/03/12 | Redacted |
| Jackson | | Current Investigation | 02/03/12 | |
| Jackson | | Current Investigation | | |

TA_001666

| POSITION | ALLEGATION | ELECTION INVOLVED | GENERAL, PRIMARY OR OTHER |
|---|---|---|---|
| Redacted | Illegal Voting / False Statement on Application | Municipal Election | Municipal |
| | Unlawful Assistance | 2011 Municipal Election | Municipal |
| | Tampering | | |

TA_001667

TX_00269056

| CONSIDERATION FOR PROSECUTION DATE | ACCEPTED OR DECLINED | SEARCH WARRANT | ARREST DATE |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

TA_001668

| ARREST CHARGE | GRAND JURY DATE | INDICTMENT DATE | CAUSE NUMBER |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

TA_001669

TX_00269058

| INDICTMENT CHARGE | LEVEL OF OFFENSE & PENALTY RANGE | LOCATION | CONVICTION DATE |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

TA_001670

TX_00269059

| CONVICTION CHARGE | PLEA BARGAIN OR JURY TRIAL | SENTENCING DATE | SENTENCE |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

TA_001671

TX_00269060

| ATTORNEY |
| --- |
|  |
|  |
|  |

TA_001672

TX_00269061

**Redacted**

TA_001673

TX_00269062

**Redacted**

TX_00269063

**Redacted**

TA_001675

TX_00269064

**Redacted**

TA_001676

TX_00269065

**Redacted**

TX_00269066

**Redacted**

TA_001678

TX_00269067

Document properties
------------------------------------------------------------------

Author:  OAG
Company:  OAG
Last Author:  OAG
Application name:  Microsoft Excel
Last print date:  6/7/2012 6:22:39 PM
Last save time:  6/7/2012 3:02:15 PM
security:  0

TX_00269068