Case 2:13-cv-00193 Document 729-17 Filed on 11/17/14 in TXSD Page 1 of 7

PX 045

# Legislative Reference Library of Texas
*your partner in legislative research*

2:13-cv-193
09/02/2014
**DEF0041**

[LRL Home](#) - [Legislators and Leaders](#) - [Texas Legislators: Past & Present](#) - Search results 

158 found [ Leg: 79 Chamber: H ] ([Go back](#))

[House seating chart](#)   [Senate seating chart](#)

| Name | District. | Chamber | Years | Legislatures | Party | City | County |
|---|---|---|---|---|---|---|---|
| Alma Allen F | 131 | H | 2005 - 2013 | 79th - 82nd | D | Houston | Harris |
| Ray Allen | 106 | H | 1993 - 2006 | 73rd - 79th | R | Grand Prairie | Dallas |
| Roberto Alonzo | 104 | H<br>H | 2003 - 2013<br>1993 - 1997 | 78th - 82nd<br>73rd - 74th | D<br>D | Dallas | Dallas |
| Rafael Anchia F | 103 | H | 2005 - 2013 | 79th - 82nd | D | Dallas | Dallas |
| Charles 'Doc' Anderson F | 56 | H | 2005 - 2013 | 79th - 82nd | R | Lorena | McLennan |
| Kevin Bailey | 140 | H | 1991 - 2009 | 72nd - 80th | D | Houston | Harris |
| Todd Baxter | 48 | H | 2003 - 2005 | 78th - 79th | R | Austin | Travis |
| Leo Berman | 6 | H | 1999 - 2013 | 76th - 82nd | R | Tyler | Smith |
| Roy Blake, Jr. F | 9 | H | 2005 - 2007 | 79th | R | Nacogdoches | Nacogdoches |
| Dwayne Bohac | 138 | H | 2003 - 2013 | 78th - 82nd | R | Houston | Harris |
| Dennis Bonnen | 25 | H | 1997 - 2013 | 75th - 82nd | R | Angleton | Brazoria |
| Dan Branch | 108 | H | 2003 - 2013 | 78th - 82nd | R | Dallas | Dallas |
| Betty Brown | 4 | H | 1999 - 2011 | 76th - 81st | R | Terrell | Kaufman |
| Fred Brown | 14 | H | 1999 - 2011 | 76th - 82nd | R | Bryan | Brazos |
| Lon Burnam | 90 | H | 1997 - 2013 | 75th - 82nd | D | Fort Worth | Tarrant |
| William 'Bill' Callegari | 132 | H | 2001 - 2013 | 77th - 82nd | R | Katy | Harris |
| Scott Campbell | 72 | H | 2003 - 2007 | 78th - 79th | R | San Angelo | Tom Green |
| Carter Casteel | 73 | H | 2003 - 2007 | 78th - 79th | R | New Braunfels | Comal |
| Joaquin Castro | 125 | H | 2003 - 2013 | 78th - 82nd | D | San Antonio | Bexar |
| Norma Chavez | 76 | H | 1997 - 2011 | 75th - 81st | D | El Paso | El Paso |
| Warren Chisum | 88 | H<br>H | 1997 - 2013<br>1989 - 1997 | 75th - 82nd<br>71st - 74th | R<br>D | Pampa | Gray |

TX_00270

| Name | District | Chamber | Years | Legislatures | Party | City | County |
|---|---|---|---|---|---|---|---|
| Garnet Coleman | 147 | H | 1991 - 2013 | 72nd - 82nd | D | Houston | Harris |
| Byron Cook | 8 | H | 2003 - 2013 | 78th - 82nd | R | Corsicana | Navarro |
| Robert 'Robby' Cook | 17 | H | 1997 - 2009 | 75th - 80th | D | Eagle Lake | Colorado |
| Frank Corte, Jr. | 122 | H | 1993 - 2011 | 73rd - 81st | R | San Antonio | Bexar |
| Valerie Corte *v* | 122 | H / H | 2009 - 2011 / 2006 - 2006 | 81st / 79th | R / R | San Antonio | Bexar |
| Joe Crabb | 127 | H | 1993 - 2011 | 73rd - 81st | R | Atascocita | Harris |
| Tom Craddick | 82 | H | 1969 - 2013 | 61st - 82nd | R | Midland | Midland |
| Myra Crownover *v* | 64 | H | 2000 - 2013 | 76th - 82nd | R | Denton | Denton |
| John Davis | 129 | H | 1999 - 2013 | 76th - 82nd | R | Houston | Harris |
| Yvonne Davis | 111 | H | 1993 - 2013 | 73rd - 82nd | D | Dallas | Dallas |
| Glenda Dawson | 29 | H / H | Elected but never sworn / 2003 - 2006 | 80th / 78th - 79th | R / R | Pearland | Brazoria |
| Dianne White Delisi *v* | 55 | H | 1991 - 2008 | 72nd - 80th | R | Temple | Bell |
| Mary Denny *v* | 63 | H | 1993 - 2007 | 73rd - 79th | R | Aubrey | Denton |
| Joseph 'Joe' Deshotel | 22 | H | 1999 - 2013 | 76th - 82nd | D | Beaumont | Jefferson |
| Joe Driver | 113 | H | 1993 - 2013 | 73rd - 82nd | R | Garland | Dallas |
| Dawnna Dukes | 46 | H | 1995 - 2013 | 74th - 82nd | D | Pflugerville | Travis |
| Jim Dunnam | 57 | H | 1997 - 2011 | 75th - 81st | D | Waco | McLennan |
| Harold Dutton | 142 | H | 1985 - 2013 | 69th - 82nd | D | Houston | Harris |
| Al Edwards | 146 | H | 2009 - 2011 | 81st | D | Houston | Harris |
| Craig Eiland | 23 | H / H | 1979 - 2007 / 1995 - 2013 | 66th - 79th / 74th - 82nd | D / D | Galveston | Galveston |
| Rob Eissler | 15 | H | 2003 - 2013 | 78th - 82nd | R | The Woodlands | Montgomery |
| Gary Elkins | 135 | H | 1995 - 2013 | 74th - 82nd | R | Houston | Harris |
| Kirk England | 106 | H / H | 2009 - 2011 / 2006 - 2009 | 81st / 79th - 80th | D / R | Grand Prairie | Dallas |
| Juan Escobar | 43 | H | 2003 - 2009 | 78th - 80th | D | Kingsville | Kleberg |
| David Farabee | 69 | H | 1999 - 2011 | 76th - 81st | D | Wichita Falls | Wichita |
| Jessica Farrar *v* | 148 | H | 1995 - 2013 | 74th - 82nd | D | Houston | Harris |
| Ismael 'Kino' Flores | 36 | H | 1997 - 2011 | 75th - 81st | D | Mission | Hidalgo |
| Dan Flynn | 2 | H | 2003 - 2013 | 78th - 82nd | R | Van | Van Zandt |

TA_002703

| Name | District | Chamber | Years | Sessions | Party | City | County |
|---|---|---|---|---|---|---|---|
| Stephen Frost F | 1 | H | 2005 - 2011 | 79th - 81st | D | Atlanta | Cass |
| Pete Gallego | 74 | H | 1991 - 2013 | 72nd - 82nd | D | Alpine | Brewster |
| Dan Gattis | 20 | H | 2003 - 2011 | 78th - 81st | R | Georgetown | Williamson |
| Charlie Geren | 99 | H | 2001 - 2013 | 77th - 82nd | R | Fort Worth | Tarrant |
| Helen Giddings | 109 | H | 1993 - 2013 | 73rd - 82nd | D | DeSoto | Dallas |
| Veronica Gonzales F | 41 | H | 2005 - 2013 | 79th - 82nd | D | McAllen | Hidalgo |
| Yvonne Gonzalez Toureilles v F | 35 | H | 2005 - 2011 | 79th - 81st | D | Alice | Jim Wells |
| Toby Goodman | 93 | H | 1991 - 2007 | 72nd - 79th | R | Arlington | Tarrant |
| Tony Goolsby | 102 | H | 1989 - 2009 | 71st - 80th | R | Dallas | Dallas |
| Bob Griggs | 91 | H | 2003 - 2007 | 78th - 79th | R | North Richland Hills | Tarrant |
| Kent Grusendorf | 94 | H | 1987 - 2007 | 70th - 79th | R | Arlington | Tarrant |
| Ryan Guillen | 31 | H | 2003 - 2013 | 78th - 82nd | D | Rio Grande City | Starr |
| Patrick 'Pat' Haggerty | 78 | H | 1989 - 2009 | 71st - 80th | R | El Paso | El Paso |
| Mike 'Tuffy' Hamilton | 19 | H | 2003 - 2013 | 78th - 82nd | R | Mauriceville | Orange |
| Peggy Hamric v | 126 | H | 1991 - 2007 | 72nd - 79th | R | Houston | Harris |
| Richard 'Rick' Hardcastle | 68 | H | 1999 - 2013 | 76th - 82nd | R | Vernon | Wilbarger |
| Linda Harper-Brown v | 105 | H | 2003 - 2013 | 78th - 82nd | R | Irving | Dallas |
| Will Hartnett | 114 | H | 1991 - 2013 | 72nd - 82nd | R | Dallas | Dallas |
| Glenn Hegar, Jr. | 28 | S / H | 2007 - 2013 / 2003 - 2007 | 80th - 82nd / 78th - 79th | R / R | Katy | Harris |
| Ana Hernandez Luna | 143 | H | 2005 - 2013 | 79th - 82nd | D | Houston | Harris |
| Abel Herrero F | 34 | H | 2005 - 2011 | 79th - 81st | D | Robstown | Nueces |
| Harvey Hilderbran | 53 | H | 1989 - 2013 | 71st - 82nd | R | Kerrville | Kerr |
| Fred Hill | 112 | H | 1989 - 2009 | 71st - 80th | R | Richardson | Dallas |
| Scott Hochberg | 137 | H | 1993 - 2013 | 73rd - 82nd | D | Houston | Harris |
| Terri Hodge | 100 | H | 1997 - 2010 | 75th - 81st | D | Dallas | Dallas |
| Mark Homer | 3 | H | 1999 - 2011 | 76th - 81st | D | Paris | Lamar |

TA_002704

| Name | District | Chamber | Years | Sessions | Party | City | County |
|---|---|---|---|---|---|---|---|
| Ruben Hope, Jr. | 16 | H | 1999 - 2007 | 76th - 79th | R | Conroe | Montgomery |
| Chuck Hopson | 11 | H<br>H | 2011 - 2013<br>2001 - 2011 | 82nd<br>77th - 81st | R<br>D | Jacksonville | Cherokee |
| Charlie Howard | 26 | H | 1995 - 2013 | 74th - 82nd | R | Sugar Land | Fort Bend |
| Donna Howard | 48 | H | 2006 - 2013 | 79th - 82nd | D | Austin | Travis |
| Bryan Hughes | 5 | H | 2003 - 2013 | 78th - 82nd | R | Mineola | Wood |
| Bob Hunter | 71 | H | 1986 - 2007 | 69th - 79th | R | Abilene | Taylor |
| Suzanna Gratia Hupp v | 54 | H | 1996 - 2007 | 74th - 79th | R | Kempner | Lampasas |
| Carl Isett | 84 | H | 1997 - 2010 | 75th - 81st | R | Lubbock | Lubbock |
| Cheri Isett | 84 | H | 2006 - 2006 | 79th | R | Lubbock | Lubbock |
| Jim Jackson F | 115 | H | 2005 - 2013 | 79th - 82nd | R | Carrollton | Dallas |
| Delwin Jones | 83 | H<br>H | 1989 - 2011<br>1964 - 1973 | 71st - 81st<br>59th - 62nd | R<br>D | Lubbock | Lubbock |
| Elizabeth Ames Jones v | 121 | H<br>H | Elected but never sworn<br>2001 - 2005 | 79th<br>77th - 78th | R<br>R | San Antonio | Bexar |
| Jesse Jones | 110 | H | 1993 - 2007 | 73rd - 79th | D | Dallas | Dallas |
| Terry Keel | 47 | H | 1997 - 2007 | 75th - 79th | R | Austin | Travis |
| Jim Keffer | 60 | H | 1997 - 2013 | 75th - 82nd | R | Eastland | Eastland |
| Bill Keffer | 107 | H | 2003 - 2007 | 78th - 79th | R | Dallas | Dallas |
| Phil King | 61 | H | 1999 - 2013 | 76th - 82nd | R | Weatherford | Parker |
| Tracy King | 80 | H<br>H | 2005 - 2013<br>1995 - 2003 | 79th - 82nd<br>74th - 77th | D<br>D | Batesville | Zavala |
| Lois Kolkhorst | 13 | H | 2001 - 2013 | 77th - 82nd | R | Brenham | Washington |
| Mike Krusee | 52 | H | 1993 - 2009 | 73rd - 80th | R | Austin | Williamson |
| Edmund Kuempel | 44 | H<br>H | Elected but never sworn<br>1983 - 2010 | 82nd<br>68th - 81st | R<br>R | Seguin | Guadalupe |
| James E. 'Pete' Laney | 85 | H | 1973 - 2007 | 63rd - 79th | D | Hale Center | Hale |
| Jodie Laubenberg | 89 | H | 2003 - 2013 | 78th - 82nd | R | Parker | Collin |
| David Leibowitz F | 117 | H | 2005 - 2011 | 79th - 81st | D | San Antonio | Bexar |
| Vilma Luna | 33 | H | 1993 - 2006 | 73rd - 79th | D | Corpus Christi | Nueces |
| Jerry Madden | 67 | H | 1993 - 2013 | 73rd - 82nd | R | Richardson | Collin |
| Armando Martinez F | 39 | H | 2005 - 2013 | 79th - 82nd | D | Weslaco | Hidalgo |
| Trey Martinez Fischer v | 116 | H | 2001 - 2013 | 77th - 82nd | D | San Antonio | Bexar |
| Brian McCall | 66 | H | 1991 - 2010 | 72nd - 81st | R | Plano | Collin |

TA_002705

| Name | District | Chamber | Years | Legislatures | Party | City | County |
|---|---|---|---|---|---|---|---|
| Brian McCall | 66 | H | 1991 - 2010 | 72nd - 81st | R | Plano | Collin |
| Ruth Jones McClendon v | 120 | H | 1996 - 2013 | 74th - 82nd | D | San Antonio | Bexar |
| Jim McReynolds | 12 | H | 1997 - 2011 | 75th - 81st | D | Lufkin | Angelina |
| Jose Menendez | 124 | H | 2001 - 2013 | 77th - 82nd | D | San Antonio | Bexar |
| Tommy Merritt | 7 | H | 1997 - 2011 | 75th - 81st | R | Longview | Gregg |
| Sid Miller | 59 | H | 2001 - 2013 | 77th - 82nd | R | Stephenville | Erath |
| Joe Moreno | 143 | H | 1998 - 2005 | 75th - 79th | D | Houston | Harris |
| Paul Moreno | 77 | H<br>H | 1975 - 2009<br>1967 - 1973 | 64th - 80th<br>60th - 62nd | D<br>D | El Paso | El Paso |
| Geanie Morrison | 30 | H | 1999 - 2013 | 76th - 82nd | R | Victoria | Victoria |
| Anna Mowery v | 97 | H | 1988 - 2007 | 70th - 80th | R | Fort Worth | Tarrant |
| Elliott Naishtat | 49 | H | 1991 - 2013 | 72nd - 82nd | D | Austin | Travis |
| Joe Nixon | 133 | H | 1995 - 2007 | 74th - 79th | R | Houston | Harris |
| Melissa Noriega v F | 145 | H | 2005 - 2005 | 79th | D | Houston | Harris |
| Rick Noriega | 145 | H | 1999 - 2009 | 76th - 80th | D | Houston | Harris |
| Rene Oliveira | 37 | H<br>H | 1991 - 2013<br>1981 - 1987 | 72nd - 82nd<br>67th - 69th | D<br>D | Brownsville | Cameron |
| Dora Olivo | 27 | H | 1997 - 2011 | 75th - 81st | D | Rosenberg | Fort Bend |
| Rob Orr F | 58 | H | 2005 - 2013 | 79th - 82nd | R | Burleson | Johnson |
| Solomon P. Ortiz, Jr. | 33 | H | 2006 - 2011 | 79th - 81st | D | Corpus Christi | Nueces |
| John Otto F | 18 | H | 2005 - 2013 | 79th - 82nd | R | Dayton | Liberty |
| Ken Paxton, Jr. | 70 | H | 2003 - 2013 | 78th - 82nd | R | McKinney | Collin |
| Aaron Pena | 40 | H<br>H | 2011 - 2013<br>2003 - 2011 | 82nd<br>78th - 81st | R<br>D | Edinburg | Hidalgo |
| Larry Phillips | 62 | H | 2003 - 2013 | 78th - 82nd | R | Sherman | Grayson |
| Joseph 'Joe' Pickett | 79 | H | 1995 - 2013 | 74th - 82nd | D | El Paso | El Paso |
| Jim Pitts | 10 | H | 1993 - 2013 | 73rd - 82nd | R | Waxahachie | Ellis |
| Robert Puente | 119 | H | 1991 - 2008 | 72nd - 80th | D | San Antonio | Bexar |
| Chente Quintanilla | 75 | H | 2003 - 2013 | 78th - 82nd | D | El Paso | El Paso |
| Richard Raymond v | 42 | H<br>H | 2001 - 2013<br>1993 - 1999 | 77th - 82nd<br>73rd - 75th | D<br>D | Laredo | Webb |
| Elvira Reyna | 101 | H | 1993 - 2007 | 73rd - 79th | R | Mesquite | Dallas |
| Debbie Riddle | 150 | H | 2002 - 2013 | 77th - 82nd | R | Tomball | Harris |
| Allan Ritter | 21 | H | 2011 - 2013 | 82nd | R | Nederland | Jefferson |

TA_002706

| Name | District | Chamber | Years | Sessions | Party | City | County |
|---|---|---|---|---|---|---|---|
| | | H | 1999 - 2011 | 76th - 81st | D | | |
| Eddie Rodriguez | 51 | H | 2003 - 2013 | 78th - 82nd | D | Austin | Travis |
| Patrick Rose | 45 | H | 2003 - 2011 | 78th - 81st | D | Dripping Springs | Hays |
| Gene Seaman | 32 | H | 1997 - 2007 | 75th - 79th | R | Corpus Christi | Nueces |
| Todd Smith | 92 | H | 1997 - 2013 | 75th - 82nd | R | Euless | Tarrant |
| Wayne Smith | 128 | H | 2003 - 2013 | 78th - 82nd | R | Baytown | Harris |
| John Smithee | 86 | H | 1985 - 2013 | 69th - 82nd | R | Amarillo | Randall |
| Jim Solis | 38 | H | 1993 - 2007 | 73rd - 79th | D | Harlingen | Cameron |
| Burt Solomons | 65 | H | 1995 - 2013 | 74th - 82nd | R | Carrollton | Denton |
| Mark Strama F | 50 | H | 2005 - 2013 | 79th - 82nd | D | Austin | Travis |
| Joe Straus F | 121 | H | 2005 - 2013 | 79th - 82nd | R | San Antonio | Bexar |
| David Swinford | 87 | H | 1991 - 2010 | 72nd - 81st | R | Dumas | Moore |
| Robert Talton | 144 | H | 1993 - 2009 | 73rd - 80th | R | Pasadena | Harris |
| Larry Taylor | 24 | H | 2003 - 2013 | 78th - 82nd | R | Friendswood | Galveston |
| Senfronia Thompson v | 141 | H | 1973 - 2013 | 63rd - 82nd | D | Houston | Harris |
| Vicki Truitt | 98 | H | 1999 - 2013 | 76th - 82nd | R | Keller | Tarrant |
| Sylvester Turner | 139 | H | 1989 - 2013 | 71st - 82nd | D | Houston | Harris |
| Carlos Uresti | 118 | S / H | 2006 - 2013 / 1997 - 2006 | 79th - 82nd / 75th - 79th | D / D | San Antonio | Bexar |
| Corbin Van Arsdale | 130 | H | 2003 - 2008 | 78th - 80th | R | Tomball | Harris |
| Marc Veasey F | 95 | H | 2005 - 2013 | 79th - 82nd | D | Fort Worth | Tarrant |
| Michael 'Mike' Villarreal | 123 | H | 2000 - 2013 | 76th - 82nd | D | San Antonio | Bexar |
| Hubert Vo F | 149 | H | 2005 - 2013 | 79th - 82nd | D | Houston | Harris |
| G.E. 'Buddy' West | 81 | H | 1993 - 2008 | 73rd - 80th | R | Odessa | Ector |
| Martha Wong | 134 | H | 2003 - 2007 | 78th - 79th | R | Houston | Harris |
| Beverly Woolley v | 136 | H | 1995 - 2013 | 74th - 82nd | R | Houston | Harris |
| William 'Bill' Zedler | 96 | H / H | 2011 - 2013 / 2003 - 2009 | 82nd / 78th - 80th | R / R | Arlington | Tarrant |

F indicates this was the first time that the member served in either a regular or called session.

TX_00270

*v* indicates that more than one last name is associated with an individual.

This website is a work in progress. Information on this website is provided as a public service by the Legislative Reference Library. The Legislative Reference Library makes no representation as to its completeness or accuracy and makes no warranty in regard to its use. Users assume all risk of reliance on the information included on this site.

Have a question, comment or contribution? Email the Library or call 512-463-1252.

TA_002708