# Legislative Reference Library of Texas
*your partner in legislative research*

PX 046

2:13-cv-193
09/02/2014
DEF0042

[LRL Home](#) - [Legislators and Leaders](#) - [Texas Legislators: Past & Present](#) - Search results 

155 found [ Leg: 80 Chamber: H ] ([Go back](#))

[House seating chart](#)     [Senate seating chart](#)

| Name | District. | Chamber | Years | Legislatures | Party | City | County |
|---|---|---|---|---|---|---|---|
| Alma Allen | 131 | H | 2005 - 2013 | 79th - 82nd | D | Houston | Harris |
| Roberto Alonzo | 104 | H<br>H | 2003 - 2013<br>1993 - 1997 | 78th - 82nd<br>73rd - 74th | D<br>D | Dallas | Dallas |
| Rafael Anchia | 103 | H | 2005 - 2013 | 79th - 82nd | D | Dallas | Dallas |
| Charles 'Doc' Anderson | 56 | H | 2005 - 2013 | 79th - 82nd | R | Waco | McLennan |
| Jimmie Don Aycock F | 54 | H | 2007 - 2013 | 80th - 82nd | R | Killeen | Bell |
| Kevin Bailey | 140 | H | 1991 - 2009 | 72nd - 80th | D | Houston | Harris |
| Dan Barrett | 97 | H | 2007 - 2009 | 80th | D | Fort Worth | Tarrant |
| Leo Berman | 6 | H | 1999 - 2013 | 76th - 82nd | R | Tyler | Smith |
| Dwayne Bohac | 138 | H | 2003 - 2013 | 78th - 82nd | R | Houston | Harris |
| Valinda Bolton F | 47 | H | 2007 - 2011 | 80th - 81st | D | Austin | Travis |
| Dennis Bonnen | 25 | H | 1997 - 2013 | 75th - 82nd | R | Angleton | Brazoria |
| Dan Branch | 108 | H | 2003 - 2013 | 78th - 82nd | R | Dallas | Dallas |
| Betty Brown | 4 | H | 1999 - 2011 | 76th - 81st | R | Terrell | Kaufman |
| Fred Brown | 14 | H | 1999 - 2011 | 76th - 82nd | R | College Station | Brazos |
| Lon Burnam | 90 | H | 1997 - 2013 | 75th - 82nd | D | Fort Worth | Tarrant |
| William 'Bill' Callegari | 132 | H | 2001 - 2013 | 77th - 82nd | R | Katy | Harris |
| Joaquin Castro | 125 | H | 2003 - 2013 | 78th - 82nd | D | San Antonio | Bexar |
| Norma Chavez | 76 | H | 1997 - 2011 | 75th - 81st | D | El Paso | El Paso |
| Warren Chisum | 88 | H<br>H | 1997 - 2013<br>1989 - 1997 | 75th - 82nd<br>71st - 74th | R<br>D | Pampa | Gray |
| Wayne Christian | 9 | H<br>H | 2007 - 2013<br>1997 - 2005 | 80th - 82nd<br>75th - 78th | R<br>R | Center | Shelby |
| Ellen Cohen F | 134 | H | 2007 - 2011 | 80th - 81st | D | Houston | Harris |
| Garnet | 147 | H | 1991 - 2013 | 72nd - 82nd | D | Houston | Harris |

TA_002709

| Name | District | Chamber | Years | Legislatures | Party | City | County |
|---|---|---|---|---|---|---|---|
| Coleman | | | | | | | |
| Byron Cook | 8 | H | 2003 - 2013 | 78th - 82nd | R | Corsicana | Navarro |
| Robert 'Robby' Cook | 17 | H | 1997 - 2009 | 75th - 80th | D | Eagle Lake | Colorado |
| Frank Corte, Jr. | 122 | H | 1993 - 2011 | 73rd - 81st | R | San Antonio | Bexar |
| Joe Crabb | 127 | H | 1993 - 2011 | 73rd - 81st | R | Atascocita | Harris |
| Tom Craddick | 82 | H | 1969 - 2013 | 61st - 82nd | R | Midland | Midland |
| Brandon Creighton F | 16 | H | 2007 - 2013 | 80th - 82nd | R | Conroe | Montgomery |
| Myra Crownover v | 64 | H | 2000 - 2013 | 76th - 82nd | R | Denton | Denton |
| Drew Darby F | 72 | H | 2007 - 2013 | 80th - 82nd | R | San Angelo | Tom Green |
| John Davis | 129 | H | 1999 - 2013 | 76th - 82nd | R | Houston | Harris |
| Yvonne Davis | 111 | H | 1993 - 2013 | 73rd - 82nd | D | Dallas | Dallas |
| Glenda Dawson | 29 | H / H | Elected but never sworn / 2003 - 2006 | 80th / 78th - 79th | R / R | Pearland | Brazoria |
| Dianne White Delisi v | 55 | H | 1991 - 2008 | 72nd - 80th | R | Temple | Bell |
| Joseph 'Joe' Deshotel | 22 | H | 1999 - 2013 | 76th - 82nd | D | Beaumont | Jefferson |
| Joe Driver | 113 | H | 1993 - 2013 | 73rd - 82nd | R | Garland | Dallas |
| Dawnna Dukes | 46 | H | 1995 - 2013 | 74th - 82nd | D | Pflugerville | Travis |
| Jim Dunnam | 57 | H | 1997 - 2011 | 75th - 81st | D | Waco | McLennan |
| Harold Dutton | 142 | H | 1985 - 2013 | 69th - 82nd | D | Houston | Harris |
| Craig Eiland | 23 | H | 1995 - 2013 | 74th - 82nd | D | Galveston | Galveston |
| Rob Eissler | 15 | H | 2003 - 2013 | 78th - 82nd | R | The Woodlands | Montgomery |
| Gary Elkins | 135 | H | 1995 - 2013 | 74th - 82nd | R | Houston | Harris |
| Kirk England | 106 | H / H | 2009 - 2011 / 2006 - 2009 | 81st / 79th - 80th | D / R | Grand Prairie | Dallas |
| Juan Escobar | 43 | H | 2003 - 2009 | 78th - 80th | D | Kingsville | Kleberg |
| David Farabee | 69 | H | 1999 - 2011 | 76th - 81st | D | Wichita Falls | Wichita |
| Joe Farias F | 118 | H | 2007 - 2013 | 80th - 82nd | D | San Antonio | Bexar |
| Jessica Farrar v | 148 | H | 1995 - 2013 | 74th - 82nd | D | Houston | Harris |
| Ismael 'Kino' Flores | 36 | H | 1997 - 2011 | 75th - 81st | D | Palmview | Hidalgo |
| Dan Flynn | 2 | H | 2003 - 2013 | 78th - 82nd | R | Van | Van Zandt |
| Stephen | 1 | H | 2005 - 2011 | 79th - 81st | D | Atlanta | Cass |

TA_002710

| Name | District | Chamber | Years | Sessions | Party | City | County |
|---|---|---|---|---|---|---|---|
| Frost | | | | | | | |
| Pete Gallego | 74 | H | 1991 - 2013 | 72nd - 82nd | D | Alpine | Brewster |
| Juan M. Garcia F | 32 | H | 2007 - 2009 | 80th | D | Corpus Christi | Nueces |
| Dan Gattis | 20 | H | 2003 - 2011 | 78th - 81st | R | Georgetown | Williamson |
| Charlie Geren | 99 | H | 2001 - 2013 | 77th - 82nd | R | Fort Worth | Tarrant |
| Helen Giddings | 109 | H | 1993 - 2013 | 73rd - 82nd | D | DeSoto | Dallas |
| Veronica Gonzales | 41 | H | 2005 - 2013 | 79th - 82nd | D | McAllen | Hidalgo |
| Yvonne Gonzalez Toureilles v | 35 | H | 2005 - 2011 | 79th - 81st | D | Alice | Jim Wells |
| Tony Goolsby | 102 | H | 1989 - 2009 | 71st - 80th | R | Dallas | Dallas |
| Ryan Guillen | 31 | H | 2003 - 2013 | 78th - 82nd | D | Rio Grande City | Starr |
| Roland Gutierrez | 119 | H | 2008 - 2013 | 80th - 82nd | D | San Antonio | Bexar |
| Patrick 'Pat' Haggerty | 78 | H | 1989 - 2009 | 71st - 80th | R | El Paso | El Paso |
| Mike 'Tuffy' Hamilton | 19 | H | 2003 - 2013 | 78th - 82nd | R | Mauriceville | Orange |
| Kelly Hancock F | 91 | H | 2007 - 2013 | 80th - 82nd | R | North Richland Hills | Tarrant |
| Richard 'Rick' Hardcastle | 68 | H | 1999 - 2013 | 76th - 82nd | R | Vernon | Wilbarger |
| Patricia Harless v F | 126 | H | 2007 - 2013 | 80th - 82nd | R | Spring | Harris |
| Linda Harper-Brown v | 105 | H | 2003 - 2013 | 78th - 82nd | R | Irving | Dallas |
| Will Hartnett | 114 | H | 1991 - 2013 | 72nd - 82nd | R | Dallas | Dallas |
| Joe Heflin F | 85 | H | 2007 - 2011 | 80th - 81st | D | Crosbyton | Crosby |
| Ana Hernandez Luna | 143 | H | 2005 - 2013 | 79th - 82nd | D | Houston | Harris |
| Abel Herrero | 34 | H | 2005 - 2011 | 79th - 81st | D | Robstown | Nueces |
| Harvey Hilderbran | 53 | H | 1989 - 2013 | 71st - 82nd | R | Kerrville | Kerr |
| Fred Hill | 112 | H | 1989 - 2009 | 71st - 80th | R | Richardson | Dallas |
| Scott Hochberg | 137 | H | 1993 - 2013 | 73rd - 82nd | D | Houston | Harris |
| Terri Hodge | 100 | H | 1997 - 2010 | 75th - 81st | D | Dallas | Dallas |
| Mark Homer | 3 | H | 1999 - 2011 | 76th - 81st | D | Paris | Lamar |
| Chuck Hopson | 11 | H | 2011 - 2013 | 82nd | R | Jacksonville | Cherokee |
| | | H | 2001 - 2011 | 77th - 81st | D | | |

TA_002741

| Name | District | Chamber | Years | Legislatures | Party | City | County |
|---|---|---|---|---|---|---|---|
| Hopson | | H | 2001 - 2011 | 77th - 81st | D | | |
| Charlie Howard | 26 | H | 1995 - 2013 | 74th - 82nd | R | Sugar Land | Fort Bend |
| Donna Howard | 48 | H | 2006 - 2013 | 79th - 82nd | D | Austin | Travis |
| Bryan Hughes | 5 | H | 2003 - 2013 | 78th - 82nd | R | Mineola | Wood |
| Carl Isett | 84 | H | 1997 - 2010 | 75th - 81st | R | Lubbock | Lubbock |
| Jim Jackson | 115 | H | 2005 - 2013 | 79th - 82nd | R | Carrollton | Dallas |
| Delwin Jones | 83 | H<br>H | 1989 - 2011<br>1964 - 1973 | 71st - 81st<br>59th - 62nd | R<br>D | Lubbock | Lubbock |
| Jim Keffer | 60 | H | 1997 - 2013 | 75th - 82nd | R | Eastland | Eastland |
| Phil King | 61 | H | 1999 - 2013 | 76th - 82nd | R | Weatherford | Parker |
| Susan King v F | 71 | H | 2007 - 2013 | 80th - 82nd | R | Abilene | Taylor |
| Tracy King | 80 | H<br>H | 2005 - 2013<br>1995 - 2003 | 79th - 82nd<br>74th - 77th | D<br>D | Batesville | Zavala |
| Lois Kolkhorst | 13 | H | 2001 - 2013 | 77th - 82nd | R | Brenham | Washington |
| Mike Krusee | 52 | H | 1993 - 2009 | 73rd - 80th | R | Austin | Williamson |
| Edmund Kuempel | 44 | H<br>H | Elected but never sworn<br>1983 - 2010 | 82nd<br>68th - 81st | R<br>R | Seguin | Guadalupe |
| Thomas Latham F | 101 | H | 2007 - 2009 | 80th | R | Sunnyvale | Dallas |
| Jodie Laubenberg | 89 | H | 2003 - 2013 | 78th - 82nd | R | Parker | Collin |
| David Leibowitz | 117 | H | 2005 - 2011 | 79th - 81st | D | San Antonio | Bexar |
| Tryon Lewis | 81 | H | 2008 - 2013 | 80th - 82nd | R | Odessa | Ector |
| Eddie Lucio, III F | 38 | H | 2007 - 2013 | 80th - 82nd | D | Rancho Viejo | Cameron |
| Nathan Macias F | 73 | H | 2007 - 2009 | 80th | R | Bulverde | Comal |
| Jerry Madden | 67 | H | 1993 - 2013 | 73rd - 82nd | R | Richardson | Collin |
| Barbara Mallory Caraway v F | 110 | H | 2007 - 2013 | 80th - 82nd | D | Dallas | Dallas |
| Armando Martinez | 39 | H | 2005 - 2013 | 79th - 82nd | D | Weslaco | Hidalgo |
| Trey Martinez Fischer v | 116 | H | 2001 - 2013 | 77th - 82nd | D | San Antonio | Bexar |
| Brian McCall | 66 | H | 1991 - 2010 | 72nd - 81st | R | Plano | Collin |
| Ruth Jones McClendon v | 120 | H | 1996 - 2013 | 74th - 82nd | D | San Antonio | Bexar |
| Jim McReynolds | 12 | H | 1997 - 2011 | 75th - 81st | D | Lufkin | Angelina |
| Jose | 124 | H | 2001 - 2013 | 77th - 82nd | D | San Antonio | Bexar |

TA_002712

| Name | District | Chamber | Years | Legislature | Party | City | County |
|---|---|---|---|---|---|---|---|
| Menendez | | | | | | | |
| Tommy Merritt | 7 | H | 1997 - 2011 | 75th - 81st | R | Longview | Gregg |
| Borris Miles F | 146 | H<br>H | 2011 - 2013<br>2007 - 2009 | 82nd<br>80th | D<br>D | Houston | Harris |
| Sid Miller | 59 | H | 2001 - 2013 | 77th - 82nd | R | Stephenville | Erath |
| Paul Moreno | 77 | H<br>H | 1975 - 2009<br>1967 - 1973 | 64th - 80th<br>60th - 62nd | D<br>D | El Paso | El Paso |
| Geanie Morrison | 30 | H | 1999 - 2013 | 76th - 82nd | R | Victoria | Victoria |
| Anna Mowery v | 97 | H | 1988 - 2007 | 70th - 80th | R | Fort Worth | Tarrant |
| Jim Murphy F | 133 | H<br>H | 2011 - 2013<br>2007 - 2009 | 82nd<br>80th | R<br>R | Houston | Harris |
| Elliott Naishtat | 49 | H | 1991 - 2013 | 72nd - 82nd | D | Austin | Travis |
| Rick Noriega | 145 | H | 1999 - 2009 | 76th - 80th | D | Houston | Harris |
| Mike O'Day F | 29 | H | 2007 - 2009 | 80th | R | Pearland | Brazoria |
| Rene Oliveira | 37 | H<br>H | 1991 - 2013<br>1981 - 1987 | 72nd - 82nd<br>67th - 69th | D<br>D | Brownsville | Cameron |
| Dora Olivo | 27 | H | 1997 - 2011 | 75th - 81st | D | Richmond | Fort Bend |
| Rob Orr | 58 | H | 2005 - 2013 | 79th - 82nd | R | Burleson | Johnson |
| Solomon P. Ortiz, Jr. F | 33 | H | 2006 - 2011 | 79th - 81st | D | Corpus Christi | Nueces |
| John Otto | 18 | H | 2005 - 2013 | 79th - 82nd | R | Dayton | Liberty |
| Tan Parker F | 63 | H | 2007 - 2013 | 80th - 82nd | R | Flower Mound | Denton |
| Diane Patrick F | 94 | H | 2007 - 2013 | 80th - 82nd | R | Arlington | Tarrant |
| Ken Paxton, Jr. | 70 | H | 2003 - 2013 | 78th - 82nd | R | McKinney | Collin |
| Aaron Pena | 40 | H<br>H | 2011 - 2013<br>2003 - 2011 | 82nd<br>78th - 81st | R<br>D | Edinburg | Hidalgo |
| Larry Phillips | 62 | H | 2003 - 2013 | 78th - 82nd | R | Sherman | Grayson |
| Joseph 'Joe' Pickett | 79 | H | 1995 - 2013 | 74th - 82nd | D | El Paso | El Paso |
| Paula Pierson v F | 93 | H | 2007 - 2011 | 80th - 81st | D | Arlington | Tarrant |
| Jim Pitts | 10 | H | 1993 - 2013 | 73rd - 82nd | R | Waxahachie | Ellis |
| Robert Puente | 119 | H | 1991 - 2008 | 72nd - 80th | D | San Antonio | Bexar |
| Chente Quintanilla | 75 | H | 2003 - 2013 | 78th - 82nd | D | Tornillo | El Paso |
| Richard Raymond v | 42 | H<br>H | 2001 - 2013<br>1993 - 1999 | 77th - 82nd<br>73rd - 75th | D<br>D | Laredo | Webb |
| Debbie Riddle | 150 | H | 2002 - 2013 | 77th - 82nd | R | Houston | Harris |
| Allan Ritter | 21 | H<br>H | 2011 - 2013<br>1999 - 2011 | 82nd<br>76th - 81st | R<br>D | Nederland | Jefferson |

TA_002743

| Name | District | Chamber | Years | Sessions | Party | City | County |
|---|---|---|---|---|---|---|---|
| | | H | 1999 - 2011 | 76th - 81st | D | | |
| Eddie Rodriguez | 51 | H | 2003 - 2013 | 78th - 82nd | D | Austin | Travis |
| Patrick Rose | 45 | H | 2003 - 2011 | 78th - 81st | D | Dripping Springs | Hays |
| Ralph Sheffield | 55 | H | 2008 - 2013 | 80th - 82nd | R | Temple | Bell |
| Todd Smith | 92 | H | 1997 - 2013 | 75th - 82nd | R | Euless | Tarrant |
| Wayne Smith | 128 | H | 2003 - 2013 | 78th - 82nd | R | Baytown | Harris |
| John Smithee | 86 | H | 1985 - 2013 | 69th - 82nd | R | Amarillo | Randall |
| Burt Solomons | 65 | H | 1995 - 2013 | 74th - 82nd | R | Carrollton | Denton |
| Mark Strama | 50 | H | 2005 - 2013 | 79th - 82nd | D | Austin | Travis |
| Joe Straus | 121 | H | 2005 - 2013 | 79th - 82nd | R | San Antonio | Bexar |
| David Swinford | 87 | H | 1991 - 2010 | 72nd - 81st | R | Dumas | Moore |
| Robert Talton | 144 | H | 1993 - 2009 | 73rd - 80th | R | Pasadena | Harris |
| Larry Taylor | 24 | H | 2003 - 2013 | 78th - 82nd | R | Friendswood | Galveston |
| Senfronia Thompson v | 141 | H | 1973 - 2013 | 63rd - 82nd | D | Houston | Harris |
| Vicki Truitt | 98 | H | 1999 - 2013 | 76th - 82nd | R | Keller | Tarrant |
| Sylvester Turner | 139 | H | 1989 - 2013 | 71st - 82nd | D | Houston | Harris |
| Corbin Van Arsdale | 130 | H | 2003 - 2008 | 78th - 80th | R | Houston | Harris |
| Allen Vaught F | 107 | H | 2007 - 2011 | 80th - 81st | D | Dallas | Dallas |
| Marc Veasey | 95 | H | 2005 - 2013 | 79th - 82nd | D | Fort Worth | Tarrant |
| Michael 'Mike' Villarreal | 123 | H | 2000 - 2013 | 76th - 82nd | D | San Antonio | Bexar |
| Hubert Vo | 149 | H | 2005 - 2013 | 79th - 82nd | D | Houston | Harris |
| G.E. 'Buddy' West | 81 | H | 1993 - 2008 | 73rd - 80th | R | Odessa | Ector |
| Beverly Woolley v | 136 | H | 1995 - 2013 | 74th - 82nd | R | Houston | Harris |
| William 'Bill' Zedler | 96 | H H | 2011 - 2013 2003 - 2009 | 82nd 78th - 80th | R R | Arlington | Tarrant |
| Dr. John Zerwas F | 28 | H | 2007 - 2013 | 80th - 82nd | R | Houston | Harris |

F indicates this was the first time that the member served in either a regular or called session.

v indicates that more than one last name is associated with an individual.

This website is a work in progress. Information on this website is provided as a public service by the Legislative Reference Library. The Legislative Reference Library makes no representation as to its completeness or accuracy and

TX_00271

makes no warranty in regard to its use. Users assume all risk of reliance on the information included on this site.

Have a question, comment or contribution? Email the Library or call 512-463-1252.

TA_002715