6/27/12     Case 2:13-cv-00193 Document 729-19 Filed on 11/17/14 in TXSD Page 1 of 6
Legislative Reference Library | Legislators and Leaders | Search results

PX 047

2:13-cv-193
09/02/2014
DEF0043

# Legislative Reference Library of Texas
*your partner in legislative research*



155 found [ Leg: 81 Chamber: H ] (Go back)

| Name | District. | Chamber | Years | Legislatures | Party | City | County |
|---|---|---|---|---|---|---|---|
| Alma Allen | 131 | H | 2005 - 2013 | 79th - 82nd | D | Houston | Harris |
| Roberto Alonzo | 104 | H<br>H | 2003 - 2013<br>1993 - 1997 | 78th - 82nd<br>73rd - 74th | D<br>D | Dallas | Dallas |
| Carol Alvarado F | 145 | H | 2009 - 2013 | 81st - 82nd | D | Houston | Harris |
| Rafael Anchia | 103 | H | 2005 - 2013 | 79th - 82nd | D | Dallas | Dallas |
| Charles 'Doc' Anderson | 56 | H | 2005 - 2013 | 79th - 82nd | R | Waco | McLennan |
| Jimmie Don Aycock | 54 | H | 2007 - 2013 | 80th - 82nd | R | Killeen | Bell |
| Leo Berman | 6 | H | 1999 - 2013 | 76th - 82nd | R | Tyler | Smith |
| Dwayne Bohac | 138 | H | 2003 - 2013 | 78th - 82nd | R | Houston | Harris |
| Valinda Bolton | 47 | H | 2007 - 2011 | 80th - 81st | D | Austin | Travis |
| Dennis Bonnen | 25 | H | 1997 - 2013 | 75th - 82nd | R | Angleton | Brazoria |
| Dan Branch | 108 | H | 2003 - 2013 | 78th - 82nd | R | Dallas | Dallas |
| Betty Brown | 4 | H | 1999 - 2011 | 76th - 81st | R | Terrell | Kaufman |
| Fred Brown | 14 | H | 1999 - 2011 | 76th - 82nd | R | College Station | Brazos |
| Lon Burnam | 90 | H | 1997 - 2013 | 75th - 82nd | D | Fort Worth | Tarrant |
| Angie Chen Button F | 112 | H | 2009 - 2013 | 81st - 82nd | R | Garland | Dallas |
| William 'Bill' Callegari | 132 | H | 2001 - 2013 | 77th - 82nd | R | Katy | Harris |
| Joaquin Castro | 125 | H | 2003 - 2013 | 78th - 82nd | D | San Antonio | Bexar |
| Norma Chavez | 76 | H | 1997 - 2011 | 75th - 81st | D | El Paso | El Paso |
| Warren Chisum | 88 | H | 1997 - 2013 | 75th - 82nd | R | Pampa | Gray |
| Wayne Christian | 9 | H<br>H<br>H | 1989 - 1997<br>2007 - 2013<br>1997 - 2005 | 71st - 74th<br>80th - 82nd<br>75th - 78th | D<br>R<br>R | Center | Shelby |
| Ellen Cohen | 134 | H | 2007 - 2011 | 80th - 81st | D | Houston | Harris |
| Garnet Coleman | 147 | H | 1991 - 2013 | 72nd - 82nd | D | Houston | Harris |
| Byron Cook | 8 | H | 2003 - 2013 | 78th - 82nd | R | Corsicana | Navarro |
| Frank Corte, | 122 | H | 1993 - 2011 | 73rd - 81st | R | San Antonio | Bexar |

TX_00271

| Name | District | Chamber | Years | Sessions | Party | City | County |
|---|---|---|---|---|---|---|---|
| ..., Jr. | | | | | | | |
| Valerie Corte v | 122 | H<br>H | 2009 - 2011<br>2006 - 2006 | 81st<br>79th | R<br>R | San Antonio | Bexar |
| Joe Crabb | 127 | H | 1993 - 2011 | 73rd - 81st | R | Atascocita | Harris |
| Tom Craddick | 82 | H | 1969 - 2013 | 61st - 82nd | R | Midland | Midland |
| Brandon Creighton | 16 | H | 2007 - 2013 | 80th - 82nd | R | Conroe | Montgomery |
| Myra Crownover v | 64 | H | 2000 - 2013 | 76th - 82nd | R | Denton | Denton |
| Drew Darby | 72 | H | 2007 - 2013 | 80th - 82nd | R | San Angelo | Tom Green |
| John Davis | 129 | H | 1999 - 2013 | 76th - 82nd | R | Houston | Harris |
| Yvonne Davis | 111 | H | 1993 - 2013 | 73rd - 82nd | D | Dallas | Dallas |
| Joseph 'Joe' Deshotel | 22 | H | 1999 - 2013 | 76th - 82nd | D | Beaumont | Jefferson |
| Joe Driver | 113 | H | 1993 - 2013 | 73rd - 82nd | R | Garland | Dallas |
| Dawnna Dukes | 46 | H | 1995 - 2013 | 74th - 82nd | D | Pflugerville | Travis |
| Jim Dunnam | 57 | H | 1997 - 2011 | 75th - 81st | D | Waco | McLennan |
| Harold Dutton | 142 | H | 1985 - 2013 | 69th - 82nd | D | Houston | Harris |
| Al Edwards | 146 | H<br>H | 2009 - 2011<br>1979 - 2007 | 81st<br>66th - 79th | D<br>D | Houston | Harris |
| Craig Eiland | 23 | H | 1995 - 2013 | 74th - 82nd | D | Galveston | Galveston |
| Rob Eissler | 15 | H | 2003 - 2013 | 78th - 82nd | R | The Woodlands | Montgomery |
| Gary Elkins | 135 | H | 1995 - 2013 | 74th - 82nd | R | Houston | Harris |
| Kirk England | 106 | H<br>H | 2009 - 2011<br>2006 - 2009 | 81st<br>79th - 80th | D<br>R | Grand Prairie | Dallas |
| David Farabee | 69 | H | 1999 - 2011 | 76th - 81st | D | Wichita Falls | Wichita |
| Joe Farias | 118 | H | 2007 - 2013 | 80th - 82nd | D | San Antonio | Bexar |
| Jessica Farrar v | 148 | H | 1995 - 2013 | 74th - 82nd | D | Houston | Harris |
| Allen Fletcher F | 130 | H | 2009 - 2013 | 81st - 82nd | R | Houston | Harris |
| Ismael 'Kino' Flores | 36 | H | 1997 - 2011 | 75th - 81st | D | Palmview | Hidalgo |
| Dan Flynn | 2 | H | 2003 - 2013 | 78th - 82nd | R | Van | Van Zandt |
| Stephen Frost | 1 | H | 2005 - 2011 | 79th - 81st | D | Atlanta | Cass |
| John Frullo | 84 | H | 2010 - 2013 | 81st - 82nd | R | Lubbock | Lubbock |
| Pete Gallego | 74 | H | 1991 - 2013 | 72nd - 82nd | D | Alpine | Brewster |
| Dan Gattis | 20 | H | 2003 - 2011 | 78th - 81st | R | Georgetown | Williamson |
| Charlie Geren | 99 | H | 2001 - 2013 | 77th - 82nd | R | Fort Worth | Tarrant |
| Helen Giddings | 109 | H | 1993 - 2013 | 73rd - 82nd | D | DeSoto | Dallas |
| Veronica Gonzales | 41 | H | 2005 - 2013 | 79th - 82nd | D | McAllen | Hidalgo |
| Yvonne ... | 35 | H | 2005 - 2011 | 79th - 81st | D | Alice | Jim Wells |

TA_002717

| Name | District | Chamber | Years | Sessions | Party | City | County |
|---|---|---|---|---|---|---|---|
| Yvonne Gonzalez Toureilles v | 35 | H | 2005 - 2011 | 79th - 81st | D | Alice | Jim Wells |
| Ryan Guillen | 31 | H | 2003 - 2013 | 78th - 82nd | D | Rio Grande City | Starr |
| Roland Gutierrez F | 119 | H | 2008 - 2013 | 80th - 82nd | D | San Antonio | Bexar |
| Mike 'Tuffy' Hamilton | 19 | H | 2003 - 2013 | 78th - 82nd | R | Mauriceville | Orange |
| Kelly Hancock | 91 | H | 2007 - 2013 | 80th - 82nd | R | North Richland Hills | Tarrant |
| Richard 'Rick' Hardcastle | 68 | H | 1999 - 2013 | 76th - 82nd | R | Vernon | Wilbarger |
| Patricia Harless v | 126 | H | 2007 - 2013 | 80th - 82nd | R | Spring | Harris |
| Linda Harper-Brown v | 105 | H | 2003 - 2013 | 78th - 82nd | R | Irving | Dallas |
| Will Hartnett | 114 | H | 1991 - 2013 | 72nd - 82nd | R | Dallas | Dallas |
| Joe Heflin | 85 | H | 2007 - 2011 | 80th - 81st | D | Crosbyton | Crosby |
| Ana Hernandez Luna | 143 | H | 2005 - 2013 | 79th - 82nd | D | Houston | Harris |
| Abel Herrero | 34 | H | 2005 - 2011 | 79th - 81st | D | Robstown | Nueces |
| Harvey Hilderbran | 53 | H | 1989 - 2013 | 71st - 82nd | R | Kerrville | Kerr |
| Scott Hochberg | 137 | H | 1993 - 2013 | 73rd - 82nd | D | Houston | Harris |
| Terri Hodge | 100 | H | 1997 - 2010 | 75th - 81st | D | Dallas | Dallas |
| Mark Homer | 3 | H | 1999 - 2011 | 76th - 81st | D | Paris | Lamar |
| Chuck Hopson | 11 | H / H | 2011 - 2013 / 2001 - 2011 | 82nd / 77th - 81st | R / D | Jacksonville | Cherokee |
| Charlie Howard | 26 | H | 1995 - 2013 | 74th - 82nd | R | Sugar Land | Fort Bend |
| Donna Howard | 48 | H | 2006 - 2013 | 79th - 82nd | D | Austin | Travis |
| Bryan Hughes | 5 | H | 2003 - 2013 | 78th - 82nd | R | Mineola | Wood |
| Todd Hunter | 32 | H / H | 2009 - 2013 / 1989 - 1997 | 81st - 82nd / 71st - 74th | R / D | Corpus Christi | Nueces |
| Carl Isett | 84 | H | 1997 - 2010 | 75th - 81st | R | Lubbock | Lubbock |
| Jim Jackson | 115 | H | 2005 - 2013 | 79th - 82nd | R | Carrollton | Dallas |
| Eric Johnson | 100 | H | 2010 - 2013 | 81st - 82nd | D | Dallas | Dallas |
| Delwin Jones | 83 | H / H | 1989 - 2011 / 1964 - 1973 | 71st - 81st / 59th - 62nd | R / D | Lubbock | Lubbock |
| Jim Keffer | 60 | H | 1997 - 2013 | 75th - 82nd | R | Eastland | Eastland |
| Carol Kent F | 102 | H | 2009 - 2011 | 81st | D | Dallas | Dallas |
| Phil King | 61 | H | 1999 - 2013 | 76th - 82nd | R | Weatherford | Parker |
| Susan King v | 71 | H | 2007 - 2013 | 80th - 82nd | R | Abilene | Taylor |
| Tracy King | 80 | H / H | 2005 - 2013 / 1995 - 2003 | 79th - 82nd / 74th - 77th | D / D | Batesville | Zavala |

| Name | District | Chamber | Years | Legislatures | Party | City | County |
|---|---|---|---|---|---|---|---|
| Tim Kleinschmidt F | 17 | H | 2009 - 2013 | 81st - 82nd | R | Lexington | Lee |
| Lois Kolkhorst | 13 | H | 2001 - 2013 | 77th - 82nd | R | Brenham | Washington |
| Edmund Kuempel | 44 | H | Elected but never sworn<br>1983 - 2010 | 82nd<br>68th - 81st | R<br>R | Seguin | Guadalupe |
| John Kuempel | 44 | H | 2010 - 2013 | 81st - 82nd | R | Seguin | Guadalupe |
| Jodie Laubenberg | 89 | H | 2003 - 2013 | 78th - 82nd | R | Parker | Collin |
| Ken Legler F | 144 | H | 2009 - 2012 | 81st - 82nd | R | Houston | Harris |
| David Leibowitz | 117 | H | 2005 - 2011 | 79th - 81st | D | San Antonio | Bexar |
| Tryon Lewis F | 81 | H | 2008 - 2013 | 80th - 82nd | R | Odessa | Ector |
| Eddie Lucio, III | 38 | H | 2007 - 2013 | 80th - 82nd | D | Rancho Viejo | Cameron |
| Jerry Madden | 67 | H | 1993 - 2013 | 73rd - 82nd | R | Richardson | Collin |
| Diana Maldonado F | 52 | H | 2009 - 2011 | 81st | D | Round Rock | Williamson |
| Barbara Mallory Caraway v | 110 | H | 2007 - 2013 | 80th - 82nd | D | Dallas | Dallas |
| Marisa Marquez F | 77 | H | 2009 - 2013 | 81st - 82nd | D | El Paso | El Paso |
| Armando Martinez | 39 | H | 2005 - 2013 | 79th - 82nd | D | Weslaco | Hidalgo |
| Trey Martinez Fischer v | 116 | H | 2001 - 2013 | 77th - 82nd | D | San Antonio | Bexar |
| Brian McCall | 66 | H | 1991 - 2010 | 72nd - 81st | R | Plano | Collin |
| Ruth Jones McClendon v | 120 | H | 1996 - 2013 | 74th - 82nd | D | San Antonio | Bexar |
| Jim McReynolds | 12 | H | 1997 - 2011 | 75th - 81st | D | Lufkin | Angelina |
| Jose Menendez | 124 | H | 2001 - 2013 | 77th - 82nd | D | San Antonio | Bexar |
| Tommy Merritt | 7 | H | 1997 - 2011 | 75th - 81st | R | Longview | Gregg |
| Robert Miklos F | 101 | H | 2009 - 2011 | 81st | D | Mesquite | Dallas |
| Doug Miller F | 73 | H | 2009 - 2013 | 81st - 82nd | R | New Braunfels | Comal |
| Sid Miller | 59 | H | 2001 - 2013 | 77th - 82nd | R | Stephenville | Erath |
| Joe Moody F | 78 | H | 2009 - 2011 | 81st | D | El Paso | El Paso |
| Geanie Morrison | 30 | H | 1999 - 2013 | 76th - 82nd | R | Victoria | Victoria |
| Elliott Naishtat | 49 | H | 1991 - 2013 | 72nd - 82nd | D | Austin | Travis |
| Rene Oliveira | 37 | H | 1991 - 2013<br>1981 - 1987 | 72nd - 82nd<br>67th - 69th | D<br>D | Brownsville | Cameron |

TX_00277

| Name | District | Chamber | Years | Sessions | Party | City | County |
|---|---|---|---|---|---|---|---|
| Dora Olivo | 27 | H | 1997 - 2011 | 75th - 81st | D | Richmond | Fort Bend |
| Rob Orr | 58 | H | 2005 - 2013 | 79th - 82nd | R | Burleson | Johnson |
| Solomon P. Ortiz, Jr. | 33 | H | 2006 - 2011 | 79th - 81st | D | Corpus Christi | Nueces |
| John Otto | 18 | H | 2005 - 2013 | 79th - 82nd | R | Dayton | Liberty |
| Tan Parker | 63 | H | 2007 - 2013 | 80th - 82nd | R | Flower Mound | Denton |
| Diane Patrick | 94 | H | 2007 - 2013 | 80th - 82nd | R | Arlington | Tarrant |
| Ken Paxton, Jr. | 70 | H | 2003 - 2013 | 78th - 82nd | R | McKinney | Collin |
| Aaron Pena | 40 | H / H | 2011 - 2013 / 2003 - 2011 | 82nd / 78th - 81st | R / D | Edinburg | Hidalgo |
| Larry Phillips | 62 | H | 2003 - 2013 | 78th - 82nd | R | Sherman | Grayson |
| Joseph 'Joe' Pickett | 79 | H | 1995 - 2013 | 74th - 82nd | D | El Paso | El Paso |
| Paula Pierson v | 93 | H | 2007 - 2011 | 80th - 81st | D | Arlington | Tarrant |
| Jim Pitts | 10 | H | 1993 - 2013 | 73rd - 82nd | R | Waxahachie | Ellis |
| Chente Quintanilla | 75 | H | 2003 - 2013 | 78th - 82nd | D | Tornillo | El Paso |
| Richard Raymond v | 42 | H / H | 2001 - 2013 / 1993 - 1999 | 77th - 82nd / 73rd - 75th | D / D | Laredo | Webb |
| Debbie Riddle | 150 | H | 2002 - 2013 | 77th - 82nd | R | Houston | Harris |
| Tara Rios Ybarra F | 43 | H | 2009 - 2011 | 81st | D | South Padre Island | Cameron |
| Allan Ritter | 21 | H / H | 2011 - 2013 / 1999 - 2011 | 82nd / 76th - 81st | R / D | Nederland | Jefferson |
| Eddie Rodriguez | 51 | H | 2003 - 2013 | 78th - 82nd | D | Austin | Travis |
| Patrick Rose | 45 | H | 2003 - 2011 | 78th - 81st | D | Dripping Springs | Hays |
| Ralph Sheffield F | 55 | H | 2008 - 2013 | 80th - 82nd | R | Temple | Bell |
| Mark Shelton F | 97 | H | 2009 - 2013 | 81st - 82nd | R | Fort Worth | Tarrant |
| Todd Smith | 92 | H | 1997 - 2013 | 75th - 82nd | R | Euless | Tarrant |
| Wayne Smith | 128 | H | 2003 - 2013 | 78th - 82nd | R | Baytown | Harris |
| John Smithee | 86 | H | 1985 - 2013 | 69th - 82nd | R | Amarillo | Randall |
| Burt Solomons | 65 | H | 1995 - 2013 | 74th - 82nd | R | Carrollton | Denton |
| Mark Strama | 50 | H | 2005 - 2013 | 79th - 82nd | D | Austin | Travis |
| Joe Straus | 121 | H | 2005 - 2013 | 79th - 82nd | R | San Antonio | Bexar |
| David Swinford | 87 | H | 1991 - 2010 | 72nd - 81st | R | Dumas | Moore |
| Larry Taylor | 24 | H | 2003 - 2013 | 78th - 82nd | R | Friendswood | Galveston |
| Van Taylor | 66 | H | 2010 - 2013 | 81st - 82nd | R | Plano | Collin |
| Kristi Thibaut F | 133 | H | 2009 - 2011 | 81st | D | Houston | Harris |

TA_002720

| Name | District | Chamber | Years | Sessions | Party | City | County |
|---|---|---|---|---|---|---|---|
| Thibaut v | | | | | | | |
| Senfronia Thompson v | 141 | H | 1973 - 2013 | 63rd - 82nd | D | Houston | Harris |
| Vicki Truitt | 98 | H | 1999 - 2013 | 76th - 82nd | R | Keller | Tarrant |
| Chris Turner F | 96 | H | 2009 - 2011 | 81st | D | Arlington | Tarrant |
| Sylvester Turner | 139 | H | 1989 - 2013 | 71st - 82nd | D | Houston | Harris |
| Allen Vaught | 107 | H | 2007 - 2011 | 80th - 81st | D | Dallas | Dallas |
| Marc Veasey | 95 | H | 2005 - 2013 | 79th - 82nd | D | Fort Worth | Tarrant |
| Michael 'Mike' Villarreal | 123 | H | 2000 - 2013 | 76th - 82nd | D | San Antonio | Bexar |
| Hubert Vo | 149 | H | 2005 - 2013 | 79th - 82nd | D | Houston | Harris |
| Armando Walle F | 140 | H | 2009 - 2013 | 81st - 82nd | D | Houston | Harris |
| Randy Weber F | 29 | H | 2009 - 2013 | 81st - 82nd | R | Pearland | Brazoria |
| Beverly Woolley v | 136 | H | 1995 - 2013 | 74th - 82nd | R | Houston | Harris |
| Dr. John Zerwas | 28 | H | 2007 - 2013 | 80th - 82nd | R | Houston | Harris |

F indicates this was the first time that the member served in either a regular or called session.

v indicates that more than one last name is associated with an individual.

This website is a work in progress. Information on this website is provided as a public service by the Legislative Reference Library. The Legislative Reference Library makes no representation as to its completeness or accuracy and makes no warranty in regard to its use. Users assume all risk of reliance on the information included on this site.

Have a question, comment or contribution? Email the Library or call 512-463-1252.

TA_002721