6/27/12 Legislative Reference Library | Legislators and Leaders | Search results

Case 2:13-cv-00193 Document 729-20 Filed on 11/17/14 in TXSD Page 1 of 6

PX 048

2:13-cv-193
09/02/2014
DEF0044

# Legislative Reference Library of Texas
*your partner in legislative research*

LRL Home - Legislators and Leaders - Texas Legislators: Past & Present - Search results 

152 found [ Leg: 82 Chamber: H ]  (Go back)

## Senate seating chart

| Name | District. | Chamber | Years | Legislatures | Party | City | County |
|---|---|---|---|---|---|---|---|
| Jose Aliseda F | 35 | H | 2011 - 2013 | 82nd | R | Beeville | Bee |
| Alma Allen | 131 | H | 2005 - 2013 | 79th - 82nd | D | Houston | Harris |
| Roberto Alonzo | 104 | H<br>H | 2003 - 2013<br>1993 - 1997 | 78th - 82nd<br>73rd - 74th | D<br>D | Dallas | Dallas |
| Carol Alvarado | 145 | H | 2009 - 2013 | 81st - 82nd | D | Houston | Harris |
| Rafael Anchia | 103 | H | 2005 - 2013 | 79th - 82nd | D | Dallas | Dallas |
| Charles 'Doc' Anderson | 56 | H | 2005 - 2013 | 79th - 82nd | R | Waco | McLennan |
| Rodney Anderson F | 106 | H | 2011 - 2013 | 82nd | R | Grand Prairie | Dallas |
| Jimmie Don Aycock | 54 | H | 2007 - 2013 | 80th - 82nd | R | Killeen | Bell |
| Marva Beck F | 57 | H | 2011 - 2013 | 82nd | R | Centerville | Leon |
| Leo Berman | 6 | H | 1999 - 2013 | 76th - 82nd | R | Tyler | Smith |
| Dwayne Bohac | 138 | H | 2003 - 2013 | 78th - 82nd | R | Houston | Harris |
| Dennis Bonnen | 25 | H | 1997 - 2013 | 75th - 82nd | R | Angleton | Brazoria |
| Dan Branch | 108 | H | 2003 - 2013 | 78th - 82nd | R | Dallas | Dallas |
| Fred Brown | 14 | H | 1999 - 2011 | 76th - 82nd | R | College Station | Brazos |
| Cindy Burkett F | 101 | H | 2011 - 2013 | 82nd | R | Mesquite | Dallas |
| Lon Burnam | 90 | H | 1997 - 2013 | 75th - 82nd | D | Fort Worth | Tarrant |
| Angie Chen Button | 112 | H | 2009 - 2013 | 81st - 82nd | R | Garland | Dallas |
| Erwin Cain F | 3 | H | 2011 - 2013 | 82nd | R | Como | Hopkins |
| William 'Bill' Callegari | 132 | H | 2001 - 2013 | 77th - 82nd | R | Katy | Harris |
| Stefani Carter F | 102 | H | 2011 - 2013 | 82nd | R | Dallas | Dallas |
| Joaquin Castro | 125 | H | 2003 - 2013 | 78th - 82nd | D | San Antonio | Bexar |
| Warren Chisum | 88 | H<br>H | 1997 - 2013<br>1989 - 1997 | 75th - 82nd<br>71st - 74th | R<br>D | Pampa | Gray |

TX_00272

| Name | District | Chamber | Years | Legislatures | Party | City | County |
|---|---|---|---|---|---|---|---|
| Wayne Christian | 9 | H H | 2007 - 2013<br>1997 - 2005 | 80th - 82nd<br>75th - 78th | R R | Center | Shelby |
| Garnet Coleman | 147 | H | 1991 - 2013 | 72nd - 82nd | D | Houston | Harris |
| Byron Cook | 8 | H | 2003 - 2013 | 78th - 82nd | R | Corsicana | Navarro |
| Tom Craddick | 82 | H | 1969 - 2013 | 61st - 82nd | R | Midland | Midland |
| Brandon Creighton | 16 | H | 2007 - 2013 | 80th - 82nd | R | Conroe | Montgomery |
| Myra Crownover v | 64 | H | 2000 - 2013 | 76th - 82nd | R | Denton | Denton |
| Drew Darby | 72 | H | 2007 - 2013 | 80th - 82nd | R | San Angelo | Tom Green |
| John Davis | 129 | H | 1999 - 2013 | 76th - 82nd | R | Houston | Harris |
| Sarah Davis F | 134 | H | 2011 - 2013 | 82nd | R | Houston | Harris |
| Yvonne Davis | 111 | H | 1993 - 2013 | 73rd - 82nd | D | Dallas | Dallas |
| Joseph 'Joe' Deshotel | 22 | H | 1999 - 2013 | 76th - 82nd | D | Beaumont | Jefferson |
| Joe Driver | 113 | H | 1993 - 2013 | 73rd - 82nd | R | Garland | Dallas |
| Dawnna Dukes | 46 | H | 1995 - 2013 | 74th - 82nd | D | Pflugerville | Travis |
| Harold Dutton | 142 | H | 1985 - 2013 | 69th - 82nd | D | Houston | Harris |
| Craig Eiland | 23 | H | 1995 - 2013 | 74th - 82nd | D | Galveston | Galveston |
| Rob Eissler | 15 | H | 2003 - 2013 | 78th - 82nd | R | The Woodlands | Montgomery |
| Gary Elkins | 135 | H | 1995 - 2013 | 74th - 82nd | R | Houston | Harris |
| Joe Farias | 118 | H | 2007 - 2013 | 80th - 82nd | D | San Antonio | Bexar |
| Jessica Farrar v | 148 | H | 1995 - 2013 | 74th - 82nd | D | Houston | Harris |
| Allen Fletcher | 130 | H | 2009 - 2013 | 81st - 82nd | R | Houston | Harris |
| Dan Flynn | 2 | H | 2003 - 2013 | 78th - 82nd | R | Van | Van Zandt |
| John Frullo F | 84 | H | 2010 - 2013 | 81st - 82nd | R | Lubbock | Lubbock |
| Pete Gallego | 74 | H | 1991 - 2013 | 72nd - 82nd | D | Alpine | Brewster |
| John V. Garza F | 117 | H | 2011 - 2013 | 82nd | R | San Antonio | Bexar |
| Charlie Geren | 99 | H | 2001 - 2013 | 77th - 82nd | R | Fort Worth | Tarrant |
| Helen Giddings | 109 | H | 1993 - 2013 | 73rd - 82nd | D | DeSoto | Dallas |
| Larry Gonzales F | 52 | H | 2011 - 2013 | 82nd | R | Round Rock | Williamson |
| Veronica Gonzales | 41 | H | 2005 - 2013 | 79th - 82nd | D | McAllen | Hidalgo |
| Naomi Gonzalez F | 76 | H | 2011 - 2013 | 82nd | D | El Paso | El Paso |
| Lance Gooden F | 4 | H | 2011 - 2013 | 82nd | R | Terrell | Kaufman |
| Ryan Guillen | 31 | H | 2003 - 2013 | 78th - 82nd | D | Rio Grande City | Starr |

TA_002723

| Name | District | Chamber | Years | Sessions | Party | City | County |
|---|---|---|---|---|---|---|---|
| Roland Gutierrez | 119 | H | 2008 - 2013 | 80th - 82nd | D | San Antonio | Bexar |
| Mike 'Tuffy' Hamilton | 19 | H | 2003 - 2013 | 78th - 82nd | R | Mauriceville | Orange |
| Kelly Hancock | 91 | H | 2007 - 2013 | 80th - 82nd | R | North Richland Hills | Tarrant |
| Richard 'Rick' Hardcastle | 68 | H | 1999 - 2013 | 76th - 82nd | R | Vernon | Wilbarger |
| Patricia Harless v | 126 | H | 2007 - 2013 | 80th - 82nd | R | Spring | Harris |
| Linda Harper-Brown v | 105 | H | 2003 - 2013 | 78th - 82nd | R | Irving | Dallas |
| Will Hartnett | 114 | H | 1991 - 2013 | 72nd - 82nd | R | Dallas | Dallas |
| Ana Hernandez Luna | 143 | H | 2005 - 2013 | 79th - 82nd | D | Houston | Harris |
| Harvey Hilderbran | 53 | H | 1989 - 2013 | 71st - 82nd | R | Kerrville | Kerr |
| Scott Hochberg | 137 | H | 1993 - 2013 | 73rd - 82nd | D | Houston | Harris |
| Chuck Hopson | 11 | H / H | 2011 - 2013 / 2001 - 2011 | 82nd / 77th - 81st | R / D | Jacksonville | Cherokee |
| Charlie Howard | 26 | H | 1995 - 2013 | 74th - 82nd | R | Sugar Land | Fort Bend |
| Donna Howard | 48 | H | 2006 - 2013 | 79th - 82nd | D | Austin | Travis |
| Dan Huberty F | 127 | H | 2011 - 2013 | 82nd | R | Houston | Harris |
| Bryan Hughes | 5 | H | 2003 - 2013 | 78th - 82nd | R | Mineola | Wood |
| Todd Hunter | 32 | H / H | 2009 - 2013 / 1989 - 1997 | 81st - 82nd / 71st - 74th | R / D | Corpus Christi | Nueces |
| Jason Isaac F | 45 | H | 2011 - 2013 | 82nd | R | Dripping Springs | Hays |
| Jim Jackson | 115 | H | 2005 - 2013 | 79th - 82nd | R | Carrollton | Dallas |
| Eric Johnson F | 100 | H | 2010 - 2013 | 81st - 82nd | D | Dallas | Dallas |
| Jim Keffer | 60 | H | 1997 - 2013 | 75th - 82nd | R | Eastland | Eastland |
| Phil King | 61 | H | 1999 - 2013 | 76th - 82nd | R | Weatherford | Parker |
| Susan King v | 71 | H | 2007 - 2013 | 80th - 82nd | R | Abilene | Taylor |
| Tracy King | 80 | H / H | 2005 - 2013 / 1995 - 2003 | 79th - 82nd / 74th - 77th | D / D | Batesville | Zavala |
| Tim Kleinschmidt | 17 | H | 2009 - 2013 | 81st - 82nd | R | Lexington | Lee |
| Lois Kolkhorst | 13 | H | 2001 - 2013 | 77th - 82nd | R | Brenham | Washington |
| Edmund Kuempel | 44 | H / H | Elected but never sworn / 1983 - 2010 | 82nd / 68th - 81st | R / R | Seguin | Guadalupe |
| John Kuempel F | 44 | H | 2010 - 2013 | 81st - 82nd | R | Seguin | Guadalupe |

TX_00272

| Name | District | Chamber | Years | Sessions | Party | City | County |
|---|---|---|---|---|---|---|---|
| Jim Landtroop F | 85 | H | 2011 - 2013 | 82nd | R | Plainview | Hale |
| Lyle Larson F | 122 | H | 2011 - 2013 | 82nd | R | San Antonio | Bexar |
| Jodie Laubenberg | 89 | H | 2003 - 2013 | 78th - 82nd | R | Parker | Collin |
| George Lavender F | 1 | H | 2011 - 2013 | 82nd | R | Texarkana | Bowie |
| Ken Legler | 144 | H | 2009 - 2012 | 81st - 82nd | R | Houston | Harris |
| Tryon Lewis | 81 | H | 2008 - 2013 | 80th - 82nd | R | Odessa | Ector |
| J.M. Lozano F | 43 | H | 2011 - 2013 | 82nd | D | Kingsville | Kleberg |
| Eddie Lucio, III | 38 | H | 2007 - 2013 | 80th - 82nd | D | Rancho Viejo | Cameron |
| Lanham Lyne F | 69 | H | 2011 - 2013 | 82nd | R | Wichita Falls | Wichita |
| Jerry Madden | 67 | H | 1993 - 2013 | 73rd - 82nd | R | Richardson | Collin |
| Barbara Mallory Caraway v | 110 | H | 2007 - 2013 | 80th - 82nd | D | Dallas | Dallas |
| Dee Margo F | 78 | H | 2011 - 2013 | 82nd | R | El Paso | El Paso |
| Marisa Marquez | 77 | H | 2009 - 2013 | 81st - 82nd | D | El Paso | El Paso |
| Armando Martinez | 39 | H | 2005 - 2013 | 79th - 82nd | D | Weslaco | Hidalgo |
| Trey Martinez Fischer v | 116 | H | 2001 - 2013 | 77th - 82nd | D | San Antonio | Bexar |
| Ruth Jones McClendon v | 120 | H | 1996 - 2013 | 74th - 82nd | D | San Antonio | Bexar |
| Jose Menendez | 124 | H | 2001 - 2013 | 77th - 82nd | D | San Antonio | Bexar |
| Borris Miles | 146 | H<br>H | 2011 - 2013<br>2007 - 2009 | 82nd<br>80th | D<br>D | Houston | Harris |
| Doug Miller | 73 | H | 2009 - 2013 | 81st - 82nd | R | New Braunfels | Comal |
| Sid Miller | 59 | H | 2001 - 2013 | 77th - 82nd | R | Stephenville | Erath |
| Geanie Morrison | 30 | H | 1999 - 2013 | 76th - 82nd | R | Victoria | Victoria |
| Sergio Munoz, Jr. F | 36 | H | 2011 - 2013 | 82nd | D | Mission | Hidalgo |
| Jim Murphy | 133 | H<br>H | 2011 - 2013<br>2007 - 2009 | 82nd<br>80th | R<br>R | Houston | Harris |
| Elliott Naishtat | 49 | H | 1991 - 2013 | 72nd - 82nd | D | Austin | Travis |
| Barbara Nash F | 93 | H | 2011 - 2013 | 82nd | R | Arlington | Tarrant |
| Rene Oliveira | 37 | H<br>H | 1991 - 2013<br>1981 - 1987 | 72nd - 82nd<br>67th - 69th | D<br>D | Brownsville | Cameron |
| Rob Orr | 58 | H | 2005 - 2013 | 79th - 82nd | R | Burleson | Johnson |
| John Otto | 18 | H | 2005 - 2013 | 79th - 82nd | R | Dayton | Liberty |
| Tan Parker | 63 | H | 2007 - 2013 | 80th - 82nd | R | Flower Mound | Denton |

TA_002725

| Name | District | Chamber | Years | Sessions | Party | City | County |
|---|---|---|---|---|---|---|---|
| Diane Patrick | 94 | H | 2007 - 2013 | 80th - 82nd | R | Arlington | Tarrant |
| Ken Paxton, Jr. | 70 | H | 2003 - 2013 | 78th - 82nd | R | McKinney | Collin |
| Aaron Pena | 40 | H | 2011 - 2013 | 82nd | R | Edinburg | Hidalgo |
| | | H | 2003 - 2011 | 78th - 81st | D | | |
| Charles Perry F | 83 | H | 2011 - 2013 | 82nd | R | Lubbock | Lubbock |
| Larry Phillips | 62 | H | 2003 - 2013 | 78th - 82nd | R | Sherman | Grayson |
| Joseph 'Joe' Pickett | 79 | H | 1995 - 2013 | 74th - 82nd | D | El Paso | El Paso |
| Jim Pitts | 10 | H | 1993 - 2013 | 73rd - 82nd | R | Waxahachie | Ellis |
| Four Price F | 87 | H | 2011 - 2013 | 82nd | R | Amarillo | Potter |
| Chente Quintanilla | 75 | H | 2003 - 2013 | 78th - 82nd | D | Tornillo | El Paso |
| John Raney | 14 | H | 2011 - 2013 | 82nd | R | Bryan | Brazos |
| Richard Raymond v | 42 | H | 2001 - 2013 | 77th - 82nd | D | Laredo | Webb |
| | | H | 1993 - 1999 | 73rd - 75th | D | | |
| Ron Reynolds F | 27 | H | 2011 - 2013 | 82nd | D | Missouri City | Fort Bend |
| Debbie Riddle | 150 | H | 2002 - 2013 | 77th - 82nd | R | Houston | Harris |
| Allan Ritter | 21 | H | 2011 - 2013 | 82nd | R | Nederland | Jefferson |
| | | H | 1999 - 2011 | 76th - 81st | D | | |
| Eddie Rodriguez | 51 | H | 2003 - 2013 | 78th - 82nd | D | Austin | Travis |
| Dr. Charles Schwertner F | 20 | H | 2011 - 2013 | 82nd | R | Georgetown | Williamson |
| Connie Scott F | 34 | H | 2011 - 2013 | 82nd | R | Corpus Christi | Nueces |
| Kenneth Sheets F | 107 | H | 2011 - 2013 | 82nd | R | Dallas | Dallas |
| Ralph Sheffield | 55 | H | 2008 - 2013 | 80th - 82nd | R | Temple | Bell |
| Mark Shelton | 97 | H | 2009 - 2013 | 81st - 82nd | R | Fort Worth | Tarrant |
| David Simpson F | 7 | H | 2011 - 2013 | 82nd | R | Longview | Gregg |
| Todd Smith | 92 | H | 1997 - 2013 | 75th - 82nd | R | Euless | Tarrant |
| Wayne Smith | 128 | H | 2003 - 2013 | 78th - 82nd | R | Baytown | Harris |
| John Smithee | 86 | H | 1985 - 2013 | 69th - 82nd | R | Amarillo | Randall |
| Burt Solomons | 65 | H | 1995 - 2013 | 74th - 82nd | R | Carrollton | Denton |
| Mark Strama | 50 | H | 2005 - 2013 | 79th - 82nd | D | Austin | Travis |
| Joe Straus | 121 | H | 2005 - 2013 | 79th - 82nd | R | San Antonio | Bexar |
| Larry Taylor | 24 | H | 2003 - 2013 | 78th - 82nd | R | Friendswood | Galveston |
| Van Taylor F | 66 | H | 2010 - 2013 | 81st - 82nd | R | Plano | Collin |

TA_002726

| Name | District | Chamber | Years | Sessions | Party | City | County |
|---|---|---|---|---|---|---|---|
| Senfronia Thompson v | 141 | H | 1973 - 2013 | 63rd - 82nd | D | Houston | Harris |
| Raul Torres F | 33 | H | 2011 - 2013 | 82nd | R | Corpus Christi | Nueces |
| Vicki Truitt | 98 | H | 1999 - 2013 | 76th - 82nd | R | Keller | Tarrant |
| Sylvester Turner | 139 | H | 1989 - 2013 | 71st - 82nd | D | Houston | Harris |
| Marc Veasey | 95 | H | 2005 - 2013 | 79th - 82nd | D | Fort Worth | Tarrant |
| Michael 'Mike' Villarreal | 123 | H | 2000 - 2013 | 76th - 82nd | D | San Antonio | Bexar |
| Hubert Vo | 149 | H | 2005 - 2013 | 79th - 82nd | D | Houston | Harris |
| Armando Walle | 140 | H | 2009 - 2013 | 81st - 82nd | D | Houston | Harris |
| Randy Weber | 29 | H | 2009 - 2013 | 81st - 82nd | R | Pearland | Brazoria |
| James White F | 12 | H | 2011 - 2013 | 82nd | R | Hillister | Tyler |
| Beverly Woolley v | 136 | H | 1995 - 2013 | 74th - 82nd | R | Houston | Harris |
| Paul Workman F | 47 | H | 2011 - 2013 | 82nd | R | Spicewood | Burnet |
| William 'Bill' Zedler | 96 | H<br>H | 2011 - 2013<br>2003 - 2009 | 82nd<br>78th - 80th | R<br>R | Arlington | Tarrant |
| Dr. John Zerwas | 28 | H | 2007 - 2013 | 80th - 82nd | R | Houston | Harris |

F indicates this was the first time that the member served in either a regular or called session.

v indicates that more than one last name is associated with an individual.

This website is a work in progress. Information on this website is provided as a public service by the Legislative Reference Library. The Legislative Reference Library makes no representation as to its completeness or accuracy and makes no warranty in regard to its use. Users assume all risk of reliance on the information included on this site.

Have a question, comment or contribution? Email the Library or call 512-463-1252.

TA_002727