# Legislative Reference Library of Texas
*your partner in legislative research*

PX050

[LRL Home](#) - [Legislators and Leaders](#) - [Texas Legislators: Past & Present](#) - Search results 

2:13-cv-193
09/02/2014
**DEF0046**

32 found [ Leg: **80** Chamber: **S** ]   ([Go back](#))

[House seating chart](#)   [Senate seating chart](#)

| Name | District. | Chamber | Years | Legislatures | Party | City | County |
|---|---|---|---|---|---|---|---|
| Kip Averitt | 22 | S<br>H | 2002 - 2010<br>1993 - 2002 | 77th - 81st<br>73rd - 77th | R<br>R | McGregor | McLennan |
| Kim Brimer | 10 | S<br>H | 2003 - 2009<br>1989 - 2003 | 78th - 80th<br>71st - 77th | R<br>R | Fort Worth | Tarrant |
| John Carona | 16 | S<br>H | 1996 - 2013<br>1991 - 1996 | 74th - 82nd<br>72nd - 74th | R<br>R | Dallas | Dallas |
| Robert F. Deuell | 2 | S | 2003 - 2013 | 78th - 82nd | R | Greenville | Hunt |
| Robert Duncan | 28 | S<br>H | 1996 - 2013<br>1993 - 1996 | 74th - 82nd<br>73rd - 74th | R<br>R | Lubbock | Lubbock |
| Rodney Ellis | 13 | S | 1990 - 2013 | 71st - 82nd | D | Houston | Harris |
| Kevin Eltife | 1 | S | 2004 - 2013 | 78th - 82nd | R | Tyler | Smith |
| Craig Estes | 30 | S | 2001 - 2013 | 77th - 82nd | R | Wichita Falls | Wichita |
| Troy Fraser | 24 | S<br>H | 1997 - 2013<br>1988 - 1993 | 75th - 82nd<br>70th - 72nd | R<br>R | Horseshoe Bay | Burnet |
| Mario Gallegos | 6 | S<br>H | 1995 - 2013<br>1991 - 1995 | 74th - 82nd<br>72nd - 73rd | D<br>D | Houston | Harris |
| Chris Harris | 9 | S<br>H | 1991 - 2013<br>1985 - 1991 | 72nd - 82nd<br>69th - 71st | R<br>R | Arlington | Tarrant |
| Glenn Hegar, Jr. | 18 | S<br>H | 2007 - 2013<br>2003 - 2007 | 80th - 82nd<br>78th - 79th | R<br>R | Katy | Harris |
| Juan 'Chuy' Hinojosa | 20 | S<br>H<br>H | 2003 - 2013<br>1997 - 2003<br>1981 - 1991 | 78th - 82nd<br>75th - 77th<br>67th - 71st | D<br>D<br>D | McAllen | Hidalgo |
| Joan Huffman | 17 | S | 2008 - 2013 | 80th - 82nd | R | Southside Place | Harris |
| Mike Jackson | 11 | S<br>H | 1999 - 2013<br>1989 - 1999 | 76th - 82nd<br>71st - 75th | R<br>R | La Porte | Harris |
| Kyle Janek | 17 | S<br>H | 2002 - 2008<br>1995 - 2002 | 77th - 80th<br>74th - 77th | R<br>R | West University Place | Harris |
| Eddie Lucio | 27 | S<br>H | 1991 - 2013<br>1987 - 1991 | 72nd - 82nd<br>70th - 71st | D<br>D | Brownsville | Cameron |
| Jane N... | 12 | S | 1993 - 2013 | 73rd - 82nd | R | Flower Mound | Denton |

TA_002730

| Name | District | Chamber | Years | Sessions | Party | City | County |
|---|---|---|---|---|---|---|---|
| Nelson v | | | | | | | |
| Robert Nichols F | 3 | S | 2007 - 2013 | 80th - 82nd | R | Jacksonville | Cherokee |
| Steve Ogden | 5 | S<br>H | 1997 - 2013<br>1991 - 1997 | 75th - 82nd<br>72nd - 75th | R<br>R | Bryan | Brazos |
| Dan Patrick v F | 7 | S | 2007 - 2013 | 80th - 82nd | R | Houston | Harris |
| Kel Seliger | 31 | S | 2004 - 2013 | 78th - 82nd | R | Amarillo | Potter |
| Florence Shapiro v | 8 | S | 1993 - 2013 | 73rd - 82nd | R | Plano | Collin |
| Eliot Shapleigh | 29 | S | 1997 - 2011 | 75th - 81st | D | El Paso | El Paso |
| Carlos Uresti | 19 | S<br>H | 2006 - 2013<br>1997 - 2006 | 79th - 82nd<br>75th - 79th | D<br>D | San Antonio | Bexar |
| Leticia Van de Putte v | 26 | S<br>H | 1999 - 2013<br>1991 - 1999 | 76th - 82nd<br>72nd - 76th | D<br>D | San Antonio | Bexar |
| Kirk Watson F | 14 | S | 2007 - 2013 | 80th - 82nd | D | Austin | Travis |
| Jeff Wentworth | 25 | S<br>H | 1993 - 2013<br>1988 - 1993 | 73rd - 82nd<br>70th - 72nd | R<br>R | San Antonio | Bexar |
| Royce West | 23 | S | 1993 - 2013 | 73rd - 82nd | D | Dallas | Dallas |
| John Whitmire | 15 | S<br>H | 1983 - 2013<br>1973 - 1983 | 68th - 82nd<br>63rd - 67th | D<br>D | Houston | Harris |
| Tommy Williams | 4 | S<br>H | 2003 - 2013<br>1997 - 2003 | 78th - 82nd<br>75th - 77th | R<br>R | The Woodlands | Montgomery |
| Judith Zaffirini v | 21 | S | 1987 - 2013 | 70th - 82nd | D | Laredo | Webb |

F indicates this was the first time that the member served in either a regular or called session.

v indicates that more than one last name is associated with an individual.

This website is a work in progress. Information on this website is provided as a public service by the Legislative Reference Library. The Legislative Reference Library makes no representation as to its completeness or accuracy and makes no warranty in regard to its use. Users assume all risk of reliance on the information included on this site.

Have a question, comment or contribution? Email the Library or call 512-463-1252.

TA_002731