6/27/12 Case 2:13-cv-00193 Document 729-23 Filed on 11/17/14 in TXSD Page 1 of 2
Legislative Reference Library | Legislators and Leaders | Search results

PX051

# Legislative Reference Library of Texas

*your partner in legislative research*

2:13-cv-193
09/02/2014
**DEF0047**

[LRL Home](#) - [Legislators and Leaders](#) - [Texas Legislators: Past & Present](#) - Search results 

32 found [ Leg: **81** Chamber: **S** ]  ([Go back](#))

| Name | District. | Chamber | Years | Legislatures | Party | City | County |
|---|---|---|---|---|---|---|---|
| Kip Averitt | 22 | S<br>H | 2002 - 2010<br>1993 - 2002 | 77th - 81st<br>73rd - 77th | R<br>R | McGregor | McLennan |
| Brian Birdwell | 22 | S | 2010 - 2013 | 81st - 82nd | R | Granbury | Hood |
| John Carona | 16 | S<br>H | 1996 - 2013<br>1991 - 1996 | 74th - 82nd<br>72nd - 74th | R<br>R | Dallas | Dallas |
| Wendy Davis F | 10 | S | 2009 - 2013 | 81st - 82nd | D | Fort Worth | Tarrant |
| Robert F. Deuell | 2 | S | 2003 - 2013 | 78th - 82nd | R | Greenville | Hunt |
| Robert Duncan | 28 | S<br>H | 1996 - 2013<br>1993 - 1996 | 74th - 82nd<br>73rd - 74th | R<br>R | Lubbock | Lubbock |
| Rodney Ellis | 13 | S | 1990 - 2013 | 71st - 82nd | D | Houston | Harris |
| Kevin Eltife | 1 | S | 2004 - 2013 | 78th - 82nd | R | Tyler | Smith |
| Craig Estes | 30 | S | 2001 - 2013 | 77th - 82nd | R | Wichita Falls | Wichita |
| Troy Fraser | 24 | S<br>H | 1997 - 2013<br>1988 - 1993 | 75th - 82nd<br>70th - 72nd | R<br>R | Horseshoe Bay | Burnet |
| Mario Gallegos | 6 | S<br>H | 1995 - 2013<br>1991 - 1995 | 74th - 82nd<br>72nd - 73rd | D<br>D | Houston | Harris |
| Chris Harris | 9 | S<br>H | 1991 - 2013<br>1985 - 1991 | 72nd - 82nd<br>69th - 71st | R<br>R | Arlington | Tarrant |
| Glenn Hegar, Jr. | 18 | S<br>H | 2007 - 2013<br>2003 - 2007 | 80th - 82nd<br>78th - 79th | R<br>R | Katy | Harris |
| Juan 'Chuy' Hinojosa | 20 | S<br>H<br>H | 2003 - 2013<br>1997 - 2003<br>1981 - 1991 | 78th - 82nd<br>75th - 77th<br>67th - 71st | D<br>D<br>D | McAllen | Hidalgo |
| Joan Huffman F | 17 | S | 2008 - 2013 | 80th - 82nd | R | Southside Place | Harris |
| Mike Jackson | 11 | S<br>H | 1999 - 2013<br>1989 - 1999 | 76th - 82nd<br>71st - 75th | R<br>R | La Porte | Harris |
| Eddie Lucio | 27 | S<br>H | 1991 - 2013<br>1987 - 1991 | 72nd - 82nd<br>70th - 71st | D<br>D | Brownsville | Cameron |

TA_002732

| Name | District | Chamber | Years | Sessions | Party | City | County |
|---|---|---|---|---|---|---|---|
| Jane Nelson v | 12 | S | 1993 - 2013 | 73rd - 82nd | R | Flower Mound | Denton |
| Robert Nichols | 3 | S | 2007 - 2013 | 80th - 82nd | R | Jacksonville | Cherokee |
| Steve Ogden | 5 | S | 1997 - 2013 | 75th - 82nd | R | Bryan | Brazos |
|  |  | H | 1991 - 1997 | 72nd - 75th | R |  |  |
| Dan Patrick v | 7 | S | 2007 - 2013 | 80th - 82nd | R | Houston | Harris |
| Kel Seliger | 31 | S | 2004 - 2013 | 78th - 82nd | R | Amarillo | Potter |
| Florence Shapiro v | 8 | S | 1993 - 2013 | 73rd - 82nd | R | Plano | Collin |
| Eliot Shapleigh | 29 | S | 1997 - 2011 | 75th - 81st | D | El Paso | El Paso |
| Carlos Uresti | 19 | S | 2006 - 2013 | 79th - 82nd | D | San Antonio | Bexar |
|  |  | H | 1997 - 2006 | 75th - 79th | D |  |  |
| Leticia Van de Putte v | 26 | S | 1999 - 2013 | 76th - 82nd | D | San Antonio | Bexar |
|  |  | H | 1991 - 1999 | 72nd - 76th | D |  |  |
| Kirk Watson | 14 | S | 2007 - 2013 | 80th - 82nd | D | Austin | Travis |
| Jeff Wentworth | 25 | S | 1993 - 2013 | 73rd - 82nd | R | San Antonio | Bexar |
|  |  | H | 1988 - 1993 | 70th - 72nd | R |  |  |
| Royce West | 23 | S | 1993 - 2013 | 73rd - 82nd | D | Dallas | Dallas |
| John Whitmire | 15 | S | 1983 - 2013 | 68th - 82nd | D | Houston | Harris |
|  |  | H | 1973 - 1983 | 63rd - 67th | D |  |  |
| Tommy Williams | 4 | S | 2003 - 2013 | 78th - 82nd | R | The Woodlands | Montgomery |
|  |  | H | 1997 - 2003 | 75th - 77th | R |  |  |
| Judith Zaffirini v | 21 | S | 1987 - 2013 | 70th - 82nd | D | Laredo | Webb |

F indicates this was the first time that the member served in either a regular or called session.

v indicates that more than one last name is associated with an individual.

This website is a work in progress. Information on this website is provided as a public service by the Legislative Reference Library. The Legislative Reference Library makes no representation as to its completeness or accuracy and makes no warranty in regard to its use. Users assume all risk of reliance on the information included on this site.

Have a question, comment or contribution? Email the Library or call 512-463-1252.

TA_002733