**The 92 Members from the 79th Legislature who did not serve in the 82nd Legislature**

| Member | Service |
| --- | --- |
| Ray Allen | (H) 1993 -- 2006 |
| Kevin Bailey | (H) 1991 -- 2009 |
| Todd Baxter | (H) 2003 -- 2005 |
| Roy Blake, Jr. | (H) 2005 -- 2007 |
| Betty Brown | (H) 1999 -- 2011 |
| Scott Campbell | (H) 2003 -- 2007 |
| Carter Casteel | (H) 2003 -- 2007 |
| Norma Chavez | (H) 1997 -- 2011 |
| Robert "Robby" Cook | (H) 1997 -- 2009 |
| Valerie Corte | (H) 2006 -- 2006<br>(H) 2009 -- 2011 |
| Frank Corte, Jr. | (H) 1993 -- 2011 |
| Joe Crabb | (H) 1993 -- 2011 |
| Glenda Dawson *(died 09/12/2006)* | (H) 2003 -- 2006<br>(H) 2006 -- 2007 |
| Dianne White Delisi | (H) 1991 -- 2008 |
| Mary Denny | (H) 1993 -- 2007 |
| Jim Dunnam | (H) 1997 -- 2011 |
| Al Edwards | (H) 1979 -- 2007<br>(H) 2009 -- 2011 |
| Kirk England | (H) 2006 -- 2009<br>(H) 2009 -- 2011 |
| Juan Escobar | (H) 2003 -- 2009 |
| David Farabee | (H) 1999 -- 2011 |
| Ismael "Kino" Flores | (H) 1997 -- 2011 |
| Stephen Frost | (H) 2005 -- 2011 |
| Dan Gattis | (H) 2003 -- 2011 |
| Yvonne Gonzalez Toureilles | (H) 2005 -- 2011 |
| Toby Goodman | (H) 1991 -- 2007 |
| Tony Goolsby | (H) 1989 -- 2009 |
| Bob Griggs | (H) 2003 -- 2007 |



TA_002736

PX 053

| | |
|---|---|
| Kent Grusendorf | (H) 1987 -- 2007 |
| Patrick "Pat" Haggerty | (H) 1989 -- 2009 |
| Peggy Hamric | (H) 1991 -- 2007 |
| Abel Herrero | (H) 2005 -- 2011 |
| Fred Hill | (H) 1989 -- 2009 |
| Terri Hodge | (H) 1997 -- 2010 |
| Mark Homer | (H) 1999 -- 2011 |
| Ruben Hope, Jr. | (H) 1999 -- 2007 |
| Bob Hunter | (H) 1986 -- 2007 |
| Suzanna Gratia Hupp | (H) 1996 -- 2007 |
| Carl Isett | (H) 1997 -- 2010 |
| Cheri Isett | (H) 2006 -- 2006 |
| Delwin Jones | (H) 1989 -- 2011 |
| Elizabeth Ames Jones | (H) 2001 -- 2005<br>(H) 2004 -- 2005 |
| Jesse Jones | (H) 1993 -- 2007 |
| Delwin Jones | (H) 1964 -- 1973 |
| Terry Keel | (H) 1997 -- 2007 |
| Bill Keffer | (H) 2003 -- 2007 |
| Mike Krusee | (H) 1993 -- 2009 |
| James E. "Pete" Laney | (H) 1973 -- 2007 |
| David Leibowitz | (H) 2005 -- 2011 |
| Vilma Luna | (H) 1993 -- 2006 |
| Brian McCall | (H) 1991 -- 2010 |
| Jim McReynolds | (H) 1997 -- 2011 |
| Tommy Merritt | (H) 1997 -- 2011 |
| Paul Moreno | (H) 1967 -- 1973 |
| Joe Moreno *(died 05/06/2005)* | (H) 1998 -- 2005 |
| Paul Moreno | (H) 1975 -- 2009 |
| Anna Mowery | (H) 1988 -- 2007 |
| Joe Nixon | (H) 1995 -- 2007 |
| Melissa Noriega | (H) 2005 -- 2005 |
| Rick Noriega | (H) 1999 -- 2009 |
| Dora Olivo | (H) 1997 -- 2011 |

TA_002737

| | |
|---|---|
| Solomon P. Ortiz, Jr. | (H) 2006 -- 2011 |
| Robert Puente | (H) 1991 -- 2008 |
| Elvira Reyna | (H) 1993 -- 2007 |
| Patrick Rose | (H) 2003 -- 2011 |
| Gene Seaman | (H) 1997 -- 2007 |
| Jim Solis | (H) 1993 -- 2007 |
| David Swinford | (H) 1991 -- 2010 |
| Robert Talton | (H) 1993 -- 2009 |
| Corbin Van Arsdale | (H) 2003 -- 2008 |
| G.E. 'Buddy' West *(died 06/25/2008)* | (H) 1993 -- 2008 |
| Martha Wong | (H) 2003 -- 2007 |
| Ken Armbrister | (H) 1983 -- 1987<br>(S) 1987 -- 2007 |
| Kip Averitt | (H) 1993 -- 2002<br>(S) 2002 -- 2010 |
| Gonzalo Barrientos | (H) 1975 -- 1985<br>(S) 1985 -- 2007 |
| Kim Brimer | (H) 1989 -- 2003<br>(S) 2003 -- 2009 |
| Kyle Janek | (H) 1995 -- 2002<br>(S) 2002 -- 2008 |
| Jon Lindsay | (S) 1997 -- 2007 |
| Frank Madla *(died 11/24/2006)* | (H) 1973 -- 1993<br>(S) 1993 -- 2006 |
| Eliot Shapleigh | (S) 1997 -- 2011 |
| Todd Staples | (H) 1995 -- 2001<br>(S) 2001 -- 2007 |