**The 61 Members from the 80th Legislature who did not serve in the 82nd Legislature**

| Member | Service |
|---|---|
| Kevin Bailey | (H) 1991 -- 2009 |
| Dan Barrett | (H) 2007 -- 2009 |
| Valinda Bolton | (H) 2007 -- 2011 |
| Betty Brown | (H) 1999 -- 2011 |
| Norma Chavez | (H) 1997 -- 2011 |
| Ellen Cohen | (H) 2007 -- 2011 |
| Robert "Robby" Cook | (H) 1997 -- 2009 |
| Frank Corte, Jr. | (H) 1993 -- 2011 |
| Joe Crabb | (H) 1993 -- 2011 |
| Glenda Dawson *(died 09/12/2006)* | (H) 2003 -- 2006<br>(H) 2006 -- 2007 |
| Dianne White Delisi | (H) 1991 -- 2008 |
| Jim Dunnam | (H) 1997 -- 2011 |
| Kirk England | (H) 2006 -- 2009<br>(H) 2009 -- 2011 |
| Juan Escobar | (H) 2003 -- 2009 |
| David Farabee | (H) 1999 -- 2011 |
| Ismael "Kino" Flores | (H) 1997 -- 2011 |
| Stephen Frost | (H) 2005 -- 2011 |
| Juan M. Garcia | (H) 2007 -- 2009 |
| Dan Gattis | (H) 2003 -- 2011 |
| Yvonne Gonzalez Toureilles | (H) 2005 -- 2011 |
| Tony Goolsby | (H) 1989 -- 2009 |
| Patrick "Pat" Haggerty | (H) 1989 -- 2009 |
| Joe Heflin | (H) 2007 -- 2011 |
| Abel Herrero | (H) 2005 -- 2011 |
| Fred Hill | (H) 1989 -- 2009 |
| Terri Hodge | (H) 1997 -- 2010 |
| Mark Homer | (H) 1999 -- 2011 |
| Carl Isett | (H) 1997 -- 2010 |
| Delwin Jones | (H) 1964 -- 1973 |

2:13-cv-193 09/02/2014 DEF0050

PX 054

|  |  |
|---|---|
|  | (H) 1989 -- 2011 |
| Mike Krusee | (H) 1993 -- 2009 |
| Thomas Latham | (H) 2007 -- 2009 |
| David Leibowitz | (H) 2005 -- 2011 |
| Nathan Macias | (H) 2007 -- 2009 |
| Brian McCall | (H) 1991 -- 2010 |
| Jim McReynolds | (H) 1997 -- 2011 |
| Tommy Merritt | (H) 1997 -- 2011 |
| Paul Moreno | (H) 1967 -- 1973<br>(H) 1975 -- 2009 |
| Anna Mowery | (H) 1988 -- 2007 |
| Rick Noriega | (H) 1999 -- 2009 |
| Mike O'Day | (H) 2007 -- 2009 |
| Dora Olivo | (H) 1997 -- 2011 |
| Solomon P. Ortiz, Jr. | (H) 2006 -- 2011 |
| Paula Pierson | (H) 2007 -- 2011 |
| Robert Puente | (H) 1991 -- 2008 |
| Patrick Rose | (H) 2003 -- 2011 |
| David Swinford | (H) 1991 -- 2010 |
| Robert Talton | (H) 1993 -- 2009 |
| Corbin Van Arsdale | (H) 2003 -- 2008 |
| Allen Vaught | (H) 2007 -- 2011 |
| G.E. 'Buddy' West *(died 06/25/2008)* | (H) 1993 -- 2008 |
| Kip Averitt | (H) 1993 -- 2002<br>(S) 2002 -- 2010 |
| Kim Brimer | (H) 1989 -- 2003<br>(S) 2003 -- 2009 |
| Kyle Janek | (H) 1995 -- 2002<br>(S) 2002 -- 2008 |
| Eliot Shapleigh | (S) 1997 -- 2011 |