**The 45 Members from the 81st Legislature who did not serve in the 82nd Legislature**

| Member | Service |
| --- | --- |
| Valinda Bolton | (H) 2007 -- 2011 |
| Betty Brown | (H) 1999 -- 2011 |
| Norma Chavez | (H) 1997 -- 2011 |
| Ellen Cohen | (H) 2007 -- 2011 |
| Valerie Corte | (H) 2006 -- 2006 |
| Frank Corte, Jr. | (H) 1993 -- 2011 |
| Valerie Corte | (H) 2009 -- 2011 |
| Joe Crabb | (H) 1993 -- 2011 |
| Jim Dunnam | (H) 1997 -- 2011 |
| Al Edwards | (H) 1979 -- 2007<br>(H) 2009 -- 2011 |
| Kirk England | (H) 2006 -- 2009<br>(H) 2009 -- 2011 |
| David Farabee | (H) 1999 -- 2011 |
| Ismael "Kino" Flores | (H) 1997 -- 2011 |
| Stephen Frost | (H) 2005 -- 2011 |
| Dan Gattis | (H) 2003 -- 2011 |
| Yvonne Gonzalez Toureilles | (H) 2005 -- 2011 |
| Joe Heflin | (H) 2007 -- 2011 |
| Abel Herrero | (H) 2005 -- 2011 |
| Terri Hodge | (H) 1997 -- 2010 |
| Mark Homer | (H) 1999 -- 2011 |
| Carl Isett | (H) 1997 -- 2010 |
| Delwin Jones | (H) 1964 -- 1973<br>(H) 1989 -- 2011 |
| Carol Kent | (H) 2009 -- 2011 |
| David Leibowitz | (H) 2005 -- 2011 |
| Diana Maldonado | (H) 2009 -- 2011 |
| Brian McCall | (H) 1991 -- 2010 |
| Jim McReynolds | (H) 1997 -- 2011 |
| Tommy Merritt | (H) 1997 -- 2011 |

2:13-cv-193
09/02/2014
DEF0051

PX 055

| | |
|---|---|
| Robert Miklos | (H) 2009 -- 2011 |
| Joe Moody | (H) 2009 -- 2011 |
| Dora Olivo | (H) 1997 -- 2011 |
| Solomon P. Ortiz, Jr. | (H) 2006 -- 2011 |
| Paula Pierson | (H) 2007 -- 2011 |
| Tara Rios Ybarra | (H) 2009 -- 2011 |
| Patrick Rose | (H) 2003 -- 2011 |
| David Swinford | (H) 1991 -- 2010 |
| Kristi Thibaut | (H) 2009 -- 2011 |
| Chris Turner | (H) 2009 -- 2011 |
| Allen Vaught | (H) 2007 -- 2011 |
| Kip Averitt | (H) 1993 -- 2002 (S) 2002 -- 2010 |
| Eliot Shapleigh | (S) 1997 -- 2011 |

TA_002742