# STATE✓VOTE
## 2012 State and Legislative Partisan Composition

| STATE | Total Seats | Total Senate | Senate Dem. | Senate Rep. | Senate other | Total House | House Dem. | House Rep. | House other | Legis. Control | Gov. Party | State Control |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Alabama | 140 | 35 | 12 | 22 | 1 | 105 | 40 | 65 | 0 | Rep | Rep | Rep |
| Alaska | 60 | 20 | 10 | 10 | 0 | 40 | 18 | 22 | 0 | Split | Rep | Split |
| Arizona | 90 | 30 | 9 | 21 | 0 | 60 | 20 | 40 | 0 | Rep | Rep | Rep |
| Arkansas | 135 | 35 | 20 | 15 | 0 | 100 | 54 | 46 | 0 | Dem | Dem | Dem |
| California | 120 | 40 | 25 | 15 | 0 | 80 | 52 | 28 | 0 | Dem | Dem | Dem |
| Colorado | 100 | 35 | 20 | 15 | 0 | 65 | 32 | 33 | 0 | Split | Dem | Split |
| Connecticut | 187 | 36 | 22 | 14 | 0 | 151 | 100 | 51 | 0 | Dem | Dem | Dem |
| Delaware | 62 | 21 | 14 | 7 | 0 | 41 | 26 | 15 | 0 | Dem | Dem | Dem |
| Florida | 160 | 40 | 12 | 28 | 0 | 120 | 39 | 81 | 0 | Rep | Rep | Rep |
| Georgia | 236 | 56 | 20 | 36 | 0 | 180 | 63 | 114 | 1, 2v | Rep | Rep | Rep |
| Hawaii | 76 | 25 | 24 | 1 | 0 | 51 | 43 | 8 | 0 | Dem | Dem | Dem |
| Idaho | 105 | 35 | 7 | 28 | 0 | 70 | 13 | 57 | 0 | Rep | Rep | Rep |
| Illinois | 177 | 59 | 35 | 24 | 0 | 118 | 64 | 54 | 0 | Dem | Dem | Dem |
| Indiana | 150 | 50 | 13 | 37 | 0 | 100 | 40 | 60 | 0 | Rep | Rep | Rep |
| Iowa | 150 | 50 | 26 | 24 | 0 | 100 | 40 | 60 | 0 | Split | Rep | Split |
| Kansas | 165 | 40 | 8 | 32 | 0 | 125 | 33 | 92 | 0 | Rep | Rep | Rep |
| Kentucky | 138 | 38 | 15 | 22 | 1 | 100 | 59 | 41 | 0 | Split | Dem | Split |
| Louisiana | 144 | 39 | 15 | 24 | 0 | 105 | 45 | 58 | 2 | Rep | Rep | Rep |
| Maine | 186 | 35 | 15 | 19 | 1 | 151 | 72 | 78 | 1 | Rep | Rep | Rep |
| Maryland | 188 | 47 | 35 | 12 | 0 | 141 | 98 | 43 | 0 | Dem | Dem | Dem |
| Massachusetts | 200 | 40 | 35 | 4 | 1v | 160 | 126 | 32 | 2v | Dem | Dem | Dem |
| Michigan | 148 | 38 | 12 | 26 | 0 | 110 | 47 | 63 | 0 | Rep | Rep | Rep |
| Minnesota | 201 | 67 | 30 | 37 | 0 | 134 | 62 | 72 | 0 | Rep | Dem | Split |
| Mississippi | 174 | 52 | 21 | 31 | 0 | 122 | 58 | 64 | 0 | Rep | Rep | Rep |
| Missouri | 197 | 34 | 8 | 26 | 0 | 163 | 56 | 106 | 1 | Rep | Dem | Split |
| Montana | 150 | 50 | 22 | 28 | 0 | 100 | 32 | 68 | 0 | Rep | Dem | Split |
| Nebraska | 49 | 49 | | | 49 | Unicameral | | | | N/A | Rep | N/A |
| Nevada | 63 | 21 | 11 | 10 | 0 | 42 | 26 | 16 | 0 | Dem | Rep | Split |
| New Hampshire | 424 | 24 | 5 | 19 | 0 | 400 | 104 | 290 | 6v | Rep | Dem | Split |
| New Jersey | 120 | 40 | 24 | 16 | 0 | 80 | 48 | 32 | 0 | Dem | Rep | Split |
| New Mexico | 112 | 42 | 27 | 15 | 0 | 70 | 36 | 33 | 1 | Dem | Rep | Split |
| New York | 212 | 62 | 30 | 32 | 0 | 150 | 99 | 51 | 0 | Split | Dem | Split |
| North Carolina | 170 | 50 | 19 | 31 | 0 | 120 | 52 | 67 | 1 | Rep | Dem | Split |
| North Dakota | 141 | 47 | 12 | 35 | 0 | 94 | 25 | 69 | 0 | Rep | Rep | Rep |
| Ohio | 132 | 33 | 10 | 23 | 0 | 99 | 40 | 59 | 0 | Rep | Rep | Rep |
| Oklahoma | 149 | 48 | 16 | 32 | 0 | 101 | 31 | 67 | 3v | Rep | Rep | Rep |
| Oregon | 90 | 30 | 16 | 14 | 0 | 60 | 30 | 30 | 0 | Split | Dem | Split |
| Pennsylvania | 253 | 50 | 20 | 29 | 1v | 203 | 91 | 112 | 0 | Rep | Rep | Rep |
| Rhode Island | 113 | 38 | 29 | 8 | 1 | 75 | 65 | 10 | 0 | Dem | Ind | Split |
| South Carolina | 170 | 46 | 19 | 27 | 0 | 124 | 48 | 75 | 1v | Rep | Rep | Rep |
| South Dakota | 105 | 35 | 5 | 30 | 0 | 70 | 19 | 50 | 1 | Rep | Rep | Rep |
| Tennessee | 132 | 33 | 13 | 20 | 0 | 99 | 34 | 64 | 1 | Rep | Rep | Rep |
| Texas | 181 | 31 | 12 | 19 | 0 | 150 | 48 | 102 | 0 | Rep | Rep | Rep |
| Utah | 104 | 29 | 7 | 22 | 0 | 75 | 17 | 58 | 0 | Rep | Rep | Rep |
| Vermont | 180 | 30 | 22 | 8 | 0 | 150 | 94 | 48 | 8 | Dem | Dem | Dem |
| Virginia | 140 | 40 | 20 | 20 | 0 | 100 | 32 | 67 | 1 | Split | Rep | Split |
| Washington | 147 | 49 | 27 | 22 | 0 | 98 | 56 | 42 | 0 | Dem | Dem | Dem |
| West Virginia | 134 | 34 | 28 | 6 | 0 | 100 | 65 | 35 | 0 | Dem | Dem | Dem |
| Wisconsin | 132 | 33 | 17 | 16 | 0 | 99 | 39 | 59 | 1 | Split | Rep | Split |
| Wyoming | 90 | 30 | 4 | 26 | 0 | 60 | 10 | 50 | 0 | Rep | Rep | Rep |
| Total | 7382 | 1971 | 878 | 1038 | 53, 2v | 5411 | 2441 | 2937 | 19, 14v | 26R, 15D, 8S | 29R, 20D, 1I | 21R, 11D, 17S |

Source: National Conference of State Legislatures June 6, 2012 (4:30 p.m. MT)

v=vacancy, u=undecided seat, r=recall

TA_002778

2:13-cv-193  09/02/2014  DEF0052

PX056