

PX 057

Google Custom Search [GO]

Go 16602

Share  Comment

# Voter Identification Requirements

**Voter ID Requirements Currently in Effect**

| Strict Photo | Photo | Non-Photo | No Voter ID Law |
|---|---|---|---|



2:13-cv-193
09/02/2014
**DEF0053**

### Contents

- State Requirements for Voter ID
- 2012 Legislative Action
- 2011 Legislative Action
- Legislative Action, 2003-2010
- Recent Litigation
- Details of Voter ID Requirements
- For More Information

PLEASE NOTE: IF YOU ARE UNABLE TO SEE THE INTERACTIVE MAP, PLEASE REFER TO THE DETAILED TABLE BELOW.

**PLEASE NOTE:**

- Alabama will become a photo ID state in 2014 if its new law receives pre-clearance under Section 5 of the Voting Rights Act.
- Mississippi, South Carolina and Texas have new strict photo ID laws which may take effect before November 2012 if they receive pre-clearance under Section 5 of the Voting Rights Act.
- Wisconsin's new strict photo ID law was held unconstitutional on March 12, 2012. It would take effect before November 2012 if that ruling is reversed by a higher court.

TA_002779

Updated June 7, 2012

## Latest News

June 7, 2012: The New Hampshire General Court sent a voter ID bill to the governor late yesterday. It would require voters to show a photo ID before voting, but it is not of the "strict" variety passed in other states over the past two years. A voter without ID would be permitted to vote after executing an affidavit of identity. The secretary of state would be required to send a letter to each voter who executed an affidavit in lieu of showing ID, asking the person to confirm that s/he did in fact vote. Any such letters returned as undeliverable, or returned by people saying they did not vote, would be turned over to the Attorney General for investigation of voter fraud.

May 22, 2012: Late last week, governors in **Mississippi** and **Virginia** signed voter ID legislation. The Mississippi legislation spells out the details necessary to implement the constitutional amendment approved by voters in November 2011. Virginia's new law expands the types of ID that are permissible for voting purposes (including adding some that do not bear a photo of the voter), but also moves Virginia into the "strict" camp by requiring voters who fail to bring ID to the polls to vote a provisional ballot and present ID within the few days following the election in order to have their ballot counted. Both laws require pre-clearance under Section 5 of the Voting Rights Act before they can take effect.

May 1, 2012: The American Civil Liberties Union filed suit against **Pennsylvania's** new strict photo voter ID law. Press releases and legal documents are available here.

May 1, 2012: The **Mississippi** Legislature sent a voter ID bill to the governor. The bill lays out the specific details necessary to implement the citizen initiative approved by voters in November 2011. If the governor signs the bill, it must be pre-cleared under Section 5 of the Voting Rights Act before it may be implemented.

April 18, 2012: The **Virginia** General Assembly has returned voter ID legislation to the governor. The legislation reflects some, but not all, of the changes requested by the governor.

April 10, 2012: **Virginia** Governor Bob McDonnell has sent voter ID legislation back to the General Assembly with recommendations for changes. Among the changes he suggests are allowing a voter to be identified through a signature match in lieu of ID, allowing community college IDs for voting, and extending from one to three days the time period during which voters who failed to show ID on Election Day can return to election officials to show ID. View the governor's recommendations.

April 5, 2012: The **Minnesota** legislature approved HF 2738, sending a constitutional amendment to the November 2012 ballot that will allow voters to approve or reject voter ID.

March 14, 2012: The governor signed voter ID legislation in **Pennsylvania**.

March 12, 2012: A state judge ruled **Wisconsin**'s voter ID law unconstitutional (read the opinion). Unless the state succeeds in obtaining an injunction blocking this order, Wisconsin's new strict photo ID law will not be in effect for the April 3 presidential primary. Another state judge had issued a temporary stay in a separate case earlier in March (read the order).

March 12, 2012: The U.S. Department of Justice has denied pre-clearance for **Texas's** new voter ID law, passed in 2011. Texas also filed suit with a three-judge panel seeking pre-clearance; a hearing on that should happen this Wednesday. Read more.

Feb. 9, 2012: **South Carolina** has filed for reconsideration of the U.S. Department of Justice's denial of preclearance for its new voter ID law. The DOJ denied South Carolina's request for pre-clearance in December 2012. The DOJ found the law discriminatory because the state's minority voters are 20 percent more likely than white voters to lack a photo ID that meets the standard for voting.

## Introduction

Thirty states presently have laws in place that will require all voters to show ID at the polls this November. That number could rise; a total of thirty-two states have passed voter ID laws. Mississippi and Wisconsin presently have no voter ID requirement in place, even though laws have been enacted in both states. In Mississippi's

TX_00278O

case, the strict photo ID amendment passed by citizen initiative in November 2011 requires both implementing legislation and pre-clearance under Section 5 of the Voting Rights Act before it can be implemented. Wisconsin's new strict photo ID law, passed by the legislature in 2011, was briefly in effect in early 2012, but it was declared unconstitutional by a state judge on March 12, 2012. The state is barred from enforcing the law unless an appeal overturns the March 12 ruling.

In Alabama, South Carolina and Texas, less-strict voter ID laws that pre-date the strict new laws passed in 2011 remain in effect for now. Alabama's new voter ID law has a 2014 effective date, and requires Section 5 pre-clearance. Texas and South Carolina were denied pre-clearance for their new voter ID laws by the U.S. Department of Justice; as in Alabama, older, non-photo ID laws remain in effect while both states seek a reconsideration of pre-clearance from a federal court.

The 32 voter ID laws that have been enacted vary in their details. In half, the ID must include a photo of the voter; in the remaining half, non-photo forms of ID are acceptable. Voter ID laws can be broken down into the three following categories:

- **Strict Photo ID:** Voters must show a *photo* ID in order to vote. Voters who are unable to show photo ID at the polls are permitted to vote a provisional ballot, which is counted only if the voter returns to election officials within several days after the election to show a photo ID. At the beginning of 2011, there were just two states--**Georgia** and **Indiana**--with strict photo ID laws. Six states passed strict photo ID laws in 2011, although four are not currently in effect (see the notes below Table 1 for more information regarding effective dates for new legislation). That leaves four states with strict photo ID laws currently in effect.
- **Photo ID:** Voters are asked to show a photo ID in order to vote. Voters who are unable to show photo ID are still allowed to vote if they can meet certain other critieria. In some states, a voter with ID can vouch for a voter without. Other states ask a voter without ID to provide personal information such as a birth date, or sign an affidavit swearing to his or her identity. Voters without ID are not required to return to election officials after the election and show a photo ID in order to have their ballots counted in the manner that voters without ID in the strict photo ID states are.
- **Non-Photo ID:** All voters must show ID at the polls. The list of acceptable IDs is varied and includes options that do not have a photo, such as a utility bill or

  bank statement with the voter's name and address. **Rhode Island** passed a new voter ID law in 2011. It takes effect in stages -- beginning in 2012, voters will be required to show an ID (although not necessarily a *photo* ID) at the polls, and in 2014 a photo ID requirement will take effect.

For specifics on what forms of identification are acceptable and the options available to voters who cannot present identification, see Table 2 .

## States that Have Enacted Voter ID Laws

Not all of the laws listed below have taken effect. Please see the footnotes for detailed information.

| Table 1. State Requirements for Voter Identification | | | |
|---|---|---|---|
| **States that Request or Require *Photo* ID** | | **States that Require ID (Photo Not Required)** | |
| **Strict Photo ID** | **Photo ID** | Alaska | Montana |
| Georgia | **Alabama (1), (5) | Arizona | North Dakota |
| Indiana | Florida | Arkansas | Ohio |
| Kansas | Hawaii | Colorado | Oklahoma (3) |
| *Mississippi (6) | Idaho | Connecticut | Rhode Island (4) |
| Pennsylvania | Louisiana | Delaware | Utah |
| **South Carolina (1) | Michigan | Kentucky | Virginia |
| Tennessee | South Dakota | Missouri | Washington |

TA_002781

| | | | |
|---|---|---|---|
| **Texas (1) | | | |
| *Wisconsin (2) | | | |

\* New voter ID law has not yet been implemented; state presently has no voter ID law in effect.

\*\* New voter ID law has not yet been implemented; an older voter ID law remains in effect.

(1) In Alabama, South Carolina and Texas, current non-photo voter ID laws stay in effect for the time being. The new *photo* voter ID requirements will take effect after receiving preclearance under Section 5 of the Voting Rights Act. South Carolina and Texas were denied pre-clearance in December 2011 and March 2012, respectively. Alabama's new photo ID law has a 2014 effective date, and the state has not yet applied for pre-clearance.

(2) Wisconsin's voter ID law was declared unconstitutional on March 12, 2012. Dane County Circuit Judge Richard Niess issued a permanent injunction barring enforcement of the law, which the state has said it will appeal.

(3) There are some who prefer to call Oklahoma a *photo* voter ID state, because most voters will show a photo ID before voting. However, Oklahoma law also permits a voter registration card issued by the appropriate county elections board to serve as proof of identity in lieu of photo ID.

(4) Rhode Island's voter ID law takes effect in two stages. The first stage, requiring a non-photo ID, took effect on January 1, 2012. On January 1, 2014, a photo ID requirement will replace the non-photo ID law.

(5) Alabama's new photo ID requirement takes effect with the 2014 statewide primary election. The new law also requires preclearance. The delayed implementation date was intended to ensure that the timing of preclearance did not occur between the primary and general elections of 2012, thus creating voter confusion.

(6) Mississippi's new voter ID law was passed via the citizen initiative process. It takes effect 30 days after the certification of results, a date that will likely fall in late December 2011 or early January 2012. However, the language in constitutional amendment passed by MS voters on Nov. 8 is very general, and implementing legislation will be required before the amendment can take effect. The MS provision will also require pre-clearance under Section 5 of the Voting Rights Act before it can take effect.

## 2012 Legislative Action

Voter ID continues to be a high-profile issue in many state legislatures this year. This year, legislation is pending in 32 states so far. That includes new voter ID proposals in 14 states, proposals to strengthen existing voter ID laws in ten states, and bills in nine states to amend the new voter ID laws passed in 2011. The governor signed a new voter ID bill on March 14 in **Pennsylvania**, and the Virginia General Assembly has sent a new voter ID bill to the governor. Learn more about voter ID legislation introduced in 2012.

## 2011 Legislative Action

Voter ID was the hottest topic of legislation in the field of elections in 2011, with legislation introduced in 34 states. There were just three states--Oregon, Vermont and Wyoming--that didn't have a voter ID law and didn't consider voter ID legislation that year. The voter ID legislation under consideration fell into two general categories: proposals for new voter ID laws in states that didn't already require voter ID at the polls (considered in 20 states), and proposals to strengthen existing voter ID requirements in order to require *photo* ID at the polls (considered in 14 states). Learn more about voter ID legislation introduced in 2011.

## 2003-2010 Legislative Action

TA_002782

Voter ID has been a hot topic in state legislatures over the past decade. Since 2001, nearly 1,000 bills have been introduced in a total of 46 states. Twenty-one states have passed major legislation during the period 2003-2011, and those bills are summarized in the timeline below.

- 2003: New voter ID laws were passed in **Alabama**, **Colorado**, **Montana**, **North Dakota** and **South Dakota**
- 2005: New voter ID laws were passed in **Indiana**, **New Mexico** and **Washington**; **Georgia** tightened an existing voter ID law to require photo ID
- 2006: New voter ID law passed in **Ohio**; **Georgia** passed a law providing for the issuance of voter ID cards at no cost to registered voters who do not have a driver's license or state-issued ID card; Missouri tightened an existing voter ID law to require photo ID
- 2008: **New Mexico** relaxed an existing voter ID law, and now allows a voter to satisfy the ID requirement by stating his/her name, address as registered, and year of birth
- 2009: New voter ID law passed in **Utah**
- 2010: New voter ID law passed in **Idaho**; **Oklahoma** voters approved a voter ID proposal placed on the ballot by the Legislature
- 2011: New voter ID laws passed in **Kansas, Mississippi, Rhode Island** and **Wisconsin. Alabama, South Carolina, Tennessee** and **Texas** tightened existing voter ID laws to require photo ID (new laws in Texas and South Carolina are on hold pending USDOJ preclearance). Governors in **Minnesota**, **Missouri, Montana, New Hampshire** and **North Carolina** vetoed strict new photo ID laws in 2011.

# Recent Litigation

*Arizona*: On October 20, 2006, the U.S. Supreme Court vacated an October 6, 2006 9th Circuit Court of Appeals decision that suspended Arizona's requirements pending further litigation. The ID law was in effect for Arizona's 2006 election, and remained in effect in 2008.

*Georgia*: On October 27, 2006, the 11th U.S. Circuit Court of Appeals upheld an injunction barring Georgia from enforcing its photo ID law. The injunction was issued a week earlier by a U.S. District Court judge. Georgia's voter ID requirement was reinstated by a federal judge in mid-2007.

*Indiana*: Photo ID law was upheld by 7th Circuit U.S. Court of Appeals on January 4, 2007. The U.S. Supreme Court upheld the ruling on appeal in April 2008.

*Michigan*: The Michigan Supreme Court ruled July 18, 2007 that a voter ID law originally passed in 1996 (but never implemented due to a ruling by the state's Attorney General) is constitutional and enforceable.

*Missouri*: On October 16, 2006, the Missouri State Supreme Court struck down the state's photo ID requirement. ID is still required to vote, but the list of acceptable forms of ID is much broader and includes some forms without a photo.

*Ohio*: On November 1, 2006, the secretary of state issued an order suspending the requirement that voters present photo ID at the polls for the November 2006 election. The order did not apply to future elections, and voter ID requirements were in effect for 2008.

*Wisconsin*: A state judge ruled the voter ID law unconstitutional on March 12, 2012. An appeal is expected.

# Details of Voter Identification Requirements

*Table 2: Details of Voter Identification Requirements*

| State | Requirement | Acceptable Forms of ID | Voters Without ID |
|---|---|---|---|
| Alabama §17-9-30 NOTE: AL's new photo ID law is scheduled to take effect for the 2014 | *Existing Law:* Each elector shall provide identification to an appropriate election official prior to voting. *New Law:* Each elector shall provide valid | *Existing Law:* <br> - Government-issued photo ID <br> - U.S. passport <br> - U.S. military ID <br> - Employee ID card with photo <br> - Alabama college/university ID with photo | *Existing Law:* Vote a challenged or provisional ballot or vote, if s/he is identified by two poll workers as an eligible a voter on the poll list, and both poll workers sign the voting sign-in register by the voter's name. |

TA_002785

| State | | | | |
|---|---|---|---|---|
| *primary election. It also requires preclearance by the USDOJ.* | photo identification to an appropriate election official prior to voting. | - Alabama hunting or fishing license<br>- Alabama gun permit<br>- FAA-issued pilot's license<br>- Birth certificate (certified copy)<br>- Social security card<br>- Naturalization document<br>- Court record of adoption or name change<br>- Medicaid or Medicare card<br>- Electronic benefits transfer card<br>- Utility bill, bank statement, government check, paycheck or government document showing name and address of voter<br><br>*New Law:*<br>- Valid Alabama driver's license or non-driver ID card<br>- Valid photo voter ID card or other valid ID card issued by any state or the federal government, as long as it contains a photo<br>- Valid U.S. passport<br>- Valid government employee ID card with a photo<br>- Valid student or employee ID card issued by a college or university in the state, provided it includes a photo<br>- Valid U.S. military ID card containing a photo<br>- Valid tribal ID card containing a photo | *New Law:*<br>Vote a provisional ballot or vote a regular ballot if s/he is identified by two election officials as an eligible voter on the poll list, and both election workers sign a sworn affidavit so stating. |
| Alaska<br>§15.15.225 | Before being allowed to vote, each voter shall exhibit to an election official one form of identification. | - Official voter registration card<br>- Driver's license<br>- Birth certificate<br>- Passport<br>- Hunting or fishing license<br>- Current utility bill, bank statement, paycheck, government check or other government document with the | An election official may waive the identification requirement if the election official knows the identity of the voter. A voter who cannot exhibit a required form of identification shall be allowed to vote a questioned ballot. |

TA 002784

| State | Requirement | Acceptable IDs | If no ID |
|---|---|---|---|
| | | government document with the voter's name and address | |
| Arizona §16-579(A) | Every qualified elector shall present one form of identification that bears the name, address and photograph of the elector or two different forms of identification that bear the name and address of the elector. | ‣ Valid Arizona driver's license<br>‣ Valid Arizona non-driver identification<br>‣ Tribal enrollment card or other form of tribal identification<br>‣ Valid U.S. federal, state or local government issued identification<br>‣ Utility bill dated within 90 days of the election<br>‣ Bank or credit union statement dated within 90 days of the election<br>‣ Valid Arizona vehicle registration<br>‣ Indian census card<br>‣ Property tax statement<br>‣ Vehicle insurance card<br>‣ Recorder's Certificate | An elector who does not provide the required identification shall receive a provisional ballot. Provisional ballots are counted only if the elector provides identification to the county recorder by 5pm on the fifth business day after a general election that includes an election for federal office, or by 5pm on the third business day after any other election. |
| Arkansas §7-5-305 | Election officials shall request the voter to provide identification | ‣ Current and valid photo ID<br>‣ Copy of a current utility bill, bank statement, government check, paycheck, or other government document that shows the name and address of the voter | If a voter is unable to provide this identification, the election official shall indicate on the precinct voter registration list that the voter did not provide identification. Following each election, the county board of election commissioners may review the precinct voter registration lists and may provide the information of the voters not providing identification at the polls to the prosecuting attorney, who may investigate possible voter fraud. |
| Colorado §1-1-104(19.5) and 1-7-110 | Any eligible elector desiring to vote shall show his or her identification as defined in section 1-1-104 (19.5). | ‣ Colorado driver's license<br>‣ CO Dept. of Revenue ID card<br>‣ U.S. passport<br>‣ Employee ID card with photo issued by the U.S. government, CO state government, or political subdivision of CO<br>‣ Pilot's license | An eligible elector who is unable to produce identification may cast a provisional ballot.<br><br>Elector must mail a photocopy of identification to county clerk in order to have provisional ballot |

TA_002785

| | | | |
|---|---|---|---|
| | | - U.S. military ID with photo<br>- A copy of a current utility bill, bank statement, government check, paycheck, or other government document that shows the name and address of the elector<br>- Medicare or Medicaid card<br>- Certified copy of birth certificate<br>- Certified documentation of naturalization | counted. (this paragraph added following a Feb. 2006 conversation with an election official; NCSL staff unable to verify this in CO statutes or rules) |
| Connecticut<br>§9-261 | Each elector shall present identification | - Social security card<br>- Any other preprinted form of identification which shows the elector's name and either the elector's address, signature or photograph | Elector shall, on a form prescribed by the Secretary of the State, write the elector's residential address and date of birth, print the elector's name and sign a statement under penalty of false statement that the elector is the elector whose name appears on the official checklist. |
| **Delaware**<br>Tit. 15, §4937 | A voter, upon entering the room where an election is being held, shall announce his or her name and address and provide proof of identity | - Photo ID<br>- Utility bill<br>- Paycheck<br>- Any government document with voter's name and address | In the event the voter does not have proof of identity with them, he or she shall sign an affidavit of affirmation that he or she is the person listed on the election district record. |
| Florida<br>§101.043 | The clerk or inspector shall require each elector, upon entering the polling place, to present a current and valid picture identification as provided in s. 97.0535(3)(a). If the picture identification does not contain the signature of the voter, an additional identification that provides the voter's signature shall be required. | - Florida driver's license<br>- Florida ID card issued by the Dept. of Highway Safety and Motor Vehicles<br>- U.S. passport<br>- Debit or credit card<br>- Military identification<br>- Student identification<br>- Retirement center identification | If the elector fails to furnish the required identification, the elector shall be allowed to vote a provisional ballot. The canvassing board shall determine the validity of the ballot by determining whether the elector is entitled to vote at the precinct where the ballot was cast and that the elector had not already cast a ballot in the election. |

TA_002786

| State | Law | Acceptable IDs | If No ID |
|---|---|---|---|
| | | • Neighborhood association ID<br>• Public assistance identification | |
| Georgia<br>§21-2-417 | Each elector shall present proper identification to a poll worker at or prior to completion of a voter's certificate at any polling place and prior to such person's admission to the enclosed space at such polling place. | • Georgia driver's license, even if expired<br>• ID card issued by the state of Georgia or the federal government<br>• Free voter ID card issued by the state or county<br>• U.S. passport<br>• Valid employee ID card containing a photograph from any branch, department, agency, or entity of the U.S. Government, Georgia, or any county, municipality, board, authority or other entity of this state<br>• Valid U.S. military identification card<br>• Valid tribal photo ID | If you show up to vote and you do not have one of the acceptable forms of photo identification, you can still vote a provisional ballot. You will have up to three days after the election to present appropriate photo identification at your county registrar's office in order for your provisional ballot to be counted. |
| **Hawaii**<br>§11-136 | Every person shall provide identification if so requested by a precinct official. | Pollworkers request photo ID with a signature. Acceptable types of ID are not specified by law. | If the voter has no identification, the voter will be asked to recite his/her date of birth and residence address to corroborate the information provided in the poll book. |
| Idaho<br>§34-1106(2), 34-1113, 34-1114 | Each elector shall show a valid photo identification or personal identification affidavit. | • Idaho driver's license<br>• Idaho ID card<br>• Passport<br>• ID card, including a photo, issued by an agency of the U.S. government<br>• Tribal ID card, including a photograph<br>• Student ID card, including a photograph, issued by a high school or accredited institution of higher education within the state of Idaho | A voter may complete an affidavit in lieu of the personal identification. The affidavit shall be on a form prescribed by the secretary of state and shall require the voter to provide the voter's name and address. The voter shall sign the affidavit. Any person who knowingly provides false, erroneous or inaccurate information on such affidavit shall be guilty of a felony. |
| Indiana<br>§3-5-2-40.5, 3-10-1- | A voter who desires to vote an | Specific forms of ID are not listed in | Voters who are unable or decline to |

TA_002787

| | | | |
|---|---|---|---|
| §3-5-2-40.5, 3-10-1-7.2 and 3-11-8-25.1 | official ballot at an election shall provide proof of identification.<br><br>A voter who votes in person at a precinct polling place that is located at a state licensed care facility where the voter resides is not required to provide proof of identification before voting in an election. | statute. ID must be issued by the state of Indiana or the U.S. government and must show the following:<br><br>▸ Name of individual to whom it was issued, which must conform to the individual's registration record<br>▸ Photo of the person to whom it was issued<br>▸ Expiration date (if it is expired, it must have an expiration date after the most recent general election; military IDs are exempted from the requirement that ID bear an expiration date)<br>▸ Must be issued by the United States or the state of Indiana | produce proof of identification may vote a provisional ballot. The ballot is counted only if (1) the voter returns to the election board by noon on the Monday after the election and: (A) produces proof of identification; or (B) executes an affidavit stating that the voter cannot obtain proof of identification, because the voter: (i) is indigent; or (ii) has a religious objection to being photographed; and (2) the voter has not been challenged or required to vote a provisional ballot for any other reason. |
| [Kansas](#)<br>§25-2908, 25-1122, 25-3002, and 8-1324(g)(2) | Each person desiring to vote shall provide a valid form of identification. The following are exempted from the ID requirement:<br><br>▸ persons with a permanent physical disability that makes it impossible for them to travel to obtain voting identification and who have permanent advance voting status<br>▸ members of the merchant marine and uniformed service members who are on active duty and absent from the county on election day, as well as their spouses and dependents<br>▸ any voter whose religious beliefs prohibit photographic identification | The following forms of identification are valid if they contain the name and photograph of the voter and have not expired. Expired documents are valid if the bearer is aged 65 or older.<br><br>▸ Driver's license issued by Kansas or another state<br>▸ State identification card<br>▸ Government-issued concealed carry handgun or weapon license<br>▸ U.S. passport<br>▸ Employee badge or identification document issued by a government office or agency<br>▸ Military ID<br>▸ Student ID issued by an accredited postsecondary institution in Kansas<br>▸ Government-issued public assistance ID card | A voter who is unable or refuses to provide current and valid identification may vote a provisional ballot.<br><br>In order to have his or her ballot counted, the voter must provide a valid form of identification to the county election officer in person or provide a copy by mail or electronic means before the meeting of the county board of canvassers. |
| [Kentucky](#)<br>§117.227 | Election officers shall confirm the identity of each voter by personal | ▸ Driver's license    TA_002788<br>▸ Social Security card | When the officers of an election disagree as to the qualifications of |

| State | | | |
|---|---|---|---|
| | identity of each voter by personal acquaintance or by a document. | • Social Security card<br>• Credit card | disagree as to the qualifications of a voter or if his right to vote is disputed by a challenger, the voter shall sign a written oath as to his qualifications before he is permitted to vote. |
| Louisiana<br>§18:562 | Each applicant shall identify himself, in the presence and view of the bystanders, and present identification to the commissioners. | • Louisiana driver's license<br>• Louisiana special ID card<br>• Other generally recognized picture identification | If the applicant does not have identification, s/he shall sign an affidavit to that effect before the commissioners, and the applicant shall provide further identification by presenting his current registration certificate, giving his date of birth or providing other information stated in the precinct register that is requested by the commissioners.  However, an applicant that is allowed to vote without the picture identification required by this Paragraph is subject to challenge as provided in R.S. 18:565. |
| Michigan<br>§168.523 | Each voter must show a photo ID or sign an affidavit attesting that he or she is not in possession of photo identification. | • Michigan driver's license<br>• Michigan personal identification card<br><br>A voter who does not possess either of the above may show any of the following, as long as they are current:<br><br>• Driver's license or personal identification card issued by another state<br>• Federal or state government-issued photo ID<br>• U.S. passport<br>• Military ID with photo<br>• Student ID with photo -- from a high school or accredited institution of higher education<br>• Tribal ID with photo | An individual who does not possess, or did not bring to the polls, photo ID, may sign an affidavit and vote a regular ballot. |

TA_002789

| State | | | |
|---|---|---|---|
| Mississippi<br><br>*Mississippi's voter ID amendment requires an implementing statute, and also faces USDOJ pre-clearance, before it can take effect.* | An elector who votes in person in a primary or general election shall present government-issued photo identification before being allowed to vote. Voters who live and vote in a state-licensed care facility are exempt. | Mississippi's new constitutional amendment simply says "government-issued photo identification." Implementing legislation and/or administrative rules will be necessary to define precisely what this means. | An individual without ID can cast an affidavit ballot which will be counted if the individual returns to the appropriate circuit clerk within five days after the election and shows government-issued photo ID.<br><br>Voters with a religious objection to being photographed may vote an affidavit ballot, which will be counted if the voter returns to the appropriate circuit clerk within five days after the election and executes an affidavit that the religious exemption applies. |
| Missouri<br>§115-427 | Before receiving a ballot, voters shall establish their identify and eligibility to vote at the polling place by presenting a form of personal identification. | ▸ Identification issued by the federal government, state of Missouri, an agency of the state, or a local election authority;<br>▸ Identification issued by Missouri institution of higher education, including a univeristy, college, vocational and technical school;<br>▸ A copy of a current utility bill, bank statement, paycheck, government check or other government document that contains the name and address of the voter;<br>▸ Driver's license or state identification card issued by another state. | If an individual does not possess any of these forms of identification, s/he may still cast a ballot if two supervising election judges, one from each major political party, attest they know the person. |
| Montana<br>§13-13-114 | Before an elector is permitted to receive a ballot or vote, the elector shall present to an election judge a current photo identification showing the elector's name. If the elector does not present photo identification the elector shall present one of several specified documents showing the elector's name and current address | ▸ Driver's license<br>▸ School district or postsecondary education photo identification<br>▸ Tribal photo identification<br>▸ Current utility bill, bank statement, paycheck, notice of confirmation of voter registration, government check, or other government document that shows the elector's name | If the identification presented is insufficient to verify the elector's identity and eligibility to vote or if the elector's name does not appear in the precinct register, the elector may sign the precinct register and cast a provisional ballot. |

TA_002790

| | | | |
|---|---|---|---|
| | | that shows the elector's name and current address | |
| North Dakota<br>§16.1-05-07 | Before delivering a ballot to an individual, the poll clerks shall request the individual to show identification. | - Valid driver's license or state ID card<br>- Valid passport or federal agency ID card<br>- Valid government-issued tribal ID card<br>- Valid student ID card<br>- Valid U.S. military ID card<br>- Utility bill dated 30 days prior to election day with name and residential address<br>- Change of address verification letter from U.S. Postal Service | If an individual offering to vote does not have or refuses to show an appropriate form of identification, the individual may be allowed to vote without being challenged if a pollworker is able to vouch for the voter's identity and address. Otherwise, the individual may vote as a challenged voter by executing an affidavit that the challenged individual is a legally qualified elector of the precinct. |
| Ohio<br>§3503.16(B)(1)(a) and 3505.18(A)(1) | All voters must provide to election officials at the polling place on the day of an election proof of the voter's identity. Also applies to voters requesting and voting an absentee ballot. | - Current and valid photo identification, defined as a document that shows the individual's name and current address, includes a photograph, includes an expiration date that has not passed, and was issued by the U.S. government or the state of Ohio<br>- Current utility bill<br>- Current bank statement<br>- Current government check, paycheck or other government document | A voter who has but declines to provide identification may cast a provisional ballot upon providing a social security number or the last four digits of a social security number. A voter who has neither identification nor a social security number may execute an affidavit to that effect and vote a provisional ballot. A voter who declines to sign the affidavit may still vote a provisional ballot. |
| Oklahoma<br>26 O.S. 2001, §7-114 | Each person appearing to vote shall provide proof of identity. | "Proof of identity" shall mean a document that satisfies the following:<br>- Shows a name that substantially conforms to the name in the precinct registry<br>- Shows a photograph<br>- Includes an expiration date that is after the date of the election<br>- Was issued by the United States, state of Oklahoma or a federally recognized Indian tribe | A person who declines or is unable to produce proof of identity may sign a statement under oath swearing or affirming that the person is the person identified on the precinct registry and cast a provisional ballot. |

TX_00279

| | | | |
|---|---|---|---|
| | | or nation<br><br>A voter registration card issued by the appropriate county elections board may serve as proof of identity without meeting all of the above requirements. | |
| Pennsylvania | Each elector who appears to vote and desires to vote shall present proof of identification. | Identification must satisfy the following:<br><br>▸ Shows the name of the individual, which must substantially conform to the individual's name on the precinct register<br>▸ Show a photograph of the individual to whom it was issued<br>▸ Be issued by the U.S. government, Commonwealth of PA, a municipality of the Commonwealth to an employee of the municipality, an accredited PA private or public institution of higher learning or a PA care facility<br>▸ Include an expiration date and not be expired (exception for a military ID with an indication that it has an indefinite expiration date or a PA driver's license or non-driver ID card that is not more than 12 months past the expiration date) | A voter who is indigent an unable to obtain ID without any payment or fee, or who is otherwise unable to obtain ID, may vote a provisional ballot.<br><br>A voter who casts a provisional ballot because he or she is unable to provide proof of identification must execute an affirmation that he or she is the same person who appeared to vote on election day and do one of the following within six calendar days after the election:<br><br>▸ Appear in person at the county board of elections to complete the affirmation and present proof of identification;<br>▸ Submit an electronic, facsimile or paper copy of the affirmation and the proof of identification.<br><br>A voter who is indigent and unable to obtain proof of identification without payment of a fee must submit an affirmation that he or she is the same person who appeared to vote on election day and that he or she is indigent in the same time frame and manner as described above. |
| [Rhode Island](#)<br>§17-19-24.2 | Any person claiming to be a registered and eligible voter who desires to vote at a primary, special | Effective January 1, 2012:<br><br>A valid and current document showing a photo of the person to | If the person claiming to be a registered and eligible voter is unable to provide proof of identity |

TX_00279 2

| | | | |
|---|---|---|---|
| *NOTE: RI's new voter ID law takes effect in two stages. The first stage took effect on Jan. 1, 2012. The second stage will require photo ID beginning Jan. 1, 2014.* | or general election shall provide proof of identity. | showing a photo of the person to whom it was issued, including:<br><br>- RI driver's license<br>- RI voter identification card<br>- U.S. passport<br>- Identification card issued by a U.S. educational institution<br>- U.S. military identification card<br>- Identification card issued by the U.S. government or state of RI<br>- Government-issued medical card<br><br>The following forms of ID will be acceptable until January 1, 2014, when only the photo IDs listed above will be accepted for voting.<br><br>A valid and current document without a photograph, including:<br><br>- Birth certificate<br>- Social security card<br>- Government-issued medical card | as required, the person shall be allowed to vote a provisional ballot pursuant to section 17-19-24.2. The local board shall determine the validity of the provisional ballot pursuant to section 17-19-24.3.<br><br>Summary of section 17-19-24.3:<br><br>The local board shall examine each provisional ballot application to determine if the signature matches the signature on the voter's registration. If the signatures match, the provisional ballot shall count. If the signatures do not match, the ballot shall not count and shall be rejected as illegal. |
| [South Carolina](#) §7-13-710<br><br>*NOTE: SC's new photo ID law takes effect after preclearance by the USDOJ. Pre-clearance was denied on Dec. 23, 2011, and the state has applied for reconsideration from the Federal District Court of Washington, D.C.* | Existing law:<br><br>When any person presents himself to vote, he shall produce his valid South Carolina driver's license or other form of identification containing a photograph issued by the Department of Motor Vehicles, if he is not licensed to drive, or the written notification of registration.<br><br>New law:<br><br>When a person presents himself to vote, he shall produce a valid and current ID. | Existing law:<br><br>- Voter registration certificate<br>- South Carolina driver's license<br>- South Carolina Dept. of Motor Vehicles photo ID card<br><br>New law:<br><br>- South Carolina driver's license<br>- Other form of photo ID issued by the SC Dept. of Motor Vehicles<br>- Passport<br>- Military ID bearing a photo issued by the federal government<br>- South Carolina voter registration card with photo | Existing law:<br><br>Voters without ID may be permitted to vote a provisional ballot. This varies from county to county. Whether the provisional ballot is counted is at the discretion of the county commissioners at the provisional ballot hearing.<br><br>New law:<br><br>If the elector cannot produce identification, he may cast a provisional ballot that is counted only if the elector brings a valid and current photograph identification to the county board of registration and elections before certification of |

TX_002738

| State | Requirement | Acceptable IDs | If no ID |
|---|---|---|---|
| | | | the election by the county board of canvassers. |
| South Dakota §12-18-6.1 and 6.2 | When a voter is requesting a ballot, the voter shall present a valid form of personal identification. | ▸ South Dakota driver's license or nondriver identification card<br>▸ U.S. passport<br>▸ Photo ID issued by an agency of the U.S. government<br>▸ Tribal ID card, including a photo<br>▸ Student ID card, including a photo, issued by an accredited South Dakota school | If a voter is not able to present a form of personal identification as required, the voter may complete an affidavit in lieu of the personal identification. The affidavit shall require the voter to provide his or her name and address. The voter shall sign the affidavit under penalty of perjury. |
| Tennessee §2-7-112 | Each voter shall present to the precinct registrar one form of identification that bears the name and photograph of the voter. | ▸ TN driver's license<br>▸ Valid photo ID card issued by any state<br>▸ Valid photo ID license issued by TN Dept. of Safety<br>▸ Valid U.S. passport<br>▸ Valid U.S. military ID with photo | If a voter is unable to present the proper evidence of identification, then the voter will be entitled to vote by provisional ballot in the manner detailed in the bill. The provisional ballot will only be counted if the voter provides the proper evidence of identification to the administrator of elections or the administrator's designee by the close of business on the second business day after the election. |
| Texas<br>Election Code §63.001 et seq.<br><br>NOTE: TX's new photo ID law takes effect after preclearance by the USDOJ. Pre-clearance was denied on March 13, 2012, and the state is expected to apply for reconsideration from the Federal District Court of Washington, D.C. | Existing law:<br>On offering to vote, a voter must present the voter's voter registration certificate to an election officer at the polling place.<br>New law:<br>On offering to vote, a voter must present to an election officer at the polling place one form of identification. | Existing law:<br>Voter registration certificate<br>▸ Driver's license<br>▸ Department of Public Safety ID card<br>▸ A form of ID containing the person's photo that establishes the person's identity<br>▸ A birth certificate or other document confirming birth that is admissible in a court of law and establishes the person's identity<br>▸ U.S. citizenship papers<br>▸ A U.S. passport<br>▸ Official mail addressed to the person, by name, from a governmental entity | Existing law:<br>A voter who does not present a voter registration certificate when offering to vote, but whose name is on the list of registered voters for the precinct in which the voter is offering to vote, shall be accepted for voting if the voter executes an affidavit stating that the voter does not have the voter's voter registration certificate in the voter's possession and the voter presents other proof of identification. A voter who does not present a voter registration certificate and cannot present other identification may vote a |

TX_00002794

| State | | Required ID | Provisional Ballot |
|---|---|---|---|
| | | - A copy of a current utility bill, bank statement, government check, paycheck, or other government document that shows the person's name and address<br>- Any other form of ID prescribed by the secretary of state<br><br>New law:<br><br>- Driver's license<br>- Election identification certificate<br>- Dept. of Public Safety personal ID card<br>- U.S. military ID<br>- U.S. citizenship certificate<br>- U.S. passport<br>- License to carry a concealed handgun issued by the Dept. of Public Safety<br><br>All of the above must include a photo of the voter. With the exception of the certificate of citizenship, these forms of ID cannot be expired, or cannot have expired more than 60 days before the election. | other identification may vote a provisional ballot. A voter who does not present a voter registration certificate and whose name is not on the list of registered voters may vote a provisional ballot.<br><br>New law:<br><br>A voter who fails to present the required identification may cast a provisional ballot. The voter must present, not later than the sixth day after the date of the election, the required form of identification to the voter registrar for examination OR the voter may execute, in the presence of the voter registrar, an affidavit under penalty of perjury stating that the voter has a religious objection to being photographed or that the voter does not have identification as a result of a natural disaster declared by the president or the governor which occurred not earlier than 45 days before the date the ballot was cast. |
| **Utah**<br>§20A-1-102(76),<br>20A-3-104 | A voter shall present valid voter identification to one of the poll workers. | - Current valid UT driver's license<br>- Current valid identification card issued by the state or federal government<br>- UT concealed weapon permit<br>- U.S. passport<br>- Current valid U.S. military ID card<br>- Bureau of Indian Affairs card<br>- Tribal treaty card<br>- Tribal ID card<br><br>OR<br><br>Two forms of ID that bear the | The voter may cast a provisional ballot as provided by §20A-3-105.5<br><br>§20A-4-107 states that a county clerk may verify the identity and residence of a voter who fails to provide valid voter identification "through some other means." |

TA_002795

| State | | | |
|---|---|---|---|
| | | ▸ Two forms of ID that bear the name of the voter and provide evidence that the voter resides in the precinct | |
| Virginia<br>§24.2-643(B) | The officer shall ask the voter to present any one of the specified forms of identification. | ▸ Virginia voter registration card<br>▸ Social Security card<br>▸ Virginia driver's license<br>▸ Any other identification card issued by a government agency of the Commonwealth, one of its political subdivisions, or the United States<br>▸ Employee identification card containing a photograph | If a voter is entitled to vote except that he is unable to present one of the forms of identification listed above, he shall be allowed to vote after signing a statement, subject to felony penalties for false statements, that he is the named registered voter who he claims to be. |
| Washington<br>§29A.44.205 | Any person desiring to vote at any primary or election is required to provide identification to the election officer before signing the poll book. | ▸ Valid photo identification, such as a driver's license or state identification card, student identification card, or tribal identification card<br>▸ A voter identification issued by a county elections officer, or<br>▸ A copy of a current utility bill, bank statement, paycheck, or government check or other government document | Any individual who desires to vote in person but cannot provide identification as required by this section shall be issued a provisional ballot. |
| Wisconsin<br>§5.02(6m) and 6.79(2)(a)<br><br>NOTE: Wisconsin's voter ID law was held unconstitutional on March 12, 2012 by a state judge. It is not currently in effect. | Each elector shall be required to present identification. | ▸ Wisconsin driver's license<br>▸ ID card issued by a U.S. uniformed service<br>▸ Wisconsin non-driver ID<br>▸ U.S. Passport<br>▸ Certificate of naturalization issued not more than 2 years before the election<br>▸ ID card issued by a federally recognized Indian tribe in WI<br>▸ Student ID card with a signature, an issue date, and an expiration date no later than 2 years after the election<br><br>All of the above must include a photo and a name that conforms to the poll list. | An elector who appears to vote at a polling place and does not have statutory ID shall be offered the opportunity to vote a provisional ballot.<br><br>An elector who votes a provisional ballot may furnish statutory ID to the election inspectors before the polls close or to the municipal clerk no later than 4 pm on the Friday following Election Day. |

TA_002796

| | | |
|---|---|---|
| | If the ID presented is not proof of residence, the elector shall also present proof of residence. | |

## For More Information

For more information on the issue of voter identification, contact NCSL's elections staff.

**Denver Office**
Tel: 303-364-7700 | Fax: 303-364-7800 | 7700 East First Place | Denver, CO 80230

**Washington Office**
Tel: 202-624-5400 | Fax: 202-737-1069 | 444 North Capitol Street, N.W., Suite 515 | Washington, D.C. 20001

©2012 National Conference of State Legislatures. All Rights Reserved.

TA_002797