# Texas Voter Registration Application

Prescribed by the Office of the Secretary of State     VR17.2011E.I3

**For Official Use Only**

Please complete sections by printing LEGIBLY. If you have any questions about how to fill out this application, please call your local voter registrar.

### 1 These Questions Must Be Completed Before Proceeding

**Check one**
- [ ] New Application
- [ ] Change of Address, Name, or Other Information
- [ ] Request for a Replacement Card

**Are you a United States Citizen?**    [ ] Yes    [ ] No

**Will you be 18 years of age on or before election day?**    [ ] Yes    [ ] No

If you checked 'No' in response to either of the above, do not complete this form.

**Are you interested in serving as an election worker?**    [ ] Yes    [ ] No

### 2 
| Last Name Include Suffix if any (Jr, Sr, III) | First Name | Middle Name (If any) | Former Name (if any) |
|---|---|---|---|
| | | | |

### 3 Residence Address: Street Address and Apartment Number. If none, describe where you live. (Do not include P.O. Box, Rural Rt. or Business Address)

| City | TEXAS |
|---|---|
| County | Zip Code |

### 4 Mailing Address: Street Address and Apartment Number. (If mail cannot be delivered to your residence address.)

| City | State |
|---|---|
| | Zip Code |

### 5 Date of Birth: (mm/dd/yyyy)
__ __ / __ __ / __ __ __ __

### 6 Gender (Optional)
- [ ] Male
- [ ] Female

### 7 Telephone Number (Optional) Include Area Code
( ___ ) ___ – ____

### 8 Texas Driver's License No. or Texas Personal I.D. No. (Issued by the Department of Public Safety)

If no Texas Driver's License or Personal Identification, give last 4 digits of your Social Security Number

XXX-XX- ____

- [ ] I have not been issued a Texas Driver's License/Personal Identification Number or Social Security Number.

### 9 I understand that giving false information to procure a voter registration is perjury, and a crime under state and federal law. Conviction of this crime may result in imprisonment up to 180 days, a fine up to $2,000, or both. Please read all <u>three</u> statements to affirm before signing.

- I am a resident of this county and a U.S. citizen;
- I have not been finally convicted of a felony, or if a felon, I have completed all of my punishment including any term of incarceration, parole, supervision, period of probation, or I have been pardoned; and
- I have not been determined by a final judgment of a court exercising probate jurisdiction to be totally mentally incapacitated or partially mentally incapacitated without the right to vote.

**X** _____    Date ___ / ___ / ___

Signature of Applicant or Agent and Relationship to Applicant or Printed Name of Applicant if Signed by Witness and Date.

TA_002851

PX 062