# Texas Voter Registration Application

Prescribed by the Office of the Secretary of State   VR17.2011E.13

For Official Use Only

Please complete sections by printing LEGIBLY. If you have any questions about how to fill out this application, please call your local voter registrar.

## 1 These Questions Must Be Completed Before Proceeding

**Check one**
- ☐ New Application
- ☐ Change of Address, Name, or Other Information
- ☐ Request for a Replacement Card

**Are you a United States Citizen?**  ☐ Yes   ☐ No

**Will you be 18 years of age on or before election day?**  ☐ Yes   ☐ No

If you checked 'No' in response to either of the above, do not complete this form.

**Are you interested in serving as an election worker?**  ☐ Yes   ☐ No

## 2
- **Last Name** Include Suffix if any (Jr, Sr, III)
- **First Name**
- **Middle Name** (If any)
- **Former Name** (if any)

## 3
**Residence Address:** Street Address and Apartment Number. If none, describe where you live. (Do not include P.O. Box, Rural Rt. or Business Address)

City | TEXAS
County | Zip Code

## 4
**Mailing Address:** Street Address and Apartment Number. (If mail cannot be delivered to your residence address.)

City | State
     | Zip Code

## 5 Date of Birth: (mm/dd/yyyy)
☐☐ / ☐☐ / ☐☐☐☐

## 6 Gender (Optional)
☐ Male
☐ Female

## 7 Telephone Number (Optional) Include Area Code
(☐☐☐) ☐☐☐ – ☐☐☐☐

## 8 Texas Driver's License No. or Texas Personal I.D. No. (Issued by the Department of Public Safety)
☐☐☐☐☐☐☐☐

If no Texas Driver's License or Personal Identification, give last 4 digits of your Social Security Number
XXX-XX- ☐☐☐☐

☐ I have not been issued a Texas Driver's License/Personal Identification Number or Social Security Number.

## 9
I understand that giving false information to procure a voter registration is perjury, and a crime under state and federal law. Conviction of this crime may result in imprisonment up to 180 days, a fine up to $2,000, or both. Please read all <u>three</u> statements to affirm before signing.

- I am a resident of this county and a U.S. citizen;
- I have not been finally convicted of a felony, or if a felon, I have completed all of my punishment including any term of incarceration, parole, supervision, period of probation, or I have been pardoned; and
- I have not been determined by a final judgment of a court exercising probate jurisdiction to be totally mentally incapacitated or partially mentally incapacitated without the right to vote.

X _____   Date ___/___/___

Signature of Applicant or Agent and Relationship to Applicant or Printed Name of Applicant if Signed by Witness and Date.

2:13-cv-193
09/02/2014
DEF0061

*Fold on line and seal before mailing*



**BUSINESS REPLY MAIL**
FIRST-CLASS MAIL   PERMIT NO. 4511   AUSTIN, TX

POSTAGE WILL BE PAID BY ADDRESSEE

**SECRETARY OF STATE
ELECTIONS DIVISION
PO BOX 12887
AUSTIN TX 78711-9972**



NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

*Fold on line and seal before mailing*

### Qualifications

- You must register to vote in the county in which you reside.
- You must be a citizen of the United States.
- You must be at least 17 years and 10 months old to register, and you must be 18 years of age by Election Day.
- You must not be finally convicted of a felony, or if you are a felon, you must have completed all of your punishment, including any term of incarceration, parole, supervision, period of probation, or you must have received a pardon.
- You must not have been determined by a final judgment of a court exercising probate jurisdiction to be totally mentally incapacitated or partially mentally incapacitated without the right to vote.

### Filling out the Application

- Review the application carefully, fill it out, sign and date it and mail it to the voter registrar in your county or drop it by the Voter Registrar's office.
- All voters who register to vote in Texas must provide a Texas driver's license number or personal identification number issued by the Texas Department of Public Safety. If you don't have such a number, simply provide the last four digits of your social security number. If you don't have a social security number, you need to state that fact.
- Your voter registration will become effective 30 days after it is received or on your 18th birthday, whichever is later. Your registration must be effective on or before an election day in order to vote in that election.
- If you move to another county, you must re-register in the county of your new residence.

Please visit the Texas Secretary of State website, **www.sos.state.tx.us**, and for additional election information visit **www.votetexas.gov.**

**Este formulario está disponible en español. Favor de llamar a su registrador de votantes local para conseguir una versión en español.**