B1-9(3B).IN3

Name, Voter Registrar
Telephone Number
Address
City, State, Zip

Secretary of State's Office
Elections Division
1-800-252-VOTE (8683)

**RETURN SERVICE REQUESTED**

| **VOTER REGISTRATION CERTIFICATE** |
| (Certificado de Registro Electoral) |
| **COUNTY** (Condado) |

| **VUID** (VUID) | **Gender** (Sexo) | **Valid from** (Válido desde) |
| **Year of Birth** (Año de Nacimiento) | **Prec. No.** (Núm. Pcto.) | **thru** (hasta) |

**Name and Permanent Residence Address** (Nombre y dirección residencial permanente)

**Party Primary** — Voted in the (Votó en la elección primaria del partido político nombrado arriba)

**Name and Mailing Address** (Nombre y dirección de correo)

**X**
VOTER MUST PERSONALLY SIGN HIS/HER NAME IMMEDIATELY UPON RECEIPT, IF ABLE
(El votante debe firmar esta tarjeta personalmente al recibirla, si puede.)

---

Name, Voter Registrar
Telephone Number
Address
City, State, Zip

Secretary of State's Office
Elections Division
1-800-252-VOTE (8683)

**RETURN SERVICE REQUESTED**

| **VOTER REGISTRATION CERTIFICATE** |
| (Certificado de Registro Electoral) |
| **COUNTY** (Condado) |

| **VUID** (VUID) | **Gender** (Sexo) | **Valid from** (Válido desde) |
| **Year of Birth** (Año de Nacimiento) | **Prec. No.** (Núm. Pcto.) | **thru** (hasta) |

**Name and Permanent Residence Address** (Nombre y dirección residencial permanente)

**Party Primary** — Voted in the (Votó en la elección primaria del partido político nombrado arriba)

**Name and Mailing Address** (Nombre y dirección de correo)

**X**
VOTER MUST PERSONALLY SIGN HIS/HER NAME IMMEDIATELY UPON RECEIPT, IF ABLE
(El votante debe firmar esta tarjeta personalmente al recibirla, si puede.)

---

Name, Voter Registrar
Telephone Number
Address
City, State, Zip

Secretary of State's Office
Elections Division
1-800-252-VOTE (8683)

**RETURN SERVICE REQUESTED**

| **VOTER REGISTRATION CERTIFICATE** |
| (Certificado de Registro Electoral) |
| **COUNTY** (Condado) |

| **VUID** (VUID) | **Gender** (Sexo) | **Valid from** (Válido desde) |
| **Year of Birth** (Año de Nacimiento) | **Prec. No.** (Núm. Pcto.) | **thru** (hasta) |

**Name and Permanent Residence Address** (Nombre y dirección residencial permanente)

**Party Primary** — Voted in the (Votó en la elección primaria del partido político nombrado arriba)

**Name and Mailing Address** (Nombre y dirección de correo)

**X**
VOTER MUST PERSONALLY SIGN HIS/HER NAME IMMEDIATELY UPON RECEIPT, IF ABLE
(El votante debe firmar esta tarjeta personalmente al recibirla, si puede.)



2:13-cv-193
09/02/2014
**DEF0062**
exhibitsticker.com

B1-9(3B).IN3







B1-9(3B).IN3

Upon federal approval of a photo identification law passed by the Texas Legislature in 2011, a voter must show one of the following forms of photo identification at the polling location before the voter may be accepted for voting: Driver's license, election identification certificate, personal identification card or concealed handgun license issued by the Texas Department of Public Safety; United States Military identification card that contains the person's photograph; United States citizenship certificate that contains the person's photograph; or a United States passport.

The above identification must be current and not expired, or if expired, then it must have expired no more than 60 days before it is presented for voter qualification at the polling place. Please contact the Secretary of State or your local voter registrar for information concerning when the above photo identification rules are effective, and for information concerning limited exceptions to the photo identification requirement for certain voters with disabilities, or voters with religious objections to being photographed, and voters affected by certain natural disasters.

Please visit the Secretary of State website at www.sos.state.tx.us or call toll free at 1-800-252-8683. If any information on this certificate changes or is incorrect, correct the information in the space provided below, sign and return this certificate to the voter registrar.

Al recibir aprobación federal de una ley sobre identificación con foto que se pasó durante la Legislatura de Texas en el año 2011, cada votante deberá demostrar una de las siguientes formas de identificación en el sitio electoral antes de ser aceptado para votar: Licencia de conducir, cédula de identificación electoral, tarjeta de identificación personal o licencia para portar un arma de fuego oculta expedida por el Departamento de Seguridad Pública de Texas; Cédula de identidad militar de los Estados Unidos con fotografía de la persona; Certificado de ciudadanía estadounidense con fotografía de la persona; o Pasaporte de los Estados Unidos.

La identificación nombrada arriba deberá estar vigente y no vencida, o si está vencida, debe estar vencida por no más de 60 días en el momento de presentarla para calificar como votante en el sitio electoral. Por favor comuníquese con la Secretaría del Estado o su registrador de votantes local para información sobre cuándo entrarán en vigor las dichas reglas sobre identificación con foto y para información sobre excepciones limitadas al requisito de identificación con foto para ciertos votantes con una minusvalidez, con objeciones religiosas a tomarse fotos y votantes afectados por ciertos desastres naturales.

Por favor visite la página Web de la Secretaría del Estado al www.sos.state.tx.us o llame al número gratuito 1-800-252-8683. Si algo de la información en la cédula cambia o no es correcta, favor de corregir la información en el espacio abajo, firme y devuelva esta cédula al registrador de votantes.

**I affirm the changes made to the left are correct.**
Afirmo que los cambios hechos al lado izquierdo están correctos.

**X** _____
**Signature of Voter** (Firma del votante)

---

Upon federal approval of a photo identification law passed by the Texas Legislature in 2011, a voter must show one of the following forms of photo identification at the polling location before the voter may be accepted for voting: Driver's license, election identification certificate, personal identification card or concealed handgun license issued by the Texas Department of Public Safety; United States Military identification card that contains the person's photograph; United States citizenship certificate that contains the person's photograph; or a United States passport.

The above identification must be current and not expired, or if expired, then it must have expired no more than 60 days before it is presented for voter qualification at the polling place. Please contact the Secretary of State or your local voter registrar for information concerning when the above photo identification rules are effective, and for information concerning limited exceptions to the photo identification requirement for certain voters with disabilities, or voters with religious objections to being photographed, and voters affected by certain natural disasters.

Please visit the Secretary of State website at www.sos.state.tx.us or call toll free at 1-800-252-8683. If any information on this certificate changes or is incorrect, correct the information in the space provided below, sign and return this certificate to the voter registrar.

Al recibir aprobación federal de una ley sobre identificación con foto que se pasó durante la Legislatura de Texas en el año 2011, cada votante deberá demostrar una de las siguientes formas de identificación en el sitio electoral antes de ser aceptado para votar: Licencia de conducir, cédula de identificación electoral, tarjeta de identificación personal o licencia para portar un arma de fuego oculta expedida por el Departamento de Seguridad Pública de Texas; Cédula de identidad militar de los Estados Unidos con fotografía de la persona; Certificado de ciudadanía estadounidense con fotografía de la persona; o Pasaporte de los Estados Unidos.

La identificación nombrada arriba deberá estar vigente y no vencida, o si está vencida, debe estar vencida por no más de 60 días en el momento de presentarla para calificar como votante en el sitio electoral. Por favor comuníquese con la Secretaría del Estado o su registrador de votantes local para información sobre cuándo entrarán en vigor las dichas reglas sobre identificación con foto y para información sobre excepciones limitadas al requisito de identificación con foto para ciertos votantes con una minusvalidez, con objeciones religiosas a tomarse fotos y votantes afectados por ciertos desastres naturales.

Por favor visite la página Web de la Secretaría del Estado al www.sos.state.tx.us o llame al número gratuito 1-800-252-8683. Si algo de la información en la cédula cambia o no es correcta, favor de corregir la información en el espacio abajo, firme y devuelva esta cédula al registrador de votantes.

**I affirm the changes made to the left are correct.**
Afirmo que los cambios hechos al lado izquierdo están correctos.

**X** _____
**Signature of Voter** (Firma del votante)

---

Upon federal approval of a photo identification law passed by the Texas Legislature in 2011, a voter must show one of the following forms of photo identification at the polling location before the voter may be accepted for voting: Driver's license, election identification certificate, personal identification card or concealed handgun license issued by the Texas Department of Public Safety; United States Military identification card that contains the person's photograph; United States citizenship certificate that contains the person's photograph; or a United States passport.

The above identification must be current and not expired, or if expired, then it must have expired no more than 60 days before it is presented for voter qualification at the polling place. Please contact the Secretary of State or your local voter registrar for information concerning when the above photo identification rules are effective, and for information concerning limited exceptions to the photo identification requirement for certain voters with disabilities, or voters with religious objections to being photographed, and voters affected by certain natural disasters.

Please visit the Secretary of State website at www.sos.state.tx.us or call toll free at 1-800-252-8683. If any information on this certificate changes or is incorrect, correct the information in the space provided below, sign and return this certificate to the voter registrar.

Al recibir aprobación federal de una ley sobre identificación con foto que se pasó durante la Legislatura de Texas en el año 2011, cada votante deberá demostrar una de las siguientes formas de identificación en el sitio electoral antes de ser aceptado para votar: Licencia de conducir, cédula de identificación electoral, tarjeta de identificación personal o licencia para portar un arma de fuego oculta expedida por el Departamento de Seguridad Pública de Texas; Cédula de identidad militar de los Estados Unidos con fotografía de la persona; Certificado de ciudadanía estadounidense con fotografía de la persona; o Pasaporte de los Estados Unidos.

La identificación nombrada arriba deberá estar vigente y no vencida, o si está vencida, debe estar vencida por no más de 60 días en el momento de presentarla para calificar como votante en el sitio electoral. Por favor comuníquese con la Secretaría del Estado o su registrador de votantes local para información sobre cuándo entrarán en vigor las dichas reglas sobre identificación con foto y para información sobre excepciones limitadas al requisito de identificación con foto para ciertos votantes con una minusvalidez, con objeciones religiosas a tomarse fotos y votantes afectados por ciertos desastres naturales.

Por favor visite la página Web de la Secretaría del Estado al www.sos.state.tx.us o llame al número gratuito 1-800-252-8683. Si algo de la información en la cédula cambia o no es correcta, favor de corregir la información en el espacio abajo, firme y devuelva esta cédula al registrador de votantes.

**I affirm the changes made to the left are correct.**
Afirmo que los cambios hechos al lado izquierdo están correctos.

**X** _____
**Signature of Voter** (Firma del votante)