# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| MARC VEASEY, *et al*, | § § § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 2:13-CV-00193 |
| | § | |
| RICK PERRY, *et al*, | § § | |
| Defendants. | § | |

## DEFENDANTS' NOTICE OF FILING OF TRIAL EXHIBITS

Defendants submit this Notice of Filing of Trial Exhibits (DEF0068 – DEF0080). An index of Defendants' trial exhibits is attached as Exhibit 1 to ECF Docket No. 681.

Dated: November 17, 2014

Respectfully submitted,

GREG ABBOTT
Attorney General of Texas

DANIEL T. HODGE
First Assistant Attorney General

JONATHAN F. MITCHELL
Solicitor General

J. REED CLAY, JR.
Special Assistant and Senior Counsel
to the Attorney General
Southern District of Texas No. 1160600


/s/ John B. Scott
JOHN B. SCOTT
Deputy Attorney General for Civil Litigation
Southern District of Texas No. 10418
Texas State Bar No. 17901500
ATTORNEY-IN-CHARGE

ADAM W. ASTON
Deputy Solicitor General
Southern District of Texas No. 2157041

G. DAVID WHITLEY
Assistant Deputy Attorney General
Southern District of Texas No. 2080496

STEPHEN RONALD KEISTER
Assistant Attorney General
Southern District of Texas No. 18580

JENNIFER MARIE ROSCETTI
Assistant Attorney General
Southern District of Texas No. 224780

LINDSEY ELIZABETH WOLF
Assistant Attorney General
Southern District of Texas No. 2292940

> STEPHEN LYLE TATUM, JR.
> Assistant Attorney General
> Southern District of Texas No. 2338090
>
> 209 West 14th Street
> P.O. Box 12548
> Austin, Texas 78711-2548
> (512) 475-0131
>
> BEN A. DONNELL
> Donnell, Abernethy & Kieschnick
> 555 N. Carancahua, Suite 1770
> Corpus Christi, Texas 78401-0853
> Southern District of Texas No. 5689
>
> COUNSEL FOR THE STATE OF TEXAS, RICK PERRY, JOHN STEEN, and STEVE MCCRAW

## CERTIFICATE OF SERVICE

I hereby certify that on November 17, 2014, a true and correct copy of the foregoing document was served via the Court's ECF system to all counsel of record.

> */s/ John B. Scott*
> JOHN B. SCOTT