The State of Texas

NO. 2011-2775

Elections Division
P.O. Box 12060
Austin, Texas 78711-2060
www.sos.state.tx.us

Hope Andrade
Secretary of State

Phone: 512-463-5650
Fax: 512-475-2811
Dial 7-1-1 For Relay Services
(800) 252-VOTE (8683)

August 31, 2011

Mr. T. Christian Herren, Jr.
Chief, Voting Section
Civil Rights Division
Room 7254 - NWB
U.S. Department of Justice
950 Pennsylvania Ave., N.W.
Washington, D.C. 20530

ATTENTION: Mr. Zach Bromer

RE: Submission under Section 5, Voting Rights Act, of Senate Bill 14, Chapter 123, 82nd Legislature, 2011; File No. 2011-2775.

Dear Mr. Herren:

As per our August 10, 2011 telephone conversations with Mr. Zach Bromer, Analyst with the U.S. Department of Justice, we are forwarding the following materials concerning the Texas Senate's deliberations of Senate Bill 14, Chapter 123, which was enacted by the 82nd Legislature, 2011 (the "Act") and relates to requirements to vote, including presenting proof of identification. Please note that the enclosed materials include the following (with the first two exhibits on CD):

Exhibit 1    Transcript, exhibits, and written testimony on S.B. 362, Committee of the Whole, 81st Legislature, 2009.

Exhibit 2    Daily *Senate Journals* for March 10, 16, 17, and 18 and the Addendum to the March 17 *Senate Journal* (contains all actions taken by the Senate of the 81st Legislature on SB 362, including motions, remarks, written responses, exhibits, and any other material directly related to SB 362).

Exhibit 3    Secretary of State Hope Andrade's letter (1/25/11) to Senator Troy Fraser regarding inquiry about the availability of Help America Vote Act (HAVA) federal funds to implement the statewide voter education program required by S.B. 14.

Exhibit 4    Texas Driver License submitted by Senator Judith Zaffrrini.

2:13-cv-193
09/02/2014
DEF0068

PX 067

TA_003076

US_00000405

Mr. T. Christian Herren, Jr.
Page 2

| | |
|---|---|
| Exhibit 5 | Letter to Senator Zaffirini (1/24/11) from Spencer Overton, Professor of Law, The George Washington University Law School, regarding the Carter-Baker Commission recommendations on Federal Election Reform and S.B. 14. |
| Exhibit 6 | "Counties with Department of Public Safety Drivers License Office Closures" Map produced by the Texas Legislative Council submitted by Senator Zaffirini. |
| Exhibit 7 | Chart depicting the requirements, process, and potential costs for obtaining a State ID created and submitted by Senator Wendy Davis. |
| Exhibit 8 | LIGHTHOUSE OPINION POLLING, Fall 2010 Statewide Landscape Benchmark Survey submitted by Senator Fraser. |
| Exhibit 9 | "Driver License Offices in Texas" Map prepared by the Department of Public Safety Map submitted by Senators Tommy Williams and Wendy Davis. |
| Exhibit 10 | Letter to Senator Van de Putte from Texas members of Congress Sheila Jackson Lee, Eddie Bernice Johnson, Charles Gonzalez, Lloyd Doggett, Gene Green, Ruben Hinojosa, Silvestre Reyes, and Al Green submitted by Senator West. |
| Exhibit 11 | Written testimony of Lydia Camarillo, Vice President of Southwest Voter Registration Education Project submitted by Senator Leticia Van de Putte. |
| Exhibit 12 | Written testimony of Luis Roberto Vera, Jr., National General Counsel, League of United Latin American Citizens, submitted by Senator Royce West. |

If you have any questions or need additional information, please contact Paul Miles, Staff Attorney, at (512) 463-5650.

Sincerely,

Ann McGeehan
Director of Elections

Enclosures

AM:PM:id