McCorkle, Perry C (CRT)

| | | |
|---|---|---|
| **From:** | Paul Miles [PMiles@sos.state.tx.us] | **SECTION 5 SUBMISSION** |
| **Sent:** | Thursday, August 25, 2011 5:52 PM | |
| **To:** | vot1973c (CRT) | NO. *2011-2775* |
| **Subject:** | Re: Submission file 2011-2775 | |
| **Attachments:** | 82RDAY40FINAL.pdf; 82RDAY38FINAL.pdf; Voter Identification Committee Testimony.docx | |

Dear Ms. Olsen:

Attached please find three files containing partial transcripts of debate in the Texas House of Representatives on Senate Bill 14, file number 2011-2775.

1). Floor debate on the second reading of the bill, which took place on March 21, 2011, is on pages 910 through 920 of the attached 82RDAY38FINAL file of the House Journal.

2). Floor debate on the second reading of the bill, resuming on March 23, 2011, is on pages 950-1041 of the attached 82RDAY40FINAL file of the House Journal.

3). A computer generated transcript of resource witness testimony on March 1, 2011 before the House Select Committee on Voter Identification and Voter Fraud. The transcript contains testimony from John Woods, graduate student at the University of Texas, Ann McGeehan, Director of Elections, Texas Secretary of State, Rebecca Davio, Drivers License Bureau, Texas Department of Public Safety, and David Maxwell, Deputy Director of the Law Enforcement Division, Texas Office of the Attorney General. The transcript was created by Representative Harless' office during the session, and her office advises that it is in rough form and has not been cleaned up.

We have also received a copy from the Texas Senate of exhibits, written testimony, and transcripts on Senate Bill 362 concerning voter identification from the 2009 legislative session which were accepted into the record for SB 81. The copy is on CD, and we will forward it to you shortly.

Thank you very much.


Paul Miles
Elections Division
Office of the Secretary of State

PX 068

2:13-cv-193
09/02/2014

**DEF0069**

1

US_00000008