**McCorkle, Perry C (CRT)**

| | |
|---|---|
| From: | Ann McGeehan [AMcGeehan@sos.state.tx.us] |
| Sent: | Wednesday, September 07, 2011 3:52 PM |
| To: | vot1973c (CRT) |
| Cc: | Paul Miles |
| Subject: | RE: Submission file 2011-2775 |
| Attachments: | SB 14 Sept 70001.pdf |

**SECTION 5 SUBMISSION**

NO. 2011-2775

Attention Zach Broder:

Attached is information you requested concerning the Submission File No. 2011-2775 from the State of Texas. Please confirm that you are able to open the attachment. Thank you.

Ann

Ann McGeehan
Director of Elections
Office of the Texas Secretary of State
amcgeehan@sos.state.tx.us
512-463-9871

2:13-cv-193
09/02/2014
DEF0070

PX 069

US_00000402