**McCorkle, Perry C (CRT)**

| | |
|---|---|
| From: | Paul Miles [PMiles@sos.state.tx.us] |
| Sent: | Thursday, September 08, 2011 12:58 PM |
| To: | vot1973c (CRT) |
| Subject: | Submission file 2011-2775 |
| Attachments: | 81.71SimilarNameRuleSB14.doc |

**SECTION 5 SUBMISSION**

NO. *2011-2770*

Dear Mr. Broder:

Attached is a draft copy of the Texas Secretary of State's proposed administrative rule on similar name standards as required under Section 9 of Senate Bill 14. The proposed rule will be published in the next issue of the Texas Register with a 30 day period for public comment.
Final adoption will occur at the end of the comment period.

If you have any questions, please e-mail or call me at (512) 475-2847.

Thank you very much.


Paul Miles
Elections Division
Office of the Secretary of State

2:13-cv-193
09/02/2014
**DEF0071**
exhibitsticker.com

PX 070

1

TA_003106

US_00000397