McCorkle, Perry C (CRT)

From: Adkins, Phillip [Phillip.Adkins@dps.texas.gov]
Sent: Thursday, September 08, 2011 4:11 PM
To: vot1973c (CRT)
Cc: Murphy, Kathleen
Subject: File # 2011-2775

SECTION 5 SUBMISSION

NO. 2011-2775

Jennifer Maranzano
Attorney
Department of Justice, Civil Rights Division, Voting Section

Ms. Maranzano:

I need to make a clarification regarding one issue raised during our discussion of Texas Voter ID statute and specifically the Department of Public Safety's role in issuing an election identification certificate. I stated that typically there was a 8 to 10 day time lag between the time a person submits an application for a card and delivery of the ID via U.S. mail. It is accurate that the permanent ID card will typically arrive in 8 to 10 days. However, the citizen will receive a paper ID complete with a photo on-site at the office immediately upon application. The Texas Secretary of State has confirmed that this paper photo ID will be an acceptable form of identification for voting purposes. So, in fact, an individual could apply for a photo election ID and receive and use that ID to vote on the same day.

We will be contacting you with the rest of the additional information we discussed shortly.

Sincerely,

**D. Phillip Adkins**
General Counsel
Texas Department of Public Safety
Direct Dial (512) 424-2503
Cell (512) 913-6911
phillip.adkins@texas.dps.gov

2:13-cv-193
09/02/2014
DEF0072

PX 071