McCorkle, Perry C (CRT)

**From:** Adkins, Phillip [Phillip.Adkins@dps.texas.gov]
**Sent:** Thursday, September 15, 2011 4:34 PM
**To:** vot1973c (CRT)
**Cc:** Murphy, Kathleen
**Subject:** File #2011-2775
**Attachments:** 09 09 11 DLD Sites.pdf; Rule 15_181 - 15_185 - proposed new subchapter).pdf; GAA 2012-2103 Article IX DL Contingency (2).doc

SECTION 5 SUBMISSION

NO. 2011-2775

2:13-cv-193
09/02/2014
DEF0073

Jennifer Maranzano
Attorney
Department of Justice, Civil Rights Division, Voting Section

Ms. Maranzano:

During our discussion regarding Texas Voter ID statute and the Department of Public Safety's role in issuing an election identification certificate you requested information regarding the number of driver license offices state wide and appropriations from the Texas Legislature related to driver licensing issues. The Driver License Division has provided the following information regarding these issues:

**Texas Driver License Offices**

There are 307 offices located throughout the state. At this time, 221 offices are open to customers and 86 offices are temporarily out of service due to technology issues or reorganization. We are currently negotiating with several counties to reestablish driver license offices with upgraded technology. Currently, there are 170 Full-time offices, 39 part-time offices and 12 scheduled offices (also known as mobile offices) These scheduled/mobile offices are open one day per week or less and are not identified as part-time. There are 254 counties in Texas and 81 counties are currently without service due to technology issues or reorganization. However, a study was conducted to determine the longest drive time a customer may make to reach a driver license office. The analyst from Texas State University determined that fifty-two (52) minutes was the longest drive time for a customer to reach a driver license office.

Attached you will find a spread sheet detailing the locations of the 307 Driver License offices, their office hours and other related information.

**Legislative Appropriation Regarding the Driver License Division**

The 82nd Texas Legislature appropriated approximately $63,000,000 for driver license process improvement. As we discussed, the improvements in the DL process that result from the expenditure of these funds will enhance the Department's ability to serve the general public with the various identification functions performed by the Department. The General Appropriations Act, Article IX, Section 18.07 directs the Department to utilize those funds for the following purposes:

- The addition of 361 full-time employees
- Funding to augment staff during summer months
- Establishing six new mega centers and furniture/equipment for those mega centers (mega centers are offices with 25 or more employees)
- Acquisitions of new technology to reduce customer wait times
- Electronic fingerprint technology upgrade
- Equipment upgrades for mobile offices and a directive that at least one mobile driver license offices shall operate in each DPS region of the state

Attached you will find a document containing the language from General Appropriations Act, Article IX, Section 18.07.

1

Finally, I have attached a draft of proposed administrative rules developed by DPS for the purpose of implementing Texas Transportation Code 521A.

If you need additional information please feel free call or to contact me via e-mail.

Sincerely,

**D. Phillip Adkins**
General Counsel
Texas Department of Public Safety
Direct Dial (512) 424-2503
Cell (512) 913-6911
phillip.adkins@texas.dps.gov