Case 1:12-cv-00128-RMC-DST-RLW Document 265-10 Filed 05/17/12 Page 10 of 132
Case 2:13-cv-00193 Document 732-8 Filed on 11/17/14 in TXSD Page 10 of 132
SECTION 5 SUBMISSION
NO 2011 -2775

**McCorkle, Perry C (CRT)**

| | |
|---|---|
| From: | Bell-Platts, Meredith (CRT) |
| Sent: | Thursday, February 02, 2012 12:14 PM |
| To: | vot1973c@usdoj.gov |
| Cc: | Berman, Robert (CRT) |
| Subject: | FW: excel |
| Attachments: | excel |

Meredith Bell-Platts

**From:** Jonathan Mitchell [mailto:jonathan.mitchell@oag.state.tx.us]
**Sent:** Thursday, February 02, 2012 12:13 PM
**To:** vot1973charlie@usdoj.gov
**Cc:** Bell-Platts, Meredith (CRT)
**Subject:** Fwd: excel

Here is the Texas data in an excel file.

--Jonathan

2:13-cv-193
09/02/2014
DEF0084

PX 083

US_00000435