Case 2:13-cv-00193 Document 732-4 Filed on 11/17/14 in TXSD Page 20 of 132
Case 2:13-cv-00193 Document 732-4 Filed 01/17/01 Page 20 of 132
SECTION 5 SUBMISSION
NO. 2011-2775

McCorkle, Perry C (CRT)

| | |
|---|---|
| From: | Keith Ingram [KIngram@sos.state.tx.us] |
| Sent: | Friday, February 17, 2012 10:11 AM |
| To: | vot1973c (CRT) |
| Cc: | jonathan.mitchell@oag.state.tx.us; jay.dyer@oag.state.tx.us |
| Subject: | Final #2011-2775 |
| Attachments: | spanish surname by county.xls |

ATTN: Zach Bromer

Attached is the Spanish surname by county spreadsheet from early January 2012 we discussed on the phone yesterday afternoon.

Keith Ingram
Director, Elections Division
Texas Secretary of State

2:13-cv-193
09/02/2014
DEF0085

PX 084