

**ATTORNEY GENERAL OF TEXAS**
GREG ABBOTT

CIVIL RIGHTS DIVISION
VOTING SECTION
2012 MAR 19 AM 10 59

JONATHAN F. MITCHELL
SOLICITOR GENERAL

(512) 936-1695
JONATHAN.MITCHELL@OAG.STATE.TX.US

March 6, 2012

Jennifer Maranzano
United States Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530
jennifer.maranzano@usdoj.gov

Dear Ms. Maranzano:

I understand that the Department of Justice intends to interview a number of Texas elected officials in connection with its administrative review of Texas Senate Bill 14. I write to advise you that the State of Texas wishes to attend all such interviews. Please provide the date, time, and location or telephone number of each interview at your earliest convenience. I appreciate your cooperation in this matter.

Sincerely,

Jonathan F. Mitchell
Solicitor General

JFM:vlc

cc: Meredith Bell-Platts
T. Christian Herren
Jay Dyer

2:13-cv-193
09/02/2014
**DEF0086**

PX 085

POST OFFICE BOX 12548, AUSTIN, TEXAS 78711-2548 TEL:(512) 463-2100 WEB: WWW.TEXASATTORNEYGENERAL.GOV
*An Equal Employment Opportunity Employer*

TA_003391

US_00000432

Case 1:12-cv-00128-RMC-DST-RLW   Document 265-10   Filed 07/01/12   Page 122 of 132

059



**ATTORNEY GENERAL OF TEXAS**
GREG ABBOTT
POST OFFICE BOX 12548
AUSTIN TEXAS 78711-2548

Return Service Requested

PENALTY FOR PRIVATE

PRESORTED
FIRST CLASS



049J82048159
$00.374
03/07/2012
Mailed From 78701
US POSTAGE

(CRT)   VOT

XRAYED   MAR 15 2012   DOJ MAILROOM

**Jennifer Maranzano**
**United States Department of Justice**
**950 Pennsylvania Avenue, NW**
**Washington, DC 20530**

TA_003392

LGJVV3B 20530

US_00000433