

# TEMPORARY VISITOR ISSUANCE GUIDE

## LAWFUL PRESENCE REQUIREMENTS
## FOR APPLICANTS



There are several requirements all applicants must meet in order to obtain a Texas driver license or identification card, including most notably identity and social security requirements. The following is a guide to assist driver license personnel to apply the requirements the lawful presence requirements of Texas Transportation Code, Chapter 521 to the documents presented by an applicant for a **non-commercial** driver license or an identification card. It is important to note that documents presented by an applicant to satisfy lawful presence requirements may not be sufficient to meet the requirements of 37 Texas Administrative Code §15.24 (Identity) even though both may require the same or similar documents.

An applicant who is not a U.S. citizen, U.S. national, lawful permanent resident, refugee, or asylee must present lawful presence documentation issued by the appropriate federal immigration authority when applying for a non-commercial driver license or identification card.

For commercial driver license applicants, a person who is not a U.S. citizen, U.S. national, U.S. lawful permanent resident, or a refugee or asylee admitted in the U.S. must apply for a **nonresident commercial driver license**. Refer to Chapter 522 of the Transportation Code or other guidance related to nonresident commercial driver licenses for the application and eligibility requirements.

All documents provided by an applicant to prove his or her lawful status in the United States, must show the same name and date of birth, unless the applicant can present additional documentation to indicate a name change, verify any conflicting information, or verify incomplete names and/or dates of birth. This additional documentation may be a marriage license, divorce decree, or court ordered name change.

I-94 HOLDERS – An I-94 filled in by the alien (OMB No. 1651-0111) must be stamped by DHS personnel to be acceptable. A computer generated I-94 issued by USCIS does not need to be stamped to be acceptable.

**(Rev. 11-11)**

2:13-cv-193
09/02/2014
DEF0090

TA_002853

PX 091

| Status | Limited Term DL/ID | Required Documents<br><br>Unless indicated otherwise, all documents must be valid at the time of application. | Limited Term Expiration Date |
|---|---|---|---|
| U.S. Citizen | NO | ♦ One of the following:<br>- Birth certificate issued by appropriate vital statistics agency of a U.S. State, a U.S. territory, or the District of Columbia indicating birth in U.S.<br>- Department of State certification of birth issued to U.S. Citizens born abroad (FS-240, DS-1350, or FS-545)<br>- Certificate of U.S. Citizenship or Naturalization (N-560, N-561, N-645)<br>- U.S. Dept. of Justice – INS U.S. Citizenship Identification Card (I-197 or I-179)<br>- U.S. passport book that **does not** indicate on the last page that "THE BEARER IS A UNITED STATES NATIONAL AND NOT A UNITED STATES CITIZEN"<br>- U.S. passport card<br><br>Note: If the applicant claims U.S. citizenship and presents documentation that appears to indicate U.S citizenship but is not listed above, make copies of documentation and seek approval through the chain of command. | **N/A** |
| U.S. National | NO | U.S. passport book that indicates on the last page that "THE BEARER IS A UNITED STATES NATIONAL AND NOT A UNITED STATES CITIZEN" | **N/A** |
| Lawful Permanent Resident | NO | ♦ One of the following:<br>- Permanent Resident Card (I-551) – card issued for a 10 year period<br>- Resident Alien Card (I-551) – card issued without expiration date<br>- Passport or I-94 stamped "Approved I-551"<br>- Passport or I-94 stamped "Processed for I-551"<br>- Re-entry Permit I-327<br><br>Note: An expired I-551 **does not indicate** the expiration of lawful permanent resident status and can be accepted lawful presence purposes but not for identification purposes.<br><br>Note: I-151, the predecessor to I-551, is not acceptable as proof of permanent resident status. | **N/A** |

| Status | Limited Term DL/ID | Required Documents **Unless indicated otherwise, all documents must be valid at the time of application.** | Limited Term Expiration Date |
|---|---|---|---|
| Refugee | NO | ♦ Immigration documentation indicating refugee status.<br><br>This documentation can include, but is not limited to:<br>- I-94 or passport with annotation "Section 207" or "refugee"<br>- I-571 Refugee Travel Document<br>- I-688B coded 274a.12(a)(3)<br>- I-766 with category A3 or A03<br><br>Note: Expired documentation does not indicate the loss of refugee status. | **N/A** |
| Asylee | NO | ♦ Immigration documentation indicating asylee status.<br><br>This documentation can include, but is not limited to:<br>- I-94 or passport with annotation "Section 208" or "asylee"<br>- I-571 Refugee Travel Document<br>- I-688B coded 274a.12(a)(5)<br>- I-766 with category A5 or A05<br><br>Note: Expired documentation does not indicate the loss of asylee status. | **N/A** |
| Conditional entrants<br><br>Note: This is the immigration status for refugees prior to the Refugee Act of 1980. | NO | ♦ Immigration documentation indicating this status.<br><br>This documentation can include, but is not limited to:<br>- I-94 or other document showing admission under Section 203(a)(7), "refugee conditional entry"<br>- I-688B coded 274a.12(a)(3)<br>- I-766 with category A3 or A03 | **N/A** |

| Status | Limited Term DL/ID | Required Documents<br><br>Unless indicated otherwise, all documents must be valid at the time of application. | Limited Term Expiration Date |
|---|---|---|---|
| American Indian born in Canada (First Nations) | NO | YES, only after approval of documents by Austin headquarters.<br><br>Applicant may refer to the Jay Treaty, 8 U.S.C. § 1359, or 8 C.F.R. § 289.2. Issuance cannot occur without approval of documents by Austin headquarters. Make copies of documentation and seek approval through the chain of command. | **N/A** |
| Kickapoo Traditional Tribe of Texas ("KIC") | NO | American Indian Card (form I-872) which indicates "KIC" | **N/A because holder is a U.S. citizen.** |
| Kickapoo Traditional Tribe of Texas ("KIP") | YES | American Indian Card (form I-872) which indicates "KIP" | 1 year from date of application. |
| Applicant with Employment Authorization Document (EAD) with category A03 or A05 | NO | Employment Authorization Document (EAD)(I-688B or I-766)<br><br>Refugee = I-766 with category A3 or A03 or I-688B coded 274a.12(a)(3).<br><br>Asylee = I-766 with category A5 or A05 or I-688B coded 274a.12(a)(5).<br><br>Note: Expired documentation does not indicate the loss of refugee or asylee status. | **N/A because holder is a refugee or asylee.** |
| Applicant with Employment Authorization Document (EAD) with all other categories | YES | Employment Authorization Document (EAD)( I-766 with all other categories*)<br><br>* Exception: EAD with category A12 or C19 refer to TPS on page 6. | Date of expiration on I-766. |

| Status | Limited Term DL/ID | Required Documents<br><br>Unless indicated otherwise, all documents must be valid at the time of application. | Limited Term Expiration Date |
|---|---|---|---|
| Immigrant Visa Holder<br><br>(issued to non-conditional permanent resident) | NO | ♦ An Immigrant Visa within one year of endorsement (i.e. stamped by Customs and Border Protection) and<br>♦ Passport.<br><br>Note:  Under the section of the immigrant visa marked category, the alphanumeric character will begin with any letter <u>but</u> "C."  (e.g. IR1, B21, E11, etc.).<br><br>Note:  If has been more than one year since endorsement, the applicant must present an I-551 or other documentation indicating a pending I-551. | <u>**N/A**</u> |
| Immigrant Visa Holder<br><br>(issued to conditional permanent resident) | YES | ♦ An Immigrant Visa within one year of endorsement (i.e. stamped by Customs and Border Protection) and<br>♦ Passport<br><br>Note:  Under the section of the immigrant visa marked category, the alphanumeric character will begin with a "C" (e.g. CR1, CR2, CX1, CX2, C21, C22, etc.).<br><br>Note:  If has been more than one year since endorsement, the applicant must present an I-551 or other documentation indicating a pending I-551. | Date of expiration for the temporary I-551. |
| Conditional Permanent Resident | YES | ♦ Permanent Resident Card (I-551) –  card issued for a maximum of 2 years*<br><br>**\* I-551 issued to a conditional permanent resident expires two years from issuance rather than 10 years for I-551 issued to a lawful permanent resident.  Additionally, under the section of the I-551 marked category, the alpha-numeric character will begin with a "C" (e.g. CR1, CR2, CX1, CX2, C21, C22, etc.).**<br><br>Note:  An expired I-551 without additional documentation indicating extension of conditional permanent resident status or adjustment to lawful permanent resident status <u>does indicate</u> a loss of conditional permanent resident status and cannot be accepted for lawful presence purposes. | Date of expiration on I-551, or one year from the date of expiration on the I-551 if the applicant presents documents indicating the conditional status has been extended. |

| Status | Limited Term DL/ID | Required Documents  Unless indicated otherwise, all documents must be valid at the time of application. | Limited Term Expiration Date |
|---|---|---|---|
| Citizens of the Republic of Palau | YES | ♦ Passport and ♦ I-94 with annotation "CFA/PAL" or other annotation indicating the Compact of Free Association/Palau.  **or**  Employment Authorization Document (EAD)(I-766) with category A8 or A08 | 1 year if the applicant presents an I-94 or the date of expiration on an EAD (I-766) if the applicant present that document.  Note: I-94 marked "CFA/PAL" that does not indicate "D/S" is acceptable. |
| Citizens of the Republic of the Marshall Islands | YES | ♦ Passport  and ♦ I-94 with annotation "CFA/RMI" or other annotation indicating the Compact of Free Association/Republic of Marshall Islands;  **or**  Employment Authorization Document (EAD)(I-766) with category A8 or A08 | 1 year if the applicant presents an I-94 or the date of expiration on an EAD (I-766) if the applicant present that document.  Note: I-94 marked "CFA/RMI" that does not indicate "D/S" is acceptable. |
| Citizens of the Federated States of Micronesia | YES | ♦ Passport and ♦ I-94 with annotation "CFA/FSM" or other annotation indicating the Compact of Free Association/Federated States of Micronesia.  **or**  Employment Authorization Document (EAD)(I-766) with category A8 or A08 | 1 year if the applicant presents an I-94 or the date of expiration on an EAD (I-766) if the applicant present that document.  Note: I-94 marked "CFA/FSM" that does not indicate "D/S" is acceptable. |
| Temporary Protected Status (TPS) | YES | ♦ Immigration documentation indicating this status or Employment Authorization Document (EAD) (I-766) with category A12 or C19.  Note: Individuals in this status may have been granted an extension to the period of authorized stay that is not reflected on the current EAD.  Notifications regarding any extensions to this status will be distributed by Austin headquarters. | If the applicant presents only an EAD, then use the date of expiration on I-766 unless guidance from Austin headquarters indicates otherwise.  If the applicant presents documentation other than an EAD, then set expiration date to 1 year from the date of application unless federal immigration documentation indicates lawful presence for less than 1 year. |
| Applicants for adjustment of status  Note: These are individuals applying to become lawful permanent residents. | YES | ♦ Immigration documentation indicating this status.   This documentation can include, but is not limited to a form I-797 indicating a pending I-485 or pending application for adjustment of status. | 1 year from date of application. |

| Status | Limited Term DL/ID | Required Documents<br><br>Unless indicated otherwise, all documents must be valid at the time of application. | Limited Term Expiration Date |
|---|---|---|---|
| Applicants for extension of status, change of status, petition for non-immigrant worker, with a pending I-918 application, or other pending status. | YES | ♦ Immigration documentation indicating this status.<br><br>This documentation can include, but is not limited to a form I-797 indicating a pending application for an extension of status, change of status, petition for non-immigrant worker, or other pending status. | 1 year from date of application. |
| Applicant with I-797 indicating approved I-130 | This document alone does not indicate lawful presence. The applicant must present other documentation. | | |
| Self-petitioning abused spouses or children, parents of abused children, or children of abused spouses<br><br>(Applicants with Violence Against Women Act (VAWA) petitions) | YES | ♦ Immigration documentation indicating this status.<br><br>This documentation can include, but is not limited to I-797 indicating approved, pending, or prima facie determination of I-360 or an approved or pending I-360 or an I-766 with category C31. | 1 year unless federal immigration documentation indicates a defined lawful presence expiration date which is less than 1 year. |
| Person granted deferred action status | YES | ♦ Immigration documentation indicating this status. | 1 year unless federal immigration documentation indicates a defined lawful presence expiration date which is less than 1 year. |
| Parolees | YES | ♦ Immigration documentation indicating this status.<br><br>This documentation can include, but is not limited to:<br>- I-94 with annotation "parole" or "paroled pursuant to Section 212(d)(5)." | 1 year unless federal immigration documentation indicates a defined lawful presence expiration date which is less than 1 year. |
| Lawful temporary residents | YES | ♦ Immigration documentation indicating this status. | 1 year unless federal immigration documentation indicates a defined lawful presence expiration date which is less than 1 year. |
| Persons granted deferred enforcement departure (DED) | YES | ♦ Immigration documentation indicating this status or Employment Authorization Document (EAD) (I-766) with category A11.<br><br>Note: Individuals in this status may have been granted an extension to the period of authorized stay that is not reflected on the current EAD. Notifications regarding any extensions to this status will be distributed by Austin headquarters. | 1 year unless federal immigration documentation indicates a defined lawful presence expiration date which is less than 1 year. |

| Status | Limited Term DL/ID | Required Documents<br><br>Unless indicated otherwise, all documents must be valid at the time of application. | Limited Term Expiration Date |
|---|---|---|---|
| Person granted family unity | YES | ♦ Immigration documentation indicating this status. | 1 year unless federal immigration documentation indicates a defined lawful presence expiration date which is less than 1 year. |
| Cuban/Haitian entrants | YES | ♦ Immigration documentation indicating this status.<br><br>This documentation can include, but is not limited to an I-94 with annotation "Cuban/Haitian entrant" | 1 year unless federal immigration documentation indicates a defined lawful presence expiration date which is less than 1 year. |
| Persons under an order of supervision | YES | ♦ Immigration documentation indicating this status. | 1 year unless federal immigration documentation indicates a defined lawful presence expiration date which is less than 1 year. |
| Persons granted extended or voluntary departure | YES | ♦ Immigration documentation indicating this status. | 1 year unless federal immigration documentation indicates a defined lawful presence expiration date which is less than 1 year. |
| Persons granted withholding of deportation or removal | YES | ♦ Immigration documentation indicating this status.<br><br>This documentation can include, but is not limited to an I-94 or passport with annotation "Section 243(h)" or a letter or order from USCIS or court granting withholding of deportation or removal. | 1 year unless federal immigration documentation indicates a defined lawful presence expiration date which is less than 1 year. |
| Persons in removal or deportation proceedings | YES | ♦ Immigration documentation indicating this status. | 1 year unless federal immigration documentation indicates a defined lawful presence expiration date which is less than 1 year. |
| Persons granted a stay of deportation | YES | ♦ Immigration documentation indicating this status. | 1 year unless federal immigration documentation indicates a defined lawful presence expiration date which is less than 1 year. |
| Persons granted voluntary departure | YES | ♦ Immigration documentation indicating this status. | 1 year unless federal immigration documentation indicates a defined lawful presence expiration date which is less than 1 year. |

| Status | Limited Term DL/ID | Required Documents<br><br>Unless indicated otherwise, all documents must be valid at the time of application. | Limited Term Expiration Date |
|---|---|---|---|
| **A-1**<br><br>Ambassador, public minister, career diplomatic or consular officer, and dependents | YES | ♦ Passport,<br>♦ Visa or Immigration documentation indicating this status,<br>♦ I -94, and<br>♦ Letter from U.S. Department of State with original signature indicating ineligibility for Department of State issued driver license or requesting issuance of a state issued identification card. | 1 year unless federal immigration documentation indicates a defined lawful presence expiration date which is less than 1 year.<br><br>Note: Typically, this visa indicates duration of status (D/S) for expiration. However, if documentation specifies an expiration date, use the specific expiration date. |
| **A-2**<br><br>Other foreign Government official or employee and dependents | YES | ♦ Passport,<br>♦ Visa or Immigration documentation indicating this status,<br>♦ I -94, and<br>♦ Letter from U.S. Department of State with original signature indicating ineligibility for Department of State issued driver license or requesting issuance of a state issued identification card. | 1 year unless federal immigration documentation indicates a defined lawful presence expiration date which is less than 1 year.<br><br>Note: Typically, this visa indicates duration of status (D/S) for expiration. However, if documentation specifies an expiration date, use the specific expiration date. |
| **A-3**<br><br>Attendant, servant or personal employee of A-1 and A-2 non-immigrants and dependents of A-3 | YES | ♦ Passport,<br>♦ Visa or Immigration documentation indicating this status,<br>♦ I -94, and<br>♦ Letter from U.S. Department of State with original signature indicating ineligibility for Department of State issued driver license or requesting issuance of a state issued identification card. | Date of expiration on I-94. |
| **B-1 in lieu of H-1B** | YES | ♦ Passport,<br>♦ Visa* or Immigration documentation indicating this status ("B-1 in lieu of H-1B"), which may include but is not limited to an I-797, &<br>♦ I -94.<br><br>* Because of 8 C.F.R. § 212.1(a) Canadian citizens are not required to have this visa. | Date of expiration on I-94. |
| **B-1 in lieu of H-3** | YES | ♦ Passport,<br>♦ Visa* or Immigration documentation indicating this status ("B-1 in lieu of H-3"), which may include but is not limited to an I-797, &<br>♦ I -94.<br><br>* Because of 8 C.F.R. § 212.1(a) Canadian citizens are not required to have this visa. | Date of expiration on I-94. |

| Status | Limited Term DL/ID | Required Documents<br><br>Unless indicated otherwise, all documents must be valid at the time of application. | Limited Term Expiration Date |
|---|---|---|---|
| **B-1/B-2 indicating "domestic employee"** | YES | ♦ Passport,<br>♦ Visa* or Immigration documentation indicating this applicant is a "domestic employee," which may include but is not limited to an I-797, &<br>♦ I -94.<br><br>* Because of 8 C.F.R. § 212.1(a) Canadian citizens are not required to have this visa. | Date of expiration on I-94. |
| **B1/B2 Visa/BCC with I-94**<br><br>(Border Crosser Card , DSP-150, or "laser visa") | YES, but applicant may not meet residency/domicile requirements. | ♦ Passport,<br>♦ Visa (border crosser card), **and**<br>♦ **I -94**.<br>**Note:  Applicant must have an I-94 to be eligible because of the time and distance from the border restrictions for applicants who do not obtain an I-94.** | Date of expiration on I-94. |
| **B-1**<br><br>Visitor for business | YES, but applicant may not meet residency/domicile requirements. | ♦ Passport,<br>♦ Visa* or Immigration documentation indicating this status which may include but is not limited to an I-797, &<br>♦ I -94.<br><br>* Because of 8 C.F.R. § 212.1(a) Canadian citizens are not required to have this visa. | Date of expiration on I-94. |
| **B-2**<br><br>Visitor for pleasure (tourist) | YES, but applicant may not meet residency/domicile requirements. | ♦ Passport,<br>♦ Visa* or Immigration documentation indicating this status which may include but is not limited to an I-797, &<br>♦ I -94.<br><br>* Because of 8 C.F.R. § 212.1(a) Canadian citizens are not required to have this visa. | Date of expiration on I-94. |
| **C-1**<br><br>Alien in transit through the U.S. | YES, but applicant may not meet residency/domicile requirements. | ♦ Passport,<br>♦ Visa* or Immigration documentation indicating this status which may include but is not limited to an I-797, &<br>♦ I -94.<br><br>* Because of 8 C.F.R. § 212.1(a) Canadian citizens are not required to have this visa. | Date of expiration on I-94. |

| Status | Limited Term DL/ID | Required Documents<br><br>Unless indicated otherwise, all documents must be valid at the time of application. | Limited Term Expiration Date |
|---|---|---|---|
| **C-2**<br><br>Alien in transit to U.N. Headquarters district. Travel limited to 25 miles radius of Columbus Circle in New York, NY | NO, applicant is restricted to New York, NY | | |
| **C-3**<br><br>Foreign government official coming to U.N. dependents, attendants, servants, or other personal employees of official in transit through U.S. | YES, but applicant may not meet residency/domicile requirements. | ♦ Passport,<br>♦ Visa* or Immigration documentation indicating this status which may include but is not limited to an I-797, &<br>♦ I -94.<br><br>* Because of 8 C.F.R. § 212.1(a) Canadian citizens are not required to have this visa. | Date of expiration on I-94. |
| **D-1**<br><br>Alien crewman | YES, but applicant may not meet residency/domicile requirements. | ♦ Passport,<br>♦ Visa* or Immigration documentation indicating this status which may include but is not limited to an I-797, &<br>♦ I -94.<br><br>* Because of 8 C.F.R. § 212.1(a) Canadian citizens are not required to have this visa. | Date of expiration on I-94. |
| **D-2**<br><br>Alien crewman | YES, but applicant may not meet residency/domicile requirements. | ♦ Passport,<br>♦ Visa* or Immigration documentation indicating this status which may include but is not limited to an I-797, &<br>♦ I -94.<br><br>* Because of 8 C.F.R. § 212.1(a) Canadian citizens are not required to have this visa. | Date of expiration on I-94. |
| **E-1**<br><br>Treaty-Trader and Dependents | YES | ♦ Passport,<br>♦ Visa or Immigration documentation indicating this status, &<br>♦ I -94. | Date of expiration on I-94. |
| **E-2**<br><br>Treaty-investor and dependents | YES | ♦ Passport,<br>♦ Visa or Immigration documentation indicating this status, &<br>♦ I -94. | Date of expiration on I-94. |

| Status | Limited Term DL/ID | Required Documents<br><br>Unless indicated otherwise, all documents must be valid at the time of application. | Limited Term Expiration Date |
|---|---|---|---|
| **E-2 CNMI**<br><br>Treaty-investor and dependents in Commonwealth of the Northern Mariana Islands (CNMI) 8 CFR § 214.2(3)(23) | Applicant cannot meet residency/domicile requirements and is not eligible for DL/ID. | | |
| **E-3**<br><br>Australian Specialty Occupation Worker | YES | ♦ Passport,<br>♦ Visa or Immigration documentation indicating this status, &<br>♦ I -94. | Date of expiration on I-94. |
| **F-1**<br><br>Foreign academic student | YES | ♦ Passport,<br>♦ Visa* or Immigration documentation indicating this status,<br>♦ I -94, and<br>♦ Form I-20.<br><br>* Because of 8 C.F.R. § 212.1(a) Canadian citizens are not required to have this visa. Additionally, citizens of the Marshal Islands, Micronesia, and Palau are not required to have a visa.<br><br>Note: I-20 should reflect current school, which may not match school indicated on visa, does not have to be a Texas school, does not have to be stamped, and can indicate Optional Practical Training (OPT). | 1 year unless I-20 or other federal immigration documentation indicates duration of status will end in less than 1 year. |
| **F-2**<br><br>Dependent on F-1 | YES | ♦ Passport,<br>♦ Visa* or Immigration documentation indicating this status,<br>♦ I -94, and<br>♦ Form I-20 of F-1.<br><br>* Because of 8 C.F.R. § 212.1(a) Canadian citizens are not required to have this visa. Additionally, citizens of the Marshal Islands, Micronesia, and Palau are not required to have a visa.<br><br>Note: I-20 should reflect current school, which may not match school indicated on visa, does not have to be a Texas school, does not have to be stamped, and can indicate Optional Practical Training (OPT). | 1 year unless I-20 or other federal immigration documentation indicates duration of status will end in less than 1 year. |
| **F-3**<br><br>Commuter Student from Canada or Mexico | Applicant cannot meet residency/domicile requirements and is not eligible for DL/ID. | | |

| Status | Limited Term DL/ID | Required Documents<br><br>Unless indicated otherwise, all documents must be valid at the time of application. | Limited Term Expiration Date |
|---|---|---|---|
| **G-1**<br><br>Resident representative of a foreign government to an international organization, plus staff and dependents | YES | ♦ Passport,<br>♦ Visa or Immigration documentation indicating this status which may include but is not limited to an I-797,<br>♦ I -94, and<br>♦ Letter from US Department of State approving the issuance of a DL/ID. | 1 year unless federal immigration documentation indicates a defined lawful presence expiration date which is less than 1 year. |
| **G-2**<br><br>Temporary representative of foreign member government to an international organization, plus dependents | YES | ♦ Passport,<br>♦ Visa or Immigration documentation indicating this status which may include but is not limited to an I-797,<br>♦ I -94, and<br>♦ Letter from US Department of State approving the issuance of a DL/ID. | 1 year unless federal immigration documentation indicates a defined lawful presence expiration date which is less than 1 year. |
| **G-3**<br><br>Representative of non-recognized or nonmember government to an international organization, plus dependents | YES | ♦ Passport,<br>♦ Visa or Immigration documentation indicating this status which may include but is not limited to an I-797,<br>♦ I -94, and<br>♦ Letter from US Department of State approving the issuance of a DL/ID. | 1 year unless federal immigration documentation indicates a defined lawful presence expiration date which is less than 1 year. |
| **G-4**<br><br>Officer or employee of a recognized international organization, plus dependents | YES | ♦ Passport,<br>♦ Visa or Immigration documentation indicating this status which may include but is not limited to an I-797,<br>♦ I -94, and<br>♦ Letter from US Department of State approving the issuance of a DL/ID. | 1 year unless federal immigration documentation indicates a defined lawful presence expiration date which is less than 1 year. |
| **G-5**<br><br>Attendant, servant, or personal employee of G-1, G-2, G-3 or G-4, plus dependents | YES | ♦ Passport,<br>♦ Visa or Immigration documentation indicating this status which may include but is not limited to an I-797,<br>♦ I -94, and<br>♦ Letter from US Department of State approving the issuance of a DL/ID. | Date of expiration on I-94. |

| Status | Limited Term DL/ID | Required Documents<br><br>Unless indicated otherwise, all documents must be valid at the time of application. | Limited Term Expiration Date |
|---|---|---|---|
| **H-1B**<br>**H-1B1**<br><br>Specialty Worker | YES | ♦ Passport,<br>♦ Visa* or Immigration documentation indicating this status which may include but is not limited to an I-797, &<br>♦ I -94.<br><br>* Because of 8 C.F.R. § 212.1(a) Canadian citizens are not required to have this visa. | Date of expiration on I-94. |
| **H-1C**<br><br>Nurse in Health Professional Shortage Area | YES | ♦ Passport,<br>♦ Visa* or Immigration documentation indicating this status which may include but is not limited to an I-797, &<br>♦ I -94.<br><br>* Because of 8 C.F.R. § 212.1(a) Canadian citizens are not required to have this visa. | Date of expiration on I-94. |
| **H-2A**<br><br>Temporary agricultural worker | YES | ♦ Passport,<br>♦ Visa* or Immigration documentation indicating this status which may include but is not limited to an I-797, &<br>♦ I -94.<br><br>* Because of 8 C.F.R. § 212.1(a) Canadian citizens are not required to have this visa. | Date of expiration on I-94. |
| **H-2B**<br><br>Temporary non-agricultural worker | YES | ♦ Passport,<br>♦ Visa* or Immigration documentation indicating this status which may include but is not limited to an I-797, &<br>♦ I -94.<br><br>* Because of 8 C.F.R. § 212.1(a) Canadian citizens are not required to have this visa. | Date of expiration on I-94. |
| **H-2R**<br><br>Temporary non-agricultural worker | YES | ♦ Passport,<br>♦ Visa* or Immigration documentation indicating this status which may include but is not limited to an I-797, &<br>♦ I -94.<br><br>* Because of 8 C.F.R. § 212.1(a) Canadian citizens are not required to have this visa. | Date of expiration on I-94. |

| Status | Limited Term DL/ID | Required Documents<br><br>Unless indicated otherwise, all documents must be valid at the time of application. | Limited Term Expiration Date |
|---|---|---|---|
| **H-3**<br><br>Alien trainees | YES | ♦ Passport,<br>♦ Visa* or Immigration documentation indicating this status which may include but is not limited to an I-797, &<br>♦ I -94.<br><br>* Because of 8 C.F.R. § 212.1(a) Canadian citizens are not required to have this visa. | Date of expiration on I-94. |
| **H-4**<br><br>Dependent of any H classification principal | YES | ♦ Passport,<br>♦ Visa* or Immigration documentation indicating this status which may include but is not limited to an I-797, &<br>♦ I -94.<br><br>* Because of 8 C.F.R. § 212.1(a) Canadian citizens are not required to have this visa. | Date of expiration on I-94. |
| **I**<br><br>Representative of foreign information media, and dependents | YES | ♦ Passport,<br>♦ Visa* or Immigration documentation indicating this status which may include but is not limited to an I-797, &<br>♦ I -94.<br><br>* Because of 8 C.F.R. § 212.1(a) Canadian citizens are not required to have this visa. | 1 year unless federal immigration documentation indicates a defined lawful presence expiration date which is less than 1 year. |

| Status | Limited Term DL/ID | Required Documents<br><br>Unless indicated otherwise, all documents must be valid at the time of application. | Limited Term Expiration Date |
|---|---|---|---|
| **J-1**<br><br>Exchange visitor (may be student, trainee, work/travel, au pair, etc.) | YES | ♦ Passport,<br>♦ Visa* or Immigration documentation indicating this status which may include but is not limited to an I-797,<br>♦ I -94, and<br>♦ IAP-66 or DS-2019.<br><br>* Because of 8 C.F.R. § 212.1(a) Canadian citizens are not required to have this visa. Additionally, citizens of the Marshal Islands, Micronesia, and Palau are not required to have a visa | 1 year unless IAP 66 or DS-2019 or other federal immigration documentation indicates duration of status will end in less than 1 year. |
| **J-2**<br><br>Dependent of J-1 exchange visitor | YES | ♦ Passport,<br>♦ Visa* or Immigration documentation indicating this status which may include but is not limited to an I-797,<br>♦ I -94, and<br>♦ IAP-66 or DS-2019 of J-1.<br><br>* Because of 8 C.F.R. § 212.1(a) Canadian citizens are not required to have this visa. Additionally, citizens of the Marshal Islands, Micronesia, and Palau are not required to have a visa | 1 year unless IAP 66 or DS-2019 or other federal immigration documentation indicates duration of status will end in less than 1 year. |
| **K-1**<br><br>Fiancée of U.S. citizen | YES | ♦ Passport,<br>♦ Visa or Immigration documentation indicating this status which may include but is not limited to an I-797, and<br>♦ I -94. | Date of expiration on I-94. |
| **K-2**<br><br>Dependents of K-1 | YES | ♦ Passport,<br>♦ Visa or Immigration documentation indicating this status which may include but is not limited to an I-797, and<br>♦ I -94. | Date of expiration on I-94. |
| **K-3**<br><br>Spouse of U.S. citizen | YES | ♦ Passport,<br>♦ Visa or Immigration documentation indicating this status which may include but is not limited to an I-797, and<br>♦ I -94. | Date of expiration on I-94. |

| Status | Limited Term DL/ID | Required Documents<br><br>Unless indicated otherwise, all documents must be valid at the time of application. | Limited Term Expiration Date |
|---|---|---|---|
| **K-4**<br><br>Unmarried child under 21 of K-3 | YES | ♦ Passport,<br>♦ Visa or Immigration documentation indicating this status which may include but is not limited to an I-797, and<br>♦ I-94. | Date of expiration on I-94. |
| **L-1A (L-1)**<br><br>Intracompany transferee (manager or executive) | YES | ♦ Passport,<br>♦ Visa* or Immigration documentation indicating this status which may include but is not limited to an I-797, &<br>♦ I-94.<br><br>* Because of 8 C.F.R. § 212.1(a) Canadian citizens are not required to have this visa.<br><br>Note:  Documentation may indicate L-1 only rather than L-1A | Date of expiration on I-94. |
| **L-1B (L-1)**<br><br>Intracompany transferee with specialized knowledge | YES | ♦ Passport,<br>♦ Visa* or Immigration documentation indicating this status which may include but is not limited to an I-797, &<br>♦ I-94.<br><br>* Because of 8 C.F.R. § 212.1(a) Canadian citizens are not required to have this visa.<br><br>Note:  Documentation may indicate L-1 only rather than L-1B | Date of expiration on I-94. |
| **L-2**<br><br>Dependents of L-1A or L-1B | YES | ♦ Passport,<br>♦ Visa* or Immigration documentation indicating this status which may include but is not limited to an I-797, &<br>♦ I-94.<br><br>* Because of 8 C.F.R. § 212.1(a) Canadian citizens are not required to have this visa. | Date of expiration on I-94. |

| Status | Limited Term DL/ID | Required Documents<br><br>Unless indicated otherwise, all documents must be valid at the time of application. | Limited Term Expiration Date |
|---|---|---|---|
| **M-1**<br><br>Non-academic student | YES | ♦ Passport,<br>♦ Visa* or Immigration documentation indicating this status which may include but is not limited to an I-797,<br>♦ I -94, and<br>♦ Form I-20.<br><br>* Because of 8 C.F.R. § 212.1(a) Canadian citizens are not required to have this visa.<br><br>Note: I-20 should reflect current school, which may not match school indicated on visa and does not need to be stamped. | 1 year unless I-20 or other federal immigration documentation indicates duration of status will end in less than 1 year. |
| **M-2**<br><br>Dependents of non-academic students | YES | ♦ Passport,<br>♦ Visa* or Immigration documentation indicating this status which may include but is not limited to an I-797,<br>♦ I -94, and<br>♦ Form I-20 of M-1.<br><br>* Because of 8 C.F.R. § 212.1(a) Canadian citizens are not required to have this visa.<br><br>Note: I-20 should reflect current school, which may not match school indicated on visa and does not need to be stamped. | 1 year unless I-20 or other federal immigration documentation indicates duration of status will end in less than 1 year. |
| **M-3**<br><br>Commuter Student from Canada or Mexico | Applicant cannot meet residency/domicile requirements and is not eligible for DL/ID. | | |
| **N-1 through N-7 (NATO)**<br><br>North American Treaty Organization Representatives and dependents | YES | ♦ Passport,<br>♦ Visa or Immigration documentation indicating this status which may include but is not limited to an I-797, and<br>♦ I -94.<br><br>* Because of 8 C.F.R. § 212.1(a) Canadian citizens are not required to have this visa.<br><br>Note:  An applicant may indicate he or she is not required to obtain a visa and I-94 to enter the country under this status.  In order to meet the eligibility requirements for a driver license, the applicant must present the documentation listed above this note. | 1 year unless federal immigration documentation indicates a defined lawful presence expiration date which is less than 1 year. |

| Status | Limited Term DL/ID | Required Documents<br><br>**Unless indicated otherwise, all documents must be valid at the time of application.** | Limited Term Expiration Date |
|---|---|---|---|
| **N-8**<br><br>Special immigrant (former employee of international organization who has resided for a long time in the U.S. under G-4 classification and certain dependents | YES | ♦ Passport,<br>♦ Visa or Immigration documentation indicating this status which may include but is not limited to an I-797, &<br>♦ I -94.<br><br>* Because of 8 C.F.R. § 212.1(a) Canadian citizens are not required to have this visa. | Date of expiration on I-94. |
| **N-9**<br><br>Other N-8 dependents | YES | ♦ Passport,<br>♦ Visa or Immigration documentation indicating this status which may include but is not limited to an I-797, &<br>♦ I -94.<br><br>* Because of 8 C.F.R. § 212.1(a) Canadian citizens are not required to have this visa. | Date of expiration on I-94. |
| **O-1**<br><br>Alien with extraordinary ability in the sciences, arts, education, business, athletics, arts, motion picture, or TV industry | YES | ♦ Passport,<br>♦ Visa* or Immigration documentation indicating this status which may include but is not limited to an I-797, &<br>♦ I -94.<br><br>* Because of 8 C.F.R. § 212.1(a) Canadian citizens are not required to have this visa. | Date of expiration on I-94. |
| **O-2**<br><br>Alien who accompanies and assists in artistic or athletic performances of O-1 principal | YES | ♦ Passport,<br>♦ Visa* or Immigration documentation indicating this status which may include but is not limited to an I-797, &<br>♦ I -94.<br><br>* Because of 8 C.F.R. § 212.1(a) Canadian citizens are not required to have this visa. | Date of expiration on I-94. |
| **O-3**<br><br>Dependants of O-1 and O-2 principals | YES | ♦ Passport,<br>♦ Visa* or Immigration documentation indicating this status which may include but is not limited to an I-797, &<br>♦ I -94.<br><br>* Because of 8 C.F.R. § 212.1(a) Canadian citizens are not required to have this visa. | Date of expiration on I-94. |

| Status | Limited Term DL/ID | Required Documents<br><br>Unless indicated otherwise, all documents must be valid at the time of application. | Limited Term Expiration Date |
|---|---|---|---|
| **P-1**<br><br>Athlete who competes individually or part of a team at internationally recognized level or entertainer who is part of a group that has received international recognition as outstanding for a sustained and substantial period of time (includes support personnel of entertainment groups) | YES | ♦ Passport,<br>♦ Visa* or Immigration documentation indicating this status which may include but is not limited to an I-797, &<br>♦ I-94.<br><br>* Because of 8 C.F.R. § 212.1(a) Canadian citizens are not required to have this visa. | Date of expiration on I-94. |
| **P-2**<br><br>Individual artist or entertainment group in reciprocal exchange program between US and foreign-based organizations engaged in temporary exchange of artists or entertainers (includes essential support personnel) | YES | ♦ Passport,<br>♦ Visa* or Immigration documentation indicating this status which may include but is not limited to an I-797, &<br>♦ I-94.<br><br>* Because of 8 C.F.R. § 212.1(a) Canadian citizens are not required to have this visa. | Date of expiration on I-94. |
| **P-3**<br><br>Individual or group artist or entertainer and accompanying aliens who are integral to the group's performance or will perform, teach, or coach under a culturally unique commercial or noncommercial program (includes essential support personnel) | YES | ♦ Passport,<br>♦ Visa* or Immigration documentation indicating this status which may include but is not limited to an I-797, &<br>♦ I-94.<br><br>* Because of 8 C.F.R. § 212.1(a) Canadian citizens are not required to have this visa. | Date of expiration on I-94. |
| **P-4**<br><br>Dependents of P-1, P-2 or P-3 | YES | ♦ Passport,<br>♦ Visa* or Immigration documentation indicating this status which may include but is not limited to an I-797, &<br>♦ I-94.<br><br>* Because of 8 C.F.R. § 212.1(a) Canadian citizens are not required to have this visa. | Date of expiration on I-94. |
| **Q-1**<br><br>International cultural exchange visitor (no derivative classification for dependents) | YES | ♦ Passport,<br>♦ Visa* or Immigration documentation indicating this status which may include but is not limited to an I-797, &<br>♦ I-94.<br><br>* Because of 8 C.F.R. § 212.1(a) Canadian citizens are not required to have this visa. | Date of expiration on I-94. |

| Status | Limited Term DL/ID | Required Documents<br><br>Unless indicated otherwise, all documents must be valid at the time of application. | Limited Term Expiration Date |
|---|---|---|---|
| **Q-2**<br><br>Participant from Ireland in Walsh training visa program | YES | ♦ Passport,<br>♦ Visa* or Immigration documentation indicating this status which may include but is not limited to an I-797, &<br>♦ I -94.<br><br>* Because of 8 C.F.R. § 212.1(a) Canadian citizens are not required to have this visa. | Date of expiration on I-94. |
| **Q-3**<br><br>Dependents of Q-2 | YES | ♦ Passport,<br>♦ Visa* or Immigration documentation indicating this status which may include but is not limited to an I-797, &<br>♦ I -94.<br><br>* Because of 8 C.F.R. § 212.1(a) Canadian citizens are not required to have this visa. | Date of expiration on I-94. |
| **R-1**<br><br>Minister or religious worker | YES | ♦ Passport,<br>♦ Visa* or Immigration documentation indicating this status which may include but is not limited to an I-797, &<br>♦ I -94.<br><br>* Because of 8 C.F.R. § 212.1(a) Canadian citizens are not required to have this visa. | Date of expiration on I-94. |
| **R-2**<br><br>Dependents of R-1 | YES | ♦ Passport,<br>♦ Visa* or Immigration documentation indicating this status which may include but is not limited to an I-797, &<br>♦ I -94.<br><br>* Because of 8 C.F.R. § 212.1(a) Canadian citizens are not required to have this visa. | Date of expiration on I-94. |

| Status | Limited Term DL/ID | Required Documents<br><br>Unless indicated otherwise, all documents must be valid at the time of application. | Limited Term Expiration Date |
|---|---|---|---|
| **S-5**<br>**S-6**<br><br>Witness or informant | YES | ♦ Visa or Immigration documentation indicating this status which may include but is not limited to an I-797 and<br>♦ I -94. | Date of expiration on I-94. |
| **S-7**<br><br>Dependents of S-5 or S-6 | YES | ♦ Visa or Immigration documentation indicating this status which may include but is not limited to an I-797 and<br>♦ I -94. | Date of expiration on I-94. |
| **T-1**<br><br>Victim of human trafficking | YES | ♦ Visa* or Immigration documentation indicating this status which may include but is not limited to an I-797 and<br>♦ I -94.<br><br>* Because of 8 C.F.R. § 212.1(a) Canadian citizens are not required to have this visa. | Date of expiration on I-94. |
| **T-2**<br><br>Spouse of T-1 | YES | ♦ Visa* or Immigration documentation indicating this status which may include but is not limited to an I-797 and<br>♦ I -94.<br><br>* Because of 8 C.F.R. § 212.1(a) Canadian citizens are not required to have this visa. | Date of expiration on I-94. |
| **T-3**<br><br>Dependent child of T-1 | YES | ♦ Visa* or Immigration documentation indicating this status which may include but is not limited to an I-797 and<br>♦ I -94.<br><br>* Because of 8 C.F.R. § 212.1(a) Canadian citizens are not required to have this visa. | Date of expiration on I-94. |
| **T-4**<br><br>Parent of T-1 | YES | ♦ Visa* or Immigration documentation indicating this status which may include but is not limited to an I-797 and<br>♦ I -94.<br><br>* Because of 8 C.F.R. § 212.1(a) Canadian citizens are not required to have this visa. | Date of expiration on I-94. |

| Status | Limited Term DL/ID | Required Documents<br><br>Unless indicated otherwise, all documents must be valid at the time of application. | Limited Term Expiration Date |
|---|---|---|---|
| **T-5**<br><br>Sibling of T-1 | YES | ♦ Visa* or Immigration documentation indicating this status which may include but is not limited to an I-797and<br>♦ I -94.<br><br>* Because of 8 C.F.R. § 212.1(a) Canadian citizens are not required to have this visa. | Date of expiration on I-94. |
| **TN-1**<br><br>NAFTA professional (Canada) | YES | ♦ Passport,<br>♦ Visa* or Immigration documentation indicating this status which may include but is not limited to an I-797, and<br>♦ I -94.<br><br>* Because of 8 C.F.R. § 212.1(a) Canadian citizens are not required to have this visa. | Date of expiration on I-94. |
| **TN-2**<br><br>NAFTA professional (Mexico) | YES | ♦ Passport,<br>♦ Visa or Immigration documentation indicating this status which may include but is not limited to an I-797, and<br>♦ I -94. | Date of expiration on I-94. |
| **TD**<br><br>Dependents of any NAFTA professional | YES | ♦ Passport,<br>♦ Visa* or Immigration documentation indicating this status which may include but is not limited to an I-797, and<br>♦ I -94.<br><br>* Because of 8 C.F.R. § 212.1(a) Canadian citizens are not required to have this visa. | Date of expiration on I-94. |

| Status | Limited Term DL/ID | Required Documents<br><br>Unless indicated otherwise, all documents must be valid at the time of application. | Limited Term Expiration Date |
|---|---|---|---|
| **U-1**<br><br>Victim of criminal activity | YES | ♦ Visa* or Immigration documentation indicating this status which may include but is not limited to an I-797, and<br>♦ I -94.<br><br>* Because of 8 C.F.R. § 212.1(a) Canadian citizens are not required to have this visa. | Date of expiration on I-94. |
| **U-2**<br><br>Spouse of U-1 | YES | ♦ Visa* or Immigration documentation indicating this status which may include but is not limited to an I-797 and<br>♦ I -94.<br><br>* Because of 8 C.F.R. § 212.1(a) Canadian citizens are not required to have this visa. | Date of expiration on I-94. |
| **U-3**<br><br>Dependent child of U-1 | YES | ♦ Visa* or Immigration documentation indicating this status which may include but is not limited to an I-797 and<br>♦ I -94.<br><br>* Because of 8 C.F.R. § 212.1(a) Canadian citizens are not required to have this visa. | Date of expiration on I-94. |
| **U-4**<br><br>Parent of U-1 | YES | ♦ Visa* or Immigration documentation indicating this status which may include but is not limited to an I-797 and<br>♦ I -94.<br><br>* Because of 8 C.F.R. § 212.1(a) Canadian citizens are not required to have this visa. | Date of expiration on I-94. |
| **U-5**<br><br>Sibling of U-1 | YES | ♦ Visa* or Immigration documentation indicating this status which may include but is not limited to an I-797 and<br>♦ I -94.<br><br>* Because of 8 C.F.R. § 212.1(a) Canadian citizens are not required to have this visa. | Date of expiration on I-94. |

| Status | Limited Term DL/ID | Required Documents<br>Unless indicated otherwise, all documents must be valid at the time of application. | Limited Term Expiration Date |
|---|---|---|---|
| **V-1**<br><br>Spouse of lawful permanent resident | YES | ♦ Passport,<br>♦ Visa or Immigration documentation indicating this status which may include but is not limited to an I-797, and<br>♦ I -94. | Date of expiration on I-94. |
| **V-2**<br><br>Unmarried child under 21 of spouse of lawful permanent resident | YES | ♦ Passport,<br>♦ Visa or Immigration documentation indicating this status which may include but is not limited to an I-797, and<br>♦ I -94. | Date of expiration on I-94. |
| **V-3**<br><br>Unmarried child under 21 of V-1 | YES | ♦ Passport,<br>♦ Visa or Immigration documentation indicating this status which may include but is not limited to an I-797, and<br>♦ I -94. | Date of expiration on I-94. |
| **WB ***<br><br>Visitor for business (visa waiver program) | YES, but applicant may not be able to meet identification or residency/domicile requirements. | ♦ Passport and<br>♦ I -94 or an admission stamp annotated "WT/WB" in the passport. | Date of expiration on I-94. |
| **WT***<br><br>Visitor for pleasure (tourist in visa waiver program) | YES, but applicant may not be able to meet identification or residency/domicile requirements. | ♦ Passport and<br>♦ I -94 or an admission stamp annotated "WT/WB" in the passport. | Date of expiration on I-94. |

*Visa waiver program countries: Andorra, Australia, Austria, Belgium, Brunei, Czech Republic, Denmark, Estonia, Finland, France, Germany, Greece, Hungary, Iceland, Ireland, Italy, Japan, Latvia, Liechtenstein, Lithuania, Luxembourg, Malta, Monaco, the Netherlands, New Zealand, Norway, Portugal, San Marino, Singapore, Slovakia, Slovenia, South Korea, Spain, Sweden, Switzerland, and the United Kingdom.

# Index

| | | | | | |
|---|---|---|---|---|---|
| A-1 | Page 9 | H-1C | Page 14 | O-3 | Page 19 |
| A-2 | Page 9 | H-2A | Page 14 | Order of supervision | Page 8 |
| A-3 | Page 9 | H-2B | Page 14 | P-1 | Page 20 |
| Adjustment of status | Page 6 | H-2R | Page 14 | P-2 | Page 20 |
| American Indian born in Canada | Page 4 | H-3 | Page 15 | P-3 | Page 20 |
| Asylee | Page 3 | H-4 | Page 15 | P-4 | Page 20 |
| B-1 | Page 10 | I | Page 15 | Palau, Republic of | Page 6 |
| B-1 in lieu of H-1B | Page 9 | I-797 indicating approved I-130 | Page 7 | Parolee | Page 7 |
| B-1 in lieu of H-3 | Page 9 | Immigrant visa holder (conditional) | Page 5 | Pending I-918 application | Page 7 |
| B-1 (or B-2) indicating domestic employee | Page 10 | Immigrant visa holder (non-conditional) | Page 5 | Pending status | Page 7 |
| B-1/B-2 Visa/BCC | Page 10 | J-1 | Page 16 | Petition for non-immigrant worker | Page 7 |
| B-2 | Page 10 | J-2 | Page 16 | Q-1 | Page 20 |
| Border crosser card | Page 10 | K-1 | Page 16 | Q-2 | Page 21 |
| C-1 | Page 10 | K-2 | Page 16 | Q-3 | Page 21 |
| C-2 | Page 11 | K-3 | Page 16 | R-1 | Page 21 |
| C-3 | Page 11 | K-4 | Page 17 | R-2 | Page 21 |
| Change of status | Page 7 | Kickapoo Indian | Page 4 | Refugee | Page 3 |
| Conditional entrants | Page 3 | L-1A (L-1) | Page 17 | Removal or deportation proceedings | Page 8 |
| Conditional permanent resident | Page 5 | L-1B (L-1) | Page 17 | S-5 | Page 22 |
| Cuban/Haitian entrants | Page 8 | L-2 | Page 17 | S-6 | Page 22 |
| D-1 through D-2 | Page 11 | Laser visa | Page 10 | S-7 | Page 22 |
| Deferred action status | Page 7 | Lawful permanent resident | Page 2 | Self-petitioning abused spouses or children | Page 7 |
| Deferred enforcement departure | Page 7 | Lawful temporary resident | Page 7 | Self-petitioning children of abused spouses | Page 7 |
| DSP-150 | Page 10 | M-1 | Page 18 | Self-petitioning parents of abused children | Page 7 |
| E-1 | Page 11 | M-2 | Page 18 | Stay of deportation | Page 8 |
| E-2 | Page 11 | M-3 | Page 18 | T-1 through T-4 | Page 22 |
| E-2 CNMI | Page 12 | Micronesia, Federated States of | Page 6 | T-5 | Page 23 |
| E-3 | Page 12 | Marshall Islands, Republic of | Page 6 | Temporary protected status | Page 6 |
| EAD with category A03 or A05 | Page 4 | N-1 (NATO) | Page 18 | TD | Page 23 |
| EAD with all other categories | Page 4 | N-2 (NATO) | Page 18 | U-1 through U-5 | Page 24 |
| Extended departure | Page 8 | N-3 (NATO) | Page 18 | U.S. citizen | Page 2 |
| Extension of status | Page 7 | N-4 (NATO) | Page 18 | U.S. national | Page 2 |
| F-1 | Page 12 | N-5 (NATO) | Page 18 | V-1 through V-3 | Page 25 |
| F-2 | Page 12 | N-6 (NATO) | Page 18 | VAWA | Page 7 |
| F-3 | Page 12 | N-7 (NATO) | Page 18 | Voluntary departure | Page 8 |
| Family unity | Page 7 | N-8 | Page 19 | WB | Page 25 |
| G-1 through G-5 | Page 13 | N-9 | Page 19 | Withholding of deportation | Page 8 |
| H-1B | Page 14 | O-1 | Page 19 | Withholding of removal | Page 8 |
| H-1B1 | Page 14 | O-2 | Page 19 | WT | Page 25 |