6/30/12 Case 1:12-cv-00128-RMC-DST-RLW Driver License Renewal and Change of Address Document 205-7 Filed 07/01/12 Page 38 of 150

Case 2:13-cv-00193 Document 732-9 Filed on 11/17/14 in TXSD Page 1 of 2

Texas Department of Public Safety
Driver License Division

# Driver License Renewal and Change of Address

# Online Services Eligibility

## Renewal Requirements for IDs and Driver Licenses

- Your last renewal was completed in person at a driver license office.
- Your driver license or ID card either expires in less than one year or has been expired for less than two years.
- You are 19 or older. (People 18 or younger cannot renew online.)
- Your browser supports 128 bit encryption.
- You are a U.S. citizen.
- Your Social Security number is on file with DPS.

2:13-cv-193
09/02/2014
**DEF0091**

## Renewal Requirements for Driver Licenses Only

- You are 78 or younger. (People 79 or older must renew driver licenses in person.)
- You are renewing a Class C or CM license. (Class A and B licenses and commercial driver licenses cannot be renewed online.)
- There is no change in your vision or physical or mental condition since your last renewal that would affect your ability to operate a motor vehicle.
- You have no outstanding traffic tickets or warrants, and your license is not suspended or revoked.

## Change of Address Requirements for IDs and Driver Licenses

- Your driver license/ID card is not expired. If your card is expired, you can only change your address if you also renew at the same time.
- You are 19 or older. (People 18 or younger cannot change addresses online.)
- Your browser supports 128 bit encryption.
- You are a U.S. citizen.
- Your Social Security number is on file with DPS.

## Change of Address Requirements for Driver Licenses Only

- You are updating a Class C or CM license. (Class A and B licenses and commercial driver licenses cannot change addresses online.)
- Your license is not suspended or revoked.

TA_002879

PX 092

For additional questions about eligibility, please visit DPS Customer Service online.

TA_002880