

## Megacenter Status Update – June 28, 2012

DPS has completed the hiring process for 243 of the 266 planned new field employees. These new employees are currently in training and are expected to be serving the public by September 1, 2012. The hiring process for the remaining employees will be complete also by September 1, 2012. The new facilities will feature online scheduling for drive tests, advanced queuing, a professional appearance and at least 25 highly trained employees in each new office.

**Megacenter Status/Schedule**

- Austin (Pflugerville) located at 217 E. Wells Branch Parkway, Pflugerville in northeast Austin will be a newly constructed facility, which is nearing completion. The anticipated opening is September 3, 2012.

- Houston (Spring) located at 4740 Spring Cypress, Suite 100, Spring is a renovation of an existing building, which has begun. The anticipated opening is September 17, 2012.

- Houston (Rosenberg) located at 28000 SW Freeway, Rosenberg is a renovation of an existing building, which is underway. The anticipated opening is September 24, 2012.

- Metroplex (Garland) located at 4445-A Saturn Road, Garland is a renovation of an existing building, which is underway. The anticipated opening is September 26, 2012.

- San Antonio (Leon Valley) located at 7400 Huebner Road, Leon Valley will be a newly constructed facility, which has begun. The anticipated opening is October 25, 2012.

- Metroplex (Fort Worth) located at 1700 Eastchase Parkway, Fort Worth will be a newly constructed facility, the ground breaking was recently held, ground preparation has begun to be followed by construction. The anticipated opening is January 13, 2013.

The schedule for opening these facilities, while on target, can be impacted by other factors beyond our control. These factors may include equipment installation, furnishing and infrastructure issues.

2:13-cv-193
09/02/2014
DEF0092

TA_002852

PX 093