# Office of the Secretary of State

PX 094

# 2010 Democratic Party Primary Election

# HARRIS

## County Race Summary


2:13-cv-193
09/02/2014
**DEF0093**

| RACE NAME | PARTY | CANVASS VOTES | PERCENT |
|---|---|---|---|
| U. S. Representative District 9 | | | |
|    Al Green | DEM | 16,450 | 100.00% |
|    Race Total | | 16,450 | |
| ---------------------------------------- | | | |
| U. S. Representative District 10 | | | |
|    Ted Ankrum | DEM | 2,634 | 100.00% |
|    Race Total | | 2,634 | |
| ---------------------------------------- | | | |
| U. S. Representative District 18 | | | |
|    Sheila Jackson Lee | DEM | 21,570 | 66.96% |
|    Jarvis Johnson | DEM | 9,133 | 28.35% |
|    Sean Roberts | DEM | 1,508 | 4.68% |
|    Race Total | | 32,211 | |
| ---------------------------------------- | | | |
| U. S. Representative District 22 | | | |
|    Doug Blatt | DEM | 1,729 | 41.48% |
|    Kesha Rogers | DEM | 1,790 | 42.94% |
|    Freddie John Wieder Jr. | DEM | 649 | 15.57% |
|    Race Total | | 4,168 | |
| ---------------------------------------- | | | |
| U. S. Representative District 29 | TA_002921 | | |

6/30/12
Case 1:12-cv-00128-RMC-DST-RLW Document 205-7 Filed 07/01/12 Page 31 of 150
Case 2:13-cv-00193 Document 732-11 Filed on 11/17/14 in TXSD Page 2 of 13

| | | | |
|---|---|---:|---:|
| Gene Green | DEM | 9,567 | 100.00% |
| | Race Total | 9,567 | |

## Governor

| | | | |
|---|---|---:|---:|
| Alma Ludivina Aguado | DEM | 497 | 0.50% |
| Felix (Rodriguez) Alvarado | DEM | 1,337 | 1.34% |
| Bill Dear | DEM | 242 | 0.24% |
| Clement E. Glenn | DEM | 395 | 0.39% |
| Star Locke | DEM | 480 | 0.48% |
| Farouk Shami | DEM | 6,953 | 7.00% |
| Bill White | DEM | 89,378 | 90.02% |
| | Race Total | 99,282 | |

## Lieutenant Governor

| | | | |
|---|---|---:|---:|
| Linda Chavez-Thompson | DEM | 33,102 | 40.19% |
| Ronnie Earle | DEM | 38,163 | 46.33% |
| Marc Katz | DEM | 11,092 | 13.46% |
| | Race Total | 82,357 | |

## Attorney General

| | | | |
|---|---|---:|---:|
| Barbara Ann Radnofsky | DEM | 73,536 | 100.00% |
| | Race Total | 73,536 | |

## Commissioner of the General Land Office

| | | | |
|---|---|---:|---:|
| Bill Burton | DEM | 45,168 | 58.81% |
| Hector Uribe | DEM | 31,626 | 41.18% |
| | Race Total | 76,794 | |

## Commissioner of Agriculture

| | | | |
|---|---|---:|---:|
| Richard "Kinky" Friedman | DEM | 37,238 | 45.33% |
| Hank Gilbert | DEM | 44,904 | 54.66% |

TA_002922

6/30/12

Case 2:13-cv-00193 Document 732-11 Filed on 11/17/14 in TXSD Page 3 of 13
Case 1:12-cv-00128-RMC-DST-RLW Document 205-7 Filed 07/01/12 Page 32 of 150

|  |  |  |  |
|---|---|---|---|
|  | Race Total | 82,142 |  |

---

**Railroad Commissioner**

| | | | |
|---|---|---|---|
| Jeff Weems | DEM | 69,917 | 100.00% |
|  |  | ----------- |  |
|  | Race Total | 69,917 |  |

---

**Justice, Supreme Court, Place 3**

| | | | |
|---|---|---|---|
| Jim Sharp | DEM | 71,524 | 100.00% |
|  |  | ----------- |  |
|  | Race Total | 71,524 |  |

---

**Justice, Supreme Court, Place 5**

| | | | |
|---|---|---|---|
| Bill Moody | DEM | 69,108 | 100.00% |
|  |  | ----------- |  |
|  | Race Total | 69,108 |  |

---

**Justice, Supreme Court, Place 9**

| | | | |
|---|---|---|---|
| Blake Bailey | DEM | 69,271 | 100.00% |
|  |  | ----------- |  |
|  | Race Total | 69,271 |  |

---

**Judge, Court of Criminal Appeals Place 6**

| | | | |
|---|---|---|---|
| Keith Hampton | DEM | 68,991 | 100.00% |
|  |  | ----------- |  |
|  | Race Total | 68,991 |  |

---

**Member, State Board of Education, District 4**

| | | | |
|---|---|---|---|
| Lawrence A. Allen Jr. | DEM | 37,809 | 100.00% |
|  |  | ----------- |  |
|  | Race Total | 37,809 |  |

---

**State Senator, District 13**

| | | | |
|---|---|---|---|
| Rodney Ellis | DEM | 30,197 | 100.00% |
|  |  | ----------- |  |
|  | Race Total | 30,197 |  |

---

TA_002923

6/30/12
Case 1:12-cv-00128-RMC-DST-RLW Document 205-7 Filed 07/01/12 Page 89 of 150
Case 2:13-cv-00193 Document 732-11 Filed on 11/17/14 in TXSD Page 4 of 13

State Senator, District 15
    John Whitmire      DEM      17,159    100.00%
                                                                      -----------
                                    Race Total      17,159

----------------------------------------

State Representative District 126
    Casey McKinney      DEM      1,862    100.00%
                                                                      -----------
                                    Race Total      1,862

----------------------------------------

State Representative District 127
    Joe A. Montemayor      DEM      2,291    100.00%
                                                                      -----------
                                    Race Total      2,291

----------------------------------------

State Representative District 131
    Alma A. Allen      DEM      5,883    100.00%
                                                                      -----------
                                    Race Total      5,883

----------------------------------------

State Representative District 132
    Silvia Mintz      DEM      1,776    100.00%
                                                                      -----------
                                    Race Total      1,776

----------------------------------------

State Representative District 133
    Kristi Thibaut      DEM      1,841    100.00%
                                                                      -----------
                                    Race Total      1,841

----------------------------------------

State Representative District 134
    Ellen Cohen      DEM      5,944    100.00%
                                                                      -----------
                                    Race Total      5,944

----------------------------------------

State Representative District 137
    Scott Hochberg      DEM      1,005    100.00%

TA_002924

|  |  |  |  |
|---|---|---|---|
|  | Race Total | 1,005 |  |

---

### State Representative District 138

| Kendra Yarbrough Camarena | DEM | 2,220 | 100.00% |
|---|---|---|---|
|  |  | ----------- |  |
|  | Race Total | 2,220 |  |

---

### State Representative District 139

| Sylvester Turner | DEM | 6,213 | 100.00% |
|---|---|---|---|
|  |  | ----------- |  |
|  | Race Total | 6,213 |  |

---

### State Representative District 140

| Armando Lucio Walle | DEM | 1,472 | 100.00% |
|---|---|---|---|
|  |  | ----------- |  |
|  | Race Total | 1,472 |  |

---

### State Representative District 141

| Senfronia Thompson | DEM | 5,069 | 100.00% |
|---|---|---|---|
|  |  | ----------- |  |
|  | Race Total | 5,069 |  |

---

### State Representative District 142

| Harold V. Dutton Jr. | DEM | 5,660 | 100.00% |
|---|---|---|---|
|  |  | ----------- |  |
|  | Race Total | 5,660 |  |

---

### State Representative District 143

| Ana E. Hernandez | DEM | 1,573 | 100.00% |
|---|---|---|---|
|  |  | ----------- |  |
|  | Race Total | 1,573 |  |

---

### State Representative District 144

| Rick Molina | DEM | 1,689 | 100.00% |
|---|---|---|---|
|  |  | ----------- |  |
|  | Race Total | 1,689 |  |

---

### State Representative District 145

TA_002925

|  |  |  |  |
|---|---|---:|---:|
| Carol Alvarado | DEM | 1,876 | 100.00% |
|  |  | ----------- |  |
|  | Race Total | 1,876 |  |

---

State Representative District 146

|  |  |  |  |
|---|---|---:|---:|
| Al Edwards | DEM | 5,040 | 49.96% |
| Borris L. Miles | DEM | 5,048 | 50.03% |
|  |  | ----------- |  |
|  | Race Total | 10,088 |  |

---

State Representative District 147

|  |  |  |  |
|---|---|---:|---:|
| Garnet F. Coleman | DEM | 7,086 | 100.00% |
|  |  | ----------- |  |
|  | Race Total | 7,086 |  |

---

State Representative District 148

|  |  |  |  |
|---|---|---:|---:|
| Jessica Cristina Farrar | DEM | 3,804 | 100.00% |
|  |  | ----------- |  |
|  | Race Total | 3,804 |  |

---

State Representative District 149

|  |  |  |  |
|---|---|---:|---:|
| Hubert Vo | DEM | 2,302 | 100.00% |
|  |  | ----------- |  |
|  | Race Total | 2,302 |  |

---

State Representative District 150

|  |  |  |  |
|---|---|---:|---:|
| Brad Neal | DEM | 1,775 | 100.00% |
|  |  | ----------- |  |
|  | Race Total | 1,775 |  |

---

Chief Justice, 1st Court of Appeals

|  |  |  |  |
|---|---|---:|---:|
| Morris Overstreet | DEM | 69,711 | 100.00% |
|  |  | ----------- |  |
|  | Race Total | 69,711 |  |

---

Justice, 1st Court of Appeals District, Place 4

|  |  |  |  |
|---|---|---:|---:|
| Michael Gomez | DEM | 68,602 | 100.00% |
|  |  | ----------- |  |

TA_002926

6/30/12

Case 2:13-cv-00193 Document 732-11 Filed on 11/17/14 in TXSD Page 76 of 150
Case 1:12-cv-00128-RMC-DST-RLW Document 205-7 Filed 07/01/12 Page 80 of 150

| | | | |
|---|---|---:|---:|
| | Race Total | 68,602 | |

---

### Justice, 1st Court of Appeals District, Place 8 (Unexpired)

| | | | |
|---|---|---:|---:|
| Robert Ray | DEM | 67,981 | 100.00% |
| | Race Total | 67,981 | |

---

### Justice, 14th Court of Appeals District, Place 2

| | | | |
|---|---|---:|---:|
| Norma Venso | DEM | 67,309 | 100.00% |
| | Race Total | 67,309 | |

---

### Justice, 14th Court of Appeals District, Place 5 (Unexpired)

| | | | |
|---|---|---:|---:|
| Wally Kronzer | DEM | 64,556 | 100.00% |
| | Race Total | 64,556 | |

---

### Justice, 14th Court of Appeals District, Place 9

| | | | |
|---|---|---:|---:|
| Tim Riley | DEM | 66,071 | 100.00% |
| | Race Total | 66,071 | |

---

### District Judge, 55th Judicial District

| | | | |
|---|---|---:|---:|
| Dion Ramos | DEM | 65,601 | 100.00% |
| | Race Total | 65,601 | |

---

### District Judge, 113th Judicial District

| | | | |
|---|---|---:|---:|
| Christina Bryan | DEM | 57,299 | 77.19% |
| Jerome Fjeld | DEM | 16,928 | 22.80% |
| | Race Total | 74,227 | |

---

### District Judge, 157th Judicial District

| | | | |
|---|---|---:|---:|
| Chuck Silverman | DEM | 31,470 | 41.38% |
| Shawn Thierry | DEM | 44,571 | 58.61% |

TA_002927

|  |  |  |  |
|---|---|---|---|
|  | Race Total | 76,041 |  |

---

District Judge, 180th Judicial District

| | | | |
|---|---|---|---|
| Lori Gooch | DEM | 30,618 | 41.40% |
| Darrell Jordan | DEM | 43,336 | 58.59% |
| | Race Total | 73,954 | |

---

District Judge, 182nd Judicial District

| | | | |
|---|---|---|---|
| Brandon Dudley | DEM | 65,359 | 100.00% |
| | Race Total | 65,359 | |

---

District Judge, 183rd Judicial District

| | | | |
|---|---|---|---|
| Michael Gomez | DEM | 65,789 | 100.00% |
| | Race Total | 65,789 | |

---

District Judge, 184th Judicial District

| | | | |
|---|---|---|---|
| Jay W. Burnett | DEM | 65,292 | 100.00% |
| | Race Total | 65,292 | |

---

District Judge, 185th Judicial District

| | | | |
|---|---|---|---|
| Vivian King | DEM | 67,031 | 100.00% |
| | Race Total | 67,031 | |

---

District Judge, 189th Judicial District

| | | | |
|---|---|---|---|
| Ursula A. Hall | DEM | 47,409 | 60.78% |
| Larry Hinojosa | DEM | 17,086 | 21.90% |
| Andy Pereira | DEM | 13,505 | 17.31% |
| | Race Total | 78,000 | |

---

District Judge, 190th Judicial District

| | | | |
|---|---|---|---|
| Olan Boudreaux | DEM | 43,514 | 59.38% |

TA_002928

| | | | |
|---|---|---|---|
| Jim Wrotenbery | DEM | 29,756 | 40.61% |
| | | ----------- | |
| | Race Total | 73,270 | |

---

District Judge, 208th Judicial District

| | | | |
|---|---|---|---|
| Loretta Johnson Muldrow | DEM | 66,274 | 100.00% |
| | | ----------- | |
| | Race Total | 66,274 | |

---

District Judge, 209th Judicial District

| | | | |
|---|---|---|---|
| Kathy Cheng | DEM | 64,497 | 100.00% |
| | | ----------- | |
| | Race Total | 64,497 | |

---

District Judge, 228th Judicial District

| | | | |
|---|---|---|---|
| Harris Wood | DEM | 65,091 | 100.00% |
| | | ----------- | |
| | Race Total | 65,091 | |

---

District Judge, 230th Judicial District

| | | | |
|---|---|---|---|
| Garland "Mack" McInnis | DEM | 64,152 | 100.00% |
| | | ----------- | |
| | Race Total | 64,152 | |

---

District Judge, 232nd Judicial District

| | | | |
|---|---|---|---|
| Greg Glass | DEM | 64,023 | 100.00% |
| | | ----------- | |
| | Race Total | 64,023 | |

---

District Judge, 234th Judicial District

| | | | |
|---|---|---|---|
| Nile Copeland | DEM | 17,686 | 24.59% |
| Tanner Garth | DEM | 33,215 | 46.19% |
| Jim Peacock | DEM | 20,999 | 29.20% |
| | | ----------- | |
| | Race Total | 71,900 | |

---

District Judge, 245th Judicial District

TA_002929

6/30/12

Case 2:13-cv-00193 Document 732-11 Filed on 11/17/14 in TXSD Page 10 of 13
Case 1:12-cv-00128-RMC-DST-RLW Document 205-7 Filed 07/03/12 Page 89 of 150

|  |  |  |  |
|---|---|---:|---:|
| Raymond L. "Ray" Fisher | DEM | 31,815 | 43.98% |
| Janiece Horn | DEM | 40,523 | 56.01% |
|  |  | ----------- |  |
|  | Race Total | 72,338 |  |

---

District Judge, 246th Judicial District

|  |  |  |  |
|---|---|---:|---:|
| Sherri Cothrun | DEM | 63,832 | 100.00% |
|  |  | ----------- |  |
|  | Race Total | 63,832 |  |

---

District Judge, 247th Judicial District

|  |  |  |  |
|---|---|---:|---:|
| Mary Kay Green | DEM | 50,583 | 68.94% |
| Clinton "Chip" Wells | DEM | 22,789 | 31.05% |
|  |  | ----------- |  |
|  | Race Total | 73,372 |  |

---

District Judge, 248th Judicial District

|  |  |  |  |
|---|---|---:|---:|
| Trent Gaither | DEM | 30,786 | 43.63% |
| Jim Sullivan | DEM | 39,763 | 56.36% |
|  |  | ----------- |  |
|  | Race Total | 70,549 |  |

---

District Judge, 257th Judicial District

|  |  |  |  |
|---|---|---:|---:|
| Sandra Peake | DEM | 65,253 | 100.00% |
|  |  | ----------- |  |
|  | Race Total | 65,253 |  |

---

District Judge, 262nd Judicial District

|  |  |  |  |
|---|---|---:|---:|
| Tom Berg | DEM | 63,578 | 100.00% |
|  |  | ----------- |  |
|  | Race Total | 63,578 |  |

---

District Judge, 263rd Judicial District

|  |  |  |  |
|---|---|---:|---:|
| Alvin Nunnery | DEM | 62,590 | 100.00% |
|  |  | ----------- |  |
|  | Race Total | 62,590 |  |

---

TA_002930

6/30/12
Case 2:13-cv-00193 Document 732-11 Filed on 11/17/14 in TXSD Page 11 of 13
Case 1:12-cv-00128-RMC-DST-RLW Document 205-7 Filed 07/03/12 Page 90 of 150

District Judge, 269th Judicial District

|  |  |  |  |
|---|---|---|---|
| Katie Kennedy | DEM | 64,825 | 100.00% |
|  |  | ----------- |  |
|  | Race Total | 64,825 |  |

------------------------------------------

District Judge, 270th Judicial District

|  |  |  |  |
|---|---|---|---|
| Lee Arellano | DEM | 21,187 | 29.66% |
| Charles Spain | DEM | 18,703 | 26.18% |
| Bob Thomas | DEM | 31,528 | 44.14% |
|  |  | ----------- |  |
|  | Race Total | 71,418 |  |

------------------------------------------

District Judge, 280th Judicial District

|  |  |  |  |
|---|---|---|---|
| Kathy Vossler | DEM | 62,824 | 100.00% |
|  |  | ----------- |  |
|  | Race Total | 62,824 |  |

------------------------------------------

District Judge, 281st Judicial District

|  |  |  |  |
|---|---|---|---|
| Donna Roth | DEM | 46,551 | 66.58% |
| Juliet Kathy Stipeche | DEM | 23,358 | 33.41% |
|  |  | ----------- |  |
|  | Race Total | 69,909 |  |

------------------------------------------

District Judge, 295th Judicial District

|  |  |  |  |
|---|---|---|---|
| Reginald E. McKamie | DEM | 28,198 | 38.93% |
| Paul Simon | DEM | 44,222 | 61.06% |
|  |  | ----------- |  |
|  | Race Total | 72,420 |  |

------------------------------------------

Family District Judge, 308th Judicial District

|  |  |  |  |
|---|---|---|---|
| Porfirio "Poppy" Diaz | DEM | 7,687 | 10.50% |
| Bruce Kessler | DEM | 33,630 | 45.94% |
| Julia Maldonado | DEM | 31,884 | 43.55% |
|  |  | ----------- |  |
|  | Race Total | 73,201 |  |

------------------------------------------

Family District Judge, 309th Judicial District        TA_002931

6/30/12
Case 1:12-cv-00128-RMC-DST-RLW Document 205-7 Filed 07/03/12 Page 31 of 150
Case 2:13-cv-00193 Document 732-11 Filed on 11/17/14 in TXSD Page 131 of 150

| | | | |
|---|---|---:|---:|
| Bill Rice | DEM | 64,332 | 100.00% |
| | | ----------- | |
| | Race Total | 64,332 | |

---

### Family District Judge, 310th Judicial District

| | | | |
|---|---|---:|---:|
| Tammy Craft Demming | DEM | 26,039 | 36.55% |
| Judy Dougherty | DEM | 45,195 | 63.44% |
| | | ----------- | |
| | Race Total | 71,234 | |

---

### Family District Judge, 311th Judicial District

| | | | |
|---|---|---:|---:|
| Damiann Curvey Banieh | DEM | 7,290 | 9.87% |
| Steve Herskowitz | DEM | 13,251 | 17.94% |
| Brad Morris | DEM | 19,958 | 27.03% |
| Deborah Wright | DEM | 33,334 | 45.14% |
| | | ----------- | |
| | Race Total | 73,833 | |

---

### Family District Judge, 312th Judicial District

| | | | |
|---|---|---:|---:|
| Robert Hinojosa | DEM | 63,947 | 100.00% |
| | | ----------- | |
| | Race Total | 63,947 | |

---

### Family District Judge, 313th Judicial District

| | | | |
|---|---|---:|---:|
| Marc Isenberg | DEM | 24,029 | 33.53% |
| Natalie Oakes | DEM | 36,638 | 51.12% |
| J. Anthony Referente | DEM | 10,992 | 15.33% |
| | | ----------- | |
| | Race Total | 71,659 | |

---

### Family District Judge, 314th Judicial District

| | | | |
|---|---|---:|---:|
| John Stephen Liles | DEM | 25,938 | 36.77% |
| David Longoria | DEM | 44,595 | 63.22% |
| | | ----------- | |
| | Race Total | 70,533 | |

---

### Family District Judge, 315th Judicial District

TA_002932

6/30/12
Case 2:13-cv-00193 Document 732-11 Filed on 11/17/14 in TXSD Page 32 of 150
Case 1:12-cv-00128-RMC-DST-RLW Document 205-7 Filed 07/01/12 Page 92 of 150

|              |     |        |        |
|--------------|-----|--------|--------|
| Keith Branch | DEM | 45,741 | 66.40% |
| Bill Thursland | DEM | 23,139 | 33.59% |
|              |     | ---------- |    |
|              | Race Total | 68,880 |   |

**SOS Home Page** **Election History Page** **Election Home Page**

For comments or suggestions, please e-mail webmaster@sos.state.tx.us

TA_002933