6/30/12
Case 2:13-cv-00193 Document 732-12 Filed on 11/17/14 in TXSD Page 1 of 7
Case 1:12-cv-00128-RMC-DST-RLW Document 205-7 Filed 07/01/12 Page 93 of 150

# Office of the Secretary of State



PX 095

# 2010 General Election

## TRAVIS

### County Race Summary

| RACE NAME | PARTY | CANVASS VOTES | PERCENT |
|---|---|---:|---:|
| U. S. Representative District 10 | | | |
|    Michael McCaul | REP | 33,433 | 43.86% |
|    Ted Ankrum | DEM | 40,071 | 52.57% |
|    Jeremiah "JP" Perkins | LIB | 2,713 | 3.55% |
| | | ----------- | |
| | Race Total | 76,217 | |
| ---------------------------------------- | | | |
| U. S. Representative District 21 | | | |
|    Lamar Smith | REP | 31,963 | 56.86% |
|    Lainey Melnick | DEM | 21,702 | 38.60% |
|    James Arthur Strohm | LIB | 2,545 | 4.52% |
| | | ----------- | |
| | Race Total | 56,210 | |
| ---------------------------------------- | | | |
| U. S. Representative District 25 | | | |
|    Donna Campbell | REP | 32,500 | 31.61% |
|    Lloyd Doggett | DEM | 67,638 | 65.79% |
|    Jim Stutsman | LIB | 2,657 | 2.58% |
| | | ----------- | |
| | Race Total | 102,795 | |
| ---------------------------------------- | | | |
| Governor | | | |
|    Rick Perry | REP | 87,509 | 36.74% |
|    Bill White | DEM | 142,345 | 59.77% |
|    Kathie Glass | LIB | 7,000 | 2.93% |

2:13-cv-193
09/02/2014
**DEF0094**

TA_002934

6/30/12
Case 1:12-cv-00128-RMC-DST-RLW Document 205-7 Filed 07/01/12 Page 94 of 150
Case 2:13-cv-00193 Document 732-12 Filed on 11/17/14 in TXSD Page 2 of 7

|  |  |  |  |
|---|---|---:|---:|
| Deb Shafto | GRN | 1,215 | 0.51% |
| Andy Barron | W-I | 79 | 0.03% |
| Race Total |  | 238,148 |  |

---

Lieutenant Governor

|  |  |  |  |
|---|---|---:|---:|
| David Dewhurst | REP | 101,661 | 42.95% |
| Linda Chavez-Thompson | DEM | 121,477 | 51.33% |
| Scott Jameson | LIB | 9,983 | 4.21% |
| Herb Gonzales, Jr. | GRN | 3,524 | 1.48% |
| Race Total |  | 236,645 |  |

---

Attorney General

|  |  |  |  |
|---|---|---:|---:|
| Greg Abbott | REP | 108,551 | 45.96% |
| Barbara Ann Radnofsky | DEM | 118,730 | 50.27% |
| Jon Roland | LIB | 8,879 | 3.75% |
| Race Total |  | 236,160 |  |

---

Comptroller of Public Accounts

|  |  |  |  |
|---|---|---:|---:|
| Susan Combs | REP | 123,460 | 65.71% |
| Mary J. Ruwart | LIB | 30,688 | 16.33% |
| Edward Lindsay | GRN | 33,732 | 17.95% |
| Race Total |  | 187,880 |  |

---

Commissioner of the General Land Office

|  |  |  |  |
|---|---|---:|---:|
| Jerry Patterson | REP | 98,320 | 42.14% |
| Hector Uribe | DEM | 124,225 | 53.25% |
| James L. Holdar | LIB | 10,740 | 4.60% |
| Race Total |  | 233,285 |  |

---

Commissioner of Agriculture

|  |  |  |  |
|---|---|---:|---:|
| Todd Staples | REP | 96,929 | 41.71% |
| Hank Gilbert | DEM | 123,767 | 53.25% |

TA_002935

|  |  |  |  |
|---|---|---|---|
| Rick Donaldson | LIB | 11,691 | 5.03% |
|  |  | ----------- |  |
|  | Race Total | 232,387 |  |

------------------------------------------

Railroad Commissioner

|  |  |  |  |
|---|---|---|---|
| David Porter | REP | 90,024 | 38.83% |
| Jeff Weems | DEM | 125,283 | 54.05% |
| Roger Gary | LIB | 10,308 | 4.44% |
| Art Browning | GRN | 6,169 | 2.66% |
|  |  | ----------- |  |
|  | Race Total | 231,784 |  |

------------------------------------------

Justice, Supreme Court, Place 3

|  |  |  |  |
|---|---|---|---|
| Debra Lehrmann | REP | 97,251 | 41.79% |
| Jim Sharp | DEM | 124,923 | 53.68% |
| William Bryan Strange, III | LIB | 10,520 | 4.52% |
|  |  | ----------- |  |
|  | Race Total | 232,694 |  |

------------------------------------------

Justice, Supreme Court, Place 5

|  |  |  |  |
|---|---|---|---|
| Paul Green | REP | 92,384 | 39.87% |
| Bill Moody | DEM | 128,326 | 55.38% |
| Tom Oxford | LIB | 10,969 | 4.73% |
|  |  | ----------- |  |
|  | Race Total | 231,679 |  |

------------------------------------------

Justice, Supreme Court, Place 9

|  |  |  |  |
|---|---|---|---|
| Eva Guzman | REP | 94,570 | 40.85% |
| Blake Bailey | DEM | 123,709 | 53.44% |
| Jack Armstrong | LIB | 13,187 | 5.69% |
|  |  | ----------- |  |
|  | Race Total | 231,466 |  |

------------------------------------------

Judge, Court of Criminal Appeals Place 2

|  |  |  |  |
|---|---|---|---|
| Lawrence "Larry" Meyers | REP | 111,714 | 64.84% |
| J. Randell Stevens | LIB | 60,567 | 35.15% |

TA_002936

|  |  |  |  |
|---|---|---|---|
|  | Race Total | 172,281 |  |

### Judge, Court of Criminal Appeals Place 5

|  |  |  |  |
|---|---|---|---|
| Cheryl Johnson | REP | 115,838 | 66.31% |
| Dave Howard | LIB | 58,841 | 33.68% |
|  | Race Total | 174,679 |  |

### Judge, Court of Criminal Appeals Place 6

|  |  |  |  |
|---|---|---|---|
| Michael E. Keasler | REP | 91,729 | 39.92% |
| Keith Hampton | DEM | 126,947 | 55.25% |
| Robert Ravee Virasin | LIB | 11,071 | 4.81% |
|  | Race Total | 229,747 |  |

### Member, State Board of Education, District 5

|  |  |  |  |
|---|---|---|---|
| Ken Mercer | REP | 39,945 | 40.33% |
| Rebecca Bell-Metereau | DEM | 53,529 | 54.04% |
| Mark Loewe | LIB | 5,567 | 5.62% |
|  | Race Total | 99,041 |  |

### Member, State Board of Education, District 10

|  |  |  |  |
|---|---|---|---|
| Marsha Farney | REP | 49,150 | 36.91% |
| Judy Jennings | DEM | 77,451 | 58.17% |
| Jessica Dreesen | LIB | 6,534 | 4.90% |
|  | Race Total | 133,135 |  |

### State Senator, District 14

|  |  |  |  |
|---|---|---|---|
| Mary Lou Serafine | REP | 68,100 | 35.66% |
| Kirk Watson | DEM | 115,949 | 60.72% |
| Kent Phillips | LIB | 6,884 | 3.60% |
|  | Race Total | 190,933 |  |

### State Senator, District 25

TA_002937

6/30/12

Case 1:12-cv-00128-RMC-DST-RLW Document 205-7 Filed 07/01/12 Page 5 of 150
Case 2:13-cv-00193 Document 732-12 Filed on 11/17/14 in TXSD Page 5 of 7

| | | | |
|---|---|---:|---:|
| Jeff Wentworth | REP | 21,787 | 65.70% |
| Arthur Maxwell Thomas, IV | LIB | 11,347 | 34.21% |
| Eric R. Anderson | W-I | 26 | 0.07% |
| | Race Total | 33,160 | |

---

**State Representative District 46**

| | | | |
|---|---|---:|---:|
| Dawnna Dukes | DEM | 18,430 | 84.18% |
| George E. Emery | LIB | 3,462 | 15.81% |
| | Race Total | 21,892 | |

---

**State Representative District 47**

| | | | |
|---|---|---:|---:|
| Paul D. Workman | REP | 29,873 | 49.67% |
| Valinda Bolton | DEM | 27,773 | 46.18% |
| Kris Bailey | LIB | 2,485 | 4.13% |
| | Race Total | 60,131 | |

---

**State Representative District 48**

| | | | |
|---|---|---:|---:|
| Dan Neil | REP | 25,011 | 48.51% |
| Donna Howard | DEM | 25,023 | 48.53% |
| Ben Easton | LIB | 1,519 | 2.94% |
| | Race Total | 51,553 | |

---

**State Representative District 49**

| | | | |
|---|---|---:|---:|
| Elliott Naishtat | DEM | 30,423 | 85.28% |
| Nathan Kleffman | LIB | 5,249 | 14.71% |
| | Race Total | 35,672 | |

---

**State Representative District 50**

| | | | |
|---|---|---:|---:|
| Pat McGuinness | REP | 18,041 | 41.71% |
| Mark Strama | DEM | 23,720 | 54.84% |
| Emily Cowan | LIB | 1,486 | 3.43% |
| | Race Total | 43,247 | |

TA_002938

6/30/12
Case 1:12-cv-00128-RMC-DST-RLW Document 205-7 Filed 07/01/12 Page 98 of 150
Case 2:13-cv-00193 Document 732-12 Filed on 11/17/14 in TXSD Page 6 of 7

------------------------------------------
State Representative District 51
| | | | |
|---|---|---:|---:|
| Marilyn Jackson | REP | 3,412 | 19.96% |
| Eddie Rodriguez | DEM | 12,981 | 75.93% |
| Arthur DiBianca | LIB | 701 | 4.10% |
| | | ----------- | |
| | Race Total | 17,094 | |

------------------------------------------
Justice, 3rd Court of Appeals District, Place 4
| | | | |
|---|---|---:|---:|
| Melissa Goodwin | REP | 97,879 | 42.46% |
| Kurt Kuhn | DEM | 132,633 | 57.53% |
| | | ----------- | |
| | Race Total | 230,512 | |

------------------------------------------
District Judge, 147th Judicial District
| | | | |
|---|---|---:|---:|
| Clifford A. Brown | DEM | 150,161 | 100.00% |
| | | ----------- | |
| | Race Total | 150,161 | |

------------------------------------------
District Judge, 201st Judicial District
| | | | |
|---|---|---:|---:|
| Amy Clark Meachum | DEM | 149,596 | 100.00% |
| | | ----------- | |
| | Race Total | 149,596 | |

------------------------------------------
District Judge, 250th Judicial District
| | | | |
|---|---|---:|---:|
| John K. Dietz | DEM | 149,701 | 100.00% |
| | | ----------- | |
| | Race Total | 149,701 | |

------------------------------------------
District Judge, 261st Judicial District
| | | | |
|---|---|---:|---:|
| Lora Livingston | DEM | 149,229 | 100.00% |
| | | ----------- | |
| | Race Total | 149,229 | |

------------------------------------------
District Judge, 299th Judicial District
| | | | |
|---|---|---:|---:|
| Karen Sage | DEM | 149,145 | 100.00% |
| | | ----------- | |
| | Race Total | 149,145 | |

TA_002939

---

District Judge, 331st Judicial District

|  |  |  |  |
|---|---|---:|---:|
| David Crain | DEM | 149,236 | 100.00% |
|  |  | ----------- |  |
|  | Race Total | 149,236 |  |

---

District Judge, 353rd Judicial District (Unexpired)

|  |  |  |  |
|---|---|---:|---:|
| Jeff Rose | REP | 98,792 | 43.12% |
| Tim Sulak | DEM | 130,279 | 56.87% |
|  |  | ----------- |  |
|  | Race Total | 229,071 |  |

---

District Judge, 403rd Judicial District

|  |  |  |  |
|---|---|---:|---:|
| Brenda P. Kennedy | DEM | 148,517 | 100.00% |
|  |  | ----------- |  |
|  | Race Total | 148,517 |  |

---

District Judge, 419th Judicial District

|  |  |  |  |
|---|---|---:|---:|
| Orlinda Naranjo | DEM | 147,586 | 100.00% |
|  |  | ----------- |  |
|  | Race Total | 147,586 |  |

**SOS Home Page** **Election History Page** **Election Home Page**

For comments or suggestions, please e-mail webmaster@sos.state.tx.us

TA_002940