6/30/12
Case 2:13-cv-00193 Document 733-13 Filed 11/17/14 in TXSD Page 1 of 13
Case 1:12-cv-00128-RMC-DST-RLW Document 205-7 Filed 07/01/12 Page 100 of 150

# Office of the Secretary of State



PX 096

# 2004 General Election

# HARRIS

## County Race Summary

2:13-cv-193
09/02/2014
**DEF0095**

| RACE NAME | PARTY | CANVASS VOTES | PERCENT |
|---|---|---:|---:|
| President/Vice-President | | | |
| George W. Bush/ Dick Cheney | REP | 584,723 | 54.75% |
| John F. Kerry/ John Edwards | DEM | 475,865 | 44.55% |
| Michael Badnarik/ Richard V. Campagna | LIB | 5,256 | 0.49% |
| Michael Anthony Peroutka/ Chuck Baldwin | W-I | 201 | 0.01% |
| John Joseph Kennedy/ Daniel R. Rezac | W-I | 14 | 0.00% |
| Deborah Elaine Allen/ Joesph H. Senegals | W-I | 6 | 0.00% |
| Andrew J. Falk/ Marijohn Peterman | W-I | 0 | 0.00% |
| Walt Brown/ Mary Alice Herbert | W-I | 13 | 0.00% |
| David Keith Cobb/ Patricia LaMarche | W-I | 177 | 0.01% |
| Ralph Nader/ Peter Miguel Camejo | W-I | 1,713 | 0.16% |
| | | ----------- | |
| Race Total | | 1,067,968 | |
| ---------------------------------------- | | | |
| U. S. Representative District 2 | | | |
| Ted Poe | REP | 103,244 | 70.35% |
| Nick Lampson | DEM | 40,809 | 27.80% |
| Sandra Leigh Saulsbury | LIB | 2,691 | 1.83% |
| | | ----------- | |
| Race Total | | 146,744 | |
| ---------------------------------------- | | | |
| U. S. Representative District 7 | | | |
| John Culberson | REP | 175,440 | 64.11% |
| John Martinez | DEM | 91,126 | 33.30% |
| Drew Parks | LIB | 3,372 | 1.23% |

TA_002941

|  |  |  |  |
|---|---|---|---|
| Paul Staton | IND | 3,713 | 1.35% |
|  |  | ----------- |  |
|  | Race Total | 273,651 |  |

---

### U. S. Representative District 9

|  |  |  |  |
|---|---|---|---|
| Arlette Molina | REP | 35,671 | 27.93% |
| Al Green | DEM | 90,391 | 70.79% |
| Stacey Lynn Bourland | LIB | 1,619 | 1.26% |
|  |  | ----------- |  |
|  | Race Total | 127,681 |  |

---

### U. S. Representative District 10

|  |  |  |  |
|---|---|---|---|
| Michael T. McCaul | REP | 88,567 | 91.41% |
| Robert Fritsche | LIB | 7,312 | 7.54% |
| Lorenzo Sadun | W-I | 1,002 | 1.03% |
|  |  | ----------- |  |
|  | Race Total | 96,881 |  |

---

### U. S. Representative District 18

|  |  |  |  |
|---|---|---|---|
| Sheila Jackson Lee | DEM | 136,018 | 88.90% |
| Brent Sullivan | LIB | 7,183 | 4.69% |
| Tom Bazán | IND | 9,787 | 6.39% |
|  |  | ----------- |  |
|  | Race Total | 152,988 |  |

---

### U. S. Representative District 22

|  |  |  |  |
|---|---|---|---|
| Tom DeLay | REP | 64,590 | 58.95% |
| Richard R. Morrison | DEM | 41,778 | 38.13% |
| Tom Morrison | LIB | 1,748 | 1.59% |
| Michael Fjetland | IND | 1,449 | 1.32% |
|  |  | ----------- |  |
|  | Race Total | 109,565 |  |

---

### U. S. Representative District 29

|  |  |  |  |
|---|---|---|---|
| Gene Green | DEM | 78,256 | 94.14% |
| Clifford L. Messina | LIB | 4,868 | 5.85% |
|  |  | ----------- |  |

TA_002942

6/30/12
Case 2:13-cv-00193 Document 733-13 Filed on 11/17/14 in TXSD Page 3 of 13
Case 1:12-cv-00128-RMC-DST-RLW Document 205-7 Filed 07/01/12 Page 102 of 150

|  |  |  |  |
|---|---|---:|---:|
|  | Race Total | 83,124 |  |

---

Railroad Commissioner

| | | | |
|---|---|---:|---:|
| Victor G. Carrillo | REP | 544,284 | 52.86% |
| Bob Scarborough | DEM | 458,811 | 44.56% |
| Anthony Garcia | LIB | 26,537 | 2.57% |
| | Race Total | 1,029,632 | |

---

Justice, Supreme Court, Place 3

| | | | |
|---|---|---:|---:|
| Harriet O'Neill | REP | 617,813 | 100.00% |
| | Race Total | 617,813 | |

---

Justice, Supreme Court, Place 5

| | | | |
|---|---|---:|---:|
| Paul Green | REP | 615,316 | 100.00% |
| | Race Total | 615,316 | |

---

Justice, Supreme Court, Place 9

| | | | |
|---|---|---:|---:|
| Scott Brister | REP | 555,454 | 54.44% |
| David Van Os | DEM | 464,815 | 45.55% |
| | Race Total | 1,020,269 | |

---

Judge, Court of Criminal Appeals Place 2

| | | | |
|---|---|---:|---:|
| Lawrence "Larry" Meyers | REP | 597,560 | 85.76% |
| Quanah Parker | LIB | 99,183 | 14.23% |
| | Race Total | 696,743 | |

---

Judge, Court of Criminal Appeals Place 5

| | | | |
|---|---|---:|---:|
| Cheryl Johnson | REP | 602,112 | 86.51% |
| Tom Oxford | LIB | 93,817 | 13.48% |
| | Race Total | 695,929 | |

---

TA_002943

Judge, Court of Criminal Appeals Place 6

| | | | |
|---|---|---:|---:|
| Michael E. Keasler | REP | 540,632 | 53.26% |
| J.R. Molina | DEM | 474,278 | 46.73% |
| Race Total | | 1,014,910 | |

-----------------------------------------

Member, State Board of Education, District 4 (Unexpired)

| | | | |
|---|---|---:|---:|
| Lawrence Allen, Jr. | DEM | 237,082 | 100.00% |
| Race Total | | 237,082 | |

-----------------------------------------

Member, State Board of Education, District 6

| | | | |
|---|---|---:|---:|
| Terri Leo | REP | 335,628 | 100.00% |
| Race Total | | 335,628 | |

-----------------------------------------

Member, State Board of Education, District 7

| | | | |
|---|---|---:|---:|
| David Bradley | REP | 170,561 | 90.21% |
| William McNicoll | LIB | 18,495 | 9.78% |
| Race Total | | 189,056 | |

-----------------------------------------

State Senator, District 4

| | | | |
|---|---|---:|---:|
| Tommy Williams | REP | 43,090 | 100.00% |
| Race Total | | 43,090 | |

-----------------------------------------

State Senator, District 6

| | | | |
|---|---|---:|---:|
| Mario Gallegos, Jr. | DEM | 75,318 | 91.74% |
| Tony Depperschmidt | LIB | 6,614 | 8.05% |
| Susan Delgado | W-I | 160 | 0.19% |
| Race Total | | 82,092 | |

-----------------------------------------

State Senator, District 11

| | | | |
|---|---|---:|---:|
| Mike Jackson | REP | 77,951 | 100.00% |
| Race Total | | | |

TA_002944

6/30/12
Case 1:12-cv-00128-RMC-DST-RLW Document 205-7 Filed 07/01/12 Page 104 of 150
Case 2:13-cv-00193 Document 733-13 Filed on 11/17/14 in TXSD Page 5 of 13

|  |  |  |  |
|---|---|---:|---:|
|  |  | 77,951 |  |

---

### State Representative District 126

| | | | |
|---|---|---:|---:|
| Peggy Hamric | REP | 34,865 | 69.27% |
| Casey McKinney | DEM | 15,460 | 30.72% |
| | | ----------- | |
| | Race Total | 50,325 | |

---

### State Representative District 127

| | | | |
|---|---|---:|---:|
| Joe Crabb | REP | 43,525 | 70.44% |
| Charlotte H. Coffelt | DEM | 18,261 | 29.55% |
| | | ----------- | |
| | Race Total | 61,786 | |

---

### State Representative District 128

| | | | |
|---|---|---:|---:|
| Wayne Smith | REP | 26,014 | 65.32% |
| Mitch Contreras | DEM | 13,807 | 34.67% |
| | | ----------- | |
| | Race Total | 39,821 | |

---

### State Representative District 129

| | | | |
|---|---|---:|---:|
| John E. Davis | REP | 40,002 | 100.00% |
| | | ----------- | |
| | Race Total | 40,002 | |

---

### State Representative District 130

| | | | |
|---|---|---:|---:|
| Corbin Van Arsdale | REP | 54,026 | 92.41% |
| Steven Howard Capuano | LIB | 4,432 | 7.58% |
| | | ----------- | |
| | Race Total | 58,458 | |

---

### State Representative District 131

| | | | |
|---|---|---:|---:|
| Alma A. Allen | DEM | 28,474 | 100.00% |
| | | ----------- | |
| | Race Total | 28,474 | |

---

### State Representative District 132

Bill Callegari

TA_002945

|  |  |  |  |
|---|---|---:|---:|
|  | REP | 40,328 | 100.00% |
|  |  | ---------- |  |
|  | Race Total | 40,328 |  |

---

**State Representative District 133**

| | | | |
|---|---|---:|---:|
| Joe Nixon | REP | 21,184 | 78.26% |
| James Rice "J.R." Harris | IND | 5,883 | 21.73% |
| | | ---------- | |
| | Race Total | 27,067 | |

---

**State Representative District 134**

| | | | |
|---|---|---:|---:|
| Martha Wong | REP | 36,021 | 53.57% |
| Jim Dougherty | DEM | 29,806 | 44.33% |
| Monica Granger | LIB | 1,408 | 2.09% |
| | | ---------- | |
| | Race Total | 67,235 | |

---

**State Representative District 135**

| | | | |
|---|---|---:|---:|
| Gary Elkins | REP | 31,014 | 100.00% |
| | | ---------- | |
| | Race Total | 31,014 | |

---

**State Representative District 136**

| | | | |
|---|---|---:|---:|
| Beverly Woolley | REP | 41,719 | 90.32% |
| Thomas Clark | LIB | 4,469 | 9.67% |
| | | ---------- | |
| | Race Total | 46,188 | |

---

**State Representative District 137**

| | | | |
|---|---|---:|---:|
| Ann Witt | REP | 8,095 | 43.38% |
| Scott Hochberg | DEM | 10,565 | 56.61% |
| | | ---------- | |
| | Race Total | 18,660 | |

---

**State Representative District 138**

| | | | |
|---|---|---:|---:|
| Dwayne Bohac | REP | 23,217 | 63.75% |
| Fred Ashmead | DEM | 13,201 | 36.24% |

TA_002946

|  |  |  |  |
|---|---|---:|---:|
|  | Race Total | 36,418 |  |
| **State Representative District 139** |  |  |  |
| Sylvester Turner | DEM | 30,151 | 100.00% |
|  | Race Total | 30,151 |  |
| **State Representative District 140** |  |  |  |
| Don Large | REP | 5,821 | 32.55% |
| Kevin Bailey | DEM | 12,061 | 67.44% |
|  | Race Total | 17,882 |  |
| **State Representative District 141** |  |  |  |
| Senfronia Thompson | DEM | 27,490 | 100.00% |
|  | Race Total | 27,490 |  |
| **State Representative District 142** |  |  |  |
| Matthew Taylor Morones | REP | 7,175 | 19.85% |
| Harold V. Dutton, Jr. | DEM | 28,969 | 80.14% |
|  | Race Total | 36,144 |  |
| **State Representative District 143** |  |  |  |
| Joe E. Moreno | DEM | 13,282 | 92.83% |
| Bob W. Townsend | LIB | 1,025 | 7.16% |
|  | Race Total | 14,307 |  |
| **State Representative District 144** |  |  |  |
| Robert E. Talton | REP | 25,873 | 100.00% |
|  | Race Total | 25,873 |  |
| **State Representative District 145** |  |  |  |
| Richard J. (Rick) Noriega | DEM | 15,160 | 100.00% |

TA_002947

|  |  |  |  |
|---|---|---|---|
|  | Race Total | 15,160 |  |

### State Representative District 146

|  |  |  |  |
|---|---|---|---|
| Al Edwards | DEM | 36,773 | 100.00% |
|  | Race Total | 36,773 |  |

### State Representative District 147

|  |  |  |  |
|---|---|---|---|
| Garnet F. Coleman | DEM | 32,566 | 100.00% |
|  | Race Total | 32,566 |  |

### State Representative District 148

|  |  |  |  |
|---|---|---|---|
| Jessica Farrar | DEM | 21,041 | 100.00% |
|  | Race Total | 21,041 |  |

### State Representative District 149

|  |  |  |  |
|---|---|---|---|
| Talmadge Heflin | REP | 20,662 | 49.96% |
| Hubert Vo | DEM | 20,695 | 50.03% |
|  | Race Total | 41,357 |  |

### State Representative District 150

|  |  |  |  |
|---|---|---|---|
| Debbie Riddle | REP | 44,425 | 100.00% |
|  | Race Total | 44,425 |  |

### Chief Justice, 1st Court of Appeals

|  |  |  |  |
|---|---|---|---|
| Sherry Radack | REP | 617,101 | 100.00% |
|  | Race Total | 617,101 |  |

### Chief Justice, 14th Court of Appeals District (Unexpired)

|  |  |  |  |
|---|---|---|---|
| Adele Hedges | REP | 611,149 | 100.00% |

TA_002948

|  |  |  |  |
|---|---|---|---|
|  | Race Total | 611,149 |  |

----------------------------------------

Justice, 1st Court of Appeals District, Place 2 (Unexpired)

|  |  |  |  |
|---|---|---|---|
| Jane Bland | REP | 610,083 | 100.00% |
|  | Race Total | 610,083 |  |

----------------------------------------

Justice, 1st Court of Appeals District, Place 4

|  |  |  |  |
|---|---|---|---|
| Evelyn Keyes | REP | 538,788 | 52.97% |
| Jim Sharp | DEM | 478,352 | 47.02% |
|  | Race Total | 1,017,140 |  |

----------------------------------------

Justice, 1st Court of Appeals District, Place 6 (Unexpired)

|  |  |  |  |
|---|---|---|---|
| George C. Hanks, Jr. | REP | 604,487 | 100.00% |
|  | Race Total | 604,487 |  |

----------------------------------------

Justice, 14th Court of Appeals District, Place 2

|  |  |  |  |
|---|---|---|---|
| Leslie Brock Yates | REP | 602,605 | 100.00% |
|  | Race Total | 602,605 |  |

----------------------------------------

Justice, 14th Court of Appeals District, Place 9

|  |  |  |  |
|---|---|---|---|
| Eva Guzman | REP | 610,124 | 100.00% |
|  | Race Total | 610,124 |  |

----------------------------------------

District Judge, 11th Judicial District

|  |  |  |  |
|---|---|---|---|
| Mark Davidson | REP | 602,206 | 100.00% |
|  | Race Total | 602,206 |  |

----------------------------------------

District Judge, 61st Judicial District

|  |  |  |  |
|---|---|---|---|
| John Donovan | REP | 600,593 | 100.00% |
|  | Race Total | 600,593 |  |

TA_002949

------------------------------------------
District Judge, 80th Judicial District

| | | | |
|---|---|---:|---:|
| Kent Sullivan | REP | 600,212 | 100.00% |
| | | ----------- | |
| | Race Total | 600,212 | |

------------------------------------------
District Judge, 125th Judicial District

| | | | |
|---|---|---:|---:|
| John Coselli | REP | 598,652 | 100.00% |
| | | ----------- | |
| | Race Total | 598,652 | |

------------------------------------------
District Judge, 127th Judicial District

| | | | |
|---|---|---:|---:|
| Sharolyn Wood | REP | 602,034 | 100.00% |
| | | ----------- | |
| | Race Total | 602,034 | |

------------------------------------------
District Judge, 129th Judicial District

| | | | |
|---|---|---:|---:|
| Grant Dorfman | REP | 597,268 | 100.00% |
| | | ----------- | |
| | Race Total | 597,268 | |

------------------------------------------
District Judge, 133rd Judicial District

| | | | |
|---|---|---:|---:|
| Lamar McCorkle | REP | 545,012 | 54.21% |
| Zone Nguyen | DEM | 460,283 | 45.78% |
| | | ----------- | |
| | Race Total | 1,005,295 | |

------------------------------------------
District Judge, 151st Judicial District

| | | | |
|---|---|---:|---:|
| Caroline E. Baker | REP | 602,236 | 100.00% |
| | | ----------- | |
| | Race Total | 602,236 | |

------------------------------------------
District Judge, 152nd Judicial District

| | | | |
|---|---|---:|---:|
| Ken Wise | REP | 598,520 | 100.00% |
| | | ----------- | |
| | Race Total | 598,520 | |

------------------------------------------
District Judge, 157th Judicial District (Unexpired) TA_002950

|  |  |  |  |
|---|---|---|---|
| Randy Wilson | REP | 595,466 | 100.00% |
|  | Race Total | 595,466 |  |

---

**District Judge, 164th Judicial District**

|  |  |  |  |
|---|---|---|---|
| Martha Hill Jamison | REP | 598,474 | 100.00% |
|  | Race Total | 598,474 |  |

---

**District Judge, 165th Judicial District**

|  |  |  |  |
|---|---|---|---|
| Elizabeth Ray | REP | 597,959 | 100.00% |
|  | Race Total | 597,959 |  |

---

**District Judge, 174th Judicial District**

|  |  |  |  |
|---|---|---|---|
| George H. Godwin | REP | 538,397 | 53.62% |
| Herb Ritchie | DEM | 465,620 | 46.37% |
|  | Race Total | 1,004,017 |  |

---

**District Judge, 176th Judicial District**

|  |  |  |  |
|---|---|---|---|
| Brian Rains | REP | 538,380 | 53.59% |
| Robert Voigt | DEM | 466,222 | 46.40% |
|  | Race Total | 1,004,602 |  |

---

**District Judge, 177th Judicial District**

|  |  |  |  |
|---|---|---|---|
| Devon Anderson | REP | 533,659 | 53.11% |
| Leslie M. Ribnik | DEM | 470,979 | 46.88% |
|  | Race Total | 1,004,638 |  |

---

**District Judge, 178th Judicial District**

|  |  |  |  |
|---|---|---|---|
| Bill Harmon | REP | 596,164 | 100.00% |
|  | Race Total | 596,164 |  |

---

TA_002951

6/30/12
Case 2:13-cv-00193 Document 732-13 Filed on 11/17/14 in TXSD Page 12 of 13
Case 1:12-cv-00128-RMC-DST-RLW Document 265-17 Filed 07/01/12 Page 12 of 150

District Judge, 179th Judicial District

| | | | |
|---|---|---:|---:|
| Mike Wilkinson | REP | 595,495 | 100.00% |
| | | ----------- | |
| | Race Total | 595,495 | |

-----------------------------------------

District Judge, 189th Judicial District (Unexpired)

| | | | |
|---|---|---:|---:|
| Bill Burke | REP | 532,172 | 52.88% |
| Bruce Mosier | DEM | 474,115 | 47.11% |
| | | ----------- | |
| | Race Total | 1,006,287 | |

-----------------------------------------

District Judge, 215th Judicial District

| | | | |
|---|---|---:|---:|
| Levi Benton | REP | 592,418 | 100.00% |
| | | ----------- | |
| | Race Total | 592,418 | |

-----------------------------------------

District Judge, 228th Judicial District (Unexpired)

| | | | |
|---|---|---:|---:|
| Marc Carter | REP | 539,323 | 53.77% |
| Randy Roll | DEM | 463,658 | 46.22% |
| | | ----------- | |
| | Race Total | 1,002,981 | |

-----------------------------------------

District Judge, 281st Judicial District (Unexpired)

| | | | |
|---|---|---:|---:|
| David Bernal | REP | 593,536 | 100.00% |
| | | ----------- | |
| | Race Total | 593,536 | |

-----------------------------------------

District Judge, 333rd Judicial District

| | | | |
|---|---|---:|---:|
| Joseph "Tad" Halbach | REP | 591,218 | 100.00% |
| | | ----------- | |
| | Race Total | 591,218 | |

-----------------------------------------

District Judge, 334th Judicial District

| | | | |
|---|---|---:|---:|
| Sharon McCally | REP | 524,198 | 52.07% |
| Kathy Stone | DEM | 482,385 | 47.92% |
| | | ----------- | |
| | Race Total | 1,006,583 | |

TA_002952

---

District Judge, 337th Judicial District

| | | | |
|---|---|---:|---:|
| Don Stricklin | REP | 592,925 | 100.00% |
| | | ----------- | |
| | Race Total | 592,925 | |

---

District Judge, 338th Judicial District

| | | | |
|---|---|---:|---:|
| Brock Thomas | REP | 592,632 | 100.00% |
| | | ----------- | |
| | Race Total | 592,632 | |

---

District Judge, 339th Judicial District

| | | | |
|---|---|---:|---:|
| Caprice Cosper | REP | 592,383 | 100.00% |
| | | ----------- | |
| | Race Total | 592,383 | |

---

District Judge, 351st Judicial District

| | | | |
|---|---|---:|---:|
| Mark Ellis | REP | 593,427 | 100.00% |
| | | ----------- | |
| | Race Total | 593,427 | |

---

Harris County District Attorney

| | | | |
|---|---|---:|---:|
| Chuck Rosenthal | REP | 565,492 | 55.10% |
| Reginald E. McKamie | DEM | 460,671 | 44.89% |
| | | ----------- | |
| | Race Total | 1,026,163 | |

## SOS Home Page  Election History Page  Election Home Page

For comments or suggestions, please e-mail webmaster@sos.state.tx.us

TA_002953