6/30/12

Case 2:13-cv-00193 Document 732-14 Filed on 11/17/14 in TXSD Page 1 of 9
Case 1:12-cv-00128-RMC-DST-RLW Document 205-7 Filed 07/01/12 Page 113 of 150

# Office of the Secretary of State

PX 097

# 2008 General Election

## DALLAS

2:13-cv-193
09/02/2014
**DEF0096**

### County Race Summary

| RACE NAME | PARTY | CANVASS VOTES | PERCENT |
|---|---|---|---|
| President/Vice-President | | | |
| John McCain/ Sarah Palin | REP | 310,000 | 41.97% |
| Barack Obama/ Joe Biden | DEM | 422,989 | 57.27% |
| Bob Barr/ Wayne A. Root | LIB | 4,361 | 0.59% |
| Chuck Baldwin/ Darrell L. Castle | W-I | 405 | 0.05% |
| Thaddaus Hill/ Gordon F. Bailey | W-I | 4 | 0.00% |
| Jonathan Allen/ Jeffrey D. Stath | W-I | 10 | 0.00% |
| Alan Keyes/ Marvin Sprouse, Jr. | W-I | 92 | 0.01% |
| Ralph Nader/ Matt Gonzalez | W-I | 517 | 0.07% |
| Cynthia McKinney/ Rosa Clemente | W-I | 75 | 0.01% |
| Brian Moore/ Stewart A. Alexander | W-I | 10 | 0.00% |
| | Race Total | 738,463 | |
| U. S. Senator | | | |
| John Cornyn | REP | 312,781 | 43.22% |
| Richard J. (Rick) Noriega | DEM | 396,354 | 54.77% |
| Yvonne Adams Schick | LIB | 14,478 | 2.00% |
| | Race Total | 723,613 | |
| U. S. Representative District 3 | | | |
| Sam Johnson | REP | 39,189 | 50.33% |
| Tom Daley | DEM | 37,087 | 47.63% |
| Christopher J. Claytor | LIB | 1,579 | 2.02% |

TA_002954

6/30/12
Case 1:12-cv-00128-RMC-DST-RLW Document 265-7 Filed 07/01/12 Page 114 of 150
Case 2:13-cv-00193 Document 732-14 Filed on 11/17/14 in TXSD Page 2 of 9

|  |  |  |  |
|---|---|---:|---:|
|  | Race Total | 77,855 |  |

### U. S. Representative District 5

|  |  |  |  |
|---|---|---:|---:|
| Jeb Hensarling | REP | 65,341 | 79.48% |
| Ken Ashby | LIB | 16,861 | 20.51% |
|  | Race Total | 82,202 |  |

### U. S. Representative District 24

|  |  |  |  |
|---|---|---:|---:|
| Kenny E. Marchant | REP | 60,355 | 49.94% |
| Tom Love | DEM | 57,010 | 47.17% |
| David A. Casey | LIB | 3,483 | 2.88% |
|  | Race Total | 120,848 |  |

### U. S. Representative District 26

|  |  |  |  |
|---|---|---:|---:|
| Michael C. Burgess | REP | 25 | 69.44% |
| Ken Leach | DEM | 8 | 22.22% |
| Stephanie B. Weiss | LIB | 3 | 8.33% |
|  | Race Total | 36 |  |

### U. S. Representative District 30

|  |  |  |  |
|---|---|---:|---:|
| Fred Wood | REP | 32,361 | 15.86% |
| Eddie Bernice Johnson | DEM | 168,249 | 82.48% |
| Jarrett Woods | LIB | 3,366 | 1.65% |
|  | Race Total | 203,976 |  |

### U. S. Representative District 32

|  |  |  |  |
|---|---|---:|---:|
| Pete Sessions | REP | 116,283 | 57.25% |
| Eric Roberson | DEM | 82,406 | 40.57% |
| Alex Bischoff | LIB | 4,421 | 2.17% |
|  | Race Total | 203,110 |  |

### Railroad Commissioner

TA_002955

Case 2:13-cv-00193 Document 732-14 Filed on 11/17/14 in TXSD Page 3 of 9
Case 1:12-cv-00128-RMC-DST-RLW Document 205-7 Filed 07/01/12 Page 115 of 150

|  |  |  |  |
|---|---|---:|---:|
| Michael L. Williams | REP | 292,300 | 41.59% |
| Mark Thompson | DEM | 388,477 | 55.27% |
| David Floyd | LIB | 22,014 | 3.13% |
| Race Total |  | 702,791 |  |

---

**Chief Justice, Supreme Court**

|  |  |  |  |
|---|---|---:|---:|
| Wallace B. Jefferson | REP | 292,415 | 41.37% |
| Jim Jordan | DEM | 395,234 | 55.92% |
| Tom Oxford | LIB | 19,028 | 2.69% |
| Race Total |  | 706,677 |  |

---

**Justice, Supreme Court, Place 7**

|  |  |  |  |
|---|---|---:|---:|
| Dale Wainwright | REP | 280,688 | 39.79% |
| Sam Houston | DEM | 406,857 | 57.68% |
| David G. Smith | LIB | 17,767 | 2.51% |
| Race Total |  | 705,312 |  |

---

**Justice, Supreme Court, Place 8**

|  |  |  |  |
|---|---|---:|---:|
| Phil Johnson | REP | 291,829 | 41.46% |
| Linda Reyna Yañez | DEM | 393,574 | 55.92% |
| Drew Shirley | LIB | 18,380 | 2.61% |
| Race Total |  | 703,783 |  |

---

**Judge, Court of Criminal Appeals Place 3**

|  |  |  |  |
|---|---|---:|---:|
| Tom Price | REP | 283,343 | 40.34% |
| Susan Strawn | DEM | 402,483 | 57.30% |
| Matthew E. Eilers | LIB | 16,519 | 2.35% |
| Race Total |  | 702,345 |  |

---

**Judge, Court of Criminal Appeals Place 4**

|  |  |  |  |
|---|---|---:|---:|
| Paul Womack | REP | 288,139 | 41.19% |
| J.R. Molina | DEM | 389,763 | 55.72% |

TA_002956

| | | | |
|---|---|---:|---:|
| Dave Howard | LIB | 21,535 | 3.07% |
| Race Total | | 699,437 | |

### Judge, Court of Criminal Appeals Place 9

| | | | |
|---|---|---:|---:|
| Cathy Cochran | REP | 342,125 | 76.23% |
| William Bryan Strange, III | LIB | 106,637 | 23.76% |
| Race Total | | 448,762 | |

### Member, State Board of Education, District 13

| | | | |
|---|---|---:|---:|
| Cindy Werner | REP | 70,267 | 24.77% |
| Mavis Best Knight | DEM | 213,401 | 75.22% |
| Race Total | | 283,668 | |

### State Senator, District 9

| | | | |
|---|---|---:|---:|
| Chris Harris | REP | 37,190 | 51.16% |
| Melvin Willms | DEM | 33,668 | 46.31% |
| Carl Nulsen | LIB | 1,828 | 2.51% |
| Race Total | | 72,686 | |

### State Senator, District 16

| | | | |
|---|---|---:|---:|
| John Carona | REP | 122,439 | 56.26% |
| Rain Levy Minns | DEM | 89,346 | 41.05% |
| Paul E. Osborn | LIB | 5,825 | 2.67% |
| Race Total | | 217,610 | |

### State Senator, District 23

| | | | |
|---|---|---:|---:|
| Royce West | DEM | 176,451 | 92.40% |
| Jim Renfro | LIB | 14,503 | 7.59% |
| Race Total | | 190,954 | |

### State Representative District 100

| | | | |
|---|---|---:|---:|
| Terri Hodge | DEM | 27,903 | 93.44% |

TA_002957

|  |  |  |  |
|---|---|---:|---:|
| Robert M. Pritchett | LIB | 1,958 | 6.55% |
|  |  | ----------- |  |
|  | Race Total | 29,861 |  |

---

**State Representative District 101**

|  |  |  |  |
|---|---|---:|---:|
| Mike Anderson | REP | 23,192 | 49.44% |
| Robert Miklos | DEM | 23,713 | 50.55% |
|  |  | ----------- |  |
|  | Race Total | 46,905 |  |

---

**State Representative District 102**

|  |  |  |  |
|---|---|---:|---:|
| Tony Goolsby | REP | 19,210 | 46.98% |
| Carol Kent | DEM | 21,675 | 53.01% |
|  |  | ----------- |  |
|  | Race Total | 40,885 |  |

---

**State Representative District 103**

|  |  |  |  |
|---|---|---:|---:|
| Rafael Anchia | DEM | 14,825 | 88.30% |
| David R. Mason | LIB | 1,963 | 11.69% |
|  |  | ----------- |  |
|  | Race Total | 16,788 |  |

---

**State Representative District 104**

|  |  |  |  |
|---|---|---:|---:|
| Roberto R. Alonzo | DEM | 16,655 | 100.00% |
|  |  | ----------- |  |
|  | Race Total | 16,655 |  |

---

**State Representative District 105**

|  |  |  |  |
|---|---|---:|---:|
| Linda Harper-Brown | REP | 19,857 | 48.72% |
| Bob Romano | DEM | 19,838 | 48.67% |
| James G. Baird | LIB | 1,061 | 2.60% |
|  |  | ----------- |  |
|  | Race Total | 40,756 |  |

---

**State Representative District 106**

|  |  |  |  |
|---|---|---:|---:|
| Karen Wiegman | REP | 16,362 | 42.26% |
| Kirk England | DEM | 21,484 | 55.49% |
| Gene Freeman | LIB | 869 | 2.24% |

TA_002958

|  |  |  |  |
|---|---|---:|---:|
|  | Race Total | 38,715 |  |

### State Representative District 107

|  |  |  |  |
|---|---|---:|---:|
| Bill Keffer | REP | 23,616 | 46.95% |
| Allen Vaught | DEM | 25,374 | 50.44% |
| Brandon Parsons | LIB | 1,309 | 2.60% |
|  | Race Total | 50,299 |  |

### State Representative District 108

|  |  |  |  |
|---|---|---:|---:|
| Dan Branch | REP | 33,442 | 60.60% |
| Emil Reichstadt | DEM | 21,737 | 39.39% |
|  | Race Total | 55,179 |  |

### State Representative District 109

|  |  |  |  |
|---|---|---:|---:|
| Helen Giddings | DEM | 59,472 | 94.15% |
| Kevin Jackson | LIB | 3,692 | 5.84% |
|  | Race Total | 63,164 |  |

### State Representative District 110

|  |  |  |  |
|---|---|---:|---:|
| Barbara Mallory-Caraway | DEM | 30,869 | 100.00% |
|  | Race Total | 30,869 |  |

### State Representative District 111

|  |  |  |  |
|---|---|---:|---:|
| Homer Fincannon | REP | 10,674 | 19.31% |
| Yvonne Davis | DEM | 43,685 | 79.05% |
| Tim Miles | LIB | 901 | 1.63% |
|  | Race Total | 55,260 |  |

### State Representative District 112

|  |  |  |  |
|---|---|---:|---:|
| Angie Chen Button | REP | 30,998 | 56.06% |
| Sandra Phuong Vule | DEM | 21,919 | 39.64% |
| Philip M. White | LIB | 2,372 | 4.29% |

TA_002959

|  |  |  |  |
|---|---|---|---|
|  | Race Total | 55,289 |  |

### State Representative District 113

| | | | |
|---|---|---|---|
| Joe Driver | REP | 29,938 | 58.50% |
| Eric Anthony Brandler | DEM | 21,232 | 41.49% |
| | Race Total | 51,170 | |

### State Representative District 114

| | | | |
|---|---|---|---|
| Will Hartnett | REP | 31,393 | 100.00% |
| | Race Total | 31,393 | |

### State Representative District 115

| | | | |
|---|---|---|---|
| Jim Jackson | REP | 35,635 | 81.17% |
| Preston Poulter | LIB | 8,262 | 18.82% |
| | Race Total | 43,897 | |

### Justice, 5th Court of Appeals District, Place 3

| | | | |
|---|---|---|---|
| Mary Murphy | REP | 314,611 | 45.25% |
| Don B. Chae | DEM | 380,647 | 54.74% |
| | Race Total | 695,258 | |

### Justice, 5th Court of Appeals District, Place 6

| | | | |
|---|---|---|---|
| David L. Bridges | REP | 302,027 | 43.59% |
| David Hanschen | DEM | 390,750 | 56.40% |
| | Race Total | 692,777 | |

### Justice, 5th Court of Appeals District, Place 8

| | | | |
|---|---|---|---|
| Kerry Fitzgerald | REP | 306,859 | 44.18% |
| Tina Yoo | DEM | 387,640 | 55.81% |
| | Race Total | 694,499 | |

TA_002960

6/30/12
Case 1:12-cv-00128-RMC-DST-RLW Document 265-7 Filed 07/01/12 Page 120 of 150
Case 2:13-cv-00193 Document 732-14 Filed on 11/17/14 in TXSD Page 8 of 9

---

District Judge, 14th Judicial District

| | | | |
|---|---|---|---|
| John McKinnon Fowler | REP | 291,039 | 41.92% |
| Eric V. Moyé | DEM | 403,212 | 58.07% |
| | | ----------- | |
| | Race Total | 694,251 | |

---

District Judge, 95th Judicial District

| | | | |
|---|---|---|---|
| James M. Stanton | REP | 291,787 | 42.10% |
| Ken Molberg | DEM | 401,251 | 57.89% |
| | | ----------- | |
| | Race Total | 693,038 | |

---

District Judge, 162nd Judicial District

| | | | |
|---|---|---|---|
| Mike Lee | REP | 287,152 | 41.31% |
| Lorraine Raggio | DEM | 407,798 | 58.68% |
| | | ----------- | |
| | Race Total | 694,950 | |

---

Criminal District Judge, Dallas County Number 2

| | | | |
|---|---|---|---|
| David Lewis | REP | 287,472 | 41.52% |
| Don Adams | DEM | 404,757 | 58.47% |
| | | ----------- | |
| | Race Total | 692,229 | |

---

Criminal District Judge, Dallas County Number 3

| | | | |
|---|---|---|---|
| Bill Fay | REP | 288,009 | 41.56% |
| Gracie Lewis | DEM | 404,955 | 58.43% |
| | | ----------- | |
| | Race Total | 692,964 | |

---

Criminal District Judge, Dallas County Number 4

| | | | |
|---|---|---|---|
| Steven Autry | REP | 288,338 | 41.44% |
| John Creuzot | DEM | 407,305 | 58.55% |
| | | ----------- | |
| | Race Total | 695,643 | |

TA_002961

6/30/12
Case 1:12-cv-00128-RMC-DST-RLW Document 265-7 Filed 07/01/12 Page 121 of 150
Case 2:13-cv-00193 Document 732-14 Filed on 11/17/14 in TXSD Page 9 of 9

**SOS Home Page** **Election History Page** **Election Home Page**

**For comments or suggestions, please e-mail** webmaster@sos.state.tx.us

TA_002962