# Office of the Secretary of State



Race Summary Report

# 2013 Constitutional Amendment Election

### 11/5/2013

| RACE NAME | PARTY | CANVASS VOTES | PERCENT |
|---|---|---|---|
| Prop 1 Ad valorem tax exempt of homestead for one's spouse killed in action | | | |
|     IN FAVOR | | 999,724 | 86.98% |
|     AGAINST | | 149,613 | 13.01% |
|     Race Total | | 1,149,337 | |
| Prop 2 Eliminate the State Medical Board and its Education Fund | | | |
|     IN FAVOR | | 950,046 | 84.69% |
|     AGAINST | | 171,666 | 15.30% |
|     Race Total | | 1,121,712 | |
| Prop 3 Extend # of days that aircraft parts are exempt from ad valorem tax | | | |
|     IN FAVOR | | 626,602 | 57.73% |
|     AGAINST | | 458,767 | 42.26% |
|     Race Total | | 1,085,369 | |
| Prop 4 Exempt from ad valorem tax of donated home to a disabled vet | | | |
|     IN FAVOR | | 965,377 | 85.14% |
|     AGAINST | | 168,435 | 14.85% |
|     Race Total | | 1,133,812 | |

**Prop 5 Authorize reverse mortgage loans when purchasing homestead property**

| | | |
|---|---:|---:|
| IN FAVOR | 683,402 | 62.60% |
| AGAINST | 408,197 | 37.39% |
| Race Total | 1,091,599 | |

---

**Prop 6 Create a State Water Implementation Fund**

| | | |
|---|---:|---:|
| IN FAVOR | 839,369 | 73.34% |
| AGAINST | 304,981 | 26.65% |
| Race Total | 1,144,350 | |

---

**Prop 7 Authorize home-rule cities to fill vacancy procedures in charter**

| | | |
|---|---:|---:|
| IN FAVOR | 809,844 | 74.38% |
| AGAINST | 278,878 | 25.61% |
| Race Total | 1,088,722 | |

---

**Prop 8 Repeal TX Constitution's max tax rate for a Hidalgo Co hosp district**

| | | |
|---|---:|---:|
| IN FAVOR | 743,510 | 72.36% |
| AGAINST | 283,933 | 27.63% |
| Race Total | 1,027,443 | |

---

**Prop 9 Expand potential sanctions against a judge or justice**

| | | |
|---|---:|---:|
| IN FAVOR | 925,509 | 84.65% |
| AGAINST | 167,825 | 15.34% |
| Race Total | 1,093,334 | |

**SOS Home Page   Election History Page   Election Home Page**

For comments or suggestions, please e-mail webmaster@sos.state.tx.us