# Office of the Secretary of State

2:13-cv-193
09/02/2014
DEF0099

Race Summary Report

## 2014 Democratic Party Primary Runoff

### 5/27/2014

| RACE NAME | PARTY | CANVASS VOTES | PERCENT |
|---|---|---:|---:|
| **U.S. Senator** | | | |
| David M. Alameel | DEM | 145,227 | 72.15% |
| Kesha Rogers | DEM | 56,056 | 27.84% |
| | | ----------- | |
| | Race Total | 201,283 | |
| ---------------------------------------- | | | |
| **Commissioner of Agriculture** | | | |
| Richard "Kinky" Friedman | DEM | 91,282 | 46.29% |
| Jim Hogan | DEM | 105,887 | 53.70% |
| | | ----------- | |
| | Race Total | 197,169 | |
| ---------------------------------------- | | | |
| **Member, State Board of Education, District 13** | | | |
| Erika Beltran | DEM | 13,159 | 66.52% |
| Andrea Hilburn | DEM | 6,622 | 33.47% |
| | | ----------- | |
| | Race Total | 19,781 | |
| ---------------------------------------- | | | |
| **State Representative District 76** | | | |
| Cesar Blanco | DEM | 4,258 | 68.08% |
| Norma Chavez | DEM | 1,996 | 31.91% |
| | | ----------- | |
| | Race Total | 6,254 | |
| ---------------------------------------- | | | |
| **State Representative District 105** | | | |
| Terry Meza | DEM | 372 | 25.40% |
| Susan Motley | DEM | 1,092 | 74.59% |
| | | ----------- | |

|  |  | Race Total | 1,464 |  |
|---|---|---|---|---|
| **District Judge, 45th Judicial District** |  |  |  |  |
| John Bustamante | DEM |  | 8,055 | 51.31% |
| Laura Flores Macom | DEM |  | 7,642 | 48.68% |
|  |  | Race Total | 15,697 |  |
| **District Judge, 205th Judicial District** |  |  |  |  |
| Daniel "Danny" Anchondo | DEM |  | 8,271 | 45.16% |
| Francisco X. Dominguez | DEM |  | 10,040 | 54.83% |
|  |  | Race Total | 18,311 |  |
| **District Judge, 218th Judicial District** |  |  |  |  |
| Carrie Moy | DEM |  | 2,057 | 56.09% |
| Sylvia Rodriguez | DEM |  | 1,610 | 43.90% |
|  |  | Race Total | 3,667 |  |
| **District Judge, 252nd Judicial District** |  |  |  |  |
| Stella Batiste-Morrison | DEM |  | 3,565 | 43.77% |
| Raquel West | DEM |  | 4,578 | 56.22% |
|  |  | Race Total | 8,143 |  |
| **District Judge, 275th Judicial District** |  |  |  |  |
| Fidencio Guerra, Jr. | DEM |  | 2,114 | 26.39% |
| Juan R. Partida(I) | DEM |  | 5,896 | 73.60% |
|  |  | Race Total | 8,010 |  |

**SOS Home Page** **Election History Page** **Election Home Page**

**For comments or suggestions, please e-mail webmaster@sos.state.tx.us**

# Office of the Secretary of State

Race Summary Report

## 2014 Republican Party Primary Runoff

### 5/27/2014

| RACE NAME | PARTY | CANVASS VOTES | PERCENT |
|---|---|---|---|
| **U. S. Representative District 4** | | | |
| Ralph M. Hall(I) | REP | 19,899 | 47.18% |
| John Ratcliffe | REP | 22,271 | 52.81% |
| Race Total | | 42,170 | |
| **U. S. Representative District 23** | | | |
| Francisco "Quico" Canseco | REP | 5,930 | 40.53% |
| Will Hurd | REP | 8,699 | 59.46% |
| Race Total | | 14,629 | |
| **U. S. Representative District 36** | | | |
| Brian Babin | REP | 19,301 | 57.83% |
| Ben Streusand | REP | 14,069 | 42.16% |
| Race Total | | 33,370 | |
| **Lieutenant Governor** | | | |
| David Dewhurst(I) | REP | 263,194 | 34.96% |
| Dan Patrick | REP | 489,586 | 65.03% |
| Race Total | | 752,780 | |
| **Attorney General** | | | |
| Dan Branch | REP | 269,098 | 36.58% |
| Ken Paxton | REP | 466,407 | 63.41% |

|  |  |  |  |
|---|---|---|---|
|  | Race Total | 735,505 |  |

**Comptroller of Public Accounts**

| Glenn Hegar | REP | 0 | % |
|---|---|---|---|
|  | Race Total | 0 |  |

**Commissioner of Agriculture**

| Tommy Merritt | REP | 320,835 | 46.79% |
|---|---|---|---|
| Sid Miller | REP | 364,756 | 53.20% |
|  | Race Total | 685,591 |  |

**Railroad Commissioner**

| Wayne Christian | REP | 298,659 | 42.73% |
|---|---|---|---|
| Ryan Sitton | REP | 400,259 | 57.26% |
|  | Race Total | 698,918 |  |

**Member, State Board of Education, District 11**

| Patricia "Pat" Hardy(I) | REP | 32,973 | 58.68% |
|---|---|---|---|
| Eric Mahroum | REP | 23,211 | 41.31% |
|  | Race Total | 56,184 |  |

**State Senator, District 2**

| Bob Deuell(I) | REP | 17,933 | 49.58% |
|---|---|---|---|
| Bob Hall | REP | 18,233 | 50.41% |
|  | Race Total | 36,166 |  |

**State Senator, District 10**

| Konni Burton | REP | 17,435 | 60.22% |
|---|---|---|---|
| Mark M. Shelton | REP | 11,515 | 39.77% |
|  | Race Total | 28,950 |  |

**State Representative District 10**

| T.J. Fabby | REP | 5,363 | 47.06% |
|---|---|---|---|
| John Wray | REP | 6,031 | 52.93% |

|  |  |  |  |
|---|---|---:|---:|
|  | Race Total | 11,394 |  |

**State Representative District 16**

|  |  |  |  |
|---|---|---:|---:|
| Will Metcalf | REP | 8,914 | 62.06% |
| Ted Seago | REP | 5,448 | 37.93% |
|  | Race Total | 14,362 |  |

**State Representative District 53**

|  |  |  |  |
|---|---|---:|---:|
| Rob Henneke | REP | 6,100 | 39.38% |
| Andrew S. Murr | REP | 9,387 | 60.61% |
|  | Race Total | 15,487 |  |

**State Representative District 58**

|  |  |  |  |
|---|---|---:|---:|
| DeWayne Burns | REP | 5,142 | 53.41% |
| Philip Eby | REP | 4,485 | 46.58% |
|  | Race Total | 9,627 |  |

**State Representative District 66**

|  |  |  |  |
|---|---|---:|---:|
| Glenn Callison | REP | 3,886 | 45.72% |
| Matt Shaheen | REP | 4,612 | 54.27% |
|  | Race Total | 8,498 |  |

**State Representative District 102**

|  |  |  |  |
|---|---|---:|---:|
| Stefani Carter(I) | REP | 3,407 | 40.17% |
| Linda Koop | REP | 5,073 | 59.82% |
|  | Race Total | 8,480 |  |

**State Representative District 108**

|  |  |  |  |
|---|---|---:|---:|
| Morgan Meyer | REP | 8,551 | 74.44% |
| Chart Westcott | REP | 2,935 | 25.55% |
|  | Race Total | 11,486 |  |

**State Representative District 129**

```
        Sheryl Berg                     REP          3,767    47.65%
        Dennis Paul                     REP          4,138    52.34%
                                                    ----------
                                        Race Total   7,905

----------------------------------------
State Representative District 132
        Ann Hodge                       REP          1,655    32.41%
        Mike Schofield                  REP          3,450    67.58%
                                                    ----------
                                        Race Total   5,105

----------------------------------------
District Judge, 86th Judicial District
        Casey Blair                     REP          3,511    58.14%
        Wade Gent                       REP          2,527    41.85%
                                                    ----------
                                        Race Total   6,038

----------------------------------------
District Judge, 144th Judicial District
        Tanner Neidhardt                REP         14,195    45.25%
        Lorina Rummel                   REP         17,170    54.74%
                                                    ----------
                                        Race Total  31,365

----------------------------------------
District Judge, 212th Judicial District
        Patricia Grady                  REP          6,979    51.37%
        Bret Griffin                    REP          6,605    48.62%
                                                    ----------
                                        Race Total  13,584

----------------------------------------
District Judge, 247th Judicial District
        John Schmude                    REP         42,858    51.62%
        M L Walker                      REP         40,153    48.37%
                                                    ----------
                                        Race Total  83,011

----------------------------------------
District Judge, 258th Judicial District
        Shelly Bush Sitton              REP          3,254    44.93%
        E.L. "Ernie" McClendon          REP          3,988    55.06%
                                                    ----------
                                        Race Total   7,242
```

------------------------------------------

### District Judge, 306th Judicial District

| | | | |
|---|---|---|---|
| Anne B. Darring | REP | 6,968 | 54.49% |
| Wilfried Schmitz | REP | 5,819 | 45.50% |
| | Race Total | 12,787 | |

------------------------------------------

### District Judge, 311th Judicial District

| | | | |
|---|---|---|---|
| Alicia Franklin | REP | 65,204 | 77.44% |
| Denise Pratt(I) | REP | 18,993 | 22.55% |
| | Race Total | 84,197 | |

------------------------------------------

### Criminal District Attorney Denton County

| | | | |
|---|---|---|---|
| Karen Alexander | REP | 9,299 | 44.02% |
| Paul Johnson(I) | REP | 11,825 | 55.97% |
| | Race Total | 21,124 | |

**SOS Home Page** **Election History Page** **Election Home Page**

**For comments or suggestions, please e-mail webmaster@sos.state.tx.us**