DPS HOME      SERVICES      EMPLOYMENT      ABOUT US

Search DPS  🔍

**Driver License & ID Card**

Driver License Home
Renew
Change Address
Office Locations
Customer Service

# Residency Requirement for Driver Licenses and ID Cards

You must prove that either your residence or your domicile is in Texas and that you have lived here for at least 30 days in order to apply for an original Texas noncommercial driver license or ID card.

> Requirements for **commercial driver licenses (CDLs)** are different.

A "residence" is the place where you normally live, live most of the time or return to after temporary absences. A "domicile" is your true, fixed and permanent home. If either your residence or domicile is in Texas, you meet this requirement for a driver license or ID. (For example, college students may reside in another state while at school, but still have a Texas domicile if their parents live here.)

## Proving Residency

You must prove your Texas residency by showing two acceptable documents that contain your name and residential address. One of the documents must prove that you have lived in Texas for at least 30 days, **unless** you are surrendering a valid, unexpired driver license from another state; then the 30 day requirement is waived.

**Note:** If you are younger than 18, your parent or legal guardian must prove Texas residency in order for you to get a Texas driver license.

If you are unable to provide two acceptable documents (for example, if you live with someone but are not listed on the lease), you may be eligible to complete a Texas Residency Affidavit.

## Documents That Prove Residency

These documents prove residency for a noncommercial driver license or ID card:

- Current deed, mortgage, monthly mortgage statement, mortgage payment booklet or a residential rental/lease agreement
- Valid, unexpired Texas voter registration card
- Texas motor vehicle registration or title
- Texas boat registration or title
- Texas concealed handgun license
- Utility statement (including electric, water, natural gas, satellite TV, cable TV or noncellular phone bill) dated within 90 days of the date of application

2:13-cv-193
09/02/2014
**DEF0106**
exhibitsticker.com

PX 106

- Selective Service card

- Current homeowner's or renter's insurance policy or homeowner's or renter's insurance statement

- Current automobile insurance policy or an automobile insurance statement

- Texas high school, college or university report card or transcript for the current school year

- W-2 or 1099 tax form from the current tax year

- Mail from financial institutions; including checking, savings, investment account and credit card statements dated within 90 days of the date of application

- Mail from a federal, state, county or city government agency dated within 90 days of the date of application

- Current automobile payment booklet

- Current documents issued by the U.S. military indicating residence address

- Document from the Texas Department of Criminal Justice indicating the applicant's recent release or parole

- Medical or health card

- Preprinted paycheck or payment stub dated within 90 days of the date of application

- Current Form DS2019, I-20 or a document issued by U.S. Citizenship and Immigration Services

**NOTE**: The two documents must be issued by different companies or agencies. For example, you cannot use both a water bill and electricity bill from the same company.

## Address Confidentiality

The residency requirement is waived for people who are authorized to use alternative addresses under the following circumstances:

- Those who are subject to the address confidentiality program administered by the Office of the Attorney General.

- Those who are currently incarcerated in a Texas Department of Criminal Justice facility.

- Those who are judges or spouses of judges.

Peace officers using alternative addresses must still prove Texas residency, even though their driver licenses may show alternative addresses. They must show that their mailing addresses meet Texas residency requirements.

## Statutory Authority

The laws that allow DPS to require proof of residence in order to apply for a driver license or ID card are **37 Texas Administrative Code, Section 15.49** and **Texas Transportation Code, Section 521.1426**.

**Election Identification Certificate**

While the regulations regarding the issuance of an election identification certificate have been adopted, the program will not be implemented until preclearance authorization is obtained. The administrative rules requiring proof of domicile found in 37 Tex.  Admin. Code §15.49 are not applicable to the election identification certificate process and apply only to the  issuance process for driver licenses and identification certificates, commonly referred to as ID cards, issued under Texas Transportation Code, Chapter 521. The election identification certificate will be issued pursuant to Texas Transportation Code, Chapter 521A and a separate set of administrative rules that are set forth at 37 Tex. Amin. Code §§15.181-185. These are the only administrative rules applicable to the election identification certificate process and do not contain a proof of domicile requirement. An applicant for an election identification certificate will not be required to provide proof of domicile as required for an applicant for a driver license or standard identification certificate.

When preclearance authorization is obtained, the Department will publish additional information and guidance to the public regarding the process to obtain an Election Identification Certificate.



| Accessibility | Site Policies | TRAIL | TSIEC | Report Fraud, Waste or Abuse | American Recovery and Reinvestment ACT |
| Outlook Web Access | ETA Time Entry | Texas Homeland Security | Public Information Act | Compact with Texans | Espanol |
| The Governor's Committee on People with Disabilities | Personnel Complaint Process (Espanol) | Customer Survey |
| Texas Fusion Center Privacy Policy | texas.gov |

© 2000-2011 Texas Department of Public Safety.