## NOTICE OF INTENT

**Tuesday**
**May 8, 2007**

**SJR 17 (CS)**                    **Hegar**
Proposing a constitutional amendment authorizing the legislature to provide that the maximum appraised value of a residence homestead for ad valorem taxation is limited to the lesser of the most recent market value of the residence homestead as determined by the appraisal entity or 110 percent, or a greater percentage, of the appraised value of the residence homestead for the preceding tax year.
*Committee report printed and distributed 06:15 PM, 05/04/07*

**SCR 49 (LC)**                    **Ellis/ et al.**
Granting certain persons permission to sue the State of Texas and the Texas Youth Commission.
*Committee report printed and distributed 03:23 PM, 04/19/07*

**SCR 60 (LC)**                    **Averitt**
Urging Congress to maintain the states as the sole regulators of the business of insurance and to oppose the establishment of a federal insurance regulatory system.
*Committee report printed and distributed 03:10 PM, 05/01/07*

**SB 49 (CS)**                    **Zaffirini/ et al.**
Relating to exempting books purchased by university and college students from the sales tax for a limited period.
*Committee report printed and distributed 02:42 PM, 05/04/07*

**SB 137 (CS) (LC)**              **Nelson**
Relating to the prohibition of signs on certain roads.
*Committee report printed and distributed 04:29 PM, 03/27/07*

**SB 154 (CS)**                    **Wentworth**
Relating to an offense of using a wireless communication device while operating a motor vehicle.
*Committee report printed and distributed 12:44 PM, 05/01/07*

**SB 230 (LC)**                    **Harris**
Relating to the notification required when certain school students who engage in certain criminal conduct transfer to a new school.
*Committee report printed and distributed 04:24 PM, 05/04/07*

**SB 248 (LC)**                    **Ellis/ et al.**
Relating to a motor vehicle passing a bicyclist; providing penalties.
*Committee report printed and distributed 01:45 PM, 02/19/07*



2:13-cv-193
09/02/2014
DEF0107

**SB 270 (CS)**                    **Wentworth/ et al.**
Relating to mandatory sales price disclosure in certain real property sales; providing a civil penalty.
*Committee report printed and distributed 08:54 PM, 05/03/07*

**SB 357 (CS)**                    **Jackson, Mike**
Relating to the establishment of a program by the Department of Agriculture to make grants to encourage the construction of facilities that generate electric energy with certain types of agricultural residues, waste, debris, or crops.
*Corrected Comm. report printed and distributed 11:30 AM, 05/01/07*

**SB 610 (CS) (LC)**              **Duncan**
Relating to the boundaries, powers, and governance of the Salt Fork Water Quality District.
*Committee report printed and distributed 08:41 PM, 05/03/07*

**SB 700 (CS)**                    **Lucio**
Relating to state agency rules affecting small businesses.
*Committee report printed and distributed 07:27 PM, 05/03/07*



PX 400

**SB 750 (CS)**                          **Deuell/ et al.**
Relating to the creation of the Office of State Inspector General.
*Committee report printed and distributed 10:34 PM, 04/16/07*

**SB 822 (CS) (LC)**                     **Wentworth**
Relating to the creation of the atmosphere modification research program and center and the administration of the weather modification and control program.
*Committee report printed and distributed 04:17 PM, 04/27/07*

**SB 911 (CS) (LC)**                     **Estes**
Relating to the continuation and operation of the Texas Animal Health Commission; providing penalties.
*Committee report printed and distributed 02:43 PM, 04/26/07*

**SB 919 (CS) (LC)**                     **Harris**
Relating to the creation of The Lakes Municipal Utility and Management District of Tarrant County; providing the authority to issue bonds and impose taxes.
*Committee report printed and distributed 10:31 AM, 05/04/07*

**SB 922 (CS)**                          **Watson/ et al.**
Relating to regional or local health care programs for employees of small employers.
*Committee report printed and distributed 08:52 PM, 05/03/07*

**SB 933 (LC)**                          **Jackson, Mike/ et al.**
Relating to the eligibility of certain Texas Rangers for burial in the State Cemetery.
*Committee report printed and distributed 12:51 PM, 05/01/07*

**SB 1016**                              **West, Royce**
Relating to providing a method for assessing the annual improvement in achievement of public school students on certain assessment instruments.
*Committee report printed and distributed 04:59 PM, 05/02/07*

**SB 1045**                              **Wentworth**
Relating to providing that a performance evaluation of the commissioner of higher education or of a chancellor or university president is confidential.
*Committee report printed and distributed 04:30 PM, 05/02/07*

**SB 1071 (CS) (LC)**          **Janek**
Relating to the creation of Cade Ranch Water Control and Improvement District No. 1 of Galveston County; providing authority to impose a tax and issue bonds; granting the power of eminent domain.
*Committee report printed and distributed 07:18 PM, 05/03/07*

**SB 1083 (CS) (LC)**          **Carona**
Relating to authorizing a judge or justice of the peace to request and obtain a copy of certain defendants' driving records from the Department of Public Safety of the State of Texas using TexasOnline.
*Committee report printed and distributed 04:29 PM, 05/04/07*

**SB 1095 (CS) (LC)**          **Uresti/ et al.**
Relating to a study on increasing the number of medical residency programs, medical residents, and physicians practicing medical specialties in this state.
*Committee report printed and distributed 12:37 PM, 05/04/07*

**SB 1101 (CS)**                         **Duncan**
Relating to the reporting and disclosure of financial arrangements between referring health care providers and diagnostic imaging providers; providing penalties.
*Committee report printed and distributed 04:02 PM, 04/27/07*
**(On Third Reading)**

**SB 1102 (CS)**                         **Duncan**
Relating to financial accounting and reporting for this state and political subdivisions of this state.
*Committee report printed and distributed 07:51 PM, 04/24/07*

**SB 1229 (CS) (LC)**          **Gallegos**
Relating to certain shipments by package stores and wine only package stores to customers.
*Committee report printed and distributed 05:57 PM, 04/20/07*

**SB 1285 (CS) (LC)**          **Van de Putte**
Relating to training for peace officers relating to the trafficking of persons.
*Committee report printed and distributed 01:55 PM, 05/07/07*

**SB 1465 (CS)**          **West, Royce**
Relating to the authority of the attorney general to bring suit on behalf of individuals injured by unlawful practices in restraint of trade.
*Committee report printed and distributed 02:33 PM, 05/04/07*

**SB 1483 (LC)**          **Lucio**
Relating to eviction suits in justice courts.
*Committee report printed and distributed 04:18 PM, 05/03/07*

**SB 1484 (CS) (LC)**          **Lucio**
Relating to the provision of accounting statements by a seller who finances the sale of residential real property owned by the seller; providing a civil penalty.
*Committee report printed and distributed 02:29 PM, 05/04/07*

**SB 1498 (CS) (LC)**          **Zaffirini**
Relating to the eligibility of certain counties to adopt a civil service system.
*Committee report printed and distributed 10:31 AM, 05/04/07*

**SB 1575**          **Wentworth**
Relating to the issuance of obligations by political subdivisions to pay unfunded liabilities for certain retirement benefits of officers and employees of the political subdivisions.
*Committee report printed and distributed 11:21 AM, 04/11/07*

**SB 1637 (LC)**          **Williams**
Relating to a small employer health benefit plan premium assistance program.
*Committee report printed and distributed 08:50 PM, 04/25/07*

**SB 1638 (CS)**          **Williams**
Relating to the calculation of certain tax rates and certain notice requirements for local taxing jurisdictions.
*Committee report printed and distributed 01:03 PM, 05/04/07*

**SB 1643 (CS)**          **Shapiro**
Relating to educator preparation programs and to training, continuing education, appraisal, and employment of public school teachers and administrators.
*Committee report printed and distributed 09:29 PM, 04/19/07*

**SB 1647 (CS) (LC)**          **Duncan**
Relating to certain election practices and procedures, including provisions relating to the conduct of elections, voting systems, and recounts.
*Committee report printed and distributed 11:12 PM, 04/30/07*

**SB 1687 (CS)**          **Watson**
Relating to emission reduction strategies for greenhouse gases.
*Committee report printed and distributed 07:30 PM, 05/03/07*

**SB 1693 (CS) (LC)**          **Nelson/ et al.**
Relating to the creation of inland port authorities; providing authority to impose a tax and issue bonds.
*Committee report printed and distributed 10:31 AM, 05/04/07*

**SB 1738 (CS) (LC)**          **West, Royce**
Relating to the power of a licensing authority to revoke, suspend, or deny a license on the basis of certain criminal proceedings.
*Committee report printed and distributed 06:51 PM, 04/26/07*

**SB 1785 (CS)**          **Averitt**
Relating to the implementation of clean energy projects in this state, including certain tax exemptions and rollbacks.
*Committee report printed and distributed 01:45 PM, 04/26/07*

**SB 1866 (CS) (LC)**          **Zaffirini**
Relating to an exemption from cost limits specified for certain medical assistance waiver programs administered by the Department of Aging and Disability Services.
*Committee report printed and distributed 11:57 AM, 05/04/07*

**SB 1895 (LC)**          **Uresti**
Relating to the regulation of certain water wells by the Brewster County Groundwater Conservation District.
*Committee report printed and distributed 01:59 PM, 05/02/07*

**SB 1924**          **Gallegos/ et al.**
Relating to the establishment of an air pollutant watch list and associated reports for the purpose of controlling the emissions of air contaminants under the Texas Clean Air Act.
*Committee report printed and distributed 09:11 PM, 04/19/07*

**SB 1929 (CS)**          **Carona**
Relating to transportation infrastructure in this state; providing penalties; authorizing the issuance of bonds; making an appropriation.
*Committee report printed and distributed 08:09 PM, 05/01/07*

**SB 1978 (LC)**          **Janek**
Relating to the powers and duties of the Fort Bend County Levee Improvement District No. 19; providing authority to impose a tax and issue bonds.
*Committee report printed and distributed 11:36 AM, 05/03/07*

**SB 1989 (LC)**          **Hegar**
Relating to the powers and duties of the Cinco Southwest Municipal Utility District No. 4; providing authority to impose a tax and issue bonds.
*Committee report printed and distributed 07:21 PM, 05/03/07*

**SB 1991 (LC)**          **Hegar**
Relating to the powers and duties of the Fort Bend County Municipal Utility District No. 58; providing authority to impose a tax and issue bonds.
*Committee report printed and distributed 11:31 AM, 05/03/07*

**SB 1999 (CS) (LC)**          **Jackson, Mike**
Relating to the creation of the NASA Area Management District; providing authority to impose an assessment, impose a sales and use tax, and issue bonds.
*Committee report printed and distributed 06:57 PM, 05/03/07*

**SB 2003 (CS) (LC)**          **Estes**
Relating to the creation of the King's Crossing Municipal Utility District of Grayson County; providing authority to impose a tax and issue bonds; granting the power of eminent domain.
*Committee report printed and distributed 07:16 PM, 05/04/07*

**SB 2004 (CS) (LC)**          **Estes**
Relating to the creation of the Denton County Municipal Utility District No. 7; providing authority to impose a tax and issue bonds; granting the power of eminent domain.
*Committee report printed and distributed 07:27 PM, 05/04/07*

**SB 2019 (LC)**          **Uresti**
Relating to the regulation of certain water wells by the Presidio County Underground Water Conservation District.
*Committee report printed and distributed 02:07 PM, 05/02/07*

**SB 2032 (CS)**          **Ellis**
Relating to the boundaries and board of directors of Harris County Improvement District No. 6.
*Committee report printed and distributed 09:06 PM, 05/03/07*

**SB 2037 (CS) (LC)**          **Ogden**
Relating to the ability of the attorney general to offer assistance to a prosecuting attorney.
*Committee report printed and distributed 07:09 PM, 05/03/07*

**SB 2040 (CS) (LC)**          **Jackson, Mike**

Relating to coverage for bariatric surgical procedures for certain state employees.
*Committee report printed and distributed 08:56 PM, 05/03/07*


**HB 119 (LC)**          **Brown, Fred**          **SP: Ogden**

Relating to the exemption from competitive bidding for certain purchases.
*Committee report printed and distributed 01:28 PM, 05/01/07*
**(On Third Reading)**


**HB 218 (CS)**          **Brown, Betty/ Berman/ Bohac/**          **SP: Fraser/ et al.**
                         **Riddle/ et al.**

Relating to requiring a voter to present proof of identification.
*Committee report printed and distributed 03:18 PM, 05/01/07*


**HB 233 (LC)**          **Ritter/ Howard, Charlie/ Merritt/**          **SP: Estes**
                         **Guillen/ Farabee/ et al.**

Relating to a waiver or reduction of concealed handgun license fees for certain members and veterans of the military.
*Committee report printed and distributed 12:17 PM, 04/26/07*


**HB 246 (CS) (LC)**          **Alonzo**          **SP: Zaffirini**

Relating to reports on cases of acquired immune deficiency syndrome and human immunodeficiency virus infection.
*Committee report printed and distributed 11:47 AM, 05/04/07*


**HB 416 (CS) (LC)**          **Strama/ King, Susan/ Howard,**          **SP: Watson/ et al.**
                             **Donna/ et al.**

Relating to providing for restroom access for persons with certain medical conditions; providing a criminal penalty.
*Committee report printed and distributed 12:32 PM, 05/04/07*


**HB 585**          **Laubenberg**          **SP: Deuell**

Relating to the jurisdiction of a probate court in certain guardianship proceedings.
*Committee report printed and distributed 04:08 PM, 05/03/07*


**HB 630 (LC)**          **King, Phil/ Veasey/ Orr**          **SP: Estes**

Relating to notice to a surface owner by an oil or gas well operator of the issuance of a permit for certain oil and gas operations.
*Committee report printed and distributed 06:54 PM, 05/03/07*


**HB 679 (LC)**          **Swinford**          **SP: Seliger**

Relating to the validation of governmental acts and proceedings of the Downtown Midland Management District.
*Committee report printed and distributed 07:44 PM, 04/30/07*


**HB 680 (LC)**          **Swinford**          **SP: Seliger**

Relating to the sale of certain small municipal parks.
*Committee report printed and distributed 11:27 AM, 05/03/07*


**HB 716 (CS)**          **Solomons/ Anchia/ Flynn/**          **SP: Averitt**
                         **McCall/ Orr/ et al.**

Relating to mortgage fraud; providing criminal penalties.
*Committee report printed and distributed 04:42 PM, 05/03/07*


**HB 732 (LC)**          **Krusee**          **SP: Ogden**

Relating to recording requirements for certain documents.
*Committee report printed and distributed 05:37 PM, 05/03/07*


**HB 770 (LC)**          **Dutton/ Guillen**          **SP: Lucio**

Relating to requiring the Texas Department of Criminal Justice to provide notice to certain persons of the right to vote.
*Committee report printed and distributed 07:04 PM, 04/30/07*

**HB 776 (CS) (LC)**          **Dutton**                    **SP: Janek**
Relating to the delivery of a child taken into custody under the juvenile justice system to a school official.
*Committee report printed and distributed 12:09 PM, 05/04/07*


**HB 991**                    **Rose/ Gattis/ Leibowitz/ Hughes/**    **SP: Deuell**
                              **et al.**
Relating to the confidentiality of certain records maintained by the Department of Public Safety regarding persons licensed to carry a concealed handgun.
*Committee report printed and distributed 02:10 PM, 05/03/07*


**HB 1244 (LC)**              **Kuempel**                   **SP: Williams**
Relating to contributions to, benefits from, and the administration of the Texas Municipal Retirement System.
*Committee report printed and distributed 03:32 PM, 05/04/07*


**HB 1396 (CS) (LC)**         **Dukes/ Coleman**            **SP: Zaffirini**
Relating to the Office for the Elimination of Health Disparities and the health disparities task force.
*Committee report printed and distributed 11:36 AM, 05/04/07*


**HB 1416 (LC)**              **Corte, Frank/ et al.**      **SP: Van de Putte**
Relating to the authority of the Veterans' Land Board to sell certain loans issued by the Veterans' Land Board.
*Committee report printed and distributed 12:15 PM, 04/26/07*


**HB 1491 (LC)**              **Woolley**                   **SP: Williams**
Relating to disclosure of certain relationships with local government officers.
*Committee report printed and distributed 05:22 PM, 05/03/07*


**HB 1852 (CS) (LC)**         **Corte, Frank**              **SP: Van de Putte**
Relating to the authority of a county to regulate the installation and use of lighting in certain areas.
*Committee report printed and distributed 12:00 PM, 04/27/07*


**HB 1853 (LC)**              **Corte, Frank**              **SP: Van de Putte**
Relating to exempting certain state agencies from certain laws relating to real property transactions.
*Committee report printed and distributed 11:57 AM, 04/27/07*


**HB 1922**                   **Kolkhorst/ Heflin/ Menendez/**    **SP: Shapiro**
                              **Aycock/ Darby/ et al.**
Relating to eligibility of school districts for state assistance with payment of existing debt.
*Committee report printed and distributed 05:05 PM, 05/02/07*


**HB 1947**                   **Hodge/ Anchia/ Branch/ Giddings**   **SP: West, Royce**
Relating to the designation of the structure on Interstate 30 connecting the east and west levee of the Trinity River as the Margaret McDermott Bridge.
*Committee report printed and distributed 05:10 PM, 04/27/07*


**HB 1956**                   **Hancock**                   **SP: Brimer**
Relating to the financial responsibility requirements applicable to owners or operators of underground storage tanks.
*Committee report printed and distributed 06:46 PM, 05/03/07*


**HB 2004 (CS)**              **Giddings**                  **SP: Lucio**
Relating to requiring that a doctor who reviews a workers' compensation case be certified in a professional specialty appropriate to the care received by the injured employee.
*Committee report printed and distributed 05:08 PM, 05/03/07*


**HB 2018 (LC)**              **Brown, Betty**              **SP: Deuell**
Relating to eligibility for a municipal setting designation related to potential impacts to groundwater quality of solid waste activities.
*Committee report printed and distributed 06:51 PM, 05/03/07*


**HB 2261 (CS) (LC)**         **Callegari/ Bonnen**         **SP: Jackson, Mike**
Relating to the regulation of certain service contracts.
*Committee report printed and distributed 05:17 PM, 05/03/07*

**HB 2281 (LC)**          **Corte, Frank**              **SP: Uresti**
Relating to administrative approval of replats involving minor plat revisions.
*Committee report printed and distributed 04:04 PM, 05/03/07*


**HB 2492 (LC)**          **Berman/ Bohac**            **SP: Williams**
Relating to the applicability of restrictions on corporate political contributions and expenditures to corporations organized under provisions of the Business Organizations Code.
*Committee report printed and distributed 03:40 PM, 05/04/07*


**HB 2967 (CS) (LC)**      **Hartnett**                **SP: Watson**
Relating to a performance bond required of a statutory probate court judge.
*Committee report printed and distributed 12:42 PM, 05/04/07*

                (CS)   COMMITTEE SUBSTITUTE
                (LC)   RECOMMENDED FOR LOCAL CALENDAR

## NOTICE OF INTENT

**Wednesday**
**May 9, 2007**


**HB 218 (CS)**          **Brown, Betty/ Berman/ Bohac/**          **SP: Fraser/ et al.**
                         **Riddle/ et al.**
Relating to requiring a voter to present proof of identification.
*Committee report printed and distributed 03:18 PM, 05/01/07*


**HB 421 (LC)**          **Phillips**          **SP: Deuell**
Relating to the creation of the office of criminal district attorney of Fannin County and to the abolition of
the office of county attorney of Fannin County.
*Committee report printed and distributed 04:13 PM, 05/03/07*


**HB 585**          **Laubenberg**          **SP: Deuell**
Relating to the jurisdiction of a probate court in certain guardianship proceedings.
*Committee report printed and distributed 04:08 PM, 05/03/07*


**HB 679 (LC)**          **Swinford**          **SP: Seliger**
Relating to the validation of governmental acts and proceedings of the Downtown Midland Management
District.
*Committee report printed and distributed 07:44 PM, 04/30/07*


**HB 680 (LC)**          **Swinford**          **SP: Seliger**
Relating to the sale of certain small municipal parks.
*Committee report printed and distributed 11:27 AM, 05/03/07*


**HB 716 (CS)**          **Solomons/ Anchia/ Flynn/**          **SP: Averitt**
                         **McCall/ Orr/ et al.**
Relating to mortgage fraud; providing criminal penalties.
*Committee report printed and distributed 04:42 PM, 05/03/07*


**HB 770 (LC)**          **Dutton/ Guillen**          **SP: Lucio**
Relating to requiring the Texas Department of Criminal Justice to provide notice to certain persons of
the right to vote.
*Committee report printed and distributed 07:04 PM, 04/30/07*


**HB 914 (CS) (LC)**          **Madden/ McClendon/ Pena/**          **SP: Hinojosa**
                             **Dutton/ Van Arsdale/ et al.**
Relating to the establishment of an office of inspector general and the authority of the state auditor to
conduct audits at the Texas Youth Commission.
*Committee report printed and distributed 01:57 PM, 05/07/07*


**HB 991**          **Rose/ Gattis/ Leibowitz/ Hughes/**          **SP: Deuell**
                    **et al.**
Relating to the confidentiality of certain records maintained by the Department of Public Safety
regarding persons licensed to carry a concealed handgun.
*Committee report printed and distributed 02:10 PM, 05/03/07*


**HB 1279 (LC)**          **Deshotel**          **SP: Watson**
Relating to the requirement that a detector for certain traffic-actuated electric traffic-control devices
register the presence of a motorcycle.
*Committee report printed and distributed 06:59 PM, 05/02/07*


**HB 1491 (LC)**          **Woolley**          **SP: Williams**
Relating to disclosure of certain relationships with local government officers.
*Committee report printed and distributed 05:22 PM, 05/03/07*

**HB 1768 (LC)**          **Anchia/ Goolsby/ Branch/ Hodge**     **SP: West, Royce**
Relating to the hours worked during a week by police officers in certain municipalities.
*Committee report printed and distributed 12:01 PM, 05/03/07*

**HB 1784 (LC)**          **Haggerty**                    **SP: Jackson, Mike**
Relating to notice of certain information concerning a governmental body's alarm system response policy.
*Committee report printed and distributed 06:24 PM, 05/07/07*

**HB 1850 (CS) (LC)**          **Flores**                    **SP: West, Royce**
Relating to an inspection performed by a plumbing inspector or qualified plumbing inspection business for a political subdivision.
*Committee report printed and distributed 07:18 PM, 05/03/07*

**HB 1956**          **Hancock**                    **SP: Brimer**
Relating to the financial responsibility requirements applicable to owners or operators of underground storage tanks.
*Committee report printed and distributed 06:46 PM, 05/03/07*

**HB 2683 (CS)**          **Chisum/ Flynn/ Zedler/ Davis,**     **SP: Estes**
                         **John/ Brown, Betty/ et al.**
Relating to funding for programs that support the development of healthy marriages or the strengthening of families.
*Committee report printed and distributed 12:02 PM, 05/04/07*

**HB 2685 (CS)**          **Chisum/ Flynn/ Zedler/ Davis,**     **SP: Estes**
                         **John/ Brown, Betty/ et al.**
Relating to certain requirements for issuance of a marriage license, including an optional premarital education course.
*Committee report printed and distributed 12:25 PM, 05/04/07*

**HB 3191 (LC)**          **Hill**                    **SP: West, Royce**
Relating to the exemption from ad valorem taxation of certain property used to provide low-income housing.
*Committee report printed and distributed 11:39 AM, 05/08/07*

**HB 3392 (CS) (LC)**          **Guillen/ et al.**                    **SP: Zaffirini**
Relating to the resumption of employment by certain retirees within the Texas Municipal Retirement System.
*Committee report printed and distributed 04:57 PM, 05/04/07*

**SCR 49 (LC)**          **Ellis/ et al.**
Granting certain persons permission to sue the State of Texas and the Texas Youth Commission.
*Committee report printed and distributed 03:23 PM, 04/19/07*

**SB 137 (CS) (LC)**          **Nelson**
Relating to the prohibition of signs on certain roads.
*Committee report printed and distributed 04:29 PM, 03/27/07*

**SB 154 (CS)**          **Wentworth**
Relating to an offense of using a wireless communication device while operating a motor vehicle.
*Committee report printed and distributed 12:44 PM, 05/01/07*

**SB 230 (LC)**          **Harris**
Relating to the notification required when certain school students who engage in certain criminal conduct transfer to a new school.
*Committee report printed and distributed 04:24 PM, 05/04/07*

**SB 248 (LC)**          **Ellis/ et al.**
Relating to a motor vehicle passing a bicyclist; providing penalties.
*Committee report printed and distributed 01:45 PM, 02/19/07*
**(On Third Reading)**

**SB 270 (CS)**                    **Wentworth/ et al.**
Relating to mandatory sales price disclosure in certain real property sales; providing a civil penalty.
*Committee report printed and distributed 08:54 PM, 05/03/07*

**SB 357 (CS)**                    **Jackson, Mike**
Relating to the establishment of a program by the Department of Agriculture to make grants to encourage the construction of facilities that generate electric energy with certain types of agricultural residues, waste, debris, or crops.
*Corrected Comm. report printed and distributed 11:30 AM, 05/01/07*

**SB 504 (LC)**                    **Wentworth**
Relating to the exemption from ad valorem taxation for certain solar or wind-powered energy devices.
*Committee report printed and distributed 11:21 AM, 05/08/07*

**SB 508 (CS)**                    **Gallegos**
Relating to the regulation of certain licensing agents; providing penalties.
*Committee report printed and distributed 02:24 PM, 05/04/07*

**SB 568 (CS) (LC)**              **Ellis/ et al.**
Relating to group health benefit plan coverage for an enrollee with certain mental disorders.
*Committee report printed and distributed 06:03 PM, 05/07/07*

**SB 741**                        **Carona**
Relating to imposition of local sales and use taxes on certain taxable items shipped outside a transit authority.
*Committee report printed and distributed 11:23 AM, 05/08/07*

**SB 750 (CS)**                    **Deuell/ et al.**
Relating to the creation of the Office of State Inspector General.
*Committee report printed and distributed 10:34 PM, 04/16/07*

**SB 792 (CS)**                    **Williams/ Brimer/ Carona/**
                                   **Deuell/ Ellis/ et al.**
Relating to the authority of certain counties and other entities with respect to certain transportation projects and to comprehensive development agreements with regard to such projects.
*Committee report printed and distributed 01:46 PM, 04/02/07*

**SB 836 (CS)**                    **Duncan/ et al.**
Relating to a program allowing for countywide voting locations in certain elections.
*Committee report printed and distributed 12:51 PM, 04/19/07*

**SB 911 (CS) (LC)**              **Estes**
Relating to the continuation and operation of the Texas Animal Health Commission; providing penalties.
*Committee report printed and distributed 02:43 PM, 04/26/07*

**SB 919 (CS) (LC)**              **Harris**
Relating to the creation of The Lakes Municipal Utility and Management District of Tarrant County; providing the authority to issue bonds and impose taxes.
*Committee report printed and distributed 10:31 AM, 05/04/07*

**SB 922 (CS)**                    **Watson/ et al.**
Relating to regional or local health care programs for employees of small employers.
*Committee report printed and distributed 08:52 PM, 05/03/07*

**SB 933 (LC)**                    **Jackson, Mike/ et al.**
Relating to the eligibility of certain Texas Rangers for burial in the State Cemetery.
*Committee report printed and distributed 12:51 PM, 05/01/07*

**SB 973 (CS) (LC)**              **Van de Putte**
Relating to notification to a patient of a mental health facility or resident of a residential care facility of the exemption of certain trusts from liability to pay for support.
*Committee report printed and distributed 12:06 PM, 05/08/07*

**SB 1025 (CS) (LC)**          Shapleigh
Relating to the powers and duties of the Texas Department of Transportation related to rail facilities.
*Committee report printed and distributed 12:19 PM, 03/27/07*

**SB 1045**                   Wentworth
Relating to providing that a performance evaluation of the commissioner of higher education or of a chancellor or university president is confidential.
*Committee report printed and distributed 04:30 PM, 05/02/07*
**(On Third Reading)**

**SB 1083 (CS) (LC)**          Carona
Relating to authorizing a judge or justice of the peace to request and obtain a copy of certain defendants' driving records from the Department of Public Safety of the State of Texas using TexasOnline.
*Committee report printed and distributed 04:29 PM, 05/04/07*

**SB 1101 (CS)**               Duncan
Relating to the reporting and disclosure of financial arrangements between referring health care providers and diagnostic imaging providers; providing penalties.
*Committee report printed and distributed 04:02 PM, 04/27/07*
**(On Third Reading)**

**SB 1102 (CS)**               Duncan
Relating to financial accounting and reporting for this state and political subdivisions of this state.
*Committee report printed and distributed 07:51 PM, 04/24/07*

**SB 1143 (CS)**               Deuell
Relating to ranking of physicians by health benefit plans.
*Committee report printed and distributed 01:56 PM, 05/07/07*

**SB 1212 (CS)**               Gallegos
Relating to the local control of firefighter employment matters in certain municipalities.
*Committee report printed and distributed 02:33 PM, 05/04/07*

**SB 1274 (CS) (LC)**          Van de Putte
Relating to the compounding of a drug or device by a pharmacist.
*Committee report printed and distributed 11:44 AM, 05/08/07*

**SB 1285 (CS) (LC)**          Van de Putte
Relating to training for peace officers relating to the trafficking of persons.
*Committee report printed and distributed 01:55 PM, 05/07/07*

**SB 1308 (CS)**               Wentworth
Relating to the closing of a residential mortgage loan transaction and liability of certain persons involved in the appraisal process.
*Committee report printed and distributed 02:33 PM, 05/04/07*

**SB 1429 (CS) (LC)**          Van de Putte
Relating to the authority of physicians to delegate to certain pharmacists the implementation and modification of a patient's drug therapy.
*Committee report printed and distributed 12:24 PM, 05/08/07*

**SB 1465 (CS)**               West, Royce
Relating to the authority of the attorney general to bring suit on behalf of individuals injured by unlawful practices in restraint of trade.
*Committee report printed and distributed 02:33 PM, 05/04/07*

**SB 1484 (CS) (LC)**          Lucio
Relating to the provision of accounting statements by a seller who finances the sale of residential real property owned by the seller; providing a civil penalty.
*Committee report printed and distributed 02:29 PM, 05/04/07*

**SB 1485 (LC)**               Lucio
Relating to the establishment of the Texas Rural Development Fund and to the establishment, operation, and funding of certain programs for rural economic development.
*Committee report printed and distributed 12:16 PM, 05/08/07*

**SB 1503 (CS) (LC)**          **Zaffirini**
Relating to behavioral health services for children and establishment of the Children's Behavioral Health Council.
*Committee report printed and distributed 01:12 PM, 05/08/07*

**SB 1600 (CS) (LC)**          **West, Royce/ et al.**
Relating to the equalization of property wealth in certain school districts.
*Committee report printed and distributed 09:38 PM, 04/16/07*

**SB 1638 (CS)**          **Williams**
Relating to the calculation of certain tax rates and certain notice requirements for local taxing jurisdictions.
*Committee report printed and distributed 01:03 PM, 05/04/07*

**SB 1643 (CS)**          **Shapiro**
Relating to educator preparation programs and to training, continuing education, appraisal, and employment of public school teachers and administrators.
*Committee report printed and distributed 09:29 PM, 04/19/07*

**SB 1693 (CS) (LC)**          **Nelson/ et al.**
Relating to the creation of inland port authorities; providing authority to impose a tax and issue bonds.
*Committee report printed and distributed 10:31 AM, 05/04/07*

**SB 1785 (CS)**          **Averitt**
Relating to the implementation of clean energy projects in this state, including certain tax exemptions and rollbacks.
*Committee report printed and distributed 01:45 PM, 04/26/07*

**SB 1881 (CS) (LC)**          **Williams**
Relating to the name and powers of the Jefferson County Waterway and Navigation District.
*Committee report printed and distributed 06:38 PM, 04/23/07*

**SB 1929 (CS)**          **Carona**
Relating to transportation infrastructure in this state; providing penalties; authorizing the issuance of bonds; making an appropriation.
*Committee report printed and distributed 08:09 PM, 05/01/07*

**SB 1972 (LC)**          **Fraser/ et al.**
Relating to the election by voters regarding the maximum tax rate of a hospital district.
*Committee report printed and distributed 05:58 PM, 05/07/07*

**SB 1989 (LC)**          **Hegar**
Relating to the powers and duties of the Cinco Southwest Municipal Utility District No. 4; providing authority to impose a tax and issue bonds.
*Committee report printed and distributed 07:21 PM, 05/03/07*

**SB 1993 (CS) (LC)**          **Nichols**
Relating to the validation of acts and proceedings of the Lake View Management and Development District and the division of the district into two or more new districts.
*Committee report printed and distributed 12:46 PM, 05/03/07*

**SB 1998 (LC)**          **Jackson, Mike**
Relating to the creation of the Harris County Municipal Utility District No. 509; providing authority to impose a tax and issue bonds.
*Committee report printed and distributed 06:33 PM, 05/03/07*

**SB 2010 (LC)**          **Estes**
Relating to the creation, administration, powers, duties, functions, operations, and financing of the Fort Griffin Special Utility District.
*Committee report printed and distributed 05:39 PM, 05/07/07*

**SB 2032 (CS)**          **Ellis**
Relating to the boundaries and board of directors of Harris County Improvement District No. 6.
*Committee report printed and distributed 09:06 PM, 05/03/07*

**SB 2039 (CS)**               **Ellis/ West, Royce**
Relating to the governance of certain state agencies.
*Committee report printed and distributed 11:19 AM, 05/08/07*


**SB 2040 (CS) (LC)**          **Jackson, Mike**
Relating to coverage for bariatric surgical procedures for certain state employees.
*Committee report printed and distributed 08:56 PM, 05/03/07*

        (CS)   COMMITTEE SUBSTITUTE
        (LC)   RECOMMENDED FOR LOCAL CALENDAR

## NOTICE OF INTENT

**Thursday**
**May 10, 2007**

**HB 88 (LC)**        **Branch**        **SP: Hinojosa**
Relating to the evacuation and sheltering of service animals and household pets in a disaster.
*Committee report printed and distributed 11:24 AM, 05/08/07*

**HB 119 (LC)**        **Brown, Fred**        **SP: Ogden**
Relating to the exemption from competitive bidding for certain purchases.
*Committee report printed and distributed 01:28 PM, 05/01/07*
**(On Third Reading)**

**HB 218 (CS)**        **Brown, Betty/ Berman/ Bohac/**        **SP: Fraser/ et al.**
                             **Riddle/ et al.**
Relating to requiring a voter to present proof of identification.
*Committee report printed and distributed 03:18 PM, 05/01/07*

**HB 522 (CS) (LC)**        **Woolley/ Hartnett/ et al.**        **SP: Duncan**
Relating to adoption and operation of requirements regarding health benefit plan identification cards.
*Committee report printed and distributed 04:21 PM, 05/08/07*

**HB 564 (CS)**        **Hartnett**        **SP: Wentworth**
Relating to the administration and operation of certain trusts and other property interests held for the benefit of another.
*Committee report printed and distributed 07:50 PM, 04/27/07*

**HB 585**        **Laubenberg**        **SP: Deuell**
Relating to the jurisdiction of a probate court in certain guardianship proceedings.
*Committee report printed and distributed 04:08 PM, 05/03/07*

**HB 679 (LC)**        **Swinford**        **SP: Seliger**
Relating to the validation of governmental acts and proceedings of the Downtown Midland Management District.
*Committee report printed and distributed 07:44 PM, 04/30/07*

**HB 680 (LC)**        **Swinford**        **SP: Seliger**
Relating to the sale of certain small municipal parks.
*Committee report printed and distributed 11:27 AM, 05/03/07*

**HB 741 (LC)**        **King, Tracy/ Guillen/ et al.**        **SP: Zaffirini**
Relating to an exemption from tuition and fees at public institutions of higher education for children of certain volunteer peace officers who are killed or disabled in the line of duty.
*Committee report printed and distributed 03:52 PM, 05/08/07*

**HB 902 (CS) (LC)**        **Crownover**        **SP: Estes**
Relating to a student fitness and recreational fee at Texas Woman's University.
*Committee report printed and distributed 05:33 PM, 05/08/07*

**HB 953 (LC)**        **Farabee**        **SP: Estes**
Relating to the appointment of the superintendent of juvenile detention facilities in Wichita County.
*Committee report printed and distributed 05:03 PM, 05/04/07*

**HB 1023 (LC)**        **Berman**        **SP: Watson**
Relating to grants made by the Texas Commission on the Arts.
*Committee report printed and distributed 04:31 PM, 05/08/07*

**HB 1044 (LC)**        **Dutton**        **SP: Ellis**
Relating to the delivery of voter registration certificates.
*Committee report printed and distributed 03:15 PM, 05/08/07*

**HB 1251 (CS) (LC)**          **Bonnen**                          **SP: Wentworth**
Relating to a public agency's, county's, or municipality's authority to enforce a solid waste collection and transportation services franchise.
*Committee report printed and distributed 07:12 PM, 05/03/07*


**HB 1332**          **Chisum/ Geren/ Ritter/ Keffer,**          **SP: Janek**
                     **Jim/ Krusee**
Relating to a credit or refund for taxes paid on diesel fuel used in certain manufacturing or production processes.
*Committee report printed and distributed 11:34 AM, 05/08/07*


**HB 1382 (LC)**          **McCall**                          **SP: Shapiro**
Relating to authorizing the sale of certain real property held by the Department of Public Safety.
*Committee report printed and distributed 11:19 AM, 05/09/07*


**HB 1491 (LC)**          **Woolley**                          **SP: Williams**
Relating to disclosure of certain relationships with local government officers.
*Committee report printed and distributed 05:22 PM, 05/03/07*


**HB 1497 (LC)**          **Van Arsdale**                          **SP: Williams**
Relating to the consequences of the failure by a person requesting information under the public information law to timely respond to certain written communications from a governmental body.
*Committee report printed and distributed 03:15 PM, 05/08/07*


**HB 1768 (LC)**          **Anchia/ Goolsby/ Branch/ Hodge**          **SP: West, Royce**
Relating to the hours worked during a week by police officers in certain municipalities.
*Committee report printed and distributed 12:01 PM, 05/03/07*


**HB 1784 (LC)**          **Haggerty**                          **SP: Jackson, Mike**
Relating to notice of certain information concerning a governmental body's alarm system response policy.
*Committee report printed and distributed 06:24 PM, 05/07/07*


**HB 1787 (LC)**          **Hartnett**                          **SP: Watson**
Relating to the determination of title to real property through a declaratory judgment.
*Committee report printed and distributed 03:17 PM, 05/08/07*


**HB 1850 (CS) (LC)**          **Flores**                          **SP: West, Royce**
Relating to an inspection performed by a plumbing inspector or qualified plumbing inspection business for a political subdivision.
*Committee report printed and distributed 07:18 PM, 05/03/07*


**HB 1947**          **Hodge/ Anchia/ Branch/ Giddings**          **SP: West, Royce**
Relating to the designation of the structure on Interstate 30 connecting the east and west levee of the Trinity River as the Margaret McDermott Bridge.
*Committee report printed and distributed 05:10 PM, 04/27/07*


**HB 2176 (LC)**          **Deshotel/ Eissler/ Escobar/ Flynn/**          **SP: West, Royce**
                          **Delisi/ et al.**
Relating to a parenting and paternity awareness component of the high school health curriculum.
*Committee report printed and distributed 03:55 PM, 05/08/07*


**HB 2219 (LC)**          **Solomons**                          **SP: Harris**
Relating to service of process on financial institutions.
*Committee report printed and distributed 03:16 PM, 05/08/07*


**HB 2322 (LC)**          **Guillen**                          **SP: Zaffirini**
Relating to the rate of the hotel occupancy tax imposed by certain counties without a municipality.
*Committee report printed and distributed 11:19 AM, 05/09/07*

**HB 2683 (CS)**       **Chisum/ Flynn/ Zedler/ Davis,**     **SP: Estes**
                             **John/ Brown, Betty/ et al.**
Relating to funding for programs that support the development of healthy marriages or the strengthening of families.
*Committee report printed and distributed 12:02 PM, 05/04/07*

**HB 2685 (CS)**       **Chisum/ Flynn/ Zedler/ Davis,**     **SP: Estes**
                             **John/ Brown, Betty/ et al.**
Relating to certain requirements for issuance of a marriage license, including an optional premarital education course.
*Committee report printed and distributed 12:25 PM, 05/04/07*

**HB 3191 (LC)**       **Hill**                 **SP: West, Royce**
Relating to the exemption from ad valorem taxation of certain property used to provide low-income housing.
*Committee report printed and distributed 11:39 AM, 05/08/07*

**HB 3392 (CS) (LC)**     **Guillen/ et al.**           **SP: Zaffirini**
Relating to the resumption of employment by certain retirees within the Texas Municipal Retirement System.
*Committee report printed and distributed 04:57 PM, 05/04/07*

**SJR 17 (CS)**       **Hegar**
Proposing a constitutional amendment authorizing the legislature to provide that the maximum appraised value of a residence homestead for ad valorem taxation is limited to the lesser of the most recent market value of the residence homestead as determined by the appraisal entity or 110 percent, or a greater percentage, of the appraised value of the residence homestead for the preceding tax year.
*Committee report printed and distributed 06:15 PM, 05/04/07*

**SCR 43 (LC)**       **Lucio**
Memorializing congress to enact the Secure Border Crossing Card Entry Act of 2007.
*Committee report printed and distributed 11:19 AM, 05/09/07*

**SB 62 (CS) (LC)**     **Zaffirini**
Relating to the creation of the individual development account program to provide savings incentives and opportunities to eligible low-income individuals and households.
*Committee report printed and distributed 02:21 PM, 05/08/07*

**SB 107**       **Ellis**
Relating to exemptions from the sales tax for certain school supplies and instructional materials.
*Committee report printed and distributed 11:52 AM, 05/08/07*

**SB 357 (CS)**       **Jackson, Mike**
Relating to the establishment of a program by the Department of Agriculture to make grants to encourage the construction of facilities that generate electric energy with certain types of agricultural residues, waste, debris, or crops.
*Corrected Comm. report printed and distributed 11:30 AM, 05/01/07*

**SB 420 (CS)**       **Lucio**
Relating to establishing a health science center and medical school in the Rio Grande Valley.
*Committee report printed and distributed 05:47 PM, 05/08/07*

**SB 439 (CS)**       **Deuell/ et al.**
Relating to advance directives and health care and treatment decisions.
*Committee report printed and distributed 02:08 PM, 05/08/07*

**SB 504 (LC)**       **Wentworth**
Relating to the exemption from ad valorem taxation for certain solar or wind-powered energy devices.
*Committee report printed and distributed 11:21 AM, 05/08/07*

**SB 508 (CS)**       **Gallegos**
Relating to the regulation of certain licensing agents; providing penalties.
*Committee report printed and distributed 02:24 PM, 05/04/07*

**SB 544**                              **Wentworth**
Relating to authorized activities for the holder of a distiller's and rectifier's permit.
*Committee report printed and distributed 12:47 PM, 05/04/07*


**SB 568 (CS) (LC)**              **Ellis/ et al.**
Relating to group health benefit plan coverage for an enrollee with certain mental disorders.
*Committee report printed and distributed 06:03 PM, 05/07/07*


**SB 741**                              **Carona**
Relating to imposition of local sales and use taxes on certain taxable items shipped outside a transit
authority.
*Committee report printed and distributed 11:23 AM, 05/08/07*


**SB 750 (CS)**                    **Deuell/ et al.**
Relating to the creation of the Office of State Inspector General.
*Committee report printed and distributed 10:34 PM, 04/16/07*


**SB 753 (CS) (LC)**              **Shapleigh**
Relating to requirements to report certain data from credit services organizations regarding certain
transactions.
*Committee report printed and distributed 06:10 PM, 05/08/07*


**SB 792 (CS)**                    **Williams/ Brimer/ Carona/**
                                        **Deuell/ Ellis/ et al.**
Relating to the authority of certain counties and other entities with respect to certain transportation
projects and to comprehensive development agreements with regard to such projects.
*Committee report printed and distributed 01:46 PM, 04/02/07*


**SB 922 (CS)**                    **Watson/ et al.**
Relating to regional or local health care programs for employees of small employers.
*Committee report printed and distributed 08:52 PM, 05/03/07*


**SB 933 (LC)**                    **Jackson, Mike/ et al.**
Relating to the eligibility of certain Texas Rangers for burial in the State Cemetery.
*Committee report printed and distributed 12:51 PM, 05/01/07*


**SB 973 (CS) (LC)**              **Van de Putte**
Relating to notification to a patient of a mental health facility or resident of a residential care facility of
the exemption of certain trusts from liability to pay for support.
*Committee report printed and distributed 12:06 PM, 05/08/07*


**SB 1025 (CS) (LC)**            **Shapleigh**
Relating to the powers and duties of the Texas Department of Transportation related to rail facilities.
*Committee report printed and distributed 12:19 PM, 03/27/07*


**SB 1101 (CS)**                  **Duncan**
Relating to the reporting and disclosure of financial arrangements between referring health care
providers and diagnostic imaging providers; providing penalties.
*Committee report printed and distributed 04:02 PM, 04/27/07*
**(On Third Reading)**


**SB 1102 (CS)**                  **Duncan**
Relating to financial accounting and reporting for this state and political subdivisions of this state.
*Committee report printed and distributed 07:51 PM, 04/24/07*


**SB 1143 (CS)**                  **Deuell**
Relating to ranking of physicians by health benefit plans.
*Committee report printed and distributed 01:56 PM, 05/07/07*


**SB 1212 (CS)**                  **Gallegos**
Relating to the local control of firefighter employment matters in certain municipalities.
*Committee report printed and distributed 02:33 PM, 05/04/07*

**SB 1274 (CS) (LC)**          **Van de Putte**
Relating to the compounding of a drug or device by a pharmacist.
*Committee report printed and distributed 11:44 AM, 05/08/07*


**SB 1308 (CS)**          **Wentworth**
Relating to the closing of a residential mortgage loan transaction and liability of certain persons involved in the appraisal process.
*Committee report printed and distributed 02:33 PM, 05/04/07*


**SB 1429 (CS) (LC)**          **Van de Putte**
Relating to the authority of physicians to delegate to certain pharmacists the implementation and modification of a patient's drug therapy.
*Committee report printed and distributed 12:24 PM, 05/08/07*


**SB 1485 (LC)**          **Lucio**
Relating to the establishment of the Texas Rural Development Fund and to the establishment, operation, and funding of certain programs for rural economic development.
*Committee report printed and distributed 12:16 PM, 05/08/07*


**SB 1503 (CS) (LC)**          **Zaffirini**
Relating to behavioral health services for children and establishment of the Children's Behavioral Health Council.
*Committee report printed and distributed 01:12 PM, 05/08/07*


**SB 1537 (CS) (LC)**          **Fraser**
Relating to the authority of certain general-law municipalities to add area to their extraterritorial jurisdiction on the request of area property owners.
*Committee report printed and distributed 03:41 PM, 05/08/07*


**SB 1638 (CS)**          **Williams**
Relating to the calculation of certain tax rates and certain notice requirements for local taxing jurisdictions.
*Committee report printed and distributed 01:03 PM, 05/04/07*


**SB 1643 (CS)**          **Shapiro**
Relating to educator preparation programs and to training, continuing education, appraisal, and employment of public school teachers and administrators.
*Committee report printed and distributed 09:29 PM, 04/19/07*


**SB 1929 (CS)**          **Carona**
Relating to transportation infrastructure in this state; providing penalties; authorizing the issuance of bonds; making an appropriation.
*Committee report printed and distributed 08:09 PM, 05/01/07*


**SB 1972 (LC)**          **Fraser/ et al.**
Relating to the election by voters regarding the maximum tax rate of a hospital district.
*Committee report printed and distributed 05:58 PM, 05/07/07*


**SB 1975 (CS) (LC)**          **Ellis**
Relating to the creation of the International Management District; providing authority to impose assessments and taxes and to issue bonds.
*Committee report printed and distributed 06:24 PM, 05/08/07*


**SB 1998 (LC)**          **Jackson, Mike**
Relating to the creation of the Harris County Municipal Utility District No. 509; providing authority to impose a tax and issue bonds.
*Committee report printed and distributed 06:33 PM, 05/03/07*


**SB 2040 (CS) (LC)**          **Jackson, Mike**
Relating to coverage for bariatric surgical procedures for certain state employees.
*Committee report printed and distributed 08:56 PM, 05/03/07*

**SB 2042 (CS) (LC)**          **Watson**
Relating to the authority of the New Sweden Municipal Utility District No. 1 and municipalities with extraterritorial jurisdiction in the district to enter into annexation and tax allocation agreements.
*Committee report printed and distributed 03:34 PM, 05/08/07*

**SB 2043 (CS) (LC)**          **Watson**
Relating to the authority of the New Sweden Municipal Utility District No. 2 and municipalities with extraterritorial jurisdiction in the district to enter into annexation and tax allocation agreements.
*Committee report printed and distributed 03:21 PM, 05/08/07*

    (CS)   COMMITTEE SUBSTITUTE
    (LC)   RECOMMENDED FOR LOCAL CALENDAR

## NOTICE OF INTENT

**Friday**
**May 11, 2007**


**SCR 43 (LC)**               **Lucio**
Memorializing congress to enact the Secure Border Crossing Card Entry Act of 2007.
*Committee report printed and distributed 11:19 AM, 05/09/07*


**SCR 49 (LC)**               **Ellis/ et al.**
Granting certain persons permission to sue the State of Texas and the Texas Youth Commission.
*Committee report printed and distributed 03:23 PM, 04/19/07*


**SB 62 (CS) (LC)**           **Zaffirini**
Relating to the creation of the individual development account program to provide savings incentives
and opportunities to eligible low-income individuals and households.
*Committee report printed and distributed 02:21 PM, 05/08/07*


**SB 106 (CS) (LC)**          **Ellis**
Relating to the exemption from the sales tax for clothing and footwear.
*Committee report printed and distributed 05:37 PM, 05/09/07*


**SB 107**                    **Ellis**
Relating to exemptions from the sales tax for certain school supplies and instructional materials.
*Committee report printed and distributed 11:52 AM, 05/08/07*


**SB 137 (CS) (LC)**          **Nelson**
Relating to the prohibition of signs on certain roads.
*Committee report printed and distributed 04:29 PM, 03/27/07*


**SB 211 (CS)**               **Fraser**
Relating to the student enrollment required for certain university system centers to operate as general
academic teaching institutions.
*Committee report printed and distributed 07:39 PM, 04/12/07*


**SB 420 (CS)**               **Lucio**
Relating to establishing a health science center and medical school in the Rio Grande Valley.
*Committee report printed and distributed 05:47 PM, 05/08/07*


**SB 439 (CS)**               **Deuell/ et al.**
Relating to advance directives and health care and treatment decisions.
*Committee report printed and distributed 02:08 PM, 05/08/07*


**SB 544**                    **Wentworth**
Relating to authorized activities for the holder of a distiller's and rectifier's permit.
*Committee report printed and distributed 12:47 PM, 05/04/07*


**SB 750 (CS)**               **Deuell/ et al.**
Relating to the creation of the Office of State Inspector General.
*Committee report printed and distributed 10:34 PM, 04/16/07*


**SB 753 (CS) (LC)**          **Shapleigh**
Relating to requirements to report certain data from credit services organizations regarding certain
transactions.
*Committee report printed and distributed 06:10 PM, 05/08/07*


**SB 792 (CS)**               **Williams/ Brimer/ Carona/**
                              **Deuell/ Ellis/ et al.**
Relating to the authority of certain counties and other entities with respect to certain transportation
projects and to comprehensive development agreements with regard to such projects.
*Committee report printed and distributed 01:46 PM, 04/02/07*

**SB 933 (LC)**                    **Jackson, Mike/ et al.**
Relating to the eligibility of certain Texas Rangers for burial in the State Cemetery.
*Committee report printed and distributed 12:51 PM, 05/01/07*

**SB 1025 (CS) (LC)**             **Shapleigh**
Relating to the powers and duties of the Texas Department of Transportation related to rail facilities.
*Committee report printed and distributed 12:19 PM, 03/27/07*

**SB 1101 (CS)**                   **Duncan**
Relating to the reporting and disclosure of financial arrangements between referring health care providers and diagnostic imaging providers; providing penalties.
*Committee report printed and distributed 04:02 PM, 04/27/07*
**(On Third Reading)**

**SB 1143 (CS)**                   **Deuell**
Relating to ranking of physicians by health benefit plans.
*Committee report printed and distributed 01:56 PM, 05/07/07*

**SB 1308 (CS)**                   **Wentworth**
Relating to the closing of a residential mortgage loan transaction and liability of certain persons involved in the appraisal process.
*Committee report printed and distributed 02:33 PM, 05/04/07*

**SB 1481 (CS) (LC)**             **Brimer**
Relating to payments to nursing facilities based on TILE classifications assigned to residents of those facilities.
*Committee report printed and distributed 12:15 PM, 05/04/07*

**SB 1537 (CS) (LC)**             **Fraser**
Relating to the authority of certain general-law municipalities to add area to their extraterritorial jurisdiction on the request of area property owners.
*Committee report printed and distributed 03:41 PM, 05/08/07*

**SB 1597 (CS) (LC)**             **Janek**
Relating to adoption of the Revised Uniform Anatomical Gift Act; providing criminal penalties.
*Committee report printed and distributed 01:35 PM, 05/08/07*

**SB 1638 (CS)**                   **Williams**
Relating to the calculation of certain tax rates and certain notice requirements for local taxing jurisdictions.
*Committee report printed and distributed 01:03 PM, 05/04/07*

**SB 1643 (CS)**                   **Shapiro**
Relating to educator preparation programs and to training, continuing education, appraisal, and employment of public school teachers and administrators.
*Committee report printed and distributed 09:29 PM, 04/19/07*

**SB 1929 (CS)**                   **Carona**
Relating to transportation infrastructure in this state; providing penalties; authorizing the issuance of bonds; making an appropriation.
*Committee report printed and distributed 08:09 PM, 05/01/07*

**SB 1998 (LC)**                   **Jackson, Mike**
Relating to the creation of the Harris County Municipal Utility District No. 509; providing authority to impose a tax and issue bonds.
*Committee report printed and distributed 06:33 PM, 05/03/07*

**SB 2022 (CS) (LC)**             **Williams**
Relating to the administration, powers, including taxing powers and the authority to issue bonds, boundaries, operations, financing, and dissolution of the Town Center Improvement District of Montgomery County, Texas.
*Committee report printed and distributed 07:55 PM, 04/26/07*

**SB 2042 (CS) (LC)**          **Watson**
Relating to the authority of the New Sweden Municipal Utility District No. 1 and municipalities with extraterritorial jurisdiction in the district to enter into annexation and tax allocation agreements.
*Committee report printed and distributed 03:34 PM, 05/08/07*

**SB 2043 (CS) (LC)**          **Watson**
Relating to the authority of the New Sweden Municipal Utility District No. 2 and municipalities with extraterritorial jurisdiction in the district to enter into annexation and tax allocation agreements.
*Committee report printed and distributed 03:21 PM, 05/08/07*

**HB 88 (LC)**          **Branch**          **SP: Hinojosa**
Relating to the evacuation and sheltering of service animals and household pets in a disaster.
*Committee report printed and distributed 11:24 AM, 05/08/07*

**HB 119 (LC)**          **Brown, Fred**          **SP: Ogden**
Relating to the exemption from competitive bidding for certain purchases.
*Committee report printed and distributed 01:28 PM, 05/01/07*
**(On Third Reading)**

**HB 125 (LC)**          **Delisi/ Corte, Frank/ Escobar/**          **SP: Van de Putte**
                        **Garcia/ Haggerty/ et al.**
Relating to tuition and fee exemptions for the children of certain military personnel.
*Committee report printed and distributed 05:37 PM, 05/08/07*

**HB 218 (CS)**          **Brown, Betty/ Berman/ Bohac/**          **SP: Fraser/ et al.**
                        **Riddle/ et al.**
Relating to requiring a voter to present proof of identification.
*Committee report printed and distributed 03:18 PM, 05/01/07*

**HB 421 (LC)**          **Phillips**          **SP: Deuell**
Relating to the creation of the office of criminal district attorney of Fannin County and to the abolition of the office of county attorney of Fannin County.
*Committee report printed and distributed 04:13 PM, 05/03/07*

**HB 522 (CS) (LC)**          **Woolley/ Hartnett/ et al.**          **SP: Duncan/ et al.**
Relating to adoption and operation of requirements regarding health benefit plan identification cards.
*Committee report printed and distributed 04:21 PM, 05/08/07*

**HB 564 (CS)**          **Hartnett**          **SP: Wentworth**
Relating to the administration and operation of certain trusts and other property interests held for the benefit of another.
*Committee report printed and distributed 07:50 PM, 04/27/07*

**HB 585**          **Laubenberg**          **SP: Deuell**
Relating to the jurisdiction of a probate court in certain guardianship proceedings.
*Committee report printed and distributed 04:08 PM, 05/03/07*

**HB 680 (LC)**          **Swinford**          **SP: Seliger**
Relating to the sale of certain small municipal parks.
*Committee report printed and distributed 11:27 AM, 05/03/07*

**HB 741 (LC)**          **King, Tracy/ Guillen/ et al.**          **SP: Zaffirini**
Relating to an exemption from tuition and fees at public institutions of higher education for children of certain volunteer peace officers who are killed or disabled in the line of duty.
*Committee report printed and distributed 03:52 PM, 05/08/07*

**HB 1044 (LC)**          **Dutton**          **SP: Ellis**
Relating to the delivery of voter registration certificates.
*Committee report printed and distributed 03:15 PM, 05/08/07*

**HB 1138 (LC)**          **Leibowitz**          **SP: Watson**
Relating to the authority of the General Land Office to accept grants.
*Committee report printed and distributed 11:20 AM, 05/09/07*

**HB 1210 (LC)**        **Jackson, Jim**        **SP: Harris**
Relating to the extension of the deadline for filing an application for a refund of an overpayment or erroneous payment of ad valorem taxes.
*Committee report printed and distributed 06:18 PM, 05/07/07*

**HB 1251 (CS) (LC)**        **Bonnen**        **SP: Wentworth**
Relating to a public agency's, county's, or municipality's authority to enforce a solid waste collection and transportation services franchise.
*Committee report printed and distributed 07:12 PM, 05/03/07*

**HB 1332**        **Chisum/ Geren/ Ritter/ Keffer,**        **SP: Janek**
        **Jim/ Krusee**
Relating to a credit or refund for taxes paid on diesel fuel used in certain manufacturing or production processes.
*Committee report printed and distributed 11:34 AM, 05/08/07*

**HB 1380 (LC)**        **McCall**        **SP: Watson**
Relating to court security and the use of money in courthouse security and municipal court building security funds.
*Committee report printed and distributed 07:02 PM, 05/03/07*

**HB 1472 (LC)**        **Miller/ Orr/ Anderson/ Cook,**        **SP: Wentworth**
        **Robby/ et al.**
Relating to the annexation of land for which property taxes are imposed based on the land's value for agricultural or wildlife management purposes or timber production.
*Committee report printed and distributed 04:59 PM, 05/09/07*

**HB 2176 (LC)**        **Deshotel/ Eissler/ Escobar/ Flynn/**        **SP: West, Royce**
        **Delisi/ et al.**
Relating to a parenting and paternity awareness component of the high school health curriculum.
*Committee report printed and distributed 03:55 PM, 05/08/07*

**HB 2322 (LC)**        **Guillen**        **SP: Zaffirini**
Relating to the rate of the hotel occupancy tax imposed by certain counties without a municipality.
*Committee report printed and distributed 11:19 AM, 05/09/07*

**HB 2618 (LC)**        **Guillen**        **SP: Zaffirini**
Relating to authorizing political subdivisions to lease property owned by the political subdivision to other governmental entities without following competitive purchasing procedures.
*Committee report printed and distributed 04:50 PM, 05/09/07*

**HB 2683 (CS)**        **Chisum/ Flynn/ Zedler/ Davis,**        **SP: Estes**
        **John/ Brown, Betty/ et al.**
Relating to funding for programs that support the development of healthy marriages or the strengthening of families.
*Committee report printed and distributed 12:02 PM, 05/04/07*

**HB 2685 (CS)**        **Chisum/ Flynn/ Zedler/ Davis,**        **SP: Estes**
        **John/ Brown, Betty/ et al.**
Relating to certain requirements for issuance of a marriage license, including an optional premarital education course.
*Committee report printed and distributed 12:25 PM, 05/04/07*

**HB 3191 (LC)**        **Hill**        **SP: West, Royce**
Relating to the exemption from ad valorem taxation of certain property used to provide low-income housing.
*Committee report printed and distributed 11:39 AM, 05/08/07*

**HB 3226 (LC)**        **Branch/ Woolley/ Eiland/**        **SP: West, Royce**
        **Howard, Donna**
Relating to the equalization of property wealth in certain school districts.
*Committee report printed and distributed 04:58 PM, 05/08/07*

(CS)   COMMITTEE SUBSTITUTE
(LC)   RECOMMENDED FOR LOCAL CALENDAR

## NOTICE OF INTENT

**Monday**
**May 14, 2007**

**SJR 57 (CS)**                     **Williams**
Proposing a constitutional amendment providing for the issuance of general obligation bonds to finance educational loans to students and for authority to enter into bond enhancement agreements with respect to general obligation bonds issued for that purpose.
*Committee report printed and distributed 01:34 PM, 05/11/07*

**SJR 67 (CS)**                     **Ogden**
Proposing a constitutional amendment authorizing the legislature to permit the Texas Transportation Commission, subject to legislative review and approval, to designate the area adjacent to a state highway project as a transportation finance zone and dedicating the proceeds of the state sales and use taxes imposed in a transportation finance zone to the Texas Mobility Fund for certain purposes.
*Committee report printed and distributed 09:19 AM, 05/11/07*

**SB 37 (CS) (LC)**                     **Nelson**
Relating to the duties of the Texas Information and Referral Network.
*Committee report printed and distributed 09:01 PM, 05/03/07*

**SB 106 (CS) (LC)**                     **Ellis**
Relating to the exemption from the sales tax for clothing and footwear.
*Committee report printed and distributed 05:37 PM, 05/09/07*

**SB 137 (CS) (LC)**                     **Nelson**
Relating to the prohibition of signs on certain roads.
*Committee report printed and distributed 04:29 PM, 03/27/07*

**SB 174 (CS) (LC)**                     **Shapiro**
Relating to the regulation of the sale of certain mobility motor vehicles equipped to transport a person with a disability.
*Committee report printed and distributed 02:42 PM, 05/10/07*

**SB 211 (CS)**                     **Fraser**
Relating to the student enrollment required for certain university system centers to operate as general academic teaching institutions.
*Committee report printed and distributed 07:39 PM, 04/12/07*

**SB 439 (CS)**                     **Deuell/ et al.**
Relating to advance directives and health care and treatment decisions.
*Committee report printed and distributed 02:08 PM, 05/08/07*

**SB 544**                     **Wentworth**
Relating to authorized activities for the holder of a distiller's and rectifier's permit.
*Committee report printed and distributed 12:47 PM, 05/04/07*

**SB 750 (CS)**                     **Deuell/ et al.**
Relating to the creation of the Office of State Inspector General.
*Committee report printed and distributed 10:34 AM, 04/16/07*

**SB 753 (CS) (LC)**                     **Shapleigh**
Relating to requirements to report certain data from credit services organizations regarding certain transactions.
*Committee report printed and distributed 06:10 PM, 05/08/07*

1

**SB 792 (CS)**                    **Williams/ Brimer/ Carona/**
                                   **Deuell/ Ellis/ et al.**
Relating to the authority of certain counties and other entities with respect to certain transportation projects and to comprehensive development agreements with regard to such projects.
*Committee report printed and distributed 01:46 PM, 04/02/07*

**SB 933 (LC)**                    **Jackson, Mike/ et al.**
Relating to the eligibility of certain Texas Rangers for burial in the State Cemetery.
*Committee report printed and distributed 12:51 PM, 05/01/07*

**SB 961 (CS)**                    **Shapleigh**
Relating to an allotment under the Foundation School Program for certain students who are military dependents.
*Committee report printed and distributed 08:40 PM, 04/16/07*

**SB 1015 (CS) (LC)**             **Whitmire**
Relating to the application of the doctrine of sovereign immunity in a judicial proceeding to enforce certain employment rights.
*Committee report printed and distributed 08:31 PM, 05/03/07*

**SB 1025 (CS) (LC)**             **Shapleigh**
Relating to the powers and duties of the Texas Department of Transportation related to rail facilities.
*Committee report printed and distributed 12:19 PM, 03/27/07*

**SB 1038 (CS) (LC)**             **Lucio**
Relating to the regulation of certain lease agreements in manufactured home communities.
*Committee report printed and distributed 11:05 AM, 05/11/07*

**SB 1101 (CS)**                   **Duncan**
Relating to the reporting and disclosure of financial arrangements between referring health care providers and diagnostic imaging providers; providing penalties.
*Committee report printed and distributed 04:02 PM, 04/27/07*
**(On Third Reading)**

**SB 1143 (CS)**                   **Deuell**
Relating to ranking of physicians by health benefit plans.
*Committee report printed and distributed 01:56 PM, 05/07/07*

**SB 1308 (CS)**                   **Wentworth**
Relating to the closing of a residential mortgage loan transaction and liability of certain persons involved in the appraisal process.
*Committee report printed and distributed 02:33 PM, 05/04/07*
**(On Third Reading)**

**SB 1481 (CS) (LC)**             **Brimer**
Relating to payments to nursing facilities based on TILE classifications assigned to residents of those facilities.
*Committee report printed and distributed 12:15 PM, 05/04/07*

**SB 1597 (CS) (LC)**             **Janek**
Relating to adoption of the Revised Uniform Anatomical Gift Act; providing criminal penalties.
*Committee report printed and distributed 01:35 PM, 05/08/07*

**SB 1638 (CS)**                   **Williams**
Relating to the calculation of certain tax rates and certain notice requirements for local taxing jurisdictions.
*Committee report printed and distributed 01:03 PM, 05/04/07*

**SB 1643 (CS)**                   **Shapiro**
Relating to educator preparation programs and to training, continuing education, appraisal, and employment of public school teachers and administrators.
*Committee report printed and distributed 09:29 PM, 04/19/07*

**SB 1904 (LC)**              **Van de Putte**
Relating to the establishment of a student outcomes pilot program at Alamo Community College.
*Committee report printed and distributed 02:45 PM, 05/10/07*


**SB 1975 (CS) (LC)**              **Ellis**
Relating to the creation of the International Management District; providing authority to impose assessments and taxes and to issue bonds.
*Committee report printed and distributed 06:24 PM, 05/08/07*


**HB 75**              **Naishtat/ Turner/ Hartnett/ et al.     SP: Wentworth**
Relating to administrative and judicial review of certain decisions about public assistance benefits.
*Committee report printed and distributed 11:15 AM, 05/11/07*


**HB 86 (LC)**              **Branch/ Garcia/ et al.              SP: Ogden**
Relating to tuition rebates provided by general academic teaching institutions to students who participate in the Reserve Officers' Training Corps.
*Committee report printed and distributed 06:02 PM, 05/10/07*


**HB 119 (LC)**              **Brown, Fred**              **SP: Ogden**
Relating to the exemption from competitive bidding for certain purchases.
*Committee report printed and distributed 01:28 PM, 05/01/07*
**(On Third Reading)**


**HB 167 (LC)**              **Raymond/ Homer/ Swinford/     SP: Hinojosa**
                             **Chisum/ Cook, Robby/ et al.**
Relating to exempting a religious bible from attachment, execution, or other seizure for the satisfaction of debts.
*Committee report printed and distributed 03:33 PM, 05/10/07*


**HB 195 (CS)**              **Gonzalez Toureilles**              **SP: Hegar**
Relating to the transfer of certain abandoned or forfeited property to county or municipal agencies or school districts.
*Committee report printed and distributed 11:40 AM, 05/11/07*


**HB 218 (CS)**              **Brown, Betty/ Berman/ Bohac/     SP: Fraser/ et al.**
                             **Riddle/ et al.**
Relating to requiring a voter to present proof of identification.
*Committee report printed and distributed 03:18 PM, 05/01/07*


**HB 312 (LC)**              **Turner**              **SP: Whitmire**
Relating to the burden of proof in a community supervision revocation hearing regarding a defendant's ability to make certain court-ordered payments.
*Committee report printed and distributed 11:37 AM, 05/10/07*


**HB 386 (LC)**              **Callegari/ Flynn/ Zedler/ Crabb     SP: Hegar**
Relating to the repeal of the law creating the Texas Deepwater Port Authority.
*Committee report printed and distributed 11:20 AM, 05/09/07*


**HB 389**              **Callegari/ et al.**              **SP: Estes**
Relating to the eminent domain authority of Texas Woman's University.
*Committee report printed and distributed 01:23 PM, 05/11/07*


**HB 416 (CS) (LC)**              **Strama/ King, Susan/ Howard,     SP: Watson/ et al.**
                                   **Donna/ et al.**
Relating to providing for restroom access for persons with certain medical conditions; providing a criminal penalty.
*Committee report printed and distributed 12:32 PM, 05/04/07*


**HB 486 (LC)**              **Driver**              **SP: Hegar**
Relating to the continuing education requirements for chiefs of police.
*Committee report printed and distributed 11:27 AM, 05/10/07*


**HB 496 (LC)**              **Cook, Robby/ et al.**              **SP: Hegar**
Relating to mileage reimbursement for soil and water conservation district directors and delegates.
*Committee report printed and distributed 11:19 AM, 05/09/07*

**HB 534 (LC)**      **Smithee**      **SP: Seliger**
Relating to authorizing the lease or conveyance of certain real property owned by Amarillo College.
*Committee report printed and distributed 04:30 PM, 05/10/07*

**HB 585**      **Laubenberg**      **SP: Deuell**
Relating to the jurisdiction of a probate court in certain guardianship proceedings.
*Committee report printed and distributed 04:08 PM, 05/03/07*

**HB 587**      **Gonzalez Toureilles/ Pena/**      **SP: Hinojosa**
            **Escobar**
Relating to the recording of certain information by the clerk of a court.
*Committee report printed and distributed 04:26 PM, 05/10/07*

**HB 606 (LC)**      **Madden/ Macias/ Hilderbran**      **SP: Shapiro**
Relating to certain election procedures for common school district board elections.
*Committee report printed and distributed 05:08 PM, 05/10/07*

**HB 680 (LC)**      **Swinford**      **SP: Seliger**
Relating to the sale of certain small municipal parks.
*Committee report printed and distributed 11:27 AM, 05/03/07*

**HB 741 (LC)**      **King, Tracy/ Guillen/ et al.**      **SP: Zaffirini**
Relating to an exemption from tuition and fees at public institutions of higher education for children of certain volunteer peace officers who are killed or disabled in the line of duty.
*Committee report printed and distributed 03:52 PM, 05/08/07*

**HB 1044 (LC)**      **Dutton**      **SP: Ellis**
Relating to the delivery of voter registration certificates.
*Committee report printed and distributed 03:15 PM, 05/08/07*

**HB 1157 (CS) (LC)**      **West, George "Buddy"**      **SP: Seliger**
Relating to student services building fees at The University of Texas of the Permian Basin.
*Committee report printed and distributed 04:52 PM, 05/10/07*

**HB 1178 (LC)**      **Escobar/ McClendon**      **SP: Ellis**
Relating to procedures applicable to waivers of the right to counsel in certain adversary judicial proceedings that may result in punishment by confinement.
*Committee report printed and distributed 11:30 AM, 05/10/07*

**HB 1194**      **England/ Madden**      **SP: Harris**
Relating to indemnification of phlebotomists performing services under contract with the Texas Department of Criminal Justice.
*Committee report printed and distributed 02:50 PM, 05/08/07*

**HB 1204 (LC)**      **Giddings**      **SP: West, Royce**
Relating to donations of juror reimbursements.
*Committee report printed and distributed 03:11 PM, 05/10/07*

**HB 1210 (LC)**      **Jackson, Jim**      **SP: Harris**
Relating to the extension of the deadline for filing an application for a refund of an overpayment or erroneous payment of ad valorem taxes.
*Committee report printed and distributed 06:18 PM, 05/07/07*

**HB 1248 (LC)**      **Taylor**      **SP: Jackson, Mike**
Relating to the sale of mixed beverages aboard certain passenger vessels.
*Committee report printed and distributed 02:24 PM, 05/10/07*

**HB 1251 (CS) (LC)**      **Bonnen**      **SP: Wentworth**
Relating to a public agency's, county's, or municipality's authority to enforce a solid waste collection and transportation services franchise.
*Committee report printed and distributed 07:12 PM, 05/03/07*

**HB 1365 (LC)**        **Flores/ Kuempel**        **SP: Whitmire**
Relating to residency requirements for holders of a promotional alcoholic beverage permit.
*Committee report printed and distributed 03:46 PM, 05/09/07*

**HB 1400 (LC)**        **Dutton**        **SP: Shapiro**
Relating to the issuance by a corporation established by the Texas Public Finance Authority of revenue bonds for open-enrollment charter school facilities.
*Committee report printed and distributed 05:47 PM, 05/10/07*

**HB 1418 (LC)**        **Kolkhorst/ Zedler/ O'Day/ Miles**        **SP: Ogden**
Relating to the name of Sam Houston State University.
*Committee report printed and distributed 04:43 PM, 05/10/07*

**HB 1472 (LC)**        **Miller/ Orr/ Anderson/ Cook,**        **SP: Wentworth**
                                       **Robby/ et al.**
Relating to the annexation of land for which property taxes are imposed based on the land's value for agricultural or wildlife management purposes or timber production.
*Committee report printed and distributed 04:59 PM, 05/09/07*

**HB 1610 (LC)**        **Madden**        **SP: Whitmire**
Relating to the requirement that a judge release on community supervision certain defendants convicted of certain state jail felonies.
*Committee report printed and distributed 04:51 PM, 05/04/07*

**HB 1623 (CS) (LC)**        **Phillips**        **SP: Carona**
Relating to certain offenses and fees imposed for operating a motor vehicle or vessel in violation of law.
*Committee report printed and distributed 09:18 AM, 05/11/07*

**HB 1820 (LC)**        **Hamilton**        **SP: Williams**
Relating to the authority to impose a county hotel occupancy tax and to the maximum rate of the tax.
*Committee report printed and distributed 05:22 PM, 05/09/07*

**HB 1972 (LC)**        **Delisi/ Aycock/ Naishtat**        **SP: Duncan**
Relating to requirements applicable to an attorney ad litem representing a child in a child abuse proceeding.
*Committee report printed and distributed 03:27 PM, 05/10/07*

**HB 2017 (CS)**        **Giddings/ Berman/ Crabb/**        **SP: West, Royce**
                                       **Turner/ Martinez Fischer/ et al.**
Relating to the date of the primary election and related procedures.
*Committee report printed and distributed 12:03 PM, 05/10/07*

**HB 2045 (LC)**        **Phillips**        **SP: Deuell**
Relating to revenue from Texas State Rifle Association specialty license plates.
*Committee report printed and distributed 11:22 AM, 05/08/07*

**HB 2212 (LC)**        **Guillen**        **SP: Zaffirini**
Relating to the authority to consolidate municipalities.
*Committee report printed and distributed 11:19 AM, 05/09/07*

**HB 2219 (LC)**        **Solomons**        **SP: Harris**
Relating to service of process on financial institutions.
*Committee report printed and distributed 03:16 PM, 05/08/07*

**HB 2251 (CS) (LC)**        **Taylor**        **SP: Duncan**
Relating to advertising by certain insurers.
*Committee report printed and distributed 03:42 PM, 05/10/07*

**HB 2411 (LC)**        **Strama**        **SP: Ogden**
Relating to school district depositories.
*Committee report printed and distributed 04:47 PM, 05/10/07*

**HB 2439**          **Truitt/ Davis, John/ Rose/ Isett,**          **SP: Janek**
                 **Carl/ McReynolds/ et al.**

Relating to the functions of local mental health and mental retardation authorities.
*Committee report printed and distributed 12:51 PM, 05/11/07*


**HB 2455 (LC)**          **Cook, Byron/ Strama**          **SP: Seliger**

Relating to the absence of a student from public school for a required court appearance.
*Committee report printed and distributed 05:04 PM, 05/10/07*


**HB 2491 (CS)**          **Berman**          **SP: Harris**

Relating to political expenditures made by a corporation or labor organization to finance the establishment and administration of a political committee.
*Committee report printed and distributed 04:46 PM, 05/08/07*


**HB 2503 (LC)**          **Eissler/ et al.**          **SP: Williams**

Relating to a technology literacy assessment instrument to be administered to certain public school students.
*Committee report printed and distributed 05:24 PM, 05/10/07*


**HB 2611 (LC)**          **Madden**          **SP: Whitmire**

Relating to the eligibility of certain inmates of the Texas Department of Criminal Justice for medically recommended intensive supervision.
*Committee report printed and distributed 11:28 AM, 05/10/07*


**HB 2618 (LC)**          **Guillen**          **SP: Zaffirini**

Relating to authorizing political subdivisions to lease property owned by the political subdivision to other governmental entities without following competitive purchasing procedures.
*Committee report printed and distributed 04:50 PM, 05/09/07*


**HB 2870 (LC)**          **Truitt**          **SP: Harris**

Relating to member contributions to certain retirement, disability, and death benefit systems provided by certain cities and towns.
*Committee report printed and distributed 01:43 PM, 05/11/07*


**HB 2967 (CS) (LC)**          **Hartnett**          **SP: Watson**

Relating to a performance bond required of a statutory probate court judge.
*Committee report printed and distributed 12:42 PM, 05/04/07*


**HB 3446 (LC)**          **Rose/ Keffer, Jim/ Deshotel/**          **SP: Eltife**
                 **McCall/ Gonzales/ et al.**

Relating to the promotion by the governor's office of economic development of Texas manufactured products; providing civil and administrative penalties.
*Committee report printed and distributed 04:09 PM, 05/10/07*


**HB 3564 (LC)**          **Darby/ Homer/ Swinford/ Isett,**          **SP: Duncan**
                 **Carl/ Chavez/ et al.**

Relating to the transfer of Angelo State University to the Texas Tech University System.
*Committee report printed and distributed 05:35 PM, 05/10/07*


**HB 3900 (CS)**          **Morrison/ Villarreal/ McCall/**          **SP: Shapiro/ et al.**
                 **Otto/ Cook, Byron/ et al.**

Relating to the Texas tomorrow fund II prepaid tuition unit undergraduate education program.
*Committee report printed and distributed 09:20 AM, 05/11/07*


(CS)   COMMITTEE SUBSTITUTE
(LC)   RECOMMENDED FOR LOCAL CALENDAR

## NOTICE OF INTENT

**Tuesday**
**May 15, 2007**

**SJR 57 (CS)**                    **Williams/ et al.**
Proposing a constitutional amendment providing for the issuance of general obligation bonds to finance educational loans to students and for authority to enter into bond enhancement agreements with respect to general obligation bonds issued for that purpose.
*Committee report printed and distributed 01:34 PM, 05/11/07*

**SJR 67 (CS)**                    **Ogden**
Proposing a constitutional amendment authorizing the legislature to permit the Texas Transportation Commission, subject to legislative review and approval, to designate the area adjacent to a state highway project as a transportation finance zone and dedicating the proceeds of the state sales and use taxes imposed in a transportation finance zone to the Texas Mobility Fund for certain purposes.
*Committee report printed and distributed 09:19 AM, 05/11/07*

**SB 37 (CS) (LC)**                **Nelson**
Relating to the duties of the Texas Information and Referral Network.
*Committee report printed and distributed 09:01 PM, 05/03/07*

**SB 137 (CS) (LC)**               **Nelson**
Relating to the prohibition of signs on certain roads.
*Committee report printed and distributed 04:29 PM, 03/27/07*

**SB 696 (LC)**                    **Harris**
Relating to the personal needs allowance for certain Medicaid recipients who are residents of long-term care facilities.
*Committee report printed and distributed 04:52 PM, 04/16/07*

**SB 933 (LC)**                    **Jackson, Mike/ et al.**
Relating to the eligibility of certain Texas Rangers for burial in the State Cemetery.
*Committee report printed and distributed 12:51 PM, 05/01/07*

**SB 1015 (CS) (LC)**              **Whitmire**
Relating to the application of the doctrine of sovereign immunity in a judicial proceeding to enforce certain employment rights.
*Committee report printed and distributed 08:31 PM, 05/03/07*

**SB 1038 (CS) (LC)**              **Lucio**
Relating to the regulation of certain lease agreements in manufactured home communities.
*Committee report printed and distributed 11:05 AM, 05/11/07*

**SB 1101 (CS)**                   **Duncan**
Relating to the reporting and disclosure of financial arrangements between referring health care providers and diagnostic imaging providers; providing penalties.
*Committee report printed and distributed 04:02 PM, 04/27/07*
**(On Third Reading)**

**SB 1300 (CS)**                   **Wentworth**
Relating to juries.
*Committee report printed and distributed 04:37 PM, 05/11/07*

**SB 1308 (CS)**                   **Wentworth**
Relating to the closing of a residential mortgage loan transaction and liability of certain persons involved in the appraisal process.
*Committee report printed and distributed 02:33 PM, 05/04/07*
**(On Third Reading)**

**SB 1481 (CS) (LC)**          **Brimer**
Relating to payments to nursing facilities based on TILE classifications assigned to residents of those facilities.
*Committee report printed and distributed 12:15 PM, 05/04/07*

**SB 1643 (CS)**          **Shapiro**
Relating to educator preparation programs and to training, continuing education, appraisal, and employment of public school teachers and administrators.
*Committee report printed and distributed 09:29 PM, 04/19/07*

**SB 1755 (CS) (LC)**          **Ellis**
Relating to the collection and dissemination of certain information for a federal firearm background check.
*Committee report printed and distributed 06:04 PM, 05/11/07*

**SB 1904 (LC)**          **Van de Putte**
Relating to the establishment of a student outcomes pilot program at Alamo Community College.
*Committee report printed and distributed 02:45 PM, 05/10/07*

**SB 2051 (CS)**          **Ogden**
Relating to authorizing the designation of an area adjacent to a state highway project as a transportation finance zone and requiring that the revenue from the state sales and use taxes imposed in the zone be used to pay obligations issued in connection with the project.
*Committee report printed and distributed 09:20 AM, 05/11/07*

**SB 2057 (LC)**          **Wentworth**
Relating to recovery of attorney's fees for certain claims arising from the abandonment of hazardous wastes on the claimant's property.
*Committee report printed and distributed 10:01 AM, 05/11/07*

**HJR 69**          **Heflin**          **SP: Seliger**
Proposing a constitutional amendment to abolish the constitutional authority for the office of inspector of hides and animals.
*Committee report printed and distributed 04:24 PM, 05/11/07*

**HB 44 (LC)**          **Hodge/ Miles/ et al.**          **SP: Uresti**
Relating to the restoration of good conduct time forfeited during a term of imprisonment.
*Committee report printed and distributed 11:24 AM, 05/10/07*

**HB 75**          **Naishtat/ Turner/ Hartnett/ et al.**    **SP: Wentworth/ et al.**
Relating to administrative and judicial review of certain decisions about public assistance benefits.
*Committee report printed and distributed 11:15 AM, 05/11/07*

**HB 86 (LC)**          **Branch/ Garcia/ et al.**          **SP: Ogden**
Relating to tuition rebates provided by general academic teaching institutions to students who participate in the Reserve Officers' Training Corps.
*Committee report printed and distributed 06:02 PM, 05/10/07*

**HB 167 (LC)**          **Raymond/ Homer/ Swinford/**          **SP: Hinojosa/ et al.**
                         **Chisum/ Cook, Robby/ et al.**
Relating to exempting a religious bible from attachment, execution, or other seizure for the satisfaction of debts.
*Committee report printed and distributed 03:33 PM, 05/10/07*

**HB 195 (CS)**          **Gonzalez Toureilles**          **SP: Hegar**
Relating to the transfer of certain abandoned or forfeited property to county or municipal agencies or school districts.
*Committee report printed and distributed 11:40 AM, 05/11/07*

**HB 218 (CS)**          **Brown, Betty/ Berman/ Bohac/**          **SP: Fraser/ et al.**
                         **Riddle/ et al.**
Relating to requiring a voter to present proof of identification.
*Committee report printed and distributed 03:18 PM, 05/01/07*

**HB 312 (LC)**          **Turner**                    **SP: Whitmire**
Relating to the burden of proof in a community supervision revocation hearing regarding a defendant's ability to make certain court-ordered payments.
*Committee report printed and distributed 11:37 AM, 05/10/07*

**HB 323 (CS)**          **Hamilton/ Ritter/ Anderson/      SP: Lucio/ et al.**
                         **Deshotel/ Howard, Donna**
Relating to three-point seat belts on buses that transport schoolchildren.
*Corrected Comm. report printed and distributed 03:49 PM, 05/14/07*

**HB 389**               **Callegari/ et al.             SP: Estes**
Relating to the eminent domain authority of Texas Woman's University.
*Committee report printed and distributed 01:23 PM, 05/11/07*

**HB 447 (CS) (LC)**     **Callegari/ Macias            SP: Jackson, Mike**
Relating to contracts by governmental entities and related professional services, to public works performance and payment bonds, and to certain regulations of local authorities.
*Committee report printed and distributed 04:12 PM, 05/11/07*

**HB 479 (CS) (LC)**     **Flores                       SP: Hinojosa**
Relating to the succession of the La Joya Water Supply Corporation by the Tabasco Special Utility District.
*Committee report printed and distributed 04:23 PM, 05/10/07*

**HB 486 (LC)**          **Driver                       SP: Hegar**
Relating to the continuing education requirements for chiefs of police.
*Committee report printed and distributed 11:27 AM, 05/10/07*

**HB 534 (LC)**          **Smithee                      SP: Seliger**
Relating to authorizing the lease or conveyance of certain real property owned by Amarillo College.
*Committee report printed and distributed 04:30 PM, 05/10/07*

**HB 585**               **Laubenberg                   SP: Deuell**
Relating to the jurisdiction of a probate court in certain guardianship proceedings.
*Committee report printed and distributed 04:08 PM, 05/03/07*

**HB 587**               **Gonzalez Toureilles/ Pena/    SP: Hinojosa**
                         **Escobar**
Relating to the recording of certain information by the clerk of a court.
*Committee report printed and distributed 04:26 PM, 05/10/07*

**HB 606 (LC)**          **Madden/ Macias/ Hilderbran    SP: Shapiro**
Relating to certain election procedures for common school district board elections.
*Committee report printed and distributed 05:08 PM, 05/10/07*

**HB 662 (LC)**          **Dukes/ et al.                SP: Ellis/ et al.**
Relating to the coordination and improvement of certain programs and services for the prevention of and early intervention in child abuse and neglect.
*Committee report printed and distributed 12:45 PM, 05/11/07*

**HB 680 (LC)**          **Swinford                     SP: Seliger**
Relating to the sale of certain small municipal parks.
*Committee report printed and distributed 11:27 AM, 05/03/07*

**HB 890 (LC)**          **Hilderbran                   SP: Fraser**
Relating to the creation of an irrevocable trust for the proceeds of the sale or disposition of county school lands.
*Committee report printed and distributed 05:40 PM, 05/10/07*

**HB 953 (LC)**          **Farabee                      SP: Estes**
Relating to the appointment of the superintendent of juvenile detention facilities in Wichita County.
*Committee report printed and distributed 05:03 PM, 05/04/07*

**HB 1009 (CS) (LC)**          **Escobar**          **SP: Lucio**
Relating to the use of state hotel occupancy tax revenue to clean and maintain beaches in certain municipalities.
*Committee report printed and distributed 05:19 PM, 05/11/07*


**HB 1070 (CS) (LC)**          **Laubenberg**          **SP: Estes**
Relating to the liability insurance requirements for certain amusement rides.
*Committee report printed and distributed 03:47 PM, 05/04/07*


**HB 1157 (CS) (LC)**          **West, George "Buddy"**          **SP: Seliger**
Relating to student services building fees at The University of Texas of the Permian Basin.
*Committee report printed and distributed 04:52 PM, 05/10/07*


**HB 1178 (LC)**          **Escobar/ McClendon**          **SP: Ellis**
Relating to procedures applicable to waivers of the right to counsel in certain adversary judicial proceedings that may result in punishment by confinement.
*Committee report printed and distributed 11:30 AM, 05/10/07*


**HB 1194**          **England/ Madden**          **SP: Harris**
Relating to indemnification of phlebotomists performing services under contract with the Texas Department of Criminal Justice.
*Committee report printed and distributed 02:50 PM, 05/08/07*


**HB 1230 (LC)**          **Rodriguez/ Davis, John/ Naishtat/**   **SP: Zaffirini**
                         **Rose/ Leibowitz/ et al.**
Relating to services provided to youth with disabilities transitioning from school-oriented living to post-schooling activities, services for adults, and community living.
*Committee report printed and distributed 12:36 PM, 05/11/07*


**HB 1248 (LC)**          **Taylor**          **SP: Jackson, Mike**
Relating to the sale of mixed beverages aboard certain passenger vessels.
*Committee report printed and distributed 02:24 PM, 05/10/07*


**HB 1251 (CS) (LC)**          **Bonnen**          **SP: Wentworth**
Relating to a public agency's, county's, or municipality's authority to enforce a solid waste collection and transportation services franchise.
*Committee report printed and distributed 07:12 PM, 05/03/07*


**HB 1418 (LC)**          **Kolkhorst/ Zedler/ O'Day/ Miles**          **SP: Ogden**
Relating to the name of Sam Houston State University.
*Committee report printed and distributed 04:43 PM, 05/10/07*


**HB 1610 (LC)**          **Madden**          **SP: Whitmire**
Relating to the requirement that a judge release on community supervision certain defendants convicted of certain state jail felonies.
*Committee report printed and distributed 04:51 PM, 05/04/07*


**HB 1623 (CS) (LC)**          **Phillips**          **SP: Carona**
Relating to certain offenses and fees imposed for operating a motor vehicle or vessel in violation of law.
*Committee report printed and distributed 09:18 AM, 05/11/07*


**HB 1652**          **Macias**          **SP: Fraser**
Relating to the provision of forms for personal financial statements filed with the Texas Ethics Commission.
*Committee report printed and distributed 02:09 PM, 05/11/07*


**HB 1700 (LC)**          **Hilderbran**          **SP: Fraser**
Relating to a project for the development and implementation of a nature science curriculum for public school students.
*Committee report printed and distributed 05:27 PM, 05/10/07*


**HB 1887 (LC)**          **Truitt/ Pena/ Branch/ Latham/**          **SP: Whitmire**
                         **Anchia/ et al.**
Relating to the punishment for and prevention of the offense of burglary of vehicles.
*Committee report printed and distributed 04:40 PM, 05/04/07*

**HB 1972 (LC)**               **Delisi/ Aycock/ Naishtat**               **SP: Duncan**
Relating to requirements applicable to an attorney ad litem representing a child in a child abuse proceeding.
*Committee report printed and distributed 03:27 PM, 05/10/07*

**HB 2017 (CS)**               **Giddings/ Berman/ Crabb/**               **SP: West, Royce**
                               **Turner/ Martinez Fischer/ et al.**
Relating to the date of the primary election and related procedures.
*Committee report printed and distributed 12:03 PM, 05/10/07*

**HB 2045 (LC)**               **Phillips**               **SP: Deuell/ et al.**
Relating to revenue from Texas State Rifle Association specialty license plates.
*Committee report printed and distributed 11:22 AM, 05/08/07*

**HB 2195 (LC)**               **McCall**               **SP: Harris**
Relating to the time of day by which a report must be filed electronically with the Texas Ethics Commission.
*Committee report printed and distributed 03:09 PM, 05/11/07*

**HB 2251 (CS) (LC)**               **Taylor**               **SP: Duncan**
Relating to advertising by certain insurers.
*Committee report printed and distributed 03:42 PM, 05/10/07*

**HB 2322 (LC)**               **Guillen**               **SP: Zaffirini**
Relating to the rate of the hotel occupancy tax imposed by certain counties without a municipality.
*Committee report printed and distributed 11:19 AM, 05/09/07*

**HB 2411 (LC)**               **Strama**               **SP: Ogden**
Relating to school district depositories.
*Committee report printed and distributed 04:47 PM, 05/10/07*

**HB 2439**               **Truitt/ Davis, John/ Rose/ Isett,**               **SP: Janek**
                          **Carl/ McReynolds/ et al.**
Relating to the functions of local mental health and mental retardation authorities.
*Committee report printed and distributed 12:51 PM, 05/11/07*

**HB 2455 (LC)**               **Cook, Byron/ Strama**               **SP: Seliger**
Relating to the absence of a student from public school for a required court appearance.
*Committee report printed and distributed 05:04 PM, 05/10/07*

**HB 2491 (CS)**               **Berman**               **SP: Harris**
Relating to political expenditures made by a corporation or labor organization to finance the establishment and administration of a political committee.
*Committee report printed and distributed 04:46 PM, 05/08/07*

**HB 2503 (LC)**               **Eissler/ et al.**               **SP: Williams**
Relating to a technology literacy assessment instrument to be administered to certain public school students.
*Committee report printed and distributed 05:24 PM, 05/10/07*

**HB 2611 (LC)**               **Madden**               **SP: Whitmire**
Relating to the eligibility of certain inmates of the Texas Department of Criminal Justice for medically recommended intensive supervision.
*Committee report printed and distributed 11:28 AM, 05/10/07*

**HB 2625 (LC)**               **Murphy**               **SP: Hegar**
Relating to the determination of prevailing wage rates in Texas counties.
*Committee report printed and distributed 01:27 PM, 05/11/07*

**HB 2870 (LC)**               **Truitt**               **SP: Harris**
Relating to member contributions to certain retirement, disability, and death benefit systems provided by certain cities and towns.
*Committee report printed and distributed 01:43 PM, 05/11/07*

**HB 2931**          **King, Tracy**        **SP: Zaffirini/ et al.**
Relating to required notice of and a lien resulting from damage to a fence.
*Committee report printed and distributed 03:47 PM, 05/11/07*

**HB 3158 (LC)**       **Smith, Wayne**       **SP: Williams**
Relating to the name, powers, and board of directors of the Chambers County-Cedar Bayou Navigation District.
*Committee report printed and distributed 03:58 PM, 05/11/07*

**HB 3281 (LC)**       **King, Phil/ Gattis/ Phillips/**    **SP: Duncan**
                           **Smithee/ Hughes**
Relating to the recovery of medical or health care expenses in civil actions.
*Committee report printed and distributed 01:46 PM, 05/11/07*

**HB 3322 (LC)**       **Truitt**                  **SP: Watson**
Relating to a plan-to-plan transfer of certain assets from the TexaSaver 457 plan administered by the Employees Retirement System of Texas to a 457 plan created by an institution of higher education.
*Committee report printed and distributed 03:28 PM, 05/11/07*

**HB 3446 (LC)**       **Rose/ Keffer, Jim/ Deshotel/**    **SP: Eltife/ et al.**
                           **McCall/ Gonzales/ et al.**
Relating to the promotion by the governor's office of economic development of Texas manufactured products; providing civil and administrative penalties.
*Committee report printed and distributed 04:09 PM, 05/10/07*

**HB 3505 (CS)**       **Hartnett**               **SP: West, Royce**
Relating to requirements for judicial training on issues regarding family violence, sexual assault, and child abuse and neglect.
*Committee report printed and distributed 04:54 PM, 05/11/07*

**HB 3564 (LC)**       **Darby/ Homer/ Swinford/ Isett,**    **SP: Duncan**
                           **Carl/ Chavez/ et al.**
Relating to the transfer of Angelo State University to the Texas Tech University System.
*Committee report printed and distributed 05:35 PM, 05/10/07*

**HB 3634 (LC)**       **Deshotel**               **SP: Williams**
Relating to the name and powers of the Jefferson County Waterway and Navigation District.
*Committee report printed and distributed 03:39 PM, 05/11/07*

**HB 3900 (CS)**       **Morrison/ Villarreal/ McCall/**    **SP: Shapiro/ et al.**
                           **Otto/ Cook, Byron/ et al.**
Relating to the Texas tomorrow fund II prepaid tuition unit undergraduate education program.
*Committee report printed and distributed 09:20 AM, 05/11/07*

               (CS)   COMMITTEE SUBSTITUTE
               (LC)   RECOMMENDED FOR LOCAL CALENDAR