

## Weekly AG Newspaper Columns

**by Greg Abbott**
**Attorney General of Texas**

If you would like to receive an email notification when new columns are available, sign up on our Email subscription page.

To download a photo of General Abbott to be used with the columns, please click here (high resolution JPG file)

Sort By   Date ▼

### June, 2012

- Texas Nurses Association Honors State AG's Team that Defended Nurses' Rights (Text file)
- Attorney General's Office Employee Presented with First Amendment Freedom Fighter Award (Text file)
- Happy Father's Day! (Text file)

### May, 2012

- Taking Action for Cleaner Air in Texas (Text file)
- Protecting Senior Texans From Advance Fee Fraud (Text file)
- Shared Parenting Services Encourage Cooperation in the Child Support Process (Text file)

### April, 2012

- Google Privacy Policy Remains a Cause for Concern (Text file)
- Robocalls to Residential and Wireless Phones (Text file)
- Thank You Volunteers! (Text file)

### March, 2012

- National Consumer Protection Week: March 4 – 10 (Text file)
- Building Strong Families To Build A Stronger Texas (Text file)
- Child Support Evader Richard Festa (Text file)

### February, 2012

- Thank You Texas Employers (Text file)
- Prime Season for Tax Scams (Text file)
- Child Support Evader Anthony Palmer (Text file)

### January, 2012



2:13-cv-193
09/02/2014
**DEF0114**

PX 548



EXHIBIT
Kousser 8
6-20-12

, Child Support Enforcement Brings Hope to Texas Families (Text file)
, Building Better Credit in the New Year (Text file)
, Happy New Year! Make a Resolution to Pay Your Child Support (Text file)
, Child Support Evader Jimmy Matthews (Text file)

## December, 2011

, 'Tis The Season to Pay Your Child Support (Text file)
, Southwest Border Anti-Money Laundering Allianceby (Text file)
, Layaway Plan Contracts (Text file)

## November, 2011

, When Natural Disasters Strike (Text file)
, Office of the Attorney General Reaches Out to Military Families (Text file)
, Economic Impact of Federal Regulations (Text file)

## October, 2011

, All That Glitters: Gold-Related Investment Scams (Text file)
, Smartphone Security: Protect Against Hack Attacks (Text file)
, Child Support Review Process (CSRP) (Text file)

## September, 2011

, Beware Of Online Rental Scams (Text file)
, Back-To-School Reminder: Pay Your Child Support (Text file)

## August, 2011

, Buy-Back Programs: Profitable or Compromising? (Text file)
, Sexting Prevention Legislation Signed Into Law (Text file)
, Child Support 101 (Text file)

## July, 2011

, Beware of Unexpected Summer Travel Costs (Text file)
, Keeping Young Texans Safe On Digital Playgrounds This Summer (Text file)
, It's Summer Time! (Text file)

## June, 2011

, Happy Father's Day! (Text file)
, Preventing Bullying and Cyber Bullying (Text file)

## May, 2011

, Protecting Texas Seniors From Counterfeit Check Scams (Text file)
, How To Protect Sensitive Data After an Internet Security Breach (Text file)
, Establishing Paternity At Birth Gives Children a Good Start (Text file)
, Child Support Evader Tomas Roman (Text file)

## April, 2011

, Sexual Assault Awareness Month (Text file)

Celebrating Volunteers (Text file)
Child Support Evader John Lowry (Text file)

## March, 2011

Texas Attorney General Offers Tax Season Tips (Text file)
Sexting Bill Introduced to Texas Lawmakers (Text file)
We Can Help You Collect Your Child Support (Text file)
Child Support Evader Guadalupe Aceves (Text file)

## February, 2011

"Money Crunch" - Financial Literacy Initiative for Texas College Students (Text file)
Multi-jurisdictional Effort Seeks Forfeiture Of $250,000 in Gold Coins for Texas Medicaid Program (Text file)
Helping Noncustodial Parents Find Work and Stay Employed (Text file)
Child Support Evader Kurt Lindner (Text file)

## January, 2011

Credit Fix and Debt Elimination Scams (Text file)
2011 New Year's Resolution: Pay Your Child Support (Text file)
Child Support Evader John Tijerina (Text file)

## December, 2010

Need To Hire A Home Improvement Professional? (Text file)
Debt Relief Companies Prohibited From Collecting Advance Fees (Text file)
Make Sure Your Children Have Joyful Memories This Holiday Season (Text file)
Child Support Evader Jorge Hernandez (Text file)

## November, 2010

Office of the Attorney General Reaches Out to Military Families (Text file)
Multi-Jurisdictional Effort to Minimize Danger of Sex Offenders (Text file)

## October, 2010

Observing National Crime Prevention Month (Text file)
Access and Visitation Services Help Texas Parents Address Visitation Concerns (Text file)

## September, 2010

The Fight to Protect Texans (Text file)
Payroll Professionals Celebrate National Payroll Week (Text file)

## August, 2010

Back-To-School (Text file)
Steps to Take When a Company Goes Out of Business (Text file)
A Victory for the Second Amendment (Text file)

## July, 2010

New State Laws: Buckle Up and Drive Safely (Text file)

- Charitable Raffles and Casino/Poker Nights (Text file)
- Make Lasting Memories with Your Children This Summer (Text file)
- Child Support Evader Marcus Spanihel Jr. (Text file)

**June, 2010**

- Federal Credit Card Act Imposes New Rules (Text file)
- Happy Father's Day! (Text file)
- April Fugitive Unit Operation Rounds Up 13 Sex Predators (Text file)
- Child Support Evader Tomas Roman (Text file)

**May, 2010**

- Child Support Review Process (CSRP) (Text file)
- Texas Seniors Should Beware of Identity Theft Scams, Health Care Fraud (Text file)
- Child Support Evader David Martin (Text file)

**April, 2010**

- Texas Attorney General's Colonia Geographic Database (Text file)
- Crime Victims' Rights: Fairness. Dignity. Respect. (Text file)
- Celebrating Volunteers (Text file)
- Texas' Most Wanted Child Support Evaders (Text file)

**March, 2010**

- Surviving an Economic Downturn: How the Child Support Division Helps Families (Text file)
- Texas Attorney General Offers Tax Season Tips (Text file)
- Attorney General Warns Teens, Parents About Sexting Dangers (Text file)
- Child Support Evader Alfonso Bazan (Text file)

**February, 2010**

- Texans Should Safely Participate in 2010 U.S. Census (Text file)
- Child Support Evader John Lowry (Text file)
- Texas Targets Immigration Scams (Text file)
- Thank You Texas Employers (Text file)

**January, 2010**

- What Texans Should Know About Providing Their Social Security Number (Text file)
- A New Year and a New Decade to Commit to Paying Child Support (Text file)
- Child Support Evader Jimmie McCullough (Text file)

**December, 2009**

- Help Make the Holiday Season Magical for Your Children by Paying Your Child Support (Text file)
- Five Holiday Scams Texans Should Avoid (Text file)
- Holiday Shopping: Product Safety (Text file)
- Child Support Evader Sheila Branson (Text file)

**November, 2009**

- Office of the Attorney General Reaches Out to Military Families (Text file)
- Understanding the Texas Deceptive Trade Practices Act (Text file)
- Child Support Evader Michelle Falco (Text file)

. Criminal, Civil Medicaid Fraud Teams Protect Texas Taxpayers (Text file)

## October, 2009

. Establishing Paternity at Birth Gives Children a Good Start (Text file)
. Federal Trade Commission Bans Robocalls (Text file)
. Funding Medical Exams for Sexual Assault Victims (Text file)

## September, 2009

. Access and Visitation Hotline Helps Texas Parents Address Visitation Concerns (Text file)
. Recalls: Protecting Consumers From Faulty or Unsafe Products (Text file)
. Child Support Evader James Hoffmeister (Text file)
. Tracking Registered Sex Offenders' Use of Technology (Text file)

## August, 2009

. Back-To-School (Text file)
. Understanding Renter Rights and Responsibilities (Text file)
. Texas Law Enforcement Response to Human Trafficking (Text file)

## July, 2009

. It's Summer Time! (Text file)
. Consumer Protection: Home Buying & Mortgages (Text file)
. Child Support Evader Tomas Roman (Text file)

## June, 2009

. Beware of Moving Companies That Scam Consumers (Text file)
. Thanks Dad! (Text file)
. Gaming Systems Can Expose Children to Risks (Text file)
. Child Support Evader Dean Greer (Text file)

## May, 2009

. Internet & Wireless Device Safety: In the World of Virtual Reality, the Consequences Are Real (Text file)
. Building Strong Families To Build a Stronger Texas (Text file)
. Honoring Seniors By Protecting Them From Scams (Text file)

## April, 2009

. All Of Us Are Responsible For Ending Child Abuse (Text file)
. Helping Noncustodial Parents Find Work and Stay Employed (Text file)
. Dealing With Changes In Credit Card Terms (Text file)
. Child Support Evader Kurt Lindner (Text file)

## March, 2009

. Resolving Consumer Disputes By Being Prepared (Text file)
. Income-Tax Season Brings Out Scam Artists (Text file)
. AG Can Help You Collect Your Child Support (Text file)
. Child Support Evader Marcus Spanihel Jr (Text file)

## February, 2009

- New Service Helps Parents Address Visitation Concerns (Text file)
- Beware Dietary Supplement Scams and 'Miracle' Health Claims (Text file)
- Protecting Teen-age Texans From Dating Violence (Text file)

## January, 2009

- Start the Year Right: Pay Your Child Support (Text file)
- Digital Television Transition (Text file)
- Wireless Parental Controls (Text file)
- Child Support Evader John Tijerina (Text file)

## December, 2008

- Create Lasting Memories For Your Children During the Holiday Season By Paying Your Child Support (Text file)
- Research Your Holiday Shopping Options (Text file)
- Credit Fix and Debt Elimination Scams (Text file)

## November, 2008

- A Record-Breaking $2.6 Billion in Support Collected for Texas Children (Text file)
- Frequently Asked Questions About Credit Cards (Text file)
- Steps To Take When a Company Goes Out of Business (Text file)
- Child Support Evader Brent King (Text file)

## October, 2008

- United Efforts Help Crime Victims (Text file)
- Five Warning Signs of a Scam (Text file)
- Receive Child Support By Direct Deposit Or the Texas Debit Card (Text file)
- Child Support Evader Stephen McCaa (Text file)

## September, 2008

- Child Support Evader Guadalupe Aceves (Text file)
- Protecting Texas Schoolchildren's Right To a "Moment of Silence" (Text file)
- Preparing Teens for Responsible Parenting (Text file)
- Small Claims Court Can Help Resolve Disputes (Text file)

## August, 2008

- Back-to-School Reminder: Pay Your Child Support (Text file)
- Child Support Evader John Baldridge (Text file)
- Tips for Correcting Credit Report Errors (Text file)
- Avoid Fraudulent Check-Cashing Schemes (Text file)

## July, 2008

- Five Steps To Guard Against Botnets (Text file)
- Know the Cost of a 401(K) Loan (Text file)
- Child Support Evader Timothy Gaither (Text file)
- Make Lasting Memories with Your Children This Summer (Text file)

## June, 2008

- Beware of International Driver's License Scams (Text file)

Texas Attorney General                                                                                    Page 7 of 14

- Don't Get Cheated by Credit Report Schemes (Text file)
- Happy Father's Day, Dad! (Text file)
- Child Support Evader Tomas Roman (Text file)

**May, 2008**

- Texas' Most Wanted Child Support Evaders (Text file)
- New Texas Laws Regarding Tenants' Rights (Text file)
- Know the Source of Online Health Information (Text file)

**April, 2008**

- "Justice for Victims, Justice for All" (Text file)
- The Bond Review Process (Text file)
- Helping Non-Custodial Parents Find Work and Stay Employed (Text file)

**March, 2008**

- Understanding Eminent Domain: Texas Landowner's Bill of Rights (Text file)
- Building Strong Families to Build a Stronger Texas (Text file)
- Texas Attorney General Offers Tax Season Tips (Text file)

**February, 2008**

- Consumer Tips for Buying A New or Used Vehicle (Text file)
- Exercise Good Sense: Ask Questions Before Joining a Health Spa (Text file)
- Establishing Paternity At Birth Gives Children A Good Start (Text file)

**January, 2008**

- New Texas Law On Mail-in Rebate Helps Texas Consumers (Text file)
- Watch for Hidden Fees On Gift Cards (Text file)
- New Years Resolution: Pay Your Child Support (Text file)

**December, 2007**

- Consumer Tips for Online and Catalog Shopping (Text file)
- Child Support Evader Stephen Zygaj (Text file)
- Make Sure Your Children Have Joyful Memories This Holiday Season (Text file)
- Five Holiday Scams Texans Should Avoid (Text file)

**November, 2007**

- Fighting Mortgage-Related Scams (Text file)
- Coping With Rising Mortgage Payments (Text file)

**October, 2007**

- Observing National Crime Prevention Month (Text file)
- Protecting Texans Right to Work (Text file)
- Start the New School Year Right: Pay Your Child Support (Text file)
- Protecting the Texas Pledge of Allegiance (Text file)

**September, 2007**

. Access and Visitation Hotline Helps Texan Parents Address Custody Concerns (Text file)
. Be Careful Before Buying Medicine Online (Text file)
. Child Support Evader Timothy Andrus (Text file)
. A Security Freeze Can Protect Texans From Identity Theft (Text file)

## August, 2007

. "Badge Fraud" Robs Consumers, Peace Officers (Text file)
. AG Can Help You Collect Your Child Support (Text file)
. Texas Attorney General Warns Homeowners of Equity Stripping Scams (Text file)
. Child Support Evader Renee Hebert (Text file)

## July, 2007

. Texas Attorney Generals Cyber Crimes Unit Helps Parents Keep Kids Safe Online (Text file)
. All That Glitters: Investing in Gold and Rare Coins (Text file)
. Pay Your Child Support to Avoid Penalties (Text file)

## June, 2007

. In Honor of Fathers (Text file)
. Attorney General Targets Data Dumping (Text file)
. Attorney General: Get the Facts On Auto Credit Insurance (Text file)
. Child Support Evader Darryl White (Text file)

## May, 2007

. Protecting Texans From Medicaid Fraud (Text file)
. Texas Teens: Beware of Summer Job Scams (Text file)
. Child Support Review Process (CSRP) (Text file)
. Child Support Evader James Dickens (Text file)

## April, 2007

. Attorney General Works With Local Organizations to Help Young Crime Victims (Text file)
. The Crime Victims Compensation Fund Helps Victims (Text file)
. Preparing Teens for Responsible Parenting (Text file)

## March, 2007

. Become An Informed Consumer This Tax Season (Text file)
. Attorney General Offers Tips to Avoid Travel Scams (Text file)
. Child Support Evader: Andres Gomez (Text file)
. Establishing Paternity At Birth Gives Children A Solid Start (Text file)

## February, 2007

. Get the Details On Trial or Special Offers (Text file)
. Combating Gang Activity and Youth Crime (Text file)
. New Way to Receive Child Support (Text file)
. Child Support Evader: Adam Cardenas (Text file)

## January, 2007

. Protect Yourself From Investment Fraud (Text file)
. Settlement With YP Corporation Results in Refunds to Businesses (Text file)

. New Year (Text file)
. Texas Most Wanted Evaders (Text file)

## December, 2006

. Safe Buying: Medical Products and Treatments (Text file)
. Understanding Mail-In Rebates (Text file)
. Give Wisely This Holiday Season (Text file)
. Child Support Evader: Brad Henderson (Text file)

## November, 2006

. A Record-Breaking $2 Billion in Support Collected for Texas Children (Text file)
. Frequently Asked Questions about Credit Cards (Text file)
. Credit Card Scams (Text file)
. Child Support Evader: Curtis Dutton (Text file)

## October, 2006

. Know the Facts About Exotic Mortgages (Text file)
. Online People Locator Services and Data Banks (Text file)
. Access and Visitation Online Directory Connects Parents With Needed Services (Text file)

## September, 2006

. Beware of Debt Elimination Scams (Text file)
. Update on the ERCOT Corruption Case (Text file)
. Back-to-School Reminder: Pay Your Child Support (Text file)
. Child Support Evader: John Vinson Lowry (Text file)

## August, 2006

. Texas AG Warns of Bogus Job Offers (Text file)
. How to Protect Sensitive Data After a Security Breach (Text file)
. AG Can Help You Collect Your Child Support (Text file)
. Child Support Evader: Francisco Balderrama (Text file)

## July, 2006

. Online Financial Offers: Legitimate or Spam? (Text file)
. Counterfeit U.S. Postal Money Order Scam (Text file)
. Building Strong Families to Build a Stronger Texas (Text file)

## June, 2006

. Fighting Fuel Scams: "Gas-Saving" Products (Text file)
. In Honor of Fathers (Text file)
. Child Support Evader: Kurt Lindner (Text file)
. Warning Families About Online Predators (Text file)

## May, 2006

. Protecting Senior Texans: The Attorney General (Text file)
. Attorney General Warns of Top Five Scams Against Senior Texans (Text file)
. Child Support Review Process (Text file)
. Child Support Evader: Renee Hebert (Text file)

**April, 2006**

- Buying a Home: Know the Basics (Text file)
- Victims' Rights: Strength in Unity (Text file)
- Pay Your Child Support to Avoid Penalties (Text file)
- Child Support Evader: Adrian Garnette McDaniel (Text file)

**March, 2006**

- Helping Stamp Out Voter Fraud in Texas (Text file)
- Guard Against Credit Card Abuse: Check Your Receipts (Text file)
- How the AG Helps Parents Meet Their Children's Medical Needs (Text file)
- Child Support Evader: Ronnie Lynn Lawson (Text file)



**February, 2006**

- Dont Fall for Tax Scams (Text file)
- Collaborative Efforts Result in Arrests of Louisiana Fugitives (Text file)
- Access and Visitation Hotline Helps Parents Address Custody Concerns (Text file)
- Child Support Evader: Timothy Andrus (Text file)

**January, 2006**

- New Laws Shine More Light on Texas Government (Text file)
- Consumers Struggle with Mortgages, Foreclosures (Text file)
- New Year's Resolution: Pay Your Child Support (Text file)

**December, 2005**

- AG Works With Counties Across Texas to Help Crime Victims (Text file)
- What You Should Know About Giving Out Your Social Security Number (Text file)
- Make Sure Your Children Know You Care This Holiday Season (Text file)
- The Most Wanted Child Support Evaders (Text file)
- Child Support Cuts Would Harm Texas Children (Text file)

**November, 2005**

- Beware of Flood-Damaged Cars (Text file)
- Watch Out for Unsolicited Prize Calls, Counterfeit Cashier's Checks (Text file)
- A Record $1.8 Billion in Support Collected for Texas Children (Text file)
- Child Support Evader: Carlos E. Garay, Jr. (Text file)

**October, 2005**

- Keeping an Eye on the High Cost of Fuel (Text file)
- Hurricane Scams and Price Gouging are Not Tolerated in Texas (Text file)
- Protecting Our Children (Text file)
- Child Support Evader: William Shepherd, Jr. (Text file)

**September, 2005**

- 300 Arrests to Protect Children from Sexual Predators (Text file)
- Fraudulent Schemes Target Immigrants, Spanish Speakers (Text file)
- Regular Child Support Improves School Achievement (Text file)
- Child Support Evader: Irma Beatrice Marin (Text file)

## August, 2005

- Think Twice Before You Co-Sign for a Loan (Text file)
- New ID Theft Laws Help Protect Consumers (Text file)
- Regular Visitation is Important to a Child's Well-Being (Text file)
- Child Support Evader: Howard Ramsey (Text file)

## July, 2005

- Children and Parents Should Learn Rules of Internet Safety (Text file)
- Steer Clear of E-Mail Business Offers from Strangers (Text file)
- Building Strong Families to Build a Stronger Texas (Text file)
- Child Support Evader: Marcos Blaine Snodgrass (Text file)

## June, 2005

- Buying a Car: How to be a Smart Negotiator (Text file)
- Know your Tenant Rights (Text file)
- Thanks, Dad (Text file)
- Child Support Evader: Edwin Bacon Jacobson (Text file)

## May, 2005

- Consumer Loans - Know the Rules! (Text file)
- Protect your Identity: Shred it! (Text file)
- AG Can Help You Collect Your Child Support (Text file)
- Child Support Evader: Renee Hebert (Text file)

## April, 2005

- How OAG Works With Local Crime Victim (Text file)
- Beware of Work-at-Home Scams (Text file)
- Military Reservists and Child Support (Text file)
- Child Support Evader: Michael Dwinnell (Text file)

## March, 2005

- When do consumers have a 3-day right to cancel a contract or purchase? (Text file)
- Beware of Pyramid Schemes (Text file)
- Attorney General Helps Parents and Children Who Live Apart (Text file)

## February, 2005

- Attorney General Sues Prolific Spammers (Text file)
- New Law Allows Free Credit Reports for Consumers (Text file)
- Automated Information about Child Support Just a Phone Call Away (Text file)
- Child Support Evader: Linda Carroll (Text file)

## January, 2005

- Third Party Debt Collectors: Know Your Rights (Text file)
- New Year (Text file)
- Attorney General to Defend Ten Commandments Monument at High Court (Text file)
- Child Support Evader: Roy Bowden (Text file)

## December, 2004

. Holiday Safety Tips for Consumers (Text file)
. Small Claims Court Can Help Resolve Disputes (Text file)
. Healthy Marriage (Text file)

## November, 2004

. The Texas Attorney General's Fugitive Unit Works to Keep Children Safe (Text file)
. Beware of Predatory Lending Scams (Text file)
. Child Support Collections Exceed $1.6 Billion (Text file)

## October, 2004

. Protect Yourself from Identity Theft (Text file)
. The Crime Victims' Compensation Fund (Text file)
. How the AG Helps Parents Meet Their Children's Medical Needs (Text file)

## September, 2004

. Old Debt or Bogus Debt? (Text file)
. Beware of these Scams (Text file)
. Child Support Services (Text file)
. Child Support Evader: Carlos Garay (Text file)

## August, 2004

. Break the Silence - Make the Call (Text file)
. Regular Child Support Improves School Achievement (Text file)
. Child Support Evader: Dickie Lee Davis (Text file)
. Is a Credit Counseling Service Right for You? (Text file)

## July, 2004

. Protect Yourself from Credit Card Fraud (Text file)
. Joining a Health Spa: What to Look out for (Text file)
. Child Support Review Process (Text file)
. Child Support Evader: David Rodriguez (Text file)

## June, 2004

. Child Support Evader: Amy Dorow (Text file)
. Thanks, Dad (Text file)
. Beware of Scholarship Scams (Text file)
. Charitable Raffles: Know the Law (Text file)

## May, 2004

. Direct Deposit: Convenient Way to Receive Child Support Payments (Text file)
. Protecting Our Children (Text file)
. Seniors Should Be Cautious When Buying Medicare Drug Discount Cards (Text file)
. Protecting Senior Texans (Text file)

## April, 2004

, Child Support Evader: Randy Gearty (Text file)
, Crime Victims Compensation Fund (Text file)
, Five Hot Scams: Don't Fall for them! (Text file)
, Won the lottery? Just hang up! (Text file)

## March, 2004

, The Attorney General Opinion Process (Text file)
, New Option for Making Child Support Payments (Text file)
, Beware of Credit Repair Scams (Text file)
, Child Support Evader: David Martin (Text file)

## February, 2004

, Most Wanted Child Support Evaders (Text file)
, Child Support Evader: Larry Lewis (Text file)
, Prayer at Colleges, Universities Should Be Preserved (Text file)
, Beware of Counterfeit Cashier's Checks (Text file)
, Federal Government Passes New Anti-Spam Law, Partially Preempts Texas State Law (Text file)

## January, 2004

, Child Support Evader: Gabriel Botello (Text file)
, Establishing Paternity at Birth Gives Children Solid Start (Text file)
, Preserving the Pledge of Allegiance (Text file)
, Beware of "Tax Reduction" Scams (Text file)

## December, 2003

, Child Support Evader: James Bryant (Text file)
, Make Sure Your Children Know You Care This Holiday Season (Text file)
, Texas Ten Commandments Monument Stands (Text file)
, Protecting Seniors from Financial Exploitation (Text file)

## November, 2003

, Child Support Evader: William Shepherd, Jr. (Text file)
, Child Support Collections Top $1.5 Billion (Text file)
, Beware of Hidden Costs of Work-at-home Scams (Text file)
, New Identity Crime Laws Help Consumers and Law Enforcement (Text file)

## October, 2003

, Parental Involvement Means More Than Just Paying Child Support (Text file)
, Texas Adopts New Anti-Spam Laws (Text file)
, Attorney General Creates New Fugitive Unit That Targets Child Predators (Text file)
, Child Support Evader: Jerry Dale Keefer (Text file)

## September, 2003

, Regular Child Support Improves School Achievement Too (Text file)
, Child Support Evader: John E. Moses (Text file)
, More Domestic Violence Awareness Needed in Hispanic Community (Text file)
, Attorney General: Celebrate Assisted Living Week, Grandparents Day (Text file)
, "Badge Fraud" Robs Consumers, Peace Officers (Text file)

## August, 2003

- Child Support Evader: Steven Kyle Miller (Text file)
- Preparing Teens for Responsible Parenting (Text file)
- The Attorney General Can Stop Abusive Debt Collection (Text file)
- The Attorney General's Office Protects Children from Internet Predators (Text file)

## July, 2003

- Child Support Evader: David Tello (Text file)
- Safe Shopping by Catalog (Text file)
- Beware of Telephone Fraud (Text file)
- Seniors: Living Trusts Are Not for Everyone (Text file)

## May, 2003

- Attorney General Reaches Settlement for Texas Consumers (Text file)
- Automated Information About Child Support Just A Phone Call Away (Text file)
- The Attorney General Protects Senior Citizens (Text file)
- The Attorney General Talks About Choosing Long-Term Care (Text file)

## April, 2003

- Military Reservists and Child Support (Text file)
- Benefits for Victims of Child Abuse, Sexual Assault, Family Violence (Text file)
- Texas Attorney General Pushes Victim Rights, Compensation (Text file)
- Texas Observes National Crime Victims (Text file)

## March, 2003

- Attorney General Alerts Seniors to Scams, Frauds (Text file)
- Attorney General Targets Immigration Scams (Text file)
- Establishing Paternity is Good for Fathers, too (Text file)
- Look Out for Tax Scams in Tax Season (Text file)

## February, 2003

- Phony Canadian Lottery Steals from the Elderly (Text file)
- Attorney General Offers Help for Victims of Crime (Text file)
- What the Attorney General Can Do For You (Text file)
- AG Can Help You Collect Your Child Support (Text file)

*Revised: January 10, 2012*