Red-101
Data: 2010 Census
PLANH100  11/26/2001 4:40:10 PM

Texas Legislative Council
02/20/11 7:11 PM
Page 1 of 1

District Population Analysis with County Subtotals

## HOUSE DISTRICT 126 - PLANH100

|  |  | Total | Anglo | Black | Hisp | B+H | Other | %A | %B | %H | %BH | %O |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **DISTRICT 126** | Total: | 172,274 | 66,026 | 38,584 | 50,961 | 88,151 | 18,097 | 38.3 | 22.4 | 29.6 | 51.2 | 10.5 |
|  | VAP: | 125,712 | 53,954 | 26,331 | 32,815 | 58,448 | 13,310 | 42.9 | 20.9 | 26.1 | 46.5 | 10.6 |
| Harris (4%) |  | 172,274 | 66,026 | 38,584 | 50,961 | 88,151 | 18,097 | 38.3 | 22.4 | 29.6 | 51.2 | 10.5 |

PX 558

2:13-cv-193
09/02/2014
DEF0115

5766