Official website of the Department of Homeland Security



## Traveler Information

- Civil Rights
- Claims
- Disabilities and Medical Conditions
- Food or Gifts
- For Travel Agents
- Identification
- Liquids Rule
- LEO Travel
- Military
- Privacy
- Prohibited Items
- Risk-Based Security
- Religious/Cultural
- Significant Travel Days
- Special Items
- Transgender Travelers
- Traveling with Children



# Acceptable IDs

## Identity Matters

[download / print]

Adult passengers 18 and over must show valid identification at the airport checkpoint in order to travel.

We understand passengers occasionally arrive at the airport without an ID, because of losing it or inadvertently leaving it at home. If this happens to you, it does not necessarily mean you won't be allowed to fly. If you are willing to provide additional information, we have other ways to confirm your identity, like using publicly available databases, so you can reach your flight.

If we clear you through this process, we may give you additional screening. If we can't verify your identity, you may not be allowed to enter the screening checkpoint or to board a plane.

Acceptable IDs for screening purposes include:

- U.S. passport
- U.S. passport card
- DHS trusted traveler cards (Global Entry, NEXUS, SENTRI, FAST)
- U.S. military ID (active duty or retired military and their dependents, and DoD civilians)
- Permanent resident card
- Border crossing card

- DHS-designated enhanced driver's license
- Driver's licenses or other state photo identity cards issued by Department of Motor Vehicles (or equivalent) for the sole purpose of identification
- Native American tribal photo ID
- HSPD-12 PIV card
- Airline or airport-issued ID (if issued under a TSA-approved security plan)
- Foreign government-issued passport
- Canadian provincial driver's license or Indian and Northern Affairs Canada card
- Transportation Worker Identification Credential

Note: a weapon permit is not an acceptable form of identification.

---

Latest revision: 16 July 2014