# Photo ID Requirements for Air Travel Within the United States

| TRAVEL TIPS(/) | Mandi Titus, Demand Media |
|---|---|

(http://www.usatoday.com)



A passport is just one acceptable form of identification for domestic air travel.

The ... (tsa.gov) oversees the photo identification ... States. Although airline passengers under age 18 are ... ing, all adults must present an acceptable form of identification before passing through the TSA screening checkpoint and being allowed to board their aircraft.

## Acceptable Forms of Identification

All travelers flying on a domestic flight must present a photo ID issued at the state or federal level, such as a driver's license, military ID or United States passport. In addition to these commonly used forms of identification, passport cards, trusted traveler cards (such as the NEXUS, SENTRI and FAST cards issued by the Department of Homeland Security), border-crossing cards, Native American tribal ID cards, airline or airport photo ID cards issued in compliance with TSA regulations and transportation worker ID credentials also are acceptable forms of identification.

## Name Requirements

2:13-cv-193
09/02/2014

DEF0117

exhibitsticker.com

The name on the airline ticket must match the name on the photo ID presented at the TSA airport checkpoint. Travelers who have had a name change since purchasing an airline ticket and do not have a valid photo ID that matches the name listed on the ticket must bring proof of the name change, such as a marriage certificate or a documentation of a court-ordered name change, to the airport along with photo identification.

## Lost or Forgotten ID

A lost or forgotten photo ID does not mean that a passenger will be unable to board his flight. The TSA allows passengers arriving at the security checkpoint without appropriate identification to still pass through the checkpoint, as long as they can provide personal information that can be matched with that found on public databases. However, these travelers may be required to undergo additional screening. In the event that a passenger's identity cannot be verified, he will be unable to pass through the screening area.

## Non-U.S. Citizens

International visitors and American residents who do not hold United States citizenship are still required to present a government-issued photo ID to TSA agents at the airport. A passport issued by a foreign government is an acceptable form of identification for all visitors to the U.S. Foreign citizens who have a form of photo ID issued by the U.S. government, such as a permanent resident card, may present their American ID in lieu of a passport.

?template=colorbox&taboola_utm_source=demandmedia-usat&taboola_utm_medium=bytaboola&taboola_utm_content=thumbs-2r:below:)

(http://adfarm.mediaplex.com/ad/ck/18916-133472-51118-42)
?template=colorbox&taboola_utm_source=demandmedia-usat&taboola_utm_medium=bytaboola&taboola_utm_content=thumbs-2r:below:)
Little Known Way To Pay Off Mortgage

LendingTree

(http://adfarm.mediaplex.com/ad/ck/18916-133472-51118-42)
(http://w w w .w eeklyfinancialsolutions.com/landers/pages/little-know n-mortgage.html?
utm_source=taboola&utm_medium=%7Bsite%7D&utm_term=Rainbow Home2_Millions&utm_adgroup=desktoptablet&utm_medium=d
usat)

Millions Could Still Benefit From This Mortgage Program

The Easy Loan Site

(http://w w w .w eeklyfinancialsolutions.com/landers/pages/little-know n-mortgage.html?
utm_source=taboola&utm_medium=%7Bsite%7D&utm_term=Rainbow Home2_Millions&utm_adgroup=desktoptablet&utm_medium=d
usat)
(http://w w w .new smaxhealth.com/MKTNew s/Brow nstein-cancer-video-documentary/2013/02/11/id/489887?promo_code=12729-
1&utm_source=taboola&site=demandmedia-usat)

5 Signs You'll Get Cancer

New smax

(http://w w w .new smaxhealth.com/MKTNew s/Brow nstein-cancer-video-documentary/2013/02/11/id/489887?promo_code=12729-1&utm_source=taboola&site=demandmedia-usat)

(http://thescene.com/w atch/teenvogue/teen-vogue-s-the-cover-kendall-jenner-s-september-issue-cover-shoot?mbid=marketing_paid_tp_cne_oo_TABOOLA_scene_tv&utm_source=TABOOLA&utm_medium=paid&utm_content=scene&utm_car usat)

Kendall Jenner's September Issue Cover Shoot

Teen Vogue

(http://thescene.com/w atch/teenvogue/teen-vogue-s-the-cover-kendall-jenner-s-september-issue-cover-shoot?mbid=marketing_paid_tp_cne_oo_TABOOLA_scene_tv&utm_source=TABOOLA&utm_medium=paid&utm_content=scene&utm_car usat)

## REFERENCES

Transportation Security Administration: ID Requirements for Airport Checkpoints(http://www.tsa.gov/travelers/airtravel/acceptable_documents.shtm)

U.S. Department of Transportation: Fly-Rights – Schedules and Tickets(http://airconsumer.dot.gov/publications/flyrights.htm#reserve)

## ABOUT THE AUTHOR

Based in Florida, Mandi Titus has been writing since 2002. Her articles have been published on sites such as Goodkin, Go Green Street and Living the Healthy Way. She holds a Bachelor of Science in psychology from Stetson University.

## PHOTO CREDITS

Thinkstock/Comstock/Getty Images

Travel Tips Index(http://traveltips.usatoday.com/sitemap.html)