STEVE RABORN
Voter Registrar, (817) 831-VOTE (8683)
2700 Premier Street
Fort Worth, TX 76111
www.tarrantcounty.com/elections

Secretary of State's Office
Elections Division
1-800-252-VOTE (8683)
www.sos.state.tx.us

**RETURN SERVICE REQUESTED**

PRESORTED
FIRST-CLASS MAIL
U.S. POSTAGE PAID
FORT WORTH, TX
PERMIT NO. 1139

Scan barcode with smart phone or visit our website to find your election day polling place for county elections.
Código de barras de exploración con teléfono (smart phone) o visita nuestra página de Internet para encontrar su sitio de votación de día de la elección para elecciones de condado.

N5474045

**HIGHLY CONFIDENTIAL**

**VOTER REGISTRATION CERTIFICATE**
(Certificado de Registro Electoral)
**TARRANT COUNTY** (Condado de Tarrant)

| VUID - Voter Unique Identifier (Identificador Único de Votante) | Gender (Sexo) | Valid from (Válido desde) |
|---|---|---|
| 104678xxx00 | F | 01/01/14 |

| Year of Birth (Año de Nacimiento) | Prec. No. (Pct. Núm.) 4097 | thru (hasta) 12/31/15 |

Name and Permanent Residence Address (Nombre y dirección residencial permanente)

ANNA MARIA BURNS

X _____

VOTER MUST PERSONALLY SIGN HIS/HER NAME IMMEDIATELY UPON RECEIPT, IF ABLE.
(El votante debe firmar esta tarjeta personalmente en el punto de recibirla, si puede.)

| U.S. REP. (Rep de los E.U.) 33 | STATE SEN. (Sen. Estatal) 10 | STATE REP. (Rep. Estatal) 90 | COMM. PCT. (Com. Pct.) 04 | J.P. PCT. (J.P. Pct.) 05 | TCC TC1 |
| CITY (Ciudad) FTW | CITY COUNCIL (Concejo Municipal) FW9 | ISD (Estatal) FTW | ISD SEAT (Escaño) FW8 | SBOE (Estatal) 13 | WATER (Agua) TRW |

Tarrant County Cert. No. (Condado de Tarrant Núm de Cert)
1387397

Name and Mailing Address (Nombre y dirección de correo)

ANNA MARIA BURNS

EXHIBIT 2
WIT: Burns
DATE: 7-21-14
JULIE BRANDT, RMR, CRR

2:13-cv-193
09/02/2014
DEF0126
exhibitsticker.com

Veasey00024