2:13-cv-193
09/02/2014
**DEF0135**

EXHIBIT
Defendants
SB-1
7-31-14

# TEXAS SECRETARY OF STATE
## NANDITA BERRY

| About the Office | Election Information | Business Filings | Notary Public & Statutory | State Rules & Open Meetings | Uniform Commercial Code | Border & International |

**VOTETEXAS.GOV**

**Elections And Voter Information**

- Voter Information
- About the Elections Division
- Conducting Your Elections
- Candidate Information
- Election Officials and Officeholders
- Election Results
- Election Administration
- Help America Vote Act (HAVA) Funding to Counties
- Election Funds Management, (HAVA, Chapter 19 & Primary Finance)
- Project V.O.T.E. for Teachers, Educators and Students
- Voting Systems
- Forms, Resources & Legal

## Application for a Ballot by Mail

To be eligible to vote early by mail in Texas, you must:

- be 65 years or older;
- be disabled;
- be out of the county on election day and during the period for early voting by personal appearance; or
- be confined in jail, but otherwise eligible.

Instructions for submitting an Application for Ballot by Mail ("ABBM"):

1. Print (PDF) the ABBM form OR submit an order online and an ABBM will be mailed to you.
2. Complete Sections 1 through 8.
3. Sign and Date Section 9.
4. If someone helped you complete the application or mailed the application for you, that person must complete Sections 11a through 11c.
5. Affix postage.
   a. If you printed the application you must place it in your own envelope and add postage.
   b. If you ordered the application online - fold in half, moisten top tab, seal and add postage.
6. Address and mail (you may also fax if a fax machine is available) the completed ABBM to the Early Voting Clerk in your county.
   a. The Early Voting Clerk is the County Clerk or Elections Administrator for your county.
   b. Contact information for the Early Voting Clerks is available on this website.

**NOTICE:** DO NOT MAIL COMPLETED APPLICATIONS FOR BALLOT BY MAIL TO THE SECRETARY OF STATE'S OFFICE. ALL APPLICATIONS RECEIVED BY THIS OFFICE WILL BE REJECTED.

Military and overseas voters are welcome to use the regular registration and early voting by mail process available to all voters away from their home county on Election Day. However, there are also special provisions for military and overseas voters.

For more information, please read the Early Voting in Texas pamphlet.

## Application for a Ballot by Mail

To be eligible to vote early by mail in Texas, you must:

- be 65 years or older;
- be disabled;
- be out of the county on election day and during the period for early voting by personal appearance; or
- be confined in jail, but otherwise eligible.

Instructions for submitting an Application for Ballot by Mail ("ABBM"):

1. Print (PDF) the ABBM form OR submit an order online and an ABBM will be mailed to you.
2. Complete Sections 1 through 8.
3. Sign and Date Section 9.
4. If someone helped you complete the application or mailed the application for you, that person must complete Sections 11a through 11c.
5. Affix postage.
   a. If you printed the application you must place it in your own envelope and add postage.
   b. If you ordered the application online - fold in half, moisten top tab, seal and add postage.
6. Address and mail (you may also fax if a fax machine is available) the completed ABBM to the Early Voting Clerk in your county.
   a. The Early Voting Clerk is the County Clerk or Elections Administrator for your county.
   b. Contact information for the Early Voting Clerks is available on this website.

NOTICE: DO NOT MAIL COMPLETED APPLICATIONS FOR BALLOT BY MAIL TO THE SECRETARY OF STATE'S OFFICE. ALL APPLICATIONS RECEIVED BY THIS OFFICE WILL BE REJECTED.

Military and overseas voters are welcome to use the regular registration and early voting by mail process available to all voters away from their home county on Election Day. However, there are also special provisions for military and overseas voters.

For more information, please read the Early Voting in Texas pamphlet.

Note: Free software such as Adobe® Acrobat Reader 6.0 or higher may be required in order to view PDF files included on this page.

Rev 2/11/13

### Sidebar

Elections And Voter Information

VOTETEXAS.GOV

- Voter Information
- About the Elections Division
- Conducting Your Elections
- Candidate Information
- Election Officials and Officeholders
- Election Results
- Election Administration
- Help America Vote Act (HAVA) Funding to Counties
- Election Funds Management, (HAVA, Chapter 19 & Primary Finance)
- Project V.O.T.E. for Teachers, Educators and Students
- Voting Systems
- Forms, Resources & Legal Library
- Frequently Asked Questions (FAQs)
- Contact Us