Wed 5/7/14
Left fr: Willow Bend Apts
Time: 10:50 AM
11:06 Still in Bus
Waiting on Babcock Rd
Waiting on Bus #522
to PPS office
time: 12:39 AM
Walked from ~~Babcock~~ Holcrest
to ~~Fredericksburg~~ take Bus #100
Primo Bus time: 12:49 got off Bus
took another Bus #30 to ~~go to~~ And
Walked to 2 blk to get my Birth
Certificate at 719 S. Santa Rosa St.
time 1:35 pm Took Taxi back
Back to PPS charge $30.00
But paid him $30.00 Regular
Taxi fare was Between $25-30
I asked him for a Receipt!
Time was 3:30 pm



2:13-cv-193
09/02/2014
DEF0142

EXHIBIT
2
Benavidez