DPS HOME    SERVICES    EMPLOYMENT    ABOUT US

Enter Text Below
Search DPS 🔍

**Payment Methods**

Driver license offices now accept credit cards, cash, checks, and money orders.

**ADA Accommodations**

Anyone with a disability defined by the Americans with Disabilities Act (ADA) who needs accommodation should contact, upon arrival, an employee for any assistance. ADA grievance procedures are located in the Texas Administrative Code.

<< Back to Search



Click for Larger Map

### You have 13 location(s) to choose from- Please CLICK any TAB below:

| Hondo | San Antonio-Leon Valley Mega Center | Boerne | Floresville | Jourdanton | Kerrville |
| New Braunfels | San Antonio Babcock | San Antonio General McMullen | San Antonio South East |
| San Marcos | Seguin | San Antonio-Universal City Pat Booker |

## San Antonio-Leon Valley Mega Center

Street Address
    7410 Huebner Road
    Leon Valley, TX 78240
General Information
    210-531-1000

**Click to schedule a Drive Test**

For other services:
**Click to 'Get In Line Online'**

2:13-cv-193
09/02/2014
**DEF0151**

EXHIBIT
11
Benavides?

**Days And Hours Open:**

| Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|
| 7:30 -6:00 | 7:30 -6:00 | 7:30 -6:00 | 7:30 -6:00 | 7:30 -5:00 | - |



**Note:**
Welcome to the **Leon Valley-San Antonio Mega Center** - a faster alternative.

**\*\*PLEASE NOTE\*\***
All customers using the "Get in line online" option must be physically present in the office prior to the posted closing time. You may schedule a driving test appointment online, by visiting the office or walk in to check availability. Prescheduled customers have priority.

<< Back to Search



**Note:** links to [PDF] files require Adobe Reader or another PDF viewer.

| Accessibility | Site Policies | TRAIL | TSIEC | Report Fraud, Waste or Abuse | American Recovery and Reinvestment ACT |
| Outlook Web Access | ETA Time Entry | Texas Homeland Security | Public Information Act | Compact with Texans | Espanol |
| The Governor's Committee on People with Disabilities | Personnel Complaint Process (Espanol) | Customer Survey |
| Texas Veterans Portal | Texas Fusion Center Privacy Policy | texas.gov | OSS Entry |

© 2000-2011 Texas Department of Public Safety.



**Directions to 7410 Huebner Rd, San Antonio, TX 78240**
7.2 mi – about **12 mins**

 8330 portranco rd, #915 san antonio, tx 78251

| | Step | Distance |
|---|---|---|
| | 1. Head **northeast**<br>Restricted usage road | go 105 ft<br>total 105 ft |
| ↰ | 2. Turn left toward **Potranco Rd**<br>Restricted usage road | go 322 ft<br>total 427 ft |
| ↱ | 3. Turn right onto **Potranco Rd**<br>About 54 secs | go 0.2 mi<br>total 0.3 mi |
| ↱ | 4. Take the 1st right onto **W Military Dr**<br>About 2 mins | go 0.7 mi<br>total 1.0 mi |
| ↰ | 5. Turn left onto **I- 410 Access Rd/NW Loop 410** | go 0.3 mi<br>total 1.3 mi |
| ↖ | 6. Take the **Interstate 410 N** ramp on the left | go 436 ft<br>total 1.4 mi |
| 🛡410 | 7. Merge onto **I-410 N**<br>About 3 mins | go 2.7 mi<br>total 4.1 mi |
| ↗ | 8. Take exit **13** toward **Texas 16 N/Leon Valley/San Antonio** | go 0.1 mi<br>total 4.2 mi |
| | 9. Merge onto **I- 410 Access Rd/NW Loop 410**<br>About 55 secs | go 0.5 mi<br>total 4.7 mi |
| ↰ | 10. Turn left onto **TX-16 N/TX-421 Spur N/Bandera Rd** (signs for **I-410 S**)<br>Continue to follow TX-16 N/Bandera Rd<br>About 4 mins | go 1.9 mi<br>total 6.6 mi |
| ↱ | 11. Turn right onto **Huebner Rd**<br>About 1 min | go 0.6 mi<br>total 7.2 mi |

7410 Huebner Rd, San Antonio, TX 78240

These directions are for planning purposes only. You may find that construction projects, traffic, weather, or other events may cause conditions to differ from the map results, and you should plan your route accordingly. You must obey all signs or notices regarding your route.

Map data ©2014 Google

Directions weren't right? Please find your route on maps.google.com and click "Report a problem" at the bottom left.



Start **8330 Portranco Road, # 915, San Antonio, TX 78251**
End **7410 Huebner Rd, San Antonio, TX 78240**
When 8/12/14 after 3:16pm
Duration 47 mins total

 8330 Portranco Road, # 915, San Antonio, TX 78251

🚶 Walk to Potranco in Front of 8330 — About 3 mins

○ **Potranco in Front of 8330** (Stop ID: 96243) — 3:45pm - 3:55pm
🚌 Bus - 620 - Ingram/Nwvistas  towards 620 Ingram T/C — (9 mins, 8 stops)

○ **Wurzbach & Van Cleave** (Stop ID: 88986) — 4:06pm - 4:18pm
🚌 Bus - 609 - Ingram/Mainland  towards 609 Mainland — (11 mins, 15 stops)

○ **Huebner & Bandera** (Stop ID: 28476) — About 12 mins
🚶 Walk to 7410 Huebner Rd, San Antonio, TX 78240

 7410 Huebner Rd, San Antonio, TX 78240

**Local agency information:** VIA Metropolitan Transit

These directions are for planning purposes only. You may find that construction projects, traffic, weather, or other events may cause conditions to differ from the map results, and you should plan your route accordingly. You must obey all signs or notices regarding your route.

Map data ©2014 Google