# Texas Politics

Voter Identification (February 2011)

| Voter ID Preferences | Breakdown by Party ID | Breakdown by Race |
| --- | --- | --- |



**Do you agree or disagree that registered voters should be required to present a government-issued photo ID before they can be allowed to vote? (February 2011)**
The MOE for the sample (n=797) is +/- 3.47

75% — Agree
17% — Disagree
8% — Don't know

Mouse-over for notes about the data



EXHIBIT
12
PENGAD 800-631-6989

2:13-cv-193
09/02/2014
DEF0152