| | |
|---|---|
| From: | Patricia Harless [phar77379@aol.com] |
| Sent: | Monday, November 21, 2011 9:49 PM |
| To: | Colby Beuck |
| Cc: | Julie Scott |
| Subject: | Re: DRAFT ** RE: Op-Ed in Defense of Photo Voter ID in Today's Chronicle |
| Attachments: | Scan_Doc0001.pdf |

This needs more work.  All you are going to do is make them more angry with that response

Look at it and tell me the words you shouldn't use.  You wrote it in a hurry and it shows

right is from the positive position and not the negative just like we framed the debate

Attached is the article we talked about if you don't have it

-----Original Message-----
From: Colby Beuck <Colby.Beuck@house.state.tx.us>
To: Patricia Harless <phar77379@aol.com>
Cc: Julie Scott <Julie.Scott@house.state.tx.us>
Sent: Mon, Nov 21, 2011 5:35 pm
Subject: DRAFT ** RE: Op-Ed in Defense of Photo Voter ID in Today's Chronicle

Going to use this as a base for other anti-SB 14 responses:



Dear Ms. Clark,

Thank you for your email. I appreciate you taking the time to express your opposition to the photo voter ID legislation. While this is an issue that a strong majority of Texans and residents of District 126 support, I understand that there are opinions on both sides. The purpose of the Senate Bill 14 was not to disenfranchise anyone, but to protect the integrity of the ballot box. In fact, I believe with photo voter ID in place, we will see an increase in turnout, as has been experience in Indiana and Georgia since they enacted voter ID laws.

The purpose of Senate Bill 14 is to ensure the integrity of the elections.  As the US Supreme court ruled in ????? ballot access should have at least the same degree of integrity as renting a movie, going to the doctor or cashing a check.  SB 14 ensured access to polls by providing for ballot by mail for seniors, exemptions for disabled and indigent???, and free ID for anyone in Texas that does not currently have an approved id.  etc

Witness testimony in committee over the last several sessions has been that voter fraud exists. Our elections are too important not to safe guard, because even a few fraudulent votes could swing an election. For example, Representative Donna Howard last election won her seat in the Texas House by 3 votes.

say something like this (I took it from our talking points on VID)

Under the current law, we do not have the tools necessary to stop in-person voter fraud.  In fact, in-person voter fraud may not even be evident until after the election has occurred.  Over the last couple of sessions we have heard from many witnesses who testified that voter-registration cards have been stolen and false votes cast in those persons names, most of who where deseased.  The secretary of state as well as other law enforcement agencies testified about past and current voter fraud that has

1



HIGHLY CONFIDENTIAL

TX_00091736

been prosecuted. Though more cases happen then prosocuted, even one fraudulent vote can cost an election. Last year, after a re-count, State Rep Donna Howard, won her election by 3 votes.

If you would like to hear the testimony to the committee hearing in the house and the senate on this bill during the 82 legislative session you can go to..........

While we might not be in agreement on this issue, we probably agree on much more than we disagree. Again, thank you for taking the time to write. I always appreciate hearing from my constituents. If my staff or I can be of further assistance, please do not hesitate to contact us.

Sincerely,
Patricia Harless
State Representative
District 126
512.463.0496 (Capitol office)
281.376.4114 (District office)

---

**From:** Jacqueline Clark [mailto:jacquisine@earthlink.net]
**Sent:** Tuesday, November 15, 2011 1:50 PM
**To:** Patricia Harless
**Subject:** RE: Op-Ed in Defense of Photo Voter ID in Today's Chronicle

Dear Ms. Harless,
I read your piece in this morning's Chronicle and I find it very disappointing that you support requiring photo voter ID. You failed to cite any evidence of any alleged voter fraud, and raising new barriers for voters seems sadly reminiscent of things like poll taxes and literacy tests. I'm sorry to learn this about you.

Jacquie Clark
jacquisine@earthlink.net
281-687-6620 cell

HIGHLY CONFIDENTIAL

TX_00091737