| | |
|---|---|
| From: | Russo, Vincent [vrusso@sos.ga.gov] |
| Sent: | Thursday, March 03, 2011 11:14 AM |
| To: | Colby Beuck |
| Subject: | RE: Voter ID News |

Thanks Colby,

Please let us know if there is anything else we can assist with, and thanks for all your help in preparation for Secretary Kemp's testimony.

Best regards,

*Vincent R. Russo*
*General Counsel*
*Office of Georgia Secretary of State Brian P. Kemp*
*214 State Capitol*
*Atlanta, Georgia 30334*
*P: (404) 656-2881*
*F: (404) 656-0513*

---

**From:** Colby Beuck [mailto:Colby.Beuck@house.state.tx.us]
**Sent:** Wednesday, March 02, 2011 12:58 PM
**To:** Carrothers, Matthew; Russo, Vincent
**Subject:** Voter ID News

Matt and Vincent,

Here is a link to a story on some of the Capitol news from yesterday, with an interview from Secretary Kemp. He did a really great job representing your state and the benefits of photo id. Thank you for your help in setting things up in such short time!

http://www.kvue.com/news/Minority-hard-to-stomach-as-dems-face-GOP-agenda-117201693.html

Colby Beuck
*Chief of Staff*
*Representative Patricia Harless*
*512.463.0496*

1



2:13-cv-193
09/02/2014
DEF0178

TX_00091245

TEX00091245