# onecle

AdChoices ▷    ► Election Voting    ► Election Vote    ► Election Poll    ► Election Day

**Court Opinions**

US Supreme Court
US Tax Court
Board of Patent Appeals

**State Laws**

Alabama
Arizona
California
Florida
Georgia
Illinois
Indiana
Massachusetts
Michigan
Nevada
New Jersey
New York
North Carolina
Oregon
Pennsylvania
Texas
Virginia
Washington

**US Code**

1 USC - General Provisions
2 USC - The Congress
3 USC - The President
4 USC - Flag and Seal
5 USC - Gov't Organization
6 USC - Domestic Security
7 USC - Agriculture
8 USC - Aliens and Nationality
9 USC - Arbitration
10 USC - Armed Forces
11 USC - Bankruptcy
12 USC - Banks and Banking
13 USC - Census
14 USC - Coast Guard
15 USC - Commerce and Trade
16 USC - Conservation
17 USC - Copyrights
18 USC - Crimes
19 USC - Customs Duties
20 USC - Education
21 USC - Food and Drugs
22 USC - Foreign Relations
23 USC - Highways
24 USC - Hospitals
25 USC - Indians
26 USC - Internal Revenue Code
27 USC - Intoxicating Liquors
28 USC - Judiciary
29 USC - Labor
30 USC - Mineral Lands
31 USC - Money and Finance
32 USC - National Guard
33 USC - Navigation
34 USC - Navy (repealed)
35 USC - Patents
36 USC - Patriotic Societies
37 USC - Uniformed Services
38 USC - Veterans' Benefits
39 USC - Postal Service
40 USC - Public Property
41 USC - Public Contracts
42 USC - Public Health
43 USC - Public Lands
44 USC - Public Printing
45 USC - Railroads
46 USC - Shipping
47 USC - Telecom
48 USC - Territories
49 USC - Transportation
50 USC - War

**US Constitution**

Preamble
Art. I - Legislative
Art. II - Executive
Art. III - Judicial
Art. IV - States' Relations
Art. V - Mode of Amendment
Art. VI - Prior Debts
Art VII - Ratification

Business Contracts

## Texas Election Code - Section 32.075. Law Enforcement Duties And Powers

Legal Research Home > Texas Laws > Election Code > Texas Election Code - Section 32.075. Law Enforcement Duties And Powers

2014 Primary Election

⊕ signup.ngpvan.com/

Get Started With NGP VAN Today. Sign Up For Free Demo Of Our Tools.

§ 32.075. LAW ENFORCEMENT DUTIES AND POWERS.  (a) The
presiding judge shall preserve order and prevent breaches of the
peace and violations of this code in the polling place and in the
area within which electioneering and loitering are prohibited from
the time the judge arrives at the polling place on election day
until the judge leaves the polling place after the polls close.
      (b)  In performing duties under Subsection (a), the
presiding judge may appoint one or more persons to act as special
peace officers for the polling place.  A special peace officer may
not enforce the prohibition against electioneering or loitering
near the polling place unless the officer's appointment is approved
by the presiding officer of the local canvassing authority.
      (c)  In performing duties under Subsection (a), a presiding
judge has the power of a district judge to enforce order and
preserve the peace, including the power to issue an arrest warrant.
An appeal of an order or other action of the presiding judge under
this section is made in the same manner as the appeal of an order or
other action of a district court in the county in which the polling
place is located.
      (d)  A person who is arrested at a polling place while voting
or waiting to vote shall be permitted to vote, if entitled to do so,
before being removed from the polling place.

Acts 1985, 69th Leg., ch. 211, § 1, eff. Jan. 1, 1986.  Amended by
Acts 1997, 75th Leg., ch. 864, § 29, eff. Sept. 1, 1997;  Acts
2003, 78th Leg., ch. 1094, § 1, eff. June 20, 2003.

Section: Previous 32.0551 32.0552 32.056 32.071 32.072 32.073 32.074 32.075 32.091 32.092 32.093 32.094 32.111 32.112 32.113 Next

**Speak with a Lawyer in Texas**

- Ask a lawyer a question

*Last modified: August 11, 2007*

Support the President?

◯ newsmax.com/surveys

Do you approve of his job performance? Vote Here



Protect Our Forest Friends

Only You Can Prevent Wildfire

smokeybear.com

Ad ▷    ⓒ ⊞

©DISNEY



2:13-cv-193
09/02/2014

**DEF0180**



EXHIBIT
J
13
Bench