**Hinesley, Barbara**

**From:** Colby Beuck [Colby.Beuck@house.state.tx.us]
**Sent:** Tuesday, March 22, 2011 7:55 PM
**To:** DPS Government Relations
**Subject:** RE: Voter ID

Gretchen,

Does the temporary ID or DL issued have a photo?

Colby

---

**From:** DPS Government Relations [mailto:Government.Relations@txdps.state.tx.us]
**Sent:** Tuesday, March 22, 2011 5:47 PM
**To:** Colby Beuck
**Cc:** Davio, Rebecca; Terry, Michael; Arriaga, Amanda
**Subject:** RE: Voter ID

Colby,

A couple of things to keep in mind:

We do issue a temporary DL or ID immediately to an individual that visits a Driver License office and presents the required documents. Remember, though, that that temporary receipt does not have the security features that would be associated with the physical card. We are currently able to mail the physical card within 15-20 days.

Also, while this amendment would allow an individual whose DL or ID was stolen to vote using a police report, there are several other reasons that a DL or ID may no longer be in a person's possession. Cards are frequently lost or damaged.

As to whether a temporary DL or ID would be acceptable for voting purposes, that will depend on the legislative intent.

If you have any other questions, please let us know.

Thanks,

Gretchen Essell
Legislative Coordinator
Office of Government Relations
Texas Department of Public Safety
(512) 424-2933
gretchen.essell@txdps.state.tx.us

2:13-cv-193
09/02/2014
**DEF0183**

EXHIBIT 9 Beuck

---

**From:** Colby Beuck [mailto:Colby.Beuck@house.state.tx.us]
**Sent:** Tuesday, March 22, 2011 11:58 AM
**To:** DPS Government Relations
**Subject:** Voter ID

Here is the amendment I was referring to by Rep. Giddings. What we want to know is how long it would take to get a DPS photo id if your DL was stolen. Also, would that temporary photo ID be an acceptable form of ID under the bill?

1

HIGHLY CONFIDENTIAL

TX_00004912

In SB14, acceptable forms of ID relating to DPS:

(1) a driver's license or personal identification card issued to the person by the Department of Public Safety <u>that has not</u> [or a similar document issued to the person by an agency of another state, regardless of whether the license or card has] expired <u>or that expired no earlier than 60 days before the date of presentation</u>;

Thanks for your help,

Colby

HIGHLY CONFIDENTIAL

TX_00004913