





7/24/2014

Texas Politics - Voter Identification (February 2011)

http://www.laits.utexas.edu/txp_media/html/poll/features/201102_voter_id/slide2.html

1/1

