

JACQUELYN F. CALLANEN
VOTER REGISTRAR
203 W. NUEVA, STE 3.60
SAN ANTONIO, TEXAS 78207-4599
(210) 335-VOTE (8683)   www.bexar.org/elections

Secretary of State's Office
Elections Division
1-800-252-VOTE (8683)
www.sos.state.tx.us

PRESORTED
FIRST-CLASS MAIL
US POSTAGE PAID
SAN ANTONIO, TEXAS
PERMIT NO. 1649

RETURN SERVICE REQUESTED

**VOTER REGISTRATION CERTIFICATE**
(Certificado de Registro Electoral)
BEXAR COUNTY (Condado)

| VUID | Gender (Sexo) | Valid from (Válido desde) |
|---|---|---|
| 1202787927 | F | 01/01/2014 |

| Year of Birth (Año de Nacimiento) | Prec. No. (Núm. Prec.) | Until (hasta) |
|---|---|---|
| | 3118 | 12/31/2015 |

| U.S. REP | ST. SEN | ST. REP | CM. PCT |
|---|---|---|---|
| 21 | 25 | 121 | 3 |

| J.P. | SCHOOL | CITY | ACCD |
|---|---|---|---|
| 3 | NE04 | SA10 | 9 |

Name and Permanent Residence Address:
BRICKNER, EVELYN R

12/2/2013

EVELYN R BRICKNER

77440

*HIGHLY CONFIDENTIAL*

2:13-cv-193
09/02/2014
**DEF0195**