# List of lieutenant governors of Texas

From Wikipedia, the free encyclopedia

**Lieutenant Governor of Texas** is the second-highest executive office in state government.

For more information about the office and powers of the Lieutenant Governor see Lieutenant Governor of Texas.



Seal of the Lieutenant Governor of Texas



Burton
EXHIBIT NO. 4
8-14-14

2:13-cv-193
09/02/2014
DEF0208

# Lieutenant Governors of Texas

| Name | Years in Office | Party |
|---|---|---|
| Albert Clinton Horton | 1846-1847 | Democratic |
| John Alexander Greer | 1847-1851 | Democratic |
| James Wilson Henderson | 1851-1853 | Democratic |
| David Catchings Dickson | 1853-1855 | Democratic |
| Hardin Richard Runnels | 1855-1857 | Democratic |
| Francis R. Lubbock | 1857-1859 | Democratic |
| Edward Clark | 1859-1861 | Democratic |
| John McClannahan Crockett | 1861-1863 | Democratic |
| Fletcher Summerfield Stockdale | 1863-1865 | Democratic |
| *Vacant* | 1865-1866 | — |
| George Washington Jones[1] | 1866-1867 | Democratic |
| *Vacant* | 1867-1870 | — |
| James W. Flanagan[2] | elected 1869 | Republican |
| *Vacant* | 1871-1874 | — |
| Donald Campbell *ex officio* | 1870-1871 | Republican |
| David Webster Flanagan *ex officio* | 1871 | Republican |
| Albert Jennings Fountain *ex officio* | 1871–1873 | Republican |
| Edward Bradford Pickett *ex officio* | 1873–1874 | Democratic |
| Richard Bennett Hubbard, Jr. | 1874-1876 | Democratic |
| *Vacant* | 1876-1879 | — |
| Joseph Draper Sayers | 1879-1881 | Democratic |
| Leonidas Jefferson Storey | 1881-1883 | Democratic |
| Francis Marion Martin | 1883-1885 | Democratic |
| Barnett Gibbs | 1885-1887 | Democratic |
| Thomas Benton Wheeler | January 18, 1887-January 19, 1891 | Democratic |
| George Cassety Pendleton | January 19, 1891-January 17, 1893 | Democratic |
| Martin McNulty Crane | January 17, 1893-January 15, 1895 | Democratic |
| George Taylor Jester | January 15, 1895-January 17, 1899 | Democratic |
| James Nathan Browning | January 17, 1899-January 20, 1903 | Democratic |
| George D. Neal | January 20, 1903-January 15, 1907 | Democratic |
| Asbury Bascom Davidson | January 15, 1907-January 20, 1913 | Democratic |
| William Harding Mayes | January 20, 1913-August 14, 1914 | Democratic |
| *Vacant* | 1914-1915 | — |
| William Pettus Hobby, Sr. | January 19, 1915-August 25, 1917 | Democratic |

| | | |
|---|---|---|
| *Vacant* | 1917-1919 | – |
| Willard Arnold Johnson | January 21, 1919-January 18, 1921 | Democratic |
| Lynch Davidson | January 18, 1921-January 16, 1923 | Democratic |
| Thomas Whitfield Davidson | January 16, 1923-January 20, 1925 | Democratic |
| Barry Miller | January 20, 1925-January 20, 1931 | Democratic |
| Edgar E. Witt | January 20, 1931-January 15, 1935 | Democratic |
| Walter Frank Woodul | January 15, 1935-January 17, 1939 | Democratic |
| Coke Robert Stevenson | January 17, 1939-August 4, 1941 | Democratic |
| *Vacant* | 1941-1943 | – |
| John Lee Smith | January 19, 1943-January 21, 1947 | Democratic |
| Robert Allan Shivers | January 21, 1947-July 11, 1949 | Democratic |
| *Vacant* | 1949-1951 | – |
| Ben Ramsey | January 16, 1951-September 18, 1961 | Democratic |
| Preston Earnest Smith | January 15, 1963-January 21, 1969 | Democratic |
| Ben Barnes | January 21, 1969-January 16, 1973 | Democratic |
| William Pettus Hobby, Jr. | January 16, 1973-January 15, 1991 | Democratic |
| Bob Bullock | January 15, 1991-January 19, 1999 | Democratic |
| Rick Perry[3] | January 19, 1999-December 21, 2000 | Republican |
| Bill Ratliff[4] | December 28, 2000-January 21, 2003 | Republican |
| David Dewhurst | January 21, 2003-present | Republican |

1. ^ Jones was removed by General Philip Sheridan, commander of the Fifth Military District during Reconstruction and the office remained vacant until the 14th Legislature in 1874.
2. ^ Flanagan was elected Lieutenant Governor in 1869 but was not inaugurated. He presided over the Provisional session, but left office after being selected as an at-large representative to the U.S. Congress.
3. ^ Perry vacated the office when he succeeded George W. Bush as Governor of Texas on December 21, 2000.
4. ^ Ratliff was chosen by the Texas Senate to finish the unexpired term due to the vacancy of Rick Perry's succession to the Governorship. Ratliff served until David Dewhurst was elected in 2002 and inaugurated on January 21, 2003.

# Living former lieutenant governors

As of August 2014, four former lieutenant governors were alive. The most recent death of a former lieutenant governor was that of Preston Smith (1963–1969), on October 18, 2003. The most recent serving lieutenant governor to die was Bob Bullock (1991–1999), on June 18, 1999.

| Lt. Governor | Lt. Gubernatorial term | Date of birth |
|---|---|---|
| Ben Barnes | 1969–1973 | April 17, 1938 |
| Bill Hobby | 1973–1991 | January 19, 1932 |
| Rick Perry | 1999–2000 | March 4, 1950 |
| Bill Ratliff | 2000–2003 | August 16, 1936 |

## Source

- Legislative Reference Library of Texas (http://www.lrl.state.tx.us/legis/leaders/ltgovbio.html)
- *Presiding Officers of the Texas Legislature, 1846–1982*, Texas Legislative Council, Austin, Texas, August 1982.

Retrieved from "http://en.wikipedia.org/w/index.php?title=List_of_lieutenant_governors_of_Texas&oldid=620807693"

Categories:  Lieutenant Governors of Texas | Lists of Texas politicians | Lists of state lieutenant governors of the United States

- This page was last modified on 11 August 2014 at 19:03.
- Text is available under the Creative Commons Attribution-ShareAlike License; additional terms may apply. By using this site, you agree to the Terms of Use and Privacy Policy. Wikipedia® is a registered trademark of the Wikimedia Foundation, Inc., a non-profit organization.