# List of Speakers of the Texas House of Representatives

From Wikipedia, the free encyclopedia

The **Speaker of the Texas House of Representatives** is the presiding officer of the Texas House of Representatives.

For more information about the office and powers of the Speaker see Speaker of the Texas House of Representatives.

## Contents

- 1 Republic of Texas
- 2 State of Texas
- 3 Notes
- 4 References

## Republic of Texas

Speakers of the House of Representatives in the Congresses of the Republic of Texas.

| Name | Term in Office | Congress |
|---|---|---|
| Ira Ingram | 1836–1837 | 1st |
| Branch Tanner Archer | 1837 | 2nd |
| Joseph Rowe | 1838 | 2nd |
| John M. Hansford | 1838–1839 | 3rd |
| David Spangler Kaufman | 1840–1841 | 4th |
| David Spangler Kaufman | 1840–1841 | 5th |
| Kenneth Lewis Anderson | 1841–1842 | 6th |
| Nicholas Henry Darnell | 1842–1843 | 7th |
| Richardson A. Scurry | 1843–1844 | 8th |
| John M. Lewis | 1844–1846 | 9th |



2:13-cv-193
09/02/2014
**DEF0209**



Burton
EXHIBIT NO. 5
8·14·14

## State of Texas

Speakers of the House of Representatives in the Legislatures of the State of Texas.



Seal of the Speaker of the Texas House of Representatives

| Name | Party | Term in Office | Legislative Sessions |
|---|---|---|---|
| William Crump | Democratic | 16 February 1846–3 March 1846 | 1st |
| John Brown | Democratic | 3 March 1846–9 March 1846 | |
| Edward Thomas Branch | Democratic | 9 March 1846–16 March 1846 | |
| William Crump | Democratic | 16 March 1846–1 May 1846 | |
| William H. Bourland | Democratic | 1 May 1846–before 13 May 1846 | |
| Stephen W. Perkins | Democratic | before 13 May 1846–13 December 1847 | |
| J. W. Henderson | Democratic | 13 December 1847–5 November 1849 | 2nd |
| Charles G. Keenan | Democratic | 5 November 1849–3 November 1851 | 3rd |
| David Catchings Dickson | Democratic | 3 November 1851–7 November 1853 | 4th |
| Hardin Richard Runnels | Democratic | 7 November 1853–5 November 1855 | 5th |
| Hamilton Prioleau Bee | Democratic | 5 November 1855–2 November 1857 | 6th |
| William S. Taylor | Democratic | 2 November 1857–18 January 1858 | 7th |
| Matthew Fielding Locke | Democratic | 18 January 1858–7 November 1859 | |
| M. D. K. Taylor | Democratic | 7 November 1859–4 November 1861 | 8th |
| Constantine W. Buckley | Democratic | 4 November 1861–7 December 1861 | 9th |
| Nicholas Henry Darnell | Democratic | 7 December 1861–1862[1] | |
| Vacant[1] | | 1862–2 February 1863 | |
| Constantine W. Buckley | Democratic | 2 February 1863–2 November 1863 | |
| M. D. K. Taylor | Democratic | 2 November 1863–6 August 1866 | 10th |
| Nathaniel Macon Burford | Unionist[2] | 6 August 1866–25 April 1869[3] | 11th |
| Vacant[3] | | 25 April 1869–8 February 1870 | |
| Ira Hobart Evans | Republican | 8 February 1870–1871 | 12th |
| William Henry Sinclair | Republican | 1871–14 January 1873 | |
| M. D. K. Taylor | Democratic | 14 January 1873–13 January 1874 | 13th |
| Guy Morrison Bryan | Democratic | 13 January 1874–1876 | 14th |
| Thomas Reuben Bonner | Democratic | 1876–1879 | 15th |
| John Hughes Cochran | Democratic | 1879–1881 | 16th |
| George Robertson Reeves | Democratic | 1881–1883 | 17th |
| Charles Reese Gibson | Democratic | 1883–1885 | 18th |
| Lafayette Lumpkin Foster | Democratic | 1885–1887 | 19th |
| George Cassety Pendleton | Democratic | 1887–1889 | 20th |
| Frank P. Alexander | Democratic | 1889–1891 | 21st |
| Robert Teague Milner | Democratic | 1891–1893 | 22nd |

| Name | Party | Years | Legislature |
|---|---|---|---|
| John Hughes Cochran | Democratic | 1893–1895 | 23rd |
| Thomas Slater Smith | Democratic | 1895–1897 | 24th |
| L. Travis Dashiell | Democratic | 1897–1899 | 25th |
| James S. Sherrill | Democratic | 1899–1901 | 26th |
| Robert E. Prince | Democratic | 1901–1903 | 27th |
| Pat Morris Neff | Democratic | 1903–1905 | 28th |
| Francis William Seabury | Democratic | 1905–1907 | 29th |
| Thomas Bell Love | Democratic | 1907–1909 | 30th |
| Austin Milton Kennedy | Democratic | 1909 | 31st |
| John Wesley Marshall | Democratic | 1909–1911 | 31st |
| Sam Rayburn | Democratic | 1911–1913 | 32nd |
| Chester H. Terrell | Democratic | 1913–1915 | 33rd |
| John William Woods | Democratic | 1915–1917 | 34th |
| Franklin Oliver Fuller | Democratic | 1917–1919 | 35th |
| Robert Ewing Thomason | Democratic | 1919–1921 | 36th |
| Charles Graham Thomas | Democratic | 1921–1923 | 37th |
| Richard Ernest Seagler | Democratic | 1923–1925 | 38th |
| Lee Satterwhite | Democratic | 1925–1927 | 39th |
| Robert Lee Bobbitt | Democratic | 1927–1929 | 40th |
| Wingate S. Barron | Democratic | 1929–1931 | 41st |
| Fred Hawthorne Minor | Democratic | 1931–1933 | 42nd |
| Coke R. Stevenson | Democratic | 1933–1937 | 43rd, 44th |
| Robert Wilburn Calvert | Democratic | 1937–1939 | 45th |
| Robert Emmett Morse | Democratic | 1939–1941 | 46th |
| Homer Lakerby Leonard | Democratic | 1941–1943 | 47th |
| Price Daniel | Democratic | 1943–1945 | 48th |
| Claud H. Gilmer | Democratic | 1945–1947 | 49th |
| William O. Reed | Democratic | 1947–1949 | 50th |
| Thomas Durwood Manford, Jr. | Democratic | 1949–1951 | 51st |
| Reuben E. Senterfitt | Democratic | 1951–1955 | 52nd, 53rd |
| Jim T. Lindsey | Democratic | 1955–1957 | 54th |
| Waggoner Carr | Democratic | 1957–1961 | 55th, 56th |

| Jimmy Turman | Democratic | 1961 | 57th |
|---|---|---|---|
| Byron M. Tunnell | Democratic | 1963 | 58th |
| Ben F. Barnes | Democratic | 1965–1969 | 59th |
| | | | 60th |
| Gus Franklin Mutscher | Democratic | 1969–1972 | 61st |
| | | | 62nd |
| Rayford Price | Democratic | 1972–1973[4] | |
| Price Daniel, Jr. | Democratic | 1973–1975 | 63rd |
| Bill W. Clayton | Democratic | 1975–1983 | 64th |
| | | | 65th |
| | | | 66th |
| | | | 67th |
| Gib Lewis | Democratic | 1983–1993 | 68th |
| | | | 69th |
| | | | 70th |
| | | | 71st |
| | | | 72nd |
| Pete Laney | Democratic | 1993–2003 | 73rd |
| | | | 74th |
| | | | 75th |
| | | | 76th |
| | | | 77th |
| Tom Craddick | Republican | 2003–2009 | 78th |
| | | | 79th |
| | | | 80th |
| Joe Straus | Republican | 2009–present | 81st |
| | | | 82nd |

# Notes

1. ^ [a][b] Darnell resigned some time in 1862 to fight in the Civil War, and Buckley was apparently not re-elected until the beginning of the First Called Session on 2 February 1863
2. ^ Two sources, one contemporary, say Burford was a Democrat:
    - Perez, Joan Jenkins. "Burford, Nathaniel Macon" (http://www.tshaonline.org/handbook/online/articles/BB/fbu27.html). *Handbook of Texas Online*. Retrieved 2007-01-25. "Burford was a Democrat..."

- "Burford, Nat. Macon" (http://texashistory.unt.edu/permalink/meta-pth-5827:92). *Biographical Encyclopedia of Texas*. New York: Southern Publishing Co. 1880. pp. 72–3. OCLC 1843096 (https://www.worldcat.org/oclc/1843096). Retrieved 2007-01-25. "In politics he has always been a firm and consistent Democrat of the true Jackson type."

3. ^ [a] [b] Moneyhon, Carl H. "Reconstruction" (http://www.tshaonline.org/handbook/online/articles/RR/mzr1.html). *Handbook of Texas Online*. Retrieved 2007-01-25. "…every office filled by an elected official incapable of taking the Test Oath would be considered vacant on April 25, 1869"
4. ^ Price served as Speaker for the 2nd through the 4th Called Sessions

## References

- Legislative Reference Library of Texas (2006-05-06). "Speakers of the Texas House of Representatives, 1846-present" (http://www.lrl.state.tx.us/legis/leaders/speakerbio.html). Retrieved 2007-01-11.
- Sorensen, Stephanie S. (2006). "Speakers of the Texas House of Representatives" (http://freepages.genealogy.rootsweb.com/~txhistorian/speakers.html). Retrieved 2007-01-23.

Retrieved from "http://en.wikipedia.org/w/index.php?title=List_of_Speakers_of_the_Texas_House_of_Representatives&oldid=589053618"
Categories: Speakers of the Texas House of Representatives
| Speakers of the Republic of Texas House of Representatives | Lists of Texas politicians
| Lists of speakers of state lower houses in the United States

- This page was last modified on 3 January 2014 at 23:23.
- Text is available under the Creative Commons Attribution-ShareAlike License; additional terms may apply. By using this site, you agree to the Terms of Use and Privacy Policy. Wikipedia® is a registered trademark of the Wikimedia Foundation, Inc., a non-profit organization.