# Supreme Court of Texas

From Wikipedia, the free encyclopedia

Coordinates: 30.275853°N 97.741054°W

The **Supreme Court of Texas** is the court of last resort for civil matters (including juvenile delinquency which the law considers to be a civil matter and not criminal) in the state of Texas. A different court, the Texas Court of Criminal Appeals, is the court of last resort for criminal matters in the State of Texas.

The Court is composed of a Chief Justice and eight Associate Justices. The Court meets in Downtown Austin, Texas in a building located on the state Capitol grounds, behind the Texas State Capitol.

| Supreme Court of Texas | |
|---|---|
|  | |
| Seal of the Texas Supreme Court | |
| Established | 1840[1] |
| Country | Texas, United States |
| Location | Austin, Texas |
| Authorized by | Texas Constitution |
| Decisions are appealed to | Supreme Court of the United States |
| Website | http://www.supreme.courts.state.tx.us/ |
| **Chief Justice** | |
| Currently | Nathan Hecht |
| Since | October 1, 2013 |

## Contents

- 1 Regulation of the legal profession in Texas
- 2 Justices of the Court
    - 2.1 Election of members of the Court
    - 2.2 Women on the Court
    - 2.3 Current Justices
    - 2.4 History of membership of the Court
    - 2.5 Succession of seats
- 3 Supreme Court Committees
- 4 Notes
- 5 Further reading
- 6 External links

## Regulation of the legal profession in Texas

By statute, the Texas Supreme Court has administrative control over the State Bar of Texas, an agency of the judiciary.[2] The Texas Supreme Court has the sole authority to license attorneys in Texas,[3] and also appoints the members of the Board of Law Examiners[4] which, under instructions of the Supreme Court, administers the Texas bar examination.[5]



Texas Supreme Court Building

## Justices of the Court

The Court has a Chief Justice and eight associate justices. Each member of the Court must be at least 35 years of age, a citizen of Texas, licensed to practice law in Texas, and must have practiced law (or have been a lawyer and a judge of a court of record together) for at least ten years.[6] The Clerk of the Court is appointed by the Justices and serves a four-year term.



Burton
EXHIBIT NO. 7
8-14-14

2:13-cv-193
09/02/2014
**DEF0211**

## Election of members of the Court

The Chief Justice and the associate justices are elected to staggered six-year terms in state-wide partisan elections. When a vacancy arises the Governor of Texas may appoint Justices, subject to Senate confirmation, to serve out the remainder of an unexpired term until the next general election. As of 2010, six of the current Justices, a majority, were originally appointed by Governor Rick Perry. The current Justices, like all the Judges of the Texas Court of Criminal Appeals, are all Republican.

The place numbers have no special meaning as all justices are elected state-wide, except that the Chief Justice position is considered "Place 1".

## Women on the Court

Hortense Sparks Ward, who became the first woman to pass the Texas Bar Exam in 1910, was appointed Special Chief Justice of an all-female Texas Supreme Court 15 years later. All of the court's male justices recused themselves from *Johnson* v. *Darr*, a 1924 case involving the Woodmen of the World, and, since nearly every member of the Texas Bar was a member of that fraternal organization, paying personal insurance premiums that varied with the claims decided against it, no male judges or attorneys could be found to hear the case.[7] After ten months of searching for suitable male replacements to decide the case, Governor Pat Neff decided on January 1, 1925, to appoint a special court composed of three women. This court, consisting of Ward, Hattie Leah Henenberg, and Ruth Virginia Brazzil, met for five months and ultimately ruled in favor of Woodmen of the World.[8]

On July 25, 1982, Ruby Kless Sondock became the court's first regular female justice, when she was appointed to replace the Associate Justice James G. Denton who had died of a heart attack. Sondock served the remainder of Denton's term, which ended on December 31, 1982, but did not seek election to the Supreme Court in her own right. [9] Rose Spector became the first woman elected to the court in 1992 and served until 1998 when she was defeated by Harriet O'Neill.[10]

## Current Justices

| Justice | Party Affiliation | Place | Date Service Began | Term Ends |
|---|---|---|---|---|
| Nathan L. Hecht | Republican | Chief Justice | January 1, 1989 | 2014 |
| Don R. Willett | Republican | 2 | August 24, 2005 | 2018 |
| Debra Lehrmann | Republican | 3 | June 21, 2010 | 2016 |
| John P. Devine | Republican | 4 | January 1, 2013 | 2018 |
| Paul W. Green | Republican | 5 | January 1, 2005 | 2016 |
| Jeff Brown | Republican | 6 | October 3, 2013 | 2014[a] |
| Jeffrey S. Boyd | Republican | 7 | December 3, 2012 | 2014 |
| Phil Johnson | Republican | 8 | April 11, 2005 | 2014 |
| Eva Guzman | Republican | 9 | October 8, 2009 | 2016 |

a. ^ Term ends in 2018 but must run in 2014 to keep position

## History of membership of the Court

## Succession of seats

| Chief Justice (Place 1) | | | Place 2 | | | Place 3 | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Established by the Texas Constitution of 1876 | | | Established by the Texas Constitution of 1876 | | | Established by the Texas Constitution of 1876 | | |
| G. Moore | Democratic | 1878-1881 | Gould | Democratic | 1876-1881 | G. Moore | Democratic | 1876-1878 |
| Gould | Democratic | 1881-1882 | Stayton | Democratic | 1881-1888 | Bonner | Democratic | 1878-1882 |
| Willie | Democratic | 1882-1888 | Walker | Democratic | 1888-1889 | West | Democratic | 1882-1885 |
| Stayton | Democratic | 1888-1894 | Henry | Democratic | 1889-1893 | S. Robertson | Democratic | 1885-1886 |
| Gaines | Democratic | 1894-1911 | Brown | Democratic | 1893-1911 | Gaines | Democratic | 1886-1894 |
| Brown | Democratic | 1911-1915 | Ramsey | Democratic | 1911-1912 | Denman | Democratic | 1894-1899 |
| N. Phillips | Democratic | 1915-1921 | N. Phillips | Democratic | 1912-1915 | Williams | Democratic | 1899-1911 |
| Cureton | Democratic | 1921-1940 | Yantis | Democratic | 1915-1918 | Bibrell | Democratic | 1911-1913 |
| W.F. Moore | Democratic | 1940-1941 | Greenwood | Democratic | 1918-1934 | Hawkins | Democratic | 1913-1921 |
| Alexander | Democratic | 1941-1948 | Sharp | Democratic | 1934-1952 | Pierson | Democratic | 1921-1935 |
| Hickman | Democratic | 1948-1961 | Culver | Democratic | 1953-1965 | Critz | Democratic | 1935-1945 |
| Calvert | Democratic | 1961-1972 | Pope | Democratic | 1964-1982 | Simpson | Democratic | 1945-1949 |
| Greenhill | Democratic | 1972-1982 | T. Robertson | Democratic | 1982-1988 | Harvey | Democratic | 1949-1950 |
| Pope | Democratic | 1982-1985 | Doggett | Democratic | 1989-1994 | Calvert | Democratic | 1950-1961 |
| Hill | Democratic | 1985-1988 | Owen | Republican | 1995-2005 | Steakley | Democratic | 1961-1980 |
| Phillips | Republican | 1988-2004 | **Willett** | Republican | 2005-present | Wallace | Democratic | 1981-1988 |
| Jefferson | Republican | 2004-2013 | | | | Cook | Republican | 1988-1992 |
| **Hecht** | Republican | 2004-present | | | | Spector | Democratic | 1993-1998 |
| | | | | | | O'Neill | Republican | 1999-2010 |
| | | | | | | **Lehrmann** | Republican | 2010-present |

| Place 4 | | | Place 5 | | | Place 6 | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Established in 1918 as Commissioner, Section B | | | Established in 1918 as Commissioner, Section B | | | Established in 1918 as Commissioner, Section A | | |
| Made a Supreme Court judgeship in 1945 | | | Made a Supreme Court judgeship in 1945 | | | Made a Supreme Court judgeship in 1945 | | |
| Sadler | Democratic | 1918-1920 | Montgomery | Democratic | 1918-1919 | Taylor | Democratic | 1919-1921 |
| Powell | Democratic | 1920-1927 | Kittrell | Democratic | 1919-1921 | Randolph | Democratic | 1921-1923 |
| Leddy | Democratic | 1927-1933 | Hamilton | Democratic | 1921 | Bishop | Democratic | 1923-1927 |
| Smedley | Democratic | 1933-1954 | Short | Democratic | 1925-1934 | Critz | Democratic | 1927-1935 |
| Walker | Democratic | 1954-1975 | Taylor | Democratic | 1935-1950 | Hickman | Democratic | 1935-1948 |
| Doughty | Democratic | 1975-1976 | Wilson | Democratic | 1950-1956 | Garwood | Democratic | 1948-1958 |
| Yarbrough | Democratic | 1976-1977 | McCall | Democratic | 1956 | Hamilton | Democratic | 1959-1970 |
| Barrow | Democratic | 1977-1984 | Norvell | Democratic | 1957-1968 | Denton | Democratic | 1971-1982 |
| R. Gonzales | Democratic | 1984-1998 | Reavley | Democratic | 1968-1977 | Sondock | Democratic | 1982 |
| A. Gonzales | Republican | 1999-2000 | Chadick | Democratic | 1977-1978 | Kilgarlin | Democratic | 1983-1988 |
| Jefferson | Republican | 2001-2004 | Campbell | Democratic | 1978-1988 | Hecht | Republican | 1989–2013 |
| Medina | Republican | 2004-2012 | Culver | Republican | 1988 | **Brown** | Republican | 2013–present |
| **John P. Devine** | Republican | 2013-present | Hightower | Democratic | 1988-1996 | | | |
| | | | Abbott | Republican | 1996-2001 | | | |
| | | | Rodriguez | Republican | 2001-2002 | | | |
| | | | Smith | Republican | 2002-2004 | | | |
| | | | **Green** | Republican | 2005-present | | | |

| Place 7 | | | Place 8 | | | Place 9 | | |
|---|---|---|---|---|---|---|---|---|
| Established in 1918 as Commissioner, Section B | | | Established in 1918 as Commissioner, Section A | | | Established in 1918 as Commissioner, Section A | | |
| Made a Supreme Court judgeship in 1945 | | | Made a Supreme Court judgeship in 1945 | | | Made a Supreme Court judgeship in 1945 | | |
| McClendon | Democratic | 1918-1923 | Sonfield | Democratic | 1918-1921 | Strong | Democratic | 1918-1920 |
| | | | | | | Spencer | Democratic | 1920-1923 |
| Stayton | Democratic | 1923-1925 | Gallagher | Democratic | 1921-1923 | German | Democratic | 1923-1925 |
| | | | | | | Harvey | Democratic | 1925-1943 |
| Speer | Democratic | 1925-1929 | Blanks | Democratic | 1923-1924 | Folley | Democratic | 1943-1949 |
| Ryan | Democratic | 1929-1937 | Chapman | Democratic | 1924-1925 | Griffin | Democratic | 1949-1968 |
| | | | | | | McGee | Democratic | 1969-1986 |
| Martin | Democratic | 1937-1939 | Nickels | Democratic | 1925-1929 | Mauzy | Democratic | 1987-1992 |
| | | | | | | Enoch | Republican | 1993-2003 |
| Slatton | Democratic | 1939-1947 | Sharp | Democratic | 1929-1934 | Brister | Republican | 2003-2009 |
| Hart | Democratic | 1947-1950 | German | Democratic | 1935-1941 | **Guzman** | Republican | 2009-present |
| Smith | Democratic | 1950-1970 | Brewster | Democratic | 1941-1957 | | | |
| Daniel | Democratic | 1971-1978 | Greenhill | Democratic | 1957-1972 | | | |
| Spears | Democratic | 1979-1990 | H. Phillips | Democratic | 1972 | | | |
| | | | S. Johnson | Democratic | 1973-1979 | | | |
| Cornyn | Republican | 1991-1997 | Garwood | Republican | 1978-1980 | | | |
| Hankinson | Republican | 1997-2002 | Ray | Democratic | 1980-1990 | | | |
| Wainwright | Republican | 2002-2012 | Gammage | Democratic | 1990-1995 | | | |
| **Boyd** | Republican | 2012-present | Baker | Republican | 1995-2002 | | | |
| | | | Schneider | Republican | 2002-2004 | | | |
| | | | **P. Johnson** | Republican | 2004-present | | | |

# Supreme Court Committees

**Judicial Committee on Information Technology (http://www.courts.state.tx.us/jcit/) (JCIT)**

Created in 1997 JCIT was established to set standards and guidelines for the systematic implementation and integration of information technology into the trial and appellate courts in Texas.

JCIT approaches this mission by providing a forum for state-local, inter-branch, and public-private collaboration, and development of policy recommendations for the Supreme Court of Texas. Court technology, and the information it carries, are sprawling topics, and Texas is a diverse state with decentralized funding and decision-making for trial court technology. JCIT provides a forum for discussion of court technology and information projects. With this forum, JCIT reaches out to external partners such as the Conference of Urban Counties, the County Information Resource Agency, Texas.gov, and TIJIS (Texas Integrated Justice Information Systems), and advises or is consulted by the Office of Court Administration on a variety of projects.

Three themes consistently recur in the JCIT conversation: expansion and governance of electronic filing; the evolution and proliferation of court case management systems; and the evolution and governance of technology standards for reporting and sharing information across systems in civil, family, juvenile, and criminal justice.

The Founding Chair of JCIT from 1997-2009 was Peter S. Vogel, a partner at Gardere Wynne Sewell LLP in Dallas, and since 2009 the JCIT Chair has been Justice Rebecca Simmons.

## Notes

1. ^ http://www.supreme.courts.state.tx.us/advisories/anniversa
2. ^ Tex. Gov't Code section 81.011.
3. ^ Tex. Gov't Code sections 81.061 and 82.021
4. ^ Tex. Gov't Code section 82.001
5. ^ Tex. Gov't Code section 82.004.
6. ^ Tex. Const., Art. 5, Sec. 2.
7. ^ http://www.tshaonline.org/handbook/online/articles/jpa01
8. ^ "Hortense Sparks Ward (1875-1944)" (http://tarlton.law.utexas.edu/justices/profile/view/). *Justices of Texas 1836-1986*. Tarlton Law Library, The University of Texas at Austin. October 16, 2009. Retrieved July 16, 2013.
9. ^ "Ruby Kless Sondock (born 1926)" (http://tarlton.law.utexas.edu/justices/profile/view). *Justices of Texas 1836-1986*. Tarlton Law Library, The University of Texas at Austin. October 16, 2009. Retrieved July 16, 2013.
10. ^ Cruse, Don (January 8, 2008). "An Unusual History of Women Serving on the Texas Supreme Court" (http://www.scotxblog.com/elections/women-on-the-texas-supreme-court/#footnote_0_62). *The Supreme Court of Texas Blog*. Retrieved July 16, 2013.

## Further reading

- Haley, James L. *The Texas Supreme Court: A Narrative History, 1836–1986* (Austin: University of Texas Press, 2013. xxviii, 322 pp.

## External links

- Official Website for the Texas Supreme Court (http://www.supreme.courts.state.tx.us/)
- The Texas Reports, the decisions of the Texas Supreme Court from 1846 to 1885 (http://texashistory.unt.edu/browse/collection/TXRPT/), hosted by the Portal to Texas History (http://texashistory.unt.edu/)
- "Judiciary" (by Paul Womack) from *The Handbook of Texas Online* (http://www.tshaonline.org/handbook/online/articles/jzj01) (Texas State Historical Association)

- Texas Supreme Court Historical Society (http://www.texascourthistory.org/)

Retrieved from "http://en.wikipedia.org/w/index.php?title=Supreme_Court_of_Texas&oldid=615041096"
Categories: State supreme courts of the United States | Texas state courts

- This page was last modified on 30 June 2014 at 17:18.
- Text is available under the Creative Commons Attribution-ShareAlike License; additional terms may apply. By using this site, you agree to the Terms of Use and Privacy Policy. Wikipedia® is a registered trademark of the Wikimedia Foundation, Inc., a non-profit organization.