Case 2:13-cv-00193   Document 736-16   Filed on 11/17/14 in TXSD   Page 1 of 3

Are you prepared? Voter ID law takes effect in Texas | Texas League of Young Voters Education Fund

# the league of young voters education fund TEXAS




**ABOUT** ▾   **PROGRAMS** ▾   **ISSUES** ▾   **BLOG**   **ELECTION CENTER** ▾   **GET INVOLVED**   **MEDIA** ▾

FEATURED, VOTER ID LAWS

## Are you prepared? Voter ID law takes effect in Texas

by blake • July 18, 2013

**Effective immediately**, the following forms of photo identification will be accepted at the poll for voting purposes. This new law will be in effect for the upcoming **November 5, 2013** local elections. A voter will be required to show one of the following seven (7) forms of photo identification at the polling location before the voter will be permitted to cast a vote.

- Texas driver license—unexpired or expired less than 60 days — issued by the Texas Department of Public Safety (DPS)



- Texas Election Identification Certificate (EIC) issued by DPS (For more information on the EIC application process click HERE)



- Texas personal identification card issued by DPS—unexpired or expired less than 60 days



REGISTER TO VOTE

DONATE

sign up for our newsletter

Your Email

Sign Up!

### Recent Updates

RECAP: #GetCovered Youth Panel & Twitter Town Hall
#GetCovered Twitter Town Hall
March 22 is #GetCovered Day – List of Locations
ACA Community Forum
Press Release: Urgent Push to Get Young Houstonians Covered



2:13-cv-193
09/02/2014
**DEF0231**

EXHIBIT 1

Case 2:13-cv-00193 Document 736-16 Filed on 11/17/14 in TXSD Page 2 of 3

Are you prepared? Voter ID law takes effect in Texas | Texas League of Young Voters Education Fund



- Texas concealed handgun license issued by DPS—unexpired or expired less than 60 days



- United States military identification card containing the person's photograph



- United States citizenship certificate containing the person's photograph



- United States passport—unexpired or expired less than 60 days



Are you prepared? Voter ID law takes effect in Texas | Texas League of Young Voters Education Fund

Case 2:13-cv-00193   Document 736-16   Filed on 11/17/14 in TXSD   Page 3 of 3

## Procedures for Voting

When a voter arrives at a polling location, the voter will be asked to present one of the seven (7) acceptable forms of photo ID. Election officials will now be required by State law to determine whether the voter's name on the identification provided matches the name on the official list of registered voters ("OLRV"). After a voter presents their ID, the election worker will compare it to the OLRV. If the name on the ID matches the name on the list of registered voters, the voter will follow the regular procedures for voting.

If the name does not match exactly but is "substantially similar" to the name on the OLRV, the voter will be permitted to vote as long as the voter signs an affidavit stating that the voter is the same person on the list of registered voters.

If a voter does not have proper identification, the voter will still be permitted to vote provisionally. The voter will have (six) 6 days to present proper identification to the county voter registrar, or the voter's ballot will be rejected.

The "substantially similar" names protocols can be found at http://tinyurl.com/subsimname. They are incredibly subjective. So even if you have one of the required forms of id, and it's current, you could still have a problem if your name on the id is not exactly the same as your name on the voter registration list.

facebook   twitter   email   sharethis

Tags: Texas Voter ID



← Press Statement: Shelby v. Holder

Texas League of Young Voters Education Fund Files Motion to Join the DOJ's Lawsuit Against Texas's Photo ID Law →

Comments are closed.



Contact Us | Site Credits | Site Map | Privacy Policy