| | |
|---|---|
| From: | Bodisch, Robert |
| To: | MacGregor Stephenson |
| Sent: | 3/19/2014 4:18:56 PM |
| Subject: | RE: EIC Update |

10-4.

**Robert J. Bodisch**
**Deputy Director**
**Texas Homeland Security**
**Texas Department of Public Safety**
P. O. Box 4087
Austin, Texas 78773
512-424-2368
robert.bodisch@dps.texas.gov
robert.bodisch.sle@dhs.sgov.gov



**From:** MacGregor Stephenson [mailto:macgregor.stephenson@governor.state.tx.us]
**Sent:** Wednesday, March 19, 2014 4:05 PM
**To:** Bodisch, Robert
**Subject:** RE: EIC Update

Thanks, Duke. I appreciate the update. Please let me know as further counties are covered for the long-term.

MacGregor

**From:** Bodisch, Robert [mailto:Robert.Bodisch@dps.texas.gov]
**Sent:** Wednesday, March 19, 2014 3:57 PM
**To:** MacGregor Stephenson
**Cc:** Bodisch, Robert
**Subject:** EIC Update
**Importance:** High

MacGregor, since 26 June 2013, 245 Election Identification Certificates have been issued statewide. Bandera and Hudspeth counties have agreed to establish a permanent EIC issuance capability and HHSC recently agreed to establish EIC capability in Potter, Garza, Archer, San Saba, Blanco, Falls and Sabine counties. That leaves us with 18 counties we are still working with to establish a permanent EIC capability. I have attached a copy of a letter we have sent to the county judges of the remaining 18 counties seeking their assistance in establishing an EIC capability in their respective counties along with a map which reflects that of the 18 counties, only one EIC request/issuance was affected in Real County since 18 January. We are optimistic that additional counties will enter into a partnership with DPS to provide this service utilizing a county employee.

Would like to discuss further when you have a few minutes.

**Robert J. Bodisch**
**Deputy Director**

EXHIBIT 3

Highly Confidential

TEX0525002

2:13-cv-193
09/02/2014
**DEF0235**

Texas Homeland Security
Texas Department of Public Safety
P. O. Box 4087
Austin, Texas 78773
512-424-2368
robert.bodisch@dps.texas.gov
robert.bodisch.sle@dhs.sgov.gov



Highly Confidential                                    TEX0525003