4/4/2014

HAVA TEXAS CAMPAIGN TRACKING POLL:
WAVE I
Detailed findings by Penn, Schoen & Berland Associates
Burson-Marsteller

## METHODOLOGY

- From March 4th to March 19th, 2014, *Penn, Schoen & Berland Associates* (PSB) conducted 900 online interviews of registered Texas voters, including older, younger and Hispanic constituencies.

| AUDIENCE | NUMBER POLLED | MARGIN OF ERROR |
|---|---|---|
| Baseline registered voters in Texas | 300 | +/- 5.66 |
| Registered voters in Texas, ages 18-24 | 200 | +/- 6.93 |
| Registered voters in Texas, ages 65+ | 200 | +/- 6.93 |
| Registered voters in Texas who identify as Hispanic | 200 | +/- 6.93 |

Burson-Marsteller 2

2:13-cv-193
09/02/2014
DEF0238
exhibitsticker.com

EXHIBIT
6
PENGAD 800-631-6989

Confidential TEX056707

4/4/2014

## EXECUTIVE SUMMARY

## THE BIG TAKEAWAYS

1. **AWARENESS OF VOTETEXAS IS COMPARABLE TO 2012.** Awareness of the VOTETEXAS campaign – including the website and ads – is low but comparable to the lead up to November 2012, though Hispanics and young voters are generally more aware.

2. **THE ADS ARE IMPACTFUL, CAN BE USED TO DRIVE AWARENESS OF THE CAMPAIGN.** The VOTETEXAS.gov TV ad has a positive impact across audiences and was successful in motivating voters to visit the website for more information.

3. **YOUNG VOTERS ARE A KEY CHALLENGE.** Young voters lag behind other audiences in confidence with the voting process and knowledge of voter ID requirements.

## KEY FINDINGS

- **THE 2012 CAMPAIGN WAS SUCCESSFUL AT REACHING HISPANIC VOTERS THROUGH SOCIAL MEDIA**
  - Awareness of the VOTETEXAS Facebook page among Hispanic voters grew by 16 percentage points over the course of the campaign and awareness of the Twitter feed grew by 14 percentage points
- **YOUNG VOTERS ARE THE LEAST CONFIDENT IN THEIR KNOWLEDGE OF THE VOTING PROCESS AND NEW VOTER ID LAWS**
  - Young voters are the most likely to lack understanding of steps in the voting process
  - Only half of young voters feel confident in their knowledge of voter ID laws compared to nearly 2 in 3 among voters of all ages in Texas
- **VOTERS ACROSS AUDIENCES ARE NOT AWARE OF VOTETEXAS.GOV**
  - Half of voters say that they are not at all familiar with VOTETEXAS.gov
  - Young voters are the most likely to be aware of VOTETEXAS.gov

Burson-Marsteller 5

## TEXANS ARE POSITIVE ABOUT THEIR VOTING EXPERIENCE AND UNDERSTANDING OF THE PROCESS

- **VOTERS ACROSS AUDIENCES THINK THAT VOTING IS IMPORTANT**
  - Over 9 in 10 voters in Texas consider voting to be important
  - Over 4 in 5 voters in Texas think that voting is important because it allows people to exercise their rights
- **MOST VOTERS DID NOT HAVE PROBLEMS VOTING WITH THE NEW VOTER ID LAWS IN PLACE**
  - Over 9 in 10 voters were satisfied by their voting experience during the recent primary
  - 3 in 5 say that information about voter ID laws is accessible to all Texans
- **VOTERS GET THEIR INFORMATION ABOUT THE VOTING PROCESS FROM WEBSITES, THE MEDIA AND FRIENDS AND FAMILY**
  - Over 3 in 5 voters say that they get their information about voting from websites

Burson-Marsteller 6

4/4/2014

## MOST WERE GENERALLY SATISFIED BY THEIR VOTING EXPERIENCES DURING THE PRIMARY ON MARCH 4TH

- Over 7 in 10 older voters say that they were very satisfied with their voting experience on March 4th
- Only half of young voters young voters say that they were very satisfied with their voting experience during the primary

**PRIMARY VOTER SATISFACTION**
*How satisfied were you with your voting experience on March 4th, 2014?*
Texas Voters (N=107), 18-24 (N=61), 65+ (N=119), Hispanic (N=96)

7

## AWARENESS OF VOTETEXAS.GOV IS LOW

- Half of voters in Texas say they are not at all familiar with VOTETEXAS.gov
- Close to 2 in 3 older voters say they are not at all familiar

**UNAIDED FAMILIARITY**
*How familiar are you toward VOTETEXAS.gov?*
*Please answer on a numeric scale of 1 to 9, with 1 meaning "Not at all familiar" and 9 meaning "Completely familiar"* Showing % Average Familiarity

8

4/4/2014

## THOUGH GENERAL AWARENESS IS LOW, HISPANIC AND YOUNG VOTERS ARE MOST LIKELY TO BE FAMILIAR

- Awareness of VOTETEXAS.gov improved around the general election in 2012
- Young voters and Hispanics have been impacted by information campaigns

**UNAIDED FAMILIARITY OVER TIME**
*How familiar are you toward VOTETEXAS.gov? Please answer on a numeric scale of 1 to 9, with 1 meaning "Not at all familiar" and 9 meaning "Completely familiar",* Showing % "Familiar" (Sum of 6-9)

## FAVORABILITY TOWARD VOTETEXAS.GOV IS HIGH

- Over half of voters in Texas say that they are favorable toward VOTETEXAS.gov
- Hispanic voters are the most likely to identify as favorable toward VOTETEXAS.gov

**FAVORABILITY**
*How favorable are you toward VOTETEXAS.gov?*
*Please answer on a numeric scale of 1 to 9, with 1 meaning "Not at all favorable" and 9 meaning "Completely favorable"* Showing % Average Favorability





4/4/2014

## VOTERS ACROSS AUDIENCES SAY FINDING INFORMATION ON VOTETEXAS.GOV IS EASY

- Over 9 in 10 older voters and Hispanic voters who had seen the website say that finding the information that they were looking for on VOTETEXAS.gov is easy

*AMONG VOTERS WHO HAVE SEEN THE WEBSITE: How easy or difficult was it to find the information you were looking for on VOTETEXAS.gov?*

*65+ not shown due to low n-size

11

## THE TV AD HAS A POSITIVE IMPACT ON FAVORABILITY AND WEBSITE TRAFFIC

- **MOST LIKED THE AD AND FOUND IT INFORMATIVE AND EASY TO UNDERSTAND**
  - Over 4 in 5 said that they were favorable to the TV ad
  - Over 3 in 4 said that they found the ad informative and easy to understand
- **THE TV AD MAKES VOTERS MORE FAVORABLE TOWARD VOTETEXAS.GOV**
  - After viewing the TV ad over 9 in 10 voters say that they are more favorable toward VOTETEXAS.gov
- **THE TV AD MOTIVATES VOTERS TO VISIT THE VOTETEXAS.GOV WEBSITE**
  - After viewing the TV ad, over 2 in 3 voters say that they are more likely to visit the VOTETEXAS.gov website

12

4/4/2014

## THE AD IS EFFECTIVE AT BOOSTING FAVORABILITY FOR VOTETEXAS.GOV

- Across audiences, the TV spot makes voters generally more favorable toward VOTETEXAS.gov
- The ad has a particularly strong impact on Hispanic voters, over 2 in 5 of which say that the ad made them much more favorable toward VOTETEXAS.gov

**AD IMPACT ON FAVORABILITY OF VOTETEXAS.GOV**
*How does this ad impact your view of VOTETEXAS.gov? Does it make you...*

Much more favorable · Somewhat more favorable · Somewhat less favorable · Much less favorable · Don't know

TX Voters: 55, 4
18-24: 56, 6
65+: 48, 4
Hispanic: 38, 4

13

## AFTER VIEWING THE TV AD VOTERS SAY THEY ARE MORE LIKELY TO VISIT VOTETEXAS.GOV

- Hispanic voters are the most likely to visit VOTETEXAS.gov after viewing the TV ad, as over 2 in 5 say that they are much more likely to visit VOTETEXAS.gov after viewing the ad

**AD IMPACT ON VISITATION OF VOTETEXAS.GOV**
*After seeing this ad, are you more or less likely to visit VOTETEXAS.gov?*

Much more likely · Somewhat more likely · Somewhat less likely · Much less likely · Don't know

TX Voters: 18, 3
18-24: 24, 7
65+: 26, 4
Hispanic: 4

14

4/4/2014

## MOST VOTERS AGREE THE AD PROVIDES DIRECTION AND RESOURCES TO PREPARE VOTERS FOR ELECTION DAY

- Older voters and Hispanic voters are most likely to completely agree that the ad provides direction and resources to prepare voters to vote

AGREEMENT WITH STATEMENT
*To what extent do you agree with the following statement:*
"This ad provides you with the direction and/or resources to prepare yourself to vote in Texas"?

15

## MOST VOTERS FIND THE VOTING PROCESS EASY, BUT SOME YOUNG VOTERS ARE SKEPTICAL...

- Young voters are the audience most likely to consider the voting process in Texas as "complicated," "difficult," or "unfamiliar"
- Older voters and Hispanic voters are more likely to associate voting with positive words and concepts

TOP OF MIND ABOUT VOTING PROCESS IN TEXAS
*What is the first word or words you would use to describe the voting process in Texas? [Open end]*

16

Confidential TEX0565708

4/4/2014

## YOUNG VOTERS ARE THE LEAST LIKELY TO FIND THE VOTING PROCESS EASY

- Young voters are the least likely audience to find any step of the process to be easy

EASE OF STEPS OF VOTING PROCESS
*Please say whether you think each step is very easy, somewhat easy, somewhat difficult or very difficult where you live in Texas today: Showing % Easy*

17

## YOUNG VOTERS ARE THE LEAST CONFIDENT WITH THE VOTING PROCESS

- Young voters are least confident with making changes to their voter registration card, finding information about voting and casting an early vote
- Voters across the board are not confident with casting a provisional ballot

CONFIDENCE WITH STEPS OF THE VOTING PROCESS
*How confident are you about your knowledge of each of the following parts of the voting process?*
Showing % Confident

18

## YOUNG VOTERS ARE LESS FAMILIAR WITH VOTER ID REQUIREMENTS

- Young voters are split on whether or not they consider themselves familiar with the current voter ID requirements in the state of Texas

**FAMILIARITY WITH VOTER ID REQUIREMENTS**
*How familiar are you with the current voter ID requirements in the State of Texas?*
Please answer on a numeric scale of 1 to 9, with 1 meaning "Not at all familiar" and 9 meaning "Completely familiar."

## YOUNG VOTERS ARE SKEPTICAL TEXAS IS DOING ALL IT CAN TO INFORM VOTERS OF NEW ID REQUIREMENTS

- Over half of voters in all audiences believe that Texas is doing all that it can to inform voters about state voter ID requirements
- General voters and young voters are more skeptical than older voters and Hispanic voters about the information awareness campaign

**TEXAS EFFORT TO INFORM ABOUT ID REQUIREMENTS**
*How strongly do you agree or disagree with the following statement: Texas is doing all that it can to inform voters about state voter ID requirements*

4/4/2014

## WEBSITES ARE THE MOST FREQUENTLY CONSULTED SOURCES OF INFORMATION ON VOTING

- Older voters are more likely to find information about the voting process through the media
- Younger voters frequently consult friends and family and social media, in addition to websites

**INFORMATION ON VOTING PROCESS**
*When seeking out information or news about voting in your community where do you find the information you need?* Showing responses with over 10%

21

## YOUNG VOTERS ARE THE MOST LIKELY TO BE AWARE OF VOTETEXAS.GOV'S FACEBOOK PAGE

- 1 in 3 young voters is aware of the Facebook page
- Awareness of the Facebook page among Hispanic voters substantially increased during the information campaign in 2012

**FACEBOOK AWARENESS**
*Are you aware of or have you visited the VOTETEXAS.gov Facebook page?*
Showing % Aware of page + Aware and have visited

22



4/4/2014

## YOUNG VOTERS AND HISPANIC VOTERS ARE THE MOST LIKELY TO BE AWARE OF THE TWITTER FEED 

- Close to 1 in 3 young voters are aware of the Twitter feed
- The information and advertising campaign in 2012 had a substantial impact on awareness of the Twitter feed among Hispanic voters



TWITTER AWARENESS
Are you aware of or have you visited the VOTETEXAS.gov Twitter feed?
Showing % Aware of page + Aware and have visited

— TX Voters — 18-24 — 65+ — Hispanic

29   27   32
22   26
16   10   10
12   10   7
10
5

June 2012      November 2012      March 2014                    23

## RECOMMENDATIONS

**(1) DRIVE WEBSITE TRAFFIC.** Voters in Texas are most likely to turn to websites for more information on the voting process, and those who have visited VOTETEXAS.gov say the site was informative and easy to use. Attracting more visitors will be key to a successful campaign.

**(2) CONTINUE TO RUN THE VOTETEXAS TV AD.** The TV ad performs well across all audiences and in all media markets, and increases likelihood to visit VOTETEXAS.gov.

**(3) TARGET YOUNG AND HISPANIC VOTERS WITH SOCIAL MEDIA.** Develop a coordinated social media campaign that is targeted toward young voters and Hispanic voters and their unique concerns.

24

12

Confidential                                    TEX0567208

4/4/2014

# VOTETEXAS.GOV

25

## FEW VOTERS HAVE USED VOTETEXAS.GOV OR THE SECRETARY OF STATE WEBSITE TO GAIN INFORMATION ABOUT VOTING

- Close to 3 in 10 young voters say that they have visited either VOTETEXAS.gov or the Secretary of State website
- Over 9 in 10 older voters say that they have not visited either site

WEBSITE TRAFFIC
*Have you visited VOTETEXAS.gov or the Secretary of State (SOS) website for information about the voting process?*

Burson-Marsteller 26

4/4/2014

## NEWS AWARENESS ABOUT VOTETEXAS.GOV IS VERY LOW

- 9 in 10 voters say that they have not heard anything in the news recently

27

## THOSE WHO HAVE HEARD ABOUT VOTETEXAS.GOV LEARNED THROUGH AN ONLINE SEARCH

- Over 1 in 5 say that they heard about VOTETEXAS.gov through online searches

28

4/4/2014

## VOTER GENERATED ACTIVITY ON SOCIAL MEDIA IS LOW

- Over 9 in 10 voters in Texas say that they have not been active on social media with regards to VOTETEXAS.gov

| *Please indicate if you have done any of the following* | TX VOTERS | 18-24 | 65+ | HISPANIC |
|---|---|---|---|---|
| Tweeted or retweeted about VOTETEXAS.gov | 1 | 4 | 0 | 4 |
| Posted on Facebook about VOTETEXAS.gov | 1 | 6 | 0 | 8 |
| Sent reminder texts to friends about VOTETEXAS.gov | 2 | 9 | 1 | 6 |
| None of the above | 95 | 86 | 98 | 85 |
| Don't know | 1 | 2 | 0 | 2 |

29

## GENERAL AWARENESS ABOUT THE FACEBOOK PAGE IS LOW

- Over 1 in 3 young voters say that they are aware of the VOTETEXAS.gov Facebook page, over 1 in 10 say that they have visited the Facebook page
- Over 3 in 10 Hispanic voters say that they are aware of the Facebook page

30

4/4/2014

## MOST ARE NOT AWARE OF THE VOTETEXAS.GOV TWITTER FEED

- 1 in 3 young voters say that they are either aware or have visited the VOTETEXAS.gov Twitter feed
- Over 1 in 5 Hispanic voters say that they are either aware or have visited the VOTETEXAS.gov Twitter feed

TWITTER AWARENESS
*Are you aware of or have you visited the VOTETEXAS.gov Twitter feed?*

31

## MOST ARE UNAWARE OF THE VOTETEXAS.GOV SMARTPHONE APP*

- 1 in 4 young voters and Hispanic voters say that they are aware of the VOTETEXAS.gov smartphone app
- 1 in 10 older voters say that they are aware of the smartphone app but have not downloaded it

SMARTPHONE APP AWARENESS
*Are you aware of or have you downloaded the VOTETEXAS.gov smartphone app?*

**Please note that the smartphone app was not promoted in phase one*

32

Confidential TEX056708

4/4/2014

## ADVERTISING AWARENESS

- Young voters and Hispanic voters are the most likely to identify as having seen recent advertising from VOTETEXAS.gov
- Close to 1 in 5 older voters cannot recall if they have seen recent advertising from VOTETEXAS.gov

4/4/2014

## GENERAL AD EXPOSURE IMPROVED FAVORABILITY, LIKELIHOOD OF VISITING VOTETEXAS.GOV

- All audiences that recalled seeing advertising for VOTETEXAS said they are more likely to be favorable toward and visit VOTETEXAS.gov

**IMPACT OF ADVERTISING ON FAVORABILITY**
*Are you more or less favorable towards VOTETEXAS.gov as a result of seeing these ads?*
*Texas Voters [N=22], 18-24 [42], 65+ [10], Hispanic [N=41]*

**IMPACT OF ADVERTISING ON VISITATION OF VOTETEXAS.GOV**
*Having seen these ads, how much more or less likely are you to visit VOTETEXAS.gov?*
*Texas Voters [N=22], 18-24 [N=42], 65+ [N=10], Hispanic [N=41]*

35

## EXPOSURE TO ADVERTISEMENT

- Respondents were exposed to a short television advertisement from VOTETEXAS.gov and asked a series of questions about the ad.

36

4/4/2014

## LOW TV SPOT ADVERTISEMENT AWARENESS AMONG VOTERS IN TEXAS

- There is low advertisement awareness among voters across audiences in Texas
- 1 in 5 of both young voters and Hispanic voters recall seeing the TV spot

TV SPOT AWARENESS
*Do you recall having seen any of these advertisements from VOTETEXAS.gov before?*

37

## THE TV SPOT AD IS LIKEABLE ACROSS AUDIENCES

- Among general Texas voters, over 4 in 5 said that they liked the ad
- The ad performed the best with older voters

FAVORABILITY OF TV SPOT ADVERTISEMENT
*Would you say you like this ad a great deal, somewhat, not very much or not at all?*

38





4/4/2014

## VOTERS FIND THE AD INFORMATIVE, EASY TO UNDERSTAND AND RELEVANT

- Over 3 in 4 Texas voters said that the TV spot ad was informative and easy to understand
- At least half of voters in Texas across audiences thought that the ad was relevant

| *Which of the following words or phrases do you think apply to this ad? Please select all that apply* | TX VOTERS | 18-24 | 65+ | HISPANIC |
|---|---|---|---|---|
| Informative | 79 | 74 | 84 | 70 |
| Easy to understand | 76 | 70 | 82 | 68 |
| Relevant | 50 | 49 | 64 | 34 |
| Attention-grabbing | 15 | 19 | 29 | 28 |
| Memorable | 13 | 20 | 22 | 21 |
| Unique | 5 | 12 | 12 | 14 |
| None of the above | 6 | 4 | 2 | 6 |

## ACROSS AUDIENCES, TEXANS FOUND THE TV SPOT BELIEVABLE

- Over 9 in 10 Texas voters found the TV spot believable
- Older voters and Hispanic voters were more likely to see the TV spot as very believable

BELIEVABILITY OF TV SPOT ADVERTISEMENT
In general, how believable are these ads? Are they.. Very believable, Somewhat believable, Not very believable, Not at all believable or Don't know?
93%
TX Voters
66
3
18-24
56
4
65+
79
2
Hispanic
71
2
Very believable
Somewhat believable
Not very believable
Not at all believable
Don't know

4/4/2014

## VOTERS FIND THE AD SOMEWHAT UNIQUE

- Over 2 in 5 voters in each audience found the TV spot as 'Somewhat unique or different' compared to ads that they've seen
- 3 in 10 young voters found the ad to be similar to other ads

UNIQUENESS OF TV SPOT
*Thinking about the ads you've just seen from VOTETEXAS.gov, how unique or different do you think these ads are compared to ads you've seen?*

TX Voters 10 26
18-24 16 30
65+ 20 18
Hispanic 27 15

Very unique or different
Somewhat unique or different
Fairly similar to other ads
Could be from any advertiser
Don't know

41

## MOST VOTERS SAW AD ON TV

- Most voters that were exposed to advertising from VOTETEXAS.gov saw television ads, website ads or heard radio ads
- Some also saw pieces about VOTETEXAS.gov in the newspaper

| *Which types of advertising do you recall? Please select all that apply* | TX VOTERS N=22 | 18-24 N=42 | 65+ N=10 | HISPANIC N=41 |
|---|---|---|---|---|
| Television | 50 | 86 | 70 | 76 |
| Website | 32 | 31 | 10 | 46 |
| Radio | 32 | 14 | 0 | 17 |
| Other | 14 | 2 | 50 | 5 |
| None of the above | 0 | 0 | 0 | 0 |
| Don't know | 0 | 0 | 0 | 2 |

 42

4/4/2014

EXPOSURE TO THE TV AD IMPROVES FAVORABILITY AND CAN DRIVE WEBSITE TRAFFIC
• All audiences said that they are more likely to be favorable toward and more likely to visit VOTETEXAS.gov after seeing the TV ad
IMPACT OF ADVERTISING ON FAVORABILITY
Are you more or less favorable towards VOTETEXAS.gov as a result of seeing these ads?
Much more favorable
Somewhat more favorable
Somewhat less favorable
Much less favorable
Don't know
TX Voters
18-24
65+
Hispanic
IMPACT OF ADVERTISING ON VISITATION OF VOTETEXAS.GOV
Having seen these ads, how much more or less likely are you to visit VOTETEXAS.gov?
Much more likely
Somewhat more likely
Somewhat less likely
Much less likely
Don't know
TX Voters
18-24
65+
Hispanic
43

APPENDIX

4/4/2014

VOTER EXPERIENCE
45

TEXANS ARE GENERALLY SATISFIED WITH THEIR VOTING EXPERIENCE OVER THE YEARS
• General voters and older voters have been the most satisfied with their voting experience
• Around 1 in 10 Hispanic and young voters have not been satisfied with their general voting experience
GENERAL VOTER SATISFACTION
Generally how satisfied have you been with your voting experience?
Very satisfied
Somewhat satisfied
Not very satisfied
Not at all satisfied
Don't know
TX Voters
18-24
65+
Hispanic
47
4
1
36
8
69
5
1
58
8
46

23

Confidential TEX056700

4/4/2014

## A SIZEABLE AMOUNT OF YOUNG VOTERS ARE UNSURE OF HOW TO LOCATE THEIR ASSIGNED POLLING LOCATION

- When it comes to identifying polling locations, older voters are the most informed
- 3 in 10 young voters do not know how to identify their closes polling location

47

## THE MAJORITY OF VOTERS IN TEXAS ARE AWARE THAT THERE IS AN EARLY VOTING PERIOD

- Most voters across audiences are aware that there is an early voting period prior to every election
- 2 in 10 young voters were not aware of the existence of early voting periods

48



4/4/2014

## MOST TEXANS PREFER TO VOTE EARLY

- Over 3 in 5 voters in Texas prefer to vote early
- 1 in 5 young voters and Hispanic voters prefer to vote on election day in addition to 1 in 10 among the same audiences that are unsure which method of voting they prefer

**VOTING PREFERENCES**
*Do you prefer to vote during the early voting period or on Election Day?*

| | I prefer to vote early | I prefer to vote on election day | Don't know |
|---|---|---|---|
| TX Voters | 61 | 32 | [illegible] |
| 18-24 | 58 | 28 | 14 |
| 65+ | 76 | 20 | [illegible] |
| Hispanic | 56 | 28 | [illegible] |

49

## TEXANS PREFER TO VOTE EARLY BECAUSE THEY ANTICIPATE GREATER EASE IN THE PROCESS

- Over 3 in 4 voters in Texas say that they chose to vote early because they anticipate greater ease in the voting process
- 2 in 5 voters say that they prefer to vote early because it provides more flexible hours

| *Why do you prefer to vote early?* Showing % who prefer to vote early Ranked by TX Voters | TX VOTERS N=182 | 18-24 N=116 | 65+ N=153 | HISPANIC N=112 |
|---|---|---|---|---|
| I anticipate greater ease in the process (less of a wait, less of a crowd, easier parking, etc.) | 77 | 61 | 83 | 69 |
| Flexible hours | 43 | 47 | 26 | 39 |
| Not sure if I will be available 7am to 7pm on Election Day | 35 | 28 | 24 | 19 |
| More convenient location options | 31 | 36 | 27 | 45 |
| Other | 3 | 2 | 5 | 0 |
| Don't know | 0 | 0 | 0 | 0 |

50

4/4/2014

## VOTERS WERE SPLIT ON THEIR PRIMARY ELECTION VOTING METHOD

- Generally among audiences, Texans were split in how they voted in the Primary
- 7 in 10 older voters voted early rather than on election day
- About half of young voters voted early and half on election day

METHOD OF VOTING IN PRIMARY
*In the most recent election, held on March 4th, 2014, did you vote during the early voting period or on Election Day?*
Texas Voters (N=107), 18-24 (N=61), 65+ (N=119), Hispanic (N=96)

| | Early | On election day | Don't know |
|---|---|---|---|
| TX Voters | 59 | 40 | 1 |
| 18-24 | 49 | 49 | 2 |
| 65+ | 71 | 28 | 2 |
| Hispanic | 55 | 44 | 1 |

51

## VOTERS CARE ABOUT CONVENIENT LOCATIONS AND THAT VOTING MACHINES ARE EASY TO USE

- Young voters are most concerned with their vote being counted accurately
- Hispanic voters and older voters are most concerned with convenient voting locations

IMPORTANT FACTORS WHEN VOTING
*What is important to you when casting your vote?*
Please select all that apply. Showing % Important

TX Voters, 18-24, 65+, Hispanic

Voting machines are easy to use: 67, 53
I have privacy when I vote: 56, 48, 64
Voting location is convenient: 72, 78
Voting is quick: 60
No long lines when I vote: 63, 48, 66
My vote is counted accurately: 75, 63, 80
Don't know: 5, 2

52

4/4/2014

## MOST VOTERS SEE THE VOTING PROCESS AS FAIR AND ACCESSIBLE TO ALL TEXANS

- Over 2 in 3 voters across audiences say that voting is fair and accessible to all Texans
- Over 1 in 5 voters in Texas thinks that the voting process is not fair and accessible to all Texans

**FAIRNESS AND ACCESSIBILITY OF PROCESS**
*Do you believe that the voting process is fair and accessible to all Texans?*

| | Yes - The voting process is fair and accessible | No - The voting process is not fair and accessible | Don't know |
|---|---|---|---|
| TX Voters | 69 | 21 | 9 |
| 18-24 | 70 | 14 | 15 |
| 65+ | 78 | 16 | 7 |
| Hispanic | 72 | 16 | 12 |

53

SOME TEXANS THINK THE VOTING PROCESS IS NOT FAIR AND ACCESSIBLE TO ALL TEXANS BECAUSE...
Voter photo ID laws limit those who cannot afford access to necessary resources
"Requiring an ID with a photo may not be easy for less fortunate people to obtain, but they should still be able to vote" - Hispanic voter
"People don't all have access to information and don't know how to get documentation" - Older voter
"The new laws that require ID cards make the process harder for poorer citizens who cannot afford licenses." - Texas voter
Polling locations and procedures limit populations from completing the voting process
"Certain areas do not have enough polling locations, leading to very long waits, and causing some to not vote. Because these are generally minority areas, this gives the impression that, the State of Texas is trying to discourage minority voters." - Texas voter
"The timing that voting is open is not fair to those of use who work full time as well as attend school full time" - Young voter
54

4/4/2014

## VOTERS CARE ABOUT ACCURACY, SECURITY AND EXERCISING THEIR RIGHT TO VOTE AS AN AMERICAN

- Over 8 in 10 voters in Texas say that they think it is very important to exercise their right to vote and that their vote is counted accurately
- Only half of voters in Texas are concerned with the timeliness of the voting process

55

## MOST VOTERS IN TEXAS SAY THAT THEY'VE VOTED IN AN ELECTION IN TEXAS WITHIN THE LAST 5 YEARS

- Over 4 in 5 voters in Texas have voted in an election within the last 5 years
- Over 3 in 4 Hispanic voters say that they have voted within the last 5 years

56

4/4/2014

## TEXANS FIND VOTING TO BE EASY

- A small amount compare voting with being "complicated" and "difficult"

TOP OF MIND ABOUT VOTING PROCESS IN TEXAS
*What is the first word or words you would use to describe the voting process in Texas?* Showing % TX Voters

Burson-Marsteller 57

## MOST VOTERS ARE MOST CONCERNED WITH ACCURACY AND SECURITY

- Young voters are the most concerned with the security of the voting process
- Older voters care most about their right to vote being tied to being an American

| *How important are the following when considering the voting process?* Important/Not important Ranked by TX Voters | TX VOTERS | 18-24 | 65+ | HISPANIC |
|---|---|---|---|---|
| My vote is counted accurately | 97/2 | 87/10 | 97/2 | 91/4 |
| It's my right | 97/3 | 90/6 | 96/3 | 92/4 |
| I'm making a difference | 96/3 | 86/12 | 94/4 | 88/8 |
| The process is secure | 96/3 | 90/7 | 97/2 | 90/4 |
| That my vote matters (counts) | 95/4 | 88/10 | 96/4 | 91/4 |
| Early registration and voting process | 93/6 | 84/12 | 94/4 | 89/7 |
| It's an important part of being an American | 92/7 | 86/12 | 97/2 | 87/8 |
| It doesn't take a lot of time | 86/12 | 83/14 | 87/12 | 85/11 |

Burson-Marsteller 58

4/4/2014

## CLOSE TO 9 IN 10 VOTERS IN TEXAS FIND REGISTERING TO VOTE TO BE EASY

- Young voters are as likely to think that registering to vote is somewhat easy as they are to think that it is very easy
- Over 3 in 4 older voters say that they consider registering to vote as very easy

59

## A MAJORITY OF TEXANS THINK THAT READING AND UNDERSTANDING THE BALLOT IS EASY

- Over 3 in 5 older voters consider reading and understanding the ballot very easy
- Half of Hispanic voters find reading and understanding the ballot very easy
- 1 in 3 young voters find reading and understanding the ballot only somewhat easy

60

Confidential

4/4/2014

## EARLY VOTING IS GENERALLY CONSIDERED AS EASY

- Young voters are the least likely to consider early voting as very easy
- 8 in 10 voters in Texas finding early voting to be easy

**EASE OF EARLY VOTING**
*Please say whether you think each step is very easy, somewhat easy, somewhat difficult or very difficult where you live in Texas today: Early voting*

61

## TEXANS FIND USING VOTING MACHINES TO BE EASY

- Over half of general Texas Voters and Hispanic voters consider using voting machines to be very easy
- Close to 2 in 5 young voters consider using voting machines to be somewhat easy

**EASE OF USING VOTING MACHINES AT YOUR POLLING PLACE**
*Please say whether you think each step is very easy, somewhat easy, somewhat difficult or very difficult where you live in Texas today: Using the voting machines at your polling place*

62





4/4/2014

## THERE IS SMALL CONFUSION REGARDING HOW TO DETERMINE AN ASSIGNED POLLING PLACE

- Young voters are the least likely to consider locating their assigned polling place on Election Day as very easy.
- 1 in 3 general Texas Voters and Hispanic Voters find locating their assigned polling place as only somewhat easy

**EASE OF LOCATING YOUR ASSIGNED POLLING PLACE ON ELECTION DAY**
*Please say whether you think each step is very easy, somewhat easy, somewhat difficult or very difficult where you live in Texas today: Locating your assigned polling place on Election Day*

63

## MOST TEXANS FIND DETERMINING NECESSARY DOCUMENTATION TO VOTE AS EASY

- Young voters ages are the least likely to think that knowing what documentation is accepted at their polling place is very easy
- Close to 3 in 5 Hispanic voters consider knowing what documentation is accepted at their polling place to be very easy

**EASE OF KNOWING WHAT DOCUMENTATION YOU NEED TO TAKE TO THE POLLING PLACE**
*Please say whether you think each step is very easy, somewhat easy, somewhat difficult or very difficult where you live in Texas today: Know what documentation you need to take to the polling place*

64

