

+Kim

Gmail

Move to Inbox More 16 of 1,671

COMPOSE

FreeScore360 - 3 Bureau Credit Report - View your latest Credit Scores from all 3 bureaus in 60 seconds for $0!

Inbox
Important
Sent Mail
Drafts
Trash
Circles
Junk E-mail
Nina
Notes

Search people...
Therese Meike
thermo04@gmail....
<mike.appelbaum...
Adam Rayburn
Debbie Wheeler-I...
dhancock@lcisd.org
Intake
Javier Chacon
Kerry Martin
Ransom Cornish

## Election results

**Kim Adams** <kimannadams@gmail.com> Jun 6 (3 days ago)
to susanc

Ms. Cunningham,

Thank you for your assistance with our initial request for provisional ballot information. Mr. Cornish was required to broaden the scope of analysis. Several other counties were able to provide PDF copies of the actual provisional affidavits filed for the following elections:

November 5, 2013
March 4, 2014

I would like to request the same information for Brazoria County, if actual PDF copies of the provisional affidavits are available? Again, this is a time sensitive matter, so I would like to thank you in advance for your assistance.

Please email me at kimannadams@gmail.com. You may also call me at 713-268-5125 or Mr. Cornish at 832-368-5125.

Sincerely,

Kim Adams

T. Ransom Cornish
Attorney at Law
1 Sugar Creek Center Blvd., Suite 475A
Sugar Land, TX 77478

713-268-5125 Office

susanc
Add to circles

FREESCORE3
3 Bu
Rep
View your lates
from all 3 burea
for $0!

Sell your inve
Find Companies
Request Free In
www.inventionic

AARP® Medic
Ins Plans by Uni
Co. Request a F
www.golong.co

Provisional P.
"Patent Pending
Full Service. No
www.thoughtsto

Ransom Cornish

**From:** Kim Adams [kimannadams@gmail.com]
**Sent:** Wednesday, May 28, 2014 6:57 PM
**To:** Ransom Cornish
**Subject:** Fwd: Brazoria County Provisional Votes


Sent from my iPhone

Kim Adams
713.398.5492 Cell

Begin forwarded message:

> **From:** <susanc@brazoria-county.com>
> **Date:** May 28, 2014 at 3:40:36 PM CDT
> **To:** <kimannadams@gmail.com>
> **Subject: RE: Brazoria County Provisional Votes**
>
> March 4 Primary
>
> Democrat Provisionals Cast – 10
>       Counted – 6
>       Not Counted – 4
>
> Republican Provisionals Cast – 59
>       Counted – 34
>       Not Counted – 25
>
>
> **From:** Kim Adams [mailto:kimannadams@gmail.com]
> **Sent:** Wednesday, May 28, 2014 2:17 PM
> **To:** cclerk-susan
> **Subject:** Re: Brazoria County Provisional Votes
>
> Thank you Ms. Cunningham.  Could I please request the same information for the March 4, 2014 election?
>
> Kim Adams
>
>
> On Fri, May 23, 2014 at 1:57 PM, <susanc@brazoria-county.com> wrote:
> Good afternoon,
>
> Provisional votes are as follows:
>
> 2010 – 44 Counted; 306 Not Counted; Total 350

5/29/2014

2012 – 155 Counted; 951 Not Counted; Total 1106
2013 – 9 Counted; 36 Not Counted; Total 45

*Susan Cunningham*
*Brazoria County Elections Office*
*979-864-1371*
*www.brazoriacountyvotes.com*

This message has been prepared or disseminated using resources owned by Brazoria County and is subject to the County's policies on the use of County provided technology. Email created or received through the County's computer system by any County employee or official may be considered a public record, subject to public inspection under the laws of the State of Texas.

--
Kim Adams
Cell 7133985492

5/29/2014

## Ransom Cornish

**From:** susanc@brazoria-county.com
**Sent:** Friday, May 23, 2014 1:58 PM
**To:** kimannadams@gmail.com; cornish@pdq.net
**Subject:** Brazoria County Provisional Votes

Good afternoon,

Provisional votes are as follows:

2010 – 44 Counted; 306 Not Counted; Total 350
2012 – 155 Counted; 951 Not Counted; Total 1106
2013 – 9 Counted; 36 Not Counted; Total 45

*Susan Cunningham*
*Brazoria County Elections Office*
*979-864-1371*
*www.brazoriacountyvotes.com*

This message has been prepared or disseminated using resources owned by Brazoria County and is subject to the County's policies on the use of County provided technology. Email created or received through the County's computer system by any County employee or official may be considered a public record, subject to public inspection under the laws of the State of Texas.

## General Election Cumulative Report — Unofficial
### Brazoria County — General & Joint Election — November 02, 2010
Page 1 of 9

11/09/2010 04:37 PM

Total Number of Voters : 71,523 of 169,812 = 42.12%

Precincts Reporting 72 of 72 = 100.00%

| Party | Candidate | | Early | | Election | | Total | |
|---|---|---|---|---|---|---|---|---|
| **Straight Party, Vote For 1** | | | | | | | | |
| | Republican Party | | 17,264 | 72.31% | 9,618 | 64.93% | 26,882 | 69.48% |
| | Democratic Party | | 6,440 | 26.97% | 5,060 | 34.16% | 11,500 | 29.72% |
| | Libertarian Party | | 112 | 0.47% | 100 | 0.68% | 212 | 0.55% |
| | Green Party | | 59 | 0.25% | 36 | 0.24% | 95 | 0.25% |
| | | Cast Votes: | 23,875 | 53.62% | 14,814 | 54.93% | 38,689 | 54.11% |
| | | Over Votes: | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% |
| | | Under Votes: | 20,650 | 46.38% | 12,156 | 45.07% | 32,806 | 45.89% |
| **U. S. Representative District 14, Vote For 1** | | | | | | | | |
| REP | Ron Paul | | 20,410 | 79.87% | 12,000 | 75.58% | 32,410 | 78.22% |
| DEM | Robert Pruett | | 5,144 | 20.13% | 3,878 | 24.42% | 9,022 | 21.78% |
| | | Cast Votes: | 25,554 | 96.30% | 15,878 | 95.90% | 41,432 | 96.15% |
| | | Over Votes: | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% |
| | | Under Votes: | 982 | 3.70% | 678 | 4.10% | 1,660 | 3.85% |
| **U. S. Representative District 22, Vote For 1** | | | | | | | | |
| REP | Pete Olson | | 11,959 | 69.40% | 6,328 | 63.22% | 18,287 | 67.13% |
| DEM | Kesha Rogers | | 4,811 | 27.92% | 3,313 | 33.10% | 8,124 | 29.82% |
| LIB | Steven Susman | | 457 | 2.65% | 368 | 3.68% | 825 | 3.03% |
| | Johnny Williams (W) | | 5 | 0.03% | 0 | 0.00% | 5 | 0.02% |
| | | Cast Votes: | 17,232 | 96.17% | 10,009 | 96.11% | 27,241 | 96.15% |
| | | Over Votes: | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% |
| | | Under Votes: | 687 | 3.83% | 405 | 3.89% | 1,092 | 3.85% |
| **Governor, Vote For 1** | | | | | | | | |
| REP | Rick Perry | | 28,238 | 64.15% | 15,122 | 56.85% | 43,360 | 61.40% |
| DEM | Bill White | | 14,697 | 33.39% | 10,753 | 40.43% | 25,450 | 36.04% |
| LIB | Kathie Glass | | 940 | 2.14% | 624 | 2.35% | 1,564 | 2.21% |
| GRN | Deb Shafto | | 132 | 0.30% | 90 | 0.34% | 222 | 0.31% |
| | Andy Barron (W) | | 11 | 0.02% | 9 | 0.03% | 20 | 0.03% |
| | | Cast Votes: | 44,018 | 98.86% | 26,598 | 98.62% | 70,616 | 98.77% |
| | | Over Votes: | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% |
| | | Under Votes: | 507 | 1.14% | 372 | 1.38% | 879 | 1.23% |

## Cumulative Report — Unofficial
### Brazoria County — General and Joint Election — November 06, 2012

Page 1 of 9

11/15/2012 04:56 PM

Total Number of Voters : 108,757 of 178,719 = 60.85%

Precincts Reporting 66 of 66 = 100.00%

| Party | Candidate | Early | | Election | | Total | |
|-------|-----------|-------|------|----------|------|-------|------|
| **Straight Party, Vote For 1** | | | | | | | |
| | Republican | 33,334 | 69.43% | 9,944 | 62.59% | 43,278 | 67.73% |
| | Democratic | 14,348 | 29.89% | 5,710 | 35.94% | 20,058 | 31.39% |
| | Libertarian | 214 | 0.45% | 168 | 1.06% | 382 | 0.60% |
| | Green | 114 | 0.24% | 65 | 0.41% | 179 | 0.28% |
| | Cast Votes: | 48,010 | 59.15% | 15,887 | 57.57% | 63,897 | 58.75% |
| | Over Votes: | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% |
| | Under Votes: | 33,150 | 40.85% | 11,710 | 42.43% | 44,860 | 41.25% |
| **President/Vice-President, Vote For 1** | | | | | | | |
| REP | Mitt Romney / Paul Ryan | 54,178 | 67.86% | 16,684 | 61.96% | 70,862 | 66.39% |
| DEM | Barack Obama / Joe Biden | 24,784 | 31.05% | 9,637 | 35.79% | 34,421 | 32.25% |
| LIB | Gary Johnson / Jim Gray | 648 | 0.81% | 479 | 1.78% | 1,127 | 1.06% |
| GRN | Jill Stein / Cheri Honkala | 177 | 0.22% | 111 | 0.41% | 288 | 0.27% |
| | Stewart Alexander / Alex Mendoza (W) | 1 | 0.00% | 1 | 0.00% | 2 | 0.00% |
| | Rocky Anderson / Luis J. Rodriguez (W) | 1 | 0.00% | 1 | 0.00% | 2 | 0.00% |
| | Avery Ayers / Alejandrina Cabrera (W) | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% |
| | Andre N. Barnett / Kenneth R. Cross (W) | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% |
| | Virgil Goode / Jim Clymer (W) | 21 | 0.03% | 11 | 0.04% | 32 | 0.03% |
| | Thaddaus Hill / Gordon F. Bailey (W) | 1 | 0.00% | 0 | 0.00% | 1 | 0.00% |
| | Tom Hoefling / Jonathan D. Ellis (W) | 3 | 0.00% | 1 | 0.00% | 4 | 0.00% |
| | Cast Votes: | 79,814 | 98.34% | 26,925 | 97.56% | 106,739 | 98.14% |
| | Over Votes: | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% |
| | Under Votes: | 1,346 | 1.66% | 672 | 2.44% | 2,018 | 1.86% |
| **U. S. Senator, Vote For 1** | | | | | | | |
| REP | Ted Cruz | 53,139 | 66.92% | 16,358 | 61.38% | 69,497 | 65.53% |
| DEM | Paul Sadler | 24,570 | 30.94% | 9,174 | 34.42% | 33,744 | 31.82% |
| LIB | John Jay Myers | 1,228 | 1.55% | 810 | 3.04% | 2,038 | 1.92% |
| GRN | David B. Collins | 468 | 0.59% | 309 | 1.16% | 777 | 0.73% |
| | Cast Votes: | 79,405 | 97.84% | 26,651 | 96.57% | 106,056 | 97.52% |
| | Over Votes: | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% |
| | Under Votes: | 1,755 | 2.16% | 946 | 3.43% | 2,701 | 2.48% |

## Constitutional Amendment Election Cumulative Report — Unofficial
### Brazoria County, Texas — Constitutional Amendment and Joint Election — November 05, 2013

Page 1 of 2

11/13/2013 11:43 AM

Total Number of Voters : 15,422 of 176,638 = 8.73%

Precincts Reporting 66 of 66 = 100.00%

| Party | Candidate | Early | | Election | | Total | |
|---|---|---|---|---|---|---|---|
| **Proposition 1  State, Vote For 1** | | | | | | | |
| | For | 6,666 | 89.48% | 6,641 | 89.09% | 13,307 | 89.28% |
| | Against | 784 | 10.52% | 813 | 10.91% | 1,597 | 10.72% |
| | Cast Votes: | 7,450 | 96.30% | 7,454 | 96.98% | 14,904 | 96.64% |
| | Over Votes: | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% |
| | Under Votes: | 286 | 3.70% | 232 | 3.02% | 518 | 3.36% |
| **Proposition 2  State, Vote For 1** | | | | | | | |
| | For | 6,280 | 85.89% | 6,086 | 83.97% | 12,366 | 84.93% |
| | Against | 1,032 | 14.11% | 1,162 | 16.03% | 2,194 | 15.07% |
| | Cast Votes: | 7,312 | 94.52% | 7,248 | 94.30% | 14,560 | 94.41% |
| | Over Votes: | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% |
| | Under Votes: | 424 | 5.48% | 438 | 5.70% | 862 | 5.59% |
| **Proposition 3  State, Vote For 1** | | | | | | | |
| | For | 4,396 | 62.43% | 4,040 | 57.78% | 8,436 | 60.12% |
| | Against | 2,645 | 37.57% | 2,952 | 42.22% | 5,597 | 39.88% |
| | Cast Votes: | 7,041 | 91.02% | 6,992 | 90.97% | 14,033 | 90.99% |
| | Over Votes: | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% |
| | Under Votes: | 695 | 8.98% | 694 | 9.03% | 1,389 | 9.01% |
| **Proposition 4  State, Vote For 1** | | | | | | | |
| | For | 6,578 | 89.17% | 6,482 | 87.75% | 13,060 | 88.46% |
| | Against | 799 | 10.83% | 905 | 12.25% | 1,704 | 11.54% |
| | Cast Votes: | 7,377 | 95.36% | 7,387 | 96.11% | 14,764 | 95.73% |
| | Over Votes: | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% |
| | Under Votes: | 359 | 4.64% | 299 | 3.89% | 658 | 4.27% |
| **Proposition 5  State, Vote For 1** | | | | | | | |
| | For | 4,572 | 63.84% | 4,344 | 61.05% | 8,916 | 62.45% |
| | Against | 2,590 | 36.16% | 2,772 | 38.95% | 5,362 | 37.55% |
| | Cast Votes: | 7,162 | 92.58% | 7,116 | 92.58% | 14,278 | 92.58% |
| | Over Votes: | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% |
| | Under Votes: | 574 | 7.42% | 570 | 7.42% | 1,144 | 7.42% |

## Republican Party Primary Election Cumulative Report — Unofficial
### Brazoria County — 2014 Primary Election — March 04, 2014

Total Number of Voters : 21,775 of 178,511 = 12.20%
Number of District Voters: 18,842 of 178,511 = 10.56%

Page 1 of 11

03/11/2014 12:53 PM

Precincts Reporting 68 of 68 = 100.00%

| Party | Candidate | | Early | | Election | | Total | |
|---|---|---|---|---|---|---|---|---|
| **U. S. Senator   R, Vote For 1** | | | | | | | | |
| R | Chris Mapp | | 577 | 5.36% | 406 | 5.60% | 983 | 5.46% |
| R | Steve Stockman | | 2,725 | 25.33% | 2,184 | 30.14% | 4,909 | 27.27% |
| R | Linda Vega | | 373 | 3.47% | 277 | 3.82% | 650 | 3.61% |
| R | Dwayne Stovall | | 2,071 | 19.25% | 1,434 | 19.79% | 3,505 | 19.47% |
| R | Reid Reasor | | 128 | 1.19% | 91 | 1.26% | 219 | 1.22% |
| R | John Cornyn | | 4,497 | 41.81% | 2,516 | 34.73% | 7,013 | 38.96% |
| R | Curt Cleaver | | 57 | 0.53% | 45 | 0.62% | 102 | 0.57% |
| R | Ken Cope | | 328 | 3.05% | 292 | 4.03% | 620 | 3.44% |
| | | Cast Votes: | 10,756 | 95.40% | 7,245 | 95.74% | 18,001 | 95.54% |
| | | Over Votes: | 3 | 0.03% | 0 | 0.00% | 3 | 0.02% |
| | | Under Votes: | 516 | 4.58% | 322 | 4.26% | 838 | 4.45% |
| **U. S. Representative District 14   R, Vote For 1** | | | | | | | | |
| R | Randy Weber | | 5,594 | 100.00% | 3,800 | 100.00% | 9,394 | 100.00% |
| | | Cast Votes: | 5,594 | 83.79% | 3,800 | 83.04% | 9,394 | 83.49% |
| | | Over Votes: | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% |
| | | Under Votes: | 1,082 | 16.21% | 776 | 16.96% | 1,858 | 16.51% |
| **U. S. Representative District 22   R, Vote For 1** | | | | | | | | |
| R | Pete Olson | | 3,995 | 100.00% | 2,606 | 100.00% | 6,601 | 100.00% |
| | | Cast Votes: | 3,995 | 86.87% | 2,606 | 87.13% | 6,601 | 86.97% |
| | | Over Votes: | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% |
| | | Under Votes: | 604 | 13.13% | 385 | 12.87% | 989 | 13.03% |
| **Governor   R, Vote For 1** | | | | | | | | |
| R | Miriam Martinez | | 277 | 2.54% | 207 | 2.82% | 484 | 2.65% |
| R | Lisa Fritsch | | 390 | 3.58% | 300 | 4.09% | 690 | 3.78% |
| R | Greg Abbott | | 10,089 | 92.60% | 6,685 | 91.13% | 16,774 | 92.01% |
| R | SECEDE Kilgore | | 139 | 1.28% | 144 | 1.96% | 283 | 1.55% |
| | | Cast Votes: | 10,895 | 96.67% | 7,336 | 96.95% | 18,231 | 96.78% |
| | | Over Votes: | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% |
| | | Under Votes: | 375 | 3.33% | 231 | 3.05% | 606 | 3.22% |

## Democratic Party Primary Election Cumulative Report — Unofficial
### Brazoria County — 2014 Primary Election — March 04, 2014
Page 1 of 6

03/14/2014 08:31 AM

Number of District Voters: 2,933 of 178,511 = 1.64%

Precincts Reporting 68 of 68 = 100.00%

| Party | Candidate | | Early | | Election | | Total | |
|---|---|---|---|---|---|---|---|---|
| **U. S. Senator  D, Vote For 1** | | | | | | | | |
| D | Harry Kim | | 212 | 13.98% | 207 | 16.93% | 419 | 15.30% |
| D | Michael "Fjet" Fjetland | | 73 | 4.82% | 57 | 4.66% | 130 | 4.75% |
| D | Kesha Rogers | | 366 | 24.14% | 287 | 23.47% | 653 | 23.84% |
| D | David M. Alameel | | 602 | 39.71% | 429 | 35.08% | 1,031 | 37.64% |
| D | Maxey Marie Scherr | | 263 | 17.35% | 243 | 19.87% | 506 | 18.47% |
| | | Cast Votes: | 1,516 | 92.33% | 1,223 | 94.73% | 2,739 | 93.39% |
| | | Over Votes: | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% |
| | | Under Votes: | 126 | 7.67% | 68 | 5.27% | 194 | 6.61% |
| **U. S. Representative District 14  D, Vote For 1** | | | | | | | | |
| D | Gagan Panjhazari | | 78 | 11.08% | 49 | 9.06% | 127 | 10.20% |
| D | Buck Willis | | 197 | 27.98% | 161 | 29.76% | 358 | 28.76% |
| D | Donald G. Brown | | 429 | 60.94% | 331 | 61.18% | 760 | 61.04% |
| | | Cast Votes: | 704 | 88.66% | 541 | 90.77% | 1,245 | 89.57% |
| | | Over Votes: | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% |
| | | Under Votes: | 90 | 11.34% | 55 | 9.23% | 145 | 10.43% |
| **U. S. Representative District 22  D, Vote For 1** | | | | | | | | |
| D | Mark Gibson | | 456 | 60.00% | 397 | 61.93% | 853 | 60.89% |
| D | Frank Briscoe | | 304 | 40.00% | 244 | 38.07% | 548 | 39.11% |
| | | Cast Votes: | 760 | 89.62% | 641 | 92.23% | 1,401 | 90.80% |
| | | Over Votes: | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% |
| | | Under Votes: | 88 | 10.38% | 54 | 7.77% | 142 | 9.20% |
| **Governor  D, Vote For 1** | | | | | | | | |
| D | Wendy R. Davis | | 1,441 | 91.09% | 1,167 | 92.33% | 2,608 | 91.64% |
| D | Reynaldo "Ray" Madrigal | | 141 | 8.91% | 97 | 7.67% | 238 | 8.36% |
| | | Cast Votes: | 1,582 | 96.40% | 1,264 | 97.91% | 2,846 | 97.07% |
| | | Over Votes: | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% |
| | | Under Votes: | 59 | 3.60% | 27 | 2.09% | 86 | 2.93% |
| **Lieutenant Governor  D, Vote For 1** | | | | | | | | |
| D | Leticia Van de Putte | | 1,415 | 100.00% | 1,120 | 100.00% | 2,535 | 100.00% |
| | | Cast Votes: | 1,415 | 86.23% | 1,120 | 86.75% | 2,535 | 86.46% |
| | | Over Votes: | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% |
| | | Under Votes: | 226 | 13.77% | 171 | 13.25% | 397 | 13.54% |

14

**Cumulative Report — Official**
**Galveston County — General, Trustee, and Recall Election — November 02, 2010**

Page 1 of 11

11/15/2010 12:18 PM

Total Number of Voters : 76,677 of 0 = 0.00%

Precincts Reporting 113 of 113 = 100.00%

| Party | Candidate | | Absentee | | Early | | Election | | Total | |
|---|---|---|---|---|---|---|---|---|---|---|
| **Straight Party, Vote For 1** | | | | | | | | | | |
| | Republican | | 1,822 | 50.23% | 17,997 | 67.95% | 8,278 | 57.92% | 28,097 | 63.27% |
| | Democrat | | 1,792 | 49.41% | 8,351 | 31.53% | 5,897 | 41.26% | 16,040 | 36.12% |
| | Libertarian | | 12 | 0.33% | 99 | 0.37% | 85 | 0.59% | 196 | 0.44% |
| | Green Party | | 1 | 0.03% | 38 | 0.14% | 33 | 0.23% | 72 | 0.16% |
| | | Cast Votes: | 3,627 | 64.19% | 26,485 | 57.23% | 14,293 | 57.74% | 44,405 | 57.91% |
| | | Over Votes: | 1 | 0.02% | 0 | 0.00% | 0 | 0.00% | 1 | 0.00% |
| | | Under Votes: | 2,022 | 35.79% | 19,790 | 42.77% | 10,459 | 42.26% | 32,271 | 42.09% |
| **U.S. Representative District 14, Vote For 1** | | | | | | | | | | |
| REP | Ron Paul | | 2,572 | 61.66% | 25,477 | 73.85% | 12,823 | 67.38% | 40,872 | 70.83% |
| DEM | Robert Pruett | | 1,599 | 38.34% | 9,021 | 26.15% | 6,209 | 32.62% | 16,829 | 29.17% |
| | | Cast Votes: | 4,171 | 97.68% | 34,498 | 96.32% | 19,032 | 95.85% | 57,701 | 96.26% |
| | | Over Votes: | 1 | 0.02% | 0 | 0.00% | 0 | 0.00% | 1 | 0.00% |
| | | Under Votes: | 98 | 2.30% | 1,317 | 3.68% | 825 | 4.15% | 2,240 | 3.74% |
| **U.S. Representative District 22, Vote For 1** | | | | | | | | | | |
| REP | Pete Olson | | 536 | 40.27% | 6,195 | 61.51% | 2,503 | 53.22% | 9,234 | 57.34% |
| DEM | Kesha Rogers | | 774 | 58.15% | 3,668 | 36.42% | 2,066 | 43.93% | 6,508 | 40.41% |
| LIB | Steven Susman | | 21 | 1.58% | 205 | 2.04% | 132 | 2.81% | 358 | 2.22% |
| | Johnny Williams (W) | | 0 | 0.00% | 3 | 0.03% | 2 | 0.04% | 5 | 0.03% |
| | | Cast Votes: | 1,331 | 96.45% | 10,071 | 96.28% | 4,703 | 96.08% | 16,105 | 96.24% |
| | | Over Votes: | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% |
| | | Under Votes: | 49 | 3.55% | 389 | 3.72% | 192 | 3.92% | 630 | 3.76% |
| **Governor, Vote For 1** | | | | | | | | | | |
| REP | Rick Perry | | 2,563 | 45.99% | 27,907 | 60.90% | 12,581 | 51.37% | 43,051 | 56.73% |
| DEM | Bill White | | 2,936 | 52.68% | 16,987 | 37.07% | 11,263 | 45.99% | 31,186 | 41.09% |
| LIB | Kathie Glass | | 57 | 1.02% | 794 | 1.73% | 527 | 2.15% | 1,378 | 1.82% |
| GRN | Deb Shafto | | 17 | 0.31% | 131 | 0.29% | 111 | 0.45% | 259 | 0.34% |
| | Andy Barron (W) | | 0 | 0.00% | 8 | 0.02% | 9 | 0.04% | 17 | 0.02% |
| | | Cast Votes: | 5,573 | 98.64% | 45,827 | 99.03% | 24,491 | 98.95% | 75,891 | 98.97% |
| | | Over Votes: | 1 | 0.02% | 0 | 0.00% | 0 | 0.00% | 1 | 0.00% |
| | | Under Votes: | 76 | 1.35% | 448 | 0.97% | 261 | 1.05% | 785 | 1.02% |

**Cumulative Report □ Official**

**Galveston County □ General, Trustee, and Recall Election □ November 02, 2010**

Page 1 of 11

Total Number of Voters : 76,677 of 0 = 0.00%

11/15/2010 12:18 PM

Precincts Reporting 113 of 113 = 100.00%

| Party | Candidate | | Absentee | | Early | | Election | | Total | |
|---|---|---|---|---|---|---|---|---|---|---|
| **Straight Party, Vote For 1** | | | | | | | | | | |
| | Republican | | 1,822 | 50.23% | 17,997 | 67.95% | 8,278 | 57.92% | 28,097 | 63.27% |
| | Democrat | | 1,792 | 49.41% | 8,351 | 31.53% | 5,897 | 41.26% | 16,040 | 36.12% |
| | Libertarian | | 12 | 0.33% | 99 | 0.37% | 85 | 0.59% | 196 | 0.44% |
| | Green Party | | 1 | 0.03% | 38 | 0.14% | 33 | 0.23% | 72 | 0.16% |
| | Cast Votes: | | 3,627 | 64.19% | 26,485 | 57.23% | 14,293 | 57.74% | 44,405 | 57.91% |
| | Over Votes: | | 1 | 0.02% | 0 | 0.00% | 0 | 0.00% | 1 | 0.00% |
| | Under Votes: | | 2,022 | 35.79% | 19,790 | 42.77% | 10,459 | 42.26% | 32,271 | 42.09% |
| **U.S. Representative District 14, Vote For 1** | | | | | | | | | | |
| REP | Ron Paul | | 2,572 | 61.66% | 25,477 | 73.85% | 12,823 | 67.38% | 40,872 | 70.83% |
| DEM | Robert Pruett | | 1,599 | 38.34% | 9,021 | 26.15% | 6,209 | 32.62% | 16,829 | 29.17% |
| | Cast Votes: | | 4,171 | 97.68% | 34,498 | 96.32% | 19,032 | 95.85% | 57,701 | 96.26% |
| | Over Votes: | | 1 | 0.02% | 0 | 0.00% | 0 | 0.00% | 1 | 0.00% |
| | Under Votes: | | 98 | 2.30% | 1,317 | 3.68% | 825 | 4.15% | 2,240 | 3.74% |
| **U.S. Representative District 22, Vote For 1** | | | | | | | | | | |
| REP | Pete Olson | | 536 | 40.27% | 6,195 | 61.51% | 2,503 | 53.22% | 9,234 | 57.34% |
| DEM | Kesha Rogers | | 774 | 58.15% | 3,668 | 36.42% | 2,066 | 43.93% | 6,508 | 40.41% |
| LIB | Steven Susman | | 21 | 1.58% | 205 | 2.04% | 132 | 2.81% | 358 | 2.22% |
| | Johnny Williams (W) | | 0 | 0.00% | 3 | 0.03% | 2 | 0.04% | 5 | 0.03% |
| | Cast Votes: | | 1,331 | 96.45% | 10,071 | 96.28% | 4,703 | 96.08% | 16,105 | 96.24% |
| | Over Votes: | | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% |
| | Under Votes: | | 49 | 3.55% | 389 | 3.72% | 192 | 3.92% | 630 | 3.76% |
| **Governor, Vote For 1** | | | | | | | | | | |
| REP | Rick Perry | | 2,563 | 45.99% | 27,907 | 60.90% | 12,581 | 51.37% | 43,051 | 56.73% |
| DEM | Bill White | | 2,936 | 52.68% | 16,987 | 37.07% | 11,263 | 45.99% | 31,186 | 41.09% |
| LIB | Kathie Glass | | 57 | 1.02% | 794 | 1.73% | 527 | 2.15% | 1,378 | 1.82% |
| GRN | Deb Shafto | | 17 | 0.31% | 131 | 0.29% | 111 | 0.45% | 259 | 0.34% |
| | Andy Barron (W) | | 0 | 0.00% | 8 | 0.02% | 8 | 0.04% | 17 | 0.02% |
| | Cast Votes: | | 5,573 | 98.64% | 45,827 | 99.03% | 24,491 | 98.95% | 75,891 | 98.97% |
| | Over Votes: | | 1 | 0.02% | 0 | 0.00% | 0 | 0.00% | 1 | 0.00% |
| | Under Votes: | | 76 | 1.35% | 448 | 0.97% | 261 | 1.05% | 785 | 1.02% |

*View Pages   Next   Last*

# Cumulative Report — Unofficial
## Galveston County — General and Special Election — November 06, 2012

Page 1 of 12

11/16/2012 12:37 PM

Total Number of Voters : 111,766 of 183,127 = 61.03%

Precincts Reporting 153 of 153 = 100.00%

| Party | Candidate | Absentee | | Early | | Election | | Total | |
|---|---|---|---|---|---|---|---|---|---|
| **Straight Party, Vote For 1** | | | | | | | | | |
| | Republican | 2,429 | 59.59% | 32,048 | 63.85% | 9,940 | 56.07% | 44,417 | 61.70% |
| | Democrat | 1,615 | 39.62% | 17,728 | 35.32% | 7,475 | 42.16% | 26,818 | 37.25% |
| | Libertarian | 28 | 0.69% | 285 | 0.57% | 224 | 1.26% | 537 | 0.75% |
| | Green | 4 | 0.10% | 129 | 0.26% | 89 | 0.50% | 222 | 0.31% |
| | Cast Votes: | 4,076 | 59.62% | 50,190 | 64.74% | 17,728 | 64.77% | 71,994 | 64.44% |
| | Over Votes: | 1 | 0.01% | 0 | 0.00% | 0 | 0.00% | 1 | 0.00% |
| | Under Votes: | 2,760 | 40.37% | 27,330 | 35.26% | 9,642 | 35.23% | 39,732 | 35.56% |
| **President and Vice President, Vote For 1** | | | | | | | | | |
| REP | Mitt Romney/Paul Ryan | 4,038 | 59.23% | 49,710 | 65.06% | 15,311 | 57.00% | 69,059 | 62.73% |
| DEM | Barack Obama/Joe Biden | 2,689 | 39.44% | 25,906 | 33.91% | 10,916 | 40.64% | 39,511 | 35.89% |
| LIB | Gary Johnson/Jim Gray | 80 | 1.17% | 620 | 0.81% | 491 | 1.83% | 1,191 | 1.08% |
| GRN | Jill Stein/Cheri Honkala | 11 | 0.16% | 152 | 0.20% | 129 | 0.48% | 292 | 0.27% |
| | Stewart Alexander/Alex Mendoza (W) | 0 | 0.00% | 3 | 0.00% | 5 | 0.02% | 8 | 0.01% |
| | Rocky Anderson/Luis J. Rodriguez (W) | 0 | 0.00% | 1 | 0.00% | 0 | 0.00% | 1 | 0.00% |
| | Avery Ayers/Aljandrina Cabrera (W) | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% |
| | Andre N. Barnett/Kenneth R. Cross (W) | 0 | 0.00% | 0 | 0.00% | 1 | 0.00% | 1 | 0.00% |
| | Virgil Goode/Jim Clymer (W) | 0 | 0.00% | 10 | 0.01% | 4 | 0.01% | 14 | 0.01% |
| | Thaddaus Hill/Gordon F. Bailey (W) | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% |
| | Tom Hoefling/Jonathan D. Ellis (W) | 0 | 0.00% | 0 | 0.00% | 1 | 0.00% | 1 | 0.00% |
| | Unresolved Write-Ins | 0 | 0.00% | 0 | 0.00% | 5 | 0.02% | 5 | 0.00% |
| | Cast Votes: | 6,818 | 99.17% | 76,402 | 98.56% | 26,863 | 98.14% | 110,083 | 98.49% |
| | Over Votes: | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% |
| | Under Votes: | 57 | 0.83% | 1,118 | 1.44% | 508 | 1.86% | 1,683 | 1.51% |
| **United States Senator, Vote For 1** | | | | | | | | | |
| REP | Ted Cruz | 3,852 | 57.36% | 48,301 | 63.58% | 14,759 | 55.60% | 66,912 | 61.26% |
| DEM | Paul Sadler | 2,732 | 40.69% | 26,086 | 34.34% | 10,625 | 40.02% | 39,443 | 36.11% |
| LIB | John Jay Myers | 104 | 1.55% | 1,080 | 1.42% | 833 | 3.14% | 2,017 | 1.85% |
| GRN | David B. Collins | 27 | 0.40% | 504 | 0.66% | 329 | 1.24% | 860 | 0.79% |
| | Cast Votes: | 6,715 | 97.69% | 75,971 | 98.00% | 26,546 | 96.99% | 109,232 | 97.73% |
| | Over Votes: | 1 | 0.01% | 0 | 0.00% | 0 | 0.00% | 1 | 0.00% |
| | Under Votes: | 158 | 2.30% | 1,549 | 2.00% | 825 | 3.01% | 2,532 | 2.27% |

## Cumulative Report — Unofficial
## Galveston County — Constitutional Amendment Election — November 05, 2013

Page 1 of 3

11/05/2013 09:30 PM

Total Number of Voters : 10,227 of 0 = 0.00%

Precincts Reporting 136 of 136 = 100.00%

| Party | Candidate | Absentee | | Early | | Election | | Total | |
|---|---|---|---|---|---|---|---|---|---|
| **PROPOSITION 1, Vote For 1** | | | | | | | | | |
| | For | 74 | 94.87% | 3,584 | 89.40% | 5,266 | 88.47% | 8,924 | 88.89% |
| | Against | 4 | 5.13% | 425 | 10.60% | 686 | 11.53% | 1,115 | 11.11% |
| | Cast Votes: | 78 | 96.30% | 4,009 | 98.38% | 5,952 | 98.04% | 10,039 | 98.16% |
| | Over Votes: | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% |
| | Under Votes: | 3 | 3.70% | 66 | 1.62% | 119 | 1.96% | 188 | 1.84% |
| **PROPOSITION 2, Vote For 1** | | | | | | | | | |
| | For | 72 | 92.31% | 3,572 | 90.20% | 5,134 | 87.63% | 8,778 | 88.69% |
| | Against | 6 | 7.69% | 388 | 9.80% | 725 | 12.37% | 1,119 | 11.31% |
| | Cast Votes: | 78 | 96.30% | 3,960 | 97.18% | 5,859 | 96.51% | 9,897 | 96.77% |
| | Over Votes: | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% |
| | Under Votes: | 3 | 3.70% | 115 | 2.82% | 212 | 3.49% | 330 | 3.23% |
| **PROPOSITION 3, Vote For 1** | | | | | | | | | |
| | For | 42 | 55.26% | 2,654 | 68.69% | 3,554 | 62.08% | 6,250 | 64.67% |
| | Against | 34 | 44.74% | 1,210 | 31.31% | 2,171 | 37.92% | 3,415 | 35.33% |
| | Cast Votes: | 76 | 93.83% | 3,864 | 94.82% | 5,725 | 94.30% | 9,665 | 94.50% |
| | Over Votes: | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% |
| | Under Votes: | 5 | 6.17% | 211 | 5.18% | 346 | 5.70% | 562 | 5.50% |
| **PROPOSITION 4, Vote For 1** | | | | | | | | | |
| | For | 73 | 93.59% | 3,540 | 88.99% | 5,148 | 86.75% | 8,761 | 87.70% |
| | Against | 5 | 6.41% | 438 | 11.01% | 786 | 13.25% | 1,229 | 12.30% |
| | Cast Votes: | 78 | 96.30% | 3,978 | 97.62% | 5,934 | 97.74% | 9,990 | 97.68% |
| | Over Votes: | 1 | 1.23% | 0 | 0.00% | 0 | 0.00% | 1 | 0.01% |
| | Under Votes: | 2 | 2.47% | 97 | 2.38% | 137 | 2.26% | 236 | 2.31% |
| **PROPOSITION 5, Vote For 1** | | | | | | | | | |
| | For | 39 | 50.00% | 2,147 | 55.12% | 3,231 | 56.04% | 5,417 | 55.62% |
| | Against | 39 | 50.00% | 1,748 | 44.88% | 2,535 | 43.96% | 4,322 | 44.38% |
| | Cast Votes: | 78 | 96.30% | 3,895 | 95.58% | 5,766 | 94.98% | 9,739 | 95.23% |
| | Over Votes: | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% |
| | Under Votes: | 3 | 3.70% | 180 | 4.42% | 305 | 5.02% | 488 | 4.77% |

## 2014 Primary Republican Canvass Report — Total Voters — Official
## Galveston County — Galveston County Primary Election — March 04, 2014

Page 1 of 138

03/17/2014 09:17 AM

Total Number of Voters : 24,188 of 184,804 = 13.09%

Precincts Reporting 184 of 184 = 100.00%

Number of District Voters : 19,508 of 184,804 = 10

District Precincts Reporting 92 of 92 = 100.00%

### Proposition 1

| Precinct | Absentee Ballots Cast | Early Ballots Cast | Election Ballots Cast | Total Ballots Cast | Registered Voters | Percent Turnout | YES | NO | Totals |
|---|---|---|---|---|---|---|---|---|---|
| 103 REP | 5 | 54 | 54 | 113 | 956 | 11.82% | 105 | 4 | 109 |
| 104 REP | 4 | 68 | 35 | 107 | 794 | 13.48% | 103 | 4 | 107 |
| 105 REP | 0 | 1 | 1 | 2 | 172 | 1.16% | 1 | 0 | 1 |
| 105-1 REP | 4 | 19 | 27 | 50 | 467 | 10.71% | 45 | 4 | 49 |
| 142 REP | 20 | 118 | 67 | 205 | 2716 | 7.55% | 197 | 5 | 202 |
| 144 REP | 26 | 144 | 110 | 280 | 2437 | 11.49% | 267 | 5 | 272 |
| 146 REP | 22 | 172 | 120 | 314 | 2691 | 11.67% | 304 | 8 | 312 |
| 148 REP | 60 | 269 | 148 | 477 | 4025 | 11.85% | 458 | 10 | 468 |
| 150 REP | 14 | 159 | 118 | 291 | 2416 | 12.04% | 277 | 10 | 287 |
| 151 REP | 14 | 227 | 160 | 401 | 2646 | 15.15% | 387 | 7 | 394 |
| 152 REP | 76 | 290 | 289 | 655 | 4806 | 13.63% | 623 | 21 | 644 |
| 159 REP | 29 | 179 | 159 | 367 | 3750 | 9.79% | 350 | 11 | 361 |
| 165 REP | 19 | 82 | 106 | 207 | 2097 | 9.87% | 198 | 5 | 203 |
| 165-1 REP | 0 | 1 | 0 | 1 | 0 | 00.00% | 1 | 0 | 1 |
| 166 REP | 30 | 188 | 175 | 393 | 2920 | 13.46% | 368 | 14 | 382 |
| 167 REP | 52 | 336 | 269 | 657 | 4960 | 13.25% | 617 | 30 | 647 |
| 168 REP | 0 | 0 | 0 | 0 | 2 | 00.00% | 0 | 0 | 0 |
| 169 REP | 0 | 0 | 0 | 0 | 0 | 00.00% | 0 | 0 | 0 |
| 170 REP | 10 | 143 | 131 | 284 | 2840 | 10.00% | 275 | 6 | 281 |
| 172 REP | 1 | 37 | 32 | 70 | 455 | 15.38% | 67 | 1 | 68 |
| 192 REP | 7 | 32 | 24 | 63 | 717 | 8.79% | 62 | 1 | 63 |
| 193 REP | 24 | 96 | 72 | 192 | 2231 | 8.61% | 185 | 5 | 190 |
| 197 REP | 4 | 41 | 29 | 74 | 745 | 9.93% | 72 | 1 | 73 |
| 218 REP | 33 | 227 | 151 | 411 | 3012 | 13.65% | 375 | 23 | 398 |
| 219 REP | 7 | 69 | 31 | 107 | 1223 | 8.75% | 106 | 0 | 106 |
| 220 REP | 13 | 178 | 108 | 299 | 3670 | 8.15% | 287 | 10 | 297 |
| 221 REP | 29 | 142 | 142 | 313 | 1789 | 17.50% | 292 | 14 | 306 |
| 223 REP | 31 | 203 | 133 | 367 | 2753 | 13.33% | 339 | 19 | 358 |
| 224 REP | 20 | 199 | 142 | 361 | 3005 | 12.01% | 326 | 27 | 353 |
| 225 REP | 18 | 265 | 158 | 441 | 2563 | 17.21% | 426 | 10 | 436 |
| 226 REP | 16 | 148 | 83 | 247 | 2503 | 9.87% | 244 | 2 | 246 |
| 227 REP | 24 | 274 | 105 | 403 | 2951 | 13.66% | 397 | 3 | 400 |
| 228 REP | 29 | 360 | 154 | 543 | 3005 | 18.07% | 520 | 13 | 533 |
| 232 REP | 27 | 93 | 67 | 187 | 1979 | 9.45% | 179 | 3 | 182 |
| 232-1 REP | 0 | 0 | 0 | 0 | 0 | 00.00% | 0 | 0 | 0 |
| 232-2 REP | 0 | 1 | 0 | 1 | 0 | 00.00% | 1 | 0 | 1 |
| 232-3 REP | 8 | 41 | 20 | 69 | 405 | 17.04% | 69 | 0 | 69 |
| 258 REP | 18 | 162 | 132 | 312 | 2294 | 13.60% | 304 | 5 | 309 |
| 263 REP | 31 | 264 | 216 | 511 | 5045 | 10.13% | 497 | 9 | 506 |

## 2014 Primary Democrat Canvass Report — Total Voters — Official
## Galveston County — Galveston County Primary Election — March 04, 2014

Page 1 of 72

03/17/2014 09:15 AM

Total Number of Voters : 24,188 of 184,804 = 13.09%

Number of District Voters: 4,680 of 0 = 0.00%

Precincts Reporting 184 of 184 = 100.00%

District Precincts Reporting 92 of 92 = 100.00%

### ON IMMIGRATION REFORM

| Precinct | Absentee Ballots Cast | Early Ballots Cast | Election Ballots Cast | Total Ballots Cast | Registered Voters | Percent Turnout | FOR | AGAINST | Totals |
|---|---|---|---|---|---|---|---|---|---|
| 103 DEM | 0 | 18 | 8 | 26 | 0 | 00.00% | 22 | 3 | 25 |
| 104 DEM | 0 | 8 | 8 | 16 | 0 | 00.00% | 13 | 2 | 15 |
| 105 DEM | 0 | 1 | 0 | 1 | 0 | 00.00% | 1 | 0 | 1 |
| 105-1 DEM | 1 | 10 | 5 | 16 | 0 | 00.00% | 15 | 0 | 15 |
| 142 DEM | 0 | 39 | 33 | 72 | 0 | 00.00% | 63 | 6 | 69 |
| 144 DEM | 3 | 37 | 6 | 46 | 0 | 00.00% | 35 | 6 | 41 |
| 146 DEM | 2 | 37 | 32 | 71 | 0 | 00.00% | 57 | 12 | 69 |
| 148 DEM | 4 | 55 | 42 | 101 | 0 | 00.00% | 78 | 18 | 96 |
| 150 DEM | 0 | 42 | 20 | 62 | 0 | 00.00% | 53 | 5 | 58 |
| 151 DEM | 3 | 27 | 30 | 60 | 0 | 00.00% | 51 | 7 | 58 |
| 152 DEM | 2 | 34 | 30 | 66 | 0 | 00.00% | 58 | 6 | 64 |
| 159 DEM | 1 | 63 | 33 | 97 | 0 | 00.00% | 83 | 12 | 95 |
| 165 DEM | 0 | 8 | 11 | 19 | 0 | 00.00% | 19 | 0 | 19 |
| 165-1 DEM | 0 | 0 | 0 | 0 | 0 | 00.00% | 0 | 0 | 0 |
| 166 DEM | 2 | 32 | 22 | 56 | 0 | 00.00% | 49 | 6 | 55 |
| 167 DEM | 2 | 33 | 25 | 60 | 0 | 00.00% | 54 | 6 | 60 |
| 168 DEM | 0 | 0 | 0 | 0 | 0 | 00.00% | 0 | 0 | 0 |
| 169 DEM | 0 | 0 | 0 | 0 | 0 | 00.00% | 0 | 0 | 0 |
| 170 DEM | 0 | 14 | 15 | 29 | 0 | 00.00% | 26 | 1 | 27 |
| 172 DEM | 0 | 9 | 2 | 11 | 0 | 00.00% | 8 | 1 | 9 |
| 192 DEM | 0 | 5 | 6 | 11 | 0 | 00.00% | 10 | 0 | 10 |
| 193 DEM | 1 | 16 | 10 | 27 | 0 | 00.00% | 26 | 1 | 27 |
| 197 DEM | 0 | 7 | 0 | 7 | 0 | 00.00% | 7 | 0 | 7 |
| 218 DEM | 3 | 66 | 48 | 117 | 0 | 00.00% | 104 | 9 | 113 |
| 219 DEM | 3 | 19 | 13 | 35 | 0 | 00.00% | 25 | 10 | 35 |
| 220 DEM | 0 | 41 | 18 | 59 | 0 | 00.00% | 47 | 11 | 58 |
| 221 DEM | 0 | 20 | 24 | 44 | 0 | 00.00% | 42 | 2 | 44 |
| 223 DEM | 3 | 45 | 31 | 79 | 0 | 00.00% | 67 | 8 | 75 |
| 224 DEM | 1 | 52 | 45 | 98 | 0 | 00.00% | 87 | 10 | 97 |
| 225 DEM | 2 | 28 | 23 | 53 | 0 | 00.00% | 45 | 5 | 50 |
| 226 DEM | 2 | 40 | 27 | 69 | 0 | 00.00% | 53 | 8 | 61 |
| 227 DEM | 4 | 75 | 15 | 94 | 0 | 00.00% | 60 | 25 | 85 |
| 228 DEM | 0 | 52 | 22 | 74 | 0 | 00.00% | 47 | 20 | 67 |
| 232 DEM | 1 | 55 | 21 | 77 | 0 | 00.00% | 68 | 5 | 73 |
| 232-1 DEM | 0 | 0 | 0 | 0 | 0 | 00.00% | 0 | 0 | 0 |
| 232-2 DEM | 0 | 0 | 0 | 0 | 0 | 00.00% | 0 | 0 | 0 |
| 232-3 DEM | 0 | 2 | 1 | 3 | 0 | 00.00% | 3 | 0 | 3 |
| 258 DEM | 0 | 30 | 19 | 49 | 0 | 00.00% | 33 | 9 | 42 |
| 263 DEM | 2 | 25 | 16 | 43 | 0 | 00.00% | 40 | 3 | 43 |

15

**Ransom Cornish**

| | |
|---|---|
| **From:** | Kim Adams [kimannadams@gmail.com] |
| **Sent:** | Friday, June 06, 2014 11:56 AM |
| **To:** | Ransom Cornish |
| **Subject:** | Fwd: Election results |

I spoke to Mr. Guen. He will start gathering the information and will call us when it is ready...he was unable to give me an approximate day or time. The fee will be dependents on the number of provisional affidavits and there is a base fee. He said we will need to pick it up from their office and pay by check.

On Fri, Jun 6, 2014 at 11:47 AM, Guen, James <James.Guen@fortbendcountytx.gov> wrote:

It will depend on how many provisional voters I can find plus a base charge.

You can make the check out to

Fort Bend County Elections

James Guen

4520 Reading Rd.

Rosenberg, Texas 77471

Election Technician

Fort Bend County, Texas

Office: (281) 238-3576

Fax: (281) 341-4418

Email: james.guen@fortbendcountytx.gov

This message (including any attachments) is intended only for the use of the individual or entity to which it is addressed and may contain information that is non-public, proprietary, privileged,

confidential, and exempt from disclosure under applicable law or may constitute as attorney work product. If you are not the intended recipient, you are hereby notified that any use, dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, notify us immediately by telephone and (i) destroy this message if a facsimile or (ii) delete this message immediately if this is an electronic communication. Thank you.

**From:** Kim Adams [mailto:kimannadams@gmail.com]
**Sent:** Friday, June 06, 2014 11:45 AM
**To:** Guen, James
**Subject:** Re: Election results

I will need to check with Mr. Cornish but I don't think it's a problem.  What is the fee and how can I pay you?

Kim

On Fri, Jun 6, 2014 at 11:39 AM, Guen, James <James.Guen@fortbendcountytx.gov> wrote:

Kim,

I am going to have to charge for this information.  Do you have a problem with this?

It wasn't a big deal with your request before.  Since you are asking for more, there will be a charge.

James Guen

4520 Reading Rd.

Rosenberg, Texas 77471

Election Technician

6/9/2014

Fort Bend County, Texas

Office: (281) 238-3576

Fax: (281) 341-4418

Email: james.guen@fortbendcountytx.gov

This message (including any attachments) is intended only for the use of the individual or entity to which it is addressed and may contain information that is non-public, proprietary, privileged, confidential, and exempt from disclosure under applicable law or may constitute as attorney work product. If you are not the intended recipient, you are hereby notified that any use, dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, notify us immediately by telephone and (i) destroy this message if a facsimile or (ii) delete this message immediately if this is an electronic communication. Thank you.

**From:** Kim Adams [mailto:kimannadams@gmail.com]
**Sent:** Friday, June 06, 2014 11:21 AM
**To:** Guen, James
**Subject:** Election results

Mr. Guen,

Thank you for your assistance with our initial request for provisional ballot information.  Mr. Cornish was required to broaden the scope of analysis.  Several other counties were able to provide PDF copies of the actual provisional affidavits filed for the following elections:

November 5, 2013
March 4, 2014

I would like to request the same information for Fort Bend County, if actual PDF copies of the provisional affidavits are available?  Again, this is a time sensitive matter, so I would like to thank you in advance for your assistance.

Please email me at kimannadams@gmail.com.  You may also call me at 713-268-5125 or Mr. Cornish at 832-368-5125.

Sincerely,

6/9/2014

Kim Adams

T. Ransom Cornish
Attorney at Law
1 Sugar Creek Center Blvd., Suite 475A
Sugar Land, TX  77478

713-268-5125 Office

--
Kim Adams
Cell 7133985492

--
Kim Adams
Cell 7133985492

6/9/2014

Election results - kimannadams@gmail.com - Gmail
Case 2:13-cv-00193   Document 737-2   Filed on 11/17/14 in TXSD   Page 22 of 103
Page 1 of 1



+Kim

Gmail

COMPOSE

Inbox
Important
Sent Mail
Drafts
Trash
Circles

Junk E-mail
Nina
Notes

Search people...

Therese Meike
thermo04@gmail...
<mike.appelbaum...
Adam Rayburn
Debbie Wheeler-I...
dhancock@lcisd.org
Intake
Javier Chacon
Kerry Martin
Ransom Cornish

Move to Inbox          More

12 of 1,671

Provisional Patent $149 - www.thoughtstopaper.com - "Patent Pending" In 1 Day! Full Service. No Fill-In-The-Blanks

Election results     Inbox  x

Kim Adams <kimannadams@gmail.com>
to james guen

Jun 6 (3 days ago)

Mr. Guen,
Thank you for your assistance with our initial request for provisional ballot information.  Mr. Cornish was required to broaden the scope of analysis.  Several other counties were able to provide PDF copies of the actual provisional affidavits filed for the following elections:

November 5, 2013
March 4, 2014

I would like to request the same information for Fort Bend County, if actual PDF copies of the provisional affidavits are available?  Again, this is a time sensitive matter, so I would like to thank you in advance for your assistance.

Please email me at kimannadams@gmail.com.  You may also call me at 713-268-5125 or Mr. Cornish at 832-368-5125.

Sincerely,

Kim Adams

T. Ransom Cornish
Attorney at Law
1 Sugar Creek Center Blvd., Suite 475A
Sugar Land, TX  77478

713-268-5125 Office

Guen, James                                                                                                          Jun 6 (3 days ago)

People (3)

james guen
Add to circles

AARP® Medic
ins Plans by Un
Co. Request a F
www.golong.cer

Sell your Inve
Find Companies
Request Free In
www.inventiona

How to Patent
Patent Before S
Get Your Free I
www.patentdbt

Epicenter IP [
Maximize the V
Patent Brokerag
www.epicenteri

User Interface
Eric Gould Bear
Testimony in Pa
chiefexperience

Dun & Bradst
Get Business R

Date: C   3/14  FORT BEN   COUNTY  pr_list 30907

Time: 10:07 am  PROVISIONAL BALLOT LIST  Page: 36

**Election Code:** 1112-%  Order by Provisional ID

| Idnumber | Name | Address | Precinct Voted | EV Site Voted | Ballot Party | Provisional Id | Disposition Code | Count |
|---|---|---|---|---|---|---|---|---|
| 509018 | GUERRA, JENNY LISETTE | 5118 PARKRIDGE DR  HO | 2023 | | | 509018 | OM | N |
| 681275 | COHEN, STANLEY E | 15806 CHIMNEY ROCK RD  MC | 2031 | | | 5427 | VO | N |
| 606838 | REDMAN, EBONY S | 16019 BUNKER RIDGE RD  HO | 2123 | | | 606838 | OM | N |
| 680508 | HONKUS, NICHOLAS CORY | 2922 MICHAEL WAYNE RD  RS | 2061 | HIGHTOWER | | 680508 | NR | N |
| 681043 | HUNTER, JASON DION | 5030 RIDGE MANOR DR  HO | 2023 | | | 681043 | OM | N |
| 681324 | ASHWORTH, CHRISTINE MARIE | 8123 BUFFALO SPRINGS CT  SL | 1087 | | | 681324 | VO | N |
| 681327 | ACCARDO, CARL JOSEPH | 1906 ROSE ARBOR CT  SL | 1087 | | | 681327 | VO | N |

Total: 1128

11/2012

Date: C   2/14
Time: 01:54 pm
Election Code: 0314-%

FORT BEN   :OUNTY
PROVISIONAL BALLOT LIST
Order by Provisional ID

pr_list   30907
Page:   1

| Idnumber | Name | Address | Precinct Voted | EV Site Voted | Ballot Party | Provisional Id | Disposition Code | Count |
|---|---|---|---|---|---|---|---|---|
| 667329 | HARRISON, ERIC SHAWN | 2315 QUAIL PLACE DR  MC | 2077 | | D | 10160975 | OK | Y |
| 667328 | HARRISON, CHARLOTTE ANN | 2315 QUAIL PLACE DR  MC | 2077 | | D | 10167563 | OK | Y |
| 718002 | PROTHOW, JENNIFER MICHELLE | 24333 CINCO TERRACE DR #1110 KA | 3038 | | D | 10816119 | NR | N |
| 646219 | LENNON, LORIE L | 25619 TOWER SIDE LN  KA | 3143 | | D | 10821697 | WP | N |
| 718008 | PFALZGRAF, MARY CAROLYN (HAWKINS) | 3502 ANCHOR CV  RI | 1076 | | D | 11010637 | NR | N |
| 718009 | PFALZGRAF, CURT EUGENE | 3502 ANCHOR CV  RI | 1076 | | D | 11018426 | NR | N |
| 716556 | SHULICK, PETER JAMES | 6722 CHESTER OAK DR  HO | 2101 | HARMONYK ATY | D | 1382471 | CA | N |
| 716555 | SAUNDERS, JAMES E | 2314 HIGH TIDE LN  PE | 1134 | MOCITY | R | 1907775 | CA | N |
| 716541 | SILVA, KYONG-A | 28730 FM 1462  DA | 1068 | ROSANNEX | R | 2163217 | OK | Y |
| 163516 | WISHNOW, DANIEL ALAN | 5402 DEERBOURNE CHASE DR  SL | 4119 | | R | 3284350 | OK | Y |
| 717850 | BOONE, KIRK DANIEL | 2221 2ND ST  RO | 1048 | | R | 3806651 | CA | N |
| 237734 | LOWRY, KATHLEEN ANN | 3411 WATER LOCUST DR  SL | 4131 | | R | 4072594 | WP | N |
| 533354 | WALLACE, JENNIFER DAWN | 8911 SILENT WILLOW LN  SL | 1128 | | R | 4327100 | OK | Y |
| 718001 | KNOTT, RYAN JOSEPH | 27507 PEPPER TRAIL CT  FU | 3006 | | R | 4522534 | NR | N |
| 422975 | MCGAFFIN, PAMELA A | 4003 WESTERDALE DR  FU | 3006 | | R | 4528449 | ID | N |
| 718005 | LAMPSON, MICHAEL | 507 HILLARY CIR  SL | 4029 | | R | 4793884 | OK | Y |
| 576398 | SPRAGUE, CYNTHIA FIGUEROA | 26322 W ROLLING SILVER LN  KA | 3143 | | R | 6229233 | WP | N |
| 718010 | MANNING, DANIEL WAYNE | 902 PRESLEY WAY  SL | 4039 | | D | 7345618 | NR | N |
| 591757 | JOHNSON, JOHNITHA WATKINS | 7014 THORNWILD RD  MC | 2017 | | D | 7478258 | OK | Y |
| 717939 | DAVIS, JOHNNY FOSTER | 7334 STILL HAVEN DR  RI | 3083 | | D | 8129330 | OK | Y |
| 712646 | LABRIE-FREEMAN, LORI A | 9606 OAKLAND LAKE WAY  MC | 1114 | | D | 8461772 | WP | N |
| 717851 | BATTLE, ROBERT JAMES | 13538 BATTLE RD  BE | 1002 | | D | 9446279 | CA | N |
| 717885 | ACOSTA, LILLIAN CARMEN | 2528 HADLEY CIR  SL | 2022 | | D | 9832877 | NR | N |
| 716592 | GREENFIELD, CHAD ALLEN | 13712 MOORING POINTE DR  PE | 1134 | | | NO SLIP | VO | N |
| 215211 | TAPPE, HERBERT WAYNE | 1814 GRANITE FIELD LN  RI | 4064 | | R | NO SLIP 1 | VO | N |
| 717960 | KAY, POLLY LAURA | 38 SOVEREIGN CIR  RI | 1067 | | | NO SLIP2 | VO | N |
| 716760 | KAY, JAMES ISAAC ALOIS | 38 SOVEREIGN CIR  RI | 1067 | | | NO SLIP3 | VO | N |
| 717849 | NAQVI, ALI GOHER | 2827 FIELD HOLLOW DR  PE | 1134 | | D | REGULAR ACCESS CODE | OK | Y |

Total: 28

MARCH 2014

Date: 13/13
Time: 09:19 am
Election Code: 1113-%

FORT BEN  COUNTY
PROVISIONAL BALLOT LIST
Order by Provisional ID

pr_list   30907
Page:   1

| Idnumber | Name | Address | Precinct Voted | EV Site Voted | Ballot Party | Provisional Id | Disposition Code | Count |
|----------|------|---------|----------------|---------------|--------------|----------------|------------------|-------|
| 708681 | ADEYEMI, KEHINDE TEMITOPE | | 3032 | SLIBRARY | | 10167004 | NR | N |
| 709367 | SCHUMACHER, SHERYL ANNE | 2110 PEARL BAY CT  PE | 1109 | | | 108825951 | OK | Y |
| 298751 | CULP, TAMMI L | 611 TORI RD  RI | 1007 | | | 11144495 | WP | N |
| 709369 | JACKSON, HOWARD WOODROW | 27522 WADE SPRINGS CT  FU | 3006 | | | 11213423 | NR | N |
| 537511 | CLEMONS, AVIS POWELL | 1400 KATY FLEWELLEN RD #27 KA | 3014 | | | 11801501 | ID | N |
| 709371 | RICHARDSON, JERARDO LENOIR | 2427 MANORWOOD ST  SL | 2016 | | | 11871020 | NR | N |
| 709368 | PEACOCK, LAWRENCE HOWARD | 10888 HUNTINGTON ESTATES DR #2121 HO | 2043 | | | 13045750 | NR | N |
| 709373 | PRICE, DAVID DEAN | 28431 TALL JUNIPER HILL DR  KA | 3143 | | | 13114302 | NR | N |
| 709376 | MITCHELL, STANLEY MARC | 23106 CATALINA HARBOR CT  KA | 3038 | | | 13114594 | OK | Y |
| 709374 | LIEVERS, NICHOLE JASMINE | 25619 TOWER SIDE LN  KA | 3143 | | | 13117129 | NR | N |
| 709375 | MAGANA, JEROME DAVID | 4218 HAZEPOINT DR  KA | 3143 | | | 13117134 | NR | N |
| 272536 | JONES, ERSILA L | 21811 WILDWOOD PARK RD #125 RI | 1076 | | | 14356967 | OK | Y |
| 452991 | RHODES, AARON EUGENE | 7210 CLAYHORN CT  RI | 3083 | | | 14685935 | ID | N |
| 709370 | GIVENS, PAUL G | 18003 OAKWIND CT  RI | 2101 | | | 14812489 | CA | N |
| 682808 | HOLT, RALPH NATHAN | 7102 HABERSHAM AVE  SL | 4110 | | | 15140162 | IN | N |
| 512910 | POCHAMPALLI, UMA DEVI | 1800 AUSTIN PKWY #402 SL | 4110 | | | 15141790 | ID | N |
| 364108 | NOONAN, WESLEY JOSEPH | 26003 BASSFIELD LN  KA | 3144 | | | 15860620 | WP | N |
| 709372 | BEST, NANCY NICKELL | 1107 CLEISTES LN  RI | 1001 | | | 17113219 | NR | N |

Total: 18



## Cumulative Report - For[  ]end County — Official
### Fort Bend County, Texas — General and Joint Election — November 02, 2010
Page 1 of 11

11/16/2010 06:01 PM

Total Number of Voters : 140,343 of 308,985 = 45.42%

Precincts Reporting 145 of 145 = 100.00%

| Party | Candidate | Absentee | | Early | | Election | | Total | |
|---|---|---|---|---|---|---|---|---|---|
| **Straight Party, Vote For 1** | | | | | | | | | |
| | Republican Party | 4,094 | 84.50% | 30,403 | 60.10% | 17,446 | 48.42% | 51,943 | 56.79% |
| | Democratic Party | 729 | 15.05% | 19,956 | 39.45% | 18,297 | 50.78% | 38,982 | 42.62% |
| | Libertarian Party | 19 | 0.39% | 164 | 0.32% | 188 | 0.52% | 371 | 0.41% |
| | Green Party | 3 | 0.06% | 66 | 0.13% | 99 | 0.27% | 168 | 0.18% |
| | Cast Votes: | 4,845 | 68.24% | 50,589 | 64.19% | 36,030 | 66.19% | 91,464 | 65.17% |
| | Over Votes: | 7 | 0.10% | 0 | 0.00% | 0 | 0.00% | 7 | 0.00% |
| | Under Votes: | 2,248 | 31.66% | 28,221 | 35.81% | 18,403 | 33.81% | 48,872 | 34.82% |
| **United States Representative, District 9, Vote For 1** | | | | | | | | | |
| REP | Steve Mueller | 268 | 53.07% | 1,748 | 16.32% | 1,687 | 16.56% | 3,703 | 17.30% |
| DEM | Al Green | 232 | 45.94% | 8,873 | 82.82% | 8,386 | 82.34% | 17,491 | 81.72% |
| LIB | Michael W. Hope | 5 | 0.99% | 92 | 0.86% | 112 | 1.10% | 209 | 0.98% |
| | Cast Votes: | 505 | 97.87% | 10,713 | 97.37% | 10,185 | 96.77% | 21,403 | 97.10% |
| | Over Votes: | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% |
| | Under Votes: | 11 | 2.13% | 289 | 2.63% | 340 | 3.23% | 640 | 2.90% |
| **United States Representative, District 14, Vote For 1** | | | | | | | | | |
| REP | Ron Paul | 1,171 | 89.19% | 12,797 | 83.14% | 5,967 | 77.81% | 19,935 | 81.78% |
| DEM | Robert Pruett | 142 | 10.81% | 2,596 | 16.86% | 1,702 | 22.19% | 4,440 | 18.22% |
| | Cast Votes: | 1,313 | 97.91% | 15,393 | 96.85% | 7,669 | 96.99% | 24,375 | 96.95% |
| | Over Votes: | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% |
| | Under Votes: | 28 | 2.09% | 501 | 3.15% | 238 | 3.01% | 767 | 3.05% |
| **United States Representative, District 22, Vote For 1** | | | | | | | | | |
| REP | Pete Olson | 4,249 | 84.62% | 33,553 | 67.11% | 20,707 | 59.72% | 58,509 | 65.23% |
| DEM | Kesha Rogers | 698 | 13.90% | 15,214 | 30.43% | 12,871 | 37.12% | 28,783 | 32.09% |
| LIB | Steven Susman | 67 | 1.33% | 1,213 | 2.43% | 1,089 | 3.14% | 2,369 | 2.64% |
| | Johnny Williams (W) | 7 | 0.14% | 15 | 0.03% | 8 | 0.02% | 30 | 0.03% |
| | Cast Votes: | 5,021 | 95.77% | 49,995 | 96.30% | 34,675 | 96.32% | 89,691 | 96.28% |
| | Over Votes: | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% |
| | Under Votes: | 222 | 4.23% | 1,919 | 3.70% | 1,326 | 3.68% | 3,467 | 3.72% |

## Cumulative Report — Official
### Fort Bend County, Texas — General and Joint Election — November 06, 2012
Page 1 of 12

11/19/2012 09:59 AM

Total Number of Voters : 222,626 of 341,523 = 65.19%

Precincts Reporting 143 of 143 = 100.00%

| Party | Candidate | Early | | Election | | Total | |
|---|---|---|---|---|---|---|---|
| **Straight Party, Vote For 1** | | | | | | | |
| | Republican Party | 66,534 | 54.81% | 21,274 | 48.67% | 87,808 | 53.19% |
| | Democratic Party | 54,232 | 44.68% | 21,822 | 49.93% | 76,054 | 46.07% |
| | Libertarian Party | 478 | 0.39% | 443 | 1.01% | 921 | 0.56% |
| | Green Party | 140 | 0.12% | 168 | 0.38% | 308 | 0.19% |
| | Cast Votes: | 121,384 | 74.08% | 43,707 | 74.36% | 165,091 | 74.16% |
| | Over Votes: | 10 | 0.01% | 0 | 0.00% | 10 | 0.00% |
| | Under Votes: | 42,453 | 25.91% | 15,072 | 25.64% | 57,525 | 25.84% |
| **President and Vice President, Vote For 1** | | | | | | | |
| REP | Mitt Romney/Paul Ryan | 87,993 | 54.36% | 28,133 | 48.83% | 116,126 | 52.91% |
| DEM | Barack Obama/Joe Biden | 72,714 | 44.92% | 28,430 | 49.35% | 101,144 | 46.08% |
| LIB | Gary Johnson/Jim Gray | 908 | 0.56% | 811 | 1.41% | 1,719 | 0.78% |
| GRN | Jill Stein/Cheri Honkala | 238 | 0.15% | 222 | 0.39% | 460 | 0.21% |
| | Stewart Alexander/Alex Mendoza (W) | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% |
| | Rocky Anderson/Luis J. Rodriguez (W) | 7 | 0.00% | 2 | 0.00% | 9 | 0.00% |
| | Avery Ayers/Alejandrina Cabrera (W) | 2 | 0.00% | 0 | 0.00% | 2 | 0.00% |
| | Andre N. Barnett/Kenneth R. Cross (W) | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% |
| | Virgil Goode/Jim Clymer (W) | 12 | 0.01% | 9 | 0.02% | 21 | 0.01% |
| | Thaddaus Hill/Gordon F. Bailey (W) | 1 | 0.00% | 0 | 0.00% | 1 | 0.00% |
| | Tom Hoefling/Jonathan D. Ellis (W) | 5 | 0.00% | 2 | 0.00% | 7 | 0.00% |
| | Cast Votes: | 161,880 | 98.80% | 57,609 | 98.01% | 219,489 | 98.59% |
| | Over Votes: | 7 | 0.00% | 0 | 0.00% | 7 | 0.00% |
| | Under Votes: | 1,960 | 1.20% | 1,170 | 1.99% | 3,130 | 1.41% |
| **United States Senator, Vote For 1** | | | | | | | |
| REP | Ted Cruz | 87,249 | 54.22% | 28,331 | 49.60% | 115,580 | 53.01% |
| DEM | Paul Sadler | 71,340 | 44.33% | 27,005 | 47.28% | 98,345 | 45.10% |
| LIB | John Jay Myers | 1,632 | 1.01% | 1,224 | 2.14% | 2,856 | 1.31% |
| GRN | David B. Collins | 710 | 0.44% | 560 | 0.98% | 1,270 | 0.58% |
| | Cast Votes: | 160,931 | 98.22% | 57,120 | 97.18% | 218,051 | 97.94% |
| | Over Votes: | 4 | 0.00% | 0 | 0.00% | 4 | 0.00% |
| | Under Votes: | 2,912 | 1.78% | 1,659 | 2.82% | 4,571 | 2.05% |

## Cumulative Re t — Official
### FORT BEND COUNTY, TEXAS — SPECIAL AND GENERAL ELECTION — November 05, 2013

Page 1 of 6

11/15/2013 08:02 AM

Total Number of Voters : 29,815 of 343,398 = 8.68%

Precincts Reporting 143 of 143 = 100.00%

| Party | Candidate | Early | | Election | | Total | |
|-------|-----------|-------|------|----------|------|-------|------|
| **Proposition 1, Vote For 1** | | | | | | | |
| | FOR | 10,960 | 89.06% | 15,018 | 89.50% | 25,978 | 89.31% |
| | AGAINST | 1,347 | 10.94% | 1,761 | 10.50% | 3,108 | 10.69% |
| | Cast Votes: | 12,307 | 97.76% | 16,779 | 97.41% | 29,086 | 97.55% |
| | Over Votes: | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% |
| | Under Votes: | 282 | 2.24% | 447 | 2.59% | 729 | 2.45% |
| **Proposition 2, Vote For 1** | | | | | | | |
| | FOR | 10,279 | 85.13% | 13,766 | 83.86% | 24,045 | 84.40% |
| | AGAINST | 1,796 | 14.87% | 2,649 | 16.14% | 4,445 | 15.60% |
| | Cast Votes: | 12,075 | 95.92% | 16,415 | 95.29% | 28,490 | 95.56% |
| | Over Votes: | 1 | 0.01% | 0 | 0.00% | 1 | 0.00% |
| | Under Votes: | 513 | 4.07% | 811 | 4.71% | 1,324 | 4.44% |
| **Proposition 3, Vote For 1** | | | | | | | |
| | FOR | 7,047 | 59.99% | 9,072 | 57.01% | 16,119 | 58.28% |
| | AGAINST | 4,700 | 40.01% | 6,841 | 42.99% | 11,541 | 41.72% |
| | Cast Votes: | 11,747 | 93.31% | 15,913 | 92.38% | 27,660 | 92.77% |
| | Over Votes: | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% |
| | Under Votes: | 842 | 6.69% | 1,313 | 7.62% | 2,155 | 7.23% |
| **Proposition 4, Vote For 1** | | | | | | | |
| | FOR | 10,715 | 88.10% | 14,563 | 88.13% | 25,278 | 88.12% |
| | AGAINST | 1,448 | 11.90% | 1,961 | 11.87% | 3,409 | 11.88% |
| | Cast Votes: | 12,163 | 96.62% | 16,524 | 95.92% | 28,687 | 96.22% |
| | Over Votes: | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% |
| | Under Votes: | 426 | 3.38% | 702 | 4.08% | 1,128 | 3.78% |
| **Proposition 5, Vote For 1** | | | | | | | |
| | FOR | 7,483 | 63.35% | 9,989 | 62.81% | 17,472 | 63.04% |
| | AGAINST | 4,330 | 36.65% | 5,914 | 37.19% | 10,244 | 36.96% |
| | Cast Votes: | 11,813 | 93.84% | 15,903 | 92.32% | 27,716 | 92.96% |
| | Over Votes: | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% |
| | Under Votes: | 776 | 6.16% | 1,323 | 7.68% | 2,099 | 7.04% |

## Fort Bend County Republican Primary Election — Official
## Fort Bend County, Texas — Primary Election — March 04, 2014

Page 1 of 11

03/11/2014 10:21 AM

Total Number of Voters : 37,760 of 349,498 = 10.80%

Precincts Reporting 143 of 143 = 100.00%

| Party | Candidate | Early | | Election | | Total | |
|---|---|---|---|---|---|---|---|
| **United States Senator Republican, Vote For 1** | | | | | | | |
| | Reid Reasor | 360 | 2.26% | 306 | 2.53% | 666 | 2.37% |
| | Steve Stockman | 3,845 | 24.12% | 3,532 | 29.18% | 7,377 | 26.31% |
| | Linda Vega | 650 | 4.08% | 442 | 3.65% | 1,092 | 3.89% |
| | Chris Mapp | 523 | 3.28% | 387 | 3.20% | 910 | 3.25% |
| | Dwayne Stovall | 1,991 | 12.49% | 1,770 | 14.62% | 3,761 | 13.41% |
| | Curt Cleaver | 83 | 0.52% | 65 | 0.54% | 148 | 0.53% |
| | Ken Cope | 332 | 2.08% | 287 | 2.37% | 619 | 2.21% |
| | John Cornyn | 8,154 | 51.16% | 5,316 | 43.92% | 13,470 | 48.03% |
| | Cast Votes: | 15,938 | 96.14% | 12,105 | 95.82% | 28,043 | 96.00% |
| | Over Votes: | 2 | 0.01% | 0 | 0.00% | 2 | 0.01% |
| | Under Votes: | 638 | 3.85% | 528 | 4.18% | 1,166 | 3.99% |
| **United States Representative, District 22 Republican, Vote For 1** | | | | | | | |
| | Pete Olson | 13,017 | 100.00% | 9,939 | 100.00% | 22,956 | 100.00% |
| | Cast Votes: | 13,017 | 87.08% | 9,939 | 87.02% | 22,956 | 87.05% |
| | Over Votes: | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% |
| | Under Votes: | 1,932 | 12.92% | 1,483 | 12.98% | 3,415 | 12.95% |
| **Governor Republican, Vote For 1** | | | | | | | |
| | SECEDE Kilgore | 187 | 1.16% | 188 | 1.54% | 375 | 1.33% |
| | Lisa Fritsch | 544 | 3.38% | 442 | 3.63% | 986 | 3.49% |
| | Greg Abbott | 14,901 | 92.54% | 11,199 | 91.95% | 26,100 | 92.28% |
| | Miriam Martinez | 471 | 2.92% | 351 | 2.88% | 822 | 2.91% |
| | Cast Votes: | 16,103 | 97.13% | 12,180 | 96.41% | 28,283 | 96.82% |
| | Over Votes: | 1 | 0.01% | 0 | 0.00% | 1 | 0.00% |
| | Under Votes: | 474 | 2.86% | 453 | 3.59% | 927 | 3.17% |
| **Lieutenant Governor Republican, Vote For 1** | | | | | | | |
| | Todd Staples | 1,812 | 11.16% | 1,426 | 11.60% | 3,238 | 11.35% |
| | Dan Patrick | 8,424 | 51.89% | 6,434 | 52.32% | 14,858 | 52.07% |
| | David Dewhurst | 3,459 | 21.31% | 2,789 | 22.68% | 6,248 | 21.90% |
| | Jerry Patterson | 2,539 | 15.64% | 1,649 | 13.41% | 4,188 | 14.68% |
| | Cast Votes: | 16,234 | 97.92% | 12,298 | 97.35% | 28,532 | 97.68% |
| | Over Votes: | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% |
| | Under Votes: | 344 | 2.08% | 335 | 2.65% | 679 | 2.32% |

## Fort Bend County Democratic Primary Election — Official
### Fort Bend County, Texas — Primary Election — March 04, 2014

Page 1 of 7

03/17/2014 10:21 AM

Total Number of Voters : 37,760 of 349,498 = 10.80%

Precincts Reporting 143 of 143 = 100.00%

| Party | Candidate | Early | | Election | | Total | |
|-------|-----------|-------|---|----------|---|-------|---|
| **United States Senator  Democrat, Vote For 1** | | | | | | | |
| | David M. Alameel | 2,187 | 48.93% | 1,529 | 43.49% | 3,716 | 46.53% |
| | Kesha Rogers | 1,280 | 28.64% | 1,228 | 34.93% | 2,508 | 31.40% |
| | Harry Kim | 231 | 5.17% | 206 | 5.86% | 437 | 5.47% |
| | Michael "Fjet" Fjetland | 161 | 3.60% | 95 | 2.70% | 256 | 3.21% |
| | Maxey Marie Scherr | 611 | 13.67% | 458 | 13.03% | 1,069 | 13.39% |
| | Cast Votes: | 4,470 | 93.89% | 3,516 | 92.82% | 7,986 | 93.41% |
| | Over Votes: | 6 | 0.13% | 0 | 0.00% | 6 | 0.07% |
| | Under Votes: | 285 | 5.99% | 272 | 7.18% | 557 | 6.52% |
| **United States Representative, District 9  Democrat, Vote For 1** | | | | | | | |
| | Al Green | 2,034 | 100.00% | 1,868 | 100.00% | 3,902 | 100.00% |
| | Cast Votes: | 2,034 | 95.99% | 1,868 | 95.99% | 3,902 | 95.99% |
| | Over Votes: | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% |
| | Under Votes: | 85 | 4.01% | 78 | 4.01% | 163 | 4.01% |
| **United States Representative, District 22  Democrat, Vote For 1** | | | | | | | |
| | Frank Briscoe | 1,456 | 60.47% | 864 | 51.99% | 2,320 | 57.00% |
| | Mark Gibson | 952 | 39.53% | 798 | 48.01% | 1,750 | 43.00% |
| | Cast Votes: | 2,408 | 91.14% | 1,662 | 90.23% | 4,070 | 90.77% |
| | Over Votes: | 1 | 0.04% | 0 | 0.00% | 1 | 0.02% |
| | Under Votes: | 233 | 8.82% | 180 | 9.77% | 413 | 9.21% |
| **Governor  Democrat, Vote For 1** | | | | | | | |
| | Wendy R. Davis | 4,304 | 92.48% | 3,447 | 93.59% | 7,751 | 92.97% |
| | Reynaldo "Ray" Madrigal | 350 | 7.52% | 236 | 6.41% | 586 | 7.03% |
| | Cast Votes: | 4,654 | 97.75% | 3,683 | 97.23% | 8,337 | 97.52% |
| | Over Votes: | 3 | 0.06% | 0 | 0.00% | 3 | 0.04% |
| | Under Votes: | 104 | 2.18% | 105 | 2.77% | 209 | 2.44% |
| **Lieutenant Governor  Democrat, Vote For 1** | | | | | | | |
| | Leticia Van de Putte | 4,095 | 100.00% | 3,189 | 100.00% | 7,284 | 100.00% |
| | Cast Votes: | 4,095 | 86.01% | 3,189 | 84.19% | 7,284 | 85.20% |
| | Over Votes: | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% |
| | Under Votes: | 666 | 13.99% | 599 | 15.81% | 1,265 | 14.80% |

## Ransom Cornish

| | |
|---|---|
| **From:** | prvs=92306e8e48=james.guen@fortbendcountytx.gov on behalf of Guen, James [James.Guen@fortbendcountytx.gov] |
| **Sent:** | Monday, June 02, 2014 6:43 AM |
| **To:** | cornish@pdq.net |

**Subject:** Provisional voters

Attached are the files that you are looking for. I could not find the data for NOV 2010, MAR 2010.

I apologize for not getting the data out to earlier. No charge.

James Guen
4520 Reading Rd.
Rosenberg, Texas 77471
Election Technician
Fort Bend County, Texas
Office: (281) 238-3576
Fax: (281) 341-4418
Email: james.guen@fortbendcountytx.gov

This message (including any attachments) is intended only for the use of the individual or entity to which it is addressed and may contain information that is non-public, proprietary, privileged, confidential, and exempt from disclosure under applicable law or may constitute as attorney work product. If you are not the intended recipient, you are hereby notified that any use, dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, notify us immediately by telephone and (i) destroy this message if a facsimile or (ii) delete this message immediately if this is an electronic communication. Thank you.

16



+Kim

Gmail

Move to Inbox        More                                                                                14 of 1,671

COMPOSE

Provisional Patent $149 - www.thoughtstopaper.com - "Patent Pending" In 1 Day! Full Service. No Fill-In-The-Blanks

Inbox

Important                    Election results                                                                          pvbenavides

Sent Mail                                                                                                              Add to circles.

Drafts                       Kim Adams <kimannadams@gmail.com>                              Jun 6 (3 days ago)
                             to pvbenavides
Trash

Circles                      P. Benavides,                                                                            AARP® Medic
                                                                                                                      Ins Plans by Uni
Junk E-mail                  Thank you for your assistance with our initial request for provisional ballot information.  Mr. Cornish was required to broaden the scope of analysis.  Several other    Co. Request a F
                             counties were able to provide PDF copies of the actual provisional affidavits filed for the following elections:                              www.golong.cor
Nina

Notes                        November 5, 2013                                                                         Sell your Inve
                             March 4, 2014                                                                            Find Companies
                                                                                                                      Request Free In
                                                                                                                      www.inventionic
Search people .              I would like to request the same information for Tarrant County, if actual PDF copies of the provisional affidavits are available?  Again, this is a time sensitive matter,
                             so I would like to thank you in advance for your assistance.                             Dun & Bradst
Therese Meike                                                                                                         Get Business Re
                             Please email me at kimannadams@gmail.com.  You may also call me at 713-268-5125 or Mr. Cornish at 832-368-5125.    Dun & Bradstrer
thermo04@gmail...                                                                                                     dandb.com/Dess

<mike.appelbaum...                                                                                                    Plato's Closet
                             Sincerely,                                                                               We buy and sell
Adam Rayburn                                                                                                          current style tee
                                                                                                                      www.platosclos
Debbie Wheeler-i...          Kim Adams
                                                                                                                      Texas Proper
dhancock@lcisd.org                                                                                                    Find Affordable
Intake                       T. Ransom Cornish                                                                        Compare Quote
                             Attorney at Law                                                                          Now!
Javier Chacon                1 Sugar Creek Center Blvd., Suite 475A                                                   thumbtack.com/
Kerry Martin                 Sugar Land, TX  77478
                                                                                                                      Electronic Bri
Ransom Cornish               713-268-5125 Office                                                                      E-briefs Made S
                                                                                                                      and Affordable



# TARRANT COUNTY
## ELECTIONS ADMINISTRATION

STEVE RABORN, CERA
Elections Administrator

JANA JOHNSON, CERA
Assistant Elections Administrator

May 27, 2014

Thom Cornish
1 Sugar Creek Center Boulevard
Sugar Land TX  77478

RE:  Public Records Request – Provisional Ballot Counts

Mr. Cornish,

Per our conversation and request received in the office on Wednesday, June 21, 2014 in which you request information (counts) of Provisional Ballots for the November 2010, 2012 and 2013 Election.  The following information is provided:

| Election Date | Type of Election | Provisionals | | Total |
| --- | --- | --- | --- | --- |
| | | Early Voting | Election Day | |
| November 2, 2010 | General and Special Elections | 87 | 934 | 1,021 |
| November 6, 2012 | General and Special Elections | 876 | 3,074 | 3,950 |
| November 5, 2013 | Joint Elections | 5 | 83 | 88 |
| | * Provisional Photo ID = 11 | | | |

Please let me know if we can be of further assistance.

Patricia Benavides
Voter Registration Manager



# TARRANT COUNTY
## ELECTIONS ADMINISTRATION

STEVE RABORN, CERA
Elections Administrator

JANA JOHNSON, CERA
Assistant Elections Administrator

May 27, 2014

Thom Cornish
1 Sugar Creek Center Boulevard
Sugar Land TX  77478

RE :  Public Records Request    Provisional Ballot Counts

Mr. Cornish,

Per our conversation and request received in the office on Wednesday, June 21, 2014 in which you request information recounts of Provisional Ballots for the November 2010, 2012 and 2013 Election.  The following information is provided:  .

| Election Date | Type of Election | Provisionals | | Total |
| --- | --- | --- | --- | --- |
| | | Early Voting | Election Day | |
| November 2, 2010 | General and Special Elections | 87 | 934 | 1,021 |
| November 6, 2012 | General and Special Elections | 876 | 3,074 | 3,950 |
| November 5, 2013 | Joint Elections | 5 | 83 | 88 |
| | • Provisional Photo ID = 11 | | | |

Please let me know if we can be of further assistance.

Patricia Benavides
Voter Registration Manager



TARRANT

# ~~OFFICE OF STAN STANART~~

COUNTY CLERK, ~~HARRIS~~ COUNTY, TEXAS
COMMUNICATION AND VOTER OUTREACH DEPARTMENT

PVBENAVIDES @ TARRANT
COUNTY.COM

Please Submit All Requests To: county-clerk@cco.hctx.net

| Public Records Request | |
|---|---|
| Requestor's Name : THOM CORNISH | Telephone Number: 832 368 5125 |
| Name of Business: | |
| Email: CORNISH @ PDQ.NET | |

Address: (P.O. Box, Street, etc.)   (City)   (State)   (Zip Code)
1 SUGAR CREEK CTR BLVD
SUGAR LAND TEXAS 77478

**Description of Information:**

1+0B1 NUMBER OF PROVISIONAL BALLOTS
CAST DURING (ON CD IF AVAILABLE)
✓ 11-6 2012 - $25.00 - 1 CD
11-2-2010 - $16.98 - 1 CD
✓ 11-5-2013 - $25.00 - 1 CD
$69.98

Requestor's Signature:                    Date: 5-21-2014

| FOR OFFICE USE ONLY | |
|---|---|
| Received by: TENESHIA HUDSPETH | Date: 5-21-2014 |
| 5-21-2014 | |
| 5-21-2014 | |
| 5-21-2014 | |

P.O. Box 1148● Houston, Texas 77251-1148 ● PHONE 713-274-9550 ●FAX (713) 755-9311
www.cclerk.hctx.net

**Ransom Cornish**

| | |
|---|---|
| **From:** | prvs=12249aac4f=PVBenavides@tarrantcounty.com on behalf of Patricia V. Benavides [PVBenavides@TarrantCounty.com] |
| **Sent:** | Tuesday, May 27, 2014 9:20 AM |
| **To:** | 'cornish@pdq.net' |
| **Subject:** | FW: Request for information about Provisional Ballots |

Mr. Cornish,

Please see attachment above response to your request.  Let me know if we can be of further assistance.

Patricia Benavides
Voter Registration Manager
2700 Premier Street
Fort Worth TX  76111
P:  817-831-6454
F:  817-831-6475
pvbenavides@tarrantcounty.com

**From:** Ransom Cornish [mailto:cornish@pdq.net]
**Sent:** Wednesday, May 21, 2014 3:42 PM
**To:** Patricia V. Benavides
**Subject:** Request for information about Provisional Ballots

Dear Ms. Patricia

here is form that I filled out for Harris County
They were able to just burn a scaned copy of the affidavits on CD's
However other counties are only able to give totals

Any information regarding provisional ballots/affidavits cast in the listed elections would be helpful, from just totals
to actual redacted copies of the affidavit

Thank you

Please call me at 832-368-5125

T. Ransom Cornish

5/28/2014

# OFFICE OF STAN STANART

COUNTY CLERK, ~~HARRIS~~ COUNTY, TEXAS
COMMUNICATION AND VOTER OUTREACH DEPARTMENT

*TARRANT*

*PVBENAVIDES @ TARRANT COUNTY.COM*

**Please Submit All Requests To:** county.clerk@cco.hctx.net

| Public Records Request | |
|---|---|
| Requestor's Name : THOM CORNISH | Telephone Number: 832 368 5125 |
| Name of Business: | |
| Email: CORNISH @ PDQ.NET | |

Address: (P.O. Box, Street, etc.)        (City)                           (Zip Code)

*1 SUGAR CREEK ___                        ___ U 77474*

*FORT WORTH*
*TARREN COUNTY*
*2700 PREMIER ST.*
*817-884-1111*
*817-831-VOTE 8683*
*PV BENAVIDES @ Tarran Com Com*

*BALLOTS*

*CD*
*CD*
*-100*

*$ 69-98*

| | |
|---|---|
| Requestor Signature: | Date: 5-21-2014 |

| FOR OFFICE USE ONLY | |
|---|---|
| Received by: TENESHIA HUDSPETH | Date: 5-21-2014 |
| Paid Date: | 5-21-2014 |
| Processed Date: | 5-21-204 |
| Completed Date: | 5-21-2014 |

P.O. Box 1148● Houston, Texas 77251-1148 ● PHONE 713-274-9550 ●FAX (713) 755-9311
www.cclerk.hctx.net



*TARRANT*

# OFFICE OF STAN STANART

COUNTY CLERK, ~~HARRIS~~ COUNTY, TEXAS

COMMUNICATION AND VOTER OUTREACH DEPARTMENT

*PVBENAVIOES @ TARRANT COUNTY.COM*

Please Submit All Requests To: ~~county.clerk@cco.hctx.net~~

| Public Records Request | |
|---|---|
| Requestor's Name : THOM CORNISH | Telephone Number: 832 368 5125 |
| Name of Business: | |
| Email: CORNISH @ PDQ.NET | |
| Address: (P.O. Box, Street, etc.) (City) (State) (Zip Code) 1 SUGAR CREEK CTR BLVD  SUGAR LAND TEXAS 77478 | |

Description of Information:

1#UB1 NUMBER OF PROVISIONAL BALLOTS
CAST DURING (ON CD IF AVAILABLE)
✓ 11-G 2012 - $25.00 - 1 CD
11-2-2010 - $16.98 - 1 CD
✓ 11-5-2013 - $25.00 - 1 CD
$69.98

| Requestor's Signature: | Date: 5-21-2014 |
|---|---|

| FOR OFFICE USE ONLY | |
|---|---|
| Received by: TENESHIA HUDSPETH | Date: 5-21-2014 |
| 5-21-2014 | |
| 5-21-204 | |
| 5-21-2012 | |

P.O. Box 1148 ● Houston, Texas 77251-1148 ● PHONE 713-274-9550 ● FAX (713) 755-9311
www.cclerk.hctx.net

**Cumulative Report** — **Official**
**Joint General and Special Elections** — **Tarrant County** — **November 02, 2010**

Page 1 of 37

11/12/2010 04:02 PM

Total Number of Voters : 351,568 of 936,966 = 37.52%

Precincts Reporting 650 of 650 = 100.00%

| Party | Candidate | Absentee | | Early | | Election | | Total | |
|-------|-----------|----------|---|-------|---|----------|---|-------|---|
| **Straight Party, Vote For 1** | | | | | | | | | |
| | Republican Party (REP) | 8,832 | 74.71% | 65,389 | 62.42% | 72,059 | 62.12% | 146,280 | 62.89% |
| | Democratic Party (DEM) | 2,930 | 24.78% | 38,615 | 36.86% | 42,815 | 36.91% | 84,360 | 36.27% |
| | Libertarian Party (LIB) | 52 | 0.44% | 521 | 0.50% | 941 | 0.81% | 1,514 | 0.65% |
| | Green Party (GRN) | 8 | 0.07% | 230 | 0.22% | 194 | 0.17% | 432 | 0.19% |
| | Cast Votes: | 11,822 | 70.94% | 104,755 | 67.51% | 116,009 | 64.54% | 232,586 | 66.16% |
| | Over Votes: | 8 | 0.05% | 0 | 0.00% | 14 | 0.01% | 22 | 0.01% |
| | Under Votes: | 4,835 | 29.01% | 50,412 | 32.49% | 63,713 | 35.45% | 118,960 | 33.84% |
| **United States Representative, District 6, Vote For 1** | | | | | | | | | |
| REP | Joe L. Barton | 3,281 | 75.88% | 27,930 | 59.83% | 30,768 | 60.16% | 61,979 | 60.67% |
| DEM | David E. Cozad | 942 | 21.79% | 17,679 | 37.87% | 18,771 | 36.70% | 37,392 | 36.60% |
| LIB | Bryon Severns | 101 | 2.34% | 1,073 | 2.30% | 1,606 | 3.14% | 2,780 | 2.72% |
| | Cast Votes: | 4,324 | 98.52% | 46,682 | 96.05% | 51,145 | 97.65% | 102,151 | 96.95% |
| | Over Votes: | 1 | 0.02% | 0 | 0.00% | 6 | 0.01% | 7 | 0.01% |
| | Under Votes: | 64 | 1.46% | 1,919 | 3.95% | 1,227 | 2.34% | 3,210 | 3.05% |

| Precincts | | | Voters | | |
|-----------|-------|---------|---------|------------|---------|
| Counted | Total | Percent | Ballots | Registered | Percent |
| 159 | 159 | 100.00% | 105,368 | 277,463 | 37.98% |

| Party | Candidate | Absentee | | Early | | Election | | Total | |
|-------|-----------|----------|---|-------|---|----------|---|-------|---|
| **United States Representative, District 12, Vote For 1** | | | | | | | | | |
| REP | Kay Granger | 5,260 | 75.65% | 28,739 | 67.16% | 40,752 | 67.12% | 74,751 | 67.67% |
| DEM | Tracey Smith | 1,561 | 22.45% | 12,956 | 30.28% | 18,045 | 29.72% | 32,562 | 29.48% |
| LIB | Matthew Solodow | 132 | 1.90% | 1,096 | 2.56% | 1,920 | 3.16% | 3,148 | 2.85% |
| | Cast Votes: | 6,953 | 98.82% | 42,791 | 96.08% | 60,717 | 98.14% | 110,461 | 97.38% |
| | Over Votes: | 0 | 0.00% | 0 | 0.00% | 5 | 0.01% | 5 | 0.00% |
| | Under Votes: | 83 | 1.18% | 1,744 | 3.92% | 1,143 | 1.85% | 2,970 | 2.62% |

| Precincts | | | Voters | | |
|-----------|-------|---------|---------|------------|---------|
| Counted | Total | Percent | Ballots | Registered | Percent |
| 239 | 239 | 100.00% | 113,436 | 316,143 | 35.88% |

**Cumulative Report — Official**

**Tarrant County — Joint General and Special Elections — November 06, 2012**

Page 1 of 25

11/19/2012 04:16 PM

Total Number of Voters : 618,738 of 975,385 = 63.44%

Precincts Reporting 675 of 675 = 100.00%

| Party | Candidate | Absentee | | Early | | Election | | Total | |
|-------|-----------|----------|--|-------|--|----------|--|-------|--|

**Straight Party, Vote For 1**

| | | Absentee | | Early | | Election | | Total | |
|---|---|---|---|---|---|---|---|---|---|
| | Republican Party (REP) | 16,111 | 66.67% | 152,344 | 58.26% | 65,143 | 54.87% | 233,598 | 57.77% |
| | Democratic Party (DEM) | 7,936 | 32.84% | 107,404 | 41.08% | 51,576 | 43.44% | 166,916 | 41.28% |
| | Libertarian Party (LIB) | 97 | 0.40% | 1,303 | 0.50% | 1,612 | 1.36% | 3,012 | 0.74% |
| | Green Party (GRN) | 20 | 0.08% | 423 | 0.16% | 400 | 0.34% | 843 | 0.21% |
| | Cast Votes: | 24,164 | 72.01% | 261,474 | 67.36% | 116,731 | 60.27% | 404,369 | 65.35% |
| | Over Votes: | 3 | 0.01% | 0 | 0.00% | 19 | 0.01% | 22 | 0.00% |
| | Under Votes: | 9,389 | 27.98% | 126,706 | 32.64% | 78,252 | 39.72% | 214,347 | 34.64% |

**President and Vice-President of the United States, Vote For 1**

| | | Absentee | | Early | | Election | | Total | |
|---|---|---|---|---|---|---|---|---|---|
| REP | Mitt Romney / Paul Ryan | 21,022 | 62.97% | 222,349 | 58.14% | 105,549 | 54.11% | 348,920 | 57.12% |
| DEM | Barack Obama / Joe Biden | 12,061 | 36.13% | 158,020 | 40.80% | 84,990 | 43.57% | 253,071 | 41.43% |
| LIB | Gary Johnson / Jim Gray | 219 | 0.66% | 3,113 | 0.81% | 3,578 | 1.83% | 6,910 | 1.13% |
| GRN | Jill Stein / Cheri Honkala | 72 | 0.22% | 840 | 0.22% | 862 | 0.44% | 1,774 | 0.29% |
| | Stewart Alexander / Alex Mendoza (W) | 2 | 0.01% | 4 | 0.00% | 4 | 0.00% | 10 | 0.00% |
| | Rocky Anderson / Luis J. Rodriguez (W) | 1 | 0.00% | 18 | 0.00% | 14 | 0.01% | 33 | 0.01% |
| | Avery Ayers / Alejandrina Cabrera (W) | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% |
| | Andre N. Barnett / Kenneth R. Cross (W) | 0 | 0.00% | 1 | 0.00% | 10 | 0.01% | 11 | 0.00% |
| | Virgil Goode / Jim Clymer (W) | 4 | 0.01% | 55 | 0.01% | 60 | 0.03% | 119 | 0.02% |
| | Thaddaus Hill / Gordon F. Bailey (W) | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% |
| | Tom Hoefling / Jonathan D. Ellis (W) | 5 | 0.01% | 24 | 0.01% | 13 | 0.01% | 42 | 0.01% |
| | Cast Votes: | 33,386 | 99.49% | 382,424 | 98.52% | 195,080 | 99.02% | 610,890 | 98.73% |
| | Over Votes: | 2 | 0.01% | 0 | 0.00% | 10 | 0.01% | 12 | 0.00% |
| | Under Votes: | 168 | 0.50% | 5,756 | 1.48% | 1,912 | 0.97% | 7,836 | 1.27% |

**United States Senator, Vote For 1**

| | | Absentee | | Early | | Election | | Total | |
|---|---|---|---|---|---|---|---|---|---|
| REP | Ted Cruz | 20,253 | 61.68% | 217,731 | 57.36% | 104,402 | 54.60% | 342,386 | 56.72% |
| DEM | Paul Sadler | 12,029 | 36.63% | 153,376 | 40.41% | 78,509 | 41.06% | 243,914 | 40.41% |
| LIB | John Jay Myers | 406 | 1.24% | 6,043 | 1.59% | 6,143 | 3.21% | 12,592 | 2.09% |
| GRN | David B. Collins | 150 | 0.46% | 2,417 | 0.64% | 2,151 | 1.12% | 4,718 | 0.78% |
| | Cast Votes: | 32,838 | 97.86% | 379,567 | 97.78% | 191,205 | 97.06% | 603,610 | 97.56% |
| | Over Votes: | 2 | 0.01% | 0 | 0.00% | 28 | 0.01% | 30 | 0.00% |
| | Under Votes: | 716 | 2.13% | 8,613 | 2.22% | 5,769 | 2.93% | 15,098 | 2.44% |

## Cumulative Report — Official
### Tarrant County — Joint Elections — November 05, 2013
Page 1 of 14

11/19/2013 01:09 PM

Total Number of Voters : 76,779 of 957,055 = 8.02%

Precincts Reporting 362 of 362 = 100.00%

| Party | Candidate | Early | | Election | | Total | |
|---|---|---|---|---|---|---|---|

**Proposition   Azle ISD, Vote For 1**

| | | Early | | Election | | Total | |
|---|---|---|---|---|---|---|---|
| For | | 331 | 66.60% | 516 | 64.42% | 847 | 65.25% |
| Against | | 166 | 33.40% | 285 | 35.58% | 451 | 34.75% |
| | Cast Votes: | 497 | 98.03% | 801 | 98.28% | 1,298 | 98.18% |
| | Over Votes: | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% |
| | Under Votes: | 10 | 1.97% | 14 | 1.72% | 24 | 1.82% |

| | Precincts | | | Voters | | |
|---|---|---|---|---|---|---|
| Counted | Total | Percent | Ballots | Registered | Percent | |
| 8 | 8 | 100.00% | 1,322 | 12,880 | 10.26% | |

**Proposition I   Fort Worth ISD, Vote For 1**

| | | Early | | Election | | Total | |
|---|---|---|---|---|---|---|---|
| For | | 6,563 | 75.54% | 9,999 | 70.82% | 16,562 | 72.62% |
| Against | | 2,125 | 24.46% | 4,120 | 29.18% | 6,245 | 27.38% |
| | Cast Votes: | 8,688 | 98.55% | 14,119 | 98.38% | 22,807 | 98.45% |
| | Over Votes: | 0 | 0.00% | 3 | 0.02% | 3 | 0.01% |
| | Under Votes: | 128 | 1.45% | 229 | 1.60% | 357 | 1.54% |

| | Precincts | | | Voters | | |
|---|---|---|---|---|---|---|
| Counted | Total | Percent | Ballots | Registered | Percent | |
| 153 | 153 | 100.00% | 23,167 | 218,205 | 10.62% | |

**Proposition II   Fort Worth ISD, Vote For 1**

| | | Early | | Election | | Total | |
|---|---|---|---|---|---|---|---|
| For | | 6,457 | 74.43% | 9,942 | 70.73% | 16,399 | 72.14% |
| Against | | 2,218 | 25.57% | 4,114 | 29.27% | 6,332 | 27.86% |
| | Cast Votes: | 8,675 | 98.40% | 14,056 | 97.94% | 22,731 | 98.12% |
| | Over Votes: | 1 | 0.01% | 2 | 0.01% | 3 | 0.01% |
| | Under Votes: | 140 | 1.59% | 293 | 2.04% | 433 | 1.87% |

| | Precincts | | | Voters | | |
|---|---|---|---|---|---|---|
| Counted | Total | Percent | Ballots | Registered | Percent | |
| 153 | 153 | 100.00% | 23,167 | 218,205 | 10.62% | |

## Democratic Party Cumulative Report — Official
### Tarrant County — Primary Election — March 04, 2014
Page 1 of 10

03/14/2014 08:25 AM

Total Number of Voters : 42,209 of 968,086 = 4.36%

Precincts Reporting 694 of 694 = 100.00%

| Party | Candidate | Absentee | | Early | | Election | | Total | |
|-------|-----------|----------|--|-------|--|----------|--|-------|--|

**United States Senator, Vote For 1**

| Party | Candidate | Absentee | | Early | | Election | | Total | |
|-------|-----------|----------|--|-------|--|----------|--|-------|--|
| DEM | Kesha Rogers | 623 | 29.74% | 5,201 | 29.71% | 5,111 | 29.75% | 10,935 | 29.73% |
| DEM | Harry Kim | 182 | 8.69% | 1,456 | 8.32% | 1,419 | 8.26% | 3,057 | 8.31% |
| DEM | David M. Alameel | 1,015 | 48.45% | 8,784 | 50.18% | 8,421 | 49.01% | 18,220 | 49.53% |
| DEM | Maxey Marie Scherr | 225 | 10.74% | 1,630 | 9.31% | 1,759 | 10.24% | 3,614 | 9.83% |
| DEM | Michael "Fjet" Fjetland | 50 | 2.39% | 435 | 2.48% | 472 | 2.75% | 957 | 2.60% |
| | Cast Votes: | 2,095 | 82.45% | 17,506 | 86.69% | 17,182 | 88.23% | 36,783 | 87.14% |
| | Over Votes: | 3 | 0.12% | 0 | 0.00% | 14 | 0.07% | 17 | 0.04% |
| | Under Votes: | 443 | 17.43% | 2,687 | 13.31% | 2,279 | 11.70% | 5,409 | 12.81% |

**United States Representative, District 6, Vote For 1**

| Party | Candidate | Absentee | | Early | | Election | | Total | |
|-------|-----------|----------|--|-------|--|----------|--|-------|--|
| DEM | David E. Cozad | 244 | 100.00% | 4,931 | 100.00% | 4,556 | 100.00% | 9,731 | 100.00% |
| | Cast Votes: | 244 | 76.73% | 4,931 | 79.05% | 4,556 | 75.61% | 9,731 | 77.34% |
| | Over Votes: | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% |
| | Under Votes: | 74 | 23.27% | 1,307 | 20.95% | 1,470 | 24.39% | 2,851 | 22.66% |

| | Precincts | | | Voters | | |
|--|-----------|--|--|--------|--|--|
| Counted | Total | Percent | Ballots | Registered | Percent |
| 180 | 180 | 100.00% | 12,582 | 286,359 | 4.39% |

**United States Representative, District 12, Vote For 1**

| Party | Candidate | Absentee | | Early | | Election | | Total | |
|-------|-----------|----------|--|-------|--|----------|--|-------|--|
| DEM | Mark Greene | 306 | 100.00% | 4,248 | 100.00% | 4,524 | 100.00% | 9,078 | 100.00% |
| | Cast Votes: | 306 | 78.06% | 4,248 | 79.46% | 4,524 | 76.03% | 9,078 | 77.67% |
| | Over Votes: | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% |
| | Under Votes: | 86 | 21.94% | 1,098 | 20.54% | 1,426 | 23.97% | 2,610 | 22.33% |

| | Precincts | | | Voters | | |
|--|-----------|--|--|--------|--|--|
| Counted | Total | Percent | Ballots | Registered | Percent |
| 218 | 218 | 100.00% | 11,688 | 309,868 | 3.77% |

**United States Representative, District 24, Vote For 1**

| Party | Candidate | Absentee | | Early | | Election | | Total | |
|-------|-----------|----------|--|-------|--|----------|--|-------|--|
| DEM | Patrick McGehearty | 28 | 100.00% | 1,817 | 100.00% | 1,337 | 100.00% | 3,182 | 100.00% |
| | Cast Votes: | 28 | 71.79% | 1,817 | 83.62% | 1,337 | 79.49% | 3,182 | 81.72% |
| | Over Votes: | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% |
| | Under Votes: | 11 | 28.21% | 356 | 16.38% | 345 | 20.51% | 712 | 18.28% |

| | Precincts | | | Voters | | |
|--|-----------|--|--|--------|--|--|
| Counted | Total | Percent | Ballots | Registered | Percent |
| 95 | 95 | 100.00% | 3,894 | 157,579 | 2.47% |

## Republican Party Cumulative Report — Official
### Tarrant County — Primary Election — March 04, 2014
Page 1 of 28

03/14/2014 08:26 AM

Total Number of Voters : 96,441 of 968,086 = 9.96%

Precincts Reporting 694 of 694 = 100.00%

| Party | Candidate | Absentee | | Early | | Election | | Total | |
|-------|-----------|---------|--------|-------|--------|----------|--------|-------|--------|
| **United States Senator, Vote For 1** | | | | | | | | | |
| REP | Curt Cleaver | 106 | 1.16% | 678 | 1.65% | 663 | 1.66% | 1,447 | 1.60% |
| REP | Linda Vega | 237 | 2.59% | 1,596 | 3.87% | 1,802 | 4.52% | 3,635 | 4.03% |
| REP | Ken Cope | 136 | 1.49% | 1,101 | 2.67% | 1,178 | 2.96% | 2,415 | 2.68% |
| REP | John Cornyn | 7,280 | 79.49% | 25,403 | 61.64% | 22,504 | 56.47% | 55,187 | 61.17% |
| REP | Reid Reasor | 83 | 0.91% | 548 | 1.33% | 540 | 1.36% | 1,171 | 1.30% |
| REP | Steve Stockman | 894 | 9.76% | 7,659 | 18.58% | 8,385 | 21.04% | 16,938 | 18.77% |
| REP | Chris Mapp | 54 | 0.59% | 423 | 1.03% | 413 | 1.04% | 890 | 0.99% |
| REP | Dwayne Stovall | 368 | 4.02% | 3,807 | 9.24% | 4,365 | 10.95% | 8,540 | 9.47% |
| | Cast Votes: | 9,158 | 96.42% | 41,215 | 93.55% | 39,850 | 92.92% | 90,223 | 93.55% |
| | Over Votes: | 19 | 0.20% | 0 | 0.00% | 22 | 0.05% | 41 | 0.04% |
| | Under Votes: | 321 | 3.38% | 2,842 | 6.45% | 3,014 | 7.03% | 6,177 | 6.40% |
| **United States Representative, District 6, Vote For 1** | | | | | | | | | |
| REP | Frank C. Kuchar | 578 | 19.71% | 3,210 | 24.96% | 3,125 | 27.21% | 6,913 | 25.34% |
| REP | Joe Barton | 2,355 | 80.29% | 9,651 | 75.04% | 8,359 | 72.79% | 20,365 | 74.66% |
| | Cast Votes: | 2,933 | 96.42% | 12,861 | 93.57% | 11,484 | 92.49% | 27,278 | 93.41% |
| | Over Votes: | 0 | 0.00% | 0 | 0.00% | 6 | 0.05% | 6 | 0.02% |
| | Under Votes: | 109 | 3.58% | 884 | 6.43% | 926 | 7.46% | 1,919 | 6.57% |

| Precincts | | | Voters | | |
|-----------|-------|---------|---------|------------|---------|
| Counted | Total | Percent | Ballots | Registered | Percent |
| 180 | 180 | 100.00% | 29,203 | 286,359 | 10.20% |

| Party | Candidate | Absentee | | Early | | Election | | Total | |
|-------|-----------|---------|--------|-------|--------|----------|--------|-------|--------|
| **United States Representative, District 12, Vote For 1** | | | | | | | | | |
| REP | Kay Granger | 3,189 | 100.00% | 11,317 | 100.00% | 12,608 | 100.00% | 27,114 | 100.00% |
| | Cast Votes: | 3,189 | 87.75% | 11,317 | 86.71% | 12,608 | 78.68% | 27,114 | 82.89% |
| | Over Votes: | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% |
| | Under Votes: | 445 | 12.25% | 1,735 | 13.29% | 3,417 | 21.32% | 5,597 | 17.11% |

| Precincts | | | Voters | | |
|-----------|-------|---------|---------|------------|---------|
| Counted | Total | Percent | Ballots | Registered | Percent |
| 218 | 218 | 100.00% | 32,711 | 309,868 | 10.56% |

17

# Cumulative Report — Official

## Harris County, Texas — General and Special Elections Live — November 02, 2010

Page 1 of 48

11/11/2010 01:34 PM

Total Number of Voters : 798,995 of 1,917,534 = 41.67%

Precincts Reporting 885 of 885 = 100.00%

| Party | Candidate | Absentee | | Early | | Election | | Total | |
|-------|-----------|----------|--|-------|--|----------|--|-------|--|
| **Straight Party, Vote For 1** | | | | | | | | | |
| | Republican Party | 24,231 | 67.64% | 153,005 | 57.56% | 113,119 | 48.59% | 290,355 | 54.33% |
| | Democratic Party | 11,448 | 31.96% | 111,352 | 41.89% | 117,679 | 50.55% | 240,479 | 45.00% |
| | Libertarian Party | 91 | 0.25% | 977 | 0.37% | 1,438 | 0.62% | 2,506 | 0.47% |
| | Green Party | 55 | 0.15% | 475 | 0.18% | 580 | 0.25% | 1,110 | 0.21% |
| | Cast Votes: | 35,825 | 64.48% | 265,809 | 67.78% | 232,816 | 66.27% | 534,450 | 66.89% |
| | Over Votes: | 50 | 0.09% | 0 | 0.00% | 7 | 0.00% | 57 | 0.01% |
| | Under Votes: | 19,685 | 35.43% | 126,332 | 32.22% | 118,471 | 33.72% | 264,488 | 33.10% |

| Party | Candidate | Absentee | | Early | | Election | | Total | |
|-------|-----------|----------|--|-------|--|----------|--|-------|--|
| **United States  Representative, District 2, Vote For 1** | | | | | | | | | |
| REP | Ted Poe | 6,735 | 95.45% | 48,904 | 90.22% | 33,536 | 85.75% | 89,175 | 88.85% |
| LIB | David W. Smith | 321 | 4.55% | 5,301 | 9.78% | 5,574 | 14.25% | 11,196 | 11.15% |
| | Cast Votes: | 7,056 | 90.83% | 54,205 | 86.73% | 39,110 | 84.42% | 100,371 | 86.09% |
| | Over Votes: | 2 | 0.03% | 0 | 0.00% | 0 | 0.00% | 2 | 0.00% |
| | Under Votes: | 710 | 9.14% | 8,294 | 13.27% | 7,216 | 15.58% | 16,220 | 13.91% |

| | Precincts | | | Voters | | |
|--|-----------|--|--|--------|--|--|
| | Counted | Total | Percent | Ballots | Registered | Percent |
| | 91 | 91 | 100.00% | 116,593 | 253,803 | 45.94% |

| Party | Candidate | Absentee | | Early | | Election | | Total | |
|-------|-----------|----------|--|-------|--|----------|--|-------|--|
| **United States  Representative, District 7, Vote For 1** | | | | | | | | | |
| REP | John Culberson | 13,657 | 92.36% | 68,366 | 82.48% | 61,632 | 78.31% | 143,655 | 81.45% |
| LIB | Bob Townsend | 932 | 6.30% | 14,065 | 16.97% | 16,707 | 21.23% | 31,704 | 17.98% |
| | Lissa Squiers (W) | 198 | 1.34% | 461 | 0.56% | 360 | 0.46% | 1,019 | 0.58% |
| | Cast Votes: | 14,787 | 86.46% | 82,892 | 83.08% | 78,699 | 82.82% | 176,378 | 83.24% |
| | Over Votes: | 1 | 0.01% | 0 | 0.00% | 0 | 0.00% | 1 | 0.00% |
| | Under Votes: | 2,314 | 13.53% | 16,877 | 16.92% | 16,329 | 17.18% | 35,520 | 16.76% |

| | Precincts | | | Voters | | |
|--|-----------|--|--|--------|--|--|
| | Counted | Total | Percent | Ballots | Registered | Percent |
| | 182 | 182 | 100.00% | 211,899 | 428,756 | 49.42% |

## Cumulative Report — Official
### Harris County, Texas — General and Special Elections — November 06, 2012
Page 1 of 59

11/16/2012 11:42 AM

Total Number of Voters : 1,204,167 of 1,942,566 = 61.99%

Precincts Reporting 1,064 of 1,064 = 100.00%

| Party | Candidate | Absentee | | Early | | Election | | Total | |
|---|---|---|---|---|---|---|---|---|---|
| **Straight Party, Vote For 1** | | | | | | | | | |
| | Republican Party | 28,608 | 59.17% | 251,011 | 50.84% | 124,546 | 45.18% | 404,165 | 49.43% |
| | Democratic Party | 19,557 | 40.45% | 240,107 | 48.63% | 147,327 | 53.45% | 406,991 | 49.77% |
| | Libertarian Party | 138 | 0.29% | 1,849 | 0.37% | 2,790 | 1.01% | 4,777 | 0.58% |
| | Green Party | 47 | 0.10% | 733 | 0.15% | 979 | 0.36% | 1,759 | 0.22% |
| | Cast Votes: | 48,350 | 63.55% | 493,700 | 70.43% | 275,642 | 64.54% | 817,692 | 67.91% |
| | Over Votes: | 60 | 0.08% | 0 | 0.00% | 0 | 0.00% | 60 | 0.00% |
| | Under Votes: | 27,675 | 36.37% | 207,282 | 29.57% | 151,458 | 35.46% | 386,415 | 32.09% |
| **President and Vice President, Vote For 1** | | | | | | | | | |
| REP | Mitt Romney / Paul Ryan | 43,270 | 57.56% | 349,332 | 50.40% | 193,471 | 46.04% | 586,073 | 49.31% |
| DEM | Barack Obama / Joe Biden | 31,414 | 41.79% | 337,681 | 48.71% | 217,949 | 51.86% | 587,044 | 49.39% |
| LIB | Gary Johnson / Jim Gray | 359 | 0.48% | 4,307 | 0.62% | 6,432 | 1.53% | 11,098 | 0.93% |
| GRN | Jill Stein / Cheri Honkala | 118 | 0.16% | 1,755 | 0.25% | 2,249 | 0.54% | 4,122 | 0.35% |
| | Stewart Alexander / Alex Mendoza (W) | 2 | 0.00% | 2 | 0.00% | 4 | 0.00% | 8 | 0.00% |
| | Rocky Anderson / Luis J. Rodriguez (W) | 6 | 0.01% | 19 | 0.00% | 24 | 0.01% | 49 | 0.00% |
| | Avery Ayers / Alejandrina Cabrera (W) | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% |
| | Andre N. Barnett / Kenneth R. Cross (W) | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% |
| | Virgil Goode / Jim Clymer (W) | 6 | 0.01% | 64 | 0.01% | 85 | 0.02% | 155 | 0.01% |
| | Thaddaus Hill / Gordon F. Bailey (W) | 0 | 0.00% | 6 | 0.00% | 3 | 0.00% | 9 | 0.00% |
| | Tom Hoefling / Jonathan D. Ellis (W) | 2 | 0.00% | 15 | 0.00% | 10 | 0.00% | 27 | 0.00% |
| | Cast Votes: | 75,177 | 98.81% | 693,181 | 98.89% | 420,227 | 98.39% | 1,188,585 | 98.71% |
| | Over Votes: | 201 | 0.26% | 0 | 0.00% | 0 | 0.00% | 201 | 0.02% |
| | Under Votes: | 707 | 0.93% | 7,801 | 1.11% | 6,873 | 1.61% | 15,381 | 1.28% |
| **United States Senator, Vote For 1** | | | | | | | | | |
| REP | Ted Cruz | 42,322 | 56.95% | 346,341 | 50.45% | 193,665 | 46.78% | 582,328 | 49.56% |
| DEM | Paul Sadler | 30,922 | 41.61% | 328,163 | 47.80% | 205,270 | 49.58% | 564,355 | 48.03% |
| LIB | John Jay Myers | 698 | 0.94% | 7,485 | 1.09% | 9,897 | 2.39% | 18,080 | 1.54% |
| GRN | David B. Collins | 375 | 0.50% | 4,561 | 0.66% | 5,185 | 1.25% | 10,121 | 0.86% |
| | Cast Votes: | 74,317 | 97.68% | 686,550 | 97.94% | 414,017 | 96.94% | 1,174,884 | 97.57% |
| | Over Votes: | 72 | 0.09% | 0 | 0.00% | 0 | 0.00% | 72 | 0.01% |
| | Under Votes: | 1,696 | 2.23% | 14,432 | 2.06% | 13,083 | 3.06% | 29,211 | 2.43% |

## Cumulative Report — Official
### Harris County, Texas — Joint Election — November 05, 2013
Page 1 of 31

11/15/2013 11:22 AM

Total Number of Voters : 260,437 of 1,967,881 = 13.23%

Precincts Reporting 1,064 of 1,064 = 100.00%

| Party | Candidate | Absentee | | Early | | Election | | Total | |
|---|---|---|---|---|---|---|---|---|---|
| **PROPOSITION 1, Vote For 1** | | | | | | | | | |
| | FOR | 20,039 | 90.82% | 69,385 | 85.65% | 120,078 | 86.89% | 209,502 | 86.83% |
| | AGAINST | 2,026 | 9.18% | 11,624 | 14.35% | 18,124 | 13.11% | 31,774 | 13.17% |
| | Cast Votes: | 22,065 | 91.85% | 81,009 | 92.13% | 138,202 | 93.08% | 241,276 | 92.64% |
| | Over Votes: | 10 | 0.04% | 0 | 0.00% | 0 | 0.00% | 10 | 0.00% |
| | Under Votes: | 1,947 | 8.11% | 6,922 | 7.87% | 10,282 | 6.92% | 19,151 | 7.35% |
| **PROPOSITION 2, Vote For 1** | | | | | | | | | |
| | FOR | 17,853 | 84.30% | 62,625 | 80.41% | 108,323 | 81.85% | 188,801 | 81.59% |
| | AGAINST | 3,324 | 15.70% | 15,259 | 19.59% | 24,021 | 18.15% | 42,604 | 18.41% |
| | Cast Votes: | 21,177 | 88.16% | 77,884 | 88.57% | 132,344 | 89.13% | 231,405 | 88.85% |
| | Over Votes: | 8 | 0.03% | 0 | 0.00% | 0 | 0.00% | 8 | 0.00% |
| | Under Votes: | 2,837 | 11.81% | 10,047 | 11.43% | 16,140 | 10.87% | 29,024 | 11.14% |
| **PROPOSITION 3, Vote For 1** | | | | | | | | | |
| | FOR | 11,076 | 56.64% | 42,480 | 56.77% | 72,696 | 57.94% | 126,252 | 57.43% |
| | AGAINST | 8,478 | 43.36% | 32,342 | 43.23% | 52,769 | 42.06% | 93,589 | 42.57% |
| | Cast Votes: | 19,554 | 81.40% | 74,822 | 85.09% | 125,465 | 84.50% | 219,841 | 84.41% |
| | Over Votes: | 7 | 0.03% | 0 | 0.00% | 0 | 0.00% | 7 | 0.00% |
| | Under Votes: | 4,461 | 18.57% | 13,109 | 14.91% | 23,019 | 15.50% | 40,589 | 15.58% |
| **PROPOSITION 4, Vote For 1** | | | | | | | | | |
| | FOR | 19,130 | 89.06% | 66,769 | 84.97% | 115,616 | 86.25% | 201,515 | 86.08% |
| | AGAINST | 2,349 | 10.94% | 11,810 | 15.03% | 18,436 | 13.75% | 32,595 | 13.92% |
| | Cast Votes: | 21,479 | 89.41% | 78,579 | 89.36% | 134,052 | 90.28% | 234,110 | 89.89% |
| | Over Votes: | 7 | 0.03% | 0 | 0.00% | 0 | 0.00% | 7 | 0.00% |
| | Under Votes: | 2,536 | 10.56% | 9,352 | 10.64% | 14,432 | 9.72% | 26,320 | 10.11% |
| **PROPOSITION 5, Vote For 1** | | | | | | | | | |
| | FOR | 12,675 | 63.08% | 47,563 | 63.50% | 79,851 | 63.47% | 140,089 | 63.45% |
| | AGAINST | 7,417 | 36.92% | 27,334 | 36.50% | 45,959 | 36.53% | 80,710 | 36.55% |
| | Cast Votes: | 20,092 | 83.64% | 74,897 | 85.18% | 125,810 | 84.73% | 220,799 | 84.78% |
| | Over Votes: | 12 | 0.05% | 0 | 0.00% | 0 | 0.00% | 12 | 0.00% |
| | Under Votes: | 3,918 | 16.31% | 13,034 | 14.82% | 22,674 | 15.27% | 39,626 | 15.22% |

## Republican Party Cumu     ve Report  —  Official
### Harris County, Texas  —  Primary Election  —  March 04, 2014
Page 1 of 38

03/11/2014 01:49 PM

Total Number of Voters : 139,703 of 1,992,969 = 7.01%

Precincts Reporting 1,069 of 1,069 = 100.00%

| Party | Candidate | Absentee | | Early | | Election | | Total | |
|---|---|---|---|---|---|---|---|---|---|

**Rep - United States Senator, Vote For 1    Republican Party**

| Candidate | Absentee | | Early | | Election | | Total | |
|---|---|---|---|---|---|---|---|---|
| John Cornyn | 15,844 | 81.59% | 27,848 | 50.18% | 29,902 | 50.17% | 73,594 | 54.71% |
| Reid Reasor | 214 | 1.10% | 973 | 1.75% | 1,080 | 1.81% | 2,267 | 1.69% |
| Curt Cleaver | 42 | 0.22% | 191 | 0.34% | 248 | 0.42% | 481 | 0.36% |
| Linda Vega | 259 | 1.33% | 1,263 | 2.28% | 1,533 | 2.57% | 3,055 | 2.27% |
| Steve Stockman | 1,990 | 10.25% | 14,466 | 26.07% | 15,996 | 26.84% | 32,452 | 24.12% |
| Ken Cope | 117 | 0.60% | 884 | 1.59% | 889 | 1.49% | 1,890 | 1.40% |
| Chris Mapp | 271 | 1.40% | 1,867 | 3.36% | 1,538 | 2.58% | 3,676 | 2.73% |
| Dwayne Stovall | 682 | 3.51% | 8,005 | 14.42% | 8,419 | 14.12% | 17,106 | 12.72% |
| **Cast Votes:** | 19,419 | 96.97% | 55,497 | 96.11% | 59,605 | 96.24% | 134,521 | 96.29% |
| **Over Votes:** | 43 | 0.21% | 0 | 0.00% | 0 | 0.00% | 43 | 0.03% |
| **Under Votes:** | 564 | 2.82% | 2,245 | 3.89% | 2,330 | 3.76% | 5,139 | 3.68% |

**Rep - United States Representative, District 2, Vote For 1    Republican Party**

| Candidate | Absentee | | Early | | Election | | Total | |
|---|---|---|---|---|---|---|---|---|
| Ted Poe | 5,173 | 100.00% | 14,986 | 100.00% | 14,704 | 100.00% | 34,863 | 100.00% |
| **Cast Votes:** | 5,173 | 92.06% | 14,986 | 91.08% | 14,704 | 89.32% | 34,863 | 90.47% |
| **Over Votes:** | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% |
| **Under Votes:** | 446 | 7.94% | 1,468 | 8.92% | 1,759 | 10.68% | 3,673 | 9.53% |

| Precincts | | | Voters | | |
|---|---|---|---|---|---|
| Counted | Total | Percent | Ballots | Registered | Percent |
| 172 | 172 | 100.00% | 38,536 | 389,661 | 9.89% |

**Rep - United States Representative, District 7, Vote For 1    Republican Party**

| Candidate | Absentee | | Early | | Election | | Total | |
|---|---|---|---|---|---|---|---|---|
| John Culberson | 4,870 | 100.00% | 11,534 | 100.00% | 14,661 | 100.00% | 31,065 | 100.00% |
| **Cast Votes:** | 4,870 | 85.23% | 11,534 | 82.71% | 14,661 | 81.00% | 31,065 | 82.27% |
| **Over Votes:** | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% |
| **Under Votes:** | 844 | 14.77% | 2,411 | 17.29% | 3,439 | 19.00% | 6,694 | 17.73% |

| Precincts | | | Voters | | |
|---|---|---|---|---|---|
| Counted | Total | Percent | Ballots | Registered | Percent |
| 166 | 166 | 100.00% | 37,759 | 365,984 | 10.32% |

# Democratic Party Cumulative Report — Official
## Harris County, Texas — Primary Election — March 04, 2014
Page 1 of 27

03/11/2014 01:57 PM

Total Number of Voters : 53,788 of 1,992,969 = 2.70%

Precincts Reporting 1,069 of 1,069 = 100.00%

| Party | Candidate | Absentee | | Early | | Election | | Total | |
|-------|-----------|----------|--|-------|--|----------|--|-------|--|

**Dem - United States Senator, Vote For 1   Democratic Party**

| Candidate | Absentee | | Early | | Election | | Total | |
|-----------|---------|--------|--------|--------|--------|--------|--------|--------|
| Harry Kim | 934 | 11.81% | 2,102 | 10.11% | 2,037 | 10.24% | 5,073 | 10.44% |
| Kesha Rogers | 1,639 | 20.72% | 4,618 | 22.21% | 4,453 | 22.39% | 10,710 | 22.04% |
| David M. Alameel | 4,145 | 52.40% | 11,050 | 53.15% | 10,215 | 51.36% | 25,410 | 52.29% |
| Michael "Fjet" Fjetland | 222 | 2.81% | 631 | 3.04% | 720 | 3.62% | 1,573 | 3.24% |
| Maxey Marie Scherr | 971 | 12.27% | 2,389 | 11.49% | 2,464 | 12.39% | 5,824 | 11.99% |
| **Cast Votes:** | 7,911 | 88.28% | 20,790 | 91.48% | 19,889 | 90.00% | 48,590 | 90.34% |
| Over Votes: | 67 | 0.75% | 0 | 0.00% | 0 | 0.00% | 67 | 0.12% |
| Under Votes: | 983 | 10.97% | 1,937 | 8.52% | 2,211 | 10.00% | 5,131 | 9.54% |

**Dem - United States Representative, District 2, Vote For 1   Democratic Party**

| Candidate | Absentee | | Early | | Election | | Total | |
|-----------|---------|--------|--------|--------|--------|--------|--------|--------|
| Niko Letsos | 440 | 100.00% | 2,784 | 100.00% | 2,682 | 100.00% | 5,906 | 100.00% |
| **Cast Votes:** | 440 | 74.70% | 2,784 | 75.86% | 2,682 | 76.15% | 5,906 | 75.90% |
| Over Votes: | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% |
| Under Votes: | 149 | 25.30% | 886 | 24.14% | 840 | 23.85% | 1,875 | 24.10% |

| | Precincts | | | Voters | | |
|--|-----------|-------|---------|---------|------------|---------|
| | Counted | Total | Percent | Ballots | Registered | Percent |
| | 172 | 172 | 100.00% | 7,781 | 389,661 | 2.00% |

**Dem - United States Representative, District 7, Vote For 1   Democratic Party**

| Candidate | Absentee | | Early | | Election | | Total | |
|-----------|---------|--------|--------|--------|--------|--------|--------|--------|
| James Cargas | 279 | 64.73% | 1,917 | 63.79% | 1,902 | 60.32% | 4,098 | 62.19% |
| Lissa Squiers | 152 | 35.27% | 1,088 | 36.21% | 1,251 | 39.68% | 2,491 | 37.81% |
| **Cast Votes:** | 431 | 93.09% | 3,005 | 91.25% | 3,153 | 87.53% | 6,589 | 89.55% |
| Over Votes: | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% |
| Under Votes: | 32 | 6.91% | 288 | 8.75% | 449 | 12.47% | 769 | 10.45% |

| | Precincts | | | Voters | | |
|--|-----------|-------|---------|---------|------------|---------|
| | Counted | Total | Percent | Ballots | Registered | Percent |
| | 166 | 166 | 100.00% | 7,358 | 365,984 | 2.01% |

**Dem - United States Representative, District 9, Vote For 1   Democratic Party**

| Candidate | Absentee | | Early | | Election | | Total | |
|-----------|---------|--------|--------|--------|--------|--------|--------|--------|
| Al Green | 1,914 | 100.00% | 4,228 | 100.00% | 3,398 | 100.00% | 9,540 | 100.00% |
| **Cast Votes:** | 1,914 | 94.61% | 4,228 | 92.68% | 3,398 | 92.46% | 9,540 | 92.98% |
| Over Votes: | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% |
| Under Votes: | 109 | 5.39% | 334 | 7.32% | 277 | 7.54% | 720 | 7.02% |

| | Precincts | | | Voters | | |
|--|-----------|-------|---------|---------|------------|---------|
| | Counted | Total | Percent | Ballots | Registered | Percent |
| | 117 | 117 | 100.00% | 10,260 | 239,694 | 4.28% |

# OFFICE OF STAN STANART
## COUNTY CLERK, HARRIS COUNTY, TEXAS
### COMMUNICATION AND VOTER OUTREACH DEPARTMENT

**Please Submit All Requests To:** county.clerk@cco.hctx.net

| Public Records Request | |
|---|---|
| Requestor's Name : Kim Adams T. Ransom Cornish | Telephone Number: 832.368.5125 |
| Name of Business: Cornish@pdq.net | |
| Email: | |

Address: (P.O. Box, Street, etc.)      (City)      (State)      (Zip Code)

1 Sugar Creek Center Blvd, Ste. 475A
Sugar Land, TX 77478

Description of Information:

need # of provisional ballots cast during
3.4.14

| Requestor's Signature: | Date: 5.29.2014 |
|---|---|

| FOR OFFICE USE ONLY | |
|---|---|
| Received by: | Date: |
| Paid/Date | |
| Processed/Date | |
| Completed/Date | |

P.O. Box 1148● Houston, Texas 77251-1148 ● PHONE 713-274-9550 ●FAX (713) 755-9311
www.cclerk.hctx.net

TRANSMISSION VERIFICATION REPORT

```
TIME  : 05/29/2013 10:36
NAME  :
FAX   : 1
TEL   : 7132685124
SER.# : U63274E2J123301
```

```
DATE,TIME          05/29  10:36
FAX NO./NAME       7137559311
DURATION           00:00:23
PAGE(S)            01
RESULT             OK
MODE               STANDARD
                   ECM
```



# OFFICE OF STAN STANART
## COUNTY CLERK, HARRIS COUNTY, TEXAS
### COMMUNICATION AND VOTER OUTREACH DEPARTMENT

Please Submit All Requests To: county.clerk@cco.hctx.net

| Public Records Request | |
|---|---|
| Requestor's Name: Kim Adams  T. Ransom Cornish | Telephone Number: 832.368.5125 |
| Name of Business:  Email: | Cornish@pdq.net |

Address:  (P.O. Box, Street, etc.)       (City)       (State)       (Zip Code)

1 Sugar Creek Center Blvd, Ste. 475A
Sugar Land, TX 77478

Description of Information:

need # of provisional ballots cast during
3.4.14



312803516

## Affidavit of Provisional Voter
### Declaración Jurada de Votante Provisional / Bản Chứng Thệ Của Cử Tri Tạm Thời / 臨時選民具結書

TO BE COMPLETED BY VOTER: I am a registered voter of this political subdivision and in the precinct in which I'm attempting to vote and have not already voted in this election (either in person or by mail). I am a resident of this political subdivision, have not been finally convicted of a felony or if a felon, I have completed all of my punishment including any term of incarceration, parole, supervision, period of probation, or I have been pardoned. I have been determined by a final judgment of a court exercising probate jurisdiction to be totally mentally incapacitated or partially mentally incapacitated without the right to vote. I understand that giving false information under oath is misdemeanor, and I understand that it is a felony of the 2nd degree to vote in an election for which I know I am not eligible.

(PARA QUE EL VOTANTE LO LLENE: ...)

BỔI CỨ TRI: ...

(此处为越南文及中文说明文字)

| Last Name (Apellido) (Tên) (姓) | First Name (Nombre) (Tên) (名) | Middle Name (if any) (Segundo nombre (si tiene) Tên đệm (nếu có) 中間名 (若有) | Former Name (Nombre anterior) (Tên cũ) (曾用名) |
|---|---|---|---|
| Jones | Julia | Ann | Duff |

Residence Address: Street Address and Apartment Number, City, State, and ZIP...
801 Sara Rose St, Houston, TX 77018

Mailing Address: City, State, and ZIP...
Same - 801 Sara Rose

Gender: (Optional) ... Male ☐ Female ☑

Date of Birth: Month, Day, Year... 09/18/1945

Check appropriate box: ...
ARE YOU A UNITED STATES CITIZEN?
(¿SOY CIUDADANO/A DE LOS ESTADOS UNIDOS?) ...
☑ Yes ☐ No

TX Driver's License No. or Personal I.D. No. ...

Social Security No. (last 4 digits required if you do not have a driver's license or I.D. number) ...

☐ I have not been issued a TX driver's license/ personal identification number or Social Security Number. ...

Signature of Voter: X Julia Duff Jones

## TO BE COMPLETED BY THE ELECTION JUDGE

Date of Election / Fecha de la Elección ...

Precinct No. where voted ...

Precinct No. where registered ...

Type of Election / Tipo de Elección ...

Authority Conducting Election ...

**BALLOT CODE:** 1 6 3 9 0 1 1 3 5
(Write in the Ballot Code, it is found on the Provisional Ballot Stub above the voter's signature area. ...)

### VOTER PRESENTED ACCEPTABLE FORM OF IDENTIFICATION
☐ YES ☑ NO

1. ____ Failed to present acceptable form of identification or voter certificate with exemption.
2. ✓ Voter not on list of registered voters.
3. ____ Voter not on list, registered in another precinct.
4. ____ Voter on list of people who voted early by mail, and voter has not cancelled mail ballot application.
5. ____ Voting after 7:00 P.M. due to court order.

Home PCT R0073  County Clerk Use ONLY  PCT 0073
CERT/VUID 2199178/  Voter Registrar Use ONLY  PCT 0073

## TO BE COMPLETED BY THE COUNTY VOTER REGISTRAR FOR STATUS:

I, the voter registrar/deputy registrar, did research the records of my office and the following conclusion(s) was made:

### FOR VOTERS WHO DID NOT PRESENT ACCEPTABLE PHOTO IDENTIFICATION AT THE POLLING PLACE

1. ____ Voter presented acceptable form of identification within 6 days of election day.
2. ____ Voter met disability exemption within 6 days of election day.
3. ____ Voter executed religious objection affidavit within 6 days of election day.
4. ____ Voter executed natural disaster affidavit within 6 days of election day.
5. ✓ Voter did not satisfy identification or affidavit requirements, listed in categories 1-4 above, within 6 days of election day.

### FOR VOTERS WHO VOTED PROVISIONALLY FOR OTHER REASONS

6. ____ Not a registered voter or registration not effective in time for this election.
7. ____ Registered to vote, erroneously listed in wrong precinct.
8. ____ Registered to vote in a different precinct within the county.
9. ____ Information on file indicating applicant completed a voter registration



312803525

**Affidavit of Provisional Voter**

Declaración Jurada de Votante Provisional / Bản Chứng Thệ Của Cử Tri Tạm Thời / 臨時選民具結書

TO BE COMPLETED BY VOTER: I am a registered voter of this political subdivision and in the precinct in which I'm attempting to vote and have not already voted in this election (either in person or by mail). I am a resident of this political subdivision, have not been finally convicted of a felony or if a felon, I have completed all of my punishment including any term of incarceration, parole, supervision, period of probation, or I have been pardoned. I have been determined by a final judgment of a court exercising probate jurisdiction to be totally mentally incapacitated or partially mentally incapacitated without the right to vote. I understand that giving false information under oath is a misdemeanor, and I understand that it is a felony of the 2nd degree to vote in an election for which I know I am not eligible.

(PARA QUE EL VOTANTE LO LLENE: Estoy inscrito como votante en esta subdivisión política y en el precinto en cual estoy intentando a votar y aun no he votado en esta elección (en persona o por correo). Soy residente de esta subdivisión política, no he sido definitivamente declarado culpable de un delito grave o si soy el autor de un delito grave, he cumplido toda mi condena inclusive el período de encarcelamiento, la libertad condicional, la libertad supervisada, la libertad vigilada, o he sido indultado. No me han determinado por un juicio final de una corte de la legalización de un testamento, ser totalmente incapacitado mentalmente o parcialmente incapacitado sin el derecho de votar. Entiendo que dar información falsa bajo juramento es un delito menor y también entiendo que es un delito grave de 2do grado votar en una elección sabiendo que no cumplo con los requisitos necesarios.) (ĐƯỢC HOÀN TẤT BỞI CỬ TRI: Tôi là cử tri đã ghi danh bỏ phiếu tại phân khu chính trị địa phương này và trong phân khu mà tôi cố ý định bỏ phiếu và chưa bỏ phiếu trong cuộc bầu cử này (kể cả đích thân bỏ phiếu hay bỏ phiếu bằng thư). Tôi cư ngụ tại phân khu chính trị địa phương này, tôi hoàn toàn không bị kết trọng tội hoặc nếu là người phạm trọng tội, tôi đã hoàn thành hết mọi hình phạt, bao gồm thời hạn tù, ân treo, quản chế, thời kỳ thử thách, hoặc đã được tha. Phán quyết cuối cùng của tòa án không tuyên bố rằng tôi là người mất hoàn toàn năng lực về mặt tâm thần hay mất một phần năng lực về mặt tâm thần mà không phải quyền đi bầu. Tôi hiểu rằng khai man khi tuyên thệ sẽ bị phạm khinh tội, và tôi hiểu rằng nếu bỏ phiếu trong một cuộc bầu cử mà tôi biết là mình không hợp đủ điều kiện, tôi sẽ bị coi là phạm trọng tội cấp độ 2.) 由選民填寫：本人為此政治分支之已登記選民，正試圖在本人意圖投票之投票所投票，且尚未在此次選舉中投票（親自投票或郵寄投票）。本人為此政治分支之居民，未受最終定罪，或定罪為重罪犯但已服完所有刑罰包括監禁、假釋、監督、緩刑期，或已獲赦免。本人並未被遺囑認證法庭最終裁定認定為完全或部份喪失心智而無選舉權。本人瞭解宣誓提供不實資料為輕罪，並了解在明知自己不符合資格的情況下在選舉中投票為二級重罪。

| Last Name (Apellido) (Họ) (姓) | First Name (Nombre) (Tên) (名) | Middle Name (If any) (Segundo nombre (si tiene) Tên đệm (nếu có) 中間名 (若有) | Former Name (Nombre anterior) (Tên cũ) (曾用名) |
|---|---|---|---|
| LEAM | LEE | JANE | |

Residence Address: Street Address and Apartment Number, City, State, and ZIP. If none, describe where you live (Do not include PO Box, Rural Rt. or business address) (Domicilio: calle y número de apartamento, Ciudad, Estado, y Código Postal: A falta de estos datos, describa la localidad de su residencia. (No incluya el apartado de correos, camino rural, ni dirección comercial.)) (Địa chỉ cư trú: Tên đường và số Phòng, Thành Phố, Tiểu Bang, và Mã Bưu Điện. Nếu không có, xin diễn tả nơi quý vị cư ngụ (Không được để địa chỉ Hộp Thư, Địa Chỉ Đường Làng hoặc Địa Chỉ Thương Mại) | 居住地址：街名地址和公寓號、市、州和郵遞區號。如果沒有，請詳細說明您居住地點（請勿用郵局信箱號碼、鄉外路線名稱或商號地址）

814 LAMONTE LANE

| Mailing Address: City, State, and ZIP. If mail cannot be delivered to your residence address. (Dirección postal: Ciudad, Estado y Código Postal. si no es posible entregarle correspondencia en su domicilio). (Địa Chỉ Gửi Thư: Thành Phố, Tiểu Bang, và Mã Bưu Điện. Nếu không thể chuyển thư tới địa chỉ cư ngụ của quý vị.) 郵寄地址：市、州和郵遞區號。如果郵寄無法送達您的居住地址。 | Gender: (Optional) (Sexo (Optativo)) Giới tính:(Không bắt buộc 性別：（可填或不填） | Date of Birth: Month, Day, Year (Fecha de nacimiento: mes, día, año)(Ngày tháng năm sanh: Tháng, Ngày, Năm) 出生日期：月・日・年 |
|---|---|---|
| HOUSTON TX 77018 | Male ☐ (Hombre)(Nam)(男) Female ☒ (Mujer)(Nữ)(女) | 08 26 1948 |

| Check appropriate box: Marque el cuadro apropiado: Đánh dấu vào ô thích hợp 在適當方框內打勾 | TX Driver's License No. or Personal I.D. No. (Issued by TX DPS) Número de su licencia de conducir de Texas o de su Cédula de Identidad expedida por el Departamento de Seguridad Pública de Texas) Số bằng lái xe của tiểu bang Texas hoặc số ID cá nhân (do Bộ An Toàn Lao Động tiểu bang Texas | Social Security No. (last 4 digits required if you do not have a driver's license or I.D. number) Número de Seguro Social. (Si no tiene licencia de conducir ni identificación personal, se requiere los últimos 4 números de su seguro social) Số An Sinh Xã Hội (4 số cuối của số An Sinh Xã Hội cần phải có nếu quý vị không có số bằng lái xe hoặc số ID cá nhân) 社會安全號碼（如果您沒有駕駛執照或個人身份證號碼，須提供社會安全號碼之最後四位數字） |
|---|---|---|
| ARE YOU A UNITED STATES CITIZEN? (¿SOY CIUDADANO/A DE LOS ESTADOS UNIDOS?) (QUÝ VỊ Ở PHẢI LÀ CÔNG DÂN HOA KỲ KHÔNG?) 您是美國公民嗎？ ☒ Yes ☐ No (Sí)( Có)(是) (No)(Không)(否) | ☐ I have not been issued a TX driver's license/ personal identification number or Social Security Number. (No me han expedido una licencia de conducir de Texas/Cédula de identidad personal de Texas ni un Número de Seguro Social.) | Tôi chưa hề được cấp bằng lái xe của Texas/số ID cá nhân hoặc số An Sinh Xã Hội.) 我沒有得到發給之 TX 駕駛執照號碼/個人身份證號碼或社會安全號碼。 | Signature of Voter: (Firma del Votante) (Chữ ký của cử tri) (選民簽名) X Lee Jane Leam |

---

## TO BE COMPLETED BY THE ELECTION JUDGE

| Date of Election Fecha de la Elección Ngày Bầu Cử 選舉日期 | Precinct No. where **voted** Núm. de Precinto-lugar de votación/Phân Khu nơi đã Bầu Cử Số/選區編號 投票地點 | | Home PCT R0073 | County Clerk Use ONLY | PCT 0073 |
|---|---|---|---|---|---|

| | Precinct No. where **registered** Núm. de Precinto-inscrito para votar/Phân Khu nơi đã ghi danh số/選區編號 登記地點 | | CERT/VUID 15503972 | Voter Registrar Use ONLY | PCT 0073 |
|---|---|---|---|---|---|

| Type of Election Tipo de Elección Hình Thức Bầu Cử 選舉類型 | Authority Conducting Election Autoridad Administrando la Elección Cơ Quan Thẩm Quyền Tiến Hành Bầu Cử 主持選舉機構 |
|---|---|

**BALLOT CODE:** L 6 3 9 1 4 5 5 9

(Write in the Ballot Code, it is found on the Provisional Ballot Stub above the voter's signature area. The Provisional Ballot Stub is generated from the JBC.)

**VOTER PRESENTED ACCEPTABLE FORM OF IDENTIFICATION**

☐ YES ☒ NO

1. ___ Failed to present acceptable form of identification or voter certificate with exemption.

___ Voter not on list of registered voters.

3. ___ Voter not on list, registered in another precinct.

4. ✓ Voter on list of people who voted early by mail, and voter has not cancelled mail ballot application.

5. ___ Voting after 7:00 P.M. due to court order.

---

### TO BE COMPLETED BY THE COUNTY VOTER REGISTRAR FOR STATUS:

I, the voter registrar/deputy registrar, did research the records of my office and the following conclusion(s) was made:

**FOR VOTERS WHO DID NOT PRESENT ACCEPTABLE PHOTO IDENTIFICATION AT THE POLLING PLACE**

1. ___ Voter presented acceptable form of identification within 6 days of election day.

2. ___ Voter met disability exemption within 6 days of election day.

3. ___ Voter executed religious objection affidavit within 6 days of election day.

4. ___ Voter executed natural disaster affidavit within 6 days of election day.

5. ✓ Voter did not satisfy identification or affidavit requirements, listed in categories 1-4 above, within 6 days of election day.

**FOR VOTERS WHO VOTED PROVISIONALLY FOR OTHER REASONS**

6. ___ Not a registered voter or registration not effective in time for this election.

7. ___ Registered to vote, erroneously listed in wrong precinct.

8. ___ Registered to vote in a different precinct within the county.

9. ___ Information on file indicating applicant completed a voter registration

## Affidavit of Provisional Voter

### Declaración Jurada de Votante Provisional / Bản Chứng Thệ Của Cử Tri Tạm Thời / 臨時選民具結書

||| 312867038

TO BE COMPLETED BY VOTER: I am a registered voter of this political subdivision and in the precinct in which I'm attempting to vote and have not already voted in this election (either in person or by mail). I am a resident of this political subdivision, have not been finally convicted of a felony or if a felon, I have completed all of my punishment including any term of incarceration, parole, supervision, period of probation, or I have been pardoned. I have n't been determined by a final judgment of a court exercising probate jurisdiction to be totally mentally incapacitated or partially mentally incapacitated without the right to vote. I understand that giving false information under oath , misdemeanor, and I understand that it is a felony of the 2nd degree to vote in an election for which I know I am not eligible.

(PARA QUE EL VOTANTE LO LLENE: Estoy inscrito como votante en esta subdivisión política y en el precinto en cual estoy intentando a votar y aún no he votado en esta elección (en persona o por correo). Soy residente de esta subdivisión política, no he sido definitivamente declarado culpable de un delito grave o si soy el autor de un delito grave, he cumplido toda mi condena inclusive el período de encarcelamiento, la libertad condicional, la libertad supervisada, la libertad vigilada, o he sido indultado. No me han determinado por un juicio final de una corte de la legalización de un testamento, ser totalmente incapacitado mentalmente o parcialmente incapacitado sin el derecho de votar. Entiendo que dar información falsa bajo juramento es un delito menor y también entiendo que es un delito grave de 2do grado votar en una elección sabiendo que no cumplo con los requisitos necesarios.) (ĐƯỢC HOÀN TẤT BỞI CỬ TRI: Tôi là cử tri đã ghi danh bỏ phiếu tại phân khu chính trị địa phương này và trong phân khu mà tôi cố ý định bỏ phiếu và chưa bỏ phiếu trong cuộc bầu cử này (kể cả đích thân bỏ phiếu hay bỏ phiếu bằng thư). Tôi cư ngụ tại phân khu chính trị địa phương này, tôi hoàn toàn không bị kết trọng tội hoặc nếu là người phạm trọng tội, tôi đã hoàn thành hết mọi hình phạt, bao gồm thời hạn tù, ân trao, quản chế, thời kỳ thử thách, hoặc đã được tha. Phán quyết cuối cùng của tòa án không bị kết trọng tội hoặc bị kết trọng tội ... 本人在此政治轄區之居民，並未因犯重罪而被最終定罪，或即便曾犯重罪，但所有懲罰，包括監禁、假釋、監督、緩刑均已接受完畢或已被赦免。本人並未經有遺囑認證之法庭裁判為完全或部份喪失心智而無權投票。本人明瞭宣誓提供不真實資訊為輕罪，並了解在明知自己不符合資格的情況下於選舉中投票為二級重罪。

| Last Name (Apellido) (姓) | First Name (Nombre) (Tên) (名) | Middle Name (if any) (Segundo nombre (si tiene) Tên đệm (nếu có) (若有) | Former Name (Nombre anterior) (Tên cũ) (曾用名) |
|---|---|---|---|
| Ivey II | Glenn | Ford | |

Residence Address: Street Address and Apartment Number, City, State, and ZIP. If none, describe where you live (Do not include PO Box, Rural Rt. or business address) (Domicilio: calle y número de apartamento, Ciudad, Estado, y Código Postal: A falta de estos datos, describa la localidad de su residencia. No incluya el apartado de correos, camino rural, ni dirección comercial.) (Địa chỉ cư trú: Tên đường và số Phòng, Thành Phố, Tiểu Bang, và Mã Bưu Điện. Nếu không có, xin diễn tả nơi quý vị cư ngụ (Không được để địa chỉ Hộp Thư, Địa Chỉ Đường Làng hoặc Địa Chỉ Thương Mại) 居住地址：街名地址和公寓號、市、州和郵遞區號。如果沒有，請詳細描述您的居住地點（請勿用郵局信箱號碼，鄉村路線名稱或商號地址）

18823 Casper Dri Spring Tx 77373

| Mailing Address: City, State, and ZIP. If mail cannot be delivered to your residence address. (Dirección postal: Ciudad, Estado y Código Postal, si no es posible entregarle correspondencia a su domicilio). (Địa Chỉ Gửi Thư: Thành Phố, Tiểu Bang, và Mã Bưu Điện. Nếu không thể chuyển thư tới địa chỉ cư ngụ của quý vị.) 郵寄地址：市、州和郵遞區號。如果郵寄無法送達這處的居住地址 | Gender: (Optional) (Sexo (Optativo)) Giới tính:(Không bắt buộc 性別) (可填或不填) | Date of Birth: Month, Day, Year (Fecha de nacimiento: mes, día, año)(Ngày tháng năm sinh: Tháng, Ngày, Năm) 出生日期：月、日、年 |
|---|---|---|
| P.O. Box 2137 Spring Tx 77383 | Male ☑ (Hombre)(Nam)(男) Female ☐ (Mujer)(Nữ)(女) | 09/13/1974 |

| Check appropriate box: Marque el cuadro apropiado: Đánh dấu vào ô thích hợp ở ô tương ứng: 請在適當方格內打勾： | TX Driver's License No. or Personal I.D. No. (issued by TX DPS) Número de su licencia de conducir de Texas o de su Cédula de identidad expedida por el Departamento de Seguridad Publica de Texas. Số Bằng Lái Xe của tiểu bang Texas hoặc số ID cá nhân (do Bộ An Toàn Lao Động tiểu bang Texas cấp) | Social Security No. (last 4 digits required if you do not have a driver's license or I.D. number) Número de Seguro Social. (Si no tiene licencia de conducir ni identificación personal, se requiere los últimos 4 números de su seguro social) Số An Sinh Xã Hội (4 số cuối của số An Sinh Xã Hội cần phải có nếu quý vị không có số bằng lái xe hoặc số ID cá nhân) 社會安全號碼（如果您沒有駕駛執照或個人身份證號碼，需提供社安卡最後四碼） |
|---|---|---|
| ARE YOU A UNITED STATES CITIZEN? (¿SOY CIUDADANO/A DE LOS ESTADOS UNIDOS? (QUÝ VỊ CÓ PHẢI LÀ CÔNG DÂN HOA KỲ KHÔNG?) 您是美國公民嗎？ ☑ Yes (Sí)(Có)(是) ☐ No (Không)(Không)(否) | ☐ I have not been issued a TX driver's license/ personal identification number or Social Security Number. (No me han expedido una licencia de conducir de Texas/Cédula de identidad personal ni Número de Seguro Social.) (Tôi chưa hề được cấp bằng lái xe của Texas/số ID cá nhân hoặc số An Sinh Xã Hội.) 我沒有取得過德州駕駛執照碼/個人身份證號碼或社會安全號碼。 | Signature of Voter: (Firma del Votante) (Chữ ký của Cử tri) (選民簽字) X |

---

### TO BE COMPLETED BY THE ELECTION JUDGE

| Date of Election Fecha de la Elección Ngày Bầu Cử 選舉日期 | Precinct No. where voted Núm. de Precinto-lugar de votación/Phần Khu nơi đã Bầu Cử Số/選區編號. 投票地點 | 0110 ✓ |
|---|---|---|
| 3/4/14 | Precinct No. where registered Núm. de Precinto-inscrito para votar/Phần Khu nơi đã ghi danh số/選區編號. 登記地點 | 0912 |
| Type of Election Tipo de Elección Hình Thức Bầu Cử 選舉類型 | Authority Conducting Election Autoridad Administrando la Elección Cơ Quan Thẩm Quyền Tiến Hành Bầu Cử 主持選舉機構 | |
| Primary | Harris Co | |

BALLOT CODE: 199695553

(Write in the Ballot Code, it is found on the Provisional Ballot Stub above the voter's signature area. The Provisional Ballot Stub is generated from the JBC.)

### VOTER PRESENTED ACCEPTABLE FORM OF IDENTIFICATION

☐ YES    ☑ NO

1. ✓ Failed to present acceptable form of identification or voter certificate with exemption.

2. .. Voter not on list of registered voters.

3. Voter not on list, registered in another precinct.

4. Voter on list of people who voted early by mail, and voter has not cancelled mail ballot application.

5. Voting after 7:00 P.M. due to court order.

---

| | County Clerk Use ONLY | |
|---|---|---|
| Home PCT R0110 | County Clerk Use ONLY | PCT R0912 |
| CERT/VUID 52384880 | Voter Registrar Use ONLY | PCT 0912 |

### TO BE COMPLETED BY THE COUNTY VOTER REGISTRAR FOR STATUS:

I, the voter registrar/deputy registrar, did research the records of my office and the following conclusion(s) was made:

**FOR VOTERS WHO DID NOT PRESENT ACCEPTABLE PHOTO IDENTIFICATION AT THE POLLING PLACE**

1. ____ Voter presented acceptable form of identification with 6 days of election day.

2. ____ Voter met disability exemption within 6 days of election day.

3. ____ Voter executed religious objection affidavit within 6 days of election day.

4. ____ Voter executed natural disaster affidavit within 6 days of election day.

5. ✓ Voter did not satisfy identification or affidavit requirements, listed in categories 1-4 above, within 6 days of election day.

**FOR VOTERS WHO VOTED PROVISIONALLY FOR OTHER REASONS**

6. ____ Not a registered voter or registration not effective in time for this election.

7. ____ Registered to vote, erroneously listed in wrong precinct.

8. ____ Registered to vote in a different precinct within the county.

9. ____ Information on file indicating applicant completed a voter registration



312890501

# Affidavit of Provisional Voter
## Declaración Jurada de Votante Provisional / Bản Chứng Thệ Của Cử Tri Tạm Thời / 臨時選民具結書

TO BE COMPLETED BY VOTER: I am a registered voter of this political subdivision and in the precinct in which I'm attempting to vote and have not already voted in this election (either in person or by mail). I am a resident of this political subdivision, have not been finally convicted of a felony or if a felon, I have completed all of my punishment including any term of incarceration, parole, supervision, period of probation, or I have been pardoned. I have been determined by a final judgment of a court exercising probate jurisdiction to be totally mentally incapacitated or partially mentally incapacitated without the right to vote. I understand that giving false information under oath is a misdemeanor, and I understand that it is a felony of the 2nd degree to vote in an election for which I know I am not eligible.

(PARA QUE EL VOTANTE LO LLENE: Estoy inscrito como votante en esta subdivisión política y en el precinto en cual estoy intentando a votar y aun no he votado en esta elección (en persona o por correo). Soy residente de esta subdivisión política, no he sido definitivamente declarado culpable de un delito grave o si soy el autor de un delito grave, he cumplido toda mi condena inclusive el período de encarcelamiento, la libertad condicional, la libertad supervisada, la libertad vigilada, o he sido indultado. No me han determinado por un juicio final de una corte de la legalización de un testamento, ser totalmente incapacitado mentalmente o parcialmente incapacitado sin el derecho de votar. Entiendo que dar información falsa bajo juramento es un delito menor y también entiendo que es un delito grave de 2do grado votar en una elección sabiendo que no cumplo con los requisitos necesarios.) (DƯỢC HOÀN TẤT BỞI CỬ TRI: Tôi là cử tri đã ghi danh bỏ phiếu tại phân khu chính trị địa phương này và trong phân khu mà tôi cố ý định bỏ phiếu và chưa bỏ phiếu trong cuộc bầu cử này (kể cả đích thân bỏ phiếu hay bỏ phiếu bằng thư). Tôi cư ngụ tại phân khu chính trị địa phương này, tôi hoàn toàn không bị kết trọng tội hoặc nếu là người phạm trọng tội, tôi đã hoàn thành hết mọi hình phạt, bao gồm thời hạn tù, ân treo, quản chế, thời kỳ thử thách, hoặc đã được tha. Phán quyết cuối cùng của tòa án không giện tuyền bố rằng tôi là người mất hoàn toàn năng lực về mặt tâm thần hay mất một phần năng lực về tâm thần mà không có quyền được bỏ phiếu. Tôi hiểu rằng khai man khi tuyên thế sẽ bị phạm khinh tội, và tôi hiểu rằng nếu bỏ phiếu trong một cuộc bầu cử mà tôi biết là mình không hội đủ điều kiện, tôi sẽ bị phạm trọng tội cấp đỏ 2.) 由選民填寫：本人為登記於此次選舉中設籍（投票）本人比政治轄區之選民，從未因犯有重罪而被判定，或即使曾犯有重罪，但所有懲罰，包括監禁、假釋、監督、緩刑，或已獲赦免，均已執行完畢。本人從未被法院按照遺囑認證裁定完全或部分喪失心智。本人明暸宣誓後提供不實資訊為輕罪，並了解在明知不合格的情況下在選舉中投票為二級重罪。

| Last Name (Apellido) (Ho) (姓) | First Name (Nombre) (Tên) (名) | Middle Name (if any) (Segundo nombre (si tiene) Tên đệm (nếu có) 中間名 (若有) | Former Name (Nombre anterior) (Tên cũ) (曾用名) |
|---|---|---|---|
| Palmer | Stephen | Norris | |

Residence Address: Street Address and Apartment Number, City, State, and ZIP. If none, describe where you live (Do not include PO Box, Rural Rt. or business address) (Domicilio: calle y número de apartamento, Ciudad, Estado, y Código Postal. A falta de estos datos, describa la localidad de su residencia. No incluya el apartado de correos, camino rural, ni dirección comercial.)) (Địa chỉ cư trú: Số đường và số Phòng, Thành Phố, Tiểu Bang, và Mã Bưu Điện. Nếu không có, xin diễn tả nơi quý vị cư ngụ (Không được để địa chỉ Hộp Thư, Địa Chỉ Đường Làng hoặc Địa Chỉ Thương Mại) 居住地址：街名地址和公寓號，市，州和郵寄區號。如果沒有，請詳細說明居住地點（請勿用郵局信箱號碼，郊村鄉級名稱或商號地址）

6615 Meadowlawn St, Houston, TX 77023

Mailing Address: City, State, and ZIP. If mail cannot be delivered to your residence address. (Dirección postal: Ciudad, Estado y Código Postal, si no es posible entregarle correspondencia en su domicilio). (Địa Chỉ Gửi Thư: Thành Phố, Tiểu Bang, và Mã Bưu Điện. Nếu không thể chuyển thư tới địa chỉ cư ngụ của quý vị.) 郵寄地址：市，州和郵寄區號。如果郵寄無法送達您的居住地址。

| Gender: (Optional) (Sexo (Optativo) Giới tính:(Không bắt buộc 性別：(可成或不填) | Date of Birth: Month, Day, Year (Fecha de nacimiento: mes, día, año)(Ngày tháng năm sanh: Tháng, Ngày, Năm) 出生日期：月・日・年 |
|---|---|
| Male ☑ Female ☐ (Hombre)(Nam)(男) (Mujer)( Nữ)(女) | 10, 13, 1966 |

| Check appropriate box: Marque el cuadro apropiado: Đánh dấu vào ô thích hợp 在適當方格內劃勾：<br><br>ARE YOU A UNITED STATES CITIZEN?<br>(¿SOY CIUDADANO/A DE LOS ESTADOS UNIDOS?) (QUÝ VỊ Ở PHẢI LÀ CÔNG DÂN HOA KỲ KHÔNG?) 您是美國公民嗎？<br><br>☑ Yes   ☐ No<br>(Sí)(Có)(是)   (No)(Không)(否) | TX Driver's License No. or Personal I.D. No. (Issued by TX DPS) Número de su licencia de conducir de Texas o de su Cédula de Identidad expedida por el Departamento de Seguridad Publica de Texas. Số Bằng Lái Xe của tiểu bang Texas hoặc số ID cá nhân (do Bộ An Toàn Lao Động tiểu bang Texas<br><br>☐ I have not been issued a TX driver's license/ personal identification number or Social Security Number. (No me han expedido una licencia de conducir de Texas/Cédula de identidad personal de Texas o un número de Seguro Social.) Tôi chưa he được cấp bằng lái xe của Texas/số ID cá nhân hoặc số An Sinh Xã Hội.) 我沒有 TX 駕駛執照號碼/個人身份證號碼或社會安全號碼。 | Social Security No. (last 4 digits required if you do not have a driver's license or I.D. number) Número de Seguro Social. (Si no tiene licencia de conducir ni identidad personal, se requiere los últimos 4 números de su seguro social) Số An Sinh Xã Hội (4 số cuối của số An Sinh Xã Hội cần phải có nếu quý vị không có số bằng lái xe hoặc số ID cá nhân) 社會安全號碼（如果您沒有駕駛執照或個人身份證號碼，請提供社安卡末四位數）<br><br>Signature of Voter: (Firma del Votante) (Chữ Ký Của Cử Tri) (選民簽名)<br><br>X Stephen Palmer |

## TO BE COMPLETED BY THE ELECTION JUDGE

| Date of Election Fecha de la Elección Ngày Bầu Cử 選舉日期<br><br>4 Mar 2014 | Precinct No. where voted 0218<br>Núm. de Precinto-lugar de votación/Phân Khu nơi đã Bầu Cử Số/選區編號:投票地點<br><br>Precinct No. where registered 0218<br>Núm. de Precinto-inscrito para votar/Phân Khu nơi đã ghi danh số/選區編號, 登記地點 | Home PCT R0218 | County Clerk Use ONLY | PCT 0218 |
|---|---|---|---|---|
| | | CERT/VUID 40481301 | Voter Registrar Use ONLY | PCT 0218 |

| Type of Election Tipo de Elección Hình Thức Bầu Cử 選舉類型<br><br>REPUB PRIMARY | Authority Conducting Election Autoridad Administrando la Elección Cơ Quan Thẩm Quyền Tiến Hành Bầu Cử 主辦選舉機構<br><br>HARRIS Co REP. Party |
|---|---|

BALLOT CODE: 197987074

(Write in the Ballot Code, it is found on the Provisional Ballot Stub above the voter's signature area. The Provisional Ballot Stub is generated from the JBC.)

**VOTER PRESENTED ACCEPTABLE FORM OF IDENTIFICATION**

☐ YES          ☑ NO

1. ✓ Failed to present acceptable form of identification or voter certificate with exemption.

2. ____ Voter not on list of registered voters.

3. ____ Voter not on list, registered in another precinct.

4. ____ Voter on list of people who voted early by mail, and voter has not cancelled mail ballot application.

5. ____ Voting after 7:00 P.M. due to court order.

## TO BE COMPLETED BY THE COUNTY VOTER REGISTRAR FOR STATUS:

I, the voter registrar/deputy registrar, did research the records of my office and the following conclusion(s) was made:

**FOR VOTERS WHO DID NOT PRESENT ACCEPTABLE PHOTO IDENTIFICATION AT THE POLLING PLACE**

1. ____ Voter presented acceptable form of identification within 6 days of election day.

2. ____ Voter met disability exemption within 6 days of election day.

3. ____ Voter executed religious objection affidavit within 6 days of election day.

4. ____ Voter executed natural disaster affidavit within 6 days of election day.

5. ✓ Voter did not satisfy identification or affidavit requirements, listed in categories 1-4 above, within 6 days of election day.

**FOR VOTERS WHO VOTED PROVISIONALLY FOR OTHER REASONS**

6. ____ Not a registered voter or registration not effective in time for this election.

7. ____ Registered to vote, erroneously listed in wrong precinct.

8. ____ Registered to vote in a different precinct within the county.

9. ____ Information on file indicating applicant completed a voter registration



# Affidavit of Provisional Voter

Declaración Jurada de Votante Provisional / Bản Chứng Thệ Của Cử Tri Tạm Thời / 臨時選民具結書

**312893517**

TO BE COMPLETED BY VOTER: I am a registered voter of this political subdivision and in the precinct in which I'm attempting to vote and have not already voted in this election (either in person or by mail). I am a resident of this political subdivision, have not been finally convicted of a felony or if a felon, I have completed all of my punishment including any term of incarceration, parole, supervision, period of probation, or I have been pardoned. I have not been determined by a final judgment of a court exercising probate jurisdiction to be totally mentally incapacitated or partially mentally incapacitated without the right to vote. I understand that giving false information under oath a misdemeanor, and I understand that it is a felony of the 2nd degree to vote in an election for which I know I am not eligible.

(PARA QUE EL VOTANTE LO LLENE: Estoy inscrito como votante en esta subdivisión política y en el precinto en cual estoy intentando a votar y aún no he votado en esta elección (en persona o por correo). Soy residente de esta subdivisión política, no he sido definitivamente declarado culpable de un delito grave o si soy el autor de un delito grave, he completado todo mi condena de período de encarcelamiento, la libertad condicional, la libertad supervisada, la libertad vigilada, o he sido indultado. No me han determinado por un juicio final de una corte de la legalización de un testamento, ser totalmente incapacitado mentalmente o parcialmente incapacitado sin el derecho de votar. Entiendo que dar información falsa bajo juramento es un delito menor y también entiendo que es un delito grave de 2do grado votar en una elección sabiendo que no cumplo con los requisitos necesarios.) (ĐƯỢC HOÀN TẤT BỞI CỬ TRI: Tôi là cử tri đã ghi danh bỏ phiếu tại phân khu này và trong phân khu mà tôi cố ý định bỏ phiếu và chưa bỏ phiếu trong cuộc bầu cử này (kể cả đích thân bỏ phiếu hay bỏ phiếu bằng thư). Tôi cư ngụ tại phân khu chính trị địa phương này, tôi hoàn toàn không bị kết trọng tội hoặc nếu là người phạm trọng tội, tôi đã hoàn thành hết mọi hình phạt, bao gồm thời hạn tù, ân treo, quản chế, thời kỳ thử thách, hoặc đã được tha. Phán quyết cuối cùng của tòa án không được bị tâm trí hoàn toàn mất năng lực về mặt tâm thần hay mất một phần năng lực về mặt tâm thần mà tôi có quyền được bỏ phiếu. Tôi hiểu rằng khai man khi tuyên thệ là bị phạm khinh tội, và tôi hiểu rằng nếu bỏ phiếu trong một cuộc bầu cử mà tôi biết là mình không hội đủ điều kiện thì là phạm trọng tội cấp độ 2.) 選民須填寫：本人為此政治轄區內之合法選民，現於本投票所內進行投票且尚未在此次選舉中投票 (親自或郵寄投票)。本人為此政治轄區之居民，從未因犯下重罪而被終審定罪，或假若曾犯重罪，但所有懲罰，包括監禁、緩刑、監管、或試期已執行完畢或已被赦免。本人並未被確立喪失法定精神能力因而無法行使投票權。本人了解在宣誓後提供假資料屬於輕罪，並了解在知情況下不符合資格的情況下于選舉中投票乃二級重罪。

| Last Name (Apellido) (Họ) (姓) | First Name (Nombre) (Tên) (名) | Middle Name (if any) (Segundo nombre (si tiene) Tên đệm (nếu có) 中間名 (若有) | Former Name (Nombre anterior) (Tên cũ) (曾用名) |
|---|---|---|---|
| Mayrgundter | Cecilia | | Rojas |

Residence Address: Street Address and Apartment Number, City, State, and ZIP. If none, describe where you live (Do not include PO Box, Rural Rt. or business address) (Domicilio: calle y número de apartamento, Ciudad, Estado, y Código Postal. A falta de estos datos, describa la localidad de su residencia. (No incluya el apartado de correos, camino rural, ni dirección comercial.)) (Địa chỉ cư trú: Tên đường và số Phòng, Thành Phố, Tiểu Bang, và Mã Bưu Điện. Nếu không có, xin diễn tả nơi quý vị cư ngụ (Không được để địa chỉ Hộp Thư, Địa Chỉ Đường Làng hoặc Địa Chỉ Thương Mại) 居住地址：街名地址和公寓號，市、州和郵寄區號。如果沒有，請詳細敘明居住地點 (請勿用郵局信箱號碼，郊外鄉鎮名稱或商號地址)

11518 Chuckson Hou 77065

| Mailing Address: City, State, and ZIP. If mail cannot be delivered to your residence address. (Dirección postal: Ciudad, Estado y Código Postal, si no es posible entregarle correspondencia en su domicilio). (Địa Chỉ Gửi Thư: Thành Phố, Tiểu Bang, và Mã Bưu Điện. Nếu không thể chuyển thư tới địa chỉ cư ngụ của quý vị.) 郵寄地址：市，州和郵遞區號。如果郵寄無法送達您的居住地址。 | Gender: (Optional) (Sexo (Optativo) Giới tính:(Không bắt buộc 性別：(可填寫或不填) | Date of Birth: Month, Day, Year (Fecha de nacimiento: mes, día, año)(Ngày tháng năm sanh: Tháng, Ngày, Năm) 出生日期：月，日，年 |
|---|---|---|
| | Male ☐ Female ☒ (Hombre)(Nam)(男) (Mujer)(Nữ)(女) | 04/25/1937 |

| Check appropriate box: Marque el cuadro apropiado: Đánh dấu vào ô thích hợp trên ứng hợp 請在適當方格內打勾： ARE YOU A UNITED STATES CITIZEN? (¿SOY CIUDADANO/A DE LOS ESTADOS UNIDOS?) (QUÝ VỊ Ở PHẢI LÀ CÔNG DÂN HOA KỲ KHÔNG?) 您是美國公民嗎？ ☒ Yes ☐ No (Si)(Có)(是) (No)(Không)(否) | TX Driver's License No. or Personal I.D. No. (Issued by TX DPS) Número de su licencia de conducir de Texas o de su Cédula de Identidad expedida por el Departamento de Seguridad Publica de Texas. Số Bằng Lái Xe của tiểu bang Texas hoặc số ID cá nhân (do Bộ An Toàn Lao Động tiểu bang Texas cấp) 德州駕照號碼或個人身分證號碼 (由德州公共安全部發出) ☐ I have not been issued a TX driver's license/ personal identification number or Social Security Number. (No me han expedido una licencia de conducir de Texas/Cédula de Identidad personal de Texas ni un Número de Seguro Social.) I Tôi chưa hề được cấp bằng lái xe của Texas/số ID cá nhân hoặc số An Sinh Xã Hội.) 我沒有 TX 駕駛執照號碼/個人身份證號碼或社會安全號碼。 | Social Security No. (last 4 digits required if you do not have a driver's license or I.D. number) Número de su seguro social (Sólo los últimos 4 números de su seguro social) Số An Sinh Xã Hội (4 số cuối của số An Sinh Xã Hội cần phải có nếu quý vị không có số bằng lái xe hoặc số ID cá nhân) 社會安全號碼 (如果您沒有駕駛執照或個人身分證號碼，須提供社會安全號碼的最後四位數字) Signature of Voter: (Firma del Votante) (Chữ Ký Của Cử Tri) (選民簽名) X Cecilia R. Mayrgundter |
|---|---|---|

---

| TO BE COMPLETED BY THE ELECTION JUDGE | | |
|---|---|---|

| Date of Election Fecha de la Elección Ngày Bầu Cử 選舉日期 | | |
|---|---|---|
| 3/4/14 | Precinct No. where voted Núm. de Precinto-lugar de votación/Phân Khu nơi đã Bầu Cử Số/選區編號，投票地點 | 480 |
| | Precinct No. where registered Núm. de Precinto-inscrito para votar/Phân Khu nơi đã ghi danh số/選區編號，登記地點 | 480 |

| Type of Election Tipo de Elección Hình Thức Bầu Cử 選舉類型 | Authority Conducting Election Autoridad Administrando la Elección Cơ Quan Thẩm Quyền Tiến Hành Bầu Cử 主持選舉機構 |
|---|---|

**BALLOT CODE:** 1 7 2 5 5 9 2 4 0

(Write in the Ballot Code, it is found on the Provisional Ballot Stub above the voter's signature area. The Provisional Ballot Stub is generated from the JBC.)

## VOTER PRESENTED ACCEPTABLE FORM OF IDENTIFICATION

☐ YES   ☒ NO

1. ✓ Failed to present acceptable form of identification or voter certificate with exemption.

2. . Voter not on list of registered voters.

3. ___ Voter not on list, registered in another precinct.

4. ___ Voter on list of people who voted early by mail, and voter has not cancelled mail ballot application.

5. ___ Voting after 7:00 P.M. due to court order.

| Home PCT | County Clerk Use ONLY | PCT |
|---|---|---|
| R0480 | | R0480 |

| CERT/VUID | Voter Registrar Use ONLY | PCT |
|---|---|---|
| 41033291 | | 0480 |

## TO BE COMPLETED BY THE COUNTY VOTER REGISTRAR

FOR STATUS:

I, the voter registrar/deputy registrar, did research the records of my office and the following conclusion(s) was made:

### FOR VOTERS WHO DID NOT PRESENT ACCEPTABLE PHOTO IDENTIFICATION AT THE POLLING PLACE

1. ___ Voter presented acceptable form of identification within 6 days of election day.

2. ___ Voter met disability exemption within 6 days of election day.

3. ___ Voter executed religious objection affidavit within 6 days of election day.

4. ___ Voter executed natural disaster affidavit within 6 days of election day.

5. ✓ Voter did not satisfy identification or affidavit requirements, listed in categories 1-4 above, within 6 days of election day.

### FOR VOTERS WHO VOTED PROVISIONALLY FOR OTHER REASONS

6. ___ Not a registered voter or registration not effective in time for this election.

7. ___ Registered to vote, erroneously listed in wrong precinct.

8. ___ Registered to vote in a different precinct within the county.

9. ___ Information on file indicating applicant completed a voter registration



## Affidavit of Provisional Voter

Declaración Jurada de Votante Provisional / Bản Chứng Thệ Của Cử Tri Tạm Thời / 臨時選民具結書

TO BE COMPLETED BY VOTER: I am a registered voter of this political subdivision and in the precinct in which I'm attempting to vote and have not already voted in this election (either in person or by mail). I am a resident of this political subdivision, have not been finally convicted of a felony, or if a felon, I have completed all of my punishment including any term of incarceration, parole, supervision, period of probation, or I have been pardoned. I have not been determined by a final judgment of a court exercising probate jurisdiction to be totally mentally incapacitated or partially mentally incapacitated without the right to vote. I understand that giving false information under oath is a misdemeanor, and I understand that it is a felony of the 2nd degree to vote in an election for which I know I am not eligible.

(PARA QUE EL VOTANTE LO LLENE: Estoy inscrito como votante en esta subdivisión política y en el precinto en cual estoy intentando a votar y aun no he votado en esta elección (en persona o por correo). Soy residente de esta subdivisión política, no he sido definitivamente declarado culpable de un delito grave o si soy el autor de un delito grave, he cumplido toda mi condena inclusive el periodo de encarcelamiento, la libertad condicional, la libertad supervisada, la libertad vigilada, o he sido indultado. No me han determinado por un juicio final de un corte con la jurisdicción de legalización de un testamento, ser totalmente incapacitado mentalmente o parcialmente incapacitado sin el derecho de votar. Entiendo que dar información falsa bajo juramento es un delito menor y también entiendo que es un delito grave de 2do grado votar en una elección sabiendo que no cumplo con los requisitos necesarios.) (ĐƯỢC HOÀN TẤT BỞI CỬ TRI: Tôi là cử tri đã ghi danh bỏ phiếu tại phân khu chính trị địa phương này và tại phường khu mà tôi có ý định bỏ phiếu và chưa bỏ phiếu trong cuộc bầu cử này (kể cả đích thân bỏ phiếu hay bỏ phiếu bằng thư). Tôi cư ngụ tại phân khu chính trị địa phương này, tôi hoàn toàn không bị kết phạm về tội đại hình, hay là nếu tôi phạm tội đại hình thì tôi đã hoàn thành hết mọi hình phạt, bao gồm thời hạn tù, ân trợn, quản chế, thời kỳ thử thách, hoặc đã được tha. Phán quyết cuối cùng của tòa án không được bỏ ràng tôi là người mất trí tuệ về một phần hoặc toàn thể về một phần năng lực về mặt tâm thần mà một phần năng lực về mặt tâm thần không có quyền được bỏ phiếu. Tôi hiểu rằng khai man khi tuyên thệ là tội phạm khinh tội, và tôi hiểu rằng nếu bỏ phiếu cuộc bầu cử mà tôi biết là mình không hội đủ điều kiện, tôi sẽ bị coi là phạm trọng tội cấp độ 2.) 由填民結書: 本人有登錄且尚未在此次選舉中投票 (親自或郵寄投票)、本人為此政治分權區之居民、從未終局性裁判確定犯任何重罪、或即使重罪犯、但所有�pun款、包括當禁、假釋、監管、線判內已接受完畢或已獲赦免。本人從未被法庭臥之繼續管判之遺囑狀效定裁定裁定確全精神失常或部分精神失常之判決不符合投錯的情況下仍讓選舉中投票為二級重罪。

| Last Name (Apellido) (Họ) (姓) | First Name (Nombre) (Tên) (名) | Middle Name (if any) (Segundo nombre (si tiene)) Tên đệm (nếu có) 中間名 (若有) | Former Name (Nombre anterior) (Tên cũ) (曾用名) |
|---|---|---|---|
| ~~Teresa~~ Maurer | Teresa | Maire | |

Residence Address: Street Address and Apartment Number, City, State, and ZIP. If none, describe where you live (Do not include PO Box, Rural Rt. or business address) (Domicilio: calle y número de apartamento, Ciudad, Estado, y Código Postal: A falta de estos datos, describa la localidad de su residencia. (No incluya el apartado de correos, camino rural, ni dirección comercial.)) (Địa chỉ cư trú: Tên đường và số Phòng, Thành Phố, Tiểu Bang, và Mã Bưu Điện. Nếu không có, xin diễn tả nơi quý vị cư ngụ (Không được để địa chỉ Hộp Thư, Địa Chỉ Đường Làng hoặc Địa Chỉ Thương Mại) 居住地址：街名地址和公寓號碼、市、州和郵寄區號。如果沒有，請詳細說明居住地點（請勿用郵局信箱號碼，郊外路線名稱或商號地址）

3603 Sierra Pines Dr Hu Tx 77068

| Mailing Address: City, State, and ZIP. If mail cannot be delivered to your residence address. (Dirección postal: Ciudad, Estado y Código Postal, si no es posible entregarle correspondencia en su domicilio). (Địa Chỉ Gửi Thư: Thành Phố, Tiểu Bang, và Mã Bưu Điện. Nếu không thể gửi thư tới địa chỉ cư ngụ của quý vị.) 郵寄地址：如果郵寄無法送達您的居住地址。 | Gender: (Optional) (Sexo (Optativo)) Giới tính:(Không bắt buộc) 性別：(可選擇不填) | Date of Birth: Month, Day, Year (Fecha de nacimiento: mes, día, año)(Ngày tháng năm sanh: Tháng, Ngày, Năm) 出生日期：月，日，年 |
|---|---|---|
| | Male ☐  Female ☑ (Hombre)(Nam)(男)  (Mujer)( Nữ)(女) | 07 / 27 / 1954 |

| Check appropriate box: Marque el cuadro apropiado: Đánh dấu vào ô thích hợp trong danh sách: 在適當方格內打勾 | TX Driver's License No. or Personal I.D. No. (Issued by TX DPS) Número de su licencia de conducir de Texas o de su cédula de identidad expedida por el Departamento de Seguridad Publica de Texas. Số Bằng Lái Xe của tiểu bang Texas hoặc số ID cá nhân (do Bộ An Toàn Lao Động tiểu bang Texas cấp) | Social Security No. (last 4 digits required if you do not have a driver's license or I.D. number) Número de Seguro Social. (Si no tiene licencia de conducir ni identificación personal, se requiere los últimos 4 números de su seguro social) Số An Sinh Xã Hội (4 số cuối của số An Sinh Xã Hội cần phải có nếu quý vị không có số bằng lái xe hoặc số ID cá nhân) 社會安全號碼（如果您沒有駕駛執照或個人身份證號碼，請提供社安卡最後四個號碼） |
|---|---|---|
| **ARE YOU A UNITED STATES CITIZEN?** (¿SOY CIUDADANO/A DE LOS ESTADOS UNIDOS?) (QUÝ VỊ CÓ PHẢI LÀ CÔNG DÂN HOA KỲ KHÔNG?) 您是美國公民嗎？ ☑ Yes ☐ No (Sí)(Có)(是) (No)(Không)(否) | ☐ I have not been issued a TX driver's license/ personal identification number or Social Security Number. (No me han expedido una licencia de conducir de Texas/Cédula de identidad personal de Texas ni un Número de Seguro Social.) (Tôi chưa hề được cấp bằng lái xe của Texas/số ID cá nhân hoặc số An Sinh Xã Hội.) 我没有得 TX 駕駛執照號碼/ 個人身份證號碼或社會安全號碼。 | Signature of Voter: (Firma del votante) (Chữ ký của cử tri) (選民簽名) X _Teresa M. Mau___ |

### TO BE COMPLETED BY THE ELECTION JUDGE

| Date of Election Fecha de la Elección Ngày Bầu Cử 選舉日期 | Precinct No. where voted 466 Núm. de Precinto-lugar de votación/Phần Khu nơi đã Bầu Cử Số/選區編號. 投票地點 | Home PCT R0466 | County Clerk Use ONLY | PCT R0466 |
|---|---|---|---|---|
| 3/4/14 | Precinct No. where registered 466 Núm. de Precinto-inscrito para votar/Phần Khu nơi đã ghi danh số/選區編號. 登記地點 | CERT/VUID 50100L00200 | Voter Registrar Use ONLY | PCT 04466 |

Type of Election Tipo de Elección Hình Thức Bầu Cử 選舉類型
Rep. Primary

Authority Conducting Election Autoridad Administrando la Elección Cơ Quan Thẩm Quyền Tiến Hành Bầu Cử 主持選舉機構
Harris Co

**TO BE COMPLETED BY THE COUNTY VOTER REGISTRAR FOR STATUS:**

I, the voter registrar/deputy registrar, did research the records of my office and the following conclusion(s) was made:

*FOR VOTERS WHO DID NOT PRESENT ACCEPTABLE PHOTO IDENTIFICATION AT THE POLLING PLACE*

1. _____ Voter presented acceptable form of identification within 6 days of election day.
2. _____ Voter met disability exemption within 6 days of election day.
3. _____ Voter executed religious objection affidavit within 6 days of election day.
4. _____ Voter executed natural disaster affidavit within 6 days of election day.
5. _✓_ Voter did not satisfy identification or affidavit requirements, listed in categories 1-4 above, within 6 days of election day.

*FOR VOTERS WHO VOTED PROVISIONALLY FOR OTHER REASONS*

6. _____ Not a registered voter or registration not effective in time for this election.
7. _____ Registered to vote, erroneously listed in wrong precinct.
8. _____ Registered to vote in a different precinct within the county.
9. _____ Information on file indicating applicant completed a voter registration

**BALLOT CODE:** 2 0 3 8 2 5 4 9 D
(Write in the Ballot Code, it is found on the Provisional Ballot Stub above the voter's signature area. The Provisional Ballot Stub is generated from the JBC.)

### VOTER PRESENTED ACCEPTABLE FORM OF IDENTIFICATION

☐ YES   ☒ NO

1. _✓_ Failed to present acceptable form of identification or voter certificate with exemption. No Photo ID
2. _____ Voter not on list of registered voters.
3. _____ Voter not on list, registered in another precinct.
4. _____ Voter on list of people who voted early by mail, and voter has not cancelled mail ballot application.
5. _____ Voting after 7:00 P.M. due to court order.



# Affidavit of Provisional Voter

**Provisional**

Declaración Jurada de Votante Provisional / Bản Chứng Thệ Của Cử Tri T

MEYER, LEONARD B
2727 SYNOTT RD
HOUSTON, TX 77082
DOB: 11/06/1932
BS: 44-R

**TO BE COMPLETED BY VOTER:** I am a registered voter of this political subdivision and in the precinct in which I'm attempting to vote and have not already voted in this political subdivision, have not been finally convicted of a felony or if a felon, I have completed all of my punishment including any term of incarceration, parole or probation or have not been determined by a final judgment of a court exercising probate jurisdiction to be totally mentally incapacitated or partially mentally incapacitated without the right to vote; if I am a misdemeanor, and I understand that it is a felony of the 2nd degree to vote in an election for which I know I am not eligible.

(PARA QUE EL VOTANTE LO LLENE: Estoy inscrito como votante en esta subdivisión política y en el precinto en cual estoy intentando a votar y aun no he votado en esta subdivisión política, no he sido definitivamente declarado culpable de un delito grave o si soy el autor de un delito grave, he cumplido toda mi condena incluso cualquier término de encarcelamiento, la libertad condicional, la libertad supervisada, la libertad vigilada, o he sido indultado. No me han determinado por un juicio final de una corte de la legalización de un testamento, ser totalmente incapacitado mentalmente o parcialmente incapacitado sin el derecho de votar. Entiendo que dar información falsa bajo juramento es un delito menor y también entiendo que es un delito grave de 2do grado votar en una elección sabiendo que no cumplo con los requisitos necesarios.) (ĐƯỢC HOÀN TẤT BỞI CỬ TRI: Tôi là cử tri đã ghi danh bỏ phiếu tại phân khu chính trị địa phương này và trong phân khu mà tôi cố ý định bỏ phiếu và chưa bỏ phiếu trong khu vực chính trị địa phương này, và chưa bị kết án hoàn toàn về một trọng tội hoặc nếu là người phạm trọng tội, tôi đã hoàn thành hết mọi hình phạt, bao gồm thời kỳ bị giam, hoặc kỳ thử thách, hoặc đã được ân. Phán quyết cuối cùng của tòa án không tuyên bố rằng tôi là người mất hoàn toàn năng lực về mặt tâm thần hay mất một phần năng lực về mặt tâm thần mà không có quyền được bỏ phiếu. Tôi hiểu rằng khai man khi tuyên thệ sẽ bị phạm khinh tội, và tôi hiểu rằng nếu bỏ phiếu trong một cuộc bầu cử mà tôi biết là mình không hội đủ điều kiện, tôi sẽ bị coi là phạm trọng tội cấp độ 2.) 由選民填寫:本人為此政治轄區內之合法選民,及本次擬前往而尚未在此次選舉中投票(親自投票?投郵投票),本人為此政治轄區之公民,從未因犯罪被最終判罪被處罪刑,或即便犯罪,但所有刑罰,包括監禁、假釋、監督、緩刑均已接受完畢或已被赦免。本人從未遭到褫奪遺囑法庭終裁定認定神志全或部份喪失而無投票權。本人瞭解宣誓時提供虛假資訊係輕罪,並了解在明知自己不符合資格的情況下于選舉中投票為二級重罪。

| Last Name (Apellido) (Họ) (姓) | First Name (Nombre) (Tên) (名) | Middle Name (if any) (Segundo nombre (si tiene)) Tên đệm (nếu có) 中間名 (若有) | Former Name (Nombre anterior) (Tên cũ) (曾用名) |
|---|---|---|---|
| Meyer | Leonard | | |

**Residence Address:** Street Address and Apartment Number, City, State, and ZIP. If none, describe where you live (Do not include PO Box, Rural Rt. or business address) (Domicilio: calle y número de apartamento, Ciudad, Estado, y Código Postal: A falta de estos datos, describa la localidad de su residencia. (No incluya el apartado de correos, camino rural, ni dirección comercial.)) (Địa chỉ cư trú: Tên đường và số Phòng, Thành Phố, Tiểu Bang, và Mã Bưu Điện. Nếu không có, xin diễn tả nơi quý vị cư ngụ (Không được để địa chỉ Hộp Thư, Địa Chỉ Đường Làng hoặc Địa Chỉ Thương Mại) 居住地址: 街名與地址與公寓號、市、州和郵遞區號。如果沒有,請詳細說明居住地點(請勿用郵局信箱號碼、鄉村或商業號地址)

2727 Synott #2402    Houston, TX 77082

| Mailing Address: City, State, ZIP. If mail cannot be delivered to your residence address. (Dirección postal: Ciudad, Estado y Código Postal, si no es posible entregarle correspondencia en su domicilio). (Địa Chỉ Gửi Thư: Thành Phố, Tiểu Bang, và Mã Bưu Điện. Nếu không thể chuyển thư tới địa chỉ cư ngụ của quý vị.) 郵寄地址: 市、州和郵遞區號。如果郵寄無法送遞您的居住地址。 | Gender: (Optional) (Sexo (Optativo)) Giới tính:(Không bắt buộc) 性別: (可填寫不填) Male ☑ Female ☐ (Hombre)(Nam)(男) (Mujer)(Nữ)(女) | Date of Birth: Month, Day, Year (Fecha de nacimiento: mes, día, año)(Ngày tháng năm sanh: Tháng, Ngày, Năm) 出生日期: 月・日・年 11 / 06 / 1932 |
|---|---|---|

| Check appropriate box: Marque el cuadro apropiado: Đánh dấu vào ô thích hợp 在適當方格內打勾: **ARE YOU A UNITED STATES CITIZEN?** (¿SOY CIUDADANO/A DE LOS ESTADOS UNIDOS?) (QUÝ VỊ CÓ PHẢI LÀ CÔNG DÂN HOA KỲ KHÔNG?) 您是美國公民嗎? ☑ Yes ☐ No (Sí)(Có)(是) (No)(Không)(否) | TX Driver's License No. or Personal I.D. No. (Issued by TX DPS) Número de su licencia de conducir de Texas o de su Cédula de Identidad expedida por el Departamento de Seguridad Publica de Texas: Số Bằng Lái Xe của tiểu bang Texas hoặc số ID cá nhân (do Bộ An Toàn Lao Động tiểu bang Texas c | Social Security No. (last 4 digits required if you do not have a driver's license or I.D. number) Número de Seguro Social: (los 4 últimos dígitos son requeridos si no tiene licencia de conducir o número de su seguro social) Số An Sinh Xã Hội (4 số cuối của số An Sinh Xã Hội cần phải có nếu quý vị không có số Bằng lái xe hoặc số ID cá nhân) 社會安全號碼 (如果您沒有駕駛執照或個人身份證號碼,需填寫社會安全號碼最後四位數) |
|---|---|---|
| | ☐ I have not been issued a TX driver's license/personal identification number or Social Security Number. (No me han expedido una licencia de conducir de Texas/Cédula de identidad personal de Texas ni un Número de Seguro Social) (Tôi chưa hề được cấp bằng lái xe của Texas/số ID cá nhân hoặc số An Sinh Xã Hội.) 我沒有下 發給我駕駛執照號碼/個人身份證號碼或社會安全號碼。 | Signature of Voter: (Firma del Votante) (Chữ Ký của Cử tri) (選民簽名) X Leonard Meyer |

## TO BE COMPLETED BY THE ELECTION JUDGE

| Date of Election Fecha de la Elección Ngày Bầu Cử 選舉日期 | Precinct No. where voted 1496 Núm. de Precinto-lugar de votación/Phân Khu nơi đã Bầu Cử Số/選區編號. 投票地點 Precinct No. where registered 0765 Núm. de Precinto-inscrito para votar/Phân Khu nơi đã ghi danh số/選區編號. 登記地點 | Home PCT | County Clerk Use ONLY | PCT |
|---|---|---|---|---|
| | | SRD | 149G | 0765 |
| | | CERT/VUID | Voter Registrar Use ONLY | PCT |
| Type of Election Tipo de Elección Hình Thức Bầu Cử 選舉類型 | Authority Conducting Election Autoridad Administrando la Elección Cơ Quan Thẩm Quyền Tiến Hành Bầu Cử 主持選舉機構 | 52356219 | | 0510 |

## TO BE COMPLETED BY THE COUNTY VOTER REGISTRAR FOR STATUS:

I, the voter registrar/deputy registrar, did research the records of my office and the following conclusion(s) was made:

**BALLOT CODE:** 20122736

(Write in the Ballot Code, it is found on the Provisional Ballot Stub above the voter's signature area. The Provisional Ballot Stub is generated from the JBC.)

*FOR VOTERS WHO DID NOT PRESENT ACCEPTABLE PHOTO IDENTIFICATION AT THE POLLING PLACE*

1. ____ Voter presented acceptable form of identification within 6 days of election day.

2. ____ Voter met disability exemption within 6 days of election day.

3. ____ Voter executed religious objection affidavit within 6 days of election day.

4. ____ Voter executed natural disaster affidavit within 6 days of election day.

5. ✓ Voter did not satisfy identification or affidavit requirements, listed in categories 1-4 above, within 6 days of election day.

*FOR VOTERS WHO VOTED PROVISIONALLY FOR OTHER REASONS*

6. ____ Not a registered voter or registration not effective in time for this election.

7. ____ Registered to vote, erroneously listed in wrong precinct.

8. ____ Registered to vote in a different precinct within the county.

## VOTER PRESENTED ACCEPTABLE FORM OF IDENTIFICATION

☐ YES    ☒ NO

1. ☒ Failed to present acceptable form of identification or voter certificate with exemption.

2. ____ Voter not on list of registered voters.

3. ____ Voter not on list, registered in another precinct.

4. ____ Voter on list of people who voted early by mail, and voter has not cancelled mail ballot application.

5. ____ Voting after 7:00 P.M. due to court order.

9. ____ Information on file indicating applicant completed voter registration



310498039

**Affidavit of Provisional Voter**

Provisional

FEELEY, JARED DANIEL
409 COMMERCE ST
TOMBALL, TX 77375
DOB: 09/28/1994
BS: 53-R

Declaración Jurada de Votante Provisional / Bản Chứng Thệ Của Cử Tri T

TO BE COMPLETED BY VOTER: I am a registered voter of this political subdivision and in the precinct in which I'm attempting to vote and have not alread this political subdivision, have not been finally convicted of a felony or if a felon, I have completed all of my punishment including any term of incarceration, pa ot been determined by a final judgment of a court exercising probate jurisdiction to be totally mentally incapacitated or partially mentally incapacitated without a misdemeanor, and I understand that it is a felony of the 2nd degree to vote in an election for which I know I am not eligible.

(PARA QUE EL VOTANTE LO LLENE: Estoy inscrito como votante en esta subdivisión política y en el precinto en cual estoy intentando a votar y aún no he votado en esta elección (en persona o por correo). Soy residente de esta subdivisión política, no he sido definitivamente declarado culpable de un delito grave o si soy el autor de un delito grave, he cumplido toda mi condena incluyendo el período de encarcelamiento, la libertad condicional, la libertad supervisada, la libertad vigilada, o he sido indultado. No me han determinado por un juicio final de una corte de la legalización de un testamento, ser totalmente incapacitado mentalmente o parcialmente incapacitado sin el derecho de votar. Entiendo que dar información falsa bajo juramento es un delito menor y también entiendo que es un delito grave de 2do grado votar en una elección sabiendo que no cumplo con los requisitos necesarios.) (DƯỢC HOÀN TẤT BỞI CỬ TRI: Tôi là cử tri đã ghi danh bỏ phiếu tại phân khu chính trị này và tại phương này và trong phân khu mà tôi cố ý định bỏ phiếu và chưa bỏ phiếu trong cuộc bầu cử này (kế cả đích thân bỏ phiếu hay bỏ phiếu bằng thư). Tôi cư ngụ tại phân khu chính trị địa phương này, tôi hoàn toàn không bị kết trọng tôi hoặc nếu là người phạm trọng tôi, tôi đã hoàn thành bản may hình phạt, bao gồm thời hạn tù, án treo, quản chế, thời kỳ thử thách, hoặc đã được tha. Phân quyết cuối cùng của tòa án không tuyên bố rằng tôi là người mất hoàn toàn năng lực về mặt tâm thần hay mất một phần năng lực về mặt tâm thần mà không có quyền được bỏ phiếu. Tôi hiểu rằng khai man lời tuyên thệ là bị phạm khinh tội, và tôi hiểu rằng cho bỏ phiếu một cuộc bầu cử mà tôi biết là mình không hội đủ điều kiện, sẽ bị coi là phạm trọng tội cấp đô 2.) cũ điều tiếng. 本人不准許其他人代為投票。本人於投票登記後進出不實資料為輕罪,並了解在明知自己不予符合資格的情況下在選舉中投票為二級重罪。

| Last Name (Apellido) (Họ) (姓) | First Name (Nombre) (Tên) (名) | Middle Name (if any) (Segundo nombre (si tiene) Tên đệm (nếu có) 中間名 (若有) | Former Name (Nombre anterior) (Tên cũ) (曾用名) |
|---|---|---|---|
| FEELEY | JARED | DANIEL | |

| Residence Address: Street Address and Apartment Number, City, State, and ZIP. If none, describe where you live (Do not include PO Box, Rural Rt. or business address) (Domicilio: calle y número de apartamento, Ciudad, Estado, y Código Postal. A falta de estos datos, describa la localidad de su residencia. (No incluya el apartado de correos, camino rural, ni dirección comercial)) (Địa chỉ cư trú: Số nhà, Đường và Số Phòng, Thành Phố, Tiểu Bang, và Mã Bưu Điện. Nếu không có, xin diễn tả nơi quý vị cư ngụ (Không được để địa chỉ Hộp Thư, Địa Chỉ Đường Làng hoặc Địa Chỉ Thương Mại) 居住地址: 街名地址和公寓號、市、州和郵寄區號。如沒有有, 請詳細說明居住地點 (勿勿用郵局信箱號碼、郊外路線名稱或商號地址) |
|---|
| 409 Commerce St Tomball TX 77375 |

| Mailing Address: City, State, and ZIP. If mail cannot be delivered to your residence address. (Dirección postal: Ciudad, Estado y Código Postal. si no es posible entregarle correspondencia en su domicilio). (Địa Chỉ Gửi Thư: Thành Phố, Tiểu Bang, và Mã Bưu Điện. Nếu không thể chuyển thư tới địa chỉ cư ngụ của quý vị.) 郵寄地址: 市、州和郵區號。如果郵寄無法送遞您的居住地址。 | Gender: (Optional) (Sexo (Optativo)) Giới tính:(Không bắt buộc) 性別: (可填寫不填) | Date of Birth: Month, Day, Year (Fecha de nacimiento: mes, día, año)(Ngày Tháng Năm Sinh: Tháng, Ngày, Năm) 出生日期: 月、日、年 |
|---|---|---|
| SAME | Male ☑ Female ☐ (Hombre)(Male) (Mujer)(Nữ)(女) | 9 / 28 / 1994 |

| Check appropriate box: Marque el cuadro apropiado. Đánh dấu vào ô thích hợp 在適當方格內劃記 | TX Driver's License No. or Personal I.D. No. (Issued by TX DPS) Número de su licencia de conducir de Texas o de su Cédula de Identidad expedida por el Departamento de Seguridad Publica de Texas). Số Bằng Lái Xe của tiểu bang Texas hoặc số ID cá nhân (do Bộ An Toàn Lao Động tiểu bang Texas | Social Security No. (last 4 digits required if you do not have a driver's license or I.D. number) Número de Seguro Social. (Si no tiene licencia de conducir ni identificación personal, se requiere los últimos 4 números de su seguro social) Số An Sinh Xã Hội (4 số cuối của số An Sinh Xã Hội cần cuối nếu quý vị không có số bằng lái xe hoặc số ID cá nhân) 社會安全號碼 (如果您沒有駕駛執照或個人身份證號碼, 請提供社安卡最後 |
|---|---|---|
| ARE YOU A UNITED STATES CITIZEN? (¿SOY CIUDADANO/A DE LOS ESTADOS UNIDOS?) (QUÝ VỊ CÓ PHẢI LÀ CÔNG DÂN HOA KỲ PHƯƠNG?) 您是美國公民嗎? ☑Yes ☐ No (Si)( Có)(是) (No)(Không)(否) | | ☐ I have not been issued a TX driver's license/ personal identification number or Social Security Number. (No me han expedido una licencia de conducir de Texas/Cédula de identidad personal de Texas ni un Número de Seguro Social.) ( Tôi chưa hề được cấp bằng lái xe của Texas/số ID cá nhân hoặc số An Sinh Xã Hội.) 我沒有 TX 駕駛執照號碼/ 個人身份證號碼或社安卡號碼。 |

Signature of Voter: (Firma del votante) (Chữ ký của cử tri) (選民簽名)

X *Jared Feeley*

**TO BE COMPLETED BY THE ELECTION JUDGE**

| Date of Election Fecha de la Elección Ngày Bầu Cử 選舉日期 | Precinct No. where voted Núm. de Precinto-lugar de votación/Phần Khu nơi đã Bầu Cử Số/選區編號. 投票地點 | 130T |
|---|---|---|
| 3 - 4 - 2014 | Precinct No. where registered Núm. de Precinto-inscrito para votar/Phần Khu nơi đã ghi danh số/選區 編號. 登記地點 | |
| Type of Election Tipo de Elección Hình Thức Bầu Cử 選舉類型 | Authority Conducting Election Administrando la Elección Cơ Quan Thẩm Quyền Tiến Hành Bầu Cử 主持選舉機構 | |
| Primary | Harris County | |

| Home PCT | County Clerk Use ONLY | PCT |
|---|---|---|
| | SRD 130 T | 0529 |
| CERT/VUID | Voter Registrar Use ONLY | PCT |
| 70419510 | | 0529 |

**TO BE COMPLETED BY THE COUNTY VOTER REGISTRAR FOR STATUS:**

I, the voter registrar/deputy registrar, did research the records of my office and the following conclusion(s) was made:

**FOR VOTERS WHO DID NOT PRESENT ACCEPTABLE PHOTO IDENTIFICATION AT THE POLLING PLACE**

1. _____ Voter presented acceptable form of identification within 6 days of election day.

2. _____ Voter met disability exemption within 6 days of election day.

3. _____ Voter executed religious objection affidavit within 6 days of election day.

4. _____ Voter executed natural disaster affidavit within 6 days of election day.

5. ✓ Voter did not satisfy identification or affidavit requirements, listed in categories 1-4 above, within 6 days of election day.

**FOR VOTERS WHO VOTED PROVISIONALLY FOR OTHER REASONS**

6. _____ Not a registered voter or registration not effective in time for this election.

7. _____ Registered to vote, erroneously listed in wrong precinct.

8. _____ Registered to vote in a different precinct within the county.

9. _____ Information on file indicating applicant completed a voter registration

---

**BALLOT CODE:** 17110859

(Write in the Ballot Code, it is found on the Provisional Ballot Stub above the voter's signature area. The Provisional Ballot Stub is generated from the JBC.)

**VOTER PRESENTED ACCEPTABLE FORM OF IDENTIFICATION**

☐ YES ☑ NO

1. ✓ Failed to present acceptable form of identification or voter certificate with exemption.

2. _____ Voter not on list of registered voters.

3. _____ Voter not on list, registered in another precinct.

4. _____ Voter on list of people who voted early by mail, and voter has not cancelled mail ballot application.

5. _____ Voting after 7:00 P.M. due to court order.



310615000

# Affidavit of Provisional Voter

Declaración Jurada de Votante Provisional / Bản Chứng Thệ Của Cử Tri Tạm Thời / 臨時選民具結書

TO BE COMPLETED BY VOTER: I am a registered voter of this political subdivision and in the precinct in which I'm attempting to vote and have not already voted in this election (either in person or by mail). I am a resident of this political subdivision, have not been finally convicted of a felony or if a felon, I have completed all of my punishment including any term of incarceration, parole, supervision, period of probation, or I have been pardoned. I have ~~not~~ been determined by a final judgment of a court exercising probate jurisdiction to be totally mentally incapacitated or partially mentally incapacitated without the right to vote, I understand that giving false information under oath is a misdemeanor, and I understand that it is a felony of the 2nd degree to vote in an election for which I know I am not eligible.

(PARA QUE EL VOTANTE LO LLENE: Estoy inscrito en esta subdivisión política, en el distrito electoral. [partially obscured bilingual text]

| | | Provisional |
|---|---|---|
| SRD 128C CROSBY | | BERRY, DEANNA ELIAS |
| Republican Party | | 3338 LAKE SHADOWS DR |
| Primary Election | | CROSBY, TX 77532 |
| March 4, 2014 | | DOB: 02/22/1957 |
| | | BS: 124-R |

**Last Name (Apellido) (Họ) (姓)**
Berry

**First Name (Nombre) (Tên) (名)**
Deanna

**Middle Name (if any) (Segundo nombre (si tiene) Tên đệm (nếu có) 中間名)**
Elias

**Former Name (Nombre anterior) (Tên cũ) (曾用名)**

**Residence Address:** Street Address and Apartment Number, City, State, and ZIP. If none, describe where you live (Do not include PO Box, Rural Rt. or business address) (Domicilio: calle y número de apartamento, Ciudad, Estado, y Código Postal...)
3338 Lake Shadows

**Mailing Address:** City, State, and ZIP. If mail cannot be delivered to your residence address. (Dirección postal: Ciudad, Estado y Código Postal...)
Crosby TX 77532

**Gender:** (Optional) (Sexo (Optativo) Giới tính:(Không bắt buộc 性別: (可填寫不填)
Male ☐   Female ☒

**Date of Birth:** Month, Day, Year (Fecha de nacimiento: mes, día, año)(Ngày tháng năm sanh: Tháng, Ngày, Năm) 出生日期:月,日,年
02,22,1957

**Check appropriate box:** Marque el cuadro apropiado: Đánh dấu vào ô thích hợp trong đúng bản tương ứng.

ARE YOU A UNITED STATES CITIZEN?
(¿SOY CIUDADANO/A DE LOS ESTADOS UNIDOS?) (QUÝ VỊ CÓ PHẢI LÀ CÔNG DÂN HOA KỲ KHÔNG?) 您是美國公民嗎?

☒ Yes   ☐ No
(Sí)( Có)(是)   (No)(Không)(否)

**TX Driver's License No. or Personal I.D. No.** (Issued by TX DPS) Número de su licencia de conducir de Texas o de su Cédula de Identidad expedida por el Departamento de Seguridad Pública de Texas)...

☐ I have not been issued a TX driver's license/ personal identification number or Social Security Number. (No me han expedido una licencia de conducir de Texas/Cedula de identidad personal de Texas ni un Número de Seguro Social.)...

**Social Security No.** (last 4 digits required if you do not have a driver's license or I.D. number) Número de su seguro social) Số An Sinh Xã Hội...

**Signature of Voter:** (Firma del votante / Chữ ký của cử tri)(選民簽名)
X Deanna

## TO BE COMPLETED BY THE ELECTION JUDGE

**Date of Election** Fecha de la Elección Ngày Bầu Cử 選舉日期
03/04/14

**Precinct No. where voted**
Núm. de Precinto-lugar de votación/Phần Khu nơi đã Bầu Cử Số/選區編號. 投票地點
(128C) 502

**Precinct No. where registered**
Núm. de Precinto-inscrito para votar/Phần Khu nơi đã ghi danh số/選區編號. 登記地點
604

**Type of Election** Tipo de Elección Hình Thức Bầu Cử 選舉類型
Primary

**Authority Conducting Election** Autoridad Administrando la Elección Cơ Quan Thẩm Quyền Tiến Hành Bầu Cử 主持選舉機構

**Home PCT**
SRD 128C

**County Clerk Use ONLY**

**PCT**
0604

**CERT/VUID**
17320573

**Voter Registrar Use ONLY**

**PCT**
0604

### TO BE COMPLETED BY THE COUNTY VOTER REGISTRAR FOR STATUS:

I, the voter registrar/deputy registrar, did research the records of my office and the following conclusion(s) was made:

#### FOR VOTERS WHO DID NOT PRESENT ACCEPTABLE PHOTO IDENTIFICATION AT THE POLLING PLACE

1. _____ Voter presented acceptable form of identification within 6 days of election day.
2. _____ Voter met disability exemption within 6 days of election day.
3. _____ Voter executed religious objection affidavit within 6 days of election day.
4. _____ Voter executed natural disaster affidavit within 6 days of election day.
5. ✓ Voter did not satisfy identification or affidavit requirements, listed in categories 1-4 above, within 6 days of election day.

#### FOR VOTERS WHO VOTED PROVISIONALLY FOR OTHER REASONS

6. _____ Not a registered voter or registration not effective in time for this election.
7. _____ Registered to vote, erroneously listed in wrong precinct.
8. _____ Registered to vote in a different precinct within the county.
9. _____ Information on file indicating applicant completed a voter registration

**BALLOT CODE:** 16196582

(Write in the Ballot Code, it is found on the Provisional Ballot Stub above the voter's signature area. The Provisional Ballot Stub is generated from the JBC.)

### VOTER PRESENTED ACCEPTABLE FORM OF IDENTIFICATION

☐ YES   ☒ NO

1. _____ Failed to present acceptable form of identification or voter certificate with exemption.
2. _____ Voter not on list of registered voters.
3. _____ Voter not on list, registered in another precinct.
4. _____ Voter on list of people who voted early by mail, and voter has not cancelled mail ballot application.
5. _____ Voting after 7:00 P.M. due to court order.



# Affidavit of Provisional Voter

**Provisional**

Declaración Jurada de Votante Provisional / Bản Chứng Thệ Của Cử Tri Tạm

310678503

CUNNINGHAM, MARY GAYLE
1730 PALMETTO LN
KINGWOOD, TX 77339
DOB: 11/08/1936
BS: 64-R

**TO BE COMPLETED BY VOTER:** I am a registered voter of this political subdivision and in the precinct in which I'm attempting to vote and have not already voted in this political subdivision, have not been finally convicted of a felony or if a felony, I have completed all of my punishment including any term of incarceration, parole, supervision, period of probation, or been determined by a final judgment of a court exercising probate jurisdiction to be totally mentally incapacitated or partially mentally incapacitated without the right to vote, and I understand that it is a felony of the 2nd degree to vote in an election for which I know I am not eligible.

| Last Name (Apellido) (Họ) (姓) | First Name (Nombre) (Tên) (名) | Middle Name (if any) (Segundo nombre (si tiene) Tên đệm (nếu có) 中間名 (若有) | Former Name (Nombre anterior) (Tên cũ) (曾用名) |
|---|---|---|---|
| Cunningham | Mary | Gayle | |

**Residence Address:** 1730 Palmetto Ln Kingwood Tx 77339

**Mailing Address:** Same

**Gender:** Male ☐ Female ☑

**Date of Birth:** 11/08/1936

**ARE YOU A UNITED STATES CITIZEN?** ☑ Yes ☐ No

☐ I have not been issued a TX driver's license/ personal identification number or Social Security Number.

Signature of Voter: X Mary Gayle Cunningham

## TO BE COMPLETED BY THE ELECTION JUDGE

**Date of Election:** Primary (Republican)

**Precinct No. where voted:** 127K

**Precinct No. where registered:** 0199

**County Clerk Use ONLY** SPD 127K   PCT 0199

**Voter Registrar Use ONLY** 4069926   PCT 0199

**BALLOT CODE:** 23076529

## VOTER PRESENTED ACCEPTABLE FORM OF IDENTIFICATION

☐ YES  ☑ NO Current Photo ID

1. ___ Failed to present acceptable form of identification or voter certificate with exemption.
2. ___ Voter not on list of registered voters.
3. ___ Voter not on list, registered in another precinct.
4. ___ Voter on list of people who voted early by mail, and voter has not cancelled mail ballot application.
5. ___ Voting after 7:00 P.M. due to court order.

## TO BE COMPLETED BY THE COUNTY VOTER REGISTRAR FOR STATUS:

I, the voter registrar/deputy registrar, did research the records of my office and the following conclusion(s) was made:

### FOR VOTERS WHO DID NOT PRESENT ACCEPTABLE PHOTO IDENTIFICATION AT THE POLLING PLACE

1. ___ Voter presented acceptable form of identification within 6 days of election day.
2. ___ Voter met disability exemption within 6 days of election day.
3. ___ Voter executed religious objection affidavit within 6 days of election day.
4. ___ Voter executed natural disaster affidavit within 6 days of election day.
5. ✓ Voter did not satisfy identification or affidavit requirements, listed in categories 1-4 above, within 6 days of election day.

### FOR VOTERS WHO VOTED PROVISIONALLY FOR OTHER REASONS

6. ___ Not a registered voter or registration not effective in time for this election.
7. ___ Registered to vote, erroneously listed in wrong precinct.
8. ___ Registered to vote in a different precinct within the county.
9. ___ Information on file indicating applicant completed a voter registration

## Affidavit of Provisional Voter
### Declaración Jurada de Votante Provisional / Bản Chứng Thệ Của Cử Tri Tạm Thời / 臨時選民具結書

310719120

**TO BE COMPLETED BY VOTER:** I am a registered voter of this political subdivision and in the precinct in which I'm attempt this political subdivision, have not been finally convicted of a felony or if a felon, I have completed all of my punishment includi ot been determined by a final judgment of a court exercising probate jurisdiction to be totally mentally incapacitated or partially a misdemeanor, and I understand that it is a felony of the 2nd degree to vote in an election for which I know I am not eligible.

*(PARA QUE EL VOTANTE LO LLENE:* Estoy inscrito como votante en esta subdivisión política y en el precinto en cual está esta subdivisión política, no he sido definitivamente declarado culpable de un delito grave o si soy el autor de un delito grave, he supervisada, la libertad vigilada, o he sido indultado. No me han determinado por un juicio final de una corte de la legalización de votar. Entiendo que por información falsa bajo juramento en un delito menor y también entiendo que es un delito grave de 2do gr BỞI CỬ TRI: Tôi là cử tri đã ghi danh bỏ phiếu tại phân khu chính trị địa phương này và trong phân khu mà tôi có ý định bỏ ph nguy tại phân khu chính trị địa phương này, tôi hoàn toàn không bị kết trọng tội hoặc nếu là người phạm trọng tội, tôi đã hoàn thành. quyết cuối cùng của tòa án không tuyên bố rằng tôi là người mất hoàn toàn năng lực về mặt tâm thần hay mất một phần năng lực về tài để tôi có quyền được bỏ phiếu. Tôi hiểu rằng khai man khi tuyên thệ tội lại phạm khinh tội, và tôi hiểu rằng nếu bỏ phiếu trong một cuộc bầu cử mà tôi biết là mình không hội đủ điều kiện, tôi sẽ bị coi là phạm trọng tội cấp độ 2.) 由選民填寫：本人為此政治轄區內之合法選民，本人有登錄且尚未正式決議罪中投票（假自犯罪的 投票）。本人為此政治轄區之民民，沒以罪犯有罪或最終確定罪。如有因為或意期欺騙罪或之判罪或判監或緩刑或監視完全或部分因 失能力而無權投票權。本人明瞭宣誓做假證供法律是輕罪。並了解在對在已不符合資格的情況下之選舉中投票為二級重罪。

**Provisional**

GEORGE, ASHLEY MARIE
21 PINEDALE ST 3
HOUSTON, TX 77006
DOB: 07/13/1988
BS: 19-R

r by mail), I am a resident of I have been pardoned. I have false information under oath

or razon). Soy residente de ertad condicional, la libertad incapacitado sin el derecho de sarios.) *(DUỘC HOÀN TẤT* r bỏ phiếu bằng thư). Tôi cư chích, hoặc đã được tha. Phân

| Last Name (Apellido) (Họ) (姓) | First Name (Nombre) (Tên) (名) | Middle Name (if any) (Segundo nombre (si tiene) Tên đệm (nếu có) 中間名 (若有) | Former Name (Nombre anterior) (Tên cũ) (曾用名) |
|---|---|---|---|
| George | Ashley | Marie | |

**Residence Address:** Street Address and Apartment Number, City, State, and ZIP. If none, describe where you live (Do not include PO Box, Rural Rt. or business address) (Domicilio: calle y número de apartamento, Ciudad, Estado, y Código Postal. A falta de estos datos, describa la localidad de su residencia. No incluya el apartado de correos, camino rural, ni dirección comercial.) (Địa chỉ cư trú: Tên đường và số Phòng, Thành Phố, Tiểu Bang, và Mã Bưu Điện. Nếu không có, xin diễn tả nơi quý vị cư ngụ (Không được để địa chỉ Hộp Thư, Địa Chỉ Đường Làng hoặc Địa Chỉ Thương Mại) ) 居住地址：街名和地方公寓號，市，州和郵寄區號，如果沒有，請詳細說明居住地點（請勿用郵局信箱號碼，鄉外縣村或商業地址）

21 Pinedale    Apt #3    Houston    TX    77006

| Mailing Address: City, State, and ZIP. If mail cannot be delivered to your residence address. (Dirección postal: Ciudad, Estado y Código Postal, si no es posible entregarle correspondencia en su domicilio). (Địa Chỉ Gửi Thư: Thành Phố, Tiểu Bang, và Mã Bưu Điện. Nếu không thể chuyển thư tới địa chỉ cư ngụ của quý vi.) 郵寄地址：市，州和郵通區號。如果郵寄無法送達您的居住地址。 | Gender: (Optional) (Sexo (Optativo) Giới tính:(Không bắt buộc 性別：(可成家不填) | Date of Birth: Month, Day, Year (Fecha de nacimiento: mes, día, año)(Ngày tháng năm sinh: Tháng, Ngày, Năm) 出生日期：月，日，年 |
|---|---|---|
| | Male ☐    Female ☒ (Hombre)(Nam)(男)    (Mujer)( Nữ)(女) | 07/13/1988 |

| Check appropriate box: Marque el cuadro apropiado: Đánh dấu vào ô thích hợp 在適當方格內劃勾: ARE YOU A UNITED STATES CITIZEN? (¿SOY CIUDADANO/A DE LOS ESTADOS UNIDOS?) (QUÝ VỊ CÓ PHẢI LÀ CÔNG DÂN HOA KỲ KHÔNG?? 您是美國公民嗎？ ☒Yes ☐ No (Sí)( Có)(是) (No)(Không)(否) | TX Driver's License No. or Personal I.D. No. (Issued by TX DPS) Número de su licencia de conducir de Texas o de su Cédula de Identidad expedida por el Departamento de Seguridad Publica de Texas. Số Bằng Lái Xe của tiểu bang Texas hoặc số ID cá nhân (do Bộ An Toàn Lao Động tiểu bang Texas 德州駕駛執照號碼或 個人身份證號碼或社會安全號碼。 ☒ I have not been issued a TX driver's license/ personal identification number or Social Security Number. (No me han expedido una licencia de conducir de Texas/Cédula de identidad personal de Texas ni un Número de Seguro Social.) (Tôi chưa hề được cấp bằng lái xe của Texas/số ID cá nhân hoặc số An Sinh Xã Hội.) 我沒有 TX 駕駛執照號碼/ | Social Security No. (last 4 digits required if you do not have a driver's license or I.D. number) Número de Seguro Social. (Si no tiene licencia de conducir ni identificación personal, se requieren los últimos 4 números de su seguro social) Số An Sinh Xã Hội (4 số cuối của số An Sinh Xã Hội cần phải có nếu quý vị không có số bằng lái xe hoặc số ID cá nhân) 社會安全號碼（如果你沒有駕駛執照或個人身份證號碼，則需用社會安全最後四位數字） |
|---|---|---|
| | | Signature of voter: (Firma del votante) (Chữ ký của cử tri) (選民簽名) X [signature] |

---

### TO BE COMPLETED BY THE ELECTION JUDGE

| Date of Election *Fecha de la Elección* Ngày Bầu Cử 選舉日期 3/4/2014 | Precinct No. where voted Núm. de Precinto-lugar de votación/Phần Khu nơi đã Bầu Cử Số/選區編號 投票地點 SRD-134M-2 | Home PCT SRD 134M | County Clerk Use ONLY | PCT 0896 |
|---|---|---|---|---|
| | Precinct No. where registered Núm. de Precinto-inscrito para votar/Phần Khu nơi đã ghi danh số/選區 編號 登記地點 896 | CERT/VUID 04232333 | Voter Registrar Use ONLY | PCT 0896 |

Type of Election *Tipo de Elección* Hình Thức Bầu Cử 選舉類型

Primary

Authority Conducting Election *Autoridad Administrando la Elección* Cơ Quan Thẩm Quyền Tiến Hành Bầu Cử 主持選務機構

---

**TO BE COMPLETED BY THE COUNTY VOTER REGISTRAR FOR STATUS:**

I, the voter registrar/deputy registrar, did research the records of my office and the following conclusion(s) was made:

**FOR VOTERS WHO DID NOT PRESENT ACCEPTABLE PHOTO IDENTIFICATION AT THE POLLING PLACE**

1. _____ Voter presented acceptable form of identification within 6 days of election day.

2. _____ Voter met disability exemption within 6 days of election day.

3. _____ Voter executed religious objection affidavit within 6 days of election day.

4. _____ Voter executed natural disaster affidavit within 6 days of election day.

5. ✓ Voter did not satisfy identification or affidavit requirements, listed in categories 1-4 above, within 6 days of election day.

**FOR VOTERS WHO VOTED PROVISIONALLY FOR OTHER REASONS**

6. _____ Not a registered voter or registration not effective in time for this election.

7. _____ Registered to vote, erroneously listed in wrong precinct.

8. _____ Registered to vote in a different precinct within the county.

9. _____ Information on file indicating applicant completed a voter registration

---

# BALLOT CODE: 25029555_

(Write in the Ballot Code, it is found on the Provisional Ballot Stub above the voter's signature area. The Provisional Ballot Stub is generated from the JBC.)

## VOTER PRESENTED ACCEPTABLE FORM OF IDENTIFICATION

☐ YES    ☒ NO

1. _____ Failed to present acceptable form of identification or voter certificate with exemption.

2. _____ Voter not on list of registered voters.

3. _____ Voter not on list, registered in another precinct.

4. _____ Voter on list of people who voted early by mail, and voter has not cancelled mail ballot application.

5. _____ Voting after 7:00 P.M. due to court order.





312905005

## Affidavit of Provisional Voter
Declaración Jurada de Votante Provisional / Bản Chứng Thệ Của Cử Tri Tạm Thời / 臨時選民具結書

TO BE COMPLETED BY VOTER: I am a registered voter of this political subdivision and in the precinct in which I'm attempting to vote and have not already voted in this election (either in person or by mail). I am a resident of this political subdivision, have not been finally convicted of a felony or if a felon, I have completed all of my punishment including any term of incarceration, parole, supervision, period of probation, or I have been pardoned. I have been determined by a final judgment of a court exercising probate jurisdiction to be totally mentally incapacitated or partially mentally incapacitated without the right to vote. I understand that giving false information under oath is a misdemeanor, and I understand that it is a felony of the 2nd degree to vote in an election for which I know I am not eligible.

(PARA QUE EL VOTANTE LO LLENE: Estoy inscrito como votante en esta subdivisión política y en el precinto en cual estoy intentando a votar y aun no he votado en esta elección (en persona o por correo). Soy residente de esta subdivisión política, no he sido definitivamente declarado culpable de un delito grave o si soy el autor de un delito grave, he cumplido todo mi condena inclusive el período de encarcelamiento, la libertad condicional, la libertad supervisada, la libertad vigilada, o he sido indultado. No me han determinado por un juicio final de una corte de la legalización de un testamento, ser totalmente incapacitado mentalmente o parcialmente incapacitado sin el derecho de votar. Entiendo de que información falsa bajo juramento es un delito menor y también entiendo que es un delito grave de 2do grado votar en una elección sabiendo que no cumplo con los requisitos necesarios.) (ĐƯỢC HOÀN TẤT BỞI CỬ TRI: Tôi là cử tri đã ghi danh bỏ phiếu tại phân khu chính trị địa phương này và trong phân khu mà tôi cố ý định bỏ phiếu và chưa bỏ phiếu trong cuộc bầu cử này (kể cả đích thân bỏ phiếu hay bỏ phiếu bằng thư). Tôi cư ngụ tại phân khu chính trị địa phương này, tôi hoàn toàn không bị kết trọng tội hoặc nếu là người phạm trọng tội, tôi đã hoàn thành hết mọi hình phạt, bao gồm thời hạn tù, ân treo, quản chế, thời kỳ thử thách, hoặc đã được tha. Phần quyết cuối cùng của tòa án khâm nghiệm tuyên bố rằng tôi là người mất hoàn toàn năng lực về mặt tâm thần hay mất một phần năng lực về trí óc có quyền được bỏ phiếu. Tôi hiểu rằng khai man khi tuyên thệ là phạm khinh tội, và tôi hiểu rằng nếu bỏ phiếu trong một cuộc bầu cử mà tôi biết là mình không hội đủ điều kiện là phạm trọng tội cấp độ 2.) 本人為此具結聲明如下：本人係本政治細分之已登記選民並於本人意圖投票之選區投票且尚未在本次選舉中投票(親自或郵寄投票)。本人為此政治細分之居民，從未被最終裁斷犯重罪或如係重罪犯，本人已服完全部刑罰，包括監禁、假釋、監督、緩刑、或期間內已接受完畢或已被赦免。本人從未被遺囑驗證法庭裁終裁定認斷完全或部分喪失能力無權投票。本人明瞭宣誓提供不實資料為輕罪，並了解在明知自己不符合資格的情況下在選舉中投票為二級重罪。

| Last Name (Apellido) (Họ) (姓) | First Name (Nombre) (Tên) (名) | Middle Name (if any) (Segundo nombre (si tiene) Tên đệm (nếu có) 中間名 (若有) | Former Name (Nombre anterior) (Tên cũ) (曾用名) |
|---|---|---|---|
| Thompson - Tittus | Amy | Caroline | |

| Residence Address: Street Address and Apartment Number, City, State, and ZIP. If none, describe where you live (Do not include PO Box, Rural Rt. or business address) (Domicilio: calle y número de apartamento, Ciudad, Estado, y Código Postal. Si tal es estos datos, describa la localidad de su residencia. (No incluya el apartado de correos, camino rural, ni dirección comercial.)) (Địa chỉ cư trú: Tên đường và số Phòng, Thành Phố, Tiểu Bang, và Mã Bưu Điện. Nếu không có, xin diễn tả nơi quý vị cư ngụ (không được để địa chỉ Hộp Thư, Địa Chỉ Đường Làng hoặc Địa Chỉ Thương Mại)) 居住地址： 街名地址和公寓號、市、州和郵寄區號。如果沒有，請詳細說明居住地點（請勿明郵局信箱號碼、郵件傳遞路線或商業地址） |
|---|
| 1314 Golden St LaPorte, TX 77571 |

| Mailing Address: City, State, and ZIP. If mail cannot be delivered to your residence address. (Dirección postal: Ciudad, Estado y Código Postal, si no es posible entregarle correspondencia en su domicilio). (Địa Chỉ Gửi Thư: Thành Phố, Tiểu Bang, và Mã Bưu Điện. Nếu không thể chuyển thư tới địa chỉ cư ngụ của quý vị.) 郵寄地址：市、州和郵遞區號。如果郵寄無法送達您的居住地址。 | Gender: (Optional) (Sexo (Optativo) Giới tính:(Không bắt buộc 性別) (可填或不填) Male ☐ (Hombre)(Nam) Female ☑ (Mujer)(Nữ)(女) | Date of Birth: Month, Day, Year (Fecha de nacimiento: mes, día, año)(Ngày tháng năm sanh: Tháng, Ngày, Năm) 出生日期：月、日、年 03/27/1963 |
|---|---|---|
| Same | | |

| Check appropriate box: Marque el cuadro apropiado: Đánh dấu vào ô thích hợp 在適當方格內劃勾： ARE YOU A UNITED STATES CITIZEN? (¿SOY CIUDADANO/A DE LOS "ESTADOS UNIDOS?) (QUÝ VỊ CÓ PHẢI LÀ CÔNG DÂN HOA KỲ KHÔNG?) 您是美國公民嗎？ ☑Yes (Sí)(Có)(是) ☐No(Không)(否) | TX Driver's License No. or Personal I.D. No. (issued by TX DPS) Número de su licencia de conducir de Texas o de su Cédula de Identidad expedida por el Departamento de Seguridad Pública de Texas). Số Bằng Lái Xe của tiểu bang Texas hoặc số ID cá nhân (do Bộ An Toàn Lao Động tiểu bang Texas cấp 德州駕駛執照號碼或個人身份證號碼 (由德州公共安全部核發) ☐ I have not been issued a TX driver's license/ personal identification number or Social Security Number. (No me han expedido una licencia de conducir de Texas/Cédula de identidad personal de Texas ni un Número de Seguro Social.) (Tôi chưa hề được cấp bằng lái xe của Texas/số ID cá nhân hoặc số An Sinh Xã Hội.) 我沒有了TX駕�駛執照號碼/個人身份證號碼或社會安全號碼。 | Social Security No. (last 4 digits required if you do not have a driver's license or I.D. number) Número de Seguro Social. (Si no tiene licencia de conducir ni identificación personal, se requieren los últimos 4 números de su seguro social) Số An Sinh Xã Hội (4 số cuối của số An Sinh Xã Hội cần phải có nếu quý vị không có số bằng lái xe hoặc số ID cá nhân) 社會安全號碼 (如果您沒有駕駛執照號碼或個人身份證號碼，請提供社會安全號碼後四位) Signature of Voter: (Firma del Votante) (Chữ ký của cử tri) (選民簽名) X [signature] |
|---|---|---|

## TO BE COMPLETED BY THE ELECTION JUDGE

| Date of Election Fecha de la Elección Ngày Bầu Cử 選舉日期 03/04/2014 | Precinct No. where voted Núm. de Precinto-lugar de votación/Phân Khu nơi đã Bầu Cử Số/選區編號 投票地點 R0471 | Home PCT R0471 | County Clerk Use ONLY | PCT R0471 |
|---|---|---|---|---|
| | Precinct No. where registered Núm. de Precinto-inscrito para votar/Phân khu nơi đã ghi danh số/選區編號 登記地點 0471 | CERT/VUID 0471 - 63160018 | Voter Registrar Use ONLY | PCT |
| Type of Election Tipo de Elección Hình Thức Bầu Cử 選舉類型 PRIMARY | Authority Conducting Election Autoridad Administrando la Elección Cơ Quan Thẩm Quyền Tiến Hành Bầu Cử 主持選舉機構 REPUBLICAN PARTY | | | |

## BALLOT CODE: 171360284

(Write in the Ballot Code, it is found on the Provisional Ballot Stub above the voter's signature area. The Provisional Ballot Stub is generated from the JBC.)

### VOTER PRESENTED ACCEPTABLE FORM OF IDENTIFICATION
☐ YES   ☒ NO

1. ✓ Failed to present acceptable form of identification or voter certificate with exemption.

2. ___ Voter not on list of registered voters.

3. ___ Voter not on list, registered in another precinct.

4. ___ Voter on list of people who voted early by mail, and voter has not cancelled mail ballot application.

5. ___ Voting after 7:00 P.M. due to court order.

### TO BE COMPLETED BY THE COUNTY VOTER REGISTRAR FOR STATUS:

I, the voter registrar/deputy registrar, did research the records of my office and the following conclusion(s) was made:

**FOR VOTERS WHO DID NOT PRESENT ACCEPTABLE PHOTO IDENTIFICATION AT THE POLLING PLACE**

1. ___ Voter presented acceptable form of identification within 6 days of election day.

2. ___ Voter met disability exemption within 6 days of election day.

3. ___ Voter executed religious objection affidavit within 6 days of election day.

4. ___ Voter executed natural disaster affidavit within 6 days of election day.

5. ✓ Voter did not satisfy identification or affidavit requirements, listed in categories 1-4 above, within 6 days of election day.

**FOR VOTERS WHO VOTED PROVISIONALLY FOR OTHER REASONS**

6. ___ Not a registered voter or registration not effective in time for this election.

7. ___ Registered to vote, erroneously listed in wrong precinct.

8. ___ Registered to vote in different precinct within the county.

9. ___ Information on file indicating applicant completed a voter registration



# Affidavit of Provisional Voter

## Declaración Jurada de Votante Provisional / Bản Chứng Thệ Của Cử Tri Tạm Thời / 臨時選民具結書

TO BE COMPLETED BY VOTER: I am a registered voter of this political subdivision and in the precinct in which I'm attempting to vote and have not already voted in this election (either in person or by mail). I am a resident of this political subdivision, have not been finally convicted of a felony or if a felon, I have completed all of my punishment including any term of incarceration, parole, supervision, period of probation, or I have been pardoned. I have been determined by a final judgment of a court exercising probate jurisdiction to be totally mentally incapacitated or partially mentally incapacitated without the right to vote. I understand that giving false information under oath is a misdemeanor, and I understand that it is a felony of the 2nd degree to vote in an election for which I know I am not eligible.

(PARA QUE EL VOTANTE LO LLENE: Estoy inscrito como votante en esta subdivisión política y en el precinto en cual estoy intentando a votar y aun no he votado en esta elección (en persona o por correo). Soy residente de esta subdivisión política, no he sido definitivamente declarado culpable de un delito grave o si soy el autor de un delito grave, he cumplido toda mi condena inclusive el periodo de encarcelamiento, la libertad condicional, la libertad supervisada, la libertad vigilada, o he sido indultado. No me han determinado por un juicio final de una corte de la legalización de un testamento, ser totalmente incapacitado mentalmente o parcialmente incapacitado sin el derecho de votar. Entiendo que dar información falsa bajo juramento es un delito menor que es un delito grave de 2do grado votar en una elección sabiendo que no cumplo con los requisitos necesarios.) [ĐỰỢC HOÀN TẤT BỞI CỬ TRI: Tôi là cử tri đã ghi danh bỏ phiếu tại phân khu chính trị này và tại phương này và trong phân khu mà tôi cố ý định bỏ phiếu và chưa bỏ phiếu trong cuộc bầu cử này (kể cả đích thân bỏ phiếu hay bỏ phiếu bằng thư). Tôi cư ngụ tại phân khu chính trị địa phương này, tôi hoàn toàn không bị kết trọng tội hoặc nếu là người phạm trọng tội, tôi đã hoàn thành hết mọi hình phạt, bao gồm thời hạn tù, ân treo, quản chế, thời kỳ thử thách, hoặc đã được tha. Phán quyết cuối cùng của tòa án không có quyền tuyên bố rằng tôi là người mất hoàn toàn năng lực về mặt tâm thần hay mất một phần năng lực về mặt tâm thần hay mất mình tối luyện thể và bị phạm khinh tội, và tôi hiểu rằng nếu bỏ phiếu trong một cuộc bầu cử mà biết rõ là mình không hội đủ điều kiện, tôi sẽ bị xếp vào là tội đại hình cấp hai.] 由選民填寫:本人為這政治細分區及本試圖投票之選區已登記選民，且未有在本選舉（親身或以郵遞方式）投票。本人為此政治細分區居民，從未最後被宣告因觸犯重罪而被判罪，或因曾是觸犯重罪者，但所有刑罰，包括監禁、假釋、監管、緩刑均已經服滿或已被赦免。本人從未被經驗定有權之法院判決是完全喪失或喪失部份心智能力而無投票權。本人明瞭宣誓提供失實資料是輕罪，且本人明瞭在明知自己不符合資格的情況下在選舉中投票為二級重罪。

| Last Name (Apellido) (Họ) (姓) | First Name (Nombre) [Tên] (名) | Middle Name (if any) (Segundo nombre (si tiene) Tên đệm (nếu có) 中間名 (若有) | Former Name (Nombre anterior) [Tên cũ] (曾用名) |
|---|---|---|---|
| KINSEY | MICHAEL | DOUGLAS | |

**Residence Address:** Street Address and Apartment Number, City, State, and ZIP. If none, describe where you live (Do not include PO Box, business address) (Domicilio: calle y número de apartamento, Ciudad, Estado, y Código Postal: A falta de estos datos, describa la localidad de su residencia. (No incluya el apartado de correos, camino rural, ni dirección comercial.)) (Địa chỉ cư trú: Tên đường và số Phòng, Thành Phố, Tiểu Bang, và Mã Bưu Điện. Nếu không có, xin diễn tả nơi quý vị cư ngụ (Không được gửi Địa chỉ Hộp Thư, Địa Chỉ Chương Mại)) 居住地址：街道地名公寓號、市、州和郵寄區域。如果沒有，請註明您居住地址（請勿用郵局箱箱號碼、鄉郊路線或商業機構地址）

3109 BROOKDALE CT, DEER PARK, TX 77536

| Mailing Address: City, State, and ZIP. If mail cannot be delivered to your residence address. (Dirección postal: Ciudad, Estado y Código Postal, si no es posible entregarle correspondencia en su domicilio). (Địa Chỉ Gửi Thư: Thành Phố, Tiểu Bang, và Mã Bưu Điện. Nếu không thể chuyển thư tới địa chỉ cư ngụ của quý vị.) 郵寄地址：市、州和郵區域號。如果郵寄無法送達您的居住地址。 | Gender: (Optional) (Sexo (Optativo) Giới tính:(Không bắt buộc 性別：（可填寫不填） | Date of Birth: Month, Day, Year (Fecha de nacimiento: mes, día, año)(Ngày tháng năm sanh: Tháng, Ngày, Năm) 出生日期：月・日・年 |
|---|---|---|
| SAME | Male ☑  Female ☐  (Hombre)(Nam)(男) (Mujer)( Nữ)(女) | 05 23 1956 |

| Check appropriate box: Marque el cuadro apropiado: Đánh dấu vào ô thích hợp 在適當方格內劃勾： | TX Driver's License No. or Personal I.D. No. (Issued by TX DPS) Número de su licencia de conducir de Texas o de su Cédula de Identidad expedida por el Departamento de Seguridad Publica de Texas)  Số Bằng Lái Xe của tiểu bang Texas hoặc số ID cá nhân (do Bộ An Toàn Lao Động tiểu bang Texas c | Social Security No. (last 4 digits required if you do not have a driver's license or I.D. number)  Número de Seguro Social. (Si no tiene licencia de conducir ni identificación personal, se requiere los últimos 4 números de su seguro social)  Số An Sinh Xã Hội (4 số cuối của số An Sinh Xã Hội cần phải có nếu quý vị không có số bằng lái xe hoặc số ID cá nhân)  社會安全號碼（如果您沒有駕駛執照號碼或身份證號碼，請提供身份安全號碼 |
|---|---|---|
| ARE YOU A UNITED STATES CITIZEN? (¿SOY CIUDADANO/A DE LOS ESTADOS UNIDOS?) (QUÝ VỊ Ó PHẢI LA CÔNG DÂN HOA .Ý KHÔNG?) 您是美國公民嗎？ ☑ Yes (Sí)( Có)(是)  ☐ No (No)(Không)(否) | ☐ I have not been issued a TX driver's license/ personal identification number or Social Security Number. (No me han expedido una licencia de conducir de Texas/Cédula de identidad personal de Texas ni un Número de Seguro Social.) (Tôi chưa hề được cấp bằng lái xe của Texas/số ID cá nhân hoặc số An Sinh Xã Hội.) 我沒有 TX 駕駛執照號碼或身份證號碼，請提供個人身份證號碼或社會安全號碼。 | Signature of Voter: (Firma del Votante) (Chữ ký của cử tri 選民簽名)  [signature] |

| TO BE COMPLETED BY THE ELECTION JUDGE | | |
|---|---|---|
| Date of Election Fecha de la Elección Ngày Bầu Cử 選舉日期  3/4/2014 | Precinct No. where voted  470  Núm. de Precinto-lugar de votación/Phân Khu nơi đã Bầu Cử Số/選區編號. 投票地點 | |
| | Precinct No. where registered  470  Núm. de Precinto-inscrito para votar/Phân Khu nơi đã ghi danh số/選區編號. 登記地點 | |
| Type of Election Tipo de Elección Hình Thức Bầu Cử 選舉類型  PRIMARY | Authority Conducting Election Autoridad Administrando la Elección Cơ Quan Thẩm Quyền Tiến Hành Bầu Cử 主持選舉機構  HARRIS COUNTY | |

| | | |
|---|---|---|
| Home PCT  R0470 | County Clerk Use ONLY | PCT  R 0470 |
| CERT/VUID  1350090S | Voter Registrar Use ONLY | PCT  0470 |

BALLOT CODE: 16837/620

(Write in the Ballot Code, it is found on the Provisional Ballot Stub above the voter's signature area. The Provisional Ballot Stub is generated from the JBC.)

### VOTER PRESENTED ACCEPTABLE FORM OF IDENTIFICATION

☐ YES   ☑ NO

1. ____ Failed to present acceptable form of identification or voter certificate with exemption.

2. ____ Voter not on list of registered voters.

3. ____ Voter not on list, registered in another precinct.

4. ____ Voter on list of people who voted early by mail, and voter has not cancelled mail ballot application.

5. ____ Voting after 7:00 P.M. due to court order.

### TO BE COMPLETED BY THE COUNTY VOTER REGISTRAR FOR STATUS:

I, the voter registrar/deputy registrar, did research the records of my office and the following conclusion(s) was made:

**FOR VOTERS WHO DID NOT PRESENT ACCEPTABLE PHOTO IDENTIFICATION AT THE POLLING PLACE**

1. ____ Voter presented acceptable form of identification within 6 days of election day.

2. ____ Voter met disability exemption within 6 days of election day.

3. ____ Voter executed religious objection affidavit within 6 days of election day.

4. ____ Voter executed natural disaster affidavit within 6 days of election day.

5. ✓ Voter did not satisfy identification or affidavit requirements, listed in categories 1-4 above, within 6 days of election day.

**FOR VOTERS WHO VOTED PROVISIONALLY FOR OTHER REASONS**

6. ____ Not a registered voter or registration not effective in time for this election.

7. ____ Registered to vote, erroneously listed in wrong precinct.

8. ____ Registered to vote in a different precinct within the county.

9. ____ Information on file indicating applicant completed a voter registration



312960025

## Affidavit of Provisional Voter

### Declaración Jurada de Votante Provisional / Bản Chứng Thệ Của Cử Tri Tạm Thời / 臨時選民具結書

TO BE COMPLETED BY VOTER: I am a registered voter of this political subdivision and in the precinct in which I'm attempting to vote and have not already voted in this election (either in person or by mail). I am a resident of this political subdivision, have not been finally convicted of a felony or if a felon, I have completed all of my punishment including any term of incarceration, parole, supervision, period of probation, or I have been pardoned. I have not been determined by a final judgment of a court exercising probate jurisdiction to be totally mentally incapacitated or partially mentally incapacitated without the right to vote. I understand that giving false information under oath a misdemeanor, and I understand that it is a felony of the 2nd degree to vote in an election for which I know I am not eligible.

(PARA QUE EL VOTANTE LO LLENE: Estoy inscrito como votante en esta subdivisión política y en el precinto en cual estoy intentando a votar y aun no he votado en esta elección (en persona o por correo). Soy residente de esta subdivisión política, no he sido definitivamente declarado culpable de un delito grave o si soy el autor de un delito grave, he cumplido toda mi condena inclusive el periodo de encarcelamiento, la libertad condicional, la libertad supervisada, la libertad vigilada, o he sido indultado. No me han determinado por un juicio final de una corte de la legalización de un testamento, ser totalmente incapacitado mentalmente o parcialmente incapacitado sin el derecho de votar. Entiendo que dar información falsa bajo juramento es un delito menor y también entiendo que es un delito grave de 2do grado votar en una elección sabiendo que no cumplo con los requisitos necesarios.) (ĐƯỢC HOÀN TẤT BỞI CỬ TRI: Tôi là cử tri đã ghi danh bỏ phiếu tại phần khu chính trị địa phương này và trong phần khu mà tôi cố ý định bỏ phiếu và chưa bỏ phiếu trong cuộc bầu cử này (kể cả đích thân bỏ phiếu hay bỏ phiếu bằng thư). Tôi cư ngụ tại phần khu chính trị địa phương này, từ hoàn toàn không bị kết trọng tội hoặc nếu là người phạm trọng tội, tôi đã hoàn thành hết mọi hình phạt, bao gồm thời hạn tù, án treo, quản chế, thời kỳ thử thách, hoặc đã được tha. Phần quyết cuối cùng của tòa án khảo thủ tục di chúc xác nhận rằng tôi về mặt tâm thần toàn năng lực vế tôi thì tôi có quyền được bỏ phiếu. Tôi hiểu rằng khai man khi tuyên thề sẽ bị phạm khinh tội, và tôi hiểu rằng nếu bỏ phiếu trong cuộc bầu cử mà tôi biết rõ là tôi không hội đủ điều kiện thì là phạm trọng tội của cấp bậc nhì, là một đại hình tội.) (選民必須填寫：本人為登記合格選民於之此政治區，本人有意嘗試投票之分區內並無投票(無論親身投票或郵寄投票)，本人為此政治區之居民，並無被判重罪，或因觸犯刑責已接受完畢或已被赦免。本人從未被裁判總法庭鑑於裁定因精神失或部分精神失能力而喪失權利。本人瞭解宣誓後提供虚假資訊為輕罪，並了解在明知自己不符合資格的情況下在選舉中投票為二級重罪。

| Last Name (Apellido) (Họ) (姓) | First Name (Nombre) (Tên) (名) | Middle Name (if any) (Segundo nombre (si tiene) Tên đệm (nếu có) 中間名 (若有) | Former Name (Nombre anterior) (Tên cũ) (曾用名) |
|---|---|---|---|
| GODRE | ☒ NICHOLAS | JAMES | |

Residence Address: Street Address and Apartment Number, City, State, and ZIP. If none, describe where you live (Do not include PO Box, Rural Rt, or business address) (Domicilio: calle y número de apartamento, Ciudad, Estado, y Código Postal. A falta de estos datos, describa la localidad de su residencia. (No incluya el apartado de correos, camino rural, ni dirección comercial.) (Địa chỉ cư trú: Tên đường và số Phòng, Thành Phố, Tiểu Bang, và Mã Bưu Điện. Nếu không có, xin diễn tả nơi quý vị cư ngụ (Không được để địa chỉ Hộp Thư, Địa Chỉ Đường Làng hoặc Địa Chỉ Thương Mại) 居住地址：街名地址和公寓號、市、州和郵寄區號。如果沒有，請詳細說明居住地點 (請勿用郵局信箱號碼、郊外務線或商業地址)

3507    INDIAN FOREST DR          SPRING TX   77373

| Mailing Address: City, State, and ZIP. If mail cannot be delivered to your residence address. (Dirección postal: Ciudad, Estado y Código Postal, si no es posible entregarle correspondencia en su domicilio). (Địa Chỉ Gửi Thư: Thành Phố, Tiểu Bang, và Mã Bưu Điện. Nếu không thể chuyển thư tới địa chỉ cư ngụ của quý vị.) 郵寄地址：市、州和郵遞區號。如果郵寄無法送達您的居住地址。 | Gender: (Optional) (Sexo (Optativo) Giới tính:(Không bắt buộc 性別: (可填或不填) | Date of Birth: Month, Day, Year (Fecha de nacimiento: mes, día, año)(Ngày tháng năm sanh: Tháng, Ngày, Năm) 出生日期：月・日・年 |
|---|---|---|
| | Male ☒    Female ☐ (Hombre)(Nam)(男)    (Mujer)(Nữ)(女) | 09/29/1986 |

| Check appropriate box: Marque el cuadro apropiado: Đánh dấu vào ô thích hợp 在適當方格內劃勾： | TX Driver's License No. or Personal I.D. No. (issued by TX DPS) Número de su licencia de conducir de Texas o de su Cédula de Identidad expedida por el Departamento de Seguridad Publica de Texas: Số Bằng Lái Xe của tiểu bang Texas hoặc số ID cá nhân (do Bộ An Toàn Lao Động tiểu bang Texas | Social Security No. (last 4 digits required if you do not have a driver's license or I.D. number) Número de su Seguro Social. (Si no tiene licencia de conducir ni identificación personal, se requiere los últimos 4 números de su seguro social) Số An Sinh Xã Hội (4 số cuối của số An Sinh Xã Hội cần phải có nếu quý vị không có số bằng lái xe hoặc số ID cá nhân) 社會安全號碼 (如果您沒有駕駛執照或個人身份證號碼，請提供社安卡最後 |
|---|---|---|
| ARE YOU A UNITED STATES CITIZEN? (¿SOY CIUDADANO/A DE LOS ESTADOS UNIDOS?) (QUÝ VỊ Ó PHẢI LÀ CÔNG DÂN HOA .Ý KHÔNG?) 您是否國公民嗎？ ☒Yes    ☐ No (S)(x Có)(是)    No (Không)(否) | ☐ I have not been issued a TX driver's license/ personal identification number or Social Security Number. (No me han expedido una licencia de conducir de Texas/Cedula de identidad personal ni un Número de Seguro Social.) (Tôi chưa hề được cấp bằng lái xe của Texas/số ID cá nhân hoặc An Sinh Xã Hội.) 我沒有發 TX 駕駛執照號碼/個人身份證號碼或社會安全號碼。 | Signature of Voter: (Firma del Votante ) (Chữ ký của cử tri) (選民簽名) X |

### TO BE COMPLETED BY THE ELECTION JUDGE

| Date of Election Fecha de la Elección Ngày Bầu Cử 選舉日期 | Precinct No. where voted    588 Núm. de Precinto-lugar de votación/Phần Khu nơi đã Bầu Cử Số/選區編號. 投票地點 | Home PCT    RO588 | County Clerk Use ONLY | PCT    O588 |
|---|---|---|---|---|
| 3-4-14 | Precinct No. where registered    588 Núm. de Precinto-inscrito para votar/Phần Khu nơi đã ghi danh số/選區 編號. 登記地點 | CERT/VUID    579980732 | Voter Registrar Use ONLY | PCT    0588 |

| Type of Election Tipo de Elección Hình Thức Bầu Cử 選舉類型 | Authority Conducting Election Autoridad Administrando la Elección Cơ Quan Thẩm Quyền Tiến Hành Bầu Cử 主持選舉機構 |
|---|---|
| PRIMARY | HARRIS CTY |

## BALLOT CODE: 16991475

(Write in the Ballot Code, it is found on the Provisional Ballot Stub above the voter's signature area. The Provisional Ballot Stub is generated from the JBC.)

### VOTER PRESENTED ACCEPTABLE FORM OF IDENTIFICATION

|  | ☐ YES | ☒ NO |
|---|---|---|
| 1. ✓ | Failed to present acceptable form of identification or voter certificate with exemption. | |
| ..2. | Voter not on list of registered voters. | |
| 3. | Voter not on list, registered in another precinct. | |
| 4. | Voter on list of people who voted early by mail, and voter has not cancelled mail ballot application. | |
| 5. | Voting after 7:00 P.M. due to court order. | |

### TO BE COMPLETED BY THE COUNTY VOTER REGISTRAR FOR STATUS:

I, the voter registrar/deputy registrar, did research the records of my office and the following conclusion(s) was made:

#### FOR VOTERS WHO DID NOT PRESENT ACCEPTABLE PHOTO IDENTIFICATION AT THE POLLING PLACE

1. _____ Voter presented acceptable form of identification within 6 days of election day.

2. _____ Voter met disability exemption within 6 days of election day.

3. _____ Voter executed religious objection affidavit within 6 days of election day.

4. _____ Voter executed natural disaster affidavit within 6 days of election day.

5. ✓ Voter did not satisfy identification or affidavit requirements, listed in categories 1-4 above, within 6 days of election day.

#### FOR VOTERS WHO VOTED PROVISIONALLY FOR OTHER REASONS

6. _____ Not a registered voter or registration not effective in time for this election.

7. _____ Registered to vote, erroneously listed in wrong precinct.

8. _____ Registered to vote in a different precinct within the county.

9. _____ Information on file indicating applicant completed a voter registration



313172009

## Affidavit of Provisional Voter

Declaración Jurada de Votante Provisional / Bản Chứng Thệ Của Cử Tri Tạm Thời / 臨時選民具結書

TO BE COMPLETED BY VOTER: I am a registered voter of this political subdivision and in the precinct in which I'm attempting to vote and have not already voted in this election (either in person or by mail). I am a resident of this political subdivision, have not been finally convicted of a felony or if a felon, I have completed all of my punishment including any term of incarceration, parole, supervision, period of probation, or I have been pardoned. I have been determined by a final judgment of a court exercising probate jurisdiction to be totally mentally incapacitated or partially mentally incapacitated without the right to vote. I understand that giving false information under oath a misdemeanor, and I understand that it is a felony of the 2nd degree to vote in an election for which I know I am not eligible.

(PARA QUE EL VOTANTE LO LLENE: Estoy inscrito como votante en esta subdivisión política y en el precinto en cual estoy intentando a votar y aun no he votado en esta elección (en persona o por correo). Soy residente de esta subdivisión política, no he sido definitivamente declarado culpable de un delito grave o si soy el autor de un delito grave, he cumplido toda mi condena inclusive el período de encarcelamiento, la libertad condicional, la libertad supervisada, la libertad vigilada, o he sido indultado. No me han determinado por un juicio final de una corte de la legalización de un testamento, ser totalmente incapacitado mentalmente o parcialmente incapacitado sin el derecho de votar. Entiendo que dar información falsa bajo juramento es un delito menor y también entiendo que es un delito grave de 2do grado votar en una elección sabiendo que no cumplo con los requisitos necesarios.) (ĐƯỢC HOÀN TẤT BỞI CỬ TRI: Tôi là cử tri đã ghi danh bỏ phiếu tại phần khu chính trị địa phương này và trong phần khu mà tôi có ý định bỏ phiếu và chưa bỏ phiếu trong cuộc bầu cử này (kế cả đích thân bỏ phiếu hay bỏ phiếu bằng thư). Tôi cư ngụ tại phần khu chính trị địa phương này, tôi hoàn toàn không bị kết trọng tội hoặc nếu là người phạm trọng tội, tôi đã hoàn thành hết mọi hình phạt, bao gồm thời hạn tù, án treo, quản chế, thời kỳ thử thách, hoặc đã được ân. Phán quyết cuối cùng của tòa án không quyền hộ từng tôi là người mất hoàn toàn năng lực về mặt tâm thần hay mất một phần năng lực về tâm thần mà tôi có quyền được bỏ phiếu. Tôi hiểu rằng khai man khi tuyên thệ là bị phạm khinh tội, và tôi hiểu rằng nếu bỏ phiếu trong một cuộc bầu cử mà tôi biết là mình không hội đủ điều kiện, thì sẽ bị coi là phạm trọng tội cấp độ 2.) 由選民填寫: 本人為此政治轄區之公法選民，及本人欲投票的此次選舉中投票，而且本人目前尚未在此次選舉中投票 (親自或郵寄投票)。本人為此政治轄區之居民，從未最終因犯重罪被裁定罪名，或即使曾犯重罪，但所有懲罰，包括監禁、假釋、監管、視察期已全部結束，或本人已獲赦免。本人從通過遺囑認證法庭裁定最終裁定判決本人完全精神失能之判決或部分喪失之而無投票權。本人明瞭宣誓提供不實資訊為輕罪，並了解明知本人不符合資格的情況下在選舉中投票為二級重罪。

| Last Name (Apellido) (姓) (姓) | First Name (Nombre) (Tên) (名) | Middle Name (if any) (Segundo nombre (si tiene) Tên đệm (nếu có) (若有) | Former Name (Nombre anterior) (Tên cũ) (曾用名) |
|---|---|---|---|
| Weiss | Irene | Robin | |

**Residence Address:** Street Address and Apartment Number, City, State, and ZIP. If none, describe where you live (Do not include PO Box, Rural Rt. or business address) (Domicilio: calle y número de apartamento, Ciudad, Estado, y Código Postal: A falta de estos datos, describa la localidad de su residencia. (No incluya el apartado de correos, camino rural, ni dirección comercial.)) (Địa chỉ cư trú: Tên đường và số nhà, Thành Phố, Tiểu Bang, và Mã Bưu Điện. Nếu không có, xin diễn tả nơi quý vị cư ngụ (Không được để địa chỉ Hộp Thư, Địa Chỉ Đường Làng hoặc Địa Chỉ Thương Mại) 居住地址：街名地址和公寓號、市、州和郵寄區號。如果沒有，請詳細說明居住地點 (請勿用郵局信箱號碼、郊外路線名稱或商業地址)

5938 Spellman

**Mailing Address:** City, State, and ZIP. If mail cannot be delivered to your residence address. (Dirección postal: Ciudad, Estado y Código Postal, si no es posible entregarle correspondencia en su domicilio). (Địa Chỉ Gửi Thư: Thành Phố, Tiểu Bang, và Mã Bưu Điện. Nếu không thể chuyển thư tới địa chỉ cư ngụ của quý vị.) 郵寄地址：市、州和郵遞區號。如果郵寄無法送達您的居住地址。

Houston, Texas 77096

| Gender: (Optional) (Sexo (Opativo) Giới tính:(Không bắt buộc 性別: (可或填不項) | Date of Birth: Month, Day, Year (Fecha de nacimiento: mes, día, año)(Ngày tháng năm sanh: Tháng, Ngày, Năm) 出生日期：月・日・年 |
|---|---|
| ☐ Male (Hombre)(Nam)(男)  ☑ Female (Mujer)(Nữ)(女) | 10 / 17 / 57 |

Check appropriate box: Marque el cuadro apropiado: Đánh dấu vào ô thích hợp trong khung thích hợp:

ARE YOU A UNITED STATES CITIZEN? (¿SOY CIUDADANO/A DE LOS ESTADOS UNIDOS?) (QUÝ VỊ Ó PHẢI LÀ CÔNG DÂN HOA KỲ KHÔNG?) 您是美國公民嗎？

☑ Yes  ☐ No
(Sí) (Có)(是)   (No)(Không)(否)

**TX Driver's License No. or Personal I.D. No.** (Issued by TX DPS) Número de su licencia de conducir de Texas o de su Cédula de Identidad expedida por el Departamento de Seguridad Pública de Texas. Số Bằng Lái Xe của tiểu bang Texas hoặc số ID cá nhân (do Bộ An Toàn Lao Động tiểu bang Texas

☐ I have not been issued a TX driver's license/ personal identification number or Social Security Number. (No me han expedido una licencia de conducir de Texas/Cédula de identidad personal de Texas ni un Número de Seguro Social.) (Tôi chưa hề được cấp bằng lái xe của Texas/số ID cá nhân hoặc số An Sinh Xã Hội.) 我沒有 TX 駕駛執照號碼/個人身份證號碼或社會安全號碼。

**Social Security No.** (last 4 digits required if you do not have a driver's license or I.D. number) Número de Seguro Social. (Se tiene licencia de conducir de identidad expedida de Texas ni un Número de su seguro social) Số An Sinh Xã Hội (4 số cuối của số An Sinh Xã Hội cần phải có nếu quý vị không có số bằng lái xe hoặc số ID cá nhân) 社會安全號碼 (如果您沒有駕駛執照或個人身份證號碼，請提供社會安全號碼最後四個數字)

Signature of Voter: (Firma del Votante) (Chữ ký của cử tri) (選民簽名)

X Irene Robin

### TO BE COMPLETED BY THE ELECTION JUDGE

| Date of Election Fecha de la Elección Ngày Bầu Cử 選舉日期 |
|---|
| March 4, 2014 |

**Precinct No. where voted** 293
Núm. de Precinto-lugar de votación/Phần Khu nơi đã Bầu Cử số/選區編號. 投票地點

**Precinct No. where registered** 291
Núm. de Precinto-inscrito para votar/Phần Khu nơi đã ghi danh số/選區編號. 登記地點

| Type of Election Tipo de Elección Hình Thức Bầu Cử 選舉類型 | Authority Conducting Election Autoridad Administrando la Elección Cơ Quan Thẩm Quyền Tiến Hành Bầu Cử 主持這場選舉 |
|---|---|
| Republican Primary | Harris County |

**BALLOT CODE:** 1 7 7 8 7 2 2 2 8
(Write in the Ballot Code, it is found on the Provisional Ballot Stub above the voter's signature area. The Provisional Ballot Stub is generated from the JBC.)

**VOTER PRESENTED ACCEPTABLE FORM OF IDENTIFICATION**

☐ YES    ☒ NO

1. X Failed to present acceptable form of identification or voter certificate with exemption.

2. ___ Voter not on list of registered voters.

3. ___ Voter not on list, registered in another precinct.

4. ___ Voter on list of people who voted early by mail, and voter has not cancelled mail ballot application.

5. ___ Voting after 7:00 P.M. due to court order.

| Home PCT | County Clerk Use ONLY | PCT |
|---|---|---|
| R 0293 | | 029/ |
| CERT/VUID | Voter Registrar Use ONLY | PCT |
| 9054719 | | 0291 |

### TO BE COMPLETED BY THE COUNTY VOTER REGISTRAR FOR STATUS:

I, the voter registrar/deputy registrar, did research the records of my office and the following conclusion(s) was made:

**FOR VOTERS WHO DID NOT PRESENT ACCEPTABLE PHOTO IDENTIFICATION AT THE POLLING PLACE**

1. ___ Voter presented acceptable form of identification within 6 days of election day.

2. ___ Voter met disability exemption within 6 days of election day.

3. ___ Voter executed religious objection affidavit within 6 days of election day.

4. ___ Voter executed natural disaster affidavit within 6 days of election day.

5. ✓ Voter did not satisfy identification or affidavit requirements, listed in categories 1-4 above, within 6 days of election day.

**FOR VOTERS WHO VOTED PROVISIONALLY FOR OTHER REASONS**

6. ___ Not a registered voter or registration not effective in time for this election.

7. ___ Registered to vote, erroneously listed in wrong precinct.

8. ___ Registered to vote in a different precinct within the county.

9. ___ Information on file indicating applicant completed a voter registration



# Affidavit of Provisional Voter

Declaración Jurada de Votante Provisional / Bản Chứng Thệ Của Cử Tri Tạm Thời / 臨時選民具結書

313236520

TO BE COMPLETED BY VOTER: I am a registered voter of this political subdivision and in the precinct in which I'm attempting to vote and have not already voted in this election (either in person or by mail). I am a resident of this political subdivision, and have not been finally convicted of a felony or if a felon, I have completed all of my punishment including any term of incarceration, parole, supervision, period of probation, or I have been pardoned. I have not been determined by a final judgment of a court exercising probate jurisdiction to be totally mentally incapacitated or partially mentally incapacitated without the right to vote. I understand that giving false information under oath is a misdemeanor, and I understand that it is a felony of the 2nd degree to vote in an election for which I know I am not eligible.

(PARA QUE EL VOTANTE LO LLENE: Estoy inscrito como votante en esta subdivisión política y en el precinto en cual estoy intentando a votar y aun no he votado en esta elección (en persona o por correo). Soy residente de esta subdivisión política, no he sido definitivamente declarado culpable de un delito grave o si soy el autor de un delito grave, he cumplido toda mi condena inclusive el período de encarcelamiento, la libertad condicional, la libertad supervisada, la libertad vigilada, o he sido indultado. No me han determinado por un juicio final de una corte de la legalización de un testamento, ser totalmente incapacitado mentalmente o parcialmente incapacitado sin el derecho de votar. Entiendo que dar información falsa bajo juramento es un delito menor y también entiendo que es un delito grave de 2do grado votar en una elección sabiendo que no cumplo con los requisitos necesarios.) (ĐƯỢC HOÀN TẤT BỞI CỬ TRI: Tôi là cử tri đã ghi danh bỏ phiếu tại phân khu chính trị địa phương này và trong phân khu mà tôi cố ý định bỏ phiếu và tôi đã không bỏ phiếu trong cuộc bầu cử này (kể cả đích thân bỏ phiếu hay bỏ phiếu bằng thư). Tôi cư ngụ tại phân khu chính trị địa phương này, tôi hoàn toàn không bị kết tội hình sự hoặc nếu là người phạm trọng tội, tôi đã hoàn thành tất cả các hình phạt, bao gồm thời hạn tù, án treo, quản chế, thời kỳ thử thách, hoặc đã được tha. Phán quyết cuối cùng của tòa án không bị tuyên bố rằng tôi là người mất hoàn toàn năng lực về mặt tâm thần hay mất phần năng lực để có thể đi bầu. Tôi hiểu rằng khai man khi tuyên thệ sẽ bị phạm khinh tội, và tôi hiểu rằng nếu bỏ phiếu trong một cuộc bầu cử mà tôi biết là mình không hội đủ điều kiện sẽ bị coi là phạm trọng tội cấp độ 2.) 由選民填寫: 本人為此政治轄區內之合法選民, 本人於此選舉轄區所在之投票分區選舉中投票 (親自或郵寄投票) 。本人為此政治轄區之居民, 且未曾因犯罪而遭最終定罪, 或雖屬犯罪者, 但已完成服刑, 包括監禁、假釋、監管、緩刑或已接受完畢或已被赦免。本人從未被遺囑驗證法庭最終裁定因精神完全喪失能力或部分喪失能力而無法擁有投票權。本人明瞭宣誓提供不實資訊為輕罪, 並了解在明知自己不符合資格的情況下在選舉中投票為二級重罪。

| Last Name (Apellido) (Họ) (姓) | First Name (Nombre) (Tên) (名) | Middle Name (if any) (Segundo nombre (si tiene)) Tên đệm (nếu có) 中間名 (若有) | Former Name (Nombre anterior) (Tên cũ) (曾用名) |
|---|---|---|---|
| Hargrove | Patricia | Kimball | |

Residence Address: Street Address and Apartment Number, City, State, and ZIP. If none, describe where you live (Do not include PO Box, Rural Rt. or business address) (Domicilio: calle y número de apartamento, Ciudad, Estado, y Código Postal. Ahaita de estos datos, describa la localidad de su residencia. (No incluya el apartado de correos, camino rural, ni dirección comercial.)) (Địa chỉ cư trú: Tên đường và số Phòng, Thành Phố, Tiểu Bang, và Mã Bưu Điện. Nếu không có, xin diễn tả nơi quý vị cư ngụ (Không được để địa chỉ Hộp Thư, Địa Chỉ Đường Làng hoặc Địa Chỉ Thương Mại)) 居住地址: 街名地址和公寓號、市、州和郵寄區號。如果沒有, 請詳細說明居住地點 (請勿用郵局信箱號碼、郊外路線或商號地址)

1023 Villa Court Dr. Seabrook, Tx, 77586

| Mailing Address: City, State, and ZIP. If mail cannot be delivered to your residence address. (Dirección postal: Ciudad, Estado y Código Postal. si no es posible entregarle correspondencia en su domicilio). (Địa Chỉ Gửi Thư: Thành Phố, Tiểu Bang, và Mã Bưu Điện. Nếu không thể chuyển thư tới địa chỉ cư ngụ của quý vị.) 郵寄地址: 市、州和郵遞區號。如果郵寄無法送達您的居住地址。 | Gender: (Optional) (Sexo (Optativo) Giới tính: (Không bắt buộc  性別: (可填寫不填) | Date of Birth: Month, Day, Year (Fecha de nacimiento: mes, día, año)(Ngày tháng năm sanh: Tháng, Ngày, Năm) 出生日期: 月·日·年 |
|---|---|---|
| Same | Male ☐  Female ☐ (Hombre)(Nam)(男)  (Mujer)( Nữ)(女) | 12/11/1942 |

| Check appropriate box: Marque el cuadro apropiado: Đánh dấu vào ô thích hợp tỉe請當方格内劃勾: ARE YOU A UNITED STATES CITIZEN? (¿SOY CIUDADANO/A DE LOS ESTADOS UNIDOS?) (QUÝ VỊ Ở PHẢI LÀ CÔNG DÂN HOA KỲ KHÔNG?) 您是美國公民嗎? | TX Driver's License No. or Personal I.D. No. (Issued by TX DPS) Número de su licencia de conducir de Texas o de su Cédula de Identidad expedida por el Departamento de Seguridad Publica de Texas: Số Bằng Lái Xe của tiểu bang Texas hoặc số ID cá nhân (do Bộ An Toàn Lao Động tiểu bang Texas | Social Security No. (last 4 digits required if you do not have a driver's license or I.D. number) Número de Seguro Social. (Si no tiene licencia de conducir ni identificación personal, se requiere los últimos 4 números de su seguro social) Số An Sinh Xã Hội (4 số cuối của số An Sinh Xã Hội cần phải có nếu quý vị không có số bằng lái xe hoặc số ID cá nhân) 社會安全號碼 (如果您沒有駕駛執照或個人身份證號碼, 證據供社會安全號碼) |
|---|---|---|
| ☑Yes  ☐ No (Sí)( Có)(是)  (No)(Không)(否) | ☐ i have not been issued a TX driver's license/ personal identification number or Social Security Number. (No me han expedido una licencia de conducir de Texas/Cédula de identidad personal de Texas ni un Número de Seguro Social.) (Tôi chưa hề được cấp bằng lái xe của Texas/số ID cá nhân hoặc số An Sinh Xã Hội.) 我沒有 TX 駕駛執照號碼/個人身份證號碼或社會安全號碼。 | Signature of Voter: (Firma del Votante) (Chữ ký của cử tri) (選民簽名)  X _Patricia Kimball Hargrove_ |

## TO BE COMPLETED BY THE ELECTION JUDGE

| Date of Election Fecha de la Elección Ngày Bầu Cử 選舉日期 | Precinct No. where voted  0415 Núm. de Precinto-lugar de votación/Phân Khu nơi đã Bầu Cử Số/選區編號. 投票地點 | Home PCT  R D415 | County Clerk Use ONLY | PCT  R D415 |
|---|---|---|---|---|
| 3/4/14 | Precinct No. where registered  0415 Núm. de Precinto-inscrito para votar/Phân Khu nơi đã ghi danh số/選區 編號. 登記地點 | CERT/VUID  3235884 | Voter Registrar Use ONLY | PCT  0415 |
| Type of Election Tipo de Elección Hình Thức Bầu Cử 選舉類型  Primary | Authority Conducting Election Autoridad Administrando la Elección Cơ Quan Thẩm Quyền Tiến Hành Bầu Cử 主持選務機構  Harris County | | | |

### TO BE COMPLETED BY THE COUNTY VOTER REGISTRAR FOR STATUS:

I, the voter registrar/deputy registrar, did research the records of my office and the following conclusion(s) was made:

## BALLOT CODE: 16489 0260 ✓

(Write in the Ballot Code, it is found on the Provisional Ballot Stub above the voter's signature area. The Provisional Ballot Stub is generated from the JBC.)

#### FOR VOTERS WHO DID NOT PRESENT ACCEPTABLE PHOTO IDENTIFICATION AT THE POLLING PLACE

## VOTER PRESENTED ACCEPTABLE FORM OF IDENTIFICATION

☐ YES      ☑NO

1. ✓ Failed to present acceptable form of identification or voter certificate with exemption.

2. .... Voter not on list of registered voters.

3. ___ Voter not on list, registered in another precinct.

4. ___ Voter on list of people who voted early by mail, and voter has not cancelled mail ballot application.

5. ___ Voting after 7:00 P.M. due to court order.

1. ___ Voter presented acceptable form of identification within 6 days of election day.

2. ___ Voter met disability exemption within 6 days of election day.

3. ___ Voter executed religious objection affidavit within 6 days of election day.

4. ___ Voter executed natural disaster affidavit within 6 days of election day.

5. ✓ Voter did not satisfy identification or affidavit requirements, listed in categories 1-4 above, within 6 days of election day.

#### FOR VOTERS WHO VOTED PROVISIONALLY FOR OTHER REASONS

6. ___ Not a registered voter or registration not effective in time for this election.

7. ___ Registered to vote, erroneously listed in wrong precinct.

8. ___ Registered to vote in a different precinct within the county.

9. ___ Information on file indicating applicant completed a voter registration



310719158

## Affidavit of Provisional Voter
### Declaración Jurada de Votante Provisional / Bản Chứng Thệ Của Cử Tri Tạm Thời / 臨時選民具結書

TO BE COMPLETED BY VOTER: I am a registered voter of this political subdivision and in the precinct in which I'm attempting to vote and h... ...this election (either in person or by mail). I am a resident of this political subdivision, have not been finally convicted of a felony or if a felon, I have completed all of my punishment including any term of inc... ...oned. I have ...t been determined by a final judgment of a court exercising probate jurisdiction to be totally mentally incapacitated or partially mentally incapac... ...under oath a misdemeanor, and I understand that it is a felony of the 2nd degree to vote in an election for which I know I am not eligible.

**Provisional**

(PARA QUE EL VOTANTE LO LLENE: Estoy inscrito como votante en esta subdivisión política y en el precinto en cual estoy intentando a v... esta subdivisión política, no he sido definitivamente declarado culpable de un delito grave o si soy el autor de un delito grave, he cumplido toda m... supervisada, la libertad vigilada, o he sido indultado. No me han determinado por un juicio final de una corte de la legalización de un testamento... votar. Entiendo que por información falsa bajo juramento es un delito menor y también entiendo que es un delito grave de 2do grado votar en una... BỞI CỬ TRI: Tôi là cử tri đã ghi danh bỏ phiếu tại phân khu chính trị và phân khu này... ngụ tại phân khu chính trị của phương này, tôi hoàn toàn không bị kết trọng tội hoặc nếu là... quyết cuối cùng của tòa án không tuyên bố rằng tôi là người mất hoàn toàn năng lực về mặt tâm... rằng nếu bỏ phiếu trong một cuộc bầu cử mà tôi biết là mình không hội đủ điều kiện, tôi sẽ bị c... 投票)。本人為此政治細區之居民，亦未因犯有重罪而被最終定罪，或即使曾犯有重罪，包括監禁、假釋、監管，或我已被赦免... 失能力而無照設準。本人明察宣者被控件不寶賢其為輕罪，並了解在明知自己不符合資格時於選舉中投票為二級重罪。

JAMES, CAROLYN CALKINS
2411 HAZARD ST
HOUSTON, TX 77019
DOB: 03/15/1949
BS: 19-R

| Last Name (Apellido) / (姓) | First Name (Nombre) (Tên) / (名) | Middle Name (if any) / Segundo nombre (si tiene) Tên đệm / 中間名 (若有) | Former Name (Nombre anterior) Tên cũ) (曾用名) |
|---|---|---|---|
| James | Carolyn | Calkins | |

**Residence Address:** Street Address and Apartment Number, City, State, and ZIP. If none, describe where you live (Do not include PO Box, Rural Rt. or business address) (Domicilio: calle y número de apartamento, Ciudad, Estado, y Código Postal...)
1411 1/2 Hazard Houston, TX 77019     5311 Cherokee Houston TX 77005

| Mailing Address: City, State, and ZIP. If mail cannot be delivered to your residence address... | Gender: (Optional) (Sexo (Optativo) Giới tính:(Không bắt buộc) 性別：(可或不填) | Date of Birth: Month, Day, Year (Fecha de nacimiento: mes, día, año)(Ngày tháng năm sanh: Tháng, Ngày, Năm) 出生日期：月·日·年 |
|---|---|---|
| | Male ☐   Female ☒ (Hombre)(Nam)(男)   (Mujer)( Nữ)(女) | 03/15/1949 |

| Check appropriate box: Marque el cuadro apropiado: Đánh dấu vào ô thích hợp 在適當方格內劃記 | TX Driver's License No. or Personal I.D. No. (Issued by TX DPS) Número de su licencia de conducir de Texas o de su Cédula de Identidad expedida por el Departamento de Seguridad Publica de Texas... | Social Security No. (last 4 digits required if you do not have a driver's license or I.D. number) Número de Seguro Social... |
|---|---|---|
| ARE YOU A UNITED STATES CITIZEN? (¿SOY CIUDADANO/A DE LOS ESTADOS UNIDOS?) (QUY VỊ Ó PHẢI LÀ CÔNG DÂN HOA KỲ KHÔNG?) 您是否國籍公民嗎? ☒Yes ☐ No (Sí)( Có)(是)   (No)(Không)(否) | ☐ I have not been issued a TX driver's license/personal identification number or Social Security Number. (No me han expedido una licencia de conducir de Texas/Cédula de identidad personal de Texas ni un Número de Seguro Social.)... | Signature of Voter: (Firma del Votante) (Chữ ký của cử tri) (選民簽名) X _Carolyn C. James_ |

## TO BE COMPLETED BY THE ELECTION JUDGE

| Date of Election Fecha de la Elección Ngày Bầu Cử 選舉日期 | Precinct No. where voted SRD 134m-2 Núm. de Precinto-lugar de votación/Phân Khu nơi đã bầu Cử Số/選區編號 投票地點 | Home PCT SRD 134M | County Clerk Use ONLY | PCT 0038 |
|---|---|---|---|---|
| 3/4/14 | Precinct No. where registered 0038 Núm. de Precinto-inscrito para votar/Phân Khu nơi đã ghi danh Số/選區編號 登記地點 | CERT/VUID 987775 | Voter Registrar Use ONLY | PCT |
| Type of Election Tipo de Elección Hình thức Bầu Cử 選舉類型 Primary | Authority Conducting Election Autoridad Administrando la Elección Cơ Quan Thẩm Quyền Tiến Hành Bầu Cử 主持選舉機構 Harris County | 4048 6318 | | 0038 |

## TO BE COMPLETED BY THE COUNTY VOTER REGISTRAR FOR STATUS:

I, the voter registrar/deputy registrar, did research the records of my office and the following conclusion(s) was made:

### BALLOT CODE: 25039318 ✓
(Write in the Ballot Code, it is found on the Provisional Ballot Stub above the voter's signature area. The Provisional Ballot Stub is generated from the JBC.)

### VOTER PRESENTED ACCEPTABLE FORM OF IDENTIFICATION

☐ YES     ☒ NO ✓

1. ____ Failed to present acceptable form of identification or voter certificate with exemption.

2. ____ Voter not on list of registered voters.

3. ____ Voter not on list, registered in another precinct.

4. ____ Voter on list of people who voted early by mail, and voter has not cancelled mail ballot application.

5. ____ Voting after 7:00 P.M. due to court order.

**FOR VOTERS WHO DID NOT PRESENT ACCEPTABLE PHOTO IDENTIFICATION AT THE POLLING PLACE**

1. ____ Voter presented acceptable form of identification within 6 days of election day.

2. ____ Voter met disability exemption within 6 days of election day.

3. ____ Voter executed religious objection affidavit within 6 days of election day.

4. ____ Voter executed natural disaster affidavit within 6 days of election day.

5. ✓ Voter did not satisfy identification or affidavit requirements, listed in categories 1-4 above, within 6 days of election day.

**FOR VOTERS WHO VOTED PROVISIONALLY FOR OTHER REASONS**

6. ____ Not a registered voter or registration not effective in time for this election.

7. ____ Registered to vote, erroneously listed in wrong precinct.

8. ____ Registered to vote in a different precinct within the county.

9. ____ Information on file indicating applicant completed a voter registration...



312775501

## Affidavit of Provisional Voter
### Declaración Jurada de Votante Provisional / Bản Chứng Thệ Của Cử Tri Tạm Thời / 臨時選民具結書

**No Original Affidavit – CCO made copy**

*(E COMPLETED BY VOTER: I am a registered voter of this political subdivision and in the precinct in which I'm attempting to vote and have not already voted in this election (either in person or by mail). I am a resident of political subdivision, have not been finally convicted of a felony or if a felon, I have completed all of my punishment including any term of incarceration, parole, supervision, period of probation, or I have been pardoned. I have not been determined by a final judgment of a court exercising probate jurisdiction ... the right to vote. I understand that giving false information under oath is a misdemeanor, and I understand that it is a felony of the 2nd degree to vote in ...*

*(PARA QUE EL VOTANTE LO LLENE: Estoy inscrito como votante en esta y ... / ...)*

| Last Name (Apellido) (Họ) (姓) | First Name (Nombre) (Tên) (名) | Middle Name (if any) (Segundo nombre (si tiene) Tên đệm (nếu có) 中間名 (若有) | Former Name (Nombre anterior) (Tên cũ) (曾用名) |
|---|---|---|---|
| Haynes Sr | Charles | Thomas | |

**Residence Address:** Street Address and Apartment Number, City, State, and ZIP. If none, describe where you live (Do not include PO Box, Rural Rt. or business address) (Domicilio: calle y número de apartamento, Ciudad, Estado, y Código Postal: A falta de éstos datos, describa la localidad de su residencia. (No incluya el apartado de correos, camino rural, ni dirección comercial.)) (Địa Chỉ Thư, Địa Chỉ Đường Làng hoặc Địa Chỉ Thương Mại) 居住地址: 街名、城市和公寓號碼

1815 Enclave Pkwy #4105 Houston Tx 77077

**Mailing Address:** City, State, and ZIP. If mail cannot be delivered to your residence address. (Dirección postal: Ciudad, Estado y Código Postal, si no es posible entregarle correspondencia en su domicilio.) (Địa Chỉ Thư: Thành Phố, Tiểu Bang, và Mã Bưu Điện...)

| Gender: (Optional) (Sexo (Optativo)) Giới tính:(Không bắt buộc) (可填或不填) 性別: | Date of Birth: Month, Day, Year (Fecha de nacimiento: mes, día, año)(Ngày tháng năm sanh: Tháng, Ngày, Năm) 出生日期: 月·日·年 |
|---|---|
| Male ☑ (Hombre)(Nam)(男) Female ☐ (Mujer)( Nữ)(女) | 02 / 10 / 1946 |

**Check appropriate box:** Marque el cuadro apropiado: Đánh dấu vào ô thích hợp 在適當方格內劃勾:

ARE YOU A UNITED STATES CITIZEN? ...ADOS UNIDOS?) (QUÝ VỊ CÓ PHẢI LÀ CÔNG DÂN HOA KỲ KHÔNG?) 您是美國公民嗎?

☑ Yes ☐ No
(SI)( Có)(是) (No)(Không)(否)

| TX Driver's License No. or Personal I.D. No. (Issued by TX DPS) Número de su licencia de conducir de Texas o su Cédula de Identidad expedida por... | Social Security No. (last 4 digits required if you do not have a driver's license or I.D. number) Número de Seguro Social. (Si no tiene licencia de conducir ni identificación personal, se requiere los últimos 4 números de... |
|---|---|
| ☐ I have not been issued a TX driver's license/ personal identification number or Social Security Number. (No me han expedido una licencia de conducir de Texas/Cédula de Identidad personal de Texas ni un Número de Seguro Social.) (Tôi chưa hề được cấp bằng lái xe của Texas/số ID cá nhân hoặc số An Sinh Xã Hội.) 我沒有 TX 駕駛執照號碼/個人身份證號碼或社會安全號碼。 | **Signature of Voter:** (Firma del Votante) (Chữ ký của cử tri) (選民簽名) X Charles T. Haynes Sr. |

### TO BE COMPLETED BY THE ELECTION JUDGE

**Date of Election** Fecha de la Elección Ngày Bầu Cử 選舉日期

3-4-14

Precinct No. where **voted** _510_
Núm. de Precinto-lugar de votación/Phần Khu nơi đã Bầu Cử Số/選區號碼. 投票地點

Precinct No. where **registered** _510_
Núm. de Precinto-inscrito para votar/Phần Khu nơi đã ghi danh số/選區號碼. 登記地點

**Type of Election** Tipo de Elección Hình Thức Bầu Cử 選舉類型

**Authority Conducting Election** Autoridad Administrando la Elección Cơ Quan Thẩm Quyền Tiến Hành Bầu Cử 主持選舉機構

**BALLOT CODE:** DLO 0373863

(Write in the Ballot Code, it is found on the Provisional Ballot Stub above the voter's signature area. The Provisional Ballot Stub is generated from the JBC.)

### VOTER PRESENTED ACCEPTABLE FORM OF IDENTIFICATION

☐ YES ☑ NO

1. ✓ Failed to present acceptable form of identification or voter certificate with exemption.
2. ____ Voter not on list of registered voters.
3. ____ Voter not on list, registered in another precinct.
4. ____ Voter on list of people who voted early by mail, and voter has not cancelled mail ballot application.
5. ____ Voting after 7:00 P.M. due to court order.

| Home PCT R0510 | County Clerk Use ONLY | PCT |
|---|---|---|
| R510 | | 0510 |
| CERT/VUID 13972963 | Voter Registrar Use ONLY | PCT 0510 |

### TO BE COMPLETED BY THE COUNTY VOTER REGISTRAR
### FOR STATUS:

I, the voter registrar/deputy registrar, did research the records of my office and the following conclusion(s) was made:

**FOR VOTERS WHO DID NOT PRESENT ACCEPTABLE PHOTO IDENTIFICATION AT THE POLLING PLACE**

1. ____ Voter presented acceptable form of identification within 6 days of election day.
2. ____ Voter met disability exemption within 6 days of election day.
3. ____ Voter executed religious objection affidavit within 6 days of election day.
4. ____ Voter executed natural disaster affidavit within 6 days of election day.
5. ✓ Voter did not satisfy identification or affidavit requirements, listed in categories 1-4 above, within 6 days of election day.

**FOR VOTERS WHO VOTED PROVISIONALLY FOR OTHER REASONS**

6. ____ Not a registered voter or registration not effective in time for this election.
7. ____ Registered to vote, erroneously listed in wrong precinct.
8. ____ Registered to vote in a different precinct within the county.



312786508

# Affidavit of Provisional Voter

Declaración Jurada de Votante Provisional / Bản Chứng Thệ Của Cử Tri Tạm Thời / 臨時選民具結書

TO BE COMPLETED BY VOTER: I am a registered voter of this political subdivision and in the precinct in which I'm attempting to vote and have not already voted in this election (either in person or by mail). I am a resident of this political subdivision, have not been finally convicted of a felony or if a felon, I have completed all of my punishment including any term of incarceration, parole, supervision, period of probation, or I have been pardoned. I have been determined by a final judgment of a court exercising probate jurisdiction to be totally mentally incapacitated or partially mentally incapacitated without the right to vote. I understand that giving false information under oath constitutes perjury, and I understand that it is a felony of the 2nd degree to vote in an election for which I know I am not eligible.

(PARA QUE EL VOTANTE LO LLENE: Estoy inscrito como votante en esta subdivisión política y en el precinto en cual estoy intentando a votar y aun no he votado en esta elección (en persona o por correo). Soy residente de esta subdivisión política, no he sido definitivamente declarado culpable de un delito grave o si soy el autor de un delito grave, he cumplido toda mi condena inclusive el periodo de encarcelamiento, la libertad condicional, la libertad supervisada, la libertad vigilada, o he sido indultado. No me han determinado por un juicio final de una corte de la legalización de un testamento, ser totalmente incapacitado mentalmente o parcialmente incapacitado sin el derecho de votar. Entiendo que dar información falsa bajo juramento es un delito menor y también entiendo que es un delito grave de 2do grado votar en una elección sabiendo que no cumple con los requisitos necesarios.) (ĐƯỢC HOÀN TẤT BỞI CỬ TRI: Tôi là cử tri đã ghi danh bỏ phiếu tại phân khu chính trị địa phương này và trong phân khu mà tôi cố ý định bỏ phiếu và chưa bỏ phiếu trong cuộc bầu cử này (kể cả đích thân bỏ phiếu hay bỏ phiếu bằng thư). Tôi cư ngụ tại phân khu chính trị địa phương này, tôi hoàn toàn không bị kết trọng tội hoặc nếu là người phạm trọng tội, tôi đã hoàn thành hết mọi hình phạt, bao gồm thời hạn tù, ân treo, quản chế, thời kỳ thử thách, hoặc đã được tha. Phán quyết cuối cùng của tòa án không quyền bỏ rằng tôi là người mất năng sinh hoạt về mặt tâm thần hay mất một phần năng lực để tôi có quyền được bỏ phiếu. Tôi hiểu rằng khai man lời tuyên thệ là bị phạm khinh tội, và tôi hiểu rằng nếu bỏ phiếu trong một cuộc bầu cử mà tôi biết mình không hội đủ điều kiện, tôi sẽ bị phạm trọng tội cấp 2.) 由選民填寫: 本人為此政治轄區之選民, 已在轄區內及打算投票之選區登記, 而且未曾在此次選舉中投過票(親自投票或郵寄投票)。本人為此政治轄區之居民, 從未因犯重罪而被判罪或若被判重罪, 亦已服完所有刑罰, 包括坐牢期, 假釋, 監督, 緩刑時間或已獲赦免。本人從未被由驗證遺囑認證法庭裁判為完全精神失常或部份喪失能力而喪失投票權。本人了解宣誓提供不實資料為觸犯偽證罪, 並了解在明知本人不符合資格的情況下在選舉中投票為二級重罪。

| Last Name (Apellido) (Họ) (姓) | First Name (Nombre) (Tên) (名) | Middle Name (if any) (Segundo nombre (si tiene) Tên đệm (nếu có) 中間名 (若有) | Former Name (Nombre anterior) (Tên cũ) (曾用名) |
|---|---|---|---|
| GREGORY III | JACK | WOODROW | |

| Residence Address: Street Address and Apartment Number, City, State, and ZIP. If none, describe where you live (Do not include PO Box, Rural Rt. or business address) (Domicilio: calle y número de apartamento, Ciudad, Estado, y Código Postal. A falta de estos datos, describa la localidad de su residencia. (No incluya el apartado de correos, camino rural, ni dirección comercial.)) (Địa chỉ cư trú: Tên đường và số Phòng, Thành Phố, Tiểu Bang, và Mã Bưu Điện. Nếu không có, xin diễn tả nơi quý vị cư ngụ (Không được để địa chỉ Hộp Thư, Địa Chỉ Đường Làng hoặc Địa Chỉ Thương Mại)) (居住地址: 街名地址和公寓號, 市、州和郵碼區號。如果沒有, 請詳細說明居住地點 (請勿用郵局信箱號碼、鄉郊路線名稱或商號地址)) |
|---|
| 1740 ESPERANZA ST. HOUSTON TX 77023 |

| Mailing Address: City, State, and ZIP. If mail cannot be delivered to your residence address. (Dirección postal: Ciudad, Estado y Código Postal. si no es posible entregarle correspondencia en su domicilio). (Địa Chỉ Gửi Thư: Thành Phố, Tiểu Bang, và Mã Bưu Điện. Nếu không thể chuyển thư tới địa chỉ cư ngụ của quý vị.) 郵寄地址: 市、州和郵碼區號。如果郵寄無法送達您的居住地址。 | Gender: (Optional) (Sexo (Optativo)) Giới tính:(Không bắt buộc 性別:(可填或不填) | Date of Birth: Month, Day, Year (Fecha de nacimiento: mes, día, año)(Ngày tháng năm sanh: Tháng, Ngày, Năm) 出生日期:月、日、年 |
|---|---|---|
| | Male ☒   Female ☐ (Hombre)(男)   (Mujer)(女) | 09/09/1962 |

| Check appropriate box: Marque el cuadro apropiado: Đánh dấu vào ô thích hợp 在適當方格內打勾: | TX Driver's License No. or Personal I.D. No. (Issued by TX DPS) Número de su licencia de conducir de Texas o de su Cédula de Identidad expedida por el Departamento de Seguridad Publica de Texas. Số Bằng Lái Xe của tiểu bang Texas hoặc số ID cá nhân (do Bộ An Toàn Lao Động tiểu bang Texas | Social Security No. (last 4 digits required if you do not have a driver's license or I.D. number) Número de su Seguro Social. (Si no tiene licencia de conducir ni identificación personal, se requiere los últimos 4 números de su seguro social) Số An Sinh Xã Hội (4 số cuối của số An Sinh Xã Hội cần phải có nếu quý vị không có số bằng lái xe hoặc số ID cá nhân) 社會安全號碼 (如果您沒有駕駛執照或個人身份證號碼, 則提供社會安全 |
|---|---|---|
| ARE YOU A UNITED STATES CITIZEN? (¿SOY CIUDADANO/A DE LOS ESTADOS UNIDOS?) (QUÝ VỊ Ở PHẢI LÀ CÔNG DÂN HOA KỲ KHÔNG?) 您是美國公民嗎? ☑ Yes ☐ No (Sí)(Có)(是) (No)(Không)(否) | ☐ i have not been issued a TX driver's license/ personal identification number or Social Security Number. (No me han expedido una licencia de conducir de Texas/Cédula de identidad personal de Texas ni un Número de Seguro Social.) (Tôi chưa hề được cấp bằng lái xe của Texas/số ID cá nhân hoặc số An Sinh Xã Hội.) 我沒有被發出駕駛執照或個人身份證號碼或社會安全號碼。 | Signature of Voter: (Firma del Votante) ( Chữ ký của cử tri) (選民簽名) X [signature] |

## TO BE COMPLETED BY THE ELECTION JUDGE

| Date of Election Fecha de la Elección Ngày Bầu cử 選舉日期 MARCH 4, 2014 | Precinct No. where voted 0072 Núm. de Precinto-lugar de votación/Phần Khu nơi đã Bầu Cử Số/選區編號. 投票所地點 | Home PCT P0072 | County Clerk Use ONLY | PCT 0072 |
|---|---|---|---|---|
| | Precinct No. where registered 0072 Núm. de Precinto-inscrito para votar/Phần Khu nơi đã ghi danh số/選區編號. 登記地點 | CERT/VUID 38648648 | Voter Registrar Use ONLY | PCT 0072 |

| Type of Election Tipo de Elección Hình Thức Bầu Cử 選舉類型 REPUBLICAN PRIMARY | Authority Conducting Election Autoridad Administrando la Elección Cơ Quan Thẩm Quyền Tiến Hành Bầu Cử 主持選舉的機構 HARRIS COUNTY |
|---|---|

## TO BE COMPLETED BY THE COUNTY VOTER REGISTRAR FOR STATUS:

I, the voter registrar/deputy registrar, did research the records of my office and the following conclusion(s) was made:

# BALLOT CODE: 163924717 ✓

(Write in the Ballot Code, it is found on the Provisional Ballot Stub above the voter's signature area. The Provisional Ballot Stub is generated from the JBC.)

### FOR VOTERS WHO DID NOT PRESENT ACCEPTABLE PHOTO IDENTIFICATION AT THE POLLING PLACE

1. _____ Voter presented acceptable form of identification within 6 days of election day.

2. _____ Voter met disability exemption within 6 days of election day.

3. _____ Voter executed religious objection affidavit within 6 days of election day.

4. _____ Voter executed natural disaster affidavit within 6 days of election day.

5. ✓ Voter did not satisfy identification or affidavit requirements, listed in categories 1-4 above, within 6 days of election day.

### FOR VOTERS WHO VOTED PROVISIONALLY FOR OTHER REASONS

6. _____ Not a registered voter or registration not effective in time for this election.

7. _____ Registered to vote, erroneously listed in wrong precinct.

8. _____ Registered to vote in a different precinct within the county.

9. _____ Information on file indicating applicant completed a voter registration

## VOTER PRESENTED ACCEPTABLE FORM OF IDENTIFICATION

☐ YES        ☒ NO

1. ✓ Failed to present acceptable form of identification or voter certificate with exemption. VUID# 1103718071

2. _____ Voter not on list of registered voters.

3. _____ Voter not on list, registered in another precinct.

4. _____ Voter on list of people who voted early by mail, and voter has not cancelled mail ballot application.

5. _____ Voting after 7:00 P.M. due to court order.



312802517

## Affidavit of Provisional Voter

Declaración Jurada de Votante Provisional / Bản Chứng Thệ Của Cử Tri Tạm Thời / 臨時選民具結書

**TO BE COMPLETED BY VOTER:** I am a registered voter of this political subdivision and in the precinct in which I'm attempting to vote and have not already voted in this election (either in person or by mail). I am a resident of this political subdivision, have not been finally convicted of a felony or if a felon, I have completed all of my punishment including any term of incarceration, parole, supervision, period of probation, or I have been pardoned. I have not been determined by a final judgment of a court exercising probate jurisdiction to be totally mentally incapacitated or partially mentally incapacitated without the right to vote. I understand that giving false information under oath is a misdemeanor, and I understand that it is a felony of the 2nd degree to vote in an election for which I know I am not eligible.

*(PARA QUE EL VOTANTE LO LLENE:* Estoy inscrito como votante en esta subdivisión ~~No Original Affidavit – CCO made copy~~ ado en esta elección (en persona o por correo). Soy residente de esta subdivisión política, no he sido definitivamente declarado culpable de un delito grave ... el período de encarcelamiento, la libertad condicional, la libertad supervisada, la libertad vigilada, o he sido indultado. No me han determinado por un juicio ... acitado mentalmente o parcialmente incapacitado sin el derecho de votar. Entiendo que dar información falsa bajo juramento es un delito menor y también ... grave de 2do grado votar en una elección sabiendo que no cumplo con los requisitos necesarios. / (DƯỢC HOÀN TẤT BỞI CỬ TRI: Tôi là cư tri đã ghi danh bỏ phiếu tại phân khu chính trị địa phương này và trong phân khu mà tôi cố ý định bỏ phiếu trong cuộc bầu cử này (kể cả đích thân bỏ phiếu hay bằng thư). Tôi là cư ngụ tại phân khu chính trị địa phương này, tôi hoàn toàn không bị kết trọng tội hoặc nếu là người phạm trọng tội, tôi đã hoàn thành hết mọi hình phạt, bao gồm thời hạn tù, án treo, quản chế, thời kỳ thử thách, hoặc đã được tha. Phán quyết cuối cùng của tòa án không ... 人本人為此政治區域之居民，迄今尚未判決被最終定罪，或即使是犯罪者，但所有囚刑、監管、緩刑、試用時期或赦免均已結束。...

| Last Name (Apellido) (Họ) (姓) | First Name (Nombre) (Tên) (名) | Middle Name (if any) (Segundo nombre (si tiene) Tên đệm (nếu có) 中間名 (若有) | Former Name (Nombre anterior) (Tên cũ) (曾用名) |
|---|---|---|---|
| CLEMENTS | DANIEL | MARION | |

**Residence Address:** Street Address and Apartment Number, City, State, and ZIP. If none, describe where you live (Do not include PO Box, Rural Rt. or business address) (Domicilio: calle y número de apartamento, Ciudad, Estado, y Código Postal. A falta de estos datos, describa la localidad de su residencia. No incluya el apartado de correos, camino rural, ni dirección comercial.) (Địa chỉ cư trú: Tên đường và số Phòng, Thành Phố, Tiểu Bang, và Mã Bưu Điện. Nếu không có, xin diễn tả nơi quý vị cư ngụ (Không được để địa chỉ Hộp Thư, Địa Chỉ Đường Làng hoặc Địa Chỉ Thương Mại) 居住地址：街名地址和公寓號、市、州和郵政區碼。如果沒有，請詳細說明您居住地區（請勿用郵局信箱、鄉郊地址或商業地址）

19103 KICKAPOO RD. WALLER, TEXAS 77484

| Mailing Address: Street Address, City, State, and ZIP. If mail cannot be delivered to your residence address. (Dirección postal: Ciudad, Estado y Código Postal, si no es posible entregarle correspondencia en su domicilio.) (Địa Chỉ Gởi Thư: Thành Phố, Tiểu Bang, và Mã Bưu Điện. Nếu không thể chuyển thư tới địa chỉ cư ngụ của quý vị.) 郵寄地址：市、州和郵政區碼如果無法投遞至您的居住地址。 | Gender: (Optional) (Sexo (Optativo) Giới tính:(Không bắt buộc 性別 (可填寫不填) | Date of Birth: Month, Day, Year (Fecha de nacimiento: mes, día, año)(Ngày tháng năm sanh: Tháng, Ngày, Năm) 出生日期：月、日、年 |
|---|---|---|
| 16507 BRADDOCKS RD. CYPRESS, TEXAS 77429-1742 | Male ☑ Female ☐ (Hombre)(Nam)(男) (Mujer)(Nữ)(女) | 12/08/1965 |

**Check appropriate box:** Marque el cuadro apropiado: Đánh dấu vào ô thích hợp 在適當方格內劃勾:

ARE YOU A UNITED STATES CITIZEN? (¿SOY CIUDADANO/A DE LOS ESTADOS UNIDOS?) (QUÝ VỊ CÓ PHẢI LÀ CÔNG DÂN HOA KỲ KHÔNG?) 我是美國公民嗎？

☑ Yes ☐ No
(Sí) (Có)(是)   (No)(Không)(否)

**TX Driver's License No. or Personal I.D. No.** (Issued by TX DPS) Número de su licencia de conducir de Texas o de su Cédula de Identidad expedida por el Departamento de Seguridad Publica de Texas). Số Bằng Lái Xe của tiểu bang Texas hoặc số ID cá nhân (do Bộ An Toàn Lao Động tiểu bang Texas cấp) ...

☐ I have not been issued a TX driver's license/ personal identification number or Social Security Number. (No me han expedido una licencia de conducir de Texas/Cédula de identidad personal de Texas ni un Número de Seguro Social.) (Tôi chưa hề được cấp bằng lái xe của Texas/số ID cá nhân hoặc số An Sinh Xã Hội.) 我沒有 TX 駕駛執照號碼/ 個人身份證號碼或社會安全卡號碼

**Social Security No.** (last 4 digits required if you do not have a driver's license or I.D. number) Número de seguro social: Sólo los últimos 4 números de su seguro social Số An Sinh Xã Hội (4 số cuối của số An Sinh Xã Hội cần phải có nếu quý vị không có số bằng lái xe hoặc số ID cá nhân) 社會安全號碼 (如果您沒有駕駛執照或個人身份證號碼，請提供社會安全卡最後)

X _____ (signature)

### TO BE COMPLETED BY THE ELECTION JUDGE

| Date of Election Fecha de la Elección Ngày Bầu Cử 選舉日期 | |
|---|---|
| 3/4/14 | **Precinct No. where voted** 049 Núm. de Precinto-lugar de votación/Phân Khu nơi đã Bầu Cử Số/選區編號. 投票地點 |
| | **Precinct No. where registered** 049 Núm. de Precinto-inscrito para votar/Phân Khu nơi đã ghi danh số/選區 編號. 登記地點 |

| Type of Election Tipo de Elección Hình Thức Bầu Cử 選舉類型 | Authority Conducting Election Autoridad Administrando la Elección Cơ Quan Thẩm Quyền Tiến Hành Bầu Cử 主持選舉機構 |
|---|---|
| Primary | Harris Co. (Roberts Rd. Elementary) |

## BALLOT CODE: 161549136

(Write in the Ballot Code, it is found on the Provisional Ballot Stub above the voter's signature area. The Provisional Ballot Stub is generated from the JBC.)

## VOTER PRESENTED ACCEPTABLE FORM OF IDENTIFICATION

☐ YES   ☑ NO

1. ___ Failed to present acceptable form of identification or voter certificate with exemption.

2. ___ Voter not on list of registered voters.

3. ___ Voter not on list, registered in another precinct.

4. ___ Voter on list of people who voted early by mail, and voter has not cancelled mail ballot application.

5. ___ Voting after 7:00 P.M. due to court order.

| Home PCT | County Clerk Use ONLY | PCT |
|---|---|---|
| R0049 | | R0049 |
| CERT/VUID | Voter Registrar Use ONLY | PCT |
| 163348369 | | 0049 |

### TO BE COMPLETED BY THE COUNTY VOTER REGISTRAR FOR STATUS:

I, the voter registrar/deputy registrar, did research the records of my office and the following conclusion(s) was/were made:

**FOR VOTERS WHO DID NOT PRESENT ACCEPTABLE PHOTO IDENTIFICATION AT THE POLLING PLACE**

1. ___ Voter presented acceptable form of identification within 6 days of election day.

2. ___ Voter met disability exemption within 6 days of election day.

3. ___ Voter executed religious objection affidavit within 6 days of election day.

4. ___ Voter executed natural disaster affidavit within 6 days of election day.

5. ✓ Voter did not satisfy identification or affidavit requirements, listed in categories 1-4 above, within 6 days of election day.

**FOR VOTERS WHO VOTED PROVISIONALLY FOR OTHER REASONS**

6. ___ Not a registered voter or registration not effective in time for this election.

7. ___ Registered to vote, erroneously listed in wrong precinct.

8. ___ Registered to vote in a different precinct within the county.

9. ___ Information on file indicating applicant completed a voter registration

Republican
Accepted

3 of 126



**Affidavit of Provisional Voter**

Declaración Jurada de Votante Provisional / Bản Chứng Thệ Của Cử Tri Tạm Thời / 臨時選民具結書

312859519

TO BE COMPLETED BY VOTER: I am a registered voter of this political subdivision and in the precinct in which I'm attempting to vote and have not already voted in this election (either in person or by mail). I am a resident of this political subdivision, have not been finally convicted of a felony or if a felon, I have completed all of my punishment including any term of incarceration, parole, supervision, period of probation, or I have been pardoned. I have not been determined by a final judgment of a court exercising probate jurisdiction to be totally mentally incapacitated or partially mentally incapacitated without the right to vote. I understand that giving false information under oath is a misdemeanor, and I understand that it is a felony of the 2nd degree to vote in an election for which I know I am not eligible.

(PARA QUE EL VOTANTE LO LLENE: Estoy inscrito como votante en esta subdivisión política y en el precinto en cual estoy intentando a votar y aun no he votado en esta elección (en persona o por correo). Soy residente de esta subdivisión política, no he sido definitivamente declarado culpable de un delito grave o si soy el autor de un delito grave, he cumplido toda mi condena incluvier el período de encarcelamiento, la libertad condicional, la libertad supervisada, la libertad vigilada, o he sido indultado. No me han determinado por un juicio final de una corte de la legalización de un testamento, ser totalmente incapacitado mentalmente o parcialmente incapacitado sin el derecho de votar. Entiendo que dar información falsa bajo juramento es un delito menor y también entiendo que es un delito grave de 2do grado votar en una elección sabiendo que no cumplo con los requisitos necesarios.) (ĐƯỢC HOÀN TẤT BỞI CỬ TRI: Tôi là cử tri đã gṛ danh bỏ phiếu tại phân khu chính trị này và trong phân khu mà tôi cố ý định bỏ phiếu và chưa bỏ phiếu trong cuộc bầu cử này (kế cả đích thân bỏ phiếu hay bỏ phiếu bằng thư). Tôi cư ngụ tại phân khu chính trị địa phương này, tôi hoàn toàn không bị kết trọng tội hoặc nếu là người phạm trọng tội, tôi đã hoàn thành hết mọi hình phạt, bao gồm thời hạn tù, án treo, quản chế, thời kỳ thử thách, hoặc đã được tha. Phần quyết cuối cùng của tòa án không tuyên bố rằng tôi là người mất hoàn toàn năng lực về mặt tâm thần hay mất một phần năng lực để tôi có quyền được bỏ phiếu. Tôi hiểu rằng khai man khi tuyên thệ sẽ bị phạm khinh tội, và tôi hiểu rằng nếu bỏ phiếu trong cuộc bầu cử mà tôi biết là mình không hội đủ điều kiện, tôi sẽ có tội là phạm trọng tội cấp độ 2.) 由選民填寫: 本人具政治轄區的合法選民, 並在本欲投票的選區中投票且尚未在本次選舉中投票 (現自或郵件投票)。本人為此政治轄區之居民, 從未因犯有重刑罪而被最終判決有罪或者如果本人即為犯有重刑罪之犯人, 本人已在被監�258期、假釋、受監等、假釋監規或緩刑的完整懲罰期問後徹底服恐畢行, 或已獲赦免。本人未經由遺囑驗證執行法庭最終審判裁定為完全喪失心智或喪失部分心智而被剝奪投票的權利。本人明白宣誓後提供不實資訊的輕罪, 並了解在明知自己不符合資格的情況下在選舉中投票為二級重罪。

<table>
<tr><td>Last Name (Apellido) (Họ) (姓)</td><td>First Name (Nombre) (Tên) (名)</td><td>Middle Name (if any) (Segundo nombre (si tiene) Tên đệm (nếu có) 中間名 (若有)</td><td>Former Name (Nombre anterior) (Tên cũ) (曾用名)</td></tr>
<tr><td>HEAREN</td><td>CARL</td><td>DAVIS</td><td></td></tr>
</table>

Residence Address: Street Address and Apartment Number, City, State, and ZIP. If none, describe where you live (Do not include PO Box, Rural Rt. or business address) (Domicilio: calle y número de apartamento, Ciudad, Estado, y Código Postal: A falta de estos datos, describa la localidad de su residencia. (No incluya el apartado de correos, camino rural, ni dirección comercial.)) (Địa chỉ cư trú: Tên đường và số Phòng, Thành Phố, Tiểu Bang, và Mã Bưu Điện. Nếu không có, xin diễn tả nơi quý vị cư ngụ (Không được để địa chỉ Hộp Thư, Địa Chỉ Đường Làng hoặc Địa Chỉ Thương Mại) 居住地址: 街名和apartment số和房號 · 市和州和郵區號碼 · 如果沒有 · 請描述居住地址 (請勿用郵局信箱號碼、鄉村路線或商業地址.)

2627 S CHERRY ST #354 TOMBALL 77375

<table>
<tr><td>Mailing Address: City, State, and ZIP. If mail cannot be delivered to your residence address. (Dirección postal: Ciudad, Estado y Código Postal, si no es posible entregarle correspondencia en su domicilio). (Địa Chỉ Gửi Thư: Thành Phố, Tiểu Bang, và Mã Bưu Điện. Nếu không thể chuyển thư tới địa chỉ cư ngụ của quý vị.) 郵寄地址: 市 · 州和郵遞區號 · 如果郵寄無法送達您的居住地址。</td><td>Gender: (Optional) (Sexo (Optativo) Giới tính:(Không bắt buộc) 性別: (可或填不項填)</td><td>Date of Birth: Month, Day, Year (Fecha de nacimiento: mes, día, año)(Ngày tháng năm sanh: Tháng, Ngày, Năm) 出生日期: 月 · 日 · 年</td></tr>
<tr><td>SAME</td><td>Male ☒ Female ☐<br>(Hombre)(Nam)(男) (Mujer)(Nữ)(女)</td><td>05/09/1930</td></tr>
</table>

<table>
<tr><td>Check appropriate box: Marque el cuadro apropiado: Dánh dấu vào ô thích hợp 在適當方格內劃記:<br><br>ARE YOU A UNITED STATES CITIZEN?<br>(¿SOY CIUDADANO/A DE LOS ESTADOS UNIDOS?) (QUÝ VỊ CÓ PHẢI LÀ CÔNG DÂN HOA KỲ KHÔNG?) 您是美國公民嗎?<br><br>☒ Yes ☐ No<br>(Sí)(Có)(是) (No)(Không)(否)</td><td>TX Driver's License No. or Personal I.D. No. (Issued by TX DPS) Número de su licencia de conducir de Texas o de su Cédula de Identidad expedida por el Departamento de Seguridad Pública de Texas) Số Bằng Lái Xe của tiểu bang Texas hoặc số ID cá nhân (do Bộ An Toàn Lao Động tiểu bang Texas<br><br>☐ I have not been issued a TX driver's license/ personal identification number or Social Security Number. (No me han expedido una licencia de conducir de Texas/Cédula de identidad personal de Texas ni un Número de Seguro Social.) ( Tôi chưa hề được cấp bằng lái xe của Texas/số ID cá nhân hoặc số An Sinh Xã Hội.) 我沒有 TX 駕駛執照號碼/個人身份證號碼或社會安全號碼。</td><td>Social Security No.: (last 4 digits required if you do not have a driver's license or I.D. number) Número de Seguro Social: (Si no tiene licencia de conducir ni identificación personal, se requieren los últimos 4 números de su seguro social) Số An Sinh Xã Hội (4 số cuối của số An Sinh Xã Hội cần phải có nếu quý vị không có số bằng lái xe hoặc số ID cá nhân) 社會安全號碼: (如果你沒有駕駛執照或個人身份證號碼, 則須填社會安全號碼<br><br>Signature of Voter: (Firma del Votante ) (Chữ Ký của Cử Tri) (選民簽名)<br><br>X Carl D. Hearn</td></tr>
</table>

**TO BE COMPLETED BY THE ELECTION JUDGE**

<table>
<tr><td>Date of Election Fecha de la Elección Ngày Bầu Cử 選舉日期<br>04 MARCH 2014</td><td>Precinct No. where voted 0127<br>Núm. de Precinto-lugar de votación/Phần Khu nơi đã Bầu Cử Số/選區編號. 投票地點<br><br>Precinct No. where registered 0127<br>Núm. de Precinto-inscrito para votar/Phần Khu nơi đã ghi danh số/選區編號. 登記地點</td><td>Home PCT<br>R0127</td><td>County Clerk Use ONLY</td><td>PCT<br>R0127</td></tr>
<tr><td></td><td></td><td>CERT/VUID<br>68419316</td><td>Voter Registrar Use ONLY</td><td>PCT<br>0127</td></tr>
</table>

Type of Election Tipo de Elección Hình Thức Bầu Cử 選舉類型
PRIMARY

Authority Conducting Election Autoridad Administrando la Elección Cơ Quan Thẩm Quyền Tiến Hành Bầu Cử 主持選舉機構
HARRIS COUNTY

**BALLOT CODE:** 1503

(Write in the Ballot Code, it is found on the Provisional Ballot Stub above the voter's signature area. The Provisional Ballot Stub is generated from the JBC.)
2027 69887

**VOTER PRESENTED ACCEPTABLE FORM OF IDENTIFICATION**

☐ YES   ☐ NO

1. ☒ Failed to present acceptable form of identification or voter certificate with exemption.

2. Voter not on list of registered voters.

3. Voter not on list, registered in another precinct.

4. Voter on list of people who voted early by mail, and voter has not cancelled mail ballot application.

5. Voting after 7:00 P.M. due to court order.

**TO BE COMPLETED BY THE COUNTY VOTER REGISTRAR FOR STATUS:**

I, the voter registrar/deputy registrar, did research the records of my office and the following conclusion(s) was made:

*FOR VOTERS WHO DID NOT PRESENT ACCEPTABLE PHOTO IDENTIFICATION AT THE POLLING PLACE*

1. ✓ Voter presented acceptable form of identification within 6 days of election day.

2. _____ Voter met disability exemption within 6 days of election day.

3. _____ Voter executed religious objection affidavit within 6 days of election day.

4. _____ Voter executed natural disaster affidavit within 6 days of election day.

5. _____ Voter did not satisfy identification or affidavit requirements, listed in categories 1-4 above, within 6 days of election day.

*FOR VOTERS WHO VOTED PROVISIONALLY FOR OTHER REASONS*

6. _____ Not a registered voter or registration not effective in time for this election.

7. _____ Registered to vote, erroneously listed in wrong precinct.

8. _____ Registered to vote in a different precinct within the county.

9. _____ Information on file indicating applicant completed a voter registration

# Mike Sullivan

Tax Assessor-Collector & Voter Registrar

## Provisional Voter Appearing to Voter Registrar During Cure Period

**Date Document Presented: March 10, 2014**

**Name of Voter as it appears on the Document Presented:** (if applicable, Voter must initial Similar Name Affidavit, Box 6.)

| 1 | Carl Davis Hearen |
|---|---|

**Document Presented:**                                        **ID Number:**

| 2 | 3 | | 3 | 38225326 |
|---|---|---|---|---|

**Printed Name of Voter as it appears on the Official List of Registered Voters:**

| 4 | Carl Davis Hearen |
|---|---|

**VUID Number** (if available):

| 5 | 1181870284 |
|---|---|

**Similar Name Affidav**

| 6 | |
|---|---|

the column labeled **"Similar Name Affidavit,"** in the row corresponding to my name, I swear and affirm I am one and the same person named on the identification provided.

**Initials of Deputy Voter Registrar:**

| 7 | |
|---|---|

**Date of Election: March 4, 2014**                    **Deadline to Cure: March 10, 2014**

## Provisional Voter - ID Receipt

**Date Document Presented:** March 10, 2014

**Voter's Name:** Carl Davis Hearen

**Vuid:** 1181870284

**Document Presented:** (3) Personal identification card issued by the Texas Department of Public Safety



# Mike Sullivan

| Completed by Polling Place Official | | Complete by Voter Registrar* | MIE |
|---|---|---|---|
| Voter's Name | VUID/Certificate # | ID Presented: ☑ Yes ☒ No  MIE | Type of ID: WR DL |
| | 68619316 | | TX TA |



312962504

## Affidavit of Provisional Voter

Declaración Jurada de Votante Provisional / Bản Chứng Thệ Của Cử Tri Tạm Thời / 臨時選民具結書

TO BE COMPLETED BY VOTER: I am a registered voter of this political subdivision and in the precinct in which I'm attempting to vote and have not already voted in this election (either in person or by mail). I am a resident of this political subdivision, have not been finally convicted of a felony or if a felon, I have completed all of my punishment including any term of incarceration, parole, supervision, period of probation, or I have been pardoned. I have not been determined by a final judgment of a court exercising probate jurisdiction to be totally mentally incapacitated or partially mentally incapacitated without the right to vote. I understand that giving false information under oath is a misdemeanor, and I understand that it is a felony of the 2nd degree to vote in an election for which I know I am not eligible.

(PARA QUE EL VOTANTE LO LLENE: Estoy inscrito como votante en esta subdivisión política y en el precinto en cual estoy intentando a votar y aun no he votado en esta elección (en persona o por correo). Soy residente de esta subdivisión política, no he sido definitivamente declarado culpable de un delito grave o si soy el autor de un delito grave, he cumplido toda mi condena inclusive el periodo de encarcelamiento, la libertad condicional, la libertad supervisada, la libertad vigilada, o he sido indultado. No me han determinado por un juicio final de una corte de la legalización de un testamento, ser totalmente incapacitado mentalmente o parcialmente incapacitado sin el derecho de votar. Entiendo que dar información falsa bajo juramento es un delito menor y también entiendo que es un delito grave de 2do grado votar en una elección sabiendo que no cumplo con los requisitos necesarios.) (ĐƯỢC HOÀN TẤT BỞI CỬ TRI: Tôi là cử tri đã ghi danh bỏ phiếu tại phần khu chính trị này phần khu mà tôi cố ý định bỏ phiếu và chưa bỏ phiếu trong cuộc bầu cử này (kể cả đích thân bỏ phiếu hay bỏ phiếu bằng thư). Tôi cư ngụ tại phần khu chính trị địa phương này, tôi hoàn toàn không bị kết trọng tội không bị người phạm trong tội, tôi đã hoàn thành hết mọi hình phạt, bao gồm thời hạn tù, án treo, quản chế, thời kỳ thử thách, hoặc đã được tha. Phán quyết cuối cùng của tòa án không được lập tôi bị người mất hoàn toàn năng lực về mặt tâm thần hay mất một phần năng lực để tôi có quyền được bỏ phiếu. Tôi hiểu rằng khai man khi tuyên thệ bị xem thường khinh tội, và tôi hiểu rằng nếu bỏ phiếu trong một cuộc bầu cử mà tôi biết là mình không hội đủ điều kiện, tôi sẽ bị coi là phạm trọng tội cấp độ 2.) (由選民填寫: 本人為此政治轄區內之合法選民，本人在此選民所企圖投票之選區內中投票(親自或郵寄投票)。本人為此政治轄區之居民，從未被最後判罪為重刑犯罪，倘若屬重刑犯罪，我都已完成或已被赦免。本人並非在任何執行遺囑認証法庭裁定完全喪失心智或部份喪失神智全喪的自身缺失能力而喪失投票權。本人明瞭宣誓時提供不實資訊為輕罪，並了解知明知自己不符合資格的情況下於選舉中投票為二級重罪。

| Last Name (Apellido) (Họ) (姓) | First Name (Nombre) (Tên) (名) | Middle Name (If any) (Segundo nombre (si tiene)) Tên đệm (nếu có) (中間名) (若有) | Former Name (Nombre anterior) (Tên cũ) (曾用名) |
|---|---|---|---|
| Martin | Leah | Noel | Seidl |

| Residence Address: Street Address and Apartment Number, City, State, and ZIP. If none, describe where you live (Do not include PO Box, Rural Rt. or business address) (Domicilio: calle y número de apartamento, Ciudad, Estado, y Código Postal. A falta de estos datos, describa la localidad de su residencia. (No incluya el apartado de correos, camino rural, ni dirección comercial.)) (Địa chỉ cư trú: Tên đường và số Phòng, Thành Phố, Tiểu Bang, và Mã Bưu Điện. Nếu không có, xin diễn tả nơi quý vị cư ngụ (Không được để địa chỉ Hộp Thư, Địa Chỉ Đường Làng hoặc Địa Chỉ Thương Mại)) 居住地址: 街名地址和公寓號、市、州和郵寄碼區。如果沒有，請詳細說明居住地點 (請勿用郵局信箱地址，郊外路線或商業地址) |
|---|
| 2663 Anthony Hay Ln |

| Mailing Address: City, State, and ZIP that cannot be delivered to your residence address. (Dirección postal: Ciudad, Estado y Código Postal, si no es posible entregar correspondencia en su domicilio). (Địa Chỉ Gửi Thư: Thành Phố, Tiểu Bang, và Mã Bưu Điện. Nếu không thể chuyển thư tới địa chỉ cư ngụ của quý vị.) 郵寄地址: 市、州和郵遞區號，如果郵寄無法送達您的居住地址。 | Gender: (Optional) (Sexo (Optativo) Giới tính (Không bắt buộc) 性別: (可填或不填) | Date of Birth: Month, Day, Year (Fecha de nacimiento: mes, día, año)(Ngày tháng năm sanh: Tháng, Ngày, Năm) 出生日期: 月 - 日 - 年 |
|---|---|---|
| | Male ☐    Female ☒ (Hombre)(Nam)(男)    (Mujer)(Nữ)(女) | 12 / 23 / 1979 |

| Check appropriate box: Marque el cuadro apropiado: Đánh dấu vào ô thích hợp 在適當方格内劃勾: ARE YOU A UNITED STATES CITIZEN? (¿SOY CIUDADANO/A DE LOS ESTADOS UNIDOS?) (QUÝ VỊ PHẢI LÀ CÔNG DÂN HOA KỲ KHÔNG?) 您是美國公民嗎？ ☒ Yes (Sí) (Có)(是)  ☐ No (No)(Không)(否) | TX Driver's License No. or Personal I.D. No. (Issued by TX DPS) Número de su licencia de conducir de Texas o de su Cédula de Identidad expedida por el Departamento de Seguridad Pública de Texas) Số Bằng Lái Xe của tiểu bang Texas hoặc số ID có nhân (do Bộ An Toàn Lưu Động tiểu bang Texas cấp) ☐ I have not been issued a TX driver's license/ personal identification number or Social Security Number. (No me han expedido una licencia de conducir de Texas/Cédula de identidad personal o un Número de Seguro Social.) (Tôi chưa hề được cấp bằng lái xe của Texas/số ID cá nhân hoặc số An Sinh Xã Hội.) 我沒有 TX 駕駛執照號碼/個人身份證號碼或社會安全號碼。 | Social Security No. (last 4 digits required if you do not have a driver's license or I.D. number) Número de Seguro Social. (Si no tiene licencia de conducir ni identificación personal, se requieren los últimos 4 números de su seguro social) Số An Sinh Xã Hội (4 số cuối của số An Sinh Xã Hội cần phải có nếu quý vị không có số bằng lái xe hoặc số ID cá nhân) 社會安全號碼 (如果您沒有駕駛執照號碼或身份證號碼，則需後4位的社會安全號碼) |
|---|---|---|
| | Signature of Voter: (Firma del Votante) (Chữ ký của cử tri) (選民簽名) X ___Leah Martin___ | |

## TO BE COMPLETED BY THE ELECTION JUDGE

| Date of Election Fecha de la Elección Ngày Bầu Cử 選舉日期 | | Home PCT | County Clerk Use ONLY | PCT |
|---|---|---|---|---|
| March 4, 2014 | Precinct No. where voted Núm. de Precinto-lugar de votación/Phần Khu nơi đã bầu Cử Số/選區編號. 投票地點   603 | R0603 | | 0603 |
| | Precinct No. where registered Núm. de Precinto-inscrito para votar/Phần Khu nơi đã ghi danh số/選區編號. 登記地點   603 | CERT/VUID   5 2490984 | Voter Registrar Use ONLY | PCT   0603 |

| Type of Election Tipo de Elección Hình Thức Bầu Cử 選舉類型 | Authority Conducting Election Autoridad Administrando la Elección Cơ Quan Thẩm Quyền Tiến Hành Bầu Cử 主持選舉機構 |
|---|---|
| Rep Primary | HARRIS COUNTY |

### TO BE COMPLETED BY THE COUNTY VOTER REGISTRAR FOR STATUS:

I, the voter registrar/deputy registrar, did research the records of my office and the following conclusion(s) was made:

**BALLOT CODE: 205724415**

(Write in the Ballot Code, it is found on the Provisional Ballot Stub above the voter's signature area. The Provisional Ballot Stub is generated from the JBC.)

#### FOR VOTERS WHO DID NOT PRESENT ACCEPTABLE PHOTO IDENTIFICATION AT THE POLLING PLACE

## VOTER PRESENTED ACCEPTABLE FORM OF IDENTIFICATION

☐ YES    ☒ NO

1. ✓ Failed to present acceptable form of identification or voter certificate with exemption.

2. ___ Voter not on list of registered voters.

3. ___ Voter not on list, registered in another precinct.

4. ___ Voter on list of people who voted early by mail, and voter has not cancelled mail ballot application.

5. ___ Voting after 7:00 P.M. due to court order.

1. ✓ Voter presented acceptable form of identification within 6 days of election day.

2. ___ Voter met disability exemption within 6 days of election day.

3. ___ Voter executed religious objection affidavit within 6 days of election day.

4. ___ Voter executed natural disaster affidavit within 6 days of election day.

5. ___ Voter did not satisfy identification or affidavit requirements, listed in categories 1-4 above, within 6 days of election day.

#### FOR VOTERS WHO VOTED PROVISIONALLY FOR OTHER REASONS

6. ___ Not a registered voter or registration not effective in time for this election.

7. ___ Registered to vote, erroneously listed in wrong precinct.

8. ___ Registered to vote in a different precinct within the county.

9. ___ Information on file indicating applicant completed a voter registration



# Mike Sullivan

Tax Assessor-Collector & Voter Registrar

## Provisional Voter Appearing to Voter Registrar During Cure Period

**Date Document Presented:** March 04, 2014

**Name of Voter as it appears on the Document Presented:** (if applicable, Voter must initial Similar Name Affidavit, Box 6.)

| 1 | LEAH NOEL MARTIN |
|---|---|

**Document Presented:**

| 2 | 1 |
|---|---|

**ID Number:**

| 3 | 06824716 |
|---|---|

**Printed Name of Voter as it appears on the Official List of Registered Voters:**

| 4 | MARTIN LEAH NOEL |
|---|---|

**VUID Number** (if available):

| 5 | 52490984 |
|---|---|

**Similar Name Affidavit**

| 6 | *Leah Martin* | \*If it is determined that the name on the form of identification provided under Sec. 63.0101 does not exactly match but is substantially similar to my name as it appears on the official list of registered voters (per Sec. 63.001 (c)), by initialing the column labeled **"Similar Name Affidavit,"** in the row corresponding to my name, I swear and affirm I am one and the same person named on the identification provided. |
|---|---|---|

**Initials of Deputy Voter Registrar:**

| 7 | N.K. |
|---|---|

**Date of Election:** March 4, 2014          **Deadline to Cure:** March 10, 2014

| Completed by Polling Place Official | | Complete by Voter Registrar* |
|---|---|---|
| Voter's Name<br>Leah Noel Martin | VUID/Certificate #<br>52490984<br><br>Precinct #  603 | ID Presented: ☑ Yes ☐ No          Type of ID: TXDL<br><br>Exemption Requested: : ☐ Yes ☑ No          Type of Exemption:_____<br><br>VR Dept. Initials JM          Date: 3-4-2014<br>*VR will attach receipt to Provisional Affidavit |

I hereby state that I have presented a form of identification (or executed an affidavit) to the Harris County Voter Registrar's office.

*Por el presente declaro que presenté una forma de identificación (o ejecute una declaración jurada) ante la oficina del Registrador de Votantes del Condado de Harris.*

Tôi xin cam đoan rằng tôi đã xuất trình thẻ căn cước (hoặc đã ký kết một bản chứng thệ) cho văn phòng Ghi Danh Cử Tri Quận Harris.

本人在此聲明，本人已經向 Harris 縣選民登記辦公室提出了一種形式的識別證明（或完成一份具結書）。

Voter Signs Here (Firme aquí) Cử Tri Ký Tại Đây 選民在此簽名 ➢ _____



313002513

## Affidavit of Provisional Voter
### Declaración Jurada de Votante Provisional / Bản Chứng Thệ Của Cử Tri Tạm Thời / 臨時選民具結書

TO BE COMPLETED BY VOTER: I am a registered voter of this political subdivision and in the precinct in which I'm attempting to vote and have not already voted in this election (either in person or by mail). I am a resident of this political subdivision, have not been finally convicted of a felony or if a felony, I have completed all of my punishment including any term of incarceration, parole, supervision, period of probation, or I have been pardoned. I have not been determined by a final judgment of a court exercising probate jurisdiction to be totally mentally incapacitated or partially mentally incapacitated without the right to vote. I understand that giving false information under oath is a misdemeanor, and I understand that it is a felony of the 2nd degree to vote in an election for which I know I am not eligible.

(PARA QUE EL VOTANTE LO LLENE: Estoy inscrito como votante en esta subdivisión política y en el precinto en cual estoy intentando a votar y aún no he votado en esta elección (en persona o por correo). Soy residente de esta subdivisión política, no he sido definitivamente declarado culpable de un delito grave o si soy el autor de un delito grave, he cumplido toda mi condena inclusive el período de encarcelamiento, la libertad condicional, la libertad supervisada, la libertad vigilada, o he sido indultado. No me han determinado por un juicio final de una corte de la legalización de un testamento, ser totalmente incapacitado mentalmente o parcialmente incapacitado sin el derecho de votar. Entiendo que dar información falsa bajo juramento es un delito menor y también entiendo que es un delito grave de 2do grado votar en una elección sabiendo que no cumplo con los requisitos necesarios.) (ĐƯỢC HOÀN TẤT BỞI CỬ TRI: Tôi là cử tri đã ghi danh bỏ phiếu tại phân khu chính trị địa phương này và trong phân khu mà tôi cố ý định bỏ phiếu và chưa bỏ phiếu trong cuộc bầu cử này (kể cả đích thân bỏ phiếu hay bỏ phiếu bằng thư). Tôi là cư ngụ tại phân khu chính trị địa phương này, tôi luôn hoàn không bị kết trọng tội hoặc nếu là người phạm trọng tội, tôi đã hoàn thành hết mọi hình phạt, bao gồm thời hạn tù, ân treo, quản chế, thời kỳ thử thách, hoặc đã được tha. Phán quyết cuối cùng của tòa án không tuyên bố rằng tôi là người mất hoàn toàn năng lực về mặt tâm thần hay mất một phần năng lực về mặt tâm thần không có quyền được bỏ phiếu. Tôi hiểu rằng khai man khi tuyên thệ sẽ bị phạm khinh tội, và tôi hiểu rằng nếu bỏ phiếu trong một cuộc bầu cử mà tôi biết là mình không hội đủ điều kiện, tôi sẽ bị coi là mình phạm trọng tội cấp độ 2.) (由本結書: 本人為此政治細分內之合法選民，本人有意圖且尚未在此選舉中投票 (親自投票或郵寄投票)。本人為此政治細分之居民，本人未被最終判決犯有重罪，或如有重罪本人已完成所有處罰包括服刑期、假釋、監管、緩刑或已被赦免。本人未因法院最終執行遺囑判決而被判定完全喪失心智能力或部分喪失而無權投票。本人明白宣誓後提供不實資料為輕罪，並了解如明知自己不符合資格而於選舉中投票為二級重罪。)

| Last Name (Apellido) (Họ) (姓) | First Name (Nombre) (Tên) (名) | Middle Name (if any) (Segundo nombre (si tiene)) Tên đệm (nếu có) 中間名 (若有) | Former Name (Nombre anterior) (Tên cũ) (曾用名) |
|---|---|---|---|
| Pinedo | Gloria | | |

Residence Address: Street Address and Apartment Number, City, State, and ZIP. If none, describe where you live (Do not include PO Box, Rural Rt. or business address) (Domicilio: calle y número de apartamento, Ciudad, Estado, y Código Postal. A falta de estos datos, describa la localidad de su vivienda. No incluya el apartado de correos, camino rural, ni dirección comercial.) (Địa chỉ cư trú: Tên đường và số Phòng, Thành Phố, Tiểu Bang, và Mã Bưu Điện. Nếu không có, xin diễn tả nơi quý vị cư ngụ (Không được để địa chỉ Hộp Thư, Địa Chỉ Đường Làng hoặc Địa Chỉ Thương Mại) (居住地址: 街名地址和公寓號，市、州和郵寄區號。如果沒有，請詳細說明居住地點 (請勿用郵局信箱號碼、鄉村路線或商號地址)

9606 Greenwillow          HOUSTON, Tx 77096

| Mailing Address: City, State, and ZIP. If mail cannot be delivered to your residence address. (Dirección postal: Ciudad, Estado y Código Postal, si no es posible entregarle correspondencia en su domicilio). (Địa Chỉ Gửi Thư: Thành Phố, Tiểu Bang, và Mã Bưu Điện. Nếu không thể chuyển thư tới địa chỉ cư ngụ của quý vị.) 郵寄地址: 市、州和郵寄區號 (如果郵寄無法送達您的居住地址) | Gender: (Optional) (Sexo (Optativo) Giới tính:(Không bắt buộc 性別: (可填寫不填) | Date of Birth: Month, Day, Year (Fecha de nacimiento: mes, día, año)(Ngày tháng năm sanh: Tháng, Ngày, Năm) 出生日期: 月・日・年 |
|---|---|---|
| 9606 Greenwillow | Male ☐   Female ☒ (Hombre)(Mujer)(女) | 12/24/1959 |

Check appropriate box: Marque el cuadro apropiado: Đánh dấu vào ô thích hợp 在適當方格內劃記:

ARE YOU A UNITED STATES CITIZEN? (¿SOY CIUDADANO/A DE LOS ESTADOS UNIDOS?) (QUÝ VỊ CÓ PHẢI LÀ CÔNG DÂN HOA KỲ KHÔNG?) 您是美國公民嗎?

☒ Yes ☐ No
(Sí) (Có)(是)   (No)(Không)(否)

| TX Driver's License No. or Personal I.D. No. (Issued by TX DPS) Número de su licencia de conducir de Texas o de su Cédula de Identidad expedida por el Departamento de Seguridad Pública de Texas. Số Bằng Lái Xe của tiểu bang Texas hoặc số ID cá nhân (do Bộ An Toàn Lao Động tiểu bang Texas | Social Security No. (last 4 digits required if you do not have a driver's license or I.D. number) Número de Seguro Social. (si no tiene licencia de conducir ni identificación personal, se requiere los últimos 4 números de su seguro social) Số An Sinh Xã Hội (4 số cuối của số An Sinh Xã Hội cần phải có nếu quý vị không có số bằng lái xe hoặc số ID cá nhân) 社會安全號碼 (如果您沒有駕駛執照或個人身份證號碼，請提供社安卡號後 |
|---|---|
| | |

☐ I have not been issued a TX driver's license/personal identification number or Social Security Number. (No me han expedido una licencia de conducir de Texas/Cédula de identidad personal de Texas ni un Número de Seguro Social.) ( Tôi chưa hề được cấp bằng lái xe của Texas/số ID cá nhân hoặc số An Sinh Xã Hội.) 我沒有TX 駕駛執照號碼、個人身份證號碼或安全號碼。

Signature of Voter: (Firma del Votante) (Chữ ký của Cử tri) (選民簽名)

X Gloria Pinedo

### TO BE COMPLETED BY THE ELECTION JUDGE

| Date of Election Fecha de la Elección Ngày Bầu Cử 選舉日期 | Precinct No. where voted   255 Núm. de Precincto-lugar de votación/Phần Khu nơi đã Bầu Cử Số/選區編號. 投票地點 |
|---|---|
| 3/4/14 | Precinct No. where registered   255 Núm. de Precincto-inscrito para votar/Phần Khu nơi đã ghi danh Bầu Cử/選區編號 登記地點 |

| Type of Election Tipo de Elección Hình Thức Bầu Cử 選舉類型 | Authority Conducting Election Autoridad Administrando la Elección Cơ Quan Thẩm Quyền Tiến Hành Bầu Cử 主持選舉機構 |
|---|---|
| Primary | HCRP |

## BALLOT CODE: 2 0 4 2 1 5 5 0 5

(Write in the Ballot Code, it is found on the Provisional Ballot Stub above the voter's signature area. The Provisional Ballot Stub is generated from the JBC.)

### VOTER PRESENTED ACCEPTABLE FORM OF IDENTIFICATION

☐ YES   ☐ NO

1. ✓ Failed to present acceptable form of identification or voter certificate with exemption.   Expired

2. ____ Voter not on list of registered voters.

3. ____ Voter not on list, registered in another precinct.

4. ____ Voter on list of people who voted early by mail, and voter has not cancelled mail ballot application.

5. ____ Voting after 7:00 P.M. due to court order.

| Home PCT | County Clerk Use ONLY | PCT |
|---|---|---|
| R0255 | | 0255 |
| CERT/VUID | Voter Registrar Use ONLY | PCT |
| 5953385 | | 0255 |

### TO BE COMPLETED BY THE COUNTY VOTER REGISTRAR FOR STATUS:

I, the voter registrar/deputy registrar, did research the records of my office and the following conclusion(s) was made:

#### FOR VOTERS WHO DID NOT PRESENT ACCEPTABLE PHOTO IDENTIFICATION AT THE POLLING PLACE

1. ✓ Voter presented acceptable form of identification within 6 days of election day.

2. ____ Voter met disability exemption within 6 days of election day.

3. ____ Voter executed religious objection affidavit within 6 days of election day.

4. ____ Voter executed natural disaster affidavit within 6 days of election day.

5. ____ Voter did not satisfy identification or affidavit requirements, listed in categories 1-4 above, within 6 days of election day.

#### FOR VOTERS WHO VOTED PROVISIONALLY FOR OTHER REASONS

6. ____ Not a registered voter or registration not effective in time for this election.

7. ____ Registered to vote, erroneously listed in wrong precinct.

8. ____ Registered to vote in a different precinct within the county.

9. ____ Information on file indicating applicant completed a voter registration



## Mike Sullivan
Tax Assessor-Collector & Voter Registrar

### Provisional Voter Appearing to Voter Registrar During Cure Period

Date Document Presented: March 07, 2014

Name of Voter as it appears on the Document Presented: (if applicable, Voter must initial Similar Name Affidavit, Box 6.)

| 1 | Gloria Cabello Pinedo |

Document Presented: | | ID Number: |

| 2 | 1 | | 3 | 08381613 |

Printed Name of Voter as it appears on the Official List of Registered Voters:

| 4 | Gloria Cabello Pinedo |

VUID Number (if available):

| 5 | 59533851 |

Similar Name Affidavit*

| 6 | ...is substantially similar to my name as it appears on the Official list of registered voters (per Sec. 63.001 (c)); by initialing the column labeled "Similar Name Affidavit," in the row corresponding to my name, I swear and affirm I am one and the same person named on the identification provided. |

Initials of Deputy Voter Registrar:

| 7 | |

Date of Election: March 4, 2014                    Deadline to Cure: March 10, 2014

## Provisional Voter - ID Receipt

Date Document Presented: March 07, 2014

Voter's Name: Gloria Cabello Pinedo

Vuid: 59533851

Document Presented: (1) Driver's license issued by the Texas Department of Public Safety

| Completed by Polling Place Official | | Complete by Voter Registrar* | |
|---|---|---|---|
| Voter's Name<br>Pinedo, Gloria Cabello | VUID/Certificate #<br>59533851 | ID Presented: ☑ Yes ☐ No | Type of ID: TDL |
| | | Exemption Requested: : ☐ Yes ☑ No | Type of Exemption: |





310694709

## Affidavit of Provisional Voter
Declaración Jurada de Votante Provisional / Bản Chứng Thệ Của Cử Tri Tạm Thời / 臨時選民具結書

TO BE COMPLETED BY VOTER: I am a registered voter of this political subdivision and in the precinct in which I'm attempting to vote and have not already voted in this election (either in person or by mail). I am a resident of this political subdivision, have not been finally convicted of a felony or if a felon, I have completed all of my punishment including any term of incarceration, parole, supervision, period of probation, or I have been pardoned. I have not been determined by a final judgment of a court exercising probate jurisdiction to be totally mentally incapacitated or partially mentally incapacitated without the right to vote. I understand that giving false information under oath is a misdemeanor, and I understand that it is a felony of the 2nd degree to vote in an election for which I know I am not eligible.

(PARA QUE EL VOTANTE LO LLENE: Estoy inscrito como votante en esta subdivisión política y en el precinto en cual estoy intentando a votar y aun no he votado en esta elección (en persona o por correo). Soy residente de esta subdivisión política, no he sido definitivamente declarado culpable de un delito grave o si soy el autor de un delito grave, he cumplido toda mi condena inclusive el período de encarcelamiento, la libertad condicional, la libertad supervisada, la libertad vigilada, o he sido indultado. No me han determinado por un juicio final de una corte de la legalización de un testamento, ser totalmente incapacitado mentalmente o parcialmente incapacitado sin el derecho de votar. Entiendo que dar información falsa bajo juramento es un delito menor y también entiendo que es un delito grave de 2do grado votar en una elección sabiendo que no cumple con los requisitos necesarios.) (ĐƯỢC HOÀN TẤT BỞI CỬ TRI: Tôi là cử tri đã ghi danh bỏ phiếu tại phân khu chính trị địa phương này và trong phân khu mà tôi cố ý định bỏ phiếu và chưa bỏ phiếu trong cuộc bầu cử này (kể cả đích thân bỏ phiếu hay bỏ phiếu bằng thư). Tôi cư ngụ tại phân khu chính trị địa phương này, tôi hoàn toàn không bị kết trọng tội hoặc nếu là người phạm trọng tội, tôi đã hoàn thành hết mọi hình phạt, bao gồm thời hạn tù, ân trео, quản chế, thời kỳ thử thách, hoặc đã được tha. Phán quyết cuối cùng của tòa án không tuyên bố rằng tôi bị người mất hoàn toàn năng lực về trí óc có quyền được bỏ phiếu. Tôi hiểu rằng khai man khi tuyên thề sẽ bị phạm khinh tội, và tôi hiểu rằng nếu bỏ phiếu trong một cuộc bầu cử mà tôi biết là mình không hội đủ điều kiện, tôi sẽ bị coi là phạm trọng tội cấp độ 2.) (由選民填寫: 本人為此政治轄區之合法選民, 本人有資格且尚未在此次選舉中投票 (親自或郵寄投票)。本人為此政治轄區之居民, 從來沒有被判刑過罪或曾經為罪犯, 或即便曾經為罪犯, 但所有罪刑, 包括監禁、假釋、監管、緩刑均已接受完畢或已被赦免。本人從未被法院遺囑認證法庭最終裁定因精神完全或部分喪失能力而遭剥奪投票權。本人明瞭宣誓後提供不實資料將構成下列選舉中因第為二級重罪。)

| Last Name (Apellido) (Họ) (姓) | First Name (Nombre) (Tên) (名) | Middle Name (if any) (Segundo nombre (si tiene) Tên đệm (nếu có) (若有) | Former Name (Nombre anterior) (Tên cũ) (曾用名) |
|---|---|---|---|
| WEBB, Jr. | MICHAEL | CRAZE | |

Residence Address: Street Address and Apartment Number, City, State, and ZIP. If none, describe where you live (Do not include PO Box, Rural Rt. or business address) (Domicilio: calle y número de apartamento, Ciudad, Estado, y Código Postal: A falta de estos datos, describa la localidad de su vivienda. (No incluya el apartado de correos, camino rural, ni dirección comercial.)) (Địa chỉ cư trú: Tên đường và số Phòng, Thành Phố, Tiểu Bang, và Mã Bưu Điện. Nếu không có, xin diễn tả nơi quý vị cư ngụ (Không được để địa chỉ Hộp Thư, Địa Chỉ Đường Làng hoặc Địa Chỉ Thương Mại)) 居住地址: 街名地址和公寓號、市、州和郵寄區號。如果沒有, 請詳細說明您住地點 (請勿用郵局信箱號碼、郊外路線名稱或商業地址)

**2909 WICHITA ST. HOUSTON, Tx, 77004**

| Mailing Address: City, State, and ZIP. If mail cannot be delivered to your residence address. (Dirección postal: Ciudad, Estado y Código Postal. si no es posible entregarle correspondencia en su domicilio.) (Địa Chỉ Gửi Thư: Thành Phố, Tiểu Bang, và Mã Bưu Điện. Nếu không thể chuyển thư tới địa chỉ cư ngụ của quý vị.) 郵寄地址: 市、州和郵遞區號。如果郵寄無法送達您的居住地址 | Gender: (Optional) (Sexo (Optativo)) Giới tính:(Không bắt buộc 性別: (可選或不選) | Date of Birth: Month, Day, Year (Fecha de nacimiento: mes, día, año)(Ngày Tháng Năm sinh: Tháng, Ngày, Năm) 出生日期: 月・日・年 |
|---|---|---|
| SAME AS RESIDENCE | Male ☑ Female ☐ (Hombre)(Nam)(男) (Mujer)( Nữ)(女) | 02 10 1987 |

| Check appropriate box: Marque el cuadro apropiado: Đánh dấu vào ô thích hợp 在適當方格內劃勾: | TX Driver's License No. or Personal I.D. No. (Issued by TX DPS) Número de su licencia de conducir de Texas o de su Cédula de Identidad expedida por el Departamento de Seguridad Publica de Texas. Số Bằng Lái Xe của tiểu bang Texas hoặc số ID cá nhân (do Bộ An Toàn Lao Động tiểu bang Texas | Social Security No. (last 4 digits required if you do not have a driver's license or I.D. number) Número de Seguro Social. (Si no tiene licencia de conducir ni identificación personal, se requiere los últimos 4 números de su seguro social) Số An Sinh Xã Hội (4 số cuối của số An Sinh Xã Hội cần phải có nếu quý vị không có số bằng lái xe hoặc số ID cá nhân) 社會安全號碼 (如果您沒有駕駛執照或個人身份證號碼, 請提供社安卡最後 |
|---|---|---|
| ARE YOU A UNITED STATES CITIZEN? (¿SOY CIUDADANO/A DE LOS ESTADOS UNIDOS?) (QUÝ VỊ CÓ PHẢI LÀ CÔNG DÂN HOA KỲ KHÔNG?) 您是美國公民嗎? ☑ Yes ☐ No (Sí)( Có)(是) (No)(Không)(否) | ☑ I have not been issued a TX driver's license/ personal identification number or Social Security Number. (No me han expedido una licencia de conducir de Texas/Cédula de identidad personal de Texas ni un Número de Seguro Social.) (Tôi chưa hề được cấp bằng lái xe của Texas/số ID cá nhân hoặc số An Sinh Xã Hội.) 我沒有被 TX 駕駛執照號碼/個人身份證號碼或社安全號碼。 Signature of Voter (Firma del Votante) (Chữ ký của Cử tri) (選民簽名) X M___ | |

### TO BE COMPLETED BY THE ELECTION JUDGE

| Date of Election Fecha de la Elección Ngày Bầu Cử 選舉日期 | Precinct No. where voted **0193** Núm. de Precinto-lugar de votación/Phân Khu nơi đã Bầu Cử Số/選區編號. 投票地點 | Home PCT | County Clerk Use ONLY | PCT |
|---|---|---|---|---|
| **3-4-2014** | | **D0193** | | **0210** |
| | Precinct No. where registered Núm. de Precinto-inscrito para votar/Phân Khu nơi đã ghi danh số/選區編號. 登記地點 | CERT/VUID | Voter Registrar Use ONLY | PCT |
| Type of Election Tipo de Elección Hình Thức Bầu Cử 選舉類型 **PRIMARY** | Authority Conducting Election Autoridad Administrando la Elección Cơ Quan Thẩm Quyền Tiến Hành Bầu Cử 主持選務機關 Judge: **Clyde Phillips** | **58871195** | | **0210** |

### BALLOT CODE: 1 2 5 8 9 7 0 5 8
(Write in the Ballot Code; it is found on the Provisional Ballot Stub above the voter's signature area. The Provisional Ballot Stub is generated from the JBC.)

### VOTER PRESENTED ACCEPTABLE FORM OF IDENTIFICATION

☐ YES ☑ NO

1. ✓ Failed to present acceptable form of identification or voter certificate with exemption.

2. ___ Voter not on list of registered voters.

3. ___ Voter on list, registered in another precinct.

4. ___ Voter on list of people who voted early by mail, and voter has not cancelled mail ballot application.

5. ___ Voting after 7:00 P.M. due to court order.

### TO BE COMPLETED BY THE COUNTY VOTER REGISTRAR FOR STATUS:

I, the voter registrar/deputy registrar, did research the records of my office and the following conclusion(s) was made:

#### FOR VOTERS WHO DID NOT PRESENT ACCEPTABLE PHOTO IDENTIFICATION AT THE POLLING PLACE

1. ___ Voter presented acceptable form of identification within 6 days of election day.

2. ___ Voter met disability exemption within 6 days of election day.

3. ___ Voter executed religious objection affidavit within 6 days of election day.

4. ___ Voter executed natural disaster affidavit within 6 days of election day.

5. ✓ Voter did not satisfy identification or affidavit requirements, listed in categories 1-4 above, within 6 days of election day.

#### FOR VOTERS WHO VOTED PROVISIONALLY FOR OTHER REASONS

6. ___ Not a registered voter or registration not effective in time for this election.

7. ___ Registered to vote, erroneously listed in wrong precinct.

8. ___ Registered to vote in a different precinct within the county.

9. ___ Information on file indicating applicant completed a voter registration