310621529

## Affidavit of Provisional Voter

Declaración Jurada de Votante Provisional / Bản Chứng Thệ Của Cử Tri Tạm Thời / 臨時選民具結書

**TO BE COMPLETED BY VOTER:** I am a registered voter of this political subdivision and in the precinct in which I'm attempting to vote and have not already voted in this election (either in person or by mail). I am a resident of this political subdivision, have not been finally convicted of a felony or if a felon, I have completed all of my punishment including any term of incarceration, parole, supervision, period of probation, or I have been pardoned. I am not been determined by a final judgment of a court exercising probate jurisdiction to be totally mentally incapacitated or partially mentally incapacitated without the right to vote. I understand that giving false information under oath is a misdemeanor, and I understand that it is a felony of the 2nd degree to vote in an election for which I know I am not eligible.

(PARA QUE EL VOTANTE LO LLENE: Estoy inscrito como votante en esta subdivisión política y en el precinto en cual estoy intentando a votar y aun no he votado en esta elección (en persona o por correo). Soy residente de esta subdivisión política, no he sido definitivamente declarado culpable de un delito grave o si soy el autor de un delito grave, he cumplido toda mi condena inclusive el período de encarcelamiento, la libertad condicional, la libertad supervisada, la libertad vigilada, o he sido indultado. No me han determinado por un juicio final de una corte de la legalización de un testamento, ser totalmente incapacitado mentalmente o parcialmente incapacitado sin el derecho de votar. Entiendo que dar información falsa bajo juramento es un delito menor y también entiendo que es un delito grave de 2do grado votar en una elección sabiendo que no cumplo con los requisitos necesarios.) (DỤ/ĐỂ HOÀN TẤT BỞI CỬ TRI: Tôi là cử tri đã ghi danh bỏ phiếu tại phân khu chánh trị địa phương này và trong phân khu mà tôi cố ý định bỏ phiếu và chưa bỏ phiếu trong cuộc bầu cử này (kể cả đích thân bỏ phiếu hay bỏ phiếu bằng thư). Tôi cư ngụ tại phân khu chánh trị địa phương này, tôi hoàn toàn không bị kết trọng tội hoặc nếu là người phạm trọng tội, tôi đã hoàn thành hết mọi hình phạt, bao gồm thời hạn tù, ân trao, quản chế, thời kỳ thử thách, hoặc đã được tha. Phán quyết cuối cùng của tòa án không tuyên bố rằng tôi là người mất hoàn toàn năng lực về mặt tâm thần hay mất một phần năng lực để tôi có quyền được bỏ phiếu. Tôi hiểu rằng khai man khi tuyên thệ sẽ bị phạm khinh tội, và tôi hiểu rằng nếu bỏ phiếu trong một cuộc bầu cử mà tôi biết là mình không hội đủ điều kiện, tôi sẽ bị một trọng tội cấp thứ 2.) 由這民具結：本人為合法選民條件符合之合法選民。本人有意欲且尚未在此次選舉中投票(現自或郵寄投票)。本人是政治權益之居民，在此級政單位內並無被定為重罪或如被定罪，但已服完一切刑期，包括一切服刑、假釋、監管、緩刑期已被赦免。本人並非經由法院監護判定全部喪失或部分喪失能力而失去之而無完全喪失能力之居民明完全喪部分的。本人同時宣誓謹提供不實資訊為輕罪，並了解如明知自己不符合資格而投票為重罪第二級重罪。

| Last Name (Apellido) (Họ) (姓) | First Name (Nombre) (Tên) (名) | Middle Name (if any) (Segundo nombre (si tiene) Tên đệm (nếu có) 中間名 (若有) | Former Name (Nombre anterior) (Tên cũ) (曾用名) |
|---|---|---|---|
| Ferguson | Lance | Clayton | |

| Residence Address: Street Address and Apartment Number, City, State, and ZIP. If none, describe where you live (Do not include PO Box, Rural Rt. or business address) (Domicilio: calle y número de apartamento, Ciudad, Estado, y Código Postal. A falta de estos datos, describa la localidad de su residencia. (No incluya el apartado de correos, camino rural, ni dirección comercial.)) (Địa chỉ cư trú: Tên đường và số Phòng, Thành Phố, Tiểu Bang, và Mã Bưu Điện. Nếu không có, xin diễn tả nơi quý vị cư ngụ (Không được để địa chỉ Hộp Thư, Địa Chỉ Đường Làng hoặc Địa Chỉ Thương Mại) 居住地址：街名地址和公寓號、市、州和郵區號碼。如無住址，請詳細說明居住地點(請勿用郵局信箱碼、鄉村路線或商業地址)。 |
|---|
| 14555 Philippse St. Apt. 619   Houston   TX   77040 |

| Mailing Address: City, State, and ZIP. If mail cannot be delivered to your residence address. (Dirección postal: Ciudad, Estado y Código Postal,  si no es posible entregarle correspondencia en su domicilio). (Địa Chỉ Gửi Thư: Thành Phố, Tiểu Bang, và Mã Bưu Điện. Nếu không thể chuyển thư tới địa chỉ cư ngụ của quý vị.) 郵寄地址：市、州和郵遞區號。如果郵寄無法送達您的居住地址。 | Gender: (Optional) (Sexo (Optativo)) Giới tính:(Không bắt buộc 性別: (可填寫不填) | Date of Birth: Month, Day, Year (Fecha de nacimiento: mes, día, año)(Ngày tháng năm sanh: Tháng, Ngày, Năm) 出生日期：月、日、年 |
|---|---|---|
| | Male ☑   Female ☐ (Hombre)(Nam)(男)   (Mujer)( Nữ)(女) | 09/23/1985 |

| Check appropriate box: Marque el cuadro apropiado: Đánh dấu vào ô thích hợp 選擇當方格作內列勾: ARE YOU A UNITED STATES CITIZEN? (¿SOY CIUDADANO/A DE LOS ESTADOS UNIDOS?) (QUÝ VỊ CÓ PHẢI LÀ CÔNG DÂN HOA KỸ KHÔNG?) 您是美國公民嗎? ☐ Yes   ☐ No (Si)( Có)(是)   (No)(Không)(否) | TX Driver's License No. or Personal I.D. No. (Issued by TX DPS) Número de su licencia de conducir de Texas o de Cédula de Identidad expedida por el Departamento de Seguridad Publica de Texas)  Số Bằng Lái Xe của tiểu bang Texas hoặc số ID cá nhân (do Bộ An Toàn Lao Động tiểu bang Texas     ☐ I have not been issued a TX driver's license/ personal identification number or Social Security Number. (No me han expedido  una licencia de conducir de Texas/Cédula de identidad personal de Texas ni un Número de Seguro Social.) ( Tôi chưa hề được cấp bằng lái xe của Texas/số ID cá nhân hoặc số An Sinh Xã Hội.) 我沒有 TX 駕駛執照號碼/個人身份證號碼或社安全號碼。 | Social Security No. (last 4 digits required if you do not have a driver's license or I.D. number) Número de Seguro Social. (si tiene licencia de conducir ni identificación personal, se requiere los últimos 4 números de su seguro social)  Số An Sinh Xã Hội (4 số cuối của số An Sinh Xã Hội cần phải có nếu quý vị không có số bằng lái xe hoặc số ID cá nhân)   社會安全號碼 (如果您沒有駕駛執照或個人身份證號碼，請提供社安卡最後四碼)  Signature of Voter: (Firma del Votante) (Chữ ký của Cử tri) (選民簽名)   X _Lance Ferguson_ |
|---|---|---|

## TO BE COMPLETED BY THE ELECTION JUDGE

| Date of Election Fecha de la Elección Ngày Bầu Cử 選舉日期 | Precinct No. where **voted** Núm. de Precinto-lugar de votación/Phân Khu nơi đã Bầu Cử Số/選區編號. 投票地點 _____ Precinct No. where **registered** Núm. de Precinto-inscrito para votar/Phân Khu nơi đã ghi danh số/選區 編號. 登記地點 _____ |
|---|---|
| Type of Election Tipo de Elección Hình Thức Bầu Cử 選舉類型 | Authority Conducting Election Autoridad Administrando la Elección Cơ Quan Thẩm Quyền Tiến Hành Bầu Cử 主持選舉機構 |

| Home PCT | County Clerk Use ONLY | PCT |
|---|---|---|
| 0661 | | 0661-27 |
| CERT/VUID # Old # 71823413 | Voter Registrar Use ONLY New NR/citz # 71939839 | PCT 0661 |

### TO BE COMPLETED BY THE COUNTY VOTER REGISTRAR FOR STATUS:

I, the voter registrar/deputy registrar, did research the records of my office and the following conclusion(s) was made:

**FOR VOTERS WHO DID NOT PRESENT ACCEPTABLE PHOTO IDENTIFICATION AT THE POLLING PLACE**

1. ____ Voter presented acceptable form of identification within 6 days of election day.

2. ____ Voter met disability exemption within 6 days of election day.

3. ____ Voter executed religious objection affidavit within 6 days of election day.

4. ____ Voter executed natural disaster affidavit within 6 days of election day.

5. ____ Voter did not satisfy identification or affidavit requirements, listed in categories 1-4 above, within 6 days of election day.

**FOR VOTERS WHO VOTED PROVISIONALLY FOR OTHER REASONS**

6. ✓ Not a registered voter or registration not effective in time for this election.

7. ____ Registered to vote, erroneously listed in wrong precinct.

8. ____ Registered to vote in a different precinct within the county.

9. ____ Information on file indicating applicant completed a voter registration

## BALLOT CODE: 21109 6511 ✓

(Write in the Ballot Code, it is found on the Provisional Ballot Stub above the voter's signature area. The Provisional Ballot Stub is generated from the JBC.)

## VOTER PRESENTED ACCEPTABLE FORM OF IDENTIFICATION

☐ YES        ☐ NO

1. ____ Failed to present acceptable form of identification or voter certificate with exemption.

2. ____ Voter not on list of registered voters.

3. ____ Voter on list, registered in another precinct.

4. ____ Voter on list of people who voted early by mail, and voter has not cancelled mail ballot application.

5. ____ Voting after 7:00 P.M. due to court order.

53



# Affidavit of Provisional Voter

**Provisional**

Provisional / Bản Chứng Thệ Của Cử Tri Tạm Thời / 臨時選民具結書

WARREN, MARISA
6119 BEECHNUT ST
HOUSTON, TX 77074
DOB: 10/19/1970
BS: 7-N~P

cal subdivision and in the precinct in which I'm attempting to vote and have not already voted in this election (either in person or by mail). I am a resident of a felon, I have completed all of my punishment including any term of incarceration, parole, supervision, period of probation, or I have been pardoned. I have diction to be totally mentally incapacitated or partially mentally incapacitated without the right to vote. I understand that giving false information under oath vote in an election for which I know I am not eligible.

esta subdivision politica ...
... en esta subdivisión política y en el precinto en cual estoy intentando a votar y aun no he votado en esta elección (en persona o por correo). Soy residente de
supervisada, la libertad vigilada, ... ne un delito grave o si soy el autor de un delito grave, he cumplido toda mi condena inclusive el período de encarcelamiento, la libertad condicional, la libertad
votar. Entiendo que dar información falsa bajo juramento ... ando por un juicio final de una corte de la legalización de un testamento, ser totalmente incapacitado mentalmente o parcialmente incapacitado sin el derecho de
BỞI CƯ TRI: Tôi là cư tri đã ghi danh bỏ phiếu tại phân khu chính trị địa phư **No Original Affidavit – CCO made copy** sabiendo que no cumpla con los requisitos necesarios. (DUẎC HOÀN TÁT
ngụ tại phân khu chính trị địa phương này, tôi hoàn toàn không bị kết trọng tội ... cuộc bầu cử này (kể cả đích thân bỏ phiếu hay bỏ phiếu bằng thư). Tôi cư
quyết cuộc cùng của tòa án không huyền bỏ ràng tôi là người một hoàn toàn lan ... im thời lại tù, an treo, quản chế, thời kỳ thử thách, hoặc đã được tha. Phân
ràng của bỏ phiếu trong một cuộc bầu cử mà tôi biết là mình không hội đủ điều ... iệu. Tôi hiểu rằng khai man khi tuyên thệ sẽ bị phạm khánh tội, và tôi hiểu
投票),·本人為政治細小之居民，...
失能力的判被原投結條，本人明瞭當選投票訊采某獨不法。...

| Last Name (Apellido) (Họ) (姓) | First Name (Nombre) (Tên) (名) | Middle Name (if any) (Segundo nombre (si tiene) Tên đệm (nếu có) 中間名 (若有) | Former Name (Nombre anterior) (Tên cũ) (姓名) |
|---|---|---|---|
| WARREN A | MARISA | | VALADEZ |

**Residence Address:** Street Address and Apartment Number, City, State, and ZIP. If none, describe where you live (Do not include PO Box, Rural Rt. or business address) (Domicilio: calle y número de apartamento, Ciudad, Estado, y Código Postal. A falta de estos datos, describa la localidad de su residencia. (No incluya el apartado de correos, camino rural, ni dirección comercial.)) (Địa chỉ cư trú: Tên đường và số Phòng, Thành Phố, Tiểu Bang, và Mã Bưu Điện. Nếu không có, xin diễn tả nơi quý vị cư ngụ (không được để địa chỉ Hộp Thư, Địa Chỉ Đường Làng hoặc Địa Chỉ Thương Mại) 居住地址：街名地址和公寓號，市，州和郵政編號。如果沒有，請詳細說明居住地點（請勿用郵局信箱號碼，鄉村路線名稱或商業地址）

6119 Beechnut St, Houston, TX 77074

| Mailing Address: City, State, and ZIP. If mail cannot be delivered to your residence address. (Dirección postal: Ciudad, Estado y Código Postal. si no es posible entregarle correspondencia en su domicilio). (Địa Chỉ Gửi Thư: Thành Phố, Tiểu Bang, và Mã Bưu Điện. Nếu không thể chuyển thư tới địa chỉ cư ngụ của quý vị.) 郵寄地址：市，州和郵遞區號。如果郵寄無法送達您的居住地址。 | Gender: (Optional) (Sexo (Optativo) Giới tính:(Không bắt buộc 性別：（可填寫不填） | Date of Birth: Month, Day, Year (Fecha de nacimiento: mes, día, año)(Ngày tháng năm sanh: Tháng, Ngày, Năm) 出生日期：月·日·年 |
|---|---|---|
| 6119 Beechnut St, Houston, TX 77074 | Male ☐  Female ☒ (Hombre)(Nam)(男)  (Mujer)( Nữ)(女) | 10 / 19 / 1970 |

**Check appropriate box:** Marque el cuadro apropiado: Đánh dấu vào ô thích hợp 在適當方格內劃記 :

**ARE YOU A UNITED STATES CITIZEN?** (¿SOY CIUDADANO/A DE LOS ESTADOS UNIDOS) (QUÝ VỊ CÓ PHẢI LÀ CÔNG DÂN HOA KỲ KHÔNG?) 您是美國公民嗎？

☒ Yes  ☐ No
(Sí)( Có)(是)  (No)(Không)(否)

**TX Driver's License No. or Personal I.D. No.** (TX DPS) Número de su licencia de conducir de Texas o su Cédula de identidad expedida por el Departamento de Seguridad Publica de Texas). Số Bằng Lái Xe của tiểu bang Texas hoặc số ID cá nhân (do Bộ An Toàn Lao Động tiểu bang Texas

☐ I have not been issued a TX driver's license/ personal identification number or Social Security Number. (No me han expedido una licencia de conducir de Texas/Cédula de identidad personal de Texas ni un Número de Seguro Social. ( Tôi chưa hề được cấp bằng lái xe của Texas/số ID cá nhân hoặc số An Sinh Xã Hội.) 我沒有 TX 駕駛執照號碼/ 個人身份證號碼或社會安全號碼。

**Social Security No.** (last 4 digits required if you do not have a driver's license or I.D. number) Número de Seguro Social. (Si no tiene licencia de conducir ni cédula de identificación personal, se requiere los últimos 4 números de su seguro social) Số An Sinh Xã Hội (4 số cuối của số An Sinh Xã Hội cần phải có nếu quý vị không có số Bằng lái xe hoặc số ID cá nhân) 社會安全號碼（如果您沒有駕駛執照號碼或個人身份證號碼，請提供社會安全卡最後四個號碼

X  Marisa Warren

---

## TO BE COMPLETED BY THE ELECTION JUDGE

**Date of Election** Fecha de la Elección Ngày Bầu Cử 選舉日期

11/5/2013

**Precinct No. where voted** 137B
Núm. de Precinto-lugar de votación/Phần Khu nơi đã Bầu Cử Số/選區編號. 投票地點

**Precinct No. where registered** 0008
Núm. de Precinto-inscrito para votar/Phần Khu nơi đã ghi danh số/選區編號. 登記地點

**Type of Election** Tipo de Elección Hình Thức Bầu Cử 選舉類型

JOINT ELECTION

**Authority Conducting Election** Autoridad Administrando la Elección Cơ Quan Thẩm Quyền Tiến Hành Bầu Cử 主持選舉的機構

HARRIS COUNTY

## BALLOT CODE: 1 8 0 3 1 1 3 7

(Write in the Ballot Code, it is found on the Provisional Ballot Stub above the voter's signature area. The Provisional Ballot Stub is generated from the JBC.)

### VOTER PRESENTED ACCEPTABLE FORM OF IDENTIFICATION

☐ YES          ☒ NO

1. ✓ Failed to present acceptable form of identification or certificate with exemption.

2. ✓ Voter not on list of registered voters.

3. ___ Voter on list, registered in another precinct.

4. ___ Voter on list of people who voted early by mail, and voter has not cancelled mail ballot application.

5. ___ Voting after 7:00 P.M. due to court order.

MARISA VALADEZ

---

| Home PCT | County Clerk Use ONLY | PCT |
|---|---|---|
| SRD 137B | 0008-7 | |
| **CERT/VUID** | **Voter Registrar Use ONLY** | **PCT** |
| 71957385 | | 0008 |

## TO BE COMPLETED BY THE COUNTY VOTER REGISTRAR FOR STATUS:

I, the voter registrar/deputy registrar, did research the records of my office and the following conclusion(s) was made:

### FOR VOTERS WHO DID NOT PRESENT ACCEPTABLE PHOTO IDENTIFICATION AT THE POLLING PLACE

1. ___ Voter presented acceptable form of identification within 6 days of election day.

2. ___ Voter met disability exemption within 6 days of election day.

3. ___ Voter executed religious objection affidavit within 6 days of election day.

4. ___ Voter executed natural disaster affidavit within 6 days of election day.

5. ✓ Voter did not satisfy identification or affidavit requirements, listed in categories 1-4 above, within 6 days of election day.

### FOR VOTERS WHO VOTED PROVISIONALLY FOR OTHER REASONS

6. ✓ Not a registered voter or registration not effective in time for this election.

7. ___ Registered to vote, erroneously listed in wrong precinct.

8. ___ Registered to vote in a different precinct within the county.

9. ___ Information on file indicating applicant completed a voter registration



# Affidavit of Provisional Voter

Declaración Jurada de Votante Provisional / Bản Chứng Thệ Của Cử Tri Tạm Thời / 臨時選民具結書

310453880

TO BE COMPLETED BY VOTER: I am a registered voter of this political subdivision and in the precinct in which I'm attempting to vote and have not alrea this political subdivision, have not been finally convicted of a felony or if a felon, I have completed all of my punishment including any term of incarceration, p not been determined by a final judgment of a court exercising probate jurisdiction to be totally mentally incapacitated or partially mentally incapacitated withou is a misdemeanor, and I understand that it is a felony of the 2nd degree to vote in an election for which I know I am not eligible.

(PARA QUE EL VOTANTE LO LLENE: Estoy inscrito como votante en esta subdivisión política y en el precinto en cual estoy intentando a votar y aun no esta subdivisión política, no he sido definitivamente declarado culpable de un delito grave o si soy el autor de un delito grave, he cumplido toda mi condena incl supervisada, la libertad vigilada, de sido indultado. No me han determinado por un juicio final de una corte de la legislación de un testamento, ser totalmente votar. Entiendo que dar información falsa bajo juramento es un delito menor y también entiendo que es un delito grave de 2do grado votar en una elección sabie BỞI CỬ TRI: Tôi là cử tri đã ghi danh bỏ phiếu tại phân khu chính trị địa phương này và trong phân khu mà tôi có ý định bỏ phiếu và chưa bỏ phiếu trong cuộ ngụ tại phân khu chính trị địa phương này, tôi hoàn toàn không bị kết trọng tội bởi nếu là người phạm trọng tội, tôi đã hoàn thành hết mọi hình phạt, bao gồm rằng nếu bỏ phiếu trong một cuộc bầu cử mà tôi biết là mình không hợp lệ để bầu là một tội phản năng được bỏ phiếu. 本人為該政治細區内之合法選民，本人有意願且尚未在此次選舉中投票 投票，本人為此政治細區之居民，從未因犯有第二級嚴重罪行，或即使曾犯下第二級嚴重罪行，包括監禁、假釋、監管、或因均已接受完畢或已獲赦免，亦未被法庭判定法庭裁決喪失或受因精神完全或部分喪失能力而無處置權。本人明瞭宣誓後提供不實資訊為輕罪，並了解在明知自己不符合資格的情況下在選舉中投票為二級重罪。

**Provisional**

WOODS, JORDAN MIMS
4507 AUSTIN ST
HOUSTON, TX 77004
DOB: 12/23/1979
BS: 19-N~P

| Last Name (Apellido) (Họ) (姓) | First Name (Nombre) (Tên) (名) | Middle Name (if any) (Segundo nombre (si tiene) Tên đệm (nếu có) 中間名 (若有) | Former Name (Nombre anterior) (Tên cũ) (舊用名) |
|---|---|---|---|
| WOODS | JORDAN | NIMS | |

Residence Address: Street Address and Apartment Number, City, State, and ZIP. If none, describe where you live (Do not include PO Box, Rural Rt. or business address) (Domicilio: calle y número de apartamento, Ciudad, Estado, y Código Postal: A falta de estos datos, describa la localidad de su residencia. (No incluya el apartado de correos, camino rural, ni dirección comercial.)) (Địa chỉ cư trú: Tên đường và số Phòng, Thành Phố, Tiểu Bang, và Mã Bưu Điện. Nếu không có, xin diễn tả nơi quý vị cư ngụ (Không được để địa chỉ Hộp Thư, Địa Chỉ Đường Làng hoặc Địa Chỉ Thương Mại)) 居住地址： 街名和門牌號碼、市 州和郵政區號。如果沒有，請詳細說明您的居住地點（請勿將郵局信箱號碼、鄉村路線名稱寫入您的地址）

4507 AUSTIN ST. Houston 77004

| Mailing Address: City, State, and ZIP. If mail cannot be delivered to your residence address. (Dirección postal: Ciudad, Estado y Código Postal, si no es posible entregarle correspondencia en su domicilio). (Địa Chỉ Gửi Thư: Thành Phố, Tiểu Bang, và Mã Bưu Điện. Nếu không thể chuyển thư tới địa chỉ cư ngụ của quý vị.) 郵寄地址：市，州和郵遞區號。如果郵寄無法送達您的居住地址。 | Gender: (Optional) (Sexo (Optativo) Giới tính:(Không bắt buộc 性別：(可填寫/不填) | Date of Birth: Month, Day, Year (Fecha de nacimiento: mes, día, año)(Ngày tháng năm sinh: Tháng, Ngày, Năm) 出生日期：月、日、年 |
|---|---|---|
| 4507 AUSTIN ST. | Male ☑   Female ☐  (Hombre)(Nam)(男)   (Mujer)( Nữ)(女) | 12 23 1977 |

| Check appropriate box: Marque el cuadro apropiado: Đánh dấu vào ô thích hợp 在適當方格內劃勾： | TX Driver's License No. or Personal I.D. No. (Issued by TX DPS) Número de su licencia de conducir de Texas o de su Cédula de Identidad expedida por el Departamento de Seguridad Publica de Texas). Số Bằng Lái Xe của tiểu bang Texas hoặc số ID cá nhân (do Bộ An Toàn Lao Động tiểu bang Texas | Social Security No. last 4 digits required if you do not have a driver's license or I.D. number) Número de Seguro Social. (Si no tiene licencia de conducir ni identificación personal, se requiere los últimos 4 números de su seguro social) Số An Sinh Xã Hội (4 số cuối của số An Sinh Xã Hội cần phải có nếu quý vị không có số bằng lái xe hoặc số ID cá nhân) 社會安全號碼（如果您沒有駕駛執照或個人身份證號碼，即提供社會安全號碼的最後四位數字） |
|---|---|---|
| ARE YOU A UNITED STATES CITIZEN? (¿SOY CIUDADANO/A DE LOS ESTADOS UNIDOS?) (QUÝ VỊ CÓ PHẢI LÀ CÔNG DÂN HOA KỲ KHÔNG?) 您是美國公民嗎？ ☑ Yes ☐ No (Sí)( Có)(是)   (No)(Không)(否) | ☐ I have not been issued a TX driver's license/ personal identification number or Social Security Number. (No me han expedido una licencia de conducir de Texas/Cédula de identidad personal de Texas ni un Número de Seguro Social.) ( Tôi chưa hề được cấp bằng lái xe của Texas/số ID cá nhân hoặc số An Sinh Xã Hội.) 我沒有 TX 駕駛執照號碼/ 個人身份證號碼或社會安全號碼。 | Signature of Voter: (Firma del Votante ) (Chữ Ký Của Cử Tri) (選民簽名) X |

## TO BE COMPLETED BY THE ELECTION JUDGE

| Date of Election Fecha de la Elección Ngày Bầu Cử 選舉日期 | Precinct No. where voted Núm. de Precinto-lugar de votación/Phần Khu nơi đã Bầu Cử Số/選區編號. 投票地點 | Home PCT | County Clerk Use ONLY | PCT |
|---|---|---|---|---|
| 11/5/13 | SRD134M-2 | SRD 134M-2 | | 0210-19 |
| | Precinct No. where registered Núm. de Precinto-inscrito para votar/Phần Khu nơi đã ghi danh số/選區 編號 登記地點 0210 | CERT/VUID | Voter Registrar Use ONLY | PCT |
| Type of Election Tipo de Elección Hình Thức Bầu Cử 選舉類型 Joint | Authority Conducting Election Autoridad Administrando la Elección Cơ Quan Thẩm Quyền Tiến Hành Bầu Cử 主持選務機構 HC | 38738712 | | 0210 |

BALLOT CODE: 15081625
(Write in the Ballot Code, it is found on the Provisional Ballot Stub above the voter's signature area. The Provisional Ballot Stub is generated from the JBC.)

**VOTER PRESENTED ACCEPTABLE FORM OF IDENTIFICATION**

☐ YES        ☑ NO

1. ✓ Failed to present acceptable form of identification or voter certificate with exemption. TDL suspended.

2. ____ Voter not on list of registered voters.

3. ____ Voter not on list, registered in another precinct.

4. ____ Voter on list of people who voted early by mail, and voter has not cancelled mail ballot application.

5. ____ Voting after 7:00 P.M. due to court order.

## TO BE COMPLETED BY THE COUNTY VOTER REGISTRAR FOR STATUS:

I, the voter registrar/deputy registrar, did research the records of my office and the following conclusion(s) was made:

**FOR VOTERS WHO DID NOT PRESENT ACCEPTABLE PHOTO IDENTIFICATION AT THE POLLING PLACE**

1. ____ Voter presented acceptable form of identification within 6 days of election day.

2. ____ Voter met disability exemption within 6 days of election day.

3. ____ Voter executed religious objection affidavit within 6 days of election day.

4. ____ Voter executed natural disaster affidavit within 6 days of election day.

5. ✓ Voter did not satisfy identification or affidavit requirements, listed in categories 1-4 above, within 6 days of election day.

**FOR VOTERS WHO VOTED PROVISIONALLY FOR OTHER REASONS**

6. ____ Not a registered voter or registration not effective in time for this election.

7. ____ Registered to vote, erroneously listed in wrong precinct.

8. ____ Registered to vote in a different precinct within the county.

9. ____ Information on file indicating applicant completed a voter registration

pdc

**Provisional**

310434508

CASAS, JORGE
525 DOGWOOD ST
HOUSTON, TX 77022
DOB: 08/02/1957
BS: 3-N~P

Declaración Jurada de Votante P

Tri Tạm Thời / 臨時選民具結書

**TO BE COMPLETED BY VOTER:** I am a registered voter of this political this political subdivision, have not been finally convicted of a felony or if a fel not been determined by a final judgment of a court exercising probate jurisdiction is a misdemeanor, and I understand that it is a felony of the 2nd degree to vote in an election for which I know I am not eligible.

not already voted in this election (either in person or by mail). I am a resident of eration, parole, supervision, period of probation, or I have been pardoned. I have ed without the right to vote. I understand that giving false information under oath

(PARA QUE EL VOTANTE LO LLENE: Estoy inscrito como votante en esta subdivisión política y en el precinto en cual estoy intentando a votar y aun no he votado en esta elección (en persona o por correo). Soy residente de esta subdivisión política, no he sido definitivamente declarado culpable de un delito grave o si soy el autor de un delito grave, he cumplido toda mi condena inclusive el periodo de encarcelamiento, la libertad condicional, la libertad supervisada, la libertad vigilada, o he sido indultado. No me han determinado por un juicio final de una corte de la legalización de un testamento, ser totalmente incapacitado mentalmente o parcialmente incapacitado sin el derecho de votar. Entiendo que dar información falsa bajo juramento es un delito menor y también entiendo que es un delito grave de 2do grado votar en una elección sabiendo que no cumplo con los requisitos necesarios.) (ĐƯỢC HOÀN TẤT BỞI CỬ TRI: Tôi là cư tri đã ghi danh bỏ phiếu tại phân khu chánh trị địa phương này và trong phân khu mà tôi có ý định bỏ phiếu và chưa bỏ phiếu trong cuộc bầu cử này (kể cả đích thân bỏ phiếu hay bỏ phiếu bằng thư). Tôi cư ngụ tại phân khu chánh trị địa phương này, tôi hoàn toàn không bị kết trọng tội hoặc nếu là người phạm trọng tội, tôi đã hoàn thành hết mọi hình phạt, bao gồm thời hạn tù, án treo, quản chế, thời kỳ thử thách, hoặc đã được tha. Phán quyết cuối cùng của tòa án không quyền tuyên bố rằng tôi là người mất hoàn toàn năng lực về mặt tâm thần hay mất một phần năng lực về mặt tâm thần mà không phân năng lực để tôi có quyền được bỏ phiếu. Tôi hiểu rằng khai man khi tuyên thệ sẽ bị phạm khinh tội, và tôi hiểu rằng nếu bỏ phiếu trong một cuộc bầu cử mà tôi biết là mình không hội đủ điều kiện, tôi sẽ bị phạm trọng tội cấp độ 2.) 由提民填寫: 本人為此政治轄區內之合法選民, 本人有資格且尚未在此次選舉中投票 (親自或郵寄投票)。本人為此政治轄區之居民, 從未因犯有重罪而被判罪, 或即使曾犯有重罪而被判罪, 但所有懲罰, 包括監禁、假釋、監督、查核等期間均已被解除。本人從未被道觸驗證法庭裁判認定失去或喪失全部或部份心智能力而喪失投票權。本人明瞭宣誓提供不實資訊為輕罪, 並了解在明知自己不符合資格的情況下在選舉中投票為二級重罪。

| Last Name (Apellido) (Họ) (姓) | First Name (Nombre) (Tên) (名) | Middle Name (if any) (Segundo nombre (si tiene) Tên đệm (nếu có) 中間名 (若有) | Former Name (Nombre anterior) (Tên cũ) (曾用名) |
|---|---|---|---|
| CASAS | JORGE | | |

**Residence Address:** Street Address and Apartment Number, City, State, and ZIP. If none, describe where you live (Do not include PO Box, Rural Rt. or business address) (Domicilio: calle y número de apartamento, Ciudad, Estado, y Código Postal: A falta de estos datos, describa la localidad de su residencia. (No incluya el apartado de correos, camino rural, ni dirección comercial.)) (Địa chỉ cư trú: Tên đường và số Phòng, Thành Phố, Tiểu Bang, và Mã Bưu Điện. Nếu không có, xin diễn tả nơi quý vị cư ngụ (Không được để đia chỉ Hộp Thư, Đia Chỉ Đường Làng hoặc Địa Chỉ Thương Mại) 居住地址: 街名及地址加上街門號、市、州和郵遞區號。如果沒有, 那詳細說明您居住地點 (請勿用郵局信箱號碼、鄉村路線名稱或商號地址)

525 DOGWOOD ST, HOUSTON 77022

| Mailing Address: City, State, and ZIP. If mail cannot be delivered to your residence address. (Dirección postal: Ciudad, Estado y Código Postal, si no es posible entregarle correspondencia en su domicilio). (Địa Chỉ Gởi Thư: Thành Phố, Tiểu Bang, và Mã Bưu Điện, Nếu không thể chuyển thư tới địa chỉ cư ngụ của quý vị.) 郵寄地址: 市、州和郵遞區號。如果郵寄無法送達您的居住地址。 | Gender: (Optional) (Sexo (Optativo) Giới tính:(Không bắt buộc) 性別: (可填或不填) | Date of Birth: Month, Day, Year (Fecha de nacimiento: mes, día, año)(Ngày tháng năm sanh: Tháng, Ngày, Năm) 出生日期: 月、日、年 |
|---|---|---|
| 525 DOGWOOD ST HOUSTON, TX 77022 | Male ☒ Female ☐ (Hombre)(Nam)(男) (Mujer)( Nữ)(女) | 08/02/1957 |

| Check appropriate box: Marque el cuadro apropiado: Đánh dấu vào ô thích hợp 在這當方格內的的: | TX Driver's License No. or Personal I.D. No. (Issued by TX DPS) Número de su licencia de conducir de Texas o de su Cédula de identidad expedida por el Departamento de Seguridad Pública de Texas. Số Bằng Lái Xe của tiểu | Social Security No. (last 4 digits required if you do not have a driver's license or I.D. number) Número de Seguro Social. (Si no tiene licencia de conducir ni identificación personal, se requiere los últimos 4 números de su seguro social) Số An Sinh Xã Hội (4 số cuối của số An Sinh Xã Hội cần phải có nếu quý vị không có số bằng |
|---|---|---|
| ARE YOU A UNITED STATES CITIZEN? (¿SOY CIUDADANO/A DE LOS ESTADOS UNIDOS?) (QUÝ VI CÓ PHẢI LÀ CÔNG DÂN HOA KỲ KHÔNG?) 您是美國公民嗎? ☑Yes ☐ No (Sí)( Có)(是) (No)(Không)(否) | ☐ i have not been issued a TX driver's license/personal identification number or Social Security Number. (No me han expedido una licencia de conducir de Texas/Cedula de identidad personal de Texas ni un Número de Seguro Social.) (Tôi chưa hề được cấp bằng lái xe của Texas/số ID cá nhân hoặc số An Sinh Xã Hội.) 我沒有 TX 駕駛執照號碼/個人身份證號碼或社會安全號碼。 | Signature of Voter: (Firma del Votante ) (Chữ ký của cử tri) (選民簽名) X _____ |

## TO BE COMPLETED BY THE ELECTION JUDGE

| Date of Election Fecha de la Elección Ngày Bầu Cử 選舉日期 | Precinct No. where voted 148 Núm. de Precinto-lugar de votación/Phần Khu nơi đã Bầu Cử Số/選區編號. 投票地點 | Home PCT SRD 148 | County Clerk Use ONLY | PCT 0543-3 |
|---|---|---|---|---|
| NOV 5, 2013 | Precinct No. where registered 0543 Núm. de Precinto-inscrito para votar/Phần Khu nơi đã ghi danh số/選區 國號. 登記地點 | CERT/VUID 1409 8115 | Voter Registrar Use ONLY | PCT 0543 |

| Type of Election Tipo de Elección Hình Thức Bầu Cử 選舉的類型 | Authority Conducting Election Autoridad Administrando la Elección Cơ Quan Thẩm Quyền Tiến Hành Bầu Cử 主持選舉機構 |
|---|---|
| JOINT ELECTION | HC |

## TO BE COMPLETED BY THE COUNTY VOTER REGISTRAR FOR STATUS:

I, the voter registrar/deputy registrar, did research the records of my office and the following conclusion(s) was made:

### FOR VOTERS WHO DID NOT PRESENT ACCEPTABLE PHOTO IDENTIFICATION AT THE POLLING PLACE

1. _____ Voter presented acceptable form of identification within 6 days of election day.

2. _____ Voter met disability exemption within 6 days of election day.

3. _____ Voter executed religious objection affidavit within 6 days of election day.

4. _____ Voter executed natural disaster affidavit within 6 days of election day.

5. ✓ Voter did not satisfy identification or affidavit requirements, listed in categories 1-4 above, within 6 days of election day.

### FOR VOTERS WHO VOTED PROVISIONALLY FOR OTHER REASONS

6. _____ Not a registered voter or registration not effective in time for this election.

7. _____ Registered to vote, erroneously listed in wrong precinct.

8. _____ Registered to vote in a different precinct within the county.

**BALLOT CODE:** 2 0 2 5 3 3 8 0 _

(Write in the Ballot Code, it is found on the Provisional Ballot Stub above the voter's signature area. The Provisional Ballot Stub is generated from the JBC.)

## VOTER PRESENTED ACCEPTABLE FORM OF IDENTIFICATION

☐ YES ☐ NO

1. ✓ Failed to present acceptable form of identification or voter certificate with exemption.

2. _____ Voter not on list of registered voters.

3. _____ Voter not on list, registered in another precinct.

4. _____ Voter on list of people who voted early by mail, and voter has not cancelled ballot application.

5. _____ Voting after 7:00 P.M. due to court order.

PR



0143·27

# Affidavit of Provisional Voter

Declaración Jurada de Votante Provisional / Bản Chứng Thệ Của Cử Tri Tạm Thời / 臨時選民具結書

310445195

TO BE COMPLETED BY VOTER: I am a registered voter of this political subdivision and in the precinct in which I'm attempting to vote and have not already voted in this election (either in person or by mail). I am a resident of this political subdivision, have not been finally convicted of a felony or if a felon, I have completed all of my punishment including any term of incarceration, parole, supervision, period of probation, or I have been pardoned. I have not been determined by a final judgment of a court exercising probate jurisdiction to be totally mentally incapacitated or partially mentally incapacitated wit'_____nderstand that giving false information under oath is a misdemeanor, and I understand that it is a felony of the 2nd degree to vote in an election for which I know I am not eligible.

(PARA QUE EL VOTANTE LO LLENE: Estoy inscrito como votante en esta subdivisión política y en el precinto en cual estoy intentando a votar y aue esta subdivisión política, no he sido definitivamente declarada culpable de un delito grave o si soy el autor de un delito grave, he cumplido toda mi condena supervisado, la libertad vigilada, o he sido indultado. No me han determinado por un juicio final de una corte de la legalización de un testamento, ser totalm votar. Entiendo que dar información falsa bajo juramento es un delito menor y también entiendo que es un delito grave de 2do grado votar en una elección BỞI CỬ TRI: Tôi là cử tri đã ghi danh bỏ phiếu tại phân khu chính trị địa phương này và trong phân khu mà tôi cố ý định bỏ phiếu và chưa bỏ phiếu trong ngụ tại phân khu chính trị địa phương này, tôi hoàn toàn không bị kết trọng tội hoặc nếu là người phạm trọng tội, tôi đã hoàn thành hết mọi hình phạt, bao quyết cuối cùng của tòa án không huyền bố rằng tôi là người mất hoàn toàn năng lực về mặt tâm thần hay một phần năng lực về tâm thần rằng nếu bỏ phiếu trong một cuộc bầu cử mà tôi biết là mình không hội đủ điều kiện, tôi sẽ bị coi là phạm trọng tội xếp 2 hạng. 投票), · 本人為此政治劃之居民,從未因犯有重罪而終結判罪, · 或即使曾犯有重罪, · 已完刑罰, · 包括監禁 · · 假釋 · 監管 · 或期內已接受完完本人_____ 失能力而無喪喪健康 · 本人明瞭宣誓虛提供不實資訊為輕罪 · 並了解在明知自己不符合資格的情況下在選舉中投票為二級重罪 ·

Provisional
MCGOWAN, WALTERJOHN HOWARD
13130 FRY RD 323
CYPRESS, TX 77433
DOB: 08/11/1988
BS: 27-N~P

| Last Name (Apellido) (Ho) (姓) | First Name (Nombre) (Tên) (名) | Middle Name (If any) (Segundo nombre [si tiene]) Tên đệm (nếu có) 中間名 (若有) | Former Name (Nombre anterior) (Tên cũ) (曾用名) |
|---|---|---|---|
| McGowan | Walter-John | Howard | |

Residence Address: Street Address and Apartment Number, City, State, and ZIP. If none, describe where you live (Do not include PO Box, Rural Rt. or business address) (Domicilio: calle y número de apartamento, Ciudad, Estado, y Código Postal: A falta de estos datos, describa la localidad de su residencia. (No incluya el apartado de correos, camino rural, ni dirección comercial.)) (Địa chỉ cư trú: Tên đường và số Phòng, Thành Phố, Tiểu Bang, và Mã Bưu Điện. Nếu không có, xin diễn tả nơi quý vị cư ngụ (không được: địa chỉ hộp thư, Đại Chỉ Đường Làng hoặc Địa Chỉ Thương Mại)) 居住地址: 街名和街道號碼(若無,請形容您的居住地,切勿包括郵政信箱地址(切勿郵局信箱號碼,鄉郊路線名稱或商業地址)) Camden Cypress Creek Apartments/13130 Fry Rd Apt #323/Cypress, Tx 77433

| Mailing Address: City, State, and ZIP. If mail cannot be delivered to your residence address. (Dirección postal: Ciudad, Estado y Código Postal, si no es posible entregarle correspondencia en su domicilio). (Địa Chỉ Gửi Thư: Thành Phố, Tiểu Bang, và Mã Bưu Điện. Nếu không thể chuyển thư tới địa chỉ cư ngụ của quý vị.) 郵寄地址: 市,州和郵遞區號. 如果郵寄到您的居住地址不可能. 13130 Fry Rd Apt 323 Cypress, Tx 77433 | Gender: (Optional) (Sexo [Optativo]) Giới tính (Không bắt buộc 性別: (可填寫不填) Male ☑ Female ☐ (Hombre)(Nam)(男)  (Mujer)( Nữ)(女) | Date of Birth: Month, Day, Year (Fecha de nacimiento: mes, día, año)(Ngày tháng năm sanh: Tháng, Ngày, Năm) 出生日期!月·日·年. 08/11/1988 |
|---|---|---|

Check appropriate box: Marque el cuadro apropiado: Đánh dấu vào ô thích hợp 在適當方格內劃勾:

ARE YOU A UNITED STATES CITIZEN?
(¿SOY CIUDADANO/A DE LOS ESTADOS UNIDOS?) (QUÝ VỊ CÓ PHẢI LÀ CÔNG DÂN HOA KỲ KHÔNG?) 您是美國公民嗎?

☑ Yes    ☐ No
(Si)( Có)(是)   (No)(Không)(否)

TX Driver's License No. or Personal I.D. No. (Issued by TX DPS) Número de su licencia de conducir de Texas o de su Cédula de Identidad expedida por el Departamento de Seguridad Publica de Texas) Số Bằng Lái Xe của tiểu bang Texas hoặc số ID cá nhân (do Bộ An Toàn Lao Động tiểu bang Texas

☐ I have not been issued a TX driver's license/ personal identification number or Social Security Number. (No me han expedido una licencia de conducir de Texas/Cédula de identidad personal de Texas ni un Número de Seguro Social.) ( Tôi chưa hề được cấp bằng lái xe của Texas/số ID cá nhân hoặc số An Sinh Xã Hội.) 我沒有 TX 駕駛執照號碼/ 個人身份證號碼或社會安全號碼。

Social Security No. (last 4 digits required if you do not have a driver's license or I.D. number) Número de Seguro Social. (Si no tiene licencia de conducir ni identificación personal, se requiere los últimos 4 números de su seguro social) Số An Sinh Xã Hội (4 số cuối của số An Sinh Xã Hội cần phải có nếu quý vị không có số bằng lái xe hoặc số ID cá nhân) 社會安全號碼 (如果您沒有駕駛執照或個人身份證號碼,需提供社會安全後四碼)

Signature of Voter. (Firma del votante ) (Chữ Ký Của Cử Tri) (選民簽名)

X W.H.McGowan

---

## TO BE COMPLETED BY THE ELECTION JUDGE

| Date of Election Fecha de la Elección Ngày Bầu Cử 選舉日期 0143-27 11-06-2013 | Precinct No. where voted Núm. de Precinto-lugar de votación/Phân Khu nơi đã Bầu Cử Số/ 選區編號. 投票地點 0143-27 |
|---|---|
| Type of Election Tipo de Elección Hình Thức Bầu Cử 選舉類型 | Precinct No. where registered Núm. de Precinto-inscrito para votar/Phân Khu nơi đã ghi danh để vot/ 選區編號. 登記地點 |
| | Authority Conducting Election Autoridad Administrando la Elección Cơ Quan Thẩm Quyền Tiến Hành Bầu Cử 主持這項選舉的權 |

BALLOT CODE: 15408835

(Write in the Ballot Code, it is found on the Provisional Ballot Stub above the voter's signature area. The Provisional Ballot Stub is generated from the JBC.)

## VOTER PRESENTED ACCEPTABLE FORM OF IDENTIFICATION

☐ YES    ☒ NO

1. ____ Failed to present acceptable form of identification or certificate with exemption.

2. ☒ Voter not on list of registered voters.

3. ____ Voter not on list, registered in another precinct.

4. ____ Voter on list of people who voted early by mail, and voter has not cancelled mail ballot application.

5. ____ Voting after 7:00 P.M. due to court order.

---

| Home PCT | County Clerk Use ONLY | PCT |
|---|---|---|
| SRD 130-C | | 0143-27 |
| CERT/VUID 69123479 | Voter Registrar Use ONLY | PCT 0143 |

## TO BE COMPLETED BY THE COUNTY VOTER REGISTRAR FOR STATUS:

I, the voter registrar/deputy registrar, did research the records of my office and the following conclusion(s) was made:

### FOR VOTERS WHO DID NOT PRESENT ACCEPTABLE PHOTO IDENTIFICATION AT THE POLLING PLACE

1. ____ Voter presented acceptable form of identification within 6 days of election day.

2. ____ Voter met disability exemption within 6 days of election day.

3. ____ Voter executed religious objection affidavit within 6 days of election day.

4. ____ Voter executed natural disaster affidavit within 6 days of election day.

5. ✓ Voter did not satisfy identification or affidavit requirements, listed in categories 1-4 above, within 6 days of election day.

### FOR VOTERS WHO VOTED PROVISIONALLY FOR OTHER REASONS

6. ____ Not a registered voter or registration not effective in time for this election.

7. ____ Registered to vote, erroneously listed in wrong precinct.

8. ____ Registered to vote in a different precinct within the county.

9. ____ Information on file indicating applicant completed a voter registration

da



**Provisional**

## Affidavit of Provisional Voter

Declaración Jurada de Votante Provisional / Bản Chứng Thệ Của Cử Tri T

LISK, JENNY L
10325 CYPRESSWOOD DR 512
HOUSTON, TX 77070
DOB: 08/26/1981
BS: 27-N~P

TO BE COMPLETED BY VOTER: I am a registered voter of this political subdivision and in the precinct in which I'm attempting to vote and have not already in this political subdivision, have not been finally convicted of a felony or if a felon, I have completed all of my punishment including any term of incarceration, pari not been determined by a final judgment of a court exercising probate jurisdiction to be totally mentally incapacitated or partially mentally incapacitated without th is a misdemeanor, and I understand that it is a felony of the 2nd degree to vote in an election for which I know I am not eligible.

(PARA QUE EL VOTANTE LO LLENE: Estoy inscrito como votante de esta subdivisión política y en el precinto en cual estoy intentando a votar y no he votado en esta elección (en persona o por correo). Soy residente de esta subdivisión política, no he sido definitivamente declarado culpable de un delito grave o si soy el autor de un delito grave, he cumplido toda mi condena inclusive el periodo de encarcelamiento, la libertad condicional, la libertad supervisada, la libertad vigilado, o he sido indultado. No me han determinado por un juicio final de una corte de la legalización de un testamento, ser totalmente incapacitado mentalmente o parcialmente incapacitado sin el derecho de votar. Entiendo que dar información falsa bajo juramento es un delito menor y también entiendo que es un delito grave de 2do grado votar en una elección sabiendo que no cumplo con los requisitos necesarios.) (ĐƯỢC HOÀN TẤT BỞI CỬ TRI: Tôi là cử tri đã ghi danh bỏ phiếu tại phân khu chính trị đã phương này và trong phân khu mà tôi cố ý định bỏ phiếu và chưa bỏ phiếu trong cuộc bầu cử này (kể cả đích thân bỏ phiếu hay bỏ phiếu bằng thư). Tôi cư ngụ tại phân khu chính trị địa phương này; tôi hoàn toàn không bị kết rằng tôi phạm tội nghiêm trọng hoặc nếu là người phạm trọng tội, tôi đã hoàn thành thời hạn tù, án treo, quản chế, thời kỳ thử thách, hoặc đã được tha. Phán quyết cuối cùng của tòa án không được kết luận rằng tôi là người mất hoàn toàn năng lực về mặt tâm thần hay mất một phần năng lực về mặt tâm thần mà không có quyền đi bầu. Tôi hiểu rằng khai man khi tuyên thề bị sẽ phạm khinh tội, và tôi hiểu rằng nếu bỏ phiếu trong một cuộc bầu cử mà biết mình không hội đủ điều kiện, tôi sẽ bị coi là phạm trọng tội cấp độ 2.) (대한민국의: 본人為此次選舉之合法選民, 本人有登錄且為此次選舉中投票之選區,已無投票於此選區 投票) · 本人為此政治轄區之居民;從未確認有重罪判決紀錄犯罪者, 或因遭受判刑罰, 但所有罪責, 包括監禁、裁罪、監管、緩刑或已接受完畢或已被赦免。本人從未被當確認為此政治轄區內被判完全或部分喪失心智而喪失投票權;並了解宣誓時作不實資訊屬輕罪, 並了解在明知自己不符合資格的情況下於選舉中投票為二級重罪。

| Last Name (Apellido) (Họ) (姓) | First Name (Nombre) (Tên) (名) | Middle Name (if any) (Segundo nombre (si tiene) Tên đệm (nếu có) (中間名) | Former Name (Nombre anterior) (Tên cũ) (曾用名) |
|---|---|---|---|
| Lisk | Jenny | Lynn | Przepiora |

**Residence Address:** Street Address and Apartment Number, City, State, and ZIP. If none, describe where you live (Do not include PO Box, Rural Rt. or business address) (Domicilio: calle y número de apartamento, Ciudad, Estado, y Código Postal: A falta de estos datos, describa la localidad de su residencia. (No incluya el apartado de correos, camino rural, o dirección comercial.)) (Địa chỉ cư trú: Tên đường và số Phòng, Thành Phố, Tiểu Bang, và Mã Bưu Điện. Nếu không có, xin diễn tả nơi quý vị cư ngụ (Không được để địa chỉ Hộp Thư, Địa Chỉ Đường Làng hoặc Địa Chỉ Thương Mại) 居住地址: 街名地址和公寓號、市、州和郵寄區號。如果沒有, 請詳細描述居住地點 (請勿用郵局信箱號碼、郊外路線名稱或商號地址)

10325 Cypresswood Dr Apt 512

| Mailing Address: City, State, and ZIP. If mail cannot be delivered to your residence address. (Dirección postal: Ciudad, Estado y Código Postal, si no es posible entregarle correspondencia en su domicilio). (Địa Chỉ Gửi Thư: Thành Phố, Tiểu Bang, và Mã Bưu Điện. Nếu không thể chuyển thư tới địa chỉ cư ngụ của quý vị.) 郵寄地址: 市、州和郵寄區號。如果郵寄無法送達你的居住地址. | Gender: (Optional) (Sexo (Optativo) Giới tính:(Không bắt buộc 性別) (可填寫不填) | Date of Birth: Month, Day, Year (Fecha de nacimiento: mes, día, año)(Ngày tháng năm sanh: Tháng, Ngày, Năm) 出生日期: 月、日、年 |
|---|---|---|
| Same | Male ☐ (Hombre)(Nam)(男) Female ☒ (Mujer)(Nữ)(女) | 08/26/1981 |

| Check appropriate box: Marque el cuadro apropiado: Đánh dấu vào ô thích hợp 在適當方格內打勾: | TX Driver's License No. or Personal I.D. No. (Issued by TX DPS) Número de su licencia de conducir de Texas o de su Cédula de Identidad expedida por el Departamento de Seguridad Pública de Texas. Số Bằng Lái Xe của tiểu bang Texas hoặc số ID cá nhân (do Bộ An Toàn Lao Động tiểu bang Texas | Social Security No. (last 4 digits required if you do not have a driver's license or I.D. number) Número de Seguro Social. (Si no tiene licencia de conducir ni identificación personal, los últimos 4 números de su seguro social) Số An Sinh Xã Hội (4 số cuối của số An Sinh Xã Hội cần phải có nếu quý vị không có số bằng lái xe hoặc số ID cá nhân) 社會安全號碼 (如果您沒有駕駛執照或個人身份證號碼, 請提供社安卡最後 |
|---|---|---|
| ARE YOU A UNITED STATES CITIZEN? (¿SOY CIUDADANO/A DE LOS ESTADOS UNIDOS? (QUÝ VỊ CÓ PHẢI LÀ CÔNG DÂN HOA KỲ KHÔNG?) 您是美國公民嗎? ☒ Yes ☐ No (Sí)( Có)(是) (No)(Không)(否) | ☐ I have not been issued a TX driver's license/ personal identification number or Social Security Number. (No me han expedido una licencia de conducir de Texas/Cédula de identidad personal de Texas ni un Número de Seguro Social.) (Tôi chưa hề được cấp bằng lái xe của Texas/số ID cá nhân hoặc số An Sinh Xã Hội.) 我沒有 TX 駕駛執照號碼/個人身份證號碼或社會安全號碼. | Signature of voter: (Firma del votante) (Chữ ký của cử tri) (選民簽名) X [signature] |

### TO BE COMPLETED BY THE ELECTION JUDGE

| Date of Election Fecha de la Elección Ngày Bầu Cử 選舉日期 11-5-13 | Precinct No. where voted SRD 130T Núm. de Precinto-lugar de votación/Phân Khu nơi đã Bầu Cử Số/選區編號. 投票地點 | Home PCT SRD 130T | County Clerk Use ONLY | PCT 0484-2 |
|---|---|---|---|---|
| | Precinct No. where registered Núm. de Precinto-inscrito para votar/Phân Khu nơi đã ghi danh số/選區 編號. 登記地點 | CERT/VUID 71615728 | Voter Registrar Use ONLY | PCT 0484 |
| Type of Election Tipo de Elección Hình Thức Bầu Cử 選舉類型 Joint | Authority Conducting Election Autoridad Administrando la Elección Cơ Quan Thẩm Quyền Tiến Hành Bầu Cử 主持選舉機構 Harris County | | | |

## BALLOT CODE: 15534230

(Write in the Ballot Code, it is found on the Provisional Ballot Stub above the voter's signature area. The Provisional Ballot Stub is generated from the JBC.)

### VOTER PRESENTED ACCEPTABLE FORM OF IDENTIFICATION

☐ YES   ☒ NO

1. ✓ Failed to present acceptable form of identification or voter certificate with exemption.

2. ___ Voter not on list of registered voters.

3. ___ Voter on list, registered in another precinct.

4. ___ Voter on list of people who voted early by mail, and voter has not cancelled mail ballot application.

5. ___ Voting after 7:00 P.M. due to court order.

### TO BE COMPLETED BY THE COUNTY VOTER REGISTRAR FOR STATUS:

I, the voter registrar/deputy registrar, did research the records of my office and the following conclusion(s) was made:

#### FOR VOTERS WHO DID NOT PRESENT ACCEPTABLE PHOTO IDENTIFICATION AT THE POLLING PLACE

1. ___ Voter presented acceptable form of identification within 6 days of election day.

2. ___ Voter met disability exemption within 6 days of election day.

3. ___ Voter executed religious objection affidavit within 6 days of election day.

4. ✓ Voter executed natural disaster affidavit within 6 days of election day.

5. ✓ Voter did not satisfy identification or offidavit requirements, listed in categories 1-4 above, within 6 days of election day.

#### FOR VOTERS WHO VOTED PROVISIONALLY FOR OTHER REASONS

6. ___ Not a registered voter or registration not effective in time for this election.

7. ___ Registered to vote, erroneously listed in wrong precinct.

8. ___ Registered to vote in a different precinct within the county.

9. ___ Information on file indicating applicant completed a voter registration



# Affidavit of Provisional Voter

Declaración Jurada de Votante Provisional / Bản Chứng Thệ Của Cử Tri Tạm Thời / 臨時選民具結書

TO BE COMPLETED BY VOTER: I am a registered voter of this political subdivision and in the precinct in which I'm attempting to vote and have not already voted in this election (either in person or by mail). I am a resident of this political subdivision, have not been finally convicted of a felony or if a felon, I have completed all of my punishment including any term of incarceration, parole, supervision, period of probation, or I have been pardoned. I have not been determined by a final judgment of a court exercising probate jurisdiction to be totally mentally incapacitated or partially mentally incapacitated without the right to vote. I understand that giving false information or [ ] is a misdemeanor, and I understand that it is a felony of the 2nd degree to vote in an election for which I know I am not eligible.

(PARA QUE EL VOTANTE LO LLENE: Estoy inscrito como votante en esta subdivisión política y en el precinto en cual estoy intentando a votar y aun no[ ] esta subdivisión política, no he sido definitivamente declarado culpable de un delito grave o si soy el autor de un delito grave, he cumplido toda mi condena inc[ ] supervisada, la libertad vigilada, o he sido indultado. No me han determinado por un juicio final de una corte de la legalización de un testamento, ser totalmente [ ] votar. Entiendo que dar información falsa bajo juramento es un delito menor y también entiendo que es un delito grave de 2do grado votar en una elección sabie[ ] BÔI CỨ TRI: Tôi là cử tri đã ghi danh bỏ phiếu tại phân khu chính trị địa phương này và trong phân khu mà tôi cố ý định bỏ phiếu và chưa bỏ phiếu trong cuộc[ ] ngụ tại phân khu chính trị địa phương này, tôi hoàn toàn không bị kết trọng tội hoặc nếu là người phạm trọng tội, tôi đã hoàn thành hết mọi hình phạt, bao gồm[ ] quyết cuối cùng của tòa án không tuyên bố rằng tôi là người mất hoàn toàn năng lực về mặt tâm thần hay mất một phần năng lực về mặt tâm thần mà không có quyền được bỏ phiếu[ ] rằng nếu bỏ phiếu trong một cuộc bầu cử mà tôi biết là mình không hội đủ điều kiện, tôi sẽ bị coi là phạm trọng tội cấp độ 2.) 由選民填寫: 本人為此政治轄區 [ ] 投票)。本人為此政治轄區之選民，從未因犯罪而遭到最終定罪，或即使定罪屬實，但所受懲罰，包括監禁、假釋、監管，或緩刑期，或我已受豁免或[ ] 失能之而無故障權。本人明暸宣誓後提供不實資訊為輕罪，並了解在明知自己不符合資格的情況下在選舉中投票為二級重罪。

| Last Name (Apellido) (Họ) (姓) | First Name (Nombre) (Tên) (名) | Middle Name (if any) (Segundo nombre (si tiene)) Tên đệm (nếu có) 中間名 (若有) | Former Name (Nombre anterior) (Tên cũ) (曾用名) |
|---|---|---|---|
| Tebao | Nicolla | Terrell | Acey |

Residence Address: Street Address and Apartment Number, City, State, and ZIP. If none, describe where you live (Do not include PO Box, Rural RT, or business address) (Domicilio: calle y número de apartamento, Ciudad, Estado, y Código Postal. A falta de estos datos, describa la localidad de su residencia (No incluya el apartado de correos, camino rural, ni dirección comercial.)) (Địa chỉ cư trú: Tên đường và số Phòng, Thành Phố, Tiểu Bang, và Mã Bưu Điện. Nếu không có, xin diễn tả nơi quý vị cư ngụ (Không được để địa chỉ Hộp Thư, Địa Chỉ Đường Làng hoặc Địa Chỉ Thương Mại)) 居住地址： 街名地址和公寓號、市，州和郵寄區號。如果沒有，請詳細說明居住地點（別的用郵局信箱號或商號地址）

4601 Nasa Pkwy #206C Seabrook, TX 77586

| Mailing Address: City, State, and ZIP. If mail cannot be delivered to your residence address. (Dirección postal: Ciudad, Estado y Código Postal, si no es posible entregarle correspondencia en su domicilio) (Địa Chỉ Gửi Thư: Thành Phố, Tiểu Bang, và Mã Bưu Điện. Nếu không thể chuyển thư tới địa chỉ cư ngụ của quý vị.) 郵寄地址：市、州和郵遞區位元法送達的居住地址。 | Gender: (Optional) (Sexo (Optativo)) Giới tính:(Không bắt buộc 性別: （可填或不填） | Date of Birth: Month, Day, Year (Fecha de nacimiento: mes, día, año)(Ngày tháng năm sanh: Tháng, Ngày, Năm) 出生日期：月、日、年 |
|---|---|---|
| Same | Male ☐  Female ☒<br>(Hombre)(Nam)(男)  (Mujer)( Nữ)(女) | 03 / 28 / 1970 |

Check appropriate box: Marque el cuadro apropiado: Đánh dấu vào ô thích hợp 在適當方格內打勾：

ARE YOU A UNITED STATES CITIZEN?
(¿SOY CIUDADANO/A DE LOS ESTADOS UNIDOS?) (QUÝ VỊ CÓ PHẢI LÀ CÔNG DÂN HOA KỲ KHÔNG?) 您是美國公民嗎？

☒ Yes (Sí)( Có)(是)  ☐ No (No)(Không)(否)

TX Driver's License No. or Personal I.D. No. (Issued by TX DPS) Número de su licencia de conducir de Texas o de su Cédula de identidad expedida por el Departamento de Seguridad Publica de Texas). Số Bằng Lái Xe của tiểu bang Texas hoặc số ID cá nhân (do bộ An Toàn Lao Động tiểu bang Texas c[ ]

☐ I have not been issued a TX driver's license/personal identification number or Social Security Number. (No me han expedido una licencia de conducir de Texas/Cedúla de identidad personal de Texas ni un Número de Seguro Social.) ( Tôi chưa hề được cấp bằng lái xe của Texas/số ID cá nhân hoặc số An Sinh Xã Hội.) 我沒有 TX 駕駛執照號碼/個人身份證號碼或社會安全號碼。

Social Security No. (last 4 digits required if you do not have a driver's license or I.D. number) Número de Seguro Social. (Si no tiene licencia de conducir ni identificación personal, se requiere los últimos 4 números de su seguro social) 社會安全號碼（如果您沒有駕駛執照或個人身份證號碼，請提供社會安全卡最後

Signature of Voter: (Firma del votante ) (Chữ ký của cử tri) (選民簽名)

X

## TO BE COMPLETED BY THE ELECTION JUDGE

| Date of Election Fecha de la Elección Ngày Bầu Cử 選舉日期 | Precinct No. where voted<br>Núm. de Precinto-lugar de votación/Phân Khu nơi đã Bầu Cử Số/選區編號. 投票地點<br><br>Precinct No. where registered<br>Núm. de Precinto-inscrito para votar/Phân Khu nơi đã ghi danh số/選區編號. 登記地點 |
|---|---|
| Type of Election Tipo de Elección Hình Thức Bầu Cử 選舉類型 | Authority Conducting Election Autoridad Administrando la Elección Cơ Quan Thẩm Quyền Tiến Hành Bầu Cử 主持選舉機構 |

| Home PCT | County Clerk Use ONLY | PCT |
|---|---|---|
| SRD129 | | 0415-29 |
| CERT/VUID | Voter Registrar Use ONLY | PCT |
| 57842908 | | 0415 |

### TO BE COMPLETED BY THE COUNTY VOTER REGISTRAR FOR STATUS:

I, the voter registrar/deputy registrar, did research the records of my office and the following conclusion(s) was made:

**FOR VOTERS WHO DID NOT PRESENT ACCEPTABLE PHOTO IDENTIFICATION AT THE POLLING PLACE**

1. ____ Voter presented acceptable form of identification within 6 days of election day.

2. ____ Voter met disability exemption within 6 days of election day.

3. ____ Voter executed religious objection affidavit within 6 days of election day.

4. ____ Voter executed natural disaster affidavit within 6 days of election day.

5. ✓ Voter did not satisfy identification or affidavit requirements, listed in categories 1-4 above, within 6 days of election day.

**FOR VOTERS WHO VOTED PROVISIONALLY FOR OTHER REASONS**

6. ____ Not a registered voter or registration not effective in time for this election.

7. ____ Registered to vote, erroneously listed in wrong precinct.

8. ____ Registered to vote in a different precinct within the county.

BALLOT CODE: 1 7 3 7 6 9 1 4

(Write in the Ballot Code, it is found on the Provisional Ballot Stub above the voter's signature area. The Provisional Ballot Stub is generated from the JBC.)

## VOTER PRESENTED ACCEPTABLE FORM OF IDENTIFICATION

☐ YES  ☒ NO

1. ____ Failed to present acceptable form of identification or voter certificate with exemption.

2. ____ Voter not on list of registered voters.

3. ____ Voter not on list, registered in another precinct.

4. ____ Voter on list of people who voted early by mail, and voter has not cancelled mail ballot application.

5. ____ Voting after 7:00 P.M. due to court order.

Provisional

TEBAO, NICOLLA TERRELL
4601 NASA PKWY 206C
SEABROOK, TX 77586
DOB: 03/28/1970
BS: 29-N~P

310584640

## Affidavit of Provisional Voter

Declaración Jurada de Votante Provisional / Bản Chứng Thệ Của Cử Tri Tạm Thời / 臨時選民具結書

TO BE COMPLETED BY VOTER: I am a registered voter of this political subdivision and in the precinct in which I'm attempting to vote and have not already voted in this election (either in person or by mail). I am a resident of this political subdivision, have not been finally convicted of a felony or if a felon, I have completed all of my punishment including any term of incarceration, parole, supervision, period of probation, or I have been pardoned. I have not been determined by a final judgment of a court exercising probate jurisdiction to be totally mentally incapacitated or partially mentally incapacitated without the right to vote. I understand that giving false information under oath is a misdemeanor, and I understand that it is a felony of the 2nd degree to vote in an election for which I know I am not eligible.

(PARA QUE EL VOTANTE LO LLENE: Estoy inscrito como votante en esta subdivisión política y en el precinto en cual estoy intentando a votar y aun no he votado en esta elección (en persona o por correo). Soy residente de esta subdivisión política, no he sido definitivamente declarado culpable de un delito grave o si soy el autor de un delito grave, he cumplido toda mi condena incluso el periodo de encarcelamiento, la libertad condicional, la libertad supervisada, la libertad vigilada, o he sido indultado. No me han determinado por un juicio final de una corte de la legalización de un testamento, ser totalmente incapacitado mentalmente o parcialmente incapacitado sin el derecho de votar. Entiendo que dar información falsa bajo juramento es un delito menor y también entiendo que es un delito grave de 2do grado votar en una elección sabiendo que no cumplo con los requisitos necesarios.) (ĐỂ ĐƯỢC HOÀN TẤT BỞI CỬ TRI: Tôi là cử tri đã ghi danh bỏ phiếu tại phân khu chính trị và phường này và trong phân khu mà tôi cố ý định bỏ phiếu và chưa bỏ phiếu trong cuộc bầu cử này (bằng cách tự bỏ phiếu hay qua thư). Tôi cư ngụ tại phân khu chính trị địa phương này, tôi hoàn toàn không bị kết trọng tội hình sự nghiêm trọng, hoặc nếu là người phạm trọng tội, tôi đã hoàn thành hết mọi hình phạt, bao gồm thời hạn tù, ân treo, quản chế, thời kỳ thử thách, hoặc đã được tha. Phán quyết cuối cùng của tòa án không tuyên bố rằng tôi là người mất hoàn toàn năng lực về mặt tâm thần hay mất một phần năng lực về mặt tâm thần mà không được quyền bầu cử. Tôi hiểu rằng khai man khi tuyên thệ sẽ bị phạm khinh tội, và tôi hiểu rằng nếu bỏ phiếu trong một cuộc bầu cử mà tôi biết là mình không hội đủ điều kiện, tôi sẽ bị coi là phạm trọng tội cấp độ 2.) 由隨民填寫：本人為此政治轄區內之合法選民及本次選舉中投票（親自或郵寄投票），本人為此政治轄區之居民，從未被判有嚴重罪行重罪，或如有重罪時，包括服刑、假釋、監管，或如判已接受犯罪或已被赦免。本人尚未經最終判決完全或部份喪失心智無權選舉。本人明瞭宣誓後提供不實資料構成輕罪，不法選舉中投票為二級重罪。

| Last Name (Apellido) (Họ) (姓) | First Name (Nombre) (Tên) (名) | Middle Name (if any) (Segundo nombre (si tiene) Tên đệm (nếu có) 中間名 (若有) | Former Name (Nombre anterior) Tên cũ) (曾用名) |
|---|---|---|---|
| MICHNOVICZ | MATTHEW | | |

| Residence Address: Street Address and Apartment Number, City, State, and ZIP. If none, describe where you live (Do not include PO Box, Rural Rt. or business address)  (Domicilio: calle y número de apartamento, Ciudad, Estado, y Código Postal: A falta de estos datos, describa la localidad de su residencia, (No incluya el apartado de correos, camino rural, ni dirección comercial.)) (Địa chỉ cư trú: Tên đường và số Phòng, Thành Phố, Tiểu Bang, và Mã Bưu Điện. Nếu không có, xin diễn tả nơi quý vị cư ngụ (Không được để địa chỉ Hộp Thư, Địa Chỉ Đường Làng hoặc Địa Chỉ Thương Mại) 居住地址：街名地址和公寓號、市、州和郵寄區號。如果沒有，請詳細說明居住地點（請勿用郵局信箱號碼、郊外路線名稱或商業地址） |
|---|
| 13714 HERON FIELD CT, HOUSTON, TX 77059 |

| Mailing Address: City, State, and ZIP. If mail cannot be delivered to your residence address. (Dirección postal: Ciudad, Estado y Código Postal: si no es posible entregarle correspondencia en su domicilio). (Địa Chỉ Gửi Thư: Thành Phố, Tiểu Bang, và Mã Bưu Điện. Nếu không thể chuyển thư tới địa chỉ cư ngụ của quý vị.) 郵寄地址：市、州和郵遞區號。如果郵寄無法送達您的居住地址。 | Gender: (Optional) (Sexo (Optativo) Giới tính:(Không bắt buộc) 性別： (可填或不填) | Date of Birth: Month, Day, Year (Fecha de nacimiento: mes, día, año)(Ngày tháng năm sanh: Tháng, Ngày, Năm) 出生日期：月·日·年 |
|---|---|---|
| SAME | Male ☒  Female ☐  (Hombre)(Nam)(男)   (Mujer)( Nữ)(女) | 1 0 / 0 9 / 1 9 6 2 |

| Check appropriate box: Marque el cuadro apropiado: Đánh dấu vào ô thích hợp 在適當方格內勾劃 | TX Driver's License No. or Personal I.D. No. (Issued by TX DPS) Número de su licencia de conducir de Texas o de su Cédula de Identidad expedida por el Departamento de Seguridad Publica de Texas: Số Bằng Lái Xe của tiểu bang Texas hoặc số ID cá nhân (do Bộ An Toàn Lao Động tiểu bang Texas | Social Security No. (last 4 digits required if you do not have a driver's license or I.D. number)  Número de su seguro social) Số An Sinh Xã Hội (4 số cuối của số An Sinh Xã Hội cần phải có nếu quý vị không có số bằng lái xe hoặc số ID cá nhân)  社會安全號碼（如果您沒有駕駛執照或個人身份證號碼，則提供社安卡底線 |
|---|---|---|
| ARE YOU A UNITED STATES CITIZEN? (¿SOY CIUDADANO/A DE LOS ESTADOS UNIDOS?) (QUÝ VỊ CÓ PHẢI LÀ CÔNG DÂN HOA KỲ KHÔNG?) 您是美國公民嗎？   ☒ Yes   ☐ No  (Sí)( Có)(是)   (No)(Không)(否) | | ☐ I have not been issued a TX driver's license/ personal identification number or Social Security Number. (No me han expedido una licencia de conducir de Texas/Cédula de identidad personal de Texas ni un Número de Seguro Social.) (Tôi chưa hề được cấp bằng lái xe của Texas/số ID cá nhân hoặc số An Sinh Xã Hội.) 我沒有 TX 駕駛執照號碼/ 個人身份證號碼或社會安全號碼。 |
| | Signature of Voter (Firma del Votante) (Chữ ký của cử tri) (選民簽名) X  Matthew Michl | |

### TO BE COMPLETED BY THE ELECTION JUDGE

| Date of Election Fecha de la Elección Ngày Bầu Cử 選舉日期 | Precinct No. where voted Núm. de Precinto-lugar de votación/Phân Khu nơi đã Bầu Cử Số/選區投票號. 投票地點 | 718 |
|---|---|---|
| | Precinct No. where registered Núm. de Precinto-inscrito para votar/Phân Khu nơi đã ghi danh số/選區編號. 登記地點 | 718 |
| Type of Election Tipo de Elección Hình Thức Bầu Cử 選舉類型 | Authority Conducting Election Autoridad Administrando la Elección Cơ Quan Thẩm Quyền Tiến Hành Bầu Cử 主持選舉機構 | |

| Home PCT | County Clerk Use ONLY | PCT |
|---|---|---|
| 0718 | | 0718-11 |
| CERT/VUID | Voter Registrar Use ONLY | PCT |
| 5314 1966 | | 718 |

### TO BE COMPLETED BY THE COUNTY VOTER REGISTRAR FOR STATUS:

I, the voter registrar/deputy registrar, did research the records of my office and the following conclusion(s) was made:

**FOR VOTERS WHO DID NOT PRESENT ACCEPTABLE PHOTO IDENTIFICATION AT THE POLLING PLACE**

1. ____ Voter presented acceptable form of identification within 6 days of election day.

2. ____ Voter met disability exemption within 6 days of election day.

3. ____ Voter executed religious objection affidavit within 6 days of election day.

4. ____ Voter executed natural disaster affidavit within 6 days of election day.

5. ✓ Voter did not satisfy identification or affidavit requirements, listed in categories 1-4 above, within 6 days of election day.

**FOR VOTERS WHO VOTED PROVISIONALLY FOR OTHER REASONS**

6. ____ Not a registered voter or registration not effective in time for this election.

7. ____ Registered to vote, erroneously listed in wrong precinct.

8. ____ Registered to vote in a different precinct within the county.

9. ____ Information on file indicating applicant completed a voter registration

## BALLOT CODE: 105777939

(Write in the Ballot Code. It is found on the Provisional Ballot Stub above the voter's signature area. The Provisional Ballot Stub is generated from the JBC.)

### VOTER PRESENTED ACCEPTABLE FORM OF IDENTIFICATION

☐ YES   ☒ NO

1. ____ Failed to present acceptable form of identification or voter certificate with exemption.

2. ____ Voter not on list of registered voters.

3. ____ Voter not on list, registered in another precinct.

4. ____ Voter on list of people who voted early by mail, and voter has not cancelled mail ballot application.

5. ____ Voting after 7:00 P.M. due to court order.





## Affidavit of Provisional Voter
### Declaración Jurada de Votante Provisional / Bản Chứng Thệ Của Cử Tri Tạm Thời / 臨時選民具結書

310588049

TO BE COMPLETED BY VOTER: I am a registered voter of this political subdivision and in the precinct in which I'm attempting to vote and have not already voted in this election (either in person or by mail). I am a resident of this political subdivision, have not been finally convicted of a felony or if a felon, I have completed all of my punishment including any term of incarceration, parole, supervision, period of probation, or I have been pardoned. I have not been determined by a final judgment of a court exercising probate jurisdiction to be totally mentally incapacitated or partially mentally incapacitated without the right to vote. I understand that giving false information under oath is a misdemeanor, and I understand that it is a felony of the 2nd degree to vote in an election for which I know I am not eligible.

(PARA QUE EL VOTANTE LO LLENE: Estoy inscrito como votante en esta subdivisión política y en el precinto en cual estoy intentando a votar y aun no he votado en esta elección (en persona o por correo). Soy residente de esta subdivisión política, no he sido definitivamente declarado culpable de un delito grave o si soy el autor de un delito grave, he cumplido toda mi condena incluyendo el período de encarcelamiento, la libertad condicional, la libertad supervisada, la libertad vigilada, o he sido indultado. No me han determinado por un juicio final de una corte de la legalización de un testamento, ser totalmente incapacitado mentalmente o parcialmente incapacitado sin el derecho de votar. Entiendo que dar información falsa bajo juramento es un delito menor y también entiendo que es un delito grave de 2do grado votar en una elección sabiendo que no cumplo con los requisitos necesarios.) (DƯỢC HOÀN TẤT BỞI CỬ TRI: Tôi là cử tri đã ghi danh bỏ phiếu tại phân khu chính trị địa phương này và trong phân khu mà tôi có ý định bỏ phiếu và chưa bỏ phiếu trong cuộc bầu cử này (kể cả đích thân bỏ phiếu hay bỏ phiếu bằng thư). Tôi cư ngụ tại phân khu chính trị địa phương này, tôi hoàn toàn không bị kết trọng tội hoặc nếu là người phạm trọng tội, tôi đã hoàn thành hết mọi hình phạt, bao gồm thời hạn tù, án treo, quản chế, thời kỳ thử thách, hoặc đã được tha. Phần quyết cuối cùng của tòa án không tuyên bố rằng tôi là người mất hoàn toàn năng lực về mặt tâm thần hay mất một phần năng lực về mặt tâm thần mà không có quyền được bỏ phiếu. Tôi hiểu rằng khai man khi tuyên thệ bị là phạm khinh tội, và tôi hiểu rằng nếu tôi biết tôi không hội đủ điều kiện, việc bỏ phiếu trong một cuộc bầu cử mà tôi biết là mình không hội đủ điều kiện bỏ phiếu là phạm trọng tội cấp độ 2.) 由選民填寫: 本人為此政治細區的合法選民及在本人所意圖投票之選區內投票且尚未在此次選舉中投票（親自投票或郵寄投票），本人為此政治細區之居民，從未因犯有重罪而終審被判定有罪，或即使曾犯有重罪，但所有懲罰、假釋、監督、緩刑時已按受完畢或已被赦免。本人從未被遺囑檢驗法庭最終裁定被判定完全或部份的喪失心智或部份喪失心智。本人明瞭宣誓後提供不實資訊為輕罪，並了解在明知自己不符合資格的情況下在選舉中投票為二級重罪。

| Last Name (Apellido) (姓) | First Name (Nombre) (Tên) (名) | Middle Name (if any) (Segundo nombre (si tiene) Tên đệm (nếu có) 中間名 (若有) | Former Name (Nombre anterior) (Tên cũ) (曾用名) |
|---|---|---|---|
| Terry | James | Wayne | |

| Residence Address: Street Address and Apartment Number, City, State, and ZIP. If none, describe where you live (Do not include PO Box, Rural Rt. or business address) (Domicilio: calle y número de apartamento, Ciudad, Estado, y Código Postal. A falta de estos datos, describa la localidad de su residencia. (No incluya el apartado de correos, camino rural, ni dirección comercial.)) 居住地址： 街名地址和公寓號、市、州和郵遞區號。如果沒有，請詳細說明居住地點（請勿用郵局信箱號碼、郵鄉路線或商業地址名）。 |
|---|
| 4701 Anderson Rd lot# 180 Houston, Tx 77053 |

| Mailing Address: City, State, and ZIP. If mail cannot be delivered to your residence address. (Dirección postal: Ciudad, Estado y Código Postal. si no es posible entregarle correspondencia en su domicilio). (Địa Chỉ Gửi Thư: Thành Phố, Tiểu Bang, và Mã Bưu Điện. Nếu không thể chuyển thư tới địa chỉ cư ngụ của quý vị.) 郵寄地址：市、州和郵遞區號。如果郵寄無法送達您的居住地址。 | Gender: [Optional] (Sexo (Optativo) Giới tính:(Không bắt buộc 性別： (可填寫不填)<br><br>Male ☑ (Hombre)(Nam)(男)    Female ☐ (Mujer) (Nữ)(女) | Date of Birth: Month, Day, Year (Fecha de nacimiento: mes, día, año)(Ngày tháng năm sanh: Tháng, Ngày, Năm) 出生日期： 月，日，年<br><br>04/08/1969 |
|---|---|---|

| Check appropriate box: Marque el cuadro apropiado: Đánh dấu vào ô thích hợp thì tương ứng 請在適當方格內勾打 | TX Driver's License No. or Personal I.D. No. (Issued by TX DPS) Número de su licencia de conducir de Texas o de su Cédula de identidad expedida por el Departamento de Seguridad Publica de Texas; Số Bằng Lái Xe của tiểu bang Texas hoặc số ID cá nhân (do Bộ An Toàn Lao Động tiểu bang Texas | Social Security No. (last 4 digits required if you do not have a driver's license or I.D. number) Número de su seguro social) Số An Sinh Xã Hội (4 số cuối của số An Sinh Xã Hội cần phải có nếu quý vị không có số bằng lái xe hoặc số ID cá nhân) 社會安全號碼（如果您沒有駕駛執照或個人身份證號碼，請提供社安卡最後 |
|---|---|---|
| ARE YOU A UNITED STATES CITIZEN? (¿SOY CIUDADANO/A DE LOS ESTADOS UNIDOS?) (QUÝ VỊ CÓ PHẢI LÀ CÔNG DÂN HOA KỲ KHÔNG?) 您是美國公民嗎？<br><br>☑ Yes ☐ No (Sí)( Có)(是) (No)(Không)(否) | ☐ I have not been issued a TX driver's license/ personal identification number or Social Security Number. (No me han expedido una licencia de conducir de Texas/Cédula de identidad personal de Texas ni un Número de Seguro Social.) ( Tôi chưa hề được cấp bằng lái xe của Texas/Số iD cá nhân hoặc số An Sinh Xã Hội.) 我沒有 TX 駕駛執照號碼/ 個人身份證號碼或社會安全號碼。 | X _____ |

### TO BE COMPLETED BY THE ELECTION JUDGE

| Date of Election Fecha de la Elección Ngày Bầu Cử 選舉日期<br><br>11/5/13 | Precinct No. where voted Núm. de Precinto-lugar de votación/Phân Khu nơi đã Bầu Cử Số/選區編號、投票地點    0722 | Home PCT<br><br>0722 | County Clerk Use ONLY | PCT<br><br>0722-81 |
|---|---|---|---|---|
| | Precinct No. where registered Núm. de Precinto-inscrito para votar/Phân Khu nơi đã ghi danh số/選區編號、登記地點    0722 | CERT/VUID<br><br>6028 5723 | Voter Registrar Use ONLY | PCT<br><br>722 |

| Type of Election Tipo de Elección Hình Thức Bầu Cử 選舉類型<br><br>Joint | Authority Conducting Election Autoridad Administrando la Elección Cơ Quan Thẩm Quyền Tiến Hành Bầu Cử 主持選舉機構<br><br>Harris County |
|---|---|

### TO BE COMPLETED BY THE COUNTY VOTER REGISTRAR FOR STATUS:

I, the voter registrar/deputy registrar, did research the records of my office and the following conclusion(s) was made:

## BALLOT CODE: 228514380

(Write in the Ballot Code, it is found on the Provisional Ballot Stub above the voter's signature area. The Provisional Ballot Stub is generated from the JBC.)

### VOTER PRESENTED ACCEPTABLE FORM OF IDENTIFICATION

☐ YES    ☒ NO

1. X☐ Failed to present acceptable form of identification or voter certificate with exemption.

2. ☐ Voter not on list of registered voters.

3. ☐ Voter not on list, registered in another precinct.

4. ☐ Voter on list of people who voted early by mail, and voter has not cancelled mail ballot application.

5. ☐ Voting after 7:00 P.M. due to court order.

#### FOR VOTERS WHO DID NOT PRESENT ACCEPTABLE PHOTO IDENTIFICATION AT THE POLLING PLACE

1. ____ Voter presented acceptable form of identification within 6 days of election day.

2. ____ Voter met disability exemption within 6 days of election day.

3. ____ Voter executed religious objection affidavit within 6 days of election day.

4. ____ Voter executed natural disaster affidavit within 6 days of election day.

5. ✓ Voter did not satisfy identification or affidavit requirements, listed in categories 1-4 above, within 6 days of election day.

#### FOR VOTERS WHO VOTED PROVISIONALLY FOR OTHER REASONS

6. ____ Not a registered voter or registration not effective in time for this election.

7. ____ Registered to vote, erroneously listed in wrong precinct.

8. ____ Registered to vote in a different precinct within the county.

9. ____ Information on file indicating applicant completed a voter registration

PdC

310605011

## Affidavit of Provisional Voter

### Declaración Jurada de Votante Provisional / Bản Chứng Thệ Của Cử Tri Tạm Thời / 臨時選民具結書

TO BE COMPLETED BY VOTER: I am a registered voter of this political subdivision and in the precinct in which I'm attempting to vote and have not already voted in this election (either in person or by mail). I am a resident of this political subdivision, have not been finally convicted of a felony or if a felon, I have completed all of my punishment including any term of incarceration, parole, supervision, period of probation, or I have been pardoned. I have not been determined by a final judgment of a court exercising probate jurisdiction to be totally mentally incapacitated or partially incapacitated without the right to vote. I understand that giving false information under oath is a misdemeanor, and I understand that it is a felony of the 2nd degree to vote in an election for which I know I am not eligible.

(PARA QUE EL VOTANTE LO LLENE: Estoy inscrito como votante en esta subdivisión política y en el precinto en cual estoy intentando a votar y aun no he votado en esta elección (en persona o por correo). Soy residente de esta subdivisión política, no he sido definitivamente declarado culpable de un delito grave o si soy el autor de un delito grave, he cumplido toda mi condena inclusive el período de encarcelamiento, la libertad condicional, la libertad supervisada, la libertad vigilada, o he sido indultado. No me han determinado por un juicio final de una corte de la legalización de un testamento, ser totalmente incapacitado mentalmente o parcialmente incapacitado sin el derecho de votar. Entiendo que dar información falsa bajo juramento es un delito menor y también entiendo que es un delito grave de 2do grado votar en una elección sabiendo que no cumplo con los requisitos necesarios.) (ĐƯỢC HOÀN TẤT BỞI CỬ TRI: Tôi là cử tri đã ghi danh bỏ phiếu tại phân khu chính trị địa phương này và trong phân khu mà tôi có ý định bỏ phiếu và chưa bỏ phiếu trong cuộc bầu cử này (kể cả đích thân bỏ phiếu hay bỏ phiếu bằng thư). Tôi cư ngụ tại phân khu chính trị địa phương này, tôi hoàn toàn không bị kết trọng tội hoặc nếu là người phạm trọng tội, tôi đã hoàn thành hết mọi hình phạt, bao gồm thời hạn tù, án treo, quản chế, thời kỳ thử thách, hoặc đã được tha. Phán quyết cuối cùng của toà án không tuyên bố rằng tôi là người mất hoàn toàn năng lực về mặt tâm thần hay mất một phần năng lực để tôi có quyền được bỏ phiếu. Tôi hiểu rằng khai man khi tuyên thệ sẽ bị phạm khinh tội, và tôi hiểu rằng nếu bỏ phiếu trong cuộc bầu cử mà tôi biết là mình không hội đủ điều kiện, tôi sẽ bị coi là phạm trọng tội cấp 2.) 由選民填寫：本人為此政治轄區的之合法選民，本人有意圖且尚未在此次選舉中投票（親自或郵寄投票）。本人為此政治轄區之居民，從未被最終定罪判刑或如屬重刑犯，但已服滿、假釋、觀管、緩管、緩管、假管之刑期。本人從未被監護權裁定完全喪失或部份喪失投票權的判刑之監管或裁定完全喪失或部份喪失投票權的判刑。本人明瞭宣誓後提供不實資訊為輕罪，並了解在明知自己不符合資格的情況下在選舉中投票為二級重罪。

| Last Name (Apellido) (Ho) (姓) | First Name (Nombre) (Tên) (名) | Middle Name (if any) (Segundo nombre (si tiene) Tên đệm (nếu có) 中間名（若有） | Former Name (Nombre anterior) (Tên cũ) (曾用名) |
|---|---|---|---|
| Leach-Martin | Mary | Candace | |

Residence Address: Street Address and Apartment Number, City, State, and ZIP. If none, describe where you live (Do not include PO Box, Rural Rt. or business address) (Domicilio: calle y número de apartamento, Ciudad, Estado, y Código Postal: A falta de estos datos, describa la localidad de su residencia. (No incluya el apartado de correos, camino rural, ni dirección comercial.)) (Địa chỉ cư trú: Tên đường và số Phòng, Thành Phố, Tiểu Bang, và Mã Bưu Điện. Nếu không có, xin diễn tả nơi quý vị cư ngụ (không được để địa chỉ Hộp Thư, Địa Chỉ Đường Làng hoặc Địa Chỉ Thương Mại)) 居住地址： 街名及號碼公寓號，市，州和郵遞區號，如無這些，請詳細說明居住地點（請勿用郵局信箱號碼，鄉的鄉鎮或商業地址）

9225 Long Point Rd 103 | Houston, TX | 77055

| Mailing Address: City, State, and ZIP. If mail cannot be delivered to your residence address. (Dirección postal: Ciudad, Estado y Código Postal. si no es posible entregarle correspondencia en su domicilio). (Địa Chỉ Gửi Thư: Thành Phố, Tiểu Bang, và Mã Bưu Điện. Nếu không thể chuyển thư tới địa chỉ cư ngụ của quý vị.) 郵寄地址：市，州和郵遞區號，如果郵寄無法送達您的居住地址。 | Gender: (Optional) (Sexo (Optativo)) Giới tính:(Không bắt buộc) 性別：（可選或不填） | Date of Birth: Month, Day, Year (Fecha de nacimiento: mes, día, año)(Ngày tháng năm sanh: Tháng, Ngày, Năm) 出生日期：月，日，年 |
|---|---|---|
| Same | Male ☐  Female ☑ (Hombre)(Nam)(男)  (Mujer)( Nữ)(女) | 10 25 1955 |

| Check appropriate box: Marque el cuadro apropiado: Đánh dấu vào ô thích hợp 在適當方格內勾號： ARE YOU A UNITED STATES CITIZEN? (¿SOY CIUDADANO/A DE LOS ESTADOS UNIDOS?) (QUÝ VỊ CÓ PHẢI LÀ CÔNG DÂN HOA KỲ KHÔNG?)您是美國公民嗎？ ☑Yes  ☐ No (Sí)( Có)(是)  (No)(Không)(否) | TX Driver's License No. or Personal I.D. No. (Issued by TX DPS) Número de su licencia de conducir de Texas o su Cédula de Identidad expedida por el Departamento de Seguridad Publica de Texas). Số Bằng Lái Xe của tiểu bang Texas hoặc số ID cá nhân (do Bộ An Toàn Lao Động tiểu bang Texas ☐ I have not been issued a TX driver's license/ personal identification number or Social Security Number. (No me han expedido una licencia de conducir de Texas/Cedúla de identidad personal de Texas ni un Número de Seguro Social.) ( Tôi chưa hề được cấp bằng lái xe của Texas/số ID cá nhân hoặc số An Sinh Xã Hội.) 我沒有 TX 駕駛執照號碼/ 個人身份證號碼或社會安全號碼。 | Social Security No. (last 4 digits required if you do not have a driver's license or I.D. number) Número de Seguro Social. (Si no tiene licencia de conducir ni identificación personal, se requiere los últimos 4 números de su seguro social) Số An Sinh Xã Hội (4 số cuối của số An Sinh Xã Hội cần phải có nếu quý vị không có số Bằng lái xe hoặc số ID cá nhân) 社會安全號碼（如果您沒有駕駛執照或個人身份證號碼，請提供社會安全最後 |
|---|---|---|

Signature of Voter: (Firma del votante) (Chữ Ký của Cử Tri) (選民簽名)

10-25-55   D 9146489 K Lundy

X Mary Candace Leach ) Martin

## TO BE COMPLETED BY THE ELECTION JUDGE

| Date of Election Fecha de la Elección Ngày Bầu Cử 選舉日期 | Precinct No. where voted Núm. de Precinto-lugar de votación/Phân Khu nơi đã Bầu Cử Số/選區編號．投票地點 | Home PCT | County Clerk Use ONLY | PCT |
|---|---|---|---|---|
| Nov. 5, 2013 | 0678 | 0678 | | 0678-22 |
| | Precinct No. where registered Núm. de Precinto-inscrito para votar/Phân Khu nơi đã ghi danh số/選區編號．登記地點 0678 | CERT/VUID 33765512 | Voter Registrar Use ONLY | PCT 0678 |

| Type of Election Tipo de Elección Hình Thức Bầu Cử 選舉類型 | Authority Conducting Election Autoridad Administrando la Elección Cơ Quan Phụ Trách Bầu Cử 主持選務機構 |
|---|---|
| Joint | Harris |

### BALLOT CODE: 2 2 4 2 0 2 8 7 0

(Write in the Ballot Code, it is found on the Provisional Ballot Stub above the voter's signature area. The Provisional Ballot Stub is generated from the JBC.)

### VOTER PRESENTED ACCEPTABLE FORM OF IDENTIFICATION

☐ YES   ☑ NO

1. ✓ Failed to present acceptable form of identification or voter certificate with exemption.

2. ___ Voter not on list of registered voters.

3. ___ Voter not on list, registered in another precinct.

4. ___ Voter on list of people who voted early by mail, and voter has not cancelled mail ballot application.

5. ___ Voting after 7:00 P.M. due to court order.

## TO BE COMPLETED BY THE COUNTY VOTER REGISTRAR FOR STATUS:

I, the voter registrar/deputy registrar, did research the records of my office and the following conclusion(s) was made:

### FOR VOTERS WHO DID NOT PRESENT ACCEPTABLE PHOTO IDENTIFICATION AT THE POLLING PLACE

1. ___ Voter presented acceptable form of identification within 6 days of election day.

2. ___ Voter met disability exemption within 6 days of election day.

3. ___ Voter executed religious objection affidavit within 6 days of election day.

4. ___ Voter executed natural disaster affidavit within 6 days of election day.

5. ✓ Voter did not satisfy identification or affidavit requirements, listed in categories 1-4 above, within 6 days of election day.

### FOR VOTERS WHO VOTED PROVISIONALLY FOR OTHER REASONS

6. ___ Not a registered voter or registration not effective in time for this election.

7. ___ Registered to vote, erroneously listed in wrong precinct.

8. ___ Registered to vote in a different precinct within the county.

9. ___ Information on file indicating applicant completed a voter registration

da



310612502

JAM

## Affidavit of Provisional Voter

Declaración Jurada de Votante Provisional / Bàn Chứng Thệ Của Cử Tri Tạm Thời / 臨時選民具結書

TO BE COMPLETED BY VOTER: I am a registered voter of this political subdivision and in the precinct in which I'm attempting to vote and have not already voted in this election (either in person or by mail). I am a resident of this political subdivision, have not been finally convicted of a felony or if a felon, I have completed all of my punishment including any term of incarceration, parole, supervision, period of probation, or I have been pardoned. I have not been determined by a final judgment of a court exercising probate jurisdiction to be totally mentally incapacitated or partially mentally incapacitated without the right to vote. I understand that giving false information under oath is a misdemeanor, and I understand that it is a felony of the 2nd degree to vote in an election for which I know I am not eligible.

(PARA QUE EL VOTANTE LO LLENE: Estoy inscrito como votante en esta subdivisión política y en el precinto en cual estoy intentando a votar y aun no he votado en esta elección (en persona o por correo). Soy residente de esta subdivisión política, no he sido definitivamente declarado culpable de un delito grave o si soy el autor de un delito grave, he cumplido toda mi condena inclusive el período de encarcelamiento, la libertad condicional, la libertad supervisada, la libertad vigilada, o he sido indultado. No me han determinado por un juicio final de una corte de la legalización de un testamento, ser totalmente incapacitado mentalmente o parcialmente incapacitado sin el derecho de votar. Entiendo que dar información falsa bajo juramento es un delito menor y también entiendo que es un delito grave de 2do grado votar en una elección sabiendo que no cumplo con los requisitos necesarios.) (ĐƯỢC HOÀN TẤT BỞI CỬ TRI: Tôi là cử tri đã ghi danh bỏ phiếu tại phân khu chính trị địa phương này và khu vực bỏ phiếu mà tôi cố ý định bỏ phiếu và chưa bỏ phiếu trong cuộc bầu cử này (kể cả đích thân bỏ phiếu hay bỏ phiếu bằng thư). Tôi cư ngụ tại phân khu chính trị địa phương này, tôi hoàn toàn không bị kết trọng tội hoặc nếu là người phạm trọng tội, tôi đã hoàn thành hết mọi hình phạt, bao gồm thời hạn tù, ân treo, quản chế, thời kỳ thử thách, hoặc đã được tha. Phán quyết cuối cùng của tòa án không tuyên bố rằng tôi là người mất hoàn toàn năng lực về mặt tâm thần hay mất một phần năng lực về mặt tâm thần mà không có quyền được bỏ phiếu. Tôi hiểu rằng khai man khi tuyên thề sẽ bị phạm khinh tội, và tôi hiểu rằng nếu bỏ phiếu trong một cuộc bầu cử mà tôi biết là mình không đủ điều kiện, tôi sẽ bị coi là phạm trọng tội cấp 2.) 由選民填寫: 本人為此政治轄區的此合法選民，在本投票箱且尚未在此次選舉中投票 (親自投票或郵寄投票)。本人為此轄區且尚未被最終定罪犯有重罪，或如果本人犯有重罪，本人已完成所有懲罰包括任何監禁、假釋、監管、緩刑期，或本人被赦免豁免。法庭最終裁決並無確定本人完全心智喪失或部分喪失而無投票權。本人明白宣誓提供不實資訊為輕罪，本人亦明白在明知不符合資格的情況下在選舉中投票為二級重罪。

| Last Name (Apellido) (Họ) (姓) | First Name (Nombre) (Tên) (名) | Middle Name (if any) (Segundo nombre (si tiene) Tên đệm (nếu có) 中間名 (若有) | Former Name (Nombre anterior) (Tên cũ) (曾用名) |
|---|---|---|---|
| PEPSIN | IRene | G. | |

**Residence Address:** Street Address and Apartment Number, City, State, and ZIP. If none, describe where you live (Do not include PO Box, Rural Rt. or business address) (Domicilio: calle y número de apartamento, Ciudad, Estado, y Código Postal: A falta de estos datos, describa la localidad de su residencia. (No incluya el apartado de correos, camino rural, ni dirección comercial.)) (Địa chỉ cư trú: Tên đường và số Phòng, Thành Phố, Tiểu Bang, và Mã Bưu Điện. Nếu không có, xin diễn tả nơi quý vị cư ngụ (Không được để địa chỉ Hộp Thư, Đường Làng hoặc Địa Chỉ Thương Mại) 居住地址：街名和郵政區號、市、州和郵政區號。如果沒有，請詳細說明居住地點 (請勿用郵局號碼、鄉村路線名稱或商業地址)

14101 BAY POINTE CT. HOUSTON TX 77062

| Mailing Address: City, State, and ZIP. If mail cannot be delivered to your residence address. (Dirección postal: Ciudad, Estado y Código Postal, si no es posible entregarle correspondencia en su domicilio). (Địa Chỉ Gửi Thư: Thành Phố, Tiểu Bang, và Mã Bưu Điện. Nếu không thể chuyển thư tới địa chỉ cư ngụ của quý vị.) 郵寄地址：市、州和郵政區號。如果郵寄無法送達您的居住地址。 | Gender: (Optional) (Sexo (Optativo) Giới tính:(Không bắt buộc) 性別：(可填寫不填) <br><br> Male ☐ Female ☒ <br> (Hombre)(Nam)(男) (Mujer) Nữ)(女) | Date of Birth: Month, Day, Year (Fecha de nacimiento: mes, día, año)(Ngày tháng năm sanh: Tháng, Ngày, Năm) 出生日期：月、日、年 <br><br> 05 02 1921 |
|---|---|---|

| Check appropriate box: Marque el cuadro apropiado: Dánh dấu vào ô thích hợp 在適當方格内劃勾： <br><br> ARE YOU A UNITED STATES CITIZEN? (¿SOY CIUDADANO/A DE LOS ESTADOS UNIDOS?) (QUÝ VỊ CÓ PHẢI LÀ CÔNG DÂN HOA KỲ KHÔNG?) 您是否美國公民嗎？ <br><br> ☒Yes ☐ No <br> (Sí)( Có)(是) (No)(Không)(否) | TX Driver's License No. or Personal I.D. No. (issued by TX DPS) Número de su licencia de conducir de Texas o su Cédula de Identidad expedida por el Departamento de Seguridad Pública de Texas). (Địa Chỉ Bằng Lái Xe của tiểu bang Texas hoặc số ID cá nhân (do Bộ An Toàn Lao Động tiểu bang Texas cấp)) <br><br> ☐ I have not been issued a TX driver's license/ personal identification number or Social Security Number. (No me han expedido una licencia de conducir de Texas/Cédula de identidad personal de Texas ni un Número de Seguro Social.) ( Tôi chưa hề được cấp bằng lái xe của Texas/số ID cá nhân hoặc số An Sinh Xã Hội.) 我沒有 TX 駕駛執照號碼/ 個人身份證號碼或社會安全號碼。 | Social Security No. (last 4 digits required if you do not have a driver's license or I.D. number) Número de Seguro Social. (Si no tiene licencia de conducir ni identificación personal, se requiere los últimos 4 números de su seguro social) Số An Sinh Xã Hội (4 số cuối của số An Sinh Xã Hội cần phải có nếu quý vị không có số bằng lái xe hoặc số ID cá nhân) 社會安全號碼（如果您沒有駕駛執照或個人身份證號碼，則提供社會安全號碼最後四位數） <br><br> Signature of Voter (Firma del Votante) (Chữ Ký Của Cử Tri) (選民簽字) <br><br> X _Irene D. Pepsin_ |
|---|---|---|

### TO BE COMPLETED BY THE ELECTION JUDGE

| | |
|---|---|
| Date of Election Fecha de la Elección Ngày Bầu Cử 選舉日期 | Precinct No. where voted 699 <br> Núm. de Precinto-lugar de votación/Phân Khu nơi đã Bầu Cử Số/投票地點 投票地點 |
| | Precinct No. where registered 699 <br> Núm. de Precinto-inscrito para votar/Phân Khu nơi đã ghi danh số/選區 編號. 登記地點 |
| Type of Election Tipo de Elección Hình Thức Bầu Cử 選舉類型 <br> JOINT | Authority Conducting Election Autoridad Administrando la Elección Cơ Quan Thẩm Quyền Tiến Hành Bầu Cử 主持選舉機構 <br> HARRIS co |

| Home PCT | County Clerk Use ONLY | PCT |
|---|---|---|
| 0699 | | 0699-11 |
| CERT/VUID | Voter Registrar Use ONLY | PCT |
| 362330 70 | | 0699 |

## TO BE COMPLETED BY THE COUNTY VOTER REGISTRAR FOR STATUS:

I, the voter registrar/deputy registrar, did research the records of my office and the following conclusion(s) was made:

**FOR VOTERS WHO DID NOT PRESENT ACCEPTABLE PHOTO IDENTIFICATION AT THE POLLING PLACE**

1. ____ Voter presented acceptable form of identification within 6 days of election day.

2. ____ Voter met disability exemption within 6 days of election day.

3. ____ Voter executed religious objection affidavit within 6 days of election day.

4. ____ Voter executed natural disaster affidavit within 6 days of election day.

5. ____ Voter did not satisfy identification or affidavit requirements, listed in categories 1-4 above, within 6 days of election day.

**FOR VOTERS WHO VOTED PROVISIONALLY FOR OTHER REASONS**

6. ____ Not a registered voter or registration not effective in time for this election.

7. ____ Registered to vote, erroneously listed in wrong precinct.

8. ____ Registered to vote in a different precinct within the county.

9. ____ Information on file indicating applicant completed a voter registration

---

## BALLOT CODE: 24235407 1

(Write in the Ballot Code, it is found on the Provisional Ballot Stub above the voter's signature area. The Provisional Ballot Stub is generated from the JBC.)

### VOTER PRESENTED ACCEPTABLE FORM OF IDENTIFICATION

☐ YES        ☒ NO

1. ☒ Failed to present acceptable form of identification or voter certificate with exemption.

2. ____ Voter not on list of registered voters.

3. ____ Voter not on list, registered in another precinct.

4. ____ Voter on list of people who voted early by mail, and voter has not cancelled mail ballot application.

5. ____ Voting after 7:00 P.M. due to court order.



# Affidavit of Provisional Voter

Declaración Jurada de Votante Provisional / Bản Chứng Thệ Của Cử Tri Tạm Thời / 臨時選民具結書

**310621501**

TO BE COMPLETED BY VOTER: I am a registered voter of this political subdivision and in the precinct in which I'm attempting to vote and have not already voted in this election (either in person or by mail). I am a resident of this political subdivision, have not been finally convicted of a felony or if a felon, I have completed all of my punishment including any term of incarceration, parole, supervision, period of probation, or I have been pardoned. I have not been determined by a final judgment of a court exercising probate jurisdiction to be totally mentally incapacitated or partially mentally incapacitated without the right to vote. I understand that giving false information under oath is a misdemeanor, and I understand that it is a felony of the 2nd degree to vote in an election for which I know I am not eligible.

(PARA QUE EL VOTANTE LO LLENE: Estoy inscrito como votante en esta subdivisión política y en el precinto en cual estoy intentando a votar y aun no he votado en esta elección (en persona o por correo). Soy residente de esta subdivisión política, no he sido definitivamente declarado culpable de un delito grave o si soy el autor de un delito grave, he cumplido toda mi condena incluvo el período de encarcelmiento, la libertad condicional, la libertad supervisada, la libertad vigilada, o he sido indultado. No me han determinado por un juicio final de una corte de la legalización de un testamento, ser totalmente incapacitado mentalmente o parcialmente incapacitado sin el derecho de votar. Entiendo que dar información falsa bajo juramento es un delito menor y también entiendo que es un delito grave de 2do grado votar en una elección sabiendo que no cumplo con los requisitos necesarios.) (ĐƯỢC HOÀN TẤT BỞI CỬ TRI: Tôi là cử tri đã ghi danh bỏ phiếu tại phân khu chính trị địa phương này và trong phân khu mà tôi cố ý định bỏ phiếu và chưa bỏ phiếu trong cuộc bầu cử này (kể cả đích thân bỏ phiếu hay bỏ phiếu bằng thư). Tôi cư ngụ tại phân khu chính trị địa phương này, tôi hoàn toàn không bị kết trọng tội hoặc nếu là người phạm trọng tội, tôi đã hoàn thành hết mọi hình phạt, bao gồm thời hạn bị tù, án treo, quản chế, thời kỳ thử thách, hoặc đã được tha. Phán quyết cuối cùng của tòa án không truyền bố rằng tôi là người mất hoàn toàn năng lực về mặt tâm thần hay mất một phần năng lực về mặt tâm thần không được quyền bỏ phiếu. Tôi hiểu rằng khai man khi tuyên thệ sẽ bị phạm khinh tội, và tôi hiểu rằng nếu bỏ phiếu trong một cuộc bầu cử mà tôi biết là mình không hội đủ điều kiện, tôi sẽ bị coi là phạm trọng tội cấp độ 2.) 由選民填寫: 本人為此政治轄區內之合法選民, 本人有意願且尚未在此次選舉中投票 (親自或郵寄投票)。本人為此政治轄區之居民, 從未因犯有重罪而被判決最終定罪, 或即使曾犯有重罪, 但所有懲罰、刑罰、監管、緩刑期已便役完畢或被赦免。本人從未經遺囑驗證法庭最終裁定被判完全或部份喪失心智而無權投票。本人明瞭宣誓後提供不實資料將構成輕罪, 並了解在明知自己不符合資格的情況下在選舉中投票為二級重罪。

| Last Name (Apellido) (Ho) (姓) | First Name (Nombre) (Tên) (名) | Middle Name (if any) (Segundo nombre (si tiene)) Tên đệm (nếu có) 中間名 (若有) | Former Name (Nombre anterior) (Tên cũ) (曾用名) |
|---|---|---|---|
| GUSTAFSON | ERIK | DAVID | |

**Residence Address:** Street Address and Apartment Number, City, State, and ZIP. If none, describe where you live (Do not include PO Box, Rural Rt. or business address) (Domicilio: calle y número de apartamento, Ciudad, Estado, y Código Postal: A falta de estos datos, describa la localidad de su residencia. (No incluya el apartado de correos, camino rural, ni dirección comercial.)) (Địa chỉ cư trú: Tên đường và số Phòng, Thành Phố, Tiểu Bang, và Mã Bưu Điện. Nếu không có, xin diễn tả nơi quý vị cư ngụ (Không được để địa chỉ Hộp Thư, Địa Chỉ Đường Làng hoặc Địa Chỉ Thương Mại)) 居住地址: 街名地址和公寓號, 市、州和郵寄區號。如果沒有, 請詳細說明居住地點 (請勿用郵局信箱號碼、郊外路線名稱或商業地址)

15000 Philippine St Apt 909, Houston TX 77040

| Mailing Address: City, State, and ZIP. If mail cannot be delivered to your residence address. (Dirección postal: Ciudad, Estado y Código Postal. si no es posible entregarle correspondencia en su domicilio). (Địa Chỉ Gửi Thư: Thành Phố, Tiểu Bang, và Mã Bưu Điện. Nếu không thể chuyển thư tới địa chỉ cư ngụ của quý vị.) 郵寄地址: 市、州和郵遞區號。如果郵寄無法送達您的居住地址。 | Gender: (Optional) (Sexo (Optativo) Giới tính:(Không bắt buộc) 性別: (可填寫/不填)  Male ☒   Female ☐  [Hombre](Nam)(男)   (Mujer)(Nữ)(女) | Date of Birth: Month, Day, Year (Fecha de nacimiento: mes, día, año)(Ngày tháng năm sanh: Tháng, Ngày, Năm) 出生日期: 月、日、年  LL/15/1965 |
|---|---|---|

| Check appropriate box: Marque el cuadro apropiado: Đánh dấu vào ô thích hợp 在適當方格內劃勾 | TX Driver's License No. or Personal I.D. No. (Issued by TX DPS) Número de su licencia de conducir de Texas o su Cédula de identidad expedida por el Departamento de Seguridad Publica de Texas). Số Bằng Lái Xe của tiểu bang Texas hoặc số ID cá nhân (do Bộ An Toàn Lao Động tiểu bang Texas | Social Security No. (last 4 digits required if you do not have a driver's license or I.D. number) Número de su seguro social (Si no tiene licencia de conducir ni identificación personal, se require los últimos 4 números de su seguro social) Số An Sinh Xã Hội (4 số cuối của số An Sinh Xã Hội cần phải có nếu quý vị không có số bằng lái xe hoặc số ID cá nhân) 社會安全號碼 (如果您沒有駕駛執照或個人身份證號碼, 則提供社安卡最後 |
|---|---|---|
| ARE YOU A UNITED STATES CITIZEN? (¿SOY CIUDADANO/A DE LOS ESTADOS UNIDOS?) (QUÝ VỊ CÓ PHẢI LÀ CÔNG DÂN HOA KỲ KHÔNG?) 您是美國公民嗎?  ☐ Yes   ☐ No  (Sí)(Có)(是)   (No)(Không)(否) | ☐ I have not been issued a TX driver's license/ personal identification number or Social Security Number. (No me han expedido una licencia de conducir de Texas/Cedula de identidad personal de Texas ni un Número de Seguro Social.) (Tôi chưa hề được cấp bằng lái xe của Texas/số ID cá nhân hoặc số An Sinh Xã Hội.) 我沒有 TX 駕駛執照號碼或個人身份證號碼或社會安全號碼。 | |

## TO BE COMPLETED BY THE ELECTION JUDGE

| Date of Election Fecha de la Elección Ngày Bầu Cử 選舉日期 | | | Home PCT  0661 | County Clerk Use ONLY | PCT  0661-27 |
|---|---|---|---|---|---|
| | Precinct No. where **voted** Núm. de Precinto-lugar de votación/Phân Khu nơi đã Bầu Cử Số/選區編號 投票地點 | | CERT/VUID  50466358 | Voter Registrar Use ONLY | PCT  0661 |
| | Precinct No. where **registered** Núm. de Precinto-inscrito para votar/Phân Khu nơi đã ghi danh số/選區編號 登記地點 | | | | |
| Type of Election Tipo de Elección Hình Thức Bầu Cử 選舉類型 | Authority Conducting Election Autoridad Administrando la Elección Cơ Quan Thẩm Quyền Tiến Hành Bầu Cử 主辦選舉機關 | | | | |

# BALLOT CODE: 21L092325

(Write in the Ballot Code, it is found on the Provisional Ballot Stub above the voter's signature area. The Provisional Ballot Stub is generated from the JBC.)

## VOTER PRESENTED ACCEPTABLE FORM OF IDENTIFICATION

☐ YES        ☐ NO

1. ✓ Failed to present acceptable form of identification or voter certificate with exemption.

2. ____ Voter not on list of registered voters.

3. ____ Voter not on list, registered in another precinct.

4. ____ Voter on list of people who voted early by mail, and voter has not cancelled mail ballot application.

5. ____ Voting after 7:00 P.M. due to court order.

## TO BE COMPLETED BY THE COUNTY VOTER REGISTRAR FOR STATUS:

I, the voter registrar/deputy registrar, did research the records of my office and the following conclusion(s) was made:

*FOR VOTERS WHO DID NOT PRESENT ACCEPTABLE PHOTO IDENTIFICATION AT THE POLLING PLACE*

1. ____ Voter presented acceptable form of identification within 6 days of election day.

2. ____ Voter met disability exemption within 6 days of election day.

3. ____ Voter executed religious objection affidavit within 6 days of election day.

4. ____ Voter executed natural disaster affidavit within 6 days of election day.

5. ✓ Voter did not satisfy identification or affidavit requirements, listed in categories 1-4 above, within 6 days of election day.

*FOR VOTERS WHO VOTED PROVISIONALLY FOR OTHER REASONS*

6. ____ Not a registered voter or registration not effective in time for this election.

7. ____ Registered to vote, erroneously listed in wrong precinct.

8. ____ Registered to vote in a different precinct within the county.

9. ____ Information on file indicating applicant completed a voter registration

ME



# Affidavit of Provisional Voter

## Declaración Jurada de Votante Provisional / Bản Chứng Thệ Của Cử Tri Tạm Thời / 臨時選民具結書

TO BE COMPLETED BY VOTER: I am a registered voter of this political subdivision and in the precinct in which I'm attempting to vote and have not already voted in this election (either in person or by mail). I am a resident of this political subdivision, have not been finally convicted of a felony or if a felon, I have completed all of my punishment including any term of incarceration, parole, supervision, period of probation, or I have been pardoned. I have not been determined by a final judgment of a court exercising probate jurisdiction to be totally mentally incapacitated or partially mentally incapacitated without the right to vote. I understand that giving false information under oath is a misdemeanor, and I understand that it is a felony of the 2nd degree to vote in an election for which I know I am not eligible.

(PARA QUE EL VOTANTE LO LLENE: Estoy inscrito como votante en esta subdivisión política y en el precinto en cual estoy intentando a votar y aun no he votado en esta elección (en persona o por correo). Soy residente de esta subdivisión política, no he sido definitivamente declarado culpable de un delito grave o si soy el autor de un delito grave, he cumplido toda mi condena incluso el período de encarcelamiento, la libertad condicional, la libertad supervisada, la libertad vigilada, o he sido indultado. No me han determinado por un juicio final de una corte de la legalización de un testamento, ser totalmente incapacitado mentalmente o parcialmente incapacitada sin el derecho de votar. Entiendo que dar información falsa bajo juramento es un delito menor y también entiendo que es un delito grave de 2do grado votar en una elección sabiendo que no cumplo con los requisitos necesarios.) (ĐƯỢC HOÀN TẤT BỞI CỬ TRI: Tôi là cử tri đã ghi danh bỏ phiếu tại phần khu chính trị phương này và phần khu chính trị phương này mà tôi cố ý định bỏ phiếu và chưa bỏ phiếu trong cuộc bầu cử này (kể cả đích thân bỏ phiếu hay bỏ phiếu bằng thư). Tôi cư ngụ tại phần khu chính trị phương này, tôi hoàn toàn không bị kết trọng tội hoặc nếu là người phạm trong tội, tôi đã hoàn thành hết mọi hình phạt, bao gồm thời hạn tù, án treo, quản chế, thời kỳ thử thách, hoặc đã được tha. Phần quyết cuối cùng của tòa án không liên quyền bổ sung tôi về mặt tâm thần hay mất một phần năng lực về phần tâm thần. Tôi hiểu rằng khai man khi tuyên thệ sẽ bị phạm khinh tội, và tôi hiểu rằng nếu bỏ phiếu trong một cuộc bầu cử mà tôi biết là mình không hợp lệ thì sẽ bị coi là phạm trọng tội cấp 2) (由選民填寫: 本人為此政治轄區內之合法選民,本人有意圖且尚未在此次選舉中已投票 (親自或郵件投票) 本人為此選民且尚未在此政治轄區內投票 (親自或郵寄投票)、已登記之地址為此選區並且本人在本選區投票且尚未在本次選舉中投過票 (親自或郵寄投票)、本人並未犯下任何重罪或即使犯下重罪,本人已服完所有刑期,包括服刑期、假釋、觀護、緩刑期或已獲赦免。本人並未被法院最終判決為完全喪失行為能力或部分喪失行為能力而喪失投票權。本人瞭解宣誓提供不實資訊為輕罪,並了解在明知自己不符合資格的情況下在選舉中投票為二級重罪。本人明瞭宣誓後提供不實資訊為輕罪,並了解在明知自己不符合資格的情況下在選舉中投票為二級重罪。)

| Last Name (Apellido) (Họ) (姓) | First Name (Nombre) (Tên) (名) | Middle Name (if any) (Segundo nombre (si tiene) Tên đệm (nếu có) 中間名 (若有) | Former Name (Nombre anterior) (Tên cũ) (曾用名) |
|---|---|---|---|
| WiLLiAMS | SHERRY | ANN | NA |

**Residence Address:** Street Address and Apartment Number, City, State, and ZIP. If none, describe where you live (Do not include PO Box, Rural Rt. or business address) (Domicilio: calle y número de apartamento, Ciudad, Estado, y Código Postal: A falta de estos datos, describa la localidad de su residencia. (No incluya el apartado de correos, camino rural, ni dirección comercial.)) (Địa chỉ cư trú: Tên đường và số Phòng, Thành Phố, Tiểu Bang, và Mã Bưu Điện. Nếu không có, xin diễn tả nơi quý vị cư ngụ (Không được đề địa chỉ Hộp Thư, Địa Chỉ Đường Làng hoặc Địa Chỉ Thương Mại)) 居住地址: 街名地址和公寓號、市、州和郵遞區號。如果沒有,請詳細說明居住地區 (如不需要填寫郵政信箱、鄉村路線或商業地址)

2933 CROSSViEW #H22 Houston Tx 77063

| Mailing Address: City, State, and ZIP. If mail cannot be delivered to your residence address. (Dirección postal: Ciudad, Estado y Código Postal, si no es posible entregarle correspondencia en su domicilio). (Địa Chỉ Gửi Thư: Thành Phố, Tiểu Bang, và Mã Bưu Điện. Nếu không thể chuyển thư tới địa chỉ cư ngụ của quý vị.) 郵寄地址: 市、州和郵遞區號。如果郵寄無法送達您的居住地址 | Gender: (Optional) (Sexo (Optativo) Giới tính:(Không bắt buộc) 性別 (可填寫不填) | Date of Birth: Month, Day, Year (Fecha de nacimiento: mes, día, año)(Ngày tháng năm sanh: Tháng, Ngày, Năm) 出生日期「月、日、年」 |
|---|---|---|
| | Male ☐   Female ☑ (Hombre)(Nam)(男)   (Mujer)(Nữ)(女) | 08 30 1946 |

| Check appropriate box: Marque el cuadro apropiado: Đánh dấu vào ô thích hợp để làm cho 在適當方格內劃勾: | TX Driver's License No. or Personal I.D. No. (Issued by TX DPS) Número de su licencia de conducir de Texas o su Cédula de Identidad expedida por el Departamento de Seguridad Pública de Texas). Số Bằng Lái Xe của tiểu bang Texas hoặc số ID cá nhân (do Bộ An Toàn Lao Động tiểu bang Texas | Social Security No. (last 4 digits required if you do not have a driver's license or I.D. number) Número de Seguro Social. (Si no tiene licencia de conducir ni identificación personal, se requiere los últimos 4 números de su seguro social) (Số An Sinh Xã Hội (4 số cuối của số An Sinh Xã Hội cần phải có nếu quý vị không có số bằng lái xe hoặc số ID cá nhân) 社會安全號碼 (如果您沒有駕駛執照或個人身份證號碼,則提供社安字最後 |
|---|---|---|

ARE YOU A UNITED STATES CITIZEN? ¿SOY CIUDADANA/O DE LOS ESTADOS UNIDOS?) (QUÝ VỊ CÓ PHẢI LÀ CÔNG DÂN HOA KỲ KHÔNG?) 您是美國公民嗎?

☐ I have not been issued a TX driver's license/personal identification number or Social Security Number. (No me han expedido una licencia de conducir de Texas/Cédula de identidad personal de Texas ni un Número de Seguro Social.) (Tôi chưa hề được cấp bằng lái xe của Texas/số ID cá nhân hoặc số An Sinh Xã Hội.) 我沒有 TX 駕駛執照號碼/個人身份證號碼或社安號碼。

☑ Yes (Sí) (Có) (是)   ☐ No (Không) (否)

Signature of Voter (Firma del Votante) (Chữ ký của cử tri) (選民簽名)

X *Sherry A. Williams*

## TO BE COMPLETED BY THE ELECTION JUDGE

| Date of Election Fecha de la Elección Ngày Bầu Cử 選舉日期 | Precinct No. where voted Núm. de Precinto-lugar de votación/Phần Khu nơi đã Bầu Cử Số/選區編號. 投票地點 | **839** | Home PCT **839** | County Clerk Use ONLY | PCT **0839-78** |
|---|---|---|---|---|---|
| 11-5-13 | Precinct No. where registered Núm. de Precinto-inscrito para votar/Phần Khu nơi đã ghi danh số/選區編號. 登記地點 | **839** | CERT/VUID **61347373** | Voter Registrar Use ONLY | PCT **839** |

| Type of Election Tipo de Elección Hình Thức Bầu Cử 選舉類型 | Authority Conducting Election Autoridad Administrando la Elección Cơ Quan Thẩm Quyền Tiến Hành Bầu Cử 主持選舉機構 |
|---|---|
| JOINT | |

### TO BE COMPLETED BY THE COUNTY VOTER REGISTRAR FOR STATUS:

I, the voter registrar/deputy registrar, did research the records of my office and the following conclusion(s) was made:

**FOR VOTERS WHO DID NOT PRESENT ACCEPTABLE PHOTO IDENTIFICATION AT THE POLLING PLACE**

1. ____ Voter presented acceptable form of identification within 6 days of election day.

2. ____ Voter met disability exemption within 6 days of election day.

3. ____ Voter executed religious objection affidavit within 6 days of election day.

4. ____ Voter executed natural disaster affidavit within 6 days of election day.

5. ✓ Voter did not satisfy identification or affidavit requirements, listed in categories 1-4 above, within 6 days of election day.

**FOR VOTERS WHO VOTED PROVISIONALLY FOR OTHER REASONS**

6. ____ Not a registered voter or registration not effective in time for this election.

7. ____ Registered to vote, erroneously listed in wrong precinct.

8. ____ Registered to vote in a different precinct within the county.

9. ____ Information on file indicating applicant completed a voter registration

## BALLOT CODE: 2 0 4 2 8 4 2 0 3

(Write in the Ballot Code, it is found on the Provisional Ballot Stub above the voter's signature area. The Provisional Ballot Stub is generated from the JBC.)

### VOTER PRESENTED ACCEPTABLE FORM OF IDENTIFICATION

☐ YES   ☑ NO

1. ✓ Failed to present acceptable form of identification or voter certificate with exemption.

2. ____ Voter not on list of registered voters.

3. ____ Voter not on list, registered in another precinct.

4. ____ Voter on list of people who voted early by mail, and voter has not cancelled mail ballot application.

5. ____ Voting after 7:00 P.M. due to court order.



310522011

# Affidavit of Provisional Voter

## Declaración Jurada de Votante Provisional / Bàn Chứng Thệ Của Cử Tri Tạm Thời / 臨時選民具結書

TO BE COMPLETED BY VOTER: I am a registered voter of this political subdivision and in the precinct in which I'm attempting to vote and have not already voted in this election (either in person or by mail). I am a resident of this political subdivision, have not been finally convicted of a felony or if a felon, I have completed all of my punishment including any term of incarceration, parole, supervision, period of probation, or I have been pardoned. I have not been determined by a final judgment of a court exercising probate jurisdiction to be totally mentally incapacitated or partially mentally incapacitated without the right to vote. I understand that giving false information under oath is a misdemeanor, and I understand that it is a felony of the 2nd degree to vote in an election for which I know I am not eligible.

(PARA QUE EL VOTANTE LO LLENE: Estoy inscrito como votante en esta subdivisión política y en el precinto en cual estoy intentando a votar y aún no he votado en esta elección (en persona o por correo). Soy residente de esta subdivisión política, no he sido definitivamente declarado culpable de un delito grave o si soy el autor de un delito grave, he cumplido toda mi condena inclusive el período de encarcelamiento, la libertad condicional, la libertad supervisada, la libertad vigilada, o he sido indultado. No me han determinado por un juicio final de una corte de la legalización de un testamento, ser totalmente incapacitado mentalmente o parcialmente incapacitado sin el derecho de votar. Entiendo que dar información falsa bajo juramento es un delito menor y también entiendo que es un delito grave de 2do grado votar en una elección sabiendo que no cumplo con los requisitos necesarios.) (ĐƯỢC HOÀN TẤT BỞI CỬ TRI: Tôi là cử tri đã ghi danh bỏ phiếu tại phân khu bầu phiếu này và tại precinct là nơi tôi định đi bỏ phiếu và chưa bỏ phiếu cuộc bầu cử này (kể cả đích thân đi bỏ phiếu hay bỏ phiếu bằng thư). Tôi cư ngụ tại phân khu chính trị địa phương này, tôi hoàn toàn không bị kết trong tội hoặc nếu là người phạm trọng tội, tôi đã hoàn thành hết mọi hình phạt, bao gồm thời hạn tù, án treo, quản chế, thời kỳ thử thách, hoặc đã được tha. Phán quyết cuối cùng của tòa án không truyền bố rằng tôi là người mất hoàn toàn năng lực về mặt tâm thần hay mất một phần năng lực về mặt tâm thần và không có quyền được bỏ phiếu. Tôi hiểu rằng khai man khi tuyên thệ sẽ bị phạm khánh tội, và tôi hiểu rằng nếu bỏ phiếu trong một cuộc bầu cử mà tôi biết là mình không hội đủ điều kiện hội, là có thì một tội phạm trọng tội cấp độ 2.) 由選民填寫:本人為此政治轄區內之合法選民,且在本次嘗試中投票(現自或郵寄方式)尚未在本次選舉中投過票。本人為此政治轄區內之居民,從未被判決觸犯重罪或如果本人為重罪犯,本人已服完徒刑、假釋、監管、緩刑時期等各項懲罰。本人並無被法院判定本人完全喪失智能或部份喪失智能而無投票權。本人瞭解在宣誓下提供假資訊為輕罪,並了解在明知本身不符合資格的狀況下在選舉中投票為二級重罪。

| Last Name (Apellido) (Họ) (姓) | First Name (Nombre) (Tên) (名) | Middle Name (if any) (Segundo nombre (si tiene) Tên đệm (nếu có) 中間名 (若有) | Former Name (Nombre anterior) (Tên cũ) (曾用名) |
|---|---|---|---|
| Johnson | Glenn | Herbert | |

**Residence Address:** Street Address and Apartment Number, City, State, and ZIP. If none, describe where you live (Do not include PO Box, Rural Rt. or business address) (Domicilio: calle y número de apartamento, Ciudad, Estado, y Código Postal: A falta de estos datos, describa la localidad de su residencia. (No incluya el apartado de correos, camino rural, ni dirección comercial.)) (Địa chỉ cư trú: Tên đường và số Phòng, Thành Phố, Tiểu Bang, và Mã Bưu Điện. Nếu không có, xin diễn tả nơi quý vị cư ngụ (Không được để địa chỉ Hộp Thư, Địa Chỉ Đường Làng hoặc Địa Chỉ Thương Mại).) (居住地址: 街名地址和公寓號、市、州和郵寄區號。如果沒有, 請詳細描繪您居住地點 (請勿用郵局信箱號碼, 鄉外路線各項或商業地址).)

8926 Daffodil Street

| Mailing Address: City, State, and ZIP. If mail cannot be delivered to your residence address. (Dirección postal: Ciudad, Estado y Código Postal, si no es posible entregarle correspondencia en su domicilio). (Địa Chỉ Gửi Thư: Thành Phố, Tiểu Bang, và Mã Bưu Điện. Nếu không thể chuyển thư tới địa chỉ cư ngụ của quý vị.) 郵寄地址: 市、州和郵區號, 如果郵寄無法送達您的居住地址。 | Gender: (Optional) (Sexo (Optativo) Giới tính: (Không bắt buộc 性別 (可填寫不填) | Date of Birth: Month, Day, Year (Fecha de nacimiento: mes, día, año)(Ngày tháng năm sanh: Tháng, Ngày, Năm) 出生日期: 月、日、年 |
|---|---|---|
| 8926 Daffodil Street | Male ☑ Female ☐ <br> (Hombre)(Nam)(男) (Mujer)(Nữ)(女) | 1/19/1944 |

| Check appropriate box: Marque el cuadro apropiado: Đánh dấu vào ô thích hợp tại ô thích hợp 在適當方格內勾句: <br> **ARE YOU A UNITED STATES CITIZEN?** (¿SOY CIUDADANO/A DE LOS ESTADOS UNIDOS?) (QUY VI CÓ PHẢI LÀ CÔNG DÂN HOA KÝ KHÔNG?) 您是美國公民嗎? <br> ☑Yes ☐No <br> (Sí)(Có)(是) (No)(Không)(否) | TX Driver's License No. or Personal I.D. No. (Issued by TX DPS) Número de su licencia de conducir de Texas o de su Cédula de Identidad expedida por el Departamento de Seguridad Pública de Texas) Số Bằng Lái Xe của tiểu bang Texas hoặc số ID cá nhân (do Bộ An Toàn Lao Động tiểu bang Texas <br><br> ☐ I have not been issued a TX driver's license/ personal identification number or Social Security Number. (No me han expedido una licencia de conducir de Texas/Cedúla de identidad personal de Texas ni un Número de Seguro Social.) ( Tôi chưa hề được cấp bằng lái xe của Texas/số ID cá nhân hoặc số An Sinh Xã Hội.) 我沒有 TX 駕駛執照號碼/個人身份證號碼或社會安全號碼。 | Social Security No. (last 4 digits required if you do not have a driver's license or I.D. number) Número de Seguro Social. (Si no tiene licencia de conducir ni identificación personal, se requiere los últimos 4 números de su seguro social) Số An Sinh Xã Hội (4 số cuối của số An Sinh Xã Hội cần phải có nếu quý vị không có số bằng lái xe hoặc số ID cá nhân) 社會安全號碼 (如果您沒有駕駛執照或個人身份證號碼, 后提供社安卡後碼 <br><br> Signature of Voter: (Firma de votante) (Chữ Ký của cử tri) 選民簽字 <br> X _Glenn Johnson_ |

<table>
<tr><td colspan="2"><b>TO BE COMPLETED BY THE ELECTION JUDGE</b></td><td colspan="2"></td></tr>
<tr>
<td>Date of Election Fecha de la Elección Ngày Bầu Cử 選舉日期<br>11-5-13</td>
<td>Precinct No. where voted<br>Núm. de Precinto-lugar de votación/Phân Khu nơi đã Bầu Cử Số/選區編號: 投票地點<br><b>839</b><br><br>Precinct No. where <b>registered</b><br>Núm. de Precinto-inscrito para votar/Phân Khu nơi đã ghi danh số/選區編號: 登記地點<br><b>839</b></td>
<td>Home PCT<br><b>839</b><br><br>CERT/VUID<br><b>98204194</b></td>
<td>County Clerk Use ONLY     PCT<br><b>0839-78</b><br><br>Voter Registrar Use ONLY    PCT<br><b>839</b></td>
</tr>
<tr>
<td>Type of Election Tipo de Elección Hình Thức Bầu Cử 選舉類型<br>JOINT</td>
<td>Authority Conducting Election Autoridad Administrando la Elección Cơ Quan Thẩm Quyền Tiến Hành Bầu Cử 主持選舉機構<br>HARRIS COUNTY CLERK</td>
<td colspan="2"><b>TO BE COMPLETED BY THE COUNTY VOTER REGISTRAR FOR STATUS:</b><br>I, the voter registrar/deputy registrar, did research the records of my office and the following conclusion(s) was made:</td>
</tr>
</table>

### BALLOT CODE: 202445724

(Write in the Ballot Code, it is found on the Provisional Ballot Stub above the voter's signature area. The Provisional Ballot Stub is generated from the JBC.)

### VOTER PRESENTED ACCEPTABLE FORM OF IDENTIFICATION

☐ YES     ☑ NO

1. ✓ Failed to present acceptable form of identification or voter certificate with exemption.

2. ___ Voter not on list of registered voters.

3. ___ Voter not on list, registered in another precinct.

4. ___ Voter on list of people who voted early by mail, and voter has not cancelled mail ballot application.

5. ___ Voting after 7:00 P.M. due to court order.

**FOR VOTERS WHO DID NOT PRESENT ACCEPTABLE PHOTO IDENTIFICATION AT THE POLLING PLACE**

1. ___ Voter presented acceptable form of identification within 6 days of election day.

2. ___ Voter met disability exemption within 6 days of election day.

3. ___ Voter executed religious objection affidavit within 6 days of election day.

4. ___ Voter executed natural disaster affidavit within 6 days of election day.

5. ✓ Voter did not satisfy identification or affidavit requirements, listed in categories 1-4 above, within 6 days of election day.

**FOR VOTERS WHO VOTED PROVISIONALLY FOR OTHER REASONS**

6. ___ Not a registered voter or registration not effective in time for this election.

7. ___ Registered to vote, erroneously listed in wrong precinct.

8. ___ Registered to vote in a different precinct within the county.

9. ___ Information on file indicating applicant completed a voter registration




# Affidavit of Provisional Voter

Declaración Jurada de Votante Provisional / Bản Chứng Thệ Của Cử Tri Tạm Thời / 臨時選民具結書

**TO BE COMPLETED BY VOTER:** I am a registered voter of this political subdivision and in the precinct in which I'm attempting to vote and have not already voted in this election (either in person or by mail). I am a resident of this political subdivision, have not been finally convicted of a felony or if a felon, I have completed all of my punishment including any term of incarceration, parole, supervision, period of probation, or I have been pardoned. I have not been determined by a final judgment of a court exercising probate jurisdiction to be totally mentally incapacitated or partially mentally incapacitated without the right to vote. I understand that giving false information under oath is a misdemeanor, and I understand that it is a felony of the 2nd degree to vote in an election for which I know I am not eligible.

(PARA QUE EL VOTANTE LO LLENE: Estoy inscrito como votante en esta subdivisión política y en el precinto en cual estoy intentando a votar y aun no he votado en esta elección (en persona o por correo). Soy residente de esta subdivisión política, no he sido definitivamente declarado culpable de un delito grave o si soy el autor de un delito grave, he cumplido toda mi condena inclusive el período de encarcelamiento, la libertad condicional, la libertad supervisada, la libertad vigilada, o he sido indultado. No me han determinado por un juicio final de una corte de la legalización de un testamento, ser totalmente incapacitado mentalmente o parcialmente incapacitado mentalmente sin el derecho de votar. Entiendo que dar información falsa bajo juramento es un delito menor y también entiendo que es un delito grave de 2do grado votar en una elección sabiendo que no cumplo con los requisitos necesarios.) (ĐUỢC HOÀN TẤT BỞI CỬ TRI: Tôi là cử tri đã ghi danh bỏ phiếu tại phần khu chính trị địa phương này và trong phần khu mà tôi cố ý định bỏ phiếu và chưa bỏ phiếu trong cuộc bầu cử này (kể cả đích thân bỏ phiếu hay bỏ phiếu bằng thư). Tôi cư ngụ tại phần khu chính trị địa phương này, tôi hoàn toàn không bị kết cung tội đại hình hay bào chữa tội đại hình, tôi đã hoàn thành hết mọi trừng trị gồm có thời hạn tù, thời hạn phóng thích có điều kiện, thời hạn kiểm soát, thời hạn quản chế, hoặc đã được tha. Phán quyết cuối cùng của tòa án không tuyên bố rằng tôi là người mất hoàn toàn năng lực về mặt tâm thần hay mất một phần năng lực để thi cố quyền được bỏ phiếu. Tôi hiểu rằng khai man khi tuyên thệ là phạm khinh tội, và tôi hiểu rằng nếu bỏ phiếu trong cuộc bầu cử mà tôi biết là mình không hội đủ điều kiện, tôi sẽ bị coi là phạm trọng tội cấp hai đại hình.) 由選民填寫: 本人為此政治轄區內之合法選民，在本次擬辦之此次選舉中投票，且未於本次選舉中投過票（親自或郵寄投票）。本人為此政治轄區之居民，未經最後判定犯下重罪，倘若犯下重罪，包括監禁、假釋、監管、緩刑或已被赦免，本人現已履行完畢所有懲處。本人並未遭監護法庭判定為完全或部份喪失心智能力而不得投票之人士。本人知悉在宣誓下提供不實資訊為輕罪，並了解如明知自己不符資格而於選舉中投票為二級重罪。

| Last Name (Apellido) (Họ) (姓) | First Name (Nombre) (Tên) (名) | Middle Name (if any) (Segundo nombre (si tiene)) Tên đệm (nếu có) 中間名 (若有) | Former Name (Nombre anterior) (Tên cũ) (曾用名) |
|---|---|---|---|
| Johnston | Cynthia | Ann | Sabala |

**Residence Address:** Street Address and Apartment Number, City, State, and ZIP. If none, describe where you live (Do not include PO Box, Rural Rt. or business address) (Domicilio: calle y número de apartamento, Ciudad, Estado, y Código Postal. A falta de estos datos, describa la localidad de su residencia. (No incluya el apartado de correos, camino rural, ni dirección comercial.)) (Địa chỉ cư trú: Tên đường và số Phòng, Thành Phố, Tiểu Bang, và Mã Bưu Điện. Nếu không có, xin diễn tả nơi quý vị cư ngụ (không được để địa chỉ Hộp Thư, Địa Chỉ Đường Làng hoặc Địa Chỉ Thương Mại)) 居住地址: 街名地址和公寓號，市，州和郵寄區號。如果沒有，請描述您所居住地點（請勿用郵局信箱號碼，郊外鄉村地址或商業地址）

22235 Provincial

**Mailing Address:** City, State, and ZIP. If mail cannot be delivered to your residence address. (Dirección postal: Ciudad, Estado y Código Postal, si no es posible entregarle correspondencia en su domicilio.) (Địa Chỉ Gửi Thư: Thành Phố, Tiểu Bang, và Mã Bưu Điện. Nếu không thể chuyển thư tới địa chỉ cư ngụ của quý vị.) 郵寄地址: 市，州和郵寄區號。如果郵寄無法送達您的居住地址。

22235 Provincial

**Gender:** (Optional) (Sexo (Optativo)) Giới tính:(Không bắt buộc) 性別: （可填或不填）

Male ☐ (Hombre)(Nam)(男)    Female ☒ (Mujer)(Nữ)(女)

**Date of Birth:** Month, Day, Year (Fecha de nacimiento: mes, día, año)(Ngày tháng năm sanh: Tháng, Ngày, Năm) 出生日期 : 月，日，年

06 / 12 / 1973

| | |
|---|---|
| **Check appropriate box:** Marque el cuadro apropiado: Đánh dấu vào ô thích hợp 在適當方格內劃句: <br><br> **ARE YOU A UNITED STATES CITIZEN?** (¿SOY CIUDADANO/A DE LOS ESTADOS UNIDOS?) (QUÝ VỊ CÓ PHẢI LÀ CÔNG DÂN HOA KỲ KHÔNG?) 您是美國公民嗎? <br><br> ☒ Yes (Sí)( Có)(是)   ☐ No (No)(Không)(否) | **TX Driver's License No. or Personal I.D. No.** (Issued by TX DPS) Número de su licencia de conducir de Texas o de su Cédula de Identidad expedida por el Departamento de Seguridad Pública de Texas). Số Bằng Lái Xe của tiểu bang Texas hoặc số ID cá nhân (do Bộ An Toàn Lao Động tiểu bang Texas 德州駕駛執照號碼或個人身份證號碼（由德州公共安全部核發） <br><br> ☐ I have not been issued a TX driver's license/personal identification number or Social Security Number. (No me han expedido una licencia de conducir de Texas/Cédula de identidad personal de Texas ni un Número de Seguro Social.) ( Tôi chưa hề được cấp bằng lái xe của Texas/số ID cá nhân hoặc số An Sinh Xã Hội.) 我沒有 TX 駕駛牌照號碼/個人身份證號碼或社會安全號碼 • | **Social Security No.** (last 4 digits required if you do not have a driver's license or I.D. number) Número de Seguro Social. (Si no tiene licencia de conducir ni identificación personal, se requiere los últimos 4 números de su seguro social) 社會安全號碼 (如果您沒有駕駛執照或個人身份證號碼，需提供社會安全號碼後四位數） <br><br> X _Cynthia Johnston_ |

## TO BE COMPLETED BY THE ELECTION JUDGE

| | |
|---|---|
| **Date of Election** Fecha de la Elección Ngày Bầu Cử 選舉日期 | **Precinct No. where voted** Núm. de Precinto-lugar de votación/Phần Khu nơi đã Bầu Cử Số/選區編號, 投票地點 __751__ |
| | **Precinct No. where registered** Núm. de Precinto-inscrito para votar/Phần Khu nơi đã ghi danh số/註冊編號, 登記地點 __751__ |
| **Type of Election** Tipo de Elección Hình Thức Bầu Cử 選舉類型 | **Authority Conducting Election.** Autoridad Administrando la Elección Cơ Quan Thẩm Quyền Tiến Hành Bầu Cử 主持選舉的機構 |

**BALLOT CODE: 2 3 3 4 4 3 7 4 6 ✓**

(Write in the Ballot Code, it is found on the Provisional Ballot Stub above the voter's signature area. The Provisional Ballot Stub is generated from the JBC.)

## VOTER PRESENTED ACCEPTABLE FORM OF IDENTIFICATION

☐ YES    ☒ NO

1. ____ Failed to present acceptable form of identification or voter certificate with exemption.

2. ____ Voter not on list of registered voters.

3. ____ Voter not on list, registered in another precinct.

4. ____ Voter on list of people who voted early by mail, and voter has not cancelled mail ballot application.

5. ____ Voting after 7:00 P.M. due to court order.

| Home PCT | County Clerk Use ONLY | PCT |
|---|---|---|
| 0751 | 0751 | -53 |
| **CERT/VUID** | **Voter Registrar Use ONLY** | **PCT** |
| 392871164 | | 0751 |

## TO BE COMPLETED BY THE COUNTY VOTER REGISTRAR FOR STATUS:

I, the voter registrar/deputy registrar, did research the records of my office and the following conclusion(s) was made:

**FOR VOTERS WHO DID NOT PRESENT ACCEPTABLE PHOTO IDENTIFICATION AT THE POLLING PLACE**

1. ____ Voter presented acceptable form of identification within 6 days of election day.

2. ____ Voter met disability exemption within 6 days of election day.

3. ____ Voter executed religious objection affidavit within 6 days of election day.

4. ____ Voter executed natural disaster affidavit within 6 days of election day.

5. ✓ Voter did not satisfy identification or affidavit requirements, listed in categories 1-4 above, within 6 days of election day.

**FOR VOTERS WHO VOTED PROVISIONALLY FOR OTHER REASONS**

6. ____ Not a registered voter or registration not effective in time for this election.

7. ____ Registered to vote, erroneously listed in wrong precinct.

8. ____ Registered to vote in a different precinct within the county.

9. ____ Information on file indicating applicant completed a voter registration



310465010

## Affidavit of Provisional Voter
### Declaración Jurada de Votante Provisional / Bản Chứng Thệ Của Cử Tri Tạm Thời / 臨時選民具結書

TO BE COMPLETED BY VOTER: I am a registered voter of this political subdivision and in the precinct in which I'm attempting to vote and have not already voted in this election (either in person or by mail). I am a resident of this political subdivision, have not been finally convicted of a felony or if a felon, I have completed all of my punishment including any term of incarceration, parole, supervision, period of probation, or I have been pardoned. I have not been determined by a final judgment of a court exercising probate jurisdiction to be totally mentally incapacitated or partially mentally incapacitated without the right to vote. I understand that giving false information under oath is a misdemeanor, and I understand that it is a felony of the 2nd degree to vote in an election for which I know I am not eligible.

(PARA QUE EL VOTANTE LO LLENE: Estoy inscrito como votante en esta subdivisión política y en el precinto en cual estoy intentando a votar y aun no he votado en esta elección (en persona o por correo). Soy residente de esta subdivisión política, no he sido definitivamente declarado culpable de un delito grave o si soy el autor de un delito grave, he cumplido toda mi condena inclusive el termino de encarcelamiento, la libertad condicional, la libertad supervisada, la libertad vigilada, o he sido indultado. No me han determinado por un juicio final de una corte de la legalización de un testamento, ser totalmente incapacitado mentalmente o parcialmente incapacitado sin el derecho de votar. Entiendo que dar información falsa bajo juramento es un delito menor y también entiendo que es un delito grave de 2do grado votar en una elección sabiendo que no cumplo con los requisitos necesarios.) (DƯỢC HOÀN TẤT BỞI CỬ TRI: Tôi là cư tri đã ghi danh bỏ phiếu của khu vực hành chánh chính trị địa phương này và trong phân khu mà tôi có ý định bỏ phiếu và chưa bỏ phiếu trong cuộc bầu cử này (kể cả đích thân bỏ phiếu hay bỏ phiếu bằng thư). Tôi là cư ngụ tại phân khu chính trị địa phương này, tôi hoàn toàn không bị kết tội trong tội hoặc nếu là người phạm trọng tội, tôi đã hoàn thành hết mọi hình phạt, bao gồm thời hạn tù, ân treo, quản chế, thời kỳ thử thách, hoặc đã được tha. Phán quyết cuối cùng của tòa án không được bó ràng tôi là người mất hoàn toàn năng lực về mặt tinh thần hay mất phần năng lực để tôi có quyền được bó phiếu. Tôi hiểu rằng khai man khi tuyên thệ sẽ bị phạm khinh tội, và tôi hiểu rằng nếu bỏ phiếu trong cuộc bầu cử mà tôi biết là mình không hội đủ điều kiện, tôi sẽ bị coi là phạm trọng tội cấp độ 2.) 由選民填寫: 本人為此政治細分區之登記選民,在此次選舉中投票 (親自或郵寄投票),本人此次選舉尚未在此次選舉中投票 (親自或郵寄投票)。本人為此政治細分區之居民,從未被司判定觸犯重罪或若屬重罪,本人已服完刑或被釋放。本人尚未被監護法院最終判定喪失全部或部分精神行為能力以致喪失投票權。本人深知凡於宣誓時作假即屬犯輕罪,且本人深知如於明知本人不符合資格的情況下在選舉中投票為二級重罪。

| Last Name (Apellido) (Họ) (姓) | First Name (Nombre) (Tên) (名) | Middle Name (if any) (Segundo nombre (si tiene) Tên đệm (nếu có) 中間名 (若有) | Former Name (Nombre anterior) (Tên cũ) (曾用名) |
|---|---|---|---|
| RANKIN | TED | JAMES | |

Residence Address: Street Address and Apartment Number, City, State, and ZIP. If none, describe where you live (Do not include PO Box, Rural Rt. or business address) (Domicilio: calle y número de apartamento, Ciudad, Estado, y Código Postal: A falta de estos datos, describa la localidad de su residencia. (No incluya el apartado de correos, camino rural, ni dirección comercial.)) (Địa chỉ cư trú: Tên đường và số Phòng, Thành Phố, Tiểu Bang, và Mã Bưu Điện. Nếu không có, xin diễn tả nơi quý vị cư ngụ (Không được để địa chỉ Hộp Thư, Địa Chỉ Đường Làng hoặc Địa Chỉ Thương Mại) 居住地址: 街名地址和公寓號, 市、州和郵寄區號、且詳細闡明您居住地點 (請勿填郵政信箱號碼、鄉郊路線或商業地址)

10302 ELIZABETH ROSE CT   HOUSTON, TX 77089

Mailing Address: City, State, and ZIP. If mail cannot be delivered to your residence address. (Dirección postal: Ciudad, Estado y Código Postal, si no es posible entregarle correspondencia en su domicilio). (Địa Chỉ Gửi Thư: Thành Phố, Tiểu Bang, và Mã Bưu Điện. Nếu không thể chuyển thư tới địa chỉ cư ngụ của quý vị) 郵寄地址: 市、州和郵遞區號。如果郵寄無法送達您的居住地址。

| Gender: (Optional) (Sexo (Optativo) Giới tính:(Không bắt buộc) 性別: (可填寫不填) | Date of Birth: Month, Day, Year (Fecha de nacimiento: mes, día, año)(Ngày tháng năm sanh: Tháng, Ngày, Năm) 出生日期: 月, 日, 年 |
|---|---|
| Male ☑   Female ☐<br>(Hombre)(Nam)(男)   (Mujer)(Nữ)(女) | 06 / 25 / 1940 |

| Check appropriate box: Marque el cuadro apropiado: Đánh dấu vào ô thích hợp 在適當方格內勾出 | TX Driver's License No. or Personal I.D. No. (Issued by TX DPS) Número de su licencia de conducir de Texas o su Cédula de Identidad expedida por el Departamento de Seguridad Publica de Texas) Số Bằng Lái Xe của tiểu bang Texas hoặc số ID cá nhân (do Bộ An Toàn Lao Động tiểu bang Texas cấp) | Social Security No. (last 4 digits required, if you do not have a driver's license or I.D. number) Número de Seguro Social. (Si no tiene licencia de conducir ni identificación personal, se requiere los ultimos 4 números de su seguro social) Số An Sinh Xã Hội (4 số cuối của số An Sinh Xã Hội cần phải có nếu quý vị không có số bằng lái xe hoặc số ID cá nhân) 社會安全號碼 (如果您沒有駕駛執照或個人身份證號碼,請提供社安卡最後四位數字) |
|---|---|---|
| ARE YOU A UNITED STATES CITIZEN? (¿SOY CIUDADANO/A DE LOS ESTADOS UNIDOS?) (QUÝ VỊ CÓ PHẢI LÀ CÔNG DÂN HOA KỲ KHÔNG?) 您是美國公民嗎? <br><br>☑ Yes  ☐ No<br>(Si)(Có)(是)  (No)(Không)(否) | ☐ I have not been issued a TX driver's license/personal identification number or Social Security Number. (No me han expedido una licencia de conducir de Texas/Cédula de Identidad Personal ni un Número de Seguro Social.) ( Tôi chưa hề được cấp bằng lái xe của Texas/số ID cá nhân hoặc số An Sinh Xã Hội.) 我沒有 TX 駕駛執照號碼/個人身份證號碼或社會安全號碼。 | Signature of Voter: (Firma del votante) (Chữ ký của Cử tri) (選民簽名)<br><br>X _Ted Rankin_ |

| TO BE COMPLETED BY THE ELECTION JUDGE | | Home PCT<br>0996 | County Clerk Use ONLY<br>0545 - 9 PCT |
|---|---|---|---|
| Date of Election Fecha de la Elección Ngày Bầu Cử 選舉日期<br>Nov. 5 | Precinct No. where voted 545-9<br>Núm. de Precinto-lugar de votación /Phân Khu nơi đã Bầu Cử/Số/選區編號. 投票地點 | | 0996 - 9 PCT |
| | Precinct No. where registered 545<br>Núm. de Precinto-inscrito para votar/Phân Khu nơi đã ghi danh số/選區編號 登記地點 | CERT/VUID<br>3/418593 | Voter Registrar Use ONLY  PCT<br>545 |

| Type of Election Tipo de Elección Hình Thức Bầu Cử 選舉印類<br>Joint | Authority Conducting Election Autoridad Administrando la Elección Cơ Quan Thẩm Quyền Tiến Hành Bầu Cử 主持選舉機構 |
|---|---|

**TO BE COMPLETED BY THE COUNTY VOTER REGISTRAR FOR STATUS:**

I, the voter registrar/deputy registrar, did research the records of my office and the following conclusion(s) was made:

## BALLOT CODE: 2 0 6 2 8 0 9 9 1

(Write in the Ballot Code, it is found on the Provisional Ballot Stub above the voter's signature area. The Provisional Ballot Stub is generated from the JBC.)

### VOTER PRESENTED ACCEPTABLE FORM OF IDENTIFICATION

☐ YES     ☐ NO

1. ✓ Failed to present acceptable form of identification or voter certificate with exemption.

2. ____ Voter not on list of registered voters.

3. ____ Voter not on list, registered in another precinct.

4. ____ Voter on list of people who voted early by mail, and voter has not cancelled ballot application.

5. ____ Voting after 7:00 P.M. due to court order.

**FOR VOTERS WHO DID NOT PRESENT ACCEPTABLE PHOTO IDENTIFICATION AT THE POLLING PLACE**

1. ____ Voter presented acceptable form of identification within 6 days of election day.

2. ____ Voter met disability exemption within 6 days of election day.

3. ____ Voter executed religious objection affidavit within 6 days of election day.

4. ____ Voter executed natural disaster affidavit within 6 days of election day.

5. ✓ Voter did not satisfy identification or affidavit requirements, listed in categories 1-4 above, within 6 days of election day.

**FOR VOTERS WHO VOTED PROVISIONALLY FOR OTHER REASONS**

6. ____ Not a registered voter or registration not effective in time for this election.

7. ____ Registered to vote, erroneously listed in wrong precinct.

8. ____ Registered to vote in a different precinct within the county.

9. ____ Information on file indicating applicant completed a voter registration



## Affidavit of Provisional Voter

### Declaración Jurada de Votante Provisional / Bản Chứng Thệ Của Cử Tri Tạm Thời / 臨時選民具結書

310514529

TO BE COMPLETED BY VOTER: I am a registered voter of this political subdivision and in the precinct in which I'm attempting to vote and have not already voted in this election (either in person or by mail). I am a resident of this political subdivision, have not been finally convicted of a felony or if a felon, I have completed all of my punishment including any term of incarceration, parole, supervision, period of probation, or I have been pardoned. I have not been determined by a final judgment of a court exercising probate jurisdiction to be totally mentally incapacitated or partially mentally incapacitated without the right to vote. I understand that giving false information under oath is a misdemeanor, and I understand that it is a felony of the 2nd degree to vote in an election for which I know I am not eligible.

(PARA QUE EL VOTANTE LO LLENE: Estoy inscrito como votante en esta subdivisión política y en el precinto en cual estoy intentando a votar y aun no he votado en esta elección (en persona o por correo). Soy residente de esta subdivisión política, no he sido definitivamente declarado culpable de un delito grave o si soy el autor de un delito grave, he cumplido toda mi condena inclusive el periodo de encarcelamiento, la libertad condicional, la libertad supervisada, la libertad vigilada, o he sido indultado. No me han determinado por un juicio final de una corte de la legalización de un testamento, ser totalmente incapacitado mentalmente o parcialmente incapacitado sin el derecho de votar. Entiendo que dar información falsa bajo juramento es un delito menor y también entiendo que es un delito grave de 2do grado votar en una elección sabiendo que no cumplo con los requisitos necesarios.) (ĐƯỢC HOÀN TẤT BỞI CỬ TRI: Tôi là cử tri đã ghi danh bỏ phiếu tại phân khu chính trị địa phương này và phân khu chính trị mà tôi cố ý định bỏ phiếu trong cuộc bầu cử này (kể cả dích thân bỏ phiếu hay bỏ phiếu bằng thư). Tôi cư ngụ tại phân khu chính trị địa phương này, tôi hoàn toàn không bị kết trọng tội hoặc nếu là người phạm trọng tội, tôi đã hoàn thành hết mọi hình phạt, bao gồm thời hạn tù, ân treo, quản chế, thời kỳ thử thách, hoặc đã được tha. Phán quyết cuối cùng của tòa án không tuyên bố rằng tôi là người mất hoàn toàn năng lực về mặt tâm thần hay mất một phần năng lực về mặt tâm thần mà không được bỏ phiếu. Tôi hiểu rằng khai man khi tuyên thệ sẽ bị phạm khinh tội, và tôi hiểu rằng nếu bỏ phiếu trong một cuộc bầu cử mà tôi biết là mình không hội đủ điều kiện, tôi sẽ bị coi là phạm trọng tội cấp 2.) 由選民填寫：本人為此政治轄區內之合法選民，及本人可在此轄區內試圖參與投票之選區內投票，並在此選舉中尚未在此次選舉中投票（親自或郵寄投票）。本人為此政治轄區之居民，並未最終被判犯有重罪，或若犯重罪者，但已服刑、緩刑、監督、管制、保護管束，或已獲赦免。本人並未依據法律裁定完全喪失或部份喪失心智而無權投票。本人明瞭宣誓後提供不實資訊為輕罪，並了解在明知自己不符合資格的情況下在選舉中投票為二級重罪。

| Last Name (Apellido) (Họ) (姓) | First Name (Nombre) (Tên) (名) | Middle Name (if any) (Segundo nombre (si tiene) Tên đệm (nếu có) 中間名 (若有) | Former Name (Nombre anterior) (Tên cũ) (曾用名) |
|---|---|---|---|
| West | Joel | David | N/A |

Residence Address: Street Address and Apartment Number, City, State, and ZIP. If none, describe where you live (Do not include PO Box, Rural Rt. or business address) (Domicilio: calle y número de apartamento, Ciudad, Estado, y Código Postal. A falta de estos datos, describa la localidad de su residencia. (No incluya el apartado de correos, camino rural, ni dirección comercial.)) (Địa chỉ cư trú: Tên đường và số Phòng, Thành Phố, Tiểu Bang, và Mã Bưu Điện. Nếu không có, xin diễn tả nơi quý vị cư ngụ (Không được để địa chỉ Hộp Thư, Địa Chỉ Dường Làng hoặc Địa Chỉ Thương Mại) 居住地址：街道地址和公寓號，市、州和郵寄區號。如果沒有，請詳細說明居住地點（切勿附郵政信箱號碼，鄉村路線或商業地址）

11503 Sagehollow Ln., Houston, TX 77089

| Mailing Address: City, State, and ZIP. If mail cannot be delivered to your residence address. (Dirección postal: Ciudad, Estado y Código Postal, si no es posible entregarle correspondencia en su domicilio.) (Địa Chỉ Gửi Thư: Thành Phố, Tiểu Bang, và Mã Bưu Điện. Nếu không thể chuyển thư tới địa chỉ cư ngụ của quý vị.) 郵寄地址：市、州和郵寄區號。如果郵寄無法送達您的居住地址。 | Gender: (Optional) (Sexo (Optativo) (Giới tính:(Không bắt buộc) 性別：（可填或不填） | Date of Birth: Month, Day, Year (Fecha de nacimiento: mes, día, año)(Ngày tháng năm sanh: Tháng, Ngày, Năm) 出生日期：月、日、年 |
|---|---|---|
| 11503 Sagehollow Ln. Houston, TX 77089 | Male ✓ Female ☐ [Hombre](Nam)(男) (Mujer)( Nữ)(女) | 02 / 13 / 1959 |

| Check appropriate box: Marque el cuadro apropiado: Đánh dấu vào ô thích hợp ở vùng áp trống:(在適當方格內勾出) ARE YOU A UNITED STATES CITIZEN? (¿SON CIUDADANO/A DE LOS ESTADOS UNIDOS?) (QUÝ VỊ CÓ PHẢI LÀ CÔNG DÂN HOA KÝ KHÔNG?) 您是美籍公民嗎？ ☒ Yes (Sí)( Có)(是) ☐ No (No)(Không)(否) | TX Driver's License No. or Personal I.D. No. (Issued by TX DPS) Número de su licencia de conducir de Texas o su Cédula de Identidad expedida por el Departamento de Seguridad Pública de Texas) Số Bằng Lái Xe của tiểu bang Texas hoặc số ID cá nhân (do An Toàn Lao Động tiểu bang Texas ☐ I have not been issued a TX driver's license/ personal identification number or Social Security Number. (No me han expedido una licencia de conducir de Texas/Cédula de identidad personal de Texas ni un Número de Seguro Social.) ( Tôi chưa hề được cấp bằng lái xe của Texas/số ID cá nhân hoặc số An Sinh Xã Hội.) 我沒有 TX 駕駛執照號碼/ 個人身份證號碼或社會安全號碼。 | Social Security No. (last 4 digits required if you do not have a driver's license or I.D. number) Número de Seguro Social. (Si no tiene licencia de conducir ni identificación personal, se requiere los últimos 4 números de su seguro social) Số An Sinh Xã Hội (4 số cuối của số An Sinh Xã Hội cần phải có nếu quý vị không có số bằng lái xe hoặc số ID cá nhân) 社會安全號碼（如果您沒有駕駛執照或個人身份證號碼，請提供社會安全號碼 Signature of Voter: (Firma del votante) (Chữ ký của cử tri)(選民簽名) X Joel West |
|---|---|---|

### TO BE COMPLETED BY THE ELECTION JUDGE

| Date of Election Fecha de la Elección Ngày Bầu Cử 選舉日期 | Precinct No. where voted Núm. de Precinto-lugar de votación/Phân Khu nơi đã Bầu Cử Số/選區編號. 投票地點 | 0842 | Home PCT 0842 | County Clerk Use ONLY | PCT 0842-19 |
|---|---|---|---|---|---|
| 11-05-2013 | Precinct No. where registered Núm. de Precinto-inscrito para votar/Phân Khu nơi đã ghi danh số/選區編號. 登記地點 | 0842 | CERT/VUID 1095 3685 | Voter Registrar Use ONLY | PCT 842 |
| Type of Election Tipo de Elección Hình Thức Bầu Cử 選舉類型 JOINT | Authority Conducting Election Autoridad Administrando la Elección Cơ Quan Thẩm Quyền Tiến Hành Bầu Cử 主持選舉機構 HARRIS COUNTY | | | | |

## BALLOT CODE: 2 0 4 0 8 5 3 4 9

(Write in the Ballot Code, it is found on the Provisional Ballot Stub above the voter's signature area. The Provisional Ballot Stub is generated from the JBC.)

### VOTER PRESENTED ACCEPTABLE FORM OF IDENTIFICATION

☐ YES          ☒ NO

1. ✓ Failed to present acceptable form of identification or certificate with exemption.

2. ____ Voter not on list of registered voters.

3. ____ Voter not on list, registered in another precinct.

4. ____ Voter on list of people who voted early by mail, and voter has not cancelled mail ballot application.

5. ____ Voting after 7:00 P.M. due to court order.

### TO BE COMPLETED BY THE COUNTY VOTER REGISTRAR FOR STATUS:

I, the voter registrar/deputy registrar, did research the records of my office and the following conclusion(s) was made:

**FOR VOTERS WHO DID NOT PRESENT ACCEPTABLE PHOTO IDENTIFICATION AT THE POLLING PLACE**

1. ____ Voter presented acceptable form of identification within 6 days of election day.

2. ____ Voter met disability exemption within 6 days of election day.

3. ____ Voter executed religious objection affidavit within 6 days of election day.

4. ____ Voter executed natural disaster affidavit within 6 days of election day.

5. ✓ Voter did not satisfy identification or affidavit requirements, listed in categories 1-4 above, within 6 days of election day.

**FOR VOTERS WHO VOTED PROVISIONALLY FOR OTHER REASONS**

6. ____ Not a registered voter or registration not effective in time for this election.

7. ____ Registered to vote, erroneously listed in wrong precinct.

8. ____ Registered to vote in a different precinct within the county.

9. ____ Information on file indicating applicant completed a voter registration

Pdc



**310721029**

## Affidavit of Provisional Voter

Declaración Jurada de Votante Provisional / Bản Chứng Thệ Của Cử Tri Tạm Thời / 臨時選民具結書

TO BE COMPLETED BY VOTER: I am a registered voter of this political subdivision and in the precinct in which I'm attempting to vote and have not already voted in this election (either in person or by mail). I am a resident of this political subdivision, have not been finally convicted of a felony or if a felon, I have completed all of my punishment including any term of incarceration, parole, supervision, period of probation, or I have been pardoned. I have not been determined by a final judgment of a court exercising probate jurisdiction to be totally mentally incapacitated or partially mentally incapacitated without the right to vote. I understand that giving false information under oath is a misdemeanor, and I understand that it is a felony of the 2nd degree to vote in an election for which I know I am not eligible.

(PARA QUE EL VOTANTE LO LLENE: Estoy inscrito como votante en esta subdivisión política y en el precinto en cual estoy intentando a votar y aun no he votado en esta elección (en persona o por correo). Soy residente de esta subdivisión política, no he sido definitivamente declarado culpable de un delito grave o si soy el autor de un delito grave, he cumplido toda mi condena inclusive el período de encarcelamiento, la libertad condicional, la libertad supervisada, la libertad vigilada, o he sido indultado. No me han determinado por un juicio final de una corte de la legalización de un testamento, ser totalmente incapacitado mentalmente o parcialmente incapacitado sin el derecho de votar. Entiendo que dar información falsa bajo juramento es un delito menor y también entiendo que es un delito grave de 2do grado votar en una elección sabiendo que no cumplo con los requisitos necesarios.) (DƯỢC HOÀN TẤT BỞI CỬ TRI: Tôi là cử tri đã ghi danh bỏ phiếu tại phần khu chính trị địa phương này và trong phần khu mà tôi cố ý định bỏ phiếu và chưa bỏ phiếu trong cuộc bầu cử này (kể cá đích thân bỏ phiếu hay bỏ phiếu bằng thư). Tôi cư ngụ tại phần khu chính trị địa phương này, tôi hoàn toàn không bị kết trọng tội hoặc nếu là người phạm trọng tội, tôi đã hoàn thành hết mọi hình phạt, bao gồm thời hạn tù, án treo, quản chế, thời kỳ thử thách, hoặc đã được tha. Phán quyết cuối cùng của tòa án không liên quyền bổ nhận tôi bị người trái hoàn toàn không bị về mặt tâm thần hay mất một phần năng lực để tôi có quyền được bỏ phiếu. Tôi hiểu rằng khai man khi tuyên thệ sẽ bị phạm khinh tội, và tôi hiểu rằng nếu bỏ phiếu trong một cuộc bầu cử mà tôi biết là mình không hội đủ điều kiện, thì tôi sẽ bị coi là phạm trọng tội cấp độ 2.) 由這份具結，本人為此政治轄區的之會法選民，本人嘗試投票的選舉中（到目前為止）還沒有以親自到場或透過郵遞的方式投過票，本人為此政治轄區之居民未在此次選舉中投票（親自投票或郵寄投票）。本人為此政治轄區之居民，未被最終裁定犯有重罪，或如犯有重罪，本人已服完全部刑罰或已被赦免。本人並未被具備遺囑認證審判權的法院終審裁定為完全或部分喪失心智而喪失投票權。本人明瞭宣誓後提供不實資訊為輕罪，並了解在明知自己不符合資格的情況下於選舉中投票為二級重罪。

| Last Name (Apellido) (Họ) (姓) | First Name (Nombre) (Tên) (名) | Middle Name (if any) (Segundo nombre (si tiene) Tên đệm (nếu có) 中間名 (若有) | Former Name (Nombre anterior) (Tên cũ) (曾用名) |
|---|---|---|---|
| Bass | Jakari | Barnett | |

Residence Address: Street Address and Apartment Number, City, State, and ZIP. If none, describe where you live (Do not include PO Box, Rural Rt. or business address) (Domicilio: calle y número de apartamento, Ciudad, Estado, y Código Postal. A falta de estos datos, describa la localidad de su residencia (No incluya el apartado de correos, camino rural, ni dirección comercial.)) (Địa chỉ cư trú: Tên đường và số Phòng, Thành Phố, Tiểu Bang, và Mã Bưu Điện. Nếu không có, xin diễn tả nơi quý vị cư ngụ (Không được để địa chỉ Hộp Thư, Địa Chỉ Đường Làng hoặc Địa Chỉ Thương Mại) 居住地址：街名與號碼、公寓號碼、市、州與郵電區號。如果沒有，請詳細說明您住在哪裡（不得填寫局信箱號碼、郵外路線名稱或商號地址）

**3650 Blodgett #2202 Houston, TX 77004**

| Mailing Address: City, State, and ZIP. If mail cannot be delivered to your residence address. (Dirección postal: Ciudad, Estado y Código Postal, si no es posible entregarle correspondencia en su domicilio). (Địa Chỉ Gửi Thư: Thành Phố, Tiểu Bang, và Mã Bưu Điện. Nếu không thể chuyển thư tới địa chỉ cư ngụ của quý vị.) 郵寄地址：市、州和郵遞區號。如果郵寄無法送達您的居住地址。 | Gender: (Optional) (Sexo (Optativo) Giới tính:(Không bắt buộc) 性別：（可填寫不填） | Date of Birth: Month, Day, Year (Fecha de nacimiento: mes, día, año)(Ngày tháng năm sanh: Tháng, Ngày, Năm) 出生日期：月・日・年 |
|---|---|---|
| **3650 Blodgett #2202 Houston TX 77004** | Male ☒  Female ☐ (Hombre)(Nam)(男)  (Mujer)( Nữ)(女) | **08,28,1993** |

| Check appropriate box: Marque el cuadro apropiado: Đánh dấu vào ô thích hợp 在適當方格內勾劃: ARE YOU A UNITED STATES CITIZEN? (¿SOY CIUDADANO/A DE LOS ESTADOS UNIDOS?) (QUÝ VỊ CÓ PHẢI LÀ CÔNG DÂN HOA KỲ KHÔNG?) 您是美國公民嗎？ ☒Yes ☐ No (Sí)( Có)(是) (No)(Không)(否) | TX Driver's License No. or Personal I.D. No. (Texas DPS) Número de su licencia de conducir de Texas o su Cédula de Identidad expedida por el Departamento de Seguridad Publica de Texas). Số Bằng Lái Xe của tiểu bang Texas hoặc số ID cá nhân (do Bộ An Toàn Lao Động tiểu bang Texas ☐ I have not been issued a TX driver's license/personal identification number or Social Security Number. (No me han expedido una licencia de conducir de Texas/Cédula de identidad personal ni un Número de Seguro Social.) ( Tôi chưa hề được cấp bằng lái xe của Texas/số ID cá nhân hoặc số An Sinh Xã Hội.) 我沒有 TX 駕駛執照號碼/個人身份證號碼或社會安全號碼。 | Social Security No. (last 4 digits required if you do not have a driver's license or I.D. number) Número de Seguro Social. (Si no tiene licencia de conducir ni identificación personal, se requiere los últimos 4 dígitos de su seguro social) 社會安全號碼（如果您沒有駕駛執照或個人身份證號碼，請提供社會安全號碼後四位數字） Signature of Voter (Firma del Votante) (Chữ ký của cử tri) 選民簽署 X _Jakari B_ |

### TO BE COMPLETED BY THE ELECTION JUDGE

| Date of Election Fecha de la Elección Ngày Bầu Cử 選舉日期 **11-05-2013** | Precinct No. where voted Núm. de Precinto-lugar de votación/Phần Khu nơi đã Bầu Cử số/投票所編號. 投票地點 **0B5** | Home PCT **0085** | County Clerk Use ONLY ~~6085-19~~ **0008-19** | PCT **0085-19** |
|---|---|---|---|---|
| | Precinct No. where registered Núm. de Precinto-inscrito para votar/Phần Khu nơi đã ghi danh số/選區編號. 登記地點 **085** | CERT/VUID **697016 39** | Voter Registrar Use ONLY | PCT **0085** |
| Type of Election Tipo de Elección Hình Thức Bầu Cử 選舉類型 **Joint** | Authority Conducting Election Autoridad Administrando la Elección Cơ Quan Thẩm Quyền Tiến Hành Bầu Cử 主持選舉機構 **Harris County** | | | |

**BALLOT CODE:** _104270275_
(Write in the Ballot Code, it is found on the Provisional Ballot Stub above the voter's signature area. The Provisional Ballot Stub is generated from the JBC.)

**VOTER PRESENTED ACCEPTABLE FORM OF IDENTIFICATION**

☐ YES          ☒ NO

1. ✓ Failed to present acceptable form of identification or voter certificate with exemption.

2. ____ Voter not on list of registered voters.

3. ____ Voter on list, registered in another precinct.

4. ____ Voter on list of people who voted early by mail, and voter has not cancelled mail ballot application.

5. ____ Voting after 7:00 P.M. due to court order.

**TO BE COMPLETED BY THE COUNTY VOTER REGISTRAR FOR STATUS:**

I, the voter registrar/deputy registrar, did research the records of my office and the following conclusion(s) was made:

*FOR VOTERS WHO DID NOT PRESENT ACCEPTABLE PHOTO IDENTIFICATION AT THE POLLING PLACE*

1. ____ Voter presented acceptable form of identification within 6 days of election day.

2. ____ Voter met disability exemption within 6 days of election day.

3. ____ Voter executed religious objection affidavit within 6 days of election day.

4. ✓ Voter executed natural disaster affidavit within 6 days of election day.

5. ✓ Voter did not satisfy identification or affidavit requirements, listed in categories 1-4 above, within 6 days of election day.

*FOR VOTERS WHO VOTED PROVISIONALLY FOR OTHER REASONS*

6. ____ Not a registered voter or registration not effective in time for this election.

7. ____ Registered to vote, erroneously listed in wrong precinct.

8. ____ Registered to vote in a different precinct within the county.

9. ____ Information on file indicating applicant completed a voter registration

PR

310727014

## Affidavit of Provisional Voter
## Provisional / Bản Chứng Thệ Của Cử Tri Tạm Thời / 臨時選民具結書

**Provisional**

TO BE ~~this pol~~
not bee ~~is a mi~~

MARTIN, JEFFREY LEE
5338 PAISLEY LN
HOUSTON, TX 77096
DOB: 02/19/1988
(PAR ~~BS: 7-N~~-P
esta su ~~supervi~~

votar. Entiendo que ~~...~~

bdivision and in the precinct in which I'm attempting to vote and have not already voted in this election (either in person or by mail). I am a resident of ~~...~~ s, I have completed all of my punishment including any term of incarceration, parole, supervision, period of probation, or I have been pardoned. I have ~~...~~ in to be totally mentally incapacitated or partially mentally incapacitated without the right to vote. I understand that giving false information under oath ~~...~~ an election for which I know I am not eligible.

BỘI CỬ TRI: ~~...~~ la subdivisión política y en el precinto en cual estoy intentando a votar y aun no he votado en esta elección (en persona o por correo). Soy residente de ~~...~~ elato grave o si soy el autor de un delito grave, he cumplido toda mi condena inclusive el período de encarcelamiento, la libertad condicional, la libertad ~~...~~ or un juicio final de una corte de la legalización de un testamento, ser totalmente incapacitado mentalmente o parcialmente incapacitado sin el derecho de ~~...~~ también entiendo que es un delito grave de 2do grado votar en una elección sabiendo que no cumplo con los requisitos necesarios.) (ĐƯỢC HOÀN TẤT

BỘI CỬ TRI: Tôi là cử tri đã ghi danh bỏ phiếu tại phân khu trong ~~...~~ ương này và trong phân khu mà tôi cố ý định bỏ phiếu và chưa bỏ phiếu trong cuộc bầu cử này (kể cả đích thân bỏ phiếu hay bỏ phiếu bằng thư). Tôi cư ngụ tại phân khu chính trị địa phương này, tôi hoàn toàn không bị kết trọng tội về một tội phạm trọng tội, tôi đã hoàn thành hết mọi hình phạt, bao gồm thời hạn tù, án treo, quản chế, thời kỳ thử thách, hoặc đã được tha. Phần quyết cuối cùng của tòa án không tuyên bố rằng tôi là người mất hoàn toàn năng lực về mặt tâm thần hay mất một phần năng lực về tâm thần mà tôi có quyền được bỏ phiếu. Tôi hiểu rằng khai man khi tuyên thệ là phạm khinh tội, và tôi hiểu rằng nếu bỏ phiếu trong một cuộc bầu cử mà tôi biết là mình không hội đủ điều kiện, tôi sẽ bị coi là phạm trọng tội cấp độ 2.) ~~...~~ 登記選民並在我試圖投票之合法選民本人為此投票而尚未在此次選舉中投票(親自或郵寄投票)。本人為此政治區都市，此本人尚未被判重罪...

| Last Name (Apellido) (Họ) (姓) | First Name (Nombre) (Tên) (名) | Middle Name (if any) (Segundo nombre (si tiene) Tên đệm (nếu có) 中間名 (若有) | Former Name (Nombre anterior Tên cũ) (曾用名) |
|---|---|---|---|
| Martin | Jeffrey | Lee | |

**Residence Address:** Street Address and Apartment Number, City, State, and ZIP. If none, describe where you live (Do not include PO Box, Rural Rt. or business address)  (Domicilio: calle y número de apartamento, Ciudad, Estado, y Código Postal. A falta de estos datos, describa la localidad de su residencia. (No incluya el apartado de correos, camino rural, ni dirección comercial.)) 居住地址：街名地址和公寓號、市、州和郵寄區號。如無住有，請詳細說明住地址（勿列PO郵遞區號、鄉村路線名稱或商業地址）

**Mailing Address:** City, State, and ZIP. If mail cannot be delivered to your residence address. (Dirección postal: Ciudad, Estado y Código Postal, si el correo no puede ser entregado en su domicilio). (Địa Chỉ Gửi Thư: Thành Phố, Tiểu Bang, và Mã Bưu Điện. Nếu không thể chuyển thư tới địa chỉ cư ngụ của quý vị.) 郵寄地址：市、州和郵遞區號。如果郵寄無法送達您的居住地址。

5338 Paisley
Houston, TX  77096

| Gender: (Optional) (Sexo (Optativo) Giới tính:(Không bắt buộc) 性別 (可填或不填) | Date of Birth: Month, Day, Year (Fecha de nacimiento: mes, día, año)(Ngày tháng năm sanh: Tháng, Ngày, Năm) 出生日期：月、日、年 |
|---|---|
| Male ☒  Female ☐ (Hombre)(Nam)(男)    (Mujer)( Nữ)(女) | 02/19/1988 |

**Check appropriate box:** Marque el cuadro apropiado: Đánh dấu vào ô thích hợp trong ô tương ứng 在適當方格內劃記

ARE YOU A UNITED STATES CITIZEN? (¿SOY CIUDADANO/A DE LOS ESTADOS UNIDOS?) (QUÝ VỊ CÓ PHẢI LÀ CÔNG DÂN HOA KỲ KHÔNG?) 您是美國公民嗎？

☒ Yes   ☐ No
(Sí)( Có)(是)  (No)(Không)(否)

**TX Driver's License No. or Personal I.D. No.** (issued by TX DPS) Número de su licencia de conducir de Texas o de su Cédula de Identidad expedida por el Departamento de Seguridad Pública de Texas). Số Bằng Lái Xe của tiểu bang Texas hoặc số ID cá nhân (do Bộ An Toàn Lao Động tiểu bang Texas

☐ I have not been issued a TX driver's license/ personal identification number or Social Security Number. (No me han expedido una licencia de conducir de Texas/Cédula de identidad personal de Texas ni un Número de Seguro Social.) ( Tôi chưa hề được cấp bằng lái xe của Texas/số ID cá nhân hoặc số An Sinh Xã Hội.) 我沒有 TX 駕駛執照號碼/ 個人身份證號碼或社會安全號碼。

**Social Security No.** (last 4 digits required if you do not have a driver's license or I.D. number)  Número de su Seguro Social. (Sí no tiene licencia de conducir ni identificación personal, se requiere los últimos 4 números de su seguro social)  Số An Sinh Xã Hội (4 số cuối của số An Sinh Xã Hội cần phải có nếu quý vị không có số bằng lái xe hoặc số ID cá nhân)  社會安全號碼（如果您沒有駕駛執照或個人身份證號碼，需提供社會安全號碼

**Signature of Voter:** (Firma del votante ) (Chữ ký của cử tri) (選民簽名)

X ꜱ (signature)

### TO BE COMPLETED BY THE ELECTION JUDGE

| | | |
|---|---|---|
| Date of Election Fecha de la Elección Ngày Bầu Cử 選舉日期   11/5/-13 | Precinct No. where voted   137B  Núm. de Precinto-lugar de votación/Phân Khu nơi đã Bầu Cử Số/選區編號 投票地點 | |
| | Precinct No. where registered   0281  Núm. de Precinto-inscrito para votar/Phân Khu nơi đã ghi danh số/選區編碼 登記地點 | |
| Type of Election Tipo de Elección Hình Thức Bầu Cử 選舉類型   JOINT | Authority Conducting Election Autoridad Administrando la Elección Cơ Quan Thẩm Quyền Tiến Hành Bầu Cử 主持舉行機構   HARRIS COUNTY | |

| Home PCT | County Clerk Use ONLY | PCT |
|---|---|---|
| SRD137B | 0281-7 | |
| CERT/VUID   NEW #   71937866 | Voter Registrar Use ONLY | PCT   0281 |

### TO BE COMPLETED BY THE COUNTY VOTER REGISTRAR FOR STATUS:

I, the voter registrar/deputy registrar, did research the records of my office and the following conclusion(s) was made:

FOR VOTERS WHO DID NOT PRESENT ACCEPTABLE PHOTO IDENTIFICATION AT THE POLLING PLACE

## BALLOT CODE: 2065063B

(Write in the Ballot Code, it is found on the Provisional Ballot Stub above the voter's signature area. The Provisional Ballot Stub is generated from the JBC.)

### VOTER PRESENTED ACCEPTABLE FORM OF IDENTIFICATION

☐ YES       ☐ NO

1. ____ Failed to present acceptable form of identification or voter certificate with exemption.

2. ____ Voter not on list of registered voters.

3. ____ Voter not on list, registered in another precinct.

4. ____ Voter on list of people who voted early by mail, and voter has not cancelled mail ballot application.

5. ____ Voting after 7:00 P.M. due to court order.

1. ____ Voter presented acceptable form of identification within 6 days of election day. (Reg. in Travis Co.)  (mie)

2. ____ Voter met disability exemption within 6 days of election day.

3. ____ Voter executed religious objection affidavit within 6 days of election day.

4. ____ Voter executed natural disaster affidavit within 6 days of election day.

5. ____ Voter did not satisfy identification or affidavit requirements, listed in categories 1-4 above, within 6 days of election day.

FOR VOTERS WHO VOTED PROVISIONALLY FOR OTHER REASONS

6. ✓ Not a registered voter or registration not effective in time for this election. Reg. in Travis Co.

7. ____ Registered to vote, erroneously listed in wrong precinct.

8. ____ Registered to vote in a different precinct within the county.

9. ____ Information on file indicating applicant completed a voter registration

@B

310727069

**Affidavit of Provisional Voter**

137B

Declaración Jurada de Votante Provisional / Bản Chứng Thệ Của Cử Tri Tạm Thời / 臨時選民具結書

TO BE COMPLETED BY VOTER: I am a registered voter of this political subdivision and in the precinct in which I'm attempting to vote and have not already voted in this election (either in person or by mail). I am a resident of this not is a **Provisional** ANTHONY, GLENN MICHAEL (PA 8100 SANDS POINT DR 2415 esta HOUSTON, TX 77036 sup you DOB: 01/05/1957 BO BS: 74-N~P ngu quys.

| Last Name (Apellido) (Ho) (姓) | First Name (Nombre) (Tên) (名) | Middle Name (if any) (Segundo nombre (si tiene) Tên đệm (nếu có). 中間名 (若有) | Former Name (Nombre anterior) (Tên cũ) (曾用名) |
|---|---|---|---|
| Anthony | Glenn | M. | |

Residence Address: Street Address and Apartment Number, City, State, and ZIP. If none, describe where you live (Do not include PO Box, Rural Rt. or business address) (Domicilio: calle y número de apartamento, Ciudad, Estado, y Código Postal: A falta de estos datos, describa la localidad de su residencia. (No incluya el apartado de correos, camino rural, ni dirección comercial.)) (Địa chỉ cư trú: Tên đường và số Phòng, Thành Phố, Tiểu Bang, và Mã Bưu Điện. Nếu không có, xin diễn tả nơi quý vị cư ngụ (Không được để địa chỉ Hộp Thư, Địa Chỉ Đường Làng hoặc Địa Chỉ Thương Mại.) 居住地址:街道地址和公寓號、市、州和郵區號碼。如果沒有，請詳細說明居住地點 (請勿用郵局信箱號碼、郊外路線名稱或商業地址)

8100 Sands Point #2415 Houl Jx. 77036

| Mailing Address: City, State, and ZIP. If mail cannot be delivered to your residence address. (Dirección postal: Ciudad, Estado y Código Postal, si no es posible entregarle correspondencia en su domicilio). (Địa Chỉ Gửi Thư: Thành Phố, Tiểu Bang, và Mã Bưu Điện. Nếu không thể chuyển thư tới địa chỉ cư ngụ của quý vị.) 郵寄地址:市、州和郵區號碼。如果郵寄無法送達您的居住地址。 | Gender: (Optional) (Sexo (Optativo) Giới tính:(Không bắt buộc 性別: (可以取不填) | Date of Birth: Month, Day, Year (Fecha de nacimiento: mes, día, año)(Ngày tháng năm sanh: Tháng, Ngày, Năm) 出生日期:月、日、年 |
|---|---|---|
| 11 | Male ☒  Female ☐  (Hombre)(Nam)(男)  (Mujer) Nữ)(女) | 01 / 05 / 1957 |

| Check appropriate box: Marque el cuadro apropiado: Dánh dấu vào ô thích hợp 在適當方格內勾選: ARE YOU A UNITED STATES CITIZEN? (¿SOY CIUDADANO/A DE LOS ESTADOS UNIDOS?) (QUÝ VỊ CÓ PHẢI LÀ CÔNG DÂN HOA KỲ KHÔNG?) 您是美國公民嗎? ☒Yes ☐ No (Sí)( Có)(是)  (No)(Không)(否) | TX Driver's License No. or Personal I.D. No. (issued by TX DPS) Número de su licencia de conducir de Texas o de su Cédula de Identidad expedida por el Departamento de Seguridad Publica de Texas). Số Bằng Lái Xe của bang Texas hoặc số ID cá nhân (do Bộ An Toàn Lao Động tiểu bang Texas | Social Security No. (last 4 digits required if you do not have a driver's license or I.D. number) Número de Seguro Social. (Si no tiene licencia de conducir ni identificación personal, se requiere los últimos 4 números de su seguro social) Số An Sinh Xã Hội (4 số cuối của số An Sinh Xã Hội cần phải có nếu quý vị không có số bằng lái xe hoặc số ID cá nhân) 社會安全號碼 (如果您沒有駕駛執照或個人身份證號碼，請提供社 |
|---|---|---|
| | ☐ I have not been issued a TX driver's license/personal identification number or Social Security Number. (No me han expedido una licencia de conducir de Texas/Cédula de identidad personal de Texas ni un Número de Seguro Social.) ( Tôi chưa hề được cấp bằng lái xe của Texas/số ID cá nhân hoặc số An Sinh Xã Hội.) 我沒有 TX 駕駛執照號碼/ 個人身份證號碼或社會安全號碼。 | X Glenn Anthony |

## TO BE COMPLETED BY THE ELECTION JUDGE

| Date of Election Fecha de la Elección Ngày Bầu Cử 選舉日期 | | Home PCT | County Clerk Use ONLY | PCT |
|---|---|---|---|---|
| 11-5-13 | Precinct No. where voted ☒137B Núm. de Precinto-lugar de votación/Phần Khu nơi đã bầu Cử số/選區編號. 投票地點 | SRD 137B | | 0297-74 |
| | Precinct No. where registered 0297 Núm. de Precinto-inscrito para votar/Phần Khu nơi đã ghi danh số/選區 編號. 登記地點 | CERT/VUID | Voter Registrar Use ONLY | PCT |

| Type of Election Tipo de Elección Hình Thức Bầu Cử 選舉類型 | Authority Conducting Election Autoridad Administrando la Elección Cơ Quan Thẩm Quyền Tiến Hành Bầu Cử 主持選舉機構 |
|---|---|
| JOINT | HARRIS COUNTY |

TO BE

Cert. 71866909

...OTER REGISTRAR

I, the vote  Anthony Glenn M  records of my office and the follow

FOR VOT...                                                                  HOTO IDENTIFICATION

**BALLOT CODE:** 2 0 6 5 0 1 4 6 _ _
(Write in the Ballot Code, it is found on the Provisional Ballot Stub above the voter's signature area. The Provisional Ballot Stub is generated from the JBC.)

## VOTER PRESENTED ACCEPTABLE FORM OF IDENTIFICATION

☐ YES          ☒ NO

1. ✓ Failed to present acceptable form of identification or certificate with exemption.

2. ____ Voter not on list of registered voters.

3. ____ Voter not on list, registered in another precinct.

4. ____ Voter on list of people who voted early by mail, and voter has not cancelled mail ballot application.

5. ____ Voting after 7:00 P.M. due to court order.

1. ____ Voter presented acceptable form of identification within 6 days of election day.

2. ____ Voter met disability exemption within 6 days of election day.

3. ____ Voter executed religious objection affidavit within 6 days of election day.

4. ____ Voter executed natural disaster affidavit within 6 days of election day.

5. ✓ Voter did not satisfy identification or affidavit requirements, listed in categories 1-4 above, within 6 days of election day.

FOR VOTERS WHO VOTED PROVISIONALLY FOR OTHER REASONS

6. ____ Not a registered voter or registration not effective in time for this election.

7. ____ Registered to vote, erroneously listed in wrong precinct.

8. ____ Registered to vote in a different precinct within the county.

9. ____ Information on file indicating applicant completed a voter registration

PR

# Affidavit of Provisional Voter

Declaración Jurada de Votante Provisional / Bản Chứng Thệ Của Cử Tri Tạm Thời / 臨時選民具結書

| | |
|---|---|
| 310671010 | |

**TO BE COMPLETED BY VOTER:** I am a registered voter of this political subdivision and in the precinct in which I'm attempting to vote and have not already voted in this election (either in person or by mail). I am a resident of this political subdivision, have not been finally convicted of a felony or if a felon, I have completed all of my punishment including any term of incarceration, parole, supervision, period of probation, or I have been pardoned. I have not been determined by a final judgment of a court exercising probate jurisdiction to be totally mentally incapacitated or partially mentally incapacitated without the right to vote. I understand that giving false information under oath is a misdemeanor, and I understand that it is a felony of the 2nd degree to vote in an election for which I know I am not eligible.

(PARA QUE EL VOTANTE LO LLENE: Estoy inscrito como votante en esta subdivisión política y en el precinto en cual estoy intentando a votar y aún no he votado en esta elección (en persona o por correo). Soy residente de esta subdivisión política, no he sido definitivamente declarado culpable de un delito grave o si soy el autor de un delito grave, he cumplido toda mi condena inclusive el período de encarcelamiento, la libertad condicional, la libertad supervisada, la libertad vigilada, o he sido indultado. No me han determinado por un juicio final de una corte de la legalización de un testamento, ser totalmente incapacitado mentalmente o porcialmente incapacitado sin el derecho de votar. Entiendo que dar información falsa bajo juramento es un delito menor y también entiendo que es un delito grave de 2do grado votar en una elección sabiendo que no cumplo con los requisitos necesarios.) (DƯỢC HOÀN TẤT BỞI CỬ TRI: Tôi là cử tri đã ghi danh bỏ phiếu tại phân khu chính trị địa phương này và trong đơn vị bầu cử mà tôi cố ý định bỏ phiếu và chưa bỏ phiếu trong cuộc bầu cử này (lế cá đích thân bỏ phiếu hay bỏ phiếu bằng thư). Tôi cư ngụ tại phân khu chính trị địa phương này, tôi hoàn toàn không bị kết trọng tội hoặc nếu là người phạm trọng tội, tôi đã hoàn thành hết mọi hình phạt, bao gồm thời hạn tù, ân trao, quản chế, thời kỳ thử thách, hoặc đã được tha. Phán quyết cuối cùng của tòa án không tuyên bố rằng tôi là người mất hoàn toàn năng lực về mặt tâm thần hay mất phần năng lực bỏ tôi có quyền được bỏ phiếu. Tôi hiểu rằng khai man khi tuyên thệ thì sẽ bị phạm khinh tội, và tôi hiểu rằng nếu bỏ phiếu trong một cuộc bầu cử mà tôi biết là mình không đủ điều kiện, tôi sẽ bị coi là phạm trọng tội cấp độ 2.) 由選民填寫: 本人為此政治轄區之合法選民，在本有登記且尚未在此次選舉中投票（親自郵寄投票）。本人為此政治轄區之居民，從未被定讞觸犯重罪或犯罪。倘有重罪，包括：服刑、假釋、監管，緩刑期、或已獲赦免。本人從未被遺囑驗證法庭做終裁定認罪完全喪失部份喪失之判斷權。本人明瞭宣誓後提供不實資料為輕罪，並了解在明知自己不符合資格的情況下在選舉中投票為二級重罪。

| Last Name (Apellido) (Họ) (姓) | First Name (Nombre) (Tên) (名) | Middle Name (if any) (Segundo nombre (si tiene) Tên đệm (nếu có) 中間名 (若有) | Former Name (Nombre anterior) (Tên cũ) (曾用名) |
|---|---|---|---|
| ~~Kroton~~ Greenwell | Julia | Khron | |

**Residence Address:** Street Address and Apartment Number, City, State, and ZIP. If none, describe where you live (Do not include PO Box, Rural Rt. or business address) (Domicilio: calle y número de apartamento, Ciudad, Estado, y Código Postal: A falta de estos datos, describa la localidad de su residencia. (No incluya el apartado de correos, camino rural, ni dirección comercial.)) (Địa chỉ cư trú: Tên đường và số Phòng, Thành Phố, Tiểu Bang, và Mã Bưu Điện. Nếu không có, xin diễn tả nơi quý vị cư ngụ (Không được để địa chỉ Hộp Thư, Địa Chỉ Đường Làng hoặc Địa Chỉ Thương Mại) ) 居住地址：街名地址和公寓號、市、州和郵寄區號。如沒這個，請詳細說明您居住地點（請勿用郵局信箱號碼、郷村路線或商業地址）

6123 Cape Hatteras Dr. Houston, TX 97041

| Mailing Address: City, State, and ZIP. If mail cannot be delivered to your residence address. (Dirección postal: Ciudad, Estado y Código Postal. si no es posible entregarle correspondencia en su domicilio). (Địa Chỉ Gửi Thư: Thành Phố, Tiểu Bang, và Mã Bưu Điện. Nếu không thể chuyển thư tới địa chỉ cư ngụ của quý vị.) 郵寄地址：市、州和郵寄區號。如果郵寄無法送達您的居住地址。 | Gender: (Optional) (Sexo (Optativo) Giới tính:(Không bắt buộc) 性別：(可填寫不填) | Date of Birth: Month, Day, Year (Fecha de nacimiento: mes, día, año)(Ngày tháng năm sanh: Tháng, Ngày, Năm) 出生日期：月，日，年 |
|---|---|---|
| | Male ☐    Female ☒<br>(Hombre)(Nam)(男)    (Mujer)(Nữ)(女) | 04/11/1965 |

| Check appropriate box: Marque el cuadro apropriado: Đánh dấu vào ô thích hợp 在適當方內劃勾： | TX Driver's License No. or Personal I.D. No. (Issued by TX DPS) Número de su licencia de conducir de Texas o de su Cédula de Identidad expedida por el Departamento de Seguridad Publica de Texas). Số Bằng Lái Xe của tiểu bang Texas hoặc số ID cá nhân (do Bộ An Toàn Lao Động tiểu bang Texas) | Social Security No. (last 4 digits required if you do not have a driver's license or I.D. number) Número de Seguro Social. (Si no tiene licencia de conducir ni identificación personal, se requiere su últimos 4 números de su seguro social) Số An Sinh Xã Hội (4 số cuối của số An Sinh Xã Hội cần phải có nếu quý vị không có số bằng lái xe hoặc số ID cá nhân) 社會安全號碼（如果您沒有駕駛執照或個人身份證號碼，請提供社安卡最後 |
|---|---|---|
| **ARE YOU A UNITED STATES CITIZEN?** (¿SOY CIUDADANO/A DE LOS ESTADOS UNIDOS?) (QUÝ VỊ CÓ PHẢI LÀ CÔNG DÂN HOA KỲ KHÔNG?) 您是美國公民嗎？<br><br>☒Yes    ☐ No<br>(Si)(Có)(是)  (No)(Không)(否) | ☐ I have not been issued a TX driver's license/ personal identification number or Social Security Number. (No me han expedido una licencia de conducir de Texas/Cédula de identidad personal de Texas ni un Número de Seguro Social.) ( Tôi chưa hề được cấp bằng lái xe của Texas/số ID cá nhân hoặc số An Sinh Xã Hội.) 我沒有 TX 駕駛執照號碼/ 個人身份證號碼或社會安全號碼。 | X _Julia Greenwell_ |

## TO BE COMPLETED BY THE ELECTION JUDGE

| Date of Election Fecha de la Elección Ngày Bầu Cử 選舉日期<br>11/5/13 | Precinct No. where voted 623<br>Núm. de Precinto-lugar de votación/Phân Khu nơi Đã Bầu Cử Số/選區編號. 投票地點 | Home PCT<br>0622 | County Clerk Use ONLY | PCT<br>0622-27 |
|---|---|---|---|---|
| | Precinct No. where registered 622<br>Núm. de Precinto-inscrito para votar/Phân Khu nơi đã ghi danh số/選區編號. 登記地點 | CERT/VUID<br>31900905 | Voter Registrar Use ONLY | PCT<br>622 |
| Type of Election Tipo de Elección Hình Thức Bầu Cử 選舉類型<br>Joint | Authority Conducting Election Autoridad Administrando la Elección Cơ Quan Thẩm Quyền Hành Bầu Cử 主持選舉機構<br>Harris Cty. | | | |

**BALLOT CODE:** 229542099

(Write in the Ballot Code, it is found on the Provisional Ballot Stub above the voter's signature area. The Provisional Ballot Stub is generated from the JBC.)

### VOTER PRESENTED ACCEPTABLE FORM OF IDENTIFICATION

☐ YES    ☒ NO

1. ✓ Failed to present acceptable form of identification or voter certificate with exemption.

2. ___ Voter not on list of registered voters.

3. ___ Voter not on list, registered in another precinct.

4. ___ Voter on list of people who voted early by mail, and voter has not cancelled mail ballot application.

5. ___ Voting after 7:00 P.M. due to court order.

## TO BE COMPLETED BY THE COUNTY VOTER REGISTRAR FOR STATUS:

I, the voter registrar/deputy registrar, did research the records of my office and the following conclusion(s) was made:

### FOR VOTERS WHO DID NOT PRESENT ACCEPTABLE PHOTO IDENTIFICATION AT THE POLLING PLACE

1. ___ Voter presented acceptable form of identification within 6 days of election day.

2. ___ Voter met disability exemption within 6 days of election day.

3. ___ Voter executed religious objection affidavit within 6 days of election day.

4. ___ Voter executed natural disaster affidavit within 6 days of election day.

5. ✓ Voter did not satisfy identification or affidavit requirements, listed in categories 1-4 above, within 6 days of election day.

### FOR VOTERS WHO VOTED PROVISIONALLY FOR OTHER REASONS

6. ___ Not a registered voter or registration not effective in time for this election.

7. ___ Registered to vote, erroneously listed in wrong precinct.

8. ___ Registered to vote in a different precinct within the county.

9. ___ Information on file indicating applicant completed a voter registration



## Affidavit of Provisional Voter

Declaración Jurada de Votante Provisional / Bản Chứng Thệ Của Cử Tri Tạm Thời / 臨時選民具結書

310683524

**TO BE COMPLETED BY VOTER:** I am a registered voter of this political subdivision and in the precinct in which I'm attempting to vote and have not already voted in this election (either in person or by mail). I am a resident of this political subdivision, have not been finally convicted of a felony or if a felon, I have completed all of my punishment including any term of incarceration, parole, supervision, period of probation, or I have been pardoned. I am not been determined by a final judgment of a court exercising probate jurisdiction to be totally mentally incapacitated or partially mentally incapacitated without the right to vote. I understand that giving false information under oath is a misdemeanor, and I understand that it is a felony of the 2nd degree to vote in an election for which I know I am not eligible.

*(PARA QUE EL VOTANTE LO LLENE: Estoy inscrito como votante en esta subdivisión política y en el precinto en cual estoy intentando a votar y aún no he votado en esta elección (en persona o por correo). Soy residente de esta subdivisión política, no he sido definitivamente declarado culpable de un delito grave o si soy el autor de un delito grave, he cumplido toda mi condena inclusive el período de encarcelamiento, la libertad condicional, la libertad supervisada, la libertad vigilada, o he sido indultado. No me han determinado por un juicio final de una corte de la legalización de un testamento, ser totalmente incapacitado mentalmente o parcialmente incapacitado sin el derecho de votar. Entiendo que dar información falsa bajo juramento es un delito menor y también entiendo que es un delito grave de 2do grado votar en una elección sabiendo que no cumplo con los requisitos necesarios.) (ĐƯỢC HOÀN TẤT BỞI CỬ TRI: Tôi là cử tri đã ghi danh bỏ phiếu tại phân khu chính trị địa phương này và trong phân khu mà tôi cố ý định bỏ phiếu và chưa bỏ phiếu trong cuộc bầu cử này (kể cả đích thân bỏ phiếu hay bỏ phiếu bằng thư). Tôi cư ngụ tại phân khu chính trị địa phương này, tôi hoàn toàn không bị phán quyết phạm trọng tội, tôi đã hoàn thành hết mọi hình phạt, bao gồm thời hạn tù, ân treo, quản chế, thời kỳ thử thách, hoặc đã được tha. Phán quyết cuối cùng của tòa án không tuyên bố rằng tôi là người mất hoàn toàn năng lực về mặt tâm thần hay mất một phần năng lực để tôi có quyền được bỏ phiếu. Tôi hiểu rằng khai man khi tuyên thệ là bị phạm khinh tội, và tôi hiểu rằng nếu bỏ phiếu trong cuộc bầu cử mà tôi biết là mình không hội đủ điều kiện thì đó là bị phạm trọng tội đệ nhị cấp.) 由選民填寫：本人現在這政區內是登記選民而在本次選舉中投票（親自或郵寄投票），本人為該政區之居民，從未被判犯重罪若曾犯重罪，已服完所有刑罰，包括監禁、假釋、監管、緩刑、或被赦免。本人從未被遺囑驗證法庭最終裁定為完全喪失心智或部分喪失心智能力。本人明瞭宣誓後提供不實資料為輕罪，並了解在明知自己不合資格的情況下於選舉中投票為二級重罪。*

| Last Name (Apellido) (Họ) (姓) | First Name (Nombre) (Tên) (名) | Middle Name (if any) (Segundo nombre (si tiene) Tên đệm (nếu có) 中間名 (若有) | Former Name (Nombre anterior) (Tên cũ) (曾用名) |
|---|---|---|---|
| WELLS | MICHAEL | KEVIN | |

**Residence Address:** Street Address and Apartment Number, City, State, and ZIP. If none, describe where you live (Do not include PO Box, Rural Rt. or business address) *(Domicilio: calle y número de apartamento, Ciudad, Estado, y Código Postal. A falta de estos datos, describa la localidad de su residencia. (No incluya el apartado de correos, camino rural, ni dirección comercial.)) (Địa chỉ cư trú: Tên đường và số Phòng, Thành Phố, Tiểu Bang, và Mã Bưu Điện. Nếu không có, xin diễn tả nơi quý vị cư ngụ (Không được để địa chỉ Hộp Thư, Địa Chỉ Đường Làng hoặc Địa Chỉ Thương Mại.) 居住地址：街名和街號及公寓號、市、州和郵政區號。如果沒有，請詳細描述居住地點（請勿用郵政信箱號碼、郊外鄉級地名或商業地址）*

1100 LONG PRAIRIE, KATY, TX 77450

| Mailing Address: City, State, and ZIP. If mail cannot be delivered to your residence address. (Dirección postal: Ciudad, Estado y Código Postal. si no es posible entregarle correspondencia en su domicilio.) (Địa Chỉ Gửi Thư: Thành Phố, Tiểu Bang, và Mã Bưu Điện. Nếu không thể chuyển thư tới địa chỉ cư ngụ của quý vị.) 郵寄地址：市、州和郵政區號。如果郵寄無法送達您的居住地址。 | Gender: (Optional) (Sexo (Optativo)) Giới tính:(Không bắt buộc 性別：(可填或不填) | Date of Birth: Month, Day, Year (Fecha de nacimiento: mes, día, año)(Ngày tháng năm sanh: Tháng, Ngày, Năm) 出生日期：月・日・年 |
|---|---|---|
| SAME | Male ☐   Female ☐ (Hombre)(Nam)(男)   (Mujer)(Nữ)(女) | 09/17/1962 |

| Check appropriate box: Marque el cuadro apropiado: Đánh dấu vào ô thích hợp 在適當方格內打勾 | TX Driver's License No. or Personal I.D. No. (Issued by TX DPS) Número de su licencia de conducir de Texas o de su Cédula de Identidad expedida por el Departamento de Seguridad Publica de Texas: Số Bằng Lái Xe của tiểu bang Texas hoặc số ID cá nhân (do Bộ An Toàn Lao Động tiểu bang Texas | Social Security No. (last 4 digits required if you do not have a driver's license or I.D. number) Número de Seguro Social. (Si no tiene licencia de conducir ni identificación personal, se requiere los últimos 4 números de su seguro social) Số An Sinh Xã Hội (4 số cuối của số An Sinh Xã Hội cần phải có nếu quý vị không có số bằng lái xe hoặc số ID cá nhân) 社會安全號碼（如果您沒有駕駛執照或個人身份證號碼，則提供社安卡卡的最後4個號碼）的後四個號碼 |
|---|---|---|
| ARE YOU A UNITED STATES CITIZEN? (¿SOY CIUDADANO/A DE LOS ESTADOS UNIDOS?) (QUÝ VỊ CÓ PHẢI LÀ CÔNG DÂN HOA KỲ KHÔNG?) 您是否國公民嗎？ ☑Yes ☐ No (Si)(Có)(是)   (No)(Không)(否) | ☐ I have not been issued a TX driver's license/ personal identification number or Social Security Number. (No me han expedido una licencia de conducir de Texas/Cédula de identidad personal de Texas ni un Número de Seguro Social.) (Tôi chưa hề được cấp bằng lái xe của Texas/số ID cá nhân hoặc số An Sinh Xã Hội.) 我沒有 TX 駕駛執照號碼/ 個人身份證號碼或社會安全號碼。 | X [signature] |

### TO BE COMPLETED BY THE ELECTION JUDGE

| Date of Election Fecha de la Elección Ngày Bầu Cử 選舉日期 | | Home PCT | County Clerk Use ONLY | PCT |
|---|---|---|---|---|
| 11-5-2013 | Precinct No. where voted 362 Núm. de Precinto-lugar de votación/Phần Khu nơi đã Bầu Cử Số/選區編號。投票地點。 | 0362 | | 0362-53 |
| | Precinct No. where registered 362 Núm. de Precinto-inscrito para votar/Phần Khu nơi đã ghi danh số/選區編號。登記地點。 | CERT/VUID 57105113 | Voter Registrar Use ONLY | PCT 0362 |
| Type of Election Tipo de Elección Hình Thức Bầu Cử 選舉類型 | Authority Conducting Election Autoridad Administrando la Elección Cơ Quan Thẩm Quyền Tiến hành Bầu Cử 主持選舉機構 | | | |

**BALLOT CODE:** 1 0 7 7 5 0 9 8 7

(Write in the Ballot Code, it is found on the Provisional Ballot Stub above the voter's signature area. The Provisional Ballot Stub is generated from the JBC.)

## VOTER PRESENTED ACCEPTABLE FORM OF IDENTIFICATION

☐ YES   ☑ NO

1. ✓ Failed to present acceptable form of identification or voter certificate with exemption.

2. ___ Voter not on list of registered voters.

3. ___ Voter not on list, registered in another precinct.

4. ___ Voter on list of people who voted early by mail, and voter has not cancelled mail ballot application.

5. ___ Voting after 7:00 P.M. due to court order.

### TO BE COMPLETED BY THE COUNTY VOTER REGISTRAR FOR STATUS:

I, the voter registrar/deputy registrar, did research the records of my office and the following conclusion(s) was made:

**FOR VOTERS WHO DID NOT PRESENT ACCEPTABLE PHOTO IDENTIFICATION AT THE POLLING PLACE**

1. ___ Voter presented acceptable form of identification within 6 days of election day.

2. ___ Voter met disability exemption within 6 days of election day.

3. ___ Voter executed religious objection affidavit within 6 days of election day.

4. ___ Voter executed natural disaster affidavit within 6 days of election day.

5. ✓ Voter did not satisfy identification or affidavit requirements, listed in categories 1-4 above, within 6 days of election day.

**FOR VOTERS WHO VOTED PROVISIONALLY FOR OTHER REASONS**

6. ___ Not a registered voter or registration not effective in time for this election.

7. ___ Registered to vote, erroneously listed in wrong precinct.

8. ___ Registered to vote in different precinct within the county.

9. ___ Information on file indicating applicant completed a voter registration

Pdc


310685504

## Affidavit of Provisional Voter
Declaración Jurada de Votante Provisional / Bản Chứng Thệ Của Cử Tri Tạm Thời / 臨時選民具結書

TO BE COMPLETED BY VOTER: I am a registered voter of this political subdivision and in the precinct in which I'm attempting to vote and have not already voted in this election (either in person or by mail). I am a resident of this political subdivision, have not been finally convicted of a felony or if a felon, I have completed all of my punishment including any term of incarceration, parole, supervision, period of probation, or I have been pardoned. I have not been determined by a final judgment of a court exercising probate jurisdiction to be totally mentally incapacitated or partially mentally incapacitated without the right to vote. I understand that giving false information under oath is a misdemeanor, and I understand that it is a felony of the 2nd degree to vote in an election for which I know I am not eligible.

[PARA QUE EL VOTANTE LO LLENE: Estoy inscrito como votante en esta subdivisión política y en el precinto en cual estoy intentando a votar y aun no he votado en esta elección (en persona o por correo). Soy residente de esta subdivisión política, no he sido definitivamente declarado culpable de un delito grave o si soy el autor de un delito grave, he cumplido toda mi condena inclusive el período de encarcelamiento, la libertad condicional, la libertad supervisada, la libertad vigilada, o he sido indultado. No me han determinado por un juicio final de una corte de la legalización de un testamento, ser totalmente incapacitado mentalmente o parcialmente incapacitado sin el derecho de votar. Entiendo que dar información falsa bajo juramento es un delito menor y también entiendo que es un delito grave de 2do grado votar en una elección sabiendo que no requisitos necesarios.] (ĐƯỢC HOÀN TẤT BỞI CỬ TRI: Tôi là cử tri đã ghi danh bỏ phiếu tại phân khu chính trị địa phương này và trong phân khu mà tôi cố ý định bỏ phiếu và chưa bỏ phiếu trong cuộc bầu cử này (kể cả đích thân bỏ phiếu hay bỏ phiếu bằng thư). Tôi cư ngụ tại phân khu chính trị địa phương này, tôi hoàn toàn không bị kết trọng tội hoặc nếu là người phạm trọng tội, tôi đã hoàn thành hết mọi hình phạt, bao gồm thời hạn tù, ân treo, quản chế, thời kỳ thử thách, hoặc đã được tha. Phán quyết cuối cùng của tòa án không huyền bố rằng tôi là người mất hoàn toàn năng lực tâm thần hay mất một phần năng lực tâm thần mà không có quyền được bỏ phiếu. Tôi hiểu rằng khai man khi tuyên thệ sẽ bị phạm khinh tội, và tôi hiểu rằng nếu bỏ phiếu trong cuộc bầu cử mà tôi biết tôi không đủ tiêu chuẩn thì sẽ bị phạm trọng tội cấp 2.) 本人為此政治細分內之合法選民，本人現居住此政治細分內及投票當天在此細分內投票區企圖投票而未在此次選舉中投票(親自或郵寄投票)。本人為此政治細分之居民，從未被定有重罪或被判定重罪者，或即使被判有重罪，但所有罰刑，包括監禁、假釋、監管、緩刑期已接受完畢或已被赦免。本人從未被遺囑驗證法庭最終裁定四肢神志全無或部份喪失能力而無權投票。本人明聲宣誓提供的不實資料為輕罪，並了解在知悉不符合資格的情況下不符合資格的情況下不符合情況而在這場中投票為二級重罪)

| Last Name (Apellido) (姓) | First Name (Nombre) (Tên) (名) | Middle Name (if any) Segundo nombre (si tiene) Tên đệm (nếu có) 中間名 (若有) | Former Name (Nombre anterior) (Tên cũ) (曾用名) |
|---|---|---|---|
| Myers | John | Peter | |

Residence Address: Street Address and Apartment Number, City, State, and ZIP. If none, describe where you live (Do not include PO Box, Rural Rt. or business address) (Domicilio: calle y número de apartamento, Ciudad, Estado, y Código Postal. A falta de estos datos, describa la localidad de su residencia. (No incluya el apartado de correos, camino rural, ni dirección comercial.)) (Địa chỉ cư trú: Tên đường và số Phòng, Thành Phố, Tiểu Bang, và Mã Bưu Điện. Nếu không có, xin diễn tả nơi quý vị cư ngụ (Không được để địa chỉ Hộp Thư, Địa Chỉ Đường Làng hoặc Địa Chỉ Thương Mại)) 居住地址： 街之地址和公寓號，市、州和郵寄區號。如果沒有，請詳細說明居住地址 (郵政信箱、鄉郊路線名稱或商號地址)

3805 Sherwood Ln. #47 Houston, TX 77092

Mailing Address: City, State, and ZIP. If mail cannot be delivered to your residence address. (Dirección postal: Ciudad, Estado y Código Postal. si no es posible entregarle correspondencia en su domicilio). (Địa Chỉ Gửi Thư: Thành Phố, Tiểu Bang, và Mã Bưu Điện. Nếu không thể chuyển thư tới địa chỉ cư ngụ của quý vị.) 郵寄地址：市、州和郵遞區號。如果郵寄無法送達您的居住地址。

3805 Sherwood Ln. #47, Houston, TX

| Gender: (Optional) (Sexo (Optativo)) Giới tính:(Không bắt buộc) 性別：(可填寫/不填) | Date of Birth: Month, Day, Year (Fecha de nacimiento: mes, día, año) (Ngày tháng năm sanh: Tháng, Ngày, Năm) 出生日期：月·日·年 |
|---|---|
| Male ☒   Female ☐ (Hombre)(Nam) (Mujer)(Nữ)(女) | 11/06/1981 |

Check appropriate box: Marque el cuadro apropiado: Đánh dấu vào ô thích hợp (在適當方格內打勾):

ARE YOU A UNITED STATES CITIZEN? (¿SOY CIUDADANO/A DE LOS ESTADOS UNIDOS?) (QUÝ VỊ CÓ PHẢI LÀ CÔNG DÂN HOA KỲ KHÔNG?) 您是美國公民嗎？

☒ Yes   ☐ No
(Sí)(Có)(是) (No)(Không)(不)

TX Driver's License No. or Personal I.D. No. (Issued by TX DPS) Número de su licencia de conducir de Texas o de su Cédula de Identidad expedida por el Departamento de Seguridad Publica de Texas. (Tối chua hệ được cấp bằng lái xe của tiểu bang Texas hoặc số ID cá nhân (do Bộ An Toàn Lao Động tiểu bang Texas cấp)) 德州駕駛執照號碼或個人身份證號碼 (由德州公共安全局簽發)

☐ I have not been issued a TX driver's license/ personal identification number or Social Security Number. (No me han expedido una licencia de conducir de Texas/Cédula de identidad personal de Texas ni un Número de Seguro Social.) (Tối chua được cấp bằng lái xe của Texas/số ID cá nhân hoặc số An Sinh Xã Hội.) 我沒有被發給德州駕照或個人身份證號碼或社會安全號碼。

Social Security No. (last 4 digits required if you do not have a driver's license or I.D. number) Número de su seguro social (Si no tiene licencia de conducir ni identificación personal, se requiere los últimos 4 números de su seguro social) Số An Sinh Xã Hội (4 số cuối của số An Sinh Xã Hội cần phải có nếu quý vị không có số bằng lái xe hoặc số ID cá nhân) 社會安全號碼 (如果您沒有駕駛執照或個人身份證號碼，請提供社安卡最後

X 4053

## TO BE COMPLETED BY THE ELECTION JUDGE

| Date of Election Fecha de la Elección Ngày Bầu Cử 選舉日期 | |
|---|---|
| 11/5/13 | Precinct No. where voted 323 Núm. de Precinto-lugar de votación/Phân Khu nơi đã Bầu Cử số/選區編號 投票地點 |
| | Precinct No. where registered 323 Núm. de Precinto-inscrito para votar/Phân Khu nơi đã ghi danh số/選區編號 登記地點 |
| Type of Election Tipo de Elección Hình Thức Bầu Cử 選舉類型 JOINT | Authority Conducting Election Autoridad Administrando la Elección Cơ Quan Thẩm Quyền Tiến Hành Bầu Cử 主持選舉機構 HARRIS COUNTY |

| Home PCT 0323 | County Clerk Use ONLY 0323-52 | PCT |
|---|---|---|
| CERT/VUID 689630507 | Voter Registrar Use ONLY | PCT 0323 |

## BALLOT CODE: 87-59715✓

(Write in the Ballot Code, it is found on the Provisional Ballot Stub above the voter's signature area. The Provisional Ballot Stub is generated from the JBC.)

## VOTER PRESENTED ACCEPTABLE FORM OF IDENTIFICATION

☐ YES   ☒ NO
WISCONSIN LICENSE

1. ✓ Failed to present acceptable form of identification or certificate with exemption.

2. ___ Voter not on list of registered voters.

3. ___ Voter not on list, registered in another precinct.

4. ___ Voter on list of people who voted early by mail, and voter has not cancelled mail ballot application.

5. ___ Voting after 7:00 P.M. due to court order.

## TO BE COMPLETED BY THE COUNTY VOTER REGISTRAR FOR STATUS:

I, the voter registrar/deputy registrar, did research the records of my office and the following conclusion(s) was made:

FOR VOTERS WHO DID NOT PRESENT ACCEPTABLE PHOTO IDENTIFICATION AT THE POLLING PLACE

1. ___ Voter presented acceptable form of identification within 6 days of election day.

2. ___ Voter met disability exemption within 6 days of election day.

3. ___ Voter executed religious objection affidavit within 6 days of election day.

4. ___ Voter executed natural disaster affidavit within 6 days of election day.

5. ✓ Voter did not satisfy identification or affidavit requirements, listed in categories 1-4 above, within 6 days of election day.

FOR VOTERS WHO VOTED PROVISIONALLY FOR OTHER REASONS

6. ___ Not a registered voter or registration not effective in time for this election.

7. ___ Registered to vote, erroneously listed in wrong precinct.

8. ___ Registered to vote in a different precinct within the county.

9. ___ Information on file indicating applicant completed a voter registration



310699508

# Affidavit of Provisional Voter

Declaración Jurada de Votante Provisional / Bản Chứng Thệ Của Cử Tri Tạm Thời / 臨時選民具結書

TO BE COMPLETED BY VOTER: I am a registered voter of this political subdivision and in the precinct in which I'm attempting to vote and have not already voted in this election (either in person or by mail). I am a resident of this political subdivision, have not been finally convicted of a felony or if a felon, I have completed all of my punishment including any term of incarceration, parole, supervision, period of probation, or I have been pardoned. I have not been determined by a final judgment of a court exercising probate jurisdiction to be totally mentally incapacitated or partially mentally incapacitated without the right to vote. I understand that giving false information under oath is a misdemeanor, and I understand that it is a felony of the 2nd degree to vote in an election for which I know I am not eligible.

(PARA QUE EL VOTANTE LO LLENE: Estoy inscrito como votante en esta subdivisión política y en el precinto en cual estoy intentando a votar y aun no he votado en esta elección (en persona o por correo). Soy residente de esta subdivisión política, no he sido definitivamente declarado culpable de un delito grave o si soy el autor de un delito grave, he cumplido toda mi condena inclusive el período de encarcelamiento, la libertad condicional, la libertad supervisada, la libertad vigilada, o he sido indultado. No me han determinado por un juicio final de una corte de la legalización de un testamento, ser totalmente incapacitado mentalmente o parcialmente incapacitado sin el derecho de votar. Entiendo que dar información falsa bajo juramento es un delito menor y también entiendo que es un delito grave de 2do grado votar en una elección sabiendo que no cumple con los requisitos necesarios.) (DUỌC HOÀN TẤT BỞI CỬ TRI: Tôi là cử tri đã ghi danh bỏ phiếu tại phân khu chính trị địa phương này và trong phân khu mà tôi cố ý định bỏ phiếu và chưa bỏ phiếu trong cuộc bầu cử này (kể cả đích thân bỏ phiếu hay bỏ phiếu bằng thư). Tôi cư ngụ tại phân khu chính trị địa phương này, tôi hoàn toàn không bị kết trọng tội hoặc nếu là người phạm trọng tội, tôi đã hoàn thành hết mọi hình phạt, bao gồm thời hạn tù, án treo, quản chế, thời kỳ thử thách, hoặc đã được tha. Phán quyết cuối cùng của tòa án không chứng tuyền bố rằng tôi là người mất hoàn toàn năng lực về mặt tâm thần hay mất một phần năng lực để tôi có quyền được bỏ phiếu. Tôi hiểu rằng khai man khi tuyên thệ về lời phạm khinh tội, và tôi hiểu rằng nếu bỏ phiếu trong một cuộc bầu cử mà tôi biết là mình không hội đủ điều kiện, tôi sẽ bị coi là phạm trọng tội cấp độ 2.) 由選民填寫: 本人為此政治轄區內之合法選民，本人現登記居住此區之選民並在此選區投票（以親身或以郵寄投票），本人為此政治轄區之居民，從未因犯有嚴重罪案而遭最終定罪，或即使曾犯有重罪，但也已服完全部判刑包括監禁、假釋、監管、緩刑內已接受完畢之被赦免。本人從未被正式法庭裁定完全或部份神智失能力而無能運用本人判斷力而不符合資格進行投票。本人明知自己不符合資格而不予參與此次之二級重罪。

| Last Name (Apellido) (Họ) (姓) | First Name (Nombre) (Tên) (名) | Middle Name (if any) (Segundo nombre (si tiene) Tên đệm (nếu có) 中間名 (若有) | Former Name (Nombre anterior) (Tên cũ) (曾用名) |
|---|---|---|---|
| Spencer | Lawrence | Emil | |

Residence Address: Street Address and Apartment Number, City, State, and ZIP. If none, describe where you live (Do not include PO Box, Rural Rt. or business address) (Domicilio: calle y número de apartamento, Ciudad, Estado, y Código Postal: A falta de estos datos, describa la localidad de su residencia. (No incluya el apartado de correos, camino rural, ni dirección comercial.)) (Địa chỉ cư trú: Tên đường và số Phòng, Thành Phố, Tiểu Bang, và Mã Bưu Điện. Nếu không có, xin diễn tả nơi quý vị cư ngụ (không được để địa chỉ Hộp Thư, Địa Chỉ Đường Làng hoặc Địa Chỉ Thương Mại) 居住地址: 街名地址和公寓號、市、州和郵寄電號。如果沒有，請詳細述明居住地點（請勿用郵局信箱號碼、郊外路線名稱或商號地址）

^

| Mailing Address: City, State, and ZIP. If mail cannot be delivered to your residence address. (Dirección postal: Ciudad, Estado y Código Postal, si no es posible entregarle correspondencia en su domicilio). (Địa Chỉ Gửi Thư: Thành Phố, Tiểu Bang, và Mã Bưu Điện. Nếu không thể chuyển thư tới địa chỉ cư ngụ của quý vị.) 郵寄地址: 市、州和郵遞區號。如果郵寄無法送達您的居住地址。 | Gender: (Optional) (Sexo (Optativo) Giới tính: (Không bắt buộc 性別: (可填或不填) | Date of Birth: Month, Day, Year (Fecha de nacimiento: mes, día, año) (Ngày tháng năm sanh: Tháng, Ngày, Năm) 出生日期: 月・日・年 |
|---|---|---|
| 8901 Bissonnet #3 | Male ☒  Female ☐ <br> (Hombre)(Nam)(男)   (Mujer)(Nữ)(女) | 01 / 18 / 1970 |

| Check appropriate box: Marque el cuadro apropiado: Đánh dấu vào ô thích hợp 在適當方格內勾划: | TX Driver's License No. or Personal I.D. No. (Issued by TX DPS) Número de su licencia de conducir de Texas o de su Cédula de Identidad expedida por el Departamento de Seguridad Publica de Texas). Số Bằng Lái Xe của tiểu bang Texas hoặc số ID cá nhân (do Bộ An Toàn Lao Động tiểu bang Texas | Social Security No. (last 4 digits required if you do not have a driver's license or I.D. number) Número de Seguro Social. (Si no tiene licencia de conducir ni identificación personal, se requiere los últimos 4 números de su seguro social) Số An Sinh Xã Hội (4 số cuối của số An Sinh Xã Hội cần phải có nếu quý vị không có số bằng lái xe hoặc số ID cá nhân) 社會安全號碼（如果您沒有駕駛執照或個人身份證號碼，需提供社會安全號碼後 |
|---|---|---|
| ARE YOU A UNITED STATES CITIZEN? (¿SOY CIUDADANO/A DE LOS ESTADOS UNIDOS?) (QUÝ VỊ CÓ PHẢI LÀ CÔNG DÂN HOA KỲ KHÔNG?) 您是美國公民嗎? <br><br> ☒ Yes   ☐ No <br> (Sí) (Có)(是)   (No)(Không)(否) | ☒ I have not been issued a TX driver's license/ personal identification number or Social Security Number. (No me han expedido una licencia de conducir de Texas/Cédula de identidad personal de Texas ni un Número de Seguro Social.) ( Tôi chưa hề được cấp bằng lái xe của Texas/số ID cá nhân hoặc số An Sinh Xã Hội.) 我沒有 TX 駕駛執照號碼/個人身份證號碼或社會安全號碼。 | Signature of Voter: (Firma del Votante) (Chữ ký của cử tri)(選民簽名) <br><br> X |

## TO BE COMPLETED BY THE ELECTION JUDGE

| | | | | | |
|---|---|---|---|---|---|
| Date of Election Fecha de la Elección Ngày Bầu Cử 選舉日期 <br><br> 11 / 5 / 13 | Precinct No. where voted **0359** <br> Núm. de Precinto-lugar de votación/Phân Khu nơi đã Bầu Cử Số/選區編號. 投票地點 | | Home PCT <br><br> **0359** | County Clerk Use ONLY <br><br> **0359-80** | PCT |
| | Precinct No. where registered **0359** <br> Núm. de Precinto-inscrito para votar/Phân Khu nơi đã ghi danh Số/選區編號. 登記地點 | | CERT/VUID <br><br> **10495028** | Voter Registrar Use ONLY | PCT <br><br> **0359** |

| Type of Election Tipo de Elección Hình Thức Bầu Cử 選舉類型 <br><br> Joint | Authority Conducting Election Autoridad Administrando la Elección Cơ Quan Thẩm Quyền Tiến Hành Bầu Cử 主持選舉機構 |
|---|---|

## BALLOT CODE: L 066 32763

(Write in the Ballot Code, it is found on the Provisional Ballot Stub above the voter's signature area. The Provisional Ballot Stub is generated from the JBC.)

## VOTER PRESENTED ACCEPTABLE FORM OF IDENTIFICATION

☐ YES          ☒ NO

1. ✓ Failed to present acceptable form of identification or certificate with exemption.

2. ___ Voter not on list of registered voters.

3. ___ Voter not on list, registered in another precinct.

4. ___ Voter on list of people who voted early by mail, and voter has not cancelled mail ballot application.

5. ___ Voting after 7:00 P.M. due to court order.

## TO BE COMPLETED BY THE COUNTY VOTER REGISTRAR FOR STATUS:

I, the voter registrar/deputy registrar, did research the records of my office and the following conclusion(s) was made:

### FOR VOTERS WHO DID NOT PRESENT ACCEPTABLE PHOTO IDENTIFICATION AT THE POLLING PLACE

1. ___ Voter presented acceptable form of identification within 6 days of election day.

2. ___ Voter met disability exemption within 6 days of election day.

3. ___ Voter executed religious objection affidavit within 6 days of election day.

4. ___ Voter executed natural disaster affidavit within 6 days of election day.

5. ✓ Voter did not satisfy identification or affidavit requirements, listed in categories 1-4 above, within 6 days of election day.

### FOR VOTERS WHO VOTED PROVISIONALLY FOR OTHER REASONS

6. ___ Not a registered voter or registration not effective in time for this election.

7. ___ Registered to vote, erroneously listed in wrong precinct.

8. ___ Registered to vote in a different precinct within the county.

9. ___ Information on file indicating applicant completed a voter registration



# Affidavit of Provisional Voter

### Declaración Jurada de Votante Provisional / Bản Chứng Thệ Của Cử Tri Tạm Thời / 臨時選民具結書

310647510

**TO BE COMPLETED BY VOTER:** I am a registered voter of this political subdivision and in the precinct in which I'm attempting to vote and have not already voted in this election (either in person or by mail). I am a resident of this political subdivision, have not been finally convicted of a felony or if a felon, I have completed all of my punishment including any term of incarceration, parole, supervision, period of probation, or I have been pardoned. I have not been determined by a final judgment of a court exercising probate jurisdiction to be totally mentally incapacitated or partially mentally incapacitated without the right to vote. I understand that giving false information under oath is a misdemeanor, and I understand that it is a felony of the 2nd degree to vote in an election for which I know I am not eligible.

**(PARA QUE EL VOTANTE LO LLENE:** Estoy inscrito como votante en esta subdivisión política y en el precinto en cual estoy intentando a votar y aun no he votado en esta elección (en persona o por correo). Soy residente de esta subdivisión política, no he sido definitivamente declarado culpable de un delito grave o si soy el autor de un delito grave, he cumplido toda mi condena inclusive el periodo de encarcelamiento, la libertad condicional, la libertad supervisada, la libertad vigilada, o he sido indultado. No me han determinado por un juicio final de una corte de la legislación de un testamento, ser totalmente incapacitado mentalmente o parcialmente incapacitado sin el derecho de votar. Entiendo que dar información falsa bajo juramento es un delito menor y también entiendo que es un delito grave de 2do grado votar en una elección sabiendo que no cumplo con los requisitos necesarios.) **(ĐƯỢC HOÀN TẤT BỞI CỬ TRI:** Tôi là cử tri đã ghi danh bỏ phiếu tại phân khu chính trị địa phương này và khu vực bầu cử ở đinh bỏ phiếu và chưa bỏ phiếu trong cuộc bầu cử này (kể cả đích thân bỏ phiếu hay bỏ phiếu bằng thư). Tôi cư ngụ tại phân khu chính trị địa phương này, tôi hoàn toàn không bị kết trọng tội hoặc nếu là người phạm trọng tội, tôi đã hoàn thành hết mọi hình phạt, bao gồm thời hạn tù, án treo, quản chế, thời kỳ thử thách, hoặc đã được tha. Phán quyết cuối cùng của tòa án không quyền bỏ rằng tôi là người mất hoàn toàn năng lực về mặt tâm thần hay mất một phần năng lực về mặt tâm thần và không có quyền được bỏ phiếu. Tôi hiểu rằng khai man khi tuyên thệ sẽ bị phạm khinh tội, và tôi hiểu rằng nếu bỏ phiếu trong một cuộc bầu cử mà tôi biết là mình không hội đủ điều kiện, tôi sẽ bị coi là phạm trọng tội cấp độ 2.) 由填寫投票：本人為此政治轄區之居民，現正於本人試圖投票的轄區投票，並於本屆選舉（親身或郵寄投票），本人為此政治轄區之居民，從未被因重罪罪名而被定罪，或者即使曾經犯下重罪，但所有懲罰，包括監禁、假釋、監管、或緩刑已全部執行完畢，或本人業已獲得赦免。法庭亦沒有裁定因精神完全或部分喪失能力而無權投票。本人知道在宣誓時提供虛假資訊屬於輕罪，並了解在明知自己不符合資格的情況下在選舉中投票為二級重罪。

| Last Name (Apellido) (姓) | First Name (Nombre) (Tên) (名) | Middle Name (if any) (Segundo nombre (si tiene) Tên đệm (nếu có) 中間名 (若有) | Former Name (Nombre anterior) (Tên cũ) (曾用名) |
|---|---|---|---|
| Parfait | Matthew | A | |

**Residence Address:** Street Address and Apartment Number, City, State, and ZIP. If none, describe where you live (Do not include PO Box, Rural Rt. or business address) (Domicilio: calle y número de apartamento, Ciudad, Estado, y Código Postal: A falta de estos datos, describa la localidad de su residencia. (No incluya el apartado de correos, camino rural, ni dirección comercial)) (Địa chỉ cư trú: Tên đường và số Phòng, Thành Phố, Tiểu Bang, và Mã Bưu Điện. Nếu không có, xin diễn tả nơi quý vị cư ngụ (Không được để địa chỉ Hộp Thư, Địa Chỉ Đường Làng hoặc Địa Chỉ Thương Mại) 居住地址：街名和公寓號碼、市、州和郵寄區號。如無這些，請詳細描述閣下住地（請勿把郵政 周信箱號碼、鄉村路線或商業地址）

2742 Sherwood Hollow LN, Kingwood, TX 77339

**Mailing Address:** City, State, and ZIP. If mail cannot be delivered to your residence address. (Dirección postal; Ciudad, Estado y Código Postal, si no es posible entregarle correspondencia en su domicilio). (Địa Chỉ Gửi Thư: Thành Phố, Tiểu Bang, và Mã Bưu Điện. Nếu không thể chuyển thư tới địa chỉ cư ngụ của quý vị.) 郵寄地址：市、州和郵遞區號。如果郵寄無法送達您的居住地址。

2742 Sherwood Hollow LN, Kingwood, TX 77339

| Gender: (Optional) (Sexo (Optativo) (Giới tính:(Không bắt buộc) 性別：(可填寫或不填) | Date of Birth: Month, Day, Year (Fecha de nacimiento: mes, día, año)(Ngày tháng năm sanh: Tháng, Ngày, Năm) 出生日期：月、日、年。 |
|---|---|
| Male ☑  Female ☐ (Hombre)(Nam)(男)    (Mujer)( Nữ)(女) | 08/30/1980 |

**Check appropriate box:** Marque el cuadro apropiado: Đánh dấu vào ô thích hợp ở đúng nơi (chọn một)

**ARE YOU A UNITED STATES CITIZEN?** (¿SOY CIUDADANO/A DE LOS ESTADOS UNIDOS?) (QUÝ VỊ CÓ PHẢI LÀ CÔNG DÂN HOA KỲ KHÔNG?) 您是美國公民嗎？

☑ Yes (Si)(Có)(是)    ☐ No (No)(Không)(否)

**TX Driver's License No. or Personal I.D. No.** (Issued by TX DPS) Número de su licencia de conducir de Texas o su Cédula de Identidad expedida por el Departamento de Seguridad Pública de Texas). Số Bằng Lái Xe của tiểu bang Texas hoặc số ID cá nhân (do Bộ An Toàn Lao Động tiểu bang Texas

☐ I have not been issued a TX driver's license/ personal identification number or Social Security Number. (No me han expedido una licencia de conducir de Texas/Cédula de identidad personal de Texas ni un Número de Seguro Social.) ( Tôi chưa hề được cấp bằng lái xe của Texas/số ID cá nhân hoặc số An Sinh Xã Hội.) 我沒有 TX 駕駛執照號碼/個人身份證號碼或社會安全號碼。

**Social Security No.** (last 4 digits required if you do not have a driver's license or I.D. number) Número de Seguro Social. (Si no tiene licencia de conducir ni identificación personal, se requiere los últimos 4 números de su seguro social) Số An Sinh Xã Hội (4 số cuối của số An Sinh Xã Hội cần phải có nếu quý vị không có số Bằng lái xe hoặc số ID cá nhân) 社會安全號碼 (如果您沒有駕駛執照或個人身份證號碼，請提供社會安全號碼

**Signature of Voter:** (Firma del votante ) (Chữ ký của cử tri) (選民簽名)

X _(signature)_

---

## TO BE COMPLETED BY THE ELECTION JUDGE

| Date of Election Fecha de la Elección Ngày Bầu Cử 選舉日期 | Precinct No. where voted 635 Núm. de Precinto-lugar de votación/Phân Khu nơi đã Bầu Cử Số/選區編號. 投票地點 | Home PCT 0635 | County Clerk Use ONLY | PCT 0635-11 |
|---|---|---|---|---|
| 11/5/13 | Precinct No. where registered 635 Núm. de Precinto-inscrito para votar/Phân Khu nơi đã ghi danh số/選區編號. 登記地點 | CERT/VUID 64933823 | Voter Registrar Use ONLY | PCT 0635 |

| Type of Election Tipo de Elección Hình Thức Bầu Cử 選舉類型 | Authority Conducting Election Autoridad Administrando la Elección Cơ Quan Thẩm Quyền Tiến Hành Bầu Cử 主持選舉機構 |
|---|---|
| General | ~~E~~ State of TEXAS |

## BALLOT CODE: 239346145

(Write in the Ballot Code, it is found on the Provisional Ballot Stub above the voter's signature area. The Provisional Ballot Stub is generated from the JBC.)

## VOTER PRESENTED ACCEPTABLE FORM OF IDENTIFICATION

☐ YES    ☒ NO

1. _____ Failed to present acceptable form of identification or voter certificate with exemption.

2. _____ Voter not on list of registered voters.

3. _____ Voter not on list, registered in another precinct.

4. _____ Voter on list of people who voted early by mail, and voter has not cancelled mail ballot application.

5. _____ Voting after 7:00 P.M. due to court order.

---

## TO BE COMPLETED BY THE COUNTY VOTER REGISTRAR FOR STATUS:

I, the voter registrar/deputy registrar, did research the records of my office and the following conclusion(s) was made:

**FOR VOTERS WHO DID NOT PRESENT ACCEPTABLE PHOTO IDENTIFICATION AT THE POLLING PLACE**

1. _____ Voter presented acceptable form of identification within 6 days of election day.

2. _____ Voter met disability exemption within 6 days of election day.

3. _____ Voter executed religious objection affidavit within 6 days of election day.

4. _____ Voter executed natural disaster affidavit within 6 days of election day.

5. _____ Voter did not satisfy identification or affidavit requirements, listed in categories 1-4 above, within 6 days of election day.

**FOR VOTERS WHO VOTED PROVISIONALLY FOR OTHER REASONS**

6. _____ Not a registered voter or registration not effective in time for this election.

7. _____ Registered to vote, erroneously listed in wrong precinct.

8. _____ Registered to vote in a different precinct within the county.

9. _____ Information on file indicating applicant completed a voter registration



310671010

## Affidavit of Provisional Voter

### Declaración Jurada de Votante Provisional / Bản Chứng Thệ Của Cử Tri Tạm Thời / 臨時選民具結書

TO BE COMPLETED BY VOTER: I am a registered voter of this political subdivision and in the precinct in which I'm attempting to vote and have not already voted in this election (either in person or by mail). I am a resident of this political subdivision, have not been finally convicted of a felony or if a felon, I have completed all of my punishment including any term of incarceration, parole, supervision, period of probation, or have been pardoned. I have not been determined by a final judgment of a court exercising probate jurisdiction to be totally mentally incapacitated or partially mentally incapacitated without the right to vote. I understand that giving false information under oath is a misdemeanor, and I understand that it is a felony of the 2nd degree to vote in an election for which I know I am not eligible.

(PARA QUE EL VOTANTE LO LLENE: Estoy inscrito como votante en esta subdivisión política y en el precinto en cual estoy intentando a votar y aun no he votado en esta elección (en persona o por correo). Soy residente de esta subdivisión política, no he sido definitivamente declarado culpable de un delito grave o si soy el autor de un delito grave, he cumplido toda mi condena inclusive el periodo de encarcelamiento, la libertad condicional, la libertad supervisada, la libertad vigilada, o he sido indultado. No me han determinado por un juicio final de una corte de la legalización de un testamento, ser totalmente incapacitado mentalmente o parcialmente incapacitado sin el derecho de votar. Entiendo que dar información falsa bajo juramento es un delito menor y también entiendo que es un delito grave de 2do grado votar en una elección sabiendo que no cumplo con los requisitos necesarios.) (DƯỢC HOÀN TẤT BỞI CỬ TRI: Tôi là cử tri đã phận ký tên đi phương tiểu và hành chính này và trong phận khu mà tôi cố ý định bỏ phiếu và chưa bỏ phiếu trong cuộc bầu cử này (kế cả đích thân bỏ phiếu hay bỏ phiếu bằng thư). Tôi cư ngụ tại phận khu chính trị địa phương này, tôi hoàn toàn không bị kết tượng tại tòc hoặc nếu là người phạm trong tội, tôi đã hoàn thành hết mọi hình phạt, bao gồm thời hạn tù, ân treo, quản chế, thời kỳ thử thách, hoặc đã được tha. Phản quyết cuối cùng của tòa án không bị ràng tôi là người mất hoàn toàn năng lực về mất tâm thần hay mất một phần năng lực để tội có quyền được bỏ phiếu. Tôi hiểu rằng khai man khi tuyên thệ sẽ bị phạm khinh tội, và tôi hiểu rằng nếu bỏ phiếu trong một cuộc bầu cử mà tôi biết là mình không hội đủ điều kiện thì đó là phạm trong tội cấp đội 2.) 由選民填寫: 本人是登記有案的本州之合法選民,本人有意圖且尚未在此次選舉中投票(親自前往郵寄投票)。本人為此政治轄區之選民,沒被判重罪或如被判重罪,本人已完成所有刑罰(包括坐牢期限假釋監管,緩刑期或被赦免)。本人沒有被法庭驗證且具持辦事過本人受到全部或部份的喪失心智能力。本人明確瞭解若提供不實資料為輕罪,並了解存明知自己不符合資格的情況下在選舉中投票為二級重罪。

| Last Name (Apellido) (Họ) (姓) | First Name (Nombre) (Tên) (名) | Middle Name (if any) (Segundo nombre (si tiene) Tên đệm (nếu có) 中間名 (若有) | Former Name (Nombre anterior) (Tên cũ) (曾用名) |
|---|---|---|---|
| ~~Keeton~~ Greenwell | Julia | Khron | |

| Residence Address: Street Address and Apartment Number, City, State, and ZIP. If none, describe where you live (Do not include PO Box, Rural Rt. or business address) (Domicilio: calle y número de apartamento, Ciudad, Estado, y Código Postal. A falta de estos datos, describa la localidad de su residencia. (No incluya el apartado de correos, camino rural, ni dirección comercial.)) (Địa chỉ cư trú: Tên đường và số Phòng, Thành Phố, Tiểu Bang, và Mã Bưu Điện. Nếu không có, xin diễn tả nơi quý vị cư ngụ (Không được để địa chỉ Hộp Thư, Địa Chỉ Đường Làng hoặc Địa Chỉ Thương Mại)) 居住地址:街名地址和公寓號、市、州和郵寄區號。如果沒有,請詳細說明您的住處(請勿用郵局信箱號碼、郊外鄉線或商業商號地址): |
|---|
| 6123 Cape Hatteras Dr. Houston, TX 97041 |

| Mailing Address: City, State, and ZIP. If mail cannot be delivered to your residence address, (Dirección postal: Ciudad, Estado y Código Postal, si no es posible entregarle correspondencia en su domicilio). (Địa Chỉ Gửi Thư: Thành Phố, Tiểu Bang, và Mã Bưu Điện. Nếu không thể chuyển thư tới địa chỉ cư ngụ của quý vị.) 郵寄地址:市、州和郵遞巡號。如果郵寄無法送達您的居住地址。 | Gender: (Optional) (Sexo (Optativo) Giới tính:(Không bắt buộc 性別: (可填或不填) | Date of Birth: Month, Day, Year (Fecha de nacimiento: mes, día, año)(Ngày tháng năm sanh: Tháng, Ngày, Năm) 出生日期:月·日·年 |
|---|---|---|
| | Male ☐  Female ☒<br>(Hombre)(Nam)(男)  (Mujer)( Nữ)(女) | 04/11/1965 |

| Check appropriate box: Marque el cuadro apropiado: Dánh dấu vào ô thích hợp 在適當方格內劃記: | TX Driver's License No. or Personal I.D. No. (Issued by TX DPS) Número de su licencia de conducir de Texas o de su Cédula de Identidad expedida por el Departamento de Seguridad Pública de Texas). Số Bằng Lái Xe của tiểu bang Texas hoặc số ID cá nhân (do Bộ An Toàn Lao Động tiểu bang Texas | Social Security No. (last 4 digits required if you do not have a driver's license or I.D. number) Número de Seguro Social. (Se trate la licencia de conducir ni identificación personal, se requiere los últimos 4 números de su seguro social) Số An Sinh Xã Hội (4 số cuối của số An Sinh Xã Hội cần phải có nếu quý vị không có số Bằng lái xe hoặc số ID cá nhân) 社會安全號碼 (如果您沒有駕駛執照或個人身份證號碼,請提供社安卡最後 |
|---|---|---|
| ARE YOU A UNITED STATES CITIZEN? (¿SOY CIUDADANO/A DE LOS ESTADOS UNIDOS?) (QUÝ VỊ CÓ PHẢI LÀ CÔNG DÂN HOA KỲ KHÔNG?) 您是美國公民嗎? <br> ☒ Yes    ☐ No <br> (Sí)( Có)(是)  (No)(Không)(否) | ☐ I have not been issued a TX driver's license/ personal identification number or Social Security Number. (No me han expedido una licencia de conducir de Texas/Cédula de identidad personal de Texas ni un Número de Seguro Social.) ( Tôi chưa hề được cấp bằng lái xe của Texas/số ID cá nhân hoặc số An Sinh Xã Hội.) 我沒有 TX 駕駛執照號碼/個人身份證號碼或社安全號碼。 | X  Julia Greenwell |

### TO BE COMPLETED BY THE ELECTION JUDGE

| Date of Election Fecha de la Elección Ngày Bầu Cử 選舉日期 | Precinct No. where voted Núm. de Precinto-lugar de votación/Phần Khu nơi đã Bầu Cử Số/選區編號 投票地點 |
|---|---|
| 11/5/13 | 622 |

| Precinct No. where registered Núm. de Precinto-inscrito para votar/Phần Khu nơi đã ghi danh số/選區 編號 登記地點 |
|---|
| 622 |

| Type of Election Tipo de Elección Hình Thức Bầu Cử 選舉類型 | Authority Conducting Election Autoridad Administrando la Elección Cơ Quan Thẩm Quyền Tiến Hành Bầu Cử 主持選舉機構 |
|---|---|
| Joint | Harris Cty. |

### BALLOT CODE: 229542099 ✓

(Write in the Ballot Code, it is found on the Provisional Ballot Stub above the voter's signature area. The Provisional Ballot Stub is generated from the JBC.)

### VOTER PRESENTED ACCEPTABLE FORM OF IDENTIFICATION

☐ YES    ☒ NO

1. ✓ Failed to present acceptable form of identification or voter certificate with exemption.

2. ____ Voter not on list of registered voters.

3. ____ Voter not on list, registered in another precinct.

4. ____ Voter on list of people who voted early by mail, and voter has not cancelled mail ballot application.

5. ____ Voting after 7:00 P.M. due to court order.

| Home PCT | County Clerk Use ONLY | PCT |
|---|---|---|
| 0622 | | 0622-27 |

| CERT/VUID | Voter Registrar Use ONLY | PCT |
|---|---|---|
| 31900905 | | 622 |

### TO BE COMPLETED BY THE COUNTY VOTER REGISTRAR FOR STATUS:

I, the voter registrar/deputy registrar, did research the records of my office and the following conclusion(s) was made:

#### FOR VOTERS WHO DID NOT PRESENT ACCEPTABLE PHOTO IDENTIFICATION AT THE POLLING PLACE

1. ____ Voter presented acceptable form of identification within 6 days of election day.

2. ____ Voter met disability exemption within 6 days of election day.

3. ____ Voter executed religious objection affidavit within 6 days of election day.

4. ____ Voter executed natural disaster affidavit within 6 days of election day.

5. ✓ Voter did not satisfy identification or affidavit requirements, listed in categories 1-4 above, within 6 days of election day.

#### FOR VOTERS WHO VOTED PROVISIONALLY FOR OTHER REASONS

6. ____ Not a registered voter or registration not effective in time for this election.

7. ____ Registered to vote, erroneously listed in wrong precinct.

8. ____ Registered to vote in a different precinct within the county.

9. ____ Information on file indicating applicant completed a voter registration





310568529

## Affidavit of Provisional Voter

### Declaración Jurada de Votante Provisional / Bản Chứng Thệ Của Cử Tri Tạm Thời / 臨時選民具結書

*E-m*

TO BE COMPLETED BY VOTER: I am a registered voter of this political subdivision and in the precinct in which I'm attempting to vote and have not already voted in this election (either in person or by mail). I am a resident of this political subdivision, have not been finally convicted of a felony or if a felon, I have completed all of my punishment including any term of incarceration, parole, supervision, period of probation, or I have been pardoned. I have not been determined by a final judgment of a court exercising probate jurisdiction to be totally mentally incapacitated or partially mentally incapacitated without the right to vote. I understand that giving false information under oath is a misdemeanor, and I understand that it is a felony of the 2nd degree to vote in an election for which I know I am not eligible.

(PARA QUE EL VOTANTE LO LLENE: Estoy inscrito como votante en esta subdivisión política y en el precinto en cual estoy intentando a votar y aun no he votado en esta elección (en persona o por correo). Soy residente de esta subdivisión política, no he sido finalmente declarado culpable de un delito grave o si soy el autor de un delito grave, he cumplido toda mi condena inclusive el periodo de encarcelamiento, la libertad condicional, la libertad supervisada, la libertad vigilada, o he sido indultado. No me han determinado por un juicio final de una corte de la legalización de un testamento, ser totalmente incapacitado mentalmente o parcialmente incapacitado sin el derecho de votar. Entiendo que dar información falsa bajo juramento es un delito menor y también entiendo que es un delito grave de 2do grado votar en una elección sabiendo que no cumplo con los requisitos necesarios.) (ĐƯỢC HOÀN TẤT BỞI CỬ TRI: Tôi là cử tri đã ghi danh bỏ phiếu tại phân khu chính trị này và trong phân khu này tôi cố ý định bỏ phiếu và chưa bỏ phiếu trong cuộc bầu cử này (kể cả dịch thân bỏ phiếu hay bỏ phiếu bằng thư). Tôi cư ngụ tại phân khu chính trị này, chưa hề bị kết cung tội hoặc nếu là người phạm trọng tội, tôi đã hoàn thành hết mọi hình phạt, bao gồm thời gian tù, ân trọ, quản chế, thời kỳ thử thách, hoặc đã được tha. Phần quyết của hội đồng quản trị giám sát tài sản để quyết định tôi là người mất hoàn toàn năng lực về trí tuệ hoặc mất một phần năng lực về trí tuệ mà không có quyền được bỏ phiếu. Tôi hiểu rằng man khi tuyên thề sẽ bị phạm khinh tội, và tôi hiểu rằng nếu bỏ phiếu trong một cuộc bầu cử mà tôi biết là mình không hội đủ điều kiện, thì số bị coi là phạm trong tội cấp độ 2.) 由選民填寫: 本人為此政治轄區内之合法選民、本人在登記投票的次選舉中投票(親自或郵寄投票)。本人為此政治轄區之選民，沒有最終定罪重罪或倘是重罪犯，本人已完成所有處罰包括服刑徒監禁期、假釋、監管、緩刑期已經完畢或已被赦免。本人並未被繼管轄法院的裁決判定為全無神志或部分無神志而沒有表決權而喪失投票權。本人明白宣誓提供虛假資訊為輕罪，並了解在明知自己不符合資格的情況下在屬舉中投票為二級重罪。

| Last Name (Apellido) (Họ) (姓) | First Name (Nombre) (Tên) (名) | Middle Name (if any) (Segundo nombre (si tiene) Tên đệm (nếu có) 中間名 (若有) | Former Name (Nombre anterior) (Tên cũ) (曾用名) |
|---|---|---|---|
| Mangano | Antonia | Francesca | Shepherd |

**Residence Address:** Street Address and Apartment Number, City, State, and ZIP. If none, describe where you live (Do not include PO Box, Rural Rt. or business address) (Domicilio: calle y número de apartamento, Ciudad, Estado, y Código Postal. A falta de estos datos, describa la localidad de su residencia. (No incluya el apartado de correos, camino rural, ni dirección comercial.)) (Địa chỉ cư trú: Tên đường và số Phòng, Thành Phố, Tiểu Bang, và Mã Bưu Điện. Nếu không có, xin điền tả nơi quý vị cư ngụ (Không được để địa chỉ Hộp Thư, Địa Chỉ Đường làng hoặc Địa Chỉ Thương Mại.)) 居住地址：街名地址和公寓號、市、州和郵寄區號。如沒這有，請詳細説明居住地點（請勿用郵局信箱號碼、郊外路線名稱或商業地址）

1803 Quiet Country Court
Kingwood TX 77345

**Mailing Address:** City, State, and ZIP. If mail cannot be delivered to your residence address. (Dirección postal: Ciudad, Estado y Código Postal, si no es posible entregarle correspondencia en su domicilio. (Địa Chỉ Gửi Thư: Thành Phố, Tiểu Bang, và Mã Bưu Điện. Nếu không thể chuyển thư tới địa chỉ cư ngụ của quý vị.) 郵寄地址：市、州和郵遞區號。如果郵件無法送達您的居住地址。

Same as above

| Gender: (Optional) (Sexo (Optativo) Giới tính:(Không bắt buộc 性別: (可填或不填) | Date of Birth: Month, Day, Year (Fecha de nacimiento: mes, día, año)(Ngày tháng năm sinh: Tháng, Ngày, Năm) 出生日期：月、日、年 |
|---|---|
| Male ☐   Female ☒ (Hombre)(Nam)(男)   (Mujer)( Nữ)(女) | 09 / 28 / 1952 |

**Check appropriate box:** Marque el cuadro apropiado: Đánh dấu vào ô thích hợp 在適當方格内劃勾：

**ARE YOU A UNITED STATES CITIZEN?**
(¿SOY CIUDADANO/A DE LOS ESTADOS UNIDOS?) (QUÝ VỊ CÓ PHẢI LÀ CÔNG DÂN HOA KỲ KHÔNG?) 您是美國公民嗎？

☒ Yes   ☐ No
(Sí)(Có)(是)   (No)(Không)(否)

**TX Driver's License No. or Personal I.D. No.** (Issued by TX DPS) Número de su licencia de conducir de Texas o de su Cédula de Identidad expedida por el Departamento de Seguridad Pública de Texas. Số Bằng Lái Xe của tiểu bang Texas hoặc số ID cá nhân (do Bộ An Toàn Lao Động tiểu bang Texas TX駕駛執照號碼或個人身份證號碼（由德州公共安全部發給

**Social Security No.** (last 4 digits required if you do not have a driver's license or I.D. number) Número de Seguro Social. (Si no tiene licencia de conducir ni identificación personal, se requiere los últimos 4 números de su seguro social) Số An Sinh Xã Hội (4 số cuối của số An Sinh Xã Hội cần phải có nếu quý vị không có số Bằng lái xe hoặc số ID cá nhân) 社會安全號碼（如果您沒有駕駛執照或個人身份證號碼，則須提供社會安全號碼最後

☐ I have not been issued a TX driver's license/personal identification number or Social Security Number. (No me han expedido una licencia de conducir de Texas/Cédula de identidad personal de Texas ni un Número de Seguro Social.) ( Tôi chưa hề được cấp bằng lái xe của Texas/số ID cá nhân hoặc số An Sinh Xã Hội.) 我沒有 TX 駕駛執照號碼/個人身份證號碼或社會安全號碼。

**Signature of Voter:** (Firma del votante) (Chữ ký của cử tri) (選民簽名)

X [signature]

---

## TO BE COMPLETED BY THE ELECTION JUDGE

**Date of Election** Fecha de la Elección Ngày Bầu Cử 選舉日期

11/05/13

**Precinct No. where voted** 0760
Núm. de Precinto-lugar de votación/Phân Khu nơi đã Bầu Cử Số/屆區編號. 投票地點

**Precinct No. where registered** 0760
Núm. de Precinto-inscrito para votar/Phân Khu nơi đã ghi danh số/屆區編號. 登記地點

**Type of Election** Tipo de Elección Hình Thức Bầu Cử 選舉屆型

Joint

**Authority Conducting Election** Autoridad Administrando la Elección Cơ Quan Thẩm Quyền Tiến Hành Bầu Cử 主持選舉機構

Harris

## BALLOT CODE: 2325887757

(Write in the Ballot Code, it is found on the Provisional Ballot Stub above the voter's signature area. The Provisional Ballot Stub is generated from the JBC.)

## VOTER PRESENTED ACCEPTABLE FORM OF IDENTIFICATION

☐ YES   ☒ NO

1. ✓ Failed to present acceptable form of identification or voter certificate with exemption.

2. ___ Voter not on list of registered voters.

3. ___ Voter not on list, registered in another precinct.

4. ___ Voter on list of people who voted early by mail, and voter has not cancelled mail ballot application.

5. ___ Voting after 7:00 P.M. due to court order.

---

| Home PCT | County Clerk Use ONLY | PCT |
|---|---|---|
| 0760 | 0760 | -11 |

| CERT/VUID | Voter Registrar Use ONLY | PCT |
|---|---|---|
| 51680122 | | 0760 |

## TO BE COMPLETED BY THE COUNTY VOTER REGISTRAR FOR STATUS:

I, the voter registrar/deputy registrar, did research the records of my office and the following conclusion(s) was made:

### FOR VOTERS WHO DID NOT PRESENT ACCEPTABLE PHOTO IDENTIFICATION AT THE POLLING PLACE

1. ___ Voter presented acceptable form of identification within 6 days of election day.

2. ___ Voter met disability exemption within 6 days of election day.

3. ___ Voter executed religious objection affidavit within 6 days of election day.

4. ___ Voter executed natural disaster affidavit within 6 days of election day.

5. ✓ Voter did not satisfy identification or affidavit requirements, listed in categories 1-4 above, within 6 days of election day.

### FOR VOTERS WHO VOTED PROVISIONALLY FOR OTHER REASONS

6. ___ Not a registered voter or registration not effective in time for this election.

7. ___ Registered to vote, erroneously listed in wrong precinct.

8. ___ Registered to vote in a different precinct within the county.

9. ___ Information on file indicating applicant completed a voter registration



**310748019**

## Affidavit of Provisional Voter

Declaración Jurada de Votante Provisional / Bản Chứng Thệ Của Cử Tri Tạm Thời / 臨時選民具結書

TO BE COMPLETED BY VOTER: I am a registered voter of this political subdivision and in the precinct in which I'm attempting to vote and have not already voted in this election (either in person or by mail). I am a resident of this political subdivision, have not been finally convicted of a felony or if a felon, I have completed all of my punishment including any term of incarceration, parole, supervision, period of probation, or I have been pardoned. I have not been determined by a final judgment of a court exercising probate jurisdiction to be totally mentally incapacitated or partially mentally incapacitated without the right to vote. I understand that giving false information under oath is a misdemeanor, and I understand that it is a felony of the 2nd degree to vote in an election for which I know I am not eligible.

(PARA QUE EL VOTANTE LO LLENE: Estoy inscrito como votante en esta subdivisión política y en el precinto en cual estoy intentando a votar y aún no he votado en esta elección (en persona o por correo). Soy residente de esta subdivisión política, no he sido definitivamente declarado culpable de un delito grave o si soy el autor de un delito grave, he cumplido toda mi condena incluso el periodo de encarcelamiento, la libertad condicional, la libertad supervisada, la libertad vigilada, o he sido indultado. No me han determinado por un juicio final de una corte de la legalización de un testamento, ser totalmente incapacitado mentalmente o parcialmente incapacitado sin el derecho de votar. Entiendo que dar información falsa bajo juramento es un delito menor y también entiendo que es un delito grave de 2do grado votar en una elección sabiendo que no cumplo con los requisitos necesarios.) (ĐƯỢC HOÀN TẤT BỞI CỬ TRI: Tôi là cử tri đã ghi danh bỏ phiếu tại phần khu chính trị địa phương này và trong phần khu mà tôi cố ý định bỏ phiếu và chưa bỏ phiếu trong cuộc bầu cử này (kể cả đích thân bỏ phiếu hay bỏ phiếu bằng thư). Tôi cư ngụ tại phần khu chính trị địa phương này, tôi hoàn toàn không bị kết trọng tội hoặc nếu là người phạm trọng tội, tôi đã hoàn thành hết mọi hình phạt, bao gồm thời hạn tù, ân treo, quản chế, thời kỳ thử thách, hoặc đã được tha. Phán quyết cuối cùng của tòa án không có thẩm quyền bố cáo tôi là người mất năng trí tâm thần hay mất một phần năng lực để tôi có quyền được bỏ phiếu. Tôi hiểu rằng khai man khi tuyên thệ sẽ bị phạm khinh tội, và tôi hiểu rằng nếu bỏ phiếu trong một cuộc bầu cử mà tôi biết là mình không có quyền được bầu cử, sẽ là phạm trọng tội của đệ 2 cấp.) 本人俱已在此政治分區之選民， 並在本人意圖投票之選區內之合法選民， 本人尚未在此次選舉中投票 (親自或郵寄投票)。本人為此政治分區之居民，從未因犯有重罪而被判定罪， 或如犯有重罪者，本人已完成服刑之全部懲處，本人有受羈且尚未在此次選舉中投票 (親自或郵寄投票)。本人為此政治分區之居民，從未因犯有重罪而被判定罪， 或如犯有重罪者，本人已完成服刑之全部懲處。 本人了解宣誓時提供假資料屬於輕罪，並了解在知曉自己不符合投票資格的情況下在選舉中投票為二級重罪。

| Last Name (Apellido) (Họ) (姓) | First Name (Nombre) (Tên) (名) | Middle Name (if any) (Segundo nombre (si tiene) Tên đệm (nếu có) 中間名 (若有) | Former Name (Nombre anterior) (Tên cũ) (曾用名) |
|---|---|---|---|
| Gammon | Ann | | |

**Residence Address:** Street Address and Apartment Number, City, State, and ZIP. If none, describe where you live (Do not include PO Box, Rural Rt. or business address) (Domicilio: calle y número de apartamento, Ciudad, Estado, y Código Postal. A falta de estos datos, describa la localidad de su residencia. (No incluya el apartado de correos, camino rural, ni dirección comercial.)) (Địa chỉ cư trú: Tên đường và số Phòng, Thành Phố, Tiểu Bang, và Mã Bưu Điện. Nếu không có, xin diễn tả nơi quý vị cư ngụ (Không được để địa chỉ Hộp Thư, Địa Chỉ Đường Làng hoặc Địa Chỉ Thương Mại) 居住地址：街名及號數， 州名及郵寄區號。 如果沒有， 請詳細說明居住地點 (勿包括郵局信箱號碼、 鄉村路線名稱或商業地址)

7318 Dixie Dr   Houston ,TX  77087

| Mailing Address: City, State, and ZIP. If mail cannot be delivered to your residence address. (Dirección postal: Ciudad, Estado y Código Postal, si no es posible entregarle correspondencia en su domicilio). (Địa Chỉ Gởi Thư: Thành Phố, Tiểu Bang, và Mã Bưu Điện. Nếu không thể chuyển thư tới địa chỉ cư ngụ của quý vị.) 郵寄地址：市， 州和郵遞區號。 如果郵寄無法送達您的居住地址。 | Gender: (Optional) (Sexo (Optativo) Giới tính:(Không bắt buộc 性別: (可填或不填) | Date of Birth: Month, Day, Year (Fecha de nacimiento: mes, día, año)(Ngày tháng năm sanh: Tháng, Ngày, Năm) 出生日期：月．日．年 |
|---|---|---|
| Same | Male ☐  Female ☑ (Hombre)(Nam)(男)  (Mujer)( Nữ)(女) | 10 / 27 / 1938 |

| Check appropriate box: Marque el cuadro apropiado: Đánh dấu vào ô thích hợp 在適當方格內劃勾： | TX Driver's License No. or Personal I.D. No. (issued by TX DPS) Número de su licencia de conducir de Texas o de su Cédula de identidad expedida por el Departamento de Seguridad Pública de Texas). Số Bằng Lái Xe của tiểu bang Texas hoặc số ID cá nhân (do Bộ An Toàn Lao Động tiểu bang Texas | Social Security No. (last 4 digits required if you do not have a driver's license or I.D. number) Número de Seguro Social. (Si no tiene licencia de conducir ni identificación personal, se requiere los últimos 4 números de su seguro social) Số An Sinh Xã Hội (4 số cuối của số An Sinh Xã Hội cần phải có nếu quý vị không có số bằng lái xe hoặc số ID cá nhân) 社會安全號碼 (如果您沒有駕駛執照或個人身份證號碼， 請提供社安卡最後 |
|---|---|---|
| ARE YOU A UNITED STATES CITIZEN? (¿SOY CIUDADANO/A DE LOS ESTADOS UNIDOS?) (QUÝ VỊ CÓ PHẢI LÀ CÔNG DÂN HOA KÝ KHÔNG?) 您是美國公民嗎？ ☑ Yes ☐ No (Si)( Có)(是) (No)(Không)(否) | ☐ I have not been issued a TX driver's license/ personal identification number or Social Security Number. (No me han expedido una licencia de conducir de Texas/Cédula de identidad personal de Texas ni un Número de Seguro Social.) (Tôi chưa hề được cấp bằng lái xe của Texas/số ID cá nhân hoặc số An Sinh Xã Hội.) 我沒有被發給德州駕駛執照或個人身份證號碼或社會安全號碼。 | |

Signature of Voter: (Firma del Votante) (Chữ Ký của Cử Tri) (選民簽名)

X   Ann L. Gammon

| TO BE COMPLETED BY THE ELECTION JUDGE | | Home PCT | County Clerk Use ONLY | PCT |
|---|---|---|---|---|
| Date of Election Fecha de la Elección Ngày Bầu Cử 選舉日期 | Precinct No. where voted 203 Núm. de Precinto-lugar de votación/Phần Khu nơi đã Bầu Cử Số/選區編號．投票地點 | 0203 | | 0203-17 |
| 11/5/13 | Precinct No. where registered Núm. de Precinto-inscrito para votar/Phần Khu nơi đã ghi danh số/選區編號．登記地點 | CERT/VUID 5060 7274 | Voter Registrar Use ONLY | PCT 0166 |
| Type of Election Tipo de Elección Hình Thức Bầu Cử 選舉類型 General | Authority Conducting Election Autoridad Administrando la Elección Cơ Quan Thẩm Quyền Tiến Hành Bầu Cử 主持選舉機構 | | | |

**BALLOT CODE:** L95L72492

(Write in the Ballot Code, it is found on the Provisional Ballot Stub above the voter's signature line. The Provisional Ballot Stub is generated from the JBC.)

**VOTER PRESENTED ACCEPTABLE FORM OF IDENTIFICATION**

☐ YES     ☑ NO

1. ✓ Failed to present acceptable form of identification or voter certificate with exemption.
2. ___ Voter not on list of registered voters.
3. ___ Voter not on list, registered in another precinct.
4. ___ Voter on list of people who voted early by mail, and voter has not cancelled mail ballot application.
5. ___ Voting after 7:00 P.M. due to court order.

**TO BE COMPLETED BY THE COUNTY VOTER REGISTRAR FOR STATUS:**

I, the voter registrar/deputy registrar, did research the records of my office and the following conclusion(s) was made:

_FOR VOTERS WHO DID NOT PRESENT ACCEPTABLE PHOTO IDENTIFICATION AT THE POLLING PLACE_

1. ___ Voter presented acceptable form of identification within 6 days of election day.
2. ___ Voter met disability exemption within 6 days of election day.
3. ___ Voter executed religious objection affidavit within 6 days of election day.
4. ___ Voter executed natural disaster affidavit within 6 days of election day.
5. ✓ Voter did not satisfy identification or affidavit requirements, listed in categories 1-4 above, within 6 days of election day.

_FOR VOTERS WHO VOTED PROVISIONALLY FOR OTHER REASONS_

6. ___ Not a registered voter or registration not effective in time for this election.
7. ___ Registered to vote, erroneously listed in wrong precinct.
8. ___ Registered to vote in a different precinct within the county.
9. ___ Information on file indicating applicant completed a voter registration





310755509

## Affidavit of Provisional Voter
Declaración Jurada de Votante Provisional / Bản Chứng Thệ Của Cử Tri Tạm Thời / 臨時選民具結書

TO BE COMPLETED BY VOTER: I am a registered voter of this political subdivision and in the precinct in which I'm attempting to vote and have not already voted in this election (either in person or by mail). I am a resident of this political subdivision, have not been finally convicted of a felony or if a felon, I have completed all of my punishment including any term of incarceration, parole, supervision, period of probation, or I have been pardoned. I have not been determined by a final judgment of a court exercising probate jurisdiction to be totally mentally incapacitated or partially mentally incapacitated without the right to vote. I understand that giving false information under oath is a misdemeanor, and I understand that it is a felony of the 2nd degree to vote in an election for which I know I am not eligible.

(PARA QUE EL VOTANTE LO LLENE: Estoy inscrito como votante en esta subdivisión política y en el precinto en cual estoy intentando a votar y aun no he votado en esta elección (en persona o por correo). Soy residente de esta subdivisión política, no he sido definitivamente declarado culpable de un delito grave o si soy el autor de un delito grave, he cumplido toda mi condena inclusive el periodo de encarcelamiento, la libertad condicional, la libertad supervisada, la libertad vigilada, o he sido indultado. No me han determinado por un juicio final de una corte de la legalización de un testamento, ser totalmente incapacitado mentalmente o parcialmente incapacitado sin el derecho de votar. Entiendo que dar información falsa bajo juramento es un delito menor y también entiendo que es un delito grave de 2do grado votar en una elección sabiendo que no cumplo con los requisitos necesarios.) (ĐƯỢC HOÀN TẤT BỞI CỬ TRI: Tôi là cử tri đã ghi danh bỏ phiếu tại phân khu chính trị địa phương này và trong phân khu mà tôi cố ý định bỏ phiếu và chưa bỏ phiếu trong cuộc bầu cử này (kể cả đích thân bỏ phiếu hay bỏ phiếu bằng thư). Tôi cư ngụ tại phân khu chính trị địa phương này, tôi hoàn toàn không bị kết trọng tội hoặc nếu là người phạm trọng tội, tôi đã hoàn thành hết mọi hình phạt, hoặc đã được ân xá. Tôi không bị một phán quyết cuối cùng của tòa án không tuyên bố rằng tôi là người mất hoàn toàn năng lực về mặt tâm thần hay mất một phần năng lực về tâm thần mà không có quyền bỏ phiếu. Tôi hiểu rằng khai man khi tuyên thệ sẽ bị phạm khinh tội, và tôi hiểu rằng nếu bỏ phiếu trong một cuộc bầu cử mà tôi biết là mình không hội đủ điều kiện, tôi sẽ bị coi là phạm trọng tội cấp độ 2.) 由選民填寫：本人為此政治區劃分以及本人企圖投票之此次選舉中投票（親自或郵寄投票）、本人為此政治區劃之居民，且本人尚未在此次選舉中投票（親自或郵寄投票）。本人為此政治區劃之居民，從未被最終判刑前重罪犯，或即使曾犯重罪，但所有罪刑，包括監禁、假釋、監管、緩刑均已接受懲罰或已被赦免。本人從未經遺囑驗證法庭最終裁定因精神完全或部份喪失能力而無法投票。本人了解宣誓時提供假資料屬輕罪，並了解若明知無資格仍投票於不合資格的特定下屆選舉中投票為二級重罪。

| Last Name (Apellido) (Họ) (姓) | First Name (Nombre) (Tên) (名) | Middle Name (if any) (Segundo nombre (si tiene) / Tên đệm (nếu có) 中間名 (若有) | Former Name (Nombre anterior) (Tên cũ) (曾用名) |
|---|---|---|---|
| Bloch | Angela | | |

Residence Address: Street Address and Apartment Number, City, State, and ZIP. If none, describe where you live (Do not include PO Box, Rural Rt. or business address) (Domicilio: calle y número de apartamento, Ciudad, Estado, y Código Postal. A falta de estos datos, describa la localidad de su residencia. (No incluya apartado de correos, camino rural, ni dirección comercial.)) (Địa chỉ cư trú: Tên đường và số Phòng, Thành Phố, Tiểu Bang, và Mã Bưu Điện. Nếu không có, xin diễn tả nơi quý vị cư ngụ (Không được để địa chỉ Hộp Thư, Địa Chỉ Đường Làng hoặc Địa Chỉ Thương Mại)) 居住地址： 街名地址及公寓號、市、州和郵寄區號。如果沒有，請詳細說明您住在哪裡（請勿用郵局信箱號碼、郊外路線名稱或商業地址）

3716 Julian St

| Mailing Address: City, State, and ZIP. If mail cannot be delivered to your residence address. (Dirección postal: Ciudad, Estado y Código Postal, si no es posible entregarle correspondencia en su domicilio). (Địa Chỉ Gửi Thư: Thành Phố, Tiểu Bang, và Mã Bưu Điện. Nếu không thể chuyển thư tới địa chỉ cư ngụ của quý vị.) 郵寄地址：市、州和郵寄區號。如果郵寄無法送達您的居住地址。 | Gender: (Optional) (Sexo (Optativo)) Giới tính:(Không bắt buộc giới tính) 性別(填寫不填) | Date of Birth: Month, Day, Year (Fecha de nacimiento: mes, día, año)(Ngày tháng năm sanh: Tháng, Ngày, Năm) 出生日期：月，日，年 |
|---|---|---|
| Houston, TX 77009 | Male ☐ (Hombre)(Nam)(男)  Female ☒ (Mujer)( Nữ)(女) | 0 9 / 0 6 / 1 9 8 6 |

| Check appropriate box: Marque el cuadro apropiado: Đánh dấu vào ô thích hợp 在適當方格內劃記： | TX Driver's License No. or Personal I.D. No. (Issued by TX DPS) Número de su licencia de conducir de Texas o de su Cédula de Identidad expedida por el Departamento de Seguridad Publica de Texas. Số Bằng Lái Xe của tiểu bang Texas hoặc số ID cá nhân (do Bộ An Toàn Lao Động tiểu bang Texas cấp) | Social Security No. (last 4 digits required if you do not have a driver's license or I.D. number) Número de Seguro Social. (Si no tiene licencia de conducir ni identificación personal, se requiere los últimos 4 números de su seguro social) Số An Sinh Xã Hội (4 số cuối của số An Sinh Xã Hội cần phải có nếu quý vị không có số bằng lái xe hoặc số ID cá nhân) 社會安全號碼（如果您沒有駕駛執照或個人身份證號碼，請提供社安卡卡號後四碼） |
|---|---|---|
| ARE YOU A UNITED STATES CITIZEN? (¿SOY CIUDADANO/A DE LOS ESTADOS UNIDOS?) (QUÝ VỊ CÓ PHẢI LÀ CÔNG DÂN HOA KỲ KHÔNG?) 您是美國公民嗎？ ☒ Yes ☐ No (Si)(Có)(是) (No)(Không)(否) | ☐ I have not been issued a TX driver's license/ personal identification number or Social Security Number. (No me han expedido una licencia de conducir de Texas/Cedula de identidad personal de Texas ni un Número de Seguro Social.) (Tôi chưa hề được cấp Bằng lái xe của Texas hoặc số ID cá nhân hoặc số An Sinh Xã Hội.) 我沒有 TX 駕駛執照號碼/個人身份證號碼或社會安全號碼。 | Signature of Voter (Firma del Votante) (Chữ ký của Cử tri) 選民簽名 X A Bloch |

### TO BE COMPLETED BY THE ELECTION JUDGE

| Date of Election Fecha de la Elección Ngày Bầu Cử 選舉日期 | |
|---|---|
| 11-5-13 | Precinct No. where voted Núm. de Precinto-lugar de votación/Phần Khu nơi đã Bầu Cử Số/選舉編號. 投票地點  **19** |
| | Precinct No. where registered Núm. de Precinto-inscrito para votar/Phần Khu nơi đã ghi danh số/選碼編號. 登記地點  **19** |
| Type of Election Tipo de Elección Hình Thức Bầu Cử 選舉類型 | Authority Conducting Election Autoridad Administrando la Elección Cơ Quan Thẩm Quyền Tiến Hành Bầu Cử 主持選舉機構 |
| Joint Election. | |

## BALLOT CODE: 247792669
(Write in the Ballot Code, it is found on the Provisional Ballot Stub above the voter's signature area. The Provisional Ballot Stub is generated from the JBC.)

### VOTER PRESENTED ACCEPTABLE FORM OF IDENTIFICATION

☐ YES     ☒ NO

1. ☒ (X) Failed to present acceptable form of identification or voter certificate with exemption.

2. ___ Voter not on list of registered voters.

3. ___ Voter not on list, registered in another precinct.

4. ___ Voter on list of people who voted early by mail, and voter has not cancelled mail ballot application.

5. ___ Voting after 7:00 P.M. due to court order.

| Home PCT | County Clerk Use ONLY | PCT |
|---|---|---|
| 0019 | | 0019-14 |
| CERT/VUID | Voter Registrar Use ONLY | PCT |
| 65299984 | | 19 |

### TO BE COMPLETED BY THE COUNTY VOTER REGISTRAR FOR STATUS:

I, the voter registrar/deputy registrar, did research the records of my office and the following conclusion(s) was made:

**FOR VOTERS WHO DID NOT PRESENT ACCEPTABLE PHOTO IDENTIFICATION AT THE POLLING PLACE**

1. ___ Voter presented acceptable form of identification within 6 days of election day.

2. ___ Voter met disability exemption within 6 days of election day.

3. ___ Voter executed religious objection affidavit within 6 days of election day.

4. ___ Voter executed natural disaster affidavit within 6 days of election day.

5. ✓ Voter did not satisfy identification or affidavit requirements, listed in categories 1-4 above, within 6 days of election day.

**FOR VOTERS WHO VOTED PROVISIONALLY FOR OTHER REASONS**

6. ___ Not a registered voter or registration not effective in time for this election.

7. ___ Registered to vote, erroneously listed in wrong precinct.

8. ___ Registered to vote in different precinct within the county.

9. ___ Information on file indicating applicant completed a voter registration

PR



310759006

## Affidavit of Provisional Voter
### Declaración Jurada de Votante Provisional / Bản Chứng Thệ Của Cử Tri Tạm Thời / 臨時選民具結書

TO BE COMPLETED BY VOTER: I am a registered voter of this political subdivision and in the precinct in which I'm attempting to vote and have not already voted in this election (either in person or by mail). I am a resident of this political subdivision, have not been finally convicted of a felony or if a felon, I have completed all of my punishment including any term of incarceration, parole, supervision, period of probation, or I have been pardoned. I have not been determined by a final judgment of a court exercising probate jurisdiction to be totally mentally incapacitated or partially mentally incapacitated without the right to vote. I understand that giving false information under oath is a misdemeanor, and I understand that it is a felony of the 2nd degree to vote in an election for which I know I am not eligible.

(PARA QUE EL VOTANTE LO LLENE: Estoy inscrito como votante en esta subdivisión política y en el precinto en cual estoy intentando a votar y nun no he votado en esta elección (en persona o por correo). Soy residente de esta subdivisión política, no he sido definitivamente declarado culpable de un delito grave o si soy el autor de un delito grave, he cumplido toda mi condena inclusive un período de encarcelamiento, la libertad condicional, la libertad supervisada, la libertad vigilada, o he sido indultado. No me han determinado por un juicio final de una corte de la legalización de un testamento, ser totalmente incapacitado mentalmente o parcialmente incapacitado sin el derecho de votar. Entiendo que dar información falsa bajo juramento es un delito menor y también entiendo que es un delito grave de 2do grado votar en una elección sabiendo que no cumplo con los requisitos necesarios.) (DƯỢC HOÀN TẤT BỞI CỬ TRI: Tôi là cử tri đã ghi danh bỏ phiếu tại phân khu chính trị địa phương này và trong phân khu mà tôi cố ý định bỏ phiếu và chưa bỏ phiếu trong cuộc bầu cử này (kể cả đích thân bỏ phiếu hay bỏ phiếu bằng thư). Tôi cư ngụ tại phân khu chính trị địa phương này, tôi hoàn toàn không bị kết trọng tội hoặc nếu là người phạm trọng tội, tôi đã hoàn thành hết mọi hình phạt, bao gồm thời hạn tù, án treo, quản chế, thời kỳ thử thách, hoặc đã được tha. Phán quyết cuối cùng của một tòa án không bị ràng tôi là người mất hoàn toàn năng lực về mặt tâm thần hay mất một phần năng lực về mặt tâm thần và bị tước bỏ quyền bầu cử. Tôi hiểu rằng khai man lời tuyên thệ sẽ bị phạm khinh tội, và tôi hiểu rằng nếu bỏ phiếu trong một cuộc bầu cử mà tôi biết là mình không hội đủ điều kiện, tôi sẽ bị phạm trọng tội cấp đệ 2.) (由選民填寫: 本人為此政治轄區之居民且在此次選舉中投票之選區內之合法選民，本人為此政治轄區之選民，未被最後確定有罪或若本人犯重罪，本人已完成所有的刑罰，包括監禁、假釋、監外可接受犯罪之服刑或被赦免。本人從未被法驗驗遺產法庭裁定完全心神喪失或因神神完全喪部份喪失而無此投票權。本人瞭解在宣誓時提供假資料將構成輕罪，並了解我明知自己不符合資格的情況下在選舉中投票為二級重罪。)

| Last Name (Apellido) (Họ) (姓) | First Name (Nombre) (Tên) (名) | Middle Name (if any) (Segundo nombre (si tiene) Tên đệm (nếu có) 中間名 (若有) | Former Name (Nombre anterior) (Tên cũ) (曾用名) |
|---|---|---|---|
| Feliz-wkun | Femi | Eze | |

Residence Address: Street Address and Apartment Number, City, State, and ZIP. If none, describe where you live (Do not include PO Box, Rural Rt, or business address) (Domicilio: calle y número de apartamento, Ciudad, Estado, y Código Postal. A falta de estos datos, describa la localidad de su residencia. (No incluya el apartado de correos, camino rural, ni dirección comercial.) (Địa chỉ cư trú: Tên đường và số Phòng, Thành Phố, Tiểu Bang, và Mã Bưu Điện. Nếu không có, xin điền tả nơi quý vị cư ngụ (Không được để địa chỉ Hộp Thư, Địa Chỉ Đường Làng hoặc Địa Chỉ Thương Mại) 居住地址: 街名地址和公寓號、市、州和郵寄區號。如果沒有，請詳細說明居住地點（請勿用郵局信箱號碼、郊外路線名稱或商業地址）

1617 Tamin St   Houston TX   77002

| Mailing Address: City, State, and ZIP. If mail cannot be delivered to your residence address. (Dirección postal: Ciudad, Estado y Código Postal, si no es posible entregarle correspondencia en su domicilio). (Địa Chỉ Gửi Thư: Thành Phố, Tiểu Bang, và Mã Bưu Điện. Nếu không thể chuyển thư tới địa chỉ cư ngụ của quý vị.) 郵寄地址: 市、州和郵遞區號。如果郵寄地址送達您的居住地址。 | Gender: (Optional) (Sexo (Optativo) Giới tính:(Không bắt buộc 性別: (可成或不填) | Date of Birth: Month, Day, Year (Fecha de nacimiento: mes, día, año)(Ngày tháng năm sanh: Tháng, Ngày, Năm) 出生日期: 月·日·年 |
|---|---|---|
| | Male ☒   Female ☐   (Hombre)(Nam)(男)   (Mujer)( Nữ)(女) | 08/27/1980 |

| Check appropriate box: Marque el cuadro apropiado: Đánh dấu vào ô thích hợp 在適當方格內勾選: | TX Driver's License No. or Personal I.D. No. (Issued by TX DPS) Número de su licencia de conducir de Texas o de su Cédula de Identidad expedida por el Departamento de Seguridad Pública de Texas.) Số Bằng Lái Xe của tiểu bang Texas hoặc số ID cá nhân (do Bộ An Toàn Lao Động tiểu bang Texas | Social Security No. (last 4 digits required if you do not have a driver's license or I.D. number) Número de Seguro Social. (Si no tiene licencia de conducir de identificación personal, se requiere los últimos 4 números de su seguro social) Số An Sinh Xã Hội (4 số cuối của số An Sinh Xã Hội cần phải có nếu quý vị không có số bằng lái xe hoặc số ID cá nhân) 社會安全號碼 (如果您沒有駕駛執照或個人身份證號碼，須提供社安卡最後 |
|---|---|---|
| ARE YOU A UNITED STATES CITIZEN? (¿SOY CIUDADANO/A DE LOS ESTADOS UNIDOS?) (QUÝ VỊ CÓ PHẢI LÀ CÔNG DÂN HOA KỲ KHÔNG?) 您是美國公民嗎? ☒Yes ☐ No (Sí) (Có)(是)   (No)(Không)(否) | ☒ I have not been issued a TX driver's license/ personal identification number or Social Security Number. (No me han expedido una licencia de conducir de Texas/Cedula de identidad personal de Texas ni un Número de Seguro Social.) (Tôi chưa hề được cấp bằng lái xe của Texas/số ID cá nhân hoặc số An Sinh Xã Hội.) 我沒有 TX 駕駛執照號碼/個人身份證號碼或社會安全號碼。 | Signature of Voter: (Firma del Votante) (Chữ ký của cử tri)(選民簽名) X [signature] |

## TO BE COMPLETED BY THE ELECTION JUDGE

| Date of Election Fecha de la Elección Ngày Bầu Cử 選舉日期 | Precinct No. where voted 0016 | Home PCT | County Clerk Use ONLY | PCT |
|---|---|---|---|---|
| 11-05-13 | Núm. de Precinto-lugar de votación/Phân Khu nơi đã Bầu Cử Số/選區編號. 投票地點 | 0016 | | 0016-14 |
| | Precinct No. where registered 0016 | CERT/VUID | Voter Registrar Use ONLY | PCT |
| | Núm. de Precinto-inscrito para votar/Phân Khu nơi đã ghi danh số/選區編號. 登記地點 | 63886 139 | | 16 |

| Type of Election Tipo de Elección Hình Thức Bầu Cử 選舉類型 | Authority Conducting Election Autoridad Administrando la Elección Cơ Quan Thẩm Quyền Tiến Hành Bầu Cử 主持選舉機構 |
|---|---|
| Joint General | Harris |

### TO BE COMPLETED BY THE COUNTY VOTER REGISTRAR FOR STATUS:

I, the voter registrar/deputy registrar, did research the records of my office and the following conclusion(s) was made:

## BALLOT CODE: 246747489

(Write in the Ballot Code, it is found on the Provisional Ballot Stub above the voter's signature area. The Provisional Ballot Stub is generated from the JBC.)

### VOTER PRESENTED ACCEPTABLE FORM OF IDENTIFICATION

☐ YES          ☒ NO

1. ✓ Failed to present acceptable form of identification or voter certificate with exemption.

2. ___ Voter not on list of registered voters.

3. ___ Voter on list, registered in another precinct.

4. ___ Voter on list of people who voted early by mail, and voter has not cancelled mail ballot application.

5. ___ Voting after 7:00 P.M. due to court order.

#### FOR VOTERS WHO DID NOT PRESENT ACCEPTABLE PHOTO IDENTIFICATION AT THE POLLING PLACE

1. ___ Voter presented acceptable form of identification within 6 days of election day.

2. ___ Voter met disability exemption within 6 days of election day.

3. ___ Voter executed religious objection affidavit within 6 days of election day.

4. ___ Voter executed natural disaster affidavit within 6 days of election day.

5. ✓ Voter did not satisfy identification or affidavit requirements, listed in categories 1-4 above, within 6 days of election day.

#### FOR VOTERS WHO VOTED PROVISIONALLY FOR OTHER REASONS

6. ___ Not a registered voter or registration not effective in time for this election.

7. ___ Registered to vote, erroneously listed in wrong precinct.

8. ___ Registered to vote in a different precinct within the county.

9. ___ Information on file indicating applicant completed a voter registration

MB



## Affidavit of Provisional Voter

### Declaración Jurada de Votante Provisional / Bản Chứng Thệ Của Cử Tri Tạm Thời / 臨時選民具結書

TO BE COMPLETED BY VOTER: I am a registered voter of this political subdivision and in the precinct in which I'm attempting to vote and have not already voted in this election (either in person or by mail). I am a resident of this political subdivision, have not been finally convicted of a felony or if a felon, I have completed all of my punishment including any term of incarceration, parole, supervision, period of probation, or I have been pardoned. I have not been determined by a final judgment of a court exercising probate jurisdiction to be totally mentally incapacitated or partially mentally incapacitated without the right to vote. I understand that giving false information under oath is a misdemeanor, and I understand that it is a felony to vote in an election for which I know I am not eligible.

(PARA QUE EL VOTANTE LO LLENE: Estoy inscrito como votante en esta subdivisión política y en el precinto en cual estoy intentando a votar y aun no he votado en esta elección (en persona o por correo). Soy residente de esta subdivisión política, no he sido definitivamente declarado culpable de un delito grave o si soy el autor de un delito grave, he cumplido toda mi condena incluso el período de encarcelamiento, la libertad condicional, la libertad supervisada, la libertad vigilada, o he sido indultado. No me han determinado por un juicio final de una corte de la legalización de un testamento, ser totalmente incapacitado mentalmente o parcialmente incapacitado sin el derecho de votar. Entiendo que dar información falsa bajo juramento es un delito menor y también entiendo que es un delito grave de 2do grado votar en una elección sabiendo que no cumplo con los requisitos necesarios.) (DƯỢC HOÀN TÁT BỞI CỬ TRI: Tôi là cử tri đã ghi danh bỏ phiếu tại phân khu chính trị địa phương này và trong phân khu mà tôi có ý định bỏ phiếu trong cuộc bầu cử này (kế cả đích thân bỏ phiếu hay bỏ phiếu bằng thư). Tôi cư ngụ tại phân khu chính trị địa phương này, tôi hoàn toàn không bị kết trọng tội hoặc nếu là người phạm trọng tội, tôi đã hoàn thành hết mọi hình phạt, bao gồm thời hạn tù, ân xá, quản chế, thời kỳ thử thách, hoặc đã dược tha. Phán quyết cuối cùng của tòa án không công nhận bỏ rằng tôi là người mất hoàn toàn năng lực về mặt tâm thần hay mất một phần năng lực về mặt tâm thần mà không có quyền được bỏ phiếu. Tôi hiểu rằng khai man khi tuyên thệ là bị phạm khinh tội, và tôi hiểu rằng nếu bỏ phiếu trong một cuộc bầu cử mà tôi biết là mình không hợp lệ, tôi sẽ bị coi là phạm trọng tội cấp độ 2.) 由選民填寫：本人為此政治轄區內之合法選民，本人有意圖在此次選舉中投票（親自選舉或郵寄選舉投票）。本人為此政治轄區之居民，從未因犯罪重刑被最終判定有罪，或即使曾犯罪重刑，但所有懲罰，包括監禁、假釋、緩刑、受監督釋放，考驗期或緩刑均已被赦免。本人從未經遺囑驗證法庭裁決完全或部分喪失心智力而無權投票。本人瞭解宣誓後提供不實資料為輕罪，並了解在明知自己不符合資格的情況下在選舉中投票為二級重罪。

| Last Name (Apellido) (Họ) (姓) | First Name (Nombre) (Tên) (名) | Middle Name (if any) (Segundo nombre si tiene) Tên đệm (nếu có) 中間名 (如有) | Former Name (Nombre anterior) (Tên cũ) (曾用名) |
|---|---|---|---|
| BERWICK | ASHLEY | ELIZABETH | |

Residence Address: Street Address and Apartment Number, City, State, and ZIP. If none, describe where you live (Do not include PO Box, Rural Rt. or business address) (Domicilio: calle y número de apartamento, Ciudad, Estado, y Código Postal: A falta de estos datos, describa la localidad de su residencia. (No incluya el apartado de correos, camino rural, ni dirección comercial.)) (Địa Chỉ Cư Trú: Tên dường và số nhà Hộp Thư, Địa Chỉ Dường Làng hoặc Địa Chỉ Thương Mại) (居住地址：街名地址和公寓號、市、州和郵遞區號。如無，請詳細說明居住地點（請勿用郵局信箱號碼、鄉村路線名稱或商號地址）

3106 QUENBY HOUSTON TX 77005

| Mailing Address: City, State and ZIP. If mail cannot be delivered to your residence address. (Dirección postal: Ciudad, Estado y Código Postal, si no es posible entregarle correspondencia en su domicilio). (Địa Chỉ Gửi Thư: Thành Phố, Tiểu Bang, và Mã Bưu Điện. Nếu không thể chuyển thư tới địa chỉ cư ngụ của quý vị.) 郵寄地址：市、州和郵遞區號。如果郵寄無法遞送您的居住地址。 | Gender: (Optional) (Sexo (Optativo) Giới tính:(Không bắt buộc 性別：(可選或不填) (Hombre)(Nam)(男)  (Mujer)( Nữ)(女) | Date of Birth: Month, Day, Year (Fecha de nacimiento: mes, día, año)(Ngày tháng năm sanh: Tháng, Ngày, Năm) 出生日期：月、日、年 |
|---|---|---|
| 1819 MARSHALL #3 HOUSTON 77098 | Male ☐   Female ✓ | 05/11/1988 |

Check appropriate box: Marque el cuadro apropiado: Đánh dấu vào ô thích hợp 在適當方格內打勾:

ARE YOU A UNITED STATES CITIZEN? (¿SOY CIUDADANO/A DE LOS ESTADOS UNIDOS?) (QUÝ VI CÓ PHẢI LÀ CÔNG DÂN HOA KỲ KHÔNG?) 您是美國公民嗎？

☑ Yes  ☐ No
(Sí)( Có)(是) (No)(Không)(否)

TX Driver's License No. or Personal I.D. No. (Issued by TX DPS) Número de su licencia de conducir de Texas o su Cédula de Identidad expedida por el Departamento de Seguridad Pública de Texas. Số Bằng Lái Xe của tiểu bang Texas hoặc số ID cá nhân (do Bộ An Toàn Lao Động tiểu bang Texas)

Social Security No. (last 4 digits required if you do not have a driver's license or I.D. number) Número de Seguro Social (no tiene licencia de conducir ni identificación personal, se requiere los últimos 4 números de su seguro social) Số An Sinh Xã Hội (4 số cuối của số An Sinh Xã Hội cần phải có nếu quý vị không có số bằng lái xe hoặc số ID cá nhân) 社會安全號碼（如果您沒有駕駛執照或個人身份證號碼，請提供社會安全號碼後四位數字）

☐ I have not been issued a TX driver's license/ personal identification number or Social Security Number. (No me han expedido una licencia de conducir de Texas/Cedúla de identidad personal de Texas ni un Número de Seguro Social.) ( Tôi chưa hề được cấp bằng lái xe của Texas/số ID cá nhân hoặc số An Sinh Xã Hội ) 我沒有被簽發德州駕駛執照/個人身份證號碼或社會安全號碼。

Signature of Voter: (Firma del Votante) (Chữ Ký Của Cử Tri) (選民簽名)

X _____

---

### TO BE COMPLETED BY THE ELECTION JUDGE

| Date of Election Fecha de la Elección Ngày Bầu Cử 選舉日期 | Precinct No. where voted  015 Núm. de Precinto-lugar de votación/Phân Khu nơi đã Bầu Cử Số/選區編號. 投票地點 |
|---|---|
| 5 NOV 13 | Precinct No. where registered  015 Núm. de Precinto-inscrito para votar/Phân Khu nơi đã ghi danh số/選區編號. 登記地點 |
| Type of Election Tipo de Elección Hình Thức Bầu Cử 選舉類型 JOINT GEN. | Authority Conducting Election Autoridad Administrando la Elección Cơ Quan Thẩm Quyền Tiến Hành Bầu Cử 主持選舉機構 HARRIS COUNTY |

BALLOT CODE: 2 4 3 7 2 8 9 1 5

(Write in the Ballot Code, it is found on the Provisional Ballot Stub above the voter's signature area. The Provisional Ballot Stub is generated from the JBC.)

### VOTER PRESENTED ACCEPTABLE FORM OF IDENTIFICATION

☐ YES  ☒ NO

1. ✗ Failed to present acceptable form of identification or voter certificate with exemption.

2. ____ Voter not on list of registered voters.

3. ____ Voter not on list, registered in another precinct.

4. ____ Voter on list of people who voted early by mail, and voter has not cancelled mail ballot application.

5. ____ Voting after 7:00 P.M. due to court order.

---

| Home PCT | County Clerk Use ONLY | PCT |
|---|---|---|
| 0015 | | 0015-13 |
| CERT/VUID  60427242 | Voter Registrar Use ONLY | PCT  15 |

### TO BE COMPLETED BY THE COUNTY VOTER REGISTRAR FOR STATUS:

I, the voter registrar/deputy registrar, did research the records of my office and the following conclusion(s) was made:

#### FOR VOTERS WHO DID NOT PRESENT ACCEPTABLE PHOTO IDENTIFICATION AT THE POLLING PLACE

1. ____ Voter presented acceptable form of identification within 6 days of election day.

2. ____ Voter met disability exemption within 6 days of election day.

3. ____ Voter executed religious objection affidavit within 6 days of election day.

4. ____ Voter executed natural disaster affidavit within 6 days of election day.

5. ✓ Voter did not satisfy identification or affidavit requirements, listed in categories 1-4 above, within 6 days of election day.

#### FOR VOTERS WHO VOTED PROVISIONALLY FOR OTHER REASONS

6. ____ Not a registered voter or registration not effective in time for this election.

7. ____ Registered to vote, erroneously listed in wrong precinct.

8. ____ Registered to vote in a different precinct within the county.

9. ____ Information on file indicating applicant completed a voter registration

PR



## Affidavit of Provisional Voter
Declaración Jurada de Votante Provisional / Bản Chứng Thệ Của Cử Tri Tạm Thời / 臨時選民具結書

TO BE COMPLETED BY VOTER: I am a registered voter of this political subdivision and in the precinct in which I'm attempting to vote and have not already voted in this election (either in person or by mail). I am a resident of this political subdivision, have not been finally convicted of a felony or if a felon, I have completed all of my punishment including any term of incarceration, parole, supervision, period of probation, or I have not been determined by a final judgment of a court exercising probate jurisdiction to be totally mentally incapacitated or partially mentally incapacitated ... oath ... is a misdemeanor, and I understand that it is a felony of the 2nd degree to vote in an election for which I know I am not eligible.

(PARA QUE EL VOTANTE LO LLENE: Estoy inscrito como votante en esta subdivisión política y en el precinto en cual estoy intentando a votar y... esta subdivisión política, no he sido definitivamente declarado culpable de un delito grave o si soy el autor de un delito grave, he cumplido toda mi condena... supervisada, la libertad vigilada, o he sido indultado. No me han determinado por un juicio final de una corte de la legalización de un testamento, ser totalmente... votar. Entiendo que dar información falsa bajo juramento es un delito menor y también entiendo que es un delito grave de 2do grado votar en una elecci... BỞI CỬ TRI: Tôi là cử tri đã ghi danh bỏ phiếu tại phân khu chính trị địa phương này và trong phân khu mà tôi cố ý định bỏ phiếu và chưa bỏ phiếu tr... ngụ tại phân khu chính trị địa phương này, tôi hoàn toàn không bị kết trọng tội hoặc nếu là người phạm trọng tội, tôi đã hoàn thành hết mọi hình phạt, b... quyết cuối cùng của tòa án không bị tuyên bố rằng tôi là người mất hoàn toàn năng lực về mặt tâm thần hay mất một phần năng lực để tôi có quyền được b... rằng nếu bỏ phiếu trong một cuộc bầu cử mà tôi biết là mình không hội đủ điều kiện, tôi sẽ bị coi là phạm trọng tội cấp độ 2.) 由選民填寫：本人為此政... 投票)，本人為此政治轄區之居民，從未被定以刑罪而被最終定罪，或即使曾犯有刑罪，但所有懲罰，包括監禁、假釋、監約均已接受完畢或已被赦免，本人從未被...
失能力而無法投票... 本人明瞭宣誓提供不實資料為輕罪，並了解在明知自己不符合資格的情形下於有關...的選舉中投票為二級重罪。

| Last Name (Apellido) (Họ) (姓) | First Name (Nombre) (Tên) (名) | Middle Name (if any) (Segundo nombre (si tiene) Tên đệm (nếu có) 中間名 (若有) | Former Name (Name anterior) (Tên củ) (曾用名) |
|---|---|---|---|
| FRIEDMAN | WILMA | BOLTON | |

**Provisional**
FRIEDMAN, WILMA BOLTON
9523 BAYOU BROOK ST
HOUSTON, TX 77063
DOB: 05/10/1936
BS: 39-N~P

Residence Address: Street Address and Apartment Number, City, State, and ZIP. If none, describe where you live (Do not include PO Box, Rural Rt. or business address) (Domicilio: calle y número de apartamento, Ciudad, Estado, y Código Postal. A falta de estos datos, describa la localidad de su residencia. (No incluya el apartado de correos, camino rural, ni dirección comercial.)) (Địa chỉ cư trú: Tên đường và số Phòng, Thành Phố, Tiểu Bang, và Mã Bưu Điện. Nếu không có, xin diễn tả nơi quý vị cư ngụ (Không được để địa chỉ Hộp Thư, Địa Chỉ Đường Làng hoặc Địa Chỉ Thương Mại) 居住地址： 街名地址和公寓號、市、州和郵寄區號。如果沒有，請詳細說明居住地點（請勿用郵局信箱號碼，鄉村路線或商業地址）

9523 Bayoubrook St, Houston Tx 77063

| Mailing Address: City, State, and ZIP. If mail cannot be delivered to your residence address. (Dirección postal: Ciudad, Estado y Código Postal, si no es posible entregarle correspondencia en su domicilio). (Địa Chỉ Gửi Thư: Thành Phố, Tiểu Bang, và Mã Bưu Điện. Nếu không thể chuyển thư tới địa chỉ cư ngụ của quý vị ) 郵寄地址：市、州和郵寄區號。如果郵寄無法送達您的居住地址 | Gender: (Optional) (Sexo (Optativo)) Giới tính:(Không bắt buộc 性別： (可填或不填) | Date of Birth: Month, Day, Year (Fecha de nacimiento: mes, día, año)(Ngày tháng năm sanh: Tháng, Ngày, Năm) 出生日期：月、日、年 |
|---|---|---|
| | Male ☐  Female ☒<br>(Hombre)(Nam)(男)  (Mujer)(Nữ)(女) | 05/10/1936 |

| Check appropriate box: Marque el cuadro apropiado: Đánh dấu vào ô thích hợp 在適當方格內劃勾： | TX Driver's License No. or Personal I.D. No. (Issued by TX DPS) Número de su licencia de conducir de Texas o de su Cédula de identidad expedida por el Departamento de Seguridad Publica de Texas: Số Bằng Lái Xe của tiểu bang Texas hoặc số ID cá nhân (do Bộ An Toàn Lao Động tiểu bang Texas | Social Security No. (last 4 digits required if you do not have a driver's license or I.D. number) Número de Seguro Social. (Si no tiene licencia de conducir ni identificación personal, se requiere los últimos 4 números de su seguro social) Số An Sinh Xã Hội (4 số cuối của số An Sinh Xã Hội cần phải có nếu quý vị không có số Bằng lái xe hoặc số ID cá nhân) 社會安全號碼（如果您沒有駕駛執照或個人身份證號碼，請提供社安卡最後 |
|---|---|---|
| ARE YOU A UNITED STATES CITIZEN? (¿SOY CIUDADANO/A DE LOS ESTADOS UNIDOS?) (QUÝ VỊ CÓ PHẢI LÀ CÔNG DÂN HOA KỲ KHÔNG?) 您是美國公民嗎？<br><br>☒ Yes  ☐ No<br>(Si)( Có)(是)  (No)(Không)(否) | ☐ I have not been issued a TX driver's license/ personal identification number or Social Security Number. (No me han expedido una licencia de conducir de Texas/Cédula de identidad personal de Texas ni un Número de Seguro Social.) ( Tôi chưa hề được cấp bằng lái xe của Texas/số ID cá nhân hoặc số An Sinh Xã Hội.) 我沒有 TX 駕駛執照號碼/個人身份證號碼或社會安全號碼。 | Signature of Voter: (Firma del Votante ) (Chữ ký của Cử tri)(選民簽署)<br><br>X _(signature)_ |

## TO BE COMPLETED BY THE ELECTION JUDGE

| Date of Election Fecha de la Elección Ngày Bầu Cử 選舉日期 | Precinct No. where voted 137T<br>Núm. de Precinto-lugar de votación/Phần Khu nơi đã Bầu Cử Số/選區編號. 投票地點 | Home PCT | County Clerk Use ONLY | PCT |
|---|---|---|---|---|
| 11/05/13 | Precinct No. where registered 130<br>Núm. de Precinto-inscrito para votar/Phần Khu nơi đã ghi danh số/選區編號. 登記地點 | SRD 13TT | | 0130-39 |
| Type of Election Tipo de Elección Hình Thức Bầu Cử 選舉類型 | Authority Conducting Election Autoridad Administrando la Elección Cơ Quan Thẩm Quyền Tiến Hành Bầu Cử 主持選務機構 | CERT/VUID 28071892 | Voter Registrar Use ONLY | PCT 0130 |
| JOINT | Harris Co. | | | |

**BALLOT CODE:** 19014559

(Write in the Ballot Code, it is found on the Provisional Ballot Stub above the voter's signature area. The Provisional Ballot Stub is generated from the JBC.)

### VOTER PRESENTED ACCEPTABLE FORM OF IDENTIFICATION

☐ YES   ☒ NO  expired TX DL 28071892

1. X   Failed to present acceptable form of identification or voter certificate with exemption.

2. ___  Voter not on list of registered voters.

3. ___  Voter not on list, registered in another precinct.

4. ___  Voter on list of people who voted early by mail, and voter has not cancelled mail ballot application.

5. ___  Voting after 7:00 P.M. due to court order.

**TO BE COMPLETED BY THE COUNTY VOTER REGISTRAR FOR VOTERS:**

I, the voter registrar/deputy registrar, did research the records of my office and the following conclusion(s) was made:

*FOR VOTERS WHO DID NOT PRESENT ACCEPTABLE PHOTO IDENTIFICATION AT THE POLLING PLACE*

1. ___  Voter presented acceptable form of identification within 6 days of election day.

2. ___  Voter met disability exemption within 6 days of election day.

3. ___  Voter executed religious objection affidavit within 6 days of election day.

4. ___  Voter executed national disaster affidavit within 6 days of election day.

5. ✓   Voter did not satisfy identification or affidavit requirements, listed in categories 1-4 above, within 6 days of election day.

*FOR VOTERS WHO VOTED PROVISIONALLY FOR OTHER REASONS*

6. ___  Not a registered voter or registration not effective in time for this election.

7. ___  Registered to vote, erroneously listed in wrong precinct.

8. ___  Registered to vote in a different precinct within the county.

9. ___  Information on file indicating applicant completed a voter registration



# Affidavit of Provisional Voter

Declaración Jurada de Votante Provisional / Bản Chứng Thệ Của Cử Tri Tạm Thời / 臨時選民具結書

310728077

**TO BE COMPLETED BY VOTER:** I am a registered voter of this political subdivision and in the precinct in which I'm attempting to vote and have not already voted in this election (either in person or by mail). I am a resident of this political subdivision, have not been finally convicted of a felony or if a felony, I have completed all of my punishment including any term of incarceration, parole, supervision, period of probation, or I have been pardoned. I have not been determined by a final judgment of a court exercising probate jurisdiction to be totally mentally incapacitated or partially mentally incapacia is a misdemeanor, and I understand that it is a felony of the 2nd degree to vote in an election for which I know I am not eligible.

(PARA QUE EL VOTANTE LO LLENE: Estoy inscrito como votante en esta subdivisión política y en el precinto en cual estoy intentando a votar esta subdivisión política, no he sido definitivamente declarado culpable de un delito grave o si soy el autor de un delito grave, he cumplido todo mi c supervisada, la libertad vigilada, o he sido indultado. No me han determinado por un juicio final de una corte de la legalización de un testamento, so votar. Entiendo que dar información falsa bajo juramento es un delito menor y también entiendo que es un delito grave de 2do grado votar en una el BỞI CỬ TRI: Tôi là cử tri đã ghi danh bỏ phiếu tại phân khu chính trị địa phương này và trong phân khu mà tôi cố ý định bỏ phiếu và chưa bỏ phiếu ngụ tại phân khu chính trị địa phương này, tôi hoàn toàn không bị kết án trọng tội, hoặc nếu là người phạm trọng tội, tôi đã hoàn thành hết mọi hình phạt quyết cuối cùng của tòa án không tuyên bố rằng tôi là người mất hoàn toàn năng lực về mặt tâm thần hay mất một phần năng lực về tâm thần. Tôi hiểu rằng nếu bỏ phiếu trong một cuộc bầu cử mà tôi biết là mình không hội đủ điều kiện, tôi sẽ bị coi là phạm trọng tội cấp độ 2.)

(投票人；本人為此政治轄區之選民，亦未於此轄區所欲投票之選區投票，或節節者犯有重罪、假釋、監管、緩刑期已經完畢或獲得赦免。本人從未經由驗證遺囑法庭最終裁定精神完全或部份喪失，而是為可被剝奪資格。本人明瞭宣誓後提供不實資料為輕罪、並了解於明知自己已不符合投票資格的選舉中投票為二級重罪。)

Provisional<br>
SMITH, DANNY CRAIG<br>
9611 S HANWORTH DR<br>
HOUSTON, TX 77031<br>
DOB: 12/24/1955<br>
BS: 15-N~P

| Last Name (Apellido) (Họ) (姓) | First Name (Nombre) (Tên) (名) | Middle Name (if any) (Segundo nombre (si tiene) Tên đệm (nếu có) 中間名 (若有) | Former Name (Nombre anterior) (Tên cũ) (曾用名) |
|---|---|---|---|
| Smith | Danny | Craig | |

**Residence Address:** Street Address and Apartment Number, City, State, and ZIP. If none, describe where you live (Do not include PO Box, Rural Rt. or business address) (Domicilio: calle y número de apartamento, Ciudad, Estado, y Código Postal: A falta de estos datos, describa la localidad de su residencia. No incluya el apartado de correos, camino rural, ni dirección comercial.) (Địa chỉ cư trú: Tên đường và số Phòng, Thành Phố, Tiểu Bang, và Mã Bưu Điện. Nếu không có, xin điền tả nơi quý vị cư ngụ (Không được để địa chỉ Hộp Thư, Địa Chỉ Đường Làng hoặc Địa Chỉ Thương Mại) 居住地址：街名地址和公寓號、市、州和郵寄區號。如果沒有，請詳細說明居住地址（請勿用郵局信箱號碼、郊外路線或商業地址）

9611 S. Hanworth   Houston   77031

| Mailing Address: City, State, and ZIP. If mail cannot be delivered to your residence address. (Dirección postal: Ciudad, Estado y Código Postal. Si no es posible entregarle correspondencia en su domicilio). (Địa Chỉ Gửi Thư: Thành Phố, Tiểu Bang, và Mã Bưu Điện. Nếu không thể chuyển thư tới địa chỉ cư ngụ của quý vị.) 郵寄地址：市、州和郵區號。如果郵寄無法送達您的居住地址。 | Gender: (Optional) (Sexo (Optativo) Giới tính:(Không bắt buộc) 性別：(可填寫不填) | Date of Birth: Month, Day, Year (Fecha de nacimiento: mes, día, año)(Ngày tháng năm sanh: Tháng, Ngày, Năm) 出生日期：月・日・年 |
|---|---|---|
| 9611 S. Hanworth   Hou. TX   77031 | Male ☑   Female ☐  (Hombre)(Nam)(男)   (Mujer)( Nữ)(女) | 12 / 24 / 55 |

**Check appropriate box:** Marque el cuadro apropiado: Đánh dấu vào ô thích hợp 在適當方格內劃勾：

ARE YOU A UNITED STATES CITIZEN? (¿SOY CIUDADANO/A DE LOS ESTADOS UNIDOS?) (QUÝ VỊ CÓ PHẢI LÀ CÔNG DÂN HOA KÝ KHÔNG?) 您是美國公民嗎？

☑ Yes   ☐ No
(Sí)( Có)(是)   (No)(Không)(否)

| TX Driver's License No. or Personal I.D. No. (Issued by TX DPS) Número de su licencia de conducir de Texas o de su Cédula de identidad expedida por el Departamento de Seguridad Publica de Texas. Số Bằng Lái Xe của tiểu bang Texas hoặc số ID cá nhân (do Bộ An Toàn Lao Động tiểu bang Texas | Social Security No. (last 4 digits required if you do not have a driver's license or I.D. number) Número de su seguro social) Số An Sinh Xã Hội (4 số cuối của số An Sinh Xã Hội cần phải có nếu quý vị không có số bằng lái xe hoặc số ID cá nhân) 社會安全號碼（如果您沒有駕駛執照或個人身份證號碼，則提供社安卡最後 |
|---|---|

☑ I have not been issued a TX driver's license/ personal identification number or Social Security Number. (No me han expedido una licencia de conducir de Texas/Cedula de identidad personal de Texas ni un número de Seguro Social.) (Tôi chưa hề được cấp bằng lái xe của Texas/Số ID cá nhân hoặc số An Sinh Xã Hội.) 我沒有 TX 駕駛執照號碼/個人身份證號碼或社會安全號碼。

**Signature of Voter:** (Firma del Votante /) (chữ ký của cử tri) (選民簽名)

X _Danny C Smith_

## TO BE COMPLETED BY THE ELECTION JUDGE

**Date of Election** Fecha de la Elección Ngày Bầu Cử 選舉日期

11/05/13

Precinct No. where voted   137 T
Núm. de Precinto-lugar de votación/Phần Khu nơi đã Bầu Cử Số/選區編號 · 投票地點

Precinct No. where registered   0462-15
Núm. de Precinto-inscrito para votar/Phần Khu nơi đã ghi danh số/選區編號 · 登記地點

**Type of Election** Tipo de Elección Hình Thức Bầu Cử 選舉類型

JOINT   HARRIS CO.

**Authority Conducting Election** Autoridad Administrando la Elección Cơ Quan Thẩm Quyền Tổ Hành Bầu Cử 主持選舉機構

## BALLOT CODE: 19145386

(Write in the Ballot Code, it is found on the Provisional Ballot Stub above the voter's signature area. The Provisional Ballot Stub is generated from the JBC.)

| Home PCT | County Clerk Use ONLY | | PCT |
|---|---|---|---|
| | SRD 137T | | 0462-15 |
| CERT/VUID | | Voter Registrar Use ONLY | PCT |
| 34975482 | | | 0462 |

## VOTER PRESENTED ACCEPTABLE FORM OF IDENTIFICATION

☐ YES   ☑ NO

1. ☒ Failed to present acceptable form of identification or voter certificate with exemption.   TXDL expired

2. ☐ Voter not on list of registered voters.

3. ☐ Voter on list, registered in another precinct.

4. ☐ Voter on list of people who voted early by mail, and voter has not cancelled mail ballot application.

5. ☐ Voting after 7:00 P.M. due to court order.

## TO BE COMPLETED BY THE COUNTY VOTER REGISTRAR FOR STATUS:

I, the voter registrar/deputy registrar, did research the records of my office and the following conclusion(s) was made:

### FOR VOTERS WHO DID NOT PRESENT ACCEPTABLE PHOTO IDENTIFICATION AT THE POLLING PLACE

1. ____ Voter presented acceptable form of identification within 6 days of election day.

2. ____ Voter met disability exemption within 6 days of election day.

3. ____ Voter executed religious objection affidavit within 6 days of election day.

4. ____ Voter executed natural disaster affidavit within 6 days of election day.

5. ☑ Voter did not satisfy identification or affidavit requirements, listed in categories 1-4 above, within 6 days of election day.

### FOR VOTERS WHO VOTED PROVISIONALLY FOR OTHER REASONS

6. ____ Not a registered voter or registration not effective in time for this election.

7. ____ Registered to vote, erroneously listed in wrong precinct.

8. ____ Registered to vote in a different precinct within the county.

9. ____ Information on file indicating applicant completed a voter registration

310730019

## Affidavit of Provisional Voter
### Declaración Jurada de Votante Provisional / Bản Chứng Thệ Của Cử Tri Tạm Thời / 臨時選民具結書

TO BE COMPLETED BY VOTER: I am a registered voter of this political subdivision and in the precinct in which I'm attempting to vote and have not already voted in this election (either in person or by mail). I am a resident of this political subdivision, have not been finally convicted of a felony or if a felon, I have completed all of my punishment including any term of incarceration, parole, supervision, period of probation, or I have been pardoned. I have not been determined by a final judgment of a court exercising probate jurisdiction to be totally mentally incapacitated or partially mentally incapacitated without the right to vote. I understand that giving false information under oath is a misdemeanor, and I understand that it is a felony of the 2nd degree to vote in an election for which I know I am not eligible.

(PARA QUE EL VOTANTE LO LLENE: Estoy inscrito como votante en esta subdivisión política y en el precinto en cual estay intentando a votar y aun no he votado en esta elección (en persona o por correo). Soy residente de esta subdivisión política, no he sido definitivamente declarado culpable de un delito grave o si soy el autor de un delito grave, he cumplido toda mi condena incluso el periodo de encarcelamiento, la libertad condicional, la libertad supervisada, la libertad vigilada, o he sido indultado. No me han determinado por un juicio final de una corte de la legalización de un testamento, ser totalmente incapacitado mentalmente o parcialmente incapacitado sin el derecho de votar. Entiendo que dar información falsa bajo juramento es un delito menor y también entiendo que es un delito grave de 2do grado votar en una elección sabiendo que no cumplo con los requisitos necesarios.) (DƯỢC HOÀN TẤT BỞI CỬ TRI: Tôi là cử tri đã ghi danh bỏ phiếu khu chính trị địa phương này và trong phần khu mà tôi cố ý định bỏ phiếu và chưa từng bỏ phiếu trong cuộc bầu cử này (kể cả đích thân bỏ phiếu hay bỏ phiếu bằng thư). Tôi cư ngụ tại phần khu chính trị địa phương này, tôi luôn luôn không bị kết trọng tội hoặc nếu là người phạm trọng tội, tôi đã hoàn thành bổ mãn hình phạt, bao gồm thời hạn tù, án treo, quản chế, thời kỳ thử thách, hoặc đã được tha. Phần quyết cuối cùng của tòa án không tuyên bố rằng tôi là người mất hoàn toàn năng lực về mặt tâm thần hay mất một phần năng lực về tội có quyền được bỏ phiếu. Tôi hiểu rằng khai man khi tuyên thệ là phạm khinh tội, và tôi hiểu rằng nếu bỏ phiếu trong một cuộc bầu cử mà tôi biết là mình không hợp hội đủ điều kiện, tôi sẽ bị coi là phạm trọng tội cấp độ 2.) 由選民填寫: 本人為此政治轄區之合法選民. 本人有意欲投此次選舉中投票(親自或郵寄投票). 本人為此政治轄區之居民. 從未因犯有嚴重罪刑被裁決定罪. 或即使曾犯重罪, 但所有懲罰, 囚禁, 看管, 緩刑均已接受完畢或已被赦免. 本人從未被遺囑檢證法庭最終判定完全或部份因精神無能力而喪失投票權利. 本人明白宣誓提供假資訊為輕罪, 並了解在明知自己不符合資格的情況下在選舉中投票為二級重罪.

| Last Name (Apellido) (Họ) (姓) | First Name (Nombre) (Tên) (名) | Middle Name (if any) (Segundo nombre (si tiene) Tên đệm (nếu có) 中間名 (若有) | Former Name (Nombre anterior) (Tên cũ) (曾用名) |
|---|---|---|---|
| FORD | JERRY | LaVella | |

Residence Address: Street Address and Apartment Number, City, State, and ZIP. If none, describe where you live (Do not include PO Box, Rural Rt. or business address) (Domicilio: calle y número de apartamento, Ciudad, Estado, y Código Postal. A falta de estos datos, describa la localidad de su residencia. (No incluya el apartado de correos, camino rural, ni dirección comercial.)) (Dịa chỉ cư trú: Tên đường và số Phòng, Thành Phố, Tiểu Bang, và Mã Bưu Diện. Nếu không có, xin diễn tả nơi quý vị cư ngụ (Không được để địa chỉ Hộp Thư, Dịa Chỉ Dường Làng hoặc Dịa Chỉ Thương Mại) 居住地址: 街名地址和公寓號, 市, 州和郵寄區號. 如果沒有, 請詳細說明居住地點(請勿用郵局信箱號碼, 鄉外路線名稱或商號地址)

7715 HIAWATHA, HOUSTON, TX 77036

| Mailing Address: City, State, and ZIP. If mail cannot be delivered to your residence address. (Dirección postal: Ciudad, Estado y Código Postal. si no es posible entregarle correspondencia en su domicilio.) (Dịa Chỉ Gửi Thư: Thành Phố, Tiểu Bang, và Mã Bưu Diện. Nếu không thể chuyển thư tới dịa chỉ cư ngụ của quý vị.) 郵寄地址: 市, 州和郵遞區號. 如果郵寄無法送達您的居所地址 | Gender: (Optional) (Sexo (Optativo)) Giới tính:(Không bắt buộc 性別: (可選擇/不填) | Date of Birth: Month, Day, Year (Fecha de nacimiento: mes, día, año)(Ngày tháng năm sanh: Tháng, Ngày, Năm)出生日期:月日年 |
|---|---|---|
| same | Male ☑ Female ☐ (Hombre)(Nam)(男) (Mujer)(Nữ)(女) | 11 19 1943 |

| Check appropriate box: Marque el cuadro apropiado: Dình dấu vào ô thích hợp 在適當方格內劃勾 ARE YOU A UNITED STATES CITIZEN? (¿SOY CIUDADANO/A DE LOS ESTADOS UNIDOS?) (QUÝ VỊ CÓ PHẢI LÀ CÔNG DÂN HOA KỲ KHÔNG)?您是美國公民嗎? ☐Yes ☐No (Sí)( Có)(是) (No)(Không)(否) | TX Driver's License No. or Personal I.D. No. (Issued by TX DPS) Número de su licencia de conducir de Texas o de su Cédula de identidad expedida por el Departamento de Seguridad Publica de Texas) Số Bằng Lái Xe của tiểu bang Texas hoặc số ID cá nhân (do Bộ An Toàn Lao Động tiểu bang Texas德州交通安全局發給的德州駕駛執照號碼或個人身份證號碼) | Social Security No. (last 4 digits required if you do not have a driver's license or I.D. number) Número de Seguro Social. (Si no tiene licencia de conducir ni identificación personal, se requiere los últimos 4 números de su seguro social) Số An Sinh Xã Hội (4 số cuối của số An Sinh Xã Hội cần phải có nếu quý vị không có số bằng lái xe hoặc số ID cá nhân) 社會安全號碼 (如果您沒有駕駛執照號碼或個人身份證號碼, 須提供社安卡最後四個數字) |
|---|---|---|
| | ☐ I have not been issued a TX driver's license/personal identification number or Social Security Number. (No me han expedido una licencia de conducir de Texas/Cedula de identidad personal de Texas ni un Número de Seguro Social.) (Tôi chưa hề được cấp bằng lái xe của Texas/số ID cá nhân hoặc số An Sinh Xã Hội.) 我沒有獲發德州駕駛執照號碼/個人身份證號碼或社安號碼. | Signature of Voter (Firma del votante) (Chữ Ký của cử tri) (選民簽名) X [signature] |

## TO BE COMPLETED BY THE ELECTION JUDGE

| Date of Election Fecha de la Elección Ngày Bầu Cử 選舉日期 11/5/2013 | Precinct No. where voted 0297 Núm. de Precinto-lugar de votación/Phần Khu nơi đã Bầu Cử số/選區編號. 投票地點 | Home PCT 0297 | County Clerk Use ONLY | PCT 0297-74 |
|---|---|---|---|---|
| | Precinct No. where registered 0297 Núm. de Precinto-inscrito para votar/Phần Khu nơi đã ghi danh số/選區編號. 登記地點 | CERT/VUID M143753 | Voter Registrar Use ONLY | PCT 0297 |
| Type of Election Tipo de Elección Hình Thức Bầu Cử 選舉類型 JOINT | Authority Conducting Election Autoridad Administrando la Elección Cơ Quan Thẩm Quyền Tiến Hành Bầu Cử 主持選舉機構 HARRIS COUNTY CLERK | | | |

BALLOT CODE: 9 0 2 4 7 6 7 5
(Write in the Ballot Code, it is found on the Provisional Ballot Stub above the voter's signature area. The Provisional Ballot Stub is generated from the JBC.)

### VOTER PRESENTED ACCEPTABLE FORM OF IDENTIFICATION

☐ YES    ☐ NO

1. ____ Failed to present acceptable form of identification or voter certificate with exemption.

2. ____ Voter not on list of registered voters.

3. ____ Voter not on list, registered in another precinct.

4. ____ Voter on list of people who voted early by mail, and voter has not cancelled ballot application.

5. ____ Voting after 7:00 P.M. due to court order.

### TO BE COMPLETED BY THE COUNTY VOTER REGISTRAR FOR STATUS:

I, the voter registrar/deputy registrar, did research the records of my office and the following conclusion(s) was made:

#### FOR VOTERS WHO DID NOT PRESENT ACCEPTABLE PHOTO IDENTIFICATION AT THE POLLING PLACE

1. ____ Voter presented acceptable form of identification within 6 days of election day.

2. ____ Voter met disability exemption within 6 days of election day.

3. ____ Voter executed religious objection affidavit within 6 days of election day.

4. ____ Voter executed natural disaster affidavit within 6 days of election day.

5. ✓ Voter did not satisfy identification or affidavit requirements, listed in categories 1-4 above, within 6 days of election day.

#### FOR VOTERS WHO VOTED PROVISIONALLY FOR OTHER REASONS

6. ____ Not a registered voter or registration not effective in time for this election.

7. ____ Registered to vote, erroneously listed in wrong precinct.

8. ____ Registered to vote in a different precinct within the county.

9. ____ Information on file indicating applicant completed a voter registration

ME



# Affidavit of Provisional Voter

Declaración Jurada de Votante Provisional / Bản Chứng Thệ Của Cử Tri Tạm Thời / 臨時選民具結書

TO BE COMPLETED BY VOTER: I am a registered voter of this political subdivision and in the precinct in which I'm attempting to vote and have not already voted in this election (either in person or by mail). I am a resident of this political subdivision, have not been finally convicted of a felony or if a felon, I have completed all of my punishment including any term of incarceration, parole, supervision, period of probation, or I have been pardoned. I have not been determined by a final judgment of a court exercising probate jurisdiction to be totally mentally incapacitated or partially mentally incapacitated without the right to vote. I understand that giving false information under oath is a misdemeanor, and I understand that it is a felony of the 2nd degree to vote in an election for which I know I am not eligible.

(PARA QUE EL VOTANTE LO LLENE: Estoy inscrito como votante en esta subdivisión política y en el precinto en cual estoy intentando a votar y aun no he votado en esta elección (en persona o por correo). Soy residente de esta subdivisión política, no he sido definitivamente declarado culpable de un delito grave o si soy el autor de un delito grave, he cumplido todo mi condena incluso el periodo de encarcelamiento, la libertad condicional, la libertad supervisada, la libertad vigilada, o he sido indultado. No me han determinado por un juicio final de una corte de la legislación de un testamento, ser totalmente incapacitado mentalmente o parcialmente incapacitado sin el derecho de votar. Entiendo que dar información falsa bajo juramento es un delito menor y también entiendo que es un delito grave de 2do grado votar en una elección sabiendo que no cumplo con los requisitos necesarios.) (ĐƯỢC HOÀN TẤT BỞI CỬ TRI: Tôi là cử tri đã ghi danh bỏ phiếu tại phân khu chính trị này và trong phân khu mà tôi cố ý định bỏ phiếu và chưa bỏ phiếu trong cuộc bầu cử này (kể cả dích thân bỏ phiếu hay bỏ phiếu bằng thư). Tôi cư ngụ tại phân khu chính trị địa phương này, tôi hoàn toàn không bị kết trọng tội hoặc nếu là người phạm trọng tội, tôi đã hoàn thành hết mọi hình phạt, bao gồm thời hạn tù, ân treo, quản chế, thời kỳ thử thách, hoặc đã được tha. Phân quyết cuối cùng của tòa án không tuyên bố rằng tôi là người mất hoàn toàn năng lực về mặt tâm thần hay mất một phần năng lực để tôi có quyền được bỏ phiếu. Tôi hiểu rằng khai man khi tuyên thệ sẽ bị phạm khinh tội, và tôi hiểu rằng nếu bỏ phiếu trong một cuộc bầu cử mà tôi biết là mình không hợp lệ để bỏ phiếu thì sẽ bị coi là phạm trọng tội cấp 2.) 由選民填寫: 本人為該政治分區之合法選民，本人有意圖且尚未在此次選舉中投票 (親自投票或郵寄投票)，本人為此政治區之居民，從未被最終判決為犯重罪之人，或則便會犯重罪，但已監禁、假釋、監管、提刑地已接受完畢或已被赦免。本人從未被證明為法庭最終裁定因精神完全或部分喪失失能力而無權投票。本人明瞭宣誓提供偽資料為輕罪，並了解在明知自己不符合資格的情況下在選舉中投票為二級犯罪。

| Last Name (Apellido) (Họ) (姓) | First Name (Nombre) (Tên) (名) | Middle Name (if any) (Segundo nombre [si tiene] Tên đệm [nếu có] 中間名 (若有) | Former Name (Nombre anterior) (Tên cũ) (曾用名) |
|---|---|---|---|
| Duharte | Francisco | Eduardo | |

Residence Address: Street and Apartment Number, City, State, and ZIP. If none, describe where you live (Do not include PO Box, Rural Rt. or business address) (Domicilio: calle y número de apartamento, Ciudad, Estado, y Código Postal. A falta de estos datos, describa la localidad de su residencia. No incluya el apartado de correos, camino rural, ni dirección comercial.) (Địa chỉ cư trú: Tên đường và số Phòng, Thành Phố, Tiểu Bang, và Mã Bưu Điện. Nếu không có, xin diễn tả nơi quý vị cư ngụ (Không được để địa chỉ Hộp Thư, Địa Chỉ Đường Làng hoặc Địa Chỉ Thương Mại) 居住地址: 街道地和公寓號碼，市，州和郵政編號。如無此資料，請詳細說明居住地點 (請勿用郵局信箱號碼、鄰外路線名稱或商號地址)

8277 Wednesbury Ln Hou TX 77074

| Mailing Address: City, State, and ZIP. If mail cannot be delivered to your residence address. (Dirección postal: Ciudad, Estado y Código Postal, si no es posible entregarle correspondencia en su domicilio.) (Địa Chỉ Gửi Thư: Thành Phố, Tiểu Bang, và Mã Bưu Điện. Nếu không thể chuyển thư tới địa chỉ cư ngụ của quý vị.) 郵寄地址: 市、州和郵遞區號。如果郵寄無法送送您的居住地址。 | Gender: (Optional) (Sexo (Optativo) Giới tính:(Không bắt buộc) 性別: (可填或不填) | Date of Birth: Month, Day, Year (Fecha de nacimiento: mes, día, año)(Ngày tháng năm sanh: Tháng, Ngày, Năm) 出生日期: 月、日、年 |
|---|---|---|
| 8277 Wednesbury Ln Houston TX 77074 | Male ☒  Female ☐ (Hombre)(Nam)(男)   (Mujer)( Nữ)(女) | 04/03/1982 |

| Check appropriate box: Marque el cuadro apropiado: Đánh dấu vào ô thích hợp 在適當方格內打勾: | TX Driver's License No. or Personal I.D. No. (issued by TX DPS) Número de su licencia de conducir de Texas o de su Cédula de Identidad expedida por el Departamento de Seguridad Publica de Texas)  Số Bằng Lái Xe của tiểu bang Texas hoặc số ID cá nhân (do Bộ An Toàn Lao Động tiểu bang Texas | Social Security No. (last 4 digits required if you do not have a driver's license or I.D. number)  Número de Seguro Social. (Si no tiene licencia de conducir ni identificación personal, se requiere los últimos 4 números de su seguro social)  Số An Sinh Xã Hội (4 số cuối của số An Sinh Xã Hội cần phải có nếu quý vị không có số Bằng lái xe hoặc số ID cá nhân)  社會安全號碼 (如果您沒有駕駛執照或個人身份證號碼，則提供社安卡十位後) |
|---|---|---|
| ARE YOU A UNITED STATES CITIZEN? (¿SOY CIUDADANO/A DE LOS ESTADOS UNIDOS?) (QUÝ VỊ CÓ PHẢI LÀ CÔNG DÂN HOA KỲ KHÔNG?) 您是美國公民嗎? ☒ Yes ☐ No (Sí)( Có)(是)   (No)(Không)(否) | ☐ I have not been issued a TX driver's license/personal identification number or Social Security Number. (No me han expedido una licencia de conducir de Texas/Cédula de identidad personal de Texas ni un Número de Seguro Social.) (Tôi chưa hề được cấp bằng lái xe của Texas/số ID cá nhân hoặc số An Sinh Xã Hội.) 我沒有被發給德州駕駛執照號碼/個人身份證號或社會安全號碼。 | Signature of Voter (Firma de Votante) (Chữ ký của cử tri) (選民簽名) |

## TO BE COMPLETED BY THE ELECTION JUDGE

| Date of Election Fecha de la Elección Ngày Bầu Cử 選舉日期 | Precinct No. where voted 284 Núm. de Precinto-lugar de votación/Phân Khu nơi đã Bầu Cử Số/選區編號. 投票地點 | Home PCT 0284 | County Clerk Use ONLY 0284-80 | PCT |
|---|---|---|---|---|
| 11-5-13 | Precinct No. where registered 284 Núm. de Precinto-inscrito para votar/Phân Khu nơi đã ghi danh số/選區編號. 登記地點 | CERT/VUID 548024406 | Voter Registrar Use ONLY | PCT 0284 |

| Type of Election Tipo de Elección Hình Thức Bầu Cử 選舉類別 | Authority Conducting Election Autoridad Administrando la Elección Cơ Quan Thẩm Quyền Tiến Hành Bầu Cử 主持選舉機構 |
|---|---|
| General/Joint | Harris County |

## TO BE COMPLETED BY THE COUNTY VOTER REGISTRAR FOR STATUS:

I, the voter registrar/deputy registrar, did research the records of my office and the following conclusion(s) was made:

# BALLOT CODE: 9 1 7 5 3 2 8 6 _

(Write in the Ballot Code, it is found on the Provisional Ballot Stub above the voter's signature area. The Provisional Ballot Stub is generated from the JBC.)

## VOTER PRESENTED ACCEPTABLE FORM OF IDENTIFICATION

☐ YES      ☒ NO

1. ____ Failed to present acceptable form of identification or voter certificate with exemption.

2. ____ Voter not on list of registered voters.

3. ____ Voter not on list, registered in another precinct.

4. ____ Voter on list of people who voted early by mail, and voter has not cancelled mail ballot application.

5. ____ Voting after 7:00 P.M. due to court order.

### FOR VOTERS WHO DID NOT PRESENT ACCEPTABLE PHOTO IDENTIFICATION AT THE POLLING PLACE

1. ____ Voter presented acceptable form of identification within 6 days of election day.

2. ____ Voter met disability exemption within 6 days of election day.

3. ____ Voter executed religious objection affidavit within 6 days of election day.

4. ____ Voter executed natural disaster affidavit within 6 days of election day.

5. ✓ Voter did not satisfy identification or affidavit requirements, listed in categories 1-4 above, within 6 days of election day.

### FOR VOTERS WHO VOTED PROVISIONALLY FOR OTHER REASONS

6. ____ Not a registered voter or registration not effective in time for this election.

7. ____ Registered to vote, erroneously listed in wrong precinct.

8. ____ Registered to vote in a different precinct within the county.

9. ____ Information on file indicating applicant completed a voter registration

PR



## Affidavit of Provisional Voter

### Declaración Jurada de Votante Provisional / Bản Chứng Thệ Của Cử Tri Tạm Thời / 臨時選民具結書

TO BE COMPLETED BY VOTER: I am a registered voter of this political subdivision and in the precinct in which I'm attempting to vote and have not already voted in this election (either in person or by mail). I am a resident of this political subdivision, have not been finally convicted of a felony or if a felony, I have completed all of my punishment including any term of incarceration, parole, supervision, period of probation, or have not been pardoned. I have not been determined by a final judgment of a court exercising probate jurisdiction to be totally mentally incapacitated or partially mentally incapacitated without the right to vote. I understand that giving false information under oath is a misdemeanor, and I understand that it is a felony of the 2nd degree to vote in an election for which I know I am not eligible.

(PARA QUE EL VOTANTE LO LLENE: Estoy inscrito como votante en esta subdivisión política y en el precinto en cual estoy intentando a votar y aun no he votado en esta elección (en persona o por correo). Soy residente de esta subdivisión política, no he sido definitivamente declarado culpable de un delito grave o si soy el autor de un delito grave, he cumplido toda mi condena inclusive el periodo de encarcelamiento, la libertad condicional, la libertad supervisada, la libertad vigilada, o he sido indultado. No me han determinado por un juicio final de una corte de la legalización de un testamento, ser totalmente incapacitado mentalmente o parcialmente incapacitado sin el derecho de votar. Entiendo que dar información falsa bajo juramento es un delito menor y también entiendo que es un delito grave de 2do grado votar en una elección sabiendo que no cumplo con los requisitos necesarios.) (ĐƯỢC HOÀN TẤT BỞI CỬ TRI: Tôi là cử tri đã ghi danh bỏ phiếu tại phân khu chính trị địa phương này và trong phân khu mà tôi cố ý định bỏ phiếu và chưa bỏ phiếu trong cuộc bầu cử này (bản thân bỏ phiếu hay bỏ phiếu bằng thư). Tôi cư ngụ tại phân khu chính trị địa phương này, tôi hoàn toàn không bị kết trọng tội hoặc nếu là người phạm trọng tội, tôi đã hoàn thành hết mọi hình phạt, bao gồm thời hạn tù, ân treo, quản chế, thời kỳ thử thách, hoặc đã được tha. Phán quyết cuối cùng của tòa án không luyện bố rằng tôi bị người mất hoàn toàn năng lực về mặt tâm thần hay mất một phần năng lực về mặt tâm thần mà không có quyền được bỏ phiếu. Tôi hiểu rằng khai man khi tuyên thể sẽ bị phạm khinh tội, và tôi biểu rằng nếu bỏ phiếu trong một cuộc bầu cử mà tôi biết là mình không hội đủ điều kiện thì đó sẽ bị coi là phạm trọng tội cấp độ 2.) (由選民填寫：本人為此政治轄區之選民，且在本人意圖投票之選區投票，並於本屆選舉中尚未投過票(親自投票或郵寄投票)。本人為此政治轄區之居民，從未因犯有重罪而遭最終定罪，或即使曾犯重罪，但已服刑期滿，包括監禁、假釋、監管、緩刑均已接受完畢或已被赦免。本人從未被遺囑檢驗法庭最終裁定因精神完全或部份殘缺失能而無能投票。本人明白宣誓後提供不實資訊為輕罪，並了解在明知自己不符合資格的情況下在選舉中投票為二級重罪。)

| Last Name (Apellido) (Họ) (姓) | First Name (Nombre) (Tên) (名) | Middle Name (if any) (Segundo nombre (si tiene) Tên đệm (nếu có) 中間名 (若有) | Former Name (Nombre anterior) (Tên cũ) (曾用名) |
|---|---|---|---|
| Hathewey | Libbie | | |

| Residence Address: Street Address and Apartment Number, City, State, and ZIP. If none, describe where you live (Do not include PO Box, Rural Rt. or business address) (Domicilio: calle y número de apartamento, Ciudad, Estado, y Código Postal: A falta de estos datos, describa la localidad de su residencia. (No incluya el apartado de correos, camino rural, ni dirección comercial.)) (Địa chỉ cư trú: Tên đường và số Phòng, Thành Phố, Tiểu Bang, và Mã Bưu Điện. Nếu không có, ghi diễn tả nơi quý vị cư ngụ (Không được chi địa chỉ Hộp Thư, Địa Chỉ Đường Làng hoặc Địa Chỉ Thương Mại)) 居住地址： 街名地址和公寓號、市、州和郵寄區號。如果沒有，請詳細說明居住地點（勿列用郵局的信箱號、鄉村路線或公司地址） |
|---|
| 11030 Gram Hatheway |

| Mailing Address: City, State, and ZIP. If mail cannot be delivered to your residence address. (Dirección postal: Ciudad, Estado y Código Postal. si no es posible entregarle correspondencia en su domicilio.) (Địa Chỉ Gửi Thư: Thành Phố, Tiểu Bang, và Mã Bưu Điện. Nếu không thể chuyển thư tới địa chỉ cư ngụ của quý vị.) 郵寄地址：市、州和郵寄區號。如果無法遞送郵件到您的居住地址。 | Gender: (Optional) (Sexo (Optativo) Giới tính:(Không bắt buộc) 性別 (可選取不填) | Date of Birth: Month, Day, Year (Fecha de nacimiento: mes, dia, año)(Ngày tháng năm sanh: Tháng, Ngày, Năm) 出生日期：月、日、年 |
|---|---|---|
| 10110 Gram Park 10s | Male ☐ | |
| Houston TX 77036 | Female ☑ | 00.04.1961 |
| | (Hombre)(Nam)(男) (Mujer)( N0)(女) | |

| Check appropriate box: Marque el cuadro apropiado: Đánh dấu vào ô thích hợp 在適當方格內選打勾 | TX Driver's License No. or Personal I.D. No. (Issued by TX DPS) Número de su licencia de conducir de Texas o de su Cédula de identidad expedida por el Departamento de Seguridad Publica de Texas. Số Bằng Lái Xe của tiểu bang Texas hoặc số ID cá nhân (do Bộ An Toàn Lao Động tiểu bang Texas | Social Security No. (last 4 digits required if you do not have a driver's license or I.D. number) Número de Seguro Social. (Si no tiene licencia de conducir ni identificación personal, se requiere los últimos 4 números de su seguro social) Số An Sinh Xã Hội (4 số cuối của số An Sinh Xã Hội cần phải có nếu quý vị không có số bằng lái xe hoặc số ID cá nhân) 社會安全號碼（如果您沒有駕駛執照或個人身分證號碼，前提供社會安全號碼） |
|---|---|---|
| ARE YOU A UNITED STATES CITIZEN? (¿SOY CIUDADANO/A DE LOS ESTADOS UNIDOS?) (QUÝ VỊ CÓ PHẢI LÀ CÔNG DÂN HOA KỲ KHÔNG?) 您是美國公民嗎？  ☐ Yes  ☐ No  (SÍ/ Có)(是)  (No)(Không)(否) | ☐ I have not been issued a TX driver's license/ personal identification number or Social Security Number. (No me han expedido una licencia de conducir de Texas/Cédula de identidad personal de Texas ni un Número de Seguro Social.) ( Tôi chưa hề được cấp bằng lái xe của Texas/số ID cá nhân hoặc số An Sinh Xã Hội.) 我沒有獲發駕駛執照或個人身分證號碼或社會安全號碼。 | Signature of Voter: (Firma del Votante ) (Chữ Ký của Cử tri) (選民簽名)  X |

### TO BE COMPLETED BY THE ELECTION JUDGE

| Date of Election Fecha de la Elección Ngày Bầu Cử 選舉日期 | | Home PCT 0359 | County Clerk Use ONLY | PCT 0359-83 |
|---|---|---|---|---|
| | Precinct No. where voted 359 Núm. de Precinto-lugar de votación/Phân Khu nơi đã Bầu Cử Số/選區票號 投票地點 | | | |
| | Precinct No. where registered 359 Núm. de Precinto-inscrito para votar/Phân Khu nơi đã ghi danh số/選區 填號、登記地點 | CERT/VUID 3986 1042 | Voter Registrar Use ONLY | PCT 359 |
| Type of Election Tipo de Elección Hình Thức Bầu Cử 選舉類型 | Authority Conducting Election Autoridad Administrando la Elección Cơ Quan Thẩm Quyền Tiến Hành Bầu Cử 主辦選舉機構 | | | |

### TO BE COMPLETED BY THE COUNTY VOTER REGISTRAR FOR STATUS:

I, the voter registrar/deputy registrar, did research the records of my office and the following conclusion(s) was made:

**FOR VOTERS WHO DID NOT PRESENT ACCEPTABLE PHOTO IDENTIFICATION AT THE POLLING PLACE**

BALLOT CODE: L10038724 ✓

(Write in the Ballot Code, it is found on the Provisional Ballot Stub above the voter's signature area. The Provisional Ballot Stub is generated from the JBC.)

1. _____ Voter presented acceptable form of identification within 6 days of election day.

2. _____ Voter met disability exemption within 6 days of election day.

### VOTER PRESENTED ACCEPTABLE FORM OF IDENTIFICATION

3. _____ Voter executed religious objection affidavit within 6 days of election day.

☐ YES        ☐ NO

4. _____ Voter executed natural disaster affidavit within 6 days of election day.

5. ✓ Voter did not satisfy identification or affidavit requirements, listed in categories 1-4 above, within 6 days of election day.

1. ✓ Failed to present acceptable form of identification or voter certificate with exemption.

**FOR VOTERS WHO VOTED PROVISIONALLY FOR OTHER REASONS**

2. _____ Voter not on list of registered voters.

6. _____ Not a registered voter or registration not effective in time for this election.

3. _____ Voter not on list, registered in another precinct.

7. _____ Registered to vote, erroneously listed in wrong precinct.

4. _____ Voter on list of people who voted early by mail, and voter has not cancelled mail ballot application.

8. _____ Registered to vote in a different precinct within the county.

5. _____ Voting after 7:00 P.M. due to court order.

9. _____ Information on file indicating applicant completed a voter registration





# Affidavit of Provisional Voter

Declaración Jurada de Votante Provisional / Bản Chứng Thệ Của Cử Tri Tạm Thời / 臨時選民具結書

**310699544**

TO BE COMPLETED BY VOTER: I am a registered voter of this political subdivision and in the precinct in which I'm attempting to vote and have not already voted in this election (either in person or by mail). I am a resident of this political subdivision, have not been finally convicted of a felony or if a felon, I have completed all of my punishment including any term of incarceration, parole, supervision, period of probation, or I have been pardoned. I have not been determined by a final judgment of a court exercising probate jurisdiction to be totally mentally incapacitated or partially mentally incapacitated without the right to vote. I understand that giving false information under oath is a misdemeanor, and I understand that it is a felony of the 2nd degree to vote in an election for which I know I am not eligible.

(PARA QUE EL VOTANTE LO LLENE: Estoy inscrito como votante en esta subdivisión política y en el precinto en cual estoy intentando a votar y aún no he votado en esta elección (en persona o por correo). Soy residente de esta subdivisión política, no he sido definitivamente declarado culpable de un delito grave o si soy el autor de un delito grave, he cumplido toda mi condena inclusive el período de encarcelamiento, la libertad condicional, la libertad supervisada, la libertad vigilada, o he sido indultado. No me han determinado por un juicio final de una corte de la legislación de un testamento, ser totalmente incapacitado mentalmente o parcialmente incapacitado sin el derecho de votar. Entiendo que dar información falsa bajo juramento es un delito menor y también entiendo que es un delito grave de 2do grado votar en una elección sabiendo que no cumplo con los requisitos necesarios.) (ĐƯỢC HOÀN TẤT BỞI CỬ TRI: Tôi là cử tri đã ghi danh bỏ phiếu tại phân khu chính trị địa phương này và trong phân khu mà tôi cố ý định bỏ phiếu và chưa bỏ phiếu trong cuộc bầu cử này (kể cả đích thân bỏ phiếu hay bỏ phiếu bằng thư). Tôi cư ngụ tại phân khu chính trị địa phương này, tôi hoàn toàn không bị kết trọng tội hoặc nếu là người phạm trọng tội, tôi đã hoàn thành hết mọi hình phạt, bao gồm thời hạn tù, án treo, quản chế, thời kỳ thử thách, hoặc đã được tha. Phân quyết cuối cùng của tòa án không được tuyên bố rằng tôi là người mất hoàn toàn năng lực về mặt tâm thần hay mất một phần năng lực để tôi có quyền được bỏ phiếu. Tôi hiểu rằng khai man khi tuyên thệ là bị phạm khinh tội, và tôi hiểu rằng nếu bỏ phiếu trong một cuộc bầu cử mà tôi biết là mình không hội đủ điều kiện thì đây là phạm trọng tội cấp độ 2.) 由選民填寫: 本人為此政治轄區內之合法選民，本人有意圖在此次選舉中投票（親自投票或郵寄投票）。本人為此政治轄區之居民，沒有被最終裁定犯過重罪或者本人曾犯過重罪，但所有懲罰，包括監禁、假釋、監管、緩刑均已接受完畢或已被赦免。本人從未被經驗證遺囑法庭最終裁定因精神完全或部份神志失能而喪失選舉權。本人明瞭宣誓時提供不實資訊為輕罪，並了解在明知自己不符合資格的情況下在選舉中投票為二級重罪。

| Last Name (Apellido) (Họ) (姓) | First Name (Nombre) (Tên) (名) | Middle Name (if any) (Segundo nombre (si tiene) Tên đệm (nếu có) 中間名 (若有) | Former Name (Nombre anterior) (Tên cũ) (曾用名) |
|---|---|---|---|
| Webb | Warren | | |

| Residence Address: Street Address and Apartment Number, City, State, and ZIP. If none, describe where you live (Do not include PO Box, Rural Rt. or business address) (Domicilio: calle y número de apartamento, Ciudad, Estado, y Código Postal: A falta de estos datos, describa la localidad de su residencia. (No incluya el apartado de correos, camino rural, ni dirección comercial.)) (Địa chỉ cư trú: Tên đường và số Phòng, Thành Phố, Tiểu Bang, và Mã Bưu Điện. Nếu không có, xin diễn tả nơi quý vị cư ngụ (Không được để địa chỉ Hộp Thư, Địa Chỉ Thương Mại) 居住地址：街名地址和公寓號、市、州和郵寄區號。如果沒有，請詳細說明居住地點 (請勿用郵局信箱號碼、郊外路線名稱或商業地址) |
|---|
| 9851 Meadow glen Ln Apt 134 |

| Mailing Address: City, State, and ZIP. If mail cannot be delivered to your residence address. (Dirección postal: Ciudad, Estado y Código Postal. si no es posible entregarle correspondencia en su domicilio). (Địa Chỉ Gửi Thư: Thành Phố, Tiểu Bang, và Mã Bưu Điện. Nếu không thể chuyển thư tới địa chỉ cư ngụ của quý vị) 郵寄地址：市、州和郵遞區號。如果郵寄無法送達您的居住地址。 | Gender: (Optional) (Sexo (Optativo) Giới tính:(Không bắt buộc 性別：(可填或不填) | Date of Birth: Month, Day, Year (Fecha de nacimiento: mes, día, año)(Ngày tháng năm sanh: Tháng, Ngày, Năm) 出生日期：月、日、年 |
|---|---|---|
| 9851 Meadow glen Ln Apt 134 | Male ☑ Female ☐ <br> (Hombre)(Nam)(男) (Mujer)( Nữ)(女) | 12, 20, 1990 |

| Check appropriate box: Marque el cuadro apropiado: Đánh dấu vào ô thích hợp 在適當方格內劃勾：<br><br>ARE YOU A UNITED STATES CITIZEN? (¿SOY CIUDADANO/A DE LOS ESTADOS UNIDOS?) (QUÝ VỊ CÓ PHẢI LÀ CÔNG DÂN HOA KỲ KHÔNG?) 您是美國公民嗎？<br><br>☑ Yes ☐ No <br> (Sí)( Có)(是) (No)(Không)(否) | TX Driver's License No. or Personal I.D. No. (Issued by TX DPS) Número de su licencia de conducir de Texas o de su Cédula de Identidad expedida por el Departamento de Seguridad Publica de Texas). Số Bằng Lái Xe của tiểu bang Texas hoặc số ID cá nhân (do Bộ An Toàn Lao Động tiểu bang Texas 德州駕駛執照號碼或個人身份證號碼 (由德州公共安全部簽發）<br><br>☐ I have not been issued a TX driver's license/ personal identification number or Social Security Number. (No me han expedido una licencia de conducir de Texas/Cédula de identidad personal de Texas ni un Número de Seguro Social.) ( Tôi chưa hề được cấp bằng lái xe của Texas/số ID cá nhân hoặc số An Sinh Xã Hội.) 我沒有 TX 駕駛私照號碼/ 個人身份證號碼或社會安全號碼。 | Social Security No. (last 4 digits required if you do not have a driver's license or I.D. number) Número de Seguro Social. (Si tiene licencia de conducir ni identificación personal, se requiere los últimos 4 números de su seguro social) Số An Sinh Xã Hội (4 số cuối của số An Sinh Xã Hội cần phải có nếu quý vị không có số bằng lái xe hoặc số ID cá nhân) 社會安全號碼 (如果您沒有駕駛執照或個人身份證號碼，請提供社安卡最後<br><br>Signature of Voter: (Firma del Votante ) (Chữ ký của cử tri) (選民簽署)<br><br>X Warren Webb |

## TO BE COMPLETED BY THE ELECTION JUDGE

| Date of Election Fecha de la Elección Ngày Bầu Cử 選舉日期 | Precinct No. where voted Núm. de Precinto-lugar de votación/Phân Khu nơi đã Bầu Cử Số/選區編號 投票地點 | Home PCT 0359 | County Clerk Use ONLY 0359-80 | PCT |
|---|---|---|---|---|
| 11/5/2013 | 0359 | CERT/VUID 6971581l | Voter Registrar Use ONLY | PCT 0807 |
| Type of Election Tipo de Elección Hình Thức Bầu Cử 選舉類型 | Precinct No. where registered Núm. de Precinto-inscrito para votar/Phân Khu nơi đã ghi danh số/選區編號 登記地點 | | | |
| | Authority Conducting Election Autoridad Administrando la Elección Cơ Quan Thẩm Quyền Tiến Hành Bầu Cử 主持選舉機關 | | | |

**BALLOT CODE:** 1 0 6 6 3 3 8 1 9 ✓

(Write in the Ballot Code, it is found on the Provisional Ballot Stub above the voter's signature area. The Provisional Ballot Stub is generated from the JBC.)

### VOTER PRESENTED ACCEPTABLE FORM OF IDENTIFICATION

☐ YES ☑ NO

1. ✓ Failed to present acceptable form of identification or certificate with exemption.

2. ___ Voter not on list of registered voters.

3. ___ Voter not on list, registered in another precinct.

4. ___ Voter on list of people who voted early by mail, and voter has not cancelled mail ballot application.

5. ___ Voting after 7:00 P.M. due to court order.

## TO BE COMPLETED BY THE COUNTY VOTER REGISTRAR FOR STATUS:

I, the voter registrar/deputy registrar, did research the records of my office and the following conclusion(s) was made:

### FOR VOTERS WHO DID NOT PRESENT ACCEPTABLE PHOTO IDENTIFICATION AT THE POLLING PLACE

1. ___ Voter presented acceptable form of identification within 6 days of election day.

2. ___ Voter met disability exemption within 6 days of election day.

3. ___ Voter executed religious objection affidavit within 6 days of election day.

4. ___ Voter executed natural disaster affidavit within 6 days of election day.

5. ✓ Voter did not satisfy identification or affidavit requirements, listed in categories 1-4 above, within 6 days of election day.

### FOR VOTERS WHO VOTED PROVISIONALLY FOR OTHER REASONS

6. ___ Not a registered voter or registration not effective in time for this election.

7. ___ Registered to vote, erroneously listed in wrong precinct.

8. ___ Registered to vote in a different precinct within the county.

9. ___ Information on file indicating applicant completed a voter registration



310814508

## Affidavit of Provisional Voter
### Declaración Jurada de Votante Provisional / Bản Chứng Thệ Của Cử Tri Tạm Thời / 臨時選民具結書

TO BE COMPLETED BY VOTER: I am a registered voter of this political subdivision and in the precinct in which I'm attempting to vote and have not already voted in this election (either in person or by mail). I am a resident of this political subdivision, have not been finally convicted of a felony or if a felon, I have completed all of my punishment including any term of incarceration, parole, supervision, period of probation, or I have been pardoned. I have not been determined by a final judgment of a court exercising probate jurisdiction to be totally mentally incapacitated or partially mentally incapacitated without the right to vote. I understand that giving false information under oath is a misdemeanor, and I understand that it is a felony of the 2nd degree to vote in an election for which I know I am not eligible.

(PARA QUE EL VOTANTE LO LLENE: Estoy inscrito como votante en esta subdivisión política y en el precinto en cual estoy intentando a votar y aun no he votado en esta elección (en persona o por correo). Soy residente de esta subdivisión política, no he sido definitivamente declarado culpable de un delito grave o si soy el autor de un delito grave, he cumplido toda mi condena inclusive el período de encarcelamiento, la libertad condicional, la libertad supervisada, la libertad vigilada, o he sido indultado. No me han determinado por un juicio final de una corte de la legalización de un testamento, ser totalmente incapacitado mentalmente o parcialmente incapacitado sin el derecho de votar. Entiendo que dar información falsa bajo juramento es un delito menor y también entiendo que es un delito grave de 2do grado votar en una elección sabiendo que no cumplo con los requisitos necesarios.) (ĐƯỢC HOÀN TẤT BỞI CỬ TRI: Tôi là cử tri đã ghi danh bỏ phiếu tại phân khu chính trị địa phương này và trong phân khu mà tôi có ý định bỏ phiếu và chưa bỏ phiếu trong cuộc bầu cử này (kể cả đích thân bỏ phiếu hay bỏ phiếu bằng thư). Tôi cư ngụ tại phân khu chính trị địa phương này, tôi hoàn toàn không bị kết trọng tội hoặc nếu là người phạm trọng tội, tôi đã hoàn thành hết mọi hình phạt, bao gồm thời hạn tù, ân treo, quản chế, thời kỳ thử thách, hoặc đã được tha. Phán quyết cuối cùng của tòa án không có quyền tuyên bố rằng tôi là người mất hoàn toàn năng lực về mặt tâm thần hay mất một phần năng lực về mặt tâm thần mà không có quyền được bỏ phiếu. Tôi hiểu rằng khai man khi tuyên thệ sẽ bị phạm khinh tội, và tôi hiểu rằng nếu bỏ phiếu trong một cuộc bầu cử mà tôi biết là mình không được bỏ phiếu, tôi sẽ bị coi là phạm trọng tội cấp độ 2.) 由選民填寫：本人為此政治轄區內之合法選民，本人有意願且尚未在此次選舉中投票（親自或郵寄投票）。本人為此政治轄區居民，無被定過重罪，或若曾被定過重罪者，本人已完成所有刑罰，包括服刑、假釋、監管、感化期，或已被赦免。本人未因最終判決被褫奪選舉權或部分選舉權而無權投票。本人瞭解在宣誓下提供虛假資料屬輕罪，並了解於明知無資格下在選舉中投票為二級重罪。

| Last Name (Apellido) (Họ) (姓) | First Name (Nombre) (Tên) (名) | Middle Name (if any) (Segundo nombre (si tiene) Tên đệm (nếu có) 中間名（若有） | Former Name (Nombre anterior) (Tên cũ) (曾用名) |
|---|---|---|---|
| Allen | Ted | | |

Residence Address: Street Address and Apartment Number, City, State, and ZIP. If none, describe where you live (Do not include PO Box, Rural Rt. or business address) (Domicilio: calle y número de apartamento, Ciudad, Estado, y Código Postal: A falta de estos datos, describa la localidad de su residencia. (No incluya el apartado de correos, camino rural, ni dirección comercial.)) (Địa chỉ cư trú: Tên đường và số Phòng, Thành Phố, Tiểu Bang, và Mã Bưu Điện. Nếu không có, xin diễn tả nơi quý vị cư ngụ (Không được để địa chỉ Hộp Thư, Đại Chỉ Đường Làng hoặc Địa Chỉ Thương Mại)) 居住地址：街名與地址公寓號碼、市、州和郵寄區號。如無這些，請詳細說明你的居住地點（勿列明郵政信箱、鄉郊路線或商業地址）

3154 Gray St. #203 Houston, TX 77004

| Mailing Address: City, State, and ZIP. If mail cannot be delivered to your residence address. (Dirección postal: Ciudad, Estado y Código Postal, si no es posible entregarle correspondencia en su domicilio). (Địa Chỉ Gửi Thư: Thành Phố, Tiểu Bang, và Mã Bưu Điện. Nếu không thể chuyển thư tới địa chỉ cư ngụ của quý vị.) 郵寄地址：市、州和郵遞區號。如果郵寄無法送達您的居住地址。 | Gender: (Optional) (Sexo (Optativo) Giới tính:Không bắt buộc 性別：(可填寫不填) | Date of Birth: Month, Day, Year (Fecha de nacimiento: mes, día, año)(Ngày tháng năm sanh: Tháng, Ngày, Năm) 出生日期：月·日·年 |
|---|---|---|
| | Male ☑  Female ☐ (Hombre)(Nam)(男)   (Mujer)( Nữ)(女) | 02/19/1951 |

| Check appropriate box: Marque el cuadro apropiado: Đánh dấu vào ô thích hợp 在適當方格內作記號: ARE YOU A UNITED STATES CITIZEN? (¿SOY CIUDADANO/A DE LOS ESTADOS UNIDOS?) (QUÝ VỊ CÓ PHẢI LÀ CÔNG DÂN HOA KỲ KHÔNG?) 您是美國公民嗎？ ☑Yes ☐ No (Sí) (Có)(是)   (No)(Không)(否) | TX Driver's License No. or Personal I.D. No. (Issued by TX DPS) Número de su licencia de conducir de Texas o de su Cédula de Identidad expedida por el Departamento de Seguridad Publica de Texas. Số Bằng Lái Xe của tiểu bang Texas hoặc số ID cá nhân (do Bộ An Toàn Lao Động tiểu bang Texas | Social Security No. (last 4 digits required if you do not have a driver's license or I.D. number) Número de Seguro Social. (Si no tiene licencia de conducir ni identificación personal, se requiere los últimos 4 números de su seguro social) Số An Sinh Xã Hội (4 số cuối của số An Sinh Xã Hội cần phải có nếu quý vị không có số bằng lái xe hoặc số ID cá nhân) 社安安全號碼（如果您沒有駕駛執照或個人身份證號碼，則須列示安全最後 |
|---|---|---|
| | ☐ I have not been issued a TX driver's license/ personal identification number or 'Social Security Number. (No me han expedido una licencia de conducir de Texas/Cédula de identidad personal de Texas ni un Número de Seguro Social.) ( Tôi chưa hề được cấp bằng lái xe của Texas/số ID cá nhân hoặc số An Sinh Xã Hội.) 我沒有 TX 駕駛執照號碼/個人身份證號碼或社會安全號碼。 | Signature of Voter: (Firma del Votante ) (Chữ ký của cử tri) (選民簽名) X [signature] |

## TO BE COMPLETED BY THE ELECTION JUDGE

| Date of Election Fecha de la Elección Ngày Bầu Cử 選舉日期 | Precinct No. where voted 00 24 Núm. de Precinto-lugar de votación/Phần Khu nơi đã Bầu Cử Số/選區編號 投票地點 | | Home PCT 0024 | County Clerk Use ONLY | PCT 0024-16 |
|---|---|---|---|---|---|
| 11/05/13 | Precinct No. where registered 0024 Núm. de Precinto-inscrito para votar/Phần Khu nơi đã ghi danh số/選區編號、登記地點 | | CERT/VUID 151/26816 | Voter Registrar Use ONLY | PCT 24 |
| Type of Election Tipo de Elección Hình Thức Bầu Cử 選舉類型 General | Authority Conducting Election Autoridad Administrando la Elección Cơ Quan Thẩm Quyền Tiến Hành Bầu Cử 主持選舉機構 | | | | |

### TO BE COMPLETED BY THE COUNTY VOTER REGISTRAR FOR STATUS:

I, the voter registrar/deputy registrar, did research the records of my office and the following conclusion(s) was made:

**FOR VOTERS WHO DID NOT PRESENT ACCEPTABLE PHOTO IDENTIFICATION AT THE POLLING PLACE**

1. ____ Voter presented acceptable form of identification within 6 days of election day.

2. ____ Voter met disability exemption within 6 days of election day.

3. ____ Voter executed religious objection affidavit within 6 days of election day.

4. ____ Voter executed natural disaster affidavit within 6 days of election day.

5. ✓ Voter did not satisfy identification or affidavit requirements, listed in categories 1-4 above, within 6 days of election day.

**FOR VOTERS WHO VOTED PROVISIONALLY FOR OTHER REASONS**

6. ____ Not a registered voter or registration not effective in time for this election.

7. ____ Registered to vote, erroneously listed in wrong precinct.

8. ____ Registered to vote in a different precinct within the county.

9. ____ Information on file indicating applicant completed a voter registration

## BALLOT CODE: 245/07743

(Write in the Ballot Code, it is found on the Provisional Ballot Stub above the voter's signature area. The Provisional Ballot Stub is generated from the JBC.)

### VOTER PRESENTED ACCEPTABLE FORM OF IDENTIFICATION

☐ YES        ☑ NO

1. ____ Failed to present acceptable form of identification or voter certificate with exemption.

2. ____ Voter not on list of registered voters.

3. ____ Voter not on list, registered in another precinct.

4. ____ Voter on list of people who voted early by mail, and voter has not cancelled mail ballot application.

5. ____ Voting after 7:00 P.M. due to court order.

PR



## Affidavit of Provisional Voter

### Declaración Jurada de Votante Provisional / Bản Chứng Thệ Của Cử Tri Tạm Thời / 臨時選民具結書

TO BE COMPLETED BY VOTER: I am a registered voter of this political subdivision and in the precinct in which I'm attempting to vote and have not already voted in this election (either in person or by mail). I am a resident of this political subdivision, have not been finally convicted of a felony or if a felon, I have completed all of my punishment including any term of incarceration, parole, supervision, period of probation, or I have been pardoned. I have not been determined by a final judgment of a court exercising probate jurisdiction to be totally mentally incapacitated or partially mentally incapacitated without the right to vote. I understand that giving false information under oath is a misdemeanor, and I understand that it is a felony of the 2nd degree to vote in an election for which I know I am not eligible.

[PARA QUE EL VOTANTE LO LLENE: Estoy inscrito como votante en esta subdivisión política y en el precinto en cual estoy intentando a votar y aun no he votado en esta elección (en persona o por correo) Soy residente de esta subdivisión política, no he sido definitivamente declarado culpable de un delito grave o si soy el autor de un delito grave, he cumplido toda mi condena inclusive el período de encarcelamiento, la libertad condicional, la libertad supervisada, la libertad vigilada, o he sido indultado. No me han determinado por un juicio final de una corte de la legalización de un testamento, ser totalmente incapacitado mentalmente o parcialmente incapacitado sin el derecho de votar. Entiendo que dar información falsa bajo juramento es un delito menor y también entiendo que es un delito grave de 2do grado votar en una elección sabiendo que no cumplo con los requisitos necesarios.] [ĐƯỢC HOÀN TẤT BỞI CỬ TRI: Tôi là cử tri đã ghi danh bỏ phiếu tại phân khu chính trị địa phương này và trong phân khu mà tôi cố ý định bỏ phiếu và chưa bỏ phiếu trong cuộc bầu cử này (kể cả đích thân bỏ phiếu hay bỏ phiếu bằng thư). Tôi cư ngụ tại phân khu chính trị địa phương này, tôi hoàn toàn không bị kết trọng tội hoặc nếu là người phạm trọng tội, tôi đã hoàn thành hết mọi hình phạt, bao gồm thời hạn tù, án treo, quản chế, thời kỳ thử thách, hoặc đã được tha. Phần quyết cuối cùng của tòa án không truy tố tôi bị hoàn toàn không còn trí óc để bỏ phiếu hoặc một phần không còn trí óc để bỏ phiếu. Tôi hiểu rằng khai man khi tuyên thệ sẽ bị phạm khinh tội, và tôi hiểu rằng nếu tôi biết tôi không hợp lệ mà đi bầu sẽ bị phạm trọng tội cấp độ 2.] 由選民填寫：本人為此政治轄區內之合法選民。本人有登記且尚未在此次選舉中投票(親自或郵寄投票)。本人為此政治轄區之居民，從未因犯重罪而最終定罪，或即使曾犯重罪，但所有懲罰、假釋、管束、緩刑或已獲寬赦。本人從未被認輔助法庭最終判定為因精神完全或部份喪失能力而無投票權。本人明瞭宣誓後提供虚假資訊則犯下不符資格的情況下不當選舉中投票為二級重罪。

| Last Name (Apellido) (姓) (姓) | First Name (Nombre) (Tên) (名) | Middle Name (if any) (Segundo nombre (si tiene) Tên đệm (nếu có) 中間名 (若有) ) | Former Name (Nombre anterior) (Tên cũ) (曾用名) |
|---|---|---|---|
| Washington | Phyllis | Marie | H |

**Residence Address:** Street Address and Apartment Number, City, State, and ZIP. If none, describe where you live [Do not include PO Box, Rural Rt. or business address] (Domicilio: calle y número de apartamento, Ciudad, Estado, y Código Postal. Si falta a estos datos, describa la localidad de su residencia. (No incluya: apartado de correos, camino rural, ni dirección comercial.)) (Địa chỉ cư trú: Tên đường và số Phòng, Thành Phố, Tiểu Bang, và Mã Bưu Điện. Nếu không có, xin diễn tả nơi quý vị cư ngụ (Không được để địa chỉ Hộp Thư, Địa Chỉ Đường Làng hoặc Địa Chỉ Thương Mại) 居住地址：街名地址和公寓號、市、州和郵寄區號。如果沒有，請詳細說明居住地點 (勿勿用郵局信箱號碼、鄉外路線名稱或商號地址)

3938 Charleston St.

| Mailing Address: City, State, and ZIP. If mail cannot be delivered to your residence address. (Dirección postal: Ciudad, Estado y Código Postal. si no es posible entregarle correspondencia en su domicilio). (Địa Chỉ Gửi Thư: Thành Phố, Tiểu Bang, và Mã Bưu Điện. Nếu không thể chuyển thư tới địa chỉ cư ngụ của quý vị.) 郵寄地址：市、州和郵遞區號。如果郵寄無法送達您的居住地址。 | Gender: (Optional) (Sexo (Optativo) Giới tính:(Không bắt buộc 性別：(可填寫不填) | Date of Birth: Month, Day, Year (Fecha de nacimiento: mes, día, año)(Ngày tháng năm sanh: Tháng, Ngày, Năm) 出生日期：月、日、年 |
|---|---|---|
|  | Male ☐   Female ☒ (Hombre)(Nam)(男)   (Mujer)( Nữ)(女) | 02 / 23 / 1947 |

| Check appropriate box: Marque el cuadro apropiado: Đánh dấu vào ô thích hợp 在適當方格內劃勾： | TX Driver's License No. or Personal I.D. No. (Issued by TX DPS) Número de su licencia de conducir de Texas o de su Cédula de identidad expedida por el Departamento de Seguridad Publica de Texas). Số Bằng Lái Xe của tiểu bang Texas hoặc số ID cá nhân (do Bộ An Toàn Lao Động tiểu bang Texas | Social Security No. (last 4 digits required if you do not have a driver's license or I.D. number) Número de Seguro Social. (Si no tiene licencia de conducir ni identificación personal, se requiere los últimos 4 números de su seguro social) Số An Sinh Xã Hội (4 số cuối của số An Sinh Xã Hội cần phải có nếu quý vị không có số bằng lái xe hoặc số ID cá nhân) 社會安全號碼（如果您沒有駕駛執照或個人身份證號碼，請提供社安卡最後 |
|---|---|---|
| ARE YOU A UNITED STATES CITIZEN? (¿SOY CIUDADANO/A DE LOS ESTADOS UNIDOS? (QUÝ VỊ CÓ PHẢI LÀ CÔNG DÂN HOA KỲ KHÔNG?) 您是美國公民嗎？ ☒Yes (Sí) ☐ No (Có)(是)   (Không)(否) | ☐ I have not been issued a TX driver's license/ personal identification number or Social Security Number. (No me han expedido una licencia de conducir de Texas/Cedula de identidad personal de Texas ni un Número de Seguro Social.) ( Tôi chưa hề được cấp bằng lái xe của Texas/số ID cá nhân hoặc số An Sinh Xã Hội.) 我尚未獲發照號碼/ 個人身份證號碼或社會安全號碼。 | Signature of Voter (Firma de Votante ) (Chữ ký của cử tri )(選民簽字) X _Phyllis M Washington_ |

### TO BE COMPLETED BY THE ELECTION JUDGE

| Date of Election Fecha de la Elección Ngày Bầu Cử 選舉日期 | Precinct No. where voted Núm. de Precinto-lugar de votación/Phân Khu nơi đã bầu Cử Số/選區編號, 投票地點 **0228** | Home PCT **0228** | County Clerk Use ONLY | PCT **0228-19** |
|---|---|---|---|---|
|  | Precinct No. where registered Núm. de Precinto-inscrito para votar/Phân Khu nơi đã ghi danh số/選區編號, 登記地點 **0228** | CERT/VUID **41474669** | Voter Registrar Use ONLY | PCT **0228** |

| Type of Election Tipo de Elección Hình Thức Bầu Cử 選舉類型 **Joint** | Authority Conducting Election Autoridad Administrando la Elección Cơ Quan Thẩm Quyền Tiến Hành Bầu Cử 主持選舉機構 **Harris County** |
|---|---|

### TO BE COMPLETED BY THE COUNTY VOTER REGISTRAR FOR STATUS:

I, the voter registrar/deputy registrar, did research the records of my office and the following conclusion(s) was made:

## BALLOT CODE: 100866129 ✓

(Write in the Ballot Code, it is found on the Provisional Ballot Stub above the voter's signature area. The Provisional Ballot Stub is generated from the JBC.)

### VOTER PRESENTED ACCEPTABLE FORM OF IDENTIFICATION

☐ YES    ☒ NO

1. [X] Failed to present acceptable form of identification or certificate with exemption.

2. _____ Voter not on list of registered voters.

3. _____ Voter not on list, registered in another precinct.

4. _____ Voter on list of people who voted early by mail, and voter has not cancelled mail ballot application.

5. _____ Voting after 7:00 P.M. due to court order.

#### FOR VOTERS WHO DID NOT PRESENT ACCEPTABLE PHOTO IDENTIFICATION AT THE POLLING PLACE

1. _____ Voter presented acceptable form of identification within 6 days of election day.

2. _____ Voter met disability exemption within 6 days of election day.

3. _____ Voter executed religious objection affidavit within 6 days of election day.

4. _____ Voter executed natural disaster affidavit within 6 days of election day.

5. [✓] Voter did not satisfy identification or affidavit requirements, listed in categories 1-4 above, within 6 days of election day.

#### FOR VOTERS WHO VOTED PROVISIONALLY FOR OTHER REASONS

6. _____ Not a registered voter or registration not effective in time for this election.

7. _____ Registered to vote, erroneously listed in wrong precinct.

8. _____ Registered to vote in a different precinct within the county.

9. _____ Information on file indicating applicant completed a voter registration



# Affidavit of Provisional Voter

Declaración Jurada de Votante Provisional / Bản Chứng Thệ Của Cử Tri Tạm Thời / 臨時選民şt結書

**TO BE COMPLETED BY VOTER:** I am a registered voter of this political subdivision and in the precinct in which I'm attempting to vote and have not already voted in this election (either in person or by mail). I am a resident of this political subdivision, have not been finally convicted of a felony or if a felon, I have completed all of my punishment including any term of incarceration, parole, supervision, period of probation, or I have been pardoned. I have not been determined by a final judgment of a court exercising probate jurisdiction to be totally mentally incapacitated or partially mentally incapacitated without the right to vote. I understand that giving false information under oath is a misdemeanor, and I understand that it is a felony of the 2nd degree to vote in an election for which I know I am not eligible.

(PARA QUE EL VOTANTE LO LLENE: Estoy inscrito como votante en esta subdivisión política y en el precinto en cual estoy intentando a votar y aún no he votado en esta elección (en persona o por correo). Soy residente de esta subdivisión política, no he sido definitivamente declarado culpable de un delito grave o si soy el autor de un delito grave, he cumplido toda mi condena inclusive el periodo de encarcelamiento, la libertad condicional, la libertad supervisada, la libertad vigilada, o he sido indultado. No me han determinado por un juicio final de una corte de la legalización de un testamento, ser totalmente incapacitado mentalmente o parcialmente incapacitado sin el derecho de votar. Entiendo que dar información falsa bajo juramento es un delito menor y también entiendo que es un delito grave de 2do grado votar en una elección sabiendo que no cumplo con los requisitos necesarios.) (ĐƯỢC HOÀN TẤT BỞI CỬ TRI: Tôi là cử tri đã ghi danh bỏ phiếu tại phân khu chính trị địa phương này và trong phân khu mà tôi có ý định bỏ phiếu và chưa bỏ phiếu trong cuộc bầu cử này (kể cả đích thân bỏ phiếu hay bỏ phiếu bằng thư). Tôi cư ngụ tại phân khu chính trị địa phương này, tôi hoàn toàn không bị kết trọng tội hoặc nếu là người phạm trọng tội, tôi đã hoàn thành hết mọi hình phạt, bao gồm thời hạn tù, ân treo, quản chế, thời kỳ thử thách, hoặc đã được tha. Phần quyết cuối cùng của tòa án không tuyên bố rằng tôi là người mất hoàn toàn năng lực về mặt tâm thần hay mất một phần năng lực về mặt tâm thần mà không được quyền bỏ phiếu. Tôi hiểu rằng khai man khi tuyên thệ sẽ bị phạm khinh tội, và tôi hiểu rằng cho bỏ phiếu trong cuộc bầu cử mà tôi biết tôi không đủ điều kiện hợp lệ thì bị phạm trong tội cấp độ 2.) 本人為此政治轄區之居民，及本擬投票但尚未投票的選區中投票，並且在本次大選中尚未投過票(親自或郵寄皆然)。本人為此政治轄區內之合法居民。本人未曾最終被判犯有重罪或者雖曾犯重罪但已服滿全部刑期包括監禁、假釋、監管、緩刑的已接受完畢審訊已被赦免。本人從未被遺囑驗證法庭最終裁定因神智全部部份喪失而被剝奪投票權。本人為此宣誓告稱提供不實資料為輕罪，並了解明知自己不符合資格的仍在不符合資格的選舉中投票為二級重罪。

| Last Name (Apellido) (Họ) (姓) | First Name (Nombre) (Tên) (名) | Middle Name (if any) (Segundo nombre (si tiene) Tên đệm (nếu có) 中間名 (若有) | Former Name (Nombre anterior) (Tên cũ) (曾用名) |
|---|---|---|---|
| Baker | Robert | Henry | |

**Residence Address:** Street Address and Apartment Number, City, State, and ZIP. If none, describe where you live (Do not include PO Box, Rural Rt. or business address) (Domicilio: calle y número de apartamento, Ciudad, Estado, y Código Postal. A falta de estos datos, describa la localidad de su residencia. (No incluya el apartado de correos, camino rural, ni dirección comercial.)) (Địa chỉ cư trú: Tên đường và số Phòng, Thành Phố, Tiểu Bang, và Mã Bưu Điện. Nếu không có, xin diễn tả nơi/quý vị cư ngụ (Không được để địa chỉ Hộp Thư, Địa Chỉ Đường Làng hoặc Địa Chỉ Thương Mại) 居住地址： 街名及地址和公寓號、市、州和郵寄區號、如果沒有，請詳細說明您居住地點 (請勿用郵局信箱號碼、鄉村路線名稱或商號地址)

3008 Amherst   Houston TX 77005

**Mailing Address:** City, State, and ZIP. If mail cannot be delivered to your residence address. (Dirección postal: Ciudad, Estado y Código Postal, si no es posible entregarle correspondencia en su domicilio). (Địa Chỉ Gửi Thư: Thành Phố, Tiểu Bang, và Mã Bưu Điện. Nếu không thể chuyển thư tới địa chỉ cư ngụ của quý vị.) 郵寄地址：市、州和郵遞區號、如果郵寄無法送達您的居住地址。

| Gender: (Optional) (Sexo (Optativo)) Giới tính:(Không bắt buộc 性別: (可填寫或不填) | Date of Birth: Month, Day, Year (Fecha de nacimiento: mes, día, año)(Ngày tháng năm sanh: Tháng, Ngày, Năm) 出生日期：月・日・年 |
|---|---|
| Male ☑  Female ☐ (Hombre)(Nam)(男)  (Mujer)( Nữ)(女) | 02, 05, 1942 |

**Check appropriate box:** Marque el cuadro apropiado: Đánh dấu vào ô thích hợp 在適當方格內劃明:

ARE YOU A UNITED STATES CITIZEN?
(¿SOY CIUDADANO/A DE LOS ESTADOS UNIDOS?) (QUÝ VỊ CÓ PHẢI LÀ CÔNG DÂN HOA KỲ KHÔNG?) 您是美國公民嗎?

☑ Yes  ☐ No
(Sí)(Có)(是)  (No)(Không)(否)

**TX Driver's License No. or Personal I.D. No.** (issued by TX DPS) Número de su licencia de conducir de Texas o de su Cédula de Identidad expedida por el Departamento de Seguridad Pública de Texas). Số Bằng lái xe của tiểu bang Texas hoặc số ID cá nhân (do Bộ An Toàn Lao Động tiểu bang Texas

☐ I have not been issued a TX driver's license/ personal identification number or Social Security Number. (No me han expedido una licencia de conducir de Texas/Cédula de identidad personal de Texas ni un Número de Seguro Social.) ( Tôi chưa hề được cấp bằng lái xe của Texas/số ID cá nhân hoặc số An Sinh Xã Hội.) 我沒有被發給德州駕駛執照個人身份證號碼或社會安全號碼。

**Social Security No.** (last 4 digits required if you do not have a driver's license or I.D. number) Número de Seguro Social. (Si no tiene licencia de conducir ni identificación personal, se requiere los últimos 4 números de su seguro social) Số An Sinh Xã Hội (4 số cuối của số An Sinh Xã Hội cần phải có nếu quý vị không có số bằng lái xe hoặc số ID cá nhân) 社會安全號碼（如果您沒有駕駛執照或個人身份證號碼，請提供社會安全號碼的最後

**Signature of Voter** (Firma del votante ) (Chữ ký của cử tri) (選民簽名)

X _[signature]_

## TO BE COMPLETED BY THE ELECTION JUDGE

**Date of Election** Fecha de la Elección Ngày Bầu Cử 選舉日期期

5 NOV 2013

**Precinct No. where voted** 015
Núm. de Precinto-lugar de votación/Phân Khu nơi đã Bầu Cử Số/選區編號. 投票地點

**Precinct No. where registered** 015
Núm. de Precinto-inscrito para votar/Phân Khu nơi đã ghi danh số/選區編號. 登記地點

**Type of Election** Tipo de Elección Hình Thức Bầu Cử 選舉類型

JOINT GENERAL

**Authority Conducting Election** Autoridad Administrando la Elección Cơ Quan Thẩm Quyền Hành Bầu Cử 主持選舉機構

HARRIS COUNTY

## BALLOT CODE: 248582076

(Write in the Ballot Code, it is found on the Provisional Ballot Stub above the voter's signature area. The Provisional Ballot Stub is generated from the JBC.)

## VOTER PRESENTED ACCEPTABLE FORM OF IDENTIFICATION

☐ YES     ☒ NO

1. ☒ Failed to present acceptable form of identification or voter certificate with exemption.

2. ___ Voter not on list of registered voters.

3. ___ Voter not on list, registered in another precinct.

4. ___ Voter on list of people who voted early by mail, and voter has not cancelled mail ballot application.

5. ___ Voting after 7:00 P.M. due to court order.

| Home PCT | County Clerk Use ONLY | PCT |
|---|---|---|
| 0015 | | 0015-13 |
| **CERT/VUID** 11156734 | **Voter Registrar Use ONLY** | **PCT** 15 |

## TO BE COMPLETED BY THE COUNTY VOTER REGISTRAR FOR STATUS:

I, the voter registrar/deputy registrar, did research the records of my office and the following conclusion(s) was made:

**FOR VOTERS WHO DID NOT PRESENT ACCEPTABLE PHOTO IDENTIFICATION AT THE POLLING PLACE**

1. ___ Voter presented acceptable form of identification within 6 days of election day.

2. ___ Voter met disability exemption within 6 days of election day.

3. ___ Voter executed religious objection affidavit within 6 days of election day.

4. ___ Voter executed natural disaster affidavit within 6 days of election day.

5. ✓ Voter did not satisfy identification or affidavit requirements, listed in categories 1-4 above, within 6 days of election day.

**FOR VOTERS WHO VOTED PROVISIONALLY FOR OTHER REASONS**

6. ___ Not a registered voter or registration not effective in time for this election.

7. ___ Registered to vote, erroneously listed in wrong precinct.

8. ___ Registered to vote in a different precinct within the county.

9. ___ Information on file indicating applicant completed a voter registration

PR



310762001

## Affidavit of Provisional Voter
Declaración Jurada de Votante Provisional / Bản Chứng Thệ Của Cử Tri Tạm Thời / 臨時選民具結書

**TO BE COMPLETED BY VOTER:** I am a registered voter of this political subdivision and in the precinct in which I'm attempting to vote and have not already voted in this election (either in person or by mail). I am a resident of this political subdivision, have not been finally convicted of a felony or if a felon, I have completed all of my punishment including any term of incarceration, parole, supervision, period of probation, or I have been pardoned. I have not been determined by a final judgment of a court exercising probate jurisdiction to be totally mentally incapacitated or partially mentally incapacitated without the right to vote. I understand that giving false information under oath is a misdemeanor, and I understand that it is a felony of the 2nd degree to vote in an election for which I know I am not eligible.

(PARA QUE EL VOTANTE LO LLENE: Estoy inscrito como votante en esta subdivisión política y en el precinto en cual estoy intentando a votar y aun no he ...

BỔI CỬ TRI: Tôi là cử tri đã ghi danh bộ phiếu tại phân khu chính trị địa phương này và trong phân khu mà tôi cố ý định bộ phiếu và chưa bộ phiếu trong cuộc ...

**Provisional**

OLMOS, ANNA M
14455 WATERLOO DR
HOUSTON, TX 77045
DOB 07/27/1958
BS: 12-N~P

| Last Name (Apellido) (Họ) (姓) | First Name (Nombre) (Tên) (名) | Middle Name (if any) (Segundo nombre (si tiene) Tên đệm (nếu có) 中間名 (若有) | Former Name (Nombre anterior) (Tên cũ) (曾用名) |
|---|---|---|---|
| Olmos | ANNA | MARie | |

**Residence Address:** Street Address and Apartment Number, City, State, and ZIP. If none, describe where you live (Do not include PO Box, Rural Rt. or business address) (Domicilio: ...) 居住地址: ...

14455 WATERLOO HOUSTON TX 77045

| Mailing Address: City, State, and ZIP. If mail cannot be delivered to your residence address ... | Gender: (Optional) (Sexo (Optativo) Giới tính:(Không bắt buộc 性別: (可填寫不填) | Date of Birth: Month, Day, Year (Fecha de nacimiento: mes, día, año)(Ngày Tháng năm sinh: Tháng, Ngày, Năm) 出生日期: 月・日・年 |
|---|---|---|
| 1455 WATERloo HOUSTIN, TX 77045 | Male ☐   Female ☑ | 08/27/1958 |

| Check appropriate box: Marque el cuadro apropiado: Đánh dấu vào ô thích hợp tỉ đánh cho vào圈格内的格 : | TX Driver's License No. or Personal I.D. No. (Issued by TX DPS) Número de su licencia de conducir de Texas o de su Cédula de Identidad expedida por el Departamento de Seguridad Publica de Texas. Số Bằng Lái Xe của tiểu bang Texas hoặc số ID cá nhân (do Bộ An Toàn Lao Động tiểu bang Texas | Social Security No. (last 4 digits required if you do not have a driver's license or I.D. number) Número de su seguro social) Số An Sinh Xã Hội (4 số cuối của số An Sinh Xã Hội cần phải có nếu quý vị không có số bằng lái xe hoặc số ID cá nhân) 社會安全號碼 ... |
|---|---|---|
| **ARE YOU A UNITED STATES CITIZEN?** (¿SOY CIUDADANO/A DE LOS ESTADOS UNIDOS?) (QUÝ VỊ CÓ PHẢI LÀ CÔNG DÂN HOA KỲ KHÔNG?) 您是美國公民嗎? <br> ☑ Yes   ☐ No <br> (Siĭ Cô)(是) (No)(Không)(否) | ☐ I have not been issued a TX driver's license/ personal identification number or Social Security Number. (No me han expedido una licencia de conducir de Texas/Cédula de identidad personal de Texas ni un Número de Seguro Social.) | X Anna M Ol |

## TO BE COMPLETED BY THE ELECTION JUDGE

Date of Election Fecha de la Elección
Ngày Bầu Cử 選舉日期
11/5/2013

Precinct No. where voted **319**
Núm. de Precinto-lugar de votación/Phân Khu nơi đã Bầu Cử Số/選區編號-投票地點

Precinct No. where registered **882**
Núm. de Precinto-inscrito para votar/Phân Khu nơi đã ghi danh số/選區編號-登記地點

Type of Election Tipo de Elección
Hình Thức Bầu Cử 選舉類型
Harris County Joint Election

Authority Conducting Election Autoridad Administrando la Elección
Cơ Quan Thẩm Quyền Tiến Hành Bầu Cử 主持選舉機構
Harris County

**BALLOT CODE:** 1566 1217_
(Write in the Ballot Code, it is found on the Provisional Ballot Stub above the voter's signature area. The Provisional Ballot Stub is generated from the JBC.)

### VOTER PRESENTED ACCEPTABLE FORM OF IDENTIFICATION
☐ YES   ☑ NO

1. ✓ Failed to present acceptable form of identification or certificate with exemption.
2. ___ Voter not on list of registered voters.
3. ___ Voter not on list, registered in another precinct.
4. ___ Voter on list of people who voted early by mail, and voter has not cancelled mail ballot application.
5. ___ Voting after 7:00 P.M. due to court order.

| Home PCT | County Clerk Use ONLY | PCT |
|---|---|---|
| SRD 131 | | 0001 -1 |
| CERT/VUID | Voter Registrar Use ONLY | PCT |
| 28985851 | | 0882 |

**TO BE COMPLETED BY THE COUNTY VOTER REGISTRAR FOR STATUS:**

I, the voter registrar/deputy registrar, did research the records of my office and the following conclusion(s) was made:

**FOR VOTERS WHO DID NOT PRESENT ACCEPTABLE PHOTO IDENTIFICATION AT THE POLLING PLACE**

1. ___ Voter presented acceptable form of identification within 6 days of election day.
2. ___ Voter met disability exemption within 6 days of election day.
3. ___ Voter executed religious objection affidavit within 6 days of election day.
4. ___ Voter executed natural disaster affidavit within 6 days of election day.
5. ✓ Voter did not satisfy identification or affidavit requirements, listed in categories 1-4 above, within 6 days of election day.

**FOR VOTERS WHO VOTED PROVISIONALLY FOR OTHER REASONS**

6. ___ Not a registered voter or registration not effective in time for this election.
7. ___ Registered to vote, erroneously listed in wrong precinct.
8. ___ Registered to vote in a different precinct within the county.
9. ___ Information on file indicating applicant completed a voter registration



## Affidavit of Provisional Voter

Declaración Jurada de Votante Provisional / Bản Chứng Thệ Của Cử Tri Tạm Thời / 臨時選民具結書

310784023

TO BE COMPLETED BY VOTER: I am a registered voter of this political subdivision and in the precinct in which I'm attempting to vote and have not already voted in this election (either in person or by mail). I am a resident of this political subdivision, have not been finally convicted of a felony or if a felon, I have completed all of my punishment including any term of incarceration, parole, supervision, period of probation, or I have been pardoned. I have not been determined by a final judgment of a court exercising probate jurisdiction to be totally mentally incapacitated or partially mentally incapacitated without the right to vote. I understand that giving false information under oath is a misdemeanor, and I understand that it is a felony of the 2nd degree to vote in an election for which I know I am not eligible.

(PARA QUE EL VOTANTE LO LLENE: Estoy inscrito como votante en esta subdivisión política y en el precinto en cual estoy intentando a votar y aún no he votado en esta elección (en persona o por correo). Soy residente de esta subdivisión política, no he sido definitivamente declarado culpable de un delito grave o si soy el autor de un delito grave, he cumplido con todos los períodos de encarcelamiento, la libertad condicional, la libertad supervisada, la libertad vigilada, o he sido indultado. No me han determinado por un juicio final de una corte de la legalización de un testamento, ser totalmente incapacitado mentalmente o parcialmente incapacitado sin el derecho de votar. Entiendo que dar información falsa bajo juramento es un delito menor y también entiendo que es un delito grave de 2do grado votar en una elección sabiendo que no cumplo con los requisitos necesarios.) (ĐƯỢC HOÀN TẤT BỞI CỬ TRI: Tôi là cử tri đã ghi danh bỏ phiếu tại phân khu chính trị địa phương này và trong phân khu mà tôi cố ý định bỏ phiếu và chưa bỏ phiếu trong cuộc bầu cử này (kể cả đích thân bỏ phiếu hay bỏ phiếu bằng thư). Tôi cư ngụ tại phân khu chính trị địa phương này, tôi hoàn toàn không bị truy tố một tội hoặc nếu là người phạm trọng tội, tôi đã hoàn thành hết mọi hình phạt, bao gồm thời hạn tù, ân trên, quản chế, thời kỳ thách, hoặc đã được tha. Phán quyết cuối cùng của tòa án không xác định là người mất hoàn toàn năng lực hoặc mất một phần năng lực để xác định rằng người bỏ phiếu. Tôi hiểu rằng khai man khi tuyên thệ sẽ bị phạm khinh tội, và tôi hiểu rằng nếu bỏ phiếu trong một cuộc bầu cử mà tôi biết là mình không hội đủ điều kiện để dự tranh là phạm trọng tội cấp độ 2.) 由選民填寫：本人為此政治轄區之選民，現正嘗試在本人亦試圖投票之選區投票且尚未在本次選舉中投過票(親自或以郵寄方式投票)。本人為此政治轄區之居民，從未因犯有重罪判決或被判刑，或即使曾被判重罪，但所有關於拘留期、假釋、監管、緩刑之監禁期間及其後刑期之內均已服滿。本人從未曾被驗遺囑認證法院裁決為完全喪失智能或部分喪失能力而無權投票。本人明瞭在發誓宣示後做出虛假陳述屬於輕罪，並了解明知本人不符合資格而仍於本次選舉中投票為二級重罪。

| Last Name (Apellido) (Họ) (姓) | First Name (Nombre) (Tên) (名) | Middle Name (if any) (Segundo nombre (si tiene) Tên đệm (nếu có) 中間名 (若有) | Former Name (Nombre anterior) Tên cũ (曾用名) |
|---|---|---|---|
| Poles | Jordan | Matthew | |

| Residence Address: Street Address and Apartment Number, City, State, and ZIP. If none, describe where you live (Do not include PO Box, Rural Rt. or business address) (Domicilio: calle y número de apartamento, Ciudad, Estado, y Código Postal. A falta de estos datos, describa la localidad de su residencia. No incluya el apartado de correos, camino rural, ni dirección comercial.) (Địa chỉ cư trú: Tên đường và số Phòng, Thành Phố, Tiểu Bang, và Mã Bưu Điện. Nếu không có, xin diễn tả nơi quý vị cư ngụ (Không được để địa chỉ Hộp Thư, Địa Chỉ Đường Làng hoặc Địa Chỉ Thương Mại) 居住地址： 圖名地址和公寓號、市、州和郵遞區號。如果沒有，請詳細說明居住地點 (勿列明郵局信箱號碼、郊外鄉鎮名稱或商業地址) |
|---|
| 6340 West Main Street, Houston TX 77005 |

| Mailing Address: City, State, and ZIP. If mail cannot be delivered to your residence address. (Dirección postal: Ciudad, Estado y Código Postal, si no es posible entregarle correspondencia en su domicilio). (Địa Chỉ Gửi Thư: Thành Phố, Tiểu Bang, và Mã Bưu Điện. Nếu không thể chuyển thư tới địa chỉ cư ngụ của quý vị.) 郵寄地址：市、州和郵遞區號。如果無法投遞郵件至府上地址。 | Gender: (Optional) (Sexo (Optativo) Giới tính:(Không bắt buộc) 性別: (可以選不填) | Date of Birth: Month, Day, Year (Fecha de nacimiento: mes, día, año)(Ngày tháng năm sanh: Tháng, Ngày, Năm) 出生日期：月、日、年 |
|---|---|---|
| 16 Overbrook Dr. Millwood NY 10546 | Male ☒ (Hombre)(Nam)(男) Female ☐ (Mujer)(Nữ)(女) | 08/07/19 95 |

| Check appropriate box: Marque el cuadro apropiado: Đánh dấu vào ô thích hợp ở trong ồ: ở trong chọn ô phù hợp | TX Driver's License No. or Personal I.D. No. (Issued by TX DPS) Número de su licencia de conducir de Texas o de su Cédula de identidad expedida por el Departamento de Seguridad Publica de Texas.) Số Bằng Lái Xe của tiểu bang Texas hoặc số ID cá nhân (do Bộ An Toàn Lao Động tiểu bang Texas | Social Security No. (last 4 digits required if you do not have a driver's license or I.D. number) Número de Seguro Social. (si no tiene licencia de conducir ni identificación personal, se requieren los últimos 4 números de su seguro social) Số An Sinh Xã Hội (4 số cuối của số An Sinh Xã Hội cần phải có nếu quý vị không có số bằng lái xe hoặc số ID cá nhân) 社會安全號碼 (如果您沒有駕駛執照或個人身份證號碼，請提供社安卡最後 |
|---|---|---|
| ARE YOU A UNITED STATES CITIZEN? (¿SOY CIUDADANO/A DE LOS ESTADOS UNIDOS?) (QUÝ VỊ CÓ PHẢI LÀ CÔNG DÂN HOA KỲ KHÔNG?) 您是美國公民嗎？ ☑ Yes (Sí)(Có)(是) ☐ No (Không)(Không)(否) | ☐ I have not been issued a TX driver's license/ personal identification number or Social Security Number. (No me han expedido una licencia de conducir de Texas/Cédula de identidad personal de Texas ni un Número de Seguro Social.) (Tôi chưa hề được cấp bằng lái xe của Texas/số ID cá nhân hoặc số An Sinh Xã Hội.) 本人從未被發給德州駕駛執照或個人身份證號碼或社會安全號碼。 | Signature of Voter (Firma del Votante ) (Chữ ký của cử tri) (選民簽名) X [signature] |

### TO BE COMPLETED BY THE ELECTION JUDGE

| Date of Election Fecha de la Elección Ngày Bầu Cử 選舉日期 | Precinct No. where voted 361 Núm. de Precinto-lugar de votación/Phần Khu nơi đã Bầu Cử Số/選區編號. 投票地點 | Home PCT 0361 | County Clerk Use ONLY | PCT 0361-7 |
|---|---|---|---|---|
| 11/5/2013 | Precinct No. where registered 361 Núm. de Precinto-inscrito para votar/Phần Khu nơi đã ghi danh số/選區編號. 登記地點 | CERT/VUID 71650253 | Voter Registrar Use ONLY. | PCT 0361 |

| Type of Election Tipo de Elección Hình Thức Bầu Cử 選舉類型 | Authority Conducting Election Autoridad Administrando la Elección Cơ Quan Thẩm Quyền Tiến Hành Bầu Cử 主持選舉機關 |
|---|---|
| Joint | Harris County |

### TO BE COMPLETED BY THE COUNTY VOTER REGISTRAR FOR STATUS:

I, the voter registrar/deputy registrar, did research the records of my office and the following conclusion(s) was made:

**FOR VOTERS WHO DID NOT PRESENT ACCEPTABLE PHOTO IDENTIFICATION AT THE POLLING PLACE**

1. _____ Voter presented acceptable form of identification within 6 days of election day.

2. _____ Voter met disability exemption within 6 days of election day.

3. _____ Voter executed religious objection affidavit within 6 days of election day.

4. _____ Voter executed natural disaster affidavit within 6 days of election day.

5. ✓ Voter did not satisfy identification or affidavit requirements, listed in categories 1-4 above, within 6 days of election day.

**FOR VOTERS WHO VOTED PROVISIONALLY FOR OTHER REASONS**

6. _____ Not a registered voter or registration not effective in time for this election.

7. _____ Registered to vote, erroneously listed in wrong precinct.

8. _____ Registered to vote in a different precinct within the county.

9. _____ Information on file indicating applicant completed a voter registration

---

## BALLOT CODE: 10591266 9 ✓

(Write in the Ballot Code, it is found on the Provisional Ballot Stub above the voter's signature area. The Provisional Ballot Stub is generated from the JBC.)

### VOTER PRESENTED ACCEPTABLE FORM OF IDENTIFICATION

✓ ☐ YES ☒ NO

1. _____ Failed to present acceptable form of identification or voter certificate with exemption.

2. _____ Voter not on list of registered voters.

3. _____ Voter not on list, registered in another precinct.

4. _____ Voter on list of people who voted early by mail, and voter has not cancelled mail ballot application.

5. _____ Voting after 7:00 P.M. due to court order.