

310784032

## Affidavit of Provisional Voter
### Declaración Jurada de Votante Provisional / Bản Chứng Thệ Của Cử Tri Tạm Thời / 臨時選民具結書

TO BE COMPLETED BY VOTER: I am a registered voter of this political subdivision and in the precinct in which I'm attempting to vote and have not already voted in this election (either in person or by mail). I am a resident of this political subdivision, have not been finally convicted of a felony or if a felon, I have completed all of my punishment including any term of incarceration, parole, supervision, period of probation, or I have been pardoned. I have not been determined by a final judgment of a court exercising probate jurisdiction to be totally mentally incapacitated or partially mentally incapacitated without the right to vote. I understand that giving false information under oath is a misdemeanor, and I understand that it is a felony of the 2nd degree to vote in an election for which I know I am not eligible.

(PARA QUE EL VOTANTE LO LLENE: Estoy inscrito como votante en esta subdivisión política y en el precinto en cual estoy intentando a votar y aún no he votado en esta elección (en persona o por correo). Soy residente de esta subdivisión política, no he sido definitivamente declarado culpable de un delito grave o si soy el autor de un delito grave, he cumplido toda mi condena inclusive el período de encarcelamiento, la libertad condicional, la libertad supervisada, la libertad vigilada, o he sido indultado. No me han determinado por un juicio final de una corte de la legalización de un testamento, ser totalmente incapacitado mentalmente o parcialmente incapacitado sin el derecho de votar. Entiendo que dar información falsa bajo juramento es un delito menor y también entiendo que es un delito grave de 2do grado votar en una elección sabiendo que no cumplo con los requisitos necesarios.) (ĐƯỢC HOÀN TẤT BỞI CỬ TRI: Tôi là cử tri đã ghi danh bỏ phiếu tại phân khu chính trị địa phương này và trong phân khu mà tôi cố ý dành bỏ phiếu và chưa bỏ phiếu trong cuộc bầu cử này (kể cả đích thân bỏ phiếu hay bỏ phiếu bằng thư). Tôi cư ngụ tại phân khu chính trị địa phương này, tôi hoàn toàn không bị kết trọng tội hoặc nếu là người phạm trọng tội, tôi đã hoàn thành hết mọi hình phạt, bao gồm thời hạn tù, ân treo, quản chế, thời kỳ thử thách, hoặc đã được tha. Phân quyết cuối cùng của tòa án không quyền xét xử di nguyện mà hoàn toàn không năng lực về mặt tâm thần hay mặt phần nâng lực để cử tri quyền được bỏ phiếu. Tôi hiểu rằng khai man khi tuyên thể sẽ bị phạm khinh tội, và tôi hiểu rằng nếu bỏ phiếu trong một cuộc bầu cử mà tôi biết là mình không hội đủ điều kiện, tôi sẽ bị coi là phạm trọng tội cấp độ 2.) 由選民填寫：本人乃此政治區域之合法選民，在本人試圖觀已在各投票所，或用郵寄方式登記之選區選民，而本人尚未在此次選舉中投過票。本人是此政治區域之居民，沒被判定犯過重罪，或本身是犯過重罪之人，但本人已服完刑期，包括監禁、假釋、監督、緩刑或已獲委赦免。本人從未被司法審理認定為完全或部份喪失能力而無權投票。本人明瞭宣誓後提供不實資訊為輕罪，並了解在明知自己不符合資格的情況下主意圖舉中投票為二級重罪。

| Last Name (Apellido) (Họ) (姓) | First Name (Nombre) (Tên) (名) | Middle Name (if any) (Segundo nombre (si tiene) Tên đệm (nếu có) 中間名 (若有) | Former Name (Nombre anterior) (Tên cũ) (曾用名) |
|---|---|---|---|
| Buchanan | Mary | Leith | |

Residence Address: Street Address and Apartment Number, City, State, and ZIP. If none, describe where you live (Do not include PO Box, Rural Rt. or business address) (Domicilio: calle y número de apartamento, Ciudad, Estado, y Código Postal. A falta de estos datos, describa la localidad de su residencia. (No incluya el apartado de correos, camino rural, ni dirección comercial.)) (Địa chỉ cư trú: Tên đường và số Phòng, Thành Phố, Tiểu Bang, và Mã Bưu Điện. Nếu không có, xin diễn tả nơi quý vị cư ngụ (Không được ghi địa chỉ Hộp Thư, Địa Chỉ Đường Làng hoặc Địa Chỉ Thương Mại)) 居住地址：街名地址和公寓號，市、州和郵寄號碼。如果沒有，請詳細說明居住地點（請勿用郵局信箱號碼、郊外路線名稱或商號地址）

6310 Main St Houston, TX 77005

| Mailing Address: City, State, and ZIP. If mail cannot be delivered to your residence address. (Dirección postal: Ciudad, Estado y Código Postal, si no es posible entregarle correspondencia en su domicilio). (Địa Chỉ Gửi Thư: Thành Phố, Tiểu Bang, và Mã Bưu Điện. Nếu không thể chuyển thư tới địa chỉ cư ngụ của quý vị.) 郵寄地址：市、州和郵遞區號。如果郵寄無法送達您的居住地址。 | Gender: (Optional) (Sexo (Optativo) Giới tính:(Không bắt buộc 性別：（可填寫不填）<br><br>Male ☐ Female ☒<br>(Hombre)(Nam)(男)    (Mujer)( Nữ)(女) | Date of Birth: Month, Day, Year (Fecha de nacimiento: mes, día, año)(Ngày tháng năm sanh: Tháng, Ngày, Năm) 出生日期：月、日、年<br><br>08/12/1992 |
|---|---|---|

| Check appropriate box: Marque el cuadro apropiado: Đánh dấu vào ô thích hợp 在適當方格內劃句：<br><br>ARE YOU A UNITED STATES CITIZEN?<br>(¿SOY CIUDADANO/A DE LOS ESTADOS UNIDOS?) (QUÝ VỊ CÓ PHẢI LÀ CÔNG DÂN HOA KỲ KHÔNG?) 您是美國公民嗎？<br><br>☒Yes    ☐ No<br>(Sí)( Có)(是)    (No)(Không)(否) | TX Driver's License No. or Personal I.D. No. (issued by TX DPS) Número de su licencia de conducir de Texas o su Cédula de Identidad expedida por el Departamento de Seguridad Pública de Texas. Số Bằng Lái Xe của tiểu bang Texas hoặc số ID cá nhân (do Bộ An Toàn Lao Động tiểu bang Texas 德克薩斯州執照號碼或個人身份證號碼（由德州交通部發出）<br><br>☐ I have not been issued a TX driver's license/ personal identification number or Social Security Number. (No me han expedido una licencia de conducir de Texas/Cédula de identidad personal de Texas ni un Número de Seguro Social.) (Tôi chưa hề được cấp bằng lái xe của Texas/số ID cá nhân hoặc số An Sinh Xã Hội.) 我沒有 TX 駕駛執照號碼/個人身份證號碼或社安號碼。 | Social Security No. (last 4 digits required if you do not have a driver's license or I.D. number) Número de Seguro Social. (Si no tiene licencia de conducir ni identificación personal, se requiere los últimos 4 números de su seguro social) Số An Sinh Xã Hội (4 số cuối của số An Sinh Xã Hội cần phải có nếu quý vị không có số bằng lái xe hoặc số ID cá nhân) 社會安全號碼（如果您沒有駕駛執照或個人身份證號碼，須提供社安卡最後4位數）<br><br>Signature of Voter: (Firma del Votante) (Chữ ký của cử tri) (選民簽名)<br><br>X Mary Buchanan |
|---|---|---|

## TO BE COMPLETED BY THE ELECTION JUDGE

| Date of Election Fecha de la Elección Ngày Bầu Cử 選舉日期<br><br>11/5/13 | Precinct No. where voted 0361<br>Núm. de Precinto-lugar de votación/Phân Khu nơi đã Bầu Cử Số/選區編號. 投票地點 | Home PCT<br>0361 | County Clerk Use ONLY | PCT<br>0361-7 |
|---|---|---|---|---|
| | Precinct No. where registered 0361<br>Núm. de Precinto-inscrito para votar/Phân Khu nơi đã ghi danh số/選區編號. 登記地點 | CERT/VUID<br>68341239 | Voter Registrar Use ONLY | PCT<br>0361 |
| Type of Election Tipo de Elección Hình Thức Bầu Cử 選舉類型<br><br>Jant | Authority Conducting Election Autoridad Administrando la Elección Cơ Quan Thẩm Quyền Tiến Hành Bầu Cử 主持選舉機構<br><br>Harris County | | | |

BALLOT CODE: 1058438 82

(Write in the Ballot Code, it is found on the Provisional Ballot Stub above the voter's signature area. The Provisional Ballot Stub is generated from the JBC.)

VOTER PRESENTED ACCEPTABLE FORM OF IDENTIFICATION
☐ YES    ☒ NO

1. ✓ Failed to present acceptable form of identification or voter certificate with exemption.

2. ___ Voter not on list of registered voters.

3. ___ Voter not on list, registered in another precinct.

4. ___ Voter on list of people who voted early by mail, and voter has not cancelled mail ballot application.

5. ___ Voting after 7:00 P.M. due to court order.

### TO BE COMPLETED BY THE COUNTY VOTER REGISTRAR FOR STATUS:

I, the voter registrar/deputy registrar, did research the records of my office and the following conclusion(s) was made:

#### FOR VOTERS WHO DID NOT PRESENT ACCEPTABLE PHOTO IDENTIFICATION AT THE POLLING PLACE

1. ___ Voter presented acceptable form of identification within 6 days of election day.

2. ___ Voter met disability exemption within 6 days of election day.

3. ___ Voter executed religious objection affidavit within 6 days of election day.

4. ___ Voter executed natural disaster affidavit within 6 days of election day.

5. ✓ Voter did not satisfy identification or affidavit requirements, listed in categories 1-4 above, within 6 days of election day.

#### FOR VOTERS WHO VOTED PROVISIONALLY FOR OTHER REASONS

6. ___ Not a registered voter or registration not effective in time for this election.

7. ___ Registered to vote, erroneously listed in wrong precinct.

8. ___ Registered to vote in a different precinct within the county.

9. ___ Information on file indicating applicant completed a voter registration

PR

# Affidavit of Provisional Voter

Declaración Jurada de Votante Provisional / Bản Chứng Thệ Của Cử Tri Tạm Thời / 臨時選民具結書

310784041

**TO BE COMPLETED BY VOTER:** I am a registered voter of this political subdivision and in the precinct in which I'm attempting to vote and have not already voted in this election (either in person or by mail). I am a resident of this political subdivision, have not been finally convicted of a felony or if a felon, I have completed all of my punishment including any term of incarceration, parole, supervision, period of probation, or I have been pardoned. I have not been determined by a final judgment of a court exercising probate jurisdiction to be totally mentally incapacitated or partially mentally incapacitated without the right to vote. I understand that giving false information under oath is a misdemeanor, and I understand that it is a felony of the 2nd degree to vote in an election for which I know I am not eligible.

| Last Name (Apellido) (Họ) (姓) | First Name (Nombre) (Tên) (名) | Middle Name (if any) (Segundo nombre (si tiene) Tên đệm (nếu có) 中間名 (若有) | Former Name (Nombre anterior) (Tên cũ) (曾用名) |
|---|---|---|---|
| Saron | Veronica | Rae | |

**Residence Address:** 701 Rosedale St.

**Mailing Address:**

**Gender:** Male ☐ Female ☒

**Date of Birth:** 04/02/1992

**Check appropriate box:** ARE YOU A UNITED STATES CITIZEN? ☒ Yes ☐ No

☒ I have not been issued a TX driver's license/personal identification number or Social Security Number.

## TO BE COMPLETED BY THE ELECTION JUDGE

**Date of Election:** 11/5/2013

**Precinct No. where voted:** 0361

**Precinct No. where registered:** 0361

**Type of Election:** Joint

**Authority Conducting Election:** Harris County

**Home PCT:** 0361
**CERT/VUID:** 0609120619
**County Clerk Use ONLY PCT:** 0361-7
**Voter Registrar Use ONLY:** 0361

### TO BE COMPLETED BY THE COUNTY VOTER REGISTRAR FOR STATUS:

**BALLOT CODE:** 105845757

**VOTER PRESENTED ACCEPTABLE FORM OF IDENTIFICATION** ☐ YES ☒ NO

1. Failed to present acceptable form of identification or certificate with exemption.
2. Voter not on list of registered voters.
3. Voter not on list, registered in another precinct.
4. Voter on list of people who voted early by mail, and voter has not cancelled mail ballot application.
5. Voting after 7:00 P.M. due to court order.

FOR VOTERS WHO DID NOT PRESENT ACCEPTABLE PHOTO IDENTIFICATION AT THE POLLING PLACE

1. ___ Voter presented acceptable form of identification within 6 days of election day.
2. ___ Voter met disability exemption within 6 days of election day.
3. ___ Voter executed religious objection affidavit within 6 days of election day.
4. ___ Voter executed natural disaster affidavit within 6 days of election day.
5. ✓ Voter did not satisfy identification or affidavit requirements, listed in categories 1-4 above, within 6 days of election day.

FOR VOTERS WHO VOTED PROVISIONALLY FOR OTHER REASONS

6. ___ Not a registered voter or registration not effective in time for this election.
7. ___ Registered to vote, erroneously listed in wrong precinct.
8. ___ Registered to vote in a different precinct within the county.



# Affidavit of Provisional Voter
### Declaración Jurada de Votante Provisional / Bản Chứng Thệ Của Cử Tri Tạm Thời / 臨時選民具結書

310784096

TO BE COMPLETED BY VOTER: I am a registered voter of this political subdivision and in the precinct in which I'm attempting to vote and have not already voted in this election (either in person or by mail). I am a resident of this political subdivision, have not been finally convicted of a felony or if a felon, I have completed all of my punishment including any term of incarceration, parole, supervision, period of probation, or I have been pardoned. I have not been determined by a final judgment of a court exercising probate jurisdiction to be totally mentally incapacitated or partially mentally incapacitated without the right to vote. I understand that giving false information under oath is a misdemeanor, and I understand that it is a felony of the 2nd degree to vote in an election for which I know I am not eligible.

(PARA QUE EL VOTANTE LO LLENE: Estoy inscrito como votante en esta subdivisión política y en el precinto en cual estoy intentando a votar y aún no he votado en esta elección (en persona o por correo). Soy residente de esta subdivisión política, no he sido definitivamente declarado culpable de un delito grave o si soy el autor de un delito grave, he cumplido toda mi condena inclusive el período de encarcelamiento, la libertad condicional, la libertad supervisada, la libertad vigilada, o he sido indultado. No me han determinado por un juicio final de una corte de la legalización de un testamento, ser totalmente incapacitado mentalmente o parcialmente incapacitado sin el derecho de votar. Entiendo que dar información falsa bajo juramento es un delito menor y tambień entiendo que es un delito grave de 2do grado votar en una elección sabiendo que no cumplo con los requisitos necesarios.) (ĐƯỢC HOÀN TẤT BỞI CỬ TRI: Tôi là cử tri đã ghi danh bỏ phiếu tại phân khu chính trị địa phương này và trong phân khu mà tôi cố ý đang bỏ phiếu và chưa bỏ phiếu trong cuộc bầu cử này (kể cả dích thân bỏ phiếu hay bỏ phiếu bằng thư). Tôi cư ngụ tại phân khu chính trị địa phương này, tôi hoàn toàn không bị kết trọng tội hoặc nếu là người phạm trọng tội, tôi đã hoàn thành hết mọi hình phạt, bao gồm thời hạn tù, án treo, quản chế, thời kỳ thử thách, hoặc đã được tha. Phần quyết cuối cùng của tòa án không bị kết trọng tội hoặc ...

| Last Name (Apellido) (Họ) (姓) | First Name (Nombre) (Tên) (名) | Middle Name (if any) (Segundo nombre (si tiene) Tên đệm (nếu có) 中間名 (若有) | Former Name (Nombre anterior) (Tên cũ) (曾用名) |
|---|---|---|---|
| Davenport | Meghan | Kathleen | |

| Residence Address... | | |
|---|---|---|
| 6310 Main St Houston, TX 77005 | | |

| Mailing Address... | Gender (Optional)... | Date of Birth... |
|---|---|---|
| 6310 Main St Houston, TX 77005 | Male ☐ Female ☒ | 09/16/1993 |

ARE YOU A UNITED STATES CITIZEN?
☒ Yes  ☐ No

☐ I have not been issued a TX driver's license/personal identification number or Social Security Number.

X [signature]

## TO BE COMPLETED BY THE ELECTION JUDGE
Date of Election: 11/5/2013
Precinct No. where voted: 361
Precinct No. where registered: 361
Type of Election: Joint
Authority Conducting Election: Harris County

Home PCT: 0361  County Clerk Use ONLY: 0361-7  PCT
CERT/VUID: 1095558829  Voter Registrar Use ONLY: 0361  PCT

### BALLOT CODE: L 0 5 8 4 6 7 6 7 ✓
(Write in the Ballot Code, it is found on the Provisional Ballot Stub above the voter's signature area. The Provisional Ballot Stub is generated from the JBC.)

## VOTER PRESENTED ACCEPTABLE FORM OF IDENTIFICATION
☐ YES   ☒ NO

1. ✓ Failed to present acceptable form of identification or certificate with exemption.
2. ___ Voter not on list of registered voters.
3. ___ Voter not on list, registered in another precinct.
4. ___ Voter on list of people who voted early by mail, and voter has not cancelled mail ballot application.
5. ___ Voting after 7:00 P.M. due to court order.

### TO BE COMPLETED BY THE COUNTY VOTER REGISTRAR FOR STATUS:
I, the voter registrar/deputy registrar, did research the records of my office and the following conclusion(s) was made:

FOR VOTERS WHO DID NOT PRESENT ACCEPTABLE PHOTO IDENTIFICATION AT THE POLLING PLACE
1. ___ Voter presented acceptable form of identification within 6 days of election day.
2. ___ Voter met disability exemption within 6 days of election day.
3. ___ Voter executed religious objection affidavit within 6 days of election day.
4. ___ Voter executed natural disaster affidavit within 6 days of election day.
5. ✓ Voter did not satisfy identification or affidavit requirements, listed in categories 1-4 above, within 6 days of election day.

FOR VOTERS WHO VOTED PROVISIONALLY FOR OTHER REASONS
6. ___ Not a registered voter or registration not effective in time for this election.
7. ___ Registered to vote, erroneously listed in wrong precinct.
8. ___ Registered to vote in a different precinct within the county.
9. ___ Information on file indicating applicant completed a voter registration

PR



# Affidavit of Provisional Voter

Declaración Jurada de Votante Provisional / Bản Chứng Thệ Của Cử Tri Tạm Thời / 臨時選民具結書

310731027

TO BE COMPLETED BY VOTER: I am a registered voter of this political subdivision and in the precinct in which I'm attempting to vote and have not already voted in this election (either in person or by mail). I am a resident of this political subdivision, have not been finally convicted of a felony or if a felon, I have completed all of my punishment including any term of incarceration, parole, supervision, period of probation, or I have been pardoned. I have not been determined by a final judgment of a court exercising probate jurisdiction to be totally mentally incapacitated or partially mentally incapacitated without the right to vote. I understand that giving false information under oath is a misdemeanor, and I understand that it is a felony of the 2nd degree to vote in an election for which I know I am not eligible.

(PARA QUE EL VOTANTE LO LLENE: Estoy inscrito como votante en esta subdivisión política y en el precinto en cual estoy intentando a votar y aún no he votado en esta elección (en persona o por correo). Soy residente de esta subdivisión política, no he sido definitivamente declarada culpable de un delito grave o si soy el autor de un delito grave, he cumplido toda mi condena incluiser el periodo de encarcelamiento, la libertad condicional, la libertad supervisada, la libertad vigilada, o he sido indultado. No me han determinado por un juicio final de una corte de la legalización de un testamento, ser totalmente incapacitado mentalmente o parcialmente incapacitado sin el derecho de votar. Entiendo que dar información falsa bajo juramento es un delito menor y también entiendo que es un delito grave de 2do grado votar en una elección sabiendo que no cumplo con los requisitos necesarios.) (ĐỰỢC HOÀN TẤT BỞI CỬ TRI: Tôi là cử tri đã ghi danh bộ phiếu tại phân khu chính trị này và trong phân khu mà tôi cố ý định bộ phiếu và chưa bộ phiếu trong cuộc bầu cử này (kể cả đích thân bộ phiếu hay bộ phiếu bằng thư). Tôi cư ngụ tại phân khu chính trị địa phương này, tôi hoàn toàn không bị kết trọng tội hoặc nếu là người phạm trọng tội, tôi đã hoàn thành hết mọi hình phạt, bao gồm thời hạn tù, án treo, quản chế, thời kỳ thử thách, hoặc đã được tha. Phần quyết cuối cùng của tòa án không tuyên bố rằng tôi là người mất hoàn toàn năng lực về mặt tâm thần hay mất phần năng lực để tôi có quyền được bộ phiếu. Tôi hiểu rằng khai man khi tuyên thệ bị phạm khinh tội, và tôi hiểu rằng nếu bộ phiếu trong cuộc bầu cử mà tôi biết là mình không hội đủ điều kiện, tôi sẽ bị coi là phạm trọng tội cấp độ 2.) 由選民填寫：本人為此政治轄區內之合法選民，及在本選區且尚未在此次選舉中投票 (親自投票或郵寄投票)。本人為此政治轄區之居民，從未因犯有重罪而最終被判定罪，或如曾犯重罪，則已履行完畢所有的刑罰，包括監禁、假釋、監督、緩刑期已得受完畢已結束後，本人沒有被辦理遺囑驗證法庭的終審裁判判定為完全無行為能力者或部分無行為能力者。本人明瞭宣誓提供偽證乃屬輕罪，並了解明知無資格而於選舉中投票為二級重罪。

| Last Name (Apellido) (Họ) (姓) | First Name (Nombre) (Tên) (名) | Middle Name (if any) (Segundo nombre (si tiene)<br>Tên đệm (nếu có) 中間名 (若有) | Former Name (Nombre anterior)<br>(Tên cũ) (曾用名) |
|---|---|---|---|
| Hughes | Dena | Fontno | Gray |

| Residence Address: Street Address and Apartment Number, City, State, and ZIP. If none, describe where you live (Do not include PO Box, Rural Rt. or business address) (Domicilio: calle y número de apartamento, Ciudad, Estado, y Código Postal: A falta de estos datos, describa la localidad de su residencia. (No incluya el apartado de correos, camino rural, ni dirección comercial.)) (Địa chỉ cư trú: Tên đường và số Phòng, Thành Phố, Tiểu Bang, và Mã Bưu Điện. Nếu không có, xin diễn tả nơi quý vị cư ngụ (Không được để địa chỉ Hộp Thư, Địa Chỉ Đường Làng hoặc Địa Chỉ Thương Mại)) 居住地址：街名地址和公寓號、市、州和郵寄區號。如果沒有，請詳細說明您居住地點 (勿列用郵局信箱號碼、鄉村路線名稱或商業地址) |
|---|
| 6517 Grape |

| Mailing Address: City, State, and ZIP. If mail cannot be delivered to your residence address. (Dirección postal; Ciudad, Estado y Código Postal, si no es posible entregarle correspondencia en su domicilio). (Địa Chỉ Gửi Thư: Thành Phố, Tiểu Bang, và Mã Bưu Điện. Nếu không thể chuyển thư tới địa chỉ cư ngụ của quý vị.) 郵寄地址：市、州和郵遞區號。如果郵寄無法送達您的居住地址。 | Gender: (Optional) (Sexo (Optativo)) Giới tính:(Không bắt buộc 性別：(可填或不填) | | Date of Birth: Month, Day, Year (Fecha de nacimiento: mes, día, año)(Ngày tháng năm sanh: Tháng, Ngày, Năm) 出生日期：月、日、年 |
|---|---|---|---|
| Houston, TX 77074 | Male ☐<br>(Hombre)(Nam)(男) | Female ☒<br>(Mujer)(Nữ)(女) | 08/28/1969 |

| Check appropriate box: Marque el cuadro apropiado: Đánh dấu vào ô thích hợp 在適當方格內劃勾：<br><br>ARE YOU A UNITED STATES CITIZEN?<br>(¿SOY CIUDADANO/A DE LOS ESTADOS UNIDOS?) (QUÝ VỊ CÓ PHẢI LÀ CÔNG DÂN HOA KỲ KHÔNG?) 您是美國公民嗎？<br><br>☒ Yes<br>(Sí)(Có)(是)    ☐ No<br>(No)(Không)(否) | TX Driver's License No. or Personal I.D. No. (Issued by TX DPS) Número de su licencia de conducir de Texas o de su Cédula de Identidad expedida por el Departamento de Seguridad Publica de Texas) Số Bằng Lái Xe của tiểu bang Texas hoặc số ID cá nhân (do Bộ An Toàn Lao Động tiểu bang Texas cấp) 德州駕駛執照號碼或個人身份證號碼 (由德州公共安全部簽發)<br><br>☐ I have not been issued a TX driver's license/ personal identification number or Social Security Number. (No me han expedido una licencia de conducir de Texas/Cédula de identidad personal de Texas ni un Número de Seguro Social.) (Tôi chưa hề được cấp bằng lái xe của Texas/số ID cá nhân hoặc số An Sinh Xã Hội.) 我沒有 TX 駕駛執照號碼/個人身份證號碼或社會安全號碼。 | Social Security No. (last 4 digits required if you do not have a driver's license or I.D. number) Número de su seguro social (los últimos 4 números de su seguro social) Số An Sinh Xã Hội (4 số cuối của số An Sinh Xã Hội cần phải có nếu quý vị không có số bằng lái xe hoặc số ID cá nhân) 社會安全號碼 (如果您沒有駕駛執照或個人身份證號碼，請提供社安卡後後<br><br>Signature of Voter: (Firma del votante) (Chữ ký Cử Tri) (選民簽署)<br><br>X Dena Hughes |
|---|---|---|

## TO BE COMPLETED BY THE ELECTION JUDGE

| Date of Election Fecha de la Elección Ngày Bầu Cử 選舉日期<br><br>11-5-13 | Precinct No. where voted 284<br>Núm. de Precinto-lugar de votación/Phân Khu nơi đã Bầu Cử Số/選區編號, 投票地點<br><br>Precinct No. where registered 284<br>Núm. de Precinto-inscrito para votar/Phân Khu nơi đã ghi danh số/選區編號, 登記地點 | Home PCT<br>0284 | County Clerk Use ONLY | PCT<br>0284-80 |
|---|---|---|---|---|
| | | CERT/VUID<br>2516255526 | Voter Registrar Use ONLY | PCT<br>0788 |

| Type of Election Tipo de Elección Hình Thức Bầu Cử 選舉類型<br><br>General Joint | Authority Conducting Election Autoridad Administrando la Elección Cơ Quan Thẩm Quyền Tiến Hành Bầu Cử 主持選舉機構<br><br>Harris County |
|---|---|

## TO BE COMPLETED BY THE COUNTY VOTER REGISTRAR FOR STATUS:

I, the voter registrar/deputy registrar, did research the records of my office and the following conclusion(s) was made:

### FOR VOTERS WHO DID NOT PRESENT ACCEPTABLE PHOTO IDENTIFICATION AT THE POLLING PLACE

BALLOT CODE: 91750884

(Write in the Ballot Code, it is found on the Provisional Ballot Stub above the voter's signature area. The Provisional Ballot Stub is generated from the JBC.)

## VOTER PRESENTED ACCEPTABLE FORM OF IDENTIFICATION

☐ YES          ☒ NO

1. ✓ Failed to present acceptable form of identification or voter certificate with exemption.

2. ____ Voter not on list of registered voters.

3. ____ Voter not on list, registered in another precinct.

4. ____ Voter on list of people who voted early by mail, and voter has not cancelled mail ballot application.

5. ____ Voting after 7:00 P.M. due to court order.

1. ____ Voter presented acceptable form of identification within 6 days of election day.

2. ____ Voter met disability exemption within 6 days of election day.

3. ____ Voter executed religious objection affidavit within 6 days of election day.

4. ____ Voter executed natural disaster affidavit within 6 days of election day.

5. ✓ Voter did not satisfy identification or affidavit requirements, listed in categories 1-4 above, within 6 days of election day.

### FOR VOTERS WHO VOTED PROVISIONALLY FOR OTHER REASONS

6. ____ Not a registered voter or registration not effective in time for this election.

7. ____ Registered to vote, erroneously listed in wrong precinct.

8. ____ Registered to vote in a different precinct within the county.

9. ____ Information on file indicating applicant completed a voter registration

ME

310738011

# Affidavit of Provisional Voter

Declaración Jurada de Votante Provisional / Bản Chứng Thệ Của Cử Tri Tạm Thời / 臨時選民具結書

TO BE COMPLETED BY VOTER: I am a registered voter of this political subdivision and in the precinct in which I'm attempting to vote and have not already voted in this election (either in person or by mail). I am a resident of this political subdivision, have not been finally convicted of a felony or if a felon, I have completed all of my punishment including any term of incarceration, parole, supervision, period of probation, or I have been pardoned. I have not been determined by a final judgment of a court exercising probate jurisdiction to be totally mentally incapacitated or partially mentally incapacitated without the right to vote. I understand that giving false information under oath is a misdemeanor, and I understand that it is a felony of the 2nd degree to vote in an election for which I know I am not eligible.

(PARA QUE EL VOTANTE LO LLENE: Estoy inscrito como votante en esta subdivisión política y en el precinto en cual estoy intentando a votar y aun no he votado en esta elección (en persona o por correo). Soy residente de esta subdivisión política, no he sido definitivamente declarado culpable de un delito grave o si soy el autor de un delito grave, he cumplido toda mi condena incluiser el período de encarcelamiento, la libertad condicional, la libertad supervisada, la libertad vigilada, o he sido indultado. No me han determinado por un juicio final de una corte de la legalización de un testamento, ser totalmente incapacitado mentalmente o parcialmente incapacitado sin el derecho de votar. Entiendo que dar información falsa bajo juramento es un delito menor y también entiendo que es un delito grave de 2do grado votar en una elección sabiendo que no cumplo con los requisitos necesarios.) (DƯỢC HOÀN TẤT BỞI CỬ TRI: Tôi là cử tri đã ghi danh bỏ phiếu tại phân khu chính trị địa phương này và trong phân khu mà tôi có ý định bỏ phiếu và chưa bỏ phiếu trong cuộc bầu cử này (kể cả dích thân bỏ phiếu hay bỏ phiếu bằng thư). Tôi cư ngụ tại phân khu chính trị địa phương này, tôi hoàn toàn không bị kết trọng tội hoặc nếu là người phạm trọng tội, tôi đã hoàn thành hết mọi hình phạt, bao gồm thời hạn tù, ân trại, quản chế, thời kỳ thử thách, hoặc đã được tha. Phân quyết cuối cùng của tòa án không tuyên bố rằng tôi là người mất hoàn toàn năng lực về mặt tâm thần hay một phần tâm thần mà không có quyền được bỏ phiếu. Tôi hiểu rằng khai man khi tuyên thệ sẽ bị phạm khinh tội, và tôi hiểu rằng nếu bỏ phiếu trong cuộc bầu cử mà tôi biết là mình không hội đủ điều kiện, tôi sẽ bị coi là phạm trọng tội cấp 2.) 由證民填寫：本人為此政治轄區的之合法選民，本人有意欲且尚未在此次選舉中投票 (現自或郵寄投票)。本人為此政治轄區的居民，尚未被判重罪或身為重罪犯。若判刑已經受完懲罰之所有刑期，包括服刑期、假釋期、監管期、察看期。本人從未被證明喪失心智失能或部份失能而無權投票。本人瞭解宣誓提供假資料將犯輕罪，並了解在明知自己不符合資格的情況下在選舉中投票為二級重罪。

| Last Name (Apellido) (Ho) (姓) | First Name (Nombre) (Tên) (名) | Middle Name (if any) (Segundo nombre (si tiene) / Tên đệm (nếu có) 中間名 (若有) | Former Name (Nombre anterior) (Tên cũ) (曾用名) |
|---|---|---|---|
| Hernandez santos | Tonn | | |

| Residence Address: Street Address and Apartment Number, City, State, and ZIP. If none, describe where you live (Do not include PO Box, Rural Rt. or business address) (Domicilio: calle y número de apartamento, Ciudad, Estado, y Código Postal: A falta de estos datos, describa la localidad de su residencia. (No incluya el apartado de correos, camino rural, ni dirección comercial.)) (Địa chỉ cư trú: Tên đường và số Phòng, Thành Phố, Tiểu Bang, và Mã Bưu Điện. Nếu không có, xin diễn tả nơi quý vị cư ngụ (Không được để địa chỉ Hộp Thư, Địa Chỉ Đường Làng hoặc Địa Chỉ Thương Mại)) 居住地址：街名地址和公寓號、市、州和郵遞區號。如果沒有，請詳細描述您居住地點 (請勿用郵局信箱號碼、郵外鎮鄉名稱或商業地址) |
|---|
| 5109 Fallton Apartment4 Houston 77009 |

| Mailing Address: City, State, and ZIP. If mail cannot be delivered to your residence address. (Dirección postal: Ciudad, Estado y Código Postal, si no es posible entregarle correspondencia en su domicilio). (Địa Chỉ Gửi Thư: Thành Phố, Tiểu Bang, và Mã Bưu Điện. Nếu không thể chuyển thư tới địa chỉ cư ngụ của quý vị.) 郵寄地址：市、州和郵遞區號。如果郵寄無法送達您的居住地址。 | Gender: (Optional) (Sexo (Optativo) Giới tính.(Không bắt buộc 性別：(可填寫不填) | Date of Birth: Month, Day, Year (Fecha de nacimiento: mes, día, año)(Ngày tháng năm sanh: Tháng, Ngày, Năm) 出生日期：月、日、年 |
|---|---|---|
| | Male ☑ Female ☐ (Hombre)(Nam)(男) (Mujer) Nữ)(女) | 02/18/1988 |

| Check appropriate box: Marque el cuadro apropiado: Đánh dấu vào ô thích hợp 在適當方格內劃勾：<br><br>ARE YOU A UNITED STATES CITIZEN? (¿SOY CIUDADANO/A DE LOS ESTADOS UNIDOS?) (QUÝ VỊ CÓ PHẢI LÀ CÔNG DÂN HOA KỲ KHÔNG?) 您是美國公民嗎？<br><br>☑Yes ☐ No (Sí)(Có)(是) (No)(Không)(否) | TX Driver's License No. or Personal I.D. No. (Issued by TX DPS) Número de su licencia de conducir de Texas o de su Cédula de Identidad expedida por el Departamento de Seguridad Pública de Texas. Số Bằng Lái Xe của tiểu bang Texas hoặc số ID cá nhân (do Bộ An Toàn Lao Động tiểu bang Texas | Social Security No. (last 4 digits required if you do not have a driver's license or I.D. number) Número de Seguro Social. (Si no tiene licencia de conducir ni identificación personal, se requiere los últimos 4 números de su seguro social) Số An Sinh Xã Hội (4 số cuối của số An Sinh Xã Hội cần phải có nếu quý vị không có số bằng lái xe hoặc số ID cá nhân) 社會安全號碼 (如果您沒有駕駛執照或證件，請提供社安卡最後 |
|---|---|---|
| | ☑ I have not been issued a TX driver's license/ personal identification number or Social Security Number (No me han expedido una licencia de conducir de Texas/Cédula de Identidad personal de Texas ni un Número de Seguro Social.) ( Tôi chưa hề được cấp bằng lái xe của Texas/số ID cá nhân hoặc số An Sinh Xã Hội.) 我沒有 TX 駕駛執照號碼/個人身份證號碼或社安號碼。 | Signature of Voter: (Firma del votante ) (Chữ ký của cử tri) (選民簽名)<br><br>X Senten Hernandez |

## TO BE COMPLETED BY THE ELECTION JUDGE

| Date of Election Fecha de la Elección Ngày Bầu Cử 選舉日期<br>11-05-2013 | Precinct No. where voted 207 Núm. de Precinto-lugar de votación/Phân Khu nơi đã Bầu Cử Số/選區編號. 投票地點 | Home PCT 0207 | County Clerk Use ONLY | PCT 0207-3 |
|---|---|---|---|---|
| | Precinct No. where registered _____ Núm. de Precinto-inscrito para votar/Phân Khu nơi đã ghi danh số/選區編號. 登記地點 | CERT/VUID 64791905 | Voter Registrar Use ONLY | PCT 0637 |
| Type of Election Tipo de Elección Hình Thức Bầu Cử 選舉類型 JOINT ELECTION | Authority Conducting Election Autoridad Administrando la Elección Cơ Quan Thẩm Quyền Tiến Hành Bầu Cử 主持選舉機構 | | | |

# BALLOT CODE: 1 9 3 8 5 9 7 8 2

(Write in the Ballot Code, it is found on the Provisional Ballot Stub above the voter's signature area. The Provisional Ballot Stub is generated from the JBC.)

## VOTER PRESENTED ACCEPTABLE FORM OF IDENTIFICATION

☐ YES ☒ NO

1. ✓ Failed to present acceptable form of identification or voter certificate with exemption.

2. ✓ Voter not on list of registered voters.

3. ✓ Voter not on list, registered in another precinct.

4. ____ Voter on list of people who voted early by mail, and voter has not cancelled mail ballot application.

5. ____ Voting after 7:00 P.M. due to court order.

## TO BE COMPLETED BY THE COUNTY VOTER REGISTRAR FOR STATUS:

I, the voter registrar/deputy registrar, did research the records of my office and the following conclusion(s) was made:

### FOR VOTERS WHO DID NOT PRESENT ACCEPTABLE PHOTO IDENTIFICATION AT THE POLLING PLACE

1. ____ Voter presented acceptable form of identification within 6 days of election day.

2. ____ Voter met disability exemption within 6 days of election day.

3. ____ Voter executed religious objection affidavit within 6 days of election day.

4. ____ Voter executed natural disaster affidavit within 6 days of election day.

5. ✓ Voter did not satisfy identification or affidavit requirements, listed in categories 1-4 above, within 6 days of election day.

### FOR VOTERS WHO VOTED PROVISIONALLY FOR OTHER REASONS

6. ____ Not a registered voter or registration not effective in time for this election.

7. ____ Registered to vote, erroneously listed in wrong precinct.

8. ____ Registered to vote in a different precinct within the county.

9. ____ Information on file indicating applicant completed a voter registration



310920554

## Affidavit of Provisional Voter
### Declaración Jurada de Votante Provisional / Bản Chứng Thệ Của Cử Tri Tạm Thời / 臨時選民具結書

TO BE COMPLETED BY VOTER: I am a registered voter of this political subdivision and in the precinct in which I'm attempting to vote and have not already voted in this election (either in person or by mail). I am a resident of this political subdivision, have not been finally convicted of a felony or if a felon, I have completed all of my punishment including any term of incarceration, parole, supervision, period of probation, or I have been pardoned. I have not been determined by a final judgment of a court exercising probate jurisdiction to be totally mentally incapacitated or partially mentally incapacitated without the right to vote. I understand that giving false information under oath is a misdemeanor, and I understand that it is a felony of the 2nd degree to vote in an election for which I know I am not eligible.

(PARA QUE EL VOTANTE LO LLENE: Estoy inscrito como votante en esta subdivisión política y en el precinto en cual estoy intentando a votar y aun no he votado en esta elección (en persona o por correo). Soy residente de esta subdivisión política, no he sido definitivamente declarado culpable de un delito grave o si soy el autor de un delito grave, he cumplido toda mi condena incluyer el período de encarcelamiento, la libertad condicional, la libertad supervisada, la libertad vigilada, o he sido indultado. No me han determinado por un juicio final de una corte de la legalización de un testamento, ser totalmente incapacitado mentalmente o parcialmente incapacitado sin el derecho de votar. Entiendo que dar información falsa bajo juramento es un delito menor y también entiendo que es un delito grave de 2do grado votar en una elección sabiendo que no cumplo con los requisitos necesarios.) (ĐƯỢC HOÀN TẤT BỞI CỬ TRI: Tôi là cử tri đã ghi danh bỏ phiếu tại phân khu chính trị địa phương này và trong phân khu mà tôi cố ý định bỏ phiếu và chưa bỏ phiếu trong cuộc bầu cử này (kể cả đích thân bỏ phiếu hay bỏ phiếu bằng thư). Tôi cư ngụ tại phân khu chính trị địa phương này, tôi hoàn toàn không bị kết trọng tội hoặc nếu là người phạm trọng tội, tôi đã hoàn thành hết mọi hình phạt, bao gồm thời hạn tù, ân treo, quản chế, thời kỳ thử thách, hoặc đã được tha. Phán quyết cuối cùng của tòa án không tuyên bố rằng tôi là người mất hoàn toàn năng lực về mặt tâm thần hay mất một phần năng lực về mặt tâm thần mà không có quyền được bỏ phiếu. Tôi hiểu rằng khai man lời tuyên thệ sẽ bị phạm khinh tội, và tôi hiểu rằng nếu bỏ phiếu trong một cuộc bầu cử mà tôi biết mình không hội đủ điều kiện, tôi sẽ bị coi là phạm trọng tội cấp độ 2.) 由選民填寫：本人為此政治轄區內之合法選民，本人有資格且尚未在此次選舉中投票（親自或郵寄投票）。本人為此政治轄區之居民，從未因犯任何重罪被終審裁定有罪，或所有刑罰，包括監禁、假釋、監管、緩刑均已接受完畢或已被赦免。本人從未因喪失心智而被裁定喪失全部或部份投票權。本人了解宣誓時提供假資料將完全被視作觸犯輕罪，並且了解若在明知本人不合資格的情況下在任何選舉中投票為二級重罪。

| Last Name (Apellido) (Họ) (姓) | First Name (Nombre) (Tên) (名) | Middle Name (if any) (Segundo nombre (si tiene) Tên đệm (nếu có) 中間名 (若有) | Former Name (Nombre anterior) (Tên cũ) (曾用名) |
|---|---|---|---|
| Stevenson | Charles | Emmitt | |

Residence Address: Street Address and Apartment Number, City, State, and ZIP. Please where you live (Do not include PO Box, Rural Rt. or business address) (Domicilio: calle y número de apartamento, Ciudad, Estado, y Código Postal: A falta de estos datos, describa la localidad de su residencia. (No incluya el apartado de correos, camino rural, ni dirección comercial.)) (Địa chỉ cư trú: Tên đường và số Phòng, Thành Phố, Tiểu Bang, và Mã Bưu Điện. Nếu không có, xin diễn tả nơi quý vị cư ngụ (không được để địa chỉ Hộp Thư, Địa Chỉ Đường Làng hoặc Địa Chỉ Thương Mại)) 居住地址： 街名及號、市、州和郵遞區號。如果沒有，請詳細說明居住地點 (請勿用郵局信箱號碼、鄉村路線或商業地址)

9550 Meyer Forest Dr. Apt. 1014

| Mailing Address: City, State, and ZIP. If mail cannot be delivered to your residence address. (Dirección postal: Ciudad, Estado y Código Postal, si no es posible entregarle correspondencia en su domicilio). (Địa Chỉ Gửi Thư: Thành Phố, Tiểu Bang, và Mã Bưu Điện. Nếu không thể chuyển thư tới địa chỉ cư ngụ của quý vị.) 郵寄地址：市、州和郵遞區號。如果郵寄無法送達您的居住地址。 | Gender: (Optional) (Sexo (Optativo)) Giới tính:(Không bắt buộc) 性別：(可填或不填) | Date of Birth: Month, Day, Year (Fecha de nacimiento: mes, día, año)(Ngày tháng năm sanh: Tháng, Ngày, Năm) 出生日期：月·日·年 |
|---|---|---|
| Houston, Tx 77096 9550 Meyer Forest Dr. Apt. 1014 | Male ☑ (Hombre)(Nam)(男)  Female ☐ (Mujer)( Nữ)(女) | 07/06/1981 |

| Check appropriate box: Marque el cuadro apropiado: Đánh dấu vào ô thích hợp ở phần thích hợp:在適當方格內勾划： ARE YOU A UNITED STATES CITIZEN? (¿SOY CIUDADANO/A DE LOS ESTADOS UNIDOS?) (QUÝ VỊ CÓ PHẢI LÀ CÔNG DÂN HOA KỲ KHÔNG?) 您是美國公民嗎？ ☑ Yes (Sí) (Có)(是)  ☐ No (No)(Không)(否) | TX Driver's License No. or Personal I.D. No. (Issued by TX DPS) Número de su licencia de conducir de Texas o su Cédula de Identidad expedida por el Departamento de Seguridad Pública de Texas). Số Bằng Lái Xe của tiểu bang Texas hoặc số ID cá nhân (do Bộ An Toàn Lao Động tiểu bang Texas) | Social Security No. (last 4 digits required if you do not have a driver's license or I.D. number) Número de Seguro Social. (Si no tiene licencia de conducir ni identificación personal, se requiere los últimos 4 dígitos de su seguro social) Số An Sinh Xã Hội (4 số cuối của số An Sinh Xã Hội cần nếu quý vị không có số bằng lái xe hoặc số ID cá nhân) 社會安全號碼 (如果您沒有駕駛執照或個人身份證號碼，請提供社會安全號碼末四位) |
|---|---|---|
| | ☑ I have not been issued a TX driver's license/personal identification number or Social Security Number. (No me han expedido una licencia de conducir de Texas/Cedula de identidad personal de Texas ni un Número de Seguro Social.) (Tôi chưa hề được cấp bằng lái xe của Texas/số ID cá nhân hoặc số An Sinh Xã Hội.) 我沒有 TX 駕駛執照號碼/個人身份證號碼或社會安全號碼。 | Signature of Voter (Firma del Votante) (Chữ ký của cử tri) (選民簽字) X Charles E. Stevenson |

### TO BE COMPLETED BY THE ELECTION JUDGE

| Date of Election Fecha de la Elección Ngày Bầu Cử 選舉日期 | Precinct No. where voted 255 Núm. de Precinto-lugar de votación/Phần Khu nơi đã Bầu Cử Số/選區編號. 投票地點 | Home PCT 0255 | County Clerk Use ONLY | PCT 0255-15 |
|---|---|---|---|---|
| 11/05/12 | Precinct No. where registered OUT OF STATE Núm. de Precinto-inscrito para votar/Phần Khu nơi đã ghi danh số/選區編號. 登記地點 | CERT/VUID 71788475 | Voter Registrar Use ONLY | PCT 0255 |

| Type of Election Tipo de Elección Hình Thức Bầu Cử 選舉類型 | Authority Conducting Election Autoridad Administrando la Elección Cơ Quan Thẩm Quyền Tiến Hành Bầu Cử 主持選舉機構 |
|---|---|
| JOINT | HARRIS COUNTY |

**TO BE COMPLETED BY THE COUNTY VOTER REGISTRAR FOR STATUS:**

I, the voter registrar/deputy registrar, did research the records of my office and the following conclusion(s) was made:

## BALLOT CODE: 1790481281

(Write in the Ballot Code, it is found on the Provisional Ballot Stub above the voter's signature area. The Provisional Ballot Stub is generated from the JBC.)

**VOTER PRESENTED ACCEPTABLE FORM OF IDENTIFICATION**

☐ YES     ☑ NO

1. ✓ Failed to present acceptable form of identification or voter certificate with exemption.
2. ___ Voter not on list of registered voters.
3. ___ Voter not on list, registered in another precinct.
4. ___ Voter on list of people who voted early by mail, and voter has not cancelled mail ballot application.
5. ___ Voting after 7:00 P.M. due to court order.

**FOR VOTERS WHO DID NOT PRESENT ACCEPTABLE PHOTO IDENTIFICATION AT THE POLLING PLACE**

1. ___ Voter presented acceptable form of identification within 6 days of election day.
2. ___ Voter met disability exemption within 6 days of election day.
3. ___ Voter executed religious objection affidavit within 6 days of election day.
4. ___ Voter executed natural disaster affidavit within 6 days of election day.
5. ✓ Voter did not satisfy identification or affidavit requirements, listed in categories 1-4 above, within 6 days of election day.

**FOR VOTERS WHO VOTED PROVISIONALLY FOR OTHER REASONS**

6. ___ Not a registered voter or registration not effective in time for this election.
7. ___ Registered to vote, erroneously listed in wrong precinct.
8. ___ Registered to vote in a different precinct within the county.
9. ___ information on file indicating applicant completed a voter registration

Pdc



310830036

## Affidavit of Provisional Voter

Declaración Jurada de Votante Provisional / Bản Chứng Thệ Của Cử Tri Tạm Thời / 臨時選民具結書

TO BE COMPLETED BY VOTER: I am a registered voter of this political subdivision and in the precinct in which I'm attempting to vote and have not already voted in this election (either in person or by mail). I am a resident of this political subdivision, have not been finally convicted of a felony or if a felon, I have completed all of my punishment including any term of incarceration, parole, supervision, period of probation, or I have been pardoned. I have not been determined by a final judgment of a court exercising probate jurisdiction to be totally mentally incapacitated or partially mentally incapacitated without the right to vote. I understand that giving false information under oath is a misdemeanor, and I understand that it is a felony of the 2nd degree to vote in an election for which I know I am not eligible.

(PARA QUE EL VOTANTE LO LLENE: Estoy in **No Original Affidavit – CCO made copy** y intentando a votar y aun no he votado en esta elección (en persona o por correo). Soy residente de esta subdivisión política, no he sido definitivamente ... umplido toda mi condena inclusive el período de encarcelamiento, la libertad condicional, la libertad supervisada, la libertad vigilada, o he sido indultado. ... un testamento, ser totalmente incapacitado mentalmente o parcialmente incapacitado sin el derecho de votar. Entiendo que dar información falsa bajo juram... lo votar en una elección sabiendo que no ejemplo con los requisitos necesarios.) (DEDUC HOÀN TẤT

BỞI CỬ TRI: Tôi là cư tri đã ghi danh bỏ phiếu tại ... ... aprexir para ir và chưa bỏ phiếu trong cuộc bầu cử này (kể cả đích thân bỏ phiếu hay bỏ phiếu bằng thư). Tôi cư ngụ tại phân khu chính trị địa phương này, tôi hoàn toàn không bị kết trong tội hoặc nếu là người phạm trọng tội, tôi đã hoàn thành hết mọi hình phạt, bao gồm thời hạn tù, ăn treo, quản chế, thời kỳ thử thách, hoặc đã được tha. Phán quyết cuối cùng của tòa án không tuyên bố rằng tôi là người mất hoàn toàn năng lực về mặt tâm thần hay mất một phần năng lực để ... quyền được bỏ phiếu. Tôi hiểu rằng khai man khi tuyên thề sẽ bị phạm khinh tội, và tôi hiểu rằng nếu bỏ phiếu trong một cuộc bầu cử mà tôi biết là mình không hợp lệ để làm như vậy thì đó là phạm trọng tội cấp độ 2.) (由選民填寫：本人為註冊本政治分區之選民，現正試圖在本選區內投票（親自投票或郵寄投票），而本人尚未在此選舉中投過票。本人為本政治分區之居民，未曾被最終判決犯下重罪，或即使為重罪犯本人亦已服完所有刑罰（包括監禁期、假釋、監管、緩刑期）或獲得赦免。本人未被遺囑驗證法庭最終判定完全喪失精神行為能力或部份喪失精神行為能力而無投票權。本人深知在宣誓下提供虛假資料屬輕罪，並了解如明知本人已不符合資格而仍在自己明知不合資格的選舉中投票為二級重罪。)

| Last Name (Apellido) (Họ) (姓) | First Name (Nombre) (Tên) (名) | Middle Name (if any) (Segundo nombre (si tiene) Tên đệm (nếu có) 中間名 (若有) | Former Name (Nombre anterior) (Tên cũ) (曾用名) |
|---|---|---|---|
| MORIN | Suzette | | Garcia |

Residence Address: Street Address and Apartment Number, City, State, and ZIP. If none, describe where you live (Do not include PO Box, Rural Rt. or business address) (Domicilio: calle y número de apartamento, Ciudad, Estado, y Código Postal: A falta de estos datos, describa la localidad de su residencia. (No incluye el apartado de correos, camino rural, ni dirección comercial.)) (Địa chỉ cư trú: Tên đường và số Phòng, Thành Phố, Tiểu Bang, và Mã Bưu Điện. Nếu không có, xin diễn tả nơi quý vị cư ngụ (Không được để địa chỉ Hộp Thư, Địa Chỉ Đường Làng hoặc Địa Chỉ Thương Mại) 居住地址：街名地址和公寓號，市，州和郵遞區號。如果沒有，請詳細說明您居住地址（請勿用郵局信箱號碼，鄉村路線地址或商業地址）

7224 MOSSROSE

| Mailing Address: City, State, and ZIP. If mail cannot be delivered to your residence address. (Dirección postal: Ciudad, Estado y Código Postal, si no es posible entregarle correspondencia en su domicilio). (Địa Chỉ Gửi Thư: Thành Phố, Tiểu Bang, và Mã Bưu Điện. Nếu không thể chuyển thư tới địa chỉ cư ngụ của quý vị.) 郵寄地址：市，州和郵遞區號。如果郵寄無法送達您的居住地址。 | Gender: (Optional) (Sexo (Optativo) Giới tính(Không bắt buộc) 性別：(可填寫/不填) | Date of Birth: Month, Day, Year (Fecha de nacimiento: mes, día, año)(Ngày tháng năm sanh: Tháng, Ngày, Năm) 出生日期：月，日，年 |
|---|---|---|
| 7224 MOSSROSE | Male ☐ Female ☑ (Hombre)(Nam)(男) (Mujer)(Nữ)(女) | 10/04/1972 |

| Check appropriate box: Marque el cuadro apropiado: Đánh dấu vào ô thích hợp 在適當方格做記號 | TX Driver's License No. or Personal I.D. No. (Issued by TX DPS) Número de su licencia de conducir de Texas o de su Cédula de identidad expedida por el Departamento de Seguridad Publica de Texas) Số Bằng Lái Xe của tiểu bang Texas hoặc số ID cá nhân (do Bộ An Toàn Lao Động tiểu bang Texas cấp) 德州駕駛執照號碼或德州公共安全部核發的個人身份證號碼 | Social Security No. (last 4 digits required if you do not have a driver's license or I.D. number) Número de Seguro Social. (Se me tiene licencia de conducir ni identificación personal, se requiere los últimos 4 números de su seguro social) Số An Sinh Xã Hội (4 số cuối của số An Sinh Xã Hội cần nếu quý vị không có số bằng lái xe hoặc số ID cá nhân) 社會安全號碼（如果您沒有駕駛執照或個人身份證號碼，則需供填寫安全社安) |
|---|---|---|
| ARE YOU A UNITED STATES CITIZEN? (¿SOY CIUDADANO/A DE LOS ESTADOS UNIDOS?) (QUÝ VỊ CÓ PHẢI LÀ CÔNG DÂN HOA KỲ KHÔNG?) 您是美國公民嗎？ ☑Yes ☐No (Si)(Có)(是) (No)(Không)(否) | ☐ I have not been issued a TX driver's license/ personal identification number or Social Security Number. (No me han expedido una licencia de conducir de Texas/Cedula de identidad personal de Texas ni un Número de Seguro Social.) (Tôi chưa hề được cấp bằng lái xe của Texas/số ID cá nhân hoặc số An Sinh Xã Hội.) 我沒有 TX 駕駛執照號碼/個人身份證號碼或社會安全號碼。 | Signature of Voter: (Firma del Votante) (Chữ Ký của Cử tri) 選民簽名 X [signature] |

### TO BE COMPLETED BY THE ELECTION JUDGE

| Date of Election Fecha de la Elección Ngày Bầu Cử 選舉日期 | NOV 5 2013 | Precinct No. where voted Núm. de Precinto-lugar de votación/Phần khu nơi đã Bầu Cử Số/選區編號，投票地點 | 226 | Home PCT 0226 | County Clerk Use ONLY | PCT 0226-17 |
|---|---|---|---|---|---|---|
| | | Precinct No. where registered Núm. de Precinto-inscrito para votar/Phần khu nơi đã ghi danh số/選區編號，登記地點 | 226 | CERT/VUID 38343554 | Voter Registrar Use ONLY | PCT 0226 |

| Type of Election Tipo de la Elección Hình Thức Bầu Cử 選舉種類 | Joint | Authority Conducting Election Autoridad Administrando la Elección Cơ Quan Thẩm Quyền Tiến Hành Bầu Cử 主持選舉的機關 | Harris County |
|---|---|---|---|

**BALLOT CODE:** 103293554 0 2 0 0 0 8 8 1 8

(Write in the Ballot Code, it is found on the Provisional Ballot Stub above the voter's signature area. The Provisional Ballot Stub is generated from the JBC.)

### VOTER PRESENTED ACCEPTABLE FORM OF IDENTIFICATION

☐ YES  ☑ NO

1. ____ Failed to present acceptable form of identification or voter certificate with exemption.

2. ____ Voter not on list of registered voters.

3. ____ Voter on list, registered in another precinct.

4. ____ Voter on list of people who voted early by mail, and voter has not cancelled mail ballot application.

5. ____ Voting after 7:00 P.M. due to court order.

### TO BE COMPLETED BY THE COUNTY VOTER REGISTRAR FOR STATUS:

I, the voter registrar/deputy registrar, did research the records of my office and the following conclusion(s) was made:

**FOR VOTERS WHO DID NOT PRESENT ACCEPTABLE PHOTO IDENTIFICATION AT THE POLLING PLACE**

1. ____ Voter presented acceptable form of identification within 6 days of election day.

2. ____ Voter met disability exemption within 6 days of election day.

3. ____ Voter executed religious objection affidavit within 6 days of election day.

4. ____ Voter executed natural disaster affidavit within 6 days of election day.

5. ✓ Voter did not satisfy identification or affidavit requirements, listed in categories 1-4 above, within 6 days of election day.

**FOR VOTERS WHO VOTED PROVISIONALLY FOR OTHER REASONS**

6. ____ Not a registered voter or registration not effective in time for this election.

7. ____ Registered to vote, erroneously listed in wrong precinct.

8. ____ Registered to vote in a different precinct within the county.



# Affidavit of Provisional Voter

## Declaración Jurada de Votante Provisional / Bản Chứng Thệ Của Cử Tri Tạm Thời / 臨時選民具結書

310846537

TO BE COMPLETED BY VOTER: I am a registered voter of this political subdivision and in the precinct in which I'm attempting to vote and have not already voted in this election (either in person or by mail). I am a resident of this political subdivision, have not been finally convicted of a felony or if a felon, I have completed all of my punishment including any term of incarceration, parole, supervision, period of probation, or I have been pardoned. I have not been determined by a final judgment of a court exercising probate jurisdiction to be totally mentally incapacitated or partially mentally incapacitated without the right to vote. I understand that giving false information under oath is a misdemeanor, and I understand that it is a felony of the 2nd degree to vote in an election for which I know I am not eligible.

(PARA QUE EL VOTANTE LO LLENE: Estoy inscrito como votante en esta subdivisión política y en el precinto en cual estoy intentando a votar y aun no he votado en esta elección (en persona o por correo). Soy residente de esta subdivisión política, no he sido definitivamente declarado culpable de un delito grave o si soy el autor de un delito grave, he cumplido toda mi condena inclusive el período de encarcelamiento, la libertad condicional, la libertad supervisada, la libertad vigilada, o he sido indultado. No me han determinado por un juicio final de una corte de la legalización de un testamento, ser totalmente incapacitado mentalmente o parcialmente incapacitado sin el derecho de votar. Entiendo que dar información falsa bajo juramento es un delito menor y también entiendo que es un delito grave de 2do grado votar en una elección sabiendo que no cumplo con los requisitos necesarios.) (ĐƯỢC HOÀN TẤT BỞI CỬ TRI: Tôi là cử tri đã ghi danh bỏ phiếu tại phân khu chính trị địa phương này mà tôi cố ý định bỏ phiếu và chưa bỏ phiếu trong cuộc bầu cử này (kể cả đích thân bỏ phiếu hay bỏ phiếu bằng thư). Tôi cư ngụ tại phân khu chính trị địa phương này, tôi hoàn toàn không bị kết trọng tội hoặc nếu là người phạm trọng tội, tôi đã hoàn thành hết mọi hình phạt, bao gồm thời hạn tù, ân trạc, quản chế, thời kỳ thử thách, hoặc đã được tha. Phán quyết cuối cùng của tòa án không tuyên bố rằng tôi là người mất hoàn toàn năng lực về mặt tâm thần hay mất phần năng lực về mặt tâm thần và không có quyền được bỏ phiếu. Tôi hiểu rằng khai man khi tuyên thệ sẽ bị phạm khinh tội, và tôi hiểu rằng nếu bỏ phiếu trong một cuộc bầu cử mà tôi biết là mình không hội đủ điều kiện thì bị coi là phạm trọng tội cấp 2do.) 由選民填寫：本人為此政治轄區內之合法選民，本人有意於此次選舉中投票但尚未於此次選舉中投票（親自或郵寄投票）。本人為此政治轄區之居民，從未最終被判犯重罪，或身為重罪犯，已執行完畢所有刑罰，包括服刑、假釋、監督、緩刑期，或已獲赦免。本人未經認定遺囑驗證法院最終裁定為完全喪失精神能力或部分喪失精神能力而無表決權之人。本人瞭解宣誓提供不實資訊為輕罪，並了解於明知自己不符合資格的情況下於選舉中投票為二級重罪。

| Last Name (Apellido) (Họ) (姓) | First Name (Nombre) (Tên) (名) | Middle Name (if any) (Segundo nombre si tiene) Tên đệm (nếu có) 中間名（若有） | Former Name (Nombre anterior) (Tên cũ) (曾用名) |
|---|---|---|---|
| Maynard | Karen | | Cowser |

| Residence Address: Street Address and Apartment Number, City, State, and ZIP. If none, describe where you live (Do not include PO Box, Rural RT, or business address) (Domicilio: calle y número de apartamento, Ciudad, Estado, y Código Postal. A falta de estos datos, describa la localidad de su residencia. (No incluya el apartado de correos, camino rural, ni dirección comercial.)) (Địa chỉ cư trú: Tên đường và số Phòng, Thành Phố, Tiểu Bang, và Mã Bưu Điện. Nếu không có, xin diễn tả nơi quý vị cư ngụ (Không được để địa chỉ Hộp Thư, Địa Chỉ Đường Làng hoặc Địa Chỉ Thương Mại)) 居住地址： 街名地址和公寓號、市、州和郵寄區號。如果沒有，請詳細說明您的住址（請勿用郵局信箱號碼、郊外路線名稱或商業地址） |
|---|
| 4605 Locust Bellaire |

| Mailing Address: City, State, and ZIP. If mail cannot be delivered to your residence address. (Dirección postal: Ciudad, Estado y Código Postal, si no es posible entregarle correspondencia en su domicilio). (Địa Chỉ Gửi Thư: Thành Phố, Tiểu Bang, và Mã Bưu Điện. Nếu không thể chuyển thư tới địa chỉ cư ngụ của quý vị.) 郵寄地址：市、州和郵遞區號。如果郵寄無法送達您的居住地址。 | Gender: (Optional) (Sexo (Optativo) Giới tính:(Không bắt buộc) 性別：（可填寫/不填） | Date of Birth: Month, Day, Year (Fecha de nacimiento: mes, día, año)(Ngày tháng năm sanh: Tháng, Ngày, Năm) 出生日期：月、日、年 |
|---|---|---|
| | Male ☐  Female ☒ (Hombre)(Nam)(男)  (Mujer)( Nữ)(女) | 08/31/1959 |

| Check appropriate box: Marque el cuadro apropiado: Đánh dấu vào ô thích hợp 在適當方格內做記號： | TX Driver's License No. or Personal I.D. No. (Issued by TX DPS) Número de su licencia de conducir de Texas o de su Cédula de Identidad expedida por el Departamento de Seguridad Pública de Texas). Số Bằng Lái Xe của tiểu bang Texas hoặc số ID cá nhân (do Bộ An Toàn Lao Động tiểu bang Texas | Social Security No. (last 4 digits required if you do not have a driver's license or I.D. number) Número de Seguro Social. (Si no tiene licencia de conducir ni identificación personal, se requiere los últimos 4 números de su seguro social) Số An Sinh Xã Hội (4 số cuối của số An Sinh Xã Hội cần phải có nếu quý vị không có số bằng lái xe hoặc số ID cá nhân) 社會安全號碼（如果您沒有駕駛執照或個人身份證號碼，請提供社會安全號碼最後 |
|---|---|---|
| ARE YOU A UNITED STATES CITIZEN? (¿SOY CIUDADANO/A DE LOS ESTADOS UNIDOS?) (QUÝ VỊ CÓ PHẢI LÀ CÔNG DÂN HOA KỲ KHÔNG?) 您是美國公民嗎？  ☑ Yes  ☐ No (Sí)( Có)(是)  (No)(Không)(否) | ☐ I have not been issued a TX driver's license/ personal identification number or Social Security Number. (No me han expedido una licencia de conducir de Texas/Cédula de identidad personal de Texas ni un Número de Seguro Social.) ( Tôi chưa hề được cấp bằng lái xe của Texas/số ID cá nhân hoặc số An Sinh Xã Hội.) 我沒有 TX 駕駛執照號碼/個人身份證號碼或社會安全號碼。 | Signature of Voter: (Firma del Votante) (Chữ ký của cử tri) 選民簽名 X [signature] |

| TO BE COMPLETED BY THE ELECTION JUDGE | | |
|---|---|---|
| Date of Election Fecha de la Elección Ngày Bầu Cử 選舉日期 11/5/13 | Precinct No. where voted 215 Núm. de Precinto-lugar de votación/Phần Khu nơi đã Bầu Cử Số/選區編號-投票地點 | Home PCT 0215 |
| | Precinct No. where registered 215 Núm. de Precinto-inscrito para votar/Phần Khu nơi đã ghi danh số/選區編號-登記地點 | CERT/VUID 25946088 |
| Type of Election Tipo de Elección Hình Thức Bầu Cử 選舉類型 City | Authority Conducting Election Autoridad Administrando la Elección Cơ Quan Thẩm Quyền Tiến Hành Bầu Cử 主持選舉的機構 Harris County | |

County Clerk Use ONLY — PCT 0215-55

Voter Registrar Use ONLY — PCT 0215

# BALLOT CODE: 100665778

(Write in the Ballot Code, it is found on the Provisional Ballot Stub above the voter's signature area. The Provisional Ballot Stub is generated from the JBC.)

## VOTER PRESENTED ACCEPTABLE FORM OF IDENTIFICATION

☐ YES  ☑ NO

1. ✓ Failed to present acceptable form of identification or voter certificate with exemption.

2. ___ Voter not on list of registered voters.

3. ___ Voter not on list, registered in another precinct.

4. ___ Voter on list of people who voted early by mail, and voter has not cancelled mail ballot application.

5. ___ Voting after 7:00 P.M. due to court order.

## TO BE COMPLETED BY THE COUNTY VOTER REGISTRAR FOR STATUS:

I, the voter registrar/deputy registrar, did research the records of my office and the following conclusion(s) was made:

### FOR VOTERS WHO DID NOT PRESENT ACCEPTABLE PHOTO IDENTIFICATION AT THE POLLING PLACE

1. ___ Voter presented acceptable form of identification within 6 days of election day.

2. ___ Voter met disability exemption within 6 days of election day.

3. ___ Voter executed religious objection affidavit within 6 days of election day.

4. ___ Voter executed natural disaster affidavit within 6 days of election day.

5. ✓ Voter did not satisfy identification or affidavit requirements, listed in categories 1-4 above, within 6 days of election day.

### FOR VOTERS WHO VOTED PROVISIONALLY FOR OTHER REASONS

6. ___ Not a registered voter or registration not effective in time for this election.

7. ___ Registered to vote, erroneously listed in wrong precinct.

8. ___ Registered to vote in a different precinct within the county.

9. ___ Information on file indicating applicant completed a voter registration

da



310847518

## Affidavit of Provisional Voter
### Declaración Jurada de Votante Provisional / Bản Chứng Thệ Của Cử Tri Tạm Thời / 臨時選民具結書

TO BE COMPLETED BY VOTER: I am a registered voter of this political subdivision and in the precinct in which I'm attempting to vote and have not already voted in this election (either in person or by mail). I am a resident of this political subdivision, have not been finally convicted of a felony or if a felon, I have completed all of my punishment including any term of incarceration, parole, supervision, period of probation, or I have been pardoned. I have not been determined by a final judgment of a court exercising probate jurisdiction to be totally mentally incapacitated or partially mentally incapacitated without the right to vote. I understand that giving false information under oath is a misdemeanor, and I understand that it is a felony of the 2nd degree to vote in an election for which I know I am not eligible.

(PARA QUE EL VOTANTE LO LLENE: Estoy inscrito como votante en esta subdivisión política y en el precinto en cual estoy intentando a votar y aun no he votado en esta elección (sea en persona o por correo). Soy un residente de esta subdivisión política, no he sido definitivamente declarado culpable de un delito grave o si soy el autor de un delito grave, he cumplido toda mi condena incluyendo cualquier periodo de encarcelamiento, la libertad vigilada, o he sido indultado. No me han determinado por un juicio final de una corte de la legalización de un testamento, ser totalmente o parcialmente incapacitado mentalmente sin el derecho a votar. Entiendo que dar información falsa bajo juramento es un delito menor y también entiendo que es un delito grave de 2do grado votar en una elección sabiendo que no tengo derecho.

BỔI CỬ TRI: Tôi là cử tri đã ghi danh bỏ phiếu tại phân khu chính trị này và trong phân khu mà tôi có ý định bỏ phiếu và chưa bỏ phiếu trong cuộc bầu cử này (hoặc đích thân hoặc bằng thư). Tôi là cư dân của phân khu chính trị này, tôi hoàn toàn không bị kết trọng tội hoặc nếu là người phạm trọng tội, tôi đã hoàn thành hết mọi hình phạt, bao gồm thời gian tù đày, tại ngoại hầu tra, quản chế, thời hạn thử thách, hoặc tôi đã được ân xá. Tôi không bị một phán quyết cuối cùng của tòa án không luyện bỏ rằng tôi là người mất hoàn toàn năng lực về mặt tâm thần hay một phần năng lực về mặt tâm thần mà không có quyền bầu cử. Tôi hiểu rằng khai man thông tin có tuyên thệ là phạm pháp tiểu hình và tôi hiểu rằng bỏ phiếu trong một cuộc bầu cử mà tôi biết là mình không hội đủ điều kiện, tức là bị coi là phạm trọng tội cấp đội 2.)

由選民填寫: 本人為此政治轄區已登記之選民，於本人意圖投票之選區內投票，且於此次選舉中尚未投票（無論親自投票或郵寄投票）。本人為此政治轄區之居民，從未經最終判決觸犯重罪，或即使觸犯重罪，亦已服滿包括監禁、假釋、監管、緩刑等任何形式之全部刑罰。本人從未經行使遺囑認證司法權之法院作出本人屬完全無行為能力或部分無行為能力且無投票權之最終判決。本人瞭解在宣誓後提供不實資訊屬輕罪，並了解在明知自己不符合資格的情況下在選舉中投票為二級重罪。

**Provisional**

MOORE, MARIA ELENA
2195 WINROCK BLVD
HOUSTON, TX 77057
DOB: 11/17/1963
BS: 56-N~P

| Last Name (Apellido) (Họ) (姓) | First Name (Nombre) (Tên) (名) | Middle Name (if any) (Segundo nombre (si tiene) Tên đệm (nếu có) 中間名 (若有) | Former Name (Nombre anterior) (Tên cũ) (曾用名) |
|---|---|---|---|
| Moore | maria | Elena | |

Residence Address: Street Address and Apartment Number, City, State, and ZIP. If none, describe where you live (Do not include PO Box, Rural Rt. or business address) (Domicilio: calle y número de apartamento, Ciudad, Estado, y Código Postal: A falta de estos datos, describa la localidad de su residencia. (No incluya el apartado de correos, camino rural, ni dirección comercial.)) (Địa chỉ cư trú: Tên đường và số Phòng, Thành Phố, Tiểu Bang, và Mã Bưu Điện. Nếu không có, xin diễn tả nơi quý vị cư ngụ (Không được để địa chỉ Hộp Thư, Địa Chỉ Đường Làng hoặc Địa Chỉ Thương Mại) ) 居住地址: 街名地址和公寓號、市、州和郵寄區號。如無這些，請詳細說明居住地點（切勿開列郵政信箱號碼、鄉郊路線或商業地址）

2195 Winrock Blvd Houston TX 77057

Mailing Address: City, State, and ZIP. If mail cannot be delivered to your residence address. (Dirección postal: Ciudad, Estado y Código Postal, si no es posible entregarle correspondencia en su domicilio). (Địa Chỉ Gửi Thư: Thành Phố, Tiểu Bang, và Mã Bưu Điện. Nếu không thể chuyển thư tới địa chỉ cư ngụ của quý vị.) 郵寄地址: 市、州和郵寄區號。如果郵寄無法送達您的居住地址。

1001 Preston Street 5th Floor Houston TX 77002

| Gender: (Optional) (Sexo (Optativo)) Giới tính:(Không bắt buộc 性別：(可填寫不填) | Date of Birth: Month, Day, Year (Fecha de nacimiento: mes, día, año)(Ngày tháng năm sanh: Tháng, Ngày, Năm) 出生日期：月・日・年 |
|---|---|
| Male ☐ Female ☑<br>(Hombre)(Nam)(男) (Mujer)( Nữ)(女) | 11 / 17 / 1963 |

| Check appropriate box: Marque el cuadro apropiado: Đánh dấu vào ô thích hợp 在選當方格內勾打: | TX Driver's License No. or Personal I.D. No. (Issued by TX DPS) Número de su licencia de conducir de Texas o de su Cédula de Identidad expedida por el Departamento de Seguridad Publica de Texas) Số Bằng Lái Xe của tiểu bang Texas hoặc số ID cá nhân (do Bộ An Toàn Lao Động tiểu bang Texas | Social Security No. (last 4 digits required if you do not have a driver's license or I.D. number) Número de Seguro Social. (Si no tiene licencia de conducir ni identificación personal, se requiere los últimos 4 números de su seguro social) Số An Sinh Xã Hội (4 số cuối của số An Sinh Xã Hội nếu quý vị không có số bằng lái xe hoặc số ID cá nhân) 社會安全號碼（如果您沒有駕駛執照或個人身份證號碼，則需提供社會安全號碼的後4位數） |
|---|---|---|
| ARE YOU A UNITED STATES CITIZEN? (¿SOY CIUDADANO/A DE LOS ESTADOS UNIDOS?) (QUY VI CÓ PHẢI LÀ CÔNG DÂN HOA KỲ KHÔNG?)您是美國公民嗎？<br><br>☑Yes ☐ No<br>(Sí)( Có)(是)  (No)(Không)(否) | ☐ I have not been issued a TX driver's license/ personal identification number or Social Security Number. (No me han expedido una licencia de conducir de Texas/Cédula de identidad personal de Texas ni un Número de Seguro Social.) ( Tôi chưa hề được cấp bằng lái xe của Texas/số ID cá nhân hoặc số An Sinh Xã Hội.) 我沒有 TX 駕駛執照號碼/個人身份證號碼或社會安全號碼 | Signature of Voter: (Firma del Votante ) (Chữ Ký của cử tri) (選民簽名)<br><br>X maria moore |

### TO BE COMPLETED BY THE ELECTION JUDGE

| Date of Election Fecha de la Elección Ngày Bầu Cử 選舉日期 | Precinct No. where voted 0129 Núm. de Precinto-lugar de votación/Phần Khu nơi đã Bầu Cử Số/選區編號. 投票地點 | Home PCT | County Clerk Use ONLY | PCT |
|---|---|---|---|---|
| 11 5 13 | | SRD I MO | | 0129-56 |
| | Precinct No. where registered 0129 Núm. de Precinto-inscrito para votar/Phần Khu nơi đã ghi danh số/選區編號. 登記地點 | CERT/VUID 57609307 | Voter Registrar Use ONLY | PCT 0129 |
| Type of Election Tipo de Elección Hình Thức Bầu Cử 選舉類型 Joint | Authority Conducting Election Autoridad Administrando la Elección Cơ Quan Thẩm Quyền Tiến Hành Bầu Cử 主持選舉的機構 Harris County | | | |

### BALLOT CODE: 1 2 4 5 5 4 5 1

(Write in the Ballot Code, it is found on the Provisional Ballot Stub above the voter's signature area. The Provisional Ballot Stub is generated from the JBC.)

### VOTER PRESENTED ACCEPTABLE FORM OF IDENTIFICATION

☐ YES   ☑ NO

1. ✓ Failed to present acceptable form of identification or voter certificate with exemption.

2. ___ Voter not on list of registered voters.

3. ___ Voter not on list, registered in another precinct.

4. ___ Voter on list of people who voted early by mail, and voter has not cancelled mail ballot application.

5. ___ Voting after 7:00 P.M. due to court order.

### TO BE COMPLETED BY THE COUNTY VOTER REGISTRAR FOR STATUS:

I, the voter registrar/deputy registrar, did research the records of my office and the following conclusion(s) was made:

**FOR VOTERS WHO DID NOT PRESENT ACCEPTABLE PHOTO IDENTIFICATION AT THE POLLING PLACE**

1. ___ Voter presented acceptable form of identification within 6 days of election day.

2. ___ Voter met disability exemption within 6 days of election day.

3. ___ Voter executed religious objection affidavit within 6 days of election day.

4. ___ Voter executed natural disaster affidavit within 6 days of election day.

5. ✓ Voter did not satisfy identification or affidavit requirements, listed in categories 1-4 above, within 6 days of election day.

**FOR VOTERS WHO VOTED PROVISIONALLY FOR OTHER REASONS**

6. ___ Not a registered voter or registration not effective in time for this election.

7. ___ Registered to vote, erroneously listed in wrong precinct.

8. ___ Registered to vote in a different precinct within the county.

9. ___ Information on file indicating applicant completed a voter registration

310847536

## Affidavit of Provisional Voter

### Declaración Jurada de Votante Provisional / Bản Chứng Thệ Của Cử Tri Tạm Thời / 臨時選民具結書

TO BE COMPLETED BY VOTER: I am a registered voter of this political subdivision and in the precinct in which I'm attempting to vote and have not already voted in this election. I am not a convicted felon, or if a felon, I have completed all of my punishment, including any term of incarceration, nor been determined by a final judgment of a court exercising probate jurisdiction to be totally mentally incapacitated or partially mentally incapacitated without is a misdemeanor, and I understand that it is a felony of the 2nd degree to vote in an election for which I know I am not eligible.

(PARA QUE EL VOTANTE LO LLENE: Estoy inscrito como votante en esta subdivisión política y en el precinto en cual estoy intentando a votar y aun no esta subdivisión política, no he sido definitivamente declarado culpable de un delito grave o si soy el autor de un delito grave, he cumplido toda mi condena incluyendo supervisada, la libertad vigilada, o he sido indultado. No me han determinado por un juicio final de una corte de la legalización de un testamento, ser totalmente votar. Entiendo que dar información falsa bajo juramento es un delito menor y también entiendo que es un delito grave de 2do grado votar en una elección sabiendo

BỞI CỬ TRI: Tôi là cử tri đã ghi danh bỏ phiếu tại phân khu chính trị địa phương này và trong phân khu bỏ phiếu mà tôi đang cố gắng để bỏ phiếu trong cuộc ngụ tại phân khu chính trị địa phương này, tôi hoàn toàn không bị kết trọng tội hoặc nếu là người phạm trọng tội, tôi đã hoàn thành hết mọi hình phạt, bao gồm quyết cuối cùng của tòa án không tuyên bố rằng tôi là người mất hoàn toàn năng lực về mặt tâm thần hay mất một phần năng lực về mặt tâm thần mà không bỏ phiếu. rằng nếu bỏ phiếu trong một cuộc bầu cử mà tôi biết là mình không hội đủ điều kiện, tôi sẽ bị coi là phạm trọng tội cấp độ 2.)

由選民填寫：本人為此政治轄區內之合法選民, 乃於本投票區嘗試進行投票之登記選民。本人尚未在此次選舉中投票 (假設尚嘗試投票)。本人為此政治轄區之合法選民, 亦未因犯重罪而遭判刑或經赦免者。本人亦未經法院最終判決完全喪失或部份喪失心智能力。本人了解向選舉機關提供不實資料為輕罪, 並了解在明知不符合投票資格的情況下於選舉中投票為二級重罪。

**Provisional**

CRAWFORD, VELORIA
1918 ROSEWOOD ST
HOUSTON, TX 77004
DOB: 11/14/1926
BS: 19-N~P

| Last Name (Apellido) (Họ) (姓) | First Name (Nombre) (Tên) (名) | Middle Name (if any) (Segundo nombre (si tiene) Tên đệm (nếu có) 中間名 (若有) | Former Name (Nombre anterior) (Tên cũ) (曾用名) |
|---|---|---|---|
| Crawford | Veloria | | |

Residence Address: Street Address and Apartment Number, City, State, and ZIP. If none, describe where you live (Do not include PO Box, Rural Rt. or business address) (Domicilio: calle y número de apartamento, Ciudad, Estado, y Código Postal: A falta de estos datos, describa la localidad de su residencia. (No incluya el apartado de correos, camino rural, ni dirección comercial.)) (Địa chỉ cư trú: Tên đường và số Phòng, Thành Phố, Tiểu Bang, và Mã Bưu Điện. Nếu không có, xin diễn tả nơi quý vị cư ngụ (Không được để địa chỉ Hộp Thư, Địa Chỉ Đường Làng hoặc Địa Chỉ Thương Mại) 居住地址： 街名地址和公寓號，市，州和郵寄區號。如果沒有，請詳細描述居住地點 (切勿用郵局信箱號碼，郊村鄉鎮名稱或商號地址)

1918 Rosewood St, Houston, Tx 77004

| Mailing Address: City, State, and ZIP. If mail cannot be delivered to your residence address. (Dirección postal: Ciudad, Estado y Código Postal, si no es posible entregarle correspondencia en su domicilio). (Địa Chỉ Gửi Thư: Thành Phố, Tiểu Bang, và Mã Bưu Điện. Nếu không thể chuyển thư tới địa chỉ cư ngụ của quý vị.) 郵寄地址：市，州和郵遞區號。如果郵寄無法送達您的居住地址。 | Gender: (Optional) (Sexo (Optativo)) Giới tính:(Không bắt buộc 性別： (可填寫不填) | Date of Birth: Month, Day, Year (Fecha de nacimiento: mes, día, año)(Ngày tháng năm sanh: Tháng, Ngày, Năm) 出生日期：月，日，年 |
|---|---|---|
| Same | Male ☐  Female ☒  (Hombre)(Nam)(男)  (Mujer)( Nữ)(女) | 11 14 1926 |

| Check appropriate box: Marque el cuadro apropiado: Đánh dấu vào ô thích hợp 在適當方格內打勾：<br><br>ARE YOU A UNITED STATES CITIZEN?<br>(¿SOY CIUDADANO/A DE LOS ESTADOS UNIDOS?) (QUÝ VỊ CÓ PHẢI LÀ CÔNG DÂN HOA KỲ KHÔNG?) 您是美國公民嗎？<br><br>☒ Yes   ☐ No<br>(Sí) (Có)(是)   (No)(Không)(否) | TX Driver's License No. or Personal I.D. No. (Issued by TX DPS) Número de su licencia de conducir de Texas o su Cédula de Identidad expedida por el Departamento de Seguridad Publica de Texas. (Số Bằng Lái Xe của tiểu bang Texas hoặc số ID cá nhân (do Bộ An Toàn Lao Động tiểu bang Texas | Social Security No. (last 4 digits required if you do not have a driver's license or I.D. number) Número de Seguro Social. (Si no tiene licencia de conducir ni identificación personal, se requiere los últimos 4 números de su seguro social) Số An Sinh Xã Hội (4 số cuối của số An Sinh Xã Hội cần phải có nếu quý vị không có số bằng lái xe hoặc số ID cá nhân) 社會安全號碼（如果您沒有駕駛執照號碼或身份證號碼，則提供社會安全號碼最後四個數字） |
|---|---|---|
| | ☐ I have not been issued a TX driver's license/ personal identification number or Social Security Number. (No me han expedido una licencia de conducir de Texas/Cedula de identidad personal de Texas ni un Número de Seguro Social.) ( Tôi chưa hề được cấp bằng lái xe của Texas/số ID cá nhân hoặc số An Sinh Xã Hội.) 我沒有 TX 駕駛執照號碼/ 個人身份證號碼或社會安全號碼。 | Signature of Voter: (Firma del Votante / Chữ ký của cử tri) (選民簽名)<br><br>X Veloria Crawford |

### TO BE COMPLETED BY THE ELECTION JUDGE

| Date of Election Fecha de la Elección Ngày Bầu Cử 選舉日期 | Precinct No. where voted 210 Núm. de Precinto-lugar de votación/Phần Khu nơi đã Bầu Cử Số/選區編號 投票地點 |
|---|---|
| 11 5 13 | Precinct No. where registered 210 Núm. de Precinto-inscrito para votar/Phần Khu nơi đã ghi danh số/選區編號 登記地點 |

| Type of Election Tipo de Elección Hình Thức Bầu Cử 選舉類型 | Authority Conducting Election Autoridad Administrando la Elección Cơ Quan Thẩm Quyền Tiến Hành Bầu Cử 主持選務機構 |
|---|---|
| Joint | Harris County |

| Home PCT | County Clerk Use ONLY | PCT |
|---|---|---|
| SRD 1 MO | | 0210-19 |

| CERT/VUID | Voter Registrar Use ONLY | PCT |
|---|---|---|
| 03857083 | | 0210 |

### TO BE COMPLETED BY THE COUNTY VOTER REGISTRAR FOR STATUS:

I, the voter registrar/deputy registrar, did research the records of my office and the following conclusion(s) was made:

**FOR VOTERS WHO DID NOT PRESENT ACCEPTABLE PHOTO IDENTIFICATION AT THE POLLING PLACE**

1. ____ Voter presented acceptable form of identification within 6 days of election day.

2. ____ Voter met disability exemption within 6 days of election day.

3. ____ Voter executed religious objection affidavit within 6 days of election day.

4. ____ Voter executed natural disaster affidavit within 6 days of election day.

5. ✓ Voter did not satisfy identification or affidavit requirements, listed in categories 1-4 above, within 6 days of election day.

**FOR VOTERS WHO VOTED PROVISIONALLY FOR OTHER REASONS**

6. ____ Not a registered voter or registration not effective in time for this election.

7. ____ Registered to vote, erroneously listed in wrong precinct.

8. ____ Registered to vote in a different precinct within the county.

9. ____ Information on file indicating applicant completed a voter registration

---

## BALLOT CODE: 1 2 4 5 4 7 3 1

(Write in the Ballot Code, it is found on the Provisional Ballot Stub above the voter's signature area. The Provisional Ballot Stub is generated from the JBC.)

### VOTER PRESENTED ACCEPTABLE FORM OF IDENTIFICATION

☐ YES    ☒ NO

1. ✓ Failed to present acceptable form of identification or voter certificate with exemption.

2. ____ Voter not on list of registered voters.

3. ____ Voter not on list, registered in another precinct.

4. ____ Voter on list of people who voted early by mail, and voter has not cancelled mail ballot application.

5. ____ Voting after 7:00 P.M. due to court order.

PR

||||| 310850013

## Affidavit of Provisional Voter

### Declaración Jurada de Votante Provisional / Bản Chứng Thệ Của Cử Tri Tạm Thời / 臨時選民具結書

TO BE COMPLETED BY VOTER: I am a registered voter of this political subdivision and in the precinct in which I'm attempting to vote and have not already voted in this election (either in person or by mail). I am a resident of this political subdivision, have not been finally convicted of a felony or if a felon, I have completed all of my punishment including any term of incarceration, parole, supervision, period of probation, or I have been pardoned. I have not been determined by a final judgment of a court exercising probate jurisdiction to be totally mentally incapacitated or partially mentally incapacitated without the right to vote. I understand that giving false information under oath is a misdemeanor, and I understand that it is a felony of the 2nd degree to vote in an election for which I know I am not eligible.

(PARA QUE EL VOTANTE LO LLENE: Estoy inscrito como votante en esta subdivisión política y en el precinto en cual estoy intentando a votar y aun no he votado en esta elección (en persona o por correo). Soy residente de esta subdivisión política, no he sido definitivamente declarado culpable de un delito grave o si soy el autor de un delito grave, he cumplido toda mi condena inclusive el periodo de encarcelamiento, la libertad condicional, la libertad supervisada, la libertad vigilada, o he sido indultado. No me han determinado por un juicio final de una corte de la legalización de un testamento, ser totalmente incapacitado mentalmente o parcialmente incapacitado sin el derecho de votar. Entiendo que dar información falsa bajo juramento es un delito menor y también entiendo que es un delito grave de 2do grado votar en una elección sabiendo que no cumplo con los requisitos necesarios.) (ĐƯỢC HOÀN TẤT BỞI CỬ TRI: Tôi là cử tri đã ghi danh bỏ phiếu tại phân khu chính trị này phương này và trong phân khu nơi tôi cố ý định bỏ phiếu và chưa bỏ phiếu trong cuộc bầu cử này (kể cả đích thân bỏ phiếu hay bỏ phiếu bằng thư). Tôi cư ngụ tại phân khu chính trị địa phương này, tôi hoàn toàn không bị kết trọng tội hoặc nếu là người phạm trọng tội, tôi đã hoàn thành hết mọi hình phạt, bao gồm thời hạn tù, ân trao, quản chế, thời kỳ thử thách, hoặc đã được tha. Phán quyết cuối cùng của tòa án không tuyên bố rằng tôi là người mất hoàn toàn năng lực về mặt tâm thần hay mất một phần năng lực để tôi có quyền được bỏ phiếu. Tôi hiểu rằng khai man khi tuyên thệ sẽ bị phạm khinh tội, và tôi hiểu rằng nếu bỏ phiếu trong cuộc bầu cử mà tôi biết là mình không hội đủ điều kiện, tôi sẽ bị coi là phạm trọng tội cấp độ 2.) (由選民填寫: 本人為此政治轄區內之合法選民, 本人有意欲在本次選舉中投票 (親自或郵寄投票)。本人為此政治轄區之居民, 從未因犯有重罪而遭最終定罪, 或即使曾因犯有重罪遭最終定罪, 但所有懲罰, 包括監禁、假釋、監管、緩刑均已接受完畢或本人已被赦免。本人從未被遺囑檢驗法庭之最終終審判決判本人完全喪失或部分喪失心智而無投票權利。本人明白宣誓提供虛假資訊為輕罪, 並了解明知自己不符合資格的情況下在選舉中投票為二級重罪。)

| Last Name (Apellido) (Họ) (姓) | First Name (Nombre) (Tên) (名) | Middle Name (if any) (Segundo nombre (si tiene) Tên đệm (nếu có) 中間名 (若有) | Former Name (Nombre anterior) (Tên cũ) (曾用名) |
|---|---|---|---|
| Hamilton | Drexel | Edward | |

Residence Address: Street Address and Apartment Number, City, State, and ZIP. If none, describe where you live (Do not include PO Box, Rural Rt, or business address) (Domicilio: calle y número de apartamento, Ciudad, Estado, y Código Postal: A falta de estos datos, describa la localidad de su residencia. (No incluya el apartado de correos, camino rural, ni dirección comercial.)) (Địa chỉ cư trú: Tên đường và số Phòng, Thành Phố, Tiểu Bang, và Mã Bưu Điện. Nếu không có, xin diễn tả nơi quý vị cư ngụ (Không được để địa chỉ Hộp Thư, Địa Chỉ Đường Làng hoặc Địa Chỉ Thương Mại) 居住地址: 街名和號碼; 市, 州和郵箱區號。如果沒有: 請詳細說明您住地點 (請勿用郵箱信箱號碼, 鄉外路線名稱或商業地址)

33326 Withering Heights Dr. Houston, TX 77045

| Mailing Address: City, State, and ZIP. If mail cannot be delivered to your residence address. (Dirección postal: Ciudad, Estado y Código Postal, si no es posible entregarle correspondencia en su domicilio). (Địa Chỉ Gửi Thư: Thành Phố, Tiểu Bang, và Mã Bưu Điện. Nếu không thể chuyển thư tới địa chỉ cư ngụ của quý vị.) 郵寄地址: 市, 州和郵遞區號。如果郵寄無法送達您的居住地址。 | Gender: (Optional) (Sexo (Optativo)) Giới tính:(Không bắt buộc 性別: (可填或不填)<br><br>Male ☑ Female ☐<br>(Hombre)(Nam)(男) (Mujer)( Nữ)(女) | Date of Birth: Month, Day, Year (Fecha de nacimiento: mes, día, año)(Ngày tháng năm sanh: Tháng, Ngày, Năm) 出生日期: 月, 日, 年<br><br>10/03/1986 |
|---|---|---|

| Check appropriate box: Marque el cuadro apropiado: Đánh dấu vào ô thích hợp 在適當方格內劃記:<br><br>ARE YOU A UNITED STATES CITIZEN? (¿SOY CIUDADANO/A DE LOS ESTADOS UNIDOS?) (QUÝ VỊ CÓ PHẢI LÀ CÔNG DÂN HOA KỲ KHÔNG?) 您是美國公民嗎?<br><br>☑Yes ☐ No<br>(Sí)(Có)(是) (No)(Không)(否) | TX Driver's License No. or Personal I.D. No. (Issued by TX DPS) Número de su licencia de conducir de Texas o de su Cédula de Identidad expedida por el Departamento de Seguridad Publica de Texas). Số Bằng Lái Xe của tiểu bang Texas hoặc số ID cá nhân (do Bộ An Toàn Lao Động tiểu bang Texas | Social Security No. (last 4 digits required if you do not have a driver's license or I.D. number) Número de Seguro Social. (Si no tiene licencia de conducir ni identificación personal, se requiere los últimos 4 números de su seguro social) Số An Sinh Xã Hội (4 số cuối của số An Sinh Xã Hội cần phải có nếu quý vị không có số bằng lái xe hoặc số ID cá nhân) 社會安全號碼 (如果您沒有駕駛執照或個人身份證號碼, 請提供社安卡最後 |
|---|---|---|
| | ☐ I have not been issued a TX driver's license/ personal identification number or Social Security Number. (No me han expedido una licencia de conducir de Texas/Cedúla de identidad personal de Texas ni un Número de Seguro Social.) ( Tôi chưa hề được cấp bằng lái xe của Texas/số ID cá nhân hoặc số An Sinh Xã Hội.) 我沒有 TX 駕駛執照號碼或個人身份證號碼或社會安全號碼。 | Signature of Voter: (Firma del Votante ) (Chữ ký của cử tri) (選民簽名)<br><br>X [signature] |

### TO BE COMPLETED BY THE ELECTION JUDGE

| Date of Election Fecha de la Elección Ngày Bầu Cử 選舉日期<br><br>10-23-13 | Precinct No. where voted 139 V<br>Núm. de Precinto-lugar de votación/Phân Khu nơi đã Bầu Cử Số/選區編號. 投票地點<br><br>Precinct No. where registered 0542<br>Núm. de Precinto-inscrito para votar/Phân Khu nơi đã ghi danh số/選區編號. 登記地點 | Home PCT<br><br>SRD139V | County Clerk Use ONLY<br><br>0542-72 | PCT |
|---|---|---|---|---|
| | | CERT/VUID<br><br>71957393 | Voter Registrar Use ONLY | PCT |

| Type of Election Tipo de Elección Hình Thức Bầu Cử 選舉類型<br><br>Joint | Authority Conducting Election Autoridad Administrando la Elección Cơ Quan Thẩm Quyền Tiến Hành Bầu Cử 主持選舉機構<br><br>Alicia Bowden |
|---|---|

**BALLOT CODE:** [illegible] 18294247

(Write in the Ballot Code, it is found on the Provisional Ballot Stub above the voter's signature area. The Provisional Ballot Stub is generated from the JBC.)

### VOTER PRESENTED ACCEPTABLE FORM OF IDENTIFICATION

☐ YES ☑ NO

1. ____ Failed to present acceptable form of identification or voter certificate with exemption.

2. ✓ Voter not on list of registered voters.

3. ✓ Voter not on list, registered in another precinct.

4. ____ Voter on list of people who voted early by mail, and voter has not cancelled mail ballot application.

5. ____ Voting after 7:00 P.M. due to court order.

### TO BE COMPLETED BY THE COUNTY VOTER REGISTRAR FOR STATUS:

I, the voter registrar/deputy registrar, did research the records of my office and the following conclusion(s) was made:

**FOR VOTERS WHO DID NOT PRESENT ACCEPTABLE PHOTO IDENTIFICATION AT THE POLLING PLACE**

1. ____ Voter presented acceptable form of identification within 6 days of election day.

2. ____ Voter met disability exemption within 6 days of election day.

3. ____ Voter executed religious objection affidavit within 6 days of election day.

4. ____ Voter executed natural disaster affidavit within 6 days of election day.

5. ✓ Voter did not satisfy identification or affidavit requirements, listed in categories 1-4 above, within 6 days of election day.

**FOR VOTERS WHO VOTED PROVISIONALLY FOR OTHER REASONS**

6. ✓ Not a registered voter or registration not effective in time for this election.

7. ____ Registered to vote, erroneously listed in wrong precinct.

8. ____ Registered to vote in a different precinct within the county.

9. ____ Information on file indicating applicant completed a voter registration

ME



**310862509**

## Affidavit of Provisional Voter
### Declaración Jurada de Votante Provisional / Bản Chứng Thệ Của Cử Tri Tạm Thời / 臨時選民具結書

TO BE COMPLETED BY VOTER: I am a registered voter of this political subdivision and in the precinct in which I'm attempting to vote and have not already voted in this election (either in person or by mail). I am a resident of this political subdivision. I have not been finally convicted of a felony or if a felon, I have completed all of my punishment including any term of incarceration, parole, supervision, period of probation, or I have been pardoned. I have not been determined by a final judgment of a court exercising probate jurisdiction to be totally mentally incapacitated or partially mentally incapacitated without the right to vote. I understand that giving false information under oath is a misdemeanor, and I understand that it is a felony of the 2nd degree to vote in an election for which I know I am not eligible.

(PARA QUE EL VOTANTE LO LLENE: Estoy inscrito como votante en esta subdivisión política y en el precinto en cual estoy intentando a votar y aun no he votado en esta elección (en persona o por correo). Soy residente de esta subdivisión política, no he sido definitivamente declarado culpable de un delito grave o si soy el autor de un delito grave, he cumplido toda mi condena inclusive el período de encarcelamiento, la libertad condicional, la libertad supervisada, la libertad vigilada, o he sido indultado. No me han determinado por un juicio final de un corte de la legalización de un testamento, ser totalmente incapacitado mentalmente o parcialmente incapacitado sin el derecho de votar. Entiendo que dar información falsa bajo juramento es un delito menor y también entiendo que es un delito grave de 2do grado votar en una elección sabiendo que no cumplo con los requisitos necesarios.) (DƯỢC HOÀN TẤT BỞI CỬ TRI: Tôi là cử tri đã ghi danh bỏ phiếu tại phần khu chính trị địa phương này và trong phần khu mà tôi cố ý định bỏ phiếu và chưa bỏ phiếu trong cuộc bầu cử này (kể cả đích thân bỏ phiếu hay bỏ phiếu bằng thư). Tôi cư ngụ tại phần khu chính trị địa phương này, tôi hoàn toàn không bị kết tội hoặc nếu là người phạm trọng tội, tôi đã hoàn thành hết mọi hình phạt, bao gồm thời hạn tù, ân treo, quản chế, thời kỳ thách, hoặc đã được tha. Phần quyết cuối cùng của tòa án không tuyên bố rằng tôi là người mất hoàn toàn năng lực về mặt tâm thần hay mất một phần năng lực về trí óc không quyền được bỏ phiếu. Tôi hiểu rằng khai man lời tuyên thệ sẽ bị phạm khinh tội, và tôi hiểu rằng nếu bỏ phiếu trong cuộc bầu cử mà tôi biết là mình không được bỏ phiếu, thì sẽ bị coi là phạm trọng tội cấp độ 2.) 由通民告知. 本人為註冊選民並已合法登記之合法選民。本人有意願且尚未在此次選舉中投票 (親自投票或郵寄投票)。本人為此政治轄區之居民，從未因犯有重罪判刑或最終定罪，或即使會被定罪，但所有處罰，包括監禁、假釋、監督、緩刑均已接受或業經完全獲赦免且無確切完全喪失部分喪失能力而無投票資格。本人明確宣誓在提供不實資訊為輕罪，並了解在明知自己不符合投票資格的情況下在選舉中投票為二級重罪。

| Last Name (Nombre) (名) | Middle Name (if any) (Segundo nombre (si tiene) Tên đệm (nếu có) 中間名 (若有)) | Former Name (Nombre anterior) (Tên cũ) (曾用名) |
|---|---|---|
| **Provisional**<br>TINDELL, MARCIA BACA | | |

Resid<br>Cádig<br>Nếu k<br>局信)

3503 SYCAMORE SHADOWS DR<br>KINGWOOD, TX 77339<br>DOB: 02/28/1939<br>BS: 11-N~P

IP. If none, describe where you live (Do not include PO Box, Rural Rt. or business address) (Domicilio: calle y número de apartamento, Ciudad, Estado, y ¡o incluya el apartado de correos, camino rural, ni dirección comercial.)) (Địa chỉ cư trú: Tên đường và số Phòng, Thành Phố, Tiểu Bang, và Mã Bưu Điện. Địa Chỉ Đường Làng hoặc Địa Chỉ Thương Mại )) 居住地址：街名地址和公寓號。市，州和郵寄區號。如果沒有，請詳細說明居住地點 (請勿用郵

| Mailing Address: City, State, and ZIP. If mail cannot be delivered to your residence address. (Dirección postal: Ciudad, Estado y Código Postal. Si no es posible entregarle correspondencia en su domicilio). (Địa Chỉ Gửi Thư: Thành Phố, Tiểu Bang, và Mã Bưu Điện. Nếu không thể chuyển thư tới địa chỉ cư ngụ của quý vị.) 郵寄地址：市，州和郵寄區號。如果郵寄無法送達您的居住地址。 | Gender: (Optional) (Sexo (Optativo) Giới tính:(Không bắt buộc 性別：(可選或不填)<br><br>Male ☐  Female ☑<br>(Hombre)(Nam)(男)  (Mujer)( Nữ)(女) | Date of Birth: Month, Day, Year (Fecha de nacimiento: mes, día, año)(Ngày tháng năm sanh: Tháng, Ngày, Năm) 出生日期：月，日，年<br><br>__ / __ / __ |
|---|---|---|

| Check appropriate box: Marque el cuadro apropiado: Đánh dấu vào ô thích hợp 在適當方格內劃勾:<br><br>ARE YOU A UNITED STATES CITIZEN?<br>(¿SOY CIUDADANO/A DE LOS ESTADOS UNIDOS?) (QUY VỊ CÓ PHẢI LÀ CÔNG DÂN HOA KỲ KHÔNG?) 您是美國公民嗎?<br><br>☑ Yes  ☐ No<br>(Sí)( Có)(是)  (No)(Không)(否) | TX Driver's License No. or Personal I.D. No. (Issued by TX DPS) Número de su licencia de conducir de Texas o de su Cédula de Identidad expedida por el Departamento de Seguridad Publica de Texas. Số Bằng Lái Xe của tiểu bang Texas hoặc số ID cá nhân (do Bộ An Toàn Lao Động tiểu bang Texas cấp) 德州駕照號碼或個人身份證號碼 (由德州 DPS 簽發)<br><br>☐ I have not been issued a TX driver's license/ personal identification number or Social Security Number. (No me han expedido una licencia de conducir de Texas/Cédula de Identidad personal de Texas ni un Número de Seguro Social.) ( Tôi chưa hề được cấp bằng lái xe của Texas/số ID cá nhân hoặc số An Sinh Xã Hội.) 我沒有 TX 駕照秘密號碼/個人身份證號碼或社會安全號碼。 | Social Security No. (last 4 digits required if you do not have a driver's license or I.D. number) Número de Seguro Social. (Si no tiene licencia de conducir ni identificación personal, se requiere los últimos 4 números de su seguro social) Số An Sinh Xã Hội (4 số cuối của số An Sinh Xã Hội cần phải có nếu quý vị không có số bằng lái xe hoặc số ID cá nhân) 社會安全號碼 (如果您沒有駕照秘密或個人身份證號碼，請提供社安卡片最後<br><br>X _Marcia B Tindell_ |
|---|---|---|

## TO BE COMPLETED BY THE ELECTION JUDGE

| Date of Election Fecha de la Elección Ngày Bầu Cử 選舉日期<br><br>11/5/13 | Precinct No. where voted<br>Núm. de Precinto-lugar de votación/Phần Khu nơi đã Bầu Cử Số/選區編號. 投票地點<br>**127K**<br><br>Precinct No. where registered<br>Núm. de Precinto-inscrito para votar/Phần Khu nơi đã ghi danh số/選區編號. 登記地點<br>**0612** | Home PCT<br>**127K**<br><br>CERT/VUID<br>**24658114** | County Clerk Use ONLY<br>**0612**<br><br>Voter Registrar Use ONLY | PCT<br>**-11**<br><br>PCT<br>**0612** |
|---|---|---|---|---|

| Type of Election Tipo de Elección Hình Thức Bầu Cử 選舉類型<br><br>Joint | Authority Conducting Election Autoridad Administrando la Elección Cơ Quan Thẩm Quyền Tiến Hành Bầu Cử 主持選舉機構<br><br>Harris County |
|---|---|

**TO BE COMPLETED BY THE COUNTY VOTER REGISTRAR FOR STATUS:**

I, the voter registrar/deputy registrar, did research the records of my office and the following conclusion(s) was made:

### FOR VOTERS WHO DID NOT PRESENT ACCEPTABLE PHOTO IDENTIFICATION AT THE POLLING PLACE

1. _____ Voter presented acceptable form of identification within 6 days of election day.

2. _____ Voter met disability exemption within 6 days of election day.

3. _____ Voter executed religious objection affidavit within 6 days of election day.

4. _____ Voter executed natural disaster affidavit within 6 days of election day.

5. _✓_ Voter did not satisfy identification or affidavit requirements, listed in categories 1-4 above, within 6 days of election day.

### FOR VOTERS WHO VOTED PROVISIONALLY FOR OTHER REASONS

6. _____ Not a registered voter or registration not effective in time for this election.

7. _____ Registered to vote, erroneously listed in wrong precinct.

8. _____ Registered to vote in a different precinct within the county.

9. _____ Information on file indicating applicant completed a voter registration

---

## BALLOT CODE: 1 4 2 8 9 6 8 2

(Write in the Ballot Code, it is found on the Provisional Ballot Stub above the voter's signature area. The Provisional Ballot Stub is generated from the JBC.)

## VOTER PRESENTED ACCEPTABLE FORM OF IDENTIFICATION

☐ YES  ☑ NO

1. _____ Failed to present acceptable form of identification or certificate with exemption.

2. _____ Voter not on list of registered voters.

3. _____ Voter not on list, registered in another precinct.

4. _____ Voter on list of people who voted early by mail, and voter has not cancelled mail ballot application.

5. _____ Voting after 7:00 P.M. due to court order.

POc



Affidavit of Provisional Voter

Declaración Jurada de Votante Provisional / Bản Chứng Thệ Của Cử Tri Tạm Thời / 臨時選民具結書

310662518

TO BE COMPLETED BY VOTER: I am a registered voter of this political subdivision and in the precinct in which I'm attempting to vote and have not already voted in this election; I have not been finally convicted of a felony or if a felon, I have completed all of my punishment including any term of incarceration, parole, supervision, or probation, or I have been pardoned; I have not been determined by a final judgment of a court exercising probate jurisdiction to be totally mentally incapacitated or partially mentally incapacitated without the right to vote; I understand that giving false information to procure a voter registration is a misdemeanor, and I understand that it is a felony of the 2nd degree to vote in an election for which I know I am not eligible.

(PARA QUE EL VOTANTE LO LLENE: Estoy inscrito como votante en esta subdivisión política y en el precinto en cual estoy intentando a votar y aun no he votado en esta elección politica, no he sido definitivamente declarado culpable de un delito grave o si soy el autor de un delito grave, he cumplido todo mi condena incluyendo todo término de encarcelamiento, supervisada, la libertad vigilada, o he sido indultado. No me han determinado por un juicio final de una corte de la legalización de un testamento, ser totalmente incapacitado o que estoy parcialmente incapacitado a votar. Entiendo que dar información falsa bajo juramento es un delito menor y también entiendo que es un delito grave de 2do grado votar en una elección sabiendo que no soy elegible.)

**Provisional**

MCNAUGHTON, LUCILLE ROSE
2310 PINE TERRACE DR
KINGWOOD, TX 77339
DOB: 09/05/1933
BS: 11-N~P

| Last Name (Apellido) (Họ) (姓) | First Name (Nombre) (Tên) (名) | Middle Name (if any) (Segundo nombre (si tiene) Tên đệm (nếu có) 中間名 (若有) | Former Name (Nombre anterior) (Tên cũ) (曾用名) |
|---|---|---|---|
| McNaughton | Lucille | Rose | |

| Residence Address: Street Address and Apartment Number, City, State, and ZIP. If none, describe where you live (Do not include PO Box, Rural Rt. or business address) (Domicilio: calle y número de apartamento, Ciudad, Estado, y Código Postal. A falta de estos datos, describa la localidad de su residencia. (No incluya el apartado de correos, camino rural, ni dirección comercial.)) (Địa chỉ cư trú: Tên đường và số Phòng, Thành Phố, Tiểu Bang, và Mã Bưu Điện. Nếu không có, xin diễn tả nơi quý vị cư ngụ (Không được để địa chỉ Hộp Thư, Địa Chỉ Đường Làng hoặc Địa Chỉ Thương Mại) 居住地址：街名地址和公寓號，市，州和郵寄區域。如果沒有，請詳細說明居住地點 (請勿用郵局信箱號碼、鄉外縣綠名稱或商號地址) |
|---|
| 2310 Pine Terrace Dr  Kingwood  TX  77339 |

| Mailing Address: City, State, and ZIP. If mail cannot be delivered to your residence address. (Dirección postal: Ciudad, Estado y Código Postal, si no es posible entregarle correspondencia en su domicilio). (Địa Chỉ Gửi Thư: Thành Phố, Tiểu Bang, và Mã Bưu Điện. Nếu không thể chuyển thư tới địa chỉ cư ngụ của quý vị.) 郵寄地址：市，州和郵遞區域。如果郵寄無法送達您的居住地址。 | Gender: (Optional) (Sexo (Optativo)) (Giới tính(Không bắt buộc 性別(可填寫不填) | Date of Birth: Month, Day, Year (Fecha de nacimiento: mes, día, año)(Ngày tháng năm sanh: Tháng, Ngày, Năm) 出生日期：月，日，年 |
|---|---|---|
| Same | Male ☐   Female ☑  (Hombre)(Nam)(男)   (Mujer)( Nữ)(女) | 09/05/1933 |

| Check appropriate box: Marque el cuadro apropriado: Đánh dấu vào ô thích hợp 在適當方格內劃勾： | TX Driver's License No. or Personal I.D. No. (Issued by TX DPS) Número de su licencia de conducir de Texas o de su Cédula de Identidad expedida por el Departamento de Seguridad Publica de Texas). Số Bằng Lái Xe của tiểu bang Texas hoặc số ID cá nhân (do Bộ An Toàn Lao Động tiểu bang Texas | Social Security No. (last 4 digits required if you do not have a driver's license or I.D. number) Número de Seguro Social. (Si no tiene licencia de conducir ni identificación personal, se requiere los últimos 4 números de su seguro social) Số An Sinh Xã Hội (4 số cuối của số An Sinh Xã Hội cần phải có nếu quý vị không có số bằng lái xe hoặc số ID cá nhân) 社會安全號碼（如果您沒有駕駛執照或個人身份證號碼，請提供社安卡最後4個數字） |
|---|---|---|
| ARE YOU A UNITED STATES CITIZEN? (¿SOY CIUDADANO/A DE LOS ESTADOS UNIDOS?) (QUY VI CÓ PHẢI LÀ CÔNG DÂN HOA KỲ KHÔNG?) 您是美國公民嗎? ☑ Yes   ☐ No (SI)( Có)(是)   (No)(Không)(否) | ☐ I have not been issued a TX driver's license/ personal identification number or Social Security Number. (No me han expedido una licencia de conducir de Texas/Cédula de identidad personal de Texas ni un Número de Seguro Social.) (Tôi chưa hề được cấp bằng lái xe của Texas/số ID cá nhân hoặc số An Sinh Xã Hội.) 我沒有被發給德州駕駛執照/個人身份證號碼/ 社安號碼。 | |

Signature of Voter. (Firma del Votante.) (Chữ ký của cử tri)(選民簽名)

X *Lucille R McNaughton*

## TO BE COMPLETED BY THE ELECTION JUDGE

| Date of Election Fecha de la Elección Ngày Bầu Cử 選舉日期 | Precinct No. where voted   127 K  Núm. de Precinto-lugar de votación/Phần Khu nơi đã Bầu Cử Số/選區編號. 投票地點 |
|---|---|
| ~~Joint~~  Nov 5, 2013 | Precinct No. where registered   0590  Núm. de Precinto-inscrita para votar/Phần Khu nơi đã ghi danh số/選區編號. 登記地點 |
| Type of Election Tipo de Elección Hình Thức Bầu Cử 選舉類型   Joint | Authority Conducting Election Autoridad Administrando la Elección Cơ Quan Thẩm Quyền Hành Bầu Cử 主持選務機構   Harris County |

BALLOT CODE: ⌊ 4 2 9 3 3 3 5 ⌋

(Write in the Ballot Code, it is found on the Provisional Ballot Stub above the voter's signature area. The Provisional Ballot Stub is generated from the JBC.)

VOTER PRESENTED ACCEPTABLE FORM OF IDENTIFICATION

☐ YES      ☑ NO

1. ✓ Failed to present acceptable form of identification or voter certificate with exemption.

2. ___ Voter not on list of registered voters.

3. ___ Voter not on list, registered in another precinct.

4. ___ Voter on list of people who voted early by mail, and voter has not cancelled mail ballot application.

5. ___ Voting after 7:00 P.M. due to court order.

| Home PCT | County Clerk Use ONLY | PCT |
|---|---|---|
| 127K | 0590 - #1 | |
| CERT/VUID | Voter Registrar Use ONLY | PCT |
| 7709265 | | 0590 |

## TO BE COMPLETED BY THE COUNTY VOTER REGISTRAR

### FOR STATUS:

I, the voter registrar/deputy registrar, did research the records of my office and the following conclusion(s) was made:

**FOR VOTERS WHO DID NOT PRESENT ACCEPTABLE PHOTO IDENTIFICATION AT THE POLLING PLACE**

1. ___ Voter presented acceptable form of identification within 6 days of election day.

2. ___ Voter met disability exemption within 6 days of election day.

3. ___ Voter executed religious objection affidavit within 6 days of election day.

4. ___ Voter executed natural disaster affidavit within 6 days of election day.

5. ✓ Voter did not satisfy identification or affidavit requirements, listed in categories 1-4 above, within 6 days of election day.

**FOR VOTERS WHO VOTED PROVISIONALLY FOR OTHER REASONS**

6. ___ Not a registered voter or registration not effective in time for this election.

7. ___ Registered to vote, erroneously listed in wrong precinct.

8. ___ Registered to vote in a different precinct within the county.

9. ___ Information on file indicating applicant completed a voter registration

da



## Affidavit of Provisional Voter
### Declaración Jurada de Votante Provisional / Bản Chứng Thệ Của Cử Tri Tạm Thời / 臨時選民具結書

TO BE COMPLETED BY VOTER: I am a registered voter of this political subdivision and in the precinct in which I'm attempting to vote and have not already voted in this election (either in person or by mail). I am a resident of this political subdivision, have not been finally convicted of a felony or if a felon, I have completed all of my punishment including any term of incarceration, parole, supervision, period of probation, or I have been pardoned. I have not been determined by a final judgment of a court exercising probate jurisdiction to be totally mentally incapacitated or partially mentally incapacitated without the right to vote. I understand that giving false information under oath is a misdemeanor, and I understand that it is a felony of the 2nd degree to vote in an election for which I know I am not eligible.

(PARA QUE EL VOTANTE LO LLENE: Estoy inscrito como votante en esta subdivisión política y en el precinto en cual estoy intentando a votar y aún no he votado en esta elección (en persona o por correo). Soy residente de esta subdivisión política, no he sido definitivamente declarado culpable de un delito grave o si soy el autor de un delito grave, he cumplido toda mi condena inclusive el período de encarcelamiento, la libertad condicional, la libertad supervisada, la libertad vigilada, o he sido indultado. No me han determinado por un juicio final de una corte de la legalización de un testamento, ser totalmente incapacitado mentalmente o parcialmente incapacitado sin el derecho de votar. Entiendo que dar información falsa bajo juramento es un delito menor y también entiendo que es un delito grave de 2do grado votar en una elección sabiendo que no cumplo con los requisitos necesarios.) (ĐƯỢC HOÀN TẤT BỞI CỬ TRI: Tôi là cử tri đã ghi danh bỏ phiếu tại phân khu chính trị địa phương này và trong phân khu mà tôi cố ý định bỏ phiếu và chưa bỏ phiếu trong cuộc bầu cử này (kể cả đích thân bỏ phiếu hay bỏ phiếu bằng thư). Tôi cư ngụ tại phân khu chính trị địa phương này, tôi hoàn toàn không bị kết tội hình sự hoặc nếu là người phạm cộng tội, tôi đã hoàn thành tất mọi hình phạt, bao gồm thời hạn tù, ân xá, quản chế, thời kỳ thử thách, hoặc đã được tha. Phán quyết cuối cùng của tòa án không bị ràng rối là người mất hoàn toàn năng lực về mặt tâm thần hay mất một phần năng lực về mặt tâm thần mà không có quyền được bỏ phiếu. Tôi hiểu rằng khai man tên tuyền thể là tội phạm khinh tội, và tôi hiểu rằng mọc bỏ phiếu trong một cuộc bầu cử mà tôi biết là mình không hội đủ điều kiện, tôi sẽ bị coi là phạm trọng tội cấp độ 2.) 臨時選民具結書：本人為此政治轄區之合法選民，本人有意圖且尚未在此次選舉中投票(親自或郵寄投票)。本人為此政治轄區居民，未曾被判犯下重罪，或如果本人被判犯下重罪，本人已服刑期滿，包括監禁、假釋、監視或已接受完畢或已被赦免。本人並未經法院確認完全喪失心智或部份喪失心智而仍無權投票。本人知悉本人宣誓後提供假資料是輕罪，並知悉在明知本人無投票資格的選舉中投票是二級重罪。

| Last Name (Apellido) (Họ) (姓) | First Name (Nombre) (Tên) (名) | Middle Name (if any) (Segundo nombre (si tiene) Tên đệm (nếu có) 中間名 (若有) | Former Name (Nombre anterior) (Tên cũ) (曾用名) |
|---|---|---|---|
| Angelo | Paula | Louise | |

Residence Address: Street Address and Apartment Number, City, State, and ZIP. If none, describe where you live (Do not include PO Box, Rural Rt. or business address) (Domicilio: calle y número de apartamento, Ciudad, Estado, y Código Postal: A falta de estos datos, describa la localidad de su residencia. (No incluya el apartado de correos, camino rural, ni dirección comercial.)) (Địa chỉ cư trú: Tên đường và số Phòng, Thành Phố, Tiểu Bang, và Mã Bưu Điện. Nếu không có, xin diễn tả nơi quý vị cư ngụ (Không được để địa chỉ Hộp Thư, Địa Chỉ Đường Làng hoặc Địa Chỉ Thương Mại) 居住地址：街名地址和公寓號，市，州和郵寄區號。如果沒有，請詳細說明居住地點 (請勿用郵局信箱號碼、鄉村路線或商業地址)

12850 GreensBayou Dr.

| Mailing Address: City, State, and ZIP. If mail cannot be delivered to your residence address. (Dirección postal: Ciudad, Estado y Código Postal, si no es posible entregarle correspondencia en su domicilio). (Địa Chỉ Gửi Thư: Thành Phố, Tiểu Bang, và Mã Bưu Điện. Nếu không thể chuyển thư tới địa chỉ cư ngụ của quý vị.) 郵寄地址：市，州和郵遞區號。如果郵寄無法送達您的居住地址。 | Gender: (Optional) (Sexo (Optativo)) Giới tính:(Không bắt buộc) 性別：(可以選不填) | Date of Birth: Month, Day, Year (Fecha de nacimiento: mes, día, año)(Ngày tháng năm sinh: Tháng, Ngày, Năm) 出生日期：月，日，年 |
|---|---|---|
| Same | Male ☐  Female ☑ (Hombre)(Nam)(男)  (Mujer)(Nữ)(女) | 04/07/1963 |

| Check appropriate box: Marque el cuadro apropiado: Dánh dấu vào ô thích hợp trong ̀ ô tương thích hợp trong việc khoanh dấu: 勾選相應方格： | TX Driver's License No. or Personal I.D. No. (Issued by TX DPS) Número de su licencia de conducir de Texas o de su Cédula de Identidad expedida por el Departamento de Seguridad Pública de Texas). Số Bằng Lái Xe của tiểu bang Texas hoặc số ID cá nhân (do Bộ An Toàn Lao Động tiểu bang Texas | Social Security No. (last 4 digits required if you do not have a driver's license or I.D. number) Número de su Seguro Social (se requieren los últimos 4 números de su seguro social) Số An Sinh Xã Hội (4 số cuối của số An Sinh Xã Hội cần phải có nếu quý vị không có số Bằng lái xe hoặc số ID cá nhân) 社會安全號碼 (如果您沒有駕駛執照或個人身份證號碼，請提供社安卡最後 |
|---|---|---|
| ARE YOU A UNITED STATES CITIZEN? (¿SOY CIUDADANO/A DE LOS ESTADOS UNIDOS?) (QUÝ VỊ CÓ PHẢI LÀ CÔNG DÂN HOA KỲ KHÔNG?) 您是美國公民嗎？ ☑Yes ☐ No (Sí)( Có)(是)  (No)(Không)(否) | ☐ I have not been issued a TX driver's license/ personal identification number or Social Security Number. (No me han expedido una licencia de conducir de Texas/Cédula de identidad personal de Texas ni un Número de Seguro Social.) (Tôi chưa hề được cấp bằng lái xe của Texas/số ID cá nhân hoặc số An Sinh Xã Hội.) 我沒有獲發德州駕駛執照或個人身份證號碼或社會安全號碼。 | X Paula Angelo |

### TO BE COMPLETED BY THE ELECTION JUDGE

| Date of Election Fecha de la Elección Ngày Bầu Cử 選舉日期 | | Home PCT | County Clerk Use ONLY | PCT |
|---|---|---|---|---|
| | Precinct No. where voted 0080 Núm. de Precinto-lugar de votación/Phần Khu nơi đã Bầu Cử Số/選區編號. 投票地點 | 0080 | | 0080-14 |
| November 5, 2013 | Precinct No. where registered 0080 Núm. de Precinto-inscrito para votar/Phần Khu nơi đã ghi danh số/選區編號. 登記地點 | CERT/VUID | Voter Registrar Use ONLY | PCT |
| Type of Election Tipo de Elección Hình Thức Bầu Cử 選舉類型 | Authority Conducting Election Autoridad Administrando la Elección Cơ Quan Thẩm Quyền Tiến Hành Bầu Cử 主理選舉機構 | 194649.57 | | 8080 |
| General | Harris County | | | |

BALLOT CODE: 1 0 2 1 8 0 1 8 7
(Write in the Ballot Code, it is found on the Provisional Ballot Stub above the voter's signature area. The Provisional Ballot Stub is generated from the JBC.)

### VOTER PRESENTED ACCEPTABLE FORM OF IDENTIFICATION

☐ YES        ☒ NO

1. ✓ Failed to present acceptable form of identification or voter certificate with exemption.

2. ___ Voter not on list of registered voters.

3. ___ Voter on list, registered in another precinct.

4. ___ Voter on list of people who voted early by mail, and voter has not cancelled mail ballot application.

5. ___ Voting after 7:00 P.M. due to court order.

### TO BE COMPLETED BY THE COUNTY VOTER REGISTRAR FOR STATUS:

I, the voter registrar/deputy registrar, did research the records of my office and the following conclusion(s) was made:

#### FOR VOTERS WHO DID NOT PRESENT ACCEPTABLE PHOTO IDENTIFICATION AT THE POLLING PLACE

1. ___ Voter presented acceptable form of identification within 6 days of election day.

2. ___ Voter met disability exemption within 6 days of election day.

3. ___ Voter executed religious objection affidavit within 6 days of election day.

4. ___ Voter executed natural disaster affidavit within 6 days of election day.

5. ✓ Voter did not satisfy identification or affidavit requirements, listed in categories 1-4 above, within 6 days of election day.

#### FOR VOTERS WHO VOTED PROVISIONALLY FOR OTHER REASONS

6. ___ Not a registered voter or registration not effective in time for this election.

7. ___ Registered to vote, erroneously listed in wrong precinct.

8. ___ Registered to vote in a different precinct within the county.

9. ___ Information on file indicating applicant completed a voter registration

PR



# Affidavit of Provisional Voter

Declaración Jurada de Votante Provisional / Bản Chứng Thệ Của Cử Tri Tạm Thời / 臨時選民具結書

**310784149**

TO BE COMPLETED BY VOTER: I am a registered voter of this political subdivision and in the precinct in which I'm attempting to vote and have not already voted in this election (either in person or by mail). I am a resident of this political subdivision, have not been found guilty of a felony or if a felon, I have completed all of my punishment including any term of incarceration, parole, supervision, period of probation, or I have been pardoned. I have not been determined by a final judgment of a court exercising probate jurisdiction to be totally mentally incapacitated or partially mentally incapacitated without the right to vote. I understand that giving false information under oath is a misdemeanor, and I understand that it is a felony of the 2nd degree to vote in an election for which I know I am not eligible.

[PARA QUE EL VOTANTE LO LLENE: Estoy inscrito como votante en esta subdivisión política y en el precinto en cual estoy intentando a votar y aun no he votado en esta elección (en persona o por correo). Soy residente de esta subdivisión política, no he sido definitivamente declarado culpable de un delito grave o si soy el autor de un delito grave, he cumplido mi condena inclusive el período de encarcelamiento, la libertad condicional, la libertad supervisada, la libertad vigilada, o he sido indultado. No me han determinado por un juicio final de una corte de la legalización de un testamento, ser totalmente incapacitado mentalmente o parcialmente incapacitado sin el derecho de votar. Entiendo que dar información falsa bajo juramento es un delito menor y también entiendo que es un delito grave de 2do grado votar en una elección sabiendo que no cumplo con los requisitos necesarios.] [ĐƯỢC HOÀN TẤT BỞI CỬ TRI: Tôi là cử tri đã ghi danh bỏ phiếu tại phân khu chính trị của phương này và trong phân khu mà tôi có ý định bỏ phiếu và chưa bỏ phiếu trong cuộc bầu cử này (kể cả đích thân bỏ phiếu hay bỏ phiếu bằng thư). Tôi cư ngụ tại phân khu chính trị địa phương này, tôi hoàn toàn không bị kết trọng tội hoặc nếu là người phạm trọng tội, tôi đã hoàn thành hết mọi hình phạt, bao gồm thời hạn tù, ân treo, quản chế, thời kỳ thử thách, hoặc đã được tha. Phán quyết cuối cùng của tòa án không bị tuyên bố rằng tôi bị người mất hoàn toàn năng lực về mặt tâm thần hay mất một phần năng lực về mặt tâm thần không có quyền được bỏ phiếu. Tôi hiểu rằng khai man khi tuyên thệ sẽ bị phạm khinh tội, và tôi hiểu rằng nếu bỏ phiếu trong cuộc bầu cử mà tôi biết là mình không hội đủ điều kiện, tôi sẽ bị coi là phạm trọng tội cấp độ 2.] 由證民填寫：本人為登記在此選區投票的選民，此政治分區與本人欲投票的選區相同，且本人尚未在此選舉中已經進行投票（親自或郵寄投票）。本人為此政治分區之居民，從未因犯下重罪而被判定罪，或如有犯下重罪者，包括監禁、假釋、監管、緩刑期已接受完畢或已被赦免。本人從未依照遺囑驗證法庭最終判定因精神完全或部份喪失而無法投票之居民。本人明白宣誓提供虛假資料的行為屬二級輕罪。

| Last Name (Apellido) (Họ) (姓) | First Name (Nombre) (Tên) (名) | Middle Name (if any) (Segundo nombre (si tiene)) Tên đệm (nếu có) 中間名 (若有) | Former Name (Nombre anterior) (Tên cũ) (曾用名) |
|---|---|---|---|
| LaFountain | Konhiyama | Emi | |

| Residence Address: Street Address and Apartment Number, City, State, and ZIP. If none, describe where you live (Do not include PO Box, Rural Rt. or business address) (Domicilio: calle y número de apartamento, Ciudad, Estado, y Código Postal. A falta de estos datos, describa la localidad de su residencia. (No incluya el apartado de correos, camino rural, ni dirección comercial.)) (Địa chỉ cư trú: Tên đường và số Phòng, Thành Phố, Tiểu Bang, và Mã Bưu Điện. Nếu không có, xin diễn tả nơi quý vị cư ngụ (Không được để địa chỉ Hộp Thư, Địa Chỉ Đường Làng hoặc Địa Chỉ Thương Mại) 居住地址： 街名地址和公寓號、市、州和郵寄區號。如果沒有，請詳細說明居住地點（請勿用郵局信箱號碼、鄉外路線號或商業地址） |
|---|
| 1605 Rice Blvd, Houston, TX 77005 |

| Mailing Address: City, State, and ZIP. If mail cannot be delivered to your residence address. (Dirección postal: Ciudad, Estado y Código Postal. si no es posible entregarle correspondencia en su domicilio). (Địa Chỉ Gửi Thư: Thành Phố, Tiểu Bang, và Mã Bưu Điện. Nếu không thể chuyển thư tới địa chỉ cư ngụ của quý vị.) 郵寄地址：市、州和郵寄區號。如果郵寄無法送達您的居住地址。 | Gender: (Optional) (Sexo (Optativo)) Giới tính:(Không bắt buộc 性別 (可填選不填)) | Date of Birth: Month, Day, Year (Fecha de nacimiento: mes, día, año)(Ngày tháng năm sanh: Tháng, Ngày, Năm) 出生日期：月、日、年 |
|---|---|---|
| 1605 Rice Blvd, Houston, TX 77005 | Male ☐ Female ☐ (Hombre)(Nam)(男) (Mujer)(Nữ)(女) | 06 / 30 / 1993 |

| Check appropriate box: Marque el cuadro apropiado: Đánh dấu vào ô thích hợp 在適當方格內勾劃: ARE YOU A UNITED STATES CITIZEN? (¿SOY CIUDADANO/A DE LOS ESTADOS UNIDOS?) (QUÝ VỊ CÓ PHẢI LÀ CÔNG DÂN HOA KỲ KHÔNG?) 您是美國公民嗎? ☑Yes ☐ No (Sí)(Có)(是) (No)(Không)(否) | TX Driver's License No. or Personal I.D. No. (issued by TX DPS) Número de su licencia de conducir de Texas o su Cédula de Identidad expedida por el Departamento de Seguridad Pública de Texas). Số Bằng Lái Xe của tiểu bang Texas hoặc số ID cá nhân (do Bộ An Toàn Lao Động tiểu bang Texas 德州駕照號碼或個人身份證號碼（由德州公共安全部簽發） ☐ I have not been issued a TX driver's license/ personal identification number or Social Security Number. (No me han expedido una licencia de conducir de Texas/Cedula de identidad personal de Texas ni un Número de Seguro Social.) ( Tôi chưa hề được cấp bằng lái xe của Texas/số ID cá nhân hoặc số An Sinh Xã Hội.) 我沒有 TX 駕駛執照號碼/個人身份證號碼或社會安全號碼。 | Social Security No. (last 4 digits required if you do not have a driver's license or I.D. number) Número de Seguro Social. (Si no tiene licencia de conducir ni identificación personal, se requiere los últimos 4 números de su seguro social) Số An Sinh Xã Hội (4 số cuối của số An Sinh Xã Hội cần phải có nếu quý vị không có số bằng lái xe hoặc số ID cá nhân) 社會安全號碼（如果您沒有駕駛執照或個人身份證號碼，請提供社安卡後四碼） Signature of Voter: (Firma del votante / Chữ ký của cử tri) (簽名蓋章) X _Emi LaFountain_ |

## TO BE COMPLETED BY THE ELECTION JUDGE

| Date of Election Fecha de la Elección Ngày Bầu Cử 選舉日期 | Precinct No. where voted Núm. de Precinto-lugar de votación/Phân Khu nơi đã Bầu Cử Số/選區編號. 投票地點 | **36** | Home PCT **0361** | County Clerk Use ONLY | PCT **0361-7** |
|---|---|---|---|---|---|
| 11/5/2013 | Precinct No. where registered Núm. de Precinto-inscrito para votar/Phân Khu nơi đã ghi danh số/選區編號. 登記地點 | **36** | CERT/VUID **0800607117** | Voter Registrar Use ONLY | PCT **0361** |
| Type of Election Tipo de Elección Hình Thức Bầu Cử 選舉類型 Joint | Authority Conducting Election Autoridad Administrando la Elección Cơ Quan Thẩm Quyền Tiến Hành Bầu Cử 主持選舉機構 Harris County | | | | |

### BALLOT CODE: L0 5845948

(Write in the Ballot Code, it is found on the Provisional Ballot Stub above the voter's signature area. The Provisional Ballot Stub is generated from the JBC.)

### VOTER PRESENTED ACCEPTABLE FORM OF IDENTIFICATION

☐ YES  ☑ NO

1. ☑ Failed to present acceptable form of identification or voter certificate with exemption.

2. ___ Voter not on list of registered voters.

3. ___ Voter not on list, registered in another precinct.

4. ___ Voter on list of people who voted early by mail, and voter has not cancelled mail ballot application.

5. ___ Voting after 7:00 P.M. due to court order.

### TO BE COMPLETED BY THE COUNTY VOTER REGISTRAR FOR STATUS:

I, the voter registrar/deputy registrar, did research the records of my office and the following conclusion(s) was made:

**FOR VOTERS WHO DID NOT PRESENT ACCEPTABLE PHOTO IDENTIFICATION AT THE POLLING PLACE**

1. ___ Voter presented acceptable form of identification within 6 days of election day.

2. ___ Voter met disability exemption within 6 days of election day.

3. ___ Voter executed religious objection affidavit within 6 days of election day.

4. ___ Voter executed natural disaster affidavit within 6 days of election day.

5. ✓ Voter did not satisfy identification or affidavit requirements, listed in categories 1-4 above, within 6 days of election day.

**FOR VOTERS WHO VOTED PROVISIONALLY FOR OTHER REASONS**

6. ___ Not a registered voter or registration not effective in time for this election.

7. ___ Registered to vote, erroneously listed in wrong precinct.

8. ___ Registered to vote in a different precinct within the county.

9. ___ Information on file indicating applicant completed a voter registration





||| 311115520

# Affidavit of Provisional Voter
### Declaración Jurada de Votante Provisional / Bản Chứng Thệ Của Cử Tri Tạm Thời / 臨時選民具結書

TO BE COMPLETED BY VOTER: I am a registered voter of this political subdivision and in the precinct in which I'm attempting to vote and have not already voted in this election (either in person or by mail). I am a resident of this political subdivision, have not been finally convicted of a felony or if a felon, I have completed all of my punishment including any term of incarceration, parole, supervision, period of probation, or I have been pardoned. I have not been determined by a final judgment of a court exercising probate jurisdiction to be totally mentally incapacitated or partially mentally incapacitated without the right to vote. I understand that giving false information under oath is a misdemeanor, and I understand that it is a felony of the 2nd degree to vote in an election for which I know I am not eligible.

(PARA QUE EL VOTANTE LO LLENE: Estoy inscrito como votante en esta subdivisión política y en el precinto en cual estoy intentando a votar y aun no he votado en esta elección (en persona o por correo). Soy residente de esta subdivisión política, no he sido definitivamente declarado culpable de un delito grave o si soy el autor de un delito grave, he cumplido toda mi condena inclusive el período de encarcelamiento, la libertad condicional, la libertad supervisada, la libertad vigilada, o he sido indultado. No me han determinado por un juicio final de una corte de la legalización de un testamento, ser totalmente incapacitado mentalmente o parcialmente incapacitado sin el derecho de votar. Entiendo que dar información falsa bajo juramento es un delito menor y también entiendo que es un delito grave de 2do grado votar en una elección sabiendo que no cumplo con los requisitos necesarios.) (ĐƯỢC HOÀN TẤT BỞI CỬ TRI: Tôi là cử tri đã ghi danh bỏ phiếu tại phân khu chính trị địa phương này và trong phân khu mà tôi cố ý định bỏ phiếu và chưa bỏ phiếu trong cuộc bầu cử này (kể cả đích thân bỏ phiếu hay bỏ phiếu bằng thư). Tôi cư ngụ tại phân khu chính trị địa phương này, tôi hoàn toàn không bị kết trọng tội hoặc nếu là người phạm trọng tội, tôi đã hoàn thành hết mọi hình phạt, bao gồm thời hạn tù, ân treo, quản chế, thời kỳ thử thách, hoặc đã được tha. Phán quyết cuối cùng của tòa án không tuyên bố rằng tôi là người mất hoàn toàn năng lực về mặt tâm thần hay mất một phần năng lực về mặt tâm thần mà không có quyền đi bỏ phiếu. Tôi hiểu rằng khai man khi tuyên thệ sẽ bị phạm khinh tội, và tôi hiểu rằng nếu bỏ phiếu trong một cuộc bầu cử mà tôi biết là mình không hội đủ điều kiện, tôi sẽ bị coi là phạm trọng tội cấp độ 2.) (由選民填寫: 本人為此政治區域內之合法選民。本人有意願且尚未在此次選舉中投票(親自或郵寄投票)。本人為此政治區域之居民,從未因罪判有且罪輕投票。或即使曾犯罪判刑,但所有罪期,包括監禁、假釋、監管、緩刑或已接受完畢或已被赦免。本人從未經過正式遺囑認證法庭的判定而被斷定全然或部份喪失心智能力或部份喪失無投票權。本人明瞭宣誓後提供不實資料將構成輕罪,並了解在明知自己不符合資格的情況下在選舉中投票為二級重罪。)

| Last Name (Apellido) (Họ) (姓) | First Name (Nombre) (Tên) (名) | Middle Name (if any) (Segundo nombre (si tiene) Tên đệm (nếu có) 中間名 (若有) | Former Name (Nombre anterior) (Tên cũ) (曾用名) |
|---|---|---|---|
| IRVING | JACQUELINE | DENISE | |

| Residence Address: Street Address and Apartment Number, City, State, and ZIP. If none, describe where you live (Do not include PO Box, Rural Rt. or business address) (Domicilio: calle y número de apartamento, Ciudad, Estado, y Código Postal. A falta de estos datos, describa la localidad de su residencia. (No incluya el apartado de correos, camino rural, ni dirección comercial.)) (Địa chỉ cư trú: Tên đường và số Phòng, Thành Phố, Tiểu Bang, và Mã Bưu Điện. Nếu không có, xin diễn tả nơi quý vị cư ngụ (Không được để địa chỉ Hộp Thư, Địa Chỉ Đường Làng hoặc Địa Chỉ Thương Mại)) 居住地址: 街名地址和公寓號、市、州和郵寄區號。如果沒有,請詳細說明居住地點 (請勿用郵政信箱號碼、郊外路線名稱或商業地址) |
|---|

| Mailing Address: City, State, and ZIP. If mail cannot be delivered to your residence address. (Dirección postal: Ciudad, Estado y Código Postal, si no es posible entregarle correspondencia en su domicilio.) (Địa Chỉ Gửi Thư: Thành Phố, Tiểu Bang, và Mã Bưu Điện. Nếu không thể chuyển thư tới địa chỉ cư ngụ của quý vị.) 郵寄地址: 市、州和郵遞區號。如果郵寄無法送達您的居住地址。 | Gender: (Optional) (Sexo (Optativo) Giới tính (Không bắt buộc 性別: (可填寫不填) | Date of Birth: Month, Day, Year (Fecha de nacimiento: mes, día, año)(Ngày tháng năm sanh: Tháng, Ngày, Năm) 出生日期: 月、日、年 |
|---|---|---|
| 6314 Cobalt | Male ☐ (Hombre)(Nam)(男) Female ☒ (Mujer)( Nữ)(女) | 12-25-1980 |

| Check appropriate box. Marque el cuadro apropiado. Đánh dấu vào ô thích hợp 在適當方格內劃記: | TX Driver's License No. or Personal I.D. No. (Issued by TX DPS) Número de su licencia de conducir de Texas o de su Cédula de Identidad expedida por el Departamento de Seguridad Publica de Texas. Số Bằng Lái Xe của tiểu bang Texas hoặc số ID cá nhân (do Bộ An Toàn Lao Động tiểu bang Texas | Social Security No. (last 4 digits required if you do not have a driver's license or I.D. number) Número de su seguro social) Số An Sinh Xã Hội (4 số cuối của số An Sinh Xã Hội cần phải có nếu quý vị không có số bằng lái xe hoặc số ID cá nhân) 社會安全號碼 (如果您沒有駕駛執照或個人身分證號碼,請提供社會安全號碼的最後 |
|---|---|---|
| ARE YOU A UNITED STATES CITIZEN? (¿SOY CIUDADANO/A DE LOS ESTADOS UNIDOS?) (QUÝ VỊ CÓ PHẢI LÀ CÔNG DÂN HOA KỲ KHÔNG?) 您是美國公民嗎? ☒ Yes (Sí)( Có)(是) ☐ No (No)(Không)(否) | ☐ I have not been issued a TX driver's license/personal identification number or Social Security Number. (No me han expedido una licencia de conducir de Texas/Cedula de identidad personal de Texas ni un Número de Seguro Social.) (Tôi chưa hề được cấp bằng lái xe của Texas/số ID cá nhân hoặc số An Sinh Xã Hội.) 我沒有可接受官署核定的駕照號碼/個人身分證號碼或社會安全號碼。 | Signature of Voter: (Firma del Votante) (Chữ ký của cử tri) (選民簽名) X |

## TO BE COMPLETED BY THE ELECTION JUDGE

| Date of Election Fecha de la Elección Ngày Bầu Cử 選舉日期 | | Home PCT 0584 | County Clerk Use ONLY | PCT 0584-6 |
|---|---|---|---|---|
| 11/05/2013 | Precinct No. where voted 0584 Núm. de Precinto-lugar de votación/Phần Khu nơi đã bầu Cử Số/選區編號. 投票地點 | CERT/VUID 56349061 | Voter Registrar Use ONLY | PCT 0584 |
| | Precinct No. where registered 0584 Núm. de Precinto-inscrito para votar/Phần Khu nơi đã ghi danh số/選區編號. 登記地點 | | | |
| Type of Election Tipo de Elección Hình Thức Bầu Cử 選舉類型 General | Authority Conducting Election Autoridad Administrando la Elección Cơ Quan Thẩm Quyền Tiến Hành Bầu Cử 主持選務機構 | | | |

### BALLOT CODE: 826 225 10
(Write in the Ballot Code, it is found on the Provisional Ballot Stub above the voter's signature area. The Provisional Ballot Stub is generated from the JBC.)

### VOTER PRESENTED ACCEPTABLE FORM OF IDENTIFICATION
☐ YES    ☒ NO ✓

1. _____ Failed to present acceptable form of identification or voter certificate with exemption.

2. _____ Voter not on list of registered voters.

3. _____ Voter not on list, registered in another precinct.

4. _____ Voter on list of people who voted early by mail, and voter has not cancelled mail ballot application.

5. _____ Voting after 7:00 P.M. due to court order.

## TO BE COMPLETED BY THE COUNTY VOTER REGISTRAR FOR STATUS:
I, the voter registrar/deputy registrar, did research the records of my office and the following conclusion(s) were made:

### FOR VOTERS WHO DID NOT PRESENT ACCEPTABLE PHOTO IDENTIFICATION AT THE POLLING PLACE

1. _____ Voter presented acceptable form of identification within 6 days of election day.

2. _____ Voter met disability exemption within 6 days of election day.

3. _____ Voter executed religious objection affidavit within 6 days of election day.

4. _____ Voter executed natural disaster affidavit within 6 days of election day.

5. _✓_ Voter did not satisfy identification or affidavit requirements, listed in categories 1-4 above, within 6 days of election day.

### FOR VOTERS WHO VOTED PROVISIONALLY FOR OTHER REASONS

6. _____ Not a registered voter or registration not effective in time for this election.

7. _____ Registered to vote, erroneously listed in wrong precinct.

8. _____ Registered to vote in a different precinct within the county.

9. _____ Information on file indicating applicant completed a voter registration



## Affidavit of Provisional Voter
Declaración Jurada de Votante Provisional / Bản Chứng Thệ Của Cử Tri Tạm Thời / 臨時選民具結書

TO BE COMPLETED BY VOTER: I am a registered voter of this political subdivision and in the precinct in which I'm attempting to vote and have not already voted in this election (either in person or by mail). I am a resident of this political subdivision, have not been finally convicted of a felony or if a felon, I have completed all of my punishment including any term of incarceration, parole, supervision, period of probation, or I have been pardoned. I have not been determined by a final judgment of a court exercising probate jurisdiction to be totally mentally incapacitated or partially mentally incapacitated without the right to vote. I understand that giving false information under oath is a misdemeanor, and I understand that it is a felony of the 2nd degree to vote in an election for which I know I am not eligible.

(PARA QUE EL VOTANTE LO LLENE: Estoy inscrito como votante en esta subdivisión política y en el precinto en cual estoy intentando a votar y aún no he votado en esta elección (en persona o por correo). Soy residente de esta subdivisión política, no he sido definitivamente declarado culpable de un delito grave o si soy el autor de un delito grave, he cumplido toda mi condena incluyendo cualquier período de encarcelamiento, la libertad condicional, la libertad supervisada, la libertad vigilada, o he sido indultado. No me han determinado por un juicio final de una corte de la legalización de un testamento, ser totalmente incapacitado mentalmente o parcialmente incapacitado sin el derecho de votar. Entiendo que dar información falsa bajo juramento es un delito menor y también entiendo que es un delito grave de 2do grado votar en una elección sabiendo que no cumplo con los requisitos necesarios.) (ĐƯỢC HOÀN TẤT BỞI CỬ TRI: Tôi là cử tri đã ghi danh bỏ phiếu tại phân khu chính trị địa phương này và trong phân khu mà tôi cố ý định bỏ phiếu trong cuộc bầu cử này (kể cả đích thân bỏ phiếu hay bỏ phiếu bằng thư). Tôi cư ngụ tại phân khu chính trị địa phương này, tôi hoàn toàn không bị kết trọng tội hoặc nếu là người phạm trọng tội, tôi đã hoàn thành hết mọi hình phạt, bao gồm thời hạn tù, ân trao, quản chế, thời kỳ thử thách, hoặc đã được tha. Phán quyết cuối cùng của tòa án đã không quyết bỏ rằng tôi là người mất hoàn toàn năng lực về mặt tâm thần hay mất một phần năng lực để tôi có quyền được bỏ phiếu. Tôi hiểu rằng khai man lời tuyên thệ là bị phạm khinh tội, và tôi hiểu rằng nếu bỏ phiếu trong một cuộc bầu cử mà tôi biết là mình không được bỏ phiếu, thì sẽ bị coi là phạm trọng tội cấp độ 2.) 本人為已登記之合法選民，在本人試圖投票而亦未在此次選舉中投票（親自或郵寄投票）。本人為此政治分區之居民，從未因犯有重罪而被終審判決有罪，或即使曾犯過重罪，亦已服滿所有刑罰，包括監禁、假釋、監督、緩刑或已被赦免。本人從未被行使遺囑驗證法庭最終裁定因精神完全或部分失常而無權投票。本人明瞭宣誓後提供不實資訊為輕罪，並了解在明知本人沒有資格的情況下在選舉中投票為二級重罪。

| Last Name (Apellido) (Họ) (姓) | First Name (Nombre) (Tên) (名) | Middle Name (if any) (Segundo nombre (si tiene) Tên đệm (nếu có) 中間名 (若有) | Former Name (Nombre anterior) (Tên cũ) (曾用名) |
|---|---|---|---|
| Bonner-Mackey | Amber | Nicole | |

Residence Address: Street Address and Apartment Number, City, State, and ZIP. If none, describe where you live (Do not include PO Box, Rural Rt. or business address)
9410 Bay White Houston, T.X 77096

| Mailing Address: City, State, and ZIP. | Gender: (Optional) | Date of Birth: Month, Day, Year |
|---|---|---|
| P. O. Box 311226 Houston, TX 77231 | Male ☐ Female ☒ | 06/20/1988 |

Check appropriate box: ARE YOU A UNITED STATES CITIZEN? ☒Yes ☐No

☐ I have not been issued a TX driver's license/personal identification number or Social Security Number.

Signature of Voter: X Amber B Mackey

## TO BE COMPLETED BY THE ELECTION JUDGE

Precinct No. where voted: 0490
Precinct No. where registered: 
Ballot code: 2133 28588 6400
Home PCT 0490 | County Clerk Use ONLY 0869 PCT 15
CERT/VUID 098790916 | Voter Registrar Use ONLY | PCT 0869

## VOTER PRESENTED ACCEPTABLE FORM OF IDENTIFICATION
☐ YES ☒ NO

1. ✓ Failed to present acceptable form of identification or certificate with exemption.
2. ___ Voter not on list of registered voters.
3. ___ Voter not on list, registered in another precinct.
4. ___ Voter on list of people who voted early by mail, and voter has not cancelled mail ballot application.
5. ___ Voting after 7:00 P.M. due to court order.

## TO BE COMPLETED BY THE COUNTY VOTER REGISTRAR FOR STATUS:
I, the voter registrar/deputy registrar, did research the records of my office and the following conclusion(s) was made:

FOR VOTERS WHO DID NOT PRESENT ACCEPTABLE PHOTO IDENTIFICATION AT THE POLLING PLACE
1. ___ Voter presented acceptable form of identification within 6 days of election day.
2. ___ Voter met disability exemption within 6 days of election day.
3. ___ Voter executed religious objection affidavit within 6 days of election day.
4. ___ Voter executed natural disaster affidavit within 6 days of election day.
5. ✓ Voter did not satisfy identification or affidavit requirements, listed in categories 1-4 above, within 6 days of election day.

FOR VOTERS WHO VOTED PROVISIONALLY FOR OTHER REASONS
6. ___ Not a registered voter or registration not effective in time for this election.
7. ___ Registered to vote, erroneously listed in wrong precinct.
8. ___ Registered to vote in a different precinct within the county.
9. ___ Information on file indicating applicant completed a voter registration

PR



310903537

# Affidavit of Provisional Voter
### Declaración Jurada de Votante Provisional / Bản Chứng Thệ Của Cử Tri Tạm Thời / 臨時選民具結書



**TO BE COMPLETED BY VOTER:** I am a registered voter of this political subdivision and in the precinct in which I'm attempting to vote and have not already voted in this election (either in person or by mail). I am a resident of this political subdivision, have not been finally convicted of a felony or if a felon, I have completed all of my punishment including any term of incarceration, parole, supervision, period of probation, or I have been pardoned. I have not been determined by a final judgment of a court exercising probate jurisdiction to be totally mentally incapacitated or partially mentally incapacitated without the right to vote. I understand that giving false information under oath is a misdemeanor, and I understand that it is a felony of the 2nd degree to vote in an election for which I know I am not eligible.

(PARA QUE EL VOTANTE LO LLENE: Estoy inscrito como votante en esta subdivisión política y en el precinto en cual estoy intentando a votar y aun no he votado en esta elección (en persona o por correo). Soy residente de esta subdivisión política, no he sido definitivamente declarado culpable de un delito grave o si soy el autor de un delito grave, he cumplido toda mi condena inclusive el período de encarcelamiento, la libertad condicional, la libertad supervisada, la libertad vigilada, o he sido indultado. No me han determinado por un juicio final de una corte de la jurisdicción de un testamento, ser totalmente incapacitado mentalmente o parcialmente incapacitado sin el derecho de votar. Entiendo que dar información falsa bajo juramento es un delito menor y también entiendo que es un delito grave de 2do grado votar en una elección sabiendo que no cumplo con los requisitos necesarios.) (DUỢC HOÀN TẤT BỞI CỬ TRI: Tôi là cử tri đã ghi danh bỏ phiếu tại phân khu chính trị này phân khu và vùng phân khu mà tôi cố ý định bỏ phiếu và chưa bỏ phiếu trong cuộc bầu cử này (kể cả đích thân bỏ phiếu hay bỏ phiếu bằng thư). Tôi cư ngụ tại phân khu chính trị địa phương này, tôi hoàn toàn không bị kết tong tội hoặc nếu là người phạm trọng tội, tôi đã hoàn thành hết mọi hình phạt, bao gồm thời hạn tù, ân trục, quản chế, thời kỳ thử thách, hoặc đã được tha. Phần quyết cuối cùng của tòa án không tuyên bố rằng tôi là người mất hoàn toàn năng lực về mặt tâm thần hay mất một phần năng lực về trí óc có quyền được bỏ phiếu. Tôi hiểu rằng khai man khi tuyên thệ sẽ bị phạm khinh tội, và tôi biểu rằng nếu bỏ phiếu trong một cuộc bầu cử mà tôi biết là mình không hội đủ điều kiện, tôi sẽ bị can phạm trọng tội cấp độ 2.) 本人為此政治細區之居民，並本註冊於我試圖投票之選區，且尚未在此選舉中投票 (親自或郵寄投票)。本人為此政治細區之居民，且未曾最終被判重罪，或如曾犯重罪，但所有懲罰，包括監禁、假釋、監管、緩刑均已按照本人的意願完成執行或被赦免。本人從未被遺囑檢驗法庭最終裁定宣佈本人完全或部分喪失心智無能作出決定。本人瞭解在宣誓下提供虛假資料乃屬輕罪，並瞭解在明知本人沒有資格的情況下於選舉中投票為二級重罪。

| Last Name (Apellido) (Họ) (姓) | First Name (Nombre) (Tên) (名) | Middle Name (if any) (Segundo nombre (si tiene) Tên đệm (nếu có) 中間名 (若有) | Former Name (Nombre anterior) (Tên củ) (曾用名) |
|---|---|---|---|
| Brown | Bobby | John | |

**Residence Address:** Street Address and Apartment Number, City, State, and ZIP. If none, describe where you live (Do not include PO Box, Rural Rt. or business address) (Domicilio: calle y número de apartamento, Ciudad, Estado, y Código Postal...)

2304 Wheeler Apt 1, Houston, TX 77004

| Mailing Address: City, State, and ZIP. If mail cannot be delivered to your residence address. | Gender: (Optional) (Sexo (Optativo) Giới tính:(Không bắt buộc) 性別: (可填或不填) | Date of Birth: Month, Day, Year (Fecha de nacimiento: mes, día, año)(Ngày tháng năm sanh: Tháng, Ngày, Năm) 出生日期：月・日・年 |
|---|---|---|
| Same | Male ☒   Female ☐ | 05/19/1937 |

**Check appropriate box. Marque el cuadro apropiado: Đánh dấu vào ô thích hợp 在適當方格內劃剔:**

ARE YOU A UNITED STATES CITIZEN?
(¿SOY CIUDADANO/A DE LOS ESTADOS UNIDOS) (QUÝ VỊ CÓ PHẢI LÀ CÔNG DÂN HOA KỲ KHÔNG?) 您是美國公民嗎？

☒ Yes   ☐ No
(Sí)(Có)(是)  (No)(Không)(否)

**TX Driver's License No. or Personal I.D. No.** (Issued by TX DPS) Número de su licencia de conducir de Texas o de su Cédula de Identidad expedida por el Departamento de Seguridad Pública de Texas. Số Bằng lái xe của tiểu bang Texas hoặc số ID cá nhân (do Bộ An Toàn Lao Động tiểu bang Texas

☐ I have not been issued a TX driver's license/ personal identification number or Social Security Number. (No me han expedido una licencia de conducir de Texas/Cédula de identidad personal de Texas ni un Número de Seguro Social.) (Tôi chưa hề được cấp bằng lái xe của Texas/số ID cá nhân hoặc số An Sinh Xã Hội.) 我沒有獲發駕駛執照或個人身份證號碼。

**Social Security No.** (last 4 digits required if you do not have a driver's license or I.D. number) Número de su seguro social) Số An Sinh Xã Hội (4 số cuối của số An Sinh Xã Hội cần phải có nếu quý vị không có số bằng lái xe hoặc số ID cá nhân) 社會安全號碼...

Signature of Voter (Firma del Votante) (Chữ ký của cử tri) 選民簽署

X *Bobby John Brown*

## TO BE COMPLETED BY THE ELECTION JUDGE

| Date of Election Fecha de la Elección Ngày Bầu Cử 選舉日期 | |
|---|---|
| 11/5/13 | |

**Precinct No. where voted** Núm. de Precinto-lugar de votación/Phần Khu nơi đã Bầu Cử Số/選區編號 投票地點
0210

**Precinct No. where registered** Núm. de Precinto-inscrito para votar/Phần Khu nơi đã ghi danh Số/選區編號 登記地點
0210

| Type of Election Tipo de Elección Hình Thức Bầu Cử 選舉類型 | Authority Conducting Election Autoridad Administrando la Elección Cơ Quan Thẩm Quyền Tiến Hành Bầu Cử 主持選舉機構 |
|---|---|
| General | Harris County |

## BALLOT CODE: 192419083-
(Write in the Ballot Code, it is found on the Provisional Ballot Stub above the voter's signature area. The Provisional Ballot Stub is generated from the JBC.)

## VOTER PRESENTED ACCEPTABLE FORM OF IDENTIFICATION
☐ YES   ☒ NO

1. ✓ Failed to present acceptable form of identification or voter certificate with exemption. ~~...~~ ID Expired
2. ___ Voter not on list of registered voters.
3. ___ Voter not on list, registered in another precinct.
4. ___ Voter on list of people who voted early by mail, and voter has not cancelled mail ballot application.
5. ___ Voting after 7:00 P.M. due to court order.

### County Clerk Use ONLY

| Home PCT | | County Clerk Use ONLY | PCT |
|---|---|---|---|
| 0210 | | | 0210-19 |
| CERT/VUID | | Voter Registrar Use ONLY | PCT |
| 30687040 | | | 0210 |

## TO BE COMPLETED BY THE COUNTY VOTER REGISTRAR FOR STATUS:
I, the voter registrar/deputy registrar, did research the records of my office and the following conclusion(s) was made:

**FOR VOTERS WHO DID NOT PRESENT ACCEPTABLE PHOTO IDENTIFICATION AT THE POLLING PLACE**

1. ___ Voter presented acceptable form of identification within 6 days of election day.
2. ___ Voter met disability exemption within 6 days of election day.
3. ___ Voter executed religious objection affidavit within 6 days of election day.
4. ___ Voter executed natural disaster affidavit within 6 days of election day.
5. ✓ Voter did not satisfy identification or affidavit requirements, listed in categories 1-4 above, within 6 days of election day.

**FOR VOTERS WHO VOTED PROVISIONALLY FOR OTHER REASONS**

6. ___ Not a registered voter or registration not effective in time for this election.
7. ___ Registered to vote, erroneously listed in wrong precinct.
8. ___ Registered to vote in a different precinct within the county.
9. ___ Information on file indicating applicant completed a voter registration

PR


# Affidavit of Provisional Voter

Declaración Jurada de Votante Provisional / Bản Chứng Thệ Của Cử Tri Tạm Thời / 臨時選民具結書

310903564

TO BE COMPLETED BY VOTER: I am a registered voter of this political subdivision and in the precinct in which I'm attempting to vote and have not already voted in this election (either in person or by mail). I am a resident of this political subdivision, have not been finally convicted of a felony or if a felon, I have completed all of my punishment including any term of incarceration, parole, supervision, period of probation, or I have been pardoned. I have not been determined by a final judgment of a court exercising probate jurisdiction to be totally mentally incapacitated or partially mentally incapacitated without the right to vote. I understand that giving false information under oath is a misdemeanor, and I understand that it is a felony of the 2nd degree to vote in an election for which I know I am not eligible.

(PARA QUE EL VOTANTE LO LLENE: Estoy inscrito como votante en esta subdivisión política y en el precinto en cual estoy intentando a votar y aun no he votado en esta elección (en persona o por correo). Soy residente de esta subdivisión política, no he sido definitivamente declarado culpable de un delito grave o si soy el autor de un delito grave, he cumplido toda mi condena inclusive el período de encarcelamiento, la libertad condicional, la libertad supervisada, la libertad vigilada, o he sido indultado. No me han determinado por un juicio final de una corte de la legalización de un testamento, ser totalmente incapacitado mentalmente o parcialmente incapacitado sin el derecho de votar. Entiendo que dar información falsa bajo juramento es un delito menor y también entiendo que es un delito grave de 2do grado votar en una elección sabiendo que no cumplo con los requisitos necesarios.) (ĐƯỢC HOÀN TẤT BỞI CỬ TRI: Tôi là cử tri đã ghi danh bỏ phiếu tại phân khu chính trị địa phương này và tôi có ý định bỏ phiếu và chưa bỏ phiếu trong cuộc bầu cử này (kể cả đích thân bỏ phiếu hay bỏ phiếu bằng thư). Tôi cư ngụ tại phân khu chính trị địa phương này, tôi hoàn toàn không bị kết trọng tội hoặc nếu là người phạm trọng tội, tôi đã hoàn thành mọi hình phạt, bao gồm thời hạn tù, án treo, quản chế, thời kỳ thử thách, hoặc đã được tha. Phán quyết cuối cùng của tòa án không tuyên bố rằng tôi là người mất hoàn toàn năng lực về mặt tâm thần hay mất một phần năng lực để đi tới quyền được bỏ phiếu. Tôi hiểu rằng khai man khi tuyên thệ là phạm khinh tội, và tôi hiểu rằng cho bỏ phiếu trong cuộc bầu cử mà tôi biết là mình không được đi điều kiện, tôi sẽ bị coi là phạm trọng tội cấp độ 2.) 由語民眾知: 本人為此政治轄區內之合法選民,本人有意願且尚未在此次選舉中投票(親自或郵寄投票)。本人為此政治轄區之居民,從未因最終判決被裁定犯有重罪,或即使本人犯有重罪,但已服刑、假釋、監管、緩刑或已獲豁免畢或已被赦免。本人從未被監聽機關法庭最終裁定終完全喪部份喪失能力而無法投票。本人明暸於宣誓時提供假資訊為輕罪,並了解在明知自己不符合資格的情況下在選舉中投票為二級重罪。

| Last Name (Apellido) (Họ) (姓) | First Name (Nombre) (Tên) (名) | Middle Name (if any) (Segundo nombre (si tiene) Tên đệm (nếu có) 中間名 (若有) | Former Name (Nombre anterior) (Tên cũ) (曾用名) |
|---|---|---|---|
| Lewis | Donovan | Keith | |

| Residence Address: Street Address and Apartment Number, City, State, and ZIP. If none, describe where you live (Do not include PO Box, Rural Rt. or business address) (Domicilio: calle y número de apartamento, Ciudad, Estado, y Código Postal. Si no tiene, describa la localidad de su residencia. (No incluya el apartado de correos, camino rural, ni dirección comercial.)) (Địa chỉ cư trú: Tên đường và số Phòng, Thành Phố, Tiểu Bang, và Mã Bưu Diện. Nếu không có, xin diễn tả nơi quý vị cư ngụ (Không được để địa chỉ Hộp Thư, Địa Chỉ Đường Làng hoặc Địa Chỉ Thương Mại) 居住地址: 街名地址和公寓號,市、州和郵寄區號。如果沒有,請詳細說明居住地點 (切勿用郵局信箱號碼、鄉外路線或商號地址) |
|---|
| 3800 Delano Apt 3   Houston, TX   77004 |

| Mailing Address: City, State, and ZIP. If mail cannot be delivered to your residence address. (Dirección postal: Ciudad, Estado y Código Postal, si no es posible entregarle correspondencia en su domicilio.) (Địa Chỉ Gửi Thư: Thành Phố, Tiểu Bang, và Mã Bưu Diện. Nếu không thể chuyển thư tới địa chỉ cư ngụ của quý vị.) 郵寄地址: 市、州和郵寄區號。如果郵件無法送達您的居住地址。 | Gender: (Optional) [Sexo (Optativo) Giới tính(Không bắt buộc 性別: (可填寫不成) | Date of Birth: Month, Day, Year (Fecha de nacimiento: mes, día, año)(Ngày tháng năm sanh: Tháng, Ngày, Năm) 出生日期: 月, 日, 年 |
|---|---|---|
| Same | Male ☑ (Hombre)(Nam)(男)   Female ☐ (Mujer)( Nữ)(女) | 10 / 24 / 1987 |

| Check appropriate box: Marque el cuadro apropiado: Đánh dấu vào ô thích hợp 在適當方格內劃勾: | TX Driver's License No. or Personal I.D. No. (Issued by TX DPS) Número de su licencia de conducir de Texas o de su Cédula de Identidad expedida por el Departamento de Seguridad Publica de Texas). Số Bằng Lái Xe của tiểu bang Texas hoặc số ID cá nhân (do Bộ An Toàn Lao Động tiểu bang Texas | Social Security No. (last 4 digits required if you do not have a driver's license or I.D. number) Número de Seguro Social. (Si no tiene licencia de conducir ni identificación personal, se requiere los últimos 4 números de su seguro social) Số An Sinh Xã Hội (4 số cuối của số An Sinh Xã Hội cần phải có nếu quý vị không có số bằng lái xe hoặc số ID cá nhân) 社會安全號碼 (如果您沒有駕駛執照或個人身份證號碼,請提供社安卡最後 |
|---|---|---|
| ARE YOU A UNITED STATES CITIZEN? (¿SOY CIUDADANO/A DE LOS ESTADOS UNIDOS?) (QUÝ VỊ CÓ PHẢI LÀ CÔNG DÂN HOA KỲ KHÔNG?) 您是美國公民嗎? | ☐ I have not been issued a TX driver's license/ personal identification number or Social Security Number. (No me han expedido una licencia de conducir de Texas/Cedula de identidad personal de Texas ni un Número de Seguro Social ) (Tôi chưa được cấp bằng lái xe của Texas/số ID cá nhân hoặc số An Sinh Xã Hội.) 我沒有被發給德州駕駛執照/個人身份證號碼或社會安全號碼。 | Signature of Voter (Firma del Votante) (Chữ ký của cử tri) 選民簽名 |
| ☑ Yes (Sí)(Có)(是)   ☐ No (Không)(否) | | X |

## TO BE COMPLETED BY THE ELECTION JUDGE

| Date of Election Fecha de la Elección Ngày Bầu Cử 選舉日期 | | Home PCT | County Clerk Use ONLY | PCT |
|---|---|---|---|---|
| 11/5/13 | Precinct No. where voted   0210   Núm. de Precinto-lugar de votación/Phần Khu nơi đã Bầu Cử Số/選區編號. 投票地點 | 0210 | | 0210-19 |
| | Precinct No. where registered   0210   Núm. de Precinto-inscrito para votar/Phần Khu nơi đã ghi danh số/選區編號. 登記地點 | CERT/VUID   625 11035 | Voter Registrar Use ONLY | PCT   0193 |

| Type of Election Tipo de Elección Hình Thức Bầu Cử 選舉類型 | Authority Conducting Election Autoridad Administrando la Elección Cơ Quan Thẩm Quyền Tiến Hành Bầu Cử 主持選舉機構 |
|---|---|
| Joint | Harris County |

## TO BE COMPLETED BY THE COUNTY VOTER REGISTRAR FOR STATUS:

I, the voter registrar/deputy registrar, did research the records of my office and the following conclusion(s) was made:

BALLOT CODE: 1924817 99

(Write in the Ballot Code, it is found on the Provisional Ballot Stub above the voter's signature area. The Provisional Ballot Stub is generated from the JBC.)

### VOTER PRESENTED ACCEPTABLE FORM OF IDENTIFICATION

☐ YES     ☒ NO

1. ✓ Failed to present acceptable form of identification or voter certificate with exemption.

2. ___ Voter not on list of registered voters.

3. ___ Voter not on list, registered in another precinct.

4. ___ Voter on list of people who voted early by mail, and voter has not cancelled mail ballot application.

5. ___ Voting after 7:00 P.M. due to court order.

### FOR VOTERS WHO DID NOT PRESENT ACCEPTABLE PHOTO IDENTIFICATION AT THE POLLING PLACE

1. ___ Voter presented acceptable form of identification within 6 days of election day.

2. ___ Voter met disability exemption within 6 days of election day.

3. ___ Voter executed religious objection affidavit within 6 days of election day.

4. ___ Voter executed natural disaster affidavit within 6 days of election day.

5. ✓ Voter did not satisfy identification or affidavit requirements, listed in categories 1-4 above, within 6 days of election day.

### FOR VOTERS WHO VOTED PROVISIONALLY FOR OTHER REASONS

6. ___ Not a registered voter or registration not effective in time for this election.

7. ___ Registered to vote, erroneously listed in wrong precinct.

8. ___ Registered to vote in a different precinct within the county.

9. ___ Information on file indicating applicant completed a voter registration



310903573

# Affidavit of Provisional Voter

Declaración Jurada de Votante Provisional / Bản Chứng Thệ Của Cử Tri Tạm Thời / 臨時選民具結書

**TO BE COMPLETED BY VOTER:** I am a registered voter of this political subdivision and in the precinct in which I'm attempting to vote and have not already voted in this election (either in person or by mail). I am a resident of this political subdivision, have not been finally convicted of a felony or if a felon, I have completed all of my punishment including any term of incarceration, parole, supervision, period of probation, or I have been pardoned. I have not been determined by a final judgment of a court exercising probate jurisdiction to be totally mentally incapacitated or partially mentally incapacitated without the right to vote. I understand that giving false information under oath is a misdemeanor, and I understand that it is a felony of the 2nd degree to vote in an election for which I know I am not eligible.

(PARA QUE EL VOTANTE LO LLENE: Estoy inscrito como votante en esta subdivisión política y en el precinto en cual estoy intentando a votar y aun no he votado en esta elección (en persona o por correo). Soy residente de esta subdivisión política, no he sido definitivamente declarado culpable de un delito grave o si soy el autor de un delito grave, he cumplido mis condena inclusive el periodo de encarcelamiento, la libertad condicional, la libertad supervisada, la libertad vigilada, o he sido indultado. No me han determinado por un juicio final de una corte de la legalización de un testamento, ser totalmente incapacitado mentalmente o parcialmente incapacitado sin el derecho de votar. Entiendo que dar información falsa bajo juramento es un delito menor y también entiendo que es un delito grave de 2do grado votar en una elección sabiendo que no cumplo con los requisitos necesarios.) [ĐƯỢC HOÀN TẤT BỞI CỬ TRI: Tôi là cử tri đã ghi danh bỏ phiếu tại phân khu chính trị địa phương này và trong phân khu mà tôi cố ý định bỏ phiếu và trong cuộc bầu cử này (kể cả đích thân bỏ phiếu hay bỏ phiếu bằng thư). Tôi là cư ngụ tại phân khu chính trị địa phương này, tôi hoàn toàn không bị kết trong tội hoặc nếu là người phạm trong tội, tôi đã hoàn thành hết mọi hình phạt, bao gồm thời hạn tù, ân trao, quản chế, thời kỳ thử thách, hoặc đã được tha. Phán quyết cuối cùng của tòa án không bị tuyên bố rằng tôi là người mất phán khả năng hay mất một phần năng lực về trí óc quyền được bỏ phiếu. Tôi hiểu rằng khai man khi tuyên thệ sẽ bị phạm hình tội, và tôi hiểu rằng nếu bỏ phiếu trong cuộc bầu cử tôi biết là mình không hợp lệ bỏ phiếu, sẽ là tội lỗi ở phạm trọng tội cấp độ 2.) 出具結束書：本人為此政治局區內之合法選民，在此企圖投票之選舉中以投票且尚未在此次選舉中投票（親自或郵寄投票）。本人為此政治局區內之合法居民，並未被終審判決觸犯重罪，如果觸犯重罪，本人已完成包括監禁、假釋、監管、緩刑期已接受完畢或已赦免。本人並未被權監護或判決為完全的或部份精神衰弱或衰弱無完全投票權者。本人瞭解宣誓後提供不實資訊為輕罪，並了解在明知自己不符合資格的情況下在選舉中投票為二級重罪。

| Last Name (Apellido) (Họ) (姓) | First Name (Nombre) (Tên) (名) | Middle Name (If any) (Segundo nombre (si tiene) Tên đệm (nếu có) 中間名 (若有) | Former Name (Nombre anterior) (Tên cũ) (曾用名) |
|---|---|---|---|
| Ver dun | Eug ene | Lee | |

**Residence Address:** Street Address and Apartment Number, City, State, and ZIP. If none, describe where you live (Do not include PO Box, Rural Rt. or business address) (Domicilio: calle y número de apartamento, Ciudad, Estado, y Código Postal. A falta de estos datos, describa la localidad de su residencia. (No incluya el apartado de correos, camino rural, ni dirección comercial.)) (Địa chỉ cư trú: Tên đường và số Phòng, Thành Phố, Tiểu Bang, và Mã Bưu Điện. Nếu không có, xin diễn tả nơi quý vị cư ngụ (Không được để địa chỉ Hộp Thư, Địa Chỉ Đường Làng hoặc Địa Chỉ Thương Mại)) 居住地址： 街名地址和公司號碼、市、州府和郵遞區號。如果沒有，閱詳細說明你居住地點 (前勿用郵局信箱號碼、鄉村路線或商業地址)

2817 Blodgett st. Houston, TX 77004

**Mailing Address:** City, State, and ZIP. If mail cannot be delivered to your residence address. (Dirección postal: Ciudad, Estado y Código Postal. si no es posible entregarle correspondencia en su domicilio). (Địa Chỉ Gửi Thư: Thành Phố, Tiểu Bang, và Mã Bưu Điện. Nếu không thể chuyển thư tới địa chỉ cư ngụ của quý vị.) 郵寄地址：市、州府和郵區號。如果郵寄無法送達您的居住地址。

Same

| Gender: (Optional) (Sexo (Optativo)) Giới tính:(Không bắt buộc) 性別：（可填寫不填） | Date of Birth: Month, Day, Year (Fecha de nacimiento: mes, día, año)(Ngày tháng năm sanh: Tháng, Ngày, Năm) 出生日期：月、日、年 |
|---|---|
| Male ☑ Female ☐ (Hombre)(Nam) (Mujer)( Nữ)(女) | 08 / 20 / 50 |

| Check appropriate box: Marque el cuadro apropiado: Đánh dấu vào ô thích hợp 在適當方格內勾劃: | TX Driver's License No. or Personal I.D. No. (Issued by TX DPS) Número de su licencia de conducir de Texas o de su Cédula de Identidad expedida por el Departamento de Seguridad Pública de Texas). Số Bằng Lái Xe của tiểu bang Texas hoặc số ID cá nhân (do Bộ An Toàn Lao Động tiểu bang Texas | Social Security No. (last 4 digits required if you do not have a driver's license or I.D. number) Número de su seguro social) Số An Sinh Xã Hội (4 số cuối của số An Sinh Xã Hội cần phải có nếu quý vị không có số bằng lái xe hoặc số ID cá nhân) 社會安全號碼（如果您沒有駕駛執照或個人身份證號碼，請提供社安卡最後 |
|---|---|---|
| **ARE YOU A UNITED STATES CITIZEN?** (¿SOY CIUDADANO/A DE LOS ESTADOS UNIDOS?) (QUÝ VỊ CÓ PHẢI LÀ CÔNG DÂN HOA KỲ KHÔNG?) 你是美國公民嗎？ ☑Yes ☐ No (Sì)( Có)(是) (No)(Không)(否) | ☐ I have not been issued a TX driver's license/ personal identification number or Social Security Number. (No me han expedido una licencia de conducir de Texas/Cédula de identidad personal de Texas o un Número de Seguro Social.) ( Tôi chưa hề được cấp bằng lái xe của Texas/số ID cá nhân hoặc số An Sinh Xã Hội.) 我沒有了TX 駕駛執照號碼/個人身份證號碼或社會安全號碼 | X Gene Verdun |

## TO BE COMPLETED BY THE ELECTION JUDGE

| Date of Election Fecha de la Elección Ngày Bầu Cử 選舉日期 | |
|---|---|
| 11/5/13 | |

**Precinct No. where voted** 0210
Núm. de Precinto-lugar de votación/Phần Khu nơi đã Bầu Cử Số/選區編號. 投票地點

**Precinct No. where registered** 0210
Núm. de Precinto-inscrito para votar/Phần Khu nơi đã ghi danh bỏ/選區編號. 登記地點

| Type of Election Tipo de Elección Hình Thức Bầu Cử 選舉類型 | Authority Conducting Election Autoridad Administrando la Elección Cơ Quan Thẩm Quyền Tiến Hành Bầu Cử 主持選舉機構 |
|---|---|
| Joint | Harris County |

**BALLOT CODE:** 19 24 23 21 4
(Write in the Ballot Code, it is found on the Provisional Ballot Stub above the voter's signature area. The Provisional Ballot Stub is generated from the JBC.)

### VOTER PRESENTED ACCEPTABLE FORM OF IDENTIFICATION
☐YES   ☑NO

1. ✓ Failed to present acceptable form of identification or voter certificate with exemption. Expired over 60 days

2. ____ Voter not on list of registered voters.

3. ____ Voter not on list, registered in different precinct.

4. ____ Voter on list of people who voted early by mail, and voter has not cancelled mail ballot application.

5. ____ Voting after 7:00 P.M. due to court order.

| Home PCT 0210 | County Clerk Use ONLY | PCT 0210-19 |
|---|---|---|
| **CERT/VUID** 33786609 | **Voter Registrar Use ONLY** | **PCT** 0210 |

## TO BE COMPLETED BY THE COUNTY VOTER REGISTRAR FOR STATUS:

I, the voter registrar/deputy registrar, did research the records of my office and the following conclusion(s) was made:

### FOR VOTERS WHO DID NOT PRESENT ACCEPTABLE PHOTO IDENTIFICATION AT THE POLLING PLACE

1. ____ Voter presented acceptable form of identification within 6 days of election day.

2. ____ Voter met disability exemption within 6 days of election day.

3. ____ Voter executed religious objection affidavit within 6 days of election day.

4. ____ Voter executed natural disaster affidavit within 6 days of election day.

5. ✓ Voter did not satisfy identification or affidavit requirements, listed in categories 1-4 above, within 6 days of election day.

### FOR VOTERS WHO VOTED PROVISIONALLY FOR OTHER REASONS

6. ____ Not a registered voter or registration not effective in time for this election.

7. ____ Registered to vote, erroneously listed in wrong precinct.

8. ____ Registered to vote in a different precinct within the county.

9. ____ Information on file indicating applicant completed a voter registration

310904643

## Affidavit of Provisional Voter

Declaración Jurada de Votante Provisional / Bản Chứng Thệ Của Cử Tri Tạm Thời / 臨時選民具結書

TO BE COMPLETED BY VOTER: I am a registered voter of this political subdivision and in the precinct in which I'm attempting to vote and have not already voted in this election (either in person or by mail). I am a resident of this political subdivision, have not been finally convicted of a felony or if a felon, I have completed all of my punishment including any term of incarceration, parole, supervision, period of probation, or I have been pardoned. I am not been determined by a final judgment of a court exercising probate jurisdiction to be totally mentally incapacitated or partially mentally incapacitated without the right to vote. I understand that giving false information under oath is a misdemeanor, and I understand that it is a felony of the 2nd degree to vote in an election for which I know I am not eligible.

(PARA QUE EL VOTANTE LO LLENE: Estoy inscrito como votante en esta subdivisión política y en el precinto en cual estoy intentando a votar y aun no he votado en esta elección (en persona o por correo). Soy residente de esta subdivisión política, no he sido definitivamente declarado culpable de un delito grave o si soy el autor de un delito grave, he cumplido toda mi condena inclusive el periodo de encarcelamiento, la libertad condicional, la libertad supervisada, la libertad vigilada, o he sido indultado. No me han determinado por un juicio final de una corte de la legalización de un testamento, estar totalmente incapacitado mentalmente o parcialmente incapacitado sin el derecho de votar. Entiendo que dar información falsa bajo juramento es un delito menor y también entiendo que es un delito grave de 2do grado votar en una elección sabiendo que no cumplo con los requisitos necesarios.) (ĐƯỢC HOÀN TẤT BỞI CỬ TRI: Tôi là cử tri đã ghi danh bỏ phiếu tại phân khu chính trị địa phương này và trong phân khu mà tôi cố ý định bỏ phiếu và chưa bỏ phiếu trong cuộc bầu cử này (kể cả đích thân bỏ phiếu hay bỏ phiếu bằng thư). Tôi cư ngụ tại phân khu chính trị địa phương này, tôi hoàn toàn không bị kết tội đại hình hay là người phạm trọng tội, tôi đã hoàn thành hết mọi hình phạt, bao gồm thời hạn tù, thời kỳ thử thách, hoặc đã được tha. Phán quyết cuối cùng của tòa án không tuyên bố rằng tôi là người mất hoàn toàn năng lực về mặt tâm thần hay mất một phần năng lực mà tôi có quyền được bỏ phiếu. Tôi hiểu rằng khai man khi tuyên thệ sẽ bị phạm khinh tội, và tôi hiểu rằng nếu bỏ phiếu trong một cuộc bầu cử mà tôi biết mình không hội đủ điều kiện, tôi sẽ bị coi là phạm trọng tội cấp độ 2.) (由選民填寫：本人為已登記選民並以本次選舉中投票方式投票（現自或郵寄投票）。本人為此政治細區之居民，從未與決罪行或雖曾犯重罪但已服滿全部刑罰，包括監禁、假釋、監管、緩刑或已接受某事或已被赦免。本人從未經遺囑認證法院裁定對於完全或部分喪失心理能力，本人可喪失部分心理能力但仍擁有投票權。本人瞭解宣誓時提供不實資訊為輕罪，並了解於明知無資格不予投票的情況下於選舉中投票為二級重罪。)

| Last Name (Apellido) (Họ) (姓) | First Name (Nombre) (Tên) (名) | Middle Name (if any) (Segundo nombre (si tiene) Tên đệm (nếu có) 中間名 (若有) | Former Name (Nombre anterior) (Tên cũ) (曾用名) |
|---|---|---|---|
| Fuller | Sharon | Laverne | |

Residence Address: Street Address and Apartment Number, City, State, and ZIP. If none, describe where you live (Do not include PO Box, Rural Rt. or business address) (Domicilio: calle y número de apartamento, Ciudad, Estado, y Código Postal. A falta de estos datos, describa la localidad de su residencia (No incluya el apartado de correos, camino rural, ni dirección comercial.)) (Địa chỉ cư trú: Tên đường và số Phòng, Thành Phố, Tiểu bang và Mã Bưu Điện. Nếu không có, xin diễn tả nơi quý vị cư ngụ (Không được để địa chỉ Hộp Thư, Địa Chỉ Đường Làng hoặc Địa Chỉ Thương Mại) 居住地址：街名地址和公寓號，市、州和郵區號。如無該項，請詳細說明您居住地點（請勿用郵局號碼、鄉村路線名稱或商號地址）

2503 10th Street Galena Park, TX 77547

| Mailing Address: City, State, and ZIP. If mail cannot be delivered to your residence address. (Dirección postal: Ciudad, Estado y Código Postal, si no es posible entregarle correspondencia en su domicilio) (Địa Chỉ Gửi Thư: Thành Phố, Tiểu Bang, và Mã Bưu Điện. Nếu không thể chuyển thư tới địa chỉ cư ngụ của quý vị.) 郵寄地址：市、州和郵遞區號。如果郵寄無法送達您的居住地址。 | Gender: (Optional) (Sexo (Optativo) Giới tính:(Không bắt buộc 性別) (可填或不填) Male ☐ Female ☑ (Hombre)(Nam)(男) (Mujer)( Nữ)(女) | Date of Birth: Month, Day, Year (Fecha de nacimiento: mes, día, año)(Ngày tháng năm sanh: Tháng, Ngày, Năm) 出生日期：月・日・年 01/25/1967 |
|---|---|---|

| Check appropriate box: Marque el cuadro apropiado: Đánh dấu vào ô thích hợp 在適當方格內勾選 ARE YOU A UNITED STATES CITIZEN? (¿SOY CIUDADANO/A DE LOS ESTADOS UNIDOS?) (QUÝ VỊ CÓ PHẢI LÀ CÔNG DÂN HOA KỲ KHÔNG?) 您是美國公民嗎？ ☑ Yes ☐ No (Si)( Có)(是) (No)(Không)(否) | TX Driver's License No. or Personal I.D. No. (Issued by TX DPS) Número de su licencia de conducir de Texas o de su Cédula de identidad expedida por el Departamento de Seguridad Publica de Texas: Số Bằng Lái Xe của tiểu bang Texas hoặc số ID cá nhân (do Bộ An Toàn Lao Động tiểu bang Texas ☐ I have not been issued a TX driver's license/ personal identification number or Social Security Number. (No me han expedido una licencia de conducir de Texas/Cédula de identidad personal de Texas ni un Número de Seguro Social.) (Tôi chưa hề được cấp bằng lái xe của Texas/số ID cá nhân hoặc số An Sinh Xã Hội.) 我沒有 TX 駕駛執照號碼/ 個人身份證號碼或社會安全號碼。 | Social Security No. (last 4 digits required if you do not have a driver's license or I.D. number) Número de Seguro Social. (Si no tiene licencia de conducir ni identificación personal, se requiere los últimos 4 números de su seguro social) Số An Sinh Xã Hội (4 số cuối của số An Sinh Xã Hội cần phải có nếu quý vị không có số bằng lái xe hoặc số ID cá nhân) 社會安全號碼（如果您沒有駕駛執照或個人身份證號碼，則提供社安卡最後四碼） |
|---|---|---|

Signature of Voter (Firma del Votante) (Chữ ký của Cử Tri) (選民簽名)

X Sharon Laverne Fuller

### TO BE COMPLETED BY THE ELECTION JUDGE

| Date of Election Fecha de la Elección Ngày Bầu Cử 選舉日期 | Precinct No. where voted 208 Núm. de Precinto-lugar de votación/Phân Khu nơi đã Bầu Cử Số/選區編號. 投票地點 Precinct No. where registered 208 Núm. de Precinto-inscrito para votar/Phân Khu nơi đã ghi danh số/選區編號. 登記地點 | Home PCT 0208 | County Clerk Use ONLY | PCT 0208-9 |
|---|---|---|---|---|
| | | CERT/VUID 182-38914 | Voter Registrar Use ONLY | PCT 0208 |

| Type of Election Tipo de Elección Hình Thức Bầu Cử 選舉類型 | Authority Conducting Election Autoridad Administrando la Elección Cơ Quan Thẩm Quyền Tiến Hành Bầu Cử 主持選舉的機構 |
|---|---|

### TO BE COMPLETED BY THE COUNTY VOTER REGISTRAR FOR STATUS:

I, the voter registrar/deputy registrar, did research the records of my office and the following conclusion(s) was made:

**FOR VOTERS WHO DID NOT PRESENT ACCEPTABLE PHOTO IDENTIFICATION AT THE POLLING PLACE**

BALLOT CODE: L 9 6 3 4 8 8 7 3

(Write in the Ballot Code, it is found on the Provisional Ballot Stub above the voter's signature area. The Provisional Ballot Stub is generated from the JBC.)

### VOTER PRESENTED ACCEPTABLE FORM OF IDENTIFICATION

☐ YES   ☑ NO

1. _____ Failed to present acceptable form of identification or voter certificate with exemption.

2. _____ Voter not on list of registered voters.

3. _____ Voter not on list, registered in another precinct.

4. _____ Voter on list of people who voted early by mail, and voter has not cancelled mail ballot application.

5. _____ Voting after 7:00 P.M. due to court order.

1. _____ Voter presented acceptable form of identification with 6 days of election day.

2. _____ Voter met disability exemption within 6 days of election day.

3. _____ Voter executed religious objection affidavit within 6 days of election day.

4. _____ Voter executed natural disaster affidavit within 6 days of election day.

5. ✓ Voter did not satisfy identification or affidavit requirements, listed in categories 1-4 above, within 6 days of election day.

**FOR VOTERS WHO VOTED PROVISIONALLY FOR OTHER REASONS**

6. _____ Not a registered voter or registration not effective in time for this election.

7. _____ Registered to vote, erroneously listed in wrong precinct.

8. _____ Registered to vote in a different precinct within the county.

9. _____ Information on file indicating applicant completed a voter registration

ME

310909014

## Affidavit of Provisional Voter

Declaración Jurada de Votante Provisional / Bản Chứng Thệ Của Cử Tri Tạm Thời / 臨時選民具結書

TO BE COMPLETED BY VOTER: I am a registered voter of this political subdivision and in the precinct in which I'm attempting to vote and have not already voted in this election (either in person or by mail). I am a resident of this political subdivision, have not been finally convicted of a felony or if a felon, I have completed all of my punishment including any term of incarceration, parole, supervision, period of probation, or I have been pardoned. I have not been determined by a final judgment of a court exercising probate jurisdiction to be totally mentally incapacitated or partially mentally incapacitated without the right to vote. I understand that giving false information under oath is a misdemeanor, and I understand that it is a felony of the 2nd degree to vote in an election for which I know I am not eligible.

(PARA QUE EL VOTANTE LO LLENE: Estoy inscrito como votante en esta subdivisión política y en el precinto en cual estoy intentando a votar y aun no he votado en esta elección (en persona o por correo). Soy residente de esta subdivisión política, no he sido definitivamente declarado culpable de un delito grave o si soy el autor de un delito grave, he cumplido toda mi condena inclusive el periodo de encarcelamiento, la libertad condicional, la libertad supervisada, la libertad vigilada, o he sido indultado. No me han determinado por un juicio final de una corte de la legalización de un testamento, ser totalmente incapacitado mentalmente o parcialmente incapacitado sin el derecho de votar. Entiendo que dar información falsa bajo juramento es un delito menor y también entiendo que es un delito grave de 2do grado votar en una elección sabiendo que no cumplo con los requisitos necesarios.) (ĐƯỢC HOÀN TẤT BỞI CỬ TRI: Tôi là cử tri đã ghi danh bỏ phiếu khu chính trị địa phương này và trong phòng khu mà tôi cố ý định bỏ phiếu và chưa bỏ cái phiếu trong cuộc bầu cử này (kể cả đích thân bỏ phiếu hay bỏ phiếu bằng thư). Tôi cư ngụ tại phần khu chính trị địa phương này, tôi hoàn toàn không bị kết trọng tội hoặc nếu là người phạm trọng tội, tôi đã hoàn thành hết mọi hình phạt, bao gồm thời hạn tù, được tha, thời ký thử thách, hoặc đã được tha. Phán quyết cuối cùng của tòa án không tuyên bố rằng tôi là người mất hoàn toàn năng lực về mặt tâm thần hay mất một phần năng lực về mặt tâm thần để tôi có quyền được bỏ phiếu. Tôi hiểu rằng khai man khi tuyên thệ là một hành động vi phạm nhẹ và tôi hiểu rằng nếu bỏ phiếu trong một cuộc bầu cử mà tôi biết là mình không hội đủ điều kiện, tôi sẽ bị coi là phạm trọng tội cấp độ 2.) 由選民填寫：本人為此政治轄區內之合法選民，本人現正試圖在本人企圖投票的選區投票（親自或郵寄投票），本人為此政治轄區之居民，從未被因犯重罪而被最終定罪，或即使曾犯有重罪，但所有懲罰、假釋、監管、緩刑均已結束或者曾經受赦免。法院並未經由遺囑驗證法之最終裁決宣告本人精神完全或部分喪失能力以致喪失投票權。本人知悉在宣誓情況下作假乃屬輕罪，並了解在明知自己不符合資格的情況下在選舉中投票為二級重罪。

| Last Name (Apellido) (Họ) (姓) | First Name (Nombre) (Tên) (名) | | Middle Name (if any) (Segundo nombre (si tiene) Tên đệm (nếu có) 中間名 (若有) | Former Name (Nombre anterior) Tên cũ) (曾用名) |
|---|---|---|---|---|
| EAGLETON | NAOMI | | | |

| Residence Address: Street Address and Apartment Number, City, State, and ZIP. If none, describe where you live (Do not include PO Box, Rural Rt. or business address) (Domicilio: calle y número de apartamento, Ciudad, Estado, y Código Postal. A falta de estos datos, describa la localidad de su residencia. No incluya el apartado de correos, camino rural, ni dirección comercial.)) (Địa chỉ cư trú: Tên đường và số Phòng, Thành Phố, Tiểu Bang, và Mã Bưu Điện. Nếu không có, xin điền tả nơi quý vị cư ngụ (Không được để địa chỉ Hộp Thư, Địa Chỉ Đường Làng hoặc Địa Chỉ Thương Mại) 居住地址：街名地址和公寓號。市、州和郵遞區號。如果沒有，請描述你的居住地點（請勿用郵局信箱號碼，鄉郊路線名稱或商業地址） |
|---|
| 8430 CARGILL ST. A, HOUSTON, TX 77029 |

| Mailing Address: City, State, and ZIP. If mail cannot be delivered to your residence address. (Dirección postal: Ciudad, Estado y Código Postal, si no es posible entregarle correspondencia a su domicilio). (Địa Chỉ Gửi Thư: Thành Phố, Tiểu Bang, và Mã Bưu Điện. Nếu không thể chuyển thư tới địa chỉ cư ngụ của quý vị.) 郵寄地址：市、州和郵遞區號。如果郵寄無法送達您的居住地址。 | Gender: (Optional) (Sexo (Optativo) Giới tính:(Không bắt buộc) 性別：(可填寫不填) | | Date of Birth: Month, Day, Year (Fecha de nacimiento: mes, día, año)(Ngày tháng năm sanh: Tháng, Ngày, Năm) 出生日期：月·日·年 |
|---|---|---|---|
| | Male ☐ (Hombre)(Nam)(男) | Female ☒ (Mujer)(Nữ)(女) | 10 , 15 , 1930 |

| Check appropriate box: Marque el cuadro apropiado: Đánh dấu vào ô thích hợp ở đúng ô 符合的格内請勾選 | TX Driver's License No. or Personal I.D. No. (Issued by TX DPS) Número de su licencia de conducir de Texas o su Cédula de identidad expedida por el Departamento de Seguridad Publica de Texas). Số Bằng Lái Xe của tiểu bang Texas hoặc số ID cá nhân (do Bộ An Toàn Lao Động tiểu bang Texas | Social Security No. (last 4 digits required if you do not have a driver's license or I.D. number) Número de Seguro Social. (Si no tiene licencia de conducir ni identificación personal, se requiere los últimos 4 números de su seguro social) Số An Sinh Xã Hội (4 số cuối của số An Sinh Xã Hội cần phải có nếu quý vị không có số bằng lái xe hoặc số ID cá nhân) 社會安全號碼（如果您沒有駕駛執照或個人身份證號碼，則提供社安卡最後 |
|---|---|---|
| ARE YOU A UNITED STATES CITIZEN? (¿SOY CIUDADANO/A DE LOS ESTADOS UNIDOS?) (QUÝ VỊ CÓ PHẢI LÀ CÔNG DÂN HOA KỲ KHÔNG?) 您是美國公民嗎？ ☒ Yes (Sí)(Có)(是) ☐ No (No)(Không)(否) | ☐ I have not been issued a TX driver's license/ personal identification number or Social Security Number. (No me han expedido una licencia de conducir de Texas/Cedula de identidad personal ni un Número de Seguro Social.) ( Tôi chưa hề được cấp bằng lái xe của Texas/số ID cá nhân hoặc số An Sinh Xã Hội.) 我沒有 TX 駕駛執照號碼/ 個人身份證號碼或社會安全號碼。 | X *Naomi Eagleton* |

| TO BE COMPLETED BY THE ELECTION JUDGE | | Home PCT | County Clerk Use ONLY | PCT |
|---|---|---|---|---|
| Date of Election Fecha de la Elección Ngày Bầu Cử 選舉日期 11-5-2013 | Precinct No. where voted Núm. de Precinto-lugar de votación/Phần Khu nơi đã Bầu Cử Số/選區編號. 投票地點 259 | 0259 | | 0259-6 |
| | Precinct No. where registered Núm. de Precinto-inscrito para votar/Phần Khu nơi đã ghi danh số/選區編號. 登記地點 259 | CERT/VUID 33718032 | Voter Registrar Use ONLY | PCT 0259 |
| Type of Election Tipo de Elección Hình Thức Bầu Cử 選舉類型 JOINT | Authority Conducting Election Autoridad Administrando la Elección Cơ Quan Thẩm Quyền Tiến Hành Bầu Cử 主持選務機構 HARRIS COUNTY | | | |

| BALLOT CODE: 173284595 | TO BE COMPLETED BY THE COUNTY VOTER REGISTRAR FOR STATUS: |
|---|---|
| (Write in the Ballot Code, it is found on the Provisional Ballot Stub above the voter's signature area. The Provisional Ballot Stub is generated from the JBC.) | I, the voter registrar/deputy registrar, did research the records of my office and the following conclusion(s) was made: |

| VOTER PRESENTED ACCEPTABLE FORM OF IDENTIFICATION | FOR VOTERS WHO DID NOT PRESENT ACCEPTABLE PHOTO IDENTIFICATION AT THE POLLING PLACE |
|---|---|
| ☐ YES ☒ NO | 1. _____ Voter presented acceptable form of identification within 6 days of election day. |
| 1. ☒ Failed to present acceptable form of identification or voter certificate with exemption. | 2. _____ Voter met disability exemption within 6 days of election day. |
| 2. _____ Voter not on list of registered voters. | 3. _____ Voter executed religious objection affidavit within 6 days of election day. |
| 3. _____ Voter not on list, registered in another precinct. | 4. _____ Voter executed natural disaster affidavit within 6 days of election day. |
| 4. _____ Voter on list of people who voted early by mail, and voter has not cancelled mail ballot application. | 5. ✓ Voter did not satisfy identification or affidavit requirements, listed in categories 1-4 above, within 6 days of election day. |
| 5. _____ Voting after 7:00 P.M. due to court order. | FOR VOTERS WHO VOTED PROVISIONALLY FOR OTHER REASONS |
| | 6. _____ Not a registered voter or registration not effective in time for this election. . |
| | 7. _____ Registered to vote, erroneously listed in wrong precinct. |
| | 8. _____ Registered to vote in a different precinct within the county. |
| | 9. _____ Information on file indicating applicant completed a voter registration |

PR

310909032

# Affidavit of Provisional Voter

Declaración Jurada de Votante Provisional / Bản Chứng Thệ Của Cử Tri Tạm Thời / 臨時選民具結書

TO BE COMPLETED BY VOTER: I am a registered voter of this political subdivision and in the precinct in which I'm attempting to vote and have not already voted in this election (either in person or by mail). I am a resident of this political subdivision, have not been finally convicted of a felony or if a felony, I have completed all of my punishment including any term of incarceration, parole, supervision, period of probation, or I have been pardoned. I have not been determined by a final judgment of a court exercising probate jurisdiction to be totally mentally incapacitated or partially mentally incapacitated without the right to vote. I understand that giving false information under oath is a misdemeanor, and I understand that it is a felony of the 2nd degree to vote in an election for which I know I am not eligible.

(PARA QUE EL VOTANTE LO LLENE: Estoy inscrito como votante en esta subdivisión política y en el precinto en cual estoy intentando a votar y aun no he votado en esta elección (en persona o por correo). Soy residente de esta subdivisión política, no he sido definitivamente declarado culpable de un delito grave o si soy al autor de un delito grave, he cumplido toda mi condena inclusive el periodo de encarcelamiento, la libertad condicional, la libertad supervisada, la libertad vigilada, o he sido indultado. No me han determinado por un juicio final de una corte de la legalización de un testamento, ser totalmente incapacitado mentalmente o parcialmente incapacitado sin el derecho de votar. Entiendo que dar información falsa bajo juramento es un delito menor y también entiendo que es un delito grave de 2do grado votar en una elección sabiendo que no cumplo con los requisitos necesarios.) (DUỢC HOÀN TẤT BỞI CỬ TRI: Tôi là cử tri đã ghi danh bỏ phiếu tại phần khu chính trị và tại phương này và trong phần khu mà tôi cố ý định bỏ phiếu và chưa bỏ phiếu trong cuộc bầu cử này (kế cả đích thân bỏ phiếu hay bỏ phiếu bằng thư). Tôi cư ngụ tại phần khu chính trị địa phương này, tôi hoàn toàn không bị kết tội phạm trọng tội, tôi đã hoàn thành kết mọi hình phạt, bao gồm thời hạn tù, ăn treo, quản chế, thời kỳ thử thách, hoặc đã được tha. Phần quyết cuối cùng của tòa án không tuyên bố rằng tôi là người mất hoàn toàn năng lực về mặt tâm thần hay mất một phần năng lực để tôi có quyền được bỏ phiếu. Tôi hiểu rằng khai man khi tuyên thệ sẽ bị phạm khinh tội, và tôi hiểu rằng nếu bỏ phiếu trong một cuộc bầu cử mà tôi biết rằng không đủ điều kiện, tôi sẽ bị coi là phạm trọng tội cấp độ 2.) 由這民填寫: 本人為此政治轄區內之公法選民. 本人在此次選舉中投票(親自投票或郵寄投票). 本人為此政治轄區之居民, 且未曾被判為重罪, 或被判重罪而已服刑, 包括監禁, 假釋, 監督, 緩刑或已接受赦免. 本人又未被遺囑認法庭裁定為全無或部份心智失常而無公民投票權. 本人明知宣誓後提供不實資料為輕罪, 並了解明知自己不符合資格時仍在不應選之選舉中投票為二級重罪.

| Last Name (Apellido) (Họ) (姓) | First Name (Nombre) (Tên) (名) | Middle Name (if any) (Segundo nombre (si tiene) Tên đệm (nếu có) 中間名 (若有) | Former Name (Nombre anterior) (Tên cũ) (曾用名) |
|---|---|---|---|
| BUTLER-SMITH | ROSIE | | |

| Residence Address: Street Address and Apartment Number, City, State, and ZIP. If none, describe where you live (Do not include PO Box, Rural Rt, or business address) (Domicilio: calle y número de apartamento, Ciudad, Estado, y Código Postal: A falta de estos datos, describa la localidad de su residencia. (No incluya el apartado de correos, camino rural, ni dirección comercial.) (Địa chỉ cư trú: Tên đường và số Phòng, Thành Phố, Tiểu Bang, và Mã Bưu Điện. Nếu không có, xin diễn tả nơi quý vị cư ngụ (Không được để địa chỉ Hộp Thư, Địa Chỉ Đường Làng hoặc Địa Chỉ Thương Mại ) 居所地址: 街名地址和公寓號, 市, 州和郵遞區號 • 如果沒有, 請詳細說明居住地址 (勿列用郵局信箱號碼, 郊外縣線名稱或商號地址) |
|---|
| 1426 TEANAWAY LN, HOUSTON TX 77029-3214 |

| Mailing Address: City, State, and ZIP. If mail cannot be delivered to your residence address. (Dirección postal: Ciudad, Estado y Código Postal, si no es posible entregarle correspondencia en su domicilio). (Địa Chỉ Gửi Thư: Thành Phố, Tiểu Bang, và Mã Bưu Điện. Nếu không thể chuyển thư tới địa chỉ cư ngụ của quý vị.) 郵寄地址: 市, 州和郵遞區號 • 如果郵寄無法送達您的居住地址 • | Gender: (Optional) (Sexo (Optativo) Giới tính:(Không bắt buộc) 性別: (可填或不填) | Date of Birth: Month, Day, Year (Fecha de nacimiento: mes, día, año)(Ngày tháng năm sanh: Tháng, Ngày, Năm) 出生日期: 月 • 日 • 年 |
|---|---|---|
| | Male ☐ Female ☒ (Hombre)(Nam)(男) (Mujer)( NO)(女) | 03/12/1955 |

| Check appropriate box: Marque el cuadro apropiado: Đánh dấu vào ô thích hợp 在適當方格作記號 | TX Driver's License No. or Personal I.D. No. (Issued by TX DPS) Número de su licencia de conducir de Texas o su Cédula de identidad expedida por el Departamento de Seguridad Publica de Texas). Số Bằng Lái Xe của tiểu bang Texas hoặc số ID cá nhân (do Bộ An Toàn Lao Động tiểu bang Texas | Social Security No. (last 4 digits required if you do not have a driver's license or I.D. number) Número de su seguro social (Si no tiene licencia de conducir ni identificación personal, se requiere los últimos 4 números del seguro social) Số An Sinh Xã Hội (4 số cuối của số An Sinh Xã Hội cần phải có nếu quý vị không có số bằng lái xe hoặc số ID cá nhân) 社會安全號碼 (如果您沒有駕駛執照或個人身份證號碼, 請提供社安卡最後 |
|---|---|---|
| ARE YOU A UNITED STATES CITIZEN? (¿SOY CIUDADANO/A DE LOS ESTADOS UNIDOS?) (QUÝ VỊ CÓ PHẢI LÀ CÔNG DÂN HOA KỲ KHÔNG?) 您是美國公民嗎? ☒Yes ☐ No (Sí) Có)(是) (No)(Không)(否) | ☐ I have not been issued a TX driver's license/ personal identification number or Social Security Number. (No me han expedido una licencia de conducir de Texas/Cedula de identidad personal de Texas ni un Número de Seguro Social.) (Tôi chưa hề được cấp bằng lái xe của Texas/số ID cá nhân hoặc số An Sinh Xã Hội ) 我沒有 TX 駕駛執照號碼或個人身份證號碼或社會安全證號碼。 | Signature of Voter: (Firma del votante ) (Chữ ký của cử tri) (選民簽名)  X Rosie Butt |

## TO BE COMPLETED BY THE ELECTION JUDGE

| Date of Election Fecha de la Elección Ngày Bầu Cử 選舉日期 | | Home PCT | County Clerk Use ONLY | PCT |
|---|---|---|---|---|
| 11-5-2013 | Precinct No. where voted Núm. de Precinto-lugar de votación/Phần Khu nơi đã Bầu Cử 投票地點 259 | 0259 | | 0259-6 |
| | Precinct No. where registered Núm. de Precinto-inscrito para votar/Phần Khu nơi đã ghi danh số/選區 登記地點 259 | CERT/VUID 51878769 | Voter Registrar Use ONLY | PCT 0269 |
| Type of Election Tipo de Elección Hình Thức Bầu Cử 選舉類型 JOINT | Authority Conducting Election Autoridad Administrando la Elección Cơ Quan Thẩm Quyền Tổ Chức Bầu Cử 主持選舉機構 HARRIS COUNTY | |

BALLOT CODE: 173803035

(Write in the Ballot Code, it is found on the Provisional Ballot Stub above the voter's signature area. The Provisional Ballot Stub is generated from the JBC.)

## VOTER PRESENTED ACCEPTABLE FORM OF IDENTIFICATION

☐ YES ☒ NO

1. ☒ Failed to present acceptable form of identification or voter certificate with exemption.

2. ____ Voter not on list of registered voters.

3. ____ Voter not on list, registered in another precinct.

4. ____ Voter on list of people who voted early by mail, and voter has not cancelled mail ballot application.

5. ____ Voting after 7:00 P.M. due to court order.

## TO BE COMPLETED BY THE COUNTY VOTER REGISTRAR FOR STATUS:

I, the voter registrar/deputy registrar, did research the records of my office and the following conclusion(s) was made:

### FOR VOTERS WHO DID NOT PRESENT ACCEPTABLE PHOTO IDENTIFICATION AT THE POLLING PLACE

1. ____ Voter presented acceptable form of identification within 6 days of election day.

2. ____ Voter met disability exemption within 6 days of election day.

3. ____ Voter executed religious objection affidavit within 6 days of election day.

4. ____ Voter executed natural disaster affidavit within 6 days of election day.

5. ✓ Voter did not satisfy identification or affidavit requirements, listed in categories 1-4 above, within 6 days of election day.

### FOR VOTERS WHO VOTED PROVISIONALLY FOR OTHER REASONS

6. ____ Not a registered voter or registration not effective in time for this election.

7. ____ Registered to vote, erroneously listed in wrong precinct.

8. ____ Registered to vote in a different precinct within the county.

9. ____ Information on file indicating applicant completed a voter registration

PR



# Affidavit of Provisional Voter

Declaración Jurada de Votante Provisional / Bản Chứng Thệ Của Cử Tri Tạm Thời / 臨時選民具結書

||||||||||||||
310912509

TO BE COMPLETED BY VOTER: I am a registered voter of this political subdivision and in the precinct in which I'm attempting to vote and have not already voted in this election (either in person or by mail). I am a resident of this political subdivision, have not been finally convicted of a felony or, if a felon, I have completed all of my punishment including any term of incarceration, parole, supervision, period of probation, or I have been pardoned. I have not been determined by a final judgment of a court exercising probate jurisdiction to be totally mentally incapacitated or partially mentally incapacitated without the right to vote. I understand that giving false information under oath is a misdemeanor, and I understand that it is a felony of the 2nd degree to vote in an election for which I know I am not eligible.

[PARA QUE EL VOTANTE LO LLENE: Estoy inscrito como votante en esta subdivisión política y en el precinto en cual estoy intentando a votar y aún no he votado en esta elección (en persona o por correo). Soy residente de esta subdivisión política, no he sido definitivamente declarado culpable de un delito grave o si soy el autor de un delito grave, he cumplido toda mi condena inclusive el periodo de encarcelamiento, la libertad condicional, la libertad supervisada, la libertad vigilada, o he sido indultado. No me han determinado por un juicio final de una corte de la legalización de un testamento, ser totalmente incapacitado mentalmente o parcialmente incapacitado sin el derecho de votar. Entiendo que dar información falsa bajo juramento es un delito menor y también entiendo que es un delito grave de 2do grado votar en una elección sabiendo que no cumplo con los requisitos necesarios.] (DƯỢC HOÀN TẤT BỞI CỬ TRI: Tôi là cử tri đã ghi danh bỏ phiếu tại phân khu chính trị địa phương này và trong phân khu mà tôi cố ý định bỏ phiếu và chưa bỏ phiếu trong cuộc bầu cử này (kể cả đích thân bỏ phiếu hay bỏ phiếu bằng thư). Tôi cư ngụ tại phân khu chính trị địa phương này, tôi huặn toàn không bị kết trọng tội hoặc nếu là người phạm trọng tội, tôi đã hoàn thành hết mọi hình phạt, bao gồm thời hạn tù, ân trơn, quản chế, thời kỳ thử thách, hoặc đã được tha. Phân quyết cuối cùng của tòa án không được bỏ đáng tôi là người mất hoàn toàn năng lực về mặt tâm thần hay mất một phần năng lực về mặt tâm thần mà không có quyền bỏ phiếu. Tôi hiểu rằng khai man khi tuyên thệ sẽ bị phạm khinh tội, và tôi hiểu rằng nếu bỏ phiếu trong một cuộc bầu cử mà tôi biết là mình không hội đủ điều kiện, thì đó sẽ bị coi là phạm trọng tội cấp 2 là nghiêm trọng.] [填寫選民具結書：本人為此政治區劃之居民，於本人打算投票之選區為登記選民，且尚未於此選舉中投票（無論親自投票或郵寄投票）。本人為此政治區劃之居民，從未最終被判重罪，或即使曾被判重罪，但已服完包括監禁、假釋、監督、緩刑或已被赦免。本人從未被判屬法庭最終裁定屬精神完全或部份喪失能力而無投票權之人。本人瞭解宣誓後提供不實資料屬輕罪，並了解知悉自己不符合資格而於選舉中投票為二級重罪。]

| Last Name (Apellido) (Họ) (姓) | First Name (Nombre) (Tên) (名) | Middle Name (if any) (Segundo nombre (si tiene) / Tên đệm (nếu có) 中間名 (若有)) | Former Name (Nombre anterior) (Tên cũ) (曾用名) |
|---|---|---|---|
| Curry | Michelle | | |

Residence Address: Street Address and Apartment Number, City, State, and ZIP. If none, describe where you live (Do not include PO Box, Rural Rt. or business address) (Domicilio: calle y número de apartamento, Ciudad, Estado, y Código Postal. A falta de estos datos, describa la localidad de su residencia. (No incluya el apartado de correos, camino rural, ni dirección comercial.)) (Địa chỉ cư trú: Tên đường và số Phòng, Thành Phố, Tiểu Bang, và Mã Bưu Điện. Nếu không có, xin diễn tả nơi quý vị cư ngụ (Không được dùng Địa chỉ Hộp Thư, Địa Chỉ Đường Làng hoặc Địa Chỉ Thương Mại)) 居住地址：街名地址和公寓號、市、州和郵遞區號。如果沒有，請詳細描述閣下居住地點（郵政專用局信箱號碼、郊外路線名稱或商業地址）

3307 Holman St. #2 Houston, TX 77004

| Mailing Address: City, State, and ZIP. If mail cannot be delivered to your residence address. (Dirección postal: Ciudad, Estado y Código Postal, si no es posible entregarle correspondencia en su domicilio.) (Địa Chỉ Gửi Thư: Thành Phố, Tiểu Bang, và Mã Bưu Điện. Nếu không thể chuyển thư tới địa chỉ cư ngụ của quý vị.) 郵寄地址：市、州和郵遞區號。如果無法遞送郵件至閣下的居住地址。 | Gender: (Optional) (Sexo (Optativo) Giới tính:(Không bắt buộc 性別: (可填寫或不填)) | Date of Birth: Month, Day, Year (Fecha de nacimiento: mes, día, año)(Ngày tháng năm sanh: Tháng, Ngày, Năm) 出生日期：月·日·年 |
|---|---|---|
| Same | Male ☐    Female ☑ (Hombre)(Mujer) (Nam)(Nữ)(男)(女) | 03|01|1966 |

| Check appropriate box: Marque el cuadro apropiado. Đánh dấu vào ô thích hợp 在適當方格內勾劃: | TX Driver's License No. or Personal I.D. No. (Issued by TX DPS) Número de su licencia de conducir de Texas o su Cédula de Identidad expedida por el Departamento de Seguridad Publica de Texas. Số Bằng Lái Xe của tiểu bang Texas hoặc số ID cá nhân (do Bộ An Toàn Lao Động tiểu bang Texas | Social Security No. (last 4 digits required if you do not have a driver's license or I.D. number) Número de Seguro Social. (Si no tiene licencia de conducir ni identificación personal, se requiere los últimos 4 números de su seguro social) Số An Sinh Xã Hội (4 số cuối của số An Sinh Xã Hội cần phải có nếu quý vị không có số Bằng lái xe hoặc số ID cá nhân) 社會安全號碼（如果您沒有駕駛執照或個人身份證號碼，請提供社會安全號碼後 |
|---|---|---|
| ARE YOU A UNITED STATES CITIZEN? (¿SOY CIUDADANO/A DE LOS ESTADOS UNIDOS?) (QUÝ VỊ CÓ PHẢI LÀ CÔNG DÂN HOA KỲ KHÔNG?) 您是美國公民嗎？ ☑ Yes    ☐ No (Sí)(Có)(是) (No)(Không)(否) | ☐ I have not been issued a TX driver's license/ personal identification number or Social Security Number. (No me han expedido una licencia de conducir de Texas/Cédula de identidad personal de Texas ni un Número de Seguro Social.) (Tôi chưa hề được cấp bằng lái xe của Texas/số ID cá nhân hoặc số An Sinh Xã Hội.) 我沒有被發給德州駕駛執照號碼/ 個人身份證號碼或社會安全號碼。 | X M Curry |

---

## TO BE COMPLETED BY THE ELECTION JUDGE

| Date of Election Fecha de la Elección Ngày Bầu Cử 選舉日期 | Precinct No. where voted 0247 Núm. de Precinto-lugar de votación/Phần Khu nơi đã Bầu Cử Số/選區編號. 投票地點 |
|---|---|
| 11-5-2013 | Precinct No. where registered 0247 Núm. de Precinto-inscrito para votar/Phần Khu nơi đã ghi danh số/選區編號. 登記地點 |

| Type of Election Tipo de Elección Hình Thức Bầu Cử 選舉類型 | Authority Conducting Election Autoridad Administrando la Elección Cơ Quan Thẩm Quyền Tiến Hành Bầu Cử 主持選務機構 |
|---|---|
| JOINT | HARRIS COUNTY |

## BALLOT CODE: L00604076 ✓

(Write in the Ballot Code, it is found on the Provisional Ballot Stub above the voter's signature area. The Provisional Ballot Stub is generated from the JBC.)

### VOTER PRESENTED ACCEPTABLE FORM OF IDENTIFICATION

☐ YES          ☐ NO

1. _____ Failed to present acceptable form of identification or voter certificate with exemption.

2. _____ Voter not on list of registered voters.

3. _____ Voter not on list, registered in another precinct.

4. _____ Voter on list of people who voted early by mail, and voter has not cancelled mail ballot application.

5. _____ Voting after 7:00 P.M. due to court order.

---

| Home PCT | County Clerk Use ONLY | PCT |
|---|---|---|
| 0247 | 0247-16 | |
| CERT/VUID | Voter Registrar Use ONLY | PCT |
| 18498295 | | 0247 |

## TO BE COMPLETED BY THE COUNTY VOTER REGISTRAR FOR STATUS:

I, the voter registrar/deputy registrar, did research the records of my office and the following conclusion(s) was made:

*FOR VOTERS WHO DID NOT PRESENT ACCEPTABLE PHOTO IDENTIFICATION AT THE POLLING PLACE*

MIE

1. _____ Voter presented acceptable form of identification within 6 days of election day.

2. _____ Voter met disability exemption within 6 days of election day.

3. _____ Voter executed religious objection affidavit within 6 days of election day.

4. _____ Voter executed natural disaster affidavit within 6 days of election day.

5. ✓ Voter did not satisfy identification or affidavit requirements, listed in categories 1-4 above, within 6 days of election day.

*FOR VOTERS WHO VOTED PROVISIONALLY FOR OTHER REASONS*

6. _____ Not a registered voter or registration not effective in time for this election.

7. _____ Registered to vote, erroneously listed in wrong precinct.

8. _____ Registered to vote in a different precinct within the county.

9. _____ Information on file indicating applicant completed a voter registration

PR



## Affidavit of Provisional Voter

Declaración Jurada de Votante Provisional / Bản Chứng Thệ Của Cử Tri Tạm Thời / 臨時選民具結書

310920509

TO BE COMPLETED BY VOTER: I am a registered voter of this political subdivision and in the precinct in which I'm attempting to vote and have not already voted in this election (either in person or by mail). I am a resident of this political subdivision, have not been finally convicted of a felony or if a felon, I have completed all of my punishment including any term of incarceration, parole, supervision, period of probation, or I have been pardoned. I have not been determined by a final judgment of a court exercising probate jurisdiction to be totally mentally incapacitated or partially mentally incapacitated without the right to vote. I understand that giving false information under oath is a misdemeanor, and I understand that it is a felony of the 2nd degree to vote in an election for which I know I am not eligible.

(PARA QUE EL VOTANTE LO LLENE: Estoy inscrito como votante en esta subdivisión política y en el precinto en cual estoy intentando a votar y aun no he votado en esta elección (en persona o por correo). Soy residente de esta subdivisión política, no he sido definitivamente declarado culpable de un delito grave o si soy el autor de un delito grave, he cumplido toda mi condena inclusive el período de encarcelamiento, la libertad condicional, la libertad supervisada, la libertad vigilada, o he sido indultado. No me han determinado por un juicio final de una corte de la legalización de un testamento, ser totalmente incapacitado mentalmente o parcialmente incapacitado sin el derecho de votar. Entiendo que dar información falsa bajo juramento es un delito menor y también entiendo que es un delito grave de 2do grado votar en una elección sabiendo que no cumplo con los requisitos necesarios.) (ĐƯỢC HOÀN TẤT BỞI CỬ TRI: Tôi là cử tri đã ghi danh bỏ phiếu tại phân khu chính trị địa phương này và trong phân khu mà tôi cố ý định bỏ phiếu và chưa bỏ phiếu trong cuộc bầu cử này (kể cá đích thân bỏ phiếu hay bỏ phiếu bằng thư). Tôi cư ngụ tại phân khu chính trị địa phương này, tôi hoàn toàn không bị kết trọng tội hoặc nếu là người phạm trọng tội, tôi đã hoàn thành hết mọi hình phạt, bao gồm thời hạn ở tù, tại ngoại có điều kiện, thời kỳ thử thách, hoặc đã được tha. Phán quyết cuối cùng của tòa án không được bỏ rằng tôi là người mất hoàn toàn năng lực về mặt tâm thần hay mất một phần năng lực về trí óc quyền được bỏ phiếu. Tôi hiểu rằng khai man khi tuyên thệ là bị phạm khinh tội, và tôi hiểu rằng nếu bỏ phiếu trong một cuộc bầu cử mà tôi biết là mình không hội đủ điều kiện, tôi sẽ bị coi là phạm trọng tội cấp độ 2.) (由具結填寫：本人為登記在本選區內之合法選民，本人有意願在本選區內投票而尚未在本選舉中投票 (親自投票或投票) ，本人為此選區之居民，從未因犯罪而最終被判有罪，或即使曾犯有重罪，但所有已接受完整的刑事處罰，包括服刑、假釋、監督、緩刑、或已獲赦免。遺憾刑已接受充罪或已被赦免，本人從未經過電腦遺產法庭裁決為因完全或部份喪失心智無法辨識本人並無投票權。本人明知宣誓提供偽造資訊為輕罪，並了解明知無資格卻在選舉中投票為二級重罪。)

| Last Name (Apellido) (Họ) (姓) | First Name (Nombre) (Tên) (名) | Middle Name (if any) (Segundo nombre (si tiene) Tên đệm (nếu có) 中間名 (若有) | Former Name (Nombre anterior (Tên củ) (曾用名) |
|---|---|---|---|
| *Miller* | *Christopher* | *Alan* | |

| Residence Address: Street Address and Apartment Number, City, State, and ZIP. If none, describe where you live (Do not include PO Box, Rural Rt. or business address) (Domicilio: calle y número de apartamento, Ciudad, Estado, y Código Postal: A falta de estos datos, describa la localidad de su residencia. No incluya el apartado de correos, camino rural ni dirección comercial.) (Địa chỉ cư trú: Tên đường và số Phòng, Thành Phố, Tiểu Bang, và Mã Bưu Điện. Nếu không có, xin diễn tả nơi quý vị cư ngụ (Không được để địa chỉ Hộp Thư, Địa Chỉ Đường Làng hoặc Địa Chỉ Thương Mại) 居住地址：街名和街道和公寓號、市、州和郵寄區號。如果沒有，請詳細說明您住址地點 (請勿用郵局信箱號碼，鄉村路線名稱或商業地址) |
|---|
| *4710 Willowbend Blvd, Houston TX 77035* |

| Mailing Address: City, State, and ZIP. If mail cannot be delivered to your residence address. (Dirección postal: Ciudad, Estado y Código Postal, si no es posible entregarle correspondencia en su domicilio). (Địa Chỉ Gửi Thư: Thành Phố, Tiểu Bang, và Mã Bưu Điện. Nếu không thể chuyển thư tới địa chỉ cư ngụ của quý vị.) 郵寄地址：市、州和郵遞區號。如果郵寄到無法送達您的居住地址。 | Gender: (Optional) (Sexo (Optativo) Giới tính:(Không bắt buộc) 性別: (可填或不填) | Date of Birth: Month, Day, Year (Fecha de nacimiento: mes, día, año)(Ngày tháng năm sanh: Tháng, Ngày, Năm) 出生日期: 月, 日, 年 |
|---|---|---|
| *Same* | Male ☐ Female ☐ (Hombre)(Nam)(男) (Mujer)( Nữ)(女) | *02/26/1952* |

| Check appropriate box: Marque el cuadro apropiado: Đánh dấu vào ô thích hợp thể trong ứng thích hợp | TX Driver's License No. or Personal I.D. No. (issued by TX DPS) Número de su licencia de conducir de Texas o de su Cédula de Identidad expedida por el Departamento de Seguridad Publica de Texas: Số Bằng Lái Xe của tiểu bang Texas hoặc số ID cá nhân (do Bộ An Toàn Lao Động tiểu bang Texas | Social Security No. (last 4 digits required if you do not have a driver's license or I.D. number) Número de su seguro social (los últimos 4 números de su seguro social) Số An Sinh Xã Hội (4 số cuối của số An Sinh Xã Hội cần phải có nếu quý vị không có số Bằng lái xe hoặc số ID cá nhân) 社會安全號碼 (如果您沒有駕駛執照或個人身份證號碼，請提供社安卡最後 |
|---|---|---|
| ARE YOU A UNITED STATES CITIZEN? (¿SOY CIUDADANO/A DE LOS ESTADOS UNIDOS?) (QUÝ VỊ CÓ PHÁI LÀ CÔNG DÂN HOA KỲ KHÔNG?) 您是美國公民嗎? <br><br> ☑Yes ☐ No (Sí)( Có)(是) (No)(Không)(否) | ☒ I have not been issued a TX driver's license/ personal identification number or Social Security Number. (No me han expedido una licencia de conducir de Texas/Cédula de identidad personal de Texas ni un Número de Seguro Social.) (Tôi chưa hề được cấp bằng lái xe của Texas/số ID cá nhân hoặc số An Sinh Xã Hội.) 我沒有 TX 駕駛執照號碼/ 個人身份證號碼或社會安全號碼。 | Signature of Voter: (Firma del Votante:) (Chữ ký Của Cử Tri:) (選民簽署) <br><br> X *[signature]* |

| TO BE COMPLETED BY THE ELECTION JUDGE | | | | |
|---|---|---|---|---|
| Date of Election Fecha de la Elección Ngày Bầu Cử 選舉日期 <br> *11/5/2013* | Precinct No. where voted Núm. de Precinto-lugar de votación/Phân khu nơi đã Bầu Cử Số/選區編號: 投票地點 <br><br> Precinct No. where registered Núm. de Precinto-inscrito para votar/Phân khu nơi đã ghi danh số/選區編號: 登記地點 | *255* <br><br><br> *255* | Home PCT <br> *0255* <br><br> CERT/VUID <br> *71493365* | County Clerk Use ONLY <br> *0255-15* <br><br> Voter Registrar Use ONLY | PCT <br><br><br> PCT <br> *0255* |

| Type of Election Tipo de Elección Hình Thức Bầu Cử 選舉類型 <br> *Joint* | Authority Conducting Election Autoridad Administrando la Elección Cơ Quan Thẩm Quyền Tiến Hành Bầu Cử 主持選舉機構 <br> *Harris Cny* |
|---|---|

**TO BE COMPLETED BY THE COUNTY VOTER REGISTRAR FOR STATUS:**

I, the voter registrar/deputy registrar, did research the records of my office and the following conclusion(s) was made:

**FOR VOTERS WHO DID NOT PRESENT ACCEPTABLE PHOTO IDENTIFICATION AT THE POLLING PLACE**

## BALLOT CODE: 1 7 9 0 5 1 8 3 3

(Write in the Ballot Code, it is found on the Provisional Ballot Stub above the voter's signature area. The Provisional Ballot Stub is generated from the JBC.)

| | |
|---|---|
| 1. ____ | Voter presented acceptable form of identification within 6 days of election day. |
| 2. ____ | Voter met disability exemption within 6 days of election day. |
| 3. ____ | Voter executed religious objection affidavit within 6 days of election day. |
| 4. ____ | Voter executed natural disaster affidavit within 6 days of election day. |
| 5. ✓ | Voter did not satisfy identification or affidavit requirements, listed in categories 1-4 above, within 6 days of election day. |

**VOTER PRESENTED ACCEPTABLE FORM OF IDENTIFICATION**

☐ YES          ☐ NO

| | |
|---|---|
| 1. ✓ | Failed to present acceptable form of identification or voter certificate with exemption. |
| 2. ____ | Voter not on list of registered voters. |
| 3. ____ | Voter not on list, registered in another precinct. |
| 4. ____ | Voter on list of people who voted early by mail, and voter has not cancelled mail ballot application. |
| 5. ____ | Voting after 7:00 P.M. due to court order. |

**FOR VOTERS WHO VOTED PROVISIONALLY FOR OTHER REASONS**

| | |
|---|---|
| 6. ____ | Not a registered voter or registration not effective in time for this election. |
| 7. ____ | Registered to vote, erroneously listed in wrong precinct. |
| 8. ____ | Registered to vote in a different precinct within the county. |
| 9. ____ | Information on file indicating applicant completed a voter registration |



# Affidavit of Provisional Voter

## Declaración Jurada de Votante Provisional / Bản Chứng Thệ Của Cử Tri Tạm Thời / 臨時選民具結書

**TO BE COMPLETED BY VOTER:** I am a registered voter of this political subdivision and in the precinct in which I'm attempting to vote and have not already voted in this election (either in person or by mail). I am a resident of this political subdivision, have not been finally convicted of a felony or if a felon, I have completed all of my punishment including any term of incarceration, parole, supervision, period of probation, or I have been pardoned. I have not been determined by a final judgment of a court exercising probate jurisdiction to be totally mentally incapacitated or partially mentally incapacitated without the right to vote. I understand that giving false information under oath is a misdemeanor, and I understand that it is a felony of the 2nd degree to vote in an election for which I know I am not eligible.

(PARA QUE EL VOTANTE LO LLENE: Estoy inscrito como votante en esta subdivisión política y en el precinto en cual estoy intentando a votar y aún no he votado en esta elección (en persona o por correo). Soy residente de esta subdivisión política, no he sido definitivamente declarado culpable de un delito grave o si soy el autor de un delito grave, he cumplido toda mi condena inclusive el período de encarcelamiento, la libertad condicional, la libertad supervisada, la libertad vigilada, o he sido indultado. No me han determinado por un juicio final de una corte de la legalización de un testamento, ser totalmente incapacitado mentalmente o parcialmente incapacitado sin el derecho de votar. Entiendo que dar información falsa bajo juramento es un delito menor y también entiendo que es un delito grave de 2do grado votar en una elección sabiendo que no cumplo con los requisitos necesarios.) (ĐƯỢC HOÀN TẤT BỞI CỬ TRI: Tôi là cử tri đã ghi danh bỏ phiếu tại phân khu chính trị địa phương này và trong phân khu mà tôi cố ý định bỏ phiếu và chưa bỏ phiếu trong cuộc bầu cử này (kể cả đích thân bỏ phiếu hay bỏ phiếu bằng thư). Tôi cư ngụ tại phân khu chính trị địa phương này, tôi hoàn toàn không bị kết trọng tội hoặc nếu là người phạm trọng tội, tôi đã hoàn thành hết mọi hình phạt, bao gồm thời hạn tù, ân trao, quản chế, thời kỳ thử thách, hoặc đã được tha. Phán quyết cuối cùng của tòa án không có quyền tài phán về chứng thực di chúc để xét rằng tôi bị tâm thần hay mất một phần tâm thần mà không có quyền bầu cử. Tôi hiểu rằng khai man khi tuyên thệ sẽ bị phạm khinh tội, và tôi hiểu rằng nếu bỏ phiếu trong một cuộc bầu cử mà tôi biết là mình không hội đủ điều kiện hợp lệ sẽ bị phạm trọng tội của để 2.) (由選民填寫: 本人為這個政治區劃之合法選民，在本人意圖投票的選區內亦是已登記的選民。本人又是這個政治區劃之居民或本人並非重罪犯。如屬重罪犯，本人已完成所有刑罰，包括監禁、假釋、監管、緩刑或已接受赦免。本人從未經遺囑認證法庭終審宣告精神完全喪失或部分喪失而失去投票權。本人明白在宣誓下提供虛假資料將會觸犯輕罪，並了解在明知自己不符合資格的情況下在選舉中投票為二級重罪。)

| Last Name (Apellido) (Họ) (姓) | First Name (Nombre) (Tên) (名) | Middle Name (if any) (Segundo nombre (si tiene) Tên đệm (nếu có) 中間名 (若有) | Former Name (Nombre anterior) (Tên cũ) (曾用名) |
|---|---|---|---|
| Reinhardt | Zachary | Karson | |

| Residence Address: Street Address and Apartment Number, City, State, and ZIP. If none, describe where you live (Do not include PO Box, Rural Rt. or business address) (Domicilio: calle y número de apartamento, Ciudad, Estado, y Código Postal: A falta de estos datos, describa la localidad de su residencia. (No incluya el apartado de correos, camino rural, ni dirección comercial.)) (Địa chỉ cư trú: Tên đường và số Phòng, Thành Phố, Tiểu Bang, và Mã Bưu Điện. Nếu không có, xin diễn tả nơi quý vị cư ngụ (Không được để địa chỉ Hộp Thư, Địa Chỉ Đường Làng hoặc Địa Chỉ Thương Mại) 居住地址： 街名地址和公寓號，市，州和郵寄區號。如果沒有，請詳細說明您住地點 (請勿用郵局信箱號碼，鄉外路綫名稱或商號地址)) |
|---|
| 9211 Rockhurst |

| Mailing Address: City, State, and ZIP. If mail cannot be delivered to your residence address. (Dirección postal: Ciudad, Estado y Código Postal, si no es posible entregarle correspondencia en su domicilio.) (Địa Chỉ Gửi Thư: Thành Phố, Tiểu Bang, và Mã Bưu Điện. Nếu không thể chuyển thư tới địa chỉ cư ngụ của quý vị.) 郵寄地址：市，州和郵遞區號。如果郵寄無法送達您的居住地址) | Gender: (Optional) (Sexo (Optativo) Giới tính:(Không bắt buộc) 性別：(可填寫不填)) Male ☑ Female ☐ (Hombre)(Nam)(男) (Mujer)(Nữ)(女) | Date of Birth: Month, Day, Year (Fecha de nacimiento: mes, día, año)(Ngày tháng năm sanh: Tháng, Ngày, Năm) 出生日期：月・日・年 11/21/1953 |
|---|---|---|

| Check appropriate box: Marque el cuadro apropiado: Đánh dấu vào ô thích hợp 在適當方格內劃對：<br><br>ARE YOU A UNITED STATES CITIZEN? (¿SOY CIUDADANO/A DE LOS ESTADOS UNIDOS? (QUÝ VỊ CÓ PHẢI LÀ CÔNG DÂN HOA KỲ KHÔNG?) 您是美國公民嗎？<br>☑ Yes ☐ No<br>(Sí)( Có)(是) (No)(Không)(否) | TX Driver's License No. or Personal I.D. No. (Issued by TX DPS) Número de su licencia de conducir de Texas o su Cédula de Identidad expedida por el Departamento de Seguridad Publica de Texas. Số Bằng lái xe của tiểu bang Texas hoặc số ID cá nhân (do Bộ An Toàn Lao Động tiểu bang Texas cấp) TX 駕駛執照號碼或個人身份證號碼 (由德州公共安全部簽發)<br><br>☐ I have not been issued a TX driver's license/ personal identification number or Social Security Number. (No me han expedido una licencia de conducir de Texas/Cédula de identidad personal de Texas ni un Número de Seguro Social.) (Tôi chưa hề được cấp bằng lái xe của Texas/số ID cá nhân hoặc số An Sinh Xã Hội.) 我沒有被簽發德州駕駛執照號碼/個人身份證號碼或社安卡號碼 | Social Security No. (last 4 digits required if you do not have a driver's license or I.D. number) Número de Seguro Social. (Si no tiene licencia de conducir ni identificación personal, se requiere los últimos 4 números de su seguro social) Số An Sinh Xã Hội (4 số cuối của số An Sinh Xã Hội cần phải có nếu quý vị không có số bằng lái xe hoặc số ID cá nhân) 社會安全號碼 (如果您沒有駕駛執照或個人身份證號碼，則提供社安卡最後四位數字)<br><br>X Zachy [signature] |
|---|---|---|

## TO BE COMPLETED BY THE ELECTION JUDGE

| Date of Election Fecha de la Elección Ngày Bầu Cử 選舉日期<br>Nov. 5, 2013 | Precinct No. where voted 0264<br>Núm. de Precinto-lugar de votación/Phân Khu nơi đã Bầu Cử Số/選區編號. 投票號<br><br>Precinct No. where registered 0264<br>Núm. de Precinto-inscrito para votar/Phân Khu nơi đã ghi danh Số/選區編號. 登記地點 | Home PCT 0264 | County Clerk Use ONLY | PCT 0264-22 |
|---|---|---|---|---|
| | | CERT/VUID 28086619 | Voter Registrar Use ONLY | PCT 0264 |

| Type of Election Tipo de Elección Hình Thức Bầu Cử 選舉類型<br>General | Authority Conducting Election Autoridad Administrando la Elección Cơ Quan Thẩm Quyền Tiến Hành Bầu Cử 主持選舉機構<br>Harris County |
|---|---|

**BALLOT CODE:** 174924820 ✓

(Write in the Ballot Code, it is found on the Provisional Ballot Stub above the voter's signature line. The Provisional Ballot Stub is generated from the JBC.)

## VOTER PRESENTED ACCEPTABLE FORM OF IDENTIFICATION

☐ YES     ☑ NO

1. ✓ Failed to present acceptable form of identification or voter certificate with exemption.

2. ____ Voter not on list of registered voters.

3. ____ Voter not on list, registered in another precinct.

4. ____ Voter on list of people who voted early by mail, and voter has not cancelled mail ballot application.

5. ____ Voting after 7:00 P.M. due to court order.

## TO BE COMPLETED BY THE COUNTY VOTER REGISTRAR FOR STATUS:

I, the voter registrar/deputy registrar, did research the records of my office and the following conclusion(s) was made:

**FOR VOTERS WHO DID NOT PRESENT ACCEPTABLE PHOTO IDENTIFICATION AT THE POLLING PLACE**

1. ____ Voter presented acceptable form of identification within 6 days of election day.

2. ____ Voter met disability exemption within 6 days of election day.

3. ____ Voter executed religious objection affidavit within 6 days of election day.

4. ____ Voter executed natural disaster affidavit within 6 days of election day.

5. ✓ Voter did not satisfy identification or affidavit requirements, listed in categories 1-4 above, within 6 days of election day.

**FOR VOTERS WHO VOTED PROVISIONALLY FOR OTHER REASONS**

6. ____ Not a registered voter or registration not effective in time for this election.

7. ____ Registered to vote, erroneously listed in wrong precinct.

8. ____ Registered to vote in a different precinct within the county.

9. ____ Information on file indicating applicant completed a voter registration

da



# Affidavit of Provisional Voter

## Declaración Jurada de Votante Provisional / Bản Chứng Thệ Của Cử Tri Tạm Thời / 臨時選民具結書

310930990

TO BE COMPLETED BY VOTER: I am a registered voter of this political subdivision and in the precinct in which I'm attempting to vote and have not already voted in this election (either in person or by mail). I am a resident of this political subdivision, have not been finally convicted of a felony or if a felon, I have completed all of my punishment including any term of incarceration, parole, supervision, period of probation, or I have been pardoned. I have not been determined by a final judgment of a court exercising probate jurisdiction to be totally mentally incapacitated or partially mentally incapacitated without the right to vote. I understand that giving false information under oath is a misdemeanor, and I understand that it is a felony of the 2nd degree to vote in an election for which I know I am not eligible.

(PARA QUE EL VOTANTE LO LLENE: Estoy inscrito como votante en esta subdivisión política y en el precinto en cual estoy intentando a votar y aun no he votado en esta elección (en persona o por correo). Soy residente de esta subdivisión política, no he sido definitivamente declarado culpable de un delito grave o si soy el autor de un delito grave, he cumplido toda mi condena inclusive el periodo de encarcelamiento, la libertad condicional, la libertad supervisada, la libertad vigilada, o he sido indultado. No me han determinado por un juicio final de una corte de la legalización de un testamento, ser totalmente incapacitado mentalmente o parcialmente incapacitado sin el derecho de votar. Entiendo que dar información falsa bajo juramento es un delito menor y también entiendo que es un delito grave de 2do grado votar en una elección sabiendo que no cumplo con los requisitos necesarios.) (ĐƯỢC HOÀN TẤT BỞI CỬ TRI: Tôi là cử tri đã ghi danh bỏ phiếu tại phân khu chính trị địa phương này và trong phân khu mà tôi cố ý định bỏ phiếu và chưa bỏ phiếu trong cuộc bầu cử này (kể cả đích thân bỏ phiếu hay bỏ phiếu bằng thư). Tôi cư ngụ tại phân khu chính trị địa phương này, tôi hoàn toàn không bị kết trọng tội hoặc nếu là người phạm trọng tội, tôi đã hoàn thành hết mọi hình phạt, bao gồm thời hạn tù, ân treo, quản chế, thời kỳ thử thách, hoặc đã được tha. Phán quyết cuối cùng của tòa án không quyền bỏ di của người mà không toàn năng lực về mặt tâm thần hay mất một phần năng lực về tài có quyền được bỏ phiếu. Tôi hiểu rằng khai man khi tuyên thệ sẽ bị phạm khinh tội, và tôi hiểu rằng nếu bỏ phiếu trong một cuộc bầu cử mà tôi biết tôi không hợp lệ bỏ phiếu, đó sẽ là tội đại hình trong tội của điều 2.) 由選民填寫: 本人為此政治細分之居民，在本人意欲投票的選民區以及本人嘗試投票的選民區登記過的選民，而且本人尚未在此選舉中投過票（無論親自投票或郵寄投票）。本人為此政治細分之居民，從未被判犯下重罪的最終裁判，或如果本人是重罪犯，已經服完所有刑罰，包括服刑期，假釋、監管、緩刑期等等，或被赦免。本人未遭遺產驗證法庭最終裁定判斷不完全或部份心智失能而喪失投票權的最終裁判。本人瞭解宣誓時提供不實資料為輕罪，並了解在明知自己不符合資格的情況下在選舉中投票為二級重罪。

| Last Name (Apellido) (Họ) (姓) | First Name (Nombre) (Tên) (名) | Middle Name (if any) (Segundo nombre (si tiene) Tên đệm (nếu có) 中間名 (若有) | Former Name (Nombre anterior) (Tên cũ) (曾用名) |
|---|---|---|---|
| SAMPSON | CHRISTOPHER | CARL | |

| Residence Address: Street Address and Apartment Number, City, State, and ZIP. If residence, describe where you live (Do not include PO Box, Rural Rt. or business address) (Domicilio: calle y número de apartamento, Ciudad, Estado, y Código Postal. A falta de estos datos, describa la localidad de su residencia. (No incluya el apartado de correos, camino rural, ni dirección comercial.)) (Địa chỉ cư trú: Tên đường và số Phòng, Thành Phố, Tiểu Bang, và Mã Bưu Điện. Nếu không có, xin diễn tả nơi quý vị cư ngụ (Không được để địa chỉ Hộp Thư, Địa Chỉ Đường Làng hoặc Địa Chỉ Thương Mại) 居住地址：街道地址和公寓號碼、市、州和郵區號碼。如果沒有，請詳細說明您的居住地點 (勿列明信箱地址、郵路或商業地址) |
|---|
| 11829 Connor St          Houston     XX  77039 |

| Mailing Address: City, State, and ZIP. If mail cannot be delivered to your residence address: (Dirección postal: Ciudad, Estado y Código Postal, si no es posible entregarle correspondencia en su domicilio). (Địa Chỉ Gửi Thư: Thành Phố, Tiểu Bang, và Mã Bưu Điện. Nếu không thể chuyển thư tới địa chỉ cư ngụ của quý vị.) 郵寄地址：市、州和郵區號碼。如果郵寄無法送達您的居住地址。 | Gender: (Optional) (Sexo (Optativo) Giới tính:(Không bắt buộc 性別 (可填或不填) | Date of Birth: Month, Day, Year (Fecha de nacimiento: mes, día, año)(Ngày tháng năm sanh: Tháng, Ngày, Năm) 出生日期：月·日·年 |
|---|---|---|
| Same | Male ☒   Female ☐  (Hombre)(Nam)(男)    (Mujer)( Nữ)(女) | 09/14/1969 |

| Check appropriate box: Marque el cuadro apropiado: Đánh dấu vào ô thích hợp 在適當方格內劃記 | TX Driver's License No. or Personal I.D. No. (Issued by TX DPS) Número de su licencia de conducir de Texas o de su Cédula de Identidad expedida por el Departamento de Seguridad Pública de Texas) Số Bằng Lái Xe của tiểu bang Texas hoặc số ID cá nhân (do bộ An Toàn Lao Động tiểu bang Texas cấp) | Social Security No. (last 4 digits required if you do not have a driver's license or I.D. number) Número de Seguro Social. (Si no tiene licencia de conducir ni identificación personal, se requiere los últimos 4 números de su seguro social) Số An Sinh Xã Hội (4 số cuối của số An Sinh Xã Hội cần thiết nếu quý vị không có số Bằng lái xe hoặc số ID cá nhân) 社會安全號碼（如果您沒有駕駛執照或個人身份證號碼，則提供社安卡最後 |
|---|---|---|
| ARE YOU A UNITED STATES CITIZEN? (¿SOY CIUDADANO/A DE LOS ESTADOS UNIDOS?) (QUÝ VỊ CÓ PHẢI LÀ CÔNG DÂN HOA KỲ KHÔNG?) 您是美國公民嗎? ☑Yes ☐ No (Sí) Có)(是)  (No)(Không)(否) | ☐ I have not been issued a TX driver's license/ personal identification number or Social Security Number. (No me han expedido una licencia de conducir de Texas/Cédula de identidad personal de Texas ni un Número de Seguro Social.) (Tôi chưa hề được cấp bằng lái xe của Texas/số ID cá nhân hoặc số An Sinh Xã Hội.) 我沒有領到德州駕駛執照碼/ID 個人身份證號碼或社會安全號碼。 | Signature of Voter: (Firma de Votante) (Chữ ký của cử tri)(選民的署名) X [signature] |

## TO BE COMPLETED BY THE ELECTION JUDGE

| Date of Election Fecha de la Elección Ngày Bầu Cử 選舉日期 | Precinct No. where voted   41E Núm. de Precinto-lugar de votación/Phần Khu nơi đã Bầu Cử Số/選區編號. 投票地點 | Home PCT  0411 | County Clerk Use ONLY | PCT  0411-2 |
|---|---|---|---|---|
| 11-5-2013 | Precinct No. where registered   411 Núm. de Precinto-inscrito para votar/Phần Khu nơi đã ghi danh số/選區編號. 登記地點 | CERT/VUID  38427076 | Voter Registrar Use ONLY | PCT  0411 |

| Type of Election Tipo de Elección Hình Thức Bầu Cử 選舉類型 | Authority Conducting Election Autoridad Administrando la Elección Cơ Quan Thẩm Quyền Tiến Hành Bầu Cử 主持選舉機構 |
|---|---|
| JOINT | HARRIS COUNTY |

## BALLOT CODE: 239866882

(Write in the Ballot Code, it is found on the Provisional Ballot Stub above the voter's signature area. The Provisional Ballot Stub is generated from the JBC.)

### VOTER PRESENTED ACCEPTABLE FORM OF IDENTIFICATION

☐ YES       ☒ NO

1. ✓ Failed to present acceptable form of identification or voter certificate with exemption.

2. ___ Voter not on list of registered voters.

3. ___ Voter not on list, registered in another precinct.

4. ___ Voter on list of people who voted early by mail, and voter has not cancelled mail ballot application.

5. ___ Voting after 7:00 P.M. due to court order.

### TO BE COMPLETED BY THE COUNTY VOTER REGISTRAR FOR STATUS:

I, the voter registrar/deputy registrar, did research the records of my office and the following conclusion(s) was made:

**FOR VOTERS WHO DID NOT PRESENT ACCEPTABLE PHOTO IDENTIFICATION AT THE POLLING PLACE**

1. ___ Voter presented acceptable form of identification within 6 days of election day.

2. ___ Voter met disability exemption within 6 days of election day.

3. ___ Voter executed religious objection affidavit within 6 days of election day.

4. ___ Voter executed natural disaster affidavit within 6 days of election day.

5. ✓ Voter did not satisfy identification or affidavit requirements, listed in categories 1-4 above, within 6 days of election day.

**FOR VOTERS WHO VOTED PROVISIONALLY FOR OTHER REASONS**

6. ___ Not a registered voter or registration not effective in time for this election.

7. ___ Registered to vote, erroneously listed in wrong precinct.

8. ___ Registered to vote in a different precinct within the county.

9. ___ Information on file indicating applicant completed a voter registration

(A.B.)



**Affidavit of Provisional Voter**

Declaración Jurada de Votante Provisional / Bản Chứng Thệ Của Cử Tri Tạm Thời / 臨時選民具結書

310941504

TO BE COMPLETED BY VOTER: I am a registered voter of this political subdivision and in the precinct in which I'm attempting to vote and have not already voted in this election (either in person or by mail). I am a resident of this political subdivision, have not been finally convicted of a felony or if a felon, I have completed all of my punishment including any term of incarceration, parole, supervision, period of probation, or I have been pardoned. I have not been determined by a final judgment of a court exercising probate jurisdiction to be totally mentally incapacitated or partially mentally incapacitated without the right to vote. I understand that giving false information under oath is a misdemeanor, and I understand that it is a felony of the 2nd degree to vote in an election for which I know I am not eligible.

(PARA QUE EL VOTANTE LO LLENE: Estoy inscrito como votante en esta subdivisión política y en el precinto en cual estoy intentando a votar y aun no he votado en esta elección (en persona o por correo). Soy residente de esta subdivisión política, no he sido definitivamente declarado culpable de un delito grave o si soy el autor de un delito grave, he cumplido toda mi condena incluyendo el periodo de encarcelamiento, la libertad condicional, la libertad supervisada, la libertad vigilada, o he sido indultado. No me han determinado por un juicio final de una corte de la legalización de un testamento, ser totalmente incapacitado mentalmente o parcialmente incapacitado sin el derecho de votar. Entiendo que dar información falsa bajo juramento es un delito menor y también entiendo que es un delito grave de 2do grado votar en una elección sabiendo que no cumpla con los requisitos necesarios.) (ĐƯỢC HOÀN TẤT BỞI CỬ TRI: Tôi là cử tri đã ghi danh bỏ phiếu tại phân khu chính trị địa phương này và trong phân khu mà tôi cố ý định bỏ phiếu và chưa bỏ phiếu trong cuộc bầu cử này (kể cả đích thân bỏ phiếu hay bằng thư). Tôi cư ngụ tại phân khu chính trị địa phương này, tôi hoàn toàn không bị kết trọng tội hoặc nếu là người phạm trọng tội, tôi đã hoàn thành hết mọi hình phạt, bao gồm thời hạn tù, ân trào, quản chế, thời kỳ thử thách, hoặc đã được tha. Phân quyết cuối cùng của tòa án không tuyên bố rằng tôi là người mất hoàn toàn năng lực về mặt tâm thần hay mất một phần năng lực để tôi có quyền được bỏ phiếu. Tôi hiểu rằng khai man lời tuyên thệ sẽ bị phạm khinh tội, và tôi hiểu rằng nếu bỏ phiếu trong một cuộc bầu cử mà tôi biết là mình không hội đủ điều kiện, tôi sẽ bị can là phạm trọng tội cấp độ 2.) (由選民填寫: 本人為此政治區之居民，就本選區有意圖嘗試投票且，或過去並未在本次選舉中投票 (親自或郵寄投票)。本人為此政治區之居民，從未被最終審判罪名成立重罪，或如曾是重罪犯，本人已服完所有刑罰，包括監禁、假釋、監管、緩刑或已接受完畢被赦免。本人並未被遺囑認證法庭最終審判完全或部分喪失心智而無投票權。本人明白宣誓提供假資料即屬輕罪，並了解在明知自己不符合資格時仍於正選舉中投票為二級重罪。

| Last Name (Apellido) (Họ) (姓) | First Name (Nombre) (Tên) (名) | Middle Name (if any) (Segundo nombre (si tiene) Tên đệm (nếu có) 中間名 (若有) | Former Name (Nombre anterior) (Tên cũ) (曾用名) |
|---|---|---|---|
| Bray | Meredith | Diane | |

Residence Address: Street Address and Apartment Number, City, State, and ZIP. If none, describe where you live (Do not include PO Box, Rural Rt. or business address) (Domicilio: calle y número de apartamento, Ciudad, Estado, y Código Postal. A falta de estos datos, describa la localidad de su residencia. (No incluya el apartado de correos, camino rural, ni dirección comercial.) (Địa chỉ cư trú: Tên đường và số Phòng, Thành Phố, Tiểu Bang, và Mã Bưu Điện. Nếu không có, xin diễn tả nơi quý vị cư ngụ (Không được để địa chỉ Hộp Thư, Địa Chỉ Đường làng hoặc Địa Chỉ Thương Mại) 居住地址： 街名地址和公寓號碼、市、州和郵遞區號，如果沒有，請詳細說明居住地點 (請勿用郵局信箱號碼，鄉村或商號地址)

2600 Westhollow Dr 310 Harston, TX 77082

Mailing Address: City, State, and ZIP. If mail cannot be delivered to your residence address. (Dirección postal: Ciudad, Estado y Código Postal, si no es posible entregarle correspondencia en su domicilio). (Địa Chỉ Gửi Thư: Thành Phố, Tiểu Bang, và Mã Bưu Điện. Nếu không thể chuyển thư tới địa chỉ cư ngụ của quý vị.) 郵寄地址：市、州和郵遞區號，如果郵寄無法送達您的居住地址。

Same

| Gender: (Optional) (Sexo (Optativo) Giới Tính (không bắt buộc 性別: (可填寫不填) | Date of Birth: Month, Day, Year (Fecha de nacimiento: mes, día, año)(Ngày tháng năm sinh: Tháng, Ngày, Năm) 出生日期：月、日、年 |
|---|---|
| Male ☐ Female ☑ (Hombre)(Nam)(男) (Mujer)(Nữ)(女) | 02/10/1954 |

| Check appropriate box: Marque el cuadro apropiado: Đánh dấu vào ô thích hợp 在適當方格內 | TX Driver's License No. or Personal I.D. No. (Issued by TX DPS) Número de su licencia de conducir de Texas o de su Cédula de Identidad expedida por el Departamento de Seguridad Pública de Texas). Số Bằng Lái Xe của tiểu bang Texas hoặc số ID cá nhân (do Bộ An Toàn Lao Động tiểu bang Texas | Social Security No. (last 4 digits required if you do not have a driver's license or I.D. number) Número de Seguro Social. (Si no tiene licencia de conducir ni identificación personal, se requiere los últimos 4 números de su seguro social) Số An Sinh Xã Hội (4 số cuối của số An Sinh Xã Hội cần phải có nếu quý vị không có số bằng lái xe hoặc số ID cá nhân) 社會安全號碼 (如果您沒有駕駛執照或個人身份證號碼，請提供社安卡號後 |
|---|---|---|
| ARE YOU A UNITED STATES CITIZEN? (¿SOY CIUDADANO/A DE LOS ESTADOS UNIDOS?) (QUÝ VỊ CÓ PHẢI LÀ CÔNG DÂN HOA KỲ KHÔNG?) 您是美國公民嗎? ☑ Yes ☐ No (Sí)( Có)(是) (No)(Không)(否) | ☐ I have not been issued a TX driver's license/ personal identification number or Social Security Number. [No me han expedido una licencia de conducir de Texas/Cédula de identidad personal de Texas ni un Número de Seguro Social.] (Tôi chưa hề được cấp bằng lái xe của Texas/số ID cá nhân hoặc số An Sinh Xã Hội.) 我沒有領取到德州駕駛執照/個人身份證號碼或社會安全號碼。 | X Meredith Diane Bray |

| TO BE COMPLETED BY THE ELECTION JUDGE | | Home PCT 0558 | County Clerk Use ONLY 0558-40 | PCT |
|---|---|---|---|---|

| Date of Election Fecha de la Elección Ngày Bầu Cử 選舉日期 | Precinct No. where voted 558 Núm. de Precinto-lugar de votación/Phần Khu nơi đã Bầu Cử Số/國區編號. 投票地點 | CERT/VUID 64112527 | Voter Registrar Use ONLY 0558 | PCT |
|---|---|---|---|---|
| 11/5/2013 | Precinct No. where registered Núm. de Precinto-inscrito para votar/Phần Khu nơi đã ghi danh số/選區編號. 登記地點 | | | |

| Type of Election Tipo de Elección Hình Thức Bầu Cử 選舉模式 | Authority Conducting Election Autoridad Administrando la Elección Cơ Quan Thẩm Quyền Tiến Hành Bầu Cử 主持選舉機構 |
|---|---|
| GENERAL | |

BALLOT CODE: L922 9249 7

(Write in the Ballot Code, it is found on the Provisional Ballot Stub above the voter's signature area. The Provisional Ballot Stub is generated from the JBC.)

VOTER PRESENTED ACCEPTABLE FORM OF IDENTIFICATION

☐ YES    ☒ NO

1. ✓ Failed to present acceptable form of identification or voter certificate with exemption.

2. ____ Voter not on list of registered voters.

3. ____ Voter not on list, registered in another precinct.

4. ____ Voter on list of people who voted early by mail, and voter has not cancelled mail ballot application.

5. ____ Voting after 7:00 P.M. due to court order.

**TO BE COMPLETED BY THE COUNTY VOTER REGISTRAR FOR STATUS:**

I, the voter registrar/deputy registrar, did research the records of my office and the following conclusion(s) was made:

*FOR VOTERS WHO DID NOT PRESENT ACCEPTABLE PHOTO IDENTIFICATION AT THE POLLING PLACE*

1. ____ Voter presented acceptable form of identification within 6 days of election day.

2. ____ Voter met disability exemption within 6 days of election day.

3. ____ Voter executed religious objection affidavit within 6 days of election day.

4. ____ Voter executed natural disaster affidavit within 6 days of election day.

5. ✓ Voter did not satisfy identification or affidavit requirements, listed in categories 1-4 above, within 6 days of election day.

*FOR VOTERS WHO VOTED PROVISIONALLY FOR OTHER REASONS*

6. ____ Not a registered voter or registration not effective in time for this election.

7. ____ Registered to vote, erroneously listed in wrong precinct.

8. ____ Registered to vote in a different precinct within the county.

9. ____ Information on file indicating applicant completed a voter registration

PR



310960001

# Affidavit of Provisional Voter

## Declaración Jurada de Votante Provisional / Bản Chứng Thệ Của Cử Tri Tạm Thời / 臨時選民具結書

TO BE COMPLETED BY VOTER: I am a registered voter of this political subdivision and in the precinct in which I'm attempting to vote and have not already voted in this election (either in person or by mail). I am a resident of this political subdivision, have not been finally convicted of a felony or if a felon, I have completed all of my punishment including any term of incarceration, parole, supervision, period of probation, or I have been pardoned. I have not been determined by a final judgment of a court exercising probate jurisdiction to be totally mentally incapacitated or partially mentally incapacitated without the right to vote. I understand that giving false information under oath is a misdemeanor, and I understand that it is a felony of the 2nd degree to vote in an election for which I know I am not eligible.

(PARA QUE EL VOTANTE LO LLENE: Estoy inscrito como votante en esta subdivisión política y en el precinto en cual estoy intentando a votar y aun no he votado en esta elección (en persona o por correo). Soy residente de esta subdivisión política, no he sido definitivamente declarado culpable de un delito grave o si soy el autor de un delito grave, he cumplido toda mi condena inclusive el periodo de encarcelamiento, la libertad condicional, la libertad supervisada, la libertad vigilada, o he sido indultado. No me han determinado por un juicio final de una corte de la legislación de un testamento, ser totalmente incapacitado mentalmente o parcialmente incapacitado sin el derecho de votar. Entiendo que dar información falsa bajo juramento es un delito menor y también entiendo que es un delito grave de 2do grado votar en una elección sabiendo que no cumplo con los requisitos necesarios.) (DƯỢC HOÀN TẤT BỞI CỬ TRI: Tôi là cử tri đã ghi danh bỏ phiếu tại phần khu chính trị địa phương này và trong phần khu mà tôi cố ý định bỏ phiếu và chưa bỏ phiếu trong cuộc bầu cử này (kể cả đích thân bỏ phiếu hay bỏ phiếu bằng thư). Tôi cư ngụ tại phần khu chính trị địa phương này, tôi hoàn toàn không bị kết trọng tội hoặc nếu là người phạm trọng tội, tôi đã hoàn thành hết mọi hình phạt, bao gồm thời hạn tù, ân treo, quản chế, thời kỳ thử thách, hoặc đã được tha. Phần xét của một công đồng của một tòa án thi hành quyền tài lý tài sản không hoàn toàn mất năng lực về mặt tâm thần hay mất một phần năng lực để tôi có quyền được bỏ phiếu. Tôi hiểu rằng khai man thông tin trong một cuộc tuyên thệ là một tội tiểu hình và tôi hiểu rằng cho bỏ phiếu của mình tôi biết là mình không hợp đủ điều kiện, là một tội hình sự bậc hai trong tội tình là một tội hình sự bậc hai.) 本人為此政治細區之登記選民，亦為此刻意欲投票卻尚未投票的選區選民（無論親身投票或郵寄投票）。本人為此政治細區居民，從未因犯有重罪被最終定罪，或因犯有重罪，本人已完成包括監禁期，假釋，監控，或緩刑期間在內的所有懲罰，或本人獲赦罪。根據執行遺囑認證法之合法裁斷，本人並無被法庭裁斷完全喪失心智能力或部份喪失心智能力而失去選舉權。本人明瞭在宣誓下提供虛假資訊是輕罪，本人亦明瞭在選舉中投票為二級重罪。

| Last Name (Apellido) (Tên) (姓) | First Name (Nombre) (Tên) (名) | Middle Name (if any) (Segundo nombre (si tiene) Tên đệm (nếu có) 中間名 (若有) | Former Name (Nombre anterior) (Tên cũ) (曾用名) |
|---|---|---|---|
| Le | Catherine | Lan | |

Residence Address: Street Address and Apartment Number, City, State, and ZIP. If none, describe where you live (Do not include PO Box, Rural Rt. or business address) (Domicilio: calle y número de apartamento, Ciudad, Estado, y Código Postal. Si faltan a estos datos, descrita la localidad de su residencia. (No incluya el apartado de correos, camino rural, ni dirección comercial.)) (Địa chỉ cư trú: Tên đường và số Phòng, Thành Phố, Tiểu Bang, và Mã Bưu Điện. Nếu không có, xin diễn tả nơi quý vị cư ngụ (Không được để địa chỉ Hộp Thư, Địa Chỉ Đường Làng hoặc Địa Chỉ Thương Mại)) 居住地址：街名地址和公寓號，市、州和郵遞區號。如果沒有，請詳細說明居住地點（請勿用郵局信箱號碼，鄉郊路線或辦公處地址）

15239 Rio Plaza Dr. Houston, TX 77083

| Mailing Address: City, State, and ZIP. If mail cannot be delivered to your residence address. (Dirección postal: Ciudad, Estado y Código Postal. si no es posible entregarle correspondencia en su domicilio). (Địa Chỉ Gửi Thư: Thành Phố, Tiểu Bang, và Mã Bưu Điện. Nếu không thể chuyển thư tới địa chỉ cư ngụ của quý vi.) 郵寄地址：市、州和郵遞區號。如果郵寄無法送送到您的居住地址時。 | Gender: (Optional) (Sexo (Optativo) Giới tính:(Không bắt buộc 性別：(可或或不或) | Date of Birth: Month, Day, Year (Fecha de nacimiento: mes, día, año)(Ngày / tháng năm sanh: Tháng, Ngày, Năm) 出生日期：月，日，年 |
|---|---|---|
| (Same) | Male ☐  Female ☑ (Hombre)(Nam)(男)   (Mujer)( Nữ)(女) | 08/03/1953 |

| Check appropriate box: Marque el cuadro apropiado: Đánh dấu vào ô thích hợp 在適當方格內勾打: | TX Driver's License No. or Personal I.D. No. (issued by TX DPS) Número de su licencia de conducir de Texas o de su Cédula de Identidad expedida por el Departamento de Seguridad Publica de Texas). Số Bằng Lái Xe của tiểu bang Texas hoặc số ID cá nhân (do Bộ An Toàn Lao Động tiểu bang Texas | Social Security No. (last 4 digits required if you do not have a driver's license or I.D. number) Número de Seguro Social (Si no tiene licencia de conducir ni identificación personal, se requiere los últimos 4 números de su seguro social) Số An Sinh Xã Hội (4 số cuối của số An Sinh Xã Hội cần phải có nếu quý vị không có số bằng lái xe hoặc số ID cá nhân) 社會安全號碼（如果您沒有駕駛執照或個人身份證號碼，請提供社安卡最後 |
|---|---|---|
| ARE YOU A UNITED STATES CITIZEN? (¿SOY CIUDADANO/A DE LOS ESTADOS UNIDOS?) (QUÝ VỊ CÓ PHẢI LÀ CÔNG DÂN HOA KỲ KHÔNG?) 您是美國公民嗎？ ☑ Yes ☐ No (Sí)( Có)(是)   (No)(Không)(否) | ☐ I have not been issued a TX driver's license/ personal identification number or Social Security Number. (No me han expedido una licencia de conducir de Texas/Cédula de identidad personal de Texas ni un Número de Seguro Social.) (Tôi chưa hề được cấp bằng lái xe của Texas/số ID cá nhân hoặc số An Sinh Xã Hội.) 我從未獲發駕駛執照/個人身份證號碼或社安卡號碼。 | Signature of Voter (Firma del Votante) (Chữ Ký của Cử Tri) (選民簽名)  X (signature) |

## TO BE COMPLETED BY THE ELECTION JUDGE

| Date of Election Fecha de la Elección Ngày Bầu Cử 選舉日期 | Precinct No. where voted 0524 Núm. de Precinto-lugar de votación/Phần Khu nơi đã Bầu Cử Số/選區編號. 投票地點 | Home PCT 0524 | County Clerk Use ONLY | PCT 0524-101 |
|---|---|---|---|---|
| 11·5·2013 | Precinct No. where registered 0524 Núm. de Precinto-inscrito para votar/Phần Khu nơi đã ghi danh bầu cử/選區編號. 登記地點 | CERT/VUID 17147757 | Voter Registrar Use ONLY | PCT 0524 |

| Type of Election Tipo de Elección Hình Thức Bầu Cử 選舉類型 JOINT | Authority Conducting Election Autoridad Administrando la Elección Cơ Quan Thẩm Quyền Tiến Hành Bầu Cử 主持選舉機構 KEVIN JEFFERIES |
|---|---|

TO BE COMPLETED BY THE COUNTY VOTER REGISTRAR FOR STATUS:

I, the voter registrar/deputy registrar, did research the records of my office and the following conclusion(s) was made:

## BALLOT CODE: 236720492

(Write in the Ballot Code, it is found on the Provisional Ballot Stub above the voter's signature area. The Provisional Ballot Stub is generated from the JBC.)

### VOTER PRESENTED ACCEPTABLE FORM OF IDENTIFICATION

☐ YES   ☑ NO

1. ✓ Failed to present acceptable form of identification or voter certificate with exemption. (expired passport)

2. _____ Voter not on list of registered voters.

3. _____ Voter on list, registered in another precinct.

4. _____ Voter on list of people who voted early by mail, and voter has not cancelled mail ballot application.

5. _____ Voting after 7:00 P.M. due to court order.

### FOR VOTERS WHO DID NOT PRESENT ACCEPTABLE PHOTO IDENTIFICATION AT THE POLLING PLACE

1. _____ Voter presented acceptable form of identification within 6 days of election day.

2. _____ Voter met disability exemption within 6 days of election day.

3. _____ Voter executed religious objection affidavit within 6 days of election day.

4. _____ Voter executed natural disaster affidavit within 6 days of election day.

5. ✓ Voter did not satisfy identification or affidavit requirements, listed in categories 1-4 above, within 6 days of election day.

### FOR VOTERS WHO VOTED PROVISIONALLY FOR OTHER REASONS

6. _____ Not a registered voter or registration not effective in time for this election.

7. _____ Registered to vote, erroneously listed in wrong precinct.

8. _____ Registered to vote in a different precinct within the county.

9. _____ Information on file indicating applicant completed a voter registration





# Affidavit of Provisional Voter

## Declaración Jurada de Votante Provisional / Bản Chứng Thệ Của Cử Tri Tạm Thời / 臨時選民具結書

310971507

TO BE COMPLETED BY VOTER: I am a registered voter of this political subdivision and in the precinct in which I'm attempting to vote and have not already voted in this election (either in person or by mail). I am a resident of this political subdivision, have not been finally convicted of a felony or if a felon, I have completed all of my punishment including any term of incarceration, parole, supervision, period of probation, or I have been pardoned. I have not been determined by a final judgment of a court exercising probate jurisdiction to be totally mentally incapacitated or partially mentally incapacitated without the right to vote. I understand that giving false information under oath is a misdemeanor, and I understand that it is a felony of the 2nd degree to vote in an election for which I know I am not eligible.

(PARA QUE EL VOTANTE LO LLENE: Estoy inscrito como votante en esta subdivisión política y en el precinto en cual estoy intentando a votar y aun no he votado en esta elección (en persona o por correo). Soy residente de esta subdivisión política, no he sido definitivamente declarado culpable de un delito grave o si soy el autor de un delito grave, he cumplido toda mi condena inclusive el período de encarcelamiento, la libertad condicional, la libertad supervisada, la libertad vigilado, o he sido indultado. No me han determinado por un juicio final de una corte de la legalización de un testamento, ser totalmente incapacitado mentalmente o parcialmente incapacitado sin el derecho de votar. Entiendo que dar información falsa bajo juramento es un delito menor y también entiendo que es un delito grave de 2do grado votar en una elección sabiendo que no cumplo con los requisitos necesarios.) (DƯỢC HOÀN TÁT BỞI CỬ TRI: Tôi là cử tri đã ghi danh ba phiếu tại phân khu chính trị địa phương này và trong phân khu mà tôi có ý định bỏ phiếu trong cuộc bầu cử này (kể cả đích thân bỏ phiếu hay bỏ phiếu bằng thư). Tôi cư ngụ tại phân khu chính trị địa phương này, tôi hoàn toàn không bị kết trọng tội hoặc nếu là người bị kết trọng tội, tôi đã hoàn thành tất cả mọi hình phạt, bao gồm thời hạn tù, án treo, quản chế, thời kỳ thử thách, hoặc đã được tha. Phán quyết cuối cùng của tòa án không biện bố đầy đủ là người mất hoàn toàn năng lực về mặt tinh thần hay một phần năng lực mà không mất quyền được bỏ phiếu. Tôi hiểu rằng khai man lời tuyên thể sẽ bị phạm khinh tội, và tôi hiểu rằng nếu bỏ phiếu trong một cuộc bầu cử mà tôi biết là mình không hội đủ điều kiện, tôi sẽ bị coi là phạm trọng tội cấp độ 2.) (由選民填寫: 本人為本政治轄區內之合法選民, 在本屆選舉之同次投票所欲投票之選區內是我欲當中投票 (親自選票或郵寄選票). 本人為此政治轄區之居民, 從未最終地有罪判決或假若犯有一宗重罪, 我即已被判定刑期, 假如有重罪, 包括監禁、假釋、監督、或限定試驗期與赦免期等項。本人徹底瞭解宣誓欺騙將屬犯法而假若明知本人並不合乎選民資格的情況下不符合資格的情況下不合格而投票本人確知本人不合資格之選舉而投票將屬二級重罪。

| Last Name (Apellido) (Ho) (姓) | First Name (Nombre) (Tên) (名) | Middle Name (if any) (Segundo nombre (si tiene) Tên đệm (nếu có) 中間名 (若有) | Former Name (Nombre anterior) (Tên cũ) (曾用名) |
|---|---|---|---|
| O'CONNOR | LEONARD | JOHN | 832-454-7499 |

Residence Address: Street Address and Apartment Number, City, State, and ZIP. If none, describe where you live (Do not include PO Box, Rural RT, or business address) (Domicilio: calle y número de apartamento, Ciudad, Estado, y Código Postal. A falta de estos datos, describa la localidad de su residencia. (No incluya el apartado de correos, camino rural, ni dirección comercial )) (Địa chỉ cư trú: Tên đường và số Phòng, Thành Phố, Tiểu Bang, và Mã Bưu Điện. Nếu không có, xin diễn tả nơi quý vị cư ngụ (Không được để địa chỉ Hộp Thư, Địa Chỉ Đường Làng hoặc Địa Chỉ Thương Mại)) 居住地址: 街名地址和公寓號, 市, 州和郵寄區號。如果沒有, 請詳細說明居住地點 (請勿用郵局信箱號碼、鄉村路線名稱或商業地址)

4617 CHRYSTELL, LN., Hou. TX, 77099

Mailing Address: City, State, and ZIP. If mail cannot be delivered to your residence address. (Dirección postal: Ciudad, Estado y Código Postal, si no es posible entregarle correspondencia en su domicilio). (Địa Chỉ Gửi Thư: Thành Phố, Tiểu Bang, và Mã Bưu Điện. Nếu không thể chuyển thư tới địa chỉ cư ngụ của quý vị.) 郵寄地址: 市、州和郵寄區號。如果郵寄無法送達您的居住地址。

Gender: (Optional) (Sexo (Optativo) Giới tính:(Không bắt buộc) 性別: (可供填不填)

Male ☒    Female ☐
(Hombre)(Nam)(男)    (Mujer)(Nữ)(女)

Date of Birth: Month, Day, Year (Fecha de nacimiento: mes, día, año)(Ngày tháng năm sanh: Tháng, Ngày, Năm) 出生日期: 月、日、年

☒ 10 21 1960

Check appropriate box: Marque el cuadro apropiado: Đánh dấu vào ô thích hợp 在適當方格內劃勾:

ARE YOU A UNITED STATES CITIZEN?
(¿SOY CIUDANO/A DE LOS ESTADOS UNIDOS?) (QUÝ VỊ CÓ PHẢI LÀ CÔNG DÂN HOA KỲ KHÔNG?) 您是美國公民嗎?

☒ Yes    ☐ No
(Sí)(Có)(是)    (No)(Không)(否)

TX Driver's License No. or Personal I.D. No. (issued by TX DPS) Número de su licencia de conducir de Texas o de su Cédula de Identidad expedida por el Departamento de Seguridad Publica de Texas). Số Bằng Lái Xe của tiểu bang Texas hoặc số ID cá nhân (do Bộ An Toàn Lao Động tiểu bang Texas

☐ I have not been issued a TX driver's license/ personal identification number or Social Security Number. (No me han expedido una licencia de conducir de Texas/Cédula de identidad personal de Texas ni un Número de Seguro Social.) (Tôi chưa hề được cấp bằng lái xe của Texas/số ID cá nhân hoặc số An Sinh Xã Hội.) 我沒有 TX 駕駛執照號碼/個人身份證號碼或社會安全號碼。

Social Security No. (last 4 digits required if you do not have a driver's license or I.D. number) Número de Seguro Social. (Si no tiene licencia de conducir ni identificación personal, se requiere los últimos 4 números de su seguro social) Số An Sinh Xã Hội (4 số cuối của số An Sinh Xã Hội cần phải có nếu quý vị không có số bằng lái xe hoặc số ID cá nhân) 社會安全號碼 (如果您沒有駕駛執照號碼或個人身份證號碼,請提供社會安全號碼

Signature of Voter: (Firma del votante ) (Chữ ký của cử tri) (選民簽名)

X Leonard O'Conor

---

## TO BE COMPLETED BY THE ELECTION JUDGE

Date of Election Fecha de la Elección Ngày Bầu Cử 選舉日期:
11/05/13

Precinct No. where voted 0505
Núm. de Precinto-lugar de votación/Phần Khu nơi đã Bầu Cử Số/選區編號. 投票地點

Precinct No. where registered 1004
Núm. de Precinto-inscrito para votar/Phần Khu nơi đã ghi danh số/選區. 登記地點

Type of Election Tipo de Elección Hình Thức Bầu Cử 選舉類型
JOINT

Authority Conducting Election Autoridad Administranda la Elección Cơ Quan Tổ Chức Tuyển Tiến Hành Bầu Cử 主持選舉的機構
Wallace L. Bradley

BALLOT CODE: 214 114 457

(Write in the Ballot Code, it is found on the Provisional Ballot Stub above the voter's signature area. The Provisional Ballot Stub is generated from the JBC.)

### VOTER PRESENTED ACCEPTABLE FORM OF IDENTIFICATION

☐ YES    ☒ NO

1. ✓ Failed to present acceptable form of identification or certificate with exemption.

2. ___ Voter not on list of registered voters.

3. ___ Voter not on list, registered in another precinct.

4. ___ Voter on list of people who voted early by mail, and voter has not cancelled mail ballot application.

5. ___ Voting after 7:00 P.M. due to court order.

---

| Home PCT | County Clerk Use ONLY | PCT |
|---|---|---|
| 0505 | | 1004-33 |
| CERT/VUID | Voter Registrar Use ONLY | PCT |
| 2791 2674 | | 1004 |

## TO BE COMPLETED BY THE COUNTY VOTER REGISTRAR FOR STATUS:

I, the voter registrar/deputy registrar, did research the records of my office and the following conclusion(s) was made:

### FOR VOTERS WHO DID NOT PRESENT ACCEPTABLE PHOTO IDENTIFICATION AT THE POLLING PLACE

1. ___ Voter presented acceptable form of identification within 6 days of election day.

2. ___ Voter met disability exemption within 6 days of election day.

3. ___ Voter executed religious objection affidavit within 6 days of election day.

4. ___ Voter executed natural disaster affidavit within 6 days of election day.

5. ✓ Voter did not satisfy identification or affidavit requirements, listed in categories 1-4 above, within 6 days of election day.

### FOR VOTERS WHO VOTED PROVISIONALLY FOR OTHER REASONS

6. ___ Not a registered voter or registration not effective in time for this election.

7. ___ Registered to vote, erroneously listed in wrong precinct.

8. ___ Registered to vote in a different precinct within the county.

9. ___ Information on file indicating applicant completed a voter registration





311014005

# Affidavit of Provisional Voter

Declaración Jurada de Votante Provisional / Bản Chứng Thệ Của Cử Tri Tạm Thời / 臨時選民具結書



TO BE COMPLETED BY VOTER: I am a registered voter of this political subdivision and in the precinct in which I'm attempting to vote and have not already voted in this election (either in person or by mail). I am a resident of this political subdivision, have not been finally convicted of a felony or if a felon, I have completed all of my punishment including any term of incarceration, parole, supervision, period of probation, or I have been pardoned. I have not been determined by a final judgment of a court exercising probate jurisdiction to be totally mentally incapacitated or partially mentally incapacitated without the right to vote. I understand that giving false information under oath is a misdemeanor, and I understand that it is a felony of the 2nd degree to vote in an election for which I know I am not eligible.

(PARA QUE EL VOTANTE LO LLENE: Estoy inscrito como votante en esta subdivisión política y en el precinto en cual estoy intentando a votar y aun no he votado en esta elección (en persona o por correo). Soy residente de esta subdivisión política, no he sido definitivamente declarado culpable de un delito grave o si soy el autor de un delito grave, he cumplido toda mi condena incluso el tiempo de encarcelamiento, la libertad condicional, la libertad supervisada, la libertad vigilada, o he sido indultado. No me han determinado por un juicio final de una corte de la legalización de un testamento, ser totalmente incapacitado mentalmente o parcialmente incapacitado sin el derecho de votar. Entiendo que dar información falsa bajo juramento es un delito menor y también entiendo que es un delito grave de 2do grado votar en una elección sabiendo que no cumplo con los requisitos necesarios.) (ĐƯỢC HOÀN TẤT BỞI CỬ TRI: Tôi là cử tri đã ghi danh bỏ phiếu tại phân khu chính trị địa phương này và trong phân khu mà tôi cố ý định bỏ phiếu và chưa bỏ phiếu trong cuộc bầu cử này (kể cả đích thân bỏ phiếu hay bỏ phiếu bằng thư). Tôi cư ngụ tại phân khu chính trị địa phương này, tôi hiện toàn không bị kết trọng tội hoặc nếu là người phạm trọng tội, tôi đã hoàn thành hết mọi hình phạt, bao gồm thời hạn tù, ân treo, quản chế, thời kỳ thử thách, hoặc đã được tha. Phân quyết cuối cùng của tòa án không người thi hành án di người mất toàn năng trí óc về mặt tâm thần hay mất một phần năng lực để có thể sử dụng quyền được bỏ phiếu. Tôi hiểu rằng khai man lời tuyên thệ bị kẻ phạm khinh tội, và tôi hiểu rằng nên bỏ phiếu trong một cuộc bầu cử mà tôi biết là mình không hội đủ điều kiện thì đó sẽ là phạm trọng tội cấp độ 2.) 由填寫繕表: 本人為此政治輔區內之合法選民,本人現於試圖投票之此選區內,並未在本次選舉中投票 (親自投票郵寄,並未在本次選舉中投過票 (親自投票或郵寄投票)。本人為此政治轄區之居民,未被最終判決犯有重罪或本人為重罪犯但已服刑期滿,包括監禁、假釋、監管、緩刑均已接受免除或已被赦免。本人從未被遺囑檢驗法庭最終裁定宣判精神全或部分精神失能而無權投票。本人明確瞭解宣誓後提供虛假訊息屬輕罪,亦了解知自己不符合資格的情況下參加選舉中投票為二級重罪。

| Last Name (Apellido) (Họ) (姓) | First Name (Nombre) (Tên) (名) | Middle Name (if any) (Segundo nombre (si tiene)) Tên đệm (nếu có) 中間名 (若有) | Former Name (Nombre anterior) (Tên cũ) (曾用名) |
|---|---|---|---|
| Broach | Whitney | N, | |

Residence Address: Street Address and Apartment Number, City, State, and ZIP. If none, describe where you live (Do not include PO Box, Rural Rt. or business address) (Domicilio: calle y número de apartamento, Ciudad, Estado, y Código Postal. A falta de estos datos, describa la localidad de sus residencia. (No incluya el apartado de correos, camino rural, ni dirección comercial.)) (Địa chỉ cư trú: Tên đường và số Phòng, Thành Phố, Tiểu Bang, và Mã Bưu Điện. Nếu không có, xin diễn tả nơi quý vị cư ngụ (Không được để địa chỉ Hộp Thư, Địa Chỉ Đường Làng hoặc Địa Chỉ Thương Mại.)) 住宅地址: 街名地址和公寓號,市、州和郵寄區號。如果沒有,請詳細說明您住址。(勿列出郵政信箱、鄉村路線或商業地址。)

11314 Ericston, Houston, Texas 77070   mailing address P.O.BOX56143, Houston TX   77256

| Mailing Address: City, State, and ZIP. If mail cannot be delivered to your residence address. (Dirección postal: Ciudad, Estado y Código Postal, si no es posible entregarle correspondencia en su domicilio). (Địa Chỉ Gửi Thư: Thành Phố, Tiểu Bang, và Mã Bưu Điện. Nếu không thể chuyển thư tới địa chỉ cư ngụ của quý vị.) 郵寄地址: 市、州和郵遞區號。如果郵寄無法送達您的住宅地址。 | Gender: (Optional) (Sexo (Optativo)) Giới tính:(Không bắt buộc 性別: (可填寫/不填) | Date of Birth: Month, Day, Year (Fecha de nacimiento: mes, día, año)(Ngày tháng năm sanh: Tháng, Ngày, Năm) 出生日期: 月、日、年 |
|---|---|---|
| P.O. BOX 56143, Houston, TX 77256 | Male ☐  Female ☒ (Hombre)(M) (Mujer)(N)(女) | 06/24/1950 |

| Check appropriate box: Marque el cuadro apropiado: Đánh dấu vào ô thích hợp 在適當方格內勾划: | TX Driver's License or Personal I.D. No. (Issued by TX DPS) Número de su licencia de conducir de Texas o de su Cédula de Identidad expedida por el Departamento de Seguridad Publica de Texas. Số Bằng Lái Xe của tiểu bang Texas hoặc số ID cá nhân (do Bộ An Toàn Lao Động tiểu bang Texas | Social Security No. (last 4 digits required if you do not have a driver's license or I.D. number) Número de Seguro Social. (Si no tiene licencia de conducir ni identificación personal, se requiere los últimos 4 números de su seguro social) Số An Sinh Xã Hội (4 số cuối của số An Sinh Xã Hội cần nếu quý vị không có số bằng lái xe hoặc số ID cá nhân) 社会安全號碼 (如果您沒有駕駛執照或個人身份證號碼,則要求社会安全號碼最後四位數) |
|---|---|---|
| ARE YOU A UNITED STATES CITIZEN? (¿SOY CIUDADANO/A DE LOS ESTADOS UNIDOS?) (QUÝ VỊ CÓ PHẢI LÀ CÔNG DÂN HOA KỲ KHÔNG?) 您是美國公民嗎? ☒Yes (Sí) (Có)(是)  ☐ No (No)(Không)(否) | ☒ I have not been issued a TX driver's license/ personal identification number or ~~Social Security Number.~~ (No me han expedido una licencia de conducir de Texas/Cédula de identidad personal de Texas ni un Número de Seguro Social.) (Tôi chưa hề được cấp bằng lái xe của Texas/số ID cá nhân hoặc số An Sinh Xã Hội.) 我尚未被核發德州駕駛執照或個人身份證號碼或社会安全號碼。 | Signature of Voter: (Firma del Votante / Chữ Ký của Cử Tri) (選民簽名) X  Whitney Broach |

## TO BE COMPLETED BY THE ELECTION JUDGE

| Date of Election Fecha de la Elección Ngày Bầu Cử 選舉日期 | Precinct No. where **voted** Núm. de Precinto-lugar de votación/Phần Khu nơi đã Bầu Cử/投票地點 投票地點 | Home PCT | County Clerk Use ONLY | PCT |
|---|---|---|---|---|
| 11/5/2013 | 484 | 0484 | 0484-9 | |
| | Precinct No. where **registered** Núm. de Precinto-inscrito para votar/Phần Khu nơi đã ghi danh bầu/登記區 登記地點 | CERT/VUID | Voter Registrar Use ONLY | PCT |
| | 484 | 67186759 | | 0484 |

| Type of Election Tipo de Elección Hình Thức Bầu Cử 選舉類型 | Authority Conducting Election Autoridad Administrando la Elección Cơ Quan Thẩm Quyền Tiến Hành Bầu Cử 主持選舉的當局 |
|---|---|
| Joint | Harris County |

## BALLOT CODE: 213198558 ✓

(Write in the Ballot Code, it is found on the Provisional Ballot Stub above the voter's signature area. The Provisional Ballot Stub is generated from the JBC.)

### VOTER PRESENTED ACCEPTABLE FORM OF IDENTIFICATION

☐ YES     ☒ NO

1. ✓ Failed to present acceptable form of identification or certificate with exemption.

2. ___ Voter not on list of registered voters.

3. ___ Voter not on list, registered in another precinct.

4. ___ Voter on list of people who voted early by mail, and voter has not cancelled mail ballot application.

5. ___ Voting after 7:00 P.M. due to court order.

## TO BE COMPLETED BY THE COUNTY VOTER REGISTRAR FOR STATUS:

I, the voter registrar/deputy registrar, did research the records of my office and the following conclusion(s) was made:

### FOR VOTERS WHO DID NOT PRESENT ACCEPTABLE PHOTO IDENTIFICATION AT THE POLLING PLACE

1. ___ Voter presented acceptable form of identification within 6 days of election day.

2. ___ Voter met disability exemption within 6 days of election day.

3. ___ Voter executed religious objection affidavit within 6 days of election day.

4. ___ Voter executed natural disaster affidavit within 6 days of election day.

5. ✓ Voter did not satisfy identification or affidavit requirements, listed in categories 1-4 above, within 6 days of election day.

### FOR VOTERS WHO VOTED PROVISIONALLY FOR OTHER REASONS

6. ___ Not a registered voter or registration not effective in time for this election.

7. ___ Registered to vote, erroneously listed in wrong precinct.

8. ___ Registered to vote in a different precinct within the county.

9. ___ Information on file indicating applicant completed a voter registration

PR



# Affidavit of Provisional Voter

### Declaración Jurada de Votante Provisional / Bản Chứng Thệ Của Cử Tri Tạm Thời / 臨時選民具結書

311060008

TO BE COMPLETED BY VOTER: I am a registered voter of this political subdivision and in the precinct in which I'm attempting to vote and have not already voted in this election (either in person or by mail). I am a resident of this political subdivision, have not been finally convicted of a felony or if a felon, I have completed all of my punishment including any term of incarceration, parole, supervision, period of probation, or I have been pardoned. I have not been determined by a final judgment of a court exercising probate jurisdiction to be totally mentally incapacitated or partially mentally incapacitated without the right to vote. I understand that giving false information under oath is a misdemeanor, and I understand that it is a felony of the 2nd degree to vote an application for a ballot which I know I am not eligible.

(PARA QUE EL VOTANTE LO LLENE: Estoy inscrito como votante en esta subdivisión política y en el precinto en cual estoy intestando a votar y aun no he votado en esta elección (en persona o por correo). Soy residente de esta subdivisión política, no he sido definitivamente declarado culpable de un delito grave o si soy el autor de un delito grave, he cumplido toda mi condena inclusive el periodo de encarcelamiento, la libertad condicional, la libertad supervisada, la libertad vigilada, o he sido indultado. No me han determinado por un juicio final de una corte de la legalización de un testamento, ser totalmente incapacitado mentalmente o parcialmente sin el derecho de votar. Entiendo que dar información falsa bajo juramento es un delito menor y también entiendo que es un delito grave de 2do grado votar en una elección sabiendo que no cumplo con los requisitos necesarios.) (ĐƯỢC HOÀN TẤT BỞI CỬ TRI: Tôi là cử tri đã ghi danh bỏ phiếu tại phân khu chính trị địa phương này và trong phân khu mà tôi cố ý định bỏ phiếu và chưa bỏ phiếu trong cuộc bầu cử này (kể cả đích thân bỏ phiếu hay bỏ phiếu bằng thư). Tôi cư ngụ tại phân khu chính trị địa phương này, tôi hoàn toàn không bị kết trọng tội hoặc nếu là người phạm trọng tội, tôi đã hoàn tất tất cả hình phạt, bao gồm thời hạn tù, ân trú, quản chế, thời kỳ thử thách, hoặc đã được tha. Phán quyết cuối cùng của tòa án không tuyên bố tôi là người mất hoàn toàn năng lực về mặt tâm thần hay mất một phần năng lực về mặt tâm thần không có quyền bầu cử. Tôi hiểu rằng khai man khi tuyên thệ là tội phạm khinh tội, và tôi hiểu rằng nộp bỏ phiếu trong một cuộc bầu cử mà tôi biết là mình không đủ điều kiện bỏ phiếu là một trọng tội cấp thứ 2.) 由這裡政治分區之居民，我於嘗試投票的選區與此政治分區並没有已經投過票（不論親自投票或邮寄投票）。本人為該政治分區之此次居民，並没有被判重罪或如被判重罪本人已服完監禁刑期、假釋、監管、緩刑期滿，或已得到赦免。本人並不曾由一有遗囑裁判權之法庭依最终裁决，判定為完全心智失常或部分喪失之心智失常且無投票權。本人了解宣誓下提供假資料是輕罪，且了解在明知自己不符合資格的情况下在一選舉中投票乃二級重罪。

| Last Name (Apellido) (Họ) (姓) | First Name (Nombre) (Tên) (名) | Middle Name (if any) (Segundo nombre (si tiene) Tên đệm (nếu có) 中間名 (若有) | Former Name (Nombre anterior) (Tên cũ) (曾用名) |
|---|---|---|---|
| Wilcox | Rosalie | | |

**Residence Address:** Street Address and Apartment Number, City, State, and ZIP. If none, describe where you live (Do not include PO Box, Rural Rt. or business address) (Domicilio: calle y número de apartamento, Ciudad, Estado, y Código Postal. A falta de estos datos, describa la localidad de su residencia. (No incluya el apartado de correos, camino rural, ni dirección comercial.)) (Địa chỉ cư trú: Tên đường và số Phòng, Thành Phố, Tiểu Bang, và Mã Bưu Điện. Nếu không có, xin diễn tả nơi quý vị cư ngụ (Không được để địa chỉ Hộp Thư, Địa Chỉ Đường Làng hoặc Địa Chỉ Thương Mại) 居住地址：街名地址和公寓號、市、州和郵寄區號。如果沒有，請詳細說明居住地址（請勿用郵政信箱號碼、鄉村路段或商業地址）

1321 Park Bayou A301 B316

| Mailing Address: City, State, and ZIP. If mail cannot be delivered to your residence address. (Dirección postal: Ciudad, Estado y Código Postal. si no es posible entregarle correspondencia en su domicilio). (Địa Chỉ Gửi Thư; Thành Phố, Tiểu Bang, và Mã Bưu Điện. Nếu không thể chuyển thư tới địa chỉ cư ngụ của quý vị.) 郵寄地址：市、州和郵寄區號。如果郵寄無法送達到的居住地址。 | Gender: (Optional) (Sexo (Optativo) Giới tính:(Không bắt buộc 性別：(可選擇或不填) | Date of Birth: Month, Day, Year (Fecha de nacimiento: mes, día, año)(Ngày tháng năm sanh: Tháng, Ngày, Năm) 出生日期：月、日、年 |
|---|---|---|
| | Male ☐ Female ☑ (Hombre)(M)(男) (Mujer)(F)(女) | 05/04/1925 |

| Check appropriate box: Marque el cuadro apropiado: Đánh dấu vào ô thích hợp 在適當方格内打勾: | TX Driver's License No. or Personal I.D. No. (Issued by TX DPS) Número de su licencia de conducir de Texas o de Cédula de Identidad expedida por el Departamento de Seguridad Publica de Texas. Số Bằng Lái Xe của tiểu bang Texas hoặc số ID cá nhân (do Bộ An Toàn Lao Động tiểu bang Texas | Social Security No. (last 4 digits required if you do not have a driver's license or I.D. number) Número de Seguro Social. (Si no tiene licencia de conducir ni identificación personal, se requiere los últimos 4 números de su seguro social) Số An Sinh Xã Hội (4 số cuối của số An Sinh Xã Hội cần phải có nếu quý vị không có số bằng lái xe hoặc số ID cá nhân) 社會安全號碼 (如果您沒有駕駛執照或個人身份證號碼，請提供社安卡最後4個數字) |
|---|---|---|
| ARE YOU A UNITED STATES CITIZEN? (¿SOY CIUDADANO/A DE LOS ESTADOS UNIDOS?) (QUÝ VỊ CÓ PHẢI LÀ CÔNG DÂN HOA KỲ KHÔNG?) 您是美國公民嗎？ ☑ Yes ☐ No (Si)( Có)(是) (No)(Không)(否) | ☐ I have not been issued a TX driver's license/ personal identification number or Social Security Number. (No me han expedido una licencia de conducir de Texas/Cedula de identidad personal de Texas ni un Número de Seguro Social.) (Tôi chưa hề được cấp bằng lái xe của Texas/số ID cá nhân hoặc số An Sinh Xã Hội.) 我沒有獲得德州駕駛執照/個人身份證號碼或社安卡號碼. | Signature of Voter. (Firma del Votante ) (Chữ ký của Cử tri)(選民簽名) X Rosalie S. Wilcox |

### TO BE COMPLETED BY THE ELECTION JUDGE

| Date of Election Fecha de la Elección Ngày Bầu Cử 選舉日期 | Precinct No. where voted Núm. de Precinto-lugar de votación/Phân Khu nơi đã Bầu Cử Số/選區編號、投票地點 | 461 | Home PCT | County Clerk Use ONLY | PCT |
|---|---|---|---|---|---|
| 11/5/13 | Precinct No. where registered Núm. de Precinto-inscrito para votar/Phân Khu nơi đã ghi danh số/選區編號、登記地點 | 461 | 0461 | 0461-39 | |
| | | | CERT/VUID | Voter Registrar Use ONLY | PCT |
| Type of Election Tipo de Elección Hình Thức Bầu Cử 選舉類型 Joint | Authority Conducting Election Autoridad Administrando la Elección Cơ Quan Thẩm Quyền Tiến Hành Bầu Cử 主持選舉的機構 Harris Cty | | 2514370 | | 0461 |

## BALLOT CODE: 2 1 4 5 7 4 0 1 9

(Write in the Ballot Code, it is found on the Provisional Ballot Stub above the voter's signature area. The Provisional Ballot Stub is generated from the JBC.)

### VOTER PRESENTED ACCEPTABLE FORM OF IDENTIFICATION

☐ YES     ☑ NO

1. ✓ Failed to present acceptable form of identification or voter certificate with exemption. *expired 5/4/13*

2. _____ Voter not on list of registered voters.

3. _____ Voter not on list, registered in another precinct.

4. _____ Voter on list of people who voted early by mail, and voter has not cancelled mail ballot application.

5. _____ Voting after 7:00 P.M. due to court order.

### TO BE COMPLETED BY THE COUNTY VOTER REGISTRAR FOR STATUS:

I, the voter registrar/deputy registrar, did research the records of my office and the following conclusion(s) was made:

#### FOR VOTERS WHO DID NOT PRESENT ACCEPTABLE PHOTO IDENTIFICATION AT THE POLLING PLACE

1. _____ Voter presented acceptable form of identification within 6 days of election day.

2. _____ Voter met disability exemption within 6 days of election day.

3. _____ Voter executed religious objection affidavit within 6 days of election day.

4. _____ Voter executed natural disaster affidavit within 6 days of election day.

5. ✓ Voter did not satisfy identification or affidavit requirements, listed in categories 1-4 above, within 6 days of election day.

#### FOR VOTERS WHO VOTED PROVISIONALLY FOR OTHER REASONS

6. _____ Not a registered voter or registration not effective in time for this election.

7. _____ Registered to vote, erroneously listed in wrong precinct.

8. _____ Registered to vote in a different precinct within the county.

9. _____ Information on file indicating applicant completed a voter registration

fdc



## Affidavit of Provisional Voter

Declaración Jurada de Votante Provisional / Bản Chứng Thệ Của Cử Tri Tạm Thời / 臨時選民具結書

311060026

TO BE COMPLETED BY VOTER: I am a registered voter of this political subdivision and in the precinct in which I'm attempting to vote and have not already voted in this election (either in person or by mail). I am a resident of this political subdivision, have not been finally convicted of a felony or if a felon, I have completed all of my punishment including any term of incarceration, parole, supervision, period of probation, or I have been pardoned. I have not been determined by a final judgment of a court exercising probate jurisdiction to be totally mentally incapacitated or partially mentally incapacitated without the right to vote. I understand that giving false information under oath is a misdemeanor, and I understand that it is a felony of the 2nd degree to vote in an election for which I know I am not eligible.

(PARA QUE EL VOTANTE LO LLENE: Estoy inscrito como votante en esta subdivisión política y en esta subdivisión política y en el precinto en cual estoy intentando a votar y aun no he votado en esta elección (en persona o por correo). Soy residente de esta subdivisión política, no he sido definitivamente declarado culpable de un delito grave o si soy el autor de un delito grave, he cumplido toda mi condena inclusive el periodo de encarcelamiento, la libertad condicional, la libertad supervisada, la libertad vigilada, o he sido indultado. No se han determinado por un juicio final de una corte de la legalización de un testamento, ser totalmente incapacitado mentalmente o parcialmente incapacitado sin el derecho de votar. Entiendo que dar información falsa/bajo juramento es un delito menor y también entiendo que es un delito grave de 2do grado votar en una elección sabiendo que no cumplo con los requisitos necesarios.) (ĐƯỢC HOÀN TẤT BỞI CỬ TRI: Tôi là cử tri đã ghi danh bỏ phiếu tại phân khu chính trị địa phương này và trong phân khu mà tôi cố ý định bỏ phiếu và chưa bỏ phiếu trong cuộc bầu cử này (kể cả đích thân bỏ phiếu hay bỏ phiếu bằng thư). Tôi cư ngụ tại phân khu chính trị địa phương này, tôi hoàn toàn không bị kết trọng tội hoặc nếu là người phạm trọng tội, tôi đã hoàn thành hết mọi hình phạt, bao gồm thời hạn tù, ân trao, quản chế, thời kỳ thử thách, hoặc đã được tha. Phán quyết cuối cùng của tòa án không quyền hề thừa tố là người mất hoàn toàn năng lực về trí óc hoặc một phần năng lực về trí óc không có quyền được bỏ phiếu. Tôi hiểu rằng khai man tài liệu về lý phạm khinh tội, và tôi hiểu rằng nếu tôi phiếu trong một cuộc bầu cử mà tôi biết là mình không hội đủ điều kiện, tôi sẽ bị coi là phạm trọng tội cấp độ 2.) 由選民填寫：本人為此政治區的已登記選民，在本人意欲投票的選區內且在這次選舉中投票 (親自或郵寄投票) 。本人為此政治區的居民,未在此次選舉中未曾 (本人為此政治區居民，並無曾被最終判罪是犯過重罪或者本人曾是重罪犯已服完全部刑罰，包括監禁、假釋、監管、緩刑期或已獲赦免，亦未經遺囑認證的法庭最終裁定為完全喪失行為能力人士或部分喪失行為能力而無選舉權。本人明白在宣誓下提供假資料構成輕罪，並了解明知本人沒有資格卻在選舉中投票乃二級重罪。

| Last Name (Apellido) (Họ) (姓) | First Name (Nombre) (Tên) (名) | | Middle Name (if any) (Segundo nombre (si tiene) Tên đệm (nếu có) (中間名) (若有) | Former Name (Nombre anterior) (Tên cũ) (曾用名) |
|---|---|---|---|---|
| Wallace | Julia | | Coats | |

Residence Address: Street Address and Apartment Number, City, State, and ZIP. If none, describe where you live (Do not include PO Box, Rural Rt. or business address) (Domicilio: calle y número de apartamento, Ciudad, Estado, y Código Postal. A falta de estos datos, describa la localidad de su vivienda. (No incluya el apartado de correos, camino rural, ni dirección comercial.)) (Địa chỉ cư trú: Tên đường và số Phòng, Thành Phố, Tiểu Bang, và Mã Bưu Điện. Nếu không có, xin diễn tả nơi quý vị cư ngụ (Không được để địa chỉ Hộp Thư, Địa Chỉ Đường Làng hoặc Địa Chỉ Thương Mại) 居住地址： 街道地址和公寓號，市，州和郵寄區號。如果沒有，請詳細說明居住地點（勿包括郵箱地址郵政信箱地址、鄉村路線或商業地址。)

1321 Park Bayou H114

| Mailing Address: City, State, and ZIP. If mail cannot be delivered to your residence address. (Dirección postal: Ciudad, Estado y Código Postal. si no es posible entregarle correspondencia en su domicilio). (Địa Chỉ Gửi Thư: Thành Phố, Tiểu Bang, và Mã Bưu Điện. Nếu không thể chuyển thư tới địa chỉ cư ngụ của quý vị.) 郵寄地址：市，州和郵寄區號。如果郵寄無法遞送至您的居住地址。 | Gender: (Optional) (Sexo (Optativo) Giới tính-(Không bắt buộc) 性別 (可供選不填) Male ☐   Female ☑ (Hombre)(Nam)(男)   (Mujer)( Nữ)(女) | Date of Birth: Month, Day, Year (Fecha de nacimiento: mes, día, año)(Ngày tháng năm sanh: Tháng, Ngày, Năm) 出生日期：月，日，年 08 19 1986 |
|---|---|---|

| Check appropriate box: Marque el cuadro apropiado: Đánh dấu vào ô thích hợp 在適當方格作勾記號 ARE YOU A UNITED STATES CITIZEN? (¿SOY CIUDADANO/A DE LOS ESTADOS UNIDOS?) (QUÝ VỊ CÓ PHẢI LÀ CÔNG DÂN HOA KỲ KHÔNG?) 您是美國公民嗎？ ☑ Yes   ☐ No (Sí)( Có)(是)   (No)(Không)(否) | TX Driver's License No. or Personal I.D. No. (Issued by TX DPS) Número de su licencia de conducir de Texas o de su Cédula de Identidad expedida por el Departamento de Seguridad Pública de Texas). Số Bằng Lái Xe của tiểu bang Texas hoặc số ID cá nhân (do Bộ An Toàn Lao Động tiểu bang Texas 德州駕駛執照號或個人身份證號碼,認提供社安卡最後 ☐ I have not been issued a TX driver's license/ personal identification number or Social Security Number. (No me han expedido una licencia de conducir de Texas/Cédula de identidad personal de Texas ni un Número de Seguro Social.) ( Tôi chưa hề được cấp bằng lái xe của Texas/số ID cá nhân hoặc số An Sinh Xã Hội.) 我沒有 TX 駕駛執照號碼/個人身份證號碼或社會安全號碼。 | Social Security No. (last 4 digits required if you do not have a driver's license or I.D. number) Número de su licencia de conducir ni identificación personal, se requiere los últimos 4 números de su seguro social) Số An Sinh Xã Hội (4 số cuối của số An Sinh Xã Hội cần phải có nếu quý vị không có số bằng lái xe hoặc số ID cá nhân) 社會安全號碼 (如果您沒有駕駛執照或個人身份證號碼，認提供社安卡最後 signature of voter. (Firma del votante.) (Chữ ký của Cử tri)(選民簽名) X |
|---|---|---|

## TO BE COMPLETED BY THE ELECTION JUDGE

| Date of Election Fecha de la Elección Ngày Bầu Cử 選舉日期 11/5/13 | Precinct No. where voted 461 Núm. de Precinto-lugar de votación/Phần Khu nơi đã Bầu Cử Số/選區編號. 投票地點 Precinct No. where registered 461 Núm. de Precinto-inscrito para votar/Phần Khu nơi đã ghi danh bỏ/選區編號. 登記地點 |
|---|---|
| Type of Election Tipo de Elección Hình Thức Bầu Cử 選舉類型 Joint | Authority Conducting Election Autoridad Administrando la Elección Cơ Quan Thẩm Quyền Tiến Hành Bầu Cử 主持選舉機構 Harris Cty |

## BALLOT CODE: 2145 6844 L

(Write in the Ballot Code, it is found on the Provisional Ballot Stub above the voter's signature area. The Provisional Ballot Stub is generated from the JBC.)

## VOTER PRESENTED ACCEPTABLE FORM OF IDENTIFICATION

☐ YES          ☑ NO

1. ✓  Failed to present acceptable form of identification or voter certificate with exemption.

2. ___  Voter not on list of registered voters.

3. ___  Voter on list, registered in another precinct.

4. ___  Voter on list of people who voted early by mail, and voter has not cancelled ballot application.

5. ___  Voting after 7:00 P.M. due to court order.

| Home PCT 0461 | County Clerk Use ONLY | PCT 0461-39 |
|---|---|---|
| CERT/VUID 0101 0214 | Voter Registrar Use ONLY | PCT 0461 |

## TO BE COMPLETED BY THE COUNTY VOTER REGISTRAR FOR STATUS:

I, the voter registrar/deputy registrar, did research the records of my office and the following conclusion(s) was made:

### FOR VOTERS WHO DID NOT PRESENT ACCEPTABLE PHOTO IDENTIFICATION AT THE POLLING PLACE

1. ___  Voter presented acceptable form of identification within 6 days of election day.

2. ___  Voter met disability exemption within 6 days of election day.

3. ___  Voter executed religious objection affidavit within 6 days of election day.

4. ___  Voter executed natural disaster affidavit within 6 days of election day.

5. ✓  Voter did not satisfy identification or affidavit requirements, listed in categories 1-4 above, within 6 days of election day.

### FOR VOTERS WHO VOTED PROVISIONALLY FOR OTHER REASONS

6. ___  Not a registered voter or registration not effective in time for this election.

7. ___  Registered to vote, erroneously listed in wrong precinct.

8. ___  Registered to vote in a different precinct within the county.

9. ___  Information on file indicating applicant completed a voter registration

pdc



311060035

# Affidavit of Provisional Voter

Declaración Jurada de Votante Provisional / Bản Chứng Thệ Của Cử Tri Tạm Thời / 臨時選民具結書

TO BE COMPLETED BY VOTER: I am a registered voter of this political subdivision and in the precinct in which I'm attempting to vote and have not already voted in this election (either in person or by mail). I am a resident of this political subdivision, have not been finally convicted of a felony or if a felon, I have completed all of my punishment including any term of incarceration, parole, supervision, period of probation, or I have been pardoned. I have not been determined by a final judgment of a court exercising probate jurisdiction to be totally mentally incapacitated or partially mentally incapacitated without the right to vote. I understand that giving false information under oath is a misdemeanor, and I understand that it is a felony of the 2nd degree to vote in an election for which I know I am not eligible.

(PARA QUE EL VOTANTE LO LLENE: ...)

| Last Name (Apellido) (Họ) (姓) | First Name (Nombre) (Tên) (名) | Middle Name (if any) Segundo nombre (si tiene) Tên đệm (nếu có) 中間名 (若有) | Former Name (Nombre anterior) (Tên cũ) (曾用名) |
|---|---|---|---|
| Churchfield | Barbara | | |

**Residence Address:** 1321 Park Bayou A313, Houston 77077

**Mailing Address:** 

| Gender: (Optional) | Date of Birth: |
|---|---|
| Male ☐ Female ☑ | 08/05/1931 |

**ARE YOU A UNITED STATES CITIZEN?** ☑ Yes ☐ No

☐ I have not been issued a TX driver's license/personal identification number or Social Security Number.

Signature of Voter: X Barbara F. Churchfield

## TO BE COMPLETED BY THE ELECTION JUDGE

Date of Election: 11/5/13

Precinct No. where voted: 461

Precinct No. where registered: 

Type of Election: Joint

Authority Conducting Election: Harris Cty

Home PCT: 0461

PCT: 0461-39

CERT/VUID: 71957377 (PSV)

PCT: 0461

## BALLOT CODE: 2145668902

(Write in the Ballot Code...)

## VOTER PRESENTED ACCEPTABLE FORM OF IDENTIFICATION

☐ YES ☑ NO

1. ✓ Failed to present acceptable form of identification or voter certificate with exemption.
2. ✓ Voter not on list of registered voters.
3. ___ Voter not on list, registered in another precinct.
4. ___ Voter on list of people who voted early by mail, and voter has not cancelled mail ballot application.
5. ___ Voting after 7:00 P.M. due to court order.

## TO BE COMPLETED BY THE COUNTY VOTER REGISTRAR FOR STATUS:

I, the voter registrar/deputy registrar, did research the records of my office and the following conclusion(s) was made:

FOR VOTERS WHO DID NOT PRESENT ACCEPTABLE PHOTO IDENTIFICATION AT THE POLLING PLACE

1. ___ Voter presented acceptable form of identification within 6 days of election day.
2. ___ Voter met disability exemption within 6 days of election day.
3. ___ Voter executed religious objection affidavit within 6 days of election day.
4. ___ Voter executed natural disaster affidavit within 6 days of election day.
5. ✓ Voter did not satisfy identification or affidavit requirements, listed in categories 1-4 above, within 6 days of election day.

FOR VOTERS WHO VOTED PROVISIONALLY FOR OTHER REASONS

6. ✓ Not a registered voter or registration not effective in time for this election.
7. ___ Registered to vote, erroneously listed in wrong precinct.
8. ___ Registered to vote in a different precinct within the county.
9. ___ Information on file indicating applicant completed a voter registration

PR



311094518

# Affidavit of Provisional Voter

## Declaración Jurada de Votante Provisional / Bản Chứng Thệ Của Cử Tri Tạm Thời / 臨時選民具結書

TO BE COMPLETED BY VOTER: I am a registered voter of this political subdivision and in the precinct in which I'm attempting to vote and have not already voted in this election (either in person or by mail). I am a resident of this political subdivision, have not been finally convicted of a felony or if a felon, I have completed all of my punishment including any term of incarceration, parole, supervision, period of probation, or I have been pardoned. I have not been determined by a final judgment of a court exercising probate jurisdiction to be totally mentally incapacitated or partially mentally incapacitated without the right to vote. I understand that giving false information under oath is a misdemeanor, and I understand that it is a felony of the 2nd degree to vote in an election for which I know I am not eligible.

(PARA QUE EL VOTANTE LO LLENE: Estoy inscrito como votante en esta subdivisión política y en el precinto en cual estoy intentando a votar y aun no he votado en esta elección (en persona o por correo). Soy residente de esta subdivisión política, no he sido definitivamente declarado culpable de un delito grave o si soy el autor de un delito grave, he cumplido toda mi condena incluisive el periodo de encarcelamiento, la libertad condicional, la libertad supervisada, la libertad vigilada, o he sido indultado. No me han determinado por un juicio final de un corte de la legalización de un testamento, ser totalmente incapacitado mentalmente o parcialmente incapacitado sin el derecho de votar. Entiendo que dar información falsa bajo juramento es un delito menor y también entiendo que es un delito grave de 2do grado votar en una elección sabiendo que no cumplo con los requisitos necesarios.) (DUƠC HOÀN TẤT BỞI CỬ TRI: Tôi là cử tri đã gửi danh bộ phiếu tại phân khu chính trị địa phương này và trong phân khu mà tôi cố ý định bỏ phiếu và chưa bỏ phiếu trong cuộc bầu cử này (kể cả đích thân hay bỏ phiếu bằng thư). Tôi cư ngụ tại phân khu chính trị địa phương này, tôi hoàn toàn không bị kết trọng tội hoặc nếu là người phạm trọng tội, tôi đã hoàn thành hết mọi hình phạt, bao gồm thời hạn tù, án treo, quản chế, thời kỳ thử thách, hoặc đã được tha. Phán quyết cuối cùng của tòa án không tuyên bố rằng tôi là người mất hoàn toàn năng lực về mặt tâm thần hay mất một phần năng lực về mặt tâm thần mà không có quyền được bỏ phiếu. Tôi hiểu rằng khai man khi tuyên thệ là bị phạm khinh tội, và tôi hiểu rằng nếu tôi phạm trọng tội cuộc bầu cử mà tôi biết là mình không đủ điều kiện, tôi sẽ bị coi là phạm trọng tội cấp độ 2.) 由選民填寫: 本人為此政治轄區內之合法選民, 本人현居住此未在此次選舉中投票 (既自投郵寄投票). 本人為此政治轄區內之居民, 從未被判重罪或如犯重罪, 我已服完所有刑罰, 包括坐牢期間, 假釋, 監管, 觀察, 緩刑期, 或被赦免. 本人從未被法庭驗證過遺囑法律程序宣告本人完全喪失投票資格或部份喪失投票資格, 並了解在明知自己不符合資格的情況下在選舉中投票為二級罪犯.

| Last Name (Apellido) (Họ) (姓) | First Name (Nombre) (Tên) (名) | Middle Name (if any) (Segundo nombre (si tiene) Tên đệm (nếu có) 中間名 (若有) | Former Name (Nombre anterior) (Tên cũ) (曾用名) |
|---|---|---|---|
| Edwards | MAmie | ELiZA | Donnell |

| Residence Address: Street Address and Apartment Number, City, State, and ZIP. If none, describe where you live (Do not include PO Box, Rural Rt. or business address) (Domicilio: calle y número de apartamento, Ciudad, Estado, y Código Postal: A falta de estos datos, describa la localidad de su residencia. (No incluya el apartado de correos, camino rural, ni dirección comercial.)) (Địa chỉ cư trú: Tên đường và số Phòng, Thành Phố, Tiểu Bang, và Mã Bưu Điện. Nếu không có, xin diễn tả nơi quý vị cư ngụ (Không được để địa chỉ Hộp Thư, Địa Chỉ Đường Làng hoặc Địa Chỉ Thương Mại) 居住地址: 街名地址和公寓號, 市, 州和郵寄區號, 如果沒有, 請詳細說明您的居住地點 (勿列用郵局信箱號碼, 郊外路線或商業商業地址) |
|---|
| 1502 Peach Rd #63  Houston,Tx  77055 |

| Mailing Address: City, State, and ZIP. If mail cannot be delivered to your residence address. (Dirección postal: Ciudad, Estado y Código Postal, si no es posible entregarle correspondencia en su domicilio). (Địa Chỉ Gửi Thư: Thành Phố, Tiểu Bang, và Mã Bưu Điện. Nếu không thể chuyển thư tới địa chỉ cư ngụ của quý vị.) 郵寄地址: 市, 州和郵遞區號, 如果郵寄無法送達您的居住地址. | Gender: (Optional) (Sexo (Optativo)) Giới tính:(Không bắt buộc 性別: (可填或不填) | Date of Birth: Month, Day, Year (Fecha de nacimiento: mes, día, año)(Ngày tháng năm sanh: Tháng, Ngày, Năm) 出生日期: 月, 日, 年 |
|---|---|---|
| SAMe | Male ☐   Female ☑ (Hombre)(Nam)(男)   (Mujer)( Nữ)(女) | 0812811973 |

| Check appropriate box: Marque el cuadro apropiado: Đánh dấu vào ô thích hợp trong ô tương đương: 在適當方格內劃勾: | TX Driver's License No. or Personal I.D. No. (Issued by TX DPS) Número de su licencia de conducir de Texas o su Cédula de Identidad expedida por el Departamento de Seguridad Publica de Texas). Số Bằng Lái Xe của tiểu bang Texas hoặc số ID cá nhân (do Bộ An Toàn Lao Động tiểu bang Texas | Social Security No. (last 4 digits required if you do not have a driver's license or I.D. number) Número de Seguro Social. (Si no tiene licencia de conducir ni identificación personal, se requiere los últimos 4 números de su seguro social) Số An Sinh Xã Hội (4 số cuối của số An Sinh Xã Hội cần phải có nếu quý vị không có số bằng lái xe hoặc số ID cá nhân) 社會安全號碼 (如果你沒有駕駛執照或個人身份證號碼, 需提供社會安全號碼後四位數) |
|---|---|---|
| ARE YOU A UNITED STATES CITIZEN? (¿SOY CIUDADANO/A DE LOS ESTADOS UNIDOS?) (QUÝ VỊ CÓ PHẢI LÀ CÔNG DÂN HOA KỲ KHÔNG?) 您是美國公民嗎? ☑ Yes ☐ No (Sí)( Có)(是)   (No)(Không)(否) | ☐ I have not been issued a TX driver's license/ personal identification number or Social Security Number. (No me han expedido una licencia de conducir de Texas/Cédula de identidad personal de Texas ni un Número de Seguro Social.) ( Tôi chưa hề được cấp bằng lái xe của Texas/số ID cá nhân hoặc số An Sinh Xã Hội.) 我沒有 TX 駕駛執照號碼/個人身份證號碼或社會安全號碼. | |

| Signature of Voter: (Firma del Votante ) (Chữ Ký của Cử Tri) (選民簽名) |
|---|
| X Mamie Edwards |

## TO BE COMPLETED BY THE ELECTION JUDGE

| Date of Election Fecha de la Elección Ngày Bầu Cử 選舉日期 | Precinct No. where voted Núm. de Precinto-lugar de votación/Phân Khu nơi đã Bầu Cử Số/選區編號. 投票地點 |
|---|---|
| 11·5·13 | 0694-0871 |

| | Precinct No. where registered Núm. de Precinto-inscrito para votar/Phân Khu nơi đã ghi danh số/選區編號. 登記地點 |
|---|---|
| | 0577 |

| Type of Election Tipo de Elección Hình Thức Bầu Cử 選舉類型 | Authority Conducting Election Autoridad Administrando la Elección Cơ Quan Thẩm Quyền Tiến Hành Bầu Cử 主持選舉機構 |
|---|---|
| JOINT | |

## BALLOT CODE: 2 0 6 3 9 2 2 3 8

(Write in the Ballot Code, it is found on the Provisional Ballot Stub above the voter's signature area. The Provisional Ballot Stub is generated from the JBC.)

### VOTER PRESENTED ACCEPTABLE FORM OF IDENTIFICATION

☐ YES   ☑ NO

1. ✓ Failed to present acceptable form of identification or voter certificate with exemption.

2. ____ Voter not on list of registered voters.

3. ____ Voter not on list, registered in another precinct.

4. ____ Voter on list of people who voted early by mail, and voter has not cancelled mail ballot application.

5. ____ Voting after 7:00 P.M. due to court order.

| Home PCT | County Clerk Use ONLY | PCT |
|---|---|---|
| 0694 | | 0694-22 |

| CERT/VUID | Voter Registrar Use ONLY | PCT |
|---|---|---|
| 7181971 | | 0694 |

## TO BE COMPLETED BY THE COUNTY VOTER REGISTRAR FOR STATUS:

I, the voter registrar/deputy registrar, did research the records of my office and the following conclusion(s) was made:

### FOR VOTERS WHO DID NOT PRESENT ACCEPTABLE PHOTO IDENTIFICATION AT THE POLLING PLACE

1. ____ Voter presented acceptable form of identification within 6 days of election day.

2. ____ Voter met disability exemption within 6 days of election day.

3. ____ Voter executed religious objection affidavit within 6 days of election day.

4. ____ Voter executed natural disaster affidavit within 6 days of election day.

5. ✓ Voter did not satisfy identification or affidavit requirements, listed in categories 1-4 above, within 6 days of election day.

### FOR VOTERS WHO VOTED PROVISIONALLY FOR OTHER REASONS

6. ____ Not a registered voter or registration not effective in time for this election.

7. ____ Registered to vote, erroneously listed in wrong precinct.

8. ____ Registered to vote in a different precinct within the county.

9. ____ Information on file indicating applicant completed a voter registration

PR

JAM

311473009

## Affidavit of Provisional Voter

Declaración Jurada de Votante Provisional / Bản Chứng Thệ Của Cử Tri Tạm Thời / 臨時選民具結書

TO BE COMPLETED BY VOTER: I am a registered voter of this political subdivision and in the precinct in which I'm attempting to vote and have not already voted in this election (either in person or by mail). I am a resident of this political subdivision, have not been finally convicted of a felony or if a felon, I have completed all of my punishment including any term of incarceration, parole, supervision, period of probation, or I have been pardoned. I have not been determined by a final judgment of a court exercising probate jurisdiction to be totally mentally incapacitated or partially mentally incapacitated without the right to vote. I understand that giving false information under oath is a misdemeanor, and I understand that it is a felony of the 2nd degree to vote in an election for which I know I am not eligible.

(PARA QUE EL VOTANTE LO LLENE: Estoy inscrito como votante en esta subdivisión política y en el precinto en cual estoy intentando a votar y aun no he votado en esta elección (en persona o por correo). Soy residente de esta subdivisión política, no he sido definitivamente declarado culpable de un delito grave o si soy el autor de un delito grave, he cumplido toda mi condena inclusive el período de encarcelamiento, la libertad condicional, la libertad supervisada, la libertad vigilada, o he sido indultado. No me han determinado por un juicio final de una corte de la legalización de un testamento, ser totalmente incapacitado mentalmente o parcialmente incapacitado sin el derecho de votar. Entiendo que dar información falsa bajo juramento es un delito menor y también entiendo que es un delito grave de 2do grado votar en una elección sabiendo que no cumplo con los requisitos necesarios.) (ĐƯỢC HOÀN TẤT BỞI CỬ TRI: Tôi là cử tri đã ghi danh bỏ phiếu tại phần khu chính trị địa phương này và trong phần khu mà tôi cố ý định bỏ phiếu và chưa bỏ phiếu trong cuộc bầu cử này (kế cả đích thân bỏ phiếu hay bỏ phiếu bằng thư). Tôi cư ngụ tại phần khu chính trị địa phương này, tôi hoàn toàn không bị kết trọng tội hoặc nếu là người phạm trọng tội, tôi đã hoàn thành hết mọi hình phạt, bao gồm thời hạn tù, ân treo, quản chế, thời kỳ thử thách, hoặc đã được tha. Phần quyết cuối cùng của tòa án không huyền bổ rằng tôi là người mất hoàn toàn năng lực về mặt tâm thần hay mất phần năng lực đối với các quyền được bỏ phiếu. Tôi hiểu rằng khai man khi tuyên thể sẽ bị phạm khinh tội, và tôi hiểu rằng nếu bỏ phiếu trong một cuộc bầu cử mà tôi biết là mình không hội đủ điều kiện, tôi sẽ bị coi là phạm trọng tội cấp độ 2.) (由選民填寫: 本人為此政治轄區內之合法選民, 本人有登記且尚未在此次選舉中投票 (親自或郵寄投票) 。本人為此政治轄區之居民, 從未因重罪定罪或如屬重罪犯, 則本人監禁期、假釋、監管、緩刑期已服滿或本人已被赦免。本人並未被遺囑檢驗法庭做終審定認為完全或部份喪失心智而無權投票。本人明確聲明提供不實資訊為輕罪, 並了解明知不合格資格時仍於選舉中投票為二級重罪。

| Last Name (Apellido) (Họ) (姓) | First Name (Nombre) (Tên) (名) | Middle Name (if any) (Segundo nombre (si tiene) Tên đệm (nếu có) 中間名 (若有) | Former Name (Nombre anterior) (Tên cũ) (曾用名) |
|---|---|---|---|
| Daniel | Marcelle | | |

Residence Address: Street Address and Apartment Number, City, State, and ZIP. If none, describe where you live (Do not include PO Box, Rural Rt. or business address) (Domicilio: calle y número de apartamento, Ciudad, Estado, y Código Postal: A falta de estos datos, describa la localidad de su residencia. (No incluya el apartado de correos, camino rural, ni dirección comercial.)) (Địa chỉ cư trú: Tên đường và số Phòng, Thành Phố, Tiểu Bang, và Mã Bưu Điện. Nếu không có, xin diễn tả nơi quý vị cư ngụ (Không được kể đến địa chỉ Hộp Thư, Địa Chỉ Đường Làng hoặc Địa Chỉ Thương Mại) ) (居住地址: 街名地址及公寓號碼、市、州和郵寄區號。如無公寓, 請形容您的居住地址 (請勿包括郵政信箱地址、鄉村地址或商業地址) )

5114  Huisache St    Bellaire  Tx  77401  4930

| Mailing Address: City, State, and ZIP. If mail cannot be delivered to your residence address. (Dirección postal: Ciudad, Estado y Código Postal, si no es posible entregarle correspondencia en su domicilio). (Địa Chỉ Gửi Thư: Thành Phố, Tiểu Bang, và Mã Bưu Điện. Nếu không thể chuyển thư tới địa chỉ cư ngụ của quý vị.) 郵寄地址: 市、州和郵寄區號。如果郵寄無法送達您的居所地址。 | Gender: (Optional) (Sexo (Optativo) Giới tính:(Không bắt buộc 性別: (可填或不填) | Date of Birth: Month, Day, Year (Fecha de nacimiento: mes, día, año)(Ngày tháng năm sanh: Tháng, Ngày, Năm) 出生日期: 月. 日. 年 |
|---|---|---|
| | Male ☐   Female ☑ (Hombre)(Nam)(男)   (Mujer)(Nữ)(女) | 12 / 11 / 1934 |

| Check appropriate box: Marque el cuadro apropiado: Dánh dấu vào ô thích hợp 在適當方格內做記號: ARE YOU A UNITED STATES CITIZEN? (¿SOY CIUDADANO/A DE LOS ESTADOS UNIDOS?) (QUÝ VỊ CÓ PHẢI LÀ CÔNG DÂN HOA KỲ KHÔNG?) 您是美國公民嗎? ☑ Yes (Si)(Có)(是) ☐ No (No)(Không)(否) | TX Driver's License No. or Personal I.D. No. (Issued by TX DPS) Número de su licencia de conducir de Texas o de su Cédula de Identidad expedida por el Departamento de Seguridad Publica de Texas). Số Bằng Lái Xe của tiểu bang Texas hoặc số ID cá nhân (do Bộ An Toàn Lao Động tiểu bang Texas) ☐ I have not been issued a TX driver's license/ personal identification number or Social Security Number. (No me han expedido una licencia de conducir de Texas/Cédula de identidad personal de Texas ni un Número de Seguro Social.) ( Tôi chưa hề được cấp bằng lái xe của Texas/số ID cá nhân hoặc số An Sinh Xã Hội.) 我沒有 TX 駕駛執照號碼/個人身份證號碼或社會安全號碼。 | Social Security No. (last 4 digits required if you do not have a driver's license or I.D. number) Número de Seguro Social. (Si no tiene licencia de conducir o identificación personal, se requiere los últimos 4 números de su seguro social) Số An Sinh Xã Hội (4 số cuối của số An Sinh Xã Hội cần phải có nếu quý vị không có số bằng lái xe hoặc số ID cá nhân) 社會安全號碼 (如果您沒有駕駛執照或個人身份證號碼, 請提供社安卡最後後四碼)  Signature of Voter: (Firma del Votante) (Chữ Ký Cử Tri) (選民簽名) X Marcelle Daniel |

---

### TO BE COMPLETED BY THE ELECTION JUDGE

| | |
|---|---|
| Date of Election Fecha de la Elección Ngày Bầu Cử 選舉日期  11/05/2013 | Precinct No. where voted  128 Núm. de Precinto-lugar de votación/Phần Khu nơi đã Bầu Cử Số/選區編號. 投票地點 Precinct No. where registered  128 Núm. de Precinto-inscrito para votar/Phần Khu nơi đã ghi danh số/選區編號. 登記地點 |
| Type of Election Tipo de Elección Hình Thức Bầu Cử 選舉類型  General | Authority Conducting Election Autoridad Administrando la Elección Cơ Quan Thẩm Quyền Tiền Hành Bầu Cử 主持選舉機構  Harris County |

# BALLOT CODE: 1 B 0 4 8 7 0 3 9

(Write in the Ballot Code, it is found on the Provisional Ballot Stub above the voter's signature area. The Provisional Ballot Stub is generated from the JBC.)

## VOTER PRESENTED ACCEPTABLE FORM OF IDENTIFICATION

☐ YES    ☐ NO

1. ✓ Failed to present acceptable form of identification or voter certificate with exemption. *left TDL at home*

2. ____ Voter not on list of registered voters.

3. ____ Voter on list, registered in another precinct.

4. ____ Voter on list of people who voted early by mail, and voter has not cancelled mail ballot application.

5. ____ Voting after 7:00 P.M. due to court order.

---

| | |
|---|---|
| Home PCT  0128 | County Clerk Use ONLY  0128-55   PCT |
| CERT/VUID  4871422 | Voter Registrar Use ONLY  0128   PCT |

### TO BE COMPLETED BY THE COUNTY VOTER REGISTRAR FOR STATUS:

I, the voter registrar/deputy registrar, did research the records of my office and the following conclusion(s) was made:

FOR VOTERS WHO DID NOT PRESENT ACCEPTABLE PHOTO IDENTIFICATION AT THE POLLING PLACE

1. ____ Voter presented acceptable form of identification within 6 days of election day.

2. ____ Voter met disability exemption within 6 days of election day.

3. ____ Voter executed religious objection affidavit within 6 days of election day.

4. ____ Voter executed natural disaster affidavit within 6 days of election day.

5. ✓ Voter did not satisfy identification or affidavit requirements, listed in categories 1-4 above, within 6 days of election day.

FOR VOTERS WHO VOTED PROVISIONALLY FOR OTHER REASONS

6. ____ Not a registered voter or registration not effective in time for this election.

7. ____ Registered to vote, erroneously listed in wrong precinct.

8. ____ Registered to vote in different precinct within the county.

9. ____ Information on file indicating applicant completed a voter registration

PR

JAM

311473018

## Affidavit of Provisional Voter

Declaración Jurada de Votante Provisional / Bản Chứng Thệ Của Cử Tri Tạm Thời / 臨時選民具結書

TO BE COMPLETED BY VOTER: I am a registered voter of this political subdivision and in the precinct in which I'm attempting to vote and have not already voted in this election (either in person or by mail). I am a resident of this political subdivision, have not been finally convicted of a felony or if a felon, I have completed all of my punishment including any term of incarceration, parole, supervision, period of probation, or I have been pardoned. I have not been determined by a final judgment of a court exercising probate jurisdiction to be totally mentally incapacitated or partially mentally incapacitated without the right to vote. I understand that giving false information under oath is a misdemeanor, and it is a felony of the 2d degree to vote in an election for which I know I am not eligible.

(PARA QUE EL VOTANTE LO LLENE: Estoy inscrito como votante en esta subdivisión política y en el precinto en cual estoy intentando a votar y aun no he votado en esta elección (en persona o por correo). Soy residente de esta subdivisión política, no he sido definitivamente declarado culpable de un delito grave o si soy el autor de un delito grave, he cumplido toda mi condena inclusive el periodo de encarcelamiento, la libertad condicional, la libertad supervisada, la libertad vigilada, o he sido indultado. No me han determinado por un juicio final de una corte de le legislación de un testamento, ser totalmente incapacitado mentalmente o parcialmente incapacitado sin el derecho de votar. Entiendo que dar información falsa bajo juramento es un delito menor y también entiendo que es un delito grave de 2do grado votar en una elección sabiendo que no cumplo con los requisitos necesarios.) [ĐƯỢC HOÀN TẤT BỞI CỬ TRI: Tôi là cử tri đã ghi danh bỏ phiếu tại phân khu chính trị địa phương này và trong phân khu mà tôi cố ý định bỏ phiếu và chưa bỏ phiếu trong cuộc bầu cử này (kể cả đích thân bỏ phiếu hay bỏ phiếu bằng thư). Tôi cư ngụ tại phân khu chính trị địa phương này, tôi hoàn toàn không bị kết trọng tội hoặc nếu là người phạm trọng tội, tôi đã hoàn thành hết mọi hình phạt, bao gồm thời hạn tù, ân treo, quản chế, thời kỳ thử thách, hoặc đã được tha. Phán quyết cuối cùng của tòa án không có thẩm quyền bổ rằng tôi là người mất hoàn toàn năng lực về mặt tâm thần hay mất một phần năng lực về mặt tâm thần mà không có quyền được bỏ phiếu. Tôi hiểu rằng khai man khi tuyên thệ sẽ bị phạm khinh tội, và sẽ bị phạm trọng tội (trọng tội cấp độ 2) khi tôi đi bỏ phiếu trong tội cấp độ 2) 当該民選民:本人系注册选民于此政治区域投票区内并于选票区内尝试投票且尚未投过票(不论亲身或邮寄方式投票)。本人为此政治区域之居民,从未经过定罪为重刑罪或若是重刑犯,本人已服完所有刑罚,包括服刑期、假释、监管、缓刑、观护时期或获特赦或减刑。本人未经法院任何遗嘱管辖权判决为心智完全丧失或部分丧失而无投票权之人。本人了解宣誓提供假资料构成轻罪,并且了解在明知自己不符合资格的情况下在选举中投票为二级重罪。

| Last Name (Apellido) (Họ) (姓) | First Name (Nombre) (Tên) (名) | Middle Name (if any) (Segundo nombre (si tiene) Tên đệm (nếu có) 中間名 (若有) | Former Name (Nombre anterior) (Tên cũ) (曾用名) |
|---|---|---|---|
| Joachim | Nora | | |

Residence Address: Street Address and Apartment Number, City, State, and ZIP. If none, describe where you live (Do not include PO Box, Rural Rt. or business address) (Domicilio: calle y número de apartamento, Ciudad, Estado, y Código Postal. Si falta de estos datos, describa la localidad de su residencia. (No incluya el apartado de correos, camino rural, ni dirección comercial.)) (Địa chỉ cư trú: Tên đường và số Phòng, Thành Phố, Tiểu Bang, và Mã Bưu Điện. Nếu không có, xin diễn tả nơi quý vị cư ngụ (Không được để địa chỉ Hộp Thư, Địa Chỉ Đường Làng hoặc Địa Chỉ Thương Mại)) 居住地址: 街名地址和公寓号、市、州和邮寄区号。如果没有,请详细说明居住地点 (请勿用邮局信箱号码、郊外路线名称或商业地址)

5311 Grand Lake St  Bellaire Tx 77401

| Mailing Address: City, State, and ZIP. If mail cannot be delivered to your residence address. (Dirección postal: Ciudad, Estado y Código Postal, si no es posible entregarle correspondencia en su domicilio). (Địa Chỉ Gửi Thư: Thành Phố, Tiểu Bang, và Mã Bưu Điện. Nếu không thể chuyển thư tới địa chỉ cư ngụ của quý vị.) 邮寄地址: 市、州和邮寄区号。如果邮寄无法送递您的居住地址 | Gender: (Optional) (Sexo (Optativo) Giới tính:Không bắt buộc 性别: (可填写不填) | Date of Birth: Month, Day, Year (Fecha de nacimiento: mes, día, año)(Ngày tháng năm sanh: Tháng, Ngày, Năm) 出生日期:月·日·年 |
|---|---|---|
| | Male ☐   Female ☑ (Hombre)(Nam)(男)   (Mujer)( Nữ)(女) | 11041955 |

| Check appropriate box: Marque el cuadro apropiado: Đánh dấu vào ô thích hợp 在适当方格内勾划: ARE YOU A UNITED STATES CITIZEN? (¿SOY CIUDADANO/A DE LOS ESTADOS UNIDOS?) (QUÝ VỊ CÓ PHẢI LÀ CÔNG DÂN HOA KỲ?) 您是否美国公民吗? ☑ Yes ☐ No (SI)( Có)(是)   (No)(Không)(否) | TX Driver's License No. or Personal I.D. No. (Issued by TX DPS) Número de su licencia de conducir de Texas o de su Cédula de Identidad expedido por el Departamento de Seguridad Pública de Texas) Số bằng lái xe của tiểu bang Texas hoặc số ID cá nhân (do Bộ An Toàn Lao Động tiểu bang Texas tiểu bang Texas ☐ I have not been issued a TX driver's license/ personal identification number or Social Security Number. (No me han expedido una licencia de conducir de Texas ni un Número de Seguro Social.) ( Tôi chưa hề được cấp bằng lái xe của Texas/số ID cá nhân hoặc số An Sinh Xã Hội.) 我沒有 TX 駕駛執照號碼/ 個人身份證號碼或社會安全號碼。 | Social Security No. (last 4 digits required if you do not have a driver's license or I.D. number) Número de Seguro Social. (Si no tiene licencia de conducir ni identificación personal, se requiere los últimos 4 números de su seguro social) Số An Sinh Xã Hội (4 số cuối của số An Sinh Xã Hội cần phải có nếu quý vị không có số bằng lái xe hoặc số ID cá nhân) 社會安全號碼 (如果您沒有駕駛執照號碼或個人身份證號碼,則提供社安卡最後 Signature of Voter (Firma del votante) (Chữ ký của cử tri) (選民簽名) X Nora L. Joachim |

## TO BE COMPLETED BY THE ELECTION JUDGE

| | |
|---|---|
| Date of Election Fecha de la Elección Ngày Bầu Cử 選舉日期 11/05/2013 | Precinct No. where voted 128 Núm. de Precinto-lugar de votación/Phần Khu nơi đã Bầu Cử Số/選區編號. 投票地點 |
| | Precinct No. where registered 128 Núm. de Precinto-inscrito para votar/Phần Khu nơi đã ghi danh số/選區編號. 登記地點 |
| Type of Election Tipo de Elección Hình Thức Bầu Cử 選舉類型 General | Authority Conducting Election Autoridad Administrando la Elección Cơ Quan Thẩm Quyền Tiến Hành Bầu Cử 主持選舉機構 Harris |

| Home PCT | County Clerk Use ONLY | PCT |
|---|---|---|
| 0128 | | 0128-55 |
| CERT/VUID 7452097 | Voter Registrar Use ONLY | PCT 0128 |

### TO BE COMPLETED BY THE COUNTY VOTER REGISTRAR FOR STATUS:

i, the voter registrar/deputy registrar, did research the records of my office and the following conclusion(s) was made:

**FOR VOTERS WHO DID NOT PRESENT ACCEPTABLE PHOTO IDENTIFICATION AT THE POLLING PLACE**

1. _____ Voter presented acceptable form of identification within 6 days of election day.

2. _____ Voter met disability exemption within 6 days of election day.

3. _____ Voter executed religious objection affidavit within 6 days of election day.

4. _____ Voter executed natural disaster affidavit within 6 days of election day.

5. ✓ Voter did not satisfy identification or affidavit requirements, listed in categories 1-4 above, within 6 days of election day.

**FOR VOTERS WHO VOTED PROVISIONALLY FOR OTHER REASONS**

6. _____ Not a registered voter or registration not effective in time for this election.

7. _____ Registered to vote, erroneously listed in wrong precinct.

8. _____ Registered to vote in a different precinct within the county.

9. _____ Information on file indicating applicant completed a voter registration

---

## BALLOT CODE: 1 8 2 5 8 9 6 4 4

(Write in the Ballot Code, it is found on the Provisional Ballot Stub above the voter's signature area. The Provisional Ballot Stub is generated from the JBC.)

### VOTER PRESENTED ACCEPTABLE FORM OF IDENTIFICATION

☐ YES      ☑ NO

1. ✓ Failed to present acceptable form of identification or certificate with exemption.

2. _____ Voter not on list of registered voters.

3. _____ Voter not on list, registered in another precinct.

4. _____ Voter on list of people who voted early by mail, and voter has not cancelled mail ballot application.

5. _____ Voting after 7:00 P.M. due to court order.

ME



311484033

## Affidavit of Provisional Voter

Declaración Jurada de Votante Provisional / Bản Chứng Thệ Của Cử Tri Tạm Thời / 臨時選民具結書

TO BE COMPLETED BY VOTER: I am a registered voter of this political subdivision and in the precinct in which I'm attempting to vote and have not already voted in this election (either in person or by mail). I am a resident of this political subdivision, have not been finally convicted of a felony or if a felon, I have completed all of my punishment including any term of incarceration, parole, supervision, period of probation, or I have been pardoned. I have not been determined by a final judgment of a court exercising probate jurisdiction to be totally mentally incapacitated or partially mentally incapacitated without the right to vote. I understand that giving false information under oath is a misdemeanor, and I understand that it is a felony of the 2nd degree to vote in an election for which I know I am not eligible.

(PARA QUE EL VOTANTE LO LLENE: Estoy inscrito como votante en esta subdivisión política y en el precinto en cual estoy intentando a votar y aun no he votado en esta elección (en persona o por correo). Soy residente de esta subdivisión política, no he sido definitivamente declarado culpable de un delito grave o si soy el autor de un delito grave, he cumplido toda mi condena inclusive el período de encarcelamiento, la libertad condicional, la libertad supervisada, la libertad vigilada, o he sido indultado. No me han determinado por un juicio final de una corte de la legalización de un testamento, ser totalmente incapacitado mentalmente o parcialmente incapacitado sin el derecho de votar. Entiendo que dar información falsa bajo juramento es un delito menor y también entiendo que es un delito grave de 2do grado votar en una elección sabiendo que no cumplo con los requisitos necesarios.) (ĐƯỢC HOÀN TẤT BỞI CỬ TRI: Tôi là cử tri đã ghi danh bỏ phiếu tại phân khu chính trị địa phương này và trong phân khu mà tôi cố ý định bỏ phiếu và chưa bỏ phiếu trong cuộc bầu cử này (kể cả đích thân bỏ phiếu hay bỏ phiếu bằng thư). Tôi cư ngụ tại phân khu chính trị địa phương này, tôi hoàn toàn không bị kết trọng tội tội, tội đã hoàn thành hết mọi hình phạt, bao gồm thời hạn tù, ân trao, quản chế, thời kỳ thử thách, hoặc đã được tha. Phán quyết cuối cùng của tòa án không được xử bởi tòa án pháp lý về mặt tâm thần hay mất một phần năng lực về mặt tâm thần mà không có quyền được bỏ phiếu. Tôi hiểu rằng khai man khi tuyên thệ là phạm khinh tội, và tôi hiểu rằng nếu bỏ phiếu trong một cuộc bầu cử mà tôi biết là mình không được bỏ phiếu, tôi sẽ bị coi là phạm trọng tội cấp độ 2.) (由選民填寫: 本人為此政治細區內之合法選民，本人於選舉日尚未在此次選舉中投票(親自親臨投票) 及郵寄投票)。本人為此政治細區之居民，從未被完全剝奪投票權或部份被剝奪，亦不須要經過任何期間之不予合資格的情況下在選舉中投票為二級重罪。

| Last Name (Apellido) (Họ) (姓) | First Name (Nombre) (Tên) (名) | Middle Name (if any) (Segundo nombre (si tiene) Tên đệm (nếu có) 中間名 (若有) | Former Name (Nombre anterior) (Tên cũ) (曾用名) |
|---|---|---|---|
| Sweeney Cullen | Erin | E | Same |

| Residence Address: Street Address and Apartment Number, City, State, and ZIP. If none, describe where you live (Do not include PO Box, Rural Rt. or business address) (Domicilio: calle y número de apartamento, Ciudad, Estado, y Código Postal. A falta de estos datos, describa la localidad de su residencia. (No incluya el apartado de correos, camino rural, ni dirección comercial.)) (Địa chỉ cư trú: Tên đường và số Phòng, Thành Phố, Tiểu Bang, và Mã Bưu Điện. Nếu không có, xin diễn tả nơi quý vị cư ngụ (Không được để địa chỉ Hộp Thư, Địa Chỉ Đường Làng hoặc Địa Chỉ Thương Mại)) 居住地址和公寓號，市，州和郵遞區號。如果沒有，請詳細說明您的居住地點 (請勿詳註郵政信箱地址，郵政信箱地址，鄉村路線或商業地址。) |
|---|
| 2621 Village Ct. Katy TX 77493-1234 |

| Mailing Address: City, State, and ZIP. If mail cannot be delivered to your residence address. (Dirección postal: Ciudad, Estado y Código Postal, si no es posible entregarle correspondencia en su domicilio. (Địa Chỉ Gửi Thư: Thành Phố, Tiểu Bang, và Mã Bưu Điện. Nếu không thể chuyển thư tới địa chỉ cư ngụ của quý vị.) 郵寄地址：市，州和郵遞區號，如果郵寄無法送達您的居住地址。 | Gender: (Optional) (Sexo (Optativo) Giới tính:(Không bắt buộc) 性別：(可填或不填) | Date of Birth: Month, Day, Year (Fecha de nacimiento: mes, día, año)(Ngày tháng năm sanh: Tháng, Ngày, Năm) 出生日期：月，日，年 |
|---|---|---|
| 2621 Village Ct. Katy TX 77493-1234 | Male ☐  Female ☒ (Hombre)(Nam)(男)   (Mujer)( Nữ)(女) | 04/13/1958 |

| Check appropriate box: Marque el cuadro apropiado: Đánh dấu vào ô thích hợp 在適當方格內劃勾： | TX Driver's License No. or Personal I.D. No. (Issued by TX DPS) Número de su licencia de conducir de Texas o de su Cédula de Identidad expedida por el Departamento de Seguridad Pública de Texas). Số Bằng Lái Xe của tiểu bang Texas hoặc số ID cá nhân (do Bộ An Toàn Lao Động tiểu bang Texas | Social Security No. (last 4 digits required if you do not have a driver's license or I.D. number) Número de Seguro Social. (Si no tiene licencia de conducir ni identificación personal, se requiere los últimos 4 números de su seguro social) Số An Sinh Xã Hội (4 số cuối của số An Sinh Xã Hội cần phải có nếu quý vị không có số bằng lái xe hoặc số ID cá nhân) 社會安全號碼（如果您沒有駕駛執照或個人身份證號碼，那提供社會安全號碼 |
|---|---|---|
| ARE YOU A UNITED STATES CITIZEN? (¿SOY CIUDADANO/A DE LOS ESTADOS UNIDOS?) (QUÝ VỊ CÓ PHẢI LÀ CÔNG DÂN HOA KỲ KHÔNG?) 您是美國公民嗎？ ☒Yes ☐ No (Sí)( Có)(是)  (No)(Không)(否) | ☐ I have not been issued a TX driver's license/ personal identification number or Social Security Number. (No me han expedido una licencia de conducir de Texas/Cédula de Identidad personal de Texas ni un Número de Seguro Social.) (Tôi chưa hề được cấp bằng lái xe của Texas/số ID cá nhân hoặc số An Sinh Xã Hội.) 我沒有被發給駕駛執照號碼/個人身份證號碼或社會安全號碼。 | Signature of Voter (Firma del Votante ) (Chữ ký của cử tri) (選民簽署) X Erin Sweeney Cullen |

---

| TO BE COMPLETED BY THE ELECTION JUDGE | | Home PCT | County Clerk Use ONLY | PCT |
|---|---|---|---|---|
| Date of Election Fecha de la Elección Ngày Bầu Cử 選舉日期 | Precinct No. where voted 119 Núm. de Precinto-lugar de votación/Phần Khu nơi đã Bầu Cử Số/選區編號。投標地點 | 0119 | 0119-53 | |
| 11/5/13 | Precinct No. where registered Núm. de Precinto-inscrito para votar/Phần Khu nơi đã ghi danh số/選區編號。登記地點 | CERT/VUID 64836612 | Voter Registrar Use ONLY | PCT 119 |
| Type of Election Tipo de Elección Hình Thức Bầu Cử 選舉類型 | Authority Conducting Election Autoridad Administrando la Elección Cơ Quan Thẩm Quyền Tiến Hành Bầu Cử 主持選務機構 | | | |

## BALLOT CODE: L 82068046

(Write in the Ballot Code, it is found on the Provisional Ballot Stub above the voter's signature area. The Provisional Ballot Stub is generated from the JBC.)

## VOTER PRESENTED ACCEPTABLE FORM OF IDENTIFICATION

☐ YES          ☒ NO

1. ✓ Failed to present acceptable form of identification or voter certificate with exemption.

2. _____ Voter not on list of registered voters.

3. _____ Voter not on list, registered in another precinct.

4. _____ Voter on list of people who voted early by mail, and voter has not cancelled mail ballot application.

5. _____ Voting after 7:00 P.M. due to court order.

## TO BE COMPLETED BY THE COUNTY VOTER REGISTRAR FOR STATUS:

I, the voter registrar/deputy registrar, did research the records of my office and the following conclusion(s) was made:

### FOR VOTERS WHO DID NOT PRESENT ACCEPTABLE PHOTO IDENTIFICATION AT THE POLLING PLACE

1. _____ Voter presented acceptable form of identification within 6 days of election day.

2. _____ Voter met disability exemption within 6 days of election day.

3. _____ Voter executed religious objection affidavit within 6 days of election day.

4. _____ Voter executed natural disaster affidavit within 6 days of election day.

5. ✓ Voter did not satisfy identification or affidavit requirements, listed in categories 1-4 above, within 6 days of election day.

### FOR VOTERS WHO VOTED PROVISIONALLY FOR OTHER REASONS

6. _____ Not a registered voter or registration not effective in time for this election.

7. _____ Registered to vote, erroneously listed in wrong precinct.

8. _____ Registered to vote in a different precinct within the county.

9. _____ Information on file indicating applicant completed a voter registration

*file*



311491515

## Affidavit of Provisional Voter
Declaración Jurada de Votante Provisional / Bản Chứng Thệ Của Cử Tri Tạm Thời / 臨時選民具結書

TO BE COMPLETED BY VOTER: I am a registered voter of this political subdivision and in the precinct in which I'm attempting to vote and have not already voted in this election (either in person or by mail). I am a resident of this political subdivision, have not been finally convicted of a felony or if a felon, I have completed all of my punishment including any term of incarceration, parole, supervision, period of probation, or I have been pardoned. I have not been determined by a final judgment of a court exercising probate jurisdiction to be totally mentally incapacitated or partially mentally incapacitated without the right to vote. I understand that giving false information under oath is a misdemeanor, and I understand that it is a felony of the 2nd degree to vote in an election for which I know I am not eligible.

(PARA QUE EL VOTANTE LO LLENE: Estoy inscrito como votante en esta subdivisión política y en el precinto en cual estoy intentando a votar y aun no he votado en esta elección (en persona o por correo). Soy residente de esta subdivisión política, no he sido definitivamente declarado culpable de un delito grave o si soy el autor de un delito grave, he cumplido toda mi condena inclusive el período de encarcelamiento, la libertad condicional, la libertad supervisada, la libertad vigilada, o he sido indultado. No me han determinado por un juicio final de una corte de la legalización de un testamento, ser totalmente incapacitado mentalmente o parcialmente incapacitado sin el derecho de votar. Entiendo que dar información falsa bajo juramento es un delito menor y también entiendo que es un delito grave de 2do grado votar en una elección sabiendo que no cumplo con los requisitos necesarios.) (DƯỢC HOÀN TẤT BỞI CỬ TRI: Tôi là cử tri đã ghi danh bỏ phiếu tại phân khu chính trị địa phương này và trong phân khu mà tôi cố ý định bỏ phiếu trong cuộc bầu cử này (kể cả đích thân bỏ phiếu hay bỏ phiếu bằng thư). Tôi cư ngụ tại phần khu chính trị địa phương này, tôi hoàn toàn không bị trọng tội hoặc nếu là người phạm trọng tội, tôi đã hoàn thành hết mọi hình phạt, bao gồm thời hạn tù, án treo, quản chế, thời kỳ thử thách, hoặc đã được tha. Phán quyết cuối cùng của tòa án không bị quyết bố rằng tôi là người mất hoàn toàn năng lực về mặt tâm thần hay mất một phần năng lực về mặt tâm thần mà không có quyền được bỏ phiếu. Tôi hiểu rằng khai man khi tuyên thệ sẽ bị phạm khinh tội, và tôi hiểu rằng nếu bỏ phiếu trong cuộc bầu cử mà tôi biết là mình không hội đủ điều kiện, tôi sẽ bị coi là phạm trọng tội cấp độ 2.) 出具投票人:本人為此政治細分之合法選民，本人有意圖且尚未在此次選舉中投票 (親自投票或郵寄投票)。本人為此政治細分之居民，從未因任何重罪而定讞，或即使身為重罪犯，但所有刑罰，包括監禁、假釋、監管、緩刑期已執行完畢或本人已被赦免。經判定本人非全然喪失行為能力或部分喪失行為能力而被剝奪選舉權的遺囑認證法院最後判定。本人瞭解在宣誓下提供假資料乃屬二級重罪，亦瞭解若在本人明知當選資格不符的選舉中投票為二級重罪。

| Last Name (Apellido) (Họ) (姓) | First Name (Nombre) (Tên) (名) | Middle Name (if any) (Segundo nombre (si tiene) Tên đệm (nếu có) 中間名 (若有) | Former Name (Nombre anterior) (Tên cũ) (曾用名) |
|---|---|---|---|
| VARA | Rudolph C Mrs. | | |

Residence Address: Street Address and Apartment Number, City, State, and ZIP. If none, describe where you live (Do not include PO Box, Rural Rt. or business address) (Domicilio: calle y número de apartamento, Ciudad, Estado, y Código Postal: A falta de estos datos, describa la localidad de su residencia. (No incluya el apartado de correos, camino rural, ni dirección comercial.)) (Địa chỉ cư trú: Tên đường và số Phòng, Thành Phố, Tiểu Bang, và Mã Bưu Diện. Nếu không có, xin diễn tả nơi quý vị cư ngụ (Không được để địa chỉ Hộp Thư, Địa Chỉ Đường Làng hoặc Địa Chỉ Thương Mãi) 居住地址：街名地址和公寓號、市、州和郵遞區號。如果沒有，請詳細說明居住地點 (請勿用郵局信箱號碼、郊外鄉鎮名或商號地址)

1146 Majestic St. Houston Texas 77020

| Mailing Address: City, State, and ZIP. If mail cannot be delivered to your residence address. (Dirección postal: Ciudad, Estado y Código Postal, si no es posible entregarle correspondencia en su domicilio). (Địa Chỉ Gửi Thư: Thành Phố, Tiểu Bang, và Mã Bưu Diện. Nếu không thể chuyển thư tới địa chỉ cư ngụ của quý vị.) 郵寄地址：市、州和郵遞區號—如果郵寄無法送達您的居住地址。 | Gender: (Optional) (Sexo (Optativo) Giới tính:(không bắt buộc 性別: (可填寫不項) | Date of Birth: Month, Day, Year (Fecha de nacimiento: mes, día, año)(Ngày tháng năm sanh: Tháng, Ngày, Năm) 出生日期: 月、日、年 |
|---|---|---|
| | Male ☐   Female ☒ <br> (Hombre)(Nam)(男)   (Mujer)( Nữ)(女) | 10/12/1922 |

| Check appropriate box: Marque el cuadro apropiado: Đánh dấu vào ô thích hợp 在適當方格內打勾: <br><br> ARE YOU A UNITED STATES CITIZEN? (¿SOY CIUDADANO/A DE LOS ESTADOS UNIDOS?) (QUÝ VỊ CÓ PHẢI LÀ CÔNG DÂN HOA KỲ KHÔNG?) 您是美國公民嗎? <br><br> ☒ Yes ☐ No <br> (Sí)(Có)(是) (No)(Không)(否) | TX Driver's License No. or Personal I.D. No. (Issued by TX DPS) Número de su licencia de conducir de Texas o de su Cédula de Identidad expedida por el Departamento de Seguridad Pública de Texas) Số Bằng Lái Xe của tiểu bang Texas hoặc số ID cá nhân (do Bộ An Toàn Lao Động tiểu bang Texas c... <br><br> ☐ I have not been issued a TX driver's license/ personal identification number or Social Security Number. (No me han expedido una licencia de conducir de Texas/Cédula de identidad personal de Texas ni un Número de Seguro Social.) (Tôi chưa hề được cấp bằng lái xe của Texas/số ID cá nhân hoặc số An Sinh Xã Hội.) 我沒有 TX 駕駛執照號碼/個人身份證號碼或社會安全號碼。 | Social Security No. (last 4 digits required if you do not have a driver's license or I.D. number) Número de Seguro Social. (Si no tiene licencia de conducir ni identificación personal, se requiere los últimos 4 números de su seguro social) Số An Sinh Xã Hội (4 số cuối của số An Sinh Xã Hội cần phải có nếu quý vị không có số bằng lái xe hoặc số ID cá nhân) 社會安全號碼 (如果您沒有駕駛執照或個人身份證號碼，請提供社會安全號碼最... <br><br> Signature of Voter (Firma del Votante) (Chữ Ký của Cử Tri) (選民簽名) <br><br> X   Mrs. Rudolph Vara |

---

### TO BE COMPLETED BY THE ELECTION JUDGE

| Date of Election Fecha de la Elección Ngày Bầu Cử 選舉日期 <br><br> 11-5-13 <br><br> Type of Election Tipo de Elección Hình Thức Bầu Cử 選舉類型 <br><br> General | Precinct No. where voted 0062 <br> Núm. de Precinto-lugar de votación/Phần Khu nơi đã Bầu Cử Số/選區編號. 投票地點 <br><br> Precinct No. where registered 0062 <br> Núm. de Precinto-inscrito para votar/Phần Khu nơi đã ghi danh số/選區編號. 登記地點 <br><br> Authority Conducting Election Autoridad Administrando la Elección Cơ Quan Thẩm Quyền Tiến Hành Bầu Cử 主持選舉機構 <br><br> Rosalinda Aucis | Home PCT <br> 0062 <br><br> CERT/VUID <br> 2571487 | County Clerk Use ONLY <br><br> Voter Registrar Use ONLY | PCT <br> 0062-1 <br><br> PCT <br> 62 |

## BALLOT CODE: 20552110 3
(Write in the Ballot Code, it is found on the Provisional Ballot Stub above the voter's signature area. The Provisional Ballot Stub is generated from the JBC.)

### VOTER PRESENTED ACCEPTABLE FORM OF IDENTIFICATION

☐ YES     ☐ NO

1. ☒ Failed to present acceptable form of identification or voter certificate with exemption.

2. ☐ Voter not on list of registered voters.

3. ☐ Voter on list, registered in another precinct.

4. ☐ Voter on list of people who voted early by mail, and voter has not cancelled mail ballot application.

5. ☐ Voting after 7:00 P.M. due to court order.

---

### TO BE COMPLETED BY THE COUNTY VOTER REGISTRAR
### FOR STATUS:

I, the voter registrar/deputy registrar, did research the records of my office and the following conclusion(s) was made:

#### FOR VOTERS WHO DID NOT PRESENT ACCEPTABLE PHOTO IDENTIFICATION AT THE POLLING PLACE

1. ____ Voter presented acceptable form of identification within 6 days of election day.

2. ____ Voter met disability exemption within 6 days of election day.

3. ____ Voter executed religious objection affidavit within 6 days of election day.

4. ____ Voter executed natural disaster affidavit within 6 days of election day.

5. ✓ Voter did not satisfy identification or affidavit requirements, listed in categories 1-4 above, within 6 days of election day.

#### FOR VOTERS WHO VOTED PROVISIONALLY FOR OTHER REASONS

6. ____ Not a registered voter or registration not effective in time for this election.

7. ____ Registered to vote, erroneously listed in wrong precinct.

8. ____ Registered to vote in a different precinct within the county.



311556517

**Affidavit of Provisional Voter**

Declaración Jurada de Votante Provisional / Bản Chứng Thệ Của Cử Tri Tạm Thời / 臨時選民具結書

TO BE COMPLETED BY VOTER: I am a registered voter of this political subdivision and in the precinct in which I'm attempting to vote and have not already voted in this election (either in person or by mail). I am a resident of this political subdivision, have not been finally convicted of a felony or if a felon, I have completed all of my punishment including any term of incarceration, parole, supervision, period of probation, or I have been pardoned. I have not been determined by a final judgment of a court exercising probate jurisdiction to be totally mentally incapacitated or partially mentally incapacitated without the right to vote. I understand that giving false information under oath is a misdemeanor, and I understand that it is a felony of the 2nd degree to vote in an election for which I know I am not eligible.

(PARA QUE EL VOTANTE LO LLENE: Estoy inscrito como votante en esta subdivisión política y en el precinto en cual estoy intentando a votar y aun no he votado en esta elección (en persona o por correo). Soy residente de esta subdivisión política, no he sido definitivamente declarado culpable de un delito grave si es un autor de un delito grave, he cumplido toda mi condena incluyendo cualquier término de encarcelamiento, la libertad condicional, la libertad supervisada, la libertad vigilada, o he sido indultado. No me han determinado por un juicio final de una corte de la legalización de un testamento, ser totalmente incapacitado mentalmente o parcialmente incapacitado sin el derecho de votar. Entiendo que dar información falsa bajo juramento es un delito menor y también entiendo que es un delito grave de 2do grado votar en una elección sabiendo que no cumplo con los requisitos necesarios.) (ĐƯỢC HOÀN TẤT BỞI CỬ TRI: Tôi là cử tri đã ghi danh bỏ phiếu tại phân khu chính trị địa phương này và trong phân khu mà tôi có ý định bỏ phiếu và chưa bỏ phiếu trong cuộc bầu cử này (kể cả đích thân bỏ phiếu hay bỏ phiếu bằng thư). Tôi cư ngụ tại phân khu chính trị địa phương này, tôi hoàn toàn không bị kết trọng tội hoặc nếu là người phạm trọng tội, tôi đã hoàn thành hết mọi hình phạt, bao gồm thời hạn tù, ân treo, quản chế, thời kỳ thử thách, hoặc đã được tha. Phán quyết cuối cùng của tòa án không tuyên bố rằng tôi là người mất hoàn toàn năng lực về mặt tâm thần hay mất một phần năng lực để tôi có quyền được bỏ phiếu. Tôi hiểu rằng khai man khi tuyên thệ sẽ bị phạm khinh tội, và tôi hiểu rằng nếu bỏ phiếu trong một cuộc bầu cử mà tôi biết là mình không hội đủ điều kiện, tôi sẽ bị coi là phạm trọng tội cấp đệ 3.) 以選民身份具結書: 本人為此政治區域之選民, 並在本身所居住選區投票, 且尚未在這次選舉中投過票 (親自或郵寄投票)。本人為此政治區域之居民, 從未被因觸犯罪責被確最終裁判, 或即使曾觸及觸犯重罪, 但所有懲罰, 包括監禁、假釋、監管、緩刑均已接受完畢或已被赦免。本人從未被遺囑驗證法庭最終裁定因精神完全或部分功能缺損而無投票權。本人瞭解宣誓後提供不實資訊為輕罪, 並了解明知自己不符合資格仍進行投票, 屬二級重罪。

| Last Name (Apellido) (Họ) (姓) | First Name (Nombre) (Tên) (名) | Middle Name (if any) (Segundo nombre (si tiene)) Tên đệm (nếu có) 中間名 (若有) | Former Name (Nombre anterior) (Tên cũ) (曾用名) |
|---|---|---|---|
| CARTER | JOEL | ANTHONY | |

| Residence Address: Street Address and Apartment Number, City, State, and ZIP. If none, describe where you live (Do not include PO Box, Rural Rt. or business address) (Domicilio: calle y número de apartamento, Ciudad, Estado, y Código Postal. A falta de estos datos, describa la localidad de su residencia. (No incluya el apartado de correos, camino rural, ni dirección comercial.)) (Địa chỉ cư trú: Tên đường và số Phòng, Thành Phố, Tiểu Bang, và Mã Bưu Điện. Nếu không có, xin diễn tả nơi quý vị cư ngụ (Không được để địa chỉ Hộp Thư, Địa Chỉ Đường Làng hoặc Địa Chỉ Thương Mại)) 居住地址: 街名地址和公寓號、市、州和郵寄區號。如果沒有, 請詳細說明居住地點 (請勿用郵局信箱號碼、郊外路線名稱或商業地址) |
|---|
| 1217 WELCH ST. #2 |

| Mailing Address: City, State, and ZIP. If mail cannot be delivered to your residence address. (Dirección postal: Ciudad, Estado y Código Postal. si no es posible entregarle correspondencia en su domicilio.) (Địa Chỉ Gửi Thư: Thành Phố, Tiểu Bang, và Mã Bưu Điện. Nếu không thể chuyển thư tới địa chỉ cư ngụ của quý vị.) 郵寄地址: 市、州和郵遞區號。如果郵寄無法送達您的居住地址。 | Gender: (Optional) (Sexo (Optativo)) Giới tính:(Không bắt buộc 性別: (可試或不選) | Date of Birth: Month, Day, Year (Fecha de nacimiento: mes, día, año)(Ngày tháng năm sanh: Tháng, Ngày, Năm) 出生日期: 月·日·年 |
|---|---|---|
| | Male ☑   Female ☐ (Hombre)(Nam)(男)   (Mujer)( Nữ)(女) | 10·30·1984 |

| Check appropriate box: Marque el cuadro apropiado: Đánh dấu vào ô thích hợp 在適當方格內請勾選 ARE YOU A UNITED STATES CITIZEN? (¿SOY CIUDADANO/A DE LOS ESTADOS UNIDOS?) (QUÝ VỊ CÓ PHẢI LÀ CÔNG DÂN HOA KỲ KHÔNG?) 您是美國公民嗎? ☑Yes ☐No (Sí)( Có)(是)   (No)(Không)(否) | TX Driver's License No. or Personal I.D. No. (issued by TX DPS) Número de su licencia de conducir de Texas o de su Cédula de identidad expedida por el Departamento de Seguridad Publica de Texas). Số Bằng Lái Xe của tiểu bang Texas hoặc số ID cá nhân (do Bộ An Toàn Lao Động tiểu bang Texas cấp) | Social Security No. (last 4 digits required if you do not have a driver's license or I.D. number) Número de Seguro Social. (Si no tiene licencia de conducir ni identificación personal, se requiere los últimos 4 números de su seguro social) Số An Sinh Xã Hội (4 số cuối của số An Sinh Xã Hội cần phải có nếu quý vị không có số bằng lái xe hoặc số ID cá nhân) 社會安全號碼. (如果您沒有駕駛執照或個人身份證明碼, 需提供社會安全號碼末四位數) |
|---|---|---|
| | ☐ I have not been issued a TX driver's license/ personal identification number or Social Security Number. (No me han expedido una licencia de conducir de Texas/Cédula de identidad personal de Texas ni un Número de Seguro Social.) ( Tôi chưa hề được cấp bằng lái xe của Texas/số ID cá nhân hoặc số An Sinh Xã Hội.) 我沒有得到德州駕駛執照碼/個人身份證號碼或社會安全號碼。 | Signature of voter: (Firma del Votante) (Chữ ký của cử tri) (選民簽名) X _____ |

## TO BE COMPLETED BY THE ELECTION JUDGE

| Date of Election Fecha de la Elección Ngày Bầu Cử 選舉日期 | Precinct No. where voted   0037 Núm. de Precincto-lugar de votación/Phần Khu nơi đã Bầu Cử Số/選區編號. 投票地點 |
|---|---|
| 11/05/13 | Precinct No. where registered   NONE Núm. de Precincto-inscrito para votar/Phần Khu nơi đã ghi danh Số/選區編號. 登記地點 |

| Type of Election Tipo de Elección Hình Thức Bầu Cử 選舉類型 | Authority Conducting Election Autoridad Administrando la Elección Cơ Quan Thẩm Quyền Tiến Hành Bầu Cử 主持選舉機構 |
|---|---|

BALLOT CODE: ~~2 4 8 3 8 1 9 8 6~~ 0546

(Write in the Ballot Code, it is found on the Provisional Ballot Stub above the voter's signature area. The Provisional Ballot Stub is generated from the JBC.)

### VOTER PRESENTED ACCEPTABLE FORM OF IDENTIFICATION

☐ YES          ☐ NO

1. _____ Failed to present acceptable form of identification or voter certificate with exemption.

2. _____ Voter not on list of registered voters.

3. _____ Voter not on list, registered in another precinct.

4. _____ Voter on list of people who voted early by mail, and voter has not cancelled mail ballot application.

5. _____ Voting after 7:00 P.M. due to court order.

| Home PCT | County Clerk Use ONLY | PCT |
|---|---|---|
| 0037 | | 0037 - 18 |

CERT/VUID: 1829-3684 _MILE
UUID: 1099468642
PSV: 71940076

Voter Registrar Use ONLY   PCT   0037

## TO BE COMPLETED BY THE COUNTY VOTER REGISTRAR FOR STATUS:

I, the voter registrar/deputy registrar, did research the records of my office and the following conclusion(s) was made:

**FOR VOTERS WHO DID NOT PRESENT ACCEPTABLE PHOTO IDENTIFICATION AT THE POLLING PLACE**

1. _____ Voter presented acceptable form of identification within 6 days of election day.

2. _____ Voter met disability exemption within 6 days of election day.

3. _____ Voter executed religious objection affidavit within 6 days of election day.

4. _____ Voter executed natural disaster affidavit within 6 days of election day.

5. _____ Voter did not satisfy identification or affidavit requirements, listed in categories 1-4 above, within 6 days of election day.

**FOR VOTERS WHO VOTED PROVISIONALLY FOR OTHER REASONS**

6. ☑ Not a registered voter or registration not effective in time for this election. Reg. in 7th Bend

7. _____ Registered to vote, erroneously listed in wrong precinct.

8. _____ Registered to vote in a different precinct within the county.

9. _____ Information on file indicating applicant completed a voter registration

PR



311558016

## Affidavit of Provisional Voter

Declaración Jurada de Votante Provisional / Bản Chứng Thệ Của Cử Tri Tạm Thời / 臨時選民宣結書

TO BE COMPLETED BY VOTER: I am a registered voter of this political subdivision and in the precinct in which I'm attempting to vote and have not already voted in this election (either in person or by mail). I am a resident of this political subdivision, have not been finally convicted of a felony or if a felon, I have completed all of my punishment including any term of incarceration, parole, supervision, period of probation, or I have been pardoned. I have not been determined by a final judgment of a court exercising probate jurisdiction to be totally mentally incapacitated or partially mentally incapacitated without the right to vote. I understand that giving false information under oath is a misdemeanor, and I understand that it is a felony of the 2nd degree to vote in an election for which I know I am not eligible.

(PARA QUE EL VOTANTE LO LLENE: Estoy inscrito como votante en esta subdivisión política y en el precinto en cual estoy intentando a votar y aun no he votado en esta elección (en persona o por correo). Soy residente de esta subdivisión política, no he sido definitivamente declarado culpable de un delito grave o si soy el autor de un delito grave, he cumplido toda mi condena inclusive el período de encarcelamiento, la libertad condicional, la libertad supervisada, la libertad vigilada, o he sido indultado. No me han determinado por un juicio final de una corte de la legalización de un testamento, ser realmente incapacitado mentalmente o parcialmente incapacitado sin el derecho de votar. Entiendo que dar información falsa bajo juramento es un delito menor y también entiendo que es un delito grave de 2do grado votar en una elección sabiendo que no cumplo con los requisitos necesarios.) (DƯỢC HOÀN TẤT BỞI CỬ TRI: Tôi là cử tri đã ghi danh bỏ phiếu tại phần khu chính trị địa phương này và trong phần khu mà tôi cố ý định bỏ phiếu và chưa bỏ phiếu trong cuộc bầu cử này (kể cả đích thân bỏ phiếu hay bỏ phiếu bằng thư). Tôi là cư ngụ tại phần khu chính trị địa phương này, tôi hoàn toàn không bị kết trọng tội hoặc nếu là người phạm trọng tội, tôi đã hoàn thành hết mọi hình phạt, bao gồm thời hạn tù, ân treo, quản chế, thời kỳ thử thách, hoặc đã được tha. Phần quyết cuối cùng của tòa án không được bỏ rằng tôi là người mất hoàn toàn năng lực về mặt tâm thần hay mất phần năng lực về mặt tâm thần hay mất phần năng lực về măt tôi tâm thần vì bị phạm khinh tội, và tôi hiểu rằng nếu bỏ phiếu trong một cuộc bầu cử mà tôi biết là mình không hợp lệ để bỏ phiếu là phạm trọng tội cấp đó 2.) (由證明填寫: 本人為此政治轄區內之合法選民, 本人有意圖在此次選舉中投票, 而本人尚未在此次選舉中投過票(親自或以郵寄方式投票)。本人為此政治轄區之居民, 從未被判有罪確定或如被判有罪, 亦已完成服刑期間包括監禁、假釋、監管、緩刑期已接受完畢或已被赦免。本人從未經由經明證法庭依特此宣告因精神完全或部份功能喪失而無法自行投票。本人明瞭宣誓提供不實資料為輕罪, 並了解在明知自己不符合資格的情況下在選舉中投票為二級重罪。)

| Last Name (Apellido) (Họ) (姓) | First Name (Nombre) (Tên) (名) | Middle Name (if any) (Segundo nombre (si tiene) Tên đệm (nếu có) 中間名 (若有) | Former Name (Nombre anterior) (Tên cũ) (曾用名) |
|---|---|---|---|
| Boffone | Trevor | James | |

Residence Address: Street Address and Apartment Number, City, State, and ZIP. If none, describe where you live (Do not include PO Box, Rural Rt. or business address) (Domicilio: calle y número de apartamento, Ciudad, Estado, y Código Postal. A falta de estos datos, describa la localidad de su residencia. (No incluya el apartado de correos, camino rural, ni dirección comercial.)) (Địa chỉ cư trú: Tên đường và số Phòng, Thành Phố, Tiểu Bang, và Mã Bưu Điện. Nếu không có, xin diễn tả nơi quý vị cư ngụ (Không được để địa chỉ Hộp Thư, Địa Chỉ Đường Làng hoặc Địa Chỉ Thương Mại) 居住地址: 街名地址和公寓號, 市, 州和郵寄區號。如果沒有, 請詳細說明居住地區 (請勿用郵局信箱號碼、郵外路線名稱或商號地址)

2121 Allen Pkwy #2012

| Mailing Address: City, State, and ZIP. If mail cannot be delivered to your residence address. (Dirección postal: Ciudad, Estado y Código Postal, si no es posible entregarle correspondencia en su domicilio). (Địa Chỉ Gửi Thư: Thành Phố, Tiểu Bang, và Mã Bưu Điện. Nếu không thể chuyển thư tới địa chỉ cư ngụ của quý vị.) 郵寄地址: 市、州和郵遞區號。如果郵寄無法送達您的居住地址。 | Gender: (Optional) (Sexo (Optativo) Giới tính:(Không bắt buộc) 性别: (可填寫不填入) | Date of Birth: Month, Day, Year (Fecha de nacimiento: mes, día, año)(Ngày tháng năm sanh: Tháng, Ngày, Năm) 出生日期: 月, 日, 年 |
|---|---|---|
| Houston, TX 77019 | Male ☑   Female ☐ (Hombre)(男)   (Mujer)(女) | 09/30/1985 |

| Check appropriate box. Marque el cuadro apropriado: Đánh dấu vào ô thích hợp 在適當方格内劃記: | TX Driver's license No. or Personal I.D. No. (Issued by TX DPS) Número de su licencia de conducir de Texas o de su Cédula de Identidad expedida por el Departamento de Seguridad Pública de Texas) Số Bằng Lái Xe của tiểu bang Texas hoặc số ID cá nhân (do Bộ An Toàn Lao Động tiểu bang Texas | Social Security No. (last 4 digits required if you do not have a driver's license or I.D. number) Número de seguro social (los últimos 4 dígitos de su número de seguro social) Số An Sinh Xã Hội (4 số cuối của số An Sinh Xã Hội cần phải có nếu quý vị không có số bằng lái xe hoặc số ID cá nhân) 社會安全號碼 (如果您沒有駕駛執照或個人身份證號碼, 請提供社安卡最後 |
|---|---|---|
| ARE YOU A UNITED STATES CITIZEN? (¿SOY CIUDADANO/A DE LOS ESTADOS UNIDOS?) (QUÝ VỊ CÓ PHẢI LÀ CÔNG DÂN HOA KỲ KHÔNG?) 您是美國公民嗎? ☑ Yes   ☐ No (Sí)(Có)(是)   (No)(Không)(否) | ☐ I have not been issued a TX driver's license/ personal identification number or Social Security Number. (No me han expedido una licencia de conducir de Texas/Cédula de Identidad personal de Texas ni un Número de Seguro Social.) (Tôi chưa hề được cấp bằng lái xe của Texas/số ID cá nhân hoặc số An Sinh Xã Hội.) 我沒有獲發德州駕照個人身份證號碼或社會安全號碼。 | Signature of Voter: (Firma del Votante / Chữ ký của Cử tri 選民簽名) X Trevr Boffone |

### TO BE COMPLETED BY THE ELECTION JUDGE

| Date of Election Fecha de la Elección Ngày Bầu Cử 選舉日期 | Precinct No. where voted 33 | Home PCT | County Clerk Use ONLY | PCT |
|---|---|---|---|---|
| | Núm. de Precinto-lugar de votación/Phần Khu nơi đã Bầu Cử 投票地點/選區編號 | 0033 | | 0033-18 |
| | Precinct No. where registered 33 | CERT/VUID | Voter Registrar Use ONLY | PCT |
| Type of Election Tipo de Elección Hình Thức Bầu Cử 選舉類型 | Núm. de Precinto-inscrito para votar/Phần Khu nơi đã ghi danh số/選區編號 登記地點 | 70064860 | | 33 |
| | Authority Conducting Election Autoridad Administrando la Elección Cơ Quan Thẩm Quyền Tiến Hành Bầu Cử 主持選舉機構 | | | |

0005 # inside envelope

**BALLOT CODE:** 245178541__

(Write in the Ballot Code, it is found on the Provisional Ballot Stub above the voter's signature area. The Provisional Ballot Stub is generated from the JBC.)

### VOTER PRESENTED ACCEPTABLE FORM OF IDENTIFICATION

☐ YES     ☑ NO

1. ✓ Failed to present acceptable form of identification or voter certificate with exemption.

2. ____ Voter not on list of registered voters.   LA license just moved

3. ____ Voter on list, registered in another precinct.

4. ____ Voter on list of people who voted early by mail, and voter has not cancelled mail ballot application.

5. ____ Voting after 7:00 P.M. due to court order.

### TO BE COMPLETED BY THE COUNTY VOTER REGISTRAR FOR STATUS:

I, the voter registrar/deputy registrar, did research the records of my office and the following conclusion(s) was made:

FOR VOTERS WHO DID NOT PRESENT ACCEPTABLE PHOTO IDENTIFICATION AT THE POLLING PLACE

1. ____ Voter presented acceptable form of identification within 6 days of election day.

2. ____ Voter met disability exemption within 6 days of election day.

3. ____ Voter executed religious objection affidavit within 6 days of election day.

4. ____ Voter executed natural disaster affidavit within 6 days of election day.

5. ✓ Voter did not satisfy identification or affidavit requirements, listed in categories 1-4 above, within 6 days of election day.

FOR VOTERS WHO VOTED PROVISIONALLY FOR OTHER REASONS

6. ____ Not a registered voter or registration not effective in time for this election.

7. ____ Registered to vote, erroneously listed in wrong precinct.

8. ____ Registered to vote in a different precinct within the county.

9. ____ Information on file indicating applicant completed a voter registration

PR