

311131003

# Affidavit of Provisional Voter

Declaración Jurada de Votante Provisional / Bản Chứng Thệ Của Cử Tri Tạm Thời / 臨時選民具結書

TO BE COMPLETED BY VOTER: I am a registered voter of this political subdivision and in the precinct in which I'm attempting to vote and have not already voted in this election (either in person or by mail). I am a resident of this political subdivision, have not been finally convicted of a felony or if a felon, I have completed all of my punishment including any term of incarceration, parole, supervision, period of probation, or I have been pardoned. I have not been determined to be a final judgment of a court exercising probate jurisdiction to be totally mentally incapacitated or partially mentally incapacitated without the right to vote. I understand that giving false information under oath is a misdemeanor, and I understand that it is a felony of the 2nd degree to vote in an election for which I know I am not eligible.

(PARA QUE EL VOTANTE LO LLENE: Estoy inscrito como votante en esta subdivisión política y en el precinto en cual estoy intentando a votar y aun no he votado en esta elección (en persona o por correo). Soy residente de esta subdivisión política, no he sido definitivamente declarado culpable de un delito grave o si soy el autor de un delito grave, he cumplido toda mi condena inclusive el período de encarcelamiento, la libertad condicional, la libertad supervisada, la libertad vigilada, o he sido indultado. No me han determinado por un juicio final de una corte de la legalización de un testamento, ser totalmente incapacitado mentalmente o parcialmente incapacitado sin el derecho de votar. Entiendo que dar información falsa bajo juramento es un delito menor y también entiendo que es un delito grave de 2do grado votar en una elección sabiendo que no cumplo con los requisitos necesarios.) (ĐƯỢC HOÀN TẤT BỞI CỬ TRI: Tôi là cử tri đã ghi danh bỏ phiếu tại phân khu chính trị địa phương này và trong phân khu mà tôi cố ý định bỏ phiếu và chưa bỏ phiếu trong cuộc bầu cử này (kể cả đích thân bỏ phiếu hay bỏ phiếu bằng thư). Tôi cư ngụ tại phân khu chính trị địa phương này, tôi hoàn toàn không bị kết trọng tội hoặc nếu là người phạm trọng tội, tôi đã hoàn thành hết mọi hình phạt, bao gồm thời hạn tù, quản chế, thời kỳ thử thách, hoặc đã được tha. Phán quyết cuối cùng của tòa án không quyền bỏ phiếu tôi không mất khả năng về tâm lý một phần hay một phần nhưng lại có đủ quyền bỏ phiếu. Tôi hiểu rằng khai man khi tuyên thệ sẽ bị phạm khinh tội, và tôi hiểu rằng cho bỏ phiếu trong một cuộc bầu cử mà tôi biết là mình không hội đủ điều kiện, tôi sẽ bị coi là phạm trọng tội cấp độ 2.) 由選民填寫: 本人為此政治轄區內之合法選民，在本具結書所列舉之選區內並無重複投票(親自或郵寄投票)。本人為此政治轄區之居民，從未因犯有重罪而最終被判定有罪，或即使曾犯重罪，但已完成所有懲罰，包括監禁、假釋、監管、緩刑，或已被赦免。本人從未經由驗證遺囑之法院裁決致被完全喪失精神行為能力或部分喪失精神行為能力而喪失投票權。本人明瞭宣誓後提供不實資料為輕罪，並了解在明知自己不符合資格的情況下於選舉中投票為二級重罪。

| Last Name (Apellido) (Họ) (姓) | First Name (Nombre) (Tên) (名) | Middle Name (if any) (Segundo nombre (si tiene) Tên đệm (nếu có) 中間名 (若有) | Former Name (Nombre anterior) (Tên cũ) (曾用名) |
|---|---|---|---|
| HARRIS | DAVID | WAYNE | |

Residence Address: Street Address and Apartment Number, City, State, and ZIP. If none, describe where you live (Do not include PO Box, Rural Rt. or business address) (Domicilio: calle y número de apartamento, Ciudad, Estado, y Código Postal. Si falta de estos datos, describa la localidad de su residencia. (No incluya el apartado de correos, camino rural, ni dirección comercial.)) (Địa chỉ cư trú: Tên đường và số Phòng, Thành Phố, Tiểu Bang, và Mã Bưu Điện. Nếu không có, xin diễn tả nơi quý vị cư ngụ (Không được để địa chỉ Hộp Thư, Địa Chỉ Đường Làng hoặc Địa Chỉ Thương Mại) 居住地址：街名和公寓號碼、市、州和郵寄區號。如果沒有，請詳細說明您住居地點 (請勿用郵局信箱號碼、郊外路線或商業郵寄地址)

8319 MOBUD HOUSTON 77036

| Mailing Address: City, State, and ZIP. If mail cannot be delivered to your residence address. (Dirección postal: Ciudad, Estado y Código Postal. si no es posible entregarle correspondencia en su domicilio.) (Địa Chỉ Gởi Thư: Thành Phố, Tiểu Bang, và Mã Bưu Điện. Nếu không thể chuyển thư tới địa chỉ cư ngụ của quý vị.) 郵寄地址：市、州和郵遞區號。如果郵寄無法送達您的居住地址。 | Gender: (Optional) (Sexo (Optativo) Giới tính:(Không bắt buộc 性別：(可試或不選) | Date of Birth: Month, Day, Year (Fecha de nacimiento: mes, día, año)(Ngày tháng năm sanh: Tháng, Ngày, Năm) 出生年日期：月、日、年 |
|---|---|---|
| SAME AS ABOVE | Male ☒ (Hombre)(Nam)(男)  Female ☐ (Mujer)(Nữ)(女) | 02/17/1959 |

| Check appropriate box: Marque el cuadro apropiado: Đánh dấu vào ô thích hợp 在適當方格內劃勾： | TX Driver's License No. or Personal I.D. No. (Issued by TX DPS) Número de su licencia de conducir de Texas o su Cédula de Identidad expedida por el Departamento de Seguridad Publica de Texas. Số Bằng Lái Xe của tiểu bang Texas hoặc số ID cá nhân (do Bộ An Toàn Lao Động tiểu bang Texas | Social Security No. (last 4 digits required if you do not have a driver's license or I.D. number) Número de Seguro Social. (si no tiene licencia de conducir ni identificación, tendrá que anotar los últimos 4 números de su seguro social) Số An Sinh Xã Hội (4 số cuối của số An Sinh Xã Hội cần phải có nếu quý vị không có số bằng lái xe hoặc số ID cá nhân) 社會安全號碼 (如果您沒有駕駛執照或個人身份證號碼，則提供社會安全號碼的最後四位數字) |
|---|---|---|
| ARE YOU A UNITED STATES CITIZEN? (¿SOY CIUDADANO/A DE LOS ESTADOS UNIDOS?) (QUÝ VỊ CÓ PHẢI LÀ CÔNG DÂN HOA KỲ KHÔNG?) 您是美國公民嗎？ ☒ Yes (Sí) (Có)(是)  ☐ No (No)(Không)(否) | ☒ I have not been issued a TX driver's license/ personal identification number or Social Security Number. (No me han expedido una licencia de conducir de Texas/Cédula de identidad personal de Texas ni un Número de Seguro Social.) (Tôi chưa hề được cấp bằng lái xe của Texas/số ID cá nhân hoặc số An Sinh Xã Hội.) 我沒有被發給德州駕駛執照或個人身份證號碼或社會安全號碼。 | Signature of Voter: (Firma del Votante ) (Chữ ký của cử tri) (選民簽署) X David HARRIS |

| TO BE COMPLETED BY THE ELECTION JUDGE | | Home PCT | County Clerk Use ONLY | PCT |
|---|---|---|---|---|
| Date of Election Fecha de la Elección Ngày Bầu Cử 選舉日期  11-5-13 | Precinct No. where voted   0426 Núm. de Precinto-lugar de votación/Phân Khu nơi đã Bầu Cử Số/選區編號. 投票地點 | 0426 | | 0426-80 |
| | Precinct No. where registered   D426 Núm. de Precinto-inscrito para votar/Phân Khu nơi đã ghi danh số/選區編號. 登記地點 | CERT/VUID  3292801 | Voter Registrar Use ONLY | PCT 0426 |
| Type of Election Tipo de Elección Hình Thức Bầu Cử 選舉類型  JOINT | Authority Conducting Election Autoridad Administrando la Elección Cơ Quan Thẩm Quyền Tiến Hành Bầu Cử 主持選舉機構  HARRIS COUNTY | | | |

## BALLOT CODE: 9 4 6 4 2 5 3 0 _

(Write in the Ballot Code, it is found on the Provisional Ballot Stub above the voter's signature area. The Provisional Ballot Stub is generated from the JBC.)

## VOTER PRESENTED ACCEPTABLE FORM OF IDENTIFICATION

☐ YES          ☒ NO

1. X̲ Failed to present acceptable form of identification or voter certificate with exemption.

2. ___ Voter not on list of registered voters.

3. ___ Voter not on list, registered in another precinct.

4. ___ Voter on list of people who voted early by mail, and voter has not cancelled mail ballot application.

5. ___ Voting after 7:00 P.M. due to court order.

## TO BE COMPLETED BY THE COUNTY VOTER REGISTRAR FOR STATUS:

I, the voter registrar/deputy registrar, did research the records of my office and the following conclusion(s) was made:

FOR VOTERS WHO DID NOT PRESENT ACCEPTABLE PHOTO IDENTIFICATION AT THE POLLING PLACE

1. ___ Voter presented acceptable form of identification within 6 days of election day.

2. ___ Voter met disability exemption within 6 days of election day.

3. ___ Voter executed religious objection affidavit within 6 days of election day.

4. ___ Voter executed natural disaster affidavit within 6 days of election day.

5. ✓ Voter did not satisfy identification or affidavit requirements, listed in categories 1-4 above, within 6 days of election day.

FOR VOTERS WHO VOTED PROVISIONALLY FOR OTHER REASONS

6. ___ Not a registered voter or registration not effective in time for this election.

7. ___ Registered to vote, erroneously listed in wrong precinct.

8. ___ Registered to vote in a different precinct within the county.

9. ___ Information on file indicating applicant completed a voter registration

MB



# Affidavit of Provisional Voter

Declaración Jurada de Votante Provisional / Bản Chứng Thệ Của Cử Tri Tạm Thời / 臨時選民具結書

311157501

**TO BE COMPLETED BY VOTER:** I am a registered voter of this political subdivision and in the precinct in which I'm attempting to vote and have not already voted in this election (either in person or by mail). I am a resident of this political subdivision, have not been finally convicted of a felony or if a felon, I have completed all of my punishment including any term of incarceration, parole, supervision, period of probation, or I have been pardoned. I have not been determined by a final judgment of a court exercising probate jurisdiction to be totally mentally incapacitated or partially mentally incapacitated without the right to vote. I understand that giving false information under oath is a misdemeanor, and I understand that it is a felony of the 2nd degree to vote in an election for which I know I am not eligible.

(PARA QUE EL VOTANTE LO LLENE: Estoy inscrito como votante en esta subdivisión política y en el precinto en cual estoy intentando a votar y aun no he votado en esta elección (en persona o por correo). Soy residente de esta subdivisión política, no he sido definitivamente declarado culpable de un delito grave o si soy el autor de un delito grave, he cumplido toda mi condena incluso el periodo de encarcelamiento, la libertad condicional, la libertad supervisada, la libertad vigilada, o he sido indultado. No me han determinado por un juicio final de una corte de la legalización de un testamento, ser totalmente incapacitado mentalmente o parcialmente incapacitado sin el derecho de votar. Entiendo que dar información falsa bajo juramento es un delito menor y también entiendo que es un delito grave de 2do grado votar en una elección sabiendo que no cumplo con los requisitos necesarios.) (ĐƯỢC HOÀN TẤT BỞI CỬ TRI: Tôi là cử tri đã ghi danh bỏ phiếu tại phân khu chính trị địa phương này và trong phân khu mà tôi có ý định bỏ phiếu và chưa bỏ phiếu trong cuộc bầu cử này (kể cả đích thân bỏ phiếu hay bỏ phiếu bằng thư). Tôi cư ngụ tại phân khu chính trị địa phương này, tôi hoàn toàn không bị kết tội trọng tội hoặc nếu là người phạm trọng tội, tôi đã hoàn thành hết mọi hình phạt, bao gồm thời hạn tù, án treo, quản chế, thời kỳ thử thách, hoặc đã được tha. Phán quyết cuối cùng của tòa án không có tuyên bố rằng tôi là người mất hoàn toàn năng lực về mặt tâm thần hay mất một phần năng lực để tôi có quyền được bỏ phiếu. Tôi hiểu rằng khai man khi tuyên thệ sẽ bị phạm khinh tội, và tôi hiểu rằng nếu bỏ phiếu trong một cuộc bầu cử mà tôi biết là mình không hội đủ điều kiện, thì sẽ bị coi là phạm trọng tội của 2.) 由選民填寫: 本人為此政治轄區之居民, 亦登記為選民並在此選區內嘗試投票且尚未在此次選舉中投票 (無論是親身或郵寄投票)。本人為此政治轄區之居民, 從未被最終宣判罪刑或是如被宣判, 或已完成全部刑罰, 包括監禁、假釋、監管、緩刑或已接受豁免或已被赦免。本人從未被遺囑驗證法庭最終裁定因精神失常或部份精神失能力而無權投票, 本人明暸宣誓下不符合資格的情況下在選舉中投票為二級重罪。

| Last Name (Apellido) (Họ) (姓) | First Name (Nombre) (Tên) (名) | Middle Name (if any) (Segundo nombre (si tiene) Tên đệm (nếu có) 中間名 (若有) | Former Name (Nombre anterior) (Tên cũ) (曾用名) |
|---|---|---|---|
| Rogers | Nichole | Lynne | |

| Residence Address: Street Address and Apartment Number, City, State, and ZIP. If none, describe where you live (Do not include PO Box, Rural Rt. or business address) (Domicilio: calle y número de apartamento, Ciudad, Estado, y Código Postal: A falta de estos datos, describa la localidad de su residencia. (No incluya el apartado de correos, camino rural, ni dirección comercial.)) (Địa chỉ cư trú: Tên đường và số Phòng, Thành Phố, Tiểu Bang, và Mã Bưu Điện. Nếu không có, xin diễn tả nơi quý vị cư ngụ (Không được đề địa chỉ Hộp Thư, Địa Chỉ Đường Làng hoặc Địa Chỉ Thương Mại) 居住地址: 街名地址和公寓號、市、州和郵寄區號。如果沒有, 請詳細說明居住地點 (請勿用郵局信箱號碼、郊外務 |
|---|
| 4718   Oleander   Seabrook   TX   77586 |

| Mailing Address: City, State, and ZIP. If mail cannot be delivered to your residence address. (Dirección postal: Ciudad, Estado y Código Postal, si no es posible entregarle correspondencia en su domicilio). (Địa Chỉ Gửi Thư: Thành Phố, Tiểu Bang, và Mã Bưu Điện. Nếu không thể chuyển thư tới địa chỉ cư ngụ của quý vị.) 郵寄地址: 市、州和郵寄區號。如果郵寄無法送達您的居住地址。 | Gender: (Optional) (Sexo (Optativo)) Giới tính:(Không bắt buộc 性別: (可填寫不填) | Date of Birth: Month, Day, Year (Fecha de nacimiento: mes, día, año)(Ngày tháng năm sanh: Tháng, Ngày, Năm) 出生日期: 月・日・年 |
|---|---|---|
| "   Same | Male ☐   Female ☑ (Hombre)(Nam)(男)   (Mujer)( Nữ)(女) | 12/01/1983 |

| Check appropriate box: Marque el cuadro apropiado: Đánh dấu vào ô thích hợp 選擇適當方格內打勾: | ARE YOU A UNITED STATES CITIZEN? (¿SOY CIUDADANO/A DE LOS ESTADOS UNIDOS?) (QUÝ VỊ CÓ PHẢI LÀ CÔNG DÂN HOA KỲ KHÔNG?) 您是美國公民嗎? ☑ Yes ☐ No (Si)( Có)(是)   (No)(Không)(否) | TX Driver's License No. or Personal I.D. No. (Issued by TX DPS) Número de su licencia de conducir de Texas o de su Cédula de Identidad expedida por el Departamento de Seguridad Publica de Texas) Số Bằng Lái Xe của tiểu bang Texas hoặc số ID cá nhân (do Bộ An Toàn Lao Động tiểu bang Texas | Social Security No. (Last 4 digits required if you do not have a driver's license or I.D. number) Número de Seguro Social (Si no tiene licencia de conducir ni identificación personal, se requiere los últimos 4 números de su seguro social) Số An Sinh Xã Hội (4 số cuối của số An Sinh Xã Hội cần phải có nếu quý vị không có số bằng lái xe hoặc số ID cá nhân) 社會安全號碼 (如果您沒有駕駛執照或個人身份證號碼, 則提供社安卡最後 |
|---|---|---|---|
| | ☐ I have not been issued a TX driver's license/ personal identification number or Social Security Number. (No me han expedido una licencia de conducir de Texas/Cedula de identidad personal de Texas ni un Número de Seguro Social.) ( Tôi chưa hề được cấp bằng lái xe của Texas/số ID cá nhân hoặc số An Sinh Xã Hội.) 我沒有 TX 駕駛執照號碼/個人身份證號碼或社會安全號碼。 | Signature of Voter: (Firma del votante) (Chữ ký của cử tri) (選民簽名) X Nichole Rogers | |

## TO BE COMPLETED BY THE ELECTION JUDGE

| Date of Election Fecha de la Elección Ngày Bầu Cử 選舉日期 | Precinct No. where voted   377 Núm. de Precincto-lugar de votación/Phân Khu nơi đã Bầu Cử Số/選區編號. 投票地點 | Home PCT 0377 | County Clerk Use ONLY | PCT 0377-29 |
|---|---|---|---|---|
| 11-5-13 | Precinct No. where registered   377 Núm. de Precincto-inscrito para votar/Phân Khu nơi đã ghi danh số/選區編號. 登記地點 | CERT/VUID 56050081 | Voter Registrar Use ONLY | PCT 0377 |
| Type of Election Tipo de Elección Hình thức Bầu Cử 選舉類型 Joint | Authority Conducting Election Autoridad Administrando la Elección Cơ Quan Thẩm Quyền Tiến Hành Bầu Cử 主持選舉機構 HARRIS COUNTY | | | |

**BALLOT CODE:** 1131896721

(Write in the Ballot Code, it is found on the Provisional Ballot Stub above the voter's signature area. The Provisional Ballot Stub is generated from the JBC.)

**VOTER PRESENTED ACCEPTABLE FORM OF IDENTIFICATION**

☐ YES   ☑ NO

1. ✓ Failed to present acceptable form of identification certificate with exemption.

2. ___ Voter not on list of registered voters.

3. ___ Voter on list, registered in another precinct.

4. ___ Voter on list of people who voted early by mail, and voter has not cancelled mail ballot application.

5. ___ Voting after 7:00 P.M. due to court order.

### TO BE COMPLETED BY THE COUNTY VOTER REGISTRAR FOR STATUS:

I, the voter registrar/deputy registrar, did research the records of my office and the following conclusion(s) was made:

**FOR VOTERS WHO DID NOT PRESENT ACCEPTABLE PHOTO IDENTIFICATION AT THE POLLING PLACE**

1. ___ Voter presented acceptable form of identification within 6 days of election day.

2. ___ Voter met disability exemption within 6 days of election day.

3. ___ Voter executed religious objection affidavit within 6 days of election day.

4. ___ Voter executed natural disaster affidavit within 6 days of election day.

5. ✓ Voter did not satisfy identification or affidavit requirements, listed in categories 1-4 above, within 6 days of election day.

**FOR VOTERS WHO VOTED PROVISIONALLY FOR OTHER REASONS**

6. ___ Not a registered voter or registration not effective in time for this election.

7. ___ Registered to vote, erroneously listed in wrong precinct.

8. ___ Registered to vote in a different precinct within the county.

9. ___ Information on file indicating applicant completed a voter registration

**Affidavit of Provisional Voter**

311446502

Declaración Jurada de Votante Provisional / Bản Chứng Thệ Của Cử Tri Tạm Thời / 臨時選民具結書

TO BE COMPLETED BY VOTER: I am a registered voter of this political subdivision and in the precinct in which I'm attempting to vote and have not already voted in this election (either in person or by mail). I am a resident of this political subdivision, have not been finally convicted of a felony or if a felon, I have completed all of my punishment including any term of incarceration, parole, supervision, period of probation, or I have been pardoned. I have not been determined to be a final judgment of a court exercising probate jurisdiction to be totally mentally incapacitated or partially mentally incapacitated without the right to vote. I understand that giving false information under oath is a misdemeanor, and I understand that it is a felony of the 2nd degree to vote in an election for which I know I am not eligible.

(PARA QUE EL VOTANTE LO LLENE: Estoy inscrito como votante en esta subdivisión política y en el precinto en cual estoy intentando a votar y aún no he votado en esta elección (en persona o por correo). Soy residente de esta subdivisión política, no he sido definitivamente declarado culpable de un delito grave o si soy el autor de un delito grave, he cumplido toda mi condena inclusive el período de encarcelamiento, la libertad condicional, la libertad supervisada, la libertad vigilada, o he sido indultado. No me han determinado por un juicio final de una corte de la legalización de un testamento, ser totalmente incapacitado mentalmente o parcialmente incapacitado sin el derecho de votar. Entiendo que dar información falsa bajo juramento es un delito menor y también entiendo que es un delito grave de 2do grado votar en una elección sabiendo que no cumplo con los requisitos necesarios.) (ĐƯỢC HOÀN TẤT BỞI CỬ TRI: Tôi là cử tri ghi danh bỏ phiếu tại phân khu chính trị địa phương này và trong phân khu mà tôi cố ý định bỏ phiếu và chưa bỏ phiếu trong cuộc bầu cử này (tự cá đích thân bỏ phiếu hay bỏ phiếu bằng thư). Tôi là ngụ tại phân khu chính trị địa phương này, tôi hoàn toàn không bị kết trọng tội hoặc nếu là người phạm trọng tội, tôi đã hoàn thành hết mọi hình phạt, bao gồm thời hạn tù, ân treo, quản chế, thời kỳ thử thách, hoặc đã được tha. Phần quyết cuối cùng của tòa án không tuyên bố rằng tôi là người mất hoàn toàn năng lực về mặt tâm thần hay mất một phần năng lực về mặt tâm thần hay một phần năng lực về tài vấn đề mà quyền được bỏ phiếu. Tôi hiểu rằng khai man lời tuyên thệ sẽ bị phạm khinh tội, và tôi hiểu rằng nếu bỏ phiếu trong một cuộc bầu cử mà tôi biết là mình không hội đủ điều kiện, tôi sẽ bị coi là phạm trọng tội cấp độ 2.) 由證民填寫: 本人為此政治轄區內之合法選民，及本人現图嘗試欲在此次選舉中投票（親自或郵寄投票）。本人為此政治轄區内之居民，無前科重罪紀錄，或如曾犯重罪者，已服滿所有刑期包括任何徒刑監禁、假釋、感管、或緩刑等期，或已獲赦免。本人並未因遺囑法庭裁決而完全或部分喪失精神狀態而被判喪失投票權利。本人明白發假誓屬輕罪，並了解倘明知自己不符合資格而於選舉中投票乃二級重罪。

| Last Name (Apellido) (姓) (姓) | First Name (Nombre) (Tên) (名) | Middle Name (if any) (Segundo nombre (si tiene) Tên đệm (nếu có) 中間名 (若有) | Former Name (Nombre anterior) (Tên cũ) (曾用名) |
|---|---|---|---|
| BAILEY | LORETTA | JEAN | |

Residence Address: Street Address and Apartment Number, City, State, and ZIP. If none, describe where you live (Do not include PO Box, Rural Rt. or business address) (Domicilio: calle y número de apartamento, Ciudad, Estado, y Código Postal: A falta de estos datos, describa la localidad de su residencia. (No incluya el apartado de correos, camino rural, ni dirección comercial.)) (Địa chỉ cư trú: Tên đường và số Phòng, Thành Phố, Tiểu Bang, và Mã Bưu Điện. Nếu không có, xin diễn tả nơi quý vị cư ngụ (Không được để địa chỉ Hộp Thư, Địa Chỉ Đường Làng hoặc Địa Chỉ Thương Mại)) 居住地址: 街名地址和公寓號、市、州和郵等區號。如果沒有，詢描述您居住地點（請勿用郵局信箱號碼、鄉村路段或商業地址）

329 TENNESSEE

| Mailing Address: City, State, and ZIP. If mail cannot be delivered to your residence address. (Dirección postal: Ciudad, Estado y Código Postal, si no es posible entregarle correspondencia en su domicilio). (Địa Chỉ Gửi Thư: Thành Phố, Tiểu Bang, và Mã Bưu Điện. Nếu không thể chuyển thư tới địa chỉ cư ngụ của quý vị.) 郵寄地址: 市、州和郵等區號。如果郵寄無法送達您的居住地址。 | Gender: (Optional) (Sexo (Optativo)) Giới tính:(Không bắt buộc) 性別: (可填寫不填)<br><br>Male ☐   Female ☒<br>(Hombre)(Nam)(男)   (Mujer)( Nữ)(女) | Date of Birth: Month, Day, Year (Fecha de nacimiento: mes, día, año)(Ngày tháng năm sanh: Tháng, Ngày, Năm) 出生日期：月、日、年<br><br>8 / 19 / 1959 |
|---|---|---|

| Check appropriate box: Marque el cuadro apropiado: Đánh dấu vào ô thích hợp 在適當方格內劃記: | TX Driver's License No. or Personal I.D. No. (Issued by TX DPS) Número de su licencia de conducir de Texas o de su Cédula de Identidad expedida por el Departamento de Seguridad Pública de Texas.) Số Bằng Lái Xe của tiểu bang Texas hoặc số ID cá nhân (do Bộ An Toàn Lao Động tiểu bang Texas | Social Security No. (last 4 digits required if you do not have a driver's license or I.D. number) Número de Seguro Social. (Si no tiene licencia de conducir ni identificación personal, se requiere los últimos 4 dígitos de su seguro social) Số An Sinh Xã Hội (4 số cuối của số An Sinh Xã Hội cần phải có nếu quý vị không có số bằng lái xe hoặc số ID cá nhân) 社會安全號碼（如果您沒有駕駛執照或個人身份證號碼，請提供社會安全號碼的最後 |
|---|---|---|
| ARE YOU A UNITED STATES CITIZEN? (¿SOY CIUDADANO/A DE LOS ESTADOS UNIDOS?) (QUÝ VỊ CÓ PHẢI LÀ CÔNG DÂN HOA KỲ KHÔNG?) 您是美國公民嗎？<br><br>☒Yes ☐ No<br>(Si)( Có)(是) (No)(Không)(否) | ☐ I have not been issued a TX driver's license/ personal identification number or Social Security Number. (No me han expedido una licencia de conducir de Texas/Cédula de Identidad personal ni un Número de Seguro Social.) ( Tôi chưa hề được cấp bằng lái xe của Texas/số ID cá nhân hoặc số An Sinh Xã Hội.) 我沒有 TX 駕駛執照號碼/個人身份證號碼或社會安全號碼。 | Signature of Voter: (Firma del Votante ) (Chữ Ký Của Cử Tri) (選民簽字)<br><br>X _Loretta Jean Bailey_ |

## TO BE COMPLETED BY THE ELECTION JUDGE

| Date of Election Fecha de la Elección Ngày Bầu Cử 選舉日期 | Precinct No. where voted 164<br>Núm. de Precinto-lugar de votación/Phần Khu nơi đã Bầu Cử Số/選區編號. 投票地點 | | Home PCT | County Clerk Use ONLY | PCT |
|---|---|---|---|---|---|
| 11-5-2013 | | | 0164 | | D164-14 |
| | Precinct No. where registered 164<br>Núm. de Precinto-inscrito para votar/Phần Khu nơi đã ghi danh số/選區編號. 登記地點 | | CERT/VUID<br>58446741 | Voter Registrar Use ONLY | PCT<br>O164 |

| Type of Election Tipo de Elección Hình Thức Bầu Cử 選舉類型 | Authority Conducting Election Autoridad Administrando la Elección Cơ Quan Thẩm Quyền Tiến Hành Bầu Cử 主持選務機構 |
|---|---|

TO BE COMPLETED BY THE COUNTY VOTER REGISTRAR FOR STATUS:

I, the voter registrar/deputy registrar, did research the records of my office and the following conclusion(s) was made:

**BALLOT CODE:** 1 90586066

(Write in the Ballot Code, it is found on the Provisional Ballot Stub above the voter's signature area. The Provisional Ballot Stub is generated from the JBC.)

### VOTER PRESENTED ACCEPTABLE FORM OF IDENTIFICATION

☐ YES   ☒ NO

1. ✓ Failed to present acceptable form of identification or certificate with exemption.

2. ____ Voter not on list of registered voters.

3. ____ Voter not on list, registered in another precinct.

4. ____ Voter on list of people who voted early by mail, and voter has not cancelled mail ballot application.

5. ____ Voting after 7:00 P.M. due to court order.

#### FOR VOTERS WHO DID NOT PRESENT ACCEPTABLE PHOTO IDENTIFICATION AT THE POLLING PLACE

1. ____ Voter presented acceptable form of identification within 6 days of election day.

2. ____ Voter met disability exemption within 6 days of election day.

3. ____ Voter executed religious objection affidavit within 6 days of election day.

4. ____ Voter executed natural disaster affidavit within 6 days of election day.

5. ✓ Voter did not satisfy identification or affidavit requirements, listed in categories 1-4 above, within 6 days of election day.

#### FOR VOTERS WHO VOTED PROVISIONALLY FOR OTHER REASONS

6. ____ Not a registered voter or registration not effective in time for this election.

7. ____ Registered to vote, erroneously listed in wrong precinct.

8. ____ Registered to vote in a different precinct within the county.

9. ____ Information on file indicating applicant completed a voter registration

PR



## Affidavit of Provisional Voter
Declaración Jurada de Votante Provisional / Bản Chứng Thệ Của Cử Tri Tạm Thời / 臨時選民具結書



311462501

TO BE COMPLETED BY VOTER: I am a registered voter of this political subdivision and in the precinct in which I'm attempting to vote and have not already voted in this election (either in person or by mail). I am a resident of this political subdivision. have not been finally convicted of a felony or if a felon, I have completed all of my punishment including any term of incarceration, parole, supervision, period of probation, or I have been pardoned. I have not been determined by a final judgment of a court exercising probate jurisdiction to be totally mentally incapacitated or partially mentally incapacitated without the right to vote. I understand that giving false information under oath is a misdemeanor, and I understand that is is a felony of the 2nd degree to vote in an election for which I know I am not eligible.

(PARA QUE EL VOTANTE LO LLENE: Estoy inscrito como votante en esta subdivisión política y en el precinto en cual estoy intentando a votar y aun no he votado en esta elección (o en persona o por correo). Soy residente de esta subdivisión política. no he sido definitivamente declarado culpable de un delito grave o si soy el autor de un delito grave. he cumplido toda mi condena inclusive el período de encarcelamiento, la libertad condicional, la libertad supervisada. la libertad vigilada, o he sido indultado. No me han determinado por un juicio final de una corte de la legalización de un testamento, ser totalmente incapacitado mentalmente o parcialmente incapacitado sin el derecho de votar. Entiendo que dar información falsa bajo juramento es un delito menor y también entiendo que es un delito grave de 2do grado votar en una elección sabiendo que no cumple con los requisitos necesarios.) (ĐƯỢC HOÀN TẤT BỞI CỬ TRI: Tôi là cử tri đã ghi danh bỏ phiếu tại phân khu chính trị địa phương này và trong phân khu mà tôi có ý định bỏ phiếu và chưa bỏ phiếu trong cuộc bầu cử này (kể cả đích thân bỏ phiếu hay bỏ phiếu bằng thư). Tôi cư ngụ tại phân khu chính trị địa phương này. tôi hoàn toàn không bị truy tội cuối cùng về một tội hình phạm, hay gần như cả tội hình phạm, tôi đã hoàn tất mọi hình phạt, bao gồm thời hạn tù, ân treo, quản chế, thời kỳ thử thách, hoặc đã được tha. Phán quyết cuối cùng của tòa án không tuyên bố rằng tôi là người mất hoàn toàn năng lực về mặt tâm thần hay mất một phần năng lực mà tôi có quyền được bỏ phiếu. Tôi hiểu rằng khai man khi tuyên thệ sẽ bị phạm khinh tội, và tôi hiểu rằng nếu bỏ phiếu trong cuộc bầu cử mà tôi biết là mình không hội đủ điều kiện, tôi sẽ bị coi là phạm trọng tội cấp độ 2.) 由選民填寫: 本人為此政治轄區內之合法選民，本人在意圖且尚未在此次選舉中投票(親自或郵寄投票)。本人為此政治轄區之居民，從未經終判定為重罪，或如有罪者，本人已服完所有刑期，包括入獄、緩刑、監管、緩刑時已接受完畢可已被赦免。本人從未經過認定為法院給予屬特別完全喪失行為能力或部分喪失之認定細節。本人了解在宣誓之後提供虛假資料乃屬輕罪，並且了解在明知本人不符合投票資格下於本次選舉中投票乃屬二級重罪。

| Last Name (Apellido) (Họ) (姓) | First Name (Nombre) (Tên) (名) | Middle Name (if any) (Segundo nombre (si tiene) Tên đệm (nếu có) (若有) | Former Name (Nombre anterior) (Tên cũ) (曾用名) |
|---|---|---|---|
| Patel | Amish | Bharat | |

**Residence Address:** Street Address and Apartment Number, City, State, and ZIP. If none, describe where you live (Do not include PO Box, Rural Rt. or business address) (Domicilio: calle y número de apartamento, Ciudad, Estado, y Código Postal. A falta de estos datos, describa la localidad de su residencia. No incluya el apartado de correos, camino rural, ni dirección comercial.)) (Địa chỉ cư trú: Tên đường và số Phòng, Thành Phố, Tiểu Bang, và Mã Bưu Điện. Nếu không có, xin diễn tả nơi quý vị cư ngụ (Không được để địa chỉ Hộp Thư, Địa Chỉ Đường Làng hoặc Địa Chỉ Thương Mại) 居住地址：街名地址和公寓號、市、州和郵寄區號。如果沒有，請詳細說明居住地點(請勿用郵局信箱號碼、鄉村路線或商業郵寄地址)

4311 Dickson St. #B, Houston, TX 77007

| Mailing Address: City, State, and ZIP. If mail cannot be delivered to your residence address. (Dirección postal: Ciudad, Estado y Código Postal. si no es posible entregarle correspondencia en su domicilio). (Địa Chỉ Gửi Thư: Thành Phố, Tiểu Bang, và Mã Bưu Điện. Nếu không thể chuyển thư tới địa chỉ cư ngụ của quý vị.) 郵寄地址：市、州和郵遞區號。如果郵寄無法送達您的居住地址。 | Gender: (Optional) (Sexo (Optativo) Giới tính:(Không bắt buộc) 性別： (可以填不填) Male ☑ Female ☐ (Hombre)(Nam)(男) (Mujer)(Nữ)(女) | Date of Birth: Month, Day, Year (Fecha de nacimiento: mes, día, año)(Ngày tháng năm sanh: Tháng, Ngày, Năm) 出生日期：月、日、年 03/28/1975 |
|---|---|---|
| 4311 Dickson St. #B, Houston, TX 77007 | | |

| Check appropriate box: Marque el cuadro apropiado: Đánh dấu vào ô thích hợp 在適當方格內打勾： ARE YOU A UNITED STATES CITIZEN? (¿SOY CIUDADANO/A DE LOS ESTADOS UNIDOS?) (QUÝ VỊ CÓ PHẢI LÀ CÔNG DÂN HOA KỲ KHÔNG?) 您是美國公民嗎？ ☑ Yes ☐ No (Sí)(Có)(是) (No)(Không)(否) | TX Driver's License No. or Personal I.D. No. (Issued by TX DPS) Número de su licencia de conducir de Texas o de su Cédula de Identidad expedida por el Departamento de Seguridad Publica de Texas. Số Bằng Lái Xe của tiểu bang Texas hoặc số ID cá nhân (do Bộ An Toàn Lao Động tiểu bang Texas ☐ I have not been issued a TX driver's license/ personal identification number or Social Security Number. (No me han expedido una licencia de conducir de Texas/Cédula de identidad personal de Texas ni un Número de Seguro Social.) Tôi chưa hề được cấp bằng lái xe của Texas/số ID cá nhân hoặc số An Sinh Xã Hội.) 我沒有德州駕駛執照/個人身份證號碼或社會安全號碼。 | Social Security No. (last 4 digits required if you do not have a driver's license or I.D. number) Número de Seguro Social. (los últimos 4 números de su identificación personal, se requiere los últimos 4 números de su seguro social) Số An Sinh Xã Hội (4 số cuối của số An Sinh Xã Hội cần phải có nếu quý vị không có số bằng lái xe hoặc số ID cá nhân) 社會安全號碼（如果您沒有駕駛執照或個人身份證號碼，需提供社安卡號後四碼) Signature of voter; (Firma del votante ) (Chữ ký của cử tri) (選民簽名) X _____ |
|---|---|---|

## TO BE COMPLETED BY THE ELECTION JUDGE

| Date of Election Fecha de la Elección Ngày Bầu Cử 選舉日期 11/5/13 | Precinct No. where voted Núm. de Precinto-lugar de votación/Phân Khu nơi đã Bầu Cử Số/選區編號. 投票地點 0052 |
|---|---|
| | Precinct No. where registered Núm. de Precinto-inscrita para votar/Phân Khu nơi đã ghi danh Số/選區編號. 登記地點 0052 |
| Type of Election Tipo de Elección Hình Thức Bầu Cử 選舉類型 | Authority Conducting Election Autoridad Administrando la Elección Cơ Quan Thẩm Quyền Tiến hành Bầu Cử 主持選舉的機構 |

| Home PCT | County Clerk Use ONLY | PCT |
|---|---|---|
| 0052 | | 0052-18 |
| CERT/VUID | Voter Registrar Use ONLY | PCT |
| 57149569 | | 52 |

### TO BE COMPLETED BY THE COUNTY VOTER REGISTRAR FOR STATUS:

I, the voter registrar/deputy registrar, did research the records of my office and the following conclusion(s) was made:

#### FOR VOTERS WHO DID NOT PRESENT ACCEPTABLE PHOTO IDENTIFICATION AT THE POLLING PLACE

1. ____ Voter presented acceptable form of identification within 6 days of election day.

2. ____ Voter met disability exemption within 6 days of election day.

3. ____ Voter executed religious objection affidavit within 6 days of election day.

4. ____ Voter executed natural disaster affidavit within 6 days of election day.

5. ✓ Voter did not satisfy identification or affidavit requirements, listed in categories 1-4 above, within 6 days of election day.

#### FOR VOTERS WHO VOTED PROVISIONALLY FOR OTHER REASONS

6. ____ Not a registered voter or registration not effective in time for this election.

7. ____ Registered to vote, erroneously listed in wrong precinct.

8. ____ Registered to vote in a different precinct within the county.

9. ____ Information on file indicating applicant completed a voter registration

## BALLOT CODE: 2 0 8 3 3 9 L 3 2 ✓

(Write in the Ballot Code, it is found on the Provisional Ballot Stub above the voter's signature area. The Provisional Ballot Stub is generated from the JBC.)

### VOTER PRESENTED ACCEPTABLE FORM OF IDENTIFICATION

☐ YES ☑ NO

1. ____ Failed to present acceptable form of identification or certificate with exemption.

2. ____ Voter not on list of registered voters.

3. ____ Voter on list, registered in another precinct.

4. ____ Voter on list of people who voted early by mail, and voter has not cancelled mail ballot application.

5. ____ Voting after 7:00 P.M. due to court order.

# Affidavit of Provisional Voter

311558043

Declaración Jurada de Votante Provisional / Bản Chứng Thệ Của Cử Tri Tạm Thời / 臨時選民具結書

TO BE COMPLETED BY VOTER: I am a registered voter of this political subdivision and in the precinct in which I'm attempting to vote and have not already voted in this election (either in person or by mail). I am a resident of this political subdivision, have not been finally convicted of a felony or if a felon, I have completed all of my punishment including any term of incarceration, parole, supervision, period of probation, or I have been pardoned. I have not been determined by a final judgment of a court exercising probate jurisdiction to be totally mentally incapacitated or partially mentally incapacitated without the right to vote. I understand that giving false information under oath is a misdemeanor, and I understand that it is a felony of the 2nd degree to vote in an election for which I know I am not eligible.

(PARA QUE EL VOTANTE LO LLENE: Estoy inscrito como votante en esta subdivisión política y en el precinto en cual estoy intentando a votar y aun no he votado en esta elección (en persona o por correo). Soy residente de esta subdivisión política, no he sido definitivamente declarado culpable de un delito grave o si soy el autor de un delito grave, he cumplido toda mi condena inclusive el periodo de encarcelamiento, la libertad condicional, la libertad supervisada, la libertad vigilada, o he sido indultado. No me han determinado por un juicio final de una corte de la legalización de un testamento, ser totalmente incapacitado mentalmente o parcialmente incapacitado sin el derecho de votar. Entiendo que dar información falsa bajo juramento es un delito menor, y también entiendo que es 2do grado votar en una elección sabiendo que no cumplo con los requisitos necesarios.) (DƯỢC HOÀN TẤT BỞI CỬ TRI: Tôi là cử tri đã ghi danh bỏ phiếu tại phần khu chính trị địa phương này và trong phần khu mà tôi có ý định bỏ phiếu và chưa bỏ phiếu trong cuộc bầu cử này (kể cả đích thân bỏ phiếu hay bỏ phiếu bằng thư). Tôi cư ngụ tại phần khu chính trị địa phương này, tôi hoàn toàn không bị kết trọng tội hoặc nếu là người phạm trọng tội, tôi đã hoàn thành hết mọi hình phạt, bao gồm thời hạn tù, ân treo, quản chế, thời kỳ thử thách, hoặc đã được tha. Phần quyết cuối cùng của tòa án không có quyền bỏ rằng tôi là người mất hoàn toàn năng lực về mặt tâm thần hay mất một phần năng lực về mặt tâm thần mà không có quyền bầu cử. Tôi hiểu rằng khai man khi tuyên thệ sẽ bị phạm khinh tội, và tôi hiểu rằng nếu bỏ phiếu trong một cuộc bầu cử mà tôi biết là mình không hội đủ điều kiện, tôi sẽ bị coi là phạm trọng tội cấp độ 2.) (由選民填寫: 本人為此政治區內已登記投票的選民且在本人意圖投票的選區投票並且尚未在此次選舉中投過票(不管是親身投票或郵寄投票)。本人為居住在此政治區內的選民,本人並未被最終定罪為重罪犯,或如果本人是重罪犯,則已服完全部刑罰,包括徒刑、緩刑、監管、假釋期或已獲赦免。本人並未被有遺囑檢驗裁判權法庭的終局裁定認定為完全喪失心智能力或部分喪失心智能力而無表决投票的權利。本人明白宣誓提供不實資訊為輕罪,並了解在明知自己不符合資格的情况下不得投票為二級重罪。)

| Last Name (Apellido) (Họ) (姓) | First Name (Nombre) (Tên) (名) | Middle Name (if any) (Segundo nombre (si tiene) Tên đệm (nếu có) 中間名 (若有) | Former Name (Nombre anterior) (Tên cũ) (曾用名) |
|---|---|---|---|
| MARtin | Nina | Catrice | |

| Residence Address: Street Address and Apartment Number, City, State, and ZIP. If none, describe where you live (Do not include PO Box, Rural RT, or business address) (Domicilio: calle y número de apartamento, Ciudad, Estado, y Código Postal: A falta de estos datos, describa la localidad de su residencia. (No incluya el apartado de correos, camino rural, ni dirección comercial.)) (Địa chỉ cư trú: Tên đường và số Phòng, Thành Phố, Tiểu Bang, và Mã Bưu Điện. Nếu không có, xin diễn tả nơi quý vị cư ngụ (Không được để địa chỉ Hộp Thư, Địa Chỉ Đường Làng hoặc Địa Chỉ Thương Mại) (居住地址: 街道地址及公寓號碼、市、州和郵政編碼。如無這等地址,描述您的居住地點(請勿用郵局信箱地址、鄉郊路線名稱或商業地址)) |
|---|
| 2121 Allen Parkway 4048 Houston TX 77019 |

| Mailing Address: City, State, and ZIP. If mail cannot be delivered to your residence address. (Dirección postal: Ciudad, Estado y Código Postal, si no es posible entregarle correspondencia en su domicilio). (Địa Chỉ Gửi Thư: Thành Phố, Tiểu Bang, và Mã Bưu Điện. Nếu không thể chuyển thư tới địa chỉ cư ngụ của quý vị.) 郵寄地址: 市、州和郵遞區號。如果郵寄無法送達您的居住地址。 | Gender: (Optional) (Sexo (Optativo)) Giới tính:(Không bắt buộc) 性别: (可選或不填) | Date of Birth: Month, Day, Year (Fecha de nacimiento: mes, día, año)(Ngày tháng năm sanh: Tháng, Ngày, Năm) 出生日期: 月、日、年 |
|---|---|---|
| | Male ☐   Female ☒ (Hombre)(Nam)(男)   (Mujer)( Nữ)(女) | 1L L9 L 1971 |

| Check appropriate box: Marque el cuadro apropiado: Đánh dấu vào ô thích hợp 在適當方格內劃勾: | TX Driver's License No. or Personal I.D. No. (Issued by TX DPS) Número de su licencia de conducir de Texas o de su Cédula de Identidad expedida por el Departamento de Seguridad Pública de Texas). Số Bằng Lái Xe của tiểu bang Texas hoặc số ID cá nhân (do Bộ An Toàn Lao Động tiểu bang Texas | Social Security No. (last 4 digits required if you do not have a driver's license or I.D. number) Número de Seguro Social. (Si no tiene licencia de conducir ni identificación personal, se requiere los últimos 4 números de su seguro social) Số An Sinh Xã Hội (4 số cuối của số An Sinh Xã Hội cần phải có nếu quý vị không có số bằng lái xe hoặc số ID cá nhân) 社會安全號碼(如果您沒有駕駛執照或個人身份證號碼,則提供社安卡最後 |
|---|---|---|
| ARE YOU A UNITED STATES CITIZEN? (¿SOY CIUDADANO/A DE LOS ESTADOS UNIDOS?) (QUÝ VỊ CÓ PHẢI LÀ CÔNG DÂN HOA KỲ KHÔNG?) 您是美國公民嗎? ☒ Yes   ☐ No (Sí)( CÓ)(是)  (No)(Không)(否) | ☐ I have not been issued a TX driver's license/ personal identification number or Social Security Number. (No me han expedido una licencia de conducir de Texas/Cédula de Identidad personal de Texas ni un Número de Seguro Social.) ( Tôi chưa hề được cấp bằng lái xe của Texas/số ID cá nhân hoặc số An Sinh Xã Hội.) 我沒有被核發德州駕駛執照號碼或 個人身份證號碼或社會安全號碼。 | X [signature] |

## TO BE COMPLETED BY THE ELECTION JUDGE

| | |
|---|---|
| Date of Election Fecha de la Elección Ngày Bầu Cử 選舉日期 | |
| Precinct No. where voted Núm. de Precinto-lugar de votación/Phần Khu nơi đã Bầu Cử số/選區編號 投票地點 | 33 |
| Precinct No. where registered Núm. de Precinto-inscrito para votar/Phần Khu nơi đã ghi danh số/選區編碼 登記地點 | 33 |
| Type of Election Tipo de Elección Hình Thức Bầu Cử 選舉類型 | Authority Conducting Election Autoridad Administrando la Elección Cơ Quan Thẩm Quyền Tiến Hành Bầu Cử 主持選舉機構 |

| | | | |
|---|---|---|---|
| Home PCT | | County Clerk Use ONLY | PCT |
| 0033 | | | 0033-18 |
| CERT/VUID | | Voter Registrar Use ONLY | PCT |
| 70398235 | | | 33 |

### TO BE COMPLETED BY THE COUNTY VOTER REGISTRAR FOR STATUS:

I, the voter registrar/deputy registrar, did research the records of my office and the following conclusion(s) was made:

**FOR VOTERS WHO DID NOT PRESENT ACCEPTABLE PHOTO IDENTIFICATION AT THE POLLING PLACE**

1. ____ Voter presented acceptable form of identification within 6 days of election day.

2. ____ Voter met disability exemption within 6 days of election day.

3. ____ Voter executed religious objection affidavit within 6 days of election day.

4. ____ Voter executed natural disaster affidavit within 6 days of election day.

5. _✓_ Voter did not satisfy identification or affidavit requirements, listed in categories 1-4 above, within 6 days of election day.

**FOR VOTERS WHO VOTED PROVISIONALLY FOR OTHER REASONS**

6. ____ Not a registered voter or registration not effective in time for this election.

7. ____ Registered to vote, erroneously listed in wrong precinct.

8. ____ Registered to vote in a different precinct within the county.

9. ____ Information on file indicating applicant completed a voter registration

## BALLOT CODE: 245179741

(Write in the Ballot Code, it is found on the Provisional Ballot Stub above the voter's signature area. The Provisional Ballot Stub is generated from the JBC.)

### VOTER PRESENTED ACCEPTABLE FORM OF IDENTIFICATION

☐ YES        ☐ NO

1. _✓_ Failed to present acceptable form of identification or voter certificate with exemption.   GA license

2. ____ Voter not on list of registered voters.

3. ____ Voter not on list, registered in another precinct.

4. ____ Voter on list of people who voted early by mail, and voter has not cancelled mail ballot application.

5. ____ Voting after 7:00 P.M. due to court order.



311560192

## Affidavit of Provisional Voter
### Declaración Jurada de Votante Provisional / Bản Chứng Thệ Của Cử Tri Tạm Thời / 臨時選民具結書

TO BE COMPLETED BY VOTER: I am a registered voter of this political subdivision and in the precinct in which I'm attempting to vote and have not already voted in this election (either in person or by mail). I am a resident of this political subdivision. I have not been finally convicted of a felony or if a felon, I have completed all of my punishment including any term of incarceration, parole, supervision, period of probation, or I have been pardoned. I have not been determined by a final judgment of a court exercising probate jurisdiction to be totally mentally incapacitated or partially mentally incapacitated without the right to vote. I understand that giving false information under oath is a misdemeanor, and I understand that it is a felony of the 2nd degree to vote in an election for which I know I am not eligible.

(PARA QUE EL VOTANTE LO LLENE: Estoy inscrito como votante en esta subdivisión política y en el precinto en cual estoy intentando a votar y aún no he votado en esta elección (en persona o por correo). Soy residente de esta subdivisión política, no he sido definitivamente declarado culpable de un delito grave o si soy el autor de un delito grave, he cumplido toda mi condena inclusive el periodo de encarcelamiento, la libertad condicional, la libertad supervisada, la libertad vigilada, o he sido indultado. No me han determinado por un juicio final de una corte de la legalización de un testamento, ser totalmente incapacitado mentalmente o parcialmente incapacitado sin el derecho de votar. Entiendo que dar información falsa bajo juramento es un delito menor y también entiendo que es un delito grave de 2do grado votar en una elección sabiendo que yo cumplo con los requisitos necesarios.) (DƯỢC HOÀN TÁT BỞI CỬ TRI: Tôi là cử tri đã ghi danh bỏ phiếu tại phân khu chính trị địa phương này và trong phân khu mà tôi cố ý định bỏ phiếu và chưa bỏ phiếu trong cuộc bầu cử này (kể cả đích thân bỏ phiếu hay bỏ phiếu bằng thư). Tôi cư ngụ tại phân khu chính trị địa phương này, tôi hoàn toàn không bị kết trọng tội hoặc nếu là người phạm trọng tội, tôi đã hoàn thành hết mọi hình phạt, bao gồm thời hạn tù, ân treo, quản chế, thời kỳ thử thách, hoặc đã được tha. Phán quyết cuối cùng của tòa án không có quyền bỏ rằng tôi là người mất hoàn toàn năng lực về mặt tâm thần hay mất một phần năng lực về mặt tâm thần mà không có quyền được bỏ phiếu. Tôi hiểu rằng khai man lời tuyên thệ sẽ bị phạm khinh tội, và tôi hiểu rằng nếu bỏ phiếu trong một cuộc bầu cử mà tôi biết là mình không hợp lệ để đi bầu, thì sẽ bị coi là phạm trọng tội cấp độ 2.) (由選民填寫:本人為此政治區內登記之合法選民,在本選區內意圖投票並未曾在此次選舉中投票(親自或郵寄投票)。本人為此政治區域之居民,並未被判有重罪終決或如果曾犯重罪,已服完所有的刑罰,包括監禁、假釋、監察、緩刑或已接受完畢或已被赦免。本人尚未被遺囑驗證法庭終決定因精神完全或部分殘失能力而喪失選舉權。本人明瞭宣誓後提供不實資料為輕罪,並了解在明知自己不符合資格的情況下在選舉中投票為二級重罪。

| Last Name (Apellido) (Họ) (姓) | First Name (Nombre) (Tên) (名) | Middle Name (if any) (Segundo nombre (si tiene) Tên đệm (nếu có) (中間名(若有)) | Former Name (Nombre anterior) (Tên cũ) (曾用名) |
|---|---|---|---|
| Green | Krystal | Nicole | |

| Residence Address: Street Address and Apartment Number, City, State, and ZIP. If none, describe where you live (Do not include PO Box, Rural Rt. or business address) (Domicilio: calle y número de apartamento, Ciudad, Estado, y Código Postal. Si falta de estos datos, describa la localidad de su residencia. (No incluya el apartado de correos, camino rural, ni dirección comercial.)) (Địa chỉ cư trú: Tên đường và số Phòng, Thành Phố, Tiểu Bang, và Mã Bưu Điện. Nếu không có, xin diễn tả nơi quý vị cư ngụ (Không được để địa chỉ Hộp Thư, Địa Chỉ Đường Làng hoặc Địa Chỉ Thương Mại) (居所地址:街名和公寓號、市、州和郵寄區號。如果沒有,請詳細說明居住地點(請勿用郵局信箱號碼、郊外移線名稱或商務地址) |
|---|
| 3360 Alices+. #425 Houston Tx 77021 |

| Mailing Address: City, State, and ZIP. If mail cannot be delivered to your residence address. (Dirección postal: Ciudad, Estado y Código Postal. si no es posible entregarle correspondencia en su domicilio). (Địa Chỉ Gửi Thư: Thành Phố, Tiểu Bang, và Mã Bưu Điện. Nếu không thể chuyển thư tới địa chỉ cư ngụ của quý vị.) 郵寄地址:市,州和郵區號。如果郵寄無法送達您的居住地址。 | Gender: (Optional) (Sexo (Optativo) Giới tính:Không bắt buộc 性別:(可填寫不填) | Date of Birth: Month, Day, Year (Fecha de nacimiento: mes, día, año)(Ngày tháng năm sanh: Tháng, Ngày, Năm) 出生日期:月、日、年 |
|---|---|---|
| | Male ☐   Female ☑ (Hombre)(Nam)(男)   (Mujer)(Nữ)(女) | 06/29/1985 |

| Check appropriate box: Marque el cuadro apropiado: Đánh dấu vào ô thích hợp tế 請當方格內勾選 | TX Driver's License No. or Personal I.D. No. (Issued by TX DPS) Número de su licencia de conducir de Texas o de su Cédula de Identidad expedida por el Departamento de Seguridad Pública de Texas). Số Bằng Lái Xe của tiểu bang Texas hoặc số ID cá nhân (do Bộ An Toàn Lao Động tiểu bang Texas | Social Security No. (last 4 digits required if you do not have a driver's license or I.D. number) Número de Seguro Social (Si no tiene licencia de conducir ni identificación personal, se requiere los últimos 4 números de su seguro social) Số An Sinh Xã Hội (4 số cuối của số An Sinh Xã Hội cần phải có nếu quý vị không có số bằng lái xe hoặc số ID cá nhân) 社會安全號(如果您沒有駕駛執照或個人身份證號碼,請提供社會安全號末4位數字) |
|---|---|---|
| ARE YOU A UNITED STATES CITIZEN? (¿SOY CIUDADANO/A DE LOS ESTADOS UNIDOS?) (QÚY VỊ CÓ PHẢI LÀ CÔNG DÂN HOA KỲ KHÔNG?) 您是美國公民嗎? ☑ Yes   ☐ No (Sí)( Có)(是)   (No)(Không)(否) | ☐ I have not been issued a TX driver's license/personal identification number or Social Security Number. (No me han expedido una licencia de conducir de Texas/Cédula de identidad personal de Texas ni un Número de Seguro Social.) ( Tôi chưa hề được cấp bằng lái xe của Texas/số ID cá nhân hoặc số An Sinh Xã Hội.) 我沒有被發給德州駕駛執照號碼/個人身份證號碼或社會安全號碼。 | Signature of Voter. (Firma del Votante ) (Chữ ký của cử tri) (選民簽名) X Kry G |

---

## TO BE COMPLETED BY THE ELECTION JUDGE

| Date of Election Fecha de la Elección Ngày Bầu Cử 選舉日期 | 11/5/13 |
|---|---|

Precinct No. where **voted** Núm. de Precinto-lugar de votación/Phần Khu hỏi đã Bầu Cử Số/選區編號. 投票地點: **031**

Precinct No. where **registered** Núm. de Precinto-inscrito para votar/Phần Khu nơi đã ghi danh số/選區編號. 登記地點: **031**

| Type of Election Tipo de Elección Hình Thức Bầu Cử 選舉類型 | Authority Conducting Election Autoridad Administrando la Elección Cơ Quan Thẩm Quyền Tiến Hành Bầu Cử 主持選舉機構 |
|---|---|

**BALLOT CODE:** 245502522

(Write in the Ballot Code, it is found on the Provisional Ballot Stub above the voter's signature area. The Provisional Ballot Stub is generated from the JBC.)

### VOTER PRESENTED ACCEPTABLE FORM OF IDENTIFICATION
☐ YES        ☑ NO

1. ✓ Failed to present acceptable form of identification or voter certificate with exemption.

2. ___ Voter not on list of registered voters.

3. ___ Voter not on list, registered in another precinct.

4. ___ Voter on list of people who voted early by mail, and voter has not cancelled mail ballot application.

5. ___ Voting after 7:00 P.M. due to court order.

| Home PCT | County Clerk Use ONLY | PCT |
|---|---|---|
| 0031 | | 0031-19 |

| CERT/VUID | Voter Registrar Use ONLY | PCT |
|---|---|---|
| 55425 747 | | 31 |

## TO BE COMPLETED BY THE COUNTY VOTER REGISTRAR FOR STATUS:

I, the voter registrar/deputy registrar, did research the records of my office and the following conclusion(s) was made:

### FOR VOTERS WHO DID NOT PRESENT ACCEPTABLE PHOTO IDENTIFICATION AT THE POLLING PLACE

1. ___ Voter presented acceptable form of identification within 6 days of election day.

2. ___ Voter met disability exemption within 6 days of election day.

3. ___ Voter executed religious objection affidavit within 6 days of election day.

4. ___ Voter executed natural disaster affidavit within 6 days of election day.

5. ✓ Voter did not satisfy identification or affidavit requirements, listed in categories 1-4 above, within 6 days of election day.

### FOR VOTERS WHO VOTED PROVISIONALLY FOR OTHER REASONS

6. ___ Not a registered voter or registration not effective in time for this election.

7. ___ Registered to vote, erroneously listed in wrong precinct.

8. ___ Registered to vote in a different precinct within the county.

9. ___ Information on file indicating applicant completed a voter registration

## Affidavit of Provisional Voter

311562519

Declaración Jurada de Votante Provisional / Bản Chứng Thệ Của Cử Tri Tạm Thời / 臨時選民具結書

TO BE COMPLETED BY VOTER: I am a registered voter of this political subdivision and in the precinct in which I'm attempting to vote and have not already voted in this election (either in person or by mail). I am a resident of this political subdivision, have not been finally convicted of a felony or if a felon, I have completed all of my punishment including any term of incarceration, parole, supervision, period of probation, or I have been pardoned. I have not been determined by a final judgment of a court exercising probate jurisdiction to be totally mentally incapacitated or partially mentally incapacitated without the right to vote. I understand that giving false information under oath is a misdemeanor, and I understand that it is a felony of the 2nd degree to vote in an election for which I know I am not eligible.

(PARA QUE EL VOTANTE LO LLENE: Estoy inscrito como votante en esta subdivisión política y en el precinto en cual estoy intentando a votar y aun no he votado en esta elección (en persona o por correo). Soy residente de esta subdivisión política, no he sido definitivamente declarado culpable de un delito grave o si soy el autor de un delito grave, he completado todo mi condena inclusive el período de encarcelamiento, la libertad condicional, la libertad supervisada, la libertad vigilada, o he sido indultado. No me han determinado por un juicio final de una corte de la legalización de un testamento, ser totalmente incapacitado mentalmente o parcialmente incapacitado sin el derecho de votar. Entiendo que dar información falsa bajo juramento es un delito menor y también entiendo que es un delito grave de 2do grado votar en una elección sabiendo que no cumplo con los requisitos necesarios.) (DƯỢC HOÀN TẤT BỞI CỬ TRI: Tôi là cử tri đã ghi danh bỏ phiếu tại phân khu chính trị địa phương này và trong phân khu mà tôi cố ý định bỏ phiếu và chưa bỏ phiếu trong cuộc bầu cử này (kể cả đích thân bỏ phiếu hay bỏ phiếu bằng thư). Tôi cư ngụ tại phân khu chính trị địa phương này, tôi hoàn toàn không bị kết trọng tội hoặc nếu là người phạm trọng tội, tôi đã hoàn thành hết mọi hình phạt, bao gồm thời hạn tù, án treo, quản chế, thời kỳ thử thách, hoặc đã được tha. Phán quyết cuối cùng của tòa án không tuyên bố rằng tôi là người mất hoàn toàn năng lực về mặt tâm thần hay mất một phần năng lực về mặt tâm thần không có quyền bỏ phiếu. Tôi hiểu rằng khai man khi tuyên thệ sẽ bị phạm khinh tội, và tôi hiểu rằng nếu bỏ phiếu trong một cuộc bầu cử mà tôi biết là mình không hội đủ điều kiện, sẽ bị coi là phạm trọng tội cấp 2.) 由選民填寫：本人為此選區及本人正試圖投票而又尚未在本屆選舉中投過票（親自或郵寄投票）的選區之登記選民。本人為此政治分區之居民，並未被最終定罪為重罪犯，或如果是重罪犯，本人已完成全部刑罰包括任何監禁期、假釋、監管、緩刑期、或已獲赦免。本人並未被行使遺囑認證裁判權之法庭裁斷確定為完全或部份喪失心智能力而無投票權利。本人瞭解宣誓提供虛假資訊為輕罪，並了解在明知自己不符合資格的情況下在選舉中投票為二級重罪。

| Last Name (Apellido) (Họ) (姓) | First Name (Nombre) (Tên) (名) | Middle Name (if any) (Segundo nombre (si tiene) Tên đệm (nếu có) 中間名 (若有) | Former Name (Nombre anterior) (Tên cũ) (曾用名) |
|---|---|---|---|
| Cam | Marty | Paul | |

Residence Address: Street Address and Apartment Number, City, State, and ZIP. If none, describe where you live (Do not include PO Box, Rural Rt. or business address) (Domicilio: calle y número de apartamento, Ciudad, Estado, y Código Postal. A falta de estos datos, describa la localidad de su residencia. (No incluya el apartado de correos, camino rural, ni dirección comercial.)) (Địa chỉ cư trú: Tên đường và số Phòng, Thành Phố, Tiểu Bang, và Mã Bưu Điện. Nếu không có, xin diễn tả nơi quý vị cư ngụ (Không được để địa chỉ Hộp Thư, Địa Chỉ Đường Làng hoặc Địa Chỉ Thương Mại) 居住地址：街名和公寓號碼、市、州和郵寄區號。如果沒有，請詳細說明您住地點（請勿用郵局信箱號碼、郊外路線名稱或商業地址）

6011 Ave I  South Houston, Tx 77581

| Mailing Address: City, State, and ZIP. If mail cannot be delivered to your residence address. (Dirección postal: Ciudad, Estado y Código Postal. si no es posible entregarle correspondencia en su domicilio). (Địa Chỉ Gửi Thư: Thành Phố, Tiểu Bang, và Mã Bưu Điện. Nếu không thể chuyển thư tới địa chỉ cư ngụ của quý vị.) 郵寄地址：市、州和郵寄區號。如果郵寄無法送達您的居住地址。 | Gender: (Optional) (Sexo (Optativo)) Giới tính:(Không bắt buộc 性別：（可填寫不填） Male ☑   Female ☐ (Hombre)(Nam)(男)   (Mujer)(Nữ)(女) | Date of Birth: Month, Day, Year (Fecha de nacimiento: mes, día, año)(Ngày tháng năm sanh: Tháng, Ngày, Năm) 出生日期：月、日、年 08 / 19 / 1959 |
|---|---|---|

| Check appropriate box: Marque el cuadro apropiado: Đánh dấu vào ô thích hợp 在適當方格內打勾： ARE YOU A UNITED STATES CITIZEN? (¿SOY CIUDADANO/A DE LOS ESTADOS UNIDOS?) (QUÝ VỊ CÓ PHẢI LÀ CÔNG DÂN HOA KỲ KHÔNG?) 您是美國公民嗎？ ☑ Yes  ☐ No (Si)(Có)(是)  (No)(Không)(否) | TX Driver's License No. or Personal I.D. No. (Issued by TX DPS) Número de su licencia de conducir de Texas o de su Cédula de Identidad expedida por el Departamento de Seguridad Publica de Texas. Số Bằng lái Xe của tiểu bang Texas hoặc số ID cá nhân (do Bộ An Toàn Lao Động tiểu bang Texas ☐ I have not been issued a TX driver's license/ personal identification number or Social Security Number. (No me han expedido una licencia de conducir de Texas/Cédula de identidad personal de Texas ni un Número de Seguro Social.) (Tôi chưa hề được cấp bằng lái xe của Texas/số ID cá nhân hoặc số An Sinh Xã Hội.) 我沒有TX駕駛執照號碼/個人身份證號碼或社會安全號碼。 | Social Security No. (last 4 digits required if you do not have a driver's license or I.D. number) Número de su seguro social) Số An Sinh Xã Hội (4 số cuối của số An Sinh Xã Hội cần phải có nếu quý vị không có số bằng lái xe hoặc số ID cá nhân) 社會安全號碼（如果您沒有駕駛執照或個人身份證號碼，則提供社安卡號後四碼）Signature of Voter: (Firma del Votante) (Chữ ký của Cử tri) (選民簽名) X [signature] |
|---|---|---|

## TO BE COMPLETED BY THE ELECTION JUDGE

| Date of Election Fecha de la Elección Ngày Bầu Cử 選舉日期 11-5 2013 | Precinct No. where voted 093 Núm. de Precinto-lugar de votación/Phân Khu nơi đã Bầu Cử Số/選區編號 投票地點 | Home PCT 0093 | County Clerk Use ONLY | PCT 0093-9 |
|---|---|---|---|---|
| | Precinct No. where registered 097 Núm. de Precinto-inscrito para votar/Phân Khu nơi đã ghi danh số/選區編號 登記地點 | CERT/VUID 32032526 | Voter Registrar Use ONLY | PCT 93 |

Type of Election Tipo de Elección Hình Thức Bầu Cử 選舉類型 | Authority Conducting Election Autoridad Administrando la Elección Cơ Quan Thẩm Quyền Tiến Hành Bầu Cử 主持選務機構

**BALLOT CODE:** L 02636698

(Write in the Ballot Code, it is found on the Provisional Ballot Stub above the voter's signature area. The Provisional Ballot Stub is generated from the JBC.)

**VOTER PRESENTED ACCEPTABLE FORM OF IDENTIFICATION**

☐ YES   ☒ NO

1. _✓_ Failed to present acceptable form of identification or voter certificate with exemption.

2. ___ Voter not on list of registered voters.

3. ___ Voter on list, registered in another precinct.

4. ___ Voter on list of people who voted early by mail, and voter has not cancelled mail ballot application.

5. ___ Voting after 7:00 P.M. due to court order.

## TO BE COMPLETED BY THE COUNTY VOTER REGISTRAR FOR STATUS:

I, the voter registrar/deputy registrar, did research the records of my office and the following conclusion(s) was made:

### FOR VOTERS WHO DID NOT PRESENT ACCEPTABLE PHOTO IDENTIFICATION AT THE POLLING PLACE

1. ___ Voter presented acceptable form of identification within 6 days of election day.

2. ___ Voter met disability exemption within 6 days of election day.

3. ___ Voter executed religious objection affidavit within 6 days of election day.

4. ___ Voter executed natural disaster affidavit within 6 days of election day.

5. _✓_ Voter did not satisfy identification or affidavit requirements, listed in categories 1-4 above, within 6 days of election day.

### FOR VOTERS WHO VOTED PROVISIONALLY FOR OTHER REASONS

6. ___ Not a registered voter or registration not effective in time for this election.

7. ___ Registered to vote, erroneously listed in wrong precinct.

8. ___ Registered to vote in a different precinct within the county.

9. ___ Information on file indicating applicant completed a voter registration

PR

311564526

## Affidavit of Provisional Voter

Declaración Jurada de Votante Provisional / Bản Chứng Thệ Của Cử Tri Tạm Thời / 臨時選民具結書

TO BE COMPLETED BY VOTER: I am a registered voter of this political subdivision and in the precinct in which I'm attempting to vote and have not already voted in this election (either in person or by mail). I am a resident of this political subdivision, have not been finally convicted of a felony or if a felon, I have completed all of my punishment including any term of incarceration, parole, supervision, period of probation, or I have been pardoned. I have not been determined by a final judgment of a court exercising probate jurisdiction to be totally mentally incapacitated or partially mentally incapacitated without the right to vote. I understand that giving false information under oath is a misdemeanor, and I understand that it is a felony of the 2nd degree to vote in an election for which I know I am not eligible.

(PARA QUE EL VOTANTE LO LLENE: Estoy inscrito como votante en esta subdivisión política y en el precinto en cual estoy intentando a votar y aun no he votado en esta elección (en persona o por correo). Soy residente de esta subdivisión política, no he sido definitivamente declarado culpable de un delito grave o si soy el autor de un delito grave, he cumplido todo mi condena incluyendo cualquier periodo de encarcelamiento, la libertad condicional, la libertad supervisada, la libertad vigilada, o he sido indultado. No me han determinado por un juicio final de una corte de la legalización de un testamento, ser totalmente incapacitado mentalmente o parcialmente incapacitado sin el derecho de votar. Entiendo que dar información falsa bajo juramento es un delito menor y también entiendo que es un delito grave de 2do grado votar en una elección sabiendo que no cumplo con los requisitos necesarios.) (ĐƯỢC HOÀN TẤT BỞI CỬ TRI: Tôi là cử tri đã ghi danh bỏ phiếu tại phân khu chính trị địa phương này và trong phân khu mà tôi cố ý định bỏ phiếu và chưa bỏ phiếu trong cuộc bầu cử này (kể cả đích thân bỏ phiếu hay bỏ phiếu bằng thư). Tôi cư ngụ tại phân khu chính trị địa phương này, tôi hoàn toàn không bị kết trọng tội hoặc nếu là người phạm trọng tội, tôi đã hoàn thành và mọi hình phạt, bao gồm thời hạn tù, ân thưởng, quản chế, thời kỳ thử thách, hoặc đã được tha. Phán quyết cuối cùng của tòa án không quyền bỏ rằng tôi là người mất hoàn toàn năng lực về mặt tâm thần hay mất một phần năng lực về mặt tâm thần mà không có quyền được bỏ phiếu. Tôi hiểu rằng khai man khi tuyên thệ sẽ bị phạm hình tội, và tôi hiểu rằng nếu bỏ phiếu trong một cuộc bầu cử mà tôi biết là mình không hội đủ điều kiện, tôi sẽ bị coi là phạm trọng tội cấp độ 2.) làm chứng chứng thức. 本人為此政治細分之合法選民，在本人試圖投票而尚未在此次選舉中投票（現自選親臨投票或郵寄投票），本人為此政治細分之居民。悉未因犯有罪而終身定罪，或即使被判罪，包括監禁、假釋、監管、緩刑期已接受完畢或已被赦免。本人從未經法庭裁定為完全喪失或部分喪失心智而無完全喪失，本人亦明白如在知道自己不符合資格的情況下在選舉中投票乃二級重罪。

| Last Name (Apellido) (Họ) (姓) | First Name (Nombre) (Tên) (名) | Middle Name (if any) (Segundo nombre (si tiene) Tên đệm (nếu có) 中間名 (若有) | Former Name (Nombre anterior) (Tên cũ) (曾用名) |
|---|---|---|---|
| VASQUEZ | ELIZABETH | MARIE | |

Residence Address: Street Address and Apartment Number, City, State, and ZIP. If none, describe where you live (Do not include PO Box, Rural Rt. or business address) (Domicilio: calle y número de apartamento, Ciudad, Estado, y Código Postal. A falta de estos datos, describa la localidad de su residencia. (No incluya el apartado de correos, camino rural, ni dirección comercial.)) (Địa chỉ cư trú: Tên đường và số Phòng, Thành Phố, Tiểu Bang, và Mã Bưu Điện. Nếu không có, xin diễn tả nơi quý vị cư ngụ (Không được để địa chỉ Hộp Thư, Địa Chỉ Đường Làng hoặc Địa Chỉ Thương Mại) 居住地址：街名地址和公寓號、市、州和郵政編號。如果沒有，請詳細說明居住地點（請勿用郵箱信箱號碼、鄉村路線名稱或商業地址）

| Mailing Address: City, State, and ZIP. If mail cannot be delivered to your residence address. (Dirección postal: Ciudad, Estado y Código Postal, si no es posible entregarle correspondencia en su domicilio). (Địa Chỉ Gửi Thư: Thành Phố, Tiểu Bang, và Mã Bưu Điện. Nếu không thể chuyển thư tới địa chỉ cư ngụ của quý vị.) 郵寄地址：市、州和郵遞區號。如果郵寄無法送達您的居住地址。 | Gender: (Optional) (Sexo (Optativo) Giới tính (Không bắt buộc 性別) (可填或不填) | Date of Birth: Month, Day, Year (Fecha de nacimiento: mes, día, año)(Ngày tháng năm sanh: Tháng, Ngày, Năm) 出生日期：月、日、年 |
|---|---|---|
| 1200 MISSOURI ST | Male ☐   Female ☒ (Hombre)(M) (Mujer)(Nữ)(M/女) | 04/27/1970 |

| Check appropriate box. Marque el cuadro apropiado. Đánh dấu vào ô thích hợp 在適當方格內劃勾： | TX Driver's License No. or Personal I.D. No. (Issued by TX DPS) Número de su licencia de conducir de Texas o de su Cédula de Identidad expedida por el Departamento de Seguridad Publica de Texas). Số Bằng lái xe của tiểu bang Texas hoặc số ID cá nhân (do Bộ An Toàn Lao Động tiểu bang Texas | Social Security No. (last 4 digits required if you do not have a driver's license or I.D. number) Número de Seguro Social (Si no tiene licencia de conducir ni identificación personal, se requiere los últimos 4 números de su seguro social) Số An Sinh Xã Hội (4 số cuối của số An Sinh Xã Hội cần phải có nếu quý vị không có số bằng lái xe hoặc số ID cá nhân) 社會安全號碼（如果您沒有駕駛執照或個人身份證號碼，請提供社會安全號碼末4碼） |
|---|---|---|
| ARE YOU A UNITED STATES CITIZEN? (¿SOY CIUDADANO/A DE LOS ESTADOS UNIDOS?) (QUÝ VỊ CÓ PHẢI LÀ CÔNG DÂN HOA KỲ KHÔNG?) 您是美國公民嗎？ ☒ Yes ☐ No (Si)( Có)(是) (No)(Không)(否) | ☐ I have not been issued a TX driver's license/ personal identification number or Social Security Number. (No me han expedido una licencia de conducir de Texas/Cédula de identidad personal de Texas ni un Número de Seguro Social.) ( Tôi chưa hề được cấp bằng lái xe của Texas/số ID cá nhân hoặc số An Sinh Xã Hội.) 我沒有獲發 TX 駕駛執照號碼/ 個人身份證號碼或社會安全號碼。 | |

Signature of Voter: (Firma del Votante) (Chữ ký của Cử tri) (選民簽名)

*Elizabeth M. Vasquez*

| TO BE COMPLETED BY THE ELECTION JUDGE | | Home PCT | County Clerk Use ONLY | PCT |
|---|---|---|---|---|
| Date of Election Fecha de la Elección Ngày Bầu Cử 選舉日期 11-5-13 | Precinct No. where voted 102-8 Núm. de Precinto-lugar de votación/Phần Khu nơi đã Bầu Cử Số/選區編號. 投票地點 | 0102 | 0102-8 | |
| | Precinct No. where registered 102-8 Núm. de Precinto-inscrito para votar/Phần Khu nơi đã ghi danh số/選區 編號. 登記地點 | CERT/VUID 67282137 | Voter Registrar Use ONLY | 102 |
| Type of Election Tipo de Elección Hình Thức Bầu Cử 選舉類型 HARRIS CO | Authority Conducting Election Autoridad Administrando la Elección Cơ Quan Thẩm Quyền Tiến Hành Bầu Cử 主持選舉機構 HARRIS COUNTY | | | |

## BALLOT CODE: 98574466_

(Write in the Ballot Code, it is found on the Provisional Ballot Stub above the voter's signature area. The Provisional Ballot Stub is generated from the JBC.)

## VOTER PRESENTED ACCEPTABLE FORM OF IDENTIFICATION

☐ YES        ☒ NO

1. ____ Failed to present acceptable form of identification or certificate with exemption.

2. ____ Voter not on list of registered voters.

3. ____ Voter not on list, registered in another precinct.

4. ____ Voter on list of people who voted early by mail, and voter has not cancelled mail ballot application.

5. ____ Voting after 7:00 P.M. due to court order.

## TO BE COMPLETED BY THE COUNTY VOTER REGISTRAR FOR STATUS:

I, the voter registrar/deputy registrar, did research the records of my office and the following conclusion(s) was made:

### FOR VOTERS WHO DID NOT PRESENT ACCEPTABLE PHOTO IDENTIFICATION AT THE POLLING PLACE

1. ____ Voter presented acceptable form of identification within 6 days of election day.

2. ____ Voter met disability exemption within 6 days of election day.

3. ____ Voter executed religious objection affidavit within 6 days of election day.

4. ____ Voter executed natural disaster affidavit within 6 days of election day.

5. ✓ Voter did not satisfy identification or affidavit requirements, listed in categories 1-4 above, within 6 days of election day.

### FOR VOTERS WHO VOTED PROVISIONALLY FOR OTHER REASONS

6. ____ Not a registered voter or registration not effective in time for this election.

7. ____ Registered to vote, erroneously listed in wrong precinct.

8. ____ Registered to vote in a different precinct within the county..

9. ____ Information on file indicating applicant completed a voter registration

# Affidavit of Provisional Voter

Declaración Jurada de Votante Provisional / Bản Chứng Thệ Của Cử Tri Tạm Thời / 臨時選民具結書

311576513

TO BE COMPLETED BY VOTER: I am a registered voter of this political subdivision and in the precinct in which I'm attempting to vote and have not already voted in this election (either in person or by mail). I am a resident of this political subdivision, have not been finally convicted of a felony or if a felon, I have completed all of my punishment including any term of incarceration, parole, supervision, period of probation, or I have been pardoned. I have not been determined by a final judgment of a court exercising probate jurisdiction to be totally mentally incapacitated or partially mentally incapacitated without the right to vote. I understand that giving false information under oath is a misdemeanor, and I understand that it is a felony of the 2nd degree to vote in an election for which I know I am not eligible.

(PARA QUE EL VOTANTE LO LLENE: Estoy inscrito como votante en esta subdivisión política y en el precinto en cual estoy intentando a votar y aun no he votado en esta elección (en persona o por correo). Soy residente de esta subdivisión política, no he sido definitivamente declarado culpable de un delito grave o si soy el autor de un delito grave, he cumplido toda mi condena inclusive el período de encarcelamiento, la libertad condicional, la libertad supervisada, la libertad vigilada, o he sido indultado. No me han determinado por un juicio final de una corte de la legalización de un testamento, ser totalmente incapacitado mentalmente o parcialmente incapacitado sin el derecho de votar. Entiendo que dar información falsa bajo juramento es un delito menor y también entiendo que es un delito grave de 2do grado votar en una elección sabiendo que no cumplo con los requisitos necesarios.) (ĐƯỢC HOÀN TẤT BỞI CỬ TRI: Tôi là cử tri đã ghi danh bỏ phiếu tại phân khu chính trị này và trong phân khu mà tôi có ý định bỏ phiếu và chưa bỏ phiếu trong cuộc bầu cử này (kể cả đích thân bỏ phiếu hay bỏ phiếu bằng thư). Tôi cư ngụ tại phân khu chính trị địa phương này, tôi hoàn toàn không bị kết trọng tội hoặc nếu là người phạm trọng tội, tôi đã hoàn thành hết mọi hình phạt, bao gồm thời hạn tù, án treo, quản chế, thời kỳ thử thách, hoặc đã được tha. Phán quyết cuối cùng của tòa án không tuyên bố rằng tôi là người mất hoàn toàn năng lực về mặt tâm thần hay mất một phần năng lực về trí óc và tôi không có quyền bỏ phiếu. Tôi hiểu rằng khai man khi tuyên thệ sẽ bị phạm khinh tội, và tôi hiểu rằng nếu bỏ phiếu trong một cuộc bầu cử mà tôi biết là mình không hội đủ điều kiện, tôi sẽ bị coi là phạm trọng tội cấp độ 2.) 由證供完成：本人為此政治部份內之合法登記選民，在本人企圖投票的選區之內及此次選舉中還沒有投過票 (親身或郵寄)。本人為此政治部份之居民，並沒有被最終定罪為重犯，或即使曾犯有重罪，但所有懲罰，包括監禁、管理、監管，或都已過且被赦免。本人並未被認定為法庭執行遺囑檢驗完全喪失或部份喪失心智而無權投票。本人明白如作不實宣誓屬於輕罪，並了解在明知自己不符合資格的情況下於選舉中投票為二級重罪。

| Last Name (Apellido) (Họ) (姓) | First Name (Nombre) (Tên) (名) | Middle Name (if any) (Segundo nombre (si tiene) Tên đệm (nếu có) 中間名 (若有) | Former Name (Nombre anterior) (Tên cũ) (曾用名) |
|---|---|---|---|
| Holmes | MARVIN | Cal | |

| Residence Address: Street Address and Apartment Number, City, State, and ZIP. If none, describe where you live (Do not include PO Box, Rural Rt. or business address) (Domicilio: calle y número de apartamento, Ciudad, Estado, y Código Postal. A falta de estos datos, describa la localidad de su residencia. (No incluya el apartado de correos, camino rural, ni dirección comercial).) (Địa chỉ cư trú: Tên đường và số Phòng, Thành Phố, Tiểu Bang, và Mã Bưu Điện. Nếu không có, xin diễn tả nơi quý vị cư ngụ (không được để địa chỉ Hộp Thư, Địa Chỉ Đường Làng hoặc Địa Chỉ Thương Mại) 居住地址： 街名和號碼以及公寓號碼。如果沒有，請詳細說明居住地點 (請勿用郵局信箱號碼，鄉郊路線或商業地址)  4002 CORDER Street | 122 |

| Mailing Address: City, State, and ZIP. If mail cannot be delivered to your residence address. (Dirección postal: Ciudad, Estado y Código Postal. si no es posible entregarle correspondencia en su domicilio). (Địa Chỉ Gửi Thư: Thành Phố, Tiểu Bang, và Mã Bưu Điện. Nếu không thể chuyển thư tới địa chỉ cư ngụ của quý vị) 郵寄地址：市，州和郵遞區號。如果郵寄無法送達您的居住地址） | Gender: (Optional) (Sexo (Optativo) Giới tính:(Không bắt buộc) 性別：可填或不填)  Male ☑  Female ☐  (Hombre)(Nam)(男)  (Mujer)( Nữ)(女) | Date of Birth: Month, Day, Year (Fecha de nacimiento: mes, día, año)(Ngày tháng năm sanh: Tháng, Ngày, Năm) 出生日期：月，日，年  02 / 11 / 1969 |

| Check appropriate box: Marque el cuadro apropiado: Đánh dấu vào ô thích hợp 在適當方格內劃剔：  ARE YOU A UNITED STATES CITIZEN? (¿SOY CIUDADANO/A DE LOS ESTADOS UNIDOS?) (QUÝ VỊ CÓ PHẢI LÀ CÔNG DÂN HOA KỲ KHÔNG?) 您是美國公民嗎？  ☑ Yes ☐ No (Si)( Có)(是)  (No)(Không)(否) | TX Driver's License No. or Personal I.D. No. (Issued by TX DPS) Número de su licencia de conducir de Texas o de su Cédula de Identidad expedida por el Departamento de Seguridad Publica de Texas). Số Bằng Lái Xe của tiểu bang Texas hoặc số ID cá nhân (do Bộ An Toàn Lao Động tiểu bang Texas  ☐ I have not been issued a TX driver's license/ personal identification number or Social Security Number. (No me han expedido una licencia de conducir de Texas/Cedula de identidad personal ni un Número de Seguro Social.) ( Tôi chưa hề được cấp bằng lái xe của Texas/số ID cá nhân hoặc số An Sinh Xã Hội.) 我沒有 TX 駕駛執照號碼/個人身份證號碼或社會安全號碼 | Social Security No. (last 4 digits required if you do not have a driver's license or I.D. number) Número de Seguro Social. (Si no tiene licencia de conducir o identificación personal, se requiere los últimos 4 números de su seguro social) Số An Sinh Xã Hội (4 số cuối của số An Sinh Xã Hội cần phải có nếu quý vị không có số bằng lái xe hoặc số ID cá nhân) 社會安全號碼 (如果您沒有駕駛執照或個人身份證號碼，即提供社安卡最後四個數字)  Signature of Voter: (Firma del Votante ) (Chữ Ký Của Cử Tri)  (選民簽名)  X Marvin Holmes |

## TO BE COMPLETED BY THE ELECTION JUDGE

| Date of Election Fecha de la Elección Ngày Bầu Cử 選舉日期  11/5/13 | Precinct No. where voted 0180  Núm. de Precinto-lugar de votación/Phân Khu nơi đã Bầu Cử Số/選區編號: 投票地點 | | Home PCT 0180 | County Clerk Use ONLY | PCT 0180-19 |
|---|---|---|---|---|---|
| | Precinct No. where registered 180  Núm. de Precinto-inscrito para votar/Phân Khu nơi đã ghi danh số/選區編號: 登記地點 | | CERT/VUID 25455601 | Voter Registrar Use ONLY | PCT 180 |

Type of Election Tipo de Elección Hình thức Bầu Cử 選舉類型  General

Authority Conducting Election Autoridad Administrando la Elección Cơ Quan Thẩm Quyền Tiến Hành Bầu Cử 主持選舉機構  Harris County

**BALLOT CODE:** 19091378 9

(Write in the Ballot Code, it is found on the Provisional Ballot Stub above the voter's signature area. The Provisional Ballot Stub is generated from the JBC.)
190913789

## VOTER PRESENTED ACCEPTABLE FORM OF IDENTIFICATION

☐ YES      ☐ NO

1. ✓ Failed to present acceptable form of identification or voter certificate with exemption.

2. ___ Voter not on list of registered voters.

3. ___ Voter not on list, registered in another precinct.

4. ___ Voter on list of people who voted early by mail, and voter has not cancelled mail ballot application.

5. ___ Voting after 7:00 P.M. due to court order.

## TO BE COMPLETED BY THE COUNTY VOTER REGISTRAR FOR STATUS:

I, the voter registrar/deputy registrar, did research the records of my office and the following conclusion(s) was made:

### FOR VOTERS WHO DID NOT PRESENT ACCEPTABLE PHOTO IDENTIFICATION AT THE POLLING PLACE

1. ___ Voter presented acceptable form of identification within 6 days of election day.

2. ___ Voter met disability exemption within 6 days of election day.

3. ___ Voter executed religious objection affidavit within 6 days of election day.

4. ___ Voter executed natural disaster affidavit within 6 days of election day.

5. ✓ Voter did not satisfy identification or affidavit requirements, listed in categories 1-4 above, within 6 days of election day.

### FOR VOTERS WHO VOTED PROVISIONALLY FOR OTHER REASONS

6. ___ Not a registered voter or registration not effective in time for this election.

7. ___ Registered to vote, erroneously listed in wrong precinct.

8. ___ Registered to vote in a different precinct within the county.

9. ___ Information on file indicating applicant completed a voter registration

ME

**Affidavit of Provisional Voter**

Declaración Jurada de Votante Provisional / Bản Chứng Thệ Của Cử Tri Tạm Thời / 臨時選民具結書

311578021

TO BE COMPLETED BY VOTER: I am a registered voter of this political subdivision and in the precinct in which I'm attempting to vote and have not already voted in this election (either in person or by mail). I am a resident of this political subdivision, have not been finally convicted of a felony or if a felon, I have completed all of my punishment including any term of incarceration, parole, supervision, period of probation, or I have been pardoned. I have not been determined by a final judgment of a court exercising probate jurisdiction to be totally mentally incapacitated or partially mentally incapacitated without the right to vote. I understand that giving false information under oath is a misdemeanor, and I understand that it is a felony of the 2nd degree to vote in an election for which I know I am not eligible.

(PARA QUE EL VOTANTE LO LLENE: Estoy inscrito como votante en esta subdivisión política y en el precinto en cual estoy intentando a votar y aun no he votado en esta elección (en persona ó por correo). Soy residente de esta subdivisión política, no he sido definitivamente declarado culpable de un delito grave o si soy el autor de un delito grave, he cumplido toda mi condena incluso cualquier período de encarcelamiento, la libertad condicional, la libertad supervisada, la libertad vigilada, o he sido indultado. No me han determinado por un juicio final de una corte de la legalización de un testamento, ser totalmente incapacitado mentalmente o parcialmente incapacitado sin el derecho de votar. Entiendo que dar información falsa bajo juramento es un delito menor y también entiendo que es un delito grave de 2do grado votar en una elección sabiendo que no cumplo con los requisitos necesarios.) (ĐƯỢC HOÀN TẤT BỞI CỬ TRI: Tôi là cử tri đã ghi danh bỏ phiếu tại phân khu chính trị địa phương này và trong phân khu mà tôi cố ý định bỏ phiếu và chưa bỏ phiếu trong cuộc bầu cử này (kể cả đích thân bỏ phiếu hay bỏ phiếu bằng thư). Tôi cư ngụ tại phân khu chính trị địa phương này, tôi hoàn toàn không bị kết tội với tội hình sự và nếu là phạm trọng tội, tôi đã hoàn thành hết mọi hình phạt, bao gồm thời hạn tù, án treo, quản chế, thời kỳ thử thách, hoặc đã được tha. Phân quyết cuối cùng của tòa án không quyền bỏ rộng tôi là người mất trí hay mất một phần năng lực mà tôi có quyền được bỏ phiếu. Tôi hiểu rằng làm man khi tuyên thệ sẽ bị phạm khinh tội, và tôi hiểu rằng nếu bỏ phiếu trong một cuộc bầu cử mà tôi biết là mình không hội đủ điều kiện, tôi sẽ bị coi là phạm trọng tội cấp độ 2.) 由選民填寫: 本人為此政治轄區內之合法選民，於本人目前企圖在次選舉中投票（親自或郵寄投票）。本人為此政治轄區之居民，從未被確定犯有任何重罪或若犯重罪，本人已經服完所有刑罰，包括監禁、假釋、監管、或緩刑期或已被赦免。本人從未經由驗證遺囑法庭裁決判定本人完全或部份精神失常而喪失投票能力。本人瞭解在宣誓時提供不實資料將構成輕罪，並了解在明知自己不符合資格的情況下於選舉中投票為二級重罪。

| Last Name (Apellido) (Họ) (姓) | First Name (Nombre) (Tên) (名) | Middle Name (if any) (Segundo nombre (si tiene) Tên đệm (nếu có) 中間名 (若有) | Former Name (Nombre anterior) (Tên cũ) (曾用名) |
|---|---|---|---|
| Harrison | Ruth | Jean | |

Residence Address: Street Address and Apartment Number, City, State, and ZIP. If none, describe where you live (Do not include PO Box, Rural Rt. or business address) (Domicilio: calle y número de apartamento, Ciudad, Estado, y Código Postal. A falta de estos datos, describa la localidad de su vivienda. No incluya el apartado de correos, camino rural, ni dirección comercial) (Địa chỉ cư trú: Tên đường và số Phòng, Thành Phố, Tiểu Bang, và Mã Bưu Điện. Nếu không có, xin diễn tả nơi quý vị cư ngụ (Không được để địa chỉ Hộp Thư, Địa Chỉ Đường Làng hoặc Địa Chỉ Thương Mại) 居住地址：街名地址和公寓號，市、州和郵寄區號。如果沒有，請詳細說明居住地點（請勿用郵局信箱號碼、鄉村路線名稱或商業地址）

4027 Essex  Houston  TX 77027

| Mailing Address: City, State, and ZIP. If mail cannot be delivered to your residence address. (Dirección postal: Ciudad, Estado y Código Postal, si no es posible entregarle correspondencia en su domicilio). (Địa Chỉ Gửi Thư: Thành Phố, Tiểu Bang, và Mã Bưu Điện. Nếu không thể chuyển thư tới địa chỉ cư ngụ của quý vị.) 郵寄地址：市、州和郵寄區號。如果郵寄無法送到您的居住地址。 | Gender: (Optional) (Sexo (Optativo) Giới tính:(Không bắt buộc 性別 (可選或不填) | Date of Birth: Month, Day, Year (Fecha de nacimiento: mes, día, año)(Ngày Tháng năm sanh: Tháng, Ngày, Năm) 出生日期：月‧日‧年 |
|---|---|---|
| same | Male ☐  Female ☒  (Hombre)(Nam)(男)  (Mujer)( Nữ)(女) | 09/23/1928 |

| Check appropriate box: Marque el cuadro apropiado: Đánh dấu vào ô thích hợp từ trong đó 在適當方格內劃記 | TX Driver's License No. or Personal I.D. No. (Issued by TX DPS) Número de su licencia de conducir de Texas o de su Cédula de Identidad expedida por el Departamento de Seguridad Publica de Texas): Số Bằng Lái Xe của tiểu bang Texas hoặc số ID cá nhân (do Bộ An Toàn Lao Động tiểu bang Texas | Social Security No. (last 4 digits required if you do not have a driver's license or I.D. number) Número de Seguro Social. (Si no tiene licencia de conducir ni identificación personal, se requiere los últimos 4 números de su seguro social) Số An Sinh Xã Hội (4 số cuối của số An Sinh Xã Hội cần phải có nếu quý vị không có số Bằng lái xe hoặc số ID cá nhân) 社會安全號碼 (如果您沒有駕駛執照或個人身份證號碼，請提供社安卡最後四 |
|---|---|---|
| ARE YOU A UNITED STATES CITIZEN? (¿SOY CIUDADANO/A DE LOS ESTADOS UNIDOS?) (QUÝ VỊ CÓ PHẢI LÀ CÔNG DÂN HOA KỲ KHÔNG?) 您是美國公民嗎？  ☒ Yes ☐ No (Sí)( Có)(是)  (No)(Không)(不是) | ☐ I have not been issued a TX driver's license/ personal identification number or Social Security Number. (No me han expedido una licencia de conducir de Texas/Cédula de identidad personal de Texas ni un Número de Seguro Social.) (Tôi chưa hề được cấp bằng lái xe của Texas/số ID cá nhân hoặc số An Sinh Xã Hội.) 我沒有被發給德州駕駛執照/個人身份證號碼或社會安全號碼。 | Signature of Voter (Firma del Votante) (Chữ ký của cử tri) (選民簽名)  X Ruth J. Harrison |

| TO BE COMPLETED BY THE ELECTION JUDGE | | |
|---|---|---|
| Date of Election Fecha de la Elección Ngày Bầu Cử 選舉日期  11-5-2013 | Precinct No. where voted  177  Núm. de Precinto-lugar de votación/Phần Khu nơi đã Bầu Cử Số/選區編號. 投票地點  Precinct No. where registered  177  Núm. de Precinto-inscrito para votar/Phần Khu nơi đã ghi danh số/選區 編號. 登記地點 | Home PCT  0177  CERT/VUID  762054 |

Type of Election Tipo de Elección Hình Thức Bầu Cử 選舉類型

Houston General

Authority Conducting Election Autoridad Administrando la Elección Cơ Quan Thẩm Quyền Tiến Hành Bầu Cử 主持選舉機構

Houston

| | County Clerk Use ONLY | PCT |
|---|---|---|
| 0177 | | 0177-60 |
| | Voter Registrar Use ONLY | PCT |
| 762054 | | 177 |

**BALLOT CODE:** 184230276

(Write in the Ballot Code, it is found on the Provisional Ballot Stub above the voter's signature area. The Provisional Ballot Stub is generated from the JBC.)

**VOTER PRESENTED ACCEPTABLE FORM OF IDENTIFICATION**

☐ YES            ☐ NO

1. _____ Failed to present acceptable form of identification or voter certificate with exemption.

2. _____ Voter not on list of registered voters.

3. _____ Voter not on list, registered in another precinct.

4. _____ Voter on list of people who voted early by mail, and voter has not cancelled mail ballot application.

5. _____ Voting after 7:00 P.M. due to court order.

**TO BE COMPLETED BY THE COUNTY VOTER REGISTRAR FOR STATUS:**

I, the voter registrar/deputy registrar, did research the records of my office and the following conclusion(s) was made:

**FOR VOTERS WHO DID NOT PRESENT ACCEPTABLE PHOTO IDENTIFICATION AT THE POLLING PLACE**

1. _____ Voter presented acceptable form of identification within 6 days of election day.

2. _____ Voter met disability exemption within 6 days of election day.

3. _____ Voter executed religious objection affidavit within 6 days of election day.

4. _____ Voter executed natural disaster affidavit within 6 days of election day.

5. ✓ Voter did not satisfy identification or affidavit requirements, listed in categories 1-4 within, 6 days of election day.

**FOR VOTERS WHO VOTED PROVISIONALLY FOR OTHER REASONS**

6. _____ Not a registered voter or registration not effective in time for this election.

7. _____ Registered to vote, erroneously listed in wrong precinct.

8. _____ Registered to vote in a different precinct within the county.

9. _____ Information on file indicating applicant completed a voter registration



JAM

311469504

# Affidavit of Provisional Voter

Declaración Jurada de Votante Provisional / Bản Chứng Thệ Của Cử Tri Tạm Thời / 臨時選民具結書

TO BE COMPLETED BY VOTER: I am a registered voter of this political subdivision and in the precinct in which I'm attempting to vote and have not already voted in this election (either in person or by mail). I am a resident of this political subdivision, have not been finally convicted of a felony or if a felon, I have completed all of my punishment including any term of incarceration, parole, supervision, period of probation, or I have been pardoned. I have not been determined by a final judgment of a court exercising probate jurisdiction to be totally mentally incapacitated or partially mentally incapacitated without the right to vote. I understand that giving false information under oath is a misdemeanor, and I understand that it is a felony of the 2nd degree to vote in an election for which I know I am not eligible.

(PARA QUE EL VOTANTE LO LLENE: Estoy inscrito como votante en esta subdivisión política y en el precinto en cual estoy intentando a votar y aun he no votado en esta elección (en persona o por correo). Soy residente de esta subdivisión política, no he sido definitivamente declarado culpable de un delito grave o si soy el autor de un delito grave, he cumplido toda mi condena inclusive el período de encarcelamiento, la libertad condicional, la libertad supervisada, la libertad vigilada, o he sido indultado. No me han determinado por un juicio final de una corte de la legalización de un testamento, ser totalmente incapacitado mentalmente o parcialmente incapacitado sin el derecho de votar. Entiendo que dar información falsa bajo juramento es un delito menor y también entiendo que es un delito grave de 2do grado votar en una elección sabiendo que no cumplo con los requisitos necesarios.) (ĐƯỢC HOÀN TẤT BỞI CỬ TRI: Tôi là cử tri đã ghi danh bỏ phiếu tại phân khu chính trị địa phương này và trong phân khu mà tôi cố ý định bỏ phiếu và chưa bỏ phiếu trong cuộc bầu cử này (kể cả đích thân bỏ phiếu hay bỏ phiếu bằng thư). Tôi cư ngụ tại phân khu chính trị địa phương này, tôi hoàn toàn không bị kết trọng tội hoặc nếu là người phạm trọng tội, tôi đã hoàn thành hết mọi hình phạt, bao gồm thời hạn tù, quản chế, thời kỳ thử thách, hoặc đã được tha. Phán quyết cuối cùng của tòa án không được do tòa án có thẩm quyền về di chúc xét rằng tôi bị mất năng lực về mặt tâm thần hay mất một phần năng lực về mặt tâm thần mà không có quyền được bỏ phiếu. Tôi hiểu rằng khai man khi tuyên thệ sẽ bị phạm khinh tội, và tôi hiểu rằng nếu bỏ phiếu trong một cuộc bầu cử mà tôi biết mình không hội đủ điều kiện, tôi sẽ bị coi là phạm trọng tội cấp độ 2.) 由隨民具結：本人為此政治轄區的公民選民，本人有意圖在此次選舉中投票（親自或郵寄投票），本人此次尚未投過票。本人為此政治轄區之居民，從未因犯有重罪而被最終定罪，或即使曾有重罪，但所有懲罰，包括監禁、假釋、監管、緩刑或已接受完畢或已被赦免。本人從未被最終判定為完全喪失民事行為能力或部分喪失而無民事行為能力。本人了解在宣誓後提供虛假資訊屬於輕罪，並了解在明知自己無資格的選舉中投票為二級重罪。

| Last Name (Apellido) (Họ) (姓) | First Name (Nombre) (Tên) (名) | Middle Name (if any) (Segundo nombre (si tiene) Tên đêm (nếu có) 中間名 (若有) | Former Name (Nombre anterior) (Tên cũ) (曾用名) |
|---|---|---|---|
| STANLEY | RICHARD | GLASSER | |

**Residence Address:** Street Address and Apartment Number, City, State, and ZIP. If none, describe where you live (Do not include PO Box, Rural Rt. or business address) (Domicilio: calle y número de apartamento, Ciudad, Estado, y Código Postal: A falta de estos datos, describa la localidad de su residencia. (No incluya el apartado de correos, camino rural, ni dirección comercial.) (Địa chỉ cư trú: Tên đường và số Phòng, Thành Phố, Tiểu Bang, và Mã Bưu Điện. Nếu không có, xin diễn tả nơi quý vị cư ngụ (Không được để địa chỉ Hộp Thư, Địa Chỉ Đường Làng hoặc Địa Chỉ Thương Mại) 居住地址： 街名地址和公寓號、市、州和郵寄編號。如果沒有，請詳細說明居住地點 (請勿用郵局信箱地址、郊外地址或商業地址)

5151 BUFFALO SPEEDWAY (#2097) HOUSTON, TEXAS

| Mailing Address: City, State, and ZIP. If mail cannot be delivered to your residence address. (Dirección postal: Ciudad, Estado y Código Postal, si no es posible entregarle correspondencia en su domicilio). (Địa Chỉ Gửi Thư: Thành Phố, Tiểu Bang, và Mã Bưu Điện. Nếu không thể chuyển thư tới địa chỉ cư ngụ của quý vị.) 郵寄地址：市，州和郵遞區號。如果郵寄到無法送達您的居住地址。 | Gender: (Optional) (Sexo (Optativo) Giới tính:(Không bắt buộc 性別： (可任擇不填） <br> Male ☒ Female ☐ <br> (Hombre)(Nam)(男) (Mujer)( Nữ)(女) | Date of Birth: Month, Day, Year (Fecha de nacimiento: mes, día, año)(Ngày tháng năm sanh: Tháng, Ngày, Năm) 出生日期：月，日，年 <br> 12 / 02 / 26 |
|---|---|---|

| Check appropriate box: Marque el cuadro apropiado: Đánh dấu vào ô thích hợp 在適當方格內做記號： <br><br> ARE YOU A UNITED STATES CITIZEN? (¿SOY CIUDADANO/A DE LOS ESTADOS UNIDOS?) (QUÝ VỊ CÓ PHẢI LÀ CÔNG DÂN HOA KỲ KHÔNG?) 您是美國公民嗎？ <br><br> ☒Yes ☐ No <br> (Si)(是) (No)(Không)(否) | TX Driver's License No. or Personal I.D. No. (issued by TX DPS) Número de su licencia de conducir de Texas o de su Cédula de Identidad expedida por el Departamento de Seguridad Publica de Texas. Số Bằng Lái Xe của tiểu bang Texas hoặc số ID cá nhân (do Bộ An Toàn Lao Động tiểu bang Texas 德州駕駛執照號碼或個人身份證號碼 (由德州公共安全部核發) <br><br> ☐ I have not been issued a TX driver's license/ personal identification number or Social Security Number. (No me han expedido una licencia de conducir de Texas/Cédula de identidad personal de Texas ni un Número de Seguro Social.) (Tôi chưa hề được cấp bằng lái xe của Texas/số ID cá nhân hoặc số An Sinh Xã Hội.) 我沒有 TX 駕駛執照號碼/個人身份證號碼或社會安全號碼。 | Social Security No. (last 4 digits required if you do not have a driver's license or I.D. number) Número de Seguro Social. (No se tiene licencia de conducir ni identificación personal, se requiere los últimos 4 números de su seguro social) Số An Sinh Xã Hội (4 số cuối của số An Sinh Xã Hội cần phải có nếu quý vị không có số bằng lái xe hoặc số ID cá nhân) 社會安全號碼（如果您沒有駕駛執照或個人身份證號碼，則提供社安卡最後四位數字） <br><br> Signature of Voter: (Firma del Votante ) (Chữ Ký của Cử tri) (選民簽名) <br><br> X _Stanley R Glasser_ |
|---|---|---|

## TO BE COMPLETED BY THE ELECTION JUDGE

| Date of Election Fecha de la Elección Ngày Bầu Cử 選舉日期 <br> 11-5-13 | Precinct No. where **voted** 360 <br> Núm. de Precinto-lugar de votación/Phân Khu nơi đã Bầu Cử Số/選區編號. 投票地點 <br><br> Precinct No. where **registered** 360 <br> Núm. de Precinto-inscrito para votar/Phân Khu nơi đã ghi danh Số/選區編號. 登記地點 |
|---|---|
| Type of Election Tipo de Elección Hình Thức Bầu Cử 選舉類型 <br> Joint | Authority Conducting Election Autoridad Administrando la Elección Cơ Quan Thẩm Quyền Tiến Hành Bầu Cử 主持選舉機構 <br> Harris |

## BALLOT CODE: 1 7 9 6 4 0 4 3 4

(Write in the Ballot Code, it is found on the Provisional Ballot Stub above the voter's signature area. The Provisional Ballot Stub is generated from the JBC.)

### VOTER PRESENTED ACCEPTABLE FORM OF IDENTIFICATION

☐ YES     ☒ NO

1. _X_ Failed to present acceptable form of identification or voter certificate with exemption.
2. ___ Voter not on list of registered voters. _Showed Voter cert, Social Security card, expired DL. This_
3. ___ Voter not on list, registered in another precinct. _is the right man._
4. ___ Voter on list of people who voted early by mail, and voter has not cancelled mail ballot application.
5. ___ Voting after 7:00 P.M. due to court order.

| Home PCT <br> 0137 | County Clerk Use ONLY | PCT <br> ~~0360-7~~ ~~0137~~ |
|---|---|---|
| CERT/VUID <br> 13536842 | Voter Registrar Use ONLY | PCT <br> 0360 |

## TO BE COMPLETED BY THE COUNTY VOTER REGISTRAR FOR STATUS:

I, the voter registrar/deputy registrar, did research the records of my office and the following conclusion(s) was made:

### FOR VOTERS WHO DID NOT PRESENT ACCEPTABLE PHOTO IDENTIFICATION AT THE POLLING PLACE

1. ___ Voter presented acceptable form of identification within 6 days of election day.
2. ___ Voter met disability exemption within 6 days of election day.
3. ___ Voter executed religious objection affidavit within 6 days of election day.
4. ___ Voter executed natural disaster affidavit within 6 days of election day.
5. _✓_ Voter did not satisfy identification or affidavit requirements, listed in categories 1-4 above, within 6 days of election day.

### FOR VOTERS WHO VOTED PROVISIONALLY FOR OTHER REASONS

6. ___ Not a registered voter or registration not effective in time for this election.
7. ___ Registered to vote, erroneously listed in wrong precinct.
8. ___ Registered to vote in a different precinct within the county.
9. ___ Information on file indicating applicant completed a voter registration

JAM

# Affidavit of Provisional Voter

Declaración Jurada de Votante Provisional / Bản Chứng Thệ Của Cử Tri Tạm Thời / 臨時選民具結書

311471528

TO BE COMPLETED BY VOTER: I am a registered voter of this political subdivision and in the precinct in which I'm attempting to vote and have not already voted in this election (either in person or by mail). I am a resident of this political subdivision, have not been finally convicted of a felony or if a felon, I have completed all of my punishment including any term of incarceration, parole, supervision, period of probation, or I have been pardoned. I have not been determined by a final judgment of a court exercising probate jurisdiction to be totally mentally incapacitated or partially mentally incapacitated without the right to vote. I understand that giving false information under oath is a misdemeanor, and I understand that it is a felony of the 2nd degree to vote in an election for which I know I am not eligible.

(PARA QUE EL VOTANTE LO LLENE: Estoy inscrito como votante en esta subdivisión política y en el precinto en cual estoy intestando a votar y aun no he votado en esta elección (en persona o por correo). Soy residente de esta subdivisión política, no he sido definitivamente declarado culpable de un delito grave o si soy el autor de un delito grave, he cumplido toda mi condena inclusive el período de encarcelamiento, la libertad condicional, la libertad supervisada, la libertad vigilada, o he sido indultado. No me han determinado por un juicio final de una corte de la legalización de un testamento, ser totalmente incapacitado mentalmente o parcialmente incapacitado sin el derecho de votar. Entiendo que dar información falsa bajo juramento es un delito menor y también entiendo que es un delito grave de 2do grado votar en una elección sabiendo que no cumplo con los requisitos necesarios.) (DƯỢC HOÀN TẤT BỞI CỬ TRI: Tôi là cử tri đã ghi danh bỏ phiếu tại phân khu chính trị địa phương này và trong phân khu mà tôi có ý định bỏ phiếu trong cuộc bầu cử này (kể cả đích thân bỏ phiếu hay bỏ phiếu bằng thư). Tôi cư ngụ tại phân khu chính trị địa phương này, tôi hoàn toàn không bị kết trọng tội hoặc nếu là người phạm trọng tội, tôi đã hoàn thành hết mọi hình phạt, bao gồm thời hạn tù, ân treo, quản chế, thời kỳ thử thách, hoặc đã được tha. Phần quyết cuối cùng của tòa án khống tuyển bố rằng tôi là người mất hoàn toàn năng lực về mặt tâm thần hay mất một phần năng lực về mặt tâm thần mà mất luyện thể sẽ bị phạm khinh tội, và tôi hiểu rằng nếu bỏ phiếu trong cuộc bầu cử mà tôi biết là mình không hợp lệ thì đây là một trọng tội cấp độ 2.) (由選民填寫: 本人為在本政治分區及本人試圖投票的選區內登記投票的選民,並且在本次選舉中尚未投票(親自或郵寄投票)。本人為本政治分區之居民,本人並無最終被判重罪或如屬重犯者,本人已完成所有刑罰,包括徒刑、假釋、監管、緩刑內之候查期或被赦免。本人從未被掌管驗證法庭最終的裁決判定喪失心智能力或部份喪失而無投票權的選民。本人了解在宣誓下提供虛假資訊乃屬輕罪,本人亦了解在明知自己不符合資格的情況下於選舉中投票為二級重罪。)

| Last Name (Apellido) (Họ) (姓) | First Name (Nombre) (Tên) (名) | Middle Name (if any) (Segundo nombre (si tiene) Tên đệm (nếu có) 中間名 (若有) | Former Name (Nombre anterior) (Tên cũ) (曾用名) |
|---|---|---|---|
| MCKINLEY SR | VAN | | |

| Residence Address: Street Address and Apartment Number, City, State, and ZIP. If none, describe where you live (Do not include PO Box, Rural Rt. or business address) (Domicilio: calle y número de apartamento, Ciudad, Estado, y Código Postal: A falta de estos datos, describa la localidad de su residencia. (No incluya el apartado de correos, camino rural, ni dirección comercial.)) (Địa chỉ cư trú: Tên đường và số Phòng, Thành Phố, Tiểu Bang, và Mã Bưu Điện. Nếu không có, xin diễn tả nơi quý vị cư ngụ (Không được để địa chỉ Hộp Thư, Địa Chỉ Đường Làng hoặc Địa Chỉ Thương Mại) 居住地址:街名和公寓號碼、市、州和郵遞區號。如果沒有,請詳細說明居住地點(請勿用郵局信箱號碼、郊外鄉鎮或商業地址)) |
|---|
| 4000 GRIGGS ROAD #119   HOUSTON   TX   77021 |

| Mailing Address: City, State, and ZIP. If mail cannot be delivered to your residence address. (Dirección postal: Ciudad, Estado y Código Postal, si no es posible entregarle correspondencia en su domicilio). (Địa Chỉ Gửi Thư: Thành Phố, Tiểu Bang, và Mã Bưu Điện. Nếu không thể chuyển thư tới địa chỉ cư ngụ của quý vị.) 郵寄地址:市、州和郵遞區號。如果郵件無法送達您的住址的話。 | Gender: (Optional) (Sexo (Optativo)) Giới tính:(Không bắt buộc 性別: (可填寫不填) | Date of Birth: Month, Day, Year (Fecha de nacimiento: mes, día, año)(Ngày tháng năm sanh: Tháng, Ngày, Năm) 出生日期:月、日、年 |
|---|---|---|
| SAME | Male ☑   Female ☐ (Hombre)(Nam)(男)   (Mujer)( Nữ)(女) | 01 14 1961 |

| Check appropriate box: Marque el cuadro apropiado: Đánh dấu vào ô thích hợp 在適當方格內打勾: | TX Driver's License No. or Personal I.D. No. (Issued by TX DPS) Número de su licencia de conducir de Texas o de su Cédula de Identidad expedida por el Departamento de Seguridad Pública de Texas). Số Bằng Lái Xe của tiểu bang Texas hoặc số ID cá nhân (do Bộ An Toàn Lao Động tiểu bang Texas c | Social Security No. Last 4 digits required if you do not have a driver's license or I.D. number) Número de Seguro Social. (Si no tiene licencia de conducir ni identificación personal, se requiere los últimos 4 números de su seguro social) Số An Sinh Xã Hội (4 số cuối của số An Sinh Xã Hội cần phải có nếu quý vị không có số bằng lái xe hoặc số ID cá nhân) 社會安全號碼 (如果您沒有駕駛執照或個人身份證號碼,請提供社安卡號後 |
|---|---|---|
| ARE YOU A UNITED STATES CITIZEN? (¿SOY CIUDADANO/A DE LOS ESTADOS UNIDOS?) (QUÝ VỊ CÓ PHẢI LÀ CÔNG DÂN HOA KỲ KHÔNG?) 您是否國公民嗎?  ☑ Yes ☐ No (Sí)(是)  (No)(Không)(否) | ☐ I have not been issued a TX driver's license/ personal identification number or Social Security Number. (No me han expedido una licencia de conducir de Texas/Cédula de identidad personal de Texas ni un Número de Seguro Social.) ( Tôi chưa hề được cấp bằng lái xe của Texas/số ID cá nhân hoặc số An Sinh Xã Hội.) 我沒有 TX 駕駛執照號碼/ 個人身份證號碼或社會安全號碼。 | X ~[signature]~ Van McBr |

## TO BE COMPLETED BY THE ELECTION JUDGE

| Date of Election Fecha de la Elección Ngày Bầu Cử 選舉日期 | Precinct No. where voted Núm. de Precinto-lugar de votación/Phân Khu nơi đã Bầu Cử Số/選區編號. 投票地點  **136** |
|---|---|
| | Precinct No. where registered Núm. de Precinto-inscrito para votar/Phân Khu nơi đã ghi danh số/選區編號. 登記地點 |
| Type of Election Tipo de Elección Hình Thức Bầu Cử 選舉類型 | Authority Conducting Election Autoridad Administrando la Elección Cơ Quan Thẩm Quyền Tiến Hành Bầu Cử 主持選舉機構 |

| Home PCT | County Clerk Use ONLY | PCT |
|---|---|---|
| **0136** | | **0136-19** |
| CERT/VUID | Voter Registrar Use ONLY | PCT |
| **69020485** | | **0228** |

**TO BE COMPLETED BY THE COUNTY VOTER REGISTRAR FOR STATUS:**

I, the voter registrar/deputy registrar, did research the records of my office and the following conclusion(s) was made:

**FOR VOTERS WHO DID NOT PRESENT ACCEPTABLE PHOTO IDENTIFICATION AT THE POLLING PLACE**

1. _____ Voter presented acceptable form of identification within 6 days of election day.

2. _____ Voter met disability exemption within 6 days of election day.

3. _____ Voter executed religious objection affidavit within 6 days of election day.

4. _____ Voter executed natural disaster affidavit within 6 days of election day.

5. ✓ Voter did not satisfy identification or affidavit requirements, listed in categories 1-4 above, within 6 days of election day.

**FOR VOTERS WHO VOTED PROVISIONALLY FOR OTHER REASONS**

6. _____ Not a registered voter or registration not effective in time for this election.

7. _____ Registered to vote, erroneously listed in wrong precinct.

8. _____ Registered to vote in a different precinct within the county.

9. _____ Information on file indicating applicant completed a voter registration

# BALLOT CODE: 1 8 0 9 5 1 4 8 5

(Write in the Ballot Code, it is found on the Provisional Ballot Stub above the voter's signature area. The Provisional Ballot Stub is generated from the JBC.)

## VOTER PRESENTED ACCEPTABLE FORM OF IDENTIFICATION

☐ YES          ☐ NO

1. ☒ Failed to present acceptable form of identification or voter certificate with exemption.

2. _____ Voter not on list of registered voters.

3. _____ Voter not on list, registered in another precinct.

4. _____ Voter on list of people who voted early by mail, and voter has not cancelled mail ballot application.

5. _____ Voting after 7:00 P.M. due to court order.

311471537

JAM

## Affidavit of Provisional Voter

Declaración Jurada de Votante Provisional / Bản Chứng Thệ Của Cử Tri Tạm Thời / 臨時選民具結書

TO BE COMPLETED BY VOTER: I am a registered voter of this political subdivision and in the precinct in which I'm attempting to vote and have not already voted in this election (either in person or by mail). I am a resident of this political subdivision, have not been finally convicted of a felony or if a felon, I have completed all of my punishment including any term of incarceration, parole, supervision, period of probation, or I have been pardoned. I have not been determined by a final judgment of a court exercising probate jurisdiction to be totally mentally incapacitated or partially mentally incapacitated without the right to vote. I understand that giving false information under oath is a misdemeanor, and I understand that it is a felony of the 2nd degree to vote in an election for which I know I am not eligible.

(PARA QUE EL VOTANTE LO LLENE: Estoy inscrito como votante en esta subdivisión política y en el precinto en cual estoy intentando a votar y aun no he votado en esta elección (en persona o por correo). Soy residente de esta subdivisión política, no he sido definitivamente declarado culpable de un delito grave o si soy el autor de un delito grave, he cumplido todo mi condena inclusive el periodo de encarcelamiento, la libertad condicional, la libertad supervisada, la libertad vigilada, o he sido indultado. No me han determinado por un juicio final de una corte de la legalización de un testamento, ser totalmente incapacitado mentalmente o parcialmente incapacitado sin el derecho de votar. Entiendo que dar información falsa bajo juramento es un delito menor y también entiendo que es un delito grave de 2do grado votar en una elección sabiendo que no cumplo con los requisitos necesarios.) (DƯỢC HOÀN TẤT BỞI CỬ TRI: Tôi là cử tri đã ghi danh bỏ phiếu tại phân khu trong đó tôi dự định bỏ phiếu trong cuộc bầu cử này (kế cả đích thân bỏ phiếu hay bỏ phiếu bằng thư). Tôi cư ngụ tại phân khu chính trị địa phương này, tôi hoàn toàn không bị kết trọng tội hoặc nếu là người phạm trọng tội, tôi đã hoàn thành hết mọi hình phạt, bao gồm thời hạn tù, ân treo, quản chế, thời kỳ thử thách, hoặc đã được tha. Phán quyết cuối cùng của tòa án không có thẩm quyền bỏ rằng tôi là người mất hoàn toàn năng lực về trí tuệ hay tôi mất một phần năng lực về trí tuệ không có quyền được bỏ phiếu. Tôi hiểu rằng khai man khi tuyên thệ sẽ bị phạm khinh tội, và tôi hiểu rằng nếu bỏ phiếu trong một cuộc bầu cử mà tôi biết mình không hội đủ điều kiện thì sẽ bị phạm trọng tội cấp độ 2.) (由選民填寫: 本人為此政治轄區之選民，於本人意圖投票之選區內之投票地投票，且尚未在此選舉中投過票 (親自投票或郵寄投票)。本人為此政治轄區之居民，從未因犯有重罪而遭最終定罪，或如曾犯重罪，則本人已接受完畢或已被赦免。本人從未經遺囑認證法庭最終裁定被判精神完全喪失行為能力或部份喪失而無權投票。本人明瞭宣誓後提供不實資料的將構成輕罪，且了解在明知自己不符合資格的情況下在選舉中投票為二級重罪。)

| Last Name (Apellido) (Họ) (姓) | First Name (Nombre) (Tên) (名) | Middle Name (if any) (Segundo nombre (si tiene) Tên đệm (nếu có) 中間名 (若有) | Former Name (Nombre anterior) (Tên cũ) (曾用名) |
|---|---|---|---|
| Stokes Marfel | Deborah | Denice | Marfel |

**Residence Address:** Street Address and Apartment Number, City, State, and ZIP. If none, describe where you live (Do not include PO Box, Rural Rt. or business address) (Domicilio: calle y número de apartamento, Ciudad, Estado, y Código Postal: A falta de estos datos, describa la localidad de su residencia. (No incluya el apartado de correos, camino rural, ni dirección comercial.)) (Địa chỉ cư trú: Tên đường và số Phòng, Thành Phố, Tiểu Bang, và Mã Bưu Điện. Nếu không có, xin diễn tả nơi quý vị cư ngụ (Không được để địa chỉ Hộp Thư, Địa Chỉ Đường Làng hoặc Địa Chỉ Thương Mại)) 居住地址: 街名地址加房號、市、州和郵寄區號。如果沒有，請詳細描述您的居住地點 (請勿用郵局信箱地址或商業地址)

2804 South More Blvd. Houston, Texas 77004

| Mailing Address: City, State, and ZIP. If mail cannot be delivered to your residence address. (Dirección postal: Ciudad, Estado y Código Postal, si no es posible entregarle correspondencia en su domicilio). (Địa Chỉ Gửi Thư: Thành Phố, Tiểu Bang, và Mã Bưu Điện. Nếu không thể chuyển thư tới địa chỉ cư ngụ của quý vị.) 郵寄地址: 市、州和郵寄區號。如果無法寄郵件至您的居住地址。 | Gender: (Optional) (Sexo (Optativo) Giới tính: (Không bắt buộc) 性別: (可填或不填) | Date of Birth: Month, Day, Year (Fecha de nacimiento: mes, día, año)(Ngày tháng năm sanh: Tháng, Ngày, Năm) 出生日期: 月・日・年 |
|---|---|---|
| 2804 South More Blvd. Houston TX 77004 | Male ☐ Female ☒ (Hombre)(Nam)(男) (Mujer)( Nữ)(女) | 04/08/1954 |

| Check appropriate box: Marque el cuadro apropiado: Đánh dấu vào ô thích hợp 在適當方格作記號: | TX Driver's License No. or Personal I.D. No. (Issued by TX DPS) Número de su licencia de conducir de Texas o de su Cédula de Identidad expedida por el Departamento de Seguridad Publica de Texas). Số Bằng Lái Xe của tiểu bang Texas hoặc số ID cá nhân (do Bộ An Toàn Lao Động tiểu bang Texas c | Social Security No. (last 4 digits required if you do not have a driver's license or I.D. number) Número de Seguro Social. (Si no tiene licencia de conducir ni identificación personal, se requiere los últimos 4 números de su seguro social) Số An Sinh Xã Hội (4 số cuối của số An Sinh Xã Hội cần phải có nếu quý vị không có số bằng lái xe hoặc số ID cá nhân) 社會安全號碼 (如果您沒有駕駛執照或個人身份證號碼，請提供社安卡最後 |
|---|---|---|
| ARE YOU A UNITED STATES CITIZEN? (¿SOY CIUDADANO/A DE LOS ESTADOS UNIDOS?) (QUÝ VỊ CÓ PHẢI LÀ CÔNG DÂN HOA KỲ KHÔNG?) 您是美國公民嗎? ☒ Yes ☐ No (Sí)( Có)(是) (No)(Không)(否) | ☐ I have not been issued a TX driver's license/ personal identification number or Social Security Number. (No me han expedido una licencia de conducir de Texas/Cédula de identidad personal de Texas ni un Número de Seguro Social.) ( Tôi chưa hề được cấp bằng lái xe của Texas/số ID cá nhân hoặc số An Sinh Xã Hội.) 我沒有 TX 駕駛執照號碼/ 個人身份證號碼或社會安全號碼。 | Signature of Voter: (Firma de Votante ) (Chữ ký của cử tri)(選民簽字) X Deborah D. Stokes |

## TO BE COMPLETED BY THE ELECTION JUDGE

| | |
|---|---|
| Date of Election Fecha de la Elección Ngày Bầu Cử 選舉日期 | Precinct No. where **voted** Núm. de Precinto-lugar de votación/Phân Khu nơi đã Bầu Cử Số/選區編號. 投票地點 |
| | Precinct No. where **registered** Núm. de Precinto-inscrito para votar/Phân Khu nơi đã ghi danh số/選區編號. 登記地點 |
| Type of Election Tipo de Elección Hình Thức Bầu Cử 選舉類型 | Authority Conducting Election Autoridad Administrando la Elección Cơ Quan Thẩm Quyền Tiến Hành Bầu Cử 主持選舉機構 |

**BALLOT CODE:** L80951676

(Write in the Ballot Code, it is found on the Provisional Ballot Stub above the voter's signature area. The Provisional Ballot Stub is generated from the JBC.)

### VOTER PRESENTED ACCEPTABLE FORM OF IDENTIFICATION

☐ YES   ☐ NO

1. ✓ Failed to present acceptable form of identification or certificate with exemption.

2. ___ Voter not on list of registered voters.

3. ___ Voter on list, registered in another precinct.

4. ___ Voter on list of people who voted early by mail, and voter has not cancelled mail ballot application.

5. ___ Voting after 7:00 P.M. due to court order.

| Home PCT | County Clerk Use ONLY | PCT |
|---|---|---|
| 0136 | | 0136-19 |
| CERT/VUID | Voter Registrar Use ONLY | PCT |
| 10736437 | | 0136 |

### TO BE COMPLETED BY THE COUNTY VOTER REGISTRAR FOR STATUS:

I, the voter registrar/deputy registrar, did research the records of my office and the following conclusion(s) was made:

#### FOR VOTERS WHO DID NOT PRESENT ACCEPTABLE PHOTO IDENTIFICATION AT THE POLLING PLACE

1. ___ Voter presented acceptable form of identification within 6 days of election day.

2. ___ Voter met disability exemption within 6 days of election day.

3. ___ Voter executed religious objection affidavit within 6 days of election day.

4. ___ Voter executed natural disaster affidavit within 6 days of election day.

5. ✓ Voter did not satisfy identification or affidavit requirements, listed in categories 1-4 above, within 6 days of election day.

#### FOR VOTERS WHO VOTED PROVISIONALLY FOR OTHER REASONS

6. ___ Not a registered voter or registration not effective in time for this election.

7. ___ Registered to vote, erroneously listed in wrong precinct.

8. ___ Registered to vote in a different precinct within the county.

9. ___ Information on file indicating applicant completed a voter registration

311472000

JAM

# Affidavit of Provisional Voter

Declaración Jurada de Votante Provisional / Bản Chứng Thệ Của Cử Tri Tạm Thời / 臨時選民具結書

TO BE COMPLETED BY VOTER: I am a registered voter of this political subdivision and in the precinct in which I'm attempting to vote and have not already voted in this election (either in person or by mail). I am a resident of this political subdivision, have not been finally convicted of a felony or if a felon, I have completed all of my punishment including any term of incarceration, parole, supervision, period of probation, or I have been pardoned. I have not been determined by a final judgment of a court exercising probate jurisdiction to be totally mentally incapacitated or partially mentally incapacitated without the right to vote. I understand that giving false information under oath is a misdemeanor, and I understand that it is a felony of the 2nd degree to vote in an election for which I know I am not eligible.

(PARA QUE EL VOTANTE LO LLENE: Estoy inscrito como votante en esta subdivisión política y en el precinto en cual estoy intentando a votar y aún no he votado en esta elección (en persona o por correo). Soy residente de esta subdivisión política, no he sido definitivamente declarado culpable de un delito grave o si soy el autor de un delito grave, he cumplido toda mi condena inclusive el período de encarcelamiento, la libertad condicional, la libertad supervisada, la libertad vigilada, o he sido indultado. No me han determinado por un juicio final de una corte de la legalización de un testamento, ser totalmente incapacitado mentalmente o parcialmente incapacitado sin el derecho de votar. Entiendo que dar información falsa bajo juramento es un delito menor y también entiendo que es un delito grave de 2do grado votar en una elección sabiendo que no cumplo con los requisitos necesarios.) (ĐƯỢC HOÀN TẤT BỞI CỬ TRI: Tôi là cử tri đã ghi danh bỏ phiếu tại phân khu chính trị địa phương này và trong phân khu mà tôi cố ý định bỏ phiếu và chưa bỏ phiếu trong cuộc bầu cử này (kể cả dịch thân bỏ phiếu hay bỏ phiếu bằng thư). Tôi cư ngụ tại phân khu chính trị địa phương này, tôi hoàn toàn không bị kết trọng tội hoặc nếu là người phạm trọng tội, tôi đã hoàn thành mọi hình phạt, bao gồm thời hạn tù, án treo, quản chế, thời kỳ thách, hoặc đã được tha. Phán quyết cuối cùng của tòa án không được bố đồng tôi là người mất hoàn toàn năng lực về mặt tâm thần hay mất một phần năng lực để đi có quyền được bỏ phiếu. Tôi hiểu rằng khai man khi tuyên thề sẽ bị phạm khinh tội, và tôi hiểu rằng nếu bỏ phiếu trong một cuộc bầu cử mà tôi biết là mình không hợp lệ hợp lợi của bầu cử kiện, tôi sẽ bị coi là phạm trọng tội cấp độ 2.) 由選民填寫：本人為此政治轄區內之合法選民，本人有意欲且尚未在此次選舉中投票（親自或郵寄投票）。本人為此政治轄區之居民，從未因犯下重罪而被最終定罪，或即使曾犯下重罪，但所有刑罰、包括監禁、假釋、監管、緩刑等已接受完畢或已獲赦免。本人從未被遺囑驗證法庭最終裁定為因完全或部分（沒有投票權）而喪失行為能力。本人明瞭宣誓提供不實資訊為輕罪，並了解在明知自己不符合資格的情況下在選舉中投票為二級重罪。

| Last Name (Apellido) (Họ) (姓) | First Name (Nombre) (Tên) (名) | Middle Name (if any) (Segundo nombre (si tiene) Tên đệm (nếu có) 中間名 (若有) | Former Name (Nombre anterior) (Tên cũ) (曾用名) |
|---|---|---|---|
| GUYER | CECIL | BILLY | |

Residence Address: Street Address and Apartment Number, City, State, and ZIP. If none, describe where you live (Do not include PO Box, Rural Rt. or business address) (Domicilio: calle y número de apartamento, Ciudad, Estado, y Código Postal. A falta de estos datos, describa la localidad de su residencia. (No incluya el apartado de correos, camino rural, ni dirección comercial.)) (Địa chỉ cư trú: Tên đường và số Phòng, Thành Phố, Tiểu Bang, và Mã Bưu Điện. Nếu không có, xin diễn tả nơi quý vị cư ngụ (Không được để địa chỉ Hộp Thư, Địa Chỉ Đường Làng hoặc Địa Chỉ Thương Mại) 居住地址：街名地址和公寓號，市，州和郵寄區號。如果沒有，請詳細說明居住地點（請勿用郵局信箱號碼、郊外路線或商業地址）

2637 S CHERRY ST #116

| Mailing Address: City, State, and ZIP. If mail cannot be delivered to your residence address. (Dirección postal: Ciudad, Estado y Código Postal, si no es posible entregarle correspondencia en su domicilio). (Địa Chỉ Gửi Thư: Thành Phố, Tiểu Bang, và Mã Bưu Điện. Nếu không thể chuyển thư tới địa chỉ cư ngụ của quý vị.) 郵寄地址：市，州和郵寄區號。如果無法將郵件送至您的居所地址。 | Gender: (Optional) (Sexo (Optativo)) Giới tính:(Không bắt buộc 性別 （可取家不填） | Date of Birth: Month, Day, Year (Fecha de nacimiento: mes, día, año)(Ngày tháng năm sanh: Tháng, Ngày, Năm) 出生日期：月，日，年 |
|---|---|---|
| SAME | Male ☒  Female ☐ <br> (Hombre)(Nam)(男)  (Mujer)( Nữ)(女) | 09/18/1924 |

| Check appropriate box: Marque el cuadro apropiado: Đánh dấu vào ô thích hợp 在適當方格內打勾√ | TX Driver's License No. or Personal I.D. No. (Issued by TX DPS) Número de su licencia de conducir de Texas o de su Cédula de Identidad expedida por el Departamento de Seguridad Publica de Texas). Số Bằng Lái Xe của tiểu bang Texas hoặc số ID cá nhân (do Bộ An Toàn Lao Động tiểu bang Texas c | Social Security No. (last 4 digits required if you do not have a driver's license or I.D. number) Número de Seguro Social. (Si no tiene licencia de conducir ni identificación personal, se requiere los últimos 4 números de su seguro social) Số An Sinh Xã Hội (4 số cuối của số An Sinh Xã Hội cần phải có nếu quý vị không có số bằng lái xe hoặc số ID cá nhân) 社會安全號碼（如果您沒有駕駛執照或個人身份證號碼，請提供社安卡最後 |
|---|---|---|
| ARE YOU A UNITED STATES CITIZEN? (¿SOY CIUDADANO/A DE LOS ESTADOS UNIDOS?) (QUÝ VỊ CÓ PHẢI LÀ CÔNG DÂN HOA KỲ KHÔNG?) 您是美國公民嗎？ <br><br> ☒ Yes ☐ No <br> (Sí) Có)(是)  (No)(Không)(否) | ☐ I have not been issued a TX driver's license/ personal identification number or Social Security Number. (No me han expedido una licencia de conducir de Texas/Cédula de identidad personal de Texas ni un Número de Seguro Social.) ( Tôi chưa hề được cấp bằng lái xe của Texas/số ID cá nhân hoặc số An Sinh Xã Hội.) 我沒有下 駕駛執照號碼/ 個人身份證號碼或社會安全號碼。 | X *Cecil B. Guyer* |

## TO BE COMPLETED BY THE ELECTION JUDGE

| | | Home PCT | County Clerk Use ONLY | PCT |
|---|---|---|---|---|
| Date of Election Fecha de la Elección Ngày Bầu Cử 投票日期 <br><br> **05 NOV 2013** | Precinct No. where voted **0127** <br> Núm. de Precinto-lugar de votación/Phân Khu nơi đã Bầu Cử Số/選區編號. 投票地點 <br><br> Precinct No. where registered **0127** <br> Núm. de Precinto-inscrito para votar/Phân Khu nơi đã ghi danh số/選區編碼. 登記地點 | 0127 | | 0127-9 |
| | | CERT/VUID | Voter Registrar Use ONLY | PCT |
| | | 0792 8267 | | 0127 |

| Type of Election Tipo de Elección Hình Thức Bầu Cử 選舉類型 | Authority Conducting Election Autoridad Administrando la Elección Cơ Quan Thẩm Quyền Tiến Hành Bầu Cử 主持選舉機構 |
|---|---|
| JOINT | HARRIS COUNTY |

**BALLOT CODE:** 1829841244 7614

(Write in the Ballot Code, it is found on the Provisional Ballot Stub above the voter's signature area. The Provisional Ballot Stub is generated from the JBC.)

## VOTER PRESENTED ACCEPTABLE FORM OF IDENTIFICATION

☐ YES    ☒ NO

1. X  Failed to present acceptable form of identification or voter certificate with exemption.

2. ___  Voter not on list of registered voters.

3. ___  Voter not on list, registered in another precinct.

4. ___  Voter on list of people who voted early by mail, and voter has not cancelled mail ballot application.

5. ___  Voting after 7:00 P.M. due to court order.

### TO BE COMPLETED BY THE COUNTY VOTER REGISTRAR FOR STATUS:

I, the voter registrar/deputy registrar, did research the records of my office and the following conclusion(s) was made:

#### FOR VOTERS WHO DID NOT PRESENT ACCEPTABLE PHOTO IDENTIFICATION AT THE POLLING PLACE

1. ___  Voter presented acceptable form of identification within 6 days of election day.

2. ___  Voter met disability exemption within 6 days of election day.

3. ___  Voter executed religious objection affidavit within 6 days of election day.

4. ___  Voter executed natural disaster affidavit within 6 days of election day.

5. ✓  Voter did not satisfy identification or affidavit requirements, listed in categories 1-4 above, within 6 days of election day.

#### FOR VOTERS WHO VOTED PROVISIONALLY FOR OTHER REASONS

6. ___  Not a registered voter or registration not effective in time for this election.

7. ___  Registered to vote, erroneously listed in wrong precinct.

8. ___  Registered to vote in a different precinct within the county.

9. ___  Information on file indicating applicant completed a voter registration



Agency Fiscal Note Cost Estimate

**Cost Estimate for:** HB2513 As Introduced

**Caption:** Relating to the procedures for registering to vote and accepting a voter at a polling place; providing a criminal penalty.

**Agency Number:** 405 DEPT OF PUBLIC SAFETY

**Agency Analyst:** Inspector Rolando Rivas, Office of Audit and Inspection

**Date Requested:** 3/17/2009 9:37:00 AM

**Hearing Date:**

**Current Status:** Complete

**Completion date for cost estimate:** 3/24/2009 9:49:00 AM

**LBB Coordinator:** Scott Dudley , Wk. 512-463-1903, Pgr. 512-403-9182

**LBB Analyst:** Beth Tanner , Wk. 512-463-1200

**List of other agencies assigned:** 307 SECRETARY OF STATE

## Bill Summary/Fiscal Analysis

HB 2513 amends the Election Code by adding that a photograph of the applicant, if a photograph has been obtained under Section 31.012, must also be included on an officially prescribed registration application form.

HB 2513 also adds that each voter registration certificate issued must contain the photograph of the voter if a photograph has been obtained under Section 31.012.

Subchapter A, Chapter 31, Election Code, adds Section 31.012 titled "Photo Identification Access". This new section would allow the Secretary of State access to DL and ID card photographs maintained by the Department of Public Safety for use on a voter's voter registration certificate.

Under Subsection (b), the voter must present the voter's voter registration certificate with photograph, an affidavit, or a Texas identification card.

Subsection (d) allows an individual to vote if the voter's name is on the list of registered voters for that precinct and the voter's identity can be verified from the documentation presented under Subsection (b).

Subsection (f) strikes the voter's "registration certificate" and replaces it with the voter's "documentation".

TX_00237026

Subsection (g) adds that if a person commits perjury on an affidavit, then under Section 37.07, Penal Code, it constitutes aggravated perjury.

Section 63.001 (a), Election Code, is amended to add that an individual who is not listed as a registered voter for that precinct will be accepted to vote if they meet the identification or affidavit requirements under Section 63.001.

Section 63.007, Election Code, amends the title to include voters "Without Certificate" or voters with an incorrect certificate who are not on the list.

Section 63.007 (a), Election Code, allows a voter who does not present a voter registration certificate to be accepted to vote if the voter executes an affidavit.

Section 63.009 (a), Election Code, strikes a voter who does not "present a voter registration certificate when offering to vote" and replaces with a voter who does not "meet the identification or affidavit requirements under Section 63.001".

Section 63.054 (b), Election Code, is amended to include that a provisional ballot be accepted if the voter presents the voter's voter registration certificate with photograph, an affidavit, or a Texas identification card in the period prescribed by Section 65.0541.

Subchapter B, Chapter 65, Election Code, is amended to add Section 65.0541 titled "Presentation of Identification For Certain Provisional Ballots". No later than the tenth business day after the date of election, a provisional voter must present proof of identification to be examined by the early voting ballot board. The Secretary of State shall prescribe procedures to implement this section.

The Secretary of State shall establish the photo identification access program as soon as practicable after the effective date. This program must be available for use beginning with the general election for state and county officers held in 2010.

**Fiscal Impact**

Fiscal impact will be a one-time professional service fee for changes to the driver license system and associated applications and will not continue beyond the initial implementation.  The cost for changes in the driver license system and programming will be $273,200.00.

**Methodology**

A web services interface would be needed to provide the latest image on a person's record and for receiving a new batch file for records approved by the Secretary of State for individuals registered to vote. The changes to the system and associated applications will require professional service fees to include 1,336 programming hours at an estimated cost of $200.00 per hour for a total fiscal impact of $273,200.

**Building**

There is no building or rent cost associated with this bill.

**Other Operating Costs**

N/A

**Technology Impact**

Technology Impact for FY 2010 is for changes to the system and associated applications will require professional service fees to include 1,336 programming hours at an estimated cost of $200.00 per hour for a total fiscal impact of $273,200.

| | 2010 | 2011 | 2012 | 2013 | 2014 |
|---|---|---|---|---|---|
| Technology Impact | 273,200 | 0 | 0 | 0 | 0 |

**Summary of Fiscal Implications**

| | 2010 | 2011 | 2012 | 2013 | 2014 |
|---|---|---|---|---|---|
| Probable Gain to HIGHWAY FUND 6 | | | | | |
| Probable Loss to HIGHWAY FUND 6 | | | | | |
| Probable Savings to HIGHWAY FUND 6 | | | | | |
| Probable Cost | 273,200 | | | | |

TX_00237028

| to HIGHWAY FUND 6 | | | | | |
|---|---|---|---|---|---|

### FTEs

|  | 2010 | 2011 | 2012 | 2013 | 2014 |
|---|---|---|---|---|---|
| FTEs | 0 | 0 | 0 | 0 | 0 |

### Cost to the State

**Personnel Services**

|  | FTEs Req. | Salary Group | 2010 | 2011 | 2012 | 2013 | 2014 |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |
| **Total (also reflected below)** | **0** |  |  |  |  |  |  |

### Other Expenses

|  | 2010 | 2011 | 2012 | 2013 | 2014 |
|---|---|---|---|---|---|
| Total salaries and wages (from the Personnel Services Schedule) |  |  |  |  |  |
| Professional Services | **273,200** |  |  |  |  |
| Travel |  |  |  |  |  |
| Rent |  |  |  |  |  |
| Other Operating Expense |  |  |  |  |  |
| Equipment |  |  |  |  |  |
| Other costs: (specify) |  |  |  |  |  |
| Employee retirement, OASSI & group ins. Cost (28.57% of salary cost) |  |  |  |  |  |
| **Total** | **273,200** |  |  |  |  |

TX_00237029

## Method of Financing

|  | 2010 | 2011 | 2012 | 2013 | 2014 |
|---|---|---|---|---|---|
| GENERAL REVENUE FUND 1 |  |  |  |  |  |
| FEDERAL FUNDS 555 |  |  |  |  |  |
| HIGHWAY FUND 6 | 273,200 |  |  |  |  |
| **Total** | **273,200** |  |  |  |  |

**Local Government Impact**

**None**

**Prepared by:**   Rolando Rivas, Inspector, Office of Audit and Inspection
Diane Heselmeyer, Manager, Driver License Division
Margaret Spinks, Assistant Manager, Driver License Division
Kathleen Murphy, Assistant General Counsel, Office of General Counsel
Gezahgne Bogale, Budget Analyst, Accounting and Budget Control

cc:   Stanley E. Clark, Director
Lamar Beckworth, Assistant Director
Stuart Platt, General Counsel
Duncan Fox, Deputy General Counsel
Oscar Ybarra, Chief, Accounting and Budget Control
Judy Brown, Chief, Driver License Division
Cal VanderWal, Supervisor, Accounting and Budget Control
Kim Smith, Deputy Administrator, Driver License Division
Lisa Duecker, Budget Analyst, Accounting and Budget Control
Michael Kelley, Legislative Liaison

|   | A | B | C | D |
|---|---|---|---|---|
| 1 | COST TO IMPLEMENT SB 14 | | | |
| 2 | qty/hours | unit cost | total | |
| 3 | 1560 | $ 130.00 | $ 202,800.00 | DLS Application modification (requirements, design, development, QA, UAT) |
| 4 | 400 | $ 130.00 | $ 52,000.00 | PMO project Manager |
| 5 | 3 | $ 25,132.00 | $ 75,396.00 | Customer Service Representative's IT Contact Center |
| 6 | 1 | $ 117,000.00 | $ 117,000.00 | L1 Application modification (Image Capture, Image Verification, production file modification and new card design) |
| 7 | 1 | $ 3,481.70 | $ 3,481.70 | Training development and materials |
| 8 | 57834 | $ 0.60 | $ 34,700.40 | card cost |
| 9 | 57834 | $ 0.46 | $ 26,603.64 | card processing (processing, supplies and postage) |
| 10 | | | $ 511,981.74 | TOTAL COST |
| 11 | | | | |
| 12 | POTENTIAL REVENUE LOSS | | | |
| 13 | 46846 | $ 15.00 | $ 702,690.00 | Based on 13% of current ID card applicants registering to vote (81% 18-64 yoa) |
| 14 | 10988 | $ 5.00 | $ 54,940.00 | Based on 13% of current ID card applicants registering to vote (19% 65 + yoa) |
| 15 | | | $ 757,630.00 | POTENTIAL LOSS |
| 16 | | | | |
| 17 | | | | |
| 18 | Implementation costs include modifications to the Driver License System, Image Capture System, Image Verification System and | | | |
| 19 | | | | |
| 20 | It is unlikely that someone will forfeit a Texas driver license for a Voter ID; however there is the potential that a customer could | | | |

TX_00242714

TEX00242714

| | A |
|---|---|
| 1 | SB 14 – Fiscal Note Requirements – High level requirements |
| 2 | DLS Updates Changes: |
| 3 | • Create new card type – voter id |
| 4 | • Create issuance transaction for voter id |
| 5 | ○ Need new numbering schematic that will be system generated, details will be determined after meeting with SOS – |
| 6 | assume 15-20 digit alpha/numeric field |
| 7 | ○ Last Name, First Name, Middle and Suffix (use DLS field requirements) |
| 8 | ○ Date of birth (use DLS field requirements) |
| 9 | ○ Residence Address (use DLS field requirements) |
| 10 | ○ Mailing Address (use DLS field requirements) |
| 11 | ○ Voter registration fields (existing in DLS) |
| 12 | ○ Citizenship (yes or no – if no stop issuance transaction) |
| 13 | ○ Must meet identity requirements (existing in DLS) |
| 14 | ○ No fee processing |
| 15 | ○ Real time query to Crime Records to determine if applicant is eligible based on criminal history. |
| 16 | (NEED INPUT FROM LAW ENFORCEMENT SUPPORT) |
| 17 | ○ If return from criminal history is not eligible, stop issuance transaction. |
| 18 | • Modify ICS program – capture portrait and signature only – L1 |
| 19 | • Portrait image will be enrolled in IVS following same criteria as dl/id |
| 20 | • Create new card production file (DLS to L1) (NEED INPUT FROM L1) |
| 21 | ○ Contain voter id cards only |
| 22 | ○ Provide mag stripe and 2D barcode data |
| 23 | • Create new card – L1 |
| 24 | ○ Potentially use white teslin |
| 25 | ○ Portrait layout |
| 26 | ○ Header text and color different from all dl/id card types |
| 27 | ○ Data displayed |
| 28 | ▪ Last, first, middle name and suffix |
| 29 | ▪ Residence address |
| 30 | ▪ Date of birth |
| 31 | ▪ Voter id number |
| 32 | ▪ Portrait |
| 33 | ▪ Signature |
| 34 | • Create new post production file (from L1 to DLS) (NEED INPUT FROM L1) |
| 35 | ○ Populate post production information into card production table |
| 36 | • Modify create voter registration extract file to include new applications from voter id transaction |
| 37 | • Create new interface that will allow Secretary of State to provide cancellation information (NEED INPUT FROM SOS) |
| 38 | • Create new interface that will allow realtime validation of existing voter registrations (NEED INPUT FROM SOS) |
| 39 | • Modify create file for validating address (FIS mail file) to include voter id information. |

TX_00242715

TEX00242715

| | A |
|---|---|
| 1 | **Voter ID Cost Estimates** |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | 13% of ID holders who expressed interest in registering to vote |
| 8 | % of ID holders over 65 yoa |
| 9 | |
| 10 | |
| 11 | |
| 12 | **Maximum revenue loss to Mobility Fund if all eligible ID holders elected to get a free ID\*** |
| 13 | 444,879 x 81% = 360,352 x $15 = |
| 14 | (over 65 yoa) 19% = 10,989 x $5 = |
| 15 | Total |
| 16 | |
| 17 | **Minimum loss to Mobility Fund if only the current 13% of ID holders who registered to vote** |
| 18 | **at time of application elected to get a free ID** |
| 19 | |
| 20 | 57,834 x 81% = 46,846 x $15 = |
| 21 | (over 65 yoa) 57,834 x 19% = 10,989 x $5 = |
| 22 | Total |
| 23 | |
| 24 | **Impact to DPS' budget** |
| 25 | $1.67 = DPS' cost to produce and mail ID card |
| 26 | MAX — 444,879 x $1.67 = |
| 27 | MIN — 57,843 x $1.67 = |
| 28 | |
| 29 | \* This maximum is mitigated if free IDs are issued to customers who don't already have identification suitable to meet the 63.0101 (Election Code) requirements |

TX_00242716

TEX00242716

| | B | C | D | E |
|---|---|---|---|---|
| 1 | | | | |
| 2 | | | | |
| 3 | # of ID's issued in 2010 | | 473,275 | |
| 4 | % of ID holders under 18 yoa/Temp Vis | | - 6% or 28,396 | |
| 5 | # of ID's issued less ID holders under 18 yoa/Temp Vis | | 444,879 | |
| 6 | | | | |
| 7 | | | 57,834 | |
| 8 | | | 19% or 89,922 | |
| 9 | | | | |
| 10 | | | | |
| 11 | | | | |
| 12 | | | | |
| 13 | $5,405,280 | | | |
| 14 | $54,945 | | | |
| 15 | $5,460,225 | | | |
| 16 | | | | |
| 17 | | | | |
| 18 | | | | |
| 19 | | | | |
| 20 | $702,683 | | | |
| 21 | $54,945 | | | |
| 22 | $757,628 | | | |
| 23 | | | | |
| 24 | | | | |
| 25 | | | | |
| 26 | $742,948 | | | |
| 27 | $96,583 | | | |
| 28 | | | | |
| 29 | | | | |

TX_00242717

TEX00242717

1. Results for the Texas Senate District 4 special election runoff will be available here: http://bit.ly/1jYbE9p #VoteTexas

   Collapse

   - o Reply
   - o Retweet
   - o Favorite

2. 5 Aug

    Texas SOS Office @VoteTexas

   Reminder for those who live in Texas Senate District 4: Today is the special election runoff. http://bit.ly/1gOO4gt #VoteTexas

   Expand

   - o Reply
   - o Retweet
   - o Favorite

3. 1 Aug

    Texas SOS Office @VoteTexas

   @JusticeWillett Check out what @TXsecofstate got to do today. #bluebell #icecream http://www.sos.state.tx.us/about/newsreleases/2014/080114.shtml .

   Expand

   - o Reply
   - o Retweet
   - o Favorite

4. 1 Aug

 Texas SOS Office @VoteTexas

The first known election in TX happened this day in 1731. A reminder to #VoteTexas. http://www.tshaonline.org/day-by-day/August/01 …

Expand

- o Reply
- o Retweet
- o Favorite

5. 28 Jul

 Texas SOS Office @VoteTexas

Reminder. Live in Texas Senate District 4? Early voting runs today through Friday for the Aug. 5 special election runoff. #VoteTexas

Expand

- o Reply
- o Retweet
- o Favorite

6. 22 Jul

 Office of Gov Perry     ✔ @TexGov

.@GovernorPerry Announces September 9 Special Election for Senate District 28: http://governor.state.tx.us/news/press-release/19933/#.U86tIhvjsZQ.twitter … #txlege

Retweeted by Texas SOS Office

Expand

- o Reply
- o Retweet

o  Favorite

7.  17 Jul

 Secretary of State @TXsecofstate

Throw way back Thursday: Can you name this first Texas Secretary of State? #tbt pic.twitter.com/3uKTb4Fz9v

Retweeted by Texas SOS Office

Show Photo

o  Reply
o  Retweet
o  Favorite

8.  15 Jul

 Texas SOS Office @VoteTexas

Moved or changed your name since the last time you voted? Updating your voter registration info is easy. http://bit.ly/1iwaWAl #VoteTexas

Expand

o  Reply
o  Retweet
o  Favorite

9.  7 Jul

 Texas SOS Office @VoteTexas

The holiday is over, but you can still celebrate independence by registering to vote. http://votetexas.gov/register-to-vote/ ... #VoteTexas

Expand

- o Reply
- o Retweet
- o Favorite

10. 7 Jul

 Texas SOS Office @VoteTexas

Do you live in #Texas Sen Dist 4? Today is the deadline to register to vote in the Aug. 5 special runoff election. http://bit.ly/1cJTj89

Expand

- o Reply
- o Retweet
- o Favorite

11. 25 Jun

 Texas SOS Office @VoteTexas

Pick any #Texas region and you'll find a Texas festival near you. See for yourself: http://bit.ly/1mdBWEL

Expand

- o Reply
- o Retweet
- o Favorite

12. 24 Jun

 Texas SOS Office @VoteTexas

@Bertinosa It won't be problem on Election Day, though you can update your registration at http://VoteTexas.gov and leave former name blank

Expand

- o  Reply
- o  Retweet
- o  Favorite

13. 24 Jun

 Texas SOS Office @VoteTexas

@Bertinosa it may be that your maiden name is included in the field for former names giving the appearance of listing it twice.

Expand

- o  Reply
- o  Retweet
- o  Favorite

14. 23 Jun

 Secretary of State @TXsecofstate

Thrilled to congratulate @Whataburger on Whataname. Trademarked by this office today in 1950 http://www.sos.state.tx.us/about/newsreleases/2014/062314.shtml ...

Retweeted by Texas SOS Office

Expand

- o  Reply
- o  Retweet

    o  Favorite

15. 23 Jun



Texas SOS Office @VoteTexas

.@TexasHighways: Pick a spot on the stretch of 367 miles of coastline & plan your next beach trip. http://bit.ly/1kau0EP

    o  Reply
    o  Retweet
    o  Favorite

16. 21 Jun



Texas SOS Office @VoteTexas

Get back to nature! Explore the #Texas wilderness by 'Nature Journaling.' Learn more here: http://bit.ly/1ki5Uam @TPWDparks

    o  Reply
    o  Retweet
    o  Favorite

17. 17 Jun



Texas SOS Office @VoteTexas

Looking for something fun to do? Find a #Texas state park near you! http://bit.ly/1hZ3ev7 @TPWDparks

Expand

    o  Reply
    o  Retweet
    o  Favorite

18. 12 Jun



Looking for a fun family night? @WildflowerCtr 'Nature Nights' start tonight! Learn @ Central Texas wildlife: http://bit.ly/1k14Jrp

- o Reply
- o Retweet
- o Favorite

19. 10 Jun



.@TexasHighways: #McKinney is #17 & #Lockhart is #29. Where does your city rank? Top 40 Texas Travel Destinations: http://bit.ly/1oexB7P

Expand

- o Reply
- o Retweet
- o Favorite

20. 7 Jun



Celebrate #NationalFishingDay by casting your rod in a #Texas state park! @TPWDparks Find a fishing event near you: http://bit.ly/1mdvCgh

Expand

- o Reply
- o Retweet
- o Favorite

21. 4 Jun

 Texas SOS Office @VoteTexas

Are you smarter than a 7th grader? The @TXStHistAssoc tests your knowledge:
http://bit.ly/1vR7p4F

Expand

- o Reply
- o Retweet
- o Favorite

22. 28 May

 Texas SOS Office @VoteTexas

Live in TX Sen Dist 4? A special runoff election is set for Aug. 5.
http://votetexas.gov/voting/what/ Early voting runs July 28-Aug. 1. #VoteTexas

Expand

- o Reply
- o Retweet
- o Favorite

23. 27 May

 Texas SOS Office @VoteTexas

Polls are closed. Head over to our election results page at http://bit.ly/1jYbE9p .
#VoteTexas

Expand

- o Reply
- o Retweet
- o Favorite

24. 27 May


Texas SOS Office @VoteTexas

Texans still have a few hours to vote in today's primary runoff election. Find your voting location here: http://bit.ly/1eJHrUf #VoteTexas

Expand

- o Reply
- o Retweet
- o Favorite

25. 27 May


Secretary of State @TXsecofstate

@EricaGrieder @VoteTexas Erica, thanks for the question. The answer is no; it varies by county. You're right about Travis County.

Retweeted by Texas SOS Office

Expand

- o Reply
- o Retweet
- o Favorite

26. 27 May


Texas SOS Office @VoteTexas

@CodyLillich - Thanks for reminding folks to vote, Cody.

- o Reply

- o Retweet
- o Favorite

27. 27 May

 Texas SOS Office @VoteTexas

@AStraussInst - thanks for spreading the word!

Expand

- o Reply
- o Retweet
- o Favorite

28. 27 May

 Texas SOS Office @VoteTexas

@vcullipher - thanks!

Expand

- o Reply
- o Retweet
- o Favorite

29. 27 May

 Texas SOS Office @VoteTexas

Secretary Berry reminds voters to bring photo ID when they go to vote in today's primary runoff election. http://bit.ly/1nB5teh  #VoteTexas

Show Media

- o Reply
- o Retweet

      o   Favorite

30. 27 May

 Texas SOS Office @VoteTexas

Today is the primary runoff election in Texas. Polls are open until 7 p.m. Find your polling place at http://bit.ly/1eJHrUf #VoteTexas

Expand

      o   Reply
      o   Retweet
      o   Favorite

31. 26 May

 Texas SOS Office @VoteTexas

Today we remember those who sacrificed for our rights, including the right to vote. #votetexas

Expand

      o   Reply
      o   Retweet
      o   Favorite

32. 23 May

 Texas SOS Office @VoteTexas

Today is the last day of early voting before the Tuesday, May 27 primary runoff election. Details at http://bit.ly/N8PBQC #VoteTexas

Expand

- o Reply
- o Retweet
- o Favorite

33. 22 May

 Texas SOS Office @VoteTexas

Voting early or voting on primary runoff election day Tuesday, May 27? Don't forget to bring photo ID. http://bit.ly/1gsacXF #VoteTexas

Expand

- o Reply
- o Retweet
- o Favorite

34. 21 May

 Secretary of State @TXsecofstate

Thanks to @KAGSmatthew & @KAGSamanda for helping to get the word out about #VoteTexas in #BrazosCounty. http://bit.ly/1jEcM3g

Retweeted by Texas SOS Office

Expand

- o Reply
- o Retweet
- o Favorite

35. 21 May

 Texas SOS Office @VoteTexas

Add early voting to your to-do list today. Find out what's on the May 27 primary election runoff ballot at http://bit.ly/1gOO4gl #VoteTexas

Expand

- o  Reply
- o  Retweet
- o  Favorite

36. 20 May

 Texas SOS Office @VoteTexas

Early voting for the May 27 primary runoffs continues through Fri. Find a polling place in your county at http://bit.ly/1eJHrUf #VoteTexas

Expand

- o  Reply
- o  Retweet
- o  Favorite

37. 19 May

 Texas SOS Office @VoteTexas

Take advantage of early voting today through Friday for the May 27 primary election runoffs. http://bit.ly/1jMjNcr #VoteTexas

Expand

- o  Reply
- o  Retweet
- o  Favorite

38. 15 May

 EP County Elections @EP_Elections

Thank you @TxDPS and @VoteTexas for supporting another EIC drive pic.twitter.com/HwCy1qOlOQ

Retweeted by Texas SOS Office

Show Photo

- o   Reply
- o   Retweet
- o   Favorite

39. 15 May

 Secretary of State @TXsecofstate

Thanks to Webb Cty Elections Adm Oscar Villarreal & staff for helping get the word out about #VoteTexas in Laredo. pic.twitter.com/OjbEoPpvlh

Retweeted by Texas SOS Office

Show Photo

- o   Reply
- o   Retweet
- o   Favorite

40. 15 May

 Texas SOS Office @VoteTexas

A mobile EIC station is at the El Paso County Courthouse today from 10 a.m. to 4 p.m. issuing free EICs. http://tinyurl.com/q8ct5ku #VoteTexas

Expand

- o Reply
- o Retweet
- o Favorite

41. 12 May



Texas.gov   ✔ @texasgov

Watch our new demo video showing how you can change your Voter Name and Address free of charge! http://qoo.ly/twr9

Retweeted by Texas SOS Office

Show Media

- o Reply
- o Retweet
- o Favorite

42. 9 May



Texas SOS Office @VoteTexas

Reminder for those who live in TX Sen Dist 4: Bring photo ID to vote in Saturday's special election. http://bit.ly/1l6XDpe #VoteTexas

Expand

- o Reply
- o Retweet
- o Favorite

43. 7 May

 Texas SOS Office @VoteTexas

Congrats to @TXsecofstate and 8 others inducted into Texas Women's Hall of Fame
http://blog.chron.com/texaspolitics/2014/05/gov-perry-inducts-9-into-texas-womens-hall-of-fame/ ...

Expand

- o  Reply
- o  Retweet
- o  Favorite

44. 7 May

 Texas DPS      ✔ @TxDPS

DPS is now offering Election Identification Certificates at mobile stations in select counties. For details: http://bit.ly/1azZuRJ

Retweeted by Texas SOS Office

Expand

- o  Reply
- o  Retweet
- o  Favorite

45. 2 May

 Texas SOS Office @VoteTexas

@auniqueusername hmmmm, not sure what is going on

Expand

- o Reply
- o Retweet
- o Favorite

46. 2 May

 Texas SOS Office @VoteTexas

@auniqueusername We are looking into this on our side and it shows up with Berry. Could the browser just need refreshing?

Expand

- o Reply
- o Retweet
- o Favorite

47. 1 May

 Texas SOS Office @VoteTexas

.@txsecofstate & @EP_Elections admin Javier Chacon reveal EIC mobile station dates. http://bit.ly/R6FxsR #VoteTexas pic.twitter.com/9mDmIQ9LeI

Show Photo

- o Reply
- o Retweet
- o Favorite

48. 30 Apr

 Aileen B. Flores @AileenBFlores

#Texas Secretary of State Berry reminds public of ID law. #ElPaso
http://www.elpasotimes.com/news/ci_25664184/official-reminds-people-about-voter-id-law ... via @elpasotimes

Retweeted by Texas SOS Office

Show Summary

- o Reply
- o Retweet
- o Favorite

49. 28 Apr

 Texas SOS Office @VoteTexas

Reminder for those who live in Texas Senate District 4: Early voting for the May 10 special election runs today through May 6. #VoteTexas

Expand

- o Reply
- o Retweet
- o Favorite

50. 28 Apr

 Texas SOS Office @VoteTexas

@EricaGrieder Yes, you are correct. Thanks for asking.

Expand

- o Reply
- o Retweet
- o Favorite

51. 28 Apr



Texas SOS Office @VoteTexas

This is the last day to register to #VoteTexas in the May 27 primary runoffs. http://bit.ly/1d13h6P Please remind your friends.

Expand

- o  Reply
- o  Retweet
- o  Favorite

52. 25 Apr



Texas SOS Office @VoteTexas

#VoteTexas countdown clock is ticking down. Voter registration deadline is Monday for the May 27 primary runoffs. http://bit.ly/1d13h6P

Expand

- o  Reply
- o  Retweet
- o  Favorite

53. 24 Apr



Texas SOS Office @VoteTexas

College students, are you ready to #VoteTexas? Registering to vote is easy! Follow the simple steps at http://bit.ly/QGooGV

Expand

- o  Reply
- o  Retweet

      o  Favorite

54. 23 Apr

  Texas SOS Office @VoteTexas

Register to #VoteTexas by Monday for the May 27 primary runoffs. Print an application or check registration status: http://bit.ly/1d13h6P

Expand

      o  Reply
      o  Retweet
      o  Favorite

55. 22 Apr

  Texas SOS Office @VoteTexas

Check on key #VoteTexas registration and election dates at http://www.votetexas.gov .

Expand

      o  Reply
      o  Retweet
      o  Favorite

56. 17 Apr

  Texas SOS Office @VoteTexas

Texas college students, find out how you can #VoteTexas away from home. Details at http://bit.ly/QGooGV

Expand

- o Reply
- o Retweet
- o Favorite

57. 16 Apr



Texas SOS Office @VoteTexas

Early voting for the May 27 #VoteTexas primary runoffs starts in 33 days. Are you photo ID ready? http://goo.gl/m9b9Hz

Show Media

- o Reply
- o Retweet
- o Favorite

58. 15 Apr



Texas SOS Office @VoteTexas

Check out our election countdown clock at http://www.votetexas.gov . Make sure you're in sync with key #VoteTexas registration dates.

Expand

- o Reply
- o Retweet
- o Favorite

59. 14 Apr



Texas SOS Office @VoteTexas

April 28 is last day to register to #VoteTexas in the May 27 primary runoffs. Download an application now at http://goo.gl/o5KiHP

Expand

- o Reply
- o Retweet
- o Favorite

60. 11 Apr

 Texas SOS Office @VoteTexas

College students, find helpful #VoteTexas information at http://votetexas.gov/students/

Expand

- o Reply
- o Retweet
- o Favorite

61. 10 Apr

 Texas SOS Office @VoteTexas

Live in TX Sen Dist 4? This is your last day to register to #VoteTexas in the May 10 special election. Early voting starts April 28.

Expand

- o Reply
- o Retweet
- o Favorite

62. 9 Apr



Texas SOS Office @VoteTexas

Watch Secretary Berry's ad on what you need to #VoteTexas in-person for the May 27 primary runoffs. http://goo.gl/4WgA0f

Show Media

- o Reply
- o Retweet
- o Favorite

63. 8 Apr



Texas SOS Office @VoteTexas

Find out why we say #military and overseas voting is as easy as A-B-C. http://goo.gl/53TXEh Thanks for your service! #VoteTexas

Expand

- o Reply
- o Retweet
- o Favorite

64. 7 Apr



Texas SOS Office @VoteTexas

If you live in Texas Senate District 4, you have until this Thursday to register to #VoteTexas in the May 10 special election.

Expand

- o Reply
- o Retweet
- o Favorite

65. 4 Apr

 Texas SOS Office @VoteTexas

Find out about #VoteTexas services available for voters with special needs at http://bit.ly/1iOCJte .

Expand

- o Reply
- o Retweet
- o Favorite

66. 3 Apr

 Texas SOS Office @VoteTexas

Photo ID is required to #VoteTexas in person in the May 27 primary runoff election. Learn more about it at http://bit.ly/1dWqOGu

Expand

- o Reply
- o Retweet
- o Favorite

67. 2 Apr

 Texas SOS Office @VoteTexas

Moved or changed your name since the last time you voted? Updating your #VoteTexas registration info is simple: http://bit.ly/1iwaWAI

Expand

- o Reply
- o Retweet
- o Favorite

68. 1 Apr



Texas SOS Office @VoteTexas

No April foolin'. You only have until April 28th to register to #VoteTexas in the May 27 primary runoffs: http://bit.ly/1cITj89

Expand

- o Reply
- o Retweet
- o Favorite

69. 31 Mar



Texas SOS Office @VoteTexas

Visit http://votetexas.gov for answers to questions about the #VoteTexas May 27 primary runoff election and beyond.

Expand

- o Reply
- o Retweet
- o Favorite

70. 28 Mar



Texas SOS Office @VoteTexas

Only 31 days left to register to #VoteTexas in the May 27 primary runoff election. Get an application here: http://bit.ly/1cfTj89

Expand

- o  Reply
- o  Retweet
- o  Favorite

71. 27 Mar

 Texas SOS Office @VoteTexas

Qualified voters without a photo ID may obtain a free EIC for voting only. Find out more at http://bit.ly/1ke4m21  #VoteTexas

Expand

- o  Reply
- o  Retweet
- o  Favorite

72. 26 Mar

 Texas SOS Office @VoteTexas

Reminder for those who live in TX Senate District 4: Your #VoteTexas special election is on May 10. Details at http://bit.ly/1gGKfpg

Expand

- o  Reply
- o  Retweet
- o  Favorite

73. 25 Mar



There's an easy way to make sure your #VoteTexas registration is up to date. Double check it at http://bit.ly/1m0gaVc

Expand

- o Reply
- o Retweet
- o Favorite

74. 24 Mar



@Stan_Harrington check out this explanation for suspense voters http://votetexas/gov/i-dont-remember-seeing-my-voter-registration-certificate-lately-is-that-a-problem-dont-i-just-stay-registered-2/ ...

Expand

- o Reply
- o Retweet
- o Favorite

75. 24 Mar



@fighttheman81 Usually you just have to be a registered voter in the city having the mayor's election

Expand

- o Reply
- o Retweet
- o Favorite

76. 24 Mar


Texas SOS Office @VoteTexas

Plan ahead if you need to vote early by mail in the May 27 #VoteTexas primary runoff
election. Details at http://votetexas.gov/early-voting/

Expand

- o Reply
- o Retweet
- o Favorite

77. 21 Mar


Texas SOS Office @VoteTexas

April 28 is the registration deadline to #VoteTexas in the May 27 primary runoffs.
Download a registration form at http://bit.ly/1cITj89

Expand

- o Reply
- o Retweet
- o Favorite

78. 20 Mar


Texas SOS Office @VoteTexas

A reminder from Secretary Berry on how voters can prepare for the May 27 #VoteTexas
primary runoff election: http://bit.ly/1gAKL7w

Show Media

- o Reply
- o Retweet
- o Favorite

79. 19 Mar



Texas SOS Office @VoteTexas

Texans 65 or older, learn how you can #VoteTexas by mail in the May 27 primary runoff election. Details at http://bit.ly/1oWhiuh

Expand

- o Reply
- o Retweet
- o Favorite

80. 18 Mar



Texas SOS Office @VoteTexas

Find out about military and overseas voting for the May 27 primary runoff election at http://bit.ly/1bCdAM2  #VoteTexas

Expand

- o Reply
- o Retweet
- o Favorite

81. 17 Mar



Texas SOS Office @VoteTexas

@Stan_Harrington Full explanation can be found here http://bit.ly/1icHq0p Scroll down page and click link to "The Suspense List."

- o Reply
- o Retweet
- o Favorite

82. 17 Mar

 Texas SOS Office @VoteTexas

Your May 27 primary runoff election vote matters! Be sure to register to vote by April 28. http://bit.ly/1d13h6P #VoteTexas

Expand

- o Reply
- o Retweet
- o Favorite

83. 14 Mar

 Texas SOS Office @VoteTexas

Prepare for the May 27 #VoteTexas primary runoff election and beyond. Visit http://bit.ly/1bC14wn

Expand

- o Reply
- o Retweet
- o Favorite

84. 13 Mar

 Texas SOS Office @VoteTexas

Early voting for the May 27th #VoteTexas primary runoff election begins on May 19. http://votetexas.gov/early-voting/

Expand

- o Reply
- o Retweet
- o Favorite

85. 12 Mar



Texas SOS Office @VoteTexas

May 27 is the #VoteTexas primary runoff. March 28 is first day to apply for ballot by mail. Last day is May 16. http://bit.ly/1oxSqGa

Expand

- o Reply
- o Retweet
- o Favorite

86. 11 Mar



Texas SOS Office @VoteTexas

@jrdg1961 you can then vote in either runoff

- o Reply
- o Retweet
- o Favorite

87. 11 Mar



Texas SOS Office @VoteTexas

Keep track of key dates ahead of the May 27 #VoteTexas primary runoff election here: http://bit.ly/1hUlKXI

Expand

- o   Reply
- o   Retweet
- o   Favorite

88. 10 Mar

 Texas SOS Office @VoteTexas

Register to #VoteTexas by April 28 for the May 27 primary runoffs. Details at http://bit.ly/1d13h6P

Expand

- o   Reply
- o   Retweet
- o   Favorite

89. 7 Mar

 Texas SOS Office @VoteTexas

@jrdg1961 If you DID vote in the primary or go to a party's convention, you must stick with that party's primary for runoff election. (2/2)

Expand

- o   Reply
- o   Retweet
- o   Favorite

90. 7 Mar

 Texas SOS Office @VoteTexas

@jrdg1961 You don't have to vote in the primary to vote in the primary runoff. (1/2)

- o Reply
- o Retweet
- o Favorite

91. 6 Mar

 Secretary of State @TXsecofstate

My thanks to everyone involved in making Tuesday's primary election smooth, secure and successful. http://bit.ly/1kAD0Ul #VoteTexas

Retweeted by Texas SOS Office

Expand

- o Reply
- o Retweet
- o Favorite

92. 4 Mar

 Texas SOS Office @VoteTexas

Find election night returns at https://team1.sos.state.tx.us/enr/ #VoteTexas

Expand

- o Reply
- o Retweet
- o Favorite

93. 4 Mar

 Texas SOS Office @VoteTexas

The best part of your Mardi Gras costume? The "I Voted" sticker. #votetexas #ivoted

Expand

- o Reply
- o Retweet
- o Favorite

94. 4 Mar

 Texas SOS Office @VoteTexas

It's 5 o'clock in Texas. Do you know where your polling location is? Still time to vote, but remember your photo ID! http://ow.ly/ucRnR

Show Media

- o Reply
- o Retweet
- o Favorite

95. 4 Mar

 Texas SOS Office @VoteTexas

Thanks for #voting, @ShannonKmak! #VoteTexas

Expand

- o Reply
- o Retweet
- o Favorite

96. 4 Mar

 Texas SOS Office @VoteTexas

.@StephanieJOnFOX check election results here around 7pm: https://team1.sos.state.tx.us/enr/ but keep in mind that all polls won't be closed by then.

- o  Reply
- o  Retweet
- o  Favorite

97. 4 Mar


Texas SOS Office @VoteTexas

@mondo_tiki_man Thanks for sharing the #VoteTexas info!

Expand

- o  Reply
- o  Retweet
- o  Favorite

98. 4 Mar


Texas SOS Office @VoteTexas

There's still time to #VoteTexas: for most Texas voters, the polls will be closing in four hours. If you're not sure, contact your county.

Expand

- o  Reply
- o  Retweet
- o  Favorite

99. 4 Mar


Texas SOS Office @VoteTexas

Show your #votetexas pride on Instagram and we may re-gram you! We're new to Instagram so follow us at VoteTexas. http://ow.ly/i/4MTWQ

Expand

- o Reply
- o Retweet
- o Favorite

100.  4 Mar

 Texas SOS Office @VoteTexas

@JasonRyanTexas Thanks for spreading the word to #VoteTexas!

Expand

- o Reply
- o Retweet
- o Favorite

101.  4 Mar

 Texas SOS Office @VoteTexas

@mrichers Way to #VoteTexas!

- o Reply
- o Retweet
- o Favorite

102.  4 Mar

 Texas SOS Office @VoteTexas

@gmcazares if your address isn't updated with the county, you can vote in your old precinct. Update ur address here: https://txapps.texas.gov/tolapp/sos/SOSACManager ...

- o Reply
- o Retweet
- o Favorite

103.      4 Mar



Texas SOS Office @VoteTexas

@gcj24srv Thanks for making the trek to #VoteTexas!

Expand

- o   Reply
- o   Retweet
- o   Favorite


104.      4 Mar



Texas SOS Office @VoteTexas

@tjstickler - it's actually prohibited by law to use a wireless device within 100 feet of a
voting station. Texas Election Code Sec. 61.014

Expand

- o   Reply
- o   Retweet
- o   Favorite


105.      4 Mar



Texas SOS Office @VoteTexas

@BrittanyonTV - congrats!

Expand

- o   Reply
- o   Retweet
- o   Favorite

106.      4 Mar

 Texas SOS Office @VoteTexas

@PamelaKaminski - as soon as you establish residence, you can register with your county's Registrar. Learn more at http://www.votetexas.gov

Expand

- o   Reply
- o   Retweet
- o   Favorite

107.      4 Mar

 Texas SOS Office @VoteTexas

@ATXServiceSnob - that's correct. Thanks for spreading the word.

Expand

- o   Reply
- o   Retweet
- o   Favorite

108.      4 Mar

 Texas SOS Office @VoteTexas

@Shelly_MarieC - of course! Thanks for what you're doing t to educate voters. Please let us know if we can ever be of assistance.

Expand

- o   Reply

     o  Retweet
     o  Favorite

109.     4 Mar

 Texas SOS Office @VoteTexas

RT @AStraussInst: It's #ElectionDay in the #tx2014 primaries! Let your voice be heard! Head to http://www.votetexas.gov to find your...

Expand

     o  Reply
     o  Retweet
     o  Favorite

110.     4 Mar

 Texas SOS Office @VoteTexas

@ChrisDoesDallas happy to help!

     o  Reply
     o  Retweet
     o  Favorite

111.     4 Mar

 Texas SOS Office @VoteTexas

@dalythot - good news: http://www.votetexas.gov is back up and running. You should be able to find everything you need to #VoteTexas.

     o  Reply
     o  Retweet
     o  Favorite

112.     4 Mar

 Texas SOS Office @VoteTexas

@WhoAteMyPizza http://VoteTexas.gov is back up. Thank you for helping to #VoteTexas

- o Reply
- o Retweet
- o Favorite

113.     4 Mar

 Texas SOS Office @VoteTexas

@PhillipMartin http://VoteTexas.gov is back up and running!

- o Reply
- o Retweet
- o Favorite

114.     4 Mar

 Texas SOS Office @VoteTexas

@ProgressTX Wanted to let you know that http://VoteTexas.gov is back up and running! Thanks for helping to #VoteTexas

Expand

- o Reply
- o Retweet
- o Favorite

115.     4 Mar

 Texas SOS Office @VoteTexas

http://VoteTexas.gov is back up and running. Thank you for bearing with us and remember to #VoteTexas #TXprimary

Expand

- o  Reply
- o  Retweet
- o  Favorite

116.    4 Mar

 Texas SOS Office @VoteTexas

@sally3738 http://VoteTexas.gov  is back up

- o  Reply
- o  Retweet
- o  Favorite

117.    4 Mar

 Texas SOS Office @VoteTexas

@dalythot http://VoteTexas.gov  is back up Thanks for helping to  #VoteTexas

- o  Reply
- o  Retweet
- o  Favorite

118.    4 Mar

 Texas SOS Office @VoteTexas

Need help finding your polling place this primary election day? Go to
http://bit.ly/1eJHrUf  #votetexas

Expand

- o  Reply
- o  Retweet
- o  Favorite

119.    4 Mar



Texas SOS Office @VoteTexas

@sally3738 We are addressing the concern right now. In the meantime, try this link
https://team1.sos.state.tx.us/voterws/viw/faces/SearchSelectionPolling.jsp ...

- o  Reply
- o  Retweet
- o  Favorite

120.    4 Mar



Texas SOS Office @VoteTexas

@ChrisDoesDallas You will go to your old precinct polling place.

Expand

- o  Reply
- o  Retweet
- o  Favorite

121.    4 Mar



Wilco TX Elections @WilcoElections

All polling locations except Austin Community College in Round Round are now open.
The ACC location is scheduled to open at 11AM.

Retweeted by Texas SOS Office

Expand

- o  Reply
- o  Retweet
- o  Favorite

122.      4 Mar



Texas SOS Office @VoteTexas

@WhoAteMyPizza We are increasing http://votetexas.gov capacity right now

Expand

- o   Reply
- o   Retweet
- o   Favorite

123.      4 Mar



Texas SOS Office @VoteTexas

@ChrisDoesDallas Hey Chris, you can find your official polling place here: https://team1.sos.state.tx.us/voterws/viw/faces/SearchSelectionPolling.jsp …. That will tell you where you need to be!

Expand

- o   Reply
- o   Retweet
- o   Favorite

124.      4 Mar



Texas SOS Office @VoteTexas

@jamesrhenson We haven't heard of any, but your county will be able to tell you. You can find contact info here: http://www.sos.state.tx.us/Elections/voter/county.shtml#T …

- o   Reply
- o   Retweet
- o   Favorite

125.      4 Mar

 Texas SOS Office @VoteTexas

For those in Travis County, your polling places will open at 11am due to weather. Be sure to hit the polls then! #VoteTexas #TXPrimary

Expand

- o  Reply
- o  Retweet
- o  Favorite

126.   4 Mar

 Wilco TX Elections @WilcoElections

Some Williamson County polling locations will have a delayed opening today due to delayed openings of schools.... http://fb.me/6oHxDKmus

Retweeted by Texas SOS Office

Expand

- o  Reply
- o  Retweet
- o  Favorite

127.   4 Mar

 Texas SOS Office @VoteTexas

Election Day! Most polls open 7am-7pm. For weather delays, check with your county election office. http://www.sos.state.tx.us/Elections/voter/county.shtml#T ... #VoteTexas

Expand

- o  Reply
- o  Retweet

    o   Favorite

128.   3 Mar

 Texas SOS Office @VoteTexas

Hey Big D – watching the weather & deciding if you will #VoteTexas tomorrow? Tune in at 2:48p to hear @TXsecofstate LIVE on @KRLD -1080AM

Expand

    o   Reply
    o   Retweet
    o   Favorite

129.   3 Mar

 Texas SOS Office @VoteTexas

@avetnurse If you have an election concern or complaint, please call 1-800-252-VOTE

    o   Reply
    o   Retweet
    o   Favorite

130.   2 Mar

 Texas SOS Office @VoteTexas

We'll find out who the Academy voted for tonight, but don't forget to #VoteTexas on Tuesday. http://www.votetexas.gov/

Expand

    o   Reply
    o   Retweet
    o   Favorite

131.   2 Mar

 Texas SOS Office @VoteTexas

Happy Texas Independence Day! Remember to #VoteTexas on Tuesday. Get information at http://www.votetexas.gov .

Expand

- o   Reply
- o   Retweet
- o   Favorite


132.   1 Mar

 Secretary of State @TXsecofstate

My op-ed in today's @HoustonChron on #VoteTexas: For democracy to work, voters must participate at polls. http://bit.ly/1pJpBdt

Retweeted by Texas SOS Office

Expand

- o   Reply
- o   Retweet
- o   Favorite


133.   27 Feb

 HPMNews887 @HPMNews887

Texas Secretary Of State Urges More People To Vote In Primaries http://bit.ly/1erLiu3 #hounews

Retweeted by Texas SOS Office

Expand

- o Reply
- o Retweet
- o Favorite

134.   28 Feb

 Texas SOS Office @VoteTexas

Interested in early voting data? Check it out here:
http://www.sos.state.tx.us/elections/earlyvoting/index.shtml ... #votetexas

Expand

- o Reply
- o Retweet
- o Favorite

135.   28 Feb

 Texas SOS Office @VoteTexas

@auniqueusername try refreshing the page and see if that fixes it.

Expand

- o Reply
- o Retweet
- o Favorite

136.   28 Feb



Texas SOS Office @VoteTexas

It's the last day of February and the last day of early voting for the March 4 Election. Don't forget to #VoteTexas.

Expand

- o Reply
- o Retweet
- o Favorite

137.   28 Feb



Texas SOS Office @VoteTexas

@auniqueusername thanks for the "heads" up. We'll check into it.

- o Reply
- o Retweet
- o Favorite

138.   28 Feb



Texas SOS Office @VoteTexas

@auniqueusername That's strange. Are you on the http://VoteTexas.gov site? What browser are you using?

Expand

- o Reply
- o Retweet
- o Favorite

139.   28 Feb



Texas SOS Office @VoteTexas

Today is the last day for early voting before the March 4 primary election. Details at http://bit.ly/N8PBQC  #VoteTexas

Expand

- o  Reply
- o  Retweet
- o  Favorite

140.    28 Feb



Texas SOS Office @VoteTexas

Mobile EIC stations are at two locations in Harris County from 9-4 today. More information here http://on.fb.me/1lp2YdL  #VoteTexas

Expand

- o  Reply
- o  Retweet
- o  Favorite

141.    27 Feb



Secretary of State @TXsecofstate

Early voted today. Qualified voters have through tomorrow to do the same. http://votetexas.gov/voting/where  #VoteTexas pic.twitter.com/UAD0ass7rS

Retweeted by Texas SOS Office

Show Photo

- o  Reply
- o  Retweet

o   Favorite

142.   27 Feb


Michael Dorff @Michael_Dorff

Early voting makes it totally OK for adults to wear stickers. #votetexas
pic.twitter.com/mSLkrU5eqx

Retweeted by Texas SOS Office

Show Photo

o   Reply
o   Retweet
o   Favorite

143.   26 Feb


Wilco TX Elections @WilcoElections

A mobile station is issuing #VoteTexas election identification certificates in Williamson
County today between 9... http://fb.me/1i2FexEgf

Retweeted by Texas SOS Office

Expand

o   Reply
o   Retweet
o   Favorite

144.   26 Feb


Texas SOS Office @VoteTexas

Mobile EIC stations are in @BexarCounty, Jefferson & 4 other counties today. Details and locations at http://on.fb.me/1cPP3bG #VoteTexas

Expand

- o Reply
- o Retweet
- o Favorite

145.     25 Feb

 **TRAVIS** Travis County Tax @TravisCountyTax

Need a photo ID to vote? Come to 5501 Airport Blvd today and tomorrow from 9 - 4 to apply for a free EIC. pic.twitter.com/RQvT07RGtZ

Retweeted by Texas SOS Office

Show Photo

- o Reply
- o Retweet
- o Favorite

146.     24 Feb

 Texas SOS Office @VoteTexas

@luckylindy31 I think you can find a sample ballot here http://www.dallascountyvotes.org/voter-information/ ...

Expand

- o Reply
- o Retweet
- o Favorite

147.     24 Feb



Texas SOS Office @VoteTexas

@egonza24 It should be on your voter registration certificate

- o   Reply
- o   Retweet
- o   Favorite

148.     24 Feb



Texas SOS Office @VoteTexas

@advocatecitizen If the shirt has a message that is considered electioneering it can't be a
the polling place

Expand

- o   Reply
- o   Retweet
- o   Favorite

149.     24 Feb



Texas SOS Office @VoteTexas

Enjoy the convenience of early voting for the March 4 primary election. You have till the
end of the week. http://bit.ly/1hiJUKr #VoteTexas

Expand

- o   Reply
- o   Retweet
- o   Favorite

150.     24 Feb

 Texas SOS Office @VoteTexas

Mobile EIC stations in @TravisCountyTX @BexarCounty @FortBendCounty & 4 others this week. Details at http://tinyurl.com/khd7bog #VoteTexas

Expand

- o Reply
- o Retweet
- o Favorite

151.    20 Feb

 EP County Elections @EP_Elections

Thank you to the @TXsecofstate and @TxDPS for helping us with the EIC mobile drive this week. http://www.epcountyvotes.com pic.twitter.com/ZUQTFa0Zo8

Retweeted by Texas SOS Office

Show Photo

- o Reply
- o Retweet
- o Favorite

152.    20 Feb

 Texas SOS Office @VoteTexas

Applications for ballots by mail must be received by tomorrow for the March 4 primary election. http://bit.ly/1oWhiuh #VoteTexas

Expand

- o Reply
- o Retweet

     o  Favorite

153.    20 Feb



Texas SOS Office @VoteTexas

Mobile election identification certificate stations are in El Paso, Tarrant and two other counties today. http://on.fb.me/1hxUSyF #VoteTexas

Expand

     o  Reply
     o  Retweet
     o  Favorite

154.    14 Feb



Texas DPS    ✔ @TxDPS

Free Election Identification Certificates are available at all DPS driver license offices. For more info click here: http://bit.ly/1ke4m21

Retweeted by Texas SOS Office

Expand

     o  Reply
     o  Retweet
     o  Favorite

155.    18 Feb



Texas SOS Office @VoteTexas

Early voting starts TODAY for the March 4 Primary. Visit
http://www.votetexas.gov your official voting resource. #VoteTexas

Expand

- o Reply
- o Retweet
- o Favorite

156.    18 Feb

 Texas SOS Office @VoteTexas

Early voting is underway for the March 4 primary. You can vote when and where it's
convenient for you. http://bit.ly/1eJHrUF #VoteTexas

Expand

- o Reply
- o Retweet
- o Favorite

157.    17 Feb

 Texas SOS Office @VoteTexas

Today is Presidents Day but early voting begins tomorrow. Find the info you need at
http://www.votetexas.gov/ . #VoteTexas

Expand

- o Reply
- o Retweet
- o Favorite

158.    13 Feb



Texas SOS Office @VoteTexas

Check out @TXsecofstate Berry's new TV ad for #VoteTexas. Get the facts about voting in Texas. http://bit.ly/1gAKL7w

Show Media

- o   Reply
- o   Retweet
- o   Favorite

159.   13 Feb



Texas SOS Office @VoteTexas

.@TXsecofstate was in Fort Worth yesterday reminding voters about what they need for the March 4 primary http://www.star-telegram.com/2014/02/12/5563642/bring-photo-id-to-the-polls-election.html …

Expand

- o   Reply
- o   Retweet
- o   Favorite

160.   7 Feb



Texas SOS Office @VoteTexas

@VoAHouston, Texas' largest South Asian English weekly, with front page story on #VoteTexas. http://bit.ly/1g1GiLQ  pic.twitter.com/22ozzxQ2tg

Show Photo

- o   Reply
- o   Retweet
- o   Favorite

161.    6 Feb

 Texas SOS Office @VoteTexas

Thanks @TexasTech's @DailyToreador & @Carsonquay for front page story on
Secretary Berry & student voting. http://bit.ly/1ewb811  #VoteTexas

Show Summary

- o   Reply
- o   Retweet
- o   Favorite

162.    6 Feb

 Texas SOS Office @VoteTexas

In Tyler today, Secretary Berry tells @KLTV7: An exact name match is not required to
#VoteTexas with photo ID. http://bit.ly/1JEtTTJ

Show Summary

- o   Reply
- o   Retweet
- o   Favorite

163.    6 Feb

 Texas SOS Office @VoteTexas

Thanks to local stations @KLTV7 @KETK and @kytxcbs19 for helping to spread the
word about #VoteTexas in #Tyler today. pic.twitter.com/PgbaKWIZLH

Show Photo

- o   Reply
- o   Retweet
- o   Favorite

164.     6 Feb

 Texas SOS Office @VoteTexas

Neither rain/hail/sleet/snow stopped Sec Berry from visiting Smith County elections office in Tyler today. #VoteTexas pic.twitter.com/dVz1MnTl7w

Show Photo

- o   Reply
- o   Retweet
- o   Favorite

165.     5 Feb

 Daily Toreador Photo @DT_Photo

.@TXSecofState Nandita Berry discusses the new photo ID requirements for voting during her visit to Lubbock today. pic.twitter.com/Lhr1ul0qM7

Retweeted by Texas SOS Office

Show Photo

- o   Reply
- o   Retweet
- o   Favorite

166.     6 Feb

 Texas SOS Office @VoteTexas

Snowfall in Dallas on Secretary Berry's drive to #Tyler for visit with Smith County elections officials today. pic.twitter.com/raPb6KPTGq

Show Photo

- o  Reply
- o  Retweet
- o  Favorite
167.      6 Feb

 Texas SOS Office @VoteTexas

@Fox34 & @DailyToreador help Secretary Berry get out the word in #Lubbock about #VoteTexas. http://bit.ly/1nd7dpe  http://bit.ly/1gPD81o

- o  Reply
- o  Retweet
- o  Favorite
168.      5 Feb

 Texas SOS Office @VoteTexas

@elpasotimes covers Secretary Berry's visit to talk about #VoteTexas. http://bit.ly/LRSy7f

- o  Reply
- o  Retweet
- o  Favorite
169.      5 Feb

 Texas SOS Office @VoteTexas

Read @amarilloglobe's coverage of Secretary Berry's visit there today to talk about #VoteTexas. http://bit.ly/1fTx0BF

- o  Reply
- o  Retweet
- o  Favorite
170.      3 Feb

 Record Star @TheRecordStar

Texas Secretary of State Berry visits Corpus Christi, discusses the importance of voting
http://fb.me/16h4q0O9c

Retweeted by Texas SOS Office

Expand

- o Reply
- o Retweet
- o Favorite

171.     4 Feb



EP County Elections @EP_Elections

It was an honor to have our Texas Secretary of State Nandita Berry in El Paso, Texas.
Thank you for helping us... http://fb.me/2TqYAExE7

Retweeted by Texas SOS Office

Expand

- o Reply
- o Retweet
- o Favorite

172.     4 Feb



Secretary of State @TXsecofstate

A big thank you @EP_Elections Admin Javier Chacon for helping get the word out about
#VoteTexas in El Paso today. pic.twitter.com/JiILs18czr

Retweeted by Texas SOS Office

Show Photo

- o Reply
- o Retweet

    o  Favorite

173.    3 Feb

 Texas SOS Office @VoteTexas

TODAY is the last day to register in time for the March 4 election. Printable application online at http://votetexas.gov/register-to-vote/ ...

Expand

    o  Reply
    o  Retweet
    o  Favorite

174.    1 Feb

 Texas SOS Office @VoteTexas

Reminder: Feb 3 is last day to reg. to vote for March 4 primary. Download an application at http://votetexas.gov/register-to-vote/ ... #VoteTexas

Expand

    o  Reply
    o  Retweet
    o  Favorite

175.    31 Jan

 Texas SOS Office @VoteTexas

Monday is the deadline to register in time to vote in the March 4 primary election. http://bit.ly/1dTpfHr #VoteTexas

Expand

- o  Reply
- o  Retweet
- o  Favorite

176.     30 Jan



Daniela Sanchez @SanchezDaniela

Univision Corpus Christi interviewing @TXsecofstate about #voting #texasvote thank you for your time! pic.twitter.com/m3K80Tr8QR

Retweeted by Texas SOS Office

Show Photo

- o  Reply
- o  Retweet
- o  Favorite

177.     29 Jan



Mary Avila-Shears      ✔ @MaryKGBT

With the TX Secretary of State Nandita Berry @TXsecofstate #votetexas pic.twitter.com/BwomIyJ4PI

Retweeted by Texas SOS Office

Show Photo

- o  Reply
- o  Retweet
- o  Favorite

178.     30 Jan

 Secretary of State @TXsecolstate

Thanks to @kiii3news for helping get the word out about #VoteTexas today in Corpus Christi. pic.twitter.com/LMAmyrgRZM

Retweeted by Texas SOS Office

⌘ Show Photo

- o Reply
- o Retweet
- o Favorite

179.      28 Jan

 Texas SOS Office @VoteTexas

Results for the #HD50 runoff election in Travis County will be available here: http://team1.sos.state.tx.us/enr

Expand

- o Reply
- o Retweet
- o Favorite

180.      28 Jan

 Texas SOS Office @VoteTexas

@Jluciano You are now set for the March 4 Primary though.

- o Reply
- o Retweet
- o Favorite

181.      28 Jan

 Texas SOS Office @VoteTexas

@lluciano Sorry you are having trouble. Registration deadlines are 30 days before Election Day. http://votetexas.gov/voting/

- o Reply
- o Retweet
- o Favorite

182. 28 Jan

 TRAVIS Travis County Tax @TravisCountyTax

School closures will impact polling places. Need help finding a location? Call 512-854-9473 or go to http://www.traviscountyclerk.org/eclerk/Content.do?code=E.4 ...

Retweeted by Texas SOS Office

Expand

- o Reply
- o Retweet
- o Favorite

183. 28 Jan

 Secretary of State @TXsecofstate

Though our office is closed due to weather, results for the HD50 runoff will be available online at https://team1.sos.state.tx.us/enr

Retweeted by Texas SOS Office

Expand

- o Reply
- o Retweet
- o Favorite

184.    24 Jan



Texas SOS Office @VoteTexas

@Jeharp1 if you meet the qualifications tips for ballot by mail are here:
http://votetexas.gov/voting/when#helpful-hints-on-voting-early-by-mail ...

- o  Reply
- o  Retweet
- o  Favorite

185.    24 Jan



Texas SOS Office @VoteTexas

@Jeharp1 first make sure you are qualified to vote by mail. Info available here:
http://votetexas.gov/can-anybody-vote-early-by-mail-once-referred-to-as-absentee-voting-2/ ...

- o  Reply
- o  Retweet
- o  Favorite

186.    24 Jan



Texas SOS Office @VoteTexas

Find out about the services available to voters with special needs in Texas:
http://bit.ly/1iOCJte  #VoteTexas

Expand

- o  Reply
- o  Retweet
- o  Favorite

187.    23 Jan



Texas SOS Office @VoteTexas

Check out @TXsecofstate filming a new TV ad for #VoteTexas. Look for it soon. pic.twitter.com/O6mrzlN6YC

Show Photo

- o  Reply
- o  Retweet
- o  Favorite

188.     23 Jan

 Texas SOS Office @VoteTexas

With the March 4 primary approaching, learn about the ABCs of military and overseas voting here: http://bit.ly/1bCdAM2  #VoteTexas

Expand

- o  Reply
- o  Retweet
- o  Favorite

189.     22 Jan

 Texas SOS Office @VoteTexas

Registering to vote in Texas has never been easier. Details here: http://bit.ly/1clTj89  #VoteTexas

Expand

- o  Reply
- o  Retweet
- o  Favorite

190.     18 Jan

 Texas SOS Office @VoteTexas

Moved or changed your name since the last time you voted? Updating your voter registration info is easy: http://bit.ly/1cjdb1E #VoteTexas

Expand

- o Reply
- o Retweet
- o Favorite

191.   17 Jan

 Texas SOS Office @VoteTexas

College students in Texas…learn how to vote while living away from home. http://bit.ly/1fuC5mJ #VoteTexas

Expand

- o Reply
- o Retweet
- o Favorite

192.   13 Jan

 Texas SOS Office @VoteTexas

Now's the time to apply for a ballot by mail for the March 4 primary. Details at http://bit.ly/19SolKE #VoteTexas

Expand

- o Reply
- o Retweet
- o Favorite

193.    10 Jan

 Texas SOS Office @VoteTexas

Visit http://bit.ly/1bC14wn for answers to questions about voting in this year's elections. #VoteTexas

Expand

- o  Reply
- o  Retweet
- o  Favorite

194.    9 Jan

 Texas SOS Office @VoteTexas

It's a new year! Keep up with important election dates for 2014 here: http://bit.ly/1gGKfpg #VoteTexas

Expand

- o  Reply
- o  Retweet
- o  Favorite

195.    8 Jan

 Texas SOS Office @VoteTexas

Moved recently to a new county? Be sure to re-register by Feb. 3 to vote in the March 4 primary. http://bit.ly/1iwaWAl #VoteTexas

Expand

- o Reply
- o Retweet
- o Favorite

196.    6 Jan


Texas SOS Office @VoteTexas

Voters, do your part to prepare for the March 4 primary. Be photo ID ready.
http://bit.ly/1dWqOGu  #VoteTexas

Expand

- o Reply
- o Retweet
- o Favorite

197.    3 Jan


Texas SOS Office @VoteTexas

Make your mark on Texas. Register to vote in the March 4 primary. Here's how:
http://bit.ly/1d13h6P  #VoteTexas

Expand

- o Reply
- o Retweet
- o Favorite

198.    2 Jan


Texas SOS Office @VoteTexas

Follow through on that new year's resolution to vote. Register for the March 4 primary. http://bit.ly/1d13h6P #VoteTexas

Expand

- o Reply
- o Retweet
- o Favorite

199.   20 Dec

 Texas SOS Office @VoteTexas

Be prepared for the next election. Make sure your voter registration name matches your photo ID. http://bit.ly/1gcRmrQ #VoteTexas

Expand

- o Reply
- o Retweet
- o Favorite

200.   19 Dec

 Texas SOS Office @VoteTexas

Unsure if you're registered to vote in the March primary election? Find out at http://bit.ly/IHQaOs #VoteTexas

Expand

- o Reply
- o Retweet
- o Favorite

201.   18 Dec



Texas SOS Office @VoteTexas

It's a good idea to plan ahead if you need to vote early by mail in the March 4 primary. Details at http://bit.ly/19SolKE #VoteTexas

Expand

- o  Reply
- o  Retweet
- o  Favorite

202.   16 Dec



Texas SOS Office @VoteTexas

The ABCs of military and overseas voting for the March primary & beyond: http://bit.ly/1bCdAM2 Thanks for your service! #VoteTexas

Expand

- o  Reply
- o  Retweet
- o  Favorite

203.   12 Dec



Texas SOS Office @VoteTexas

Follow key 2014 election & voter registration dates with our countdown clock at http://votetexas.gov #VoteTexas

Expand

- o  Reply
- o  Retweet
- o  Favorite

204.     11 Dec

 Texas SOS Office @VoteTexas

Registered to vote? Does your registration name match your photo ID? Double check at
http://bit.ly/1HQaOs #VoteTexas

Expand

- o   Reply
- o   Retweet
- o   Favorite

205.     10 Dec

 Legislative Library @TexasLRL

Filing for the 2014 primary election ended yesterday. @TXsecofstate provides the
unofficial list of candidates here: http://goo.gl/FZ71Ka

Retweeted by Texas SOS Office

Expand

- o   Reply
- o   Retweet
- o   Favorite

206.     10 Dec

 Texas SOS Office @VoteTexas

To vote in the March primary, you must be registered by Feb. 3. Download an application
here: http://bit.ly/1d13h6P #VoteTexas

Expand

- o Reply
- o Retweet
- o Favorite

207.     9 Dec

 Secretary of State @TXsecofstate

Candidate filing deadline's 6 p.m. TODAY for March primaries. See who's filed so far: http://bit.ly/1tHjc1s #VoteTexas

Retweeted by Texas SOS Office

Expand

- o Reply
- o Retweet
- o Favorite

208.     9 Dec

 Texas SOS Office @VoteTexas

@BonnieBruce @TXsecofstate Special election would be needed after vacancy occurs. Current occupant retains spot until special fills vacancy.

- o Reply
- o Retweet
- o Favorite

209.     6 Dec

 Texas SOS Office @VoteTexas

Early voting for the March primaries begins in 74 days. Are you photo ID-ready? http://bit.ly/KRpDu4 #VoteTexas

Expand

- o  Reply
- o  Retweet
- o  Favorite

210.    6 Dec

 Texas SOS Office @VoteTexas

The Annual Elections Seminar for Cities, Schools and Other Political Subdivisions will begin at 8:30 a.m.

Expand

- o  Reply
- o  Retweet
- o  Favorite

211.    5 Dec

 Texas SOS Office @VoteTexas

Are you ready for the March 4 primary election? Register to vote or update your registration now. http://bit.ly/OXuTRM #VoteTexas

Expand

- o  Reply
- o  Retweet
- o  Favorite

212.    4 Dec

 Texas SOS Office @VoteTexas

TX primary election is just 3 months from today. Do you need to update your registration? http://bit.ly/iB0GN1  #VoteTexas

Expand

- o   Reply
- o   Retweet
- o   Favorite

213.    3 Dec

 Texas SOS Office @VoteTexas

The March primary election will be here before you know it. Follow our countdown clock at http://votetexas.gov  #VoteTexas

Expand

- o   Reply
- o   Retweet
- o   Favorite

214.    12 Nov

 Texas SOS Office @VoteTexas

Secretary Steen successfully completes 2013 Boots and Ballots Tour. http://bit.ly/17tiKyG  #VoteTexas

Expand

- o   Reply
- o   Retweet
- o   Favorite

215.    6 Nov


Texas SOS Office @VoteTexas

Great work by Texas' county election officials and our thousands of poll workers. A job well done. #VoteTexas

Expand

- o   Reply
- o   Retweet
- o   Favorite

216.   5 Nov


Texas SOS Office @VoteTexas

Polls are closed. Head over to our election results page: http://bit.ly/Szwnjl #VoteTexas

Expand

- o   Reply
- o   Retweet
- o   Favorite

217.   5 Nov


Texas SOS Office @VoteTexas

Texans still have a few hours to cast their ballots. Find your voting location here: http://bit.ly/GpctO #VoteTexas

Expand

- o   Reply
- o   Retweet
- o   Favorite

218.    5 Nov


Texas SOS Office @VoteTexas

Lunch time is a great time to make your mark on Texas. Find your polling place here
http://bit.ly/GpctO  #VoteTexas

Expand

- o  Reply
- o  Retweet
- o  Favorite

219.    5 Nov


Texas SOS Office @VoteTexas

Qualified voters without photo ID still have time to get a free EIC from DPS and vote by
7pm in today's election. http://bit.ly/11FSkF7

Expand

- o  Reply
- o  Retweet
- o  Favorite

220.    5 Nov


Texas SOS Office @VoteTexas

Reminder from TX SOS Steen: No qualified voter will be turned away from the polls due
2 photo ID requirements: http://bit.ly/1h0D9PP

Expand

- o  Reply
- o  Retweet

o   Favorite

221.   5 Nov

 Texas SOS Office @VoteTexas

After a brief delay, http://VoteTexas.gov is up and running at full speed again. Check it out for your Election Day info.

Expand

o   Reply
o   Retweet
o   Favorite

222.   5 Nov

 Texas SOS Office @VoteTexas

http://VoteTexas.gov is running slowly due to demand. Look here to find your county's election info http://www.sos.state.tx.us/elections/voter/links.shtml#County ...

Expand

o   Reply
o   Retweet
o   Favorite

223.   5 Nov

 Texas SOS Office @VoteTexas

Polls are open until 7 p.m. Photo ID is required to vote in today's election. Make your mark! http://bit.ly/KRpDu4 #VoteTexas

Expand

- o  Reply
- o  Retweet
- o  Favorite

224.    5 Nov

 Secretary of State @TXsecofstate

My editorial in today's @wacotrib about voting myths. Don't let them keep you from the polls today. http://m.wacotrib.com/opinion/columns/guest_columns/john-steen-guest-columnist-clearing-up-myths-about-photo-id/article_5cc51728-d3e0-5612-8b34-6b8349d91829.html?mode=jqm ...

Retweeted by Texas SOS Office

Expand

- o  Reply
- o  Retweet
- o  Favorite

225.    5 Nov

 Texas SOS Office @VoteTexas

It's Election Day! Polls are open now until 7 p.m. Need to find your polling place? Visit http://www.VoteTexas.gov

Expand

- o  Reply
- o  Retweet
- o  Favorite

226.    4 Nov

 Texas SOS Office @VoteTexas

Got voter ID? You'll need it to vote tomorrow. Details here:
http://bit.ly/14dnAbe #VoteTexas

Expand

- o Reply
- o Retweet
- o Favorite

227.   4 Nov

 Texas SOS Office @VoteTexas

317,752 Texans took advantage of early voting, almost double the number 4 similar elections in '11 & '09. http://bit.ly/1bTwEHK #VoteTexas

Expand

- o Reply
- o Retweet
- o Favorite

228.   4 Nov

 Texas SOS Office @VoteTexas

Texas polls open tomorrow at 7 a.m. and close at 7 p.m. statewide. Find your polling place here: http://bit.ly/GpctO #VoteTexas

Expand

- o Reply
- o Retweet
- o Favorite

229.     1 Nov



Texas SOS Office @VoteTexas

Select DPS offices open Saturday, issuing free EICs to registered voters needing photo ID for Tuesday's election. http://bit.ly/18gjq85

Expand

- o   Reply
- o   Retweet
- o   Favorite

Load More

Tweet to @VoteTexas

JDCPA @ PDG.NET

Matt Camino



TEX00312578



# AND I ALWAYS BRING MY PHOTO I.D.

# VOTEXAS.ORG

**TEXAS OFFICIAL VOTING RESOURCE**
POWERED BY THE TEXAS SECRETARY OF STATE

*VOTING* IS EASY AND ACCESSIBLE TO ALL TEXANS.
*1. REGISTER* TO VOTE
*2.* FIND YOUR *POLLING PLACE*
*3.* BRING YOUR *GOVERNMENT-ISSUED PHOTO I.D.*
*4.* CAST YOUR *VOTE!*

★ ★ ★
# IT'S HOW WE VOTE IN TEXAS
★ ★ ★
VISIT VOTEXAS.ORG
FOR MORE INFO

TEX00312579



# AND I ALWAYS BRING MY PHOTO I.D.

# VOTEXAS.ORG

 **TEXAS OFFICIAL VOTING RESOURCE**
POWERED BY THE TEXAS SECRETARY OF STATE

**VOTING** IS EASY AND ACCESSIBLE TO ALL TEXANS.
1. **REGISTER** TO VOTE
2. FIND YOUR **POLLING PLACE**
3. BRING YOUR **GOVERNMENT-ISSUED PHOTO I.D.**
4. CAST YOUR **VOTE!**

★ ★ ★

**IT'S HOW WE VOTE IN TEXAS**

★ ★ ★

VISIT VOTEXAS.ORG
FOR MORE INFO

TEX00312580



TEX00312581



# Y SIEMPRE LLEVO MI IDENTIFICATÍON CON FOTO.

# VOTEXAS.ORG

**EL RECURSO OFICIAL DE VOTACIÓN DEL ESTADO DE TEXAS**
TRAÍCO A USTED POR LA SECRETARÍA DEL ESTADO DE TEXAS

*VOTAR* ES FÁCIL Y ACCESSIBLE A TODO TEJANO.
1. *REGÍSTRESSE* PARA VOTAR
2. ENCUENTRE SU *CASILLA DE VOTACIÓN*
3. LLEVE SU *IDENTIFICACIÓN CON FOTO EMITIDA POR EL GOBIERNO*
4. EMITA SU *VOTO!*

★ ★ ★

## ASÍ VOTAMOS
## EN TEXAS

★ ★ ★

PARA MÁS INFORMACIÓN
VISITE VOTEXAS.ORG

TEX00312582



Paid Advertising Campaign
in English and Spanish

Social Media Campaign:
Facebook, Twitter, Voting
Check-Ins

"We Are Texas" photo
mosaic flag

Grassroots Marketing

VOTEXAS.ORG

TEX00312583



Help America Vote Act
2012 Media Flowchart



Media Assessment

TEX00312584

Media Targets and Story Angles

| Media Target | Angles |
|---|---|
| **Major Market Media Targets**<br><br>• *The Dallas Morning News, Houston Chronicle, Austin American-Statesman, San Antonio Express-News, El Paso Times, The Texas Tribune*<br>• WFAA ABC 8 (DFW), KHOU CBS 11 (Houston), KXAN NBC 36 (Austin), WOAI NBC 4 (San Antonio), KDBC CBS 4 (El Paso)<br>• WBAP News 820 (Dallas/Fort Worth), KTRH News Talk 740 (Houston), KLBJ News Radio 590 (Austin) | • Secretary of State launches new voter education program with "It's How We Vote in Texas" event in Dallas<br>• New voter ID law changing the way Texans vote<br>• Secretary of State and voting officials available to answer voters' questions during phone bank/online forum<br>• Where to go to get more information about the voting process and new voter ID laws |
| **Medium Market Media Targets**<br><br>• *Corpus Christi Caller-Times, Abilene Reporter-News, Lubbock Avalanche-Journal, Amarillo Globe-News, Midland Reporter-Telegram, Odessa American, Brownsville Herald, McAllen Monitor, Bryan-College Station Eagle, Tyler Morning Telegraph, Longview News-Journal, Del Rio News Herald, Sun Angelo Standard-Times*<br>• KTXS ABC 12 (Abilene), KIII ABC 3 (Corpus Christi), KXXV ABC 25 (Waco), KRGV ABC 5 9 (McAllen/Weslaco), KAMC ABC 28 (Lubbock), KAMR NBC 4 (Amarillo), KWES NBC 9 (Midland/Odessa), KYTX CBS 19 (Tyler/Longview) | • New voter ID law changing the way Texans vote<br>• "It's How We Vote in Texas" mobile photo booth to visit Corpus Christi today, provide information to voters<br>• "It's How We Vote in Texas" Profile:  John Doe, new U.S. citizen, votes for the first time<br>• Where to go to get more information about the voting process and new voter ID laws<br>• Voting registration process and voting locations approaching the Presidential election in November 2012 |
| **Small Market and Community Media Targets**<br><br>• American Community Newspapers (Dallas/Fort Worth Area), Houston Community Newspapers, Prime Time Newspapers (San Antonio)<br>• *Sweetwater Reporter, The Belton Journal, Waxahachie Daily Light, Killeen Daily Herald, The Lufkin Daily News, Texarkana Gazette, Sherman Herald Democrat, Snyder Daily News, Plainview Daily Herald, Pecos Enterprise, Alpine Avalanche* | • New voter ID law changing the way Texans vote<br>• "It's How We Vote in Texas" mobile photo booth to visit Sweetwater today, provide information to voters<br>• "It's How We Vote in Texas" Profile:  John Doe, new U.S. citizen, votes for the first time<br>• Where to go to get more information about the voting process and new voter ID laws<br>• Voting registration process and voting locations approaching the Presidential election in November 2012 |
| **Spanish Language Media**<br><br>• KINT Univision 26 (El Paso), KUVN Univision 23 (Dallas), KTMD Telemundo 47 (Houston)<br>• *La Estella* and *Al Día* (Dallas), *La Voz de Houston, El Mundo* (Austin), *Conexion* and *La Prensa* (San Antonio), *El Diario de El Paso* | • Texas Secretary of State launches new voter education program with "It's How We Vote in Texas" event in Dallas<br>• New voter ID law changing the way Texans vote<br>• Texas Secretary of State and voting officials available to answer voters' questions during phone bank/online forum<br>• "It's How We Vote in Texas" Profile:  John Doe, new U.S. citizen, votes for the first time<br>• Voter registration deadline approaching:  Where to go to get more information about the voting process and new voter ID laws |
| **University Newspapers**<br><br>• University of Texas' *The Daily Texan*, Texas A&M's *The Battalion*, Texas Tech University's *Daily* | • Texas Secretary of State launches new voter education program with "It's How We Vote in Texas" event in Dallas<br>• Texas Secretary of State and voting officials |

TEX00312585

Media Targets and Story Angles

| | |
|---|---|
| *Toreador*, University of North Texas's *North Texas Daily*, Southern Methodist University's *Daily Campus* and the University of Texas at El Paso's *Prospector* | available to answer voters' questions during phone bank/online forum<br>• "It's How We Vote in Texas" mobile photo booth to visit UT today, provide information to voters<br>• "It's How We Vote in Texas" Profile: John Doe, new Texas resident, tackles voting for the first time<br>• You're new here: How to register to vote and vote in Texas<br>• New voter ID law changing the way Texans vote<br>• Voter registration deadline approaching: Where to go to get more information about the voting process and new voter ID laws |
| **Overseas and Military News Targets**<br><br>• **Texas Armed Forces Installations Newspapers/Newsletters/ Websites:** *Wingspread* at Randolph AFB (San Antonio), Fort Sam Houston *News Leader* (San Antonio), *Fort Hood Sentinel* and *Fort Hood Herald* (Killeen), Killeen<br><br>• **National and International Military News Targets:** *Stars & Stripes (targeted to overseas military specifically)*, Military News Network, Voices of America Network<br>• **Overseas Citizens:** American Citizens Abroad and the Overseas Vote Foundation | • "It's How We Vote in Texas" mobile photo booth to visit For: Sam Houston today, provide information to voters<br>• "It's How We Vote in Texas" Profile: SSgt. John Doe, new Texas resident, tackles voting for the first time<br>• "Being Texan While Living Abroad": A Texan's guide to electronic voting options<br>• Texas Secretary of State and voting officials available to answer voters' questions during online forum<br>• You're new here: How to register to vote and vote in Texas<br>• Voting while you're deployed: What you need to know |
| **Disabled Community Media Targets**<br><br>• *CTD Messenger, DPCNet, Texas Parent2Parent, Txpacs, Disability Examiner, SILC Newsletter,* American Council of the Blind of Texas Newsletter, *Deaf Texan* | • "It's How We Vote in Texas" Profile: John Doe, blind Dallas resident, tackles voting for the first time<br>• "It's How We Vote in Texas" mobile photo booth to visit Texas School for the Deaf today, provide information for voters with disabilities<br>• Voting with Disabilities: How the new laws affect you<br>• Texas Secretary of State and voting officials available to answer questions from voters with disabilities during online forum |

TEX00312586



(Rev: 10/11)

# HUB SUBCONTRACTING PLAN (HSP)

In accordance with Texas Gov't Code §2161.252, the contracting agency has determined that subcontracting opportunities are probable under this contract. Therefore, all respondents, including State of Texas certified Historically Underutilized Businesses (HUBs) must complete and submit this State of Texas HUB Subcontracting Plan (HSP) with their response to the bid requisition (solicitation).

**NOTE: Responses that do not include a completed HSP shall be rejected pursuant to Texas Gov't Code §2161.252(b).**

The HUB Program promotes equal business opportunities for economically disadvantaged persons to contract with the State of Texas in accordance with the goals specified in the 2009 State of Texas Disparity Study. The statewide HUB goals defined in 34 Texas Administrative Code (TAC) §20.13 are:

* *11.2 percent for heavy construction other than building contracts,*
* *21.1 percent for all building construction, including general contractors and operative builders contracts,*
* *32.7 percent for all special trade construction contracts,*
* *23.6 percent for professional services contracts,*
* *24.6 percent for all other services contracts, and*
* *21 percent for commodities contracts.*

### - - Agency Special Instructions/Additional Requirements - -

In accordance with 34 TAC §20.14(d)(1)(D)(iii), a respondent (prime contractor) may demonstrate good faith effort to utilize Texas certified HUBs for its subcontracting opportunities if the total value of the respondent's subcontracts with Texas certified HUBs meets or exceeds the statewide HUB goal or the agency specific HUB goal, whichever is higher. When a respondent uses this method to demonstrate good faith effort, the respondent must identify the HUBs with which it will subcontract. If using existing contracts with Texas certified HUBs to satisfy this requirement, only contracts that have been in place for five years or less shall qualify for meeting the HUB goal. This limitation is designed to encourage vendor rotation as recommended by the 2009 Texas Disparity Study.

---

**SECTION 1   RESPONDENT AND REQUISITION INFORMATION**

a.  Respondent (Company) Name: Burson-Marsteller                          State of Texas VID #:

    Point of Contact: Michelle Bleiberg                          Phone #: 2142248440

    E-mail Address: michelle.bleiberg@bm.com                     Fax #: 2142248450

b.  Is your company a State of Texas certified HUB?   ☐ - Yes   ☒ - No

c.  Requisition #: RFP 12111                                   Bid Open Date: 10 / 3 / 2011
                                                                (mm/dd/yyyy)

1

TEX00312588

Enter your company's name here: Burson-Marsteller          Requisition #: RFP 12111

**SECTION 2**  SUBCONTRACTING INTENTIONS

After dividing the contract work into reasonable lots or portions to the extent consistent with prudent industry practices, and taking into consideration the scope of work to be performed under the proposed contract, including all potential subcontracting opportunities, the respondent must determine what portions of work, including goods and services, will be subcontracted. Note: In accordance with 34 TAC §20.11., an "Subcontractor" means a person who contracts with a prime contractor to supply commodities, or to contribute toward completing work for a governmental entity.

a. Check the appropriate box (Yes or No) that identifies your subcontracting intentions:

☒ - Yes, I will be subcontracting portions of the contract. (If Yes, complete item b, of this SECTION and continue to item c of this SECTION.)

☐ - No, I will not be subcontracting any portion of the contract, and I will be fulfilling the entire contract with my own resources. (If No, continue to SECTION 3.)

b. List all the portions of work (subcontracting opportunities) you will subcontract. Also, based on the total value of the contract, identify the percentages of the contract you expect to award to Texas certified HUBs, and the percentage of the contract you expect to award to vendors that are not a Texas certified HUB (i.e., Non-HUB).

| Item # | Subcontracting Opportunity Description | HUBs | | Non-HUBs |
|---|---|---|---|---|
| | | Percentage of the contract expected to be subcontracted to HUBs with which you have had contracts in place for five (5) years or less. | Percentage of the contract expected to be subcontracted to HUBs with which you have had contracts in place for more than five (5) years. | Percentage of the contract expected to be subcontracted to non-HUBs. |
| 1 | Advertising, creative, media buys | 20% | % | % |
| 2 | Hispanic outreach Strategy | 10% | % | % |
| 3 | Texans with disabilities outreach | % | % | 3% |
| 4 | Printing Services | 3% | % | % |
| 5 | | % | % | % |
| 6 | | % | % | % |
| 7 | | % | % | % |
| 8 | | % | % | % |
| 9 | | % | % | % |
| 10 | | % | % | % |
| 11 | | % | % | % |
| 12 | | % | % | % |
| 13 | | % | % | % |
| 14 | | % | % | % |
| 15 | | % | % | % |
| | Aggregate percentages of the contract expected to be subcontracted: | 33% | % | 3% |

(Note: If you have more than fifteen subcontracting opportunities, a continuation sheet is available online at http://window.state.tx.us/procurement/prog/hub/hub-subcontracting-plan/)

c. Check the appropriate box (Yes or No) that indicates whether you will be using **only** Texas certified HUBs to perform **all** of the subcontracting opportunities you listed in SECTION 2, item b.

☐ - **Yes** (If Yes, continue to SECTION 4 **and** complete an "HSP Good Faith Effort - Method A (Attachment A)" for **each** of the subcontracting opportunities you listed.)

☒ - **No** (If No, continue to item d, of this SECTION.)

d. Check the appropriate box (Yes or No) that indicates whether the **aggregate expected percentage** of the contract you will subcontract **with Texas certified HUBs with which you have had contracts in place with for five (5) years or less meets or exceeds** the HUB goal the contracting agency identified on page 1 in the "Agency Special Instructions/Additional Requirements".

☒ - **Yes** (If Yes, continue to SECTION 4 **and** complete an "HSP Good Faith Effort - Method A (Attachment A)" for **each** of the subcontracting opportunities you listed.)

☐ - **No** (If No, continue to SECTION 4 **and** complete an "HSP Good Faith Effort - Method B (Attachment B)" for **each** of the subcontracting opportunities you listed.)

2

TEX00312589

**SECTION 4**  **AFFIRMATION**

As evidenced by my signature below, I affirm that I am an authorized representative of the respondent listed in SECTION 1, and that the information and supporting documentation submitted with the HSP is true and correct. Respondent understands and agrees that, if awarded any portion of the requisition:

- The respondent will provide notice as soon as practical to all the subcontractors (HUBs and Non-HUBs) of their selection as a subcontractor for the awarded contract. The notice must specify at a minimum the contracting agency's name and its point of contact for the contract, the contract award number, the subcontracting opportunity they (the subcontractor) will perform, the approximate dollar value of the subcontracting opportunity and the expected percentage of the total contract that the subcontracting opportunity represents. A copy of the notice required by this section must also be provided to the contracting agency's point of contact for the contract no later than ten (10) working days after the contract is awarded.

- The respondent must submit monthly compliance reports (Prime Contractor Progress Assessment Report – PAR) to the contracting agency, verifying its compliance with the HSP, including the use of and expenditures made to its subcontractors (HUBs and Non-HUBs).  (The PAR is available at *http://www.window.state.tx.us/procurement/prog/hub/hub-forms/progressassessmentrpt.xls*).

- The respondent must seek approval from the contracting agency prior to making any modifications to its HSP, including the hiring of additional or different subcontractors and the termination of a subcontractor the respondent identified in its HSP. If the HSP is modified without the contracting agency's prior approval, respondent may be subject to any and all enforcement remedies available under the contract or otherwise available by law, up to and including debarment from all state contracting.

- The respondent must, upon request, allow the contracting agency to perform on-site reviews of the company's headquarters and/or work-site where services are being performed and must provide documentation regarding staffing and other resources.

| Michelle Bleiberg | Michelle Bleiberg | Director | 11/9/11 |
|---|---|---|---|
| Signature | Printed Name | Title | Date |

REMINDER:   ➢   If you responded "*Yes*" to SECTION 2, Items **c  or  d**, you must complete an "HSP Good Faith Effort - Method A (Attachment A)" for **each** of the subcontracting opportunities you listed in SECTION 2, Item b.

➢   If you responded "*No*" SECTION 2, Items **c  and  d**, you must complete an "HSP Good Faith Effort - Method B (Attachment B)" for **each** of the subcontracting opportunities you listed in SECTION 2, Item b.

3

TEX00312590

## *HSP Good Faith Effort - Method A (Attachment A)*   (Rev. 10/11)

Enter your company's name here:  Burson-Marsteller                    Requisition #:  RFP 12111

**IMPORTANT:** If you responded "Yes" to SECTION 2, items c or d of the completed HSP form, you must submit a completed "HSP Good Faith Effort - Method A (Attachment A)" for **each** of the subcontracting opportunities you listed in SECTION 2, Item b of the completed HSP form. You may photo-copy this page or download the form at *http://www.window.state.tx.us/procurement/prog/hub/hub-forms/HUBSubcontractingPlanAttachment-A.doc*

### SECTION A-1   SUBCONTRACTING OPPORTUNITY

Enter the item number and description of the subcontracting opportunity you listed in SECTION 2, Item b, of the completed HSP form for which you are completing this attachment.

Item #:  1      Description:  Advertising, creative and media buys

### SECTION A-2   SUBCONTRACTOR SELECTION

List the subcontractor(s) you selected to perform the subcontracting opportunity you listed above in SECTION A-1.  Also identify whether they are a Texas Certified HUB and their VID number, the approximate dollar value of the work to be subcontracted, the expected percentage of work to be subcontracted, and indicate whether the company is a Texas certified HUB.

| Company Name | Texas Certified HUB | VID # (Required if Texas Certified HUB) | Approximate Dollar Amount | Expected Percentage of Contract |
|---|---|---|---|---|
| TKO Advertising | ☒ - Yes  ☐ - No | 1742902047 | $900,000 | 30% |
|  | ☐ - Yes  ☐ - No |  | $ | % |
|  | ☐ - Yes  ☐ - No |  | $ | % |
|  | ☐ - Yes  ☐ - No |  | $ | % |
|  | ☐ - Yes  ☐ - No |  | $ | % |
|  | ☐ - Yes  ☐ - No |  | $ | % |
|  | ☐ - Yes  ☐ - No |  | $ | % |
|  | ☐ - Yes  ☐ - No |  | $ | % |
|  | ☐ - Yes  ☐ - No |  | $ | % |
|  | ☐ - Yes  ☐ - No |  | $ | % |
|  | ☐ - Yes  ☐ - No |  | $ | % |
|  | ☐ - Yes  ☐ - No |  | $ | % |
|  | ☐ - Yes  ☐ - No |  | $ | % |
|  | ☐ - Yes  ☐ - No |  | $ | % |
|  | ☐ - Yes  ☐ - No |  | $ | % |
|  | ☐ - Yes  ☐ - No |  | $ | % |
|  | ☐ - Yes  ☐ - No |  | $ | % |
|  | ☐ - Yes  ☐ - No |  | $ | % |
|  | ☐ - Yes  ☐ - No |  | $ | % |
|  | ☐ - Yes  ☐ - No |  | $ | % |

**REMINDER:** As specified in SECTION 4 of the completed HSP form, if you (respondent) are awarded any portion of the requisition, you are required to provide notice as soon as practical to all the subcontractors (HUBs and Non-HUBs) of their selection as a subcontractor. The notice must specify at a minimum the contracting agency's name and its point of contact for the contract, the contract award number, the subcontracting opportunity they (the subcontractor) will perform, the approximate dollar value of the subcontracting opportunity and the expected percentage of the total contract that the subcontracting opportunity represents. A copy of the notice required by this section must also be provided to the contracting agency's point of contact for the contract no later than ten (10) working days after the contract is awarded.

Page 1 of 1
(Attachment A)

TEX00312591

## HSP Good Faith Effort - Method A (Attachment A)   (Rev 10/11)

Enter your company's name here: Burson-Marsteller          Requisition #: RFP 12111

**IMPORTANT:** If you responded "Yes" to SECTION 2, items c or d of the completed HSP form, you must submit a completed "HSP Good Faith Effort - Method A (Attachment A)" for **each** of the subcontracting opportunities you listed in SECTION 2, item b of the completed HSP form. You may photo-copy this page or download the form at http://www.window.state.tx.us/procurement/prog/hub/hub-forms/HUBSubcontractingPlanAttachment-A.doc

### SECTION A-1   SUBCONTRACTING OPPORTUNITY

Enter the item number and description of the subcontracting opportunity you listed in SECTION 2, item b, of the completed HSP form for which you are completing this attachment.

Item #: 3    Description: Printing services

### SECTION A-2   SUBCONTRACTOR SELECTION

List the subcontractor(s) you selected to perform the subcontracting opportunity you listed above in SECTION A-1. Also identify whether they are a Texas Certified HUB and their VID number, the approximate dollar value of the work to be subcontracted, the expected percentage of work to be subcontracted, and indicate whether the company is a Texas certified HUB.

| Company Name | Texas Certified HUB | VID # (Required if Texas Certified HUB) | Approximate Dollar Amount | Expected Percentage of Contract |
|---|---|---|---|---|
| McCarthy Print | ☒ - Yes   ☐ - No | 1742870588 | $90,000 | 3% |
| | ☐ - Yes   ☐ - No | | $ | % |
| | ☐ - Yes   ☐ - No | | $ | % |
| | ☐ - Yes   ☐ - No | | $ | % |
| | ☐ - Yes   ☐ - No | | $ | % |
| | ☐ - Yes   ☐ - No | | $ | % |
| | ☐ - Yes   ☐ - No | | $ | % |
| | ☐ - Yes   ☐ - No | | $ | % |
| | ☐ - Yes   ☐ - No | | $ | % |
| | ☐ - Yes   ☐ - No | | $ | % |
| | ☐ - Yes   ☐ - No | | $ | % |
| | ☐ - Yes   ☐ - No | | $ | % |
| | ☐ - Yes   ☐ - No | | $ | % |
| | ☐ - Yes   ☐ - No | | $ | % |
| | ☐ - Yes   ☐ - No | | $ | % |
| | ☐ - Yes   ☐ - No | | $ | % |
| | ☐ - Yes   ☐ - No | | $ | % |
| | ☐ - Yes   ☐ - No | | $ | % |
| | ☐ - Yes   ☐ - No | | $ | % |

**REMINDER:** As specified in SECTION 4 of the completed HSP form, if you (respondent) are awarded any portion of the requisition, you are required to provide notice as soon as practical to **all** the subcontractors (HUBs and Non-HUBs) of their selection as a subcontractor. The notice must specify at a minimum the contracting agency's name and its point of contact for the contract, the contract award number, the subcontracting opportunity they (the subcontractor) will perform, the approximate dollar value of the subcontracting opportunity and the expected percentage of the total contract that the subcontracting opportunity represents. A copy of the notice required by this section must also be provided to the contracting agency's point of contact for the contract no later than ten (10) working days after the contract is awarded.

Page 1 of 1
(Attachment A)

TEX00312592

## HSP Good Faith Effort - Method A (Attachment A)   (Rev. 10/11)

| Enter your company's name here: | Burson-Marsteller | Requisition #: | RFP 12111 |
|---|---|---|---|

**IMPORTANT:** If you responded "Yes" to SECTION 2, Items c or d of the completed HSP form, you must submit a completed "HSP Good Faith Effort - Method A (Attachment A)" for each of the subcontracting opportunities you listed in SECTION 2, Item b of the completed HSP form. You may photo-copy this page or download the form at http://www.window.state.tx.us/procurement/prog/hub/hub-forms/HUBSubcontractingPlanAttachment-A.doc

---

**SECTION A-1   SUBCONTRACTING OPPORTUNITY**

Enter the item number and description of the subcontracting opportunity you listed in SECTION 2, Item b, of the completed HSP form for which you are completing this attachment.

Item #:  2   Description:  Voters with disabilities outreach

---

**SECTION A-2   SUBCONTRACTOR SELECTION**

List the subcontractor(s) you selected to perform the subcontracting opportunity you listed above in SECTION A-1. Also identify whether they are a Texas Certified HUB and their VID number, the approximate dollar value of the work to be subcontracted, the expected percentage of work to be subcontracted, and indicate whether the company is a Texas certified HUB.

| Company Name | Texas Certified HUB | VID # (Required if Texas Certified HUB) | Approximate Dollar Amount | Expected Percentage of Contract |
|---|---|---|---|---|
| Coalition of Texans with Disabilities | ☐ - Yes  ☒ - No | | $90,000 | 3% |
| | ☐ - Yes  ☐ - No | | $ | % |
| | ☐ - Yes  ☐ - No | | $ | % |
| | ☐ - Yes  ☐ - No | | $ | % |
| | ☐ - Yes  ☐ - No | | $ | % |
| | ☐ - Yes  ☐ - No | | $ | % |
| | ☐ - Yes  ☐ - No | | $ | % |
| | ☐ - Yes  ☐ - No | | $ | % |
| | ☐ - Yes  ☐ - No | | $ | % |
| | ☐ - Yes  ☐ - No | | $ | % |
| | ☐ - Yes  ☐ - No | | $ | % |
| | ☐ - Yes  ☐ - No | | $ | % |
| | ☐ - Yes  ☐ - No | | $ | % |
| | ☐ - Yes  ☐ - No | | $ | % |
| | ☐ - Yes  ☐ - No | | $ | % |
| | ☐ - Yes  ☐ - No | | $ | % |
| | ☐ - Yes  ☐ - No | | $ | % |
| | ☐ - Yes  ☐ - No | | $ | % |
| | ☐ - Yes  ☐ - No | | $ | % |
| | ☐ - Yes  ☐ - No | | $ | % |

**REMINDER:** As specified in SECTION 4 of the completed HSP form, if you (respondent) are awarded any portion of the requisition, you are required to provide notice as soon as practical to all the subcontractors (HUBs and Non-HUBs) of their selection as a subcontractor. The notice must specify at a minimum the contracting agency's name and its point of contact for the contract, the contract award number, the subcontracting opportunity they (the subcontractor) will perform, the approximate dollar value of the subcontracting opportunity and the expected percentage of the total contract that the subcontracting opportunity represents. A copy of the notice required by this section must also be provided to the contracting agency's point of contact for the contract no later than ten (10) working days after the contract is awarded.

TEX00312593

subcontract... specific ... opportunity... good faith... subcontracting... with ... specific portion of work.

Check the appropriate box (Yes or No) that indicates whether you will be subcontracting the portion of work you listed in SECTION B-1 to your Protégé.

☐ - **Yes** (If *Yes*, to continue to SECTION B-4.)

☒ - **No / Not Applicable** (If *No* or *Not Applicable*, continue to SECTION B-3.)

---

**SECTION B-3** NOTIFICATION OF SUBCONTRACTING OPPORTUNITY

When completing this section you MUST comply with items a, b, c and d, thereby demonstrating your Good Faith Effort of having notified Texas certified HUBs and minority or women trade organizations or development centers about the subcontracting opportunity you listed in SECTION B-1. Your notice should include the scope of work, information regarding the location to review plans and specifications, bonding and insurance requirements, required qualifications, and identify a contact person.

When sending notice of your subcontracting opportunity, you are encouraged to use the attached HUB Subcontracting Opportunity Notice form, which is also available online at http://www.window.state.tx.us/procurement/prog/hub/hub-subcontracting-plan/

Retain supporting documentation (i.e., certified letter, fax, e-mail) demonstrating evidence of your good faith effort to notify the Texas certified HUBs and minority or women trade organizations or development centers.

a. Provide written notification of the subcontracting opportunity you listed in SECTION B-1, to three (3) or more Texas certified HUBs. Unless the contracting agency specified a different time period, you must allow the HUBs at least seven (7) working days to respond to the notice prior to your submitting your bid response to the contracting agency. When searching for Texas certified HUBs, ensure that you use the State of Texas' Centralized Master Bidders List (CMBL) and Historically Underutilized Business (HUB) Search directory located at *http://www.window.state.tx.us/procurement//cmbl/cmblhub.html*. HUB Status code "A" signifies that the company is a Texas certified HUB.

b. List the three (3) Texas certified HUBs you notified regarding the subcontracting opportunity you listed in SECTION B-1. Include the company's Vendor ID (VID) number, the date you sent notice to that company, and indicate whether it was responsive or non-responsive to your subcontracting opportunity notice.

| Company Name | VID # | Date Notice Sent (mm/dd/yyyy) | Did the HUB Respond? |
|---|---|---|---|
| TKO Advertising | 1742902047600 | 10 / 6 /11 | ☒ - Yes  ☐ - No |
| McCarthy Print | 1742870588 | 11 / 4 /11 | ☒ - Yes  ☐ - No |
| Porta A Walk | | 11 / 4 /11 | ☐ - Yes  ☒ - No |

c. Provide written notification of the subcontracting opportunity you listed in SECTION B-1 to minority or women trade organizations or development centers to assist in identifying potential HUBs by disseminating the subcontracting opportunity to their members/participants. Unless the contracting agency specified a different time period, you must provide your subcontracting opportunity notice to minority or women trade organizations or development centers at least seven (7) working days prior to submitting your bid response to the contracting agency.

A list of trade organizations and development centers that have expressed an interest in receiving notices of subcontracting opportunities is available on the Statewide HUB Program's webpage at **http://www.window.state.tx.us/procurement/prog/hub/mwb-links-1/**

d. Enter the name of the minority or women trade organizations or development centers you notified regarding the subcontracting opportunity you listed in SECTION B-1. Include the date when you sent notice to it and indicate if it accepted or rejected your notice.

| Minority/Women Trade Organizations or Development Centers | Date Notice Sent (mm/dd/yyyy) | Was the Notice Accepted? |
|---|---|---|
| | / / | ☐ - Yes  ☐ - No |
| | / / | ☐ - Yes  ☐ - No |

Page 1 of 2
(Attachment B)

TEX00312594

## HSP Good Faith Effort - Method B (Attachment B) *Cont.*

Enter your company's name here:  Burson-Marsteller          Requisition #:  12111

**SECTION B-4**  SUBCONTRACTOR SELECTION

a.  List the subcontractor(s) you selected to perform the subcontracting opportunity you listed in SECTION B-1.  Also identify whether they are a Texas Certified HUB and their VID number, the approximate dollar value of the work to be subcontracted, the expected percentage of work to be subcontracted, and indicate whether the company is a Texas certified HUB.

| Company Name | Texas Certified HUB | VID # (Required if Texas Certified HUB) | Approximate Dollar Amount | Expected Percentage of Contract |
|---|---|---|---|---|
| McCarthy Print | ☒ - Yes  ☐ - No | 1742870588 | $90,000 | 3% |
| TKO | ☒ - Yes  ☐ - No | 1742902047 | $900,000 | 30% |
| Coalition for Texans with Disabilities | ☐ - Yes  ☒ - No | | $90,000 | 3% |
| | ☐ - Yes  ☐ - No | | $ | % |
| | ☐ - Yes  ☐ - No | | $ | % |
| | ☐ - Yes  ☐ - No | | $ | % |
| | ☐ - Yes  ☐ - No | | $ | % |

b.  If any of the subcontractors you have selected to perform the subcontracting opportunity you listed in SECTION B-1 is not a Texas certified HUB, provide written justification for your selection process (attach additional page if necessary):

**REMINDER:** As specified in SECTION 4 of the completed HSP form, if you (respondent) are awarded any portion of the requisition, you are required to provide notice as soon as practical to all the subcontractors (HUBs and Non-HUBs) of their selection as a subcontractor. The notice must specify at a minimum the contracting agency's name and its point of contact for the contract, the contract award number, the subcontracting opportunity it (the subcontractor) will perform, the approximate dollar value of the subcontracting opportunity and the expected percentage of the total contract that the subcontracting opportunity represents. A copy of the notice required by this section must also be provided to the contracting agency's point of contact for the contract no later than ten (10) working days after the contract is awarded.

Page 2 of 2
(Attachment B)

TEX00312595



The Texas Comptroller of Public Accounts (CPA),
hereby certifies that

# TKO ADVERTISING, INC.

has successfully met the established requirements of the
State of Texas Historically Underutilized Business (HUB) Program
to be recognized as a HUB.

This certificate, printed 05-DEC-2009, supersedes any registration and certificate previously issued by the HUB Program. If there are any changes regarding the information (i.e., business structure, ownership, day-to-day management, operational control, addresses, phone and fax numbers or authorized signatures) provided in the submission of the business' application for registration/certification as a HUB, you must immediately (within 30 days of such changes) notify the HUB Program in writing. The CPA reserves the right to conduct a compliance review at any time to confirm HUB eligibility. HUB certification may be suspended or revoked upon findings of ineligibility.

*Paul A. Gibson*

Certificate/VID Number: 1742902047600
File/Vendor Number:     80526
Approval Date:          01-DEC-2009
Expiration Date:        01-DEC-2013

Paul A. Gibson
Statewide HUB Program Manager
Texas Comptroller of Public Accounts
Texas Procurement and Support Services Division

Note: In order for State agencies and institutions of higher education (universities) to be credited for utilizing this business as a HUB, they must award payment under the Certificate/VID Number identified above. Agencies and universities are encouraged to validate HUB certification prior to issuing a notice of award by accessing the Internet (http://www.window.state.tx.us/procurement//cmbl/hubonly.html) or by contacting the HUB Program at (888) 863-5881 or (512) 463-5872.

TEX00312596



The Texas Comptroller of Public Accounts (CPA),
hereby certifies that

## MCCARTHY PRINT, INC

has successfully met the established requirements of the
State of Texas Historically Underutilized Business (HUB) Program
to be recognized as a HUB.

This certificate, printed 09-JAN-2010, supersedes any registration and certificate previously issued by the HUB Program. If there are any changes regarding the information (i.e., business structure, ownership, day-to-day management, operational control, addresses, phone and fax numbers or authorized signatures) provided in the submission of the business' application for registration/certification as a HUB, you must immediately (within 30 days of such changes) notify the HUB Program in writing. The CPA reserves the right to conduct a compliance review at any time to confirm HUB eligibility. HUB certification may be suspended or revoked upon findings of ineligibility.

Paul A. Gibson

Certificate/VID Number: 1742870588700
File/Vendor Number: 82979
Approval Date: 06-JAN-2010
Expiration Date: 06-JAN-2014

Paul A. Gibson
Statewide HUB Program Manager
Texas Comptroller of Public Accounts
Texas Procurement and Support Services Division

Note: In order for State agencies and institutions of higher education (universities) to be credited for utilizing this business as a HUB, they must award payment under the Certificate/VID Number identified above. Agencies and universities are encouraged to validate HUB certification prior to issuing a notice of award by accessing the Internet (http://www.window.state.tx.us/procurement//cmbl/hubonly.html) or by contacting the HUB Program at (888) 863-5881 or (512) 463-5872.

TEX00312597

# NOTICE OF INTENT TO SUBMIT A PROPOSAL
## Request For Proposal 12111
## Office of the Secretary of State

The undersigned vendor hereby files a notice of intent to submit a proposal for:
**VOTER EDUCATION AND OUTREACH OPPORTUNITIES** in accordance with the provisions of HAVA and Texas Election Code §§ 31.010 –31.011

Vendor Name:

Contact Name:

Phone Number:

Email:

- Filing of this notice is mandatory to received additional or further information regarding RFP#12111;

- Any future correspondence regarding RFP#12111 will be addressed to the Vendor's contact specified above;

- Filing this notice in no way binds the vendor to submit a proposal for VOTER EDUCATION AND OUTREACH OPPORTUNITIES, RFP#12111; and

- Vendors who do not file this notice by the deadline date are not eligible to submit a proposal.

**PLEASE SUBMIT THIS NOTICE BY EMAIL TO RFP#12111@SOS.STATE.TX.US AS SOON AS POSSIBLE AFTER RECEIPT OF THE REQUEST FOR PROPOSAL, BUT NOT LATER THAN OCTOBER 17, 2011 AT 5:00 PM, LOCAL TIME IN AUSTIN, TX.**

**The SOS will confirm receipt of the Proposer's "NOTICE OF INTENT TO SUBMIT A PROPOSAL" by reply email to the address provided above. The Proposer is responsible for delivery of this notice and confirmation of receipt from SOS. SOS shall not be responsible for any inaccurate email address or faulty electronic transmissions.**

ATTACHMENT A

**EXECUTION OF OFFER, AFFIRMATION OF TERMS AND CONDITIONS, AND PROPOSAL PREFERENCES**

By signing this "Execution of Offer, Affirmation of Terms and Conditions, and Proposal Preferences" instrument, the proposer (referred to hereafter in this Execution, Affirmation and Proposal as the "Contractor") or Contractor's legally authorized agent affirms that all statements within the proposal are true and correct.  Contractor understands and acknowledges that discovery of any false statement in the proposal is a material breach and shall void the submitted proposal or any resulting contracts and that Contractor may also be removed from all vendor/proposer lists maintained by the State of Texas.  By signature hereon affixed, Contractor hereby acknowledges and certifies that Contractor shall be subject to the following specific affirmations, general provisions, and special provisions if the proposal is awarded a contract:

1. Contractor expressly makes the following specific affirmations in response to this RFP:

    A. Contractor understands that any proposal or bond signed by an agent or attorney-in-fact shall be accompanied by evidence of authority.

    B. Contractor understands that any proposal may be withdrawn in writing prior to the date and time set for receipt of proposals. Any proposal not so withdrawn shall constitute an irrevocable offer, for a period of 90 days from November 9, 2011, to provide the commodity or service in the manner set forth in the specifications herein, in the RFP or in any Contract that may result from the RFP, or until a selection has been made by the agency, whichever occurs earlier.

    C. Contractor has fully complied with all of the terms and conditions for the submission of a proposal as expressly stated throughout this RFP.

    D. Contractor has not given, offered to give, nor intends to give at any time hereafter any economic opportunity, future employment, gift, loan, gratuity, special discount, trip, favor, or services to a public servant in connection with the submitted proposal or bid.

    E. Neither Contractor nor the firm, corporation, partnership, limited liability company, or other business entity represented by Contractor, or anyone acting for such firm, corporation, partnership, limited liability company, or other business entity has violated the antitrust laws of this State or the Federal Antitrust Laws, nor communicated directly or indirectly the proposal or bid made to any competitor or any other person engaged in a similar line of business.

    F. Pursuant to Section 2155.004 of the Texas Government Code, Contractor has not received compensation for participation in the preparation of the specifications for this RFP or Invitation for Bid.  Contractor certifies that the individual or business entity named in its proposal, bid, or contract is not ineligible to receive the specified contract and acknowledges that any contract awarded from this RFP may be terminated and payment withheld if this certification is inaccurate.

    G. Pursuant to Section 669.003 of the TX Gov't Code, the SOS may not enter into a contract with a person who employs a current or former executive head of the SOS until four years has passed since that person was the executive head of the SOS. By submitting a bid, the bidder certifies that it does not employ any person who was the executive head of the SOS in the past four years.  If bidder does employ a person who was the executive head of the SOS, provide the following information:

        Name of Former Executive:
        Name of State Agency:
        Date of Separation from State Agency:
        Position with Bidder:
        Date of Employment with Bidder:

    H. Pursuant to Section 2252.903 of the TX Gov't Code, if the SOS determines a payment law prohibits the Comptroller from issuing a warrant or initiating an electronic funds transfer, Contractor agrees that any payments due under a contract resulting from this RFP shall be directly applied towards eliminating any debt or delinquency including, but not limited to, delinquent taxes, delinquent student loan payments, and delinquent child support, until the debt is paid in full.

    I. Pursuant to Section 231.006(c) of the Texas Family Code, regarding child support, the bidder certifies that the individual or business entity named in this bid is not ineligible to receive the specified payment and acknowledges that a resulting contract may be terminated and payment may be withheld if this certification is inaccurate. Any bidder subject to Section 231.006 must include names and Social Security numbers of each person with at least 25% ownership of the business entity submitting the bid. This information must be provided prior to contract award. Enter Name & Social Security Numbers for each person.

| Name: | Social Security Number: |
|-------|-------------------------|
| Name: | Social Security Number: |
| Name: | Social Security Number: |

ATTACHMENT B-1

J.  Pursuant to Section 2252.901 of the Texas Government Code, Contractor certifies that it is not a former employee of SOS or that Contractor has not been an employee of SOS for twelve (12) months prior to the beginning date of any contract awarded from this RFP.

K.  Contractor must make full disclosure of intent to employ any subcontractor who is a former employee/retiree of SOS.  Within the first (12) twelve months of leaving employment at SOS, a former employee/retiree selected by the Contractor for a subcontract, shall not perform services on a project or fill a position that the former employee/retiree worked on while employed at SOS.

L.  Contractor agrees to purchase and maintain at its expense insurance as required for the work, products or services being performed or furnished pursuant to any Contract arising out of this RFP.   Such insurance will protect SOS from all claims from bodily injury, death, or property damage which may arise out of or result from the performance of any Contract resulting from this RFP or in any way related to such a Contract , whether  such Contract or work, products, goods or services are performed or furnished by Contractor, any subcontractor or supplier, or by anyone directly or indirectly employed by or associated with the foregoing parties  to perform or furnish any of such work, products, goods or services.  SOS reserves the right to terminate any contract or stop work in progress for substantial failure to submit the required evidence of insurance or cancellation of an active policy as agreed upon by SOS and Contractor during contract negotiations.

M.  Contractor agrees that all subcontractors performing work under a contract arising out of this RFP will also obtain insurance which will protect SOS and its employees from any risk associated with the work or services performed or products or goods furnished under any such Contract.  The Contractor will maintain written evidence of such coverage by its subcontractors.

N.  No public disclosures or news releases pertaining to this RFP shall be made without prior written approval of SOS, except as otherwise required under Section 552 of the Texas Government Code or other applicable law.

O.  Contractor represents and warrants that it has no actual or potential conflicts of interest in providing the requested items or service to SOS under this RFP and any resulting contract, if any, and that Contractor's provision of the requested items or service under this RFP and any resulting contract, if any, would not reasonably create an appearance of impropriety.

P.  The Contractor warrants and covenants that it has obtained or will obtain before performance of any part of any Contract arising out of this RFP all permits, approvals, and licenses, necessary for its lawful performance of its obligations under any such contract, without costs to SOS.  The Contractor shall maintain such permits, approvals, and licenses during the term of the Contract without additional expense to SOS.   The Contractor further understates and agrees that it shall comply with any and all applicable federal, state, county, local and municipal laws, ordinances, resolutions, codes, decisions, orders, rules and regulations.

2.  Contractor has read, understands, and agrees to be bound to the terms and conditions stated in the SOS's "General Provisions" if a contract is awarded to Contractor pursuant to this RFP.  The following General Provisions which will be included in the contractual terms for any Contract awarded under this RFP and are included in this instrument and are stated as follows:

A.  As used in these General Provisions:
  ○  *Contract* means the RFP, and SOS's purchase order, all of SOS's attachments, appendices, schedules (including but not limited to these General Provisions and the Special Provisions), amendments/purchase order change notices and extensions of or to the standard contract form if agreed to by SOS in writing;
  ○  *Agency or SOS* means the Office of Secretary of State;
  ○  *Contractor* means, in addition to the proposed contractor, the party or parties to  any Contract arising out of this RFP other than SOS, including its or their officers, directors, employees, agents, representatives, consultants and subcontractors, and subcontractors' officers, directors, employees, agents, representatives and consultants;
  ○  *Project Manager* means the respective person(s) representing SOS or Contractor, as indicated in the Contract, for the purposes of administering the Contract Project;
  ○  *Contract Project* means the purpose intended to be achieved through the Contract as described therein and in this RFP;
  ○  *Amendment* means the Contract as revised in any respect by the mutual written agreement of SOS and Contractor, and includes (without limitation) both the original Contract, and any subsequent amendments or modifications thereto and purchase order change notices;
  ○  *Work Product* means any and all deliverables produced by Contractor for SOS under a statement of work issued pursuant to the Contract, including any and all tangible or intangible items or things that have been or will be prepared, created, developed, invented or conceived at any time following the effective date of the Contract, including but not limited to any (i) works of authorship (such as, for example, manuals, instructions, printed material, graphics, artwork, images, illustrations, photographs,

ATTACHMENT B-2

computer programs, computer software, scripts, object code, source code or other programming code, HTML code, flow charts, notes, outlines, lists, compilations, manuscripts, writings, pictorial materials, schematics, formulae, processes, algorithms, data, information, multimedia files, text web pages or web sites, other written or machine readable expression of such works fixed in any tangible media, and all other copyrightable works), (ii) trademarks, service marks, trade dress, trade names, logos, or other indicia of source or origin, (iii) ideas, designs, concepts, personality rights, methods, processes, techniques, apparatuses, inventions, formulas, discoveries, or improvements, including any patents, trade secrets and know-how, (iv) domain names, (v) any copies, and similar or derivative works to any of the foregoing, (vi) all documentation and materials related to any of the foregoing, (vii) all other goods, services or deliverables to be provided to SOS under the Contract or a statement of work, and (viii) all Intellectual Property Rights in any of the foregoing, and which are or were created, prepared, developed, invented or conceived for the use or benefit of SOS in connection with any Contract arising out of this RFP or a statement of work, or with funds appropriated by or for SOS or SOS's benefit: (a) by any Contractor personnel or  SOS personnel, or (b) any SOS personnel who then became personnel to Contractor or any of its affiliates or subcontractors, where, although creation or reduction-to-practice is completed while the person is affiliated with Contractor or its personnel, any portion of same was created, invented or conceived by such person while affiliated with SOS; and

o   *Intellectual Property Rights* means the worldwide legal rights or interests evidenced by or embodied in: (i) any idea, design, concept, personality right, method, process, technique, apparatus, invention, discovery, or improvement, including any patents, trade secrets, and know-how; (ii) any work of authorship, including, for example, any copyrights, moral rights or neighboring rights; (iii) any trademark, service mark, trade dress, trade name, or other indicia of source or origin; (iv) domain name registrations; and (v) any other proprietary or similar rights. The Intellectual Property Rights of a party include all worldwide legal rights or interests that the party may have acquired by assignment or license with, or without the right to grant sublicenses.

B. **Contingency:** The Contract and any Amendments are executed by SOS contingent upon the availability of appropriated funds by legislative act (both at the state and federal level). Notwithstanding any other provision in the Contract, any Amendment, or any other document, the Contract and any Amendments are void upon the insufficiency (in SOS's discretion) or unavailability of appropriated funds. In addition, the Contract and any Amendment may be terminated by SOS at any time for any reason upon written notice to Contractor. Expenditures and/or activities for which Contractor may claim reimbursement shall not be accrued or claimed subsequent to receipt of such notice from SOS.

C. INDEMNIFICATION AND DAMAGE TO PROPERTY OR INJURIES TO PERSONS: THE REQUIREMENTS OF THIS SECTION SHALL NOT ONLY FORM A PART OF THE CONTRACT ARISING OUT OF THIS RFP BUT ARE HERBY MADE A PART OF ANY SUBCONTRACTS, POCNS, OR OTHER DOCUMENTS THAT MAY BECOME A PART OF THE CONTRACT AT ANY TIME. WITHOUT IMPLYING ANYTHING REGARDING ANY OTHER PART OF THE CONTRACT, THE OBLIGATIONS OF CONTRACTOR UNDER THIS SECTION SHALL SURVIVE THE CONTRACT ARISING OUT OF THIS RFP. WITHOUT LIMITING ANY RIGHTS AFFORDED SOS ELSEWHERE IN THE CONTRACT, THE PARTIES HEREBY EXPRESSLY ACKNOWLEDGE ANY VIOLATION OF THIS SECTION BY CONTRACTOR IS A MATERIAL BREACH OF THE CONTRACT ARISING OUT OF THIS RFP.

DAMAGE TO PROPERTY: CONTRACTOR SHALL BE LIABLE FOR ALL DAMAGES CAUSED BY THE ACTIONS OR OMIMSSIONS OF CONTRACTOR, CONTRACTOR'S EMPLOYEES OR AGENTS, AND CONTRACTOR'S SUBCONTRACTOR(S) OR SUPPLIERS AND THEIR EMPLOYEES AND AGENTS, INCLUDING ANY DELIVERY OR CARTAGE COMPANY (THE "CONTRACTOR PARTIES"), IN CONNECTION WITH ANY PERFORMANCE PURSUANT TO THE CONTRACT. SOS AND THE STATE PARTIES (AS DEFINED BELOW) SHALL HAVE NO LIABILITY FOR PUNITIVE, SPECIAL OR CONSEQUENTIAL DAMAGES EVEN IF IT IS ADVISED OF THE POSSIBILITY OF SUCH DAMAGES.

INJURIES TO PERSONS: CONTRACTOR IS RESPONSIBLE FOR INJURY TO PERSONS CAUSED BY THE ACTS OR OMISSIONS OF THE CONTRACTOR PARTIES IN CONNECTION WITH ANY PERFORMANCE PURSUANT TO THIS CONTRACT IRRESPECTIVE OF THE SOLE OR CONCURRENT NEGLIGENCE OR FAULT OF ANY KIND OF THE STATE OF TEXAS AND SOS AND/OR THEIR EMPLOYEES, AGENTS, REPRESENTATIVES, CONTRACTORS, ASSIGNEES, AND/OR DESIGNEES (THE "STATE PARTIES"). SOS AND THE STATE PARTIES SHALL HAVE NO LIABILITY FOR PUNITIVE, SPECIAL OR CONSEQUENTIAL DAMAGES EVEN IF IT IS ADVISED OF THE POSSIBILITY OF SUCH DAMAGES.

DAMAGE TO SOS PROPERTY: IN THE EVENT OF LOSS, DAMAGE OR DESTRUCTION OF ANY PROPERTY OWNED BY OR LOANED BY SOS WHILE IN THE CUSTODY OR CONTROL OF THE CONTRACTOR PARTIES IRRESPECTIVE OF THE SOLE OR CONCURRENT NEGLIGENCE OR FAULT OF ANY KIND OF the state PARTIES, CONTRACTOR SHALL INDEMNIFY SOS AND PAY TO SOS THE FULL VALUE OF OR THE FULL COST OF REPAIR OR REPLACEMENT OF SUCH PROPERTY, WHICHEVER IS THE GREATER,

ATTACHMENT B-3

WITHIN 30 DAYS OF CONTRACTOR'S RECEIPT OF WRITTEN NOTICE OF SOS'S DETERMINATION OF THE AMOUNT DUE. THIS APPLIES WHETHER THE PROPERTY IS DEVELOPED OR PURCHASED BY CONTRACTOR PURSUANT TO THIS CONTRACT OR IS PROVIDED BY SOS TO CONTRACTOR FOR USE IN THE CONTRACT PROJECT. IF CONTRACTOR FAILS TO MAKE TIMELY PAYMENT, SOS MAY OBTAIN SUCH MONEY FROM CONTRACTOR BY ANY MEANS PERMITTED BY LAW, INCLUDING BUT NOT LIMITED TO, OFFSET OR COUNTERCLAIM AGAINST ANY MONEY OTHERWISE DUE TO CONTRACTOR BY SOS.

INDEMNIFICATION: CONTRACTOR AGREES TO INDEMNIFY, DEFEND AND HOLD THE STATE PARTIES HARMLESS FROM ANY CLAIMS, INCLUDING, WITHOUT LIMITATION, CLAIMS FOR INVASION OF PRIVACY, INFRINGEMENT OF THE RIGHT OF PUBLICITY, LIBEL, UNFAIR COMPETITION, FALSE ADVERTISING, INTENTIONAL OR NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS, COPYRIGHT OR TRADEMARK INFRINGEMENT, AND/OR CLAIMS FOR ATTORNEY'S FEES, RESULTING FROM THE USE OF PERSONALITY RIGHTS IRRESPECTIVE OF THE SOLE OR CONCURRENT NEGLIGENCE OR FAULT OF ANY KIND OF THE STATE PARTIES. "PERSONALITY RIGHTS" MEANS PERSONA OR PERSONALITY RIGHTS INCLUDING (WITHOUT LIMITATION) NAME, BIOGRAPHICAL INFORMATION, PICTURE, PORTRAIT, LIKENESS, PERFORMANCE, VOICE AND/OR IDENTITY. THE DEFENSE SHALL BE COORDINATED BY CONTRACTOR WITH THE OFFICE OF THE ATTORNEY GENERAL WHEN TEXAS STATE AGENCIES ARE NAMED DEFENDANTS IN ANY LAWSUIT AND CONTRACTOR MAY NOT AGREE TO ANY SETTLEMENT WITHOUT FIRST OBTAINING THE CONCURRENCE FROM THE OFFICE OF THE ATTORNEY GENERAL. CONTRACTOR AND SOS AGREE TO FURNISH TIMELY WRITTEN NOTICE TO EACH OTHER OF ANY SUCH CLAIM.

CONTRACTOR SHALL INDEMNIFY, DEFEND AND HOLD HARMLESS THE STATE PARTIES FROM ANY AND ALL LIABILITY, ACTIONS, CLAIMS DEMANDS OR SUITS AND ALL RELATED COSTS, ATTORNEY FEES, AND EXPENSES ARISING OUT OF OR RESULTING FROM ANY ACTS OR OMISSIONS OF THE CONTRACTOR PARTIES RELATING TO THE CONTRACT IRRESPECTIVE OF THE SOLE OR CONCURRENT NEGLIGENCE OR FAULT OF ANY KIND OF THE STATE PARTIES. THE DEFENSE SHALL BE COORDINATED BY CONTRACTOR WITH THE OFFICE OF THE ATTORNEY GENERAL WHEN TEXAS STATE AGENCIES ARE NAMED DEFENDANTS IN ANY LAWSUIT AND CONTRACTOR MAY NOT AGREE TO ANY SETTLEMENT WITHOUT FIRST OBTAINING THE CONCURRENCE FROM THE OFFICE OF THE ATTORNEY GENERAL. CONTACTOR AND SOS AGREE TO FURNISH TIMELY WRITTEN NOTICE TO EACH OTHER OF ANY SUCH CLAIM.

CONTRACTOR SHALL INDEMNIFY, DEFEND AND HOLD HARMLESS THE STATE PARTIES FROM ANY AND ALL LIABILITY, ACTIONS, CLAIMS, DEMANDS OR SUITS AND ALL RELATED COSTS, ATTORNEY'S FEES, AND EXPENSES FOR CLAIMS INVOLVING INFRINGEMENT OF UNITED STATES PATENTS, COPYRIGHTS, TRADE AND SERVICE MARKS, AND ANY OTHER INTELLECTUAL OR INTANGIBLE PROPERTY RIGHTS IN CONNECTION WITH THE ACTIONS OR OMISSIONS OF THE CONTRACTOR PARTIES RELATING TO THE CONTRACT IRRESPECTIVE OF THE SOLE OR CONCURRENT NEGLIGENCE OR FAULT OF ANY KIND OF THE STATE PARTIES. CONTRACTOR AND SOS AGREE TO FURNISH TIMELY WRITTEN NOTICE TO EACH OTHER OF ANY SUCH CLAIM. THE DEFENSE SHALL BE COORDINATED BY CONTRACTOR WITH THE OFFICE OF THE ATTORNEY GENERAL WHEN TEXAS STATE AGENCIES ARE NAMED DEFENDANTS IN ANY LAWSUIT AND CONTRACTOR MAY NOT AGREE TO ANY SETTLEMENT WITHOUT FIRST OBTAINING THE CONCURRENCE FROM THE OFFICE OF THE ATTORNEY GENERAL.

IF CONTRACTOR BECOMES AWARE OF AN ACTUAL OR POTENTIAL CLAIM, OR SOS PROVIDES CONTRACTOR WITH NOTICE OF AN ACTUAL OR POTENTIAL CLAIM, CONTRACTOR MAY (OR IN THE CASE OF AN INJUNCTION AGAINST SOS, SHALL), AT CONTRACTOR'S SOLE OPTION AND EXPENSE; (I) PROCURE FOR SOS THE RIGHT TO CONTINUE TO USE THE AFFECTED PORTION OF THE PRODUCT OR SERVICE, OR (II) MODIFY OR REPLACE THE AFFECTED PORTION OF THE PRODUCT OR SERVICE WITH FUNCTIONALLY EQUIVALENT OR SUPERIOR PRODUCT OR SERVICE SO THAT SOS'S USE IS NON-INFRINGING.

CONTRACTOR AGREES AND ACKNOWLEDGES THAT DURING THE EXISTENCE OF THIS CONTRACT, THE CONTRACTOR PARTIES SHALL BE ENTIRELY RESPONSIBLE FOR THE LIABILITY AND PAYMENT OF THEIR EMPLOYEES' TAXES OF WHATEVER KIND, RELATING TO THE CONTRACT. CONTRACTOR AGREES THAT THE CONTRACTOR PARTIES WILL COMPLY WITH ALL STATE AND FEDERAL LAWS APPLICABLE TO ANY SUCH PERSONS, INCLUDING LAWS REGARDING WAGES, TAXES, INSURANCE, AND WORKERS' COMPENSATION. THE STATE PARTIES SHALL NOT BE LIABLE TO CONTRACTOR PARTIES FOR THE PAYMENT OF TAXES OR THE PROVISION OF UNEMPLOYMENT INSURANCE AND/OR WORKERS' COMPENSATION OR ANY BENEFIT AVAILABLE TO A STATE EMPLOYEE OR EMPLOYEE OF ANOTHER GOVERNMENTAL ENTITY CUSTOMER.

CONTRACTOR AGREES TO INDEMNIFY, DEFEND AND HOLD HARMLESS THE STATE PARTIES FROM ANY AND ALL LIABILITY, ACTIONS, CLAIMS, DEMANDS, OR SUITS, AND ALL RELATED COSTS, ATTORNEYS' FEES, AND EXPENSES, RELATING TO TAX LIABILITY, UNEMPLOYMENT INSURANCE

ATTACHMENT B-4

AND/OR WORKERS' COMPENSATION RELATING TO THE PERFORMANCE OF THE CONTRACTOR PARTIES UNDER THE CONTRACT IRRESPECTIVE OF THE SOLE OR CONCURRENT NEGLIGENCE OR FAULT OF ANY KIND OF THE STATE PARTIES.   THE DEFENSE SHALL BE COORDINATED BY CONTRACTOR WITH THE OFFICE OF THE ATTORNEY GENERAL WHEN TEXAS STATE AGENCIES ARE NAMED DEFENDANTS IN ANY LAWSUIT AND CONTRACTOR MAY NOT AGREE TO ANY SETTLEMENT WITHOUT FIRST OBTAINING THE CONCURRENCE FROM THE OFFICE OF THE ATTORNEY GENERAL. CONTRACTOR AND SOS AGREE TO FURNISH TIMELY WRITTEN NOTICE TO EACH OTHER OF ANY SUCH CLAIM.

WHETHER SPECIFICALLY INCLUDED IN THE INDIVIDUAL PARAGRAPHS OF THIS SECTION OR NOT, THE INDEMNITY OBLIGATIONS SET FORTH IN THIS SECTION C ARE IRRESPECTIVE OF THE SOLE OR CONCURRENT NEGLIGENCE OR FAULT OF ANY KIND OF THE STATE PARTIES.

D.  **Assignment and Subcontracting**: Contractor shall not assign, delegate, or subcontract any of its rights or responsibilities under the Contract or any Amendment without prior formal written amendment to the Contract or any Amendment properly executed by both SOS and Contractor.

E.  **Encumbrances/Obligations**: All encumbrances, accounts payable, and expenditures shall occur or accrue on or between the beginning and ending dates of the Contract and any Amendment. All goods or products must have been received and all services or work rendered during the Contract and any Amendment period in order for Contractor to recover funds due. In no manner shall encumbrances be considered or reflected as accounts payable or as expenditures.

F.  **Contractor's Proposal**: Terms in Contractor's proposal that was furnished to SOS in response to the RFP may be incorporated in this Contract by reference, subject to SOS' sole written approval. At the sole discretion of SOS, the provisions of the Contract and any Amendment shall prevail, however, in all cases of conflict with the terms of any portion of Contractor's proposal incorporated into the Contract no matter what form such incorporation takes (i.e., whether such proposal is a written part of the Contract, or any Amendment, or is attached as a separate document).

G.  **Requirements, Terms, Conditions, and Assurances**: The terms, conditions, and assurances, which are stated in the RFP, in response to which Contractor submitted a proposal, are incorporated herein by reference for all purposes, although this Attachment B shall prevail in the event of conflict with the preceding portion (main portion) of the RFP to which it is attached.

H.  **Records Retention**: Contractor shall maintain its records and accounts in a manner which shall assure a full accounting for all funds received and expended by Contractor in connection with the Contract Project. These records and accounts shall be retained by Contractor and made available for programmatic or financial audit by SOS and by others authorized by law or regulation to make such an audit for a period of not less than five years from the date of completion of the Contract Project or the date of the receipt by SOS of Contractor's final claim for payment or final expenditure report in connection with this Contract, whichever is later. If an audit has been announced, the records shall be retained until such audit has been completed.

Contractor understands that acceptance of funds under this contract acts as acceptance of the authority of the State Auditor's office, or any successor agency, or any other federal agency, including the Elections Assistance Commission, to conduct an audit or investigation in connection with those state and/or federal funds. Contractor further agrees to cooperate fully with the State Auditor's Office or its successor, or any other federal agency, including the Elections Assistance Commission, in the conduct of the audit or investigation, including providing all records requested. Contractor will ensure that this clause concerning the authority to audit funds received indirectly by subcontractors through Contractor and the requirements to cooperate is included in any subcontract it awards.

I.  **Intellectual Property Ownership**: Contractor warrants that (i) it has the authority to grant the rights herein granted, (ii) it has not assigned or transferred any right, title, or interest to the Work Product or Intellectual Property Rights that would conflict with its obligations under the Contract or any Amendment, and Contractor will not enter into any such agreements, and (iii) the Work Product will be original and will not infringe any Intellectual Property Rights of any other person or entity. These warranties will survive the termination of the Contract or any Amendment. Contractor warrants and represents to the SOS that individuals or characters appearing or depicted in any Work Product have provided their written consent for the use of their Personality Rights and have been compensated for such Personality Rights, if appropriate. If such permission has been obtained for a limited time, Contractor will be responsible for any costs associated with claims resulting from the use of the Personality Rights after the expiration of those time limits.

J.  **Ownership:** As between Contractor and SOS, the Work Product and Intellectual Property Rights therein are and shall be owned exclusively by SOS, and not Contractor. Contractor specifically agrees that the Work Product shall be considered "works made for hire" and that the Work Product shall, upon creation, be owned exclusively by SOS. To the extent that the Work Product, under applicable law, may not be considered works made for hire,

ATTACHMENT B-5