Contractor hereby agrees that the Contract effectively transfers, grants, conveys, assigns, and relinquishes exclusively to SOS all right, title and interest in and to all ownership rights in the Work Product, and all Intellectual Property Rights in the Work Product, without the necessity of any further consideration, and SOS shall be entitled to obtain and hold in its own name all Intellectual Property Rights in and to the Work Product.  Contractor acknowledges that Contractor and SOS do not intend Contractor to be a joint author of the Work Product within the meaning of the Copyright Act of 1976.   SOS shall have access, during normal business hours and upon reasonable prior notice to Contractor, to all Contractor materials, premises and computer files containing the Work Product.  Contractor and SOS, as appropriate, will cooperate with one another and execute such other documents as may be reasonably appropriate to achieve the objectives herein. No license or other right is granted hereunder to any Intellectual Property Rights held by a third party, except as may be incorporated in the Work Product by Contractor.

K.   **Further Actions:** Contractor, upon request and without further consideration, shall perform any acts that may be deemed reasonably necessary or desirable by SOS to evidence more fully the transfer of ownership and/or registration of all Intellectual Property Rights in all Work Product to SOS to the fullest extent possible, including but not limited to the execution, acknowledgement and delivery of such further documents in a form determined by SOS.  In the event SOS shall be unable to obtain Contractor's signature due to the dissolution of Contractor or Contractor's unreasonable failure to respond to SOS's repeated requests for such signature on any document reasonably necessary for any purpose set forth in the Contract, Contractor hereby irrevocably designates and appoints SOS and its duly authorized officers and agents as Contractor's agent and Contractor's attorney-in-fact to act for and in Contractor's behalf and stead to execute and file any such document and to do all other lawfully permitted acts to further any such purpose with the same force and effect as if executed and delivered by Contractor, provided however that no such grant of right to SOS is applicable if Contractor fails to execute any document due to a good faith dispute by Contractor with respect to such document. It is understood that such power is coupled with an interest and is therefore irrevocable.  SOS shall have the full and sole power to prosecute such applications and to take all other action concerning the Work Product, and Contractor shall cooperate, at SOS's sole expense, in the preparation and prosecution of all such applications and in any legal actions and proceedings concerning the Work Product.

L.   **Waiver of Moral Rights:** Contractor hereby irrevocably and forever waives, and agrees never to assert, any Moral Rights in or to the Work Product which Contractor may now have or which may accrue to Contractor's benefit under U.S. or foreign copyright or other laws and any and all other residual rights and benefits which arise under any other applicable law now in force or hereafter enacted.  Contractor acknowledges the receipt of equitable compensation for its assignment and waiver of such Moral Rights. The term "Moral Rights" shall mean any and all rights of paternity or integrity of the Work Product and the right to object to any modification, translation or use of the Work Product, and any similar rights existing under the judicial or statutory law of any country in the world or under any treaty, regardless of whether or not such right is denominated or referred to as a moral right.

M.   **Confidentiality:** All documents, information and materials forwarded to Contractor by SOS for use in and preparation of the Work Product, shall be deemed the confidential information of SOS, and subject to the license granted by SOS to Contractor under sub-paragraph P hereunder, Contractor shall not use, disclose, or permit any person to use or obtain the Work Product, or any portion thereof, in any manner without the prior written approval of SOS.

N.   **Injunctive Relief:** The Contract arising out of the RFP is intended to protect SOS's proprietary rights pertaining to the Work Product, and the Intellectual Property Rights therein, and any misuse of such rights would cause substantial and irreparable harm to SOS's business.  Therefore, Contractor acknowledges and stipulates that a court of competent jurisdiction may immediately enjoin any material breach of the intellectual property, use, and confidentiality provisions of this Contract, upon a request by SOS, without requiring proof of irreparable injury as same should be presumed.

O.   **Return of Materials Pertaining to Work Product:**   Upon the request of SOS, but in any event upon termination or expiration of this Contract or any statement of work, Contractor shall surrender to SOS all documents and things pertaining to the Work Product, including but not limited to drafts, memoranda, notes, records, drawings, manuals, computer software, reports, data, and all other documents or materials (and copies of same) generated or developed by Contractor or furnished by SOS to Contractor, including all materials embodying the Work Product, any SOS confidential information, or Intellectual Property Rights in such Work Product, regardless of whether complete or incomplete.  This section is intended to apply to all Work Product as well as to all documents and things furnished to Contractor by SOS or by anyone else that pertains to the Work Product.

P.   **Contractor License to Use:** SOS hereby grants to Contractor a non-transferable, non-exclusive, royalty-free, fully paid-up license to use any Work Product solely as necessary to provide the products, services or deliverables under the Contract arising out of the RFP to SOS. Except as provided in this Section, neither Contractor nor any of its subcontractors shall have the right to use the Work Product in connection with the provision of services to their other customers without the prior written consent of SOS, which consent may be withheld in SOS's sole discretion.

ATTACHMENT B-6

TX_00298790

Q. **Third-Party Underlying and Derivative Works:** To the extent that any of Contractor's Intellectual Property Rights or the Intellectual Property Rights of a third party are embodied or reflected in the Work Product, or are necessary for Contractor to fulfill its obligations under the Contract, Contractor hereby grants to the SOS, or shall obtain from the applicable third party for SOS's benefit, the irrevocable, perpetual, non-exclusive, worldwide, royalty-free right and license, for SOS's internal business purposes only, to (i) use, execute, reproduce, display, perform, distribute copies of, and prepare derivative works based upon such Intellectual Property Rights and any derivative works thereof embodied in or delivered to SOS in conjunction with the Work Product, and (ii) authorize others to do any or all of the foregoing. Contractor agrees to notify SOS on delivery of the Work Product or any products, services or deliverables under the Contract if such materials include Intellectual Property Rights of a third party. On request, Contractor shall provide SOS with documentation indicating a third party's written approval for Contractor to use any Intellectual Property Rights of a third party that may be embodied or reflected in the Work Product.

R. **Agreement with Subcontracts:** Contractor agrees that it shall have written agreement(s) that are consistent with the provisions hereof related to Work Product and Intellectual Property Rights with any employees, agents, consultants, contractors or subcontractors providing products, services or deliverables or Work Product pursuant to the Contract, prior to their providing such products, services or deliverables, or Work Product, and that it shall maintain such written agreements at all times during performance of this Contract, which are sufficient to support all performance and grants of rights by Contractor. Copies of such agreements shall be provided to the SOS promptly upon request.

S. **License to Customer:** Contractor grants to SOS, a perpetual, irrevocable, royalty free license, solely for the SOS's internal business purposes, to use, copy, modify, display, perform (by any means), transmit and prepare derivative works of any Intellectual Property Rights of Contractor embodied in or delivered to SOS in conjunction with the Work Product. The foregoing license includes the right to sublicense third parties, solely for the purpose of engaging such third parties to assist or carryout SOS's internal business use of the Work Product. Except for the preceding license, all rights in Intellectual Property Rights of Contractor remain in Contractor.

T. **Contractor Development Rights:** To the extent not inconsistent with SOS's rights in the Work Product or as set forth herein, nothing in this Contract shall preclude Contractor from developing for itself, or for others, materials which are competitive with those produced as a result of the products, services or deliverables provided hereunder, provided that no Work Product is utilized, and no Intellectual Property Rights of SOS therein are infringed by such competitive materials. To the extent that Contractor wishes to use the Work Product, or acquire licensed rights in certain Intellectual Property Rights of SOS therein in order to offer competitive goods or services to third parties, Contractor and SOS agree to negotiate in good faith regarding an appropriate license and royalty agreement to allow for such; but SOS shall not be required to consummate such an agreement.

U. **Sanctions for Failure to Perform or for Noncompliance:** If Contractor, in SOS's sole determination, fails or refuses for any reason to comply with or perform any of its obligations under the Contract or any Amendment, SOS may impose such sanctions as it may deem appropriate. This includes but is not limited to the withholding of payments to Contractor until Contractor complies; the cancellation, termination, or suspension of the Contract or any Amendment in whole or in part; and the seeking of other remedies as may be provided by the Contract or any Amendment or by law. Any cancellation, termination, or suspension of the Contract or any Amendment, if imposed, shall become effective at the close of business on the day of Contractor's receipt of written notice thereof from SOS.

V. **Contract Cancellation, etc.:** If the Contract or any Amendment is cancelled, terminated, or suspended by SOS prior to its expiration date, the reasonable monetary value of services properly performed by Contractor pursuant to the Contract or any Amendment prior to such cancellation, termination or suspension shall be determined by SOS and paid to Contractor as soon as reasonably possible.

Termination: This contract shall terminate upon full performance of all requirements contained in the Contract, unless otherwise extended as provided in accordance with the Contract's terms and conditions provided, however, SOS reserves the right to terminate the contract at any time for convenience, in whole or in part, by providing thirty (30) calendar days advance written notice (delivered by an overnight delivery service or certified mail, electronic return receipt) of intent to terminate. In the event of such a termination, the Contractor shall, unless otherwise mutually agreed upon in writing, cease all work immediately upon effective date of termination. SOS shall be liable for payments limited only to the portion of work authorized by SOS in writing and completed prior to the effective date of cancelation and for no other amounts to Contractor or any other party; provided, however, that SOS shall not be liable for any work performed that is not acceptable to SOS and/or does not meet Contract or Amendment requirements. All Work Product or products, services or deliverables produced by the Contractor and paid for by SOS shall become the property of SOS and shall be tendered upon request.

W. **Refunds Due to SOS:** If SOS determines that SOS is due a refund of money paid to Contractor pursuant to this Contract or any Amendment, Contractor shall pay the money due to SOS within 30 days of Contractor's receipt of written notice that such money is due to SOS. If Contractor fails to make timely payment, SOS may obtain such money from Contractor by any means permitted by law, including but not limited to offset, counterclaim,

ATTACHMENT B-7

cancellation, termination, suspension, total withholding, and/or disapproval of all or any subsequent applications for said funds.

X. **Capital Outlay**: If Contractor makes capital outlay purchases (furniture and/or equipment) to accomplish the Contract Project, title will remain with Contractor for the period of the Contract. SOS reserves the right to obtain title to capital outlay items for Contract/Amendment noncompliance during the Contract/Amendment period or as needed after the ending date of the Contract or any Amendment at SOS's sole discretion. This provision applies to any and all furniture and/or equipment regardless of unit price and how the item is classified in Contractor's accounting record.

Y. **State of Texas Laws**: In the conduct of the Contract Project, Contractor shall be subject to SOS rules pertaining to the Contract or any Amendment and the Contract Project, and to the laws of the State of Texas governing the Contract or any Amendment and the Contract Project. The Contract and any Amendment constitutes the entire agreement between SOS and Contractor for the accomplishment of the Contract Project. This Contract and any Amendment shall be interpreted according to the laws of the State of Texas except as may be otherwise provided for in the Contract or any Amendment.

Z. **Federal Regulations Applicable to All Federally Funded Contracts**: Contractor should consult the Federal Office of Management and Budget for information regarding federal regulations applicable to all federally funded contracts. Additionally some relevant information may be located at: http://www.whitehouse.gov/omb/ and Code of Federal Regulations at http://www.gpoaccess.gov/cfr/index.html. Contractor shall comply with all regulations applicable to federally funded contracts and it is Contractor's sole responsibility to ensure it is aware of all such regulations which include (but are not limited to):

1. For Nonprofit Organizations: 28 CFR 35 Subparts A-E, 28 CFR 36 Subparts C & D, Appendix A, 29 CFR 1630, 34 CFR 74, 77, 79, 81, 82, 85, 99, 104, 47 CFR 0 and 64, OMB Circulars A-122 (Cost Principles) and A-133 (Audits), and OMB Circular A-110 (Uniform Administrative Requirements);

2. For State Agencies: 28 CFR 35 Subparts A-E, 28 CFR 36 Subparts C & D, Appendix A, 29 CFR 1630, 34 CFR 76, 80, 81, 82, 85, 99, 104, 47 CFR 0 and 64, OMB Circulars (Cost Principles) and A-133 (Audits), and OMB Circular A-110 (Uniform Administrative Requirements); and

3. For Commercial (for-profit) Organizations: 29 CFR 1630 and 48 CFR Part 31.

4. Contractor hereby acknowledges compliance with the following federal statutes:

   ▫ Copeland "Anti-Kickback" Act (18 U.S.C. 874), as supplemented in Department of Labor regulations (29 CFR Part 3;

   ▫ Section 306 of the Clean Air Act (42 U.S.C. 1857(h);

   ▫ Section 508 of the Clean Water Act (33 U.S.C. 1368), Executive Order 11738; and Environmental Protection Agency regulations (40 CFR Part 15); and

   ▫ Energy Policy and Conservation Act (Pub. L. 94-163).

5. Americans With Disabilities Act, P.L. 101-336, 42 U.S.C. sec. 12101, and the regulations effectuating its provisions contained in 28 CFR Parts 35 and 36, 29 CFR Part 1630, and 47 CFR Parts 0 and 64;

6. Title VI of the Civil Rights Act of 1964, as amended (prohibition of discrimination by race, color, or national origin), and the regulations effectuating its provisions contained in 34 CFR Part 100;

7. Section 504 of the Rehabilitation Act of 1973, as amended (nondiscrimination on the basis of handicapping condition), and the regulations effectuating its provisions contained in 34 CFR Parts 104 and 105.

8. The Age Discrimination Act of 1975, as amended (prohibition of discrimination on basis of age), and the implementing regulations contained in 34 CFR, Part 110;

9. Family Educational Rights and Privacy Act of 1975, as amended, and the implementing regulations contained in 34 CFR, Part 99, if Contractor is an educational institution;

10. Section 509 of H.R. 5233 as incorporated by reference in P.L. 99-500 and P.L. 99-591 (prohibition against the use of federal grant funds to influence legislation pending before Congress);

FEDERAL FUNDING: The purchase order will be supported in part with federal funds, therefore, the following federal laws and standards (among others) may apply:

11. Title 42 U.S.C. §§ 2000d-2000d-7, with the exception of sections 2000d-5 and 2000d-6, also known as – Title VI of the Civil Rights Act of 1964.

12. Title 49 C.F.R. Subtitle A -Office of the Secretary of Transportation.

13. OMB Circular A-87 -Office of Management and Budget Circular relating to Cost Principles for State, Local and Indian Tribal governments.

14. OMB Circular A-1 02 -Office of Management and Budget Circular relating to Grants and Cooperative Agreements with State and Local Governments.

15. OMB Circular A-133 - Office of Management and Budget Circular relating to Audits of States, Local Governments and Non-Profit Organizations.

ATTACHMENT B-8

AA. Payment for service(s) described in this Contract or any Amendment is contingent upon satisfactory completion of the service(s). Satisfaction will be determined by SOS's Project Manager, in his/her sole discretion but in accordance with reasonable standards and upon advice of his superiors at SOS, if necessary. The Project Managers of this Contract or any Amendment for SOS and Contractor shall be the following persons or their successors in office:

| **SOS** Project Manager | **CONTRACTOR** Project Manager |
|---|---|
| Rich Parsons | Name: |
| Director of Communications | Title: |
| Office of Secretary of State | Company: |
| State Capitol, Suite 1E.8 | Address: |
| 1100 Congress | |
| Austin, Texas 78701 | City, State, Zip: |
| rparsons@sos.state.tx.us | Email: |
| 512-463-9981 (phone) | Phone: |
| 512-475-2761 (fax) | Fax: |

BB. All notices, reports and correspondence required by the Contract or any Amendment shall be in writing and delivered by hand, by an overnight delivery service or by e-mail or facsimile to the following representatives of SOS and Contractor or their successors in office:

| **SOS** | **CONTRACTOR** |
|---|---|
| Mary Jon Urban | Name: |
| Operating Support Manager | Title: |
| Office of Secretary of State | Company: |
| 1019 Brazos, Suite 405 | Address: |
| PO Box 12887 | |
| Austin, Texas 78711 | City, State, Zip: |
| mjurban@sos.state.tx.us | Email: |
| 512-463-5608 (phone) | Phone: |
| 512-475-2819 (fax) | Fax: |
| *With copy to:* | |
| Rich Parsons | |
| Director of Communications | |
| Office of Secretary of State | |
| State Capitol, Suite 1E.8 | |
| 1100 Congress | |
| Austin, Texas 78701 | |
| rparsons@sos.state.tx.us | |
| 512-463-9981 (phone) | |
| 512-475-2761 (fax) | |

CC. **Time and Effort Recordkeeping**: For those personnel whose salaries are prorated between or among different funding sources, time and effort records will be maintained by Contractor that will confirm the services provided within each funding source. Contractor must adjust payroll records and expenditures based on this documentation. This requirement applies to all projects, regardless of funding source, unless otherwise specified. For federally funded projects, time and effort records must be in accordance with the requirements in the applicable OMB cost principles.

DD. **Forms, Assurances, and Reports**: Contractor shall timely make and file with the proper authorities all forms, assurances and reports required by federal laws and regulations. SOS shall be responsible for reporting to the proper authorities any failure by Contractor to comply with the foregoing laws and regulations that come to SOS's actual attention, and may deny payment or recover payments made by SOS to Contractor in the event of Contractor's failure so to comply.

EE. **Signature Authority; Final Expression; Superseding Document**: Contractor certifies that the person signing the Contract or any Amendment has been properly delegated this authority. The Contract or any Amendment (which all must be mutually asserted to by the parties in writing) represents the final and complete expression of the terms of agreement between the parties. The Contract or any Amendment supersedes any previous understandings or negotiations between the parties. Any representations, oral statements, promises or warranties that differ from the Contract or any Amendment shall have no force or effect. The Contract or any Amendment may be modified, amended or extended only by formal written amendment or purchase order change notice properly executed by both SOS and Contractor.

FF.  **Unfair Business Practices**: By signing this Contract or any Amendment, Contractor, if other than a state agency, certifies that Contractor, within the preceding 12 months, has not been found guilty, in a judicial or state agency administrative proceeding, of unfair business practices. Contractor, if other than a state agency, also certifies that none of its officers, principals or managers has, within the preceding 12 months, served as an officer, principal or manager in another company which has been found, in a judicial or state agency administrative proceeding, to be guilty of unfair business practices. Contractor, whether a state agency or not a state agency, certifies that no funds provided under this Contract or any Amendment shall be used to purchase supplies, equipment, or services from any businesses found to be guilty of unfair business practices within 12 months from the determination of guilt.

GG. **Family Code Applicability**:  By signing this Contract or any Amendment, Contractor, if other than a state agency, certifies that under Section 231.006, Family Code, that Contractor is not ineligible to receive payment under this Contract or any Amendment and acknowledges that this Contract or any Amendment may be terminated and payment may be withheld if this certification is inaccurate.  SOS reserves the right to terminate this Contract or any Amendment if Contractor is found to be ineligible to receive payment.  If Contractor is found to be ineligible to receive payment and the Contract or any Amendment is terminated, Contractor is liable to SOS for attorney's fees, the costs necessary to complete the Contract or any Amendment, including the cost of advertising and awarding a second contract, and any other damages or relief provided by law or equity.

HH. **Dispute Resolution:** The dispute resolution process provided for in Chapter 2260 of the Texas Government Code must be used by SOS and Contractor to attempt to resolve all disputes arising under this Contract.

II.   **Interpretation**: In the case of conflicts arising in the interpretation of wording and/or meaning of various sections, parts, Appendices, General Provisions, Special Provisions, Exhibits, and Attachments or other documents, the RFP including this attachment B and its General Provisions, Appendices and Special Provisions shall take precedence over all other documents which are a part of this contract or any Amendment.  The terms of this Attachment B shall prevail over the initial (main) part of the RFP to which Attachment B is attached.

JJ.  **Excluded Parties List:** Contractor certifies that its principals are eligible to participate in this transaction and have not been subjected to suspension, debarment, or similar ineligibility determined by any federal, state or local governmental entity and that it is in compliance with the State of Texas statutes and rules relating to procurement and that the Contractor is not listed on the federal government's terrorism watch list as described in Executive Order 13224. Entities ineligible for federal procurement are listed on the Federal General Services Administration's Excluded Parties List System (EPLS) at http://www.epls.gov.

KK. **Force Majeure:** SOS shall not be liable to the contractor for any delay in, or failure of performance, of any requirement included in the Contract resulting from this RFP, or any Amendment thereto, or any portion of either such as the Purchase Order or any Purchase Order Change Notice caused by force majeure. The existence of such causes of delay or failure shall extend SOS's period of performance until after the causes of delay or failure have been removed provided the SOS exercises all reasonable due diligence to perform. Force majeure is defined as acts of God, war, fires, explosions, hurricanes, floods, failure of transportation, or other causes that are beyond the reasonable control of SOS and that by exercise of due foresight SOS could not reasonably have been expected to avoid, and which, by the exercise of all reasonable due diligence, SOS is unable to overcome. SOS must inform Contractor in writing, with proof of receipt, within thirty (30) business days of the existence of such force majeure, or otherwise waive this right as a defense.

SOS may grant relief to Contractor from Contractor's performance of the Contract if the Contractor is prevented from compliance and performance by *force majeure* (as defined above).  The burden of proof for the need for such relief shall rest upon the contractor.

To obtain release based upon force majeure, the Contractor must file a written request with SOS.

In the event the Contractor claims relief due to force majeure under this contract, the Contractor shall be required to use its best efforts to overcome obstacles to performance and the Contractor shall resume performance immediately after the obstacles have been removed.  No extension of the time shall be granted to the extent that any delay or failure to perform was caused by the negligence or other fault of the Contractor.

LL.  **Independent Contractor:** Contractor or Contractor's employees, representatives, agents and any subcontractors shall serve as an independent contractor in providing the products, services or deliverables under the Contract including (without limitation) any Purchase Order or Purchase Order Change Notice resulting from this RFP. Contractor or Contractor's employees, representatives, agents and any subcontractors shall not be employees of SOS or the State of Texas or any of its agencies departments, boards, commissions       or other affiliated entities. Should Contractor subcontract any of the products, services or deliverables required in this RFP, Contractor expressly understands and acknowledges that in entering into such subcontract(s), SOS is in no manner liable to any subcontractor(s) of Contractor. In no

ATTACHMENT B-10

event shall this provision relieve Contractor of the responsibility for ensuring that the products, services or deliverables rendered under all subcontracts are rendered in compliance with the Contract arising out of this RFP.

MM. **No Waiver:** Nothing in this Contract or any Amendment shall be construed as a waiver of the state's sovereign immunity. The Contract or any Amendment shall not constitute or be construed as a waiver of any of the privileges, rights, defenses, remedies, or immunities available to SOS or the State of Texas. The failure to enforce, or any delay in the enforcement, of any privileges, rights, defenses, remedies, or immunities available to the SOS or State of Texas under this Contract or any Amendment or under applicable law shall not constitute a waiver of such privileges, rights, defenses, remedies, or immunities or be considered as a basis for estoppels. SOS does not waive any privileges, rights, defenses, or immunities available to SOS by entering into this Contract or any Amendment or by its conduct prior to or subsequent to entering into this Contract or any Amendment.

NN. **Equal Opportunity:** Contractor represents and warrants that it shall not discriminate against any person on the basis of race, color, national origin, creed, religion, political belief, sex, sexual orientation, age, and disability in the performance of this Contract or any Amendment.

OO. **Felony Criminal Convictions:** Contractor represents and warrants that Contractor has not and Contractor's officers, principals, managers or employees have not been convicted of a felony criminal offense, or that, if such a conviction has occurred, Contractor has fully advised the SOS as to the facts and circumstances surrounding the conviction.

PP. **Vendor/Contractor Performance:** In accordance with Texas Gov't. Code, §2155.074 Contractor performance and delivery will be measured and reported on the Comptroller of Public Accounts' Vendor Performance System.

A Respondent's past performance will be measured based upon pass/fail criteria, in compliance with applicable provisions of Texas Gov't Code §2155.074, 2155.075, 2156.007, 2157.003, and 2157.125. Respondents may fail this selection criterion for any o f the following conditions:
   o   A score of less than 90% in the Vendor Performance System,
   o   Currently under a Corrective Action Plan through the CPA,
   o   Having repeated negative Vendor Performance Reports for the same reason,
   o   Having purchase orders that have been cancelled in the previous 12 months for non-performance (i.e. late delivery, etc.).

Contractor performance information is located on the CPA web site at:
   http://www.window.state.tx.us/procurement/prog/vendor/performance/

SOS may conduct reference checks with other entities regarding past performance. I addition to evaluating performance through the Vendor Performance Tracking System SOS may examine other sources of vendor performance including, but not limited to, notices of termination, cure notices, assessments of liquidated damages, litigation, audit reports, and non-renewals of contracts. Any such investigations shall be at the sole discretion of SOS, and any negative findings, as determined by SOS, my result in non-award to the Proposer.

QQ. **Federal Contract Involvement:** Under Section 2155.006, Government Code, the Contractor certifies that the individual or business entity names in this bid or Contract is not ineligible to receive the specified contract and acknowledges that the Contract may be terminated and payment withheld if this certification is inaccurate.

RR. **Severability Clause:** In the event that any provision of this Contract is later determined to be invalid, void, or unenforceable, then the remaining terms, provisions, covenants, and conditions of this Contract shall remain in full force and effect, and shall in no way be affected, impaired, or invalidated.

SS. **Liability for Taxes:** Contractor represents and warrants that it shall pay all taxes or similar amounts resulting from this Contract or any Amendment, including, but not limited to, any federal, State, or local income, sales or excise taxes of Contractor or its employees. SOS shall not be liable for any taxes resulting from this Contract or any Amendment.

TT. **Applicable Law; Venue:** This Contract or any Amendment shall be governed by and construed in accordance with the laws of the State of Texas. The venue of any suit arising under this Contract or any Amendment, or resolving any dispute relating to the same is fixed in any court of competent jurisdiction of Travis County, Texas.

UU. **Continued Appropriations:** Any contract resulting from this RFP is subject to termination or cancellation, without penalty to SOS, either in whole or in part, subject to the availability of state funds.  SOS is a state agency whose authority and appropriations are subject to actions of the Texas Legislature. If SOS becomes subject to legislative change, revocation of statutory authority, or lack of appropriated funds which would render SOS's or Contractor's delivery or performance under a contract impossible or unnecessary, the contract will be terminated or cancelled and be deemed null and void. In the event of termination or

cancellation under this Section, SOS will not be liable to bidder for any damages, which are caused or associated with such termination or cancellation.

VV. **No Debt Against the State:** The award of the Contract arising out of this RFP does not guarantee that any level of services or funding will be authorized during the term of the Contract. The Contract shall not be construed as creating any debt by or on behalf of the State of Texas, and all obligations of the State of Texas regarding the Contract are subject to the continued availability of funds.

WW. **Purchase of Services:** SOS cannot and does not guarantee the purchase of any services during the period of performance of the Contract arising out of this RFP (including any optional contract renewal or extension periods). All quantities of services, products and deliverables shall be purchased upon SOS's request, in "as needed" quantities, on an "as needed" basis, as determined by SOS.

XX. **Purchase Order:** SOS shall issue written notice (e.g., purchase order, contract renewal or extension notice, etc.) authorizing the purchase of services specified in the Contract performance requirements. No authorization for the purchase of any services is provided until Contractor receives such written notice from SOS.

YY. **Bidder Assignments:** Contractor hereby assigns to SOS any and all claims for overcharges associated with this contract arising under state and federal laws, including without limitation, the antitrust laws of the United States 15 U.S.C.A. Section 1, et seq. (1973), and the antitrust laws of the State of Texas, TX Business & Commerce Code, Section 15.01, et seq. (1967).

AAA. **Delivery:** All deliveries shall be made in accordance with the Contract requirements. If Contractor foresees problems, delays or adverse conditions which may prevent the Contractor from meeting delivery requirements, the Contractor shall give written notice to SOS explaining the reason(s) for the delay and providing and alternate delivery for SOS approval. SOS has the right to extend delivery date(s) if reasons appear valid to SOS, in its sole discretion. Contractor shall keep SOS advised at all times of delivery status. Default in promised delivery (without accepted reasons) authorizes SOS to purchase service elsewhere and charge full increase, if any, in costs and handling to defaulting Contractor. No substitution or cancellation shall be permitted without prior written approval of SOS. Default in delivery may result in termination of the contract, for reason of default.

BBB. **Acceptance of Work Performed & Default:** All work performed by the Contractor shall be accepted in writing by SOS (or designee) before payment will be approved. Acceptance shall be based upon Contractor's compliance with all Contract requirements. SOS will not pay for work which is of poor quality and/or fails to fully comply with the Contract requirements, all of which shall be determined at SOS' sole discretion. Should SOS determine the Contractor's work to be of poor quality and/or Contractor fails to perform services which comply with the Contract requirements, SOS may require the Contractor to promptly re-perform the service in conformity with the Contract requirements, at no cost to SOS, or SOS may refuse to pay for Contractor's work. SOS may further require new performance or a refund in the event that poor quality or unacceptable work is discovered after payment has been made.

Failure to perform work in compliance with all requirements in the Contract arising out of this RFP may result in termination of the Contract for reason of default at SOS' sole discretion, in accordance with return of funds paid under the contract and/or reduction of payment in an amount not to exceed fair market value of the unacceptable services. If Contractor is found to be in default under any provision of this Contract, SOS may cancel the Contract without notice and either re-solicit or award the contract to the next best responsive and responsible proposer. In the event of abandonment or default, Contractor will be responsible for paying damages to SOS including but not limited to re-procurement costs, and any consequential damages to the State of Texas or SOS resulting from Contractor's non-performance. The defaulting Contractor will not be considered in the re-solicitation and may not be considered in future solicitations for the same type of work, unless the specification or scope of work is significantly changed and SOS shall have sole rights to determine whether the scope has been so changed.

CCC. **Inspections:** Throughout the Contract period, all services, products and deliverables shall be subject to inspection and test by authorized SOS representatives. SOS reserves the right, at all reasonable times, to have access to and inspect all goods and services being provided by the Contractor and its subcontractors, including but not limited to all facilities, equipment, supplies, and pertinent records or written material relating to the Contract requirements. Failure of the Contractor and its subcontractors to provide reasonable access to authorized SOS representatives who desire to perform such inspections or test, or failure of services to comply with the terms of the Contract arising out of this RFP shall be deemed unacceptable and may result in immediate termination of the Contract at SOS' sole discretion. In the event inspected or tested services are deemed unacceptable by SOS for failure to meet or exceed all Contract requirements, the cost of the sample used and the cost of testing shall be borne by the Contractor.

ATTACHMENT B-12

DDD. **Creative Services:** The Contractor shall be responsible for coordinating the production of presentation, promotional and collateral materials, etc., including but not limited to collateral, photographs, mats, filming, editing, equipment rentals, display materials, brochures, etc., as required to meet the Contract performance requirements.

EEE. **Accounting Systems:** The Contractor shall have an accounting system that accounts for costs in accordance with generally accepted accounting principles and is compatible with the State of Texas Uniform Statewide Accounting System. The Contractor's accounting system must include an accurate and organized file/records system for accounting and financial purposes for providing backup materials for billings.

FFF. **Political Activity:** None of the activities or performances rendered hereunder by the Contractor shall involve lobbying or political activity, including but not limited to any activity to further the election or defeat of any candidate for public office or passage or defeat or any ballot measure or any activity undertaken to influence the passage, defeat, or final contents of legislation.

GGG. **Sectarian Activity:** None of the activities or performances rendered hereunder by the Contractor shall involve sectarian or religious activity.

HHH. **Americans with Disabilities Act:** Contractor shall provide reasonable accessibility for persons with disabilities in compliance with the Americans with Disabilities Act, where applicable.

III. **Assignability:** This contract is not transferable or otherwise assignable by the Contractor without the prior written consent of SOS.

JJJ. **Conflict of Interest:** Contractor shall, during the period of this Contract arising from this RFP, refrain from employment that results in a real or apparent conflict of interest. A conflict of interest shall be interpreted as any relationship or activity that, in the judgment of SOS, is detrimental to the interests of the State of Texas.

In order to ensure there is no actual or perceived conflict of interest, the Contractor shall disclose any potential conflict to SOS, Prior to entering into the Contract or activity that creates the potential conflict, for a determination by SOS on whether a real or perceived conflict exists. SOS shall make the final determination as to what constitutes a conflict pursuant to this provision.

Proposers must disclose any potential or perceived conflicts of interest that could, directly or indirectly, be implicated by the performance of the requirements under this RFP prior to award and thereafter within five (5) days upon becoming aware of any such conflicts that may arise.

KKK. **Ownership of Documents:** Without limiting, reducing or restricting any protections provided to SOS elsewhere in this RFP or the Contract arising from this RFP, the provisions of this section shall apply. All work products, services or deliverables performed under the Contract shall become the property of SOS and all property rights, including publication rights, to all products developed under the Contract shall be retained by SOS. The Contractor shall ensure duplication rights are secured to SOS from all contracts and subcontracts prior to delivery of products to SOS. SOS reserves the right to authorize others to use, publish, or reproduce products developed hereunder.

LLL. **Data and Publicity:** The Contractor shall not provide information generated or otherwise obtained in the performance of its responsibilities under the Contract to any parties other than SOS through its authorized agents except as otherwise expressly provided by the Contract or after obtaining the prior written approval of SOS.

The Contractor agrees to notify and obtain the written approval of SOS prior to releasing any information to the news media regarding the activities being conducted under this contract.

MMM. **Disclosure of Proposal Content:** AFTER CONTRACT AWARD, PROPOSALS ARE POTENTIALLY SUBJECT TO RELEASE IN THEIR ENTIRETY UNDER TEXAS GOVERNMENT CODE, CHAPTER 552 (THE TEXAS PUBLIC INFORMATION ACT). PROPOSERS MUST INDICATE ON THEIR PROPOSAL COVER IF THEIR SUBMISSION CONTAINS ANY PROPRIETARY MATERIAL OR OTHERWISE CONFIDENTIAL INFORMATION. PROPOSER MUST ALSO IDENTIFY ANY SPECIFIC INFORMATION WITHIN THE PROPOSAL THAT PROPOSER CONSIDERS PROPRIETARY MATERIAL OR OTHERWISE CONFIDENTIAL THAT PROPOSER REQUESTS BE KEPT CONFIDENTIAL IN SOME READILY APPARENT MANNER IN THE PORTION OF THE PROPOSAL THAT PROPOSER ASSERTS IS PROPRIETARY OR OTHERWISE CONFIDENTIAL. FOR SUCH MATERIAL OR INFORMATION, PROPOSER MUST ALSO SPECIFICALLY SET FORTH AN EXCEPTION THAT PROPOSER ASSERTS PRECLUDES DISCLOSURE UNDER CHAPTER 552 OF THE TEXAS GOVERNMENT CODE. A GENERAL STATEMENT THAT THE PROPOSAL CONTAINS PROPRIETARY MATERIAL OR OTHERWISE CONFIDENTIAL INFORMATION IS NOT ACCEPTABLE AND WILL BE OF NO FORCE OR EFFECT UNDER ANY CONTRACT WITH SOS. EXCEPT FOR MATERIAL SPECIFICALLY DESIGNATED IN ADVANCE AS PROPRIETARY OR OTHERWISE CONFIDENTIAL AND FOR WHICH PROPOSER ASSERTS THERE IS A SPECIFIC EXEMPTION FROM DISCLOSURE UNDER CHAPTER 552,

ATTACHMENT B-13

PROPOSER AGREES BY ITS SUBMISSION OF A PROPOSAL THAT SOS MAY AUTOMATICALLY RELEASE THE REMAINDER OF THE PROPOSAL WITH NO CONSULTATION WITH PROPOSER. PROPOSER ALSO ACKNOWLEDGES THAT SOS MAY RELEASE, WITH NO CONSULTATION WITH PROPOSER EXCEPT AS MAY BE REQUIRED BY LAW, EVEN PORTIONS OF THE PROPOSAL THE PROPOSER IDENTIFIES AS PROPRIETARY MATERIAL OR OTHERWISE CONFIDENTIAL IF THE OPEN RECORDS DIVISION OF THE OFFICE OF THE ATTORNEY GENERAL OF TEXAS OR A GOVERNMENTAL OR JUDICICAL AUTHORITY ORDERS SOS TO RELEASE SUCH PORTIONS. A PROPOSER'S DESIGNATIONS OF PORTIONS OF A PROPOSAL AS PROPRIETARY MATERIAL OR OTHERWISE CONFIDENTIAL FOR PUBLIC INFORMATION ACT PURPOSES (AND THE SPECIFIC SECTIONS OF THE PUBLIC INFORMATION ACT THE PROPOSER ASSERTS PRECLUDE DISCLOSURE) MUST BE READILY APPARENT IN VIEWING THE ELECTRONIC COPIES OF PROPORSALS AS WELL AS IN HARD COPIES OR PROPOSER FORFEITS THE RIGHT TO CLAIM MATERIAL IS PROPRIETARY OR OTHERWISE CONFIDENTIAL BY ITS SUBMISSION OF ITS PROPOSAL.

NNN. **Authorized Representative:** Contractor shall immediately identify the person authorized to receive direction from SOS, to manage the work being performed, and to act on behalf of the Contractor ("Authorized Representative"). The Contractor shall ensure that its Authorized Representative, or his or her designee, is available at all times for consultation with SOS.

OOO. **Change of Name:** The Contractor shall promptly notify SOS of any change of name in which it holds the Contract. An Amendment to the Contract shall be required upon a change of name which shall specifically state that no other terms or conditions of this Contract are thereby changed. The Contractor shall not assign this contract pursuant to this paragraph.

PPP. **Governing Law:**
The Contract shall be governed, construed and interpreted under the laws of the State of Texas.

QQQ. **Bankruptcy:** Should the Contractor become insolvent, or if the proceedings in bankruptcy should be instituted by or against the Contractor, or the Contractor otherwise becomes unable to pay its debts, the remaining or unexpired portion of the Contract shall, at the sole election of SOS, be terminated.

RRR. **Service from the State of Texas:** In accordance with Section 2155.4441, TX Gov't Code, Contractor agrees that during the performance of a contract for services it shall purchase products and materials produced in Texas when they are available at a price and time comparable to products and materials produced outside this state.

SSS. **Contractor and Subcontractor Responsibilities:** The Contractor and any subcontractor hired to provide electronic services shall provide SOS a signed affidavit and provide relevant documentation that work will not be performed on or for businesses with web sites whose content is adult-oriented. Contractor and subcontractor shall also agree in writing that the SOS may conduct random, unannounced on-site audits of it to ascertain whether it does performs work on or for adult web sites. Further, Contractor and subcontractor performing work for the SOS after the date of the Contract arising out of this RFP shall agree in writing to perform its services for SOS and its other clients in a legal and non-fraudulent manner. Contractor and subcontractor shall not conduct any marketing or promotional activity for SOS that places illegal gambling, drinking, prostitution or drug use in a favorable light.

TTT. **Taxes:** Purchases made for state users are exempt from Texas State Sales Tax and Federal Excise Tax. An Excise Tax Exemption Certificate will be furnished upon written request to SOS.

UUU. Sections 2155.006 and 2261.053, TX Gov't Code, prohibit state agencies from awarding contracts to any person who, in the past five years, has been convicted of violating a federal law or assessed a penalty in connection with a contract involving relief for Hurricane Rita, Hurricane Katrina, or any other disaster, as defined by §418.004, TX Gov't Code, occurring after September 24, 2005. Under §2155.006, TX Gov't Code, bidder certifies that the individual or business entity named in its bid is not ineligible to receive a contract and acknowledges that any Contract resulting from this RFP may be terminated and payment withheld if this certification is inaccurate.

VVV. **Drug Free Workplace**
During the performance of any Contract arising out of this RFP, the Contractor agrees to provide a drug-free workplace for the Contractor's employees. Within 30 days after award of a contract, Contractor shall publish a statement notifying employees that the unlawful manufacture, sale, distribution, dispensation, possession, or use of a controlled substance is prohibited in the contractor's workplace and specify the actions that will be taken against employees for violations of such prohibition. For the purposes of this section, "drug-free workplace" means a site for the performance of work done in conjunction with a specific contract awarded to a contractor in accordance with this section.

The undersigned certifies that the proposer is allowed to claim the Chapter 2155 Texas Government Code and Texas Administrative Code 34, §20.38 preferences that are checked below:

| CHECK BELOW IF PREFERENCE CLAIMED |
| --- |
| ☐ Goods produced or offered by a Texas bidder that is owned by a Texas resident service-disabled veteran |
| ☐ Goods produced in Texas or offered by a Texas bidder that is not owned by a Texas resident service-disabled veteran |
| ☐ Agricultural products grown in Texas |
| ☐ Agricultural products offered by a Texas bidder |
| ☐ Services offered by a Texas bidder that is owned by a Texas resident service-disabled veteran |
| ☐ Services offered by a Texas bidder that is not owned by a Texas resident service disabled veteran |
| ☐ Texas Vegetation Native to the Region |
| ☐ USA produced supplies, materials or equipment |
| ☐ Products of persons with mental or physical disabilities |
| ☐ Products made of recycled, remanufactured, or environmentally sensitive materials including recycled steel |
| ☐ Energy Efficient Products |
| ☐ Rubberized asphalt paving material |
| ☐ Recycled motor oil and lubricants |
| ☐ Products produced at facilities located on formerly contaminated property |
| ☐ Products and services from economically depressed or blighted areas |
| ☐ Vendors that meet or exceed air quality standards |
| ☐ Recycled or Reused Computer Equipment of Other Manufacturers |
| ☐ Foods of Higher Nutritional Value |

The undersigned is an authorized official for the proposer and certifies that the proposal submitted with this "Execution of Offer, Affirmation of Terms and Conditions, and Proposal Preferences" instrument is in full compliance with the provisions expressly stated above. Furthermore, in compliance with this RFP and subject to all the conditions therein, the undersigned offers and agrees to furnish any or all commodities or services at the prices quoted in its proposal.

| | |
| --- | --- |
| CONTRACTOR/ VENDOR NAME: | |
| STREET ADDRESS: | |
| CITY/STATE/ZIP: | |
| TELEPHONE NO.: | |
| EMAIL ADDRESS: | |
| CONTRACTOR'S AUTHORIZED AGENT: | |
| TITLE OF CONTRACTOR'S AUTHORIZED AGENT: | |
| SIGNATURE OF AUTHORIZED AGENT: | |

ATTACHMENT B-15

TX_00298799



PROJECT PROPOSAL
RFP 12111
Submitted to the
SOS Purchasing Department
Office of Secretary of State

HELP AMERICA VOTE ACT OF 2002
VOTER EDUCATION AND OUTREACH OPPORTUNITIES

| RFP RESPONDENT/PROPOSER: | Burson-Marsteller<br>1845 Woodall Rodgers Freeway<br>11th Floor<br>Dallas, TX 75201 |
|---|---|
| PROPOSER'S IDENTIFICATION NUMBER: | TIN # 13-1493710<br>Federal ID # 26-2471086<br>Corporate Charter # 3553242 |
| CONTACT PERSON: | Mike Lake<br>Chairman, U.S. Public Affairs Practice & Southwest Region<br>Mike.Lake@bm.com<br>1.214.224.8401 |
| PROJECT MANAGER: | Michelle Bleiberg<br>Director, Public Affairs Practice<br>Michelle.Bleiberg@bm.com<br>1.214.224.8440 |
| ACCEPTANCE OF SPECIFICATIONS, TERMS & CONDITIONS: | Proposer hereby accepts by the submission of its proposal the specifications and terms and conditions contained in this Request for Proposal 12111 and Attachment B:<br><br>*Mike Lake*             November 9, 2011<br>Name                           Date<br>(Include printed name and signature of person with authority to obligate and contract for the Proposer and date.) |
| DATE RECEIVED BY SOS: | (SOS Purchasing staff will initial, date and record time proposal is received.) |

# *COPY*

VOTEXAS.ORG

Burson-Marsteller

TX_00298800



## Understanding of the Project and Methodology

The Help America Vote Act (HAVA) of 2002 was enacted to create improvements in voting systems and voter access following the 2000 election. Since then, the Texas Secretary of State's (SOS) office has been responsible for implementation and compliance of the mandates set forth by HAVA. Burson-Marsteller, which created and implemented the original VOTEXAS program in 2006, established the benchmark for measurement and success and has been tracking the outcomes and success of the SOS efforts to educate voters on new laws, procedures and processes as part of our overall efforts to remain current on voter attitudes and opinions. In addition, Burson-Marsteller has successfully led HAVA public education programs in three other states, including New York, Ohio and South Carolina, developing our expertise and best practices in voter education and outreach programs even further.

Leveraging our trademark Evidenced-Based Communications Approach, the research we conducted after the 2006 VOTEXAS program indicated that a majority of Texas voters felt the voting process was easy, including registering to vote, using the voting equipment at polling places, knowing what documentation to bring and reading and understanding the ballot. While these numbers dropped slightly in 2009, our new 2011 research shows the needle is moving in a positive direction. Our current research shows 99 percent of registered voters are satisfied with their voting experience.



While educational efforts by the SOS have proven effective since the enactment of HAVA, and overall, Texans are satisfied with their voting experience, the 2012 election cycle will be the first election that will require the SOS to educate voters on a new voter ID requirement, the Texas Voter ID law (Senate Bill 14). In addition to a voter registration card, Texans will need a government-issued photo ID to cast their ballot in the upcoming 2012 elections. Voters will be required to furnish a Texas driver's license, Department of Public Safety identification card, state-issued concealed handgun license, U.S. military ID or U.S. passport before casting a ballot.

*Of the approximately 13 million registered voters in Texas, almost half (49 percent) are unaware they will be required to show valid government identification when they go to the polls in 2012[1].*

Not only does the Secretary of State's office need to educate Texas voters on the recently adopted voter ID law, it also has the responsibility to continue to provide Texans with instructions on how to register to vote, how to cast a ballot and polling place procedures. And, the SOS's office now must educate military and overseas voters on new registration rules and procedures under the Military and Overseas Voter Empowerment (MOVE) Act, which had a 62 percent unawareness level in our recent poll.

Given Texas' diverse population and the ground that must be covered both in-state and overseas for our military personnel, the SOS's office has the enormous task of disseminating information that will reach all eligible Texans. Special emphasis must be made to inform the state's special publics and subgroups including ethnic populations, special needs populations, and first time and elderly voters. This is a significant undertaking given the one-year countdown to the upcoming presidential election began November 8 and primaries and caucuses in other states will begin earlier in 2012, further raising voter interest and inquiry.

*We believe, validated by our unique research, there should be three key focal points of the VOTEXAS public education effort in 2012:*

1. *Aggressively informing Texans of the new voter ID requirement to ensure a positive voting experience;*
2. *Providing information on the MOVE Act through appropriate channels so military and overseas Texans understand the proper procedures; and*
3. *Continuing to inform voters about registration, polling place processes and procedures, and properly casting a ballot.*

### Reaching Voters

In addition to quantifying the most pressing voter education needs, understanding the information streams to which Texans will be most receptive is also a key component in crafting an effective public education program. According to our research, 84 percent of survey respondents believe

---

[1] It is important to note that while the U.S. Department of Justice will reach a decision as to the legality of the photo ID requirement before the end of the year. Since the decision will be made after the submission of RFP Number 12111, Burson-Marsteller is incorporating the requirement as it currently stands.



TX_00298801



state government officials and offices are "somewhat, to very credible" sources for voting information, followed by friends and family, church groups and third party organizations. Media and advertising are also considered credible, along with web sites, social networking sites and blogs.

We also conducted a comprehensive media audit to determine how the media is covering HAVA as it pertains to Texas, and understand what messages Texans are receiving through the news outlets. We found that while HAVA itself has received nationwide coverage in hundreds of top tier and local media outlets during the past year, the voter education platform, "VOTEXAS," and other voter education/outreach initiatives, including Project V.O.T.E, have received minimal coverage with about a dozen relevant articles.



The graph here shows the top key words, messages and descriptors of "VOTEXAS" and "Texas and HAVA" derived from current web materials and key messages. These have been contrasted against the key words, messages and descriptors from the past 12 months of media coverage regarding "VOTEXAS" and "Texas and HAVA." Overall, the personal experience of voting or the personal effects from the new voter ID law are not reflected in the media coverage.

Messages disseminated by the Texas SOS focus on the individual by using terms such as "you" and "your." The news media, meanwhile, favor terms such as "voting" verses "voter" or "vote," indicating a missed connection with the actual voter or the individual vote being cast. We found that the media tends to look at the process of voting collectively and overlook the individual and the call to action. While "HAVA" is mentioned numerous times across all categories and is the most frequently mentioned term in the media, "VOTEXAS" and "Texas" are scarcely mentioned even when coupled with "HAVA." In addition, key terms and messages of "VOTEXAS" and respective media coverage do not contain any significant mentions of registering, polling, ballots, ID or proper procedures. There also has been significant coverage on the new voter ID law although it did not focus on how to comply with the new requirements; instead it centered on the core issues of the topic—the potential effects on elections and the political debate concerning the law. Here, it is clear the news media has yet to sense the need of Texans to be better informed about the law and its impact of their Election Day routines.

In looking at the social media and digital space, our research shows most individuals search the Internet for information about voter registration, polling locations and early voting, while a smaller percentage look for data about absentee voting and local elections. Although the VOTEXAS web site provides a wealth of voter information and is user friendly, our research indicates most individuals look to other digital sources for voter information. VOTEXAS ranks first among search results after conducting an analysis of key search terms such as "voting in Texas," "where can I vote in Texas" and "registering to vote in Texas;" however, the research shows individuals find most of their information on other web sites, such as county web sites and non-governmental organizations' web sites. This is an indication that VOTEXAS.org is not recognized as the de-facto information source on voting in Texas.

We also concluded that the overall conversation surrounding Texas voting procedures is one-sided and outward, producing very little two-way dialogue. In this digital age, utilizing social media and creating a two-way dialogue is critical to ensuring target audiences are reached across a wide spectrum. While the VOTEXAS web site does a good job of pushing out the information that is being searched, social networks such as Twitter and Facebook are not being utilized to their full potential. For example, there is no official page listed under HAVA or VOTEXAS. When searching for the terms "Texas early voting" and "voting in Texas," there were only two relevant Facebook pages relating to the 2012 presidential campaign. Based on our experience there needs to be a more proactive dialogue-creation connection by VOTEXAS.org via social media. As indicated above, our research shows that friends and family rank high as trusted sources of information. And Facebook is a powerful and important tool used heavily by friends and family and perfect for engaging a large number of people in an open conversation about the new photo identification requirements as well as other standard voting information like registering and polling places.

Additionally, the Twitter link from the VOTEXAS web site takes users to the official Twitter account of the SOS (@TXsecofstate). There are minimal "@" replies sent from Secretary of State Hope Andrade's official Twitter account, and of the last 50 tweets from the account at the time of the digital audit, only nine of them mentioned voting in Texas.



Burson·Marsteller

TX_00298802



Also, at the time of the analysis, the account had **278** tweets since its creation. Furthermore, the SOS Twitter account is following **259** users and is being followed by **955** users—these numbers are considered middle-range when compared to other similar Twitter accounts. In addition, there is very minimal buzz online from influential bloggers surrounding voting in Texas, registering, polling places or the voter ID law, and the SOS has no presence on other social media sites such as Flickr and YouTube.

### *What It All Means*

Burson-Marsteller is the only public relations firm in the United States that has designed and implemented four highly successful HAVA education programs. We have a unique understanding of creating and executing HAVA programs. We know what works. We know what resonates with voters. We also know Texas – its politics, culture and people.

Based on our expertise in executing statewide public education efforts, such as Texas Electric Choice for the Public Utility Commission or the Texas Consumer Health Assistance Program for the Texas Department of Insurance, and our global experience and access to best practices in communications, we know the SOS faces a significant challenge in ensuring all Texans are educated and prepared to cast their vote during the primary or general election. The new voter ID requirement impacts all voters and a successful Election Day outcome in Texas is contingent upon an informed and prepared voting public. Therefore, our recommendation is that public education efforts focus on this new voter ID requirement and use it to spring board other valuable voting information into the public dialogue.

We understand the pride of Texans in their state. We have a unique culture and proud heritage of independence and leadership. Our goal is to tap into this pride and individualism to engage Texans in the process of understanding the new voting requirements. We intend to link our "identity" as Texans to our leadership in guaranteeing the integrity of the voting process. Our program connects the personal aspects of voting with the statewide public education effort to guarantee that everyone is prepared and ready to vote. We will make it personal and put a face on the process. The **Faces of Texas** will become a touchstone for our program, with a clear and approachable message that will resonate with people across the state. Every election is about the future of Texas, and each person's vote will determine that future. Our program objectives are to:

- **Educate** Texans on the need to bring a government-issued photo ID to the polling place to vote.
- **Reinforce** message points about the overall voting process, which involves four clear steps — *Register* to vote; *Find* your polling place; *Show* your ID to the poll worker; and *Cast* your vote.
- **Create** a fun and engaging public education program showing real Texans, we aim to encourage all eligible voters in the state not to let anything hold them back from voting — and to exercise their right on election day.

Our strategy to achieve these objectives on behalf of the SOS is:

> ### To show that the voting experience in Texas is as unique as the identity of every Texan

This strategy will:

- *Create a unified and consistent voice:* The voice of individual Texans is synonymous with the voice of the state. And the identity of Texans, as embodied by their faces and their personal voting day rituals, is the identity of the state. Our public education program aims to create this unified and consistent voice — dedicated and enthusiastic, individual, even a little quirky, united in their *Texan-ness* — which will speak to all voters across the state.
- *Put the uniqueness front and center:* What will make this election unique and different is the new voter ID requirement. The primary job of our public education program will be to communicate this fact in the clearest and most engaging way possible. If the public education program can do this, Texas voters will show up to the polls with everything they now need to cast their vote.
- *Hold a mirror up to the state:* Texas covers a lot of ground and we believe that showing the **Faces of Texas**, from one end of the state to the other, can be one of the most engaging aspects of this program. We will go into more detail later in our response, but what we propose is a localized and viral effort that has real educational power — and engages people across the state to show their *Texan-ness* and add their faces to a unified Texas ID.

Using the elements of the strategy, the overarching theme we've developed for the public education program is:

> ### It's How We Vote In Texas

- Using our Evidenced-Based Communications Approach, we will leverage data and insights at the beginning, middle, and end of communications programs to build a successful and thorough public education program. Our approach will optimize a "surround sound effect" ensuring all target audiences are appropriately reached through multiple communications channels, multiple times and deliver

---


TX_00298803



empirical evidence to measure impact against the specific communications objectives. We will use the following approaches to create an effective, fully integrated, public education program:

- Research to inform the communications strategy and to measure program progress
- Message development and refinement to ensure communications clarity
- Spokesperson preparation to ensure quality message delivery
- Communications materials development to create functional tools that work well across all audiences
- A kick-off event to build excitement, grab attention and create momentum
- Media Relations to educate target audiences and build message credibility
- Advertising and paid media to raise awareness and to drive audiences to key sources of information
- Grassroots outreach and community relations to leveage trusted souces of information
- Legislative outreach to add weight and authority to the message
- Social media to drive an ongoing conversation and to create amplifier effect



*This plan is valid for 90 days.*

## Proposed Activity Plan

### Laying the Foundation

#### Planning and Strategy

Burson-Marsteller's proprietary Strategic Communications Planning Model ensures a 360-degree envelopment of stakeholders with VOTEXAS strategic messages. The methodology has been tested over time and proven successful for countless organizations – public and private. Applying this communications campaign planning methodology allows us to properly frame all communications for the SOS's stakeholders and create a credible and meaningful dialogue. From a tactical perspective, our approach will require executing communications programs and activities that elevate the VOTEXAS message at a statewide level. It will require reaffirming existing relationships and forming new ones with opinion leaders and main-street Texans to carry the message at the state, county and local levels.



#### Opinion Research and Awareness Tracking

Burson-Marsteller has a variety of ways we can evaluate the effectiveness of the Texas HAVA program. We will work with the Secretary of State's office to develop key metrics to be used as well as employ agreed-upon evaluation processes, methodologies and measurements. Initially, we propose to use Penn, Schoen Berland's Program Impact Tracking method to track awareness and impact of our efforts at several points; benchmark wave prior to Phase I, mid-wave at the conclusion of Phase I and post-wave at the conclusion of Phase II.

The tracking polls will be designed to measure KPI's for the program and to specifically track awareness, perceptions of and receptivity toward the new voter ID law throughout the course of the program. This will help us to understand whether the program is having the desired impact, and to inform course corrections to our efforts as necessary. Specifically, the tracking polls will be designed to understand:

- Quality and level of recall for the advertising;
- Ways in which attitudes about voting have been altered;
- Key demographic characteristics of target markets/audiences; and
- Level of awareness and understanding of:
    o How to register to vote;
    o Voter photo identification required by SB14;
    o Polling place processes and procedures;
    o How to properly cast a ballot; and
    o MOVE Act.

We recommend conducting this research online with a total of 500 respondents per wave, including:
    o 200 registered Texas voters (generally representative across the state)

 



- o   Oversample of 100 registered Texas voters, ages 18-24
- o   Oversample of 100 registered Texas voters, ages 65+
- o   Oversample of 100 registered Texas voters who identify as Hispanic

To also evaluate program success, Burson-Marsteller has designed a model placing measurement actions into four categories. These actions will be investigated through a blend of outside research at the conclusion of the program, as well as benchmarking analysis conducted throughout the year. For this program, we feel the following measurement categories are most appropriate:

**Activity.** These are quantitative measurements of projects undertaken.
**Output.** These examine the quality and quantity of what has been produced.
**Impact.** These are qualitative measures of impressions on the target audiences.
**Outcomes.** These are quantitative changes in attitudes, perceptions and participation.

### Message Development

Informed by research, Burson-Marsteller will work with the SOS office and communications staff to conduct a messaging session to define and develop key messages that can be adapted to each target audience to educate them on the voting process in a memorable, culturally specific way. These sessions will hone in the needs of specific target audiences and then map message to each of those audiences to ensure communications success.  The outcome of this process will be a "message house" that clearly articulates the VOTEXAS value propositions.

### Spokesperson Training

With messages in hand,  we will also work with Secretary Andrade and the SOS communications staff to utilize the most experienced and effective internal and external spokespersons to represent the SOS at events and in the media. We will ensure internal spokespersons are equipped with the information they need.  We will also select effective external spokespersons, which may include new citizens voting for the first time, specialized spokespersons to reach special audiences like military members and the disabled.  Once these individuals are chosen, our team of seasoned media trainers will work with the individuals so they can tell their own compelling "It's How We Vote in Texas" story and effectively communicate the voting process.

### Creative Execution

Our creative program puts a familiar Texan face on the important issue of voting. The campaign tagline "It's How We Vote In Texas"/"Así Votamos En Texas" includes the audience in the Texas "halo," and builds consensus using friendly and accessible language. It combines timeless Texas pride with time-sensitive information about how to vote.

The campaign depicts individuals' diverse voting styles and rituals, unified by the consistent and prominent theme of always bringing a photo ID. Although specialized creative elements including TV spots, Interactive Web Banners and Social Media Programs will feature customized cues and calls-to-action relative to their specific audience, the creative campaign will leverage a consistent, bold visual and verbal tone.

*Please see addendum for complete creative concepts.*

## Program Implementation

### Vote Texas Style – The Kick-Off

Texans are inundated with messages daily, we know from our aforementioned media audit it can be hard to get a message across—even if it is an important message about how to exercise your right to vote. To break through the barrage of advertisements, emails, text messages, tweets, articles and radio announcers vying for people's ever-limited time, sometimes it takes an attention getting stunt to make people stop and listen. That's exactly what we propose to kick-off our "It's How We Vote in Texas" program.



The kick-off event will be conducted in downtown Dallas, the state's largest media market and the fifth largest in the country, to introduce the "It's How We Vote in Texas" program. The event will feature Secretary of State Hope Andrade, Dallas Mayor Mike Rawlings, elected officials from the area, media celebrities and local heroes such as Texas Rangers Owner Nolan Ryan and Dallas Cowboys legend Troy Aikman.





Burson·Marsteller

TX_00298805



The centerpiece of the kick-off press conference will feature a mobile, branded photo booth flanked on either side with giant video screens to highlight the images from the press conference, and later images from the photo booth. Following an announcement by Secretary Andrade about the public education effort, she and others will have their photos taken in the photo booth.

As photos are taken they will be added to a digital Texas flag taking shape on the screens outside of the booth. Over the course of the program, each time an individual's image is taken they will be added to a digital flag made up—quite literally—of the faces of Texas. This impressive flag collage will grow organically as additional photos of Texans from around the state are added. This flag will also take shape online, at the VOTEXAS web site, as well as on Facebook, increasing the viral nature of the public education effort. Voters will be able to share the photo collage on their social media profiles so that their friends can see how they have personally contributed to the digital flag. Sharing the photo online, alongside a link to learn more about new voting rules, will spread the world to friends and family and connect them directly to the VOTEXAS web site.

In addition to the digital images, each individual will also receive a printed photo from the booth that includes the key messages about how to vote, including information about the new photo ID requirement. This fun snapshot will be an important component of our public education program – a branded, individualized takeaway that serves the important purpose of getting our key messages literally into the hands of voters – by making it something fun and different, we increase the chance that they will share it with others, increasing the opportunity to further spread the message. Additionally, we will include a feature that allows people to sign up to receive the image via email, thereby collecting important contact information while sharing the image and key messages with people digitally—again increasing the reach of the program.

Following the event, members of the public will be invited to take their photo with local celebrities. To increase participation and attendance, we might consider contests for getting to take a picture with a celebrity.

The event will be crafted to encourage media attendance and coverage, kicking off our "It's How We Vote in Texas" program. We will conduct media outreach to key media targets in the DFW area prior to the event to generate buzz to outlets such as *The Dallas Morning News*, *Fort Worth Star-Telegram*, WFAA ABC 8, KDFW FOX 4 and KTVT CBS 11. We will encourage these outlets to run stories before the event, generating buzz, as well as send reporters to cover the event, visiting the photo booth before, during and after the event to take their photos, in turn walking voters through the voting process and new voter ID requirements via their resulting coverage. We would invite live shots from local television stations, as well as live remotes from top radio stations. We would also promote the event and "It's How We Vote in Texas" program to sister affiliate stations in Texas' other TV markets and request the DFW affiliates provide coverage via satellite to outlets across the state. Reporters' photos will also be added to the collage of images. An aggressive Twitter and Facebook outreach effort to media and local digital influencers will be launched prior to the event, and continue during and after the event to increase digital reach and drive traffic to the VOTEXAS web site. Our digital media team will also be on site, working with elected officials and spokespersons to live tweet and blog about the event. The program will be simulcast live on a VOTEXAS YouTube channel, and local bloggers will be invited to take part in covering the event online.

Strategically, the photo booth is fun—and creates cost-friendly earned media opportunities and viral buzz—but it also reinforces the photo ID message that is so critical in the 2012 election.

### *Building Awareness - Advertising Strategy*

A large and diverse group of Texas voters and potential voters must be reached and educated before the March primary and the November general election. To connect within this vast range of demographics and psychographics, including Texans with disabilities and Spanish-speaking audiences, we propose a comprehensive paid media plan that serves to enhance our earned media and community outreach efforts. Paid advertising will not only create awareness, but also be used to direct people to additional sources of information, such as the VOTEXAS web site and ensure people get the most up-to-date facts needed for voting.

The creative and media buy will complement the kick-off event beginning in January through a digital media buy, followed by a mix of traditional broadcast media, including television and radio, combined with digital and social media for Phase I (January-March 2012 for the Primary Election and Run-off) and Phase II (December 2012 for the November General Election and Run-off). Our media mix will ensure the greatest number of Texans is reached with messages in the most relevant format and language. In addition, our plan guarantees a minimum **3-to-1 return on investment**, which we will achieve through aggressive PSA, sponsorship, and event negotiations.

*The paid media portion of our action plan will effectively reach the following target audiences:*

- o   Primary: Texans aged 18 and above
- o   Secondary: Spanish-speaking Texans aged 18 and above
- o   Special Audiences: Texans with special needs; Texas students: high school, trade school and college


TX_00298806



The plan will utilize the following paid media mix during both Phase I and Phase II of the program:

**35 % Cable Television**

Cable and satellite television advertising allows us to use one of the most credible and influential media sources available to educate the majority of Texas adults:



- Television offers the broadest possible reach statewide; research indicates that among Texans 18 and older, TV is considered the most authoritative, exciting, influential, persuasive media vehicle.
- Cable and satellite television advertisements offer strong, large-market penetration at reasonable placement rates.
- Texans spend more time viewing television each day than any other medium – a daily average of 319.2 minutes for television, versus 156.6 for internet and 91.2 for radio.
- A TVB Media Comparison study shows television reaches 89.5% of adults age 18 and older each day – more than any other media vehicle.
  - The Internet ranked second at 67.5% and radio ranked third at 60.6%
- Nielsen's recent Cross Platform Report evaluating video viewership across several formats shows the following:
  - Cable captures 55.4% of all TV households
  - Consumers in the South spend the most time watching Television versus all other regions in the U.S.
- According to a Rasmussen poll, a clear majority of Americans plan on getting most of their political information from television.

**25 % Radio**

Radio is a highly effective medium for reaching Texas adults, especially among the state's Hispanic population:

- Radio reaches 97% of Texas Hispanic men aged 45-54
- Radio Reaches 96% of Texas Hispanic women ages 25-44
- Radio attracts and average of 81% of adults ages 18-44 on weekends

*A detailed media buy plan is located in the addendum.*

**40 % Digital**

Internet advertisements, social media ad placements, online radio ads and mobile phone banners are cost-effective tools for reaching large portions of the state's voting-age population, including Hispanic adults:

- 87% of Texas Internet users interact with friends or family online
- 55% of Texas Internet users communicate through social media
- Hispanics are the fastest-growing group of online users
- 48% of Texas Hispanics have used the Internet in the past seven days
- 32% of Texas Hispanics have used Facebook or Twitter in the past seven-days
- 91% of Texas Hispanics own a cell phone

*Getting the Word Out - Media Relations*

Getting the word out across Texas about the voting process and new voter ID requirements depends upon us communicating clear, concise messages consistently. The initial program kick-off event in Phase 1 will provide buzz about "It's How We Vote in Texas" and raise awareness of new photo ID requirements before the primary elections. In Phase II, we will maintain a consistent flow of information to our target audiences leading up to the general election in November 2012 by using earned media to increase the frequency and reach of our messages.

*Phase I*
*News Bureau*

In order to proactively disseminate news from the "It's How We Vote in Texas" program, voting process information and instructions and information about the new voter ID requirements, Burson-Marsteller recommends developing a proactive news bureau program to reach key media targets and leverage their credibility to reach our key audiences across the state. An "It's How We Vote in Texas" news bureau would serve as the central point of contact for media outlets, able to distribute information, answer questions and also provide a rapid response to correct misinformation with a credible response from the office of the SOS. The news bureau would be accessible to major news outlets such as The Austin American-Statesman as well as second and third tier outlets such as smaller market and community newspapers.

The news bureau could also serve as an online hub at the VOTEXAS web site for media contacts, providing a central resource for information, video, photos, news, statistics and other graphics. This online news bureau would provide video of the launch event in Dallas, how to videos explaining the four step voting process, videos from community events with the mobile photo booth; social media feeds from SOS online properties; a news feed featuring media coverage, press releases and press event information; photos from events, of SOS office spokespeople, voters, from the photo booth and the interactive, digital Texas flag featuring the "Faces of Texas"; graphics and relevant collateral pieces on the voting process.



TX_00298807



### Phases I & II Ongoing

#### Media Tour

To capitalize on the buzz created by the "Faces of Texas" launch event in Dallas and spread the program's message to as many Texas voters as possible, we will launch a statewide media tour. SOS spokespersons and county election officials will attend scheduled desk-side briefings with key reporters and major daily newspapers' editorial boards in all of Texas' DMA markets, including: Abilene, Austin, Beaumont, Corpus Christi, Houston, Lubbock, El Paso, Laredo, Tyler, San Angelo, San Antonio, Sherman, Waco, Temple, Killeen, and Wichita Falls.

The media tour will coincide with the grassroots outreach community events detailed later in this proposal. We will conduct media outreach and arrange desk-side briefings with target media prior to these events, featuring mobile photos booths and local community celebrities and leaders. These briefings will serve as "get-to-know-you" sessions ideally suited to communicate specific information to the reporter about the "It's How We Vote in Texas" program and share how new voter ID laws and the voting process will impact Texas voters. They will also serve as a preview to the community events and generate pre-event buzz. Usually held well in advance of breaking news, a desk-side briefing is an opportunity to encourage a reporter to use a SOS spokesperson as a resource for future news stories.

#### Editorial Boards and Op-Eds/Bylined Articles

During Phase I, along with the kick-off event, and continuing into Phase II with the mobile photo booth events, Burson-Marsteller will arrange meetings with editorial boards at major daily newspapers in , such as The Dallas Morning News, Fort Worth Star-Telegram, Houston Chronicle, Austin American-Statesman, San Antonio Express-News, and El Paso Times. These meetings could lead to bylined articles or op-ed pieces featuring our focused messaging and communicating the need-to-know facts about the new voter ID requirements.

#### Live Chat at Major Dailies

Burson-Marsteller also recommends the SOS or trained spokespeople appear and participate in live, online discussions, forums and chats in partnership with newspapers across the state during Phase II. This provides a direct line of communication for voters to ask questions about the new voting process and voter ID laws, while taking advantage of the newspapers' established reputation and readership. Local election personnel could serve as 'experts' to answer questions using key messaging and Q-and-A's from the office of the SOS. The online forums could serve as a side bar piece or online feature with a printed feature story on local "Faces of Texas" voters sharing their voting stories. These feature stories and online Q-and-A forums also position the SOS, SOS office and local election officials as the go-to experts about the voting process and implications of the new voter ID law.

#### Reaching Target Audiences with Targeted Messages

Given that groups like senior citizens, military personnel stationed out-of-state or overseas, ethnic populations and young and elderly voters are among the most likely to be impacted by the new voter ID law, B-M recommends targeting these groups through media outlets they already trust. We can also target them with events using the mobile photo booth.

For instance, to reach college students, we recommend outreach to the college newspapers of major Texas universities, such as the University of Texas' The Daily Texan, Texas A&M's The Battalion, Texas Tech University's The Daily Toreador, University of North Texas's North Texas Daily, Southern Methodist University's Daily Campus and the University of Texas at El Paso's Prospector, among others. Recognizing that this generation spends a -significant amount of their time online, B-M and SOS officials will host live web chat sessions, answer questions via Facebook or Twitter, and post videos on the VOTEXAS YouTube channel during the media tour to answer any specific questions from younger voters.




During the media tour, we will arrange meetings with top Spanish-language media outlets, such as Univision and Telemundo affiliates and Spanish-language newspapers for bilingual spokepeople to provide resources targeted to the Spanish-speaking population.

New electronic options are now required by the MOVE Act passed in 2010 to make it easier for overseas citizens and military members to vote. B-M will work with the office of the SOS to reach out to American Citizens Abroad and the Overseas Vote Foundation to provide information for their newsletters and web sites, host online forums and distribute information to their constituents. We will also provide information to embassies about Texas' electronic voting options for overseas citizens and reach out to online portals including blogs, Facebook groups, pages and forums for Texans living abroad.

Realizing Texas' military installations are a huge part of Texas voters, we will conduct outreach to on-base newsletters and web sites for Texas' military installations, partnering with armed forces deployment experts to provide tips and relevant information specifically tailored to armed forces members. To specifically target overseas members of the military, B-M would reach out to Stars & Stripes. We would also conduct outreach to military networks like Military News Network and Voices of America Network, pitching opportunities like guest blogging online, an online


VOTEXAS.ORG

TX_00298808



discussion forum, interviews or listener call-in sessions and offering videos with tips and instructions for how new the new voter identification laws will affect them in Texas.

Voters with special needs are treated uniquely in the new voter ID law; all polling locations now have a device allowing people with disabilities to vote from their vehicles. It is important these voters know they can follow certain procedures for an exemption from the photo ID requirement. B-M will work closely with the Coalition of Texans with Disabilities (CTD), an established statewide cross-disability advocacy organization widely recognized for expertise in accessible voting. B-M and CTD worked closely together during the VOTEXAS program in 2006. CTD will bring numerous contacts to disability media, both electronic and print, including those targeted across disability or specifically to persons with blindness, deafness, mobility impairments and more. B-M and CTD will also target state, regional and local conferences focusing on disability with the media tour, workshop presentations and exhibits. Since people with disabilities disproportionately use public transportation; banner ads particularly on special transit services vehicles will be used. In coordination with the "Nothing About Us Without Us" disability credo, B-M will use Texans with visible disabilities at media tour stops and conferences.

*Please see addendum for our target media outlets for the general population, as well as for special populations and the relevant angles we would develop to communicate how the "Faces of Texas" determine our future as a state.*

### *Taking it to the Streets - Grassroots Promotions*
Through targeted grassroots outreach, the "It's How We Vote in Texas" education program will be designed to successfully educate key audiences about the new voter requirements. This is about reaching people where they live, work and gather – in their communities; where there becomes a ground swell of information sharing.

Following the kick-off event, a series of mobile photo booths, which mimic a Texas driver's license, will be deployed around the state using smaller-scale events with regional leaders and celebrities to attract local press with the goal of expanding and spurring on the education effort to make it more localized and tangible. The photo booth is symbolic of the new photo identification requirement and will serve as the basis for educating the community members. The mobile photo booths events will serve as kick-offs for the grassroots effort.

We will position Texas Secretary of State Andrade as the primary spokesperson for the statewide program. It will also be important to engage legislators, local community leaders and local celebrities at each of these community events, which will drive local media coverage, generate interest and educate the public about new voter ID requirements. For example, a photo booth would be set up in a local community center in El Paso among a Spanish-speaking population and a notable Spanish-speaking community leader would be onsite for the public to snap photos with and advocate on the state's behalf. Similarly, the photo booth could also travel to a local senior center, a sporting event and a college campus all within the El Paso community to educate and inform each targeted audience about the new voter ID requirements.

Tying in the photo booths back to our theme, "It's How We Vote in Texas," our strategy is to create a voice of individual Texans while also generating a camaraderie among voters that showcases the unique aspects of our collective *Texan-ness.* Using the photos of each individual Texan gathered from the mobile photo booth tour, we will add them to the Texas state flag mosaic. We will display a digital version of the mosaic flag at each stop along the tour to symbolize that voting is an important individualized activity which is a piece of a larger, significant part of being a Texan.

Voters will have access to their photo booth photos and will be encouraged to share them on social media platforms such as Facebook and Twitter, alongside a message encouraging their friends to learn more about the new voting rules and visit a photo booth in their town.

Our research shows that two of the top three sources of credible information are family and friends, and faith-based organizations and church groups. Therefore, further grassroots outreach will include leveraging our existing proprietary database of more than 5,000 community-based and faith-based organizations from each Texas County. We will reach out to share information through personal communication to educate Texans about the new photo identification requirement and continue to reinforce the messaging about the overall voting process.

### *Having a Conversation - Social Media*
Year after year, research shows the incredibly influential nature of friends and family members on voting behavior. Those who are encouraged to participate in the political process by those they know, love and trust are exponentially more likely to show up on Election Day. Moreover, we have also found the growing role of the Internet as a politically influential tool. Fully three-quarters (74 percent) of internet users used the web in 2008 "to get involved in the political process or to get news and information about the election." By leveraging the personal, social and viral attributes of the Internet, the Office of the Secretary of State can create a compelling platform for voters to encourage their friends and families to get prepared for and vote in the 2012 elections.

In addition to the social media aspects which will be a key component of each program tactic, please find below our comprehensive digital and social media capabilities and comprehensive plan to increase awareness of how to register to vote – the requirement of photo identification – and how to properly cast a ballot by mail or at a polling place.



Burson-Marsteller

10

TX_00298809



**Reaching, Educating and Engaging Voters**

Seventy-three percent of Texans regularly access the Internet, making the medium an ideal target to reach, educate and engage both active and reluctant voters about the ways in which they can participate in future elections. Specifically, we recommend the creation of a series of efforts online that, taken together, will reach millions of voters throughout the state and prepare them to exercise their right to vote.

It is important to note at the onset that many of our ideas below rely on social media. And while over half of the U.S. population uses Facebook, not everyone on the internet is an avid fan of social networking sites. As such, every idea listed below will exist in the Facebook, Twitter and YouTube environment and will also be replicated on the VOTEXAS web site.

- **Concept #1: Social Media Preparedness Application: Identifying & Encouraging Friends and Family**

  As noted above, the leading indicator of whether an individual votes is whether his or her friends and family members vote as well. Taking advantage of this fact, Burson-Marsteller recommends the development of a robust friend-to-friend Facebook experience that enables and incentivizes active voters in the state to:

  1. **Confirm:** Using our Facebook application, individuals in the state can find out if they are truly ready to vote by participating in a **four-question quiz** within the Facebook environment. Our "voter preparedness quiz" will ask (and confirm) whether an individual is registered to vote, aware of SB 14, familiar with polling place processes and procedures and prepared to properly cast a vote.

  2. **Inform:** After answering the four questions properly, prepared voters will be invited to **inform their social networks** across Facebook, Twitter and e-mail that they, personally, are "ready to vote" in 2012 and that they want their friends to take the quiz, as well.

  3. **Motivate:** In addition to a broad "call-to-action" to take the quiz, prepared voters will also be asked to **send personal invitations** to specific friends and family members to take the voter preparedness quiz and see if they're ready to vote on Election Day. It's this reminder/pressure from friends and family members that will help virally spread the word about voting in Texas through informal, trusted channels. Here's how it works.

After completing the voter preparedness quiz, individuals will be encouraged to invite their friends and family members to participate, as well. Individuals can simply check off which of their Facebook friends need extra encouragement. Doing so will trigger a personal Facebook message – from you to them – driving them to the preparedness quiz. The system will also integrate with Twitter and with e-mail addresses for those not on the Facebook platform.

  4. **Reward:** As a reward for taking the quiz, we will feature your photo in our upcoming advertising program. Using a proprietary Facebook tool, we will "export" the Facebook photo of all those who participate in the quiz and create a photo mosaic billboard advertisement featuring their image. We will create urgency and excitement by selecting a date after which your photo can no longer be included in our advertisements. (Note: Individuals will have the option to opt-out of the advertising program.)

> Those taking the quiz could also win prizes including the honor of being featured prominently (as the main subject) in an upcoming advertising and/or the opportunity to meet or have lunch with an elected leader.

In addition, and mentioned above, as part of the mobile photo booth, we will take all the photos of those who participated in the quiz and add them to a Texas state flag mosaic. We will carry the mosaic flag with us from county to county, event to event, reminding everyone that voting is an important part of being a Texan.

- **Concept #2: Social Media Amplification & Outreach**

  As noted above, we will work together to identify elected officials and other influentials throughout the state and encourage them to join our program, and help spread the word about voter preparedness. In addition to traditional outreach efforts, we also recommend utilizing your web site and your social media properties to reach, engage and motivate Texas's political leaders.

  - **Identify:** There are thousands of journalists and political officials across state. An increasing number of these journalists and political leaders boast robust followings across social media outlets. Working with you, we will identify every important journalist and elected leader in Texas and identify whether they are active in social media.

  - **Outreach:** Once identified, Burson-Marsteller will use Twitter, Facebook and other social networking channels to reach out to these influential individuals and encourage them to share information about voter preparedness with their online followings across blogs,



Burson-Marsteller

TX_00298810



videos, tweets and Facebook status updates. We will utilize our legislative outreach program (outlined in a separate section) in conjunction with our social media approach.

- **Concept #3: Monitoring, Rapid Response & Engagement**
  As we approach Election Day, we anticipate thousands of Texans turning to social media to ask questions about the voting process:
  - "How do I register to vote?"
  - "Where do I vote?"
  - "Is it true that I need to bring Photo ID with me to vote in this election?"

Leveraging the proprietary *BursonPulse* social media monitoring and response system, we will work with voters to scan, in-real time, millions of online publications, blogs and social platforms for questions from Texans about voter participation. Upon uncovering a relevant question, we will immediately spring into action and strategically respond to the individual online using approved messages and information from the VOTEXAS web site.

In addition to using *BursonPulse* to identify conversations, we will also use it to:



- Understand the impact social media is having on voter participation in Texas;
- Understand which audiences know about the new voter ID requirements;
- Identify the top authors and sites for engagement;
- Measure the overall market size of engaged individuals;
- Identify both statewide and region-specific political conversation trends; and
- Gauge and assess the impact of our efforts on voter participation.

- **Concept #4: Voter Participation Amplification**
  Most people are familiar with the popular "I Voted" stickers that individuals often wear after casting their ballot. These stickers remind everyone that it is Election Day and that it is important to vote. Taking a page from the sticker effort, we will build a button on Facebook and on the SOS web site where individuals can click "I Voted" to share the news with their friends across social media.

## Voices of Authority - Legislative Outreach

Elected officials are clearly key stakeholders in this effort. According to our research, 84 percent of Texans believe state officials are "somewhat/very credible" sources of information. Supplying this group with concise toolkits will allow their offices to respond in a timely fashion, and with a consistent – and correct – message on what their constituents need to know in order to cast their vote. In our recent public awareness program on behalf of the Texas Department of Insurance, state legislators were some of the most effective conduits for reaching Texans, because they have had regular interaction through constituent services offered and because they regularly attend community meetings, events and town halls. We anticipate those legislators will again be an important channel for reaching Texans with this program. We will target mayors and city council members, state legislators and U.S. representatives and senators to disseminate information and toolkits.

#### Mayors and City Council Members
This group of officials often gets the most face time with those in the communities they serve. Making sure the elected official and his or her staff member has the proper information on voting procedures and encouraging use of that information at public events and appearances will be an effective way to reach the local electorate.

#### State Legislators
Given that SB 14 was a controversial bill in the past Texas legislative session, we caution that providing information to those who opposed the bill should be done so in a nuanced and careful manner. For those who are strongly opposed to the voter ID bill, such as Senator Royce West (D - Dallas) and Representative Dawna Dukes (D – Austin) voter education can be seen as a chance to empower voters, ensuring that any new requirement does not have the unintended effect of disenfranchising voters, but rather provides an important piece of new information that they can proactively share with their constituents. Obviously, before any outreach to elected officials, we will coordinate with the SOS office to ensure everyone is aware and comfortable with the outreach efforts.

#### U.S. Representatives and Senators
The Texas offices of federal officials are well versed at handling constituent inquiries. We propose providing toolkits to these districts offices so they can share accurate information with voters, who may call, write, email or visit their office.



TX_00298811



### Toolkits

Toolkits are an important element of an effective grassroots and legislative program. Creating a standard set of messages and developing a variety of materials on which the messages can be shared, ensures broad—and consistent—dissemination of key information. We envision a toolkit that can be delivered virtually, via download, as well as one that can be printed and shared with target audience. The toolkit could include elements such as:

- Key talking points for leaders to leverage at public events
- A newsletter insert for inclusion in existing materials
- A fact sheet with key information for distribution
- A poster to hang in high traffic areas (churches, community centers, etc.)
- Links to all VOTEXAS social media profiles to share with constituents seeking more info

### *Culturally Correct - Hispanic Outreach*

Burson-Marsteller will ensure Texas Hispanics receive the information necessary to vote with confidence. Leveraging the inclusive, "It's How We Vote in Texas"/ "Así Votamos en Texas" theme, our program will address the key barriers to Hispanic participation in the voting process.

Texas Hispanics reflect a diverse range of backgrounds; therefore the program will be presented in targeted media, in English and Spanish, depending on the audience preference. Hispanics are also the fastest-growing group of voters in Texas.

| VOTING BARRIER | PROGRAM TACTIC |
|---|---|
| Fears/misunderstandings Eligibility to vote Photo ID requirement | Promote the simple steps to voting via paid advertising program |
| Knowledge of "Where" Eligibility to vote Photo ID requirement | Drive audience to VOTEXAS web site to find out where and when to vote |
| Motivation Forgetting to vote Belief that it's too complicated | Mobile reminder calls from celebrity of choice Social Media program Texting and Viral Video reminders |
| Voter Rights Report problems to SOS Voters with disabilities Voter intimidation | Position the Texas Secretary of State as a trusted advocate |

**Hispanic Creative Platform:** "It's How We Vote in Texas"/ "Así Votamos en Texas" is an affirmative voice that invites the voter to be part of a process that includes:

- Saying "yes" to voting = registering
- Setting aside time on a day or week = early voting, voting day
- Telling family and friends = pre & post vote dialogue
- Feeling included in the outcome = Talking about the results as a community



Because of the psychographic dynamics of the Hispanic audience, these connections must be built on an EMOTIONAL level based on family, friends, and community. It is not that Hispanics do not care; it is that they do not feel invested enough in the process to participate. The following nontraditional media tactics will enhance program relevance, and leverage the pass-along potential of our positive program message.

### PARTNERSHIP WITH VOTOLATINO

B-M will engineer a partnership with the national Hispanic voting advocacy organization, VotoLatino. This partnership will HUMANIZE the program, and could include Texas celebrities such as Selena Gomez, Demi Lovato, Eva Longoria and Guy Ecker.

**VOTEXAS.ORG**


Burson·Marsteller

TX_00298812

**PROPOSED ACTIVITY PLAN - TIMELINE**
**January 4, 2012 - January 31, 2013**

| PHASE I | 2012 | | |
|---|---|---|---|
| | January | June | |
| TASK | | | |
| Opinion Research/ Awareness Tracking | Pre-Wave (Jan. 4 | | |
| Planning & Strategy | Message | | |
| Media Relations | | | |
| Kick-Off Event | | | |
| Paid Media | | | |
| Community Outreach | | | |
| Social Media | | | |
| Legislative Outreach | | | |
| Hispanic Outreach | | | |

| PHASE II | 2012 | | 2013 |
|---|---|---|---|
| | July | December | January |
| TASK | | | |
| Opinion Research/ Awareness Tracking | | | |
| Media Relations | | | |
| Paid Media | | | |
| Community Outreach | | | |
| Social Media | | | |
| Legislative Outreach | | | |
| Hispanic Outreach | | | |

TX_00298813



## MOBILE PHONE INTEGRATION

91% of all Texas Hispanics, that's 5,485,000, 18+ own cell phones, according to Simmons Research Bureau. Reflecting the high rate of mobile phone usage among Texas Hispanics, the program will employ a Push-and-Pull strategy with this technology:

**Smartphone Penetration by Race/Ethnicity – U.S Q4'09 – Q4'10**

**PUSH** - Tell a friend integration: text 5 friends after you vote, and become eligible for a prize
**PULL** – Serve relevant, in-language program messages via paid display advertising on mobile phones



Texas Hispanics will have the option to receive a REMINDER CALL from their favorite celebrity — this is not a Robocall, but an opt-in, customized message selected via social media sites prior to the election.  The message can be retrievable via mobile phone or mobile web.

### Social Media Aspect

Reflecting Hispanics' rapidly growing presence on Facebook, Twitter, and geo-location services we will create a Facebook application with sharing features tied to the creative platform, and integrate this into the voter registration process–allowing individuals to "check-in" or "status-update" their voting activity. Voters will also have the opportunity to recommend to friends that they vote. Alongside the recommendation will be links to the VOTEXAS web site and VOTEXAS social media profiles. According to a recent Simmons poll, 1,517,000 (25%) Texas Hispanics18+ have been on Facebook in the past 30 days. 435,000 (7%) and TX Hispanics 18+ have been on Twitter.

### Hispanic Community and Education Outreach

B-M will work closely with community partners to create "at-work" outreach–for example, creating an effort to "tailgate" to the polls on the day of election by encouraging HR departments to support the effort. Our team will explore proactive partnerships with churches and community centers, and advocacy organizations including NCLR and LULAC. The program will include robust outreach to High Schools, Technical/Trade Schools, Community Colleges, and Colleges & Universities.



## *Crisis Communications*

The B-M team believes it is wise to prepare a crisis response plan.  Working with the SOS office, we will develop a crisis response plan that builds upon the infrastructure necessary to respond effectively in the event of a crisis – or, more importantly, to prevent an issue from becoming a full-blown crisis in the first place.  The overarching strategy will be simple: Prepare comprehensively. Respond forcefully and effectively. Crisis response preparations will include:

- Establishment of a core crisis team at our office and the SOS office
- Research and evaluate potential vulnerabilities
- Development and implementation of plans

- Preparation of materials
- Establishment of a team-member contact
- Monitor and evaluation of crisis media coverage

## Section 3.6: Experience and Capability

### *HAVA/SOS Team*

We have tailored a specialized Texas HAVA program team comprised of experienced practitioners with expertise relevant to executing a successful and impactful public education program. Drawing from our global best practices and our local expertise, we deliver statewide programs through local relationships, in-culture communications and penetration of hard-to-reach audiences. Our public education experience includes multi-million dollar programs such as the 2006 HAVA program for the Texas Secretary of State, the introduction of electric deregulation for the Public Utilities Commission of Texas, the Texas "beach watch" program for the Texas General Land Office, and water quality and conservation programs with the Texas Commission on Environmental Quality. We have also worked with the City of Mesquite, the City of Dallas Water Utilities and Dallas-Fort Worth International Airport to name a few. Additionally, Burson-Marsteller is pleased to work with a range of private sector clients in Texas such as Potter's House, Shell Oil, Reliant and Merrill Lynch.

Our partner, TKO Advertising has guided extraordinary branding and integrated social marketing programs for Texas-focused public information initiatives, including the Texas Office of the Attorney General, Texas Commission on the Arts, Texas Department of Housing and Community Affairs, Texas Education Agency, Public Utility Commission of Texas and the Texas Workforce Commission. TKO's private sector experience includes

**VOTEXAS.ORG**



Burson·Marsteller

TX_00298814



working with Commemorative Brands, Grande Communications, AustinatWork/Austin American-Statesman, Nokonah Residences, Four Seasons Austin and Austin Tourism. The hourly rates provided for the team are at a discounted level, with the top rate capped at the discounted Director level. For any program questions, contact Mike Lake at Mike.Lake@bm.com or 214-224-8401.

### Mike Lake
*Client Leader*

Mike Lake, the Chairman of Burson-Marsteller's Public Affairs Practice and Southwest Region, will serve as a client leader to the program. Lake brings extensive national political experience and over 25 years of private/public sector public relations expertise to developing public policy programs, media campaigns, grassroots operations, marketing programs, advocacy advertising campaigns and crisis communications strategies on behalf of agency clients. In Texas, Lake created the public education program for the State's PUC to introduce electric deregulation to residential and commercial customers. In addition, Mr. Lake worked the Secretary of State's Office to educate Texans about new electronic voting machines as part of the Help America Vote Act. Lake has led some of the agency's major client engagements including TXU Corporations effort to position their 11-coal plant build strategy as a positive step in electricity reliability and environmental and community stewardship and then on their re-branding and marketing efforts surrounding one of the largest private equity merger in history. Lake received his bachelor's degree in economics at California State University. ($240/hr)

### Michelle Bleiberg
*Project Manager*

Michelle Bleiberg, a Director of public affairs in the Burson-Marsteller Dallas office, will serve as Program Manager for "It's How We Vote in Texas," overseeing all aspects of the outreach program. Throughout her 20 years of experience, Bleiberg has led numerous successful communications programs and has expertise in corporate reputation, thought leadership, media and community relations, crisis communications, event planning and brand positioning. During her five year tenure with Burson-Marsteller, she has led notable campaigns including Shell Oil Company's 50 City Tour, "A National Dialogue on Energy Security," which took Shell President John Hofmeister across the country to educate the public on the future of U.S. energy security and improve Shell's image as an industry leader among community leaders and other key influencers. Bleiberg also oversaw the Save Dallas Water public education initiative that was the culmination of a five-year long effort by Dallas Water Utilities (DWU) and Burson-Marsteller to shift behavior and increase water savings with younger generations to ensure that Dallas has ample water supply for the future. Bleiberg has a bachelor's degree in public relations from Texas Tech University and was recently named Outstanding Alumna by the College of Mass Communications. ($240/hr)

### Jenifer Sarver
*Director, Legislative Outreach*

Jenifer Sarver is a Director in Burson-Marsteller's public affairs practice and will serve as Director of Legislative Outreach, responsible for all coordination with lawmakers and public officials. Also serving as chief of staff to Global Vice Chair Karen Hughes, Sarver leverages her more than 12 years of political and communication experience to provide crisis and strategic communications counsel and tactical support to a range of clients, including Texas Speaker of the House Joe Straus. Her current work in Austin includes coalitions and grassroots efforts to engage key stakeholders, including legislators and community leaders on behalf of her clients. Sarver spent eight years in Washington, D.C. where she worked on Capitol Hill for U.S. Senator Kay Bailey Hutchison, in the Bush Administration at the U.S. Department of Commerce and at The Archer Center, the home of all Washington, D.C.-based student programs for The University of Texas System. She graduated from The University of Texas at Austin with bachelors' degrees in journalism and speech communication, and received her Master's in Public Administration from American University. ($240/hr)

### Robert Martin
*Legislative Outreach*

Robert Martin, a Senior Associate in the Dallas office, will assist the Director of Legislative Outreach in all related outreach efforts. Martin brings eight years of experience in strategic messaging, writing, and research, as well as national and state-wide legislative outreach. Prior to joining Burson-Marsteller, he managed research and intelligence capabilities and worked on a wide range of issues for clients in numerous sectors at Prime Policy Group, a Washington-based government consulting firm. Martin previously served as a Deputy Director in the White House Office of Legislative Affairs, where he oversaw all official correspondence between the President and Members of Congress and worked to promote the President's agenda on Capitol Hill. Martin has also been employed by both congressional and state-wide campaigns in communications, fundraising, and grassroots capacities. He received his B.A. in Political Communications from The George Washington University. ($190/hr)

### Lauren Davis
*Director, Community Outreach*

Lauren Davis, a Manager for public affairs in the Dallas office, will serve as Director of Community Outreach, overseeing the development and implementation of the program's public outreach programming. Davis brings nine years of valuable experience in public affairs and community education and outreach to her efforts on behalf of local and national clients. Her expertise in providing public affairs strategy and has been utilized by Landmark Software and Services, Entergy, and Fidelity, among others. Prior to joining Burson-Marsteller, Davis was a Principal at Public

**VOTEXAS.ORG**


Burson-Marsteller

15

TX_00298815



Strategies, Inc., and a Public Affairs Consultant at Ibarra Strategy Group, where she served as the client-lead to several Fortune 500 clients and as National Advocacy Consultant to the U.S. Green Building Council. Her experience also includes time as a National Field Coordinator at the Environmental Defense Fund in Washington, D.C., and service to several high-profile political campaigns, including Hillary Clinton's presidential primary campaign. Davis holds a master's degree in Public Administration/Affairs from Texas State University and a bachelor's degree in Psychology from Sam Houston University. She is also a graduate of the Womens Campaign School at Yale University. ($210/hr)

**Allison Yeaman**
*Director, Media Relations*
Allison Yeaman, a Senior Associate in the Dallas office, will serve as Director of Media Relations, responsible for all of the program's media outreach efforts. Yeaman brings more than eight years of experience in media relations, writing, and crisis communications to her work with Texas-based clients, including Reliant Energy and the Houston Airport System. She specializes in media outreach, crisis communications, spokesperson and media protocol training, as well as developing strategic campaigns for focus markets implementing media tours, community events, and sponsorship publicity designed to raise awareness. Prior to joining Burson-Marsteller, Yeaman spent more than five years at SPM Communications, a Dallas-based PR firm, where she managed media and communications for Whataburger, a storied Texas brand. She landed the Southern chain feature stories in national publications such as Fast Company and The New York Times. She also garnered feature coverage for the iconic brand in Texas Monthly, Texas Highways, The Dallas Morning News, Fort Worth Star-Telegram and Houston Chronicle, among others. Yeaman received her Bachelor of Arts in journalism and a minor in business from the University of North Texas. ($190/hr)

**Mark Driscoll**
*Director, Opinion Research*
Mark Driscoll, a Senior Project Manager at Penn, Schoen and Berland Associates' Austin office, will serve as the program's Director of Opinion Research. With more than seven years of experience, Driscoll is a founding member of the Austin office and serves as a trusted advisor to numerous clients for both their internal research departments and in fulfilling external research needs. He manages a research analysis team that interprets qualitative and quantitative data to provide clients with actionable recommendations and strategic insights. He has worked both onsite and offsite for Dell, T-Mobile, top 20 universities, and government agencies. Driscoll received his BBA in Marketing from the George Washington University. ($175/hr)

**Raul Garza**
*Creative Director*
Raul Garza is a co-founder of TKO Advertising, leveraging more than 15 years of senior-level experience in the communications industry, in such diverse roles as copywriter for general market and Spanish language campaigns, agency producer, advertising creative director and communications director. He will manage the program's statewide media planning and execution and lead Hispanic strategy for the program. Garza boasts a wealth experience creating statewide, multi-cultural, multi-language efforts programs for Texas public agency public awareness campaigns including Texas Department of Insurance, Texas Workforce Commission, Texas Attorney General's Office, Texas Public Utility Commission and the Texas Department of Housing and Community of Affairs. He also participated in the inaugural public education campaign for AmeriCorps National Service. This comprehensive outreach campaign has helped attract more than 250,000 participants, making it the most successful service program in American history. Prior to founding TKO, Mr. Garza worked in global advertising agencies including Leo Burnett in Chicago and Foote Cone Belding in Los Angeles. ($175/hr)

**Tommy Incorvia**
*Paid-Media Coordinator*
Tommy Incorvia has been involved in many aspects of client projects at TKO and will apply more than six years of experience to overseeing the program's media buys and advertising campaign. Incorvia has successfully worked with clients and media outlets on national and local scales. He understands the modern media buying landscape and has a strong network in all forms of media, including interactive. His excellent negotiation skills allow him to obtain the lowest costs and highest value-add for clients. Incorvia has supported public agency and business clients such as the Texas Department of Insurance, Four Hands Home, Santa Fe Convention and Visitors Bureau, Superior HealthPlan, Texas Veterans Land Board and Whole Foods. He graduated from St. Edward's University with degrees in Marketing and Finance. He uses his business skills to understand budget constraints and ensure strong campaigns no matter the budget. ($100/hr)

**Matt Reyes**
*Hispanic Marketing Specialist*
Matt Reyes is a TKO expert in the niche of Latino voting, and will help guide the program in reaching critical current and future Latino voters across Texas. With more than five years of valuable experience, he is well-versed and active in bottom-up media, organizations, and theory, and helps organizations ranging from major brands to cultural arts institutions define their purpose, create authentic word of mouth and become innovative. As director of marketing for VotoLatino, Reyes worked on marketing communications for the Be Counted and United We Stand campaigns and other organizational events and outreach efforts, which featured actors such as Rosario Dawson, Cameron Díaz and Eva Longoria. He has been



TX_00298816



featured on C-SPAN, Al Jazeera, Iconoculture, PR Newswire and Minority Business Entrepreneur.  Mr. Reyes has a bachelor's in science from the University of Texas at Austin where he majored in public relations. ($100/hr)

**Dennis Borel**
*Director, Disability Outreach*

Dennis Borel, Executive Director of the Coalition of Texans with Disabilities, will serve as the program's Director of Disability Outreach.  Borel is frequently called on for research, policy analysis and recommendations to the Texas Legislature and state agencies on issues surrounding disabilities. His service on advisory groups includes an appointment by Gov. Rick Perry to the State Independent Living Council. He has successfully advocated for positive change in government policy and practice in employment, transportation, housing, health care and architectural barriers to promote the full inclusion of people with disabilities in community life. Borel has twenty-seven years' experience as a senior manager of nonprofit organizations, during which time his programs have received numerous state recognitions and national awards from HUD, the Points of Light Foundation, the New York Interactive Film Festival, the Barbara Jordan Media Awards and the Peter F. Drucker Foundation for Nonprofit Management. In 2006, the University of Michigan awarded him the national James Neubacher Award for promoting rights and increasing opportunities for people with disabilities and in 2009, he won the National Advocacy Award from the National Council on Independent Living. Borel graduated from the University of Michigan's School of Business. ($210/hr)

*Company History and Experience*



**Burson-Marsteller, LLC** is a leading communications consulting and public relations firm consisting of approximately 2,000 communications professionals worldwide. We have been providing clients with strategic thinking and program execution for 58 years across a complete range of communications services. Founded by Harold Burson and Bill Marsteller in 1953, Burson-Marsteller has maintained a common philosophy of client service and quality throughout the world, delivered with a single standard of excellence. Leveraging our trademark Evidence-Based approach, our goal is to deliver effective and seamless communications by providing empirical evidence and measurement of results to all clients. With advertising, media, community outreach and digital experts pulled together to form a specific team for the SOS, our teams in Austin, Dallas and Houston are comprised of trained professionals with decades of combined experience. Burson-Marsteller's Texas offices have award-winning experience in public education  programs, national and statewide minority outreach, media relations and brand marketing. We also have established bilingual team members in Texas trained at trans-creating messages to ensure they effectively reach all target audiences. In addition, Burson-Marsteller has successfully led HAVA programs in four states, including New York, Ohio, South Carolina and Texas, developing expertise and best practices in voter education and outreach programs.

**TKO Advertising, Inc.** founded in 1998 is a full-service, creative-driven advertising agency and Historically Underutilized Business (HUB) licensed and operating in the state of Texas for 13 years. In more than a decade of multimedia account creation and implementation, TKO has earned a stellar reputation and multiple industry awards for producing memorable creative solutions and generating groundbreaking programs for public agencies, Fortune 500s and start-ups. Our team's knowledge of the political nuances of Texas' many unique media markets helps define the plans geographically and demographically, so that we reach the constituents in the most efficient way possible. We are deft at addressing multi-cultural marketing challenges across our state because we are multi-cultural ourselves, and we understand how to craft media programs that reach Texans and drive them to take action. TKO's experienced team provides strategic and creative direction, as well as expert guidance across all media vehicles: online, television, radio, newspaper, magazine, and outdoor. TKO supports strong program messages with timely and accurate media placement, employing the most comprehensive software and tools to analyze media, negotiate rates and added-value benefits, track performance, and provide post-buy reporting and analysis.



Penn Schoen Berland (PSB), founded in 1975 and in business for 36 years, is a global research-based consultancy that specializes in messaging and communications strategy for blue-chip political, corporate and entertainment clients.  Since becoming a part of WPP in 2001, PSB as Burson-Marsteller's sister company and also under Mark Penn's leadership has extensive experience working with B-M around the world on engagements of every size and scope. With local offices in Austin and having provided complex research and insight for several Texas groups including the Texas Department of State Health Services, PSB is uniquely positioned to help disseminate messages effectively and assist in tracking  program results. PSB brings together lessons from the campaign trail and the boardroom to create innovative strategies to handle complex situations. With a powerful hybrid model—Winning Knowledge™, PSB combines both political and corporate research, recognizing that the strategies used to effect change in one area can be innovative and effective in the other.

In the political arena, PSB has thirty years of experience winning competitive elections. We've won nearly three quarters of the races we've run, and have worked as pollster and strategic advisor to candidates including President Bill Clinton, New York City Mayor Mike Bloomberg and UK Prime Minister Tony Blair.  Our innovative and successful political work led Time Magazine to dub us "Masters of the Message."



TX_00298817



In the corporate sector, PSB is a strategic research provider to more than 30 of the Fortune 100 companies, including many of the leading consumer and business brands. We help these organizations implement proactive, research-driven and integrated communications efforts like the ones that win political campaigns.



Founded in 1978, the **Coalition of Texans with Disabilities** has been a social and economic impact organization benefiting Texans with disabilities of all ages for 33 years. Based on expertise developed as the oldest and largest consumer-led cross-disability statewide organization in Texas, CTD provides quality services to businesses, organizations and individuals. CTD makes use of people with disabilities as subject matter experts; a unique perspective valued by our clients. CTD currently has over 80 organizational members covering every region in the state. These member organizations represent over two million unduplicated disabled and aging Texans. CTD has been deeply involved with HAVA and the Secretary of State since the debut of Texas' response to HAVA, including an appointment to serve on the state's HAVA Advisory Committee, input to the Secretary of State's Elections Division on the Texas' HAVA implementation plan, and development of a HAVA power point training tool for election workers and voters with disabilities. CTD has conducted numerous HAVA trainings for election workers and county judges and outreach presentations to Texans with disabilities via CTD member organizations. CTD partnered with Burson-Marsteller as a sub-contractor on the initial HAVA program.

*FCC DTV Consumer Education and Awareness Program*
*Situation Analysis*

As the original deadline (February 15, 2009) neared for full-power TV stations to cease broadcasting in analog and switch to all-digital transmission, the Federal government faced a significant challenge: millions of households remained unprepared for DTV and would lose access to free, over-the-air television programming. As a consequence, these households would be cut off from a primary source of emergency announcements, weather alerts, news and other important information. Consequently, President Obama and Congress agreed to extend the deadline to June 12, 2009, to allow four additional months to reach and prepare unready households.

*Goals and Objectives*

The goal of the program was to provide for media services and outreach to help prepare "unready" households for the DTV transition. Objectives of the DTV Consumer Education and Awareness Program included:

1. Bolster the reach, penetration and impact of the FCC's DTV readiness messages in selected markets, specifically among the groups that had been determined to be most at-risk: Hispanics, African Americans, Native Americans, seniors, persons with disabilities and rural residents;
2. Generate media coverage that would communicate the urgency of the need to get DTV-ready; convey the negative consequences of failing to get ready, assure consumers there is a great deal of help available to them and direct them to that assistance;
3. Develop events and/or other types of activities specifically designed to reach the targeted audience(s) effectively, efficiently and with high visibility
4. Provide support for press release and media toolkit development and dissemination;
5. Develop and execute a radio PSA campaign and establish a paid media program to support earned media, PSA and local outreach efforts in identified target markets.

*Market Research :* The FCC identified "at-risk" target audiences and stakeholder groups as focal points of the program, including Native Americans, Hispanics, African Americans, Asian Americans, seniors, people with disabilities and rural residents.

The communications strategy for the final countdown to DTV centered on: 1) engagement of recognized, trusted influencers from within the targeted audience communities as messengers and 2) customized, local outreach, focused on the 49 "hotspot" markets.

*Approach:* National outreach focused on one-on-one outreach to national organizations and media serving these at-risk populations, while concurrently the grassroots program was executed in each of the 49 hotspots. Burson-Marsteller activated its on-the-ground network of communications and outreach professionals in 32 of the hotspot markets selected by FCC.

*Media Relations:* An aggressive media relations effort at the national and local levels helped generate more than 683,955,215 impressions in the final phase of the consumer awareness program. Major tactical elements included a major media event for FCC Chairman Michael Copps on June 9 in Los Angeles featuring on-air talent and other representatives from television stations, media briefing conference call and in-person media availability with Chairman and Commissioners on June 13, two radio media tours and two satellite media tours. Additionally, Burson-Marsteller staffed an on-site war room at the FCC from June 10-13, helping to field and respond to media calls, drafting media materials and talking points for FCC spokespeople and liaising with field teams.

*Local Field Team Outreach:* An aggressive field team outreach program was conducted in 32 hotspot markets, leveraging a network of more than 650 community organizations and key influencers to reach consumers where they live—at faith-based institutions, community and county fairs, flea markets, sporting events, zoo, subway stations, mall, schools and civic groups. The DFW area was identified as one of the 39 "hotspots" that



TX_00298818



the FCC targeted. Using the DFW area as an example, Burson-Marsteller partnered with the FCC to attend a kick-off event at the Dallas Farmer's Market to distribute materials and educate the public about the switch from analog to digital television. Burson-Marsteller conducted extensive media outreach to local television stations, radio stations and print media to promote the FCC's participate in the event. The idea to participate in the event at the Dallas Farmer's Market was to reach out to an already established local DFW audience to promote the nationwide transition at a local level. Similarly, Burson-Marsteller and the FCC partnered with local television station, WFAA, to host a phone bank to address viewers' questions and concerns regarding the transition from analog to digital. The phone bank volunteers were also featured on-air which garnered additional coverage. The Farmers Market and WFAA phone bank partnerships were two localized examples of the grassroots outreach Burson-Marsteller successfully conducted to target the local DFW community.

*Public Service Announcements (PSA's):* Burson-Marsteller developed, distributed and pitched radio public service announcements in English and Spanish. The effort resulted in 17,433 airings and a total of 40,961,550 impressions.

*Project Work Plan:* Key milestones were leveraged to make media "splashes" both nationally and locally:
- DTV soft test (May 21, 2009)
- 30-day DTV countdown
- 10-day DTV countdown
- DTV Transition Day (June 12, 2009)
- Post-DTV Transition (June 12-19, 2009)

*Purchase of Air Time:* Two waves of paid advertising were developed and placed throughout this program. Pre-June 12, 2009, radio ads were developed and placed in English and Spanish in hotspot markets, alerting consumers about the impending transition deadline on June 12 and the availability of help to get ready. Post-June 12, 2009 radio and print ads were placed, letting consumers know help was still available to make the transition. Placement was concentrated on outlets with high penetration among at-risk populations.

*Project Budget:* The project was accomplished within the allotted budget of $3,954,639.30.

*Results:* From May 15 through June 24 outreach efforts generated:
- 897,028,792 total impressions
- 683,955,215 news media impressions, including 346 print, 98 radio, 533 internet and 1,340 TV;
- 458 media interviews with FCC spokespeople
- contact with 658 key influencers and third-party organizations
- support for 546 events
- 487,956 attendance at local events
- 252,947 materials distributed
- 40,961,550 PSA airings
- 1362 b-roll airings
- 171,368,100 advertising impressions

**Client References**

George W. Bush Presidential Center (B-M)
Hannah Abney, Director of Media Relations
P: 202-271-3456
E: habney@bushcenter.com

Texas General Land Office (TKO)
Craig Davis, Beach Watch Coordinator
P: 512-463-8126
E: craig.davis@glo.texas.gov

**Financial Statements**

Burson-Marsteller LLC, is a Young & Rubicam Group Company which is wholly owned by WPP Group PLC. WPP is a public company listed on the NASDAQ in the U.S., as well as on the London Stock Exchange. Therefore, the Group is subject to the provisions of the Sarbanes-Oxley Act and may not supply revenue and other financial data which are not consistent with GAAP (Generally Accepted Accounting Principles). The financials for all WPP companies are consolidated into WPP's audited financial reports. Therefore, we must refer to WPP's annual reports for all financial information. Such reports can be obtained at www.wppinvestor.com. For more information, contact Sharon Balkam at Sharon.Balkam@bm.com or 202-530-4504.

**VOTEXAS.ORG**



Burson·Marsteller

TX_00298819

# ADDENDUM

# COPY

TX_00298820

The undersigned certifies that the proposer is allowed to claim the Chapter 2155 Texas Government Code and Texas Administrative Code 34, §20.38 preferences that are checked below:

| CHECK BELOW IF PREFERENCE CLAIMED |
|---|
| ☐ Goods produced or offered by a Texas bidder that is owned by a Texas resident service-disabled veteran |
| ☐ Goods produced in Texas or offered by a Texas bidder that is not owned by a Texas resident service-disabled veteran |
| ☐ Agricultural products grown in Texas |
| ☐ Agricultural products offered by a Texas bidder |
| ☐ Services offered by a Texas bidder that is owned by a Texas resident service-disabled veteran |
| ☐ Services offered by a Texas bidder that is not owned by a Texas resident service disabled veteran |
| ☐ Texas Vegetation Native to the Region |
| ☐ USA produced supplies, materials or equipment |
| ☐ Products of persons with mental or physical disabilities |
| ☐ Products made of recycled, remanufactured, or environmentally sensitive materials including recycled steel |
| ☐ Energy Efficient Products |
| ☐ Rubberized asphalt paving material |
| ☐ Recycled motor oil and lubricants |
| ☐ Products produced at facilities located on formerly contaminated property |
| ☐ Products and services from economically depressed or blighted areas |
| ☐ Vendors that meet or exceed air quality standards |
| ☐ Recycled or Reused Computer Equipment of Other Manufacturers |
| ☐ Foods of Higher Nutritional Value |

The undersigned is an authorized official for the proposer and certifies that the proposal submitted with this "Execution of Offer, Affirmation of Terms and Conditions, and Proposal Preferences" instrument is in full compliance with the provisions expressly stated above. Furthermore, in compliance with this RFP and subject to all the conditions therein, the undersigned offers and agrees to furnish any or all commodities or services at the prices quoted in its proposal.

| | |
|---|---|
| CONTRACTOR/ VENDOR NAME: | Burson-Marsteller |
| STREET ADDRESS: | 1845 Woodall Rodgers FWY, 11th Floor |
| CITY/STATE/ZIP: | Dallas, TX, 75201 |
| TELEPHONE NO.: | 214-224-9440 |
| EMAIL ADDRESS: | mike.lake@bm.com |
| CONTRACTOR'S AUTHORIZED AGENT: | Mike Lake |
| TITLE OF CONTRACTOR'S AUTHORIZED AGENT: | Chairman, Public Affairs Southwest Region |
| SIGNATURE OF AUTHORIZED AGENT: | Mike Lake |

ATTACHMENT B-15

TX_00298821

## NOTICE OF INTENT TO SUBMIT A PROPOSAL
### Request For Proposal 12111
### Office of the Secretary of State

The undersigned vendor hereby files a notice of intent to submit a proposal for:

**VOTER EDUCATION AND OUTREACH OPPORTUNITIES** in accordance with the provisions of HAVA and Texas Election Code §§ 31.010 –31.011

Vendor Name:     Burson-Marsteller

Contact Name:    Michelle Bleiberg

Phone Number:    214.224.8440

Email:           michelle.bleiberg@bm.com

- Filing of this notice is mandatory to received additional or further information regarding RFP#12111;

- Any future correspondence regarding RFP#12111 will be addressed to the Vendor's contact specified above;

- Filing this notice in no way binds the vendor to submit a proposal for VOTER EDUCATION AND OUTREACH OPPORTUNITIES, RFP#12111; and

- Vendors who do not file this notice by the deadline date are not eligible to submit a proposal.

**PLEASE SUBMIT THIS NOTICE BY EMAIL TO** RFP#12111@SOS.STATE.TX.US **AS SOON AS POSSIBLE AFTER RECEIPT OF THE REQUEST FOR PROPOSAL, BUT NOT LATER THAN OCTOBER 17, 2011 AT 5:00 PM, LOCAL TIME IN AUSTIN, TX.**

**The SOS will confirm receipt of the Proposer's "NOTICE OF INTENT TO SUBMIT A PROPOSAL" by reply email to the address provided above. The Proposer is responsible for delivery of this notice and confirmation of receipt from SOS. SOS shall not be responsible for any inaccurate email address or faulty electronic transmissions.**

**ATTACHMENT A**



# I ALWAYS WEAR MY LUCKY SHIRT.

## AND I ALWAYS BRING MY PHOTO I.D.

# VOTEXAS.ORG

**TEXAS OFFICIAL VOTING RESOURCE**

**VOTING** IS EASY AND ACCESSIBLE TO ALL TEXANS.
1. **REGISTER** TO VOTE
2. FIND YOUR **POLLING PLACE**
3. BRING YOUR **GOVERNMENT-ISSUED PHOTO I.D.**
4. CAST YOUR **VOTE!**

★ ★ ★

## IT'S HOW WE

★ ★ ★
VISIT VOTEXAS.ORG
FOR MORE INFO

TX 00298822

# I SHOW UP BEFORE EVERYONE ELSE.

## AND I ALWAYS BRING
## MY PHOTO I.D.



**VOTEXAS.ORG**

 TEXAS OFFICIAL VOTING RESOURCE
POWERED BY THE TEXAS SECRETARY OF STATE

**VOTING** IS EASY AND ACCESSIBLE TO ALL TEXANS
1. REGISTER TO VOTE
2. FIND YOUR POLLING PLACE
3. BRING YOUR GOVERNMENT-ISSUED PHOTO I.D.
4. CAST YOUR VOTE!

★ ★ ★
**IT'S HOW WE**

★ ★ ★
VISIT VOTEXAS.ORG
FOR MORE INFO

TX_00298824

# I LIKE TO BRING MY DAUGHTER WITH ME.

## AND I ALWAYS BRING
## MY PHOTO I.D.

**VOTEXAS.ORG**

 **TEXAS OFFICIAL VOTING RESOURCE**
POWERED BY THE TEXAS SECRETARY OF STATE

**VOTING** IS EASY AND ACCESSIBLE TO ALL TEXANS.
1. **REGISTER** TO VOTE
2. FIND YOUR **POLLING PLACE**
3. BRING YOUR **GOVERNMENT-ISSUED PHOTO I.D.**
4. CAST YOUR **VOTE!**

★ ★ ★
**IT'S HOW WE**

★ ★ ★
VISIT VOTEXAS.ORG
FOR MORE INFO

TX_00208005

# I SAVE MY "I VOTED" STICKER FOR MY KIDS.

## AND I ALWAYS BRING MY PHOTO I.D.

VOTEXAS.ORG

 TEXAS OFFICIAL VOTING RESOURCE
POWERED BY THE TEXAS SECRETARY OF STATE

VOTING IS EASY AND ACCESSIBLE TO ALL TEXANS

1. REGISTER TO VOTE
2. FIND YOUR POLLING PLACE
3. BRING YOUR GOVERNMENT-ISSUED PHOTO I.D.
4. CAST YOUR VOTE!

★ ★ ★
IT'S HOW WE

★ ★ ★
VISIT VOTEXAS.ORG
FOR MORE INFO

TX_00298826

# HAGO MIS INVESTIGACIONES.

## Y SIEMPRE LLEVO MI IDENTIFICATÍON CON FOTO.



## VOTEXAS.ORG

 **EL RECURSO OFICIAL DE VOTACION DEL ESTADO DE TEXAS**
TRAIDO A USTED POR LA SECRETARIA DEL ESTADO DE TEXAS

**VOTAR** ES FÁCIL Y ACCESSIBLE A TODO TEJANO
1. **REGÍSTRESSE** PARA VOTAR
2. ENCUENTRE SU **CASILLA DE VOTACION**
3. LLEVE SU **IDENTIFICACION CON FOTO EMITIDA POR EL GOBIERNO**
4. EMITA SU **VOTO!**

★ ★ ★
## ASÍ VOTAMOS

★ ★ ★
PARA MÁS INFORMACIÓN
VISITE VOTEXAS.ORG



TX_00298828



TX_00298829

Media Targets and Story Angles

| Media Target | Angles |
|---|---|
| **Major Market Media Targets**<br><br>• The Dallas Morning News, Houston Chronicle, Austin American-Statesman, San Antonio Express-News, El Paso Times, The Texas Tribune<br>• WFAA ABC 8 (DFW), KHOU CBS 11 (Houston), KXAN NBC 36 (Austin), WOAI NBC 4 (San Antonio), KDBC CBS 4 (El Paso)<br>• WBAP News 820 (Dallas/Fort Worth), KTRH News Talk 740 (Houston), KLBJ News Radio 590 (Austin) | • Secretary of State launches new voter education program with "It's How We Vote in Texas" event in Dallas<br>• New voter ID law changing the way Texans vote<br>• Secretary of State and voting officials available to answer voters' questions during phone bank/online forum<br>• Where to go to get more information about the voting process and new voter ID laws |
| **Medium Market Media Targets**<br><br>• Corpus Christi Caller-Times, Abilene Reporter-News, Lubbock Avalanche-Journal, Amarillo Globe-News, Midland Reporter-Telegram, Odessa American, Brownsville Herald, McAllen Monitor, Bryan-College Station Eagle, Tyler Morning Telegraph, Longview News-Journal, Del Rio News Herald, San Angelo Standard-Times<br>• KTXS ABC 12 (Abilene), KIII ABC 3 (Corpus Christi), KXXV ABC 25 (Waco), KRGV ABC 5 9 (McAllen/Weslaco), KAMC ABC 28 (Lubbock), KAMR NBC 4 (Amarillo), KWES NBC 9 (Midland/Odessa), KYTX CBS 19 (Tyler/Longview) | • New voter ID law changing the way Texans vote<br>• "It's How We Vote in Texas" mobile photo booth to visit Corpus Christi today, provide information to voters<br>• "It's How We Vote in Texas" Profile: John Doe, new U.S. citizen, votes for the first time<br>• Where to go to get more information about the voting process and new voter ID laws<br>• Voting registration process and voting locations approaching the Presidential election in November 2012 |
| **Small Market and Community Media Targets**<br><br>• American Community Newspapers (Dallas/Fort Worth Area), Houston Community Newspapers, Prime Time Newspapers (San Antonio)<br>• Sweetwater Reporter, The Belton Journal, Waxahachie Daily Light, Killeen Daily Herald, The Lufkin Daily News, Texarkana Gazette, Sherman Herald Democrat, Snyder Daily News, Plainview Daily Herald, Pecos Enterprise, Alpine Avalanche | • New voter ID law changing the way Texans vote<br>• "It's How We Vote in Texas" mobile photo booth to visit Sweetwater today, provide information to voters<br>• "It's How We Vote in Texas" Profile: John Doe, new U.S. citizen, votes for the first time<br>• Where to go to get more information about the voting process and new voter ID laws<br>• Voting registration process and voting locations approaching the Presidential election in November 2012 |
| **Spanish Language Media**<br><br>• KINT Univision 26 (El Paso), KUVN Univision 23 (Dallas), KTMD Telemundo 47 (Houston)<br>• La Estella and Al Dia (Dallas), La Voz de Houston, El Mundo (Austin), Conexion and La Prensa (San Antonio), El Diario de El Paso | • Texas Secretary of State launches new voter education program with "It's How We Vote in Texas" event in Dallas<br>• New voter ID law changing the way Texans vote<br>• Texas Secretary of State and voting officials available to answer voters' questions during phone bank/online forum<br>• "It's How We Vote in Texas" Profile: John Doe, new U.S. citizen, votes for the first time<br>• Voter registration deadline approaching: Where to go to get more information about the voting process and new voter ID laws |
| **University Newspapers**<br><br>• University of Texas' The Daily Texan, Texas A&M's The Battalion, Texas Tech University's Daily | • Texas Secretary of State launches new voter education program with "It's How We Vote in Texas" event in Dallas<br>• Texas Secretary of State and voting officials |

TX_00298830

Media Targets and Story Angles

| | |
|---|---|
| *Toreador*, University of North Texas's *North Texas Daily*, Southern Methodist University's *Daily Campus* and the University of Texas at El Paso's *Prospector* | available to answer voters' questions during phone bank/online forum<br>• "It's How We Vote in Texas" mobile photo booth to visit UT today, provide information to voters<br>• "It's How We Vote in Texas" Profile: John Doe, new Texas resident, tackles voting for the first time<br>• You're new here: How to register to vote and vote in Texas<br>• New voter ID law changing the way Texans vote<br>• Voter registration deadline approaching: Where to go to get more information about the voting process and new voter ID laws |
| **Overseas and Military News Targets**<br><br>• **Texas Armed Forces Installations Newspapers/Newsletters/ Websites:** *Wingspread* at Randolph AFB (San Antonio), Fort Sam Houston *News Leader* (San Antonio), *Fort Hood Sentinel* and *Fort Hood Herald* (Killeen), Killeen<br><br>• **National and International Military News Targets:** *Stars & Stripes (targeted to overseas military specifically)*, Military News Network, Voices of America Network<br><br>• **Overseas Citizens:** American Citizens Abroad and the Overseas Vote Foundation | • "It's How We Vote in Texas" mobile photo booth to visit Fort Sam Houston today, provide information to voters<br>• "It's How We Vote in Texas" Profile: SSgt. John Doe, new Texas resident, tackles voting for the first time<br>• "Being Texan While Living Abroad": A Texan's guide to electronic voting options<br>• Texas Secretary of State and voting officials available to answer voters' questions during online forum<br>• You're new here: How to register to vote and vote in Texas<br>• Voting while you're deployed: What you need to know |
| **Disabled Community Media Targets**<br><br>• *CTD Messenger, DPCNet, Texas Parent2Parent, Txpact, Disablity Examiner, SILC Newsletter,* American Council of the Blind of Texas *Newsletter, Deaf Texan* | • "It's How We Vote in Texas" Profile: John Doe, blind Dallas resident, tackles voting for the first time<br>• "It's How We Vote in Texas" mobile photo booth to visit Texas School for the Deaf today, provide information for voters with disabilities<br>• Voting with Disabilities: How the new laws affect you<br>• Texas Secretary of State and voting officials available to answer questions from voters with disabilities during online forum |

TX_00298831

## PROPOSED ACTIVITY PLAN

RFP12111-Attachment D

| Task | Sub-Task | Task Description | Sub-Task/Activities | Est. Start Date | Est. End Date | Budget |
|---|---|---|---|---|---|---|
| 01 | 01.01 | Opinion Research / Awareness Tracking | Benchmark wave prior to Phase I | Wednesday, January 04, 2012 | Wednesday, January 18, 2012 | $ 45,000.00 |
| 01 | 01.02 | | Mid-wave at the conclusion of Phase I | Monday, March 12, 2012 | Friday, March 16, 2012 | $ 45,000.00 |
| 01 | 01.03 | | Post-wave at the conclusion of Phase II | Thursday, November 12, 2012 | Friday, November 16, 2012 | $ 45,000.00 |
| 02 | 02.01 | Planning and Strategy | Message Development | Monday, January 8, 2012 | Monday, January 23, 2012 | $ 15,000.00 |
| 02 | 02.02 | | Develop creative for print, broadcast and collateral materials | Wednesday, January 04, 2012 | Tuesday, January 31, 2012 | $ 150,000.00 |
| 02 | 02.03 | | Develop creative for online | Wednesday, January 04, 2012 | Friday, January 13, 2012 | $ 50,000.00 |
| 02 | 02.04 | | Spokesperson Training | Thursday, January 26, 2012 | Thursday, January 26, 2012 | $ 10,000.00 |
| 03 | 03.01 | Media Relations | News Bureau Program/Ongoing Media Relations | Monday, January 16, 2012 | Tuesday, November 06, 21012 | $ 125,000.00 |
| 03 | 03.03 | | Virtual Press Conference | Wednesday, February 01, 2012 | Wednesday, February 01, 2012 | $ 15,000.00 |
| 03 | 03.04 | | Media Tours/Deskside Briefings - Phase I | Thursday, February 02, 2012 | Tuesday, March 06, 2012 | $ 18,000.00 |
| 03 | 03.05 | | Media Tours/Deskside Briefings - Phase II | Monday, July 02, 2012 | Tuesday, November 06, 2012 | $ 27,000.00 |
| 04 | 04.01 | Kick-off Event | Media and Community Event - Downtown Dallas | Wednesday, February 01, 2012 | Wednesday, February 01, 2012 | $ 50,000.00 |
| 05 | 05.01 | Paid Media | March Primary - Phase I | Monday, January 16, 2012 | Tuesday, April 03, 2012 | $ 720,000.00 |
| 05 | 05.02 | | November General - Phase II | Monday, July 02, 2012 | Tuesday, November 06, 2012 | $ 1,080,000.00 |
| 06 | 06.01 | Community Outreach | Statewide Mobile Photobooth Community Events - Ongoing | Thursday, February 02, 2012 | Tuesday, November 06, 21012 | $ 250,000.00 |
| 06 | 06.03 | | Community-Based and Faith-Based Outreach - Ongoing | Thursday, February 02, 2012 | Tuesday, November 06, 21012 | $ 50,000.00 |
| 07 | 07.01 | Social Media Program | Program Development and Implementation - Phase I | Thursday, February 16, 2012 | Tuesday, March 06, 2012 | $ 60,000.00 |
| 07 | 07.02 | | Ongoing Implementation - Phase II | Wednesday, March 07, 2012 | Tuesday, November 06, 21012 | $ 120,000.00 |
| 08 | 08.01 | Legislative Outreach | Delivery of Information and Toolkits - Ongoing Outreach | Thursday, February 02, 2012 | Tuesday, November 06, 21012 | $ 35,000.00 |
| 09 | 09.01 | Hispanic Outreach | Media Partnership, Mobile Phone App, Social Media - Ongoing | Monday, January 16, 2012 | Tuesday, November 06, 21012 | $ 70,000.00 |
| Total | | | | | | $ 3,000,000.00 |
| 01 | N/A | Subtotal 01 | | | | $ 135,000.00 |
| 02 | N/A | Subtotal 02 | | | | $ 225,000.00 |
| 03 | N/A | Subtotal 03 | | | | $ 185,000.00 |
| 04 | N/A | Subtotal 04 | | | | $ 50,000.00 |
| 05 | N/A | Subtotal 05 | | | | $ 1,800,000.00 |
| 06 | N/A | Subtotal 06 | | | | $ 300,000.00 |
| 07 | N/A | Subtotal 07 | | | | $ 200,000.00 |
| 08 | N/A | Subtotal 08 | | | | $ 35,000.00 |
| 09 | N/A | Subtotal 09 | | | | $ 70,000.00 |
| Total | | | | | | $ 3,000,000.00 |

RFP 12111
Attachment D

TX_00298832



(Rev. 10/11)

# HUB SUBCONTRACTING PLAN (HSP)

In accordance with Texas Gov't Code §2161.252, the contracting agency has determined that subcontracting opportunities are probable under this contract. Therefore, all respondents, including State of Texas certified Historically Underutilized Businesses (HUBs) must complete and submit this State of Texas HUB Subcontracting Plan (HSP) with their response to the bid requisition (solicitation).

**NOTE: Responses that do not include a completed HSP shall be rejected pursuant to Texas Gov't Code §2161.252(b).**

The HUB Program promotes equal business opportunities for economically disadvantaged persons to contract with the State of Texas in accordance with the goals specified in the 2009 State of Texas Disparity Study. The statewide HUB goals defined in 34 Texas Administrative Code (TAC) §20.13 are:

- *11.2 percent for heavy construction other than building contracts,*
- *21.1 percent for all building construction, including general contractors and operative builders contracts,*
- *32.7 percent for all special trade construction contracts,*
- *23.6 percent for professional services contracts,*
- *24.6 percent for all other services contracts, and*
- *21 percent for commodities contracts.*

-- Agency Special Instructions/Additional Requirements --

In accordance with 34 TAC §20.14(d)(1)(D)(iii), a respondent (prime contractor) may demonstrate good faith effort to utilize Texas certified HUBs for its subcontracting opportunities if the total value of the respondent's subcontracts with Texas certified HUBs meets or exceeds the statewide HUB goal or the agency specific HUB goal, whichever is higher. When a respondent uses this method to demonstrate good faith effort, the respondent must identify the HUBs with which it will subcontract. If using existing contracts with Texas certified HUBs to satisfy this requirement, only contracts that have been in place for five years or less shall qualify for meeting the HUB goal. This limitation is designed to encourage vendor rotation as recommended by the 2009 Texas Disparity Study.

## SECTION 1   RESPONDENT AND REQUISITION INFORMATION

a.  Respondent (Company) Name:  **Burson-Marsteller**          State of Texas VID #:

    Point of Contact:  **Michelle Bleiberg**          Phone #:  **2142248440**

    E-mail Address:  **michelle.bleiberg@bm.com**          Fax #:  **2142248450**

b.  Is your company a State of Texas certified HUB?  ☐ - Yes   ☒ - No

c.  Requisition #:  **RFP 12111**          Bid Open Date:  **10 / 3 /2011**
    (mm/dd/yyyy)

1

TX_00298833

Enter your company's name here: **Burson-Marsteller**     · Requisition #: **RFP 12111**

### SECTION 2   SUBCONTRACTING INTENTIONS

After dividing the contract work into reasonable lots or portions to the extent consistent with prudent industry practices, and taking into consideration the scope of work to be performed under the proposed contract, including all potential subcontracting opportunities, the respondent must determine what portions of work, including goods and services, will be subcontracted. Note: In accordance with 34 TAC §20.11., an "Subcontractor" means a person who contracts with a prime contractor to work, to supply commodities, or to contribute toward completing work for a governmental entity.

a. Check the appropriate box (Yes or No) that identifies your subcontracting intentions:

  ☒ - Yes, I will be subcontracting portions of the contract. (If Yes, complete item b. of this SECTION and continue to item c of this SECTION.)

  ☐ - No, I will not be subcontracting any portion of the contract, and I will be fulfilling the entire contract with my own resources. (If No, continue to SECTION 3.)

b. List all the portions of work (subcontracting opportunities) you will subcontract. Also, based on the total value of the contract, identify the percentages of the contract you expect to award to Texas certified HUBs, and the percentage of the contract you expect to award to vendors that are not a Texas certified HUB (i.e., Non-HUB).

| Item # | Subcontracting Opportunity Description | HUBs | | Non-HUBs |
| --- | --- | --- | --- | --- |
| | | Percentage of the contract expected to be subcontracted to HUBs with which you have had contracts in place for five (5) years or less. | Percentage of the contract expected to be subcontracted to HUBs with which you have had contracts in place for more than five (5) years. | Percentage of the contract expected to be subcontracted to non-HUBs. |
| 1 | Advertising, creative, media buys | 20% | % | % |
| 2 | Hispanic outreach Strategy | 10% | % | % |
| 3 | Texans with disabilities outreach | % | % | 3% |
| 4 | Printing Services | 3% | % | % |
| 5 | | % | % | % |
| 6 | | % | % | % |
| 7 | | % | % | % |
| 8 | | % | % | % |
| 9 | | % | % | % |
| 10 | | % | % | % |
| 11 | | % | % | % |
| 12 | | % | % | % |
| 13 | | % | % | % |
| 14 | | % | % | % |
| 15 | | % | % | % |
| | Aggregate percentages of the contract expected to be subcontracted: | 33% | % | 3% |

(Note: If you have more than fifteen subcontracting opportunities, a continuation sheet is available online at http://window.state.tx.us/procurement/prog/hub/hub-subcostracting-plan/)

c. Check the appropriate box (Yes or No) that indicates whether you will be using only Texas certified HUBs to perform all of the subcontracting opportunities you listed in SECTION 2, item b.

  ☐ - Yes (If Yes, continue to SECTION 4 and complete an "HSP Good Faith Effort - Method A (Attachment A)" for each of the subcontracting opportunities you listed.)

  ☒ - No (If No, continue to item d, of this SECTION.)

d. Check the appropriate box (Yes or No) that indicates whether the aggregate expected percentage of the contract you will subcontract with Texas certified HUBs with which you have had contracts in place with for five (5) years or less meets or exceeds the HUB goal the contracting agency identified on page 1 in the "Agency Special Instructions/Additional Requirements".

  ☒ - Yes (If Yes, continue to SECTION 4 and complete an "HSP Good Faith Effort - Method A (Attachment A)" for each of the subcontracting opportunities you listed.)

  ☐ - No (If No, continue to SECTION 4 and complete an "HSP Good Faith Effort - Method B (Attachment B)" for each of the subcontracting opportunities you listed.)

2 .

**SECTION 3** SELF PERFORMING JUSTIFICATION (If you responded "No" to SECTION 2, Item a, you must complete this SECTION and continue to SECTION 4.)

Check the appropriate box (Yes or No) that indicates whether your response/proposal contains an explanation demonstrating how your company will fulfill the entire contract with its own resources.

☐ - **Yes** (If Yes, in the space provided below **list the specific page(s)/section(s)** of your proposal which explains how your company will perform the entire contract with its own equipment, supplies, materials and/or employees.)

☒ - **No** (If No, in the space provided below **explain** how your company will perform the entire contract with its own equipment, supplies, materials and/or employees.)

---

**SECTION 4** AFFIRMATION

As evidenced by my signature below, I affirm that I am an authorized representative of the respondent listed in SECTION 1, and that the information and supporting documentation submitted with the HSP is true and correct. Respondent understands and agrees that, if awarded any portion of the requisition:

- The respondent will provide notice as soon as practical to all the subcontractors (HUBs and Non-HUBs) of their selection as a subcontractor for the awarded contract. The notice must specify at a minimum the contracting agency's name and its point of contact for the contract, the contract award number, the subcontracting opportunity they (the subcontractor) will perform, the approximate dollar value of the subcontracting opportunity and the expected percentage of the total contract that the subcontracting opportunity represents. A copy of the notice required by this section must also be provided to the contracting agency's point of contact for the contract no later than ten (10) working days after the contract is awarded.

- The respondent must submit monthly compliance reports (Prime Contractor Progress Assessment Report – PAR) to the contracting agency, verifying its compliance with the HSP, including the use of and expenditures made to its subcontractors (HUBs and Non-HUBs). (The PAR is available at *http://www.window.state.tx.us/procurement/prog/hub/hub-forms/progressassessmentrpt.xls*).

- The respondent must seek approval from the contracting agency prior to making any modifications to its HSP, including the hiring of additional or different subcontractors and the termination of a subcontractor the respondent identified in its HSP. If the HSP is modified without the contracting agency's prior approval, respondent may be subject to any and all enforcement remedies available under the contract or otherwise available by law, up to and including debarment from all state contracting.

- The respondent must, upon request, allow the contracting agency to perform on-site reviews of the company's headquarters and/or work-site where services are being performed and must provide documentation regarding staffing and other resources.

| Michelle Bleiberg | Michelle Bleiberg | Director | 11/9/11 |
|---|---|---|---|
| Signature | Printed Name | Title | Date |

**REMINDER:** ➤ If you responded "Yes" to SECTION 2, Items c or d, you must complete an "HSP Good Faith Effort - Method A (Attachment A)" for each of the subcontracting opportunities you listed in SECTION 2, Item b.

➤ If you responded "No" SECTION 2, Items c and d, you must complete an "HSP Good Faith Effort - Method B (Attachment B)" for each of the subcontracting opportunities you listed in SECTION 2, Item b.

3

TX_00298835

## HSP Good Faith Effort - Method A (Attachment A) (Rev. 10/11)

| Enter your company's name here: Burson-Marsteller | Requisition #: RFP 12111 |
|---|---|

**IMPORTANT:** If you responded "Yes" to SECTION 2, items c or d of the completed HSP form, you must submit a completed "HSP Good Faith Effort - Method A (Attachment A)" for **each** of the subcontracting opportunities you listed in SECTION 2, item b of the completed HSP form. You may photo-copy this page or download the form at http://www.window.state.tx.us/procurement/prog/hub/hub-forms/HUBSubcontractingPlanAttachment-A.doc

### SECTION A-1  SUBCONTRACTING OPPORTUNITY

Enter the item number and description of the subcontracting opportunity you listed in SECTION 2, item b, of the completed HSP form for which you are completing this attachment.

Item #:  1      Description:  Advertising, creative and media buys

### SECTION A-2  SUBCONTRACTOR SELECTION

List the subcontractor(s) you selected to perform the subcontracting opportunity you listed above in SECTION A-1. Also identify whether they are a Texas Certified HUB and their VID number, the approximate dollar value of the work to be subcontracted, the expected percentage of work to be subcontracted, and indicate whether the company is a Texas certified HUB.

| Company Name | Texas Certified HUB | VID # (Required if Texas Certified HUB) | Approximate Dollar Amount | Expected Percentage of Contract |
|---|---|---|---|---|
| TKO Advertising | ☒ - Yes  ☐ - No | 1742902047 | $900,000 | 30% |
| | ☐ - Yes  ☐ - No | | $ | % |
| | ☐ - Yes  ☐ - No | | $ | % |
| | ☐ - Yes  ☐ - No | | $ | % |
| | ☐ - Yes  ☐ - No | | $ | % |
| | ☐ - Yes  ☐ - No | | $ | % |
| | ☐ - Yes  ☐ - No | | $ | % |
| | ☐ - Yes  ☐ - No | | $ | % |
| | ☐ - Yes  ☐ - No | | $ | % |
| | ☐ - Yes  ☐ - No | | $ | % |
| | ☐ - Yes  ☐ - No | | $ | % |
| | ☐ - Yes  ☐ - No | | $ | % |
| | ☐ - Yes  ☐ - No | | $ | % |
| | ☐ - Yes  ☐ - No | | $ | % |
| | ☐ - Yes  ☐ - No | | $ | % |
| | ☐ - Yes  ☐ - No | | $ | % |
| | ☐ - Yes  ☐ - No | | $ | % |
| | ☐ - Yes  ☐ - No | | $ | % |

**REMINDER:** As specified in SECTION 4 of the completed HSP form, *if you (respondent) are awarded any portion of the requisition*, you are required to provide notice as soon as practical to **all** the subcontractors (HUBs and Non-HUBs) of their selection as a subcontractor. The notice must specify at a minimum the contracting agency's name and its point of contact for the contract, the contract award number, the subcontracting opportunity they (the subcontractor) will perform, the approximate dollar value of the subcontracting opportunity and the expected percentage of the total contract that the subcontracting opportunity represents. A copy of the notice required by this section must also be provided to the contracting agency's point of contact for the contract no later than ten (10) working days after the contract is awarded.

Page 1 of 1
(Attachment A)

TX_00298836

## *HSP Good Faith Effort - Method A (Attachment A)*   (Rev 10/11)

| Enter your company's name here:  Burson-Marsteller | Requisition #:  RFP 12111 |
|---|---|

**IMPORTANT:** If you responded "Yes" to SECTION 2, Items c  or  d of the completed HSP form, you must submit a completed "HSP Good Faith Effort - Method A (Attachment A)" for **each** of the subcontracting opportunities you listed in SECTION 2, Item b of the completed HSP form. You may photo-copy this page or download the form at http://www.window.state.tx.us/procurement/prog/hub/hub-forms/HUBSubcontractingPlanAttachment-A.doc

**SECTION A-1   SUBCONTRACTING OPPORTUNITY**

Enter the item number and description of the subcontracting opportunity you listed in SECTION 2, Item b, of the completed HSP form for which you are completing this attachment.

Item #:  3      Description:  Printing services

**SECTION A-2   SUBCONTRACTOR SELECTION**

List the subcontractor(s) you selected to perform the subcontracting opportunity you listed above in SECTION A-1. Also identify whether they are a Texas Certified HUB and their VID number, the approximate dollar value of the work to be subcontracted, the expected percentage of work to be subcontracted, and indicate whether the company is a Texas certified HUB.

| Company Name | Texas Certified HUB | VID # (Required if Texas Certified HUB) | Approximate Dollar Amount | Expected Percentage of Contract |
|---|---|---|---|---|
| McCarthy Print | ☒ - Yes   ☐ - No | 1742870588 | $90,000 | 3% |
| | ☐ - Yes   ☐ - No | | $ | % |
| | ☐ - Yes   ☐ - No | | $ | % |
| | ☐ - Yes   ☐ - No | | $ | % |
| | ☐ - Yes   ☐ - No | | $ | % |
| | ☐ - Yes   ☐ - No | | $ | % |
| | ☐ - Yes   ☐ - No | | $ | % |
| | ☐ - Yes   ☐ - No | | $ | % |
| | ☐ - Yes   ☐ - No | | $ | % |
| | ☐ - Yes   ☐ - No | | $ | % |
| | ☐ - Yes   ☐ - No | | $ | % |
| | ☐ - Yes   ☐ - No | | $ | % |
| | ☐ - Yes   ☐ - No | | $ | % |
| | ☐ - Yes   ☐ - No | | $ | % |
| | ☐ - Yes   ☐ - No | | $ | % |
| | ☐ - Yes   ☐ - No | | $ | % |
| | ☐ - Yes   ☐ - No | | $ | % |
| | ☐ - Yes   ☐ - No | | $ | % |
| | ☐ - Yes   ☐ - No | | $ | % |

**REMINDER:** As specified in SECTION 4 of the completed HSP form, if you (respondent) are awarded any portion of the requisition, you are required to provide notice as soon as practical to all the subcontractors (HUBs and Non-HUBs) of their selection as a subcontractor. The notice must specify at a minimum the contracting agency's name and its point of contact for the contract, the contract award number, the subcontracting opportunity they (the subcontractor) will perform, the approximate dollar value of the subcontracting opportunity and the expected percentage of the total contract that the subcontracting opportunity represents. A copy of the notice required by this section must also be provided to the contracting agency's point of contact for the contract no later than ten (10) working days after the contract is awarded.

Page 1 of 1
(Attachment A)

## HSP Good Faith Effort - Method A (Attachment A) <span style="font-size:small">(Rev. 10/11)</span>

Enter your company's name here: Burson-Marsteller                   Requisition #: RFP 12111

**IMPORTANT:** If you responded "Yes" to SECTION 2, Items c  or  d of the completed HSP form, you must submit a completed "HSP Good Faith Effort - Method A (Attachment A)" for **each** of the subcontracting opportunities you listed in SECTION 2, Item b of the completed HSP form. You may photo-copy this page or download the form at http://www.window.state.tx.us/procurement/prog/hub/hub-forms/HUBSubcontractingPlanAttachment-A.doc

### SECTION A-1   SUBCONTRACTING OPPORTUNITY

Enter the item number and description of the subcontracting opportunity you listed in SECTION 2, Item b, of the completed HSP form for which you are completing this attachment.

Item #:  2       Description:  Voters with disabilities outreach

### SECTION A-2   SUBCONTRACTOR SELECTION

List the subcontractor(s) you selected to perform the subcontracting opportunity you listed above in SECTION A-1. Also identify whether they are a Texas Certified HUB and their VID number, the approximate dollar value of the work to be subcontracted, the expected percentage of work to be subcontracted, and indicate whether the company is a Texas certified HUB.

| Company Name | Texas Certified HUB | VID # (Required if Texas Certified HUB) | Approximate Dollar Amount | Expected Percentage of Contract |
|---|---|---|---|---|
| Coalition of Texans with Disabilities | ☐ - Yes   ☒ - No | | $90,000 | 3% |
| | ☐ - Yes   ☐ - No | | $ | % |
| | ☐ - Yes   ☐ - No | | $ | % |
| | ☐ - Yes   ☐ - No | | $ | % |
| | ☐ - Yes   ☐ - No | | $ | % |
| | ☐ - Yes   ☐ - No | | $ | % |
| | ☐ - Yes   ☐ - No | | $ | % |
| | ☐ - Yes   ☐ - No | | $ | % |
| | ☐ - Yes   ☐ - No | | $ | % |
| | ☐ - Yes   ☐ - No | | $ | % |
| | ☐ - Yes   ☐ - No | | $ | % |
| | ☐ - Yes   ☐ - No | | $ | % |
| | ☐ - Yes   ☐ - No | | $ | % |
| | ☐ - Yes   ☐ - No | | $ | % |
| | ☐ - Yes   ☐ - No | | $ | % |
| | ☐ - Yes   ☐ - No | | $ | % |
| | ☐ - Yes   ☐ - No | | $ | % |
| | ☐ - Yes   ☐ - No | | $ | % |
| | ☐ - Yes   ☐ - No | | $ | % |

**REMINDER:** As specified in SECTION 4 of the completed HSP form, **if you (respondent) are awarded any portion of the requisition,** you are required to provide notice as soon as practical to **all** the subcontractors (HUBs and Non-HUBs) of their selection as a subcontractor. The notice must specify at a minimum the contracting agency's name and its point of contact for the contract, the contract award number, the subcontracting opportunity they (the subcontractor) will perform, the approximate dollar value of the subcontracting opportunity and the expected percentage of the total contract that the subcontracting opportunity represents. A copy of the notice required by this section must also be provided to the contracting agency's point of contact for the contract no later than ten (10) working days after the contract is awarded.

Page 1 of 1
(Attachment A)

TX_00298838

## HSP Good Faith Effort - Method B (Attachment B)  (Rev. 10/11)

Enter your company's name here: Burson-Marsteller     Requisition #: RFP 12111

**IMPORTANT:** If you responded "No" to SECTION 2, items c and d of the completed HSP form, you must submit a completed "HSP Good Faith Effort - Method B (Attachment B)" for **each** of the subcontracting opportunities you listed in SECTION 2, item b of the completed HSP form. You may photo-copy this page or download the form at http://www.window.state.tx.us/procurement/prog/hub/hub-forms/HUBSubcontractingPlanAttachment-B.doc

### SECTION B-1   SUBCONTRACTING OPPORTUNITY

Enter the item number and description of the subcontracting opportunity you listed in SECTION 2, Item b, of the completed HSP form for which you are completing this attachment.

Item #: _____     Description: _____

### SECTION B-2   MENTOR PROTÉGÉ PROGRAM

If respondent is participating as a Mentor in a State of Texas Mentor Protégé Program, submitting its Protégé (Protégé must be a State of Texas certified HUB) as a subcontractor to perform the subcontracting opportunity listed in SECTION B-1, constitutes a good faith effort to subcontract with a Texas certified HUB towards that **specific** portion of work.

Check the appropriate box (Yes or No) that indicates whether you will be subcontracting the portion of work you listed in SECTION B-1 to your Protégé.

☐ - **Yes** (If **Yes**, continue to SECTION B-4.)

☒ - **No / Not Applicable** (If **No** or **Not Applicable**, continue to SECTION B-3.)

### SECTION B-3   NOTIFICATION OF SUBCONTRACTING OPPORTUNITY

When completing this section you **MUST** comply with items **a, b, c and d**, thereby demonstrating your Good Faith Effort of having notified Texas certified HUBs **and** minority or women trade organizations or development centers about the subcontracting opportunity you listed in SECTION B-1. Your notice should include the scope of work, information regarding the location to review plans and specifications, bonding and insurance requirements, required qualifications, and identify a contact person.

When sending notice of your subcontracting opportunity, you are encouraged to use the attached HUB Subcontracting Opportunity Notice form, which is also available online at http://www.window.state.tx.us/procurement/prog/hub/hub-subcontracting-plan/

Retain supporting documentation (i.e., certified letter, fax, e-mail) demonstrating evidence of your good faith effort to notify the Texas certified HUBs **and** minority or women trade organizations or development centers.

a.  Provide written notification of the subcontracting opportunity you listed in SECTION B-1, to **three (3)** or more Texas certified HUBs. Unless the contracting agency specified a different time period, you must allow the HUBs **at least seven (7) working days** to respond to the notice prior to your submitting your bid response to the contracting agency. When searching for Texas certified HUBs, ensure that you use the State of Texas' Centralized Master Bidders List (CMBL) and Historically Underutilized Business (HUB) Search directory located at http://www.window.state.tx.us/procurement/cmbl/cmblhub.html. HUB Status code "A" signifies that the company is a Texas certified HUB.

b.  List the **three (3)** Texas certified HUBs you notified regarding the subcontracting opportunity you listed in SECTION B-1. Include the company's Vendor ID (VID) number, the date you sent notice to that company, and indicate whether it was responsive or non-responsive to your subcontracting opportunity notice.

| Company Name | VID # | Date Notice Sent (mm/dd/yyyy) | Did the HUB Respond? |
|---|---|---|---|
| TKO Advertising | 1742902047600 | 10 / 6 /11 | ☒ - Yes    ☐ - No |
| McCarthy Print | 1742870588 | 11 / 4 /11 | ☒ - Yes    ☐ - No |
| Porta A Walk |  | 11 / 4 /11 | ☐ - Yes    ☒ - No |

c.  Provide written notification of the subcontracting opportunity you listed in SECTION B-1 to minority or women trade organizations or development centers to assist in identifying potential HUBs by disseminating the subcontracting opportunity to their members/participants. Unless the contracting agency specified a different time period, you must provide your subcontracting opportunity notice to minority or women trade organizations or development centers **at least seven (7) working days** prior to submitting your bid response to the contracting agency.

A list of trade organizations and development centers that have expressed an interest in receiving notices of subcontracting opportunities is available on the Statewide HUB Program's webpage at http://www.window.state.tx.us/procurement/prog/hub/mwb-links-1/

d.  Enter the name of the minority or women trade organizations or development centers you notified regarding the subcontracting opportunity you listed in SECTION B-1. Include the date when you sent notice to it and indicate if it accepted or rejected your notice.

| Minority/Women Trade Organizations or Development Centers | Date Notice Sent (mm/dd/yyyy) | Was the Notice Accepted? |
|---|---|---|
|  | / / | ☐ - Yes    ☐ - No |
|  | / / | ☐ - Yes    ☐ - No |

Page 1 of 2
(Attachment B)

## HSP Good Faith Effort - Method B (Attachment B) Cont.

| Enter your company's name here: Burson-Marsteller | Requisition #: 12111 |
|---|---|

**SECTION B-1 SUBCONTRACTOR SELECTION**

a. List the subcontractor(s) you selected to perform the subcontracting opportunity you listed in SECTION B-1. Also identify whether they are a Texas Certified HUB and their VID number, the approximate dollar value of the work to be subcontracted, the expected percentage of work to be subcontracted, and indicate whether the company is a Texas certified HUB.

| Company Name | Texas Certified HUB | VID # (Required if Texas Certified HUB) | Approximate Dollar Amount | Expected Percentage of Contract |
|---|---|---|---|---|
| McCarthy Print | ☒ - Yes  ☐ - No | 1742870588 | $90,000 | 3% |
| TKO | ☒ - Yes  ☐ - No | 1742902047 | $900,000 | 30% |
| Coalition for Texans with Disabilities | ☐ - Yes  ☒ - No | | $90,000 | 3% |
| | ☐ - Yes  ☐ - No | | $ | % |
| | ☐ - Yes  ☐ - No | | $ | % |
| | ☐ - Yes  ☐ - No | | $ | % |
| | ☐ - Yes  ☐ - No | | $ | % |

b. If any of the subcontractors you have selected to perform the subcontracting opportunity you listed in SECTION B-1 is _not_ a Texas certified HUB, provide _written_ justification for your selection process (attach additional page if necessary):

**REMINDER:** As specified in SECTION 4 of the completed HSP form, if you (respondent) are awarded any portion of the requisition, you are required to provide notice as soon as practical to all the subcontractors (HUBs and Non-HUBs) of their selection as a subcontractor. The notice must specify at a minimum the contracting agency's name and its point of contact for the contract, the contract award number, the subcontracting opportunity it (the subcontractor) will perform, the approximate dollar value of the subcontracting opportunity and the expected percentage of the total contract that the subcontracting opportunity represents. A copy of the notice required by this section must also be provided to the contracting agency's point of contact for the contract no later than ten (10) working days after the contract is awarded.

Page 2 of 2
(Attachment B)

TX_00298840



## State of Texas
### Historically Underutilized Business
### Certification and Compliance Program

The Texas Comptroller of Public Accounts (CPA),
hereby certifies that

## TKO ADVERTISING, INC.

has successfully met the established requirements of the
State of Texas Historically Underutilized Business (HUB) Program
to be recognized as a HUB.

This certificate, printed 05-DEC-2009, supersedes any registration and certificate previously issued by the HUB Program. If there are any changes regarding the information (i.e., business structure, ownership, day-to-day management, operational control, addresses, phone and fax numbers or authorized signatures) provided in the submission of the business' application for registration/certification as a HUB, you must immediately (within 30 days of such changes) notify the HUB Program in writing. The CPA reserves the right to conduct a compliance review at any time to confirm HUB eligibility. HUB certification may be suspended or revoked upon findings of ineligibility.

*Paul A. Gibson*

| | |
|---|---|
| Certificate/VID Number: | 1742902047600 |
| File/Vendor Number: | 80526 |
| Approval Date: | 01-DEC-2009 |
| Expiration Date: | 01-DEC-2013 |

Paul A. Gibson
Statewide HUB Program Manager
Texas Comptroller of Public Accounts
Texas Procurement and Support Services Division

Note: In order for State agencies and institutions of higher education (universities) to be credited for utilizing this business as a HUB, they must award payment under the Certificate/VID Number identified above. Agencies and universities are encouraged to validate HUB certification prior to issuing a notice of award by accessing the Internet (http://www.window.state.tx.us/procurement/cmbl/hubonly.html) or by contacting the HUB Program at (888) 863-5881 or (512) 463-5872.

TX_00298841



# State of Texas
**Historically Underutilized Business**
**Certification and Compliance Program**



The Texas Comptroller of Public Accounts (CPA),
hereby certifies that

## MCCARTHY PRINT, INC

has successfully met the established requirements of the
State of Texas Historically Underutilized Business (HUB) Program
to be recognized as a HUB.

This certificate, printed 09-JAN-2010, supersedes any registration and certificate previously issued by the HUB Program. If there are any changes regarding the information (i.e., business structure, ownership, day-to-day management, operational control, addresses, phone and fax numbers or authorized signatures) provided in the submission of the business' application for registration/certification as a HUB, you must immediately (within 30 days of such changes) notify the HUB Program in writing. The CPA reserves the right to conduct a compliance review at any time to confirm HUB eligibility. HUB certification may be suspended or revoked upon findings of ineligibility.

*Paul A. Gibson*

Certificate/VID Number: 1742870588700
File/Vendor Number: 82979
Approval Date: 06-JAN-2010
Expiration Date: 06-JAN-2014

Paul A. Gibson
Statewide HUB Program Manager
Texas Comptroller of Public Accounts
Texas Procurement and Support Services Division

Note: In order for State agencies and institutions of higher education (universities) to be credited for utilizing this business as a HUB, they must award payment under the Certificate/VID Number identified above. Agencies and universities are encouraged to validate HUB certification prior to issuing a notice of award by accessing the Internet (http://www.window.state.tx.us/procurement//cmbl/hubonly.html) or by contacting the HUB Program at (888) 863-5881 or (512) 463-5872.

# REQUEST FOR PROPOSAL NUMBER 12111

### HELP AMERICA VOTE ACT OF 2002
### VOTER EDUCATION AND OUTREACH OPPORTUNITIES
OFFICE OF THE SECRETARY OF STATE

---

**PROPOSAL DELIVERY LOCATION:**

Office of Secretary of State
Purchasing Department
James E. Rudder Building, Suite 405
1019 Brazos Street
Austin, TX 78701-2413
Attn: Mary Jon Urban, Operating Support Manager

**REFER ALL INQUIRIES VIA E-MAIL TO:**
Email:   RFP#12111@sos.state.tx.us

---

**THE SOLE POINT OF CONTACT FOR ALL INQUIRIES OR ANY REQUESTS FOR ADDITIONAL INFORMATION CONCERNING THIS REQUEST FOR PROPOSAL NO. 12111 ("RFP") SHALL BE MADE VIA EMAIL TO THE EMAIL ADDRESS SET FORTH ABOVE.  PLEASE REFER TO SECTION 2.1 AND 2.2 OF THIS RFP FOR SUBMISSION DEADLINES AND OTHER CRITICAL DATES.**

**WITHOUT EXCEPTION:**

- **NOTICE OF INTENT TO SUBMIT A PROPOSAL FROM PROPOSERS MUST BE RECEIVED BY THE PURCHASING DEPARTMENT AT THE OFFICE OF THE SECRETARY OF STATE ("SOS") BY 5:00 P.M. IN AUSTIN, TX, OCTOBER 17, 2011; AND**

- **PROPOSALS MUST BE RECEIVED BY SOS PURCHASING DEPARTMENT BY 5:00 P. M. IN AUSTIN, TX, NOVEMBER 9, 2011. (Proposal due date.)**

Pursuant to the provisions of the Texas Government Code, Chapter 2156.121–2156.125,   proposals will be received until the date and time established for receipt.  After receipt, only the names of the proposers may be available to the public.  Prices and other proposal details shall only be divulged after the award of a contract, if a contract is awarded.

All proposals shall become the property of SOS upon receipt.  All proposals must be delivered to SOS Purchasing Department red by the instructions within this RFO.  All addenda to and interpretations of this solicitation shall be in writing.  SOS shall not be legally bound by an addenda or interpretation that is not in writing.

A respondent that contacts someone other than authorized staff in regards to a solicitation may be disqualified.

TX_00298765

# TABLE OF CONTENTS

Page

**SECTION ONE      INTRODUCTION AND PURPOSE** 3
1.1    PURPOSE OF THE REQUEST FOR PROPOSAL (RFP) 3
1.2    BACKGROUND INFORMATION 3
1.3    CONTRACT TERM 3
1.4    FUNDING AND ELIGIBLE USES 3
1.5    PROJECT DESCRIPTION AND REQUIREMENTS 4
1.6    PROPOSAL EVALUATION AND CONTRACT AWARD 7
1.7    ORAL PRESENTATIONS 7

**SECTION TWO      GENERAL INSTRUCTIONS AND STANDARD PROPOSAL REQUIREMENTS** 7
2.1    NOTICE OF INTENT TO SUBMIT A PROPOSAL; PROPOSAL SUBMISSION 7
2.2    SCHEDULE / CRITICAL DATES 9
2.3    QUESTIONS RECEIVED PRIOR TO PROPOSAL DUE DATE AND TIME 9
2.4    STANDARD PROPOSAL REQUIREMENTS 9
2.5    STATE NOT RESPONSIBLE FOR PREPARATION COSTS 10
2.6    CONFLICT OF INTEREST 10
2.7    HISTORICALLY UNDERUTILIZED BUSINESS (HUB) SUBCONTACTING PLAN 10
2.8    INDEPENDENT AUDITING STANDARDS AND CONFLICT OF INTERESTS 11

**SECTION THREE    PROPOSAL FORMAT AND CONTENT** 11
3.1.    PROPOSAL FORMAT AND CONTENT 11
3.2.    UNDERSTANDING OF THE PROJECT AND METHODOLOGY 12
3.3.    EXCEPTIONS 12
3.4.    PROPOSED ACTIVITY PLAN 12
3.5.    COST PROPOSAL 13
3.6.    EXPERIENCE AND CAPABILITY 13
3.7.    HISTORICALLY UNDERUTILIZED BUSINESS (HUB) IDENTIFICATION 14

**SECTION FOUR      REVIEW OF PROPOSALS** 14
4.1.    REVIEW OF PROPOSALS 14
4.2.    SELECTION CRITERIA 14

**SECTION FIVE      CERTAIN CONTRACTUAL REQUIREMENTS** 15
5.1    VENDOR'S PROPOSAL 15
5.2    TASK ACTVITY APPROVAL BY SOS 15
5.3    EXPENDITURE APPROVAL BY SOS 15
5.4    PAYMENT 16
5.5    INSURANCE 16
5.6    GENERAL LIABILITY INSURANCE 17
5.7    ERRORS AND OMISSION INSURANCE 17
5.8    PERFORMANCE BOND 17
5.9    TRAVEL EXPENSES 17
5.10   PERSONNEL CONTINUITY AND REPLACEMENT 17
5.11   QUALITY ASSURANCE PLAN 18
5.12   CONTRACTOR DELIVERABLES 18
5.13   REPORTS 18

**SECTION SIX          ATTACHMENTS**
ATTACHMENT A – NOTICE OF INTENT TO SUBMIT A PROPOSAL
ATTACHMENT B – EXECUTION OF OFFER, AFFIRMATION OF TERMS AND CONDITIONS AND
                            PROPOSAL PREFERENCES
ATTACHMENT C – FORMAT FOR COVER PAGE
ATTACHMENT D – PROPOSED ACTIVITY PLAN

TX_00298766

Office of the Minnesota Secretary of State–Elections Division

# Minnesota Election Statistics, 1950-2012

### Table 1 Minnesota State Primary Statistics

| Year | Estimate of Eligible Voters | Number of Voters | Percent Turnout | Number of Election Day Registrations | Percent of Voters Registering on Election Day |
|------|------|------|------|------|------|
| 1950 | 1,879,000 | 583,617 | 31.06% | | |
| 1952 | 1,899,000 | 652,825 | 34.38% | | |
| 1954 | 1,920,000 | 641,906 | 33.43% | | |
| 1956 | 1,940,000 | 611,197 | 31.51% | | |
| 1958 | 1,960,000 | 632,240 | 32.26% | | |
| 1960 | 1,987,000 | 596,272 | 30.01% | | |
| 1962 | 2,033,000 | 592,719 | 29.15% | | |
| 1964 | 2,078,000 | 442,642 | 21.30% | | |
| 1966 | 2,124,000 | 833,530 | 39.24% | | |
| 1968 | 2,170,000 | 408,541 | 18.83% | | |
| 1970 | 2,226,000 | 718,079 | 32.26% | | |
| 1972 | 2,523,000 | 489,298 | 19.39% | | |
| 1974 | 2,617,000 | 537,284 | 20.53% | 131,724 | 24.52% |
| 1976 | 2,710,000 | 538,382 | 19.87% | 66,557 | 12.36% |
| 1978 | 2,804,000 | 811,581 | 28.94% | 90,219 | 11.12% |
| 1980 | 2,882,406 | 397,145 | 13.78% | 34,215 | 8.62% |
| 1982 | 2,943,169 | 915,180 | 31.10% | 90,048 | 9.84% |
| 1984 | 2,982,015 | 537,342 | 18.02% | 47,218 | 8.79% |
| 1986 | 3,024,070 | 786,230 | 26.00% | 76,531 | 9.73% |
| 1988 | 3,087,194 | 311,145 | 10.08% | 21,470 | 6.90% |
| 1990 | 3,136,830 | 771,850 | 24.61% | 53,462 | 6.93% |
| 1992 | 3,187,255 | 560,659 | 17.59% | 35,967 | 6.42% |
| 1994 | 3,253,779 | 901,002 | 27.69% | 72,108 | 8.00% |
| 1996 | 3,319,509 | 450,120 | 13.56% | 27,542 | 6.12% |
| 1998 | 3,378,089 | 683,433 | 20.23% | 47,940 | 7.01% |
| 2000 | 3,506,432 | 602,690 | 17.19% | 42,943 | 7.13% |
| 2002 | 3,518,184 | 535,972 | 15.23% | 35,798 | 6.68% |
| 2004 | 3,609,185 | 279,132 | 7.73% | 20,438 | 7.32% |
| 2006 | 3,667,707 | 514,373 | 14.02% | 36,503 | 7.10% |
| 2008 | 3,740,142 | 419,474 | 11.22% | 24,700 | 5.89% |
| 2010 | 3,804,746 | 606,394 | 15.94% | 39,669 | 6.54% |
| 2012 | 3,876,752 | 359,682 | 9.28% | 17,975 | 5.00% |

**Sources:**

1950-1978 eligible voter data from Curtis Gans of the Center for the Study of the American Electorate
1980-2012 eligible voter data from Dr. Michael McDonald of George Mason University
Other data from election results certified by State Canvassing Boards
Election day registration was first used in 1974

Run of Show for EIC mobile station announcement
September 24, 2013 2:30 p.m.
Holman Street Baptist Church (front foyer) 3501 Holman Street Houston, TX 77004
contact: Alicia Pierce, communications director for the Texas Secretary of State 512-934-1856
(cell)

Participants:

 

Left to Right: Secretary of State John Steen and Public Safety Commission Chair Cynthia Leon

  

Left to Right: Tax Assessor-Collector Mike Sullivan, County Clerk Stan Stanart, Rev. Manson
B. Johnson

1

TEX0524723

Overview

2:00 p.m. meet at press conference site to review set up and run of show

2:15 gather in main church

2:30 p.m. – Alicia let's everyone know we are about to get started, participants walk out to podium

2:31 – Pastor Johnson gives welcome and introduces Secretary Steen

2:35 – Secretary Steen thanks participants and recognizes Tax Assessor-Collector Mike Sullivan and County Clerk Stan Stanart, mentions that volunteer deputy registrars are here and can register people.

2:40 – Secretary Steen talks about the new photo ID requirement and introduces Chair Leon to make the announcement

2:45 – Chair Cynthia Leon announces EIC mobile stations

2:50 – Secretary closes press conference

TEX0524724

Script

**2:30 p.m. – Alicia let's everyone know we are about to get started, participants walk out to podium**

**2:31 – Pastor Johnson gives welcome and introduces Secretary Steen**

- Thank you everyone for joining us today

- Holman Street Baptist is a church that serves the community and the announcement here today is about serving communities all across Texas

- pleased to have Secretary Steen and Madam Chair Cynthia Leon here

- (recognizes other important Harris County members of the community)

- (turn it over to Secretary Steen)

3

TEX0524725

## 2:35 – Secretary Steen welcomes and thanks Sullivan and Stanart

- Thank you Pastor Johnson for allowing us to use your church today on National Voter Registration Day.

- As you mentioned, Holman Street Baptist Church is a church dedicated to serving the community around it, and I am very impressed with just the little bit I saw today as you showed me around the campus today.

- Chairwoman Leon and I are pleased to make today's announcement here at Holman Baptist Church because it represent the goal of the new initiative between our two agencies, which is to reach out to people in their communities.

- I would like to recognize two important people who help make elections happen here in Harris County, Tax Assessor-Collector Mike Sullivan and County Clerk Stan Stanart. Please give them a round of applause for all their hard work.

4

TEX0524726

- Thank you gentlemen for joining us today, especially when I know you both have been busy with other voter education events.

- In fact, Mr. Sullivan's office has helped us provide two volunteer deputy registrars who are here to register people to vote. If you need to register to vote or update your registration, I encourage you to visit with them.

**2:40 – Secretary Steen talks about the new photo ID requirement**

Of course, why we are here today is not just about registration but to talk about the new photo ID requirements in Texas.

As a reminder, you will need a photo ID to vote in person. Texans 65 and older and those with a disability have the option to vote by mail.

The November 5 Constitutional Amendment Election will be the first statewide election with photo ID requirements in effect.

5

TEX0524727

In preparation, my office has been working every day to help educate Texas voters about this new requirement and make sure every Texan has the information they need to vote.

Many Texans already have photo ID and are ready for the election. Approved photo IDs include:

DPS-issued driver license, personal identification card or concealed handgun license.

or a US-issued passport, military ID, or citizenship certificate.

If you don't have one of these forms of ID, you may get an Election Identification Certificate, also known as an E-I-C, from a DPS driver license office.

TEX0524728

To increase the opportunity for voters to secure photo ID, my office has been working with DPS to expand access to E-I-Cs. Earlier this month DPS announced that almost 50 offices across the state will be open on Saturdays, and today we are announcing a partnership that will allow many Texans to get an E-I-C even closer to home.

It is now my honor to turn the program over to my good friend and Chair of the Public Safety Commission, Cynthia Leon, who will tell you more.

### 2:45 – Chair Cynthia Leon announces EIC mobile stations

Thank you, Secretary Steen, for inviting me to be part of this great announcement.

And it's good to see you and to be working with you again on such an important issue.

7

TEX0524729

In his Gettysburg address, Abraham Lincoln distinguished America as "a government of the people, by the people, for the people."

And an individual's right to vote is the lifeblood of that democracy.

In recognizing today as National Voter Registration Day, we support the mission of helping ensure Texans are ready to vote.

The Texas Department of Public Safety – in partnership with the Secretary of State – want you to know that we are diligently working to ensure that all eligible voters in our state have the opportunity to exercise their right to participate in the 2013 elections.

As you have already heard, Texans are now required to present a valid photo ID in order to vote in elections in Texas.

It's also important to know that most eligible voters in Texas already have an acceptable form of photo identification needed for voting.

8

TEX0524730

For instance, you already have what you need to vote if you have an unexpired or recently expired:

• Texas driver license; personal ID card; or Texas concealed handgun license that was issued by DPS...

You also already have what you need to vote if you have a:

• U.S. passport; U.S. military ID with photo; or a U.S. citizenship certificate or certificate of naturalization.

However, if someone lacks one of these forms of approved identification, then DPS is ready to assist them in getting an Election Identification Certificate (or an "EIC") for voting.

9

TEX0524731

Texans will have three convenient ways to get an EIC if they need one...

• First, you can visit ANY driver license office during regular business hours ...

• Secondly, you can visit one of nearly 50 driver license offices that are now open through November 2nd on Saturdays, specifically to issue EICs ONLY...

• And finally, we are pleased to announce today, that starting on Tuesday, October 1, DPS will begin deploying 25 EIC mobile stations across the state to help issue EICs to Texans who do not already have proper ID needed to vote.

These mobile stations are designed to make it even more convenient for voters to obtain an Election Identification Certificate.

TEX0524732

To qualify for an EIC at any of these locations, an applicant must:

• Bring documentation to verify U.S. citizenship and their identity…

• They must be eligible to vote in Texas, by bringing a valid voter registration card or submitting a voter registration application at the DPS office or mobile station…

• And the individual must be 17 years and 10 months or older, and he or she must be a Texas resident.

Before arriving at our office or mobile station, we urge all EIC applicants to make sure they have the required documentation, which can be found on the DPS website at dps.texas.gov [DPS–dot–Texas–dot–gov].

Texans can also find detailed information on the website about the EIC requirements, the application process, driver license office locations closest to them and any exemptions.

11

Election season is always an exciting time for voters, communities and governments, and DPS is proud to help voters get the IDs they need to cast their vote.

Thank you again for having me here today.

**2:50 – Secretary closes press conference**

Thank you Chair Leon. My office looks forward to working with you and DPS to bring these EIC mobile stations to communities across Texas.

Times and locations of EIC mobile stations will be posted online at VoteTexas.Gov and will be promoted by county election officials and DPS regional offices.

TEX0524734

This is just one way we are working to help Texans make their mark on Texas.

Thank you for coming today. This concludes our press conference, but representatives from my office and the Department of Public Safety will be available to do one-on-one interviews.

Good afternoon and thank you!

TEX0524735

Thanks very much,

Alison Brock
Office of Rep. S. Turner

**From:** DPS Government Relations [mailto:Government.Relations@dps.texas.gov]
**Sent:** Tuesday, June 25, 2013 12:51 PM
**To:** DPS Government Relations
**Subject:** Election Identification Certificates Available June 26



FOR IMMEDIATE DISTRIBUTION
June 25, 2013

PRESS RELEASE
Media and Communications Office
(512) 424-2080

## Election Identification Certificates Available June 26
*Many Texans already have necessary photo ID for voting*

AUSTIN – Pursuant to a U.S. Supreme Court ruling issued today, new voting requirements passed by the Texas Legislature in 2011 will take effect immediately. Photo identification will now be required when voting in elections in Texas.

On June 26, 2013, the Texas Department of Public Safety (DPS) will begin issuing Election Identification Certificates (EIC) to individuals who do not already have an acceptable form of photo identification (ID) to present when voting. Applications for the EIC will be accepted at DPS driver license offices across Texas.

If an applicant already has any of the following documents, they are *not* eligible to receive an EIC:
- Texas driver license – unexpired or expired less than 60 days
- Texas personal identification card – unexpired or expired less than 60 days
- U.S. passport book or card – unexpired or expired less than 60 days
- Texas concealed handgun license – unexpired or expired less than 60 days
- U.S. Military identification with photo – unexpired or expired less than 60 days
- U.S. Citizenship Certificate or Certificate of Naturalization with photo

To qualify for an EIC, applicants must be:
- A U.S. citizen;
- A Texas resident;
- Eligible to vote in Texas (show a valid voter registration card or submit a voter registration application when applying for the EIC); and
- 17 years and 10 months or older.

TEX0504601

Beginning June 26, individuals may apply for an EIC by visiting a Texas driver license office and completing an EIC application (DL-14C). Applicants must also bring the following items to the office to verify U.S. citizenship and identity.

The EIC receipt an individual receives will include their photo and can be used for voting until the permanent card is delivered by mail.

The EIC is free of charge to qualifying applicants and is valid for six years. There is no expiration date of an EIC for citizens 70 years of age or older.

The EIC can only be used for the purpose of voting in an election and may not be used as personal identification.

Residents with a documented disability may apply at their county voter registrar for a permanent exemption from the photo ID requirement. If approved, they will not need a photo ID to vote. Also, if individuals are voting by mail, they do not have to submit a photo ID.

For more information on the requirements, exemptions and process for obtaining an EIC, please visit: http://www.txdps.state.tx.us/DriverLicense/electionID.htm.

For more information on voting in Texas, visit the Secretary of State's website: http://www.sos.state.tx.us/.

### (HQ 2013-78)

TEX0504602



**FOR IMMEDIATE DISTRIBUTION**
**April 23, 2014**

**PRESS RELEASE**
**Media and Communications Office**
(512) 424-2080

# Select Driver License Offices Open Saturdays to Issue Election Identification Certificates

*Certificates also available at mobile stations, select county locations*

AUSTIN – The Texas Department of Public Safety (DPS) in advance of the upcoming primary runoff election will be offering Saturday hours at select driver license offices throughout the state to issue Election Identification Certificates (EIC) only. DPS will also be deploying mobile stations to various locations across Texas in an ongoing effort to ensure Texans have access to EICs. Additionally, select county locations will be issuing EICs at the local level.

The 2014 primary runoff election in Texas is May 27, with early voting from May 19 - 23.

Texans can obtain an EIC at:

- Any of the **more than 220 Texas driver license offices** during regular business hours
- **Select driver license offices** on Saturdays from 10 a.m. – 2 p.m. (EIC transactions only)
- **DPS EIC mobile station locations** (EIC transactions only); locations can be found at http://www.dps.texas.gov/DriverLicense/documents/EICDPSrun.pdf and VoteTexas.gov
- **Select county locations** issuing only EICs at the local level, which can be found at http://www.dps.texas.gov/DriverLicense/documents/EICCountyrun.pdf

Most residents already have an acceptable form of photo identification needed for voting and will not need or qualify for an EIC. If an applicant already has any of the following documents, they are ***not*** eligible to receive an EIC:

- Texas driver license – unexpired or expired no longer than 60 days at the time of voting
- Texas personal identification card – unexpired or expired no longer than 60 days at the time of voting
- U.S. passport book or card – unexpired or expired no longer than 60 days at the time of voting
- Texas concealed handgun license – unexpired or expired no longer than 60 days at the time of voting
- U.S. Military identification with photo – unexpired or expired no longer than 60 days at the time of voting
- U.S. Citizenship Certificate or Certificate of Naturalization with photo

To apply for an EIC, applicants must visit one of the locations listed above and complete an application for a Texas Election Identification Certificate (DL-14C).

To qualify for an EIC, an applicant must:
- Bring documentation to verify **U.S. citizenship** and **Identity**
- Be eligible to vote in Texas (Bring a valid voter registration card or submit a voter registration application through the Texas Department of Public Safety)
- Be a Texas resident
- Be 17 years and 10 months or older

**To avoid delays or complications, DPS urges potential applicants to make sure they have the necessary documentation before arriving at the office.**

The EIC receipt an individual receives will include their photo and can be used for voting until the permanent card is delivered by mail.

The EIC is **free of charge** to qualifying applicants and is valid for six years. There is no expiration date for an EIC for citizens 70 years of age or older. The EIC can **only** be used for the purpose of voting in an election and may not be used as personal identification.

For more information on the requirements, exemptions and process for obtaining an EIC, please visit: http://www.txdps.state.tx.us/DriverLicense/electionID.htm.

For more information on voting in Texas, visit the Secretary of State's website: www.votetexas.gov.

### (HQ 2014-50)

# Texas
## Department of Public Safety

**FOR IMMEDIATE DISTRIBUTION**
April 17, 2014

**PRESS RELEASE**
Media and Communications Office
(512) 424-2080

## DPS Reminds Texans: Election Identification Certificates Available at Driver License Offices

AUSTIN – The Texas Department of Public Safety (DPS) is reminding Texans in advance of the upcoming primary runoff election that Election Identification Certificates (EIC) are available at all Texas driver license offices for individuals in need of proper identification required to vote in elections in Texas.

The 2014 primary runoff election in Texas is May 27, with early voting from May 19 - 23.

Most residents already have an acceptable form of photo identification needed for voting and will not need or qualify for an EIC. If an applicant already has any of the following documents, they are ***not*** eligible to receive an EIC:

- Texas driver license – unexpired or expired no longer than 60 days at the time of voting
- Texas personal identification card – unexpired or expired no longer than 60 days at the time of voting
- U.S. passport book or card – unexpired or expired no longer than 60 days at the time of voting
- Texas concealed handgun license – unexpired or expired no longer than 60 days at the time of voting
- U.S. Military identification with photo – unexpired or expired no longer than 60 days at the time of voting
- U.S. Citizenship Certificate or Certificate of Naturalization with photo

To apply for an EIC, applicants must visit a driver license office and complete an Application for Texas Election Certificate (DL-14C).

To qualify for an EIC, an applicant must:
- Bring documentation to verify **U.S. citizenship** and **Identity**
- Be eligible to vote in Texas (Bring a valid voter registration card or submit a voter registration application through the Texas Department of Public Safety)
- Be a Texas resident
- Be 17 years and 10 months or older

**To avoid delays or complications, DPS urges potential applicants to make sure they have the necessary documentation before arriving at the office.**

The EIC receipt an individual receives will include their photo and can be used for voting until the permanent card is delivered by mail.

The EIC is **free of charge** to qualifying applicants and is valid for six years. There is no expiration date for an EIC for citizens 70 years of age or older. The EIC can **only** be used for the purpose of voting in an election and may not be used as personal identification.

For more information on the requirements, exemptions and process for obtaining an EIC, please visit: http://www.txdps.state.tx.us/DriverLicense/electionID.htm.

For more information on voting in Texas, visit the Secretary of State's website: www.votetexas.gov.

### (HQ 2014-46)

# Texas
## Department of Public Safety

**FOR IMMEDIATE DISTRIBUTION**
**February 18, 2014**

**PRESS RELEASE**
**Media and Communications Office**
(512) 424-2080

# DPS Reminds Texans: Election Identification Certificates Available at Driver License Offices, Mobile Stations

AUSTIN – As early voting for the primary election begins today, the Texas Department of Public Safety (DPS) is reminding Texans that Election Identification Certificates (EICs) are available at driver license offices, with select offices open on Saturdays, and at mobile stations in select counties. Additionally, select county offices will be issuing EICs at the local level.

The 2014 primary election in Texas is March 4, with early voting from today through February 28.

Texans can obtain an EIC at:

- Any of the **more than 220 Texas driver license offices** during regular business hours
- **Select driver license offices** on Saturdays from 10 a.m. – 2 p.m. (EIC transactions only)
- **DPS EIC mobile station locations** (EIC transactions only); locations can be found at http://www.dps.texas.gov/DriverLicense/documents/EICDPSrun.pdf and VoteTexas.gov
- **Select county locations** issuing only EICs at the local level

Most residents already have an acceptable form of photo identification needed for voting and will not need or qualify for an EIC. If an applicant already has any of the following documents, they are *not* eligible to receive an EIC:

- Texas driver license – unexpired or expired no longer than 60 days at the time of voting
- Texas personal identification card – unexpired or expired no longer than 60 days at the time of voting
- U.S. passport book or card – unexpired or expired no longer than 60 days at the time of voting
- Texas concealed handgun license – unexpired or expired no longer than 60 days at the time of voting
- U.S. Military identification with photo – unexpired or expired no longer than 60 days at the time of voting
- U.S. Citizenship Certificate or Certificate of Naturalization with photo

To apply for an EIC, applicants must visit one of the locations listed above and complete an application for a Texas Election Identification Certificate (DL-14C).

To qualify for an EIC, an applicant must:

- Bring documentation to verify **U.S. citizenship** and **Identity**
- Be eligible to vote in Texas (Bring a valid voter registration card or submit a voter registration application through the Texas Department of Public Safety)
- Be a Texas resident
- Be 17 years and 10 months or older

**To avoid delays or complications, DPS urges potential applicants to make sure they have the necessary documentation before arriving at the office.**

The EIC receipt an individual receives will include their photo and can be used for voting until the permanent card is delivered by mail.

The EIC is **free of charge** to qualifying applicants and is valid for six years. There is no expiration date for an EIC for citizens 70 years of age or older. The EIC can **only** be used for the purpose of voting in an election and may not be used as personal identification.

For more information on the requirements, exemptions and process for obtaining an EIC, please visit: http://www.txdps.state.tx.us/DriverLicense/electionID.htm.

For more information on voting in Texas, visit the Secretary of State's website: www.votetexas.gov.

### (HQ 2014-22)

**Texas**
Department of Public Safety

**FOR IMMEDIATE DISTRIBUTION**
February 3, 2014

**PRESS RELEASE**
Media and Communications Office
(512) 424-2080

## Select Driver License Offices Open Saturdays to Issue Election Identification Certificates

*Certificates also available at mobile stations, select county locations*

AUSTIN – The Texas Department of Public Safety (DPS) in advance of the upcoming primary election will be offering Saturday hours at select driver license offices throughout the state to issue Election Identification Certificates (EIC) only. DPS will also be deploying mobile stations to various locations across Texas in an ongoing effort to ensure Texans have access to EICs. Additionally, select county offices will be issuing EICs at the local level.

The 2014 primary election in Texas is March 4, with early voting from February 18 - 28.

Texans can obtain an EIC at:

- Any of the **more than 220 Texas driver license offices** during regular business hours
- **Select driver license offices** on Saturdays from 10 a.m. – 2 p.m. (EIC transactions only)
- **DPS EIC mobile station locations** (EIC transactions only); locations can be found at http://www.dps.texas.gov/DriverLicense/documents/EICDPSrun.pdf and VoteTexas.gov
- **Select county locations** issuing only EICs at the local level

Most residents already have an acceptable form of photo identification needed for voting and will not need or qualify for an EIC. If an applicant already has any of the following documents, they are *not* eligible to receive an EIC:

- Texas driver license – unexpired or expired no longer than 60 days at the time of voting
- Texas personal identification card – unexpired or expired no longer than 60 days at the time of voting
- U.S. passport book or card – unexpired or expired no longer than 60 days at the time of voting
- Texas concealed handgun license – unexpired or expired no longer than 60 days at the time of voting
- U.S. Military identification with photo – unexpired or expired no longer than 60 days at the time of voting
- U.S. Citizenship Certificate or Certificate of Naturalization with photo

To apply for an EIC, applicants must visit one of the locations listed above and complete an application for a Texas Election Identification Certificate (DL-14C).

To qualify for an EIC, an applicant must:
- Bring documentation to verify **U.S. citizenship** and **Identity**
- Be eligible to vote in Texas (Bring a valid voter registration card or submit a voter registration application through the Texas Department of Public Safety)
- Be a Texas resident
- Be 17 years and 10 months or older

**To avoid delays or complications, DPS urges potential applicants to make sure they have the necessary documentation before arriving at the office.**

The EIC receipt an individual receives will include their photo and can be used for voting until the permanent card is delivered by mail.

The EIC is **free of charge** to qualifying applicants and is valid for six years. There is no expiration date for an EIC for citizens 70 years of age or older. The EIC can **only** be used for the purpose of voting in an election and may not be used as personal identification.

For more information on the requirements, exemptions and process for obtaining an EIC, please visit: http://www.txdps.state.tx.us/DriverLicense/electionID.htm.

For more information on voting in Texas, visit the Secretary of State's website: www.votetexas.gov.

### (HQ 2014-015)

# Texas
## Department of Public Safety

**FOR IMMEDIATE DISTRIBUTION**
January 29, 2014

**PRESS RELEASE**
Media and Communications Office
(512) 424-2080

## DPS Reminds Texans: Election Identification Certificates Available at Driver License Offices

AUSTIN – The Texas Department of Public Safety (DPS) is reminding Texans in advance of the upcoming primary election that Election Identification Certificates (EIC) are available at all Texas driver license offices for individuals in need of proper identification required to vote in elections in Texas.

The 2014 primary election in Texas is March 4, with early voting from February 18 - 28. The last day to register to vote in the 2014 primary election is Monday, Feb. 3.

Most residents already have an acceptable form of photo identification needed for voting and will not need or qualify for an EIC. If an applicant already has any of the following documents, they are *not* eligible to receive an EIC:

- Texas driver license – unexpired or expired less than 60 days at the time of voting
- Texas personal identification card – unexpired or expired less than 60 days at the time of voting
- U.S. passport book or card – unexpired or expired less than 60 days at the time of voting
- Texas concealed handgun license – unexpired or expired less than 60 days at the time of voting
- U.S. Military identification with photo – unexpired or expired less than 60 days at the time of voting
- U.S. Citizenship Certificate or Certificate of Naturalization with photo

To apply for an EIC, applicants must visit a driver license office and complete an Application for Texas Election Certificate (DL-14C).

To qualify for an EIC, an applicant must:
- Bring documentation to verify **U.S. citizenship** and **Identity**
- Be eligible to vote in Texas (Bring a valid voter registration card or submit a voter registration application through the Texas Department of Public Safety)
- Be a Texas resident
- Be 17 years and 10 months or older

**To avoid delays or complications, DPS urges potential applicants to make sure they have the necessary documentation before arriving at the office.**

The EIC receipt an individual receives will include their photo and can be used for voting until the permanent card is delivered by mail.

The EIC is **free of charge** to qualifying applicants and is valid for six years. There is no expiration date for an EIC for citizens 70 years of age or older. The EIC can **only** be used for the purpose of voting in an election and may not be used as personal identification.

For more information on the requirements, exemptions and process for obtaining an EIC, please visit: http://www.txdps.state.tx.us/DriverLicense/electionID.htm.

For more information on voting in Texas, visit the Secretary of State's website: www.votetexas.gov.

### (HQ 2014-010)

**Texas**
**Department of Public Safety**

**FOR IMMEDIATE DISTRIBUTION**
October 25, 2013

**PRESS RELEASE**
**Media and Communications Office**
(512) 424-2080

# REMINDER: Select Driver License Offices Open Saturdays to Issue Election Identification Certificates

*Certificates also available at mobile stations, select county locations throughout the state*

AUSTIN – The Texas Department of Public Safety (DPS) is reminding Texans that nearly 50 driver license offices across the state are offering Saturday hours to provide Election Identification Certificates (EIC) to those in need of proper identification required to vote in elections in Texas.

Select offices are open on Saturdays from 10 a.m. – 2 p.m. through November 2, to allow residents to apply for EICs <u>only</u>. **No other transactions will be conducted during Saturday business hours**.

Texans can now obtain an EIC at:

- Any of the **more than 220 Texas driver license offices** during regular business hours
- **Select driver license offices** **on Saturdays** from 10 a.m. – 2 p.m. (EIC transactions only)
- **DPS EIC mobile station locations** (EIC transactions only); locations can be found at VoteTexas.gov and http://www.dps.texas.gov/DriverLicense/documents/EICDPSrun.pdf
- **Select county locations**, issuing only EICs at the local level

Most residents already have an acceptable form of photo identification needed for voting and will not need or qualify for an EIC. If an applicant already has any of the following documents, they are *not* eligible to receive an EIC:

- Texas driver license – unexpired or expired less than 60 days at the time of voting
- Texas personal identification card – unexpired or expired less than 60 days at the time of voting
- U.S. passport book or card – unexpired or expired less than 60 days at the time of voting
- Texas concealed handgun license – unexpired or expired less than 60 days at the time of voting
- U.S. Military identification with photo – unexpired or expired less than 60 days at the time of voting
- U.S. Citizenship Certificate or Certificate of Naturalization with photo

To apply for an EIC, applicants must visit a driver license office or mobile station and complete an Application for Texas Election Certificate (DL-14C).

To qualify for an EIC, an applicant must:
- Bring documentation to the office to verify **U.S. citizenship** and **Identity**
- Be eligible to vote in Texas (Bring a valid voter registration card or submit a voter registration application through the Texas Department of Public Safety)
- Be a Texas resident
- Be 17 years and 10 months or older

**To avoid delays or complications, DPS urges potential applicants to make sure they have the necessary documentation before arriving at the office.**

The EIC receipt an individual receives will include their photo and can be used for voting until the permanent card is delivered by mail.

The EIC is **free of charge** to qualifying applicants and is valid for six years. There is no expiration date for an EIC for citizens 70 years of age or older. The EIC can **only** be used for the purpose of voting in an election and may not be used as personal identification.

For more information on the requirements, exemptions and process for obtaining an EIC, please visit: http://www.txdps.state.tx.us/DriverLicense/electionID.htm.

For more information on voting in Texas, visit the Secretary of State's website: www.votetexas.gov.

### (HQ 2013-127)

# Texas
## Department of Public Safety

**FOR IMMEDIATE DISTRIBUTION**
September 24, 2013

**PRESS RELEASE**
Media and Communications Office
(512) 424-2080

# Mobile Stations to Issue Election Identification Certificates Across Texas Beginning Oct. 1

HOUSTON – Texas Public Safety Commission Chair Cynthia Leon today joined Texas Secretary of State John Steen in announcing Election Identification Certificates (EIC) will be available at 25 EIC mobile stations, which will begin deploying across the state next week. These mobile stations, which will issue EICs only, are part of an ongoing effort to provide EICs to Texans in need of photo identification now required to vote in elections in Texas.

"Elections are always an exciting time for voters, communities and government. In partnership with the Secretary of State, DPS is taking extra measures to increase the convenience for those seeking to apply for an Election Identification Certificate," said Chair Leon. "Texans now have several different options to obtain an EIC if they don't already have the necessary photo identification to cast their vote."

EIC mobile stations will be deployed beginning Oct. 1 to various locations across the state as determined by the Secretary of State's Office. To view the current schedule of EIC mobile station locations and for updates to the schedule, visit www.VoteTexas.gov

Texans can now obtain an EIC at:
- Any of the more than 220 Texas driver license offices across Texas during regular business hours;
- Select driver license offices on Saturdays from 10 a.m. – 2 p.m. (EIC transactions only); and
- EIC mobile station locations (EIC transactions only).

Most Texans already have an acceptable form of photo identification needed for voting and will not need or qualify for an EIC. If an applicant already has any of the following documents, they are ***not*** eligible to receive an EIC:

- Texas driver license – unexpired or expired no longer than 60 days at the time of voting
- Texas personal identification card – unexpired or expired no longer than 60 days at the time of voting
- Texas concealed handgun license – unexpired or expired no longer than 60 days at the time of voting

- U.S. passport book or card – unexpired or expired no longer than 60 days at the time of voting
- U.S. Military identification with photo – unexpired or expired no longer than 60 days at the time of voting
- U.S. Citizenship Certificate or Certificate of Naturalization with photo

To apply for an EIC, applicants must visit a driver license office or EIC mobile station, and complete an Application for Texas Election Certificate (DL-14C).

To qualify for an EIC, an applicant must:
- **Bring documentation** to verify U.S. citizenship
- **Bring documentation** to verify Identity
- Be eligible to vote in Texas (**Bring a valid voter registration card** or submit a voter registration application through DPS)
- Be a Texas resident
- Be 17 years and 10 months or older

**To avoid delays or complications, DPS urges potential applicants to make sure they have the necessary documentation before arriving at the office or mobile station.**

The EIC receipt an individual receives will include their photo and can be used for voting until the permanent card is delivered by mail. The EIC is *free of charge* to qualifying applicants and is valid for six years. There is no expiration date for an EIC for citizens 70 years of age or older. The EIC can only be used for the purpose of voting in an election and may not be used as personal identification.

Texans with a documented disability may apply at their county voter registrar for a permanent exemption from the photo ID requirement. If approved, they will not need a photo ID to vote. Also, if individuals are voting by mail, they do not have to submit a photo ID.

For more information on the requirements, exemptions and process for obtaining an EIC, please visit: http://www.txdps.state.tx.us/DriverLicense/electionID.htm.

For more information on voting in Texas, visit the Secretary of State's website: www.votetexas.gov.

### (HQ 2013-119)

# Texas
## Department of Public Safety

**FOR IMMEDIATE DISTRIBUTION**
September 13, 2013

**PRESS RELEASE**
Media and Communications Office
(512) 424-2080

## Select Driver License Offices Open Saturdays to Issue Election Identification Certificates
### *No driver license transactions will be conducted on Saturdays*

AUSTIN – The Texas Department of Public Safety (DPS) is offering Saturday hours at nearly 50 driver license offices across the state as part of an ongoing effort to provide Election Identification Certificates (EICs) to Texans in need of proper identification required to vote in elections in Texas.

Select offices will be open on Saturdays from 10 a.m. – 2 p.m. beginning September 14 through November 2, to allow residents to apply for EICs <u>only</u>. No other transactions will be conducted during Saturday business hours. In addition to the Saturday hours, applicants may apply for an EIC at <u>all Texas driver license offices</u> during regular business hours Monday – Friday.

For a list of offices that will be open on Saturdays to issue EICs, visit <u>http://www.dps.texas.gov/DriverLicense/documents/openCtyOfcs.pdf</u>.

Most residents already have an acceptable form of photo identification needed for voting and will not need or qualify for an EIC. If an applicant already has any of the following documents, they are ***not*** eligible to receive an EIC:

- Texas driver license – unexpired or expired less than 60 days at the time of voting
- Texas personal identification card – unexpired or expired less than 60 days at the time of voting
- U.S. passport book or card – unexpired or expired less than 60 days at the time of voting
- Texas concealed handgun license – unexpired or expired less than 60 days at the time of voting
- U.S. Military identification with photo – unexpired or expired less than 60 days at the time of voting
- U.S. Citizenship Certificate or Certificate of Naturalization with photo

To apply for an EIC, applicants must visit a driver license office and complete an <u>Application for Texas Election Certificate (DL-14C)</u>.

To qualify for an EIC, an applicant must:
- Bring documentation to the office to verify **U.S. citizenship**
- Bring documentation to the office to verify **Identity**
- Be eligible to vote in Texas (Bring a valid voter registration card or submit a voter registration application through the Texas Department of Public Safety at the office)
- Be a Texas resident
- Be 17 years and 10 months or older

**To avoid delays or complications, DPS urges potential applicants to make sure they have the necessary documentation before arriving at the office.**

The EIC receipt an individual receives will include their photo and can be used for voting until the permanent card is delivered by mail.

The EIC is **free of charge** to qualifying applicants and is valid for six years. There is no expiration date for an EIC for citizens 70 years of age or older. The EIC can **only** be used for the purpose of voting in an election and may not be used as personal identification.

Texans with a documented disability may apply at their county voter registrar for a permanent exemption from the photo ID requirement. If approved, they will not need a photo ID to vote. Also, if individuals are voting by mail, they do not have to submit a photo ID.

For more information on the requirements, exemptions and process for obtaining an EIC, please visit: http://www.txdps.state.tx.us/DriverLicense/electionID.htm.

For more information on voting in Texas, visit the Secretary of State's website: www.votetexas.gov.

### (HQ 2013-113)

Secretary Berry ~ 2014 Photo ID Events

Feb. 4: News Conference
     El Paso County Election Headquarters

Feb. 5: News Conference
     Potter County Election Headquarters
     Lubbock County Election Headquarters

Feb. 6: News Conference
     Smith County Election Headquarters

Feb. 12: News Conference
     Tarrant County Election Headquarters

Feb. 17: Interview with the Dallas Business Journal

Feb. 27: News Conference
     Early voting in Houston

March 4: Radio Tour of Texas
     Appeared on major news/talk stations in Dallas, Houston, San Antonio, Austin, Corpus Christi, Waco, Midland, Amarillo, Beaumont, McAllen-Brownsville, Temple and Killeen.

March 5: Radio Tour of Texas
     Appeared on major news/talk stations in Dallas, Houston, San Antonio, Austin, and Corpus Christi.

March 11: Delivered speeches to Associated Builders and Contractors of Houston and Houston Club.

March 15: Delivered speech to Schertz Chamber of Commerce

The State of Texas



Executive Division.
Capitol Building, 1E.8
P.O. Box 12697
Austin, Texas 78711-2697

Nandita Berry
Secretary of State

Phone: 512-463-5770
Fax: 512-475-2761
Dial 7-1-1 For Relay Services
www.sos.state.tx.us

For Immediate Release
March 5, 2014

Contact: Alicia Pierce or Jeff Hillery
(512) 463-5770

## Texas Secretary of State says March 4 Election successful, encourages voters to prepare for the May 27 runoff

**Austin** – Today, Texas Secretary of State Nandita Berry thanked Texans for a successful March 4 Election and then reminded voters to prepare for the May 27 Runoff Election.

"The election was smooth, secure and successful, despite some wintery weather in parts of the state on Election Day" said Secretary Berry. "Credit goes to the county election officials, their employees, party officials and the thousands of poll workers across the state who helped execute this election."

This was the first statewide election overseen by Secretary Berry and the second requiring photo ID for Texans casting ballots in person.

"We did not hear any reports of significant issues related to photo ID," said Secretary Berry. "Texans came to the polls prepared to show one of the seven forms of approved identification."

The March 4 Election will result in a number of statewide and local runoff elections for parties to determine general election candidates. Secretary Berry reminded voters about the rules surrounding primary election runoffs.

"If you voted in a party primary or participated in a convention, you can only vote in that same party's runoff" said Secretary Berry. "If you did not vote in the March 4 Primary you may still vote and can vote in the runoff election for either party." said Secretary Berry.

A voter's participation in either the primary election or the primary runoff has no bearing on his or her vote in the November general election.

Some important dates to remember for the May 27 Primary Runoff Election:

The last day to register in time for the runoff is April 28.
The first day to apply for ballot by mail is March 28 and the last day is May 16.
Early voting runs from May 19 through May 23.

For more information, visit your official voting resource, VoteTexas.gov.

### ###

www.votetexas.gov
Twitter: https://twitter.com/votetexas     Facebook: http://www.facebook.com/votetexas

The State of Texas



Nandita Berry
Secretary of State

Executive Division
Capitol Building, 1E.8
P.O. Box 12697
Austin, Texas 78711-2697

Phone: 512-463-5770
Fax: 512-475-2761
Dial 7-1-1 For Relay Services
www.sos.state.tx.us

For Immediate Release
March 3, 2014

Contact: Alicia Pierce or Jeff Hillery
(512) 463-5770

## Texas Secretary of State Reminds Texas Voters to Bring Photo ID to the Polls for Tomorrow's Primary Election

AUSTIN–Texas Secretary of State Nandita Berry is wrapping up the Primary Election phase of the state's Vote Texas campaign to ensure all eligible Texas voters have the information they need to cast a ballot in Tuesday's election. This year's outreach efforts have emphasized the new photo ID law, which requires registered voters to bring an approved photo ID with them to the polls.

"I encourage all Texas voters to get the facts about voting and exercise their right to help choose our candidates for local, state and federal elections in November," said Secretary Berry. "Whether it's on TV, radio, social media or VoteTexas.gov, I am reminding Texans to bring an approved photo ID to the polls this year. There are seven options available to comply with the photo ID law and the State of Texas is taking every possible action to make the process simple and easy."

To cast a ballot in person, registered voters need to present one of the following approved forms of photo ID:

- Texas Driver License – issued by the Department of Public Safety (DPS)
- Texas Personal Identification Card – issued by DPS
- Texas Concealed Handgun License – issued by DPS
- United States Military Identification card containing the person's photograph
- United States Citizenship Certificate containing the person's photograph
- United States Passport – issued by the U.S. government
- Election Identification Certificate – issued free by DPS

Voters should visit www.VoteTexas.gov for helpful information regarding how and where to vote, and can also call the Secretary of State's toll-free hotline, 1-800-252-VOTE. They can also contact their county elections office to locate their polling place. All polling places in Texas are scheduled to open at 7:00 a.m. and close at 7:00 p.m. on March 4.

Texans can also stay up to date by following the Secretary of State on Twitter and Instagram, as well as "liking" VoteTexas on Facebook.

### #