## The State of Texas



Executive Division
Capitol Building, 1E.8
P.O. Box 12697
Austin, Texas 78711-2697

Phone: 512-463-5770
Fax: 512-475-2761
Dial 7-1-1 For Relay Services
www.sos.state.tx.us

Nandita Berry
Secretary of State

For planning purposes only
February 26, 2014

Contact: Alicia Pierce or Jeff Hillery
(512) 463-5770

## For Planning Purposes Only: **Media Availability with Texas Secretary of State on Thursday morning about March 4 Election**

<u>Who</u>: recently appointed Texas Secretary of State Nandita Berry

<u>What</u>: Following casting her own ballot, Secretary Nandita Berry will be available for media questions about early voting and the March 4 Election. This is the first election Secretary
Nandita Berry will oversee as Texas Secretary of State.

<u>When</u>: Thursday, February 27, 2014 10:30 a.m.

<u>Where</u>: Metropolitan Multi-Services Center, 1475 W Gray St, Houston, TX 77019
Outside of the 100 foot marker, outside of the gate.

<u>Note</u>: The Texas Election Code prohibits the use camera and other recording devices within 100 feet of the voting station. Any interviews with Secretary Berry will be outside the gate for the center and must be beyond the 100 foot marker.

**Texas Election Code 61.0149(c): A person may not use any mechanical or electronic means of recording images or sound within 100 feet of a voting station.**

###

# The State of Texas



Executive Division
Capitol Building, 1E.8
P.O. Box 12697
Austin, Texas 78711-2697

Nandita Berry
Secretary of State

Phone: 512-463-5770
Fax: 512-475-2761
Dial 7-1-1 For Relay Services
www.sos.state.tx.us

FOR IMMEDIATE RELEASE
February 21, 2014

Contact: Alicia Pierce or Jeff Hillery
(512) 463-5770

## Secretary of State Nandita Berry reminds Texans about early voting
*Early Voting for Primary Elections runs through Feb. 28*

**AUSTIN, TX** – Texas Secretary of State Nandita Berry reminds Texas voters that early voting for the March Primary Elections continues through Friday, February 28. Election Day is Tuesday, March 4.

To get the word out, Secretary Berry toured the state, engaging voters in traditional, digital and social media, and new television and radio advertisements are currently running statewide in English and Spanish.

"I encourage all Texas voters to take advantage of the convenience of Early Voting, when you can vote anywhere in your county and at a time that works for you," said Secretary Berry. "I also want to remind Texans to bring an approved photo ID to the polls."

Photo identification is required in early voting and on Election Day to vote in person. To cast a ballot in person voters should present one of the following approved forms of photo ID:

1. Texas Driver License – issued by the Department of Public Safety (DPS)
2. Texas Personal Identification Card – issued by DPS
3. Texas Concealed Handgun License – issued by DPS
4. United States Military Identification card containing the person's photograph
5. United States Citizenship Certificate containing the person's photograph
6. United States Passport – issued by the U.S. government
7. Election Identification Certificate – issued free by DPS

Anyone who does not have one of the first six forms of ID can get an Election Identification Certificate from a local DPS driver license office for free.

In almost all cases, voters voting by mail will not need to present a photo ID. Texans age 65 and older and people with disabilities are automatically qualified to vote by mail. However, the last day to request a ballot by mail in time for the March 4 Election is Friday, February 21. Voters can contact their county elections office to locate the most convenient polling place, or they can follow the links at www.votetexas.gov. Polling place times will vary from county to county.

### ###

## The State of Texas



Executive Division
Capitol Building, 1E.8
P.O. Box 12697
Austin, Texas 78711-2697

Nandita Berry
Secretary of State

Phone: 512-463-5770
Fax: 512-475-2761
Dial 7-1-1 For Relay Services
www.sos.state.tx.us

FOR IMMEDIATE RELEASE
February 13, 2014

Contact: Alicia Pierce or Jeff Hillery
(512) 463-5770

### ***MEDIA ADVISORY***
(For Planning Purposes Only)

## New Texas Secretary of State to speak in Arlington at Founder's Day worship service of A.M.E. Episcopal Church

WHO:    Secretary of State Nandita Berry

WHAT:   Welcoming remarks, focusing on the Texas economy and voter education.

WHERE:  Arlington Convention Center
        1500 Convention Center Drive
        Arlington, TX 76011

WHEN:   Friday, February 14, 2014
        12:00 p.m.

# # #

Websites: www.sos.state.tx.us   www.votetexas.gov
Twitter: https://twitter.com/TXsecofstate   https://twitter.com/votetexas   Facebook: http://www.facebook.com/votetexas



## The State of Texas

Executive Division
Capitol Building, 1E.8
P.O. Box 12697
Austin, Texas 78711-2697

Nandita Berry
Secretary of State

Phone: 512-463-5770
Fax: 512-475-2761
Dial 7-1-1 For Relay Services
www.sos.state.tx.us

FOR IMMEDIATE RELEASE
February 11, 2014

Contact: Alicia Pierce or Jeff Hillery
(512) 463-5770

## MEDIA ADVISORY: New Texas Secretary of State to Hold Media Availability in Fort Worth
### *State, county officials will highlight early voting, photo ID requirements*

WHO:   Texas Secretary of State Nandita Berry and Tarrant County Elections Administrator Steve Raborn.

WHAT:   A discussion of voter resources, early voting and new photo ID requirements for the March 4 primaries.

WHEN:   Wednesday, February 12, 1:00 p.m.-2:00 p.m.

WHERE:   Tarrant County Elections Center
2700 Premier Street
Fort Worth, TX 76111

###

Websites: www.sos.state.tx.us   www.votetexas.gov
Twitter: https://twitter.com/TXsecofstate   https://twitter.com/votetexas   Facebook: http://www.facebook.com/votetexas

## The State of Texas



Executive Division
Capitol Building, 1E.8
P.O. Box 12697
Austin, Texas 78711-2697

Nandita Berry
Secretary of State

Phone: 512-463-5770
Fax: 512-475-2761
Dial 7-1-1 For Relay Services
www.sos.state.tx.us

FOR IMMEDIATE RELEASE
February 10, 2014

Contact: Alicia Pierce or Jeff Hillery
(512) 463-5770

## ***MEDIA ADVISORY***
### (For Planning Purposes Only)

## New Texas Secretary of State to visit Joint Base San Antonio, address military voting

**AUSTIN, TX** – New Texas Secretary of State Nandita Berry will visit Joint Base San Antonio (JBSA) to stress resources for military voting.

| | |
|---|---|
| WHO: | Secretary of State Nandita Berry<br>Jacque Callanen, Bexar Co. Elections Administrator |
| WHAT: | Military voter outreach and resources presentation |
| WHERE: | 502nd Air Base Wing Headquarters<br>Joint Base San Antonio - Fort Sam Houston |
| WHEN: | Tuesday, February 11, 2014<br>3:30 p.m.<br>(Media should meet at the Walters Street visitors center at 3 p.m.) |

**MEDIA NOTE**: For access to the installation and to attend the Secretary's presentation, please contact Brent Boller at JBSA Public Affairs, 210-808-7554 or 210-602-8780 (cell), no later than 4 p.m. today.

### # # #

The State of Texas



Nandita Berry
Secretary of State

Executive Division
Capitol Building, 1E.8
P.O. Box 12697
Austin, Texas 78711-2697

Phone: 512-463-5770
Fax: 512-475-2761
Dial 7-1-1 For Relay Services
www.sos.state.tx.us

FOR IMMEDIATE RELEASE
February 5, 2014

Contact: Alicia Pierce or Jeff Hillery
(512) 463-5770

## MEDIA ADVISORY: Newly Sworn-in Texas Secretary of State to Hold Media Availability in Tyler
*State, county officials will highlight early voting, photo ID requirements*

WHO:        Texas Secretary of State Nandita Berry, Smith County Election Administrator Karen Nelson.

WHAT:       A discussion of voter resources, early voting and new photo ID requirements for the March 4 primaries.

WHEN:       Thursday, February 6, from 10:00 a.m. to 10:30 a.m.

WHERE:      302 East Ferguson
            Tyler, TX 75702

###

## The State of Texas



Nandita Berry
Secretary of State

Executive Division
Capitol Building, 1E.8
P.O. Box 12697
Austin, Texas 78711-2697

Phone: 512-463-5770
Fax: 512-475-2761
Dial 7-1-1 For Relay Services
www.sos.state.tx.us

FOR IMMEDIATE RELEASE
February 4, 2014

Contact: Alicia Pierce or Jeff Hillery
(512) 463-5770

## MEDIA ADVISORY: Newly Sworn-in Texas Secretary of State to Hold Media Availability in Lubbock

*State, county officials will highlight early voting, photo ID requirements*

WHO:      Texas Secretary of State Nandita Berry, Lubbock County Election Administrator Dorothy Kennedy and Roxine Stinson, Chief Deputy of Elections.

WHAT:     A discussion of voter resources, early voting and new photo ID requirements for the March 4 primaries.

WHEN:     Wednesday, February 5, from 1:00 p.m. – 2:00 p.m.

WHERE:    1308 Crickets Avenue
Lubbock County Office of Elections
Lubbock, TX 78401
Office Phone: 806-775-1611

###

# The State of Texas



**Executive Division**
Capitol Building, 1E.8
P.O. Box 12697
Austin, Texas 78711-2697

Nandita Berry
Secretary of State

Phone: 512-463-5770
Fax: 512-475-2761
Dial 7-1-1 For Relay Services
www.sos.state.tx.us

FOR IMMEDIATE RELEASE
February 4, 2014

Contact: Alicia Pierce or Jeff Hillery
(512) 463-5770

## MEDIA ADVISORY: Newly Sworn-in Texas Secretary of State to Hold Media Availability in Amarillo
*State, county officials will highlight early voting, photo ID requirements*

WHO:       Texas Secretary of State Nandita Berry, Potter County Election Administrator Melynn Huntley.

WHAT:      A discussion of voter resources, early voting and new photo ID requirements for the March 4 primaries.

WHEN:      Wednesday, February 5, from 8:15 a.m. to 8:45 a.m.

WHERE:     900 South Polk Street, Suite 320
           Amarillo, TX 79101
           Office Phone: 806- 379-2298

                                          ###

Websites: www.sos.state.tx.us   www.votetexas.gov
Twitter: https://twitter.com/TXsecofstate   https://twitter.com/votetexas   Facebook: http://www.facebook.com/votetexas

## The State of Texas



Executive Division
Capitol Building, 1E.8
P.O. Box 12697
Austin, Texas 78711-2697

Phone: 512-463-5770
Fax: 512-475-2761
Dial 7-1-1 For Relay Services
www.sos.state.tx.us

Nandita Berry
Secretary of State

FOR IMMEDIATE RELEASE
February 3, 2014

Contact: Alicia Pierce or Jeff Hillery
(512) 463-5770

**MEDIA ADVISORY: New Texas Secretary of State to Hold Media Availability in Rosenberg Marking Final Day of Voter Registration**
*Officials will highlight voter resources, early voting and photo ID requirements*

WHO:       Texas Secretary of State Nandita Berry and Fort Bend County Election
           Administrator John Oldham.

WHAT:      A discussion of voter registration, early voting and photo ID requirements for the
           March 4 primaries.

WHEN:      Monday, February 3, from 2 p.m. – 3 p.m.

WHERE:     4520 Reading Rd, Ste. A400
           Rosenberg, Texas 77471
           Office phone number: 281-341-8670

###



## The State of Texas

Nandita Berry
Secretary of State

Executive Division
Capitol Building, 1E.8
P.O. Box 12697
Austin, Texas 78711-2697

Phone: 512-463-5770
Fax: 512-475-2761
Dial 7-1-1 For Relay Services
www.sos.state.tx.us

FOR IMMEDIATE RELEASE
February 3, 2014

Contact: Alicia Pierce or Jeff Hillery
(512) 463-5770

## MEDIA ADVISORY: Newly Sworn-in Texas Secretary of State to Hold Media Availability in El Paso

*State, county officials will highlight early voting, photo ID requirements*

WHO:    Texas Secretary of State Nandita Berry, El Paso County Election Administrator
        Javier Chacon.

WHAT:   A discussion of voter resources, early voting and new photo ID requirements for
        the March 4 primaries.

WHEN:   Tuesday, February 4, from 2:30 p.m. – 3:30 p.m.

WHERE:  500 E. San Antonio, Suite L115
        El Paso County Courthouse
        El Paso, Texas  79901

###

# The State of Texas



Executive Division
Capitol Building, 1E.8
P.O. Box 12697
Austin, Texas 78711-2697

Nandita Berry
Secretary of State

Phone: 512-463-5770
Fax: 512-475-2761
Dial 7-1-1 For Relay Services
www.sos.state.tx.us

FOR IMMEDIATE RELEASE
January 31, 2014

Contact: Alicia Pierce or Jeff Hillery
(512) 463-5770

## Secretary Berry reminds Texans about Feb. 3 registration deadline

**AUSTIN, TX** –Texas Secretary of State Nandita Berry reminds Texans that Monday, February 3, is the deadline to register to vote in time for the March 4 primary election.

"If you aren't already registered to vote, you must register at least 30 days before Election Day to vote in the next election," Secretary Berry said. "For the March 4 primary that means your registration must be received or postmarked no later than February 3."

The 30-day deadline also applies to registration updates such as changing your address.

Texans can register to vote in several ways including downloading a mail-in application at VoteTexas.gov. Eligible voters may also apply in person at their county voter registrar's office. A full list of county voter registration offices is available at the Secretary of State's website.

"The first step to voting is registering," Secretary Berry said. "I encourage all eligible Texans to register to vote or update their voter registration today."

Texans can check their registration status through VoteTexas.gov and even make updates online if they are not changing their county of registration.

Early voting begins February 18 and continues through February 28. The deadline to request a ballot by mail is February 21.

Photo ID will be required for voting in person. The seven forms of approved photo ID are:
•Texas driver license issued by the Texas Department of Public Safety (DPS)
•Texas Election Identification Certificate issued by DPS
•Texas personal identification card issued by DPS
•Texas concealed handgun license issued by DPS
•United States military identification card containing the person's photograph
•United States citizenship certificate containing the person's photograph
•United States passport

With the exception of the U.S. citizenship certificate, the identification must be current or have expired no more than 60 days before being presented at the polling place.

###

Websites: www.sos.state.tx.us   www.votetexas.gov
Twitter: https://twitter.com/TXsecofstate   https://twitter.com/votetexas   Facebook: http://www.facebook.com/votetexas

The State of Texas



Nandita Berry
Secretary of State

Executive Division
Capitol Building, 1E.8
P.O. Box 12697
Austin, Texas 78711-2697

Phone: 512-463-5770
Fax: 512-475-2761
Dial 7-1-1 For Relay Services
www.sos.state.tx.us

FOR IMMEDIATE RELEASE
January 28, 2014

Contact: Alicia Pierce or Jeff Hillery
(512) 463-5770

## MEDIA ADVISORY: Newly Sworn-in Texas Secretary of State to Hold Media Availability in Corpus Christi
*State, county officials will highlight registration deadlines, photo ID requirements*

WHO:       Texas Secretary of State Nandita Berry, Nueces County Clerk Diana T. Barrera
           and Nueces County Tax Assessor Kevin Kieschnick.

WHAT:      A discussion of when, where and how to register and vote in Nueces County.

WHEN:      Thursday, January 30, from 10:00 a.m. – 10:30 a.m.

WHERE:     Central Jury Room (1st floor)
           Nueces County Courthouse
           901 Leopard Street
           Corpus Christi, TX 78401

                              ###

From the Dallas Business Journal
:http://www.bizjournals.com/dallas/blog/2014/02/texas-secretary-of-state-nandita-berry-talks.html

Feb 18, 2014, 2:29pm CST

# Texas Secretary of State Nandita Berry talks economic development, voter ID law



Nicholas Sakelaris
   Staff Writer- *Dallas Business Journal*
   Email | LinkedIn | Twitter | Google+

Nandita Berry has been on a whirlwind tour of Texas since she became secretary of state in January. She's hit the Rio Grande, Midland, Lubbock, Amarillo and, this week, she stopped in North Texas.

On Tuesday, she visited the Dallas Business Journal office where she talked to me about economic development and the voter ID law.

Berry, who married Houston conservative radio host Michael Berry, loves to tell her own success story.

She immigrated to Houston in 1989 to attend the University of Houston with $200 to her name. She worked her way through school at a law firm and later became a regent at UH.

She's leaving those posts behind for her new gig as Texas secretary of state.

"I quickly had to find a job. It is just a testament to the opportunities that are available here in Texas that you can get yourself through school, find a job, find a good job, I worked at a law firm in Houston," she said. "To me, it's an incredible story to write about our state, which really, for immigrants like me, shows that Texas is the land of opportunity. It's wide open for opportunity. If you work hard, you can succeed. That's the story I want to tell about Texas outside of Texas. I'm going to go talk to companies outside of Texas and do what we can to bring business to Texas."

Berry couldn't stay too long because Tuesday was the first day of early voting for the March 4 primaries. This is the second test of the Texas voter ID law that the legislature put in place last year.

"They've got to have one of the seven state-approved forms of ID in their wallet. We don't want anybody to go there and be surprised," Berry said.

For more information on the acceptable forms of ID, click here.

Nicholas covers the energy and banking beats for the Dallas Business Journal.
Subscribe the Energy Inc. newsletter

## The State of Texas



Executive Division
Capitol Building, 1E.8
P.O. Box 12697
Austin, Texas 78711-2697

Phone: 512-463-5770
Fax: 512-475-2761
Dial 7-1-1 For Relay Services
www.sos.state.tx.us

Nandita Berry
Secretary of State

FOR IMMEDIATE RELEASE
February 18, 2014

Contact: Alicia Pierce or Jeff Hillery
512-463-6116

## Mobile Election Identification Certificate station in Cameron County this week

**Austin** – A mobile station is issuing Election Identification Certificates (EICs) in Cameron County today and Wednesday.

The mobile station will be at the Harlingen City Hall today and in Brownsville at the Exhibit Room of the Cameron County Dancy Building on Wednesday. The station will issue EICs from 9 a.m. to 4 p.m. The Harlingen City Hall is located at 118 East Tyler Avenue and the Cameron County Dancy Building is at 1100 East Monroe Street, Brownsville.

Election Identification Certificates are available without charge to qualified Texas voters who do not already have an approved form of photo ID, which is now required for voting in person.

Many Texans already have an approved form of ID and will not need or qualify for an EIC. Acceptable forms of ID in addition to an EIC are:

• Texas driver license issued by DPS
• Texas personal identification card issued by DPS
• Texas concealed handgun license issued by DPS
• United States military identification card containing the person's photograph
• United States citizenship certificate containing the person's photograph
• United States passport

Applicants for an EIC will need to present proof of citizenship and identity. For most applicants that means a birth certificate and two forms of supporting documentation. A complete list of documentation requirements is available at http://www.dps.texas.gov/DriverLicense/eicDocReqmnts.htm.

Applicants for an EIC would normally have to travel to a Department of Public Safety (DPS) driver license office in order to get an EIC, but these mobile stations will provide an improved opportunity to get an EIC closer to home. The stations are made available by a joint initiative with the Texas Secretary of State's office and DPS. Only EICs will be issued from these mobile stations.

###

Websites: www.sos.state.tx.us   www.votetexas.gov
Twitter: https://twitter.com/TXsecofstate   https://twitter.com/votetexas   Facebook: http://www.facebook.com/votetexas

The State of Texas



Executive Division
Capitol Building, 1E.8
P.O. Box 12697
Austin, Texas 78711-2697

Nandita Berry
Secretary of State

Phone: 512-463-5770
Fax: 512-475-2761
Dial 7-1-1 For Relay Services
www.sos.state.tx.us

FOR IMMEDIATE RELEASE
February 18, 2014

Contact: Alicia Pierce or Jeff Hillery
512-463-6116

## Mobile Election Identification Certificate station in Nueces County this week

**Austin** – A mobile station is issuing Election Identification Certificates (EICs) in Nueces County today and Wednesday.

The mobile station will be at the Nueces County Courthouse, Room 203, 9 a.m. to 4 p.m. on February 18 and 19. The Nueces Courthouse is located at 901 Leopard Street in Corpus Christi.

Election Identification Certificates are available without charge to qualified Texas voters who do not already have an approved form of photo ID, which is now required for voting in person.

Many Texans already have an approved form of ID and will not need or qualify for an EIC. Acceptable forms of ID in addition to an EIC are:

•Texas driver license issued by DPS
•Texas personal identification card issued by DPS
•Texas concealed handgun license issued by DPS
•United States military identification card containing the person's photograph
•United States citizenship certificate containing the person's photograph
•United States passport

Applicants for an EIC will need to present proof of citizenship and identity. For most applicants that means a birth certificate and two forms of supporting documentation. A complete list of documentation requirements is available at
http://www.dps.texas.gov/DriverLicense/eicDocReqmnts.htm.

Applicants for an EIC would normally have to travel to a Department of Public Safety (DPS) driver license office in order to get an EIC, but these mobile stations will provide an improved opportunity to get an EIC closer to home. The stations are made available by a joint initiative with the Texas Secretary of State's office and DPS. Only EICs will be issued from these mobile stations.

####

The State of Texas



Executive Division
Capitol Building, 1E.8
P.O. Box 12697
Austin, Texas 78711-2697

Nandita Berry
Secretary of State

Phone: 512-463-5770
Fax: 512-475-2761
Dial 7-1-1 For Relay Services
www.sos.state.tx.us

FOR IMMEDIATE RELEASE
February 19, 2014

Contact: Alicia Pierce or Jeff Hillery
512-463-6116

## Mobile Election Identification Certificate station in Galveston County today and tomorrow

**Austin** – A mobile station is issuing Election Identification Certificates (EICs) will be in Galveston County today and tomorrow.

Today, the station will be at the Galveston County Courthouse Commissioner's Room at 722 Moody (21st St.) Galveston. Tomorrow the station will be at the Dickinson Community Center at 2714 Highway 3, Dickinson. The station will be operating from 9 a.m. to 4 p.m. on both days.

Election Identification Certificates are available without charge to qualified Texas voters who do not already have an approved form of photo ID, which is now required for voting in person.

Many Texans already have an approved form of ID and will not need or qualify for an EIC. Acceptable forms of ID in addition to an EIC are:

•Texas driver license issued by DPS
•Texas personal identification card issued by DPS
•Texas concealed handgun license issued by DPS
•United States military identification card containing the person's photograph
•United States citizenship certificate containing the person's photograph
•United States passport

Applicants for an EIC will need to present proof of citizenship and identity. For most applicants that means a birth certificate and two forms of supporting documentation. A complete list of documentation requirements is available at
http://www.dps.texas.gov/DriverLicense/eicDocReqmnts.htm.

Applicants for an EIC would normally have to travel to a Department of Public Safety (DPS) driver license office in order to get an EIC, but these mobile stations will provide an improved opportunity to get an EIC closer to home. The stations are made available by a joint initiative with the Texas Secretary of State's office and DPS. Only EICs will be issued from these mobile stations.

### 

Websites: www.sos.state.tx.us    www.votetexas.gov
Twitter: https://twitter.com/TXsecofstate    https://twitter.com/votetexas    Facebook: http://www.facebook.com/votetexas



The State of Texas

Executive Division
Capitol Building, 1E.8
P.O. Box 12697
Austin, Texas 78711-2697

Phone: 512-463-5770
Fax: 512-475-2761
Dial 7-1-1 For Relay Services
www.sos.state.tx.us

Nandita Berry
Secretary of State

FOR IMMEDIATE RELEASE
February 19, 2014

Contact: Alicia Pierce or Jeff Hillery
512-463-6116

## Mobile Election Identification Certificate station in Fort Bend County next week

**Austin** – A mobile station is issuing Election Identification Certificates (EICs) in Fort Bend County next Tuesday and Wednesday.

The mobile station will be at the Missouri City Annex Branch in Fort Bend County on February 25 and 26. The station will issue EICs from 9 a.m. to 4 p.m. The Missouri City Annex Branch is located at 307 Texas Parkway in Missouri City.

Election Identification Certificates are available without charge to qualified Texas voters who do not already have an approved form of photo ID, which is now required for voting in person.

Many Texans already have an approved form of ID and will not need or qualify for an EIC. Acceptable forms of ID in addition to an EIC are:

•Texas driver license issued by DPS
•Texas personal identification card issued by DPS
•Texas concealed handgun license issued by DPS
•United States military identification card containing the person's photograph
•United States citizenship certificate containing the person's photograph
•United States passport

Applicants for an EIC will need to present proof of citizenship and identity. For most applicants that means a birth certificate and two forms of supporting documentation. A complete list of documentation requirements is available at
http://www.dps.texas.gov/DriverLicense/eicDocReqmnts.htm.

Applicants for an EIC would normally have to travel to a Department of Public Safety (DPS) driver license office in order to get an EIC, but these mobile stations will provide an improved opportunity to get an EIC closer to home. The stations are made available by a joint initiative with the Texas Secretary of State's office and DPS. Only EICs will be issued from these mobile stations.

###

Websites: www.sos.state.tx.us   www.votetexas.gov
Twitter: https://twitter.com/TXsecofstate   https://twitter.com/votetexas   Facebook: http://www.facebook.com/votetexas



## The State of Texas

Executive Division
Capitol Building, 1E.8
P.O. Box 12697
Austin, Texas 78711-2697

Phone: 512-463-5770
Fax: 512-475-2761
Dial 7-1-1 For Relay Services
www.sos.state.tx.us

Nandita Berry
Secretary of State

FOR IMMEDIATE RELEASE
February 19, 2014

Contact: Alicia Pierce or Jeff Hillery
512-463-6116

## Mobile Election Identification Certificate station in Bexar County next week

**Austin** — A mobile station is issuing Election Identification Certificates (EICs) in Bexar County next Tuesday and Wednesday.

The mobile station will be at the Claude Black Community Center on February 25 and at the Las Palmas Library on February 26, both in San Antonio. The station will issue EICs from 9 a.m. to 4 p.m. both days. The Claude Black Community Center is located at 2805 E. Commerce Street, and the Las Palmas Library is at 515 Castroville Road.

Election Identification Certificates are available without charge to qualified Texas voters who do not already have an approved form of photo ID, which is now required for voting in person.

Many Texans already have an approved form of ID and will not need or qualify for an EIC. Acceptable forms of ID in addition to an EIC are:

•Texas driver license issued by DPS
•Texas personal identification card issued by DPS
•Texas concealed handgun license issued by DPS
•United States military identification card containing the person's photograph
•United States citizenship certificate containing the person's photograph
•United States passport

Applicants for an EIC will need to present proof of citizenship and identity. For most applicants that means a birth certificate and two forms of supporting documentation. A complete list of documentation requirements is available at
http://www.dps.texas.gov/DriverLicense/eicDocReqmnts.htm.

Applicants for an EIC would normally have to travel to a Department of Public Safety (DPS) driver license office in order to get an EIC, but these mobile stations will provide an improved opportunity to get an EIC closer to home. The stations are made available by a joint initiative with the Texas Secretary of State's office and DPS. Only EICs will be issued from these mobile stations.

### ###

# The State of Texas



**Nandita Berry**
Secretary of State

Executive Division
Capitol Building, 1E.8
P.O. Box 12697
Austin, Texas 78711-2697

Phone: 512-463-5770
Fax: 512-475-2761
Dial 7-1-1 For Relay Services
www.sos.state.tx.us

FOR IMMEDIATE RELEASE
February 19, 2014

Contact: Alicia Pierce or Jeff Hillery
512-463-6116

## Mobile Election Identification Certificate station in Trinity County today and tomorrow

**Austin** – A mobile station is issuing Election Identification Certificates (EICs) will be in Trinity County today and tomorrow.

The station will be at the Trinity Fire Department located at 201 South Elm Street in Trinity. The station will be operating from 9 a.m. to 4 p.m.

Election Identification Certificates are available without charge to qualified Texas voters who do not already have an approved form of photo ID, which is now required for voting in person.

Many Texans already have an approved form of ID and will not need or qualify for an EIC. Acceptable forms of ID in addition to an EIC are:

- Texas driver license issued by DPS
- Texas personal identification card issued by DPS
- Texas concealed handgun license issued by DPS
- United States military identification card containing the person's photograph
- United States citizenship certificate containing the person's photograph
- United States passport

Applicants for an EIC will need to present proof of citizenship and identity. For most applicants that means a birth certificate and two forms of supporting documentation. A complete list of documentation requirements is available at http://www.dps.texas.gov/DriverLicense/eicDocReqmnts.htm.

Applicants for an EIC would normally have to travel to a Department of Public Safety (DPS) driver license office in order to get an EIC, but these mobile stations will provide an improved opportunity to get an EIC closer to home. The stations are made available by a joint initiative with the Texas Secretary of State's office and DPS. Only EICs will be issued from these mobile stations.

###

# The State of Texas



Executive Division
Capitol Building, 1E.8
P.O. Box 12697
Austin, Texas 78711-2697

Phone: 512-463-5770
Fax: 512-475-2761
Dial 7-1-1 For Relay Services
www.sos.state.tx.us

Nandita Berry
Secretary of State

FOR IMMEDIATE RELEASE
February 19, 2014

Contact: Alicia Pierce or Jeff Hillery
512-463-6116

## Mobile Election Identification Certificate station in Montgomery County next week

**Austin** – A mobile station is issuing Election Identification Certificates (EICs) in Montgomery County next Tuesday and Wednesday.

The mobile station will be at the Montgomery County Central Library from 9 a.m. to 4 p.m. on February 25 and 26. The library is located at 104 I-45 North in Conroe.

Election Identification Certificates are available without charge to qualified Texas voters who do not already have an approved form of photo ID, which is now required for voting in person.

Many Texans already have an approved form of ID and will not need or qualify for an EIC. Acceptable forms of ID in addition to an EIC are:

- Texas driver license issued by DPS
- Texas personal identification card issued by DPS
- Texas concealed handgun license issued by DPS
- United States military identification card containing the person's photograph
- United States citizenship certificate containing the person's photograph
- United States passport

Applicants for an EIC will need to present proof of <u>citizenship and identity</u>. For most applicants that means a birth certificate and two forms of supporting documentation. A complete list of documentation requirements is available at
http://www.dps.texas.gov/DriverLicense/eicDocReqmnts.htm.

Applicants for an EIC would normally have to travel to a Department of Public Safety (DPS) driver license office in order to get an EIC, but these mobile stations will provide an improved opportunity to get an EIC closer to home. The stations are made available by a joint initiative with the Texas Secretary of State's office and DPS. Only EICs will be issued from these mobile stations.

### ###

Websites: www.sos.state.tx.us   www.votetexas.gov
Twitter: https://twitter.com/TXsecofstate   https://twitter.com/votetexas   Facebook: http://www.facebook.com/votetexas

## The State of Texas



Executive Division
Capitol Building, 1E.8
P.O. Box 12697
Austin, Texas 78711-2697

Phone: 512-463-5770
Fax: 512-475-2761
Dial 7-1-1 For Relay Services
www.sos.state.tx.us

Nandita Berry
Secretary of State

FOR IMMEDIATE RELEASE
February 19, 2014

Contact: Alicia Pierce or Jeff Hillery
512-463-6116

## Mobile Election Identification Certificate station at Texas Woman's University today

**Austin** – A mobile station is issuing Election Identification Certificates (EICs) at Texas Woman's University Student Union today.

The mobile station will be on the second floor of the Student Union Building at 304 Administration Drive, Denton. The EIC mobile station will be open from 9 a.m. to 4 p.m. Any Texas voter may apply for an EIC, you do not need to be a student.

Election Identification Certificates are available without charge to qualified Texas voters who do not already have an approved form of photo ID, which is now required for voting in person.

Many Texans already have an approved form of ID and will not need or qualify for an EIC. Acceptable forms of ID in addition to an EIC are:

- Texas driver license issued by DPS
- Texas personal identification card issued by DPS
- Texas concealed handgun license issued by DPS
- United States military identification card containing the person's photograph
- United States citizenship certificate containing the person's photograph
- United States passport

Applicants for an EIC will need to present proof of <u>citizenship and identity</u>. For most applicants that means a birth certificate and two forms of supporting documentation. A complete list of documentation requirements is available at http://www.dps.texas.gov/DriverLicense/eicDocReqmnts.htm.

Applicants for an EIC would normally have to travel to a Department of Public Safety (DPS) driver license office in order to get an EIC, but these mobile stations will provide an improved opportunity to get an EIC closer to home. The stations are made available by a joint initiative with the Texas Secretary of State's office and DPS. Only EICs will be issued from these mobile stations.

### ###

Websites: www.sos.state.tx.us   www.votetexas.gov
Twitter: https://twitter.com/TXsecofstate   https://twitter.com/votetexas   Facebook: http://www.facebook.com/votetexas



### The State of Texas

Executive Division
Capitol Building, 1E.8
P.O. Box 12697
Austin, Texas 78711-2697

Nandita Berry
Secretary of State

Phone: 512-463-5770
Fax: 512-475-2761
Dial 7-1-1 For Relay Services
www.sos.state.tx.us

FOR IMMEDIATE RELEASE
February 19, 2014

Contact: Alicia Pierce or Jeff Hillery
512-463-6116

## Mobile Election Identification Certificate station in El Paso County this week

**Austin** – A mobile station is issuing Election Identification Certificates (EICs) in El Paso County this Thursday and Friday.

The mobile station will be in the main lobby of the El Paso County Courthouse from 9 a.m. to 4 p.m. on February 20 and 21. The courthouse is located at 500 East San Antonio in El Paso.

Election Identification Certificates are available without charge to qualified Texas voters who do not already have an approved form of photo ID, which is now required for voting in person.

Many Texans already have an approved form of ID and will not need or qualify for an EIC. Acceptable forms of ID in addition to an EIC are:

•Texas driver license issued by DPS
•Texas personal identification card issued by DPS
•Texas concealed handgun license issued by DPS
•United States military identification card containing the person's photograph
•United States citizenship certificate containing the person's photograph
•United States passport

Applicants for an EIC will need to present proof of <u>citizenship and identity</u>. For most applicants that means a birth certificate and two forms of supporting documentation. A complete list of documentation requirements is available at
<u>http://www.dps.texas.gov/DriverLicense/eicDocReqmnts.htm</u>.

Applicants for an EIC would normally have to travel to a Department of Public Safety (DPS) driver license office in order to get an EIC, but these mobile stations will provide an improved opportunity to get an EIC closer to home. The stations are made available by a joint initiative with the Texas Secretary of State's office and DPS. Only EICs will be issued from these mobile stations.

### ###

## The State of Texas



Executive Division
Capitol Building, 1E.8
P.O. Box 12697
Austin, Texas 78711-2697

Nandita Berry
Secretary of State

Phone: 512-463-5770
Fax: 512-475-2761
Dial 7-1-1 For Relay Services
www.sos.state.tx.us

FOR IMMEDIATE RELEASE
February 19, 2014

Contact: Alicia Pierce or Jeff Hillery
512-463-6116

## Mobile Election Identification Certificate station in Brooks County Thursday and Friday

**Austin** – A mobile station is issuing Election Identification Certificates (EICs) will be in Brooks County Thursday and Friday.

The station will be at t203 Calixto Mora Ave, Falfurrias. The mobile EIC station will operate from 9 a.m. to 4 p.m.

Election Identification Certificates are available without charge to qualified Texas voters who do not already have an approved form of photo ID, which is now required for voting in person.

Many Texans already have an approved form of ID and will not need or qualify for an EIC. Acceptable forms of ID in addition to an EIC are:

•Texas driver license issued by DPS
•Texas personal identification card issued by DPS
•Texas concealed handgun license issued by DPS
•United States military identification card containing the person's photograph
•United States citizenship certificate containing the person's photograph
•United States passport

Applicants for an EIC will need to present proof of citizenship and identity. For most applicants that means a birth certificate and two forms of supporting documentation. A complete list of documentation requirements is available at
http://www.dps.texas.gov/DriverLicense/eicDocReqmnts.htm.

Applicants for an EIC would normally have to travel to a Department of Public Safety (DPS) driver license office in order to get an EIC, but these mobile stations will provide an improved opportunity to get an EIC closer to home. The stations are made available by a joint initiative with the Texas Secretary of State's office and DPS. Only EICs will be issued from these mobile stations.

### ###

Websites: www.sos.state.tx.us   www.votetexas.gov
Twitter: https://twitter.com/TXsecofstate   https://twitter.com/votetexas   Facebook: http://www.facebook.com/votetexas

The State of Texas



Executive Division
Capitol Building, 1E.8
P.O. Box 12697
Austin, Texas 78711-2697

Nandita Berry
Secretary of State

Phone: 512-463-5770
Fax: 512-475-2761
Dial 7-1-1 For Relay Services
www.sos.state.tx.us

FOR IMMEDIATE RELEASE
February 19, 2014

Contact: Alicia Pierce or Jeff Hillery
512-463-6116

## Mobile Election Identification Certificate station in Tarrant County Thursday and Friday

**Austin** – A mobile station is issuing Election Identification Certificates (EICs) will be in Tarrant County Thursday and Friday.

The station will be at the Tarrant County Plaza Building on the third floor at 201 Burnett Street, Fort Worth. The mobile EIC station will operate from 9 a.m. to 4 p.m.

Election Identification Certificates are available without charge to qualified Texas voters who do not already have an approved form of photo ID, which is now required for voting in person.

Many Texans already have an approved form of ID and will not need or qualify for an EIC. Acceptable forms of ID in addition to an EIC are:

•Texas driver license issued by DPS
•Texas personal identification card issued by DPS
•Texas concealed handgun license issued by DPS
•United States military identification card containing the person's photograph
•United States citizenship certificate containing the person's photograph
•United States passport

Applicants for an EIC will need to present proof of <u>citizenship and identity</u>. For most applicants that means a birth certificate and two forms of supporting documentation. A complete list of documentation requirements is available at
http://www.dps.texas.gov/DriverLicense/eicDocReqmnts.htm.

Applicants for an EIC would normally have to travel to a Department of Public Safety (DPS) driver license office in order to get an EIC, but these mobile stations will provide an improved opportunity to get an EIC closer to home. The stations are made available by a joint initiative with the Texas Secretary of State's office and DPS. Only EICs will be issued from these mobile stations.

###



The State of Texas

Nandita Berry
Secretary of State

Executive Division
Capitol Building, 1E.8
P.O. Box 12697
Austin, Texas 78711-2697

Phone: 512-463-5770
Fax: 512-475-2761
Dial 7-1-1 For Relay Services
www.sos.state.tx.us

FOR IMMEDIATE RELEASE
February 24, 2014

Contact: Alicia Pierce or Jeff Hillery
512-463-6116

## Mobile Election Identification Certificate stations in Harris County Thursday and Friday

**Austin** — Two mobile stations issuing Election Identification Certificates (EICs) will be in Harris County Thursday and Friday.

The two locations are:
- Lone Star College Victory Center, 4141 Victory Drive, Houston, TX 77088
- Holman Street Baptist Church, 3422 Holman St. #B, Houston, TX 77004

The mobile EIC stations will operate from 9 a.m. to 4 p.m.

Election Identification Certificates are available without charge to qualified Texas voters who do not already have an approved form of photo ID, which is now required for voting in person.

Many Texans already have an approved form of ID and will not need or qualify for an EIC. Acceptable forms of ID in addition to an EIC are:

- Texas driver license issued by DPS
- Texas personal identification card issued by DPS
- Texas concealed handgun license issued by DPS
- United States military identification card containing the person's photograph
- United States citizenship certificate containing the person's photograph
- United States passport

Applicants for an EIC will need to present proof of citizenship and identity. For most applicants that means a birth certificate and two forms of supporting documentation. A complete list of documentation requirements is available at
http://www.dps.texas.gov/DriverLicense/eicDocReqmnts.htm.

Applicants for an EIC would normally have to travel to a Department of Public Safety (DPS) driver license office in order to get an EIC, but these mobile stations will provide an improved opportunity to get an EIC closer to home. The stations are made available by a joint initiative with the Texas Secretary of State's office and DPS. Only EICs will be issued from these mobile stations.

###

# The State of Texas



Executive Division
Capitol Building, 1E.8
P.O. Box 12697
Austin, Texas 78711-2697

Phone: 512-463-5770
Fax: 512-475-2761
Dial 7-1-1 For Relay Services
www.sos.state.tx.us

Nandita Berry
Secretary of State

FOR IMMEDIATE RELEASE
February 24, 2014

Contact: Alicia Pierce or Jeff Hillery
512-463-6116

## Mobile Election Identification Certificate station in Collin County Thursday and Friday

Austin – A mobile station is issuing Election Identification Certificates (EICs) will be in Collin County Thursday and Friday.

The station will be at the Commissioner's Courtroom, suite 4152, located at 2300 Bloomdale Road, McKinney, 75071. The mobile EIC station will operate from 9 a.m. to 4 p.m.

Election Identification Certificates are available without charge to qualified Texas voters who do not already have an approved form of photo ID, which is now required for voting in person.

Many Texans already have an approved form of ID and will not need or qualify for an EIC. Acceptable forms of ID in addition to an EIC are:

•Texas driver license issued by DPS
•Texas personal identification card issued by DPS
•Texas concealed handgun license issued by DPS
•United States military identification card containing the person's photograph
•United States citizenship certificate containing the person's photograph
•United States passport

Applicants for an EIC will need to present proof of <u>citizenship and identity</u>. For most applicants that means a birth certificate and two forms of supporting documentation. A complete list of documentation requirements is available at
http://www.dps.texas.gov/DriverLicense/eicDocReqmnts.htm.

Applicants for an EIC would normally have to travel to a Department of Public Safety (DPS) driver license office in order to get an EIC, but these mobile stations will provide an improved opportunity to get an EIC closer to home. The stations are made available by a joint initiative with the Texas Secretary of State's office and DPS. Only EICs will be issued from these mobile stations.

###

The State of Texas



Executive Division
Capitol Building, 1E.8
P.O. Box 12697
Austin, Texas 78711-2697

Nandita Berry
Secretary of State

Phone: 512-463-5770
Fax: 512-475-2761
Dial 7-1-1 For Relay Services
www.sos.state.tx.us

FOR IMMEDIATE RELEASE
February 24, 2014

Contact: Alicia Pierce or Jeff Hillery
512-463-6116

## Mobile Election Identification Certificate station in Jefferson County Wednesday and Thursday

**Austin** – A mobile station is issuing Election Identification Certificates (EICs) will be in Jefferson County Wednesday and Thursday.

On Wednesday, the station will be at the Alice Keith Community Center at 4075 Highland, Beaumont, 77705. On Thursday, the station will be at the Port Arthur Public Library at 4615 Ninth Ave. Port Arthur, 77642. The mobile EIC station will operate from 9 a.m. to 4 p.m.

Election Identification Certificates are available without charge to qualified Texas voters who do not already have an approved form of photo ID, which is now required for voting in person.

Many Texans already have an approved form of ID and will not need or qualify for an EIC. Acceptable forms of ID in addition to an EIC are:

•Texas driver license issued by DPS
•Texas personal identification card issued by DPS
•Texas concealed handgun license issued by DPS
•United States military identification card containing the person's photograph
•United States citizenship certificate containing the person's photograph
•United States passport

Applicants for an EIC will need to present proof of <u>citizenship and identity</u>. For most applicants that means a birth certificate and two forms of supporting documentation. A complete list of documentation requirements is available at
http://www.dps.texas.gov/DriverLicense/eicDocReqmnts.htm.

Applicants for an EIC would normally have to travel to a Department of Public Safety (DPS) driver license office in order to get an EIC, but these mobile stations will provide an improved opportunity to get an EIC closer to home. The stations are made available by a joint initiative with the Texas Secretary of State's office and DPS. Only EICs will be issued from these mobile stations.

###

Websites: www.sos.state.tx.us   www.votetexas.gov
Twitter: https://twitter.com/TXsecofstate   https://twitter.com/votetexas   Facebook: http://www.facebook.com/votetexas

## The State of Texas



Executive Division
Capitol Building, 1E.8
P.O. Box 12697
Austin, Texas 78711-2697

Nandita Berry
Secretary of State

Phone: 512-463-5770
Fax: 512-475-2761
Dial 7-1-1 For Relay Services
www.sos.state.tx.us

FOR IMMEDIATE RELEASE
February 24, 2014

Contact: Alicia Pierce or Jeff Hillery
512-463-6116

## Mobile Election Identification Certificate station in Travis County Tuesday and Wednesday

**Austin** – A mobile station is issuing Election Identification Certificates (EICs) will be in Travis County Tuesday and Wednesday.

The station will be at the Travis County Building located at 5501 Airport Blvd in Austin. The mobile EIC station will operate from 9 a.m. to 4 p.m.

Election Identification Certificates are available without charge to qualified Texas voters who do not already have an approved form of photo ID, which is now required for voting in person.

Many Texans already have an approved form of ID and will not need or qualify for an EIC. Acceptable forms of ID in addition to an EIC are:

•Texas driver license issued by DPS
•Texas personal identification card issued by DPS
•Texas concealed handgun license issued by DPS
•United States military identification card containing the person's photograph
•United States citizenship certificate containing the person's photograph
•United States passport

Applicants for an EIC will need to present proof of citizenship and identity. For most applicants that means a birth certificate and two forms of supporting documentation. A complete list of documentation requirements is available at
http://www.dps.texas.gov/DriverLicense/eicDocReqmnts.htm.

Applicants for an EIC would normally have to travel to a Department of Public Safety (DPS) driver license office in order to get an EIC, but these mobile stations will provide an improved opportunity to get an EIC closer to home. The stations are made available by a joint initiative with the Texas Secretary of State's office and DPS. Only EICs will be issued from these mobile stations.

### ###

Websites: www.sos.state.tx.us   www.votetexas.gov
Twitter: https://twitter.com/TXsecofstate   https://twitter.com/votetexas   Facebook: http://www.facebook.com/votetexas

## The State of Texas



Executive Division
Capitol Building, 1E.8
P.O. Box 12697
Austin, Texas 78711-2697

Nandita Berry
Secretary of State

Phone: 512-463-5770
Fax: 512-475-2761
Dial 7-1-1 For Relay Services
www.sos.state.tx.us

FOR IMMEDIATE RELEASE
February 24, 2014

Contact: Alicia Pierce or Jeff Hillery
512-463-6116

## Mobile Election Identification Certificate station in Williamson County Tuesday and Wednesday

Austin – A mobile station is issuing Election Identification Certificates (EICs) will be in Williamson County Tuesday and Wednesday.

On Tuesday, the station will be at the BACA Senior Center located at 303 W. Bagdad Road in Round Rock. On Wednesday the station will be at The Caring Place, located at 2000 Railroad St. Georgetown. The mobile EIC station will operate from 9 a.m. to 4 p.m.

Election Identification Certificates are available without charge to qualified Texas voters who do not already have an approved form of photo ID, which is now required for voting in person.

Many Texans already have an approved form of ID and will not need or qualify for an EIC. Acceptable forms of ID in addition to an EIC are:

•Texas driver license issued by DPS
•Texas personal identification card issued by DPS
•Texas concealed handgun license issued by DPS
•United States military identification card containing the person's photograph
•United States citizenship certificate containing the person's photograph
•United States passport

Applicants for an EIC will need to present proof of citizenship and identity. For most applicants that means a birth certificate and two forms of supporting documentation. A complete list of documentation requirements is available at
http://www.dps.texas.gov/DriverLicense/eicDocReqmnts.htm.

Applicants for an EIC would normally have to travel to a Department of Public Safety (DPS) driver license office in order to get an EIC, but these mobile stations will provide an improved opportunity to get an EIC closer to home. The stations are made available by a joint initiative with the Texas Secretary of State's office and DPS. Only EICs will be issued from these mobile stations.

###

Websites: www.sos.state.tx.us    www.votetexas.gov
Twitter: https://twitter.com/TXsecofstate    https://twitter.com/votetexas    Facebook: http://www.facebook.com/votetexas

# Berry: For democracy to work, voters must participate at polls

Changes in state laws now require Texans to show photo to vote
By Nandita Berry | February 28, 2014 | Updated: February 28, 2014 7:34pm

Comments 4     E-mail     Print                              Share 59     Tweet 20     8+1 0                    0

## More Information

Election Day information

For questions about elections and voting, contact the office of the Texas Secretary of State.

On the web: www.VoteTexas.gov

Download: the "Vote Texas" app in the Apple or Android store

Call: 1-800-252-VOTE

Friend the office on Facebook: www.facebook.com

votetexas

Follow on Twitter and Instagram: @VoteTexas

I wasn't born in this country. Like many others, I came in search of opportunity and a desire to pursue the famed American dream. I have worked hard to be a conscientious, contributing citizen in my adopted home of Houston, giving back and participating in my community at all levels. When I held my hand on the bible this January at the Texas capitol and was sworn in as the 109th Texas secretary of state, it was one of the most proud and humbling moments of my life.

Like many immigrants, my path to this country has afforded me a special appreciation for the democratic political process that defines our system of government and guarantees certain rights to every citizen. A vital component of that process is the active participation of the citizenry. The easiest action that we Texans can take to play an active role in shaping a government that reflects the values and diversity of our state is also the simplest: vote.

Sure, democracy is still a little messy. Winston Churchill famously said, "Democracy is the worst form of government, except for all those other forms that have been tried from time to time." But the fact is, if we want to ensure that democracy is effective for all Texans we must all do our part and participate in it. Voting is a fundamental right we, as Americans, share. I want to make sure every eligible Texan has information on how, when and where to vote. I'm passionate about making the 2014 elections as inclusive as any we've ever had and Texans across the state are working hard to make that a reality.

That's why I'm touring the state talking about important changes to Texas voting laws. The biggest change is that Texans must now show an approved photo ID when they arrive at the polls. Voters can pick any one of seven forms of approved ID:

Texas driver's license - issued by the Texas Department of Public Safety (DPS)

Texas personal ID card - issued by DPS

Texas concealed handgun license - issued by DPS

U.S. military ID card containing the person's photograph

U.S. citizenship certificate containing the person's photograph

U.S. passport - issued by the U.S. government

Election ID certificate - issued free by DPS

If you do not have one of the first six forms of ID, you can get an election identification certificate from your local DPS office - for free. One important detail to note is that if you are voting by mail, in almost all cases you will not need to present a photo ID.

Also, if the name on your approved ID is different than what appears on the state's list of registered voters, you can still vote. You'll simply be asked to initial a box.

Clearly, there are a number of options available to comply with the photo ID law, and the state is taking every possible action to make the process simple and easy. I have been traveling to every corner of the state during my first month on the job to spread the message about the important changes to Texas law. My goal is to make sure that every eligible voter knows that our office is the place to go for important questions about the voting process.

There are a variety of ways in which you can engage with us and get the information you need to vote. If you, a friend, a family member, church group or organization need information about voting, you can reach us any time.

No matter your story, whether you're a fifth generation Texan, or an immigrant like me, I hope you will do your part to contribute to the democratic process and make your voice heard. Election Day is Tuesday. Together we can all work together to ensure fair, open and honest elections for our great state.

Berry is the 109th Texas secretary of state.

Twitter Messages

June 25, 2013 — May 16, 2014

 **Texas DPS** @TXDPS                                    25 Jun
Election identification certificates available June 26 bit.ly/17bZUIF

Expand                               ← Reply   🗑 Delete   ★ Favorite   ••• More

 **Texas DPS** @TXDPS                                    1 Aug
Election Identification Certificates are now available at no charge. For
more info about EIC's click here  bit.ly/11FSkF7

Expand

 **Texas DPS** @TXDPS                                    1 Aug
Free voter ID's are now available. However, many Texans already have
acceptable forms of ID. Learn more bit.ly/11FSkF7 @VoteTexas

Expand

 **Texas DPS** @TXDPS                                    31 Aug
Election Identification Certificates are now available at no charge. For
more info about EIC's click here bit.ly/17bZUIF

Expand

 **Texas DPS** @TXDPS                                    1 Sep
Texas voters will now need to show photo ID. Click here for more
information bit.ly/17bZUIF

Expand

 **Texas DPS** @TXDPS                                    1 Sep
Select driver license offices will be open Saturdays to issue Election
Identification Certificates bit.ly/1ea1ujO

Expand



**Texas DPS**

DPS is now offering Saturday hours at select driver license offices to issue EICs (only) to Texas voters bit.ly/18gjq84

Expand



**Texas DPS**

Mobile Stations to Issue Election Identification Certificates Across Texas Beginning Oct. 1 bit.ly/1fiM3HB

Expand



**Texas DPS**

Election Identification Certificates are now available at no charge. For more info about EICs click here bit.ly/1b8hjDb

Expand



**Texas DPS**

Early voting starts today and Texas voters will need to bring one of the many acceptable forms of photo ID to vote: bit.ly/18gjq84

Expand



**Texas DPS**

DPS mobile stations in Hale, Harris, Hidalgo, San Patricio & Tarrant Co.s Wed. to issue EICs. Details @ VoteTexas.gov

Expand



**Texas DPS**

DPS mobile stations in Hale, Harris, Hidalgo, Nueces, Polk and Tarrant Co.s issuing EICs today! For details, visit VoteTexas.gov

Expand



**Texas DPS**  TxDPS

DPS mobile stations in Harris, San Patricio & Tarrant Co.s
Thurs. to issue EICs. Details @ VoteTexas.gov

Expand



**Texas DPS**  TxDPS

Select driver license offices will be open Saturdays through Nov
2 to issue EICs only bit.ly/1bfSkgL

Expand



**Texas DPS**  TxDPS

For current and upcoming mobile EIC locations, please visit:
VoteTexas.gov

Expand



**Texas DPS**  TxDPS

For current and upcoming mobile EIC locations, please visit:
VoteTexas.gov

Expand



**Texas DPS**  TxDPS

REMINDER: Select driver license offices will be open Saturdays
to issue Election Identification Certificates bit.ly/16ARMiO



**Texas DPS**  TxDPS

Free Election Identification Certificates are available at all DPS
driver license offices. For more info: bit.ly/18gjq84

Expand



**Texas DPS**  TxDPS

For current and upcoming mobile EIC locations, please visit:
bit.ly/1aR8o7c

Expand



**Texas DPS** TxDPS

Select driver license offices will be open Saturdays through Nov 2 to issue EICs only bit.ly/1bfSkgL



**Texas DPS** TxDPS

For current mobile EIC locations, please visit: bit.ly/HFjggK

Expand



**Texas DPS** TxDPS · Jan 29

DPS reminds Texans that Election Identification Certificates are available at all TX driver license offices: bit.ly/1egY5iI

Expand



**Texas DPS** TxDPS · Feb 3

Select driver license offices will be open Saturdays to issue Election Identification Certificates bit.ly/1dYLBav

Expand



**Texas DPS** TxDPS · Feb 5

Free Election Identification Certificates are available at all DPS driver license offices. For more info click here bit.ly/1ke4m21

Expand



**Texas DPS** ⋅ TxDPS ⋅ Feb 6

Contact an EIC mobile station for possible weather-related closures / delays
before visiting. Contact info at bit.ly/1azZuRJ.

Expand



**Texas DPS** ⋅ TxDPS ⋅ Feb 6

EIC mobile stations CLOSED today in Armstrong, Collingsworth, Jack & Roberts
counties due to weather.

Expand





**Texas DPS** ⋅ TxDPS ⋅ Feb 10

DPS mobile stations are offering EICs to various locations across #Texas. Find
out where: bit.ly/1azZuRJ.

Expand



**Texas DPS** ⋅ TxDPS ⋅ Feb 8

DPS is offering Saturday hours at select driver license offices to issue EICs
only. Read more bit.ly/1g34yvO

Expand



**Texas DPS** ⋅ TxDPS ⋅ Feb 14

Free Election Identification Certificates are available at all DPS driver license
offices. For more info click here: bit.ly/1ke4m21

Expand



**Texas DPS** ⋅ TxDPS ⋅ Feb 18

Early voting begins today. EICs are available at driver license offices & mobile
stations across Texas. Read more: bit.ly/1gBau1m

Expand



**Texas DPS** ⋅ TxDPS ⋅ Feb 18

DPS reminds Texans: Election Identification Certificates are available at driver
license offices & mobile stations. bit.ly/1gBau1m

Expand



**Texas DPS** ⋅ TxDPS ⋅ Feb 15

Select driver license offices will be open Saturdays to issue EICs only. Click
here to learn more about EICs. bit.ly/1ke4m21

Expand



**Texas DPS**
DPS mobile stations are offering EICs to various locations across #Texas. Find out where: bit.ly/1azZuRJ



**Texas DPS**
Free Election Identification Certificates are available at all DPS driver license offices. Click here for more info: bit.ly/1ke4m21



**Texas DPS**
DPS mobile stations are offering EICs to various locations across #Texas. Find out where: bit.ly/1azZuRJ



**Texas DPS**
Free Election Identification Certificates are available at all DPS driver license offices. Click here for more info: bit.ly/1ke4m21



**Texas DPS**
DPS Reminds Texans: Election Identification Certificates Available at Driver License Offices bit.ly/1qQqY9C



**Texas DPS**
Select Driver License Offices Open Saturdays to Issue Election Identification Certificates bit.ly/1fqNRK1



**Texas DPS**
DPS mobile stations are offering EICs in various locations across #Texas. Find out where: bit.ly/1azZuRJ



**Texas DPS**
Select driver license offices will be open Saturdays to issue EICs only. Click here to learn more about EICs bit.ly/1ke4m21



**Texas DPS**
Select county locations are issuing (only) EICs at the local level. For these counties, click: bit.ly/1iCSW6U





**Texas DPS** @TxDPS · May 5
TX voters can get an EIC at any of the more than 220 driver license offices during regular business hours. Locations- bit.ly/1flLHOY



**Texas DPS** @TxDPS · May 7
DPS is now offering Election Identification Certificates at mobile stations in select counties. For details: bit.ly/1azZuRJ



**Texas DPS** @TxDPS · May 8
DPS is now offering Saturday hours at select driver license offices to issue EICs (only) to #Texas #voters bit.ly/1g34yvO



**Texas DPS** @TxDPS · May 12
Free Election Identification Certificates are available at all DPS driver license offices. Click here for more info: bit.ly/1ke4m21



**Texas DPS** @TxDPS · May 14
DPS mobile stations are offering EICs at various locations across #Texas. Find out where: bit.ly/1azZuRJ



**Texas DPS** @TxDPS · May 15
Select driver license offices will be open Saturdays to issue EICs only. Click here to learn more about EICs. bit.ly/1ke4m21

EIC Messages Posted to Facebook
September 13, 2013 – May 16, 2014

 **Texas Department of Public Safety** shared a link.
September 13

Select offices will be open on Saturdays from 10 a.m. – 2 p.m. beginning September 14 through November 2, to allow residents to apply for EICs only.

No other transactions will be conducted during Saturday business hours. In addition to the Saturday hours, applicants may apply for an EIC at all Texas driver license offices during regular business hours Monday – Friday.

**TxDPS - September 13th, Select Driver License Offices Open Saturdays to Issue Election...**
www.txdps.state.tx.us

AUSTIN – The Texas Department of Public Safety (DPS) is offering Saturday hours at nearly 50 driver license offices across the state as part of an ongoing effort to provide Election Identification Certificates (EICs) to

Like   Comment   Share                                    10   2   5



**Texas Department of Public Safety** shared a link.
September 25

EIC mobile stations will be deployed beginning Oct. 1 to various locations across the state as determined by the Secretary of State's Office. To view the current schedule of EIC mobile station locations and for updates to the schedule, visit www.VoteTexas.gov

**Mobile Stations to Issue Election Identification Certificates...**
www.txdps.state.tx.us

HOUSTON – Texas Public Safety Commission Chair Cynthia Leon today joined Texas Secretary of State John Steen in announcing Election Identification Certificates (EIC) will be available at 25 EIC mobile stations which will begin deploying across the state next week. These mobile



**Texas Department of Public Safety**
Yesterday

Wednesday, October 23, 2013

DPS mobile stations are currently in the following counties to issue Election Identification Certificates (EICs):

Hale, Harris, Hidalgo, San Patricio and Tarrant Counties

For more information please visit: VoteTexas.gov



**Texas Department of Public Safety** shared a link.
# hours ago

Thursday, October 24, 2013

DPS mobile stations are currently in the following counties to issue Election Identification Certificates (EICs):

Harris, San Patricio and Tarrant Counties

For more information please visit: http://votetexas.gov/

**VOTETEXAS.GOV**
MAKE YOUR MARK ON TEXAS
POWERED BY THE TEXAS SECRETARY OF STATE

**Vote Texas**
votetexas.gov

The November uniform election will take place on Tuesday, November 5, 2013. Eligible Texans who are not registered to vote must register by October 7, 2013 to



**Texas Department of Public Safety** shared a link.
about an hour ago

Friday, October 25, 2013

DPS mobile stations are currently in the following counties to issue Election Identification Certificates (EICs):

Harris, Potter/Randall, Starr and Victoria Counties

For more information please visit: http://votetexas.gov/

**Vote Texas**
votetexas.gov

**VOTETEXAS.GOV**
MAKE YOUR MARK ON TEXAS
POWERED BY THE TEXAS SECRETARY OF STATE

The November uniform election will take place on Tuesday, November 5, 2013. Eligible Texans who are not registered to vote must register by October 7, 2013 to

 **Texas Department of Public Safety** shared a link.
October 25

REMINDER: Select Driver License Offices Open Saturdays to Issue Election Identification Certificates

Select offices are open on Saturdays from 10 a.m. – 2 p.m. through November 2, to allow residents to apply for EICs only. No other transactions will be conducted during Saturday business hours.

**October 25th, REMINDER: Select Driver License Offices Open Saturdays to Issue Election...**
www.txdps.state.tx.us

AUSTIN — The Texas Department of Public Safety (DPS) is reminding Texans that nearly 50 driver license offices across the state are offering Saturday hours to provide Election Identification Certificates (EIC) to

Like   Comment   Share                              14   1

746 people saw this post                          Boost Post

 **Texas Department of Public Safety** shared a link.
October 29

Tuesday, October 29, 2013

DPS mobile stations are currently in the following counties to issue Election Identification Certificates (EICs):

Harris, Harrison, Maverick and Orange Counties

For more information please visit: http://votetexas.gov/

**VOTETEXAS.GOV**
MAKE YOUR MARK ON TEXAS
POWERED BY THE TEXAS SECRETARY OF STATE

**Vote Texas**
votetexas.gov

The November uniform election will take place on Tuesday, November 5, 2013. Eligible Texans who are not registered to vote must register by October 7, 2013 to

Like · Comment · Share                                    👍 5

377 people saw this post                              $¶ Boost Post ▾

 **Texas Department of Public Safety** shared a link
October 31

Thursday, October 31, 2013

DPS mobile stations are currently in the following counties to issue Election Identification Certificates (EICs):

Bowie, Ector, Harris, Liberty, Midland and Val Verde Counties

For more information please visit: http://votetexas.gov/

**Vote Texas**
votetexas.gov

**VOTETEXAS.GOV**
**MAKE YOUR MARK ON TEXAS**
POWERED BY THE TEXAS SECRETARY OF STATE

The November uniform election will take place on Tuesday, November 5, 2013. Eligible Texans who are not registered to vote must register by October 7, 2013 to

 **Texas Department of Public Safety**

Monday, November 04, 2013

DPS mobile stations are currently in the following counties to issue Election Identification Certificates (EICs):

Coryell and Harris Counties

For more information please visit: http://votetexas.gov/

**Vote Texas**
votetexas.gov

**TEXAS.C**
**R MARK ON 1**
TEXAS SECRETARY

The November uniform election will take place on Tuesday, November 5, 2013. Eligible Texans who are not registered to vote must register by October 7, 2013 to

Like   Comment   Share                                                          ☐ 1



**Texas Department of Public Safety**
January 29

DPS reminds Texans that Election Identification Certificates are available at all Texas driver license offices.

### TxDPS -January 29th, 2014 DPS Reminds Texans: Election Identification Certificates Available at...

The Texas Department of Public Safety (DPS) is reminding Texans in advance of the upcoming primary election that Election Identification Certificates (EIC) are available at all Texas driver license offices for individuals in need of proper identification required to vote in elections in Texas.

Like   Comment   Share

405 people saw this post                                    Boost Post ▾



**Texas Department of Public Safety**
January 29

DPS reminds Texans that Election Identification Certificates are available at all Texas driver license offices.

### TxDPS -January 29th, 2014 DPS Reminds Texans: Election Identification Certificates Available at...

The Texas Department of Public Safety (DPS) is reminding Texans in advance of the upcoming primary election that Election Identification Certificates (EIC) are available at all Texas driver license offices for individuals in need of proper identification required to vote in elections in Texas.

Like   Comment   Share   👍 17  💬 2  ↪ 2

968 people saw this post                                    Boost Post ▾

 **Texas Department of Public Safety** shared a link.
January 29

DPS reminds Texans that Election Identification Certificates are available at all Texas driver license offices.

**TxDPS -January 29th, 2014 DPS Reminds Texans: Election Identification Certificates Available at...**
www.dps.texas.gov

The Texas Department of Public Safety (DPS) is reminding Texans in advance of the upcoming primary election that Election Identification Certificates (EIC) are available at all Texas driver license offices for individuals in need of

 **Texas Department of Public Safety** shared a link.
February 3

Select Driver License Offices Open Saturdays to Issue Election Identification Certificates

**TxDPS -February 3rd, Select Driver License Offices Open Saturdays to Issue Election...**
www.dps.texas.gov

AUSTIN – The Texas Department of Public Safety (DPS) in advance of the upcoming primary election will be offering Saturday hours at select driver license offices throughout the state to issue Election Identification Certificates

 **Texas Department of Public Safety**
February 9

WEATHER CLOSURES: DPS Election Identification Certificate mobile stations

The following Election Identification Certificate (EIC) mobile stations will be closed today due to inclement weather.

Armstrong County   See More

Like   Comment   Share   👍 4

1,043 people saw this post               Boost Post ▼

 **Texas Department of Public Safety**
February 10

DPS mobile stations are offering Election Identification Certificates to various locations across Texas.

Click here to find out where

http://www.dps.texas.gov/DriverLicense/documents/EICDPSrun.pdf

Like   Comment   Share   👍 10   ↗ 1

700 people saw this post               Boost Post ▼

 **Texas Department of Public Safety**
February 14

Free Election Identification Certificates are available at all DPS driver license offices. For more info about EICs click here:



**Election Identification Certificate (EIC)**

If you do not have any of the following acceptable forms of ID you may apply for an Election Identification Certificate (EIC) at no charge.

Like   Comment   Share   

633 people saw this post

Boost Post ▾

---

Post Details

 **Texas Department of Public Safety**
February 18

DPS reminds Texans: Election Identification Certificates are available at driver license offices & mobile stations across Texas.

To read more click here:

**TxDPS -February 18th, DPS Reminds Texans: Election Identification Certificates Available at...**

AUSTIN – As early voting for the primary election begins today, the Texas Department of Public Safety (DPS) is reminding Texans that Election Identification Certificates (EICs) are available at driver license offices, with select offices open on Saturdays, and at mobile stations in select counties. ...

Like   Comment   Share   👍 13

827 people saw this post

Boost Post ▾


**Texas Department of Public Safety**
February 21

DPS mobile stations are offering EICs to various locations across Texas. Find out where:

### DPS Mobile Stations Issuing Election Identification Certificates

Like   Comment   Share

573 people saw this post

Boost Post ▼


**Texas Department of Public Safety**
February 24

Select driver license offices will be open Saturdays from 10am-2pm to issue Election Identification Certificates only.

Click here to find out where:

### The listed driver license offices will be open Saturdays to issue EICs only

 **Texas Department of Public Safety**

Free Election Identification Certificates are available at all DPS driver license offices

Click here for more info

 Election Identification Certificate (EIC)

Like  Comment  Share  👍 2

664 people saw this post

Boost Post ▾

 **Texas Department of Public Safety**

DPS Reminds Texans  Election Identification Certificates Available at Driver License Offices

### April 17th, 2014- DPS Reminds Texans: Election Identification Certificates Available at Driver...

AUSTIN – The Texas Department of Public Safety (DPS) is reminding Texans in advance of the upcoming primary runoff election that Election Identification Certificates (EIC) are available at all Texas driver license offices for individuals in need of proper identification required to vote in elections in Texas

Like  Comment  Share  👍 7  💬 6  ↗ 1

755 people saw this post

Boost Post ▾



**Texas Department of Public Safety**
april 23 at 3:11pm

Select Driver License Offices Open Saturdays to Issue Election
Identification Certificates

### April 23rd, 2014- Select Driver License Offices Open Saturdays to Issue Election Identification...

AUSTIN – The Texas Department of Public Safety (DPS) in advance of the upcoming primary runoff election will be offering Saturday hours at select driver license offices throughout the state to issue Election Identification Certificates (EIC) only. DPS will also be deploying mobile stations to various locations across Texas in an ongoing effort to ensure Texans have access to EICs. Additionally, select county

Like   Comment   Share   👍 8  💬 2  ↗ 1

560 people saw this post                    Boost Post ▾



**Texas Department of Public Safety**
May 1 at 11:55am

Select driver license offices will be open Saturdays to issue Election
Identification Certificates (EICs) only.

Click here to learn more about EICs
http://www.txdps.state.tx.us/DriverLicense/electionID.htm



### Election Identification Certificate (EIC)

Texas voters must show a photo ID to vote in elections in Texas, unless you are exempt

Like   Comment   Share   👍 11  💬 1  ↗ 3

751 people saw this post                    Boost Post ▾

 **Texas Department of Public Safety**
May 6 at 8:28am

Texas voters can get an Election Identification Certificate (EIC) at any of the more than 220 driver license offices during regular business hours.

Click here to search for driver license offices:
http://www.dps.texas.gov/administration/driver_licensing_control/rolodex/search.asp



### Election Identification Certificate (EIC)

Texas voters can get an Election Identification Certificate (EIC) at any of the more than 220 driver license offices during regular business hours.

Like  Comment  Share  👍 9  💬 1  ↪ 2

530 people saw this post

[ Boost Post ▾ ]

---

 **Texas Department of Public Safety**
May 12 at 10:24am

DPS mobile stations are offering Election Identification Certificates at various locations across #Texas.

Find out where:
http://www.dps.texas.gov/DriverLicense/documents/EICDPSrun.pdf

Like  Comment  Share  👍 7  💬 3  ↪ 2

1,418 people saw this post

[ Boost Post ▾ ]

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| MARC VEASEY, JANE HAMILTON, SERGIO DELEON, FLOYD J. CARRIER, ANNA BURNS, MICHAEL MONTEZ, PENNY POPE, OSCAR ORTIZ, KOBY OZIAS, JOHN MELLOR-CRUMLEY, PEGGY HERMAN, EVELYN BRICKNER, GORDON BENJAMIN, KEN GANDY, LEAGUE OF UNITED LATIN AMERICAN CITIZENS (LULAC), AND DALLAS COUNTY, TEXAS, *Plaintiffs,* v. RICK PERRY, Governor of Texas; and JOHN STEEN, Texas Secretary of State, *Defendants.* | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | CIVIL ACTION NO. 2:13-CV-193 (NGR) [Lead case] |
| UNITED STATES OF AMERICA, *Plaintiffs,* TEXAS LEAGUE OF YOUNG VOTERS EDUCATION FUND, IMANI CLARK, AURICA WASHINGTON, CRYSTAL OWENS, AND MICHELLE BESSIAKE, *Plaintiff-Intervenors,* TEXAS ASSOCIATION OF HISPANIC COUNTY JUDGES AND COUNTY COMMISSIONERS, HIDALGO COUNTY, AND MARIA LONGORIA BENAVIDES, *Plaintiff-Intervenors,* v. STATE OF TEXAS, JOHN STEEN, in his official capacity as Texas Secretary of State; and STEVE McCRAW, in his official capacity as Director of the Texas Department of Public Safety, *Defendants.* | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | CIVIL ACTION NO. 2:13-CV-263 (NGR) [Consolidated case] |

1

TEXAS STATE CONFERENCE OF NAACP )
BRANCHES;   and   the   MEXICAN )
AMERICAN LEGISLATIVE CAUCUS OF )
THE     TEXAS     HOUSE     OF )
REPRESENTATIVES, )
  *Plaintiffs,* )
v. )
    )
JOHN STEEN, in his official capacity as )
Secretary of State of Texas; and STEVE )
McCRAW, in his official capacity as Director )
of the Texas Department of Public Safety, )
  *Defendants.* )
  )
BELINDA ORTIZ, LENARD TAYLOR, )
EULALIO MENDEZ JR., LIONEL )
ESTRADA; ESTELA GARCIA ESPINOSA, )
ROXANNE HERNANDEZ, LYDIA LARA, )
MARGARITO MARTINEZ LARA, )
MAXIMINA MARTINEZ LARA, AND )
*LA UNION DEL PUEBLO ENTERO, INC.* )
  *Plaintiffs,* )
v. )
    )
STATE OF TEXAS; JOHN STEEN, in his )
Official capacity as Texas Secretary of State; )
and STEVE McCRAW, in his official capacity )
as Director of the Texas Department of )
Public Safety, )
  *Defendants.* )

CIVIL ACTION NO.
2:13-CV-291 (NGR)
[Consolidated case]

CIVIL ACTION NO.
2:13-CV-348 (NGR)
[Consolidated case]

## DEFENDANTS' OBJECTIONS AND RESPONSES TO PLAINTIFFS AND PLAINTIFF-INTERVENORS' SECOND SET OF INTERROGATORIES

**TO:** All Plaintiffs and Plaintiff-Intervenors, by and through their attorneys of record.

  Pursuant to Rule 33 of the Federal Rules of Civil Procedure, the State of

Texas, Rick Perry, John Steen and Steve McCraw, by and through the Attorney General for the State of Texas, serve these Objections and Responses to Plaintiffs and Plaintiff-Intervenors' Second Set of Interrogatories.

## GENERAL OBJECTIONS

Defendants object to each interrogatory: (1) insofar as it seeks information not in Defendants' possession, custody, or control; (2) insofar as it seeks information that was prepared for or in anticipation of litigation, constitutes attorney work product, contains attorney-client communications, or is otherwise privileged; (3) insofar as it seeks information which is publicly available or otherwise equally available and/or uniquely or equally available from third parties; (4) insofar as it seeks information that does not specifically refer to the events which are the subject matter of this litigation; and (5) insofar as it seeks information not relevant to the subject matter of this litigation nor reasonably calculated to lead to the discovery of admissible evidence.

These responses and objections are made on the basis of information now known to Defendants and are made without waiving any further objections to, or admitting the relevancy or materiality of, any of the information requested. Defendants' investigation, discovery, and preparation for proceedings are continuing and all answers are given without prejudice to Defendants' right to introduce or object to the discovery of any documents, facts, or information discovered after the date hereof. Defendants likewise do not waive the right to object, on any and all grounds, to (1) the evidentiary use of the information contained in these responses

and objections; and (2) discovery requests relating to these objections and responses.

Defendants will provide their responses based on terms as they are commonly understood, and consistent with the Federal Rules of Civil Procedure. Defendants object to and will refrain from extending or modifying any words employed in the requests to comport with expanded definitions or instructions.

## INTERROGATORIES

1.    **For each date between January 1, 2006, and November 1, 2011 on which a person had to provide documentation to prove U.S. citizenship or lawful U.S. presence to obtain a Texas driver's license or DPS personal identification card, identify the documents that were acceptable to prove U.S. citizenship, and identify by specific citation (including date) each statute, rule, other authority, or other writing authorizing the Department to request or require such proof.**

**RESPONSE:** Defendants object to this interrogatory on the ground that it contains at least two separate interrogatories. By asking the Defendants to "identify the documents that were acceptable to prove U.S. citizenship" [hereafter Interrogatory 1a] and then asking Defendants to "identify by specific citation (including date) each statute, rule, other authority, or other writing authorizing the Department to request or require such proof" [hereafter Interrogatory 1b], the interrogatory introduces lines of inquiry that are separate and distinct from the inquiry made by the portion of the inquiry that precedes each. *See Willingham v. Ashcroft*, 226 F.R.D. 57, 59 (D.D.C. 2005). Defendants will, therefore, construe

4

Interrogatory 1 as two separate interrogatories.

Further, Defendants object to both interrogatories as being vague, not reasonably specific, overly broad and unduly burdensome to the extent they require the Defendants to provide a catalog of literally hundreds of responses accounting "for each date between January 1, 2006 and November 1, 2011 on which a person had to provide documentation to prove U.S. citizenship or lawful U.S. presence to obtain a Texas driver's license or DPS personal identification card". These interrogatories seek to narrow the Defendants' responses without the benefit of specific questions during direct or cross-examination. Defendants would object that a detailed explanation of these issues is more appropriate by deposition. Defendants similarly object to the extent the interrogatories seek information regarding the Texas Administrative Code that is publicly available and/or equally accessible to the Plaintiffs and Plaintiff-Intervenors. Defendants object to the extent these interrogatories seek information that is not relevant to this cause of action and is not likely to lead to the discovery of relevant or admissible evidence.

Defendants object specifically to Interrogatory 1a to the extent it calls on Defendants to express legal opinions about "documentation to prove U.S. citizenship or lawful U.S. presence" requiring legal expertise with respect to "acceptable" proof of citizenship under the Texas Administrative Code.

Defendants object specifically to Interrogatory 1b as being vague, not reasonably specific, overly broad and unduly burdensome insofar as it calls for

Defendants to "identify by specific citation (including date) each . . . rule, other authority, or other writing authorizing the Department to request or require such proof." Defendants also object to Interrogatory 1b to the extent it requires the Defendants to express legal opinions regarding which "statute, rule, other authority, or other writing authorize[es] the Department to request or require" proof of "U.S. citizenship" requiring legal expertise with respect to the Department of Public Safety's "authority" under the Texas Administrative Code.

Subject to and without waiving the foregoing objections, the Defendants generally respond as follows:

**Interrogatory 1a**

*"For each date between January 1, 2006, and November 1, 2011 on which a person had to provide documentation to prove U.S. citizenship or lawful U.S. presence to obtain a Texas driver's license or DPS personal identification card, identify the documents that were acceptable to prove U.S. citizenship . . ."*

Defendants respond generally that the Texas Department of Public Safety's website provides a publicly available list of acceptable documents to prove U.S. citizenship. This list can be found on page one of the Verifying Lawful Presence document at:

http://www.txdps.state.tx.us/DriverLicense/documents/verifyingLawfulPresence.pd
f. Included are the following:

- Birth certificate issued by the appropriate vital statistics agency of a U.S. State, a U.S. territory, or the District of Columbia indicating birth in U.S.
- Department of State Certification of Birth issued to U.S. Citizens born abroad (FS-240, DS-1350, or FS-545) or Consular Report of Birth Abroad
- Certificate of U.S. Citizenship
- Certificate of Naturalization

- U.S. Dept. of Justice – INS U.S. Citizenship Identification Card (I-197 or I-179)
- Northern Mariana Card (I-873)
- U.S. passport book that **does not** indicate on the last page that "THE BEARER IS A UNITED STATES NATIONAL AND NOT A UNITED STATES CITIZEN"
- U.S. passport card
- American Indian Card (form I-872) which indicates "KIC."

While this list covers the majority of applicants who are U.S citizens, the Department of Public Safety has discretion to accept other documents that sufficiently prove an applicant is a U.S. citizen pursuant to Texas Transportation Code § 521.142(e).

### Interrogatory 1b

*"For each date between January 1, 2006, and November 1, 2011 on which a person had to provide documentation to prove U.S. citizenship or lawful U.S. presence to obtain a Texas driver's license or DPS personal identification card . . . identify by specific citation (including date) each statute, rule, other authority, or other writing authorizing the Department to request or require such proof."*

Defendants respond generally that as a result of the federal Motor Voter Act, Texas Transportation Code § 521.142 was amended in 1999 to add subsection (c)(7) to require applicants to indicate whether or not they are a U.S. citizen on an application. The legislative history of this statute is publically available. From October 2008 until December 2011, applicants were required by the previous version of 37 Texas Administrative Code § 15.171 to provide documentation proving their U.S. citizenship. The history of this administrative rule is publically available. Chapter 521 of the Texas Transportation Code was amended in 2011 to add section 521.1425 which requires applicants to provide

7

documentation proving their U.S. citizenship.   The legislative history of these amendments is publically available.

2.     **As of April 18, 2014 (or any other named date since November 1, 2013), state the  number of holders of non-expired Texas driver licenses or DPS personal identification cards who  are (1) U.S. citizens for whom DPS records reflect that they have satisfied the current  requirements for documentary proof of U.S. citizenship; (2) persons whom DPS records list as U.S. citizens but for whom the records do not reflect that they have satisfied  the  current  requirements  for  documentary  proof  of  U.S. citizenship; (3) persons for whom DPS records do  not list a country of citizenship; and (4) persons for whom DPS records list a foreign country as  the country of citizenship.**

RESPONSE: Defendants object to this interrogatory on the ground that it contains at least four separate interrogatories.  By asking the Defendants to "state the number of holders of non-expired Texas driver licenses or DPS personal identification cards who are (1) U.S. citizens for whom DPS records reflect that they have satisfied the current requirements for documentary proof of U.S. citizenship" [hereafter Interrogatory 2a], asking Defendants to "state the number of holders of non-expired Texas driver licenses or DPS personal identification cards who are . . . (2) persons whom DPS records list as U.S. citizens but for whom the records do not reflect that they have satisfied the current requirements for documentary proof of U.S. citizenship" [hereafter Interrogatory 2b], asking

Defendants to "state the number of holders of non-expired Texas driver licenses or DPS personal identification cards who are . . . (3) persons for whom DPS records do not list a country of citizenship" [hereafter interrogatory 2c], and asking Defendants to "state the number of holders of non-expired Texas driver licenses or DPS personal identification cards who are . . . (4) persons for whom DPS records list a foreign country as the country of citizenship" [hereafter interrogatory 2d], the interrogatory introduced lines of inquiry that are separate and distinct from the inquiry made by the portion of the inquiry that precedes each.   *See Willingham v. Ashcroft*, 226 F.R.D. 57, 59 (D.D.C. 2005).   Defendants will, therefore, construe Interrogatory 2 as four separate interrogatories.

Further, Defendants object to all four interrogatories as being vague, not reasonably specific, overly broad and unduly burdensome to the extent they attempt to create an ongoing duty to provide responses as of "any other named date since November 1, 2013."  Defendants further object to the interrogatories as seeking information that is neither relevant to this cause of action nor likely to lead to the discovery of relevant or admissible evidence.

Subject to and without waiving the foregoing objections, the Defendants generally respond as follows:

**Interrogatory 2a**

*"As of April 18, 2014 (or any other named date since November 1, 2013), state the number of holders of non-expired Texas driver licenses or DPS personal identification cards who are (1) U.S. citizens for whom DPS records reflect that they have satisfied the current requirements for documentary proof of U.S. citizenship."*

Defendants respond that as of May 18, 2014, 4,134,370 is the number of persons with an unexpired license, occupational license and/or identification card who are identified as US citizens in the DLS database and who have provided DPS with proof of US citizenship with one of the following documents: 'Certificate of Citizenship', 'Naturalization Certificate', 'US Passport', 'US Citizen ID Card', 'American Indian Card', 'US Passport Card', 'US Birth Certificate', 'US Department of State Certification of Birth'.

**Interrogatory 2b**

*"As of April 18, 2014 (or any other named date since November 1, 2013), state the number of holders of non-expired Texas driver licenses or DPS personal identification cards who are . . . (2) persons whom DPS records list as U.S. citizens but for whom the records do not reflect that they have satisfied the current requirements for documentary proof of U.S. citizenship."*

Defendants respond that as of May 18, 2014, 14,039,884 is the number of persons with an unexpired license, occupational license and/or identification card who are identified as US citizens in the DLS database and who have provided DPS with proof of identity that is NOT one of the following documents: 'Certificate of Citizenship ', 'Naturalization Certificate', 'US Passport', 'US Citizen ID Card', 'American Indian Card', 'US Passport Card', 'US Birth Certificate', or 'US Department of State Certification of Birth'.

**Interrogatory 2c**

*"As of April 18, 2014 (or any other named date since November 1, 2013), state the number of holders of non-expired Texas driver licenses or DPS personal identification cards who are . . . (3) persons for whom DPS records do not list a country of citizenship."*

Defendants respond that as of May 18, 2014, 211,167 is the number

persons with an unexpired license, occupational license and/or identification card

who do not have citizenship identified in the DLS database.

**Interrogatory 2d**

*"As of April 18, 2014 (or any other named date since November 1, 2013), state the number of holders of non-expired Texas driver licenses or DPS personal identification cards who are . . . (4) persons for whom DPS records list a foreign country as the country of citizenship."*

Defendants respond that as of May 18, 2014, 2,120,288 is the number of persons with an unexpired license, occupational license and/or identification card who are identified as Non-US citizens in the DLS database.

Dated: May 22, 2014

Respectfully submitted,

GREG ABBOTT
Attorney General of Texas

DANIEL T. HODGE
First Assistant Attorney General

JONATHAN F. MITCHELL
Solicitor General

J. REED CLAY, JR.
Special Assistant and Senior Counsel
to the Attorney General
Southern District of Texas No. 1160600

*/s/ John B. Scott*
JOHN B. SCOTT
Deputy Attorney General for Civil Litigation
Southern District of Texas No. 10418
Texas State Bar No. 17901500
ATTORNEY-IN-CHARGE

G. DAVID WHITLEY
Assistant Deputy Attorney General
Southern District of Texas No. 2080496

STEPHEN RONALD KEISTER
Assistant Attorney General
Southern District of Texas No. 18580

JENNIFER MARIE ROSCETTI
Assistant Attorney General
Southern District of Texas No. 224780

209 West 14th Street
P.O. Box 12548
Austin, Texas 70711-2548
(512) 475-0131

DONNELL, ABERNETHY & KIESCHNICK
Ben A. Donnell
555 N. Carancahua, Suite 1770
Corpus Christi, Texas  78401-0853
Southern District of Texas No. 5689

COUNSEL FOR THE STATE OF TEXAS, RICK
PERRY, JOHN STEEN, and STEVE MCCRAW

## CERTIFICATE OF SERVICE

I hereby certify that on May 22, 2014, a true and correct copy of the foregoing document is being served via the Court's ECF system to all counsel of record.

*/s/ John B. Scott*
JOHN B. SCOTT
Deputy Attorney General for Civil Litigation

LEGISLATIVE BUDGET BOARD
Austin, Texas

FISCAL NOTE, 82ND LEGISLATIVE REGULAR SESSION

February 28, 2011

TO: Honorable Dennis Bonnen, Chair, House Committee on Voter Identification & Voter Fraud,
Select

FROM: John S O'Brien, Director, Legislative Budget Board

IN RE: SB14 by Fraser (Relating to requirements to vote, including presenting proof of
identification; providing criminal penalties.), **As Engrossed**

Estimated Two-year Net Impact to General Revenue Related Funds for SB14, As Engrossed: a negative
impact of ($2,024,000) through the biennium ending August 31, 2013.

The bill would make no appropriation but could provide the legal basis for an appropriation of funds to
implement the provisions of the bill.

General Revenue-Related Funds, Five-Year Impact:

| Fiscal Year | Probable Net Positive/(Negative) Impact to General Revenue Related Funds |
|---|---|
| 2012 | ($2,024,000) |
| 2013 | $0 |
| 2014 | $0 |
| 2015 | $0 |
| 2016 | $0 |

All Funds, Five-Year Impact:

| Fiscal Year | Probable Savings/(Cost) from General Revenue Fund 1 |
|---|---|
| 2012 | ($2,024,000) |
| 2013 | $0 |
| 2014 | $0 |
| 2015 | $0 |
| 2016 | $0 |

Fiscal Analysis

The bill would exempt certain disabled voters from presenting additional identification for voting, other than
the voter registration certificate, if the voter submits to the voter registrar proper certification from a physician
of the disability. The bill would also require voter registration certificates to contain an indication that the
disabled voter is exempted from presenting additional identification, other than the voter registration
certificate, before being accepted for voting.

The bill would require the voter registrar of each county to provide a notice of identification requirements for
voting with each initial voter registration certificate or renewal registration certificate issued. The Secretary of
State (SOS) and the voter registrar of each county that maintains a website would be required to post on their
websites, in each language in which voter registration materials are available, a notice of the identification
requirements, and county clerks would be required to post a physical copy in each language voter registration

HIGHLY CONFIDENTIAL

TX_00007314

materials are available. SOS would be required to prescribe the wording of these notices. SOS would also be required to establish a statewide effort to educate voters regarding the identification requirements for voting.

The bill would require training standards to include instructions on the acceptance and handling of the identification presented by a voter to an election officer and each election clerk would be required to complete this training.

The presiding judge at each polling place would be required to post in a prominent location outside of the location a list of the acceptable forms of identification and the list would have to be separate from all other notices. The Secretary of State would be required to prescribe the wording for written notifications of the identification requirements to vote in elections after January 1, 2012 and election officers would be required to provide this written notification of voting identification requirements to voters who do not meet identification requirements.

The Department of Public Safety (DPS) would be prohibited from collecting a fee for a personal identification certificate issued to a person who states that they are obtaining the personal identification certificate to meet voting identification requirements and that person meets certain other voter registration criteria.

The bill would change an offense under this section after January 1, 2012 to a second degree felony from a third degree felony unless the person is convicted of an attempt, in which case, the offense would be a state jail felony instead of a Class A misdemeanor.

The Secretary of State would be required to prescribe procedures for voters who provisionally vote without proper identification to present proof of identification to the voter registrar not later than the sixth day after the date of the election.

The bill would repeal Sections 63.007 and 63.008 of the Election Code related to voters with incorrect certificates who are not on the voter list and voters without certificates who are not on the voter list.

The Secretary of State (SOS) would be required to adopt the training standards and to develop training materials as soon as practicable after September 1, 2011. Each county clerk would be required to provide a session of training using the standards adopted by and the materials developed by SOS as soon as practicable as well.

The bill would expand the uses of state funds disbursed under Chapter 19 of the Election Code to include additional expenses related to coordinating voter registration drives or other activities designed to expand voter registration. This section would expire January 1, 2013.

Sections 1, 3, 4, 5, 9, 20, and 22 pertaining to providing notice of voter identification requirements, providing voter identification training, providing voter education to the public, and expanding the uses of voter registration funds would be effective September 1, 2011. The remainder of the bill would be effective January 1, 2012.

### Methodology

The fiscal impact of the bill excluding technology costs is estimated to be $2,000,000 million for fiscal year 2012 out of the General Revenue Fund. The estimate includes $0.5 million to research and develop ways to inform the public of the new identification requirements. Additional costs are estimated to be $1.5 million for media advertisements: television ($750,000), radio ($300,000), print ($300,000), and internet ($150,000). The Secretary of State indicates that federal funds associated with the Help America Vote Act (HAVA) may be available for use but the agency would first need to verify this with the federal government.

The Secretary of State would also be required to prescribe the wording for voter identification requirement notifications in each language voter registration materials are available and develop training materials on voter identification requirements. It is assumed that any fiscal implication associated with these responsibilities could be absorbed within existing resources.

The fiscal impact of expanding the uses of funds disbursed under Chapter 19 of the Election Code to include coordinating voter registration drives or other activities designed to expand voter registration is unknown because it is not known how many voter registration drives or other activities designed to expand voter registration would occur.

The fiscal impact of the revenue loss from the prohibition of DPS to collect a fee for a personal identification certificate issued to a person seeking the certificate for the purpose of voting is unknown because it is not

HIGHLY CONFIDENTIAL

TX_00007315

known how many people would make a request for a personal identification certificate for voting.

Technology

The technology fiscal impact of the bill is estimated to be $24,000 for programming costs associated with creating an indicator on voter registration certificates for voters with certain disabilities. The notification would inform election officers at polling places that voters with certain disabilities are exempted from presenting additional identification other than the voter registration certificate. The Secretary of State indicates that federal funds associated with the Help America Vote Act (HAVA) may be available for use but the agency would first need to verify this with the federal government.

Local Government Impact

The bill would require counties to notify registered voters of changes online if the county maintains a website, at polling locations, and included with voter registration certificates. Election clerks would be required to undergo training regarding accepted forms of voter identification.

According to Texas Association of Counties (TAC), Tarrant County anticipated a one-time cost to reprint provisional balloting materials and provide new notices ($8,000); Bexar County stated that due to limited space on current registration certificates, larger cards would be necessary resulting in additional costs for cards, printing and postage ($381,256); however, Comal County reported the costs associated with the provisions of the bill could be absorbed within existing resources.

Source Agencies: 307 Secretary of State, 405 Department of Public Safety
LBB Staff: JOB, JT, MS, BTA, KKR

HIGHLY CONFIDENTIAL

TX_00007316

Δ π EXHIBIT 29
Deponent K I
Date 4/23/14 Rptr
WWW.DEPOBOOK.COM

## 2014 Voter Education Campaign Phase 1- about $400,000 (HAVA)

I.  Paid Media
    A.  Used TV, Radio, Print and Online advertising
    B.  Generated more than 14 million impressions
    C.  Leveraged PSA to double budget, usually received a 1 for 1 match
    D.  Targeted rural voters, African American voters, and Hispanics
    E.  All paid media in English and Spanish
    F.  The ads polled well in post-phase I research. When shown the TV ad, 4 out of 5 said they felt favorable to the TV ad and 3 out of 4 found the ad informative and easy to understand.

II.  Earned Media
    A.  Secretary Berry visited more than 7 media markets across the state to promote voter education and knowledge of photo ID requirements
    B.  press releases sent and printed throughout the state
    C.  Secretary Berry wrote an op-ed which appeared in the Houston Chronicle.
    D.  Radio tours where Secretary Steen called radio stations across the state for interviews publicizing the photo ID requirements
    E.  Media releases for all our EIC locations, and Houston Press Conference for EIC mobile station kickoff

III.  Web and Social Media
    A.  frequent photo ID messages  and reminders posted to our established VoteTexas twitter and facebook and reweeted through SOS twitter account
    B.  early use of VoteTexas Instagram to encourage voting, role will be expanded in phase II of the campaign
    C.  VoteTexas app updated and reflected photo ID info

<u>2014 Voter Education Campaign Phase II- about $1.6 million (HAVA)</u>

## <u>Please note: Phase II is in the planning stage</u>

Δ π EXHIBIT 30
Deponent ___K.T___
Date 4/23 Rptr___
WWW.DEPOBOOK.COM

I.  Paid Media
    A.  continue to use TV, Radio, Print and Online advertising
    B.  focus outreach on Hispanic voters, African American Voters, rural voters and young voters
    C.  Will likely continue to use the same advertisements as phase I as those were well received and effective
    D.  May use other forms of paid media such as outdoor advertising and direct mail to get the word out

II.  Earned Media
    A.  Secretary Berry will continue to travel the state to promote voter education
    B.  PR efforts to remind people of May 10 and May 27 elections
    C.  we will continue to distribute and promote press releases sent and printed throughout the state
    D.  Op-eds from Secretary Berry and possibly other opinion leaders
    E.  Radio tours where Secretary Steen called radio stations across the state for interviews publicizing the photo ID requirements
    F.  Media releases for all our EIC locations
    G.  outreach and information kits to stakeholders such as faith groups, community groups, elected officials, appropriate opinion leaders
    H.  Special events to help promote VoteTexas resources

III.  Web and Social Media
    A.  frequent photo ID messages  and reminders posted to our established VoteTexas twitter and facebook and reweeted through SOS twitter account
    B.  expanded use of Instagram account to compliment other social media activities
    C.  Continue to update and promote photo ID educational materials on VoteTexas.gov

From: Elizabeth Winn <ewinn@secretary of state.com>
Sent: Monday, September 19, 2011 3:33 PM
To: Elizabeth Winn <EHanshawWinn@sos.state.tx.us>
Cc: Andrews - Kenda Heckler (kheckler@co.andrews.tx.us); Andrews - Vicki King (vking@co.andrews.tx.us); Andrews - Vicki Scott (vscott@co.andrews.tx.us); Angelina - Billie Page (bpage@angelinacounty.net); Angelina - Lucy Rodriguez (lrodriguez@angelinacounty.net); Angelina -- Midget Sherman (midget@angelinacounty.net); Angelina - Teresa Waggoner (twaggoner@angelinacounty.net); Aransas - Joy Dias (jdias@aransascounty.org); Aransas - Peggy Friebele (pfriebele@aransascounty.org); Archer - Karen Aulds (karen.aulds@co.archer.tx.us); Archer - Karren Winter (karren.winter@co.archer.tx.us); Armstrong - Patricia Sherrill (clerk@co.armstrong.tx.us); Atascosa - Janice Ruple (atascosaea@txun.net); Atascosa - Laura Davila (laurad@txun.net); Atascosa - LeAnn Loza (leannl@txun.net); Austin - Janice Kokemor (jkokemor@austincounty.com); Austin - Nalayna Janca (votenow@austincounty.com); Bailey - Paula Benton (baileycc@fivearea.com); Bailey - Robin Dickerson (baileyccdeputy2@yahoo.com); Bailey - Tracy Torres (baileyccdeputy3@yahoo.com); Bandera - Toba Perez (banderaelections@indian-creek.net); Bastrop - Bridgette Escobedo (bridgette.escobedo@co.bastrop.tx.us); Bastrop - Kristin Zapalac (kristin.zapalac@co.bastrop.tx.us); Bastrop - Nora Cano (nora.cano@co.bastrop.tx.us); Baylor - Chris Jakubicek (bcclerk@srcaccess.net); Bee - Mirella Escamilla Davis (mirella.davis@co.bee.tx.us); Bell - Dabry King (darby.king@co.bell.tx.us); Bell - Diana Barnard (diana.barnard@co.bell.tx.us); Bell - Shannon Hearne (shannon.hearne@co.bell.tx.us); Bell - Shelley Coston (shelley.coston@co.bell.tx.us); Bexar - Debbie M. Abrego (dabrego@bexar.org); Bexar - Jacque Callanen (jcallanen@bexar.org); Blanco - Karen Newman (knewman@co.blanco.tx.us); Blanco - Laura Walla (lauraw78606@yahoo.com); Borden - Joyce Herridge (bordenco@poka.com); Bosque - Betty Outlaw (county_clerk@bosquecounty.us); Bosque - Ninfa Gomez (ninfa_gomez@bosquecounty.us); Bosque - Rosy Perez (court_records@bosquecounty.us); Bosque - Stephanie Davis (stephanie_davis@bosquecounty.us); Bosque - Vicky Turner (vicky_turner@bosquecounty.us); Bowie - Donna Moreland (dmoreland43@aol.com); Bowie - George Stegall (georgestegall@juno.com); Bowie - Lacy Golden (lacygirlgolden@hotmail.com); Brazoria - Brandy Pena (brandyp@brazoria-county.com); Brazoria - Cindy Atkins (cindya@brazoria-county.com); Brazoria - Janice Evans (janicee@brazoria-county.com); Joyce Hudman <joyceh@brazoria-county.com>; Brazoria - Susan Cloudt (susanc@brazoria-county.com); Brazoria - Susana Johnson (susanaj@brazoria-county.com); Brazoria - Tricia DeVille (triciad@brazoria-county.com); Brazos - Jaime Hines (jhines@co.brazos.tx.us); Brazos - Karen McQueen (kmcqueen@co.brazos.tx.us); Brazos - Krystal Ocon (kocon@co.brazos.tx.us); Brewster - Berta Martinez (bmartinez@co.brewster.tx.us); Briscoe - Bena Hester (coclerk@midplains.coop); Brooks - Alan Hernandez (alan.hernandez@brooks-county.com); Brooks - Soila Cavazos (scavazos4@yahoo.com); Brown - Larry Franks (voterreg@browncountytx.org); Brown - Shirley Keyes (deputyvoter1@browncountytx.org); Brown - Suzy Young (electionsadmin@browncountytx.org); Brown - Suzy Young (browncounty_voter_reg@hotmail.com); Brown - Vicki Williams (deputyvoter2@browncountytx.org); Burleson - Paula Bartnesky (pbartnesky@yahoo.com); Burleson - Paula Bartnesky (electadmin@burlesoncounty.org); Burnet -Barbara Agnew (electadmin@burnetcountytexas.org); Burnet - Donna Peterson (elect3vr@burnetcountytexas.org); Burnet - Karen Peraino (electassist@burnetcountytexas.org); Caldwell - Joy Pardo

TX_00048354

TEX00048354

(caldwelltac@co.caldwell.tx.us); Caldwell - Mary Vicky Gonzales
(mvgonz52@yahoo.com); Caldwell - Pamela Ohlendorf (caldwellec@co.caldwell.tx.us);
Calhoun - Dora Garcia (dora.garcia@calhouncotx.org); Calhoun - Ethel Turner
(ethel.turner@calhouncotx.org); Calhoun - Olga Szela (olga.szela@calhouncotx.org);
Callahan - Donna Bell (donna.bell@callahancounty.org); Callahan - Laurie Tollett
(laurie.tollett@callahancounty.org); Callahan - Nancy Charlton
(nancy.charlton@callahancounty.org); Cameron - Claudia Rocha
(claudia.rocha@co.cameron.tx.us); Cameron - Fred Garza (fgarza@co.cameron.tx.us);
Cameron - Norma Carrillo (NCarrillo@co.cameron.tx.us); Cameron - Roger Ortiz
(rortiz@co.cameron.tx.us); Camp - Elaine Young (ccountyclerk@yahoo.com); Carson -
Celeste Bichsel (celeste.bichsel@co.carson.tx.us); Cass - Amy Varnell
(amylvarnell@yahoo.com); Cass - Amy Varnell
(avarnell.deputyclerk@casscountytx.org); Cass - Cindy Waters
(cwaters.deputyclerk@casscountytx.org); Cass - Evelyn Charleston
(echarleston.deputyclerk@casscountytx.org); Cass - Jannis Mitchell
(jmitchell.countyclerk@casscountytx.org); Cass - Shannon Crenshaw
(screnshaw.deputyclerk@casscountytx.org); Castro - Carlene Long
(clong@castrocounty.org); Castro - Joanna Blanco (jbclerk@castrocounty.org); Castro -
Monica Pina (mpina@castrocounty.org); Chambers - Heather Hawthorne
(hhawthorne@co.chambers.tx.us); Chambers - Lauren Van Deventer
(lvandeventer@co.chambers.tx.us); Chambers - Marisa Henry
(mshenry@co.chambers.tx.us); Chambers - Melinda Rhame
(mrhame@co.chambers.tx.us); Cherokee - Laverne Lusk (coclerk@cocherokee.org);
Cherokee - Shannon Cornelius (electionmanager@cocherokee.org); Childress - Zona
Prince (clerks@srcaccess.net); Clay - Carla Moore (csrmoore@yahoo.com); Clay - Sasha
Kelton (ccclerk@claycountytx.com); Cochran - Rita Tyson
(rita.tyson@co.cochran.tx.us); Coke - Judy Gartrell (jagartrell@yahoo.com); Coke -
Martha Ratliff (mratliff@wcc.net); Coke - Mary Grim (marylgclerk@juno.com);
Coleman - Stacy Mendoza (cclerk@web-access.net); Collin - Janessa Millican
(jmillican@collincountytx.gov); Collin - Patty Seals (pseals@collincountytx.gov); Collin
- Samantha Martin (smartin@collincountytx.gov); Collin - Sandy Braswell
(sbraswell@collincountytx.gov); Collin - Sharon Rowe (srowe@collincountytx.gov);
Collin - Vickie Self (vself@collincountytx.gov); Collingsworth - Jackie Johnson
(collingsworthclerk@hotmail.com); Colorado - Darlene Hayek
(darlene.hayek@co.colorado.tx.us); Colorado - Jean Perkins
(jean.perkins@co.colorado.tx.us); Comal - Joy Streater (cckajs@co.comal.tx.us); Comal
- Linnell Hinijosa (ccklkh@co.comal.tx.us); Comanche - Amy Goodlander
(amy44schwartz@gmail.com); Comanche - Ruby Lesley (ccclerk@htcomp.net);
Comanche - Ruby Lesley (ccclerk2@gmail.com); Comanche - Teresa Ogle
(taogle64@gmail.com); Comanche - Toni Young (tfoxyoung@gmail.com); Concho -
Barbara Hoffman (barbara.hoffman@co.concho.tx.us); Concho - Melissa Garcia
(melissa.garcia@co.concho.tx.us); Concho - Phyllis F. Lovell
(phyllis.lovell@co.concho.tx.us); Cooke - Pam Baldwin (pam.baldwin@co.cooke.tx.us);
Cooke - Rebecca Lawson (rebecca.lawson@co.cooke.tx.us); Coryell -Justin Carothers
(tax_collector@coryellcounty.org); Cottle - Jan Irons (cottledcclerk@gmail.com); Crane
- Judy Crawford (judy.crawford@co.crane.tx.us); Crockett - Debbi Puckett
(catslair31@aol.com); Crosby - Linda Jones (ccclerk1@windstream.net); Culberson -
Linda McDonald (lindasl99@hotmail.com); Dallam -Terry Banks (dclerks@xit.net);
Dallas - Brylon Franklin (brylon.franklin@dallascounty.org); Dallas - Charline Farqahar
(Charline.Farquhar@dallascounty.org); Dallas - Jana Onyon
(Jana.Onyon@dallascounty.org); Dallas - R. Lopez (RLopez@dallascounty.org); Dallas -
Tandi Smith (tandi.williams@dallascounty.org); Dallas - Toni Pippins-Poole
(Toni.Pippins-Poole@dallascounty.org); Dallas - Vickey Bynum

TX_00048355

TEX00048355

(Vickey.Bynum@dallascounty.org); Dawson - Gloria Vera (gloria_vera90@yahoo.com);
Dawson - Gloria Vera (dawsonclerk@windstream.net); Deaf Smith - David Ruland
(dscclerk@wtrt.net); Deaf Smith - Imelda DeLaCerda (dscclerk5@wtrt.net); Deaf Smith
- Nelda Gonzalez (dscclerknelda@wtrt.net); Delta - Jane Jones (deltaclerk@yahoo.com);
Denton - Cindy Compton (cindy.compton@dentoncounty.com); Denton - Debbie Wood
(debbie.wood@dentoncounty.com); Denton - Frank Phillips
(frank.phillips@dentoncounty.com); Denton - Julie Green
(julie.green@dentoncounty.com); Denton - Lillie Henry
(lillie.henry@dentoncounty.com); Denton - Paula Paschal
(paula.paschal@dentoncounty.com); Denton - Randie Geistman
(randie.geistman@dentoncounty.com); Denton - Sara Tischler
(sara.tischler@dentoncounty.com); Denton - Susette Fuhrmann
(susette.fuhrmann@dentoncounty.com); DeWitt - Natalie Carson
(natalie.carson@co.dewitt.tx.us); Dickens - Becky Hill (depclerk@caprock-spur.com);
Dickens - Winona Humphreys (coclerk@caprock-spur.com); Dimmit - Mario Garcia
(mzgarcia75@yahoo.com); Donley - Fay Vargas (doncoclerk@windstream.net); Duval -
Ana Bazan (ana.bazan@co.duval.tx.us); Eastland - Cathy Jentho
(ecco@eastlandcountytexas.com); Ector - Albina Ramirez (ramiral@co.ector.tx.us);
Ector - Election Administration (ramiras@co.ector.tx.us); Ector - Jeremy Duckworth
(duckwjk@co.ector.tx.us); Ector - Lisa Sertuche (sertue@co.ector.tx.us); Ector - Mitzi
Scheible (scheimk@co.ector.tx.us); Edwards - Sherri Gaither (clerk@swtexas.net); El
Paso - Anthony Rivera (AnRivera@epcounty.com); El Paso - Irene Sanchez
(isanchez@epcounty.com); El Paso - Javier Chacon (jchacon@epcounty.com); El Paso -
Rosa O'Keefe (rokeepe@epcounty.com); El Paso - Veronica Dovali
(vdovali@epcounty.com); Ellis - Becky Morgan (becky.morgan@co.ellis.tx.us); Ellis -
Eloisa Rios (eloisa.rios@co.ellis.tx.us); Ellis - Jane Anderson
(jane.anderson@co.ellis.tx.us); Ellis - Nancy Byers (nancy.byers@co.ellis.tx.us); Erath -
Gwinda Jones (countyclerk@co.erath.tx.us); Erath - Sara Piercy (vote@co.erath.tx.us);
Falls - Nicket Taylor (nicket.taylor@co.falls.tx.us); EA Shlock
<eashlock@fanninco.net>; Fannin - Gail Young (taxassessor@fanninco.net); Fannin -
Tammy Biggar (tbiggar@fanninco.net); Fayette - Dina Bell (dina.bell@co.fayette.tx.us);
Fisher - Pat Thomson (fishercountyclerk@yahoo.com); Floyd - Ginger Morgan
(ginger.morgan@co.floyd.tx.us); Floyd - Ginger Morgan (gcmorgan52@yahoo.com);
Foard - Debra Hopkins (foardcountyclerk@hotmail.com); Fort Bend - Cathy Cantu
(cathy.cantu@co.fort-bend.tx.us); Fort Bend - Grasie Alvarado (grasie.alvarado@co.fort-
bend.tx.us); Fort Bend - James Guen (james.guen@co.fort-bend.tx.us); Fort Bend - John
Oldham (john.oldham@co.fort-bend.tx.us); Fort Bend - Julie Kassab
(julie.kassab@co.fort-bend.tx.us); Fort Bend - Kim Nguyen (kim.nguyen@co.fort-
bend.tx.us); Fort Bend -- Robin Heiman (robin.heiman@co.fort-bend.tx.us); Franklin -
Betty Crane (bcrane@co.franklin.tx.us); Franklin - Brook Bussell
(bbussell@co.franklin.tx.us); Franklin - Elaine Harmon (behatuffy@gmail.com);
Freestone - Linda Jarvis (linda.jarvis@co.freestone.tx.us); Frio - Angie Tullis
(angietulliscountyclerk@yahoo.com); Frio - Esme Cano (esmecano@yahoo.com);
Gaines - Connie Curtis (connieisqueen@hotmail.com); Gaines - Vicki Phillips
(vicki.phillips@co.gaines.tx.us); Galveston - Brandy Chapman
(brandy.chapman@co.galveston.tx.us); Galveston - Cindy Eddy
(cindy.eddy@co.galveston.tx.us); Galveston - Dwight D. Sullivan
(dwight.sullivan@co.galveston.tx.us); Galveston - Shon Fragoso
(shon.fragoso@co.galveston.tx.us); Galveston - Susan Williams
(susan.williams@co.galveston.tx.us); Galveston - William Sargent
(william.sargent@co.galveston.tx.us); Garza - James Plummer
(james.plummer@co.garza.tx.us); Garza - Rebecca Quintana
(rebecca.quintana@co.garza.tx.us); Garza - Terri Laurence

TX_00048356

TEX00048356

(terri.laurence@co.garza.tx.us); Gillespie - Mary Lynn Rusche (mlrusche@gillespiecounty.org); Glasscock - Rebecca Batla (rebecca.batla@co.glasscock.tx.us); Goliad - Mary Ellen Flores (mflores@goliadcountytx.gov); Gonzales - Lee Riedel (lriedel@co.gonzales.tx.us); Gonzales - Misty Cook (mcook@co.gonzales.tx.us); Gray - Linda Lewis (linda.lewis@graycch.com); Grayson - Deana Patterson (elections@co.grayson.tx.us); Grayson - Wilma Blackshear Bush (bushw@co.grayson.tx.us); Gregg - Carol Williams (carol.williams@co.gregg.tx.us); Gregg - Kathryn Nealy (kathryn.nealy@co.gregg.tx.us); Gregg - Pam Cook (pam.cook@co.gregg.tx.us); Grimes - Rebecca Duff (grimesvoters@yahoo.com); Guadalupe - Missy Doss (missy_doss@sbcglobal.net); Guadalupe - Sue Basham (sue.basham@co.guadalupe.tx.us); Hale - Latrice Kemp (lkemp@halecounty.org); Hale - Richard Castillo (rcastillo@halecounty.org); Hall - Hans Skovlund (hskovlund123@gmail.com); Hall - Raye Bailey (cclerk@amaonline.com); Hamilton - Debbie Rudolph (countyclerk@hamiltoncountytx.org); Hansford - Kim Vera (kvera.cdc@co.hansford.tx.us); Hardeman - Ellen London (londonellen@ymail.com); Hardin - Cheryl Fregia (cfregia@gmail.com); Hardin - Glenda Alston (glenda.alston@co.hardin.tx.us); Hardin - Glenda Alston (alston943hc@juno.com); Hardin - Sherry Cook (sherry.cook@co.hardin.tx.us); Harris - Ed Johnson (ejohnson@cco.hctx.net); Harris - George Hammerlein (george.hammerlein@hctx.net); Harris - Jennifer Ballard (JBallard@cco.hctx.net); Harris - John German (jgerman@cco.hctx.net); Harris - Linda Sandoval (lsandoval@cco.hctx.net); Harris - Pam Krischke (PKrischke@cco.hctx.net); Harris - Sonya Aston (saston@cco.hctx.net); Harris - Stan Stanart (stan.stanart@hctx.net); Harrison - Pam Brock (pje121249@yahoo.com); Hartley - Diane Thompson (diane.thompson@co.hartley.tx.us); Haskell - Belia Abila (haskellcc@yahoo.com); Hays - Doug Ferguson (doug.ferguson@co.hays.tx.us); Hays - Joyce Cowan (joyce@co.hays.tx.us); Hays - Joyce Cowan (elections@co.hays.tx.us); Hemphill - Lisa Johnson (lisaj@hemphill-clerk.com); Henderson - Denise Hernandez (dhernandez@co.henderson.tx.us); Henderson - Pam Green (pgreen@co.henderson.tx.us); Henderson - Ulysses Galvan (ugalvan@co.henderson.tx.us); Hidalgo - Amanda Valdez (amanda.valdez@co.hidalgo.tx.us); Hidalgo - Belinda Sagredo (belinda.sagredo@co.hidalgo.tx.us); Hidalgo - Joaquin Garcia (joaquin.garcia@co.hidalgo.tx.us); Hidalgo - Luis Diaz (luis.diaz@co.hidalgo.tx.us); Hidalgo - Melissa Alvarez (melissa.alvarez@co.hidalgo.tx.us); Hidalgo - Yvonne Ramon (yvonne.ramon@co.hidalgo.tx.us); Hill - Gaylynn Knox (gknox@co.hill.tx.us); Hill - Patsy Damschen (pdamschen@co.hill.tx.us); Hockley - Amy Cantwell (acantwell@hockleycounty.org); Hockley - Irene Gumula (igumula@hockleycounty.org); Hood - Lois Joplin (ljoplin@co.hood.tx.us); Hopkins - Debbie Shirley (cclerk@hopkinscountytx.org); Hopkins - LaWanda Faulks (lafaulks@yahoo.com); Hopkins - Tammy Calhoun (tamisue1974@yahoo.com); Houston - Bridget Lamb (bridget.lamb@co.houston.tx.us); Howard - Saundra Bloom (saundra.bloom@co.howard.tx.us); Hudspeth - Abigail Aguilera (coadmin@valornet.com); Hunt - Almina Cook (mcook@huntcounty.net); Hunt - Christie Evans (cevans@huntcounty.net); Hunt - Geraldina Suarez (gsuarez@huntcounty.net); Hunt - Linda Mouton (lmouton@huntcounty.net); Hutchinson - Jan Barnes (jbarnes@hutchinsoncnty.com); Irion - Cori Manning (cori.manning@co.irion.tx.us); Jack - Shelly Clayton (shellyclayton@jackcounty.org); Jackson - Barbara Williams (b.williams@co.jackson.tx.us); Jackson - Cherie Robinson (c.robinson@co.jackson.tx.us); Jasper - Debbie Newman (debbie.newman@co.jasper.tx.us); Jasper - Diana South (diana.south@co.jasper.tx.us); Jasper - Sheila Houston (sheilahouston505@hotmail.com); Jeff Davis - Sue Blackley

TX_00048357

TEX00048357

(s_blackley@yahoo.com); Jefferson - Carolyn Guidry (guidry@co.jefferson.tx.us); Jefferson - Jamie Smith (jsmith@co.jefferson.tx.us); Jefferson - Kaleb Breaux (kbreaux@co.jefferson.tx.us); Jefferson -Theresa Goodness (thegood@co.jefferson.tx.us); Jim Hogg - San Juanita Dominguez (jdom1988@yahoo.com); Jim Hogg - Zonia Morales (zonia.morales@co.jim-hogg.tx.us); Jim Wells - Pearlie Jo Valdez (pj8598@msn.com); Jim Wells - Tonie Kuhlman (tonietiger2002@yahoo.com); Johnson - Joy Adams (joycea@johnsoncountytx.org); Johnson - Patty Bourgeois (pattyb@johnsoncountytx.org); Jones - LeeAnn Jennings (leeann.jennings@co.jones.tx.us); Karnes - Carol Swize (carol.swize@co.karnes.tx.us); Kaufman - Dick Murphy (dm@kaufmancounty.net); Kaufman - Helen Bielmas (hel@kaufmancounty.net); Kaufman - Jeanelle Bolton (jbolton@kaufmancounty.net); Kaufman - Phillip Osteen (posteen@kaufmancounty.net); Kendall - Maria Valpeoz (maria.valpeoz@co.kendall.tx.us); Kendall - Staci Decker (staci.decker@co.kendall.tx.us); Kenedy - Roy Ruiz (rruiz@rivnet.com); Kent - Craig Harrison (kcdclerk@caprock-spur.com); Kerr - Diane Bolin (dianeb@co.kerr.tx.us); Kerr - Eva Washburn (evaw@co.kerr.tx.us); Kerr - Michele Schneider (micheles@co.kerr.tx.us); Kerr - Nadene Alford (nalford@co.kerr.tx.us); Kimble - Haydee Torres (haydee.torres@co.kimble.tx.us); King - Jammye D. Timmons (kcclerk@caprock-spur.com); Kinney - Dora Elia Sandoval (kcclerk@hotmail.com); Kinney - Vero Garcia (vero0209g@hotmail.com); Kleberg - David Mendez (dmendez@klebergco.com); Kleberg - Leo Alarcon (lalarcon@klebergco.com); Knox - Annette Offutt (annetteoffutt@yahoo.com); Knox - Lisa Cypert (lisa.cypert@yahoo.com); Knox - Shannon Propps (shannon_propps@yahoo.com); La Salle - Margarita A. Esqueda (margie.esqueda@lasallecountytx.org); Lamar - Russell Tower (rtowers@co.lamar.tx.us); Lamar - Tricia Johnson (tj_lamarcounty@yahoo.com); Lamb - Jamee Long (jameelong@nts-online.net); Lampasas - Dorothy Person (lampasas.elections@co.lampasas.tx.us); Lavaca - Elizabeth Kouba (elizabeth.kouba@co.lavaca.tx.us) <elizabethk@co.lavaca.tx.us>; Lavaca - Elizabeth Kouba (lavcommclk@sbcglobal.net); Lavaca - Elizabeth Kouba (lavaca_elections@att.net); Lavaca - Elizabeth Kouba (lavprobateclk@sbcglobal.net); Lee - Carla Arldt (carla.arldt@co.lee.tx.us); Lee - Sharon Blasig (sharon.blasig@co.lee.tx.us); Leon - Robin Shafer (robin.shafer@co.leon.tx.us); Liberty - Paulette Williams (coclerk@co.liberty.tx.us); Liberty - Stephanie Presnull (stephanie.presnull@co.liberty.tx.us); Limestone - Jennifer Johnson (jennifer.johnson@co.limestone.tx.us); Limestone - Peggy Beck (peggy.beck@co.limestone.tx.us); Lipscomb - Galan Winegarner (ghwsgwerer@yahoo.com); Lipscomb - Kathy Fry (taxac@amaonline.com); Live Oak - Karen Irving (cclerk@co.live-oak.tx.us); Llano - Cindy Ware (elections@co.llano.tx.us); Llano - Jennabeth Sagebiel (jennabeth.sagebiel@co.llano.tx.us); Loving - Liz Jones (cclerk@co.loving.tx.us); Dorothy Kennedy <dkennedy@co.lubbock.tx.us>; Lubbock - Gloria Armenta (garmenta@co.lubbock.tx.us); Lubbock - Roxzine Stinson (rstinson@co.lubbock.tx.us); Lynn - Susan Tipton (susan.tipton@co.lynn.tx.us); Madison - Earl Parker (earl.parker@madisoncountytx.org); Marion - Vickie Smith (vickie.smith@co.marion.tx.us); Martin - Helen Castro (mhhcastro@yahoo.com); Mason - Pam Beam (co.dist.clerk@co.mason.tx.us); Matagorda - Janet Hickl (jhickl@co.matagorda.tx.us); Matagorda - Marie Garrison (mgarrison@co.matagorda.tx.us); Matagorda - Melissa Foster (mfoster@co.matagorda.tx.us); Maverick - David Ramirez (dramirez@co.maverick.tx.us); Maverick - Teodoro Roy Schmerber (electionsep@yahoo.com); McCulloch - Angela Garner (angiegarner1972@yahoo.com); McCulloch - Christine Jones (naneychris@yahoo.com); McCulloch - Tina Smith (tinaasmith@yahoo.com); McCulloch - Tina Smith (mccoclerk1@verizon.net);

TX_00048358

TEX00048358

McLennan - Greg Woodruff (greg.woodruff@co.mclennan.tx.us); McLennan - Judy
Knapek (judy.knapek@co.mclennan.tx.us); McLennan - Karen Hall
(karen.hall@co.mclennan.tx.us); kathy.vanwolfe@co.mclennan.tx.us; McLennan - Terry
Sefcik (terry.sefcik@co.mclennan.tx.us); McMullen - Carolyn Lowe
(mcmullencl@granderiver.net); McMullen - Dorairene Garza
(mcclerk@granderiver.net); Medina - Barbara Creech
(barbara.creech@medinacountytexas.org); Medina - Brodie Koch
(brodie.koch@medinacountytexas.org); Medina - Lena Parrish
(lena.parrish@medinacountytexas.org); Menard - Ann Kothmann
(menardck@verizon.net); Menard - Polly Reeves (menardcountyclerk@verizon.net);
Midland - Carolyn Graves (carolyn_graves@co.midland.tx.us); Midland - Cynthia
Goyang (cynthia_goyang@co.midland.tx.us); Midland - Ruth Sloan
(VTR02@co.midland.tx.us); Midland - Stella Flores (stella_flores@co.midland.tx.us);
Midland - Terry Perry (terry_perry@co.midland.tx.us); Milam - Barbara Vansa
(milamcoclk@milamcounty.net); Milam - Sherry Mueck (smueck@milamcounty.net);
Mills - Carolyn Foster (carolyn.foster@co.mills.tx.us); Mitchell - Debby Carlock
(dscarlock@co.mitchell.tx.us); Mitchell - Margaret Barr (m.barr@co.mitchell.tx.us);
Mitchell - Sherry Chaney (angels@co.mitchell.tx.us); Mitchell - Wanda Pietzsch
(peachie@co.mitchell.tx.us); Montague - Glenda Henson (mcoclerk@windstream.net);
Montgomery - Amanda Kehrer (amanda.kehrer@mctx.org); Montgomery - Janie Voss
(jane.voss@mctx.org); Montgomery - Jason Lay (jason.lay@mctx.org); Montgomery -
Mia Cubero (mia.cubero@mctx.org); Montgomery - Sandy Hawkins
(sandy.hawkins@mctx.org); Montgomery - Suzie Harvey (Suzie.Harvey@mctx.org);
Moore - Brenda McKanna (bmckanna@moore-tx.com); Morris - Vicki Falls
(vicki.falls@co.morris.tx.us); Motley - D'anna Russell (dannar@caprock-spur.com);
Motley - Kate Hurt (katehurt@caprock-spur.com); Nacogdoches - Debra Gaston
(nacelections@gmail.com); Nacogdoches - Debra Gaston
(debra.gaston@co.nacogdoches.tx.us); Nacogdoches - Karen Butler
(ksbutlertx@yahoo.com); Nacogdoches - Todd Stallings (toddstallings@gmail.com);
Navarro - Annette Kennedy (akennedy@navarrocounty.org); Navarro - Danda Parker
(dparker@navarrocounty.org); Newton - Mary Cobb (mary.cobb@co.newton.tx.us);
Newton - Michelle Pitts (michellepitts16@yahoo.com); Newton - Sandra Kay
Duckworth (duckworth75932@yahoo.com); Nolan - Pat McGowan
(pat.mcgowan@co.nolan.tx.us); Nueces - Diana T. Barrera
(diana.barrera@co.nueces.tx.us); Nueces - Rochelle Limon
(rochelle.limon@co.nueces.tx.us); Nueces - Simon Saenz III
(simon.saenz@co.nueces.tx.us); Ochiltree - Brandy Williamson (bwilliams@ptsi.net);
Ochiltree - Diana Flores (dianaflores@ptsi.net); Ochiltree - Stacey Brown
(sbrown@ptsi.net); Oldham - Becky Groneman (ocdc@amaonline.com); Orange -
Cheryl Bradley (cbradley@co.orange.tx.us); Orange - Ladonna Alford
(lalford@co.orange.tx.us); Orange - Tina Leverett (tleverett@co.orange.tx.us); Palo
Pinto - Claudia Blair (claudia.blair@co.palo-pinto.tx.us); Palo Pinto - Janette Green
(janette.green@co.palo-pinto.tx.us); Palo Pinto - Judith Evans (judith.sever@co.palo-
pinto.tx.us); Palo Pinto - Neysa Formanek (neysa.formanek@co.palo-pinto.tx.us); Panola
- Cheyenne Lampley (cheyenne.burnham@co.panola.tx.us); Panola - Cheyenne Lampley
(cheymarie23@msn.com); Parker - Gina Osborn (gina.osborn@parkercountytx.com);
Parker - Laura Watkins (laura.watkins@parkercountytx.com); Parker - Michele Bennett
(michele.bennett@parkercountytx.com); Parker - Robert Parten
(robert.parten@parkercountytx.com); Parmer - Colleen Stover
(pcclerk@parmercounty.net); Pecos - Mary Sanchez (mary.sanchez@co.pecos.tx.us);
Pecos - Trish King (trish.king@co.pecos.tx.us); Polk - Kathy Martin
(kathy.martin@co.polk.tx.us); Polk - Schelana Walker (schelana.walker@co.polk.tx.us);
Potter - Bobby Evandyke (bobbyevandyke@co.potter.tx.us); Potter - Janna Ewing

TX_00048359

TEX00048359

(jannaewing@co.potter.tx.us), Potter - Knoxie Mathes (knoxiemathes@co.potter.tx.us); Presidio - Virginia Pallarez (pcdclerk@sbcglobal.net); Presidio - Virginia Pallarez (vpallarezmarfa@msn.com); Rains - Danny Sims (danny.sims@co.rains.tx.us); Randall - Renee Calhoun (countyclerk@randallcounty.org); Randall - Shannon Lackey (elections@randallcounty.org); Reagan - Tammy Hodge (thodge@reagancounty.org); Reagan - Terri Pullig (rcclerk@reagancounty.org); Real - Bella Rubio (realcl@hctc.net); Red River - Lorie Moose (redrivercountyclerk194@yahoo.com); Red River - Sandra Belcher (misssassy092099@yahoo.com); Reeves - Dianne Florez (dfclerk@yahoo.com); Refugio - Amy Villarreal (amy_villarreal1971@yahoo.com); Refugio - Rachael Garcia (rachael.garcia@co.refugio.tx.us); Roberts - Toni Rankin (toni.rankin@co.roberts.tx.us); Robertson - Trudy Hancock (thancock@valornet.com); Rockwall - Glenda Denton (gdenton@rockwallcountytexas.com); Rockwall - Pam Shives (pshives@rockwallcountytexas.com); Rockwall - Tracy Inlow (tinlow@rockwallcountytexas.com); Runnels - Elesa Ocker (elesaocker@wtxs.net); Rusk - Kathie Wittner (kathie.wittner@co.rusk.tx.us); Rusk - Krissy Splawns (krissy.splawn@co.rusk.tx.us); Sabine - B. Janice McDaniel (sabinecc@yahoo.com); San Augustine - Deborah Woods (deborah.woods@co.san-augustine.tx.us); San Augustine - Deborah Woods (electionsoffice@att.net); San Jacinto - Sherryl Evans (sherryl.evans@co.san-jacinto.tx.us); San Jacinto - Vicki Shelly (vicki.shelly@co.san-jacinto.tx.us); San Patricio - Laura Stevens (laura.stevens@co.san-patricio.tx.us); San Patricio - Mary Reyna (mary.reyna@co.san-patricio.tx.us); San Patricio - Pamela Hill (pam.hill@co.san-patricio.tx.us); San Patricio - Sonya Alcala (sonya.alcala@co.san-patricio.tx.us); San Saba - Kim Wells (clerk@co.san-saba.tx.us); Schleicher - Brenda Mayfield (electionadm_bkm@verizon.net); Scurry - Melody Appleton (scurrycoclerk@suddenlinkmail.com); Scurry - Selene Gallegos (selenegllgs@yahoo.com); Shackelford - Cheri Hawkins (cdclerk@sbcglobal.net); Shelby - Allison Harbison (shelbycoclerk@ndemand.com); Sherman - Gina Jones (gina.jones@co.sherman.tx.us); Smith - Edna Morris (emorris@smith-county.com); Smith - Joanna Stanfield (jstanfield@smith-county.com); Smith - Karen Nelson (knelson@smith-county.com); Somervell - Cathy Thomas (elections@co.somervell.tx.us); Somervell - Cathy Thomas (cathy_thomas@glenrose.org); Starr - Rafael R. Montalvo (elections@co.starr.tx.us); Starr - Rafael R. Montalvo (rmontalvo@co.starr.tx.us); Stephens - Christie Latham (cjl@texasisp.com); Stephens - Terry Sullivan (tlssull@texasisp.com); Sterling - Rhea McGinnis (r.mcginnis@verizon.net); Sterling - Susan Wyatt (sswyatt@verizon.net); Stonewall - Patricia Hoy (hoy.stoco.clrk@srcaccess.net); Sutton - Rachel Chavez Duran (rachel@sonoratx.net); Swisher - Richelle Culifer (richelle.culifer@swisher-tx.net); Tarrant - Beth DiPaolo (eldipaolo@tarrantcounty.com); Tarrant - Boleyn Bergfield (abbergfield@tarrantcounty.com); Tarrant - Gayle Hamilton (ghamilton@tarrantcounty.com); Tarrant - Germanine Woolridge (gcwoolridge@tarrantcounty.com); Tarrant - Jana Johnson (jjjohnson@tarrantcounty.com); Tarrant - Jason Slonaker (jeslonaker@tarrantcounty.com); Tarrant - Kenisha King (kwking@tarrantcounty.com); P Benavides <PBenavides@TarrantCounty.com>; Tarrant - Sheryl Walker (sswalker@tarrantcounty.com); Tarrant - Stephen Vickers (svickers@tarrantcounty.com); Stephen R. Raborn <srraborn@tarrantcounty.com>; Tarrant - Yolanda Ramirez (yramirez@tarrantcounty.com); Taylor - Cindy Callahan (callahanc@taylorcountytexas.org); Taylor - Jessica Sarabia (sarabiaj@taylorcountytexas.org); Taylor - Kristi Allyn (allynk@taylorcountytexas.org); Terrell - Martha Allen (mallencdc222@yahoo.com); Terry - Debbie Reid (dreid@terrycounty.org); Terry - Kim Carter (kcarter@terrycounty.org); Terry - Krystal Valentin (kvalentin@terrycounty.org); Terry - Pat Salazar (psalazar@terrycounty.org); Throckmorton - Mary Walraven (throckmortonclerk@hotmail.com); Titus - Krissy Lutie

TX_00048360

TEX00048360

(kristen_randle@yahoo.com); Titus - Lakeitra Brooks (mrsldbrooks@yahoo.com); Titus - Leonard Rockwell (tituselections@co.titus.tx.us); Tom Green - Barbara Stone (barbara.stone@co.tom-green.tx.us); Tom Green - Peggy Reichard (peggy.reichard@co.tom-green.tx.us); Tom Green - Rudy Olivas (Rudy_Olivas@co.tom-green.tx.us); Tom Green - Vanessa Simon (vanessa.simon@co.tom-green.tx.us); Tom Green - Vona McKerley (vona.mckerley@co.tom-green.tx.us); Tom Green - Vona McKerley (elections@co.tom-green.tx.us); Travis - Dana DeBeauvoir (dana.debeauvoir@co.travis.tx.us); Travis - Gail Fisher (gail.fisher@co.travis.tx.us); Travis - Ginny Ballard (ginny.ballard@co.travis.tx.us); Travis - Mary Fero (mary.fero@co.travis.tx.us); Travis - Michael Winn (michael.winn@co.travis.tx.us); Travis - Susan Bell (susan.bell@co.travis.tx.us); Trinity - Diane McCrory (diane.mccrory@co.trinity.tx.us); Tyler - Dana LeJune (idlejune@gmail.com); Tyler - Dean Rivers (babygirl77664@yahoo.com); Tyler - Donece Gregory (coclerk@myinu.net); Tyler - Roxanne Hart (rjhart@dishmail.net); Tyler - Sandra Matkin (swmatkin@aol.com); Upshur - Brandy Lee (brandy.lee@countyofupshur.com); Upshur - Greg Dodson (greg.dodson@countyofupshur.com); Upshur - Samantha Caffey (sam.caffey@countyofupshur.com); Upton - LaWanda McMurray (lawanda.mcmurray@co.upton.tx.us); Uvalde - Maggie Del Toro (maggie-tac@uvaldecounty.com); Val Verde - Elections (elections@valverdecounty.org); Van Zandt - Charlotte Beldsoe (cbledsoe@vanzandtcounty.org); Van Zandt - Elsa Smith (esmith@vanzandtcounty.org); George Matthews <gmatthews@vctx.org>; Victoria - George Matthews (elections@vctx.org); Victoria - Josie Salas (jsalas@vctx.org); Victoria - Margetta Hill (mhill@vctx.org); Walker - Dee Brimer (dbrimer@co.walker.tx.us); Walker - Diana McRae (dianamcrae@co.walker.tx.us); Walker - Susan Mitchell (walkervr@co.walker.tx.us); Waller - Amanda Trujillo (a.trujillo@wallercotx.com); Waller - Debbie Hollan (d.hollan@wallercotx.com); Waller - Peggy Kehlenbeck (p.kehlenbeck@wallercotx.com); Waller - Robyn German (rgerman@earthlink.net); Ward - Natrell Cain (natrell.cain@co.ward.tx.us); Washington - Beth Rothelmel (brothermel@wacounty.com); Washington - Carol Foster (cfoster@wacounty.com); Webb - Ester Degollado (egollado@webbcountytx.gov); Webb - Oscar Villarreal (ovillarreal@webbcountytx.gov); Webb - Roxanne Martinez (rmartinez@webbcountytx.gov); Wharton - Judy Owens (Judy.owens@co.wharton.tx.us); Wharton - Sharon Martin (sharon.martin@co.wharton.tx.us); Wheeler - Margaret Dorman (margaret.dorman@co.wheeler.tx.us); Wichita - Lori Bohannon (lori.bohannon@co.wichita.tx.us); Wichita - Penny Baxley (penny.baxley@co.wichita.tx.us); Wichita - Sharon Kaufhold (sharon.kaufhold@co.wichita.tx.us); Wilbarger - April Hanks (ahanks@co.wilbarger.tx.us); Wilbarger - Genice Roberts (groberts@co.wilbarger.tx.us); Wilbarger - Jana Kennon (jkennon@co.wilbarger.tx.us); Wilbarger - Michelle Brock (mbrock@co.wilbarger.tx.us); Willacy - Jaime Serna (jayser_2002@yahoo.com); Willacy - Jaime Serna (jaime.serna@co.willacy.tx.us); Williamson - Julie Seippel (jseippel@wilco.org); Williamson - Kari Schroeder (kschroeder@wilco.org); Williamson - Kay Eastes (keastes@wilco.org); Williamson - Richard Barron (rbarron@wilco.org); Wilson - Eva Martinez (Eva.martinez@co.wilson.tx.us); Wilson - Rose Pruski (rlpwilsoncounty@yahoo.com); Winkler - Shethelia Reed (sreed@co.winkler.tx.us); Wise - Glen Moore (elections@co.wise.tx.us); Wise - Lannie Noble (lannie.noble@co.wise.tx.us); Wood - Dawn Criddle (dcriddle@co.wood.tx.us); Yoakum - Deborah Rushing (drushing@yoakumcounty.org); Young - Debra J. Taylor (d.taylor@youngcounty.org); Young - Stephanie Crail (s.crail@youngcounty.org); Zapata - Celica A. Rodriguez (zapataclerk@yahoo.com); Zapata - Mary Jayne Villarreal-Bonoan (mjbonoan@sbcglobal.net); Zavala - Lupe C. Valerio (l.valerio@sbcglobal.net); Zavala - Oralia Trevino (trevinooj@yahoo.com); Barbara Strain

TX_00048361

TEX00048361

<BStrain@sos.state.tx.us>

**Subject:**    Error on Spanish-Notice of Required ID-County Election Officials (GLS)

Dear County Clerks/Elections Administrators:

We have discovered an error on the Spanish translation of the Notice that you will be using in the November 2011 election.  Here is a link to the corrected version: http://www.sos.state.tx.us/elections/forms/pol-sub/13-1f.pdf (same weblink as before).  The difference is in the placement of the word "Texas" in the list of identifications in the Spanish version.

Thank you for your time and patience.

Elizabeth Hanshaw Winn
Legal Director
Elections Division
Office of the Secretary of State
(800) 252-VOTE (8683)
ewinn@sos.state.tx.us

**From:** Elizabeth Winn
**Sent:** Friday, September 16, 2011 3:49 PM
**To:** Elizabeth Winn
**Subject:** New Notice of Required ID-County Election Officials (GLS)

Dear County Clerks/Elections Administrators:

As per our previous email, we are providing this weblink to the New Notice of Required Identification, which your polling place election officials will be required to distribute to each voter who uses a form of identification during the upcoming November 2011 election that will not be valid once Senate Bill 14 is approved by DOJ: http://www.sos.state.tx.us/elections/forms/pol-sub/13-1f.pdf (form) and http://www.sos.state.tx.us/elections/forms/pol-sub/13-1.pdf (instruction page for administrator).

Please be advised that some counties have asked if they may have the election workers distribute the Notice to all voters to avoid confusion at the polling place and to ensure that the affected voters receive the required notice.  Although not required to distribute the Notice to all voters, you may  do so.

Thank you for your time and patience and have a wonderful weekend.

Elizabeth Hanshaw Winn
Legal Director
Elections Division
Office of the Secretary of State
(800) 252-VOTE (8683)
ewinn@sos.state.tx.us

| From: | DPS Government Relations |
|---|---|
| Sent: | Friday, February 03, 2012 12:13 PM |
| To: | Quinn Ryan |
| Cc: | Arriaga, Amanda |
| Subject: | RE: Follow-up questions from Senator West |
| Attachments: | Average Office Wait Times Jan 11-Jan 12.xlsx |

Quinn,

Thanks for your patience. I have attached a spreadsheet that breaks down the average wait times by month in each office, grouped by region. Wait time information is only available at locations that have our electronic queuing system.

We don't operate multiple lines, but in our largest offices we are using a queuing system to categorize transactions and there will be a separate category for individuals wanting the election ID certificates.

We do not have any geographic projections on where demand for the free election ID certificates will come from, but our employees are trained and educated on how to process these transactions.

Please let us know if you have any further questions.

Thanks,

Gretchen Essell
Public Affairs and Policy
Texas Department of Public Safety
(512) 424-2933
gretchen.essell@dps.texas.gov

**From:** Quinn Ryan [mailto:Quinn.Ryan@senate.state.tx.us]
**Sent:** Thursday, February 02, 2012 8:38 AM
**To:** DPS Government Relations
**Subject:** RE: Follow-up questions from Senator West

Hi Gretchen,

Just following up on this request. Thanks!

Quinn

**From:** DPS Government Relations [mailto:Government.Relations@dps.texas.gov]
**Sent:** Thursday, January 26, 2012 11:45 AM
**To:** Quinn Ryan
**Cc:** Arriaga, Amanda
**Subject:** RE: Follow-up questions from Senator West

Quinn,

Let me get with the Driver License division and see what information is available.

Thanks,

TX_00246255

TEX00246255

Gretchen Essell
Public Affairs and Policy
Texas Department of Public Safety
(512) 424-2933
gretchen.essell@dps.texas.gov

**From:** Quinn Ryan [mailto:Quinn.Ryan@senate.state.tx.us]
**Sent:** Thursday, January 26, 2012 11:02 AM
**To:** DPS Government Relations
**Cc:** Arriaga, Amanda
**Subject:** Follow-up questions from Senator West

Gretchen and Amanda,

Senator West has some follow-up questions on this.

First, he would like to know if there are any metrics on customer wait times:

(1) across the state;
(2) by region; and
(3) by location within regions.

Second, he would like to know if there are any metrics available specifically regarding the wait times to get the free "election ID certificates" established by SB 14.  For example, is there a separate line for these customers that would result in there being different wait times than for other customers, or is it all just one line (and therefore one average wait time) for everybody?

Third, he would like to know if there are any geographic projections on where demand for the free election ID certificates will come from--presumably there will be greater demand in some regions and locations than others, so he would like to know if there are such projections, and how your agency is planning to meet those region- and location-specific demands.

Please feel free to call me for clarification, and thank you for your help!

Quinn Ryan
General Counsel
Office of Honorable Royce West
State Senator, District 23
512-463-0123

**From:** DPS Government Relations [mailto:Government.Relations@dps.texas.gov]
**Sent:** Tuesday, January 24, 2012 4:14 PM
**To:** Quinn Ryan
**Cc:** Arriaga, Amanda
**Subject:** RE: DPS office closures in Senate district 23

Quinn,

TX_00246256

TEX00246256

In response to your earlier questions- although SB 9 did not pass, HB 1, Article IX, Section 18.07 did pass.  HB 1, Article IX, Section 18.07 provided additional funding and FTEs for strategies 4-2-1 and 4-2-2 from State Highway Fund No. 006.  The pertinent language from HB 1, Article IX, Section 18.07, is attached.

We have confirmed that no DL offices are being closed in the Senator's district, nor anywhere in Dallas County.  In fact, Dallas County will be the location of one of the new mega centers that is being built in Garland.  The construction process is already underway for that facility, and is on track to be completed and begin serving customers in September 2012.  That location will have the capacity to serve approximately 1,000 Texans per day and should pull demand from the other extremely busy offices in Dallas County.  The Dallas mega center will be staffed with an additional 45 DL employees and contain 24 service counters.  These 45 new employees are in addition to the current 105 DL employees in Dallas County.

With respect to FTEs for these two strategies – actual FTEs for 2010 and 2011 for D.2.1. Driver License Services were 253.0 in 2010 and 228.2 in 2011.  Actual FTEs for 2010 and 2011 for D.2.2. Driving and Motor Vehicle Safety were 1,214.6 in 2010 and 1,189.3 in 2011.  Budgeted FTEs for 2012 and 2013 for D.2.1. Driver License Services were 251.0 in 2012 and 251.0 in 2013.  Budgeted FTEs for 2012 and 2013 for D.2.2. Driving and Motor Vehicle Safety were 1,370.0 in 2012 and 1,595.0 in 2011.

Please let us know if you have any further questions.

Thank you,

Gretchen Essell
Public Affairs and Policy
Texas Department of Public Safety
(512) 424-2933
gretchen.essell@dps.texas.gov

**From:** DPS Government Relations
**Sent:** Thursday, January 19, 2012 4:14 PM
**To:** Quinn.Ryan@senate.state.tx.us
**Cc:** Arriaga, Amanda
**Subject:** RE: DPS office closures in Senate district 23

Quinn,

Amanda passed along your emails, and I wanted to let you know that I have asked for our Finance division to get in touch with you to address your questions.

Thank you,

Gretchen Essell
Public Affairs and Policy
Texas Department of Public Safety
(512) 424-2933
gretchen.essell@dps.texas.gov

**From:** Quinn Ryan [mailto:Quinn.Ryan@senate.state.tx.us]
**Sent:** Thursday, January 19, 2012 12:21 PM
**To:** Arriaga, Amanda
**Subject:** FW: DPS office closures in Senate district 23

Specifically, I believe his interest is in driver license services (Strategies 4-2-1 and 4-2-2), as apparently some of our constituents are experiencing delays and other difficulties in obtaining driver licenses or ID cards for voting purposes.

It looks like for Strategy 4-2-1 (Driver License Services), approximately $47.9 million was estimated/budgeted for 2010-11.  And then for 2012-13, the General Appropriations Act (GAA) shows that appropriations for this strategy were actually *increased* to $56.2 million?

As for Strategy 4-2-2 (Driving and Motor Vehicle Safety), it looks like approximately $116.1 million was estimated/budgeted for 2010-11.  And then for 2012-13, the GAA shows that appropriations for this strategy were actually *increased* to $169.7 million.  However, the GAA says this includes the contingent appropriation in Article IX, Section 18.07 (contingent on passage of SB 9) for $64.1 million from the State Highway Fund, as well as associated FTE increases.  **But according to that section in the GAA, SB 9 was never passed, so apparently DPS will not receive these additional funds and FTEs?**

I'm not sure how these budget decisions affected any DPS office closures in Senate district 23--just trying to provide some additional guidance on the senator's request.  Thanks again!

---

**From:** Quinn Ryan
**Sent:** Thursday, January 19, 2012 11:16 AM
**To:** 'Amanda.arriaga@txdps.state.tx.us'
**Subject:** DPS office closures in Senate district 23

Amanda,

Senator West would like some information on the 2012-13 budget cuts for DPS and how many DPS offices in his district were closed as a result of these cuts.  Please let me know if I can provide any additional clarification on his request.  Thank you for your help.

Quinn Ryan
General Counsel
Office of Honorable Royce West
State Senator, District 23
512-463-0123

TX_00246258

TEX00246258

| | |
|---|---|
| From: | DPS Government Relations |
| Sent: | Friday, February 03, 2012 12:13 PM |
| To: | Quinn Ryan |
| Cc: | Arriaga, Amanda |
| Subject: | RE: Follow-up questions from Senator West |
| Attachments: | Average Office Wait Times Jan 11-Jan 12.xlsx |

Quinn,

Thanks for your patience. I have attached a spreadsheet that breaks down the average wait times by month in each office, grouped by region. Wait time information is only available at locations that have our electronic queuing system.

We don't operate multiple lines, but in our largest offices we are using a queuing system to categorize transactions and there will be a separate category for individuals wanting the election ID certificates.

We do not have any geographic projections on where demand for the free election ID certificates will come from, but our employees are trained and educated on how to process these transactions.

Please let us know if you have any further questions.

Thanks,

Gretchen Essell
Public Affairs and Policy
Texas Department of Public Safety
(512) 424-2933
gretchen.essell@dps.texas.gov

**From:** Quinn Ryan [mailto:Quinn.Ryan@senate.state.tx.us]
**Sent:** Thursday, February 02, 2012 8:38 AM
**To:** DPS Government Relations
**Subject:** RE: Follow-up questions from Senator West

Hi Gretchen,

Just following up on this request. Thanks!

Quinn

**From:** DPS Government Relations [mailto:Government.Relations@dps.texas.gov]
**Sent:** Thursday, January 26, 2012 11:45 AM
**To:** Quinn Ryan
**Cc:** Arriaga, Amanda
**Subject:** RE: Follow-up questions from Senator West

Quinn,

Let me get with the Driver License division and see what information is available.

Thanks,

TX_00246255

TEX00246255

Gretchen Essell
Public Affairs and Policy
Texas Department of Public Safety
(512) 424-2933
gretchen.essell@dps.texas.gov

**From:** Quinn Ryan [mailto:Quinn.Ryan@senate.state.tx.us]
**Sent:** Thursday, January 26, 2012 11:02 AM
**To:** DPS Government Relations
**Cc:** Arriaga, Amanda
**Subject:** Follow-up questions from Senator West

Gretchen and Amanda,

Senator West has some follow-up questions on this.

First, he would like to know if there are any metrics on customer wait times:

(1) across the state;
(2) by region; and
(3) by location within regions.

Second, he would like to know if there are any metrics available specifically regarding the wait times to get the free "election ID certificates" established by SB 14.  For example, is there a separate line for these customers that would result in there being different wait times than for other customers, or is it all just one line (and therefore one average wait time) for everybody?

Third, he would like to know if there are any geographic projections on where demand for the free election ID certificates will come from--presumably there will be greater demand in some regions and locations than others, so he would like to know if there are such projections, and how your agency is planning to meet those region- and location-specific demands.

Please feel free to call me for clarification, and thank you for your help!

Quinn Ryan
General Counsel
Office of Honorable Royce West
State Senator, District 23
512-463-0123

**From:** DPS Government Relations [mailto:Government.Relations@dps.texas.gov]
**Sent:** Tuesday, January 24, 2012 4:14 PM
**To:** Quinn Ryan
**Cc:** Arriaga, Amanda
**Subject:** RE: DPS office closures in Senate district 23

Quinn,

TX_00246256

TEX00246256

In response to your earlier questions- although SB 9 did not pass, HB 1, Article IX, Section 18.07 did pass.  HB 1, Article IX, Section 18.07 provided additional funding and FTEs for strategies 4-2-1 and 4-2-2 from State Highway Fund No. 006. The pertinent language from HB 1, Article IX, Section 18.07, is attached.

We have confirmed that no DL offices are being closed in the Senator's district, nor anywhere in Dallas County.  In fact, Dallas County will be the location of one of the new mega centers that is being built in Garland.  The construction process is already underway for that facility, and is on track to be completed and begin serving customers in September 2012.  That location will have the capacity to serve approximately 1,000 Texans per day and should pull demand from the other extremely busy offices in Dallas County.  The Dallas mega center will be staffed with an additional 45 DL employees and contain 24 service counters.  These 45 new employees are in addition to the current 105 DL employees in Dallas County.

With respect to FTEs for these two strategies - actual FTEs for 2010 and 2011 for D.2.1. Driver License Services were 253.0 in 2010 and 228.2 in 2011.  Actual FTEs for 2010 and 2011 for D.2.2. Driving and Motor Vehicle Safety were 1,214.6 in 2010 and 1,189.3 in 2011.  Budgeted FTEs for 2012 and 2013 for D.2.1. Driver License Services were 251.0 in 2012 and 251.0 in 2013.  Budgeted FTEs for 2012 and 2013 for D.2.2. Driving and Motor Vehicle Safety were 1,370.0 in 2012 and 1,595.0 in 2011.

Please let us know if you have any further questions.

Thank you,

Gretchen Essell
Public Affairs and Policy
Texas Department of Public Safety
(512) 424-2933
gretchen.essell@dps.texas.gov

**From:** DPS Government Relations
**Sent:** Thursday, January 19, 2012 4:14 PM
**To:** Quinn.Ryan@senate.state.tx.us
**Cc:** Arriaga, Amanda
**Subject:** RE: DPS office closures in Senate district 23

Quinn,

Amanda passed along your emails, and I wanted to let you know that I have asked for our Finance division to get in touch with you to address your questions.

Thank you,

Gretchen Essell
Public Affairs and Policy
Texas Department of Public Safety
(512) 424-2933
gretchen.essell@dps.texas.gov

**From:** Quinn Ryan [mailto:Quinn.Ryan@senate.state.tx.us]
**Sent:** Thursday, January 19, 2012 12:21 PM
**To:** Arriaga, Amanda
**Subject:** FW: DPS office closures in Senate district 23

TX_00246257

TEX00246257

Specifically, I believe his interest is in driver license services (Strategies 4-2-1 and 4-2-2), as apparently some of our constituents are experiencing delays and other difficulties in obtaining driver licenses or ID cards for voting purposes.

It looks like for Strategy 4-2-1 (Driver License Services), approximately $47.9 million was estimated/budgeted for 2010-11.  And then for 2012-13, the General Appropriations Act (GAA) shows that appropriations for this strategy were actually *increased* to $56.2 million?

As for Strategy 4-2-2 (Driving and Motor Vehicle Safety), it looks like approximately $116.1 million was estimated/budgeted for 2010-11.  And then for 2012-13, the GAA shows that appropriations for this strategy were actually *increased* to $169.7 million.  However, the GAA says this includes the contingent appropriation in Article IX, Section 18.07 (contingent on passage of SB 9) for $64.1 million from the State Highway Fund, as well as associated FTE increases.  **But according to that section in the GAA, SB 9 was never passed, so apparently DPS will not receive these additional funds and FTEs?**

I'm not sure how these budget decisions affected any DPS office closures in Senate district 23--just trying to provide some additional guidance on the senator's request.  Thanks again!

**From:** Quinn Ryan
**Sent:** Thursday, January 19, 2012 11:16 AM
**To:** 'Amanda.arriaga@txdps.state.tx.us'
**Subject:** DPS office closures in Senate district 23

Amanda,

Senator West would like some information on the 2012-13 budget cuts for DPS and how many DPS offices in his district were closed as a result of these cuts.  Please let me know if I can provide any additional clarification on his request.  Thank you for your help.

Quinn Ryan
General Counsel
Office of Honorable Royce West
State Senator, District 23
512-463-0123

TX_00246258

TEX00246258

| | |
|---|---|
| **From:** | Jett, Robert |
| **Sent:** | Monday, July 11, 2011 7:08 AM |
| **To:** | Iselt, Jessica; Joglekar, Santosh; Miller, Chad; Stubbings, Tiffany; Whelan, Mark; Martinez, Germaine |
| **Cc:** | Gomez, Enrique; Neal, Austin; Crouch, Phoebe; Crawford, John |
| **Subject:** | RE: SB 14 Voter ID |
| **Attachments:** | Voter ID Estimation.xlsx |

The spreadsheet for SB 14 is attached.

Bob

---

**From:** Iselt, Jessica
**Sent:** Sunday, July 10, 2011 10:12 PM
**To:** Joglekar, Santosh; Jett, Robert; Miller, Chad; Stubbings, Tiffany; Whelan, Mark; Martinez, Germaine
**Cc:** Gomez, Enrique; Neal, Austin; Crouch, Phoebe; Crawford, John
**Subject:** Re: SB 14 Voter ID

I recall that we discussed Voter ID in Tuesday's program meeting.

Team, we should be including architecture in assessing/estimating for potential design changes.

High level requirements below.
The spreadsheet Bob will send breaks estimates down by use case.

SB 14 – Fiscal Note Requirements – High level requirements

DLS Updates Changes:

· Create new card type – voter id
· Create issuance transaction for voter id
o Need new numbering schematic that will be system generated, details will be determined after meeting with SOS – assume 15-20 digit alpha/numeric field
o Last Name, First Name, Middle and Suffix (use DLS field requirements)
o Date of birth (use DLS field requirements)
o Residence Address (use DLS field requirements)
o Mailing Address (use DLS field requirements)
o Voter registration fields (existing in DLS)
o Citizenship (yes or no – if no stop issuance transaction)
o Must meet identity requirements (existing in DLS)
o No fee processing
o Real time query to Crime Records to determine if applicant is eligible based on criminal history.
o If return from criminal history is not eligible, stop issuance transaction.
· Modify ICS program – capture portrait and signature only – L1
· Portrait image will be enrolled in IVS following same criteria as dl/id
· Create new card production file (DLS to L1)
o Contain voter id cards only
o Provide mag stripe and 2D barcode data
· Create new card – L1

i

TX_00215560

TEX00215560

o Potentially use white teslin
o Portrait layout
o Header text and color different from all dl/id card types
o Data displayed
· Last, first, middle name and suffix
· Residence address
· Date of birth
· Voter id number
· Portrait
· Signature
· Create new post production file (from L1 to DLS)
o Populate post production information into card production table
· Modify create voter registration extract file to include new applications from voter id transaction
· Create new interface that will allow Secretary of State to provide cancellation information
· Create new interface that will allow realtime validation of existing voter registrations
· Modify create file for validating address (FIS mail file) to include voter id information.


Thanks,
Jessica
Jessica Iselt

Manager, IT Applications Licensing Services
Program Manager:
Regulatory Services IT
Crime Lab IT
512.289.5082


**From:** Joglekar, Santosh
**Sent:** Sunday, July 10, 2011 09:48 PM
**To:** Iselt, Jessica; Jett, Robert; Miller, Chad; Stubbings, Tiffany; Whelan, Mark; Martinez, Germaine
**Cc:** Gomez, Enrique; Neal, Austin; Crouch, Phoebe; Crawford, John
**Subject:** RE: SB 14 Voter ID

Since this is the first time I am hearing about this requirement, I will need someone to give me a high level requirement overview to be able to comment…

thanks

**Santosh S Joglekar**
Enterprise Architect
Program Architect - Licensing Programs and Crime Records Services

**Texas Department of Public Safety - IT**
5805 N. Lamar Blvd | Austin, TX 78752
Phone: 512-431 7901


**From:** Iselt, Jessica
**Sent:** Sunday, July 10, 2011 9:40 PM
**To:** Jett, Robert; Miller, Chad; Stubbings, Tiffany; Whelan, Mark; Martinez, Germaine; Joglekar, Santosh
**Cc:** Gomez, Enrique; Neal, Austin; Crouch, Phoebe; Crawford, John
**Subject:** Fw: SB 14 Voter ID

TX_00215561

TEX00215561

If I recall our subtotals were:
BA-250
Dev-360
QA-475
UAT-475

Bob, need you to forward us all the spreadsheet that breaks down the est. hours.

Team, would we benefit from talking through this with the customer to see if there is any area we possibly over shot based on interpretation of the high level requirements and/or any padding we may have added based on assumptions?

Thanks,
Jessica
Jessica Iselt

Manager, IT Applications Licensing Services
Program Manager:
Regulatory Services IT
Crime Lab IT
512.289.5082

---

**From**: Doggett, Mark
**Sent**: Sunday, July 10, 2011 02:34 PM
**To:** Fulgham, Charlie; Martinez, Germaine; Arriaga, Amanda; Davio, Rebecca
**Cc:** Cross, Robert (Bob); Lane, Bryan; Periman, Lori; Iselt, Jessica; Neal, Austin; Herklotz-Dennis, Mimzie; Jett, Robert; Zgabay, Sherrie; Gipson, Sheri
**Subject**: RE: SB 14 Voter ID

This has to be a worst / worst case scenario.  This should be nothing more than an ID we print on different stock.

I want to be involved in all final requirements and design reviews personally..................................

Thanks,
Mark

---

**From:** Fulgham, Charlie
**Sent:** Friday, July 08, 2011 1:05 PM
**To:** Martinez, Germaine; Arriaga, Amanda
**Cc:** Doggett, Mark; Cross, Robert (Bob); Lane, Bryan; Periman, Lori; Iselt, Jessica; Neal, Austin; Herklotz-Dennis, Mimzie; Jett, Robert; Zgabay, Sherrie; Gipson, Sheri
**Subject:** FW: SB 14 Voter ID
**Importance:** High

Germaine, the following is the IT cost to implement SB14:

1560 contractor hours @$130 per hour for Application Modification (Requirements, Design, Development, OA/UAT)
400 contractor hours @$130 per hour for a PMO Project Manager
Three (3) additional CSRII FTEs for the Contact center (all justification, progression, etc. is including in the original bill estimates on the OGR files)

3

TX_00215562

TEX00215562

It is my understanding that Sheri Gipson will provide the L1 contract cost.  On the original bill the IT and DL estimate for L1 was 90-100K.  Please let me know when you have that estimate.

Mark has reviewed and approved.

Thanks.

TX_00215563

TEX00215563

DPS HOME     SERVICES     EMPLOYMENT     ABOUT US



*Enter Text Below*

Search DPS

Driver License & ID Card

Driver License Home
Renew
Change Address
Office Locations
Mega Centers
Customer Service Center

# Election Identification Certificate (EIC)

### Espanol

Texas voters must show a photo ID to
vote in elections in Texas, unless you are
exempt (see "Exemptions" below).

If you do not have any of the following
acceptable forms of ID, beginning June
26, 2013, you may apply for an Election
Identification Certificate (EIC) at no
charge. However, if you already have any
of the following forms of ID, you are not
eligible for an EIC:

- Texas driver license—unexpired or
  expired no longer than 60 days at
  the time of voting

- Texas personal identification
  card—unexpired or expired no
  longer than 60 days at the time of
  voting

- Texas concealed handgun license—unexpired or expired no longer than 60
  days at the time of voting

- U.S. passport book or card—unexpired or expired no longer than 60 days
  at the time of voting

- U.S. Military identification with photo—unexpired or expired no longer
  than 60 days at the time of voting

- U.S. Citizenship Certificate or Certificate of Naturalization with photo

A list of driver license offices open on Saturdays through March 1, 2014, (for
Election Identification Certificates ONLY) can be found **here**.

Texans may also obtain an EIC at **certain locations in select counties** and **DPS
mobile station locations** throughout the state.

## Exemptions

If you are voting by mail, you do not have to submit a photo ID.

If you have a documented disability, you may apply at your **county voter registrar**
for a permanent exemption from the photo ID requirement. If approved, you
will not need a photo ID to vote.

For more information on the types of exemptions available, please visit your **county voter registrar** or the **Texas Secretary of State.**

## How to Apply

To apply for an EIC, visit a driver license office and complete an **Application for Texas Election Certificate (DL-14C) (PDF).**

To qualify for an EIC, you must:

- **Bring documentation** to the office to verify your **U.S. Citizenship**
- **Bring documentation** to the office to verify your **Identity**
- Be eligible to vote in Texas (**Bring your valid voter registration card to the office**, or submit a voter registration application through the Texas Department of Public Safety at the office)
- Be a Texas resident
- Be 17 years and 10 months or older

The information on the documents, such as name and date of birth, must all match. If the name is different on each document, then the individual must provide documents that verify a legal name change. If other information on the document is different, speak with a Customer Service Representative for assistance.

If you are using a name other than what is on your birth certificate, (example: married name), you will be required to show legal documentation of name change. **Documents must be original or certified copy. No photocopies can be accepted.**

Acceptable documents:

1. Marriage license
2. Divorce decree
3. Court ordered name change

## Expiration and Use

An EIC is valid for six years. There is no expiration date for certificates issued to citizens 70 years of age or older.

Election Identification Certificates may only be used to vote and do not replace a Texas **driver license** or **ID card**. In addition, an EIC will not be accepted to verify **identity** when applying for a Texas driver license or ID card.

## Statutory Authority

The Texas Election Code 63.001(b) requires a photo ID in order to vote in Texas. The Texas Transportation Code, Chapter 521A and 37 Texas Administration Code, Sections 15.181-185, authorizes DPS to issue Election Identification Certificates.

Case 2:13-cv-00193   Document 737-8   Filed on 11/17/14 in TXSD   Page 96 of 130

**Note:** links to [PDF] files require Adobe Reader or another PDF viewer.

| Accessibility | Site Policies | TRAIL | TSIEC | Report Fraud, Waste or Abuse | American Recovery and Reinvestment ACT |
| Outlook Web Access | ETA Time Entry | Texas Homeland Security | Public Information Act | Compact with Texans | Espanol |
| The Governor's Committee on People with Disabilities | Personnel Complaint Process (Espanol) | Customer Survey |
| Texas Veterans Portal | Texas Fusion Center Privacy Policy | texas.gov |

© 2000-2011 Texas Department of Public Safety.

Qualified voters without an approved photo ID may obtain a free Election Identification Card from DPS. Find out more at dps.texas.gov.



**VOTETEXAS.GOV**
POWERED BY THE TEXAS SECRETARY OF STATE

## Election Identification Certificate Mobile Stations Used in 2013

The Office of the Texas Secretary of State and the Texas Department of Public Safety have joined in partnership to offer Election Identification Certificates (EICs) at mobile stations across the state. Election Identification Cards are available to qualified voters who do not otherwise have an approved form of photo ID for voting. Learn more about EICs here.

Tuesday, November 12

| Dallas County (all locations 9 a.m. to 4 p.m.) | |
|---|---|
| Location | Address |
| North Dallas Government Center – Tax Office (Main Lobby Area) | 10056 Marsh Lane, Dallas, Texas 75229 |
| Grand Prairie Government Center – Tax Office (Main Lobby Area) | 106 W. Church Street, Grand Prairie, Texas 75050 |
| Garland Government Center – Tax Office (Main Lobby Area) | 140 N. Garland Avenue, Garland, Texas 75040 |
| Dallas County Health & Human Services Bldg. (Main Lobby Area) | 2377 N. Stemmons Freeway, Dallas, Texas 75207 |

| Harris County (all locations 9 a.m. to 4 p.m.) | |
|---|---|
| Location | Address |
| Northeast Community Center | 9720 Spaulding St., Bldg. 4, Houston, Texas 77016 |
| Holman Street Baptist Church | 3501 Holman, Houston, Texas 77004 |
| Harris County Clerk's Office | 1001 Preston Street, Houston, Texas 77002 |

Friday, November 8

| Dallas County (all locations 9 a.m. to 4 p.m.) | |
|---|---|
| Location | Address |
| North Dallas Government Center – Tax Office (Main Lobby Area) | 10056 Marsh Lane, Dallas, Texas 75229 |
| Grand Prairie Government Center – Tax Office (Main Lobby Area) | 106 W. Church Street, Grand Prairie, Texas 75050 |
| Garland Government Center – Tax Office (Main Lobby Area) | 140 N. Garland Avenue, Garland, Texas 75040 |
| Dallas County Health & Human Services Bldg. (Main Lobby Area) | 2377 N. Stemmons Freeway, Dallas, Texas 75207 |

| Harris County (all locations 9 a.m. to 4 p.m.) | |
|---|---|
| Location | Address |
| Northeast Community Center | 9720 Spaulding St., Bldg. 4, Houston, Texas 77016 |
| Holman Street Baptist Church | 3501 Holman, Houston, Texas 77004 |
| Harris County Clerk's Office | 1001 Preston Street, Houston, Texas 77002 |

Thursday, November 7

| Dallas County (all locations 9 a.m. to 4 p.m.) | |
|---|---|
| Location | Address |
| North Dallas Government Center – Tax Office (Main Lobby Area) | 10056 Marsh Lane, Dallas, Texas 75229 |
| Grand Prairie Government Center – Tax Office (Main Lobby Area) | 106 W. Church Street, Grand Prairie, Texas 75050 |
| Garland Government Center – Tax Office (Main Lobby Area) | 140 N. Garland Avenue, Garland, Texas 75040 |
| Dallas County Health & Human Services Bldg. (Main Lobby Area) | 2377 N. Stemmons Freeway, Dallas, Texas 75207 |

| Harris County (all locations 9 a.m. to 4 p.m.) | |
|---|---|
| Location | Address |
| Northeast Community Center | 9720 Spaulding St., Bldg 4, Houston, Texas 77016 |
| Holman Street Baptist Church | 3501 Holman, Houston, Texas 77004 |
| Harris County Clerk's Office | 1001 Preston Street, Houston, Texas 77002 |

| McLennan County (all locations 9 a.m. to 4 p.m.) | |
|---|---|
| Location | Address |
| McLennan County Elections Administration Office – Basement of the Records Building (park on 4th Street side of the building, office is located at the foot of the steps) | 214 N. 4th Street, Suite 300, Waco, TX 76701 |
| South Waco Community Center | 2815 Speight Ave., Waco, TX 76711 |
| McLennan County Junior College District (MCC) – Community Services Center | 4601 North 19th Street, E Wing, Room 234, Waco, TX 76708 |
| Texas State Technical College (TSTC) – Student Services Center – Texas Room | 3801 Campus Dr., Waco, TX 76705 |

Wednesday, November 6

| Dallas County (all locations 9 a.m. to 4 p.m.) | |
| --- | --- |
| Location | Address |
| North Dallas Government Center – Tax Office (Main Lobby Area) | 10056 Marsh Lane, Dallas, Texas 75229 |
| Grand Prairie Government Center – Tax Office (Main Lobby Area) | 106 W. Church Street, Grand Prairie, Texas 75050 |
| Garland Government Center – Tax Office (Main Lobby Area) | 140 N. Garland Avenue, Garland, Texas 75040 |
| Dallas County Health & Human Services Bldg. (Main Lobby Area) | 2377 N. Stemmons Freeway, Dallas, Texas 75207 |

| Harris County (all locations 9 a.m. to 4 p.m.) | |
| --- | --- |
| Location | Address |
| Northeast Community Center | 9720 Spaulding St., Bldg 4, Houston, Texas 77016 |
| Holman Street Baptist Church | 3501 Holman, Houston, Texas 77004 |
| Harris County Clerk's Office | 1001 Preston Street, Houston, Texas 77002 |

| McLennan County (all locations 9 a.m. to 4 p.m.) | |
| --- | --- |
| Location | Address |
| McLennan County Elections Administration Office – Basement of the Records Building (park on 4th Street side of the building, office is located at the foot of the steps) | 214 N. 4th Street, Suite 300, Waco, TX 76701 |
| South Waco Community Center | 2815 Speight Ave., Waco, TX 76711 |
| McLennan County Junior College District (MCC) – Community Services Center | 4601 North 19th Street, E Wing, Room 234, Waco, TX 76708 |
| Texas State Technical College (TSTC) – Student Services Center – Texas Room | 3801 Campus Dr., Waco, TX 76705 |

Tuesday, November 5

| Coryell County (all locations 9 a.m. to 4 p.m.) | |
| --- | --- |
| Location | Address |
| Tax Office- Gatesville | 201 S 7th Street, Gatesville TX, 76528 |
| Copperas Cove Chamber of Commerce | 204 E Robertson Avenue, Copperas Cove, TX 76522 |
| Tax Office- Copperas Cove | 201 S 2nd Street, Copperas Cove, TX 76522 |

**Dallas County (all locations 9 a.m. to 4 p.m.)**

| Location | Address |
|---|---|
| North Dallas Government Center – Tax Office (Main Lobby Area) | 10056 Marsh Lane, Dallas, Texas 75229 |
| Grand Prairie Government Center – Tax Office (Main Lobby Area) | 106 W. Church Street, Grand Prairie, Texas 75050 |
| Garland Government Center – Tax Office (Main Lobby Area) | 140 N. Garland Avenue, Garland, Texas 75040 |
| Dallas County Health & Human Services Bldg. (Main Lobby Area) | 2377 N. Stemmons Freeway, Dallas, Texas 75207 |

**Harris County (all locations 9 a.m. to 4 p.m.)**

| Location | Address |
|---|---|
| Northeast Community Center | 9720 Spaulding St., Bldg. 4, Houston, Texas 77016 |
| Holman Street Baptist Church | 3501 Holman, Houston, Texas 77004 |

Back to top

Monday, November 4

**Coryell County (all locations 9 a.m. to 4 p.m.)**

| Location | Address |
|---|---|
| Tax Office- Gatesville | 201 S 7th Street, Gatesville TX, 76528 |
| Copperas Cove Chamber of Commerce | 204 E Robertson Avenue, Copperas Cove, TX 76522 |
| Tax Office- Copperas Cove | 201 S 2nd Street, Copperas Cove, TX 76522 |

**Harris County (all locations 9 a.m. to 4 p.m.)**

| Location | Address |
|---|---|
| Northeast Community Center | 9720 Spaulding St., Bldg. 4, Houston, Texas 77016 |
| Holman Street Baptist Church | 3501 Holman, Houston, Texas 77004 |

Friday, November 1

**Bowie County (all locations 9 a.m. to 4 p.m.)**

| Location | Address |
|---|---|
| Bowie County Courthouse | 710 James Bowie Drive, New Boston, TX 75570 |
| Bi-State Justice Building (West Side Entrance) | 100 N. State Line Ave., Texarkana, TX 75501 |

**Harris County (all locations 9 a.m. to 4 p.m.)**

| Location | Address |
|---|---|
| Northeast Community Center | 9720 Spaulding St., Bldg 4, Houston, Texas 77016 |
| Holman Street Baptist Church | 3501 Holman, Houston, Texas 77004 |

**Liberty County (all locations 9 a.m. to 4 p.m.)**

| Location | Address |
|---|---|
| Liberty County Courthouse Annex – West Entrance | 1923 Sam Houston ST., Liberty, TX 77575 |
| County Annex Building | 304 Campbell ST, Cleveland, TX 77327 |

**Val Verde County (all locations 9 a.m. to 4 p.m.)**

| Location | Address |
|---|---|
| Plaza del Sol Mall | 2205 Veterans Blvd., Del Rio, Texas |
| Wal-Mart | 2410 Dodson Avenue, Del Rio, Texas 78840 |
| Casa De La Cultura | 302 W. Cantu Street, Brown Plaza, Del Rio, TX 78840 |
| Val Verde County Courthouse | 400 Pecan Street, Del Rio, TX 78840 |

Thursday, October 31

**Bowie County (all locations 9 a.m. to 4 p.m.)**

| Location | Address |
|---|---|
| Bowie County Courthouse | 710 James Bowie Drive, New Boston, TX 75570 |
| Bi-State Justice Building (West Side Entrance) | 100 N. State Line Ave., Texarkana, TX 75501 |

**Ector County (all locations 9 a.m. to 4 p.m.)**

| Location | Address |
|---|---|
| Ector County Annex Building | 101 E. 8th Street, Odessa, TX 79761 |
| Medical Health Center | 840 W. Clements Street, Odessa, TX 79763 |

**Harris County (all locations 9 a.m. to 4 p.m.)**

| Location | Address |
|---|---|
| Northeast Community Center | 9720 Spaulding St., Bldg 4, Houston, Texas 77016 |
| Holman Street Baptist Church | 3501 Holman, Houston, Texas 77004 |

**Liberty County (all locations 9 a.m. to 4 p.m.)**

| Location | Address |
|---|---|
| Liberty County Courthouse Annex – West Entrance | 1923 Sam Houston ST., Liberty, TX 77575 |
| County Annex Building | 304 Campbell ST, Cleveland, TX 77327 |

**Midland County (all locations 9 a.m. to 4 p.m.)**

| Location | Address |
|---|---|
| Midland County Annex Courtroom | 2110 North A Street, Midland, TX 79705 |
| Greater Ideal Baptist Church – Family Life Center | 301 S Tyler ST., Midland, TX 79701 |

**Val Verde County (all locations 9 a.m. to 4 p.m.)**

| Location | Address |
|---|---|
| Plaza del Sol Mall | 2205 Veterans Blvd., Del Rio, Texas |
| Wal-Mart | 2410 Dodson Avenue, Del Rio, Texas 78840 |
| Val Verde Community Center | 1690 Cienegas Road, Del Rio, TX 78840 |
| Comstock School | 101 Sanderson Street., Comstock, TX 78837 |

Wednesday, October 30

**Ector County (all locations 9 a.m. to 4 p.m.)**

| Location | Address |
|---|---|
| Ector County Annex Building | 101 E. 8th Street, Odessa, TX 79761 |
| Medical Health Center | 840 W. Clements Street, Odessa, TX 79763 |

**Harris County (all locations 9 a.m. to 4 p.m.)**

| Location | Address |
|---|---|
| Northeast Community Center | 9720 Spaulding St., Bldg 4, Houston, Texas 77016 |
| Holman Street Baptist Church | 3501 Holman, Houston, Texas 77004 |

**Maverick County (all locations 9 a.m. to 4 p.m.)**

| Location | Address |
|---|---|
| Eagle Pass Multi-Purpose Center | 480 South Adams Street, Eagle Pass, Texas |
| Seco Mines Community Center | 2989 Sanchez Street, Eagle Pass, Texas |

| Midland County (all locations 9 a.m. to 4 p.m.) | |
|---|---|
| Location | Address |
| Cogdell Learning Center | 211 W Florida Ave., Midland, TX 79701 |
| Midland County Annex Courtroom | 2110 North A Street, Midland, TX 79705 |

Tuesday, October 29

| Harris County (all locations 9 a.m. to 4 p.m.) | |
|---|---|
| Location | Address |
| Northeast Community Center | 9720 Spaulding St., Bldg 4, Houston, Texas 77016 |
| Holman Street Baptist Church | 3501 Holman, Houston, Texas 77004 |

| Harrison County (all locations 9 a.m. to 4 p.m.) | |
|---|---|
| Location | Address |
| East Texas Baptist University | One Tiger Drive, Marshall, TX 75670 |
| Panola College – Marshall College Center | 1300 E. Pinecrest Drive, Marshall, TX 75672 |
| Mt. Zion Community Church – Family Activity Center | 2200A Pemberton Street, Marshall, TX 75670 |
| Wiley College | 711 Wiley Ave., Marshall, TX 75670 |

| Maverick County (all locations 9 a.m. to 4 p.m.) | |
|---|---|
| Location | Address |
| Eagle Pass Multi-Purpose Center | 480 South Adams Street, Eagle Pass, Texas |
| Seco Mines Community Center | 2989 Sanchez Street, Eagle Pass, Texas |

| Orange County (all locations 9 a.m. to 4 p.m.) | |
|---|---|
| Location | Address |
| Orange Public Library | 220 N Fifth Street, Orange TX 77630 |
| Bridge City Hall | 260 Rachal Ave., Bridge City, TX 77611 |
| Mauriceville First Baptist Church | 11540 Hwy 12, Orange TX 77632 |
| UTMB Clinic | 383 Claiborne Street, Vidor, TX 77662 |

Back to top

Monday, October 28

| Harris County (all locations 9 a.m. to 4 p.m.) | |
|---|---|
| Location | Address |
| Northeast Community Center | 9720 Spaulding St., Bldg. 4, Houston, Texas 77016 |
| Holman Street Baptist Church | 3501 Holman, Houston, Texas 77004 |

| Harrison County (all locations 9 a.m. to 4 p.m.) | |
|---|---|
| Location | Address |
| East Texas Baptist University | One Tiger Drive, Marshall, TX 75670 |
| Panola College – Marshall College Center | 1300 E. Pinecrest Drive, Marshall, TX 75672 |
| Marshall Public Library | 300 S. Alamo Blvd., Marshall, TX 75670 |
| Wiley College | 711 Wiley Ave., Marshall, TX 75670 |

| Orange County (all locations 9 a.m. to 4 p.m.) | |
|---|---|
| Location | Address |
| Orange Public Library | 220 N Fifth Street, Orange TX 77630 |
| Bridge City Hall | 260 Rachal Ave., Bridge City, TX 77611 |
| Mauriceville First Baptist Church | 11540 Hwy 12, Orange TX 77632 |
| UTMB Clinic | 383 Claiborne Street, Vidor, TX 77662 |

| Potter/Randall County (all locations 9 a.m. to 4 p.m.) | |
|---|---|
| Location | Address |
| Santa Fe Building, Room 326 | 900 S. Polk St., Amarillo, TX 79101 |
| Early Voting location 2 – Old Dept of HHS | 2406 SW 6th Avenue, Amarillo, TX 79106 |
| Comanche Trail Church of Christ | 2700 E. 34th Avenue, Amarillo, Texas 79103 |
| Randall County Finance Bldg, Second Floor | 501 16th Street, Canyon, Texas 79105 |

| Victoria County (all locations 9 a.m. to 4 p.m.) | |
| --- | --- |
| Location | Address |
| Victoria Fine Arts Center | 1002 Sam Houston Drive, Victoria, Texas 77901 |
| Pattie Dodson Public Health Center | 2805 N. Navarro, Classroom B, Victoria, Texas 77901 |
| Victoria County Courthouse | 115 N. Bridge, Victoria, Texas 77901 |
| Victoria Mall | 7800 N. Navarro, Victoria, Texas 77904 |

Friday, October 25

| Harris County (all locations 9 a.m. to 4 p.m.) | |
| --- | --- |
| Location | Address |
| Lone Star College – Victory Center | 4141 Victory Drive, Houston, Texas 77088 |
| Holman Street Baptist Church | 3501 Holman, Houston, Texas 77004 |

| Potter/Randall County (all locations 9 a.m. to 4 p.m.) | |
| --- | --- |
| Location | Address |
| Santa Fe Building, Room 326 | 900 S. Polk St., Amarillo, TX 79101 |
| Early Voting location 2 – Old Dept of HHS | 2406 SW 6th Avenue, Amarillo, TX 79106 |
| Comanche Trail Church of Christ | 2700 E. 34th Avenue, Amarillo, Texas 79103 |
| Randall County Finance Bldg, Second Floor | 501 16th Street, Canyon, Texas 79105 |

| Starr County (all locations 9 a.m. to 4 p.m.) | |
| --- | --- |
| Location | Address |
| Roma Library | 1705 N. Athens St., Roma Tx, 78582 |
| La Rosita Library | 4192 W. US Hwy 83, Rio Grande City, TX 78582 |
| Starr County Courthouse | 401 N. Britton Ave., Rio Grande City, TX 78582 |
| Courthouse Annex | 100 FM 3167, Rio Grande City, TX 78582 |

Victoria County (all locations 9 a.m. to 4 p.m.)

| Location | Address |
|---|---|
| Victoria Fine Arts Center | 1002 Sam Houston Drive, Victoria, Texas 77901 |
| Pattie Dodson Public Health Center | 2805 N. Navarro, Classroom B, Victoria, Texas 77901 |
| Victoria County Courthouse | 115 N. Bridge, Victoria, Texas 77901 |
| Victoria Mall | 7800 N. Navarro, Victoria, Texas 77904 |

Thursday, October 24

Harris County (all locations 9 a.m. to 4 p.m.)

| Location | Address |
|---|---|
| Lone Star College – Victory Center | 4141 Victory Drive, Houston, Texas 77088 |
| Holman Street Baptist Church | 3501 Holman, Houston, Texas 77004 |

San Patricio County (all locations 9 a.m. to 4 p.m.)

| Location | Address |
|---|---|
| Mathis City Hall Annex Building | 401 E. San Patricio Ave., Mathis, TX 78368 |
| Sinton County Courthouse | 400 W. Sinton St., Sinton, Tx 78387 |
| Kiva Hut | 402 Park, Taft, Tx 78390 |

Starr County (all locations 9 a.m. to 4 p.m.)

| Location | Address |
|---|---|
| Nutrition Center | 6171 FM 1430, Rio Grande City, TX 78582 |
| La Victoria Substation | 532 Gabriela St., Rio Grande City, TX 78582 |
| Starr County Courthouse | 401 N. Britton Ave., Rio Grande City Tx, 78582 |
| Courthouse Annex | 100 FM 3167, Rio Grande City, TX 78582 |

Tarrant County (all locations 9 a.m. to 4 p.m.)

| Location | Address |
|---|---|
| Tarrant County Southwest Sub-Courthouse | 6551 Granbury Road, Fort Worth TX 76133 |
| Charles F. Griffin Sub-Courthouse | 3212 Miller Avenue, Fort Worth TX 76119 |
| Tarrant County Sub-Courthouse in Arlington | 700 E. Abram Street, Arlington TX 76010 |
| Tarrant County Northeast Sub-Courthouse | 201 Harwood Road, Suite 124, Bedford TX 76021 |

Wednesday, October 23

### Hale County (all locations 9 a.m. to 4 p.m.)

| Location | Address |
|---|---|
| Hale County Courthouse Annex | 521 Broadway Street, Plainview, TX 79072-8097 |

### Harris County (all locations 9 a.m. to 4 p.m.)

| Location | Address |
|---|---|
| Lone Star College – Victory Center | 4141 Victory Drive, Houston, Texas 77088 |
| Holman Street Baptist Church | 3501 Holman, Houston, Texas 77004 |

### Hidalgo County (all locations 9 a.m. to 4 p.m.)

| Location | Address |
|---|---|
| Community Room | 415 W. University Dr., Edinburg, TX |
| Business & Visitors Center (Board Rm.) | 275 S. Kansas Ave., Weslaco, TX |

### San Patricio County (all locations 9 a.m. to 4 p.m.)

| Location | Address |
|---|---|
| Mathis City Hall Annex Building | 401 E. San Patricio Ave., Mathis, TX 78368 |
| Sinton County Courthouse | 400 W. Sinton St., Sinton, Tx 78387 |
| Kiva Hut | 402 Park, Taft, Tx 78390 |

### Tarrant County (all locations 9 a.m. to 4 p.m.)

| Location | Address |
|---|---|
| Tarrant County Southwest Sub-Courthouse | 6551 Granbury Road, Fort Worth TX 76133 |
| Charles F. Griffin Sub-Courthouse | 3212 Miller Avenue, Fort Worth TX 76119 |
| Tarrant County Sub-Courthouse in Arlington | 700 E. Abram Street, Arlington TX 76010 |
| Tarrant County Northeast Sub-Courthouse | 201 Harwood Road, Suite 124, Bedford TX 76021 |

Back to top

Tuesday, October 22

### Hale County (all locations 9 a.m. to 4 p.m.)

| Location | Address |
|---|---|
| Hale County Courthouse Annex | 521 Broadway Street, Plainview, TX 79072-8097 |

| Harris County (all locations 9 a.m. to 4 p.m.) | |
|---|---|
| Location | Address |
| Lone Star College – Victory Center | 4141 Victory Drive, Houston, Texas 77088 |
| Holman Street Baptist Church | 3501 Holman, Houston, Texas 77004 |

| Hidalgo County (all locations 9 a.m. to 4 p.m.) | |
|---|---|
| Location | Address |
| City of San Juan Conference Room | 709 S Nebraska, San Juan, TX |
| City of Hidalgo | 704 E Texano Dr., Hidlago, TX |

| Nueces County (all locations 9 a.m. to 4 p.m.) | |
|---|---|
| Location | Address |
| Johnny S. Calderon County Building | 710 E. Main Street, Robstown, Texas 78380 |
| Flour Bluff ISD-Maintenance | 2510 Waldron Road, Corpus Christi, Texas 78418 |
| Greenwood Senior Citizens Center | 4040 Greenwood Drive, Corpus Christi, Texas 78416 |
| Nueces County Courthouse | 901 Leopard Street, Corpus Christi, TX 78401 |

| Polk County (all locations 9 a.m. to 4 p.m.) | |
|---|---|
| Location | Address |
| Old Courthouse, 1st floor | 101 West Church, Livingston, Texas |
| Tax Assessor satellite office | 201 West Ben Franklin, Corrigan, Texas |

| Tarrant County (all locations 9 a.m. to 4 p.m.) | |
|---|---|
| Location | Address |
| Tarrant County Southwest Sub-Courthouse | 6551 Granbury Road, Fort Worth TX 76133 |
| Charles F. Griffin Sub-Courthouse | 3212 Miller Avenue, Fort Worth TX 76119 |
| Tarrant County Sub-Courthouse in Arlington | 700 E. Abram Street, Arlington TX 76010 |
| Tarrant County Northeast Sub-Courthouse | 201 Harwood Road, Suite 124, Bedford TX 76021 |

Monday, October 21

| Gregg County (all locations 9 a.m. to 4 p.m.) | |
|---|---|
| Location | Address |
| Broughton Recreation Center | 801 S. Martin Luther King Blvd, Longview, TX |
| Greggton Community Center | 3211 W. Marshall Ave, Longview, TX |
| Gladewater City Hall | 519 E. Broadway, Gladewater, TX |
| Kilgore Community Center | 622 Kay St, Kilgore, TX |

| Harris County (all locations 9 a.m. to 4 p.m.) | |
|---|---|
| Location | Address |
| Lone Star College – Victory Center | 4141 Victory Drive, Houston, Texas 77088 |
| Holman Street Baptist Church | 3501 Holman, Houston, Texas 77004 |

| Hidalgo County (all locations 9 a.m. to 4 p.m.) | |
|---|---|
| Location | Address |
| McAllen City Hall (Disconnect Day) | 1300 W Houston Ave., McAllen, TX |
| Mercedes City Hall | 400 S Ohio, Mercedes, TX |
| La Joya City Hall, Conference Room | 101 N Leo Ave, La Joya, TX 78560 |

| Nueces County (all locations 9 a.m. to 4 p.m.) | |
|---|---|
| Location | Address |
| Johnny S. Calderon County Building | 710 E. Main Street, Robstown, Texas 78380 |
| Flour Bluff ISD-Maintenance | 2510 Waldron Road, Corpus Christi, Texas 78418 |
| Greenwood Senior Citizens Center | 4040 Greenwood Drive, Corpus Christi, Texas 78416 |
| Nueces County Courthouse | 901 Leopard Street, Corpus Christi, TX 78401 |

| Polk County (all locations 9 a.m. to 4 p.m.) | |
|---|---|
| Location | Address |
| Old Courthouse, 1st floor | 101 West Church, Livingston, Texas |
| Tax Assessor satellite office | Highway 190 West, Onalaska, Texas |

**Friday, October 18**

| Brooks County (all locations 9 a.m. to 4 p.m.) | |
|---|---|
| Location | Address |
| Ed Rachal Memorial Library | 203 South Calixto Mora Ave., Falfurrias, TX 78355 |
| Brooks County Courthouse Annex | 408 W Travis St., Falfurrias, TX 78355 |

| Gregg County (all locations 9 a.m. to 4 p.m.) | |
|---|---|
| Location | Address |
| Gregg County Courthouse | 101 E. Methvin St, Suite 108, Longview, TX |
| Green Street Recreation Center | 814 S. Green St, Longview, TX |
| Colonial Village Retirement Community | 2910 N. Eastman Rd, Longview, TX |
| Buckner Westminster Place | 2201 Horseshoe Lane, Longview, TX 75605 |

| Harris County (all locations 9 a.m. to 4 p.m.) | |
|---|---|
| Location | Address |
| Lone Star College – Victory Center | 4141 Victory Drive, Houston, Texas 77088 |
| Holman Street Baptist Church | 3501 Holman, Houston, Texas 77004 |

| Hidalgo County (all locations 9 a.m. to 4 p.m.) | |
|---|---|
| Location | Address |
| Palmview City Hall | 400 W Veterans Blvd., Palmview, TX |
| Pharr City Hall | 118 S Cage Blvd., Pharr, TX |
| Progreso Community Center | 510 N FM 1015, Progreso, TX |

| Howard County (all locations 9 a.m. to 4 p.m.) | |
|---|---|
| Location | Address |
| Howard County Courthouse | 300 S Main, Ste. 101 (Elections office), Big Spring, TX |
| Road & Bridge Office | 1000 N San Antonio (Prct 1 polling location), Big Spring, TX |

**Thursday, October 17**

| Bexar County (all locations 9 a.m. to 4 p.m.) | |
|---|---|
| Location | Address |
| Claude Black Center | 2805 E. Commerce, San Antonio, TX |

**Brooks County (all locations 9 a.m. to 4 p.m.)**

| Location | Address |
| --- | --- |
| Ed Rachal Memorial Library | 203 South Calixto Mora Ave., Falfurrias, TX 78355 |
| Brooks County Courthouse Annex | 408 W Travis St., Falfurrias, TX 78355 |

**Galveston County (all locations 9 a.m. to 4 p.m.)**

| Location | Address |
| --- | --- |
| Nessler Center (Surf Room) | 2105 5th Avenue North, Texas City, TX |
| Galveston County Courthouse (2nd floor) | 722 Moody Avenue (21st Street), Galveston, TX |

**Harris County (all locations 9 a.m. to 4 p.m.)**

| Location | Address |
| --- | --- |
| Lone Star College – Victory Center | 4141 Victory Drive, Houston, Texas 77088 |
| Holman Street Baptist Church | 3501 Holman, Houston, Texas 77004 |

**Hidalgo County (all locations 9 a.m. to 4 p.m.)**

| Location | Address |
| --- | --- |
| McAllen Main Public Library | 4001 N 23rd St., McAllen, TX |
| STC Technology Campus | 3700 W Military Hwy., McAllen, TX |
| UTPA Student Union | 1201 W University Dr., Edinburg, TX |

**Howard County (all locations 9 a.m. to 4 p.m.)**

| Location | Address |
| --- | --- |
| Howard County Courthouse | 300 S Main, Ste. 101 (Elections office), Big Spring, TX |
| Road & Bridge Office | 1000 N San Antonio (Prct 1 polling location), Big Spring, TX |

**Smith County (all locations 9 a.m. to 4 p.m.)**

| Location | Address |
| --- | --- |
| PATH (People Assisting to Help) | 402 W Front St, Tyler, TX 75702 |
| Tyler Public Library *The library opens at 10:00am | 201 S College Ave, Tyler, TX 75702 |
| Tyler Metropolitan Chamber of Commerce | 2000 W Gentry, Tyler, TX 75702 |
| The Cotton Belt Building | 1517 W Front St, Tyler, TX 75702 |

Back to top

Wednesday, October 16

| Galveston County (all locations 9 a.m. to 4 p.m.) | |
|---|---|
| Location | Address |
| Bacliff Community Center | 4503 11th Street, Bacliff, TX |
| Dickinson Community Center | 2714 Highway 3, Dickinson, TX |

| Harris County (all locations 9 a.m. to 4 p.m.) | |
|---|---|
| Location | Address |
| Lone Star College – Victory Center | 4141 Victory Drive, Houston, Texas 77088 |
| Holman Street Baptist Church | 3501 Holman, Houston, Texas 77004 |

| Hidalgo County (all locations 9 a.m. to 4 p.m.) | |
|---|---|
| Location | Address |
| Community Room – Mission City Hall | 1201 E. 8th Street, Mission, TX |
| Hidalgo County Tax Office | 100 N. Closner, Edinburg, TX |
| STC Mid Valley Campus | 400 N. Border, Weslaco, TX |

| Jim Wells County (all locations 8 a.m. to 12 p.m., break for an hour, and resuming from 1 p.m. to 5 p.m.) | |
|---|---|
| Location | Address |
| Jim Wells County Courthouse | 200 N Almond St, Rm#104, Alice TX 78332 |
| Premont City Hall | 200 SW 1st St, Premont, TX 78375 |
| Jim Wells Orange Grove City Hall | 305 W Pundt St. Orange Grove, TX 78372 |

| Smith County (all locations 9 a.m. to 4 p.m.) | |
|---|---|
| Location | Address |
| PATH (People Assisting to Help) | 402 W Front St, Tyler, TX 75702 |
| Tyler Public Library *The library opens at 10:00am | 201 S College Ave, Tyler, TX 75702 |
| The Salvation Army | 633 N Broadway Ave, Tyler, TX 75702 |
| The Cotton Belt Building | 1517 W Front St, Tyler, TX 75702 |

Tuesday, October 15

| Cameron County (all locations 9 a.m. to 4 p.m.) | |
|---|---|
| Location | Address |
| Rio Hondo City Hall | 121 N. Arroyo Blvd., Rio Hondo, TX |

| Fort Bend County (all locations 9 a.m. to 4 p.m.) | |
|---|---|
| Location | Address |
| Fort Bend County Precinct 4 Building | 12919 Dairy Ashford Rd, Sugar Land, TX |
| Missouri City Old Municipal Court Lobby | 1522 Texas Parkway, Missouri City, TX |

| Harris County (all locations 9 a.m. to 4 p.m.) | |
|---|---|
| Location | Address |
| Lone Star College – Victory Center | 4141 Victory Drive, Houston, Texas 77088 |
| Holman Street Baptist Church | 3501 Holman, Houston, Texas 77004 |

| Jim Wells County (all locations 8 a.m. to 12 p.m., break for an hour, and resuming from 1 p.m. to 5 p.m.) | |
|---|---|
| Location | Address |
| Jim Wells County Courthouse | 200 N Almond St, Rm#104, Alice TX 78332 |
| Premont City Hall | 200 SW 1st St, Premont, TX 78375 |
| Jim Wells Orange Grove City Hall | 305 W Pundt St. Orange Grove, TX 78372 |

| Kaufman County (all locations 8 a.m. to 4:30 p.m.) | |
|---|---|
| Location | Address |
| Kaufman County Annex Bldg. | 100 N. Washington St., Kaufman, TX 75142 |
| Terrell Office | 408 E. College St., Terrell, TX 75160 |
| Kemp Office | 103 N. Main St., Kemp, TX 75143 |
| Forney Office | 200 E. Main St., Forney, TX 75126 |

Monday, October 14

| Cameron County (all locations 9 a.m. to 4 p.m.) | |
|---|---|
| Location | Address |
| Joe Rivera/Aurora de la Garza County Annex Building | 1390 W. Expressway 77/83, San Benito, TX |

### Fort Bend County (all locations 9 a.m. to 4 p.m.)

| Location | Address |
| --- | --- |
| Fort Bend County Precinct 4 Building | 12919 Dairy Ashford Rd, Sugar Land, TX |
| Missouri City Old Municipal Court Lobby | 1522 Texas Parkway, Missouri City, TX |

### Harris County (all locations 9 a.m. to 4 p.m.)

| Location | Address |
| --- | --- |
| Lone Star College – Victory Center | 4141 Victory Drive, Houston, Texas 77088 |
| Holman Street Baptist Church | 3501 Holman, Houston, Texas 77004 |

### Kaufman County (all locations 8 a.m. to 4:30 p.m.)

| Location | Address |
| --- | --- |
| Kaufman County Annex Bldg. | 100 N. Washington St., Kaufman, TX 75142 |
| Terrell Office | 408 E. College St., Terrell, TX 75160 |
| Kemp Office | 103 N. Main St., Kemp, TX 75143 |
| Forney Office | 200 E. Main St., Forney, TX 75126 |

Friday, October 11

### Cameron County (all locations 9 a.m. to 4 p.m.)

| Location | Address |
| --- | --- |
| Harlingen City Hall | 118 E. Tyler Ave., Harlingen, TX |
| Harlingen County Annex Building | 3302 W. Wilson Rd., Harlingen, TX |

### Dallas County

| Location | Address |
| --- | --- |
| El Centro-Dallas West Campus (8 a.m. – 5 p.m.) | 3333 N. Hampton Road, Dallas, TX 75212 |
| Valley Ranch Library (8 a.m. – 5 p.m.) | 401 Cimarron Trail, Irving, TX 75063 |
| Fretz Park Library (10 a.m. – 7 p.m.) | 6990 Belt Line Road, Dallas, TX 75254 |
| Paul Laurence Dunbar Lancaster-Kiest Library (10 a.m. – 7 p.m.) | 2008 E. Kiest Blvd., Dallas, TX 75216 |

| Grimes (all locations 9 a.m. to 3 p.m.) | |
|---|---|
| Location | Address |
| Progressive Center | 615 W. Virginia St., Navasota, Texas 77868 |
| Plantersville Town Hall | 11335 Lodge Ln., Plantersville, Texas 77868 |

| Harris County (all locations 9 a.m. to 4 p.m.) | |
|---|---|
| Location | Address |
| Lone Star College – Victory Center | 4141 Victory Drive, Houston, Texas 77088 |
| Northeast Multi-Service Center | 9720 Spaulding St., Bldg #4, Houston, Texas 77016 |
| Harris County Courthouse – Annex #25 – County Clerk Office | 7330 Spencer Highway, Pasadena, Texas 77505 |
| Holman Street Baptist Church | 3501 Holman, Houston, Texas 77004 |

| Webb County | |
|---|---|
| Location | Address |
| Billy Hall Administration Bldg. (11 a.m. – 7 p.m.) | 1110 Washington St., Laredo, Texas |
| Laredo Specialty Hospital (9 a.m. – 4 p.m.) | 2005 Bustamante St., Laredo, Texas |
| Laredo Medical Center (11 a.m. – 7 p.m.) | 1700 E. Saunders St., Laredo, Texas |
| KLDO (11 a.m. – 7 p.m.) | 222 Bob Bullock Loop, Laredo, Texas |

Thursday, October 10

| Cameron County (all locations 9 a.m. to 4 p.m.) | |
|---|---|
| Location | Address |
| Harlingen City Hall | 118 E. Tyler Ave., Harlingen, TX |
| Harlingen County Annex Building | 3302 W. Wilson Rd., Harlingen, TX |

| Dallas County | |
|---|---|
| Location | Address |
| Oak Cliff Sub-Courthouse (10 a.m. – 7 p.m.) | 410 S. Beckley Avenue, Dallas, TX 75203 |
| Cedar Hill Town Center (8 a.m. – 5 p.m.) | 285 Uptown Blvd., Cedar Hill, TX 75104 |
| Park In the Woods Recreation Center (8 a.m. – 5 p.m.) | 6801 Mountain Creek Pkwy., Cedar Hill, TX 75104 |
| Bethany Lutheran Church (8 a.m. – 5 p.m.) | 10101 Walnut Hill Lane, Dallas, TX 75238 |

| Grimes (all locations 9 a.m. to 3 p.m.) | |
|---|---|
| Location | Address |
| Progressive Center | 615 W. Virginia St., Navasota, Texas 77868 |
| Bedias Civic Center | 3652 Main Street, Bedias, Texas 77831 |

| Harris County (all locations 9 a.m. to 4 p.m.) | |
|---|---|
| Location | Address |
| Lone Star College – Victory Center | 4141 Victory Drive, Houston, Texas 77088 |
| Northeast Multi-Service Center | 9720 Spaulding St., Bldg #4, Houston, Texas 77016 |
| Harris County Courthouse – Annex #25 – County Clerk Office | 7330 Spencer Highway, Pasadena, Texas 77505 |
| Holman Street Baptist Church | 3501 Holman, Houston, Texas 77004 |

| Webb County | |
|---|---|
| Location | Address |
| E. Salinas Community Center (9 a.m. – 4 p.m.) | 917 N. Main, Mirando City, Texas |
| Providence Health Center (11 a.m. – 7 p.m.) | 230 Calle Del Norte, Laredo, Texas |
| Doctors Hospital (9 a.m. – 4 p.m.) | 10700 Mcpherson Rd., Laredo, Texas |
| F & A Bruni Community Center (9 a.m. – 4 p.m.) | 452 W. Rancho Peñitas Rd., Laredo, Texas |

Back to top

Wednesday, October 9

| Cameron County (all locations 9 a.m. to 4 p.m.) | |
|---|---|
| Location | Address |
| Hon. Bennie Ochoa County Annex Building | 505 Highway 100, Port Isabel, TX |
| Hon. Luis Romero County Annex Building | 745 W. Ocean Blvd., Los Fresnos, TX |

| Dallas County | |
|---|---|
| Location | Address |
| North Dallas Government Center (10 a.m. – 7 p.m.) | 10056 Marsh Lane, Dallas, TX 75241 |
| St. Luke Community Life Center (8 a.m. – 5 p.m.) | 6211 E. Grand Avenue, Dallas, TX 75223 |
| Irving City Hall (8 a.m. – 5 p.m.) | 825 W. Irving Blvd., Irving, TX 75060 |
| DeSoto Town Center Library (10 a.m. – 7 p.m.) | 211 E. Pleasant Run Road, DeSoto, TX 75115 |

**El Paso (all locations 9 a.m. to 4 p.m.)**

| Location | Address |
|---|---|
| El Paso County Courthouse (1st floor) | 500 E. San Antonio, El Paso, Texas 79901 |
| Multipurpose Recreation Center | 9031 Viscount Blvd., El Paso, Texas 79925 |
| San Juan Recreation Center | 701 N. Glenwood St., El Paso, Texas 79905 |
| Don Haskins Recreation Center | 7400 High Ridge, El Paso, Texas 79912 |

**Grimes (all locations 9 a.m. to 3 p.m.)**

| Location | Address |
|---|---|
| Navasota Center | 101 Stadium Drive, Navasota, Texas 77868 |
| Richards Volunteer Fire Department | 1136 FM 149 East, Richards, Texas 77873 |

**Harris County (all locations 9 a.m. to 4 p.m.)**

| Location | Address |
|---|---|
| Lone Star College – Victory Center | 4141 Victory Drive, Houston, Texas 77088 |
| Northeast Multi-Service Center | 9720 Spaulding St., Bldg. #4, Houston, Texas 77016 |
| Harris County Courthouse – Annex #25 – County Clerk Office | 7330 Spencer Highway, Pasadena, Texas 77505 |
| Holman Street Baptist Church | 3501 Holman, Houston, Texas 77004 |

**Webb County (all locations 9 a.m. to 4 p.m.)**

| Location | Address |
|---|---|
| Rio Bravo Community Center | 1600 Orquidia Ln., Rio Bravo, Texas |
| Bruni Community Center | 303 12th Street, Bruni, Texas |
| Santa Teresita Community Center | 15014 Hwy. 59 – 18 Mi OCL, Laredo, Texas |
| F. A. Salinas Community Center | 2600 Maryland, Laredo, Texas |

Tuesday, October 8

**Cameron County (all locations 9 a.m. to 4 p.m.)**

| Location | Address |
|---|---|
| Brownsville Public Library – Southmost Branch | 4320 Southmost Blvd., Brownsville, TX |
| Brownsville Public Library – Main Branch | 2600 Central Blvd., Brownsville, TX |

| Dallas County | |
|---|---|
| Location | Address |
| Tommie Allen Recreation Center (10 a.m. – 7 p.m.) | 7071 Bonnie View Road, Dallas, TX 75241 |
| Records Building (8 a.m. – 5 p.m.) | 509 Main Street, Dallas, TX 75202 |
| Grand Prairie Government Center (8 a.m. – 5 p.m.) | 106 W. Church Street, Grand Prairie, TX 75050 |
| City of Lancaster Library (8 a.m. – 5 p.m.) | 1600 Veterans Memorial Pkwy., Lancaster, TX 75134 |

| El Paso (all locations 9 a.m. to 4 p.m.) | |
|---|---|
| Location | Address |
| El Paso County Courthouse (1st floor) | 500 E. San Antonio, El Paso, Texas 79901 |
| Rae Gilmore Recreation Center | 8501 Diana Dr., El Paso, Texas 79904 |
| Pat O'Rourke Recreation Center | 901 Virginia St., El Paso, Texas 79902 |
| Marty Robbins Recreation Center | 11620 Vista Del Sol, El Paso, Texas 79936 |

| Harris County (all locations 9 a.m. to 4 p.m.) | |
|---|---|
| Location | Address |
| Lone Star College – Victory Center | 4141 Victory Drive, Houston, Texas 77088 |
| Northeast Multi-Service Center | 9720 Spaulding St., Bldg #4, Houston, Texas 77016 |
| Harris County Courthouse – Annex #25 – County Clerk Office | 7330 Spencer Highway, Pasadena, Texas 77505 |
| Holman Street Baptist Church | 3501 Holman, Houston, Texas 77004 |

| Travis County (all locations 8 a.m. to 5 p.m.) | |
|---|---|
| Location | Address |
| Austin Area Urban League | 8011-A Cameron Road, Suite 100, Austin, TX 78754 |
| ACC Eastview Campus | 3401 Webberville Rd, Austin, Texas 78702 |
| ACC Riverside Campus | 1020 Grove Blvd, Austin, Texas 78741 |
| Fiesta Central | 3909 N IH-35, Austin, Texas 78722 |

### Waller County (all locations 9 a.m. to 3:30 p.m.)

| Location | Address |
|---|---|
| County Commissioner – Pct. 3 – Wm. Temple Memorial Student Center – Prairie View A & M Campus | 100 University Drive, Hempstead, Texas 77445 |
| County Commissioner – Pct. 2 – JP-2 Fieldstore County Building | 29388 Fieldstore Road, Waller, Texas 77484 |

Monday, October 7

### Cameron County (all locations 9 a.m. to 4 p.m.)

| Location | Address |
|---|---|
| Brownsville Public Library – Southmost Branch | 4320 Southmost Blvd., Brownsville, TX |
| Brownsville Public Library – Main Branch | 2600 Central Blvd., Brownsville ,TX |

### Dallas County

| Location | Address |
|---|---|
| Friendship West Baptist Church (10 a.m. – 7 p.m.) | 2020 W. Wheatland Road, Dallas, TX 75232 |
| Richardson Civic Center (10 a.m. – 7 p.m.) | 411 W. Arapaho Road, Richardson, TX 75080 |
| Duncanville Library (10 a.m. – 7 p.m.) | 201 James Collins, Duncanville, TX 75116 |
| Martin Weiss Recreation Center (8 a.m. – 5 p.m.) | 1111 Martindell Ave., Dallas, Texas 75211 |

### El Paso (all locations 9 a.m. to 4 p.m.)

| Location | Address |
|---|---|
| El Paso County Courthouse (1st floor) | 500 E. San Antonio, El Paso, Texas 79901 |
| Pavo Real Recreation Center | 9301 Alameda Ave., El Paso, Texas 79907 |
| Nolan Richardson Recreation Center | 4435 Maxwell St., El Paso, Texas 79904 |
| Seville Recreation Center | 6700 Sambrano, El Paso, Texas 79905 |

### Harris County (all locations 9 a.m. to 4 p.m.)

| Location | Address |
|---|---|
| Lone Star College – Victory Center | 4141 Victory Drive, Houston, Texas 77088 |
| Northeast Multi-Service Center | 9720 Spaulding St., Bldg #4, Houston, Texas 77016 |
| Harris County Courthouse – Annex #25 – County Clerk Office | 7330 Spencer Highway, Pasadena, Texas 77505 |
| Holman Street Baptist Church | 3501 Holman, Houston, Texas 77004 |

**Travis County (all locations 8 a.m. to 5 p.m.)**

| Location | Address |
|---|---|
| UT Flawn Academic Center | 2400 Inner Campus Drive on the West Mall, Austin, Texas 78705 |
| Fiesta Stassney | 5510 South IH-35, Austin, Texas 78745 |
| Gardner Betts Juvenile Center Annex – Lobby | 2501 S. Congress Ave. (at Long Bow), Austin, TX 78704 |
| North Austin Branch YMCA | 1000 W. Rundberg Ln., Austin, TX 78753 |

**Waller County (all locations 9 a.m. to 3:30 p.m.)**

| Location | Address |
|---|---|
| County Commissioner – Pct. 1 – Waller County Courthouse | 836 Austin Street, Assembly Room, Hempstead, Texas 77445 |
| County Commissioner – Pct. 4 – Brookshire Convention Center | 4027 5th Street, Brookshire, Texas 77423 |

Back to top

Friday, October 4

**Bexar County (all locations 9 a.m. to 4 p.m.)**

| Location | Address |
|---|---|
| Somerset High School | 7650 South 1604 West, Somerset, TX 78069 |
| Via Metro Center | 1021 San Pedro Avenue, San Antonio, TX 78212 |
| John Igo Library | 13330 Kyle Seale Parkway, San Antonio, TX 78249 |
| Kirby City Hall | 112 Bauman, Kirby, TX 78219 |

**Dallas County**

| Location | Address |
|---|---|
| Garland Government Center (10 a.m. – 7 p.m.) | 1791 W. Avenue D, Garland, TX 75042 |
| Josey Ranch Library (8 a.m. – 5 p.m.) | 1700 Keller Springs, Carrollton, TX 75006 |
| Cimmaron Recreation Center (10 a.m. – 7 p.m.) | 201 Red River Trail, Irving, TX 75063 |
| Grauweyler Park Recreation Center (8 a.m. – 5 p.m.) | 7780 Harry Hines Blvd., Dallas, TX 75235 |

**El Paso (all locations 9 a.m. to 4 p.m.)**

| Location | Address |
|---|---|
| Memorial Park Senior Center | 1800 Byron St., El Paso, Texas 79930 |
| Canutillo Nutrition Center | 7361 Bosque Rd., El Paso, Texas 79835 |
| San Juan Senior Center | 5701 Tamburo Court, El Paso, Texas 79905 |
| Gary Del Palacio Recreation Center | 3001 Parkwood St., El Paso, Texas 79925 |

**Harris County (all locations 9 a.m. to 4 p.m.)**

| Location | Address |
|---|---|
| Lone Star College – Victory Center | 4141 Victory Drive, Houston, Texas 77088 |
| Northeast Multi-Service Center | 9720 Spaulding St., Bldg #4, Houston, Texas 77016 |
| Harris County Courthouse – Annex #25 – County Clerk Office | 7330 Spencer Highway, Pasadena, Texas 77505 |
| Holman Street Baptist Church | 3501 Holman, Houston, Texas 77004 |

**Travis County (all locations 8 a.m. to 5 p.m.)**

| Location | Address |
|---|---|
| Austin Area Urban League | 8011-A Cameron Road, Suite 100, Austin, TX 78754 |
| ACC Eastview Campus | 3401 Webberville Rd, Austin, Texas 78702 |
| ACC Riverside Campus | 1020 Grove Blvd, Austin, Texas 78741 |
| Fiesta Central | 3909 N IH-35, Austin, Texas 78722 |

Thursday, October 3

**Bexar County (all locations 9 a.m. to 4 p.m.)**

| Location | Address |
|---|---|
| Somerset High School | 7650 South 1604 West, Somerset, TX 78069 |
| Via Metro Center | 1021 San Pedro Avenue, San Antonio, TX 78212 |
| John Igo Library | 13330 Kyle Seale Parkway, San Antonio, TX 78249 |
| Kirby City Hall | 112 Bauman, Kirby, TX 78219 |

**Dallas County**

| Location | Address |
|---|---|
| Lakeside Activity Center (8 a.m. – 5 p.m.) | 101 Holley Park Drive, Mesquite, TX 75159 |
| Prairie Creek Library (10 a.m. – 7 p.m.) | 9609 Lake June Road, Dallas, TX 75217 |
| Lochwood Library (8 a.m. – 5 p.m.) | 11211 Lochwood Boulevard, Dallas, TX 75218 |
| Martin L. King Jr. Center (10 a.m. – 7 p.m.) | 2922 MLK Blvd., Dallas, TX 75215 |

**El Paso (all locations 9 a.m. to 4 p.m.)**

| Location | Address |
|---|---|
| El Paso County Courthouse (1st floor) | 500 E. San Antonio, El Paso, Texas 79901 |
| Wellington Chew Senior Center | 4430 Maxwell St., El Paso, Texas 79904 |
| Socorro City Council Chambers | 860 N. Rio Vista Rd., El Paso, Texas 79927 |
| Grandview Park Senior Center | 3134 Jefferson Ave., El Paso, Texas 79930 |

**Harris County (all locations 9 a.m. to 4 p.m.)**

| Location | Address |
|---|---|
| Lone Star College – Victory Center | 4141 Victory Drive, Houston, Texas 77088 |
| Northeast Multi-Service Center | 9720 Spaulding St., Bldg #4, Houston, Texas 77016 |
| Harris County Courthouse – Annex #25 – County Clerk Office | 7330 Spencer Highway, Pasadena, Texas 77505 |
| Holman Street Baptist Church | 3501 Holman, Houston, Texas 77004 |

**Travis County (all locations 8 a.m. to 5 p.m.)**

| Location | Address |
|---|---|
| UT Flawn Academic Center | 2400 Inner Campus Drive on the West Mall, Austin, Texas 78705 |
| Fiesta Stassney | 5510 South IH-35, Austin, Texas 78745 |
| Gardner Betts Juvenile Center Annex – Lobby | 2501 S. Congress Ave. (at Long Bow), Austin, TX 78704 |
| North Austin Branch YMCA | 1000 W. Rundberg Ln., Austin, TX 78753 |

Wednesday, October 2

| Bexar County (all locations 9 a.m. to 4 p.m.) | |
|---|---|
| Location | Address |
| Precinct 1 Satellite Office | 3505 Pleasaton Rd, San Antonio, TX 78221 |
| Memorial Library | 3222 Culebra Rd, San Antonio, TX 78228 |
| Brookhollow Library | 530 Heimer, San Antonio, TX 78232 |
| Claude Black Center | 2805 E. Commerce, San Antonio, TX 78202 |

| El Paso (all locations 9 a.m. to 4 p.m.) | |
|---|---|
| Location | Address |
| El Paso County Courthouse (1st floor) | 500 E. San Antonio, El Paso, Texas 79901 |
| Polly Harris Senior Center | 650 Wallenberg St., El Paso, Texas 79912 |
| Horizon City Council Chambers | 14999 Darrington Rd., Horizon City, Texas 79928 |
| Carolina Recreation Center | 563 N. Carolina St., El Paso, Texas 79915 |

| Harris County (all locations 9 a.m. to 4 p.m.) | |
|---|---|
| Location | Address |
| Lone Star College – Victory Center | 4141 Victory Drive, Houston, Texas 77088 |
| Northeast Multi-Service Center | 9720 Spaulding St., Bldg #4, Houston, Texas 77016 |
| Harris County Courthouse – Annex #25 – County Clerk Office | 7330 Spencer Highway, Pasadena, Texas 77505 |
| Holman Street Baptist Church | 3501 Holman, Houston, Texas 77004 |

| Hays County (all locations 9 a.m. to 3 p.m.) | |
|---|---|
| Location | Address |
| Hays County Government Center | Conference Room 1003, 712 S. Stagecoach Trail, San Marcos, TX 78666 |
| San Marcos Activity Center | Room 3, 501 E. Hopkins St., San Marcos, TX 78666 |
| Southside Community Center | 518 S. Guadalupe St., San Marcos, TX 78666 |

Tuesday, October 1

(first day with stations across the state)

| Bexar County (all locations 9 a.m. to 4 p.m.) | |
|---|---|
| Location | Address |
| Precinct 1 Satellite Office | 3505 Pleasaton Rd, San Antonio, TX 78221 |
| Memorial Library | 3222 Culebra Rd, San Antonio, TX 78228 |
| Brookhollow Library | 530 Heimer, San Antonio, TX 78232 |
| Claude Black Center | 2805 E. Commerce, San Antonio, TX 78202 |

| El Paso County (all locations 9 a.m. to 4 p.m.) | |
|---|---|
| Location | Address |
| El Paso County Courthouse (1st floor) | 500 E. San Antonio, El Paso, Texas 79901 |
| Hilos De Plata Senior Center | 4451 Delta St. El Paso, Texas 79905 |
| Eastside Senior Center | 3200 Fierro St., El Paso, Texas 79935 |
| Father Martinez Senior Center | 9311 Alameda Ave., El Paso, Texas 79905 |

| Harris County (all locations 9 a.m. to 4 p.m.) | |
|---|---|
| Location | Address |
| Lone Star College – Victory Center | 4141 Victory Drive, Houston, Texas 77088 |
| Northeast Multi-Service Center | 9720 Spaulding St., Bldg. #4, Houston, Texas 77016 |
| Harris County Courthouse – Annex #25 – County Clerk Office | 7330 Spencer Highway, Pasadena, Texas 77505 |
| Holman Street Baptist Church | 3501 Holman, Houston, Texas 77004 |

| Hays County (all locations 9 a.m. to 3 p.m.) | |
|---|---|
| Location | Address |
| Hays County Government Center | Conference Room 1003, 712 S. Stagecoach Trail, San Marcos, TX 78666 |
| San Marcos Activity Center | Room 3, 501 E. Hopkins St., San Marcos, TX 78666 |
| Southside Community Center | 518 S. Guadalupe St., San Marcos, TX 78666 |

| Tarrant County (all locations 8 a.m. to 5 p.m.) | |
|---|---|
| Location | Address |
| JPS Health Center – Viola M. Pitts Como | 4701 Bryant Irvin Road N., Fort Worth TX 76107 |
| Diamond Hill/Jarvis Branch Library | 1300 NE 35th Street, Fort Worth TX 76106 |
| Griffin Sub-Courthouse | 3212 Miller Avenue, Fort Worth TX 76119 |
| Tarrant County Sub-Courthouse in Arlington | 700 E. Abram Street, Arlington TX 76010 |

Monday, September 30

| Tarrant County (all locations 8 a.m. to 5 p.m.) | |
|---|---|
| Location | Address |
| Tarrant County Public Health Department | 1101 S. Main Street, Fort Worth TX 76104 |
| Tarrant County Southwest Sub-Courthouse | 6551 Granbury Road, Fort Worth TX 76133 |
| City of Arlington South Service Center | 1100 SW Green Oaks Blvd., Arlington TX 76017 |
| Gertrude Tarpley – JPS Health Center at Watauga | 6601 Watauga Road, Watauga TX 76148 |

Back to top

Switch to our mobile site

Δ π EXHIBIT 31

Deponent

Date_____Rptr_____
WWW.DEPOBOOK.COM

Texas Secretary of State, Paid Media Wrapup (TV, Radio + Print), September-October, 2013

## Radio Flights

| Advertiser | Flight Dates | Market | Media | Station | Impressions | # Spots |
|---|---|---|---|---|---|---|
| Texas Secretary of State | 9-23-10/20 | Beaumont | Radio | KTCX-FM | 151.800 | 18 |
| Texas Secretary of State | 9-23-10/20 | Beaumont | Radio | KTCX-FM | 361.200 | 54 |
| Texas Secretary of State | 9-23-10/20 | Dallas | Radio | KHVN-AM | 198.400 | 42 |
| Texas Secretary of State | 9-23-10/20 | Dallas | Radio | KKDA-FM | 188.000 | 13 |
| Texas Secretary of State | 9-23-10/20 | Dallas | Radio | KRNB-FM | 189,000 | 13 |
| Texas Secretary of State | 9-23-10/20 | Dallas | Radio | KHVN-AM | 595.600 | 126 |
| Texas Secretary of State | 9-23-10/20 | Dallas | Radio | KKDA-FM | 804,010 | 83 |
| Texas Secretary of State | 9-23-10/20 | Dallas | Radio | KRNB-FM | 949,313 | 98 |
| Texas Secretary of State | 9-23-10/20 | Dallas | Radio | KKDA-FM | 416,606 | 28 |
| Texas Secretary of State | 9-23-10/20 | Houston | Radio | KMJQ-FM | 1,193,000 | 33 |
| Texas Secretary of State | 9-23-10/20 | Houston | Radio | KMJQ-FM | 3,173,000 | 99 |
| Texas Secretary of State | 9-23-10/20 | Killeen | Radio | KIIZ-FM | 58,400 | 26 |
| Texas Secretary of State | 9-23-10/25 | Killeen | Radio | KSSM-FM | 57,200 | 26 |
| Texas Secretary of State | 9-23-10/20 | Killeen | Radio | KIIZ-FM | 218,800 | 78 |
| Texas Secretary of State | 9-23-10/20 | Killeen | Radio | KSSM-FM | 150,800 | 78 |
| Texas Secretary of State | 9-23-10/20 | Statewide | Radio | TXSN | 782,000 | 5,950 |
| Texas Secretary of State | 9-23-10/20 | Statewide | Radio | TXSN | 829,800 | 2,380 |
| Texas Secretary of State | 9-23-10/20 | Tyler | Radio | KISX-FM | 141.200 | 34 |
| Texas Secretary of State | 9-23-10/20 | Tyler | Radio | KISX-FM | 331.800 | 102 |
| Totals | | | | | 10,616,529 | 9,281 |

## Cable TV Flights

| Advertiser | Flight Dates | Market | Media | Station | Impressions | # Spots |
|---|---|---|---|---|---|---|
| Texas Secretary of State | 9/30-10/27 | Abilene | Cable | 0187 Suddenlink/Abilene Interconnect | 50,565 | 221 |
| Texas Secretary of State | 9/30-10/27 | Beaumont | Cable | 0795 TW/Beaumont | 89,038 | 164 |
| Texas Secretary of State | 9/30-10/27 | Corpus Christi | Cable | 8819 TW/Corpus Christi | 44,000 | 196 |
| Texas Secretary of State | 9/23-10/23 | Dallas | Cable | 5334 TW/Dallas Interconnect | 3,062,106 | 227 |
| Texas Secretary of State | 9/30-10/27 | Dallas | Cable | 9806 TW/Dallas DirecTV | 592,099 | 168 |
| Texas Secretary of State | 9/30-10/27 | Houston | Cable | 5842 Comcast/Houston Interconnect | 4,478,264 | 366 |
| Texas Secretary of State | 9/30-10/27 | Houston | Cable | 9439 Comcast/DirecTV | 319,875 | 84 |
| Texas Secretary of State | 9/30-10/27 | Sherman-Ada | Cable | 1325 Cable One/Sherman | 58,276 | 396 |
| Texas Secretary of State | 9/30-10/27 | Shreveport | Cable | 9395 Suddenlink/Shreveport | 31,737 | 371 |
| Texas Secretary of State | 9/30-10/27 | Statewide | Cable | 9688 TW/Super G | 1,289,780 | 637 |
| Texas Secretary of State | 9/30-10/27 | Tyler | Cable | 8380 Suddenlink/Tyler | 171,119 | 331 |
| Texas Secretary of State | 9/30-10/27 | Victoria | Cable | 3130 Suddenlink/Victoria | 14,774 | 397 |
| Texas Secretary of State | 9/30-10/27 | Waco | Cable | 4900 TW/Waco | 105,213 | 196 |
| Texas Secretary of State | 9/30-10/27 | Wichita Falls | Cable | 8466 TW/Wichita Falls | 67,044 | 200 |
| Totals | | | | | 10,354,863 | 4,154 |

## Print

| Publication | Placement | Market | Media | Circulation | Run Dates |
|---|---|---|---|---|---|
| Dallas Post Tribune | 1/2 Page | Dallas | Print | 5,000 | 1 Run Before 10/19 |
| North Dallas Gazette | 1/2 Page | Dallas | Print | 6,500 | 1 Run Before 10/19 |
| LaVida News | 1/2 Page | Ft. Worth | Print | 35,000 | 1 Run Before 10/19 |
| Texas Metro News | 1/2 Page | Garland | Print | 1,481 | 1 Run Before 10/19 |
| Garland News | 1/2 Page | Garland | Print | 1,577 | 1 Run Before 10/19 |
| Houston Defender | 1/2 Page | Houston | Print | 22,000 | 1 Run Before 10/19 |
| Houston Suns | 1/2 Page | Houston | Print | 10,000 | 1 Run Before 10/19 |
| The Villager | 1/2 Page | Austin | Print | 6,000 | 1 Run Before 10/19 |
| San Antonio Observer | 1/2 Page | San Antonio | Print | 10,000 | 1 Run Before 10/19 |
| San Antonio Register | 1/2 Page | San Antonio | Print | 10,000 | 1 Run Before 10/19 |
| East Texas Review | 1/2 Page | East Texas | Print | 4,000 | 1 Run Before 10/19 |
| Dallas Examiner | 1/2 Page | Dallas | Print | 10,000 | 9/6, 9/20, 10/4, 10/18, 11/1 |
| Elite News | 1/2 Page | Dallas | Print | 4,200 | 10/12, 10/18, 10/28, 11/2 |
| Houston Forward Times | 1/2 Page | Houston | Print | 64,580 | 9/9, 9/26, 10/3, 10/17, 10/31 |

PROPOSED ACTIVITY PLAN

RFP12111-Attachment D

| Task | Sub-Task | Task Description | Sub-Task/Activities | Est. Start Date | Est. End Date | Budget |
|------|----------|-----------------|---------------------|-----------------|--------------|--------|
| 01 | 01.01 | Opinion Research / Awareness Tracking | Benchmark wave prior to Phase I | Wednesday, January 04, 2012 | Wednesday, January 18, 2012 | $ 45,000.00 |
| 01 | 01.02 | | Mid-wave at the conclusion of Phase I | Monday, March 12, 2012 | Friday, March 16, 2012 | $ 45,000.00 |
| 01 | 01.03 | | Post-wave at the conclusion of Phase II | Thursday, November 12, 2012 | Friday, November 16, 2012 | $ 45,000.00 |
| 02 | 02.01 | Planning and Strategy | Message Development | Monday, January 8, 2012 | Monday, January 23, 2012 | $ 15,000.00 |
| 02 | 02.02 | | Develop creative for print, broadcast and collateral materials | Wednesday, January 04, 2012 | Tuesday, January 31, 2012 | $ 150,000.00 |
| 02 | 02.03 | | Develop creative for online | Wednesday, January 04, 2012 | Friday, January 13, 2012 | $ 50,000.00 |
| 02 | 02.04 | | Spokesperson Training | Thursday, January 26, 2012 | Thursday, January 26, 2012 | $ 10,000.00 |
| 03 | 03.01 | Media Relations | News Bureau Program/Ongoing Media Relations | Monday, January 16, 2012 | Tuesday, November 06, 21012 | $ 125,000.00 |
| 03 | 03.03 | | Virtual Press Conference | Wednesday, February 01, 2012 | Wednesday, February 01, 2012 | $ 15,000.00 |
| 03 | 03.04 | | Media Tours/Deskside Briefings - Phase I | Thursday, February 02, 2012 | Tuesday, March 06, 2012 | $ 18,000.00 |
| 03 | 03.05 | | Media Tours/Deskside Briefings - Phase II | Monday, July 02, 2012 | Tuesday, November 06, 2012 | $ 27,000.00 |
| 04 | 04.01 | Kick-off Event | Media and Community Event - Downtown Dallas | Wednesday, February 01, 2012 | Wednesday, February 01, 2012 | $ 50,000.00 |
| 05 | 05.01 | Paid Media | March Primary - Phase I | Monday, January 16, 2012 | Tuesday, April 03, 2012 | $ 720,000.00 |
| 05 | 05.02 | | November General - Phase II | Monday, July 02, 2012 | Tuesday, November 06, 2012 | $ 1,080,000.00 |
| 06 | 06.01 | Community Outreach | Statewide Mobile Photobooth Community Events - Ongoing | Thursday, February 02, 2012 | Tuesday, November 06, 2012 | $ 250,000.00 |
| 06 | 06.03 | | Community-Based and Faith-Based Outreach - Ongoing | Thursday, February 02, 2012 | Tuesday, November 06, 21012 | $ 50,000.00 |
| 07 | 07.01 | Social Media Program | Program Development and Implementation - Phase I | Thursday, February 02, 2012 | Tuesday, March 06, 2012 | $ 80,000.00 |
| 07 | 07.02 | | Ongoing Implementation - Phase II | Wednesday, March 07, 2012 | Tuesday, November 06, 21012 | $ 120,000.00 |
| 08 | 08.01 | Legislative Outreach | Delivery of Information and Toolkits - Ongoing Outreach | Thursday, February 02, 2012 | Tuesday, November 06, 21012 | $ 35,000.00 |
| 09 | 09.01 | Hispanic Outreach | Media Partnership, Mobile Phone App, Social Media - Ongoing | Monday, January 16, 2012 | Tuesday, November 06, 21012 | $ 70,000.00 |
| Total | | | | | | $ 3,000,000.00 |
| 01 | N/A | Subtotal 01 | | | | $ 135,000.00 |
| 02 | N/A | Subtotal 02 | | | | $ 225,000.00 |
| 03 | N/A | Subtotal 03 | | | | $ 185,000.00 |
| 04 | N/A | Subtotal 04 | | | | $ 50,000.00 |
| 05 | N/A | Subtotal 05 | | | | $ 1,800,000.00 |
| 06 | N/A | Subtotal 06 | | | | $ 300,000.00 |
| 07 | N/A | Subtotal 07 | | | | $ 200,000.00 |
| 08 | N/A | Subtotal 08 | | | | $ 35,000.00 |
| 09 | N/A | Subtotal 09 | | | | $ 70,000.00 |
| Total | | | | | | $ 3,000,000.00 |

RFP 12111
Attachment D

| | |
|---|---|
| **From:** | Melanie Huff |
| **To:** | Elec Legal |
| **Sent:** | 8/14/2013 3:46:37 PM |
| **Subject:** | Notice to Provisional Voter when his/her Ballot will not be counted |

Current administrative rules state when voters must be told by the Election Judge that their provisional votes will not count:

(1) If a Voter is eligible to cast a provisional ballot, the Election Judge shall immediately inform the Voter of this right. The Election Judge shall also inform the Voter that their provisional ballot will not be counted if the Voter casts a provisional ballot at a precinct in which the Voter is not registered (regardless of whether the Voter is registered in another precinct but in the same political subdivision) or if there is an indication on the list of registered voters that the Voter has voted early in person or by mail.

(2) The Election Judge must request the Voter to present a valid form of identification to vote a provisional ballot. If the Voter has no identification, he may still be permitted to vote a provisional ballot, but his ballot will not be approved for counting and the Election Judge must notify the Voter of that fact. Acceptable forms of identification include:

Substantially similar language appears in the initial draft of the post-SB 14 rules.

The problem is that I can't find any support for this language in HAVA, in Sections 63.001(g) (in fact it is suspiciously absent from the list of things the voter must be given), 63.011 or 65.0541 of the Election Code, or in any of the information relative to provisional voting on the website of the Election Assistance Commission.  However, the EAC does state that best practices include making sure voters are told what the correct forms of ID are and that they should vote in their correct precinct.

Consequently, I'm thinking that our rules should frame these issues in terms of best practices and not "notice that their vote won't count."

Melanie Huff

Attorney-Client Privileged

**From:** Toni Pippins-Poole [mailto:Toni.Pippins-Poole@dallascounty.org]
**Sent:** Thursday, September 22, 2011 4:55 PM
**To:** Elizabeth Winn
**Subject:** RE: Brief Communication Regarding SB 100 and SB 14-CC/EA/VR

Hello Elizabeth,
On the proposal for the Similar Name Standards, if it's not too late to suggest that  if the reviewing election worker makes a determination 81.71(g) that the voter's name on the presented ID document and the official list of registered voters are not substantially similar, the election worker must make a statement on the provisional ballot explaining the discrepancy.  Example Election Worker will write: Pollbook has Jones and ID has Smith; rather than just a check box  for " Lack of Valid Identification" without explanation and voter registrar has the task of  trying to determine what the election worker was reviewing to make the voter vote a provisional.  In the past, provisional ballots will come to our office and we question why the voter was made to vote the provisional from the start.  I have been told that some election workers are advising the voter that the address on the DL doesn't match what is on the official list of registered voters and must vote a provisional ballot; not being a valid form of ID.   I know that requiring a statement to be completed will not solve all the problems, but could help on the back-end to know exactly what problem occurred with the ID presented. I can just see the voter walking into the office  with same ID as presented at the poll and the voter registrar questioning why it was not accepted at the poll from the beginning.  This is only if that voter decides to make that trip.

State Rep Yvonne Davis was upset Saturday that someone from your office cancelled and was not available for her event.
I saw a draft of the EIC from DPS, looks good.  Questions were raised to the presenter regarding the qualifying procedure for this ID being the same as a DL or PID.
Thanks

Toni

*Toni Pippins-Poole*
Elections Administrator
Dallas County Elections Department
2377 N. Stemmons Frwy., Suite 820
Dallas, Texas  75207
214.819.6334 Office
214.819.6382 Fax
Voter Registration. The "IN" thing.
## "COUNT ME IN"

TX_00193970

TEX00193970

**From:** Elizabeth Winn [mailto:EHanshawWinn@sos.state.tx.us]
**Sent:** Tuesday, September 13, 2011 10:14 AM
**Cc:** cbrown@co.anderson.tx.us; electionsclerk@co.anderson.tx.us; kheckler@co.andrews.tx.us; robinh@co.andrews.tx.us; vking@co.andrews.tx.us; vscott@co.andrews.tx.us; bpage@angelinacounty.net; lrodriguez@angelinacounty.net; midget@angelinacounty.net; twaggoner@angelinacounty.net; jdias@aransascounty.org; pfriebele@aransascounty.org; karen.aulds@co.archer.tx.us; karren.winter@co.archer.tx.us; archer@brazosnet.com; clerk@co.armstrong.tx.us; armstrongcad@amaonline.com; atascosaea@txun.net; laurad@txun.net; leannl@txun.net; jkokemor@austincounty.net; votenow@austincounty.com; baileytx@fivearea.com; baileycc@fivearea.com; baileyccdeputy2@yahoo.com; baileyccdeputy3@yahoo.com; banderaelections@indian-creek.net; bridgette.escobedo@co.bastrop.tx.us; kristin.zapalac@co.bastrop.tx.us; nora.cano@co.bastrop.tx.us; bcclerk@srcaccess.net; bctax-ac@srcaccess.net; jholub64@hotmail.com; connie.ayala@co.bee.tx.us; debbie.moreno@co.bee.tx.us; gerry.pinchback@co.bee.tx.us; joann.masturzo@co.bee.tx.us; linda.bridge@co.bee.tx.us; lori.villegas@co.bee.tx.us; mirella.davis@co.bee.tx.us; viola.foriest@co.bee.tx.us; darby.king@co.bell.tx.us; diana.barnard@co.bell.tx.us; mark.zimmerman@co.bell.tx.us; melinda.luedecke@co.bell.tx.us; shannon.hearne@co.bell.tx.us; sharon.long@co.bell.tx.us; shelley.coston@co.bell.tx.us; dabrego@bexar.org; jcallanen@bexar.org; knewman@co.blanco.tx.us; lauraw78606@yahoo.com; tac@co.blanco.tx.us; bordencj@poka.com; bordenco@poka.com; county_clerk@bosquecounty.us; tax_office@bosquecounty.us; ninfa_gomez@bosquecounty.us; court_records@bosquecounty.us; stephanie_davis@bosquecounty.us; vicky_turner@bosquecounty.us; dmoreland43@aol.com; georgestegall@juno.com; lacygirlgolden@hotmail.com; brandyp@brazoria-county.com; cindya@brazoria-county.com; connieb@brazoria-county.com; janicee@brazoria-county.com; jeanb@brazoria-county.com; Joyce Hudman; lindaf@brazoria-county.com; Roving; susanc@brazoria-county.com; susanaj@brazoria-county.com; triciad@brazoria-county.com; bwestbrook@co.brazos.tx.us; jhines@co.brazos.tx.us; kmcqueen@co.brazos.tx.us; kschuetze@co.brazos.tx.us; kroe@co.brazos.tx.us; kocon@co.brazos.tx.us; bmartinez@co.brewster.tx.us; taxassessorcollector@brewstercotad.org; jez_beach25@yahoo.com; coclerk@midplains.coop; bctac@midplains.coop; alan.hernandez@brooks-county.com; scavazos4@yahoo.com; voterreg@browncountytx.org; deputyvoter1@browncountytx.org; electionsadmin@browncountytx.org; browncounty_voter_reg@hotmail.com; deputyvoter2@browncountytx.org; pbartnesky@yahoo.com; electadmin@burlesoncounty.org; electadmin@burnetcountytexas.org; elect3vr@burnetcountytexas.org; electassist@burnetcountytexas.org; caldwelltac@co.caldwell.tx.us; mvgonz52@yahoo.com; caldwellec@co.caldwell.tx.us; dora.garcia@calhouncotx.org; ethel.turner@calhouncotx.org; olga.szela@calhouncotx.org; debbie.hatchett@callahancounty.org; donna.bell@callahancounty.org; laurie.tollett@callahancounty.org; nancy.charlton@callahancounty.org; sherry.pruitt@callahancounty.org; tammy.walker@callahancounty.org; voter.info@callahancounty.org; tax.info@callahancounty.org; claudia.rocha@co.cameron.tx.us; fgarza@co.cameron.tx.us; NCarrillo@co.cameron.tx.us; rortiz@co.cameron.tx.us; ccountyclerk@yahoo.com; camptac@sbcglobal.net; celeste.bichsel@co.carson.tx.us; Carsontac@yahoo.com; amylvarnell@yahoo.com; avarnell.deputyclerk@casscountytx.org; bwatson.tac@casscountytx.org; cwaters.deputyclerk@casscountytx.org; echarleston.deputyclerk@casscountytx.org; jmitchell.countyclerk@casscountytx.org; screnshaw.deputyclerk@casscountytx.org; clong@castrocounty.org; jbclerk@castrocounty.org; mpina@castrocounty.org; castro35@windstream.net; dhutter@co.chambers.tx.us; hhawthorne@co.chambers.tx.us; lvandeventer@co.chambers.tx.us; mhenry@co.chambers.tx.us; mshenry@co.chambers.tx.us; mrhame@co.chambers.tx.us; slucas@co.chambers.tx.us; tax.connieq@cocherokee.org; donnapipes@hotmail.com; coclerk@cocherokee.org; tax.leannb@cocherokee.org; electionmanager@cocherokee.org; bbparr@sbcglobal.net; kdobbs@childresstexas.net; clerks@srcaccess.net; csrmoore@yahoo.com; linda.sellers@co.clay.tx.us; ccclerk@claycountytx.com; cochrantax@door.net; rita.tyson@co.cochran.tx.us; cokecotax@yahoo.com; jagartrell@yahoo.com; mratliff@wcc.net; marylgclerk@juno.com; cctaxac@web-access.net; cclerk@web-access.net; jmillican@collincountytx.gov; pseals@collincountytx.gov; smartin@collincountytx.gov; sbraswell@collincountytx.gov; srowe@collincountytx.gov; wself@collincountytx.gov; gmanuel@amaonline.com; collingsworthclerk@hotmail.com; kclancy@amaonline.com; darlene.hayek@co.colorado.tx.us; jean.perkins@co.colorado.tx.us; mj.poenitzsch@co.colorado.tx.us; correa@co.comal.tx.us; talcoc@co.comal.tx.us; penach@co.comal.tx.us; ported@co.comal.tx.us; cckajs@co.comal.tx.us; ccklkh@co.comal.tx.us; goodam@co.comal.tx.us; ortizr@co.comal.tx.us; carlss@co.comal.tx.us; amy44schwartz@gmail.com; taxac@verizon.net; linda_burlison@yahoo.com; comanchecounty@verizon.net; ccclerk@htcomp.net; ccclerk2@gmail.com; taogle64@gmail.com; tfoxyoung@gmail.com; barbara.hoffman@co.concho.tx.us; melissa.garcia@co.concho.tx.us; phyllis.lovell@co.concho.tx.us; angie.sloop@co.cooke.tx.us; billie.knight@co.cooke.tx.us; brandy.dawson@co.cooke.tx.us; kim.martin@co.cooke.tx.us; rebecca.lawson@co.cooke.tx.us; jenna@coryellcounty.org; tax_collector@coryellcounty.org; cottledcclerk@gmail.com; cottletac@gmail.com; judy.crawford@co.crane.tx.us; rebecca.gonzales@co.crane.tx.us; rosemary.cavazos@co.crane.tx.us; catslair31@aol.com; mmmedley3@yahoo.com; rshaw1025@aol.com; c_c_voter_registrar@hotmail.com; crosbytax@windstream.net; ccclerk1@windstream.net; crosbytax2@windstream.net; culbco@yahoo.com; lindasl99@hotmail.com; jparr@dallam.org; taxac@dallam.org; mrysavy@dallam.org; dclerks@xit.net;

2

TX_00193971

TEX00193971