Brylon Franklin; Charline Farquhar; Jana Onyon; Rivelino lopez; Tandi Williams; Toni Pippins-Poole; Vickey Bynum;
dhogg1@windstream.net; gloria_vera90@yahoo.com; dawsonclerk@windstream.net; dscclerk@wtrt.net;
dscclerk5@wtrt.net; dscclerknelda@wtrt.net; deltatac@koyote.com; deltaclerk@yahoo.com;
cindy.compton@dentoncounty.com; debbie.wood@dentoncounty.com; frank.phillips@dentoncounty.com;
julie.green@dentoncounty.com; lillie.henry@dentoncounty.com; paula.paschal@dentoncounty.com;
randie.geistman@dentoncounty.com; sara.tischler@dentoncounty.com; susette.fuhrmann@dentoncounty.com;
dewittax4@dewittcounty.org; natalie.carson@co.dewitt.tx.us; dewittax1@dewittcounty.org; depclerk@caprock-spur.com;
coclerk@caprock-spur.com; mzgarcia75@yahoo.com; taxassessorcollector@dimmitcounty.org;
doncoclerk@windstream.net; doncover@windstream.net; ana.bazan@co.duval.tx.us; ecco@eastlandcountytexas.com;
voter@eastlandcountytexas.com; tax@eastlandcountytexas.com; ramiral@co.ector.tx.us; ramiras@co.ector.tx.us;
duckwjk@co.ector.tx.us; sertue@co.ector.tx.us; scheimk@co.ector.tx.us; edwardstax@swtexas.net;
edwardstto@swtexas.net; mark-bean@swtexas.net; clerk@swtexas.net; AnRivera@epcounty.com;
isanchez@epcounty.com; jchacon@epcounty.com; rokeepe@epcounty.com; vdovali@epcounty.com;
becky.morgan@co.ellis.tx.us; eloisa.rios@co.ellis.tx.us; jane.anderson@co.ellis.tx.us; nancy.byers@co.ellis.tx.us;
countyclerk@co.erath.tx.us; jcarey@co.erath.tx.us; ecvote@co.erath.tx.us; vote@co.erath.tx.us;
nicket.taylor@co.falls.tx.us; EA Shlock; taxassessor@fanninco.net; tbiggar@fanninco.net; dina.bell@co.fayette.tx.us;
taxfisher@yahoo.com; fishercountyclerk@yahoo.com; fcta@suddenlinkmail.com; ginger.morgan@co.floyd.tx.us;
gcmorgan52@yahoo.com; nmitschkec@yahoo.com; foardcountyclerk@hotmail.com; cathy.cantu@co.fort-bend.tx.us;
grasie.alvarado@co.fort-bend.tx.us; james.guen@co.fort-bend.tx.us; john.oldham@co.fort-bend.tx.us;
julie.kassab@co.fort-bend.tx.us; kim.nguyen@co.fort-bend.tx.us; robin.heiman@co.fort-bend.tx.us;
bcrane@co.franklin.tx.us; bbussell@co.franklin.tx.us; cande02aa@yahoo.com; behatuffy@gmail.com;
melissam0320@yahoo.com; sharper@co.franklin.tx.us; ajackson@valornet.com; linda.jarvis@co.freestone.tx.us;
lforee@freestonetax.org; angietulliscountyclerk@yahoo.com; friotac@sbcglobal.net; esmecano@yahoo.com;
connieisqueen@hotmail.com; susan.shaw@co.gaines.tx.us; vicki.phillips@co.gaines.tx.us;
brandy.chapman@co.galveston.tx.us; Mary Ann Daigle; galcotax@co.galveston.tx.us; cindy.eddy@co.galveston.tx.us;
dominique.allen@co.galveston.tx.us; dwight.sullivan@co.galveston.tx.us; kathryn.yelton@co.galveston.tx.us;
sheryl.swift@co.galveston.tx.us; shon.fragoso@co.galveston.tx.us; susan.williams@co.galveston.tx.us;
vance.ready@co.galveston.tx.us; william.sargent@co.galveston.tx.us; james.plummer@co.garza.tx.us;
judyb@co.garza.tx.us; rebecca.quintana@co.garza.tx.us; terri.laurence@co.garza.tx.us; bwilliams@gillespiecounty.org;
dbarrientes@gillespiecounty.org; mweinheimer@gillespiecounty.org; mlrusche@gillespiecounty.org; gctax@crcom.net;
rebecca.batla@co.glasscock.tx.us; alopez@goliadcountytx.gov; mflores@goliadcountytx.gov;
smcadams@goliadcountytx.gov; gonztax2@gvec.net; crystalc@gvec.net; georgeara@gvec.net; lriedel@co.gonzales.tx.us;
mcook@co.gonzales.tx.us; gonztax1@gvec.net; linda.lewis@graycch.com; elections@co.grayson.tx.us;
powersj@co.grayson.tx.us; griggl@co.grayson.tx.us; thompsonc@co.grayson.tx.us; ramseyj@co.grayson.tx.us;
viae@co.grayson.tx.us; bushw@co.grayson.tx.us; carol.williams@co.gregg.tx.us; kathryn.nealy@co.gregg.tx.us;
pam.cook@co.gregg.tx.us; grimesvoters@yahoo.com; missy_doss@sbcglobal.net; sue.basham@co.guadalupe.tx.us;
khinch@texasonline.net; lkemp@halecounty.org; rcastillo@halecounty.org; hskovlund123@gmail.com;
hallcotac@gmail.com; cclerk@amaonline.com; countyclerk@hamiltoncountytx.org; taxassessor@hamiltoncountytx.org;
kvera.cdc@co.hansford.tx.us; Linda.cummings@co.hansford.tx.us; hardemantax@att.net; londonellen@ymail.com;
agilbert@gtbizclass.com; cfregia@gmail.com; DYancey@gtbizclass.com; glenda.alston@co.hardin.tx.us;
alston943hc@juno.com; sherry.cook@co.hardin.tx.us; sstephens@gtbizclass.com; Chris.German@tax.hctx.net;
don.sumners@tax.hctx.net; ejohnson@cco.hctx.net; george.hammerlein@hctx.net; JBallard@cco.hctx.net;
jim.devore@tax.hctx.net; jgerman@cco.hctx.net; lsandoval@cco.hctx.net; PKrischke@cco.hctx.net; saston@cco.hctx.net;
stan.stanart@hctx.net; tom.moon@tax.hctx.net; pje121249@yahoo.com; tax@co.hartley.tx.us;
diane.thompson@co.hartley.tx.us; franky.scott@co.hartley.tx.us; sheriff@co.hartley.tx.us; haskellcc@yahoo.com;
haskellcountytax@wtxs.net; doug.ferguson@co.hays.tx.us; joyce@co.hays.tx.us; elections@co.hays.tx.us;
hempdlf@sbcglobal.net; alice79014@sbcglobal.net; tags@yft.net; lisaj@hemphill-clerk.com;
dhernandez@co.henderson.tx.us; pgreen@co.henderson.tx.us; ugalvan@co.henderson.tx.us;
amanda.valdez@co.hidalgo.tx.us; belinda.sagredo@co.hidalgo.tx.us; joaquin.garcia@co.hidalgo.tx.us;
luis.diaz@co.hidalgo.tx.us; melissa.alvarez@co.hidalgo.tx.us; yvonne.ramon@co.hidalgo.tx.us; gknox@co.hill.tx.us;
pdamschen@co.hill.tx.us; acantwell@hockleycounty.org; csmart@hockleycounty.org; cclevenger@hockleycounty.org;
igumula@hockleycounty.org; ljoplin@co.hood.tx.us; Debbie Jenkins; cclerk@hopkinscountytx.org;
jlockhart2000@yahoo.com; lafaulks@yahoo.com; sdyreynolds@yahoo.com; tamisue1974@yahoo.com;
bridget.lamb@co.houston.tx.us; danette.millican@co.houston.tx.us; gswor1029@yahoo.com;
saundra.bloom@co.howard.tx.us; coadmin@valornet.com; carrasco_adrianna@yahoo.com; kay1@valornet.com;
mcook@huntcounty.net; cevans@huntcounty.net; gsuarez@huntcounty.net; lmouton@huntcounty.net;
mhvoterreg@hutchinsoncnty.com; ckimmell@hutchinsoncnty.com; jbarnes@hutchinsoncnty.com;
rnhtc@hutchinsoncnty.com; cori.manning@co.irion.tx.us; joyg@wcc.net; irioncounty@verizon.net; rlewis@jackcounty.org;

TX_00193972

TEX00193972

srobinson@jackcounty.org; shellyclayton@jackcounty.org; b.williams@co.jackson.tx.us; c.robinson@co.jackson.tx.us; d.atzenhoffer@co.jackson.tx.us; f.cykala@co.jackson.tx.us; debbie.newman@co.jasper.tx.us; diana.south@co.jasper.tx.us; sheilahouston505@hotmail.com; 122taxoffice@sbcglobal.net; s_blackley@yahoo.com; guidry@co.jefferson.tx.us; ggreen@co.jefferson.tx.us; jshoward@co.jefferson.tx.us; jsmith@co.jefferson.tx.us; kbreaux@co.jefferson.tx.us; pchance@co.jefferson.tx.us; sjames@co.jefferson.tx.us; thegood@co.jefferson.tx.us; garza2977@aol.com; lilefraga@yahoo.com; jhctac@hotmail.com; jdom1988@yahoo.com; zonia.morales@co.jim-hogg.tx.us; pj8598@msn.com; tonietiger2002@yahoo.com; joycea@johnsoncountytx.org; pattyb@johnsoncountytx.org; anita.jonesco@gmail.com; leeann.jennings@co.jones.tx.us; mary.lovelady@co.jones.tx.us; carol.swize@co.karnes.tx.us; karnestax@yahoo.com; karnescountyvoter@yahoo.com; dm@kaufmancounty.net; hel@kaufmancounty.net; jbolton@kaufmancounty.net; posteen@kaufmancounty.net; angie_sanmiguel@yahoo.com; maria.valpeoz@co.kendall.tx.us; staci.decker@co.kendall.tx.us; rruiz@rivnet.com; blong@kentcountysherifftx.com; kcdclerk@caprock-spur.com; lfuller@kentcountysherifftx.com; sheriff@kentcountysherifftx.com; dianeb@co.kerr.tx.us; evaw@co.kerr.tx.us; micheles@co.kerr.tx.us; nalford@co.kerr.tx.us; haydee.torres@co.kimble.tx.us; kcclerk@caprock-spur.com; kingtac1@caprock-spur.com; kcclerk@hotmail.com; kinneycotac@sbcglobal.net; vero0209g@hotmail.com; aorta@klebergco.com; dmendez@klebergco.com; eavelar@klebergco.com; lalarcon@klebergco.com; klebergtac@netscape.net; annetteoffutt@yahoo.com; lisa.cypert@yahoo.com; shannon_propps@yahoo.com; knoxcad@yahoo.com; dora.gonzales@lasallecountytx.org; elida.linares@lasallecountytx.org; margie.esqueda@lasallecountytx.org; rtowers@co.lamar.tx.us; tj_lamarcounty@yahoo.com; bgoheen@nts-online.net; jameelong@nts-online.net; lampasas.elections@co.lampasas.tx.us; lavacavr@cmaaccess.com; Lavaca - Elizabeth Kouba (elizabeth.kouba@co.lavaca.tx.us); lavcommclk@sbcglobal.net; lavaca_elections@att.net; lavprobateclk@sbcglobal.net; lavacatax@lavacacounty.net; carla.arldt@co.lee.tx.us; sharon.blasig@co.lee.tx.us; robin.shafer@co.leon.tx.us; alanna.hall@co.liberty.tx.us; brenda.kelley@co.liberty.tx.us; mark.mcclelland@co.liberty.tx.us; mary.martinez@co.liberty.tx.us; coclerk@co.liberty.tx.us; stephanie.presnull@co.liberty.tx.us; charlene.black@co.limestone.tx.us; jennifer.johnson@co.limestone.tx.us; kcurry@co.limestone.tx.us; peggy.beck@co.limestone.tx.us; stacy.hall@co.limestone.tx.us; ghwsgwerer@yahoo.com; taxac@amaonline.com; cclerk@co.live-oak.tx.us; vhorton@co.live-oak.tx.us; elections@co.llano.tx.us; jennabeth.sagebiel@co.llano.tx.us; sheriff@co.loving.tx.us; cclerk@co.loving.tx.us; tina.powers@co.loving.tx.us; Dorothy Kennedy; garmenta@co.lubbock.tx.us; rstinson@co.lubbock.tx.us; donna.willis@co.lynn.tx.us; sherry.pearce@co.lynn.tx.us; susan.tipton@co.lynn.tx.us; earl.parker@madisoncountytx.org; karen.jones@co.marion.tx.us; peggy.bourne@co.marion.tx.us; vickie.smith@co.marion.tx.us; mhhcastro@yahoo.com; taxac@co.mason.tx.us; co.dist.clerk@co.mason.tx.us; cpevey@co.matagorda.tx.us; challmark@co.matagorda.tx.us; jhickl@co.matagorda.tx.us; lgriffin@co.matagorda.tx.us; mgarrison@co.matagorda.tx.us; mfoster@co.matagorda.tx.us; dramirez@co.maverick.tx.us; electionsep@yahoo.com; angiegarner1972@yahoo.com; naneychris@yahoo.com; sbcampos2002@yahoo.com; tinaasmith@yahoo.com; mccoclerk1@verizon.net; greg.woodruff@co.mclennan.tx.us; judy.knapek@co.mclennan.tx.us; karen.hall@co.mclennan.tx.us; kathy.vanwolfe@co.mclennan.tx.us; terry.sefcik@co.mclennan.tx.us; taxofc@granderiver.net; taxofc@granderiver.net; mcmullencl@granderiver.net; mcclerk@granderiver.net; taxofc@granderiver.net; barbara.creech@medinacountytexas.org; brodie.koch@medinacountytexas.org; lena.parrish@medinacountytexas.org; menardck@verizon.net; menardcountyclerk@verizon.net; menardtac@hotmail.com; carolyn_graves@co.midland.tx.us; cynthia_goyang@co.midland.tx.us; VTR02@co.midland.tx.us; stella_flores@co.midland.tx.us; terry_perry@co.midland.tx.us; milamcoclk@milamcounty.net; kmorgan@milamcounty.net; votersreg@milamcounty.net; ntucker@milamcounty.net; smueck@milamcounty.net; carolyn.foster@co.mills.tx.us; mctac@centex.net; dscarlock@co.mitchell.tx.us; faye@co.mitchell.tx.us; m.barr@co.mitchell.tx.us; angels@co.mitchell.tx.us; mitvoter@sbcglobal.net; peachie@co.mitchell.tx.us; mcoclerk@windstream.net; montaguecountytac@windstream.net; Carol.Gaultney@mctx.org; jane.voss@mctx.org; jason.lay@mctx.org; sandy.hawkins@mctx.org; Suzie.Harvey@mctx.org; bmckanna@moore-tx.com; taxoffice@moore-tx.com; kim.thomasson@co.morris.tx.us; vicki.falls@co.morris.tx.us; dannar@caprock-spur.com; motleycotac@yahoo.com; katehurt@caprock-spur.com; debra.gaston@co.nacogdoches.tx.us; nacelections@gmail.com; ksbutlertx@yahoo.com; toddstallings@gmail.com; akennedy@navarrocounty.org; dparker@navarrocounty.org; mary.cobb@co.newton.tx.us; melissa@co.newton.tx.us; michellepitts16@yahoo.com; duckworth75932@yahoo.com; shari.ebach@co.newton.tx.us; safhlow6@yahoo.com; nolancountyvoters@sbcglobal.net; kathy.bowen@co.nolan.tx.us; pat.mcgowan@co.nolan.tx.us; diana.barrera@co.nueces.tx.us; michelle.uresti@co.nueces.tx.us; Nuri Rodriguez; rafael.benavidez@co.nueces.tx.us; rochelle.limon@co.nueces.tx.us; simon.saenz@co.nueces.tx.us; Velma Perez; bwilliams@ptsi.net; dianaflores@ptsi.net; sbrown@ptsi.net; ocdc@amaonline.com; taxac@co.oldham.tx.us; cbradley@co.orange.tx.us; lalford@co.orange.tx.us; tleverett@co.orange.tx.us; aida.trevino@co.palo-pinto.tx.us; claudia.blair@co.palo-pinto.tx.us; janette.green@co.palo-pinto.tx.us; judith.sever@co.palo-pinto.tx.us; linda.tuggle@co.palo-pinto.tx.us; neysa.formanek@co.palo-pinto.tx.us; stacy.choate@co.palo-pinto.tx.us; cheyenne.burnham@co.panola.tx.us; cheymarie23@msn.com; gina.osborn@parkercountytx.org; laura.watkins@parkercountytx.org; michele.bennett@parkercountytx.org; robert.parten@parkercountytx.org;

4

TX_00193973

TEX00193973

parmertc@parmercounty.net; pcclerk@parmercounty.net; mary.martinez@co.pecos.tx.us; mary.sanchez@co.pecos.tx.us; santa.acosta@co.pecos.tx.us; trish.king@co.pecos.tx.us; veronica.bernal@co.pecos.tx.us; yfalcon@co.pecos.tx.us; kathy.martin@co.polk.tx.us; bidsmith@hotmail.com; marion.smith@co.polk.tx.us; schelana.walker@co.polk.tx.us; bobbyevandyke@co.potter.tx.us; jannaewing@co.potter.tx.us; knoxiemathes@co.potter.tx.us; na_19_042000@yahoo.com; pcdclerk@sbcglobal.net; vpallarezmarfa@msn.com; almagarcia7820@yahoo.com; danny.sims@co.rains.tx.us; countyclerk@randallcounty.org; voter@randallcounty.org; rpoynor@randallcounty.org; shorton@randallcounty.org; elections@randallcounty.org; caguilar@reagancounty.org; shawnad@reagancounty.org; thodge@reagancounty.org; rcclerk@reagancounty.org; realcl@hctc.net; dbrice@co.real.tx.us; redrivercountyclerk194@yahoo.com; misssassy092099@yahoo.com; dfclerk@yahoo.com; reeves_5@yahoo.com; nicholsstella@ymail.com; amy_villarreal1971@yahoo.com; rachael.garcia@co.refugio.tx.us; deann.williams@co.roberts.tx.us; mary.slavin@co.roberts.tx.us; toni.rankin@co.roberts.tx.us; thancock@valornet.com; gdenton@rockwallcountytexas.com; pshives@rockwallcountytexas.com; tinlow@rockwallcountytexas.com; elesaocker@wtxs.net; runnelscotax4@wtxs.net; runnelscotax2@wtxs.net; kathie.wittner@co.rusk.tx.us; krissy.splawn@co.rusk.tx.us; sabinecc@yahoo.com; chanda_wood@yahoo.com; sabinecounty@valornet.com; deborah.woods@co.san-augustine.tx.us; electionsoffice@att.net; sherryl.evans@co.san-jacinto.tx.us; vicki.shelly@co.san-jacinto.tx.us; laura.stevens@co.san-patricio.tx.us; mary.reyna@co.san-patricio.tx.us; pam.hill@co.san-patricio.tx.us; sonya.alcala@co.san-patricio.tx.us; clerk@co.san-saba.tx.us; ssctac@co.san-saba.tx.us; electionadm_bkm@verizon.net; scurrycoclerk@suddenlinkmail.com; selenegllgs@yahoo.com; cdclerk@sbcglobal.net; gay_ask@sbcglobal.net; deputy2@shackelfordcountytexas.com; shelbycoclerk@ndemand.com; gravesjshelbyco@yahoo.com; dkriley71@yahoo.com; gina.jones@co.sherman.tx.us; valerie.mcalister@co.sherman.tx.us; emorris@smith-county.com; jstanfield@smith-county.com; knelson@smith-county.com; elections@co.somervell.tx.us; cathy_thomas@glenrose.org; elections@co.starr.tx.us; rmontalvo@co.starr.tx.us; cjl@texasisp.com; tlssull@texasisp.com; r.mcginnis@verizon.net; sswyatt@verizon.net; jim.stoco.tax@srcaccess.net; hoy.stoco.clrk@srcaccess.net; suttoncotacvr@sonoratx.net; rachel@sonoratx.net; richelle.culifer@swisher-tx.net; eldipaolo@tarrantcounty.com; abbergfield@tarrantcounty.com; ghamilton@tarrantcounty.com; gcwoolridge@tarrantcounty.com; JJJohnson@tarrantcounty.com; jeslonaker@tarrantcounty.com; kwking@tarrantcounty.com; P Benavides; sswalker@tarrantcounty.com; svickers@tarrantcounty.com; Stephen R. Raborn; yramirez@tarrantcounty.com; callahanc@taylorcountytexas.org; raganfr@taylorcountytexas.org; sarabiaj@taylorcountytexas.org; allynk@taylorcountytexas.org; terrell.co.tac@usa.com; mallencdc222@yahoo.com; dreid@terrycounty.org; kcarter@terrycounty.org; kvalentin@terrycounty.org; lbryant@terrycounty.org; psalazar@terrycounty.org; throckmortonclerk@hotmail.com; kristen_randle@yahoo.com; mrsldbrooks@yahoo.com; tituselections@co.titus.tx.us; barbara.stone@co.tom-green.tx.us; peggy.reichard@co.tom-green.tx.us; Rudy.Olivas@co.tom-green.tx.us; vanessa.simon@co.tom-green.tx.us; vona.mckerley@co.tom-green.tx.us; elections@co.tom-green.tx.us; abbie.tobias@co.travis.tx.us; dana.debeauvoir@co.travis.tx.us; dee.lopez@co.travis.tx.us; gail.fisher@co.travis.tx.us; ginny.ballard@co.travis.tx.us; kim.martinez@co.travis.tx.us; mary.fero@co.travis.tx.us; melinda.avey@co.travis.tx.us; michael.winn@co.travis.tx.us; nelda.spears@co.travis.tx.us; sharon.mckinney@co.travis.tx.us; susan.bell@co.travis.tx.us; brendacathey96@yahoo.com; diane.mccrory@co.trinity.tx.us; lindylou54@valornet.com; idlejune@gmail.com; babygirl77664@yahoo.com; coclerk@myinu.net; lindseyrm613@aol.com; rjhart@dishmail.net; swmatkin@aol.com; wanda4tea@gmail.com; brandy.lee@countyofupshur.com; fran.gardner@countyofupshur.com; greg.dodson@countyofupshur.com; upshurvoter@yahoo.com; sam.caffey@countyofupshur.com; sherronl@countyofupshur.com; cat79778@yahoo.com; lawanda.mcmurray@co.upton.tx.us; maggie-tac@uvaldecounty.com; bea_munoz@valverdecounty.org; gramon@valverdecounty.org; vvcovote@valverdecounty.org; vvctaxof@valverdecounty.org; cbledsoe@vanzandtcounty.org; esmith@vanzandtcounty.org; George Matthews; elections@vctx.org; jsalas@vctx.org; mhill@vctx.org; dbrimer@co.walker.tx.us; dianamcrae@co.walker.tx.us; walkervr@co.walker.tx.us; a.trujillo@wallercotx.com; d.hollan@wallercotx.com; e.shelburne-tac@wallercotx.com; m.richard@wallercotx.com; p.kehlenbeck@wallercotx.com; rgerman@earthlink.net; t.schovajsa@wallercotx.com; natrell.cain@co.ward.tx.us; vicki.heflin@co.ward.tx.us; brothermel@wacounty.com; cfoster@wacounty.com; egollado@webbcountytx.gov; ovillarreal@webbcountytx.gov; rmartinez@webbcountytx.gov; Judy.owens@co.wharton.tx.us; sharon.martin@co.wharton.tx.us; margaret.dorman@co.wheeler.tx.us; mindy.duncan@co.wheeler.tx.us; lewis.porter@co.wheeler.tx.us; tracie.simpson@co.wheeler.tx.us; lori.bohannon@co.wichita.tx.us; penny.baxley@co.wichita.tx.us; sharon.kaufhold@co.wichita.tx.us; abrubaker@co.wilbarger.tx.us; voter@co.wilbarger.tx.us; ahanks@co.wilbarger.tx.us; cquis@co.wilbarger.tx.us; groberts@co.wilbarger.tx.us; jkennon@co.wilbarger.tx.us; mdunson@co.wilbarger.tx.us; mbrock@co.wilbarger.tx.us; rhalencak@co.wilbarger.tx.us; jayser_2002@yahoo.com; jaime.serna@co.willacy.tx.us; jseippel@wilco.org; kschroeder@wilco.org; keastes@wilco.org; rbarron@wilco.org; anna.gonzales@co.wilson.tx.us; Eva.martinez@co.wilson.tx.us; olga.marrero@co.wilson.tx.us; rlpwilsoncounty@yahoo.com; minerva.soltero@co.winkler.tx.us; wctac@co.winkler.tx.us; sreed@co.winkler.tx.us; elections@co.wise.tx.us; lannie.noble@co.wise.tx.us; dcriddle@co.wood.tx.us; abearden@yoakumcounty.org; drushing@yoakumcounty.org; jparrish@yoakumcounty.org; d.taylor@youngcounty.org; l.boyle@youngcounty.org;

TX_00193974

TEX00193974

n.thomas@youngcounty.org; s.crail@youngcounty.org; anitajuarez46@live.com; zapataclerk@yahoo.com;
deliamendoza256@hotmail.com; lgonzal@zapatacountytx.org; mjbonoan@sbcglobal.net; axl1rose2003@yahoo.com;
hotrodnolo57@gmail.com; l.valerio@sbcglobal.net; maricelagzm@hotmail.com; trevinooj@yahoo.com; Barbara Strain
**Subject:** Brief Communication Regarding SB 100 and SB 14-CC/EA/VR

Dear County Election Officials and Voter Registrars,

We have been receiving calls from many of you wanting to know when Senate Bill 14 ("Voter ID") and Senate
Bill 100 ("MOVE Implementation") will take effect, when we will have the forms and/or proposed rules ready
that are required by each enactment, and whether we will notify you when the enactments are precleared by the
U.S. Department of Justice ("DOJ"). We take this opportunity to update you on these two enactments.

First, both enactments have been submitted by our office to the DOJ. The 60-day period for SB 14 expires on
September 23, 2011 and for SB 100 on September 19, 2011. <u>On or before those respective dates, we will know
whether the enactments will be precleared, will be objected to, or will be the subject of supplementation
requests (which will operate to extend the original 60-day period).</u> Shortly after the DOJ advises us of its
actions, we will advise you of that action and will provide additional information on the next steps county
election officials need to take in preparation for the 2012 elections.

In the meantime, our office is working to modify and create forms as a result of the passage of these and other
important bills. Forms will be forwarded to you in due course after preclearance has occurred. We have
attached the Proposed Name Rule required by Senate Bill 14, which will appear in the September 23rd Texas
Register publication, and at that time the 30-day comment period will begin. We have also enclosed
the modified provisional rules, impacted by Senate Bill 14, and the final adoption of SB 100, both of which
will also appear in the September 23rd publication. In a separate transmittal later today, we will send you a
weblink to the New Notice of Required ID, which will be given to voters who use a form of ID during the
November 2011 election that will not be valid starting in 2012.

Thank you for keeping up with the 2011 legislative changes!

Ann McGeehan
Director of Elections
Office of the Texas Secretary of State
amcgeehan@sos.state.tx.us
512-463-9871

TX_00193975

TEX00193975

# The State of Texas



Elections Division
P.O. Box 12060
Austin, Texas 78711-2060
www.sos.state.tx.us

Phone: 512-463-5650
Fax: 512-475-2811
Dial 7-1-1 For Relay Services
(800) 252-VOTE (8683)

John Steen
Secretary of State

September 9, 2013

The Honorable <first><last>
Texas House of Representatives
State Capitol Building, Room <room number>
Austin, Texas  78701

Dear <title> <last>:

Photo ID requirements will be in effect for the upcoming November 5 Election. In addition to my office's educational campaign to help all Texans prepare for this requirement, I am asking all interested groups and individuals to help us spread the word about photo ID.

Attached is a draft press release you may customize for distribution. I encourage you to share this with media outlets in your district. Additionally, please consider distributing this information to your constituents through newsletters, social media, and district meetings.

On the state voting website, www.votetexas.gov, you will find additional materials for disseminating information about voter photo ID as well as general voting information. Under the "Resources" tab on the Vote Texas webpage, you will find logos which can be uploaded to your webpage, printable posters with photo ID information, and other materials to help you communicate with your constituents about voting in Texas.

If you or your staff members have any questions about these resources, please feel free to contact my communications director, Alicia Pierce, at apierce@sos.texas.gov or 512-463-6116.

Sincerely,

John Steen
Secretary of State

Enclosure

TEX0524739

FOR IMMEDIATE RELEASE                    Contact: name and phone number
(date)

## (Rep./Sen. ___) announces mobile election ID stations coming to (County Name)

**(City,TX)** – (Rep./Sen_____) announces  Election Identification Certificates (EICs) will be available from mobile stations in (County Name) (start date) through (end date) .

EICs  are available without charge to qualified Texas voters who do not already have an approved form of photo ID, which is now required for voting in person. The November 5 Election will be the first statewide election with photo ID requirements in effect.

EICs are available from DPS driver license offices across the state, but these mobile units will help bring EIC access closer to home. The stations are made possible through a partnership with the Texas Secretary of State and the Texas Department of Public Safety and working closely with (County election official).

Many Texans already have an approved form of ID and will not need or qualify for an EIC. Acceptable forms of ID in addition to an EIC are:

•Texas driver license issued by DPS
•Texas personal identification card issued by DPS
•Texas concealed handgun license issued by DPS
•United States military identification card containing the person's photograph
•United States citizenship certificate containing the person's photograph
•United States passport

Applicants for an EIC will need to present proof of citizenship and identity. For most applicants that means a birth certificate and two forms of supporting identification. A complete list of identification requirements is available at
http://www.dps.texas.gov/DriverLicense/eicDocReqmnts.htm.

See below for schedule. Dates and times are subject to change. Check www.VoteTexas.gov for the latest dates, locations and times.

insert dates, times and locations

# # #

SB 14 – Fiscal Note Requirements – High level requirements

DLS Updates Changes:

- Create new card type – voter id
- Create issuance transaction for voter id
  - Need new numbering schematic that will be system generated, details will be determined after meetir
    assume 15-20 digit alpha/numeric field
  - Last Name, First Name, Middle and Suffix (use DLS field requirements)
  - Date of birth (use DLS field requirements)
  - Residence Address (use DLS field requirements)
  - Mailing Address (use DLS field requirements)
  - Voter registration fields (existing in DLS)
  - Citizenship (yes or no – if no stop issuance transaction)
  - Must meet identity requirements (existing in DLS)
  - No fee processing
  - Real time query to Crime Records to determine if applicant is eligible based on criminal history.
    (NEED INPUT FROM LAW ENFORCEMENT SUPPORT)
  - If return from criminal history is not eligible, stop issuance transaction.
- Modify ICS program – capture portrait and signature only – L1
- Portrait image will be enrolled in IVS following same criteria as dl/id
- Create new card production file (DLS to L1)  (NEED INPUT FROM L1)
  - Contain voter id cards only
  - Provide mag stripe and 2D barcode data
- Create new card – L1
  - Potentially use white teslin
  - Portrait layout
  - Header text and color different from all dl/id card types
  - Data displayed
    - Last, first, middle name and suffix
    - Residence address
    - Date of birth
    - Voter id number
    - Portrait
    - Signature
- Create new post production file (from L1 to DLS) (NEED INPUT FROM L1)
  - Populate post production information into card production table
- Modify create voter registration extract file to include new applications from voter id transaction
- Create new interface that will allow Secretary of State to provide cancellation information (NEED INPUT FROI
- Create new interface that will allow realtime validation of existing voter registrations (NEED INPUT FROM SO'
- Modify create file for validating address (FIS mail file) to include voter id information.

DLS Application modification (requirements, design, development, QA, UAT)
PMO project Manager
Customer Service Representative's IT Contact Center
L1 Application modification (Image Capture, Image Verification, production file modification and new card design)
Training development and materials
card cost
card processing (processing, supplies and postage)
TOTAL COST


Based on 13% of current ID card applicants registering to vote (81% 18-64 yoa)
Based on 13% of current ID card applicants registering to vote (19% 65 + yoa)
POTENTIAL LOSS


s to the Driver License System, Image Capture System, Image Verification System and
equirements tab for high level description)  This estimate does not Include any costs that
Office.


as driver license for a Voter ID; however there is the potential that a customer could choose
e Voter ID.  Since the Voter ID will not be an acceptable form of identification for anything
vay to accurately calculate the number of customers who will make that choice,  resulting in
on historical knowledge of the issuance process, approximately 13% of customers applying
ate.  Using that percentage, an estimated revenue loss has been  calculated.  (see ID card

COST TO IMPLEMENT SB 14

| qty/hours | unit cost | total |
|---|---|---|
| 1560 | $ 130.00 | $ 202,800.00 |
| 400 | $ 130.00 | $ 52,000.00 |
| 3 | $ 25,132.00 | $ 75,396.00 |
| 1 | $ 117,000.00 | $ 117,000.00 |
| 1 | $ 3,481.70 | $ 3,481.70 |
| 57834 | $ 0.60 | $ 34,700.40 |
| 57834 | $ 0.46 | $ 26,603.64 |
| | | $ 511,981.74 |

POTENTIAL REVENUE LOSS

| | | |
|---|---|---|
| 46846 | $ 15.00 | $ 702,690.00 |
| 10988 | $ 5.00 | $ 54,940.00 |
| | | $ 757,630.00 |

Implementation costs include modification
development of a new Voter ID card. (see r
may be incurred by the Secretary of States

It is unlikely that someone will forfeit a Tex
to surrender an existing Texas ID for the fre
other than the voting process, there is no v
a revenue loss to the mobility fund.  Based
for a Texas Identification Card register to v
estimates tab).

# Voter ID Cost Estimates

# of ID's issued in 2010

% of ID holders under 18 yoa/Temp Vis

ilfable to meet the 63.0101 (Election Code) requirements
# of ID's issued less ID holders under 18 yoa/Temp Vis

13% of ID holders who expressed interest in registering to vote

% of ID holders over 65 yoa

**Maximum revenue loss to Mobility Fund if all eligible ID holders elected to get a free ID\***

| | |
|---|---|
| 444,879 x 81% = 360,352 x $15 = | $5,405,280 |
| (over 65 yoa) 19% = 10,989 x $5 = | $54,945 |
| **Total** | **$5,460,225** |

**Minimum loss to Mobility Fund if only the current 13% of ID holders who registered to vote at time of application elected to get a free ID**

| | |
|---|---|
| 57,834 x 81% = 46,846 x $15 = | $702,683 |
| (over 65 yoa) 57,834 x 19% = 10,989 x $5 = | $54,945 |
| **Total** | **$757,628** |

**Impact to DPS' budget**

| | |
|---|---|
| $1.67 = DPS' cost to produce and mail ID card | 19% or 89,922 |
| | 57,834 |
| MAX — 444,879 x $1.67 = | $742,948 |
| MIN — 57,843 x $1.67 = | $96,583 |
| | 444,879 |

\* This maximum is mitigated if free IDs are issued to customers who don't already have identification su

- 6% or 28,396

473,275

ıg with SOS –

ʌ SOS)
S)

| From: | Wroe Jackson |
|---|---|
| To: | 'macgregor.stephenson@gov.texas.gov' |
| CC: | Coby Shorter |
| Sent: | 9/26/2013 1:26:41 PM |
| Subject: | "No" Counties |
| Attachments: | Copy of EIC County Judges.xlsx |

The following counties have declined, based on lack of facilities, staffing, population, or some combination of those three.

Blanco
Briscoe
Collingsworth
Concho
Delta
Edwards
Jackson
King

Elections is also waiting on a response from Cochran and Foard Counties. (The Foard County sheriff is in court today, but has been made aware of the message.)

Attached, please find the compiled information from these counties, including comments from the phone conversations between Elections and the counties. The original point of contact was the Tax Assessor-Collector or County Clerk; county judges are listed on this draft of the material.

Please advise.

Wroe Jackson
General Counsel
Texas Secretary of State
512/463-5770 (w), 512/475-2761 (f)
wjackson@sos.texas.gov

*This communication may be privileged and confidential. Any copying, use, or distribution of any information or materials by or to anyone other than the recipients listed above is prohibited without express authorization from the sender.*

**_Please note my new email address effective immediately: wjackson@sos.texas.gov_**







**Secretary of State**
## STATE OF TEXAS
## PURCHASE ORDER

Page 1 of 2

ALL TERMS AND CONDITIONS SET FORTH IN OUR BID
INVITATION BECOME PART OF THIS ORDER

**Order Number:** 307-2-00216

**Order Date:** Jan 3, 2012

TO:  Burson-Marsteller
Mike Lake, Michelle Bleiberg
TIN #131493710, Mike.Lake@bm.com
1845 Woodall Rodgers FWY, 11th Floor
Dallas, TX 75201
Ph: 214-224-8401

| BILL TO | DELIVER TO |
|---|---|
| SOSAccountsPayable@sos.state.tx.us, or: Secretary of State Attn: Financial Management P. O. Box 12887 Austin, Texas 78711-2887 | Secretary of State James E. Rudder Bldg. 1019 Brazos, Room B-13 Austin, Texas 78701-2413 |

**A valid purchase order number must be shown on shipments and invoices.**

PCC Code:  S

Accounting Information: 725001(2.85M), 726401(150K)

| Item No. | Quantity | Unit | Description | Unit Cost | | Extension |
|---|---|---|---|---|---|---|
| 1 | 1 | LOT | Services to provide continuing voter education and outreach consistent with the Help America Vote Act of 2002 ("HAVA") to educate and train Texans on the voting and election processes in Texas. | $3,000,000.00 | Est. | $3,000,000.00 |

The Contract is comprised of the following documents:
    Purchase Order 307-2-00216, Dated 1-3-2012
    Request for Proposal 12111 (RFP specifications, terms and
       conditions and attachments) and Execution of Offer,
       Affirmation of Terms and Conditions, and Proposal Preferences
    Burson-Marsteller's response to RFP 12111

Contract Amount: Not to Exceed $3,000,000.00

Term of Contract: January 3, 2012 - January 31, 2013

TX_00298763

PO# (Contd)     307-2-00216                                                    Page 2 of 2

| Item No. | Quantity | Unit | Description | Unit Cost | Extension |
|----------|----------|------|-------------|-----------|-----------|
| | | | Burson-Marsteller acknowledges and agrees to all terms and conditions contained in RFP 12111, to include contractual requirements, "Execution of Offer, Affirmation of Terms and Conditions and Proposal Preferences", budget allocated and the HUB Subcontracting Plan submitted.

Agreed and Accepted:
Burson-Marsteller

By: | | |

Name: Mike Lake
Title: Chairman, U.S.Public Affairs Practice & Southwest Region

|          |        |               |              |                      | Total: | Est. | $3,000,000.00 |

ORDERED BY: _____

Purchaser / Phone:  Mary Jon Urban CTPM,  512-463-5608;  email: mjurban@sos.state.tx.us     Fax:  512/475-2819          Plus Freight: Y / N

STATE AND CITY SALES TAX EXEMPTION CERTIFICATE: (Federal Employee's ID: 74-6000143) The undersigned claims an exemption from taxes under Texas Tax Code, Section 151.309(4), for purchases of tangible personal property described in this order, purchased from contractor and/or shipper listed above, as this property is being secured for the exclusive use of the State of Texas.

TX_00298764



PROJECT PROPOSAL
**RFP 12111**
Submitted to the
SOS Purchasing Department
Office of Secretary of State

**HELP AMERICA VOTE ACT OF 2002**
**VOTER EDUCATION AND OUTREACH OPPORTUNITIES**

| RFP RESPONDENT/PROPOSER: | Burson-Marsteller<br>1845 Woodall Rodgers Freeway<br>11th Floor<br>Dallas, TX 75201 |
|---|---|
| PROPOSER'S IDENTIFICATION NUMBER: | TIN # 13-1493710<br>Federal ID # 26-2471086<br>Corporate Charter # 3553242 |
| CONTACT PERSON: | Mike Lake<br>Chairman, U.S. Public Affairs Practice & Southwest Region<br>Mike.Lake@bm.com<br>1.214.224.8401 |
| PROJECT MANAGER: | Michelle Bleiberg<br>Director, Public Affairs Practice<br>Michelle.Bleiberg@bm.com<br>1.214.224.8440 |
| ACCEPTANCE OF SPECIFICATIONS, TERMS & CONDITIONS: | Proposer hereby accepts by the submission of its proposal the specifications and terms and conditions contained in this Request for Proposal 12111 and Attachment B:<br><br>*Mike Lake / Mike Lake*　　　November 9, 2011<br>Name　　　　　　　　　　　　　　　　Date<br>(Include printed name and signature of person with authority to obligate and contract for the Proposer and date.) |
| DATE RECEIVED BY SOS: | (SOS Purchasing staff will initial, date and record time proposal is received.) |

**\*COPY\***

**VOTEXAS.ORG**



Burson-Marsteller

1



## Understanding of the Project and Methodology

The Help America Vote Act (HAVA) of 2002 was enacted to create improvements in voting systems and voter access following the 2000 election. Since then, the Texas Secretary of State's (SOS) office has been responsible for implementation and compliance of the mandates set forth by HAVA. Burson-Marsteller, which created and implemented the original VOTEXAS program in 2006, established the benchmark for measurement and success and has been tracking the outcomes and success of the SOS efforts to educate voters on new laws, procedures and processes as part of our overall efforts to remain current on voter attitudes and opinions. In addition, Burson-Marsteller has successfully led HAVA public education programs in three other states, including New York, Ohio and South Carolina, developing our expertise and best practices in voter education and outreach programs even further.

Leveraging our trademark Evidenced-Based Communications Approach, the research we conducted after the 2006 VOTEXAS program indicated that a majority of Texas voters felt the voting process was easy, including registering to vote, using the voting equipment at polling places, knowing what documentation to bring and reading and understanding the ballot. While these numbers dropped slightly in 2009, our new 2011 research shows the needle is moving in a positive direction. Our current research shows 99 percent of registered voters are satisfied with their voting experience.



While educational efforts by the SOS have proven effective since the enactment of HAVA, and overall, Texans are satisfied with their voting experience, the 2012 election cycle will be the first election that will require the SOS to educate voters on a new voter ID requirement, the Texas Voter ID law (Senate Bill 14). In addition to a voter registration card, Texans will need a government-issued photo ID to cast their ballot in the upcoming 2012 elections. Voters will be required to furnish a Texas driver's license, Department of Public Safety identification card, state-issued concealed handgun license, U.S. military ID or U.S. passport before casting a ballot.

*Of the approximately 13 million registered voters in Texas, almost half (49 percent) are unaware they will be required to show valid government identification when they go to the polls in 2012[1].*

Not only does the Secretary of State's office need to educate Texas voters on the recently adopted voter ID law, it also has the responsibility to continue to provide Texans with instructions on how to register to vote, how to cast a ballot and polling place procedures. And, the SOS's office now must educate military and overseas voters on new registration rules and procedures under the Military and Overseas Voter Empowerment (MOVE) Act, which had a 62 percent unawareness level in our recent poll.

Given Texas' diverse population and the ground that must be covered both in-state and overseas for our military personnel, the SOS's office has the enormous task of disseminating information that will reach all eligible Texans. Special emphasis must be made to inform the state's special publics and subgroups including ethnic populations, special needs populations, and first time and elderly voters. This is a significant undertaking given the one-year countdown to the upcoming presidential election began November 8 and primaries and caucuses in other states will begin earlier in 2012, further raising voter interest and inquiry.

*We believe, validated by our unique research, there should be three key focal points of the VOTEXAS public education effort in 2012:*

1. *Aggressively informing Texans of the new voter ID requirement to ensure a positive voting experience;*
2. *Providing information on the MOVE Act through appropriate channels so military and overseas Texans understand the proper procedures; and*
3. *Continuing to inform voters about registration, polling place processes and procedures, and properly casting a ballot.*

### Reaching Voters

In addition to quantifying the most pressing voter education needs, understanding the information streams to which Texans will be most receptive is also a key component in crafting an effective public education program. According to our research, 84 percent of survey respondents believe

---

[1] It is important to note that while the U.S. Department of Justice will reach a decision as to the legality of the photo ID requirement before the end of the year. Since the decision will be made after the submission of RFP Number 12111, Burson-Marsteller is incorporating the requirement as it currently stands.



TEX00312557



state government officials and offices are "somewhat, to very credible" sources for voting information, followed by friends and family, church groups and third party organizations. Media and advertising are also considered credible, along with web sites, social networking sites and blogs.

We also conducted a comprehensive media audit to determine how the media is covering HAVA as it pertains to Texas, and understand what messages Texans are receiving through the news outlets. We found that while HAVA itself has received nationwide coverage in hundreds of top tier and local media outlets during the past year, the voter education platform, "VOTEXAS," and other voter education/outreach initiatives, including Project V.O.T.E., have received minimal coverage with about a dozen relevant articles.



The graph here shows the top key words, messages and descriptors of "VOTEXAS" and "Texas and HAVA" derived from current web materials and key messages. These have been contrasted against the key words, messages and descriptors from the past 12 months of media coverage regarding "VOTEXAS" and "Texas and HAVA." Overall, the personal experience of voting or the personal effects from the new voter ID law are not reflected in the media coverage.

Messages disseminated by the Texas SOS focus on the individual by using terms such as "you" and "your." The news media, meanwhile, favor terms such as "voting" verses "voter" or "vote," indicating a missed connection with the actual voter or the individual vote being cast. We found that the media tends to look at the process of voting collectively and overlook the individual and the call to action. While "HAVA" is mentioned numerous times across all categories and is the most frequently mentioned term in the media, "VOTEXAS" and "Texas" are scarcely mentioned even when coupled with "HAVA." In addition, key terms and messages of "VOTEXAS" and respective media coverage do not contain any significant mentions of registering, polling, ballots, ID or proper procedures. There also has been significant coverage on the new voter ID law although it did not focus on how to comply with the new requirements; instead it centered on the core issues of the topic—the potential effects on elections and the political debate concerning the law. Here, it is clear the news media has yet to sense the need of Texans to be better informed about the law and its impact of their Election Day routines.

In looking at the social media and digital space, our research shows most individuals search the Internet for information about voter registration, polling locations and early voting, while a smaller percentage look for data about absentee voting and local elections. Although the VOTEXAS web site provides a wealth of voter information and is user friendly, our research indicates most individuals look to other digital sources for voter information. VOTEXAS ranks first among search results after conducting an analysis of key search terms such as "voting in Texas," "where can I vote in Texas" and "registering to vote in Texas;" however, the research shows individuals find most of their information on other web sites, such as county web sites and non-governmental organizations' web sites. This is an indication that VOTEXAS.org is not recognized as the de-facto information source on voting in Texas.

Users looking for information about "voting in Texas" often use the following key phrases and words:

where can I vote in Texas
voting in Texas
voting locations by zip code in Texas
absentee voting in Texas
how to register to vote in Texas
register to vote in Texas
early voting states
am I registered to vote in Texas
Texas voting results
voting registration form
voter identification card
county election

We also concluded that the overall conversation surrounding Texas voting procedures is one-sided and outward, producing very little two-way dialogue. In this digital age, utilizing social media and creating a two-way dialogue is critical to ensuring target audiences are reached across a wide spectrum. While the VOTEXAS web site does a good job of pushing out the information that is being searched, social networks such as Twitter and Facebook are not being utilized to their full potential. For example, there is no official page listed under HAVA or VOTEXAS. When searching for the terms "Texas early voting" and "voting in Texas," there were only two relevant Facebook pages relating to the 2012 presidential campaign. Based on our experience there needs to be a more proactive dialogue-creation connection by VOTEXAS.org via social media. As indicated above,

| Pages | voting in texas |
|---|---|

| Pages | texas early voting |
|---|---|

No results found for your query.

our research shows that friends and family rank high as trusted sources of information. And Facebook is a powerful and important tool used heavily by friends and family and perfect for engaging a large number of people in an open conversation about the new photo identification requirements as well as other standard voting information like registering and polling places.

Additionally, the Twitter link from the VOTEXAS web site takes users to the official Twitter account of the SOS (@TXsecofstate). There are minimal "@" replies sent from Secretary of State Hope Andrade's official Twitter account, and of the last 50 tweets from the account at the time of the digital audit, only nine of them mentioned voting in Texas.

**VOTEXAS.ORG**


Burson-Marsteller

3

TEX00312558



Also, at the time of the analysis, the account had 278 tweets since its creation. Furthermore, the SOS Twitter account is following 259 users and is being followed by 955 users—these numbers are considered middle-range when compared to other similar Twitter accounts. In addition, there is very minimal buzz online from influential bloggers surrounding voting in Texas, registering, polling places or the voter ID law, and the SOS has no presence on other social media sites such as Flickr and YouTube.

### What It All Means

Burson-Marsteller is the only public relations firm in the United States that has designed and implemented four highly successful HAVA education programs. We have a unique understanding of creating and executing HAVA programs. We know what works. We know what resonates with voters. We also know Texas – its politics, culture and people.

Based on our expertise in executing statewide public education efforts, such as Texas Electric Choice for the Public Utility Commission or the Texas Consumer Health Assistance Program for the Texas Department of Insurance, and our global experience and access to best practices in communications, we know the SOS faces a significant challenge in ensuring all Texans are educated and prepared to cast their vote during the primary or general election. The new voter ID requirement impacts all voters and a successful Election Day outcome in Texas is contingent upon an informed and prepared voting public. Therefore, our recommendation is that public education efforts focus on this new voter ID requirement and use it to spring board other valuable voting information into the public dialogue.

We understand the pride of Texans in their state. We have a unique culture and proud heritage of independence and leadership. Our goal is to tap into this pride and individualism to engage Texans in the process of understanding the new voting requirements. We intend to link our "identity" as Texans to our leadership in guaranteeing the integrity of the voting process. Our program connects the personal aspects of voting with the statewide public education effort to guarantee that everyone is prepared and ready to vote. We will make it personal and put a face on the process. The **Faces of Texas** will become a touchstone for our program, with a clear and approachable message that will resonate with people across the state. Every election is about the future of Texas, and each person's vote will determine that future. Our program objectives are to:

- **Educate** Texans on the need to bring a government-issued photo ID to the polling place to vote.
- **Reinforce** message points about the overall voting process, which involves four clear steps — *Register* to vote; *Find* your polling place; *Show* your ID to the poll worker; and *Cast* your vote.
- **Create** a fun and engaging public education program showing real Texans, we aim to encourage all eligible voters in the state not to let anything hold them back from voting — and to exercise their right on election day.

Our strategy to achieve these objectives on behalf of the SOS is:

> ## To show that the voting experience in Texas is as unique as the identity of every Texan

This strategy will:

- *Create a unified and consistent voice:* The voice of individual Texans is synonymous with the voice of the state. And the identity of Texans, as embodied by their faces and their personal voting day rituals, is the identity of the state. Our public education program aims to create this unified and consistent voice — dedicated and enthusiastic, individual, even a little quirky, united in their *Texan-ness* — which will speak to all voters across the state.
- *Put the uniqueness front and center:* What will make this election unique and different is the new voter ID requirement. The primary job of our public education program will be to communicate this fact in the clearest and most engaging way possible. If the public education program can do this, Texas voters will show up to the polls with everything they now need to cast their vote.
- *Hold a mirror up to the state:* Texas covers a lot of ground and we believe that showing the **Faces of Texas**, from one end of the state to the other, can be one of the most engaging aspects of this program. We will go into more detail later in our response, but what we propose is a localized and viral effort that has real educational power — and engages people across the state to show their *Texan-ness* and add their faces to a unified Texas ID.

Using the elements of the strategy, the overarching theme we've developed for the public education program is:

> ## It's How We Vote In Texas

- Using our Evidenced-Based Communications Approach, we will leverage data and insights at the beginning, middle, and end of communications programs to build a successful and thorough public education program. Our approach will optimize a "surround sound effect" ensuring all target audiences are appropriately reached through multiple communications channels, multiple times and deliver

**VOTEXAS.ORG**


Burson-Marsteller

4



empirical evidence to measure impact against the specific communications objectives. We will use the following approaches to create an effective, fully integrated, public education program:

- Research to inform the communications strategy and to measure program progress
- Message development and refinement to ensure communications clarity
- Spokesperson preparation to ensure quality message delivery
- Communications materials development to create functional tools that work well across all audiences
- A kick-off event to build excitement, grab attention and create momentum
- Media Relations to educate target audiences and build message credibility
- Advertising and paid media to raise awareness and to drive audiences to key sources of information
- Grassroots outreach and communityy relations to leveage trusted souces of information
- Legislative outreach to add weight and authority to the message
- Social media to drive an ongoing conversation and to create amplifier effect

*This plan is valid for 90 days.*



## Proposed Activity Plan

## Laying the Foundation

### *Planning and Strategy*

Burson-Marsteller's proprietary Strategic Communications Planning Model ensures a 360-degree envelopment of stakeholders with VOTEXAS strategic messages. The methodology has been tested over time and proven successful for countless organizations – public and private. Applying this communications campaign planning methodology allows us to properly frame all communications for the SOS's stakeholders and create a credible and meaningful dialogue. From a tactical perspective, our approach will require executing communications programs and activities that elevate the VOTEXAS message at a statewide level. It will require reaffirming existing relationships and forming new ones with opinion leaders and main-street Texans to carry the message at the state, county and local levels.



### *Opinion Research and Awareness Tracking*

Burson-Marsteller has a variety of ways we can evaluate the effectiveness of the Texas HAVA program. We will work with the Secretary of State's office to develop key metrics to be used as well as employ agreed-upon evaluation

processes, methodologies and measurements. Initially, we propose to use Penn, Schoen Berland's Program Impact Tracking method to track awareness and impact of our efforts at several points; benchmark wave prior to Phase I, mid-wave at the conclusion of Phase I and post-wave at the conclusion of Phase II.

The tracking polls will be designed to measure KPI's for the program and to specifically track awareness, perceptions of and receptivity toward the new voter ID law throughout the course of the program. This will help us to understand whether the program is having the desired impact, and to inform course corrections to our efforts as necessary. Specifically, the tracking polls will be designed to understand:

- Quality and level of recall for the advertising;
- Ways in which attitudes about voting have been altered;
- Key demographic characteristics of target markets/audiences; and
- Level of awareness and understanding of:
  - How to register to vote;
  - Voter photo identification required by SB14
  - Polling place processes and procedures;
  - How to properly cast a ballot; and
  - MOVE Act.

We recommend conducting this research online with a total of 500 respondents per wave, including:
  - 200 registered Texas voters (generally representative across the state)





Burson·Marsteller

TEX00312560



- o   Oversample of 100 registered Texas voters, ages 18-24
- o   Oversample of 100 registered Texas voters, ages 65+
- o   Oversample of 100 registered Texas voters who identify as Hispanic

To also evaluate program success, Burson-Marsteller has designed a model placing measurement actions into four categories. These actions will be investigated through a blend of outside research at the conclusion of the program, as well as benchmarking analysis conducted throughout the year. For this program, we feel the following measurement categories are most appropriate:

**Activity.** These are quantitative measurements of projects undertaken.
**Output.** These examine the quality and quantity of what has been produced.
**Impact.** These are qualitative measures of impressions on the target audiences.
**Outcomes.** These are quantitative changes in attitudes, perceptions and participation.

### Message Development
Informed by research, Burson-Marsteller will work with the SOS office and communications staff to conduct a messaging session to define and develop key messages that can be adapted to each target audience to educate them on the voting process in a memorable, culturally specific way. These sessions will hone in the needs of specific target audiences and then map message to each of those audiences to ensure communications success. The outcome of this process will be a "message house" that clearly articulates the VOTEXAS value propositions.

### Spokesperson Training
With messages in hand, we will also work with Secretary Andrade and the SOS communications staff to utilize the most experienced and effective internal and external spokespersons to represent the SOS at events and in the media. We will ensure internal spokespersons are equipped with the information they need. We will also select effective external spokespersons, which may include new citizens voting for the first time, specialized spokespersons to reach special audiences like military members and the disabled. Once these individuals are chosen, our team of seasoned media trainers will work with the individuals so they can tell their own compelling "It's How We Vote in Texas" story and effectively communicate the voting process.

### Creative Execution
Our creative program puts a familiar Texan face on the important issue of voting. The campaign tagline "It's How We Vote In Texas"/"Asi Votamos En Texas" includes the audience in the Texas "halo," and builds consensus using friendly and accessible language. It combines timeless Texas pride with time-sensitive information about how to vote.

The campaign depicts individuals' diverse voting styles and rituals, unified by the consistent and prominent theme of always bringing a photo ID. Although specialized creative elements including TV spots, Interactive Web Banners and Social Media Programs will feature customized cues and calls-to-action relative to their specific audience, the creative campaign will leverage a consistent, bold visual and verbal tone.

*Please see addendum for complete creative concepts.*

## Program Implementation

### Vote Texas Style – The Kick-Off
Texans are inundated with messages daily, we know from our aforementioned media audit it can be hard to get a message across—even if it is an important message about how to exercise your right to vote. To break through the barrage of advertisements, emails, text messages, tweets, articles and radio announcers vying for people's ever-limited time, sometimes it takes an attention getting stunt to make people stop and listen. That's exactly what we propose to kick-off our "It's How We Vote in Texas" program.

The kick-off event will be conducted in downtown Dallas, the state's largest media market and the fifth largest in the country, to introduce the "It's How We Vote in Texas" program. The event will feature Secretary of State Hope Andrade, Dallas Mayor Mike Rawlings, elected officials from the area, media celebrities and local heroes such as Texas Rangers Owner Nolan Ryan and Dallas Cowboys legend Troy Aikman.





**VOTEXAS.ORG**



Burson-Marsteller

6

TEX00312561



The centerpiece of the kick-off press conference will feature a mobile, branded photo booth flanked on either side with giant video screens to highlight the images from the press conference, and later images from the photo booth. Following an announcement by Secretary Andrade about the public education effort, she and others will have their photos taken in the photo booth.



As photos are taken they will be added to a digital Texas flag taking shape on the screens outside of the booth. Over the course of the program, each time an individual's image is taken they will be added to a digital flag made up—quite literally—of the faces of Texas. This impressive flag collage will grow organically as additional photos of Texans from around the state are added. This flag will also take shape online, at the VOTEXAS web site, as well as on Facebook, increasing the viral nature of the public education effort. Voters will be able to share the photo collage on their social media profiles so that their friends can see how they have personally contributed to the digital flag. Sharing the photo online, alongside a link to learn more about new voting rules, will spread the world to friends and family and connect them directly to the VOTEXAS web site.

In addition to the digital images, each individual will also receive a printed photo from the booth that includes the key messages about how to vote, including information about the new photo ID requirement. This fun snapshot will be an important component of our public education program – a branded, individualized takeaway that serves the important purpose of getting our key messages literally into the hands of voters – by making it something fun and different, we increase the chance that they will share it with others, increasing the opportunity to further spread the message. Additionally, we will include a feature that allows people to sign up to receive the image via email, thereby collecting important contact information while sharing the image and key messages with people digitally—again increasing the reach of the program.

Following the event, members of the public will be invited to take their photo with local celebrities. To increase participation and attendance, we might consider contests for getting to take a picture with a celebrity.

The event will be crafted to encourage media attendance and coverage, kicking off our "It's How We Vote in Texas" program. We will conduct media outreach to key media targets in the DFW area prior to the event to generate buzz to outlets such as *The Dallas Morning News*, *Fort Worth Star-Telegram*, WFAA ABC 8, KDFW FOX 4 and KTVT CBS 11. We will encourage these media outlets to run stories before the event, generating buzz, as well as send reporters to cover the event, visiting the photo booth before, during and after the event to take their photos, in turn walking voters through the voting process and new voter ID requirements via their resulting coverage. We would invite live shots from local television stations, as well as live remotes from top radio stations. We would also promote the event and "It's How We Vote in Texas" program to sister affiliate stations in Texas' other TV markets and request the DFW affiliates provide coverage via satellite to outlets across the state. Reporters' photos will also be added to the collage of images. An aggressive Twitter and Facebook outreach effort to media and local digital influencers will be launched prior to the event, and continue during and after the event to increase digital reach and drive traffic to the VOTEXAS web site. Our digital media team will also be on site, working with elected officials and spokespersons to live tweet and blog about the event. The program will be simulcast live on a VOTEXAS YouTube channel, and local bloggers will be invited to take part in covering the event online.

Strategically, the photo booth is fun—and creates cost-friendly earned media opportunities and viral buzz—but it also reinforces the photo ID message that is so critical in the 2012 election.

*Building Awareness - Advertising Strategy*

A large and diverse group of Texas voters and potential voters must be reached and educated before the March primary and the November general election. To connect within this vast range of demographics and psychographics, including Texans with disabilities and Spanish-speaking audiences, we propose a comprehensive paid media plan that serves to enhance our earned media and community outreach efforts. Paid advertising will not only create awareness, but also be used to direct people to additional sources of information, such as the VOTEXAS web site and ensure people get the most up-to-date facts needed for voting.

The creative and media buy will complement the kick-off event beginning in January through a digital media buy, followed by a mix of traditional broadcast media, including television and radio, combined with digital and social media for Phase I (January-March 2012 for the Primary Election and Run-off) and Phase II (December 2012 for the November General Election and Run-off). Our media mix will ensure the greatest number of Texans is reached with messages in the most relevant format and language. In addition, our plan guarantees a minimum **3-to-1 return on investment**, which we will achieve through aggressive PSA, sponsorship, and event negotiations.

*The paid media portion of our action plan will effectively reach the following target audiences:*

- Primary: Texans aged 18 and above
- Secondary: Spanish-speaking Texans aged 18 and above
- Special Audiences: Texans with special needs; Texans students: high school, trade school and college

**VOTEXAS.ORG**



Burson-Marsteller

7

TEX00312562



The plan will utilize the following paid media mix during both Phase I and Phase II of the program:

### 35 % Cable Television

Cable and satellite television advertising allows us to use one of the most credible and influential media sources available to educate the majority of Texas adults:

- Television offers the broadest possible reach statewide; research indicates that among Texans 18 and older, TV is considered the most authoritative, exciting, influential, persuasive media vehicle.
- Cable and satellite television advertisements offer strong, large-market penetration at reasonable placement rates.
- Texans spend more time viewing television each day than any other medium – a daily average of 319.2 minutes for television, versus 156.6 for internet and 91.2 for radio.
  - The Internet ranked second at 67.5% and radio ranked third at 60.6%
- Nielsen's recent Cross Platform Report evaluating video viewership across several formats shows the following:
  - Cable captures 55.4% of all TV households
  - Consumers in the South spend the most time watching Television versus all other regions in the U.S.
- According to a Rasmussen poll, a clear majority of Americans plan on getting most of their political information from television.

### 25 % Radio

Radio is a highly effective medium for reaching Texas adults, especially among the state's Hispanic population:

- Radio reaches 97% of Texas Hispanic men aged 45-54
- Radio Reaches 96% of Texas Hispanic women ages 25-44
- Radio attracts and average of 81% of adults ages 18-44 on weekends

*A detailed media buy plan is located in the addendum.*

### 40 % Digital

Internet advertisements, social media ad placements, online radio ads and mobile phone banners are cost-effective tools for reaching large portions of the state's voting-age population, including Hispanic adults:

- 87% of Texas Internet users interact with friends or family online
- 55% of Texas Internet users communicate through social media
- Hispanics are the fastest-growing group of online users
- 48% of Texas Hispanics have used the Internet in the past seven days
- 32% of Texas Hispanics have used Facebook or Twitter in the past seven days
- 91% of Texas Hispanics own a cell phone

### Getting the Word Out - Media Relations

Getting the word out across Texas about the voting process and new voter ID requirements depends upon us communicating clear, concise messages consistently. The initial program kick-off event in Phase 1 will provide buzz about "It's How We Vote in Texas" and raise awareness of new photo ID requirements before the primary elections. In Phase II, we will maintain a consistent flow of information to our target audiences leading up to the general election in November 2012 by using earned media to increase the frequency and reach of our messages.

### Phase I

#### News Bureau

In order to proactively disseminate news from the "It's How We Vote in Texas" program, voting process information and instructions and information about the new voter ID requirements, Burson-Marsteller recommends developing a proactive news bureau program to reach key media targets and leverage their credibility to reach our key audiences across the state. An "It's How We Vote in Texas" news bureau would serve as the central point of contact for media outlets, able to distribute information, answer questions and also provide a rapid response to correct misinformation with a credible response from the office of the SOS. The news bureau would be accessible to major news outlets such as The Austin American-Statesman as well as second and third tier outlets such as smaller market and community newspapers.

The news bureau could also serve as an online hub at the VOTEXAS web site for media contacts, providing a central resource for information, video, photos, news, statistics and other graphics. This online news bureau would provide video of the launch event in Dallas, how to videos explaining the four step voting process; videos from community events with the mobile photo booth; social media feeds from SOS online properties; a news feed featuring media coverage, press releases and press event information; photos from events, of SOS office spokespeople, voters, from the photo booth and the interactive, digital Texas flag featuring the "Faces of Texas"; graphics and relevant collateral pieces on the voting process.

**VOTEXAS.ORG**



Burson-Marsteller

TEX00312563



### Phases I & II Ongoing
*Media Tour*

To capitalize on the buzz created by the "Faces of Texas" launch event in Dallas and spread the program's message to as many Texas voters as possible, we will launch a statewide media tour. SOS spokespersons and county election officials will attend scheduled desk-side briefings with key reporters and major daily newspapers' editorial boards in all of Texas' DMA markets, including: Abilene, Austin, Beaumont, Corpus Christi, Houston, Lubbock, El Paso, Laredo, Tyler, San Angelo, San Antonio, Sherman, Waco, Temple, Killeen, and Wichita Falls.

The media tour will coincide with the grassroots outreach community events detailed later in this proposal. We will conduct media outreach and arrange desk-side briefings with target media prior to these events, featuring mobile photos booths and local community celebrities and leaders. These briefings will serve as "get-to-know-you" sessions ideally suited to communicate specific information to the reporter about the "It's How We Vote in Texas" program and share how new voter ID laws and the voting process will impact Texas voters. They will also serve as a preview to the community events and generate pre-event buzz. Usually held well in advance of breaking news, a desk-side briefing is an opportunity to encourage a reporter to use a SOS spokesperson as a resource for future news stories.

### Editorial Boards and Op-Eds/Bylined Articles

During Phase I, along with the kick-off event, and continuing into Phase II with the mobile photo booth events, Burson-Marsteller will arrange meetings with editorial boards at major daily newspapers in , such as *The Dallas Morning News*, *Fort Worth Star-Telegram*, *Houston Chronicle*, *Austin American-Statesman*, *San Antonio Express-News*, and *El Paso Times*. These meetings could lead to bylined articles or op-ed pieces featuring our focused messaging and communicating the need-to-know facts about the new voter ID requirements.

### Live Chat at Major Dailies

Burson-Marsteller also recommends the SOS or trained spokespeople appear and participate in live, online discussions, forums and chats in partnership with newspapers across the state during Phase II. This provides a direct line of communication for voters to ask questions about the new voting process and voter ID laws, while taking advantage of the newspapers' established reputation and readership. Local election personnel could serve as 'experts' to answer questions using key messaging and Q-and-A's from the office of the SOS. The online forums could serve as a side bar piece or online feature with a printed feature story on local "Faces of Texas" voters sharing their voting stories. These feature stories and online Q-and-A forums also position the SOS, SOS office and local election officials as the go-to experts about the voting process and implications of the new voter ID law.

### Reaching Target Audiences with Targeted Messages

Given that groups like senior citizens, military personnel stationed out-of-state or overseas, ethnic populations and young and elderly voters are among the most likely to be impacted by the new voter ID law, B-M recommends targeting these groups through media outlets they already trust. We can also target them with events using the mobile photo booth.

For instance, to reach college students, we recommend outreach to the college newspapers of major Texas universities, such as the University of Texas' *The Daily Texan*, Texas A&M's *The Battalion*, Texas Tech University's *The Daily Toreador*, University of North Texas's *North Texas Daily*, Southern Methodist University's *Daily Campus* and the University of Texas at El Paso's *Prospector*, among others. Recognizing that this generation spends a -significant amount of their time online, B-M and SOS officials will host live web chat sessions, answer questions via Facebook or Twitter, and post videos on the VOTEXAS YouTube channel during the media tour to answer any specific questions from younger voters.





During the media tour, we will arrange meetings with top Spanish-language media outlets, such as Univision and Telemundo affiliates and Spanish-language newspapers for bilingual spokespeople to provide resources targeted to the Spanish-speaking population.

New electronic options are now required by the MOVE Act passed in 2010 to make it easier for overseas citizens and military members to vote. B-M will work with the office of the SOS to reach out to American Citizens Abroad and the Overseas Vote Foundation to provide information for their newsletters and web sites, host online forums and distribute information to their constituents. We will also provide information to embassies about Texas' electronic voting options for overseas citizens and reach out to online portals including blogs, Facebook groups, pages and forums for Texans living abroad.

Realizing Texas' military installations are a huge part of Texas voters, we will conduct outreach to on-base newsletters and web sites for Texas' military installations, partnering with armed forces deployment experts to provide tips and relevant information specifically tailored to armed forces members. To specifically target overseas members of the military, B-M would reach out to *Stars & Stripes*. We would also conduct outreach to military networks like Military News Network and Voices of America Network, pitching opportunities like guest blogging online, an online



**VOTEXAS.ORG**

9



discussion forum, interviews or listener call-in sessions and offering videos with tips and instructions for how new the new voter identification laws will affect them in Texas.

Voters with special needs are treated uniquely in the new voter ID law; all polling locations now have a device allowing people with disabilities to vote from their vehicles. It is important these voters know they can follow certain procedures for an exemption from the photo ID requirement. B-M will work closely with the Coalition of Texans with Disabilities (CTD), an established statewide cross-disability advocacy organization widely recognized for expertise in accessible voting. B-M and CTD worked closely together during the VOTEXAS program in 2006. CTD will bring numerous contacts to disability media, both electronic and print, including those targeted across disability or specifically to persons with blindness, deafness, mobility impairments and more.  B-M and CTD will also target state, regional and local conferences focusing on disability with the media tour, workshop presentations and exhibits.  Since people with disabilities disproportionately use public transportation; banner ads particularly on special transit services vehicles will be used. In coordination with the "Nothing About Us Without Us" disability credo, B-M will use Texans with visible disabilities at media tour stops and conferences.

*Please see addendum for our target media outlets for the general population, as well as for special populations and the relevant angles we would develop to communicate how the "Faces of Texas" determine our future as a state.*

### Taking it to the Streets - Grassroots Promotions

Through targeted grassroots outreach, the "It's How We Vote in Texas" education program will be designed to successfully educate key audiences about the new voter requirements. This is about reaching people where they live, work and gather – in their communities; where there becomes a ground swell of information sharing.

Following the kick-off event, a series of mobile photo booths, which mimic a Texas driver's license, will be deployed around the state using smaller-scale events with regional leaders and celebrities to attract local press with the goal of expanding and spurring on the education effort to make it more localized and tangible. The photo booth is symbolic of the new photo identification requirement and will serve as the basis for educating the community members. The mobile photo booths events will serve as kick-offs for the grassroots effort.

We will position Texas Secretary of State Andrade as the primary spokesperson for the statewide program. It will also be important to engage legislators, local community leaders and local celebrities at each of these community events, which will drive local media coverage, generate interest and educate the public about new voter ID requirements. For example, a photo booth would be set up in a local community center in El Paso among a Spanish-speaking population and a notable Spanish-speaking community leader would be onsite for the public to snap photos with and advocate on the state's behalf. Similarly, the photo booth could also travel to a local senior center, a sporting event and a college campus all within the El Paso community to educate and inform each targeted audience about the new voter ID requirements.

Tying in the photo booths back to our theme, "It's How We Vote in Texas," our strategy is to create a voice of individual Texans while also generating a camaraderie among voters that showcases the unique aspects of our collective *Texan-ness*. Using the photos of each individual Texan gathered from the mobile photo booth tour, we will add them to the Texas state flag mosaic. We will display a digital version of the mosaic flag at each stop along the tour to symbolize that voting is an important individualized activity which is a piece of a larger, significant part of being a Texan.

Voters will have access to their photo booth photos and will be encouraged to share them on social media platforms such as Facebook and Twitter, alongside a message encouraging their friends to learn more about the new voting rules and visit a photo booth in their town.

Our research shows that two of the top three sources of credible information are family and friends, and faith-based organizations and church groups. Therefore, further grassroots outreach will include leveraging our existing proprietary database of more than 5,000 community-based and faith-based organizations from each Texas County. We will reach out to share information through personal communication to educate Texans about the new photo identification requirement and continue to reinforce the messaging about the overall voting process.

### Having a Conversation - Social Media

Year after year, research shows the incredibly influential nature of friends and family members on voting behavior. Those who are encouraged to participate in the political process by those they know, love and trust are exponentially more likely to show up on Election Day. Moreover, we have also found the growing role of the Internet as a politically influential tool. Fully three-quarters (74 percent) of Internet users used the web in 2008 "to get involved in the political process or to get news and information about the election." By leveraging the personal, social and viral attributes of the Internet, the Office of the Secretary of State can create a compelling platform for voters to encourage their friends and families to get prepared for and vote in the 2012 elections.

In addition to the social media aspects which will be a key component of each program tactic, please find below our comprehensive digital and social media capabilities and comprehensive plan to increase awareness of how to register to vote – the requirement of photo identification – and how to properly cast a ballot by mail or at a polling place.

**VOTEXAS.ORG**



Burson-Marsteller

TEX00312565



### Reaching, Educating and Engaging Voters

Seventy-three percent of Texans regularly access the Internet, making the medium an ideal target to reach, educate and engage both active and reluctant voters about the ways in which they can participate in future elections. Specifically, we recommend the creation of a series of efforts online that, taken together, will reach millions of voters throughout the state and prepare them to exercise their right to vote.

It is important to note at the onset that many of our ideas below rely on social media. And while over half of the U.S. population uses Facebook, not everyone on the internet is an avid fan of social networking sites. As such, every idea listed below will exist in the Facebook, Twitter and YouTube environment and will also be replicated on the VOTEXAS web site.

- **Concept #1: Social Media Preparedness Application: Identifying &
  Encouraging Friends and Family**

  As noted above, the leading indicator of whether an individual votes is whether his or her friends and family members vote as well. Taking advantage of this fact, Burson-Marsteller recommends the development of a robust friend-to-friend Facebook experience that enables and incentivizes active voters in the state to:

  1. **Confirm:** Using our Facebook application, individuals in the state can find out if they are truly ready to vote by participating in a **four-question quiz** within the Facebook environment. Our "voter preparedness quiz" will ask (and confirm) whether an individual is registered to vote, aware of SB 14, familiar with polling place processes and procedures and prepared to properly cast a vote.

  2. **Inform:** After answering the four questions properly, prepared voters will be invited to **inform their social networks** across Facebook, Twitter and e-mail that they, personally, are "ready to vote" in 2012 and that they want their friends to take the quiz, as well.

  3. **Motivate:** In addition to a broad "call-to-action" to take the quiz, prepared voters will also be asked to **send personal invitations** to specific friends and family members to take the voter preparedness quiz and see if they're ready to vote on Election Day. It's this reminder/pressure from friends and family members that will help virally spread the word about voting in Texas through informal, trusted channels. Here's how it works.

After completing the voter preparedness quiz, individuals will be encouraged to invite their friends and family members to participate, as well. Individuals can simply check off which of their Facebook friends need extra encouragement. Doing so will trigger a personal Facebook message – from you to them – driving them to the preparedness quiz. The system will also integrate with Twitter and with e-mail addresses for those not on the Facebook platform.

  4. **Reward:** As a reward for taking the quiz, we will feature your photo in our upcoming advertising program. Using a proprietary Facebook tool, we will "export" the Facebook photo of all those who participate in the quiz and create a photo mosaic billboard advertisement featuring their image. We will create urgency and excitement by selecting a date after which your photo can no longer be included in our advertisements. (Note: Individuals will have the option to opt-out of the advertising program.)

> Those taking the quiz could also win prizes including the honor of being featured prominently (as the main subject) in an upcoming advertising and/or the opportunity to meet or have lunch with an elected leader.

In addition, and mentioned above, as part of the mobile photo booth, we will take all the photos of those who participated in the quiz and add them to a Texas state flag mosaic. We will carry the mosaic flag with us from county to county, event to event, reminding everyone that voting is an important part of being a Texan.

- **Concept #2: Social Media Amplification & Outreach**

  As noted above, we will work together to identify elected officials and other influentials throughout the state and encourage them to join our program, and help spread the word about voter preparedness. In addition to traditional outreach efforts, we also recommend utilizing your web site and your social media properties to reach, engage and motivate Texas's political leaders.

  - **Identify:** There are thousands of journalists and political officials across state. An increasing number of these journalists and political leaders boast robust followings across social media outlets. Working with you, we will identify every important journalist and elected leader in Texas and identify whether they are active in social media.
  - **Outreach:** Once identified, Burson-Marsteller will use Twitter, Facebook and other social networking channels to reach out to these influential individuals and encourage them to share information about voter preparedness with their online followings across blogs,



videos, tweets and Facebook status updates. We will utilize our legislative outreach program (outlined in a separate section) in conjunction with our social media approach.

- **Concept #3: Monitoring, Rapid Response & Engagement**
  As we approach Election Day, we anticipate thousands of Texans turning to social media to ask questions about the voting process:
  - "How do I register to vote?"
  - "Where do I vote?"
  - "Is it true that I need to bring Photo ID with me to vote in this election?"

Leveraging the proprietary *BursonPulse* social media monitoring and response system, we will work with voters to scan, in-real time, millions of online publications, blogs and social platforms for questions from Texans about voter participation. Upon uncovering a relevant question, we will immediately spring into action and strategically respond to the individual online using approved messages and information from the VOTEXAS web site.

In addition to using *BursonPulse* to identify conversations, we will also use it to:
  - Understand the impact social media is having on voter participation in Texas;
  - Understand which audiences know about the new voter ID requirements;
  - Identify the top authors and sites for engagement;
  - Measure the overall market size of engaged individuals;
  - Identify both statewide and region-specific political conversation trends; and
  - Gauge and assess the impact of our efforts on voter participation.



- **Concept #4: Voter Participation Amplification**
  Most people are familiar with the popular "I Voted" stickers that individuals often wear after casting their ballot. These stickers remind everyone that it is Election Day and that it is important to vote. Taking a page from the sticker effort, we will build a button on Facebook and on the SOS web site where individuals can click "I Voted" to share the news with their friends across social media.

*Voices of Authority - Legislative Outreach*
Elected officials are clearly key stakeholders in this effort. According to our research, 84 percent of Texans believe state officials are "somewhat/very credible" sources of information. Supplying this group with concise toolkits will allow their offices to respond in a timely fashion, and with a consistent – and correct – message on what their constituents need to know in order to cast their vote. In our recent public awareness program on behalf of the Texas Department of Insurance, state legislators were some of the most effective conduits for reaching Texans, because they have regular interaction through constituent services offered and because they regularly attend community meetings, events and town halls. We anticipate those legislators will again be an important channel for reaching Texans with this program. We will target mayors and city council members, state legislators and U.S. representatives and senators to disseminate information and toolkits.



*Mayors and City Council Members*
This group of officials often gets the most face time with those in the communities they serve. Making sure the elected official and his or her staff member has the proper information on voting procedures and encouraging use of that information at public events and appearances will be an effective way to reach the local electorate.

*State Legislators*
Given that SB 14 was a controversial bill in the past Texas legislative session, we caution that providing information to those who opposed the bill should be done so in a nuanced and careful manner. For those who are strongly opposed to the voter ID bill, such as Senator Royce West (D - Dallas) and Representative Dawna Dukes (D – Austin) voter education can be seen as a chance to empower voters, ensuring that any new requirement does not have the unintended effect of disenfranchising voters, but rather provides an important piece of new information that they can proactively share with their constituents. Obviously, before any outreach to elected officials, we will coordinate with the SOS office to ensure everyone is aware and comfortable with the outreach efforts.

*U.S. Representatives and Senators*
The Texas offices of federal officials are well versed at handling constituent inquiries. We propose providing toolkits to these districts offices so they can share accurate information with voters, who may call, write, email or visit their office.





Burson-Marsteller



### Toolkits

Toolkits are an important element of an effective grassroots and legislative program. Creating a standard set of messages and developing a variety of materials on which the messages can be shared, ensures broad—and consistent—dissemination of key information. We envision a toolkit that can be delivered virtually, via download, as well as one that can be printed and shared with target audience. The toolkit could include elements such as:

- Key talking points for leaders to leverage at public events
- A newsletter insert for inclusion in existing materials
- A fact sheet with key information for distribution
- A poster to hang in high traffic areas (churches, community centers, etc.)
- Links to all VOTEXAS social media profiles to share with constituents seeking more info

### Culturally Correct - Hispanic Outreach

Burson-Marsteller will ensure Texas Hispanics receive the information necessary to vote with confidence. Leveraging the inclusive, "It's How We Vote in Texas"/ "Así Votamos en Texas" theme, our program will address the key barriers to Hispanic participation in the voting process.

Texas Hispanics reflect a diverse range of backgrounds; therefore the program will be presented in targeted media, in English and Spanish, depending on the audience preference. Hispanics are also the fastest-growing group of voters in Texas.

| VOTING BARRIER | PROGRAM TACTIC |
|---|---|
| Fears/misunderstandings<br>Eligibility to vote<br>Photo ID requirement | Promote the simple steps to voting via paid advertising  program |
| Knowledge of "Where"<br>Eligibility to vote<br>Photo ID requirement | Drive audience to VOTEXAS web site to find out where and when to vote |
| Motivation<br>Forgetting to vote<br>Belief that it's too complicated | Mobile reminder calls from celebrity of choice<br>Social Media  program<br>Texting and Viral Video reminders |
| Voter Rights<br>Report problems to SOS<br>Voters with disabilities<br>Voter intimidation | Position the Texas Secretary of State as a trusted advocate |

**Hispanic Creative Platform**: "It's How We Vote in Texas"/ "Así Votamos en Texas" is an affirmative voice that invites the voter to be part of a process that includes:

- Saying "yes" to voting = registering
- Setting aside time on a day or week = early voting, voting day
- Telling family and friends = pre & post vote dialogue
- Feeling included in the outcome = Talking about the results as a community



Because of the psychographic dynamics of the Hispanic audience, these connections must be built on an EMOTIONAL level based on family, friends, and community. It is not that Hispanics do not care; it is that they do not feel invested enough in the process to participate. The following nontraditional media tactics will enhance program relevance, and leverage the pass-along potential of our positive program message.

### PARTNERSHIP WITH VOTOLATINO

B-M will engineer a partnership with the national Hispanic voting advocacy organization, VotoLatino. This partnership will HUMANIZE the program, and could include Texas celebrities such as Selena Gomez, Demi Lovato, Eva Longoria and Guy Ecker.

**VOTEXAS.ORG**


Burson-Marsteller

TEX00312568



## MOBILE PHONE INTEGRATION

91% of all Texas Hispanics, that's 5,485,000, 18+ own cell phones, according to Simmons Research Bureau. Reflecting the high rate of mobile phone usage among Texas Hispanics, the program will employ a Push-and-Pull strategy with this technology:



Smartphone Penetration by Race/Ethnicity – U.S Q4'09 – Q4'10



**PUSH** - Tell a friend integration: text 5 friends after you vote, and become eligible for a prize
**PULL** – Serve relevant, in-language program messages via paid display advertising on mobile phones

Texas Hispanics will have the option to receive a REMINDER CALL from their favorite celebrity — this is not a Robocall, but an opt-in, customized message selected via social media sites prior to the election. The message can be retrievable via mobile phone or mobile web.

### Social Media Aspect

Reflecting Hispanics' rapidly growing presence on Facebook, Twitter, and geo-location services we will create a Facebook application with sharing features tied to the creative platform, and integrate this into the voter registration process–allowing individuals to "check-in" or "status-update" their voting activity. Voters will also have the opportunity to recommend to friends that they vote. Alongside the recommendation will be links to the VOTEXAS web site and VOTEXAS social media profiles. According to a recent Simmons poll, 1,517,000 (25%) Texas Hispanics18+ have been on Facebook in the past 30 days. 435,000 (7%) and TX Hispanics 18+ have been on Twitter.

### Hispanic Community and Education Outreach

B-M will work closely with community partners to create "at-work" outreach–for example, creating an effort to "tailgate" to the polls on the day of election by encouraging HR departments to support the effort. Our team will explore proactive partnerships with churches and community centers, and advocacy organizations including NCLR and LULAC. The program will include robust outreach to High Schools, Technical/Trade Schools, Community Colleges, and Colleges & Universities.



## Crisis Communications

The B-M team believes it is wise to prepare a crisis response plan. Working with the SOS office, we will develop a crisis response plan that builds upon the infrastructure necessary to respond effectively in the event of a crisis – or, more importantly, to prevent an issue from becoming a full-blown crisis in the first place. The overarching strategy will be simple: Prepare comprehensively. Respond forcefully and effectively. Crisis response preparations will include:

- Establishment of a core crisis team at our office and the SOS office
- Research and evaluate potential vulnerabilities
- Development and implementation of plans
- Preparation of materials
- Establishment of a team-member contact
- Monitor and evaluation of crisis media coverage

## Section 3.6: Experience and Capability

### HAVA/SOS Team

We have tailored a specialized Texas HAVA program team comprised of experienced practitioners with expertise relevant to executing a successful and impactful public education program. Drawing from our global best practices and our local expertise, we deliver statewide programs through local relationships, in-culture communications and penetration of hard-to-reach audiences. Our public education experience includes multi-million dollar programs such as the 2006 HAVA program for the Texas Secretary of State, the introduction of electric deregulation for the Public Utilities Commission of Texas, the Texas "beach watch" program for the Texas General Land Office, and water quality and conservation programs with the Texas Commission on Environmental Quality. We have also worked with the City of Mesquite, the City of Dallas Water Utilities and Dallas-Fort Worth International Airport to name a few. Additionally, Burson-Marsteller is pleased to work with a range of private sector clients in Texas such as Potter's House, Shell Oil, Reliant and Merrill Lynch.

Our partner, TKO Advertising has guided extraordinary branding and integrated social marketing programs for Texas-focused public information initiatives, including the Texas Office of the Attorney General, Texas Commission on the Arts, Texas Department of Housing and Community Affairs, Texas Education Agency, Public Utility Commission of Texas and the Texas Workforce Commission. TKO's private sector experience includes



Burson-Marsteller

14

TEX00312569



working with Commemorative Brands, Grande Communications, AustinatWork/Austin American-Statesman, Nokonah Residences, Four Seasons Austin and Austin Tourism. The hourly rates provided for the team are at a discounted level, with the top rate capped at the discounted Director level. For any program questions, contact Mike Lake at Mike.Lake@bm.com or 214-224-8401.

**Mike Lake**
*Client Leader*
Mike Lake, the Chairman of Burson-Marsteller's Public Affairs Practice and Southwest Region, will serve as a client leader to the program. Lake brings extensive national political experience and over 25 years of private/public sector public relations expertise to developing public policy programs, media campaigns, grassroots operations, marketing programs, advocacy advertising campaigns and crisis communications strategies on behalf of agency clients. In Texas, Lake created the public education program for the State's PUC to introduce electric deregulation to residential and commercial customers. In addition, Mr. Lake worked the Secretary of State's Office to educate Texans about new electronic voting machines as part of the Help America Vote Act. Lake has led some of the agency's major client engagements including TXU Corporations effort to position their 11-coal plant build strategy as a positive step in electricity reliability and environmental and community stewardship and then on their re-branding and marketing efforts surrounding one of the largest private equity merger in history. Lake received his bachelor's degree in economics at California State University. ($240/hr)

**Michelle Bleiberg**
*Project Manager*
Michelle Bleiberg, a Director of public affairs in the Burson-Marsteller Dallas office, will serve as Program Manager for "It's How We Vote in Texas," overseeing all aspects of the outreach program. Throughout her 20 years of experience, Bleiberg has led numerous successful communications programs and has expertise in corporate reputation, thought leadership, media and community relations, crisis communications, event planning and brand positioning. During her five year tenure with Burson-Marsteller, she has led notable campaigns including Shell Oil Company's 50 City Tour, "A National Dialogue on Energy Security," which took Shell President John Hofmeister across the country to educate the public on the future of U.S. energy security and improve Shell's image as an industry leader among community leaders and other key influencers. Bleiberg also oversaw the Save Dallas Water public education initiative that was the culmination of a five-year long effort by Dallas Water Utilities (DWU) and Burson-Marsteller to shift behavior and increase water savings with younger generations to ensure that Dallas has ample water supply for the future. Bleiberg has a bachelor's degree in public relations from Texas Tech University and was recently named Outstanding Alumna by the College of Mass Communications. ($240/hr)

**Jenifer Sarver**
*Director, Legislative Outreach*
Jenifer Sarver is a Director in Burson-Marsteller's public affairs practice and will serve as Director of Legislative Outreach, responsible for all coordination with lawmakers and public officials. Also serving as chief of staff to Global Vice Chair Karen Hughes, Sarver leverages her more than 12 years of political and communication experience to provide crisis and strategic communications counsel and tactical support to a range of clients, including Texas Speaker of the House Joe Straus. Her current work in Austin includes coalitions and grassroots efforts to engage key stakeholders, including legislators and community leaders on behalf of her clients. Sarver spent eight years in Washington, D.C. where she worked on Capitol Hill for U.S. Senator Kay Bailey Hutchison, in the Bush Administration at the U.S. Department of Commerce and at The Archer Center, the home of all Washington, D.C.-based student programs for The University of Texas System. She graduated from The University of Texas at Austin with bachelors' degrees in journalism and speech communication, and received her Master's in Public Administration from American University. ($240/hr)

**Robert Martin**
*Legislative Outreach*
Robert Martin, a Senior Associate in the Dallas office, will assist the Director of Legislative Outreach in all related outreach efforts. Martin brings eight years of experience in strategic messaging, writing, and research, as well as national and state-wide legislative outreach. Prior to joining Burson-Marsteller, he managed research and intelligence capabilities and worked on a wide range of issues for clients in numerous sectors at Prime Policy Group, a Washington-based government consulting firm. Martin previously served as a Deputy Director in the White House Office of Legislative Affairs, where he oversaw all official correspondence between the President and Members of Congress and worked to promote the President's agenda on Capitol Hill. Martin has also been employed by both congressional and state-wide campaigns in communications, fundraising, and grassroots capacities. He received his B.A. in Political Communications from The George Washington University. ($190/hr)

**Lauren Davis**
*Director, Community Outreach*
Lauren Davis, a Manager for public affairs in the Dallas office, will serve as Director of Community Outreach, overseeing the development and implementation of the program's public outreach programming. Davis brings nine years of valuable experience in public affairs and community education and outreach to her efforts on behalf of local and national clients. Her expertise in providing public affairs strategy has been utilized by Landmark Software and Services, Entergy, and Fidelity, among others. Prior to joining Burson-Marsteller, Davis was a Principal at Public

**VOTEXAS.ORG**



Burson-Marsteller

15



Strategies, Inc., and a Public Affairs Consultant at Ibarra Strategy Group, where she served as the client-lead to several Fortune 500 clients and as National Advocacy Consultant to the U.S. Green Building Council. Her experience also includes time as a National Field Coordinator at the Environmental Defense Fund in Washington, D.C., and service to several high-profile political campaigns, including Hillary Clinton's presidential primary campaign. Davis holds a master's degree in Public Administration/Affairs from Texas State University and a bachelor's degree in Psychology from Sam Houston University. She is also a graduate of the Womens Campaign School at Yale University. ($210/hr)

**Allison Yeaman**
*Director, Media Relations*
Allison Yeaman, a Senior Associate in the Dallas office, will serve as Director of Media Relations, responsible for all of the program's media outreach efforts. Yeaman brings more than eight years of experience in media relations, writing, and crisis communications to her work with Texas-based clients, including Reliant Energy and the Houston Airport System. She specializes in media outreach, crisis communications, spokesperson and media protocol training, as well as developing strategic campaigns for focus markets implementing media tours, community events, and sponsorship publicity designed to raise awareness. Prior to joining Burson-Marsteller, Yeaman spent more than five years at SPM Communications, a Dallas-based PR firm, where she managed media and communications for Whataburger, a storied Texas brand. She landed the Southern chain feature stories in national publications such as Fast Company and The New York Times. She also garnered feature coverage for the iconic brand in Texas Monthly, Texas Highways, The Dallas Morning News, Fort Worth Star-Telegram and Houston Chronicle, among others. Yeaman received her Bachelor of Arts in journalism and a minor in business from the University of North Texas. ($190/hr)

**Mark Driscoll**
*Director, Opinion Research*
Mark Driscoll, a Senior Project Manager at Penn, Schoen and Berland Associates' Austin office, will serve as the program's Director of Opinion Research. With more than seven years of experience, Driscoll is a founding member of the Austin office and serves as a trusted advisor to numerous clients for both their internal research departments and in fulfilling external research needs. He manages a research analysis team that interprets qualitative and quantitative data to provide clients with actionable recommendations and strategic insights. He has worked both onsite and offsite for Dell, T-Mobile, top 20 universities, and government agencies. Driscoll received his BBA in Marketing from the George Washington University. ($175/hr)

**Raul Garza**
*Creative Director*
Raul Garza is a co-founder of TKO Advertising, leveraging more than 15 years of senior-level experience in the communications industry, in such diverse roles as copywriter for general market and Spanish language campaigns, agency producer, advertising creative director and communications director. He will manage the program's statewide media planning and execution and lead Hispanic strategy for the program. Garza boasts a wealth experience creating statewide, multi-cultural, multi-language efforts programs for Texas public agency public awareness campaigns including Texas Department of Insurance, Texas Workforce Commission, Texas Attorney General's Office, Texas Public Utility Commission and the Texas Department of Housing and Community of Affairs. He also participated in the inaugural public education campaign for AmeriCorps National Service. This comprehensive outreach campaign has helped attract more than 250,000 participants, making it the most successful service program in American history. Prior to founding TKO, Mr. Garza worked in global advertising agencies including Leo Burnett in Chicago and Foote Cone Belding in Los Angeles. ($175/hr)

**Tommy Incorvia**
*Paid-Media Coordinator*
Tommy Incorvia has been involved in many aspects of client projects at TKO and will apply more than six years of experience to overseeing the program's media buys and advertising campaign. Incorvia has successfully worked with clients and media outlets on national and local scales. He understands the modern media buying landscape and has a strong network in all forms of media, including interactive. His excellent negotiation skills allow him to obtain the lowest costs and highest value-add for clients. Incorvia has supported public agency and business clients such as the Texas Department of Insurance, Four Hands Home, Santa Fe Convention and Visitors Bureau, Superior HealthPlan, Texas Veterans Land Board and Whole Foods. He graduated from St. Edward's University with degrees in Marketing and Finance. He uses his business skills to understand budget constraints and ensure strong campaigns no matter the budget. ($100/hr)

**Matt Reyes**
*Hispanic Marketing Specialist*
Matt Reyes is a TKO expert in the niche of Latino voting, and will help guide the program in reaching critical current and future Latino voters across Texas. With more than five years of valuable experience, he is well-versed and active in bottom-up media, organizations, and theory, and helps organizations ranging from major brands to cultural arts institutions define their purpose, create authentic word of mouth and become innovative. As director of marketing for VotoLatino, Reyes worked on marketing communications for the Be Counted and United We Stand campaigns and other organizational events and outreach efforts, which featured actors such as Rosario Dawson, Cameron Diaz and Eva Longoria. He has been



TEX00312571



featured on C-SPAN, Al Jazeera, Iconoculture, PR Newswire and Minority Business Entrepreneur. Mr. Reyes has a bachelor's in science from the University of Texas at Austin where he majored in public relations. ($100/hr)

**Dennis Borel**
*Director, Disability Outreach*
Dennis Borel, Executive Director of the Coalition of Texans with Disabilities, will serve as the program's Director of Disability Outreach. Borel is frequently called on for research, policy analysis and recommendations to the Texas Legislature and state agencies on issues surrounding disabilities. His service on advisory groups includes an appointment by Gov. Rick Perry to the State Independent Living Council. He has successfully advocated for positive change in government policy and practice in employment, transportation, housing, health care and architectural barriers to promote the full inclusion of people with disabilities in community life. Borel has twenty-seven years' experience as a senior manager of nonprofit organizations, during which time his programs have received numerous state recognitions and national awards from HUD, the Points of Light Foundation, the New York Interactive Film Festival, the Barbara Jordan Media Awards and the Peter F. Drucker Foundation for Nonprofit Management. In 2006, the University of Michigan awarded him the national James Neubacher Award for promoting rights and increasing opportunities for people with disabilities and in 2009, he won the National Advocacy Award from the National Council on Independent Living. Borel graduated from the University of Michigan's School of Business. ($210/hr)

*Company History and Experience*



**Burson-Marsteller, LLC** is a leading communications consulting and public relations firm consisting of approximately 2,000 communications professionals worldwide. We have been providing clients with strategic thinking and program execution for 58 years across a complete range of communications services. Founded by Harold Burson and Bill Marsteller in 1953, Burson-Marsteller has maintained a common philosophy of client service and quality throughout the world, delivered with a single standard of excellence. Leveraging our trademark Evidence-Based approach, our goal is to deliver effective and seamless communications by providing empirical evidence and measurement of results to all clients. With advertising, media, community outreach and digital experts pulled together to form a specific team for the SOS, our teams in Austin, Dallas and Houston are comprised of trained professionals with decades of combined experience. Burson-Marsteller's Texas offices have award-winning experience in public education programs, national and statewide minority outreach, media relations and brand marketing. We also have established bilingual team members in Texas trained at trans-creating messages to ensure they effectively reach all target audiences. In addition, Burson-Marsteller has successfully led HAVA programs in four states, including New York, Ohio, South Carolina and Texas, developing expertise and best practices in voter education and outreach programs.

**TKO Advertising, Inc.** founded in 1998 is a full-service, creative-driven advertising agency and Historically Underutilized Business (HUB) licensed and operating in the state of Texas for 13 years. In more than a decade of multimedia account creation and implementation, TKO has earned a stellar reputation and multiple industry awards for producing memorable creative solutions and generating groundbreaking programs for public agencies, Fortune 500s and start-ups. Our team's knowledge of the political nuances of Texas' many unique media markets helps define the plans geographically and demographically, so that we reach the constituents in the most efficient way possible. We are deft at addressing multi-cultural marketing challenges across our state because we are multi-cultural ourselves, and we understand how to craft media programs that reach Texans and drive them to take action. TKO's experienced team provides strategic and creative direction, as well as expert guidance across all media vehicles: online, television, radio, newspaper, magazine, and outdoor. TKO supports strong program messages with timely and accurate media placement, employing the most comprehensive software and tools to analyze media, negotiate rates and added-value benefits, track performance, and provide post-buy reporting and analysis.

Penn Schoen Berland (PSB), founded in 1975 and in business for 36 years, is a global research-based consultancy that specializes in messaging and communications strategy for blue-chip political, corporate and entertainment clients. Since becoming a part of WPP in 2001, PSB as Burson-Marsteller's sister company and also under Mark Penn's leadership has extensive experience working with B-M around the world on engagements of every size and scope. With local offices in Austin and having provided complex research and insight for several Texas groups including the Texas Department of State Health Services, PSB is uniquely positioned to help disseminate messages effectively and assist in tracking program results. PSB brings together lessons from the campaign trail and the boardroom to create innovative strategies to handle complex situations. With a powerful hybrid model—Winning Knowledge™, PSB combines both political and corporate research, recognizing that the strategies used to effect change in one area can be innovative and effective in the other.



In the political arena, PSB has thirty years of experience winning competitive elections. We've won nearly three quarters of the races we've run, and have worked as pollster and strategic advisor to candidates including President Bill Clinton, New York City Mayor Mike Bloomberg and UK Prime Minister Tony Blair. Our innovative and successful political work led Time Magazine to dub us "Masters of the Message."

**VOTEXAS.ORG**



TEX00312572



In the corporate sector, PSB is a strategic research provider to more than 30 of the Fortune 100 companies, including many of the leading consumer and business brands. We help these organizations implement proactive, research-driven and integrated communications efforts like the ones that win political campaigns.



Founded in 1978, the **Coalition of Texans with Disabilities** has been a social and economic impact organization benefiting Texans with disabilities of all ages for 33 years. Based on expertise developed as the oldest and largest consumer-led cross-disability statewide organization in Texas, CTD provides quality services to businesses, organizations and individuals. CTD makes use of people with disabilities as subject matter experts; a unique perspective valued by our clients. CTD currently has over 80 organizational members covering every region in the state. These member organizations represent over two million unduplicated disabled and aging Texans. CTD has been deeply involved with HAVA and the Secretary of State since the debut of Texas' response to HAVA, including an appointment to serve on the state's HAVA Advisory Committee, input to the Secretary of State's Elections Division on the Texas' HAVA implementation plan, and development of a HAVA power point training tool for election workers and voters with disabilities. CTD has conducted numerous HAVA trainings for election workers and county judges and outreach presentations to Texans with disabilities via CTD member organizations. CTD partnered with Burson-Marsteller as a sub-contractor on the initial HAVA program.

*FCC DTV Consumer Education and Awareness Program*

*Situation Analysis*

As the original deadline (February 15, 2009) neared for full-power TV stations to cease broadcasting in analog and switch to all-digital transmission, the Federal government faced a significant challenge: millions of households remained unprepared for DTV and would lose access to free, over-the-air television programming. As a consequence, these households would be cut off from a primary source of emergency announcements, weather alerts, news and other important information. Consequently, President Obama and Congress agreed to extend the deadline to June 12, 2009, to allow four additional months to reach and prepare unready households.

*Goals and Objectives*

The goal of the program was to provide for media services and outreach to help prepare "unready" households for the DTV transition. Objectives of the DTV Consumer Education and Awareness Program included:

1. Bolster the reach, penetration and impact of the FCC's DTV readiness messages in selected markets, specifically among the groups that had been determined to be most at-risk: Hispanics, African Americans, Native Americans, seniors, persons with disabilities and rural residents;
2. Generate media coverage that would communicate the urgency of the need to get DTV-ready; convey the negative consequences of failing to get ready, assure consumers there is a great deal of help available to them and direct them to that assistance;
3. Develop events and/or other types of activities specifically designed to reach the targeted audience(s) effectively, efficiently and with high visibility
4. Provide support for press release and media toolkit development and dissemination;
5. Develop and execute a radio PSA campaign and establish a paid media program to support earned media, PSA and local outreach efforts in identified target markets.

*Market Research :* The FCC identified "at-risk" target audiences and stakeholder groups as focal points of the program, including Native Americans, Hispanics, African Americans, Asian Americans, seniors, people with disabilities and rural residents.

The communications strategy for the final countdown to DTV centered on: 1) engagement of recognized, trusted influencers from within the targeted audience communities as messengers and 2) customized, local outreach, focused on the 49 "hotspot" markets.

*Approach:* National outreach focused on one-on-one outreach to national organizations and media serving these at-risk populations, while concurrently the grassroots program was executed in each of the 49 hotspots. Burson-Marsteller activated its on-the-ground network of communications and outreach professionals in 32 of the hotspot markets selected by FCC.

*Media Relations:* An aggressive media relations effort at the national and local levels helped generate more than 683,955,215 impressions in the final phase of the consumer awareness program. Major tactical elements included a major media event for FCC Chairman Michael Copps on June 9 in Los Angeles featuring on-air talent and other representatives from television stations, media briefing conference call and in-person media availability with Chairman and Commissioners on June 13, two radio media tours and two satellite media tours. Additionally, Burson-Marsteller staffed an on-site war room at the FCC from June 10-13, helping to field and respond to media calls, drafting media materials and talking points for FCC spokespeople and liaising with field teams.

*Local Field Team Outreach:* An aggressive field team outreach program was conducted in 32 hotspot markets, leveraging a network of more than 650 community organizations and key influencers to reach consumers where they live—at faith-based institutions, community and county fairs, flea markets, sporting events, zoo, subway stations, mall, schools and civic groups. The DFW area was identified as one of the 39 "hotspots" that

TEX00312573



the FCC targeted. Using the DFW area as an example, Burson-Marsteller partnered with the FCC to attend a kick-off event at the Dallas Farmer's Market to distribute materials and educate the public about the switch from analog to digital television. Burson-Marsteller conducted extensive media outreach to local television stations, radio stations and print media to promote the FCC's participate in the event. The idea to participate in the event at the Dallas Farmer's Market was to reach out to an already established local DFW audience to promote the nationwide transition at a local level. Similarly, Burson-Marsteller and the FCC partnered with local television station, WFAA, to host a phone bank to address viewers' questions and concerns regarding the transition from analog to digital. The phone bank volunteers were also featured on-air which garnered additional coverage. The Farmers Market and WFAA phone bank partnerships were two localized examples of the grassroots outreach Burson-Marsteller successfully conducted to target the local DFW community.

*Public Service Announcements (PSA's):* Burson-Marsteller developed, distributed and pitched radio public service announcements in English and Spanish. The effort resulted in 17,433 airings and a total of 40,961,550 impressions.

*Project Work Plan:* Key milestones were leveraged to make media "splashes" both nationally and locally:
- DTV soft test (May 21, 2009)
- 30-day DTV countdown
- 10-day DTV countdown
- DTV Transition Day (June 12, 2009)
- Post-DTV Transition (June 12-19, 2009)

*Purchase of Air Time:* Two waves of paid advertising were developed and placed throughout this program. Pre-June 12, 2009, radio ads were developed and placed in English and Spanish in hotspot markets, alerting consumers about the impending transition deadline on June 12 and the availability of help to get ready. Post-June 12, 2009 radio and print ads were placed, letting consumers know help was still available to make the transition. Placement was concentrated on outlets with high penetration among at-risk populations.

*Project Budget:* The project was accomplished within the allotted budget of $3,954,639.30.

*Results:* From May 15 through June 24 outreach efforts generated:
- 897,028,792 total impressions
- 683,955,215 news media impressions, including 346 print, 98 radio, 533 internet and 1,340 TV;
- 458 media interviews with FCC spokespeople
- contact with 658 key influencers and third-party organizations
- support for 546 events
- 487,956 attendance at local events
- 252,947 materials distributed
- 40,961,550 PSA airings
- 1362 b-roll airings
- 171,368,100 advertising impressions

*Client References*



*Financial Statements*

Burson-Marsteller LLC, is a Young & Rubicam Group Company which is wholly owned by WPP Group PLC. WPP is a public company listed on the NASDAQ in the U.S., as well as on the London Stock Exchange. Therefore, the Group is subject to the provisions of the Sarbanes-Oxley Act and may not supply revenue and other financial data which are not consistent with GAAP (Generally Accepted Accounting Principles). The financials for all WPP companies are consolidated into WPP's audited financial reports. Therefore, we must refer to WPP's annual reports for all financial information. Such reports can be obtained at www.wppinvestor.com. For more information, contact Sharon Balkam at Sharon.Balkam@bm.com or 202-530-4504.

**VOTEXAS.ORG**



Burson-Marsteller

TEX00312574

**LEGISLATIVE BUDGET BOARD**
Austin, Texas

**FISCAL NOTE, 82ND LEGISLATIVE REGULAR SESSION**

**February 28, 2011**

**TO:** Honorable Dennis Bonnen, Chair, House Committee on Voter Identification & Voter Fraud, Select

**FROM:** John S O'Brien, Director, Legislative Budget Board

**IN RE: SB14** by Fraser (Relating to requirements to vote, including presenting proof of identification; providing criminal penalties.), **As Engrossed**

---

**Estimated Two-year Net Impact to General Revenue Related Funds** for SB14, As Engrossed: a negative impact of ($2,024,000) through the biennium ending August 31, 2013.

The bill would make no appropriation but could provide the legal basis for an appropriation of funds to implement the provisions of the bill.

---

**General Revenue-Related Funds, Five-Year Impact:**

| Fiscal Year | Probable Net Positive/(Negative) Impact to General Revenue Related Funds |
|---|---|
| 2012 | ($2,024,000) |
| 2013 | $0 |
| 2014 | $0 |
| 2015 | $0 |
| 2016 | $0 |

**All Funds, Five-Year Impact:**

| Fiscal Year | Probable Savings/(Cost) from General Revenue Fund 1 |
|---|---|
| 2012 | ($2,024,000) |
| 2013 | $0 |
| 2014 | $0 |
| 2015 | $0 |
| 2016 | $0 |

**Fiscal Analysis**

The bill would exempt certain disabled voters from presenting additional identification for voting, other than the voter registration certificate, if the voter submits to the voter registrar proper certification from a physician of the disability. The bill would also require voter registration certificates to contain an indication that the disabled voter is exempted from presenting additional identification, other than the voter registration certificate, before being accepted for voting.

The bill would require the voter registrar of each county to provide a notice of identification requirements for voting with each initial voter registration certificate or renewal registration certificate issued. The Secretary of State (SOS) and the voter registrar of each county that maintains a website would be required to post on their websites, in each language in which voter registration materials are available, a notice of the identification requirements, and county clerks would be required to post a physical copy in each language voter registration

HIGHLY CONFIDENTIAL

TX_00007314

materials are available. SOS would be required to prescribe the wording of these notices. SOS would also be required to establish a statewide effort to educate voters regarding the identification requirements for voting.

The bill would require training standards to include instructions on the acceptance and handling of the identification presented by a voter to an election officer and each election clerk would be required to complete this training.

The presiding judge at each polling place would be required to post in a prominent location outside of the location a list of the acceptable forms of identification and the list would have to be separate from all other notices. The Secretary of State would be required to prescribe the wording for written notifications of the identification requirements to vote in elections after January 1, 2012 and election officers would be required to provide this written notification of voting identification requirements to voters who do not meet identification requirements.

The Department of Public Safety (DPS) would be prohibited from collecting a fee for a personal identification certificate issued to a person who states that they are obtaining the personal identification certificate to meet voting identification requirements and that person meets certain other voter registration criteria.

The bill would change an offense under this section after January 1, 2012 to a second degree felony from a third degree felony unless the person is convicted of an attempt, in which case, the offense would be a state jail felony instead of a Class A misdemeanor.

The Secretary of State would be required to prescribe procedures for voters who provisionally vote without proper identification to present proof of identification to the voter registrar not later than the sixth day after the date of the election.

The bill would repeal Sections 63.007 and 63.008 of the Election Code related to voters with incorrect certificates who are not on the voter list and voters without certificates who are not on the voter list.

The Secretary of State (SOS) would be required to adopt the training standards and to develop training materials as soon as practicable after September 1, 2011. Each county clerk would be required to provide a session of training using the standards adopted by and the materials developed by SOS as soon as practicable as well.

The bill would expand the uses of state funds disbursed under Chapter 19 of the Election Code to include additional expenses related to coordinating voter registration drives or other activities designed to expand voter registration. This section would expire January 1, 2013.

Sections 1, 3, 4, 5, 9, 20, and 22 pertaining to providing notice of voter identification requirements, providing voter identification training, providing voter education to the public, and expanding the uses of voter registration funds would be effective September 1, 2011. The remainder of the bill would be effective January 1, 2012.

### Methodology

The fiscal impact of the bill excluding technology costs is estimated to be $2,000,000 million for fiscal year 2012 out of the General Revenue Fund. The estimate includes $0.5 million to research and develop ways to inform the public of the new identification requirements. Additional costs are estimated to be $1.5 million for media advertisements: television ($750,000), radio ($300,000), print ($300,000), and internet ($150,000). The Secretary of State indicates that federal funds associated with the Help America Vote Act (HAVA) may be available for use but the agency would first need to verify this with the federal government.

The Secretary of State would also be required to prescribe the wording for voter identification requirement notifications in each language voter registration materials are available and develop training materials on voter identification requirements. It is assumed that any fiscal implication associated with these responsibilities could be absorbed within existing resources.

The fiscal impact of expanding the uses of funds disbursed under Chapter 19 of the Election Code to include coordinating voter registration drives or other activities designed to expand voter registration is unknown because it is not known how many voter registration drives or other activities designed to expand voter registration would occur.

The fiscal impact of the revenue loss from the prohibition of DPS to collect a fee for a personal identification certificate issued to a person seeking the certificate for the purpose of voting is unknown because it is not

HIGHLY CONFIDENTIAL

TX_00007315

T. RANSOM CORNISH

CERTIFIED PUBLIC ACCOUNTANT

ONE SUGAR CREEK CENTER BLVD. SUITE 475A • SUGAR LAND, TEXAS 77478

TELEPHONE
(281) 207-1954

FAX
(281) 207-1944

known how many people would make a request for a personal identification certificate for voting.

## Technology

The technology fiscal impact of the bill is estimated to be $24,000 for programming costs associated with creating an indicator on voter registration certificates for voters with certain disabilities. The notification would inform election officers at polling places that voters with certain disabilities are exempted from presenting additional identification other than the voter registration certificate. The Secretary of State indicates that federal funds associated with the Help America Vote Act (HAVA) may be available for use but the agency would first need to verify this with the federal government.

## Local Government Impact

The bill would require counties to notify registered voters of changes online if the county maintains a website, at polling locations, and included with voter registration certificates. Election clerks would be required to undergo training regarding accepted forms of voter identification.

According to Texas Association of Counties (TAC), Tarrant County anticipated a one-time cost to reprint provisional balloting materials and provide new notices ($8,000); Bexar County stated that due to limited space on current registration certificates, larger cards would be necessary resulting in additional costs for cards, printing and postage ($381,256); however, Comal County reported the costs associated with the provisions of the bill could be absorbed within existing resources.

**Source Agencies:** 307 Secretary of State, 405 Department of Public Safety

**LBB Staff:** JOB, JT, MS, BTA, KKR

HIGHLY CONFIDENTIAL

TX_00007316



FALL 2013 Campaign $400,000 (all non-HAVA money)

I.  Paid Media
    A. Used TV, Radio, Print and Online advertising
    B. Generated more than 25 million impressions
    C. Leveraged PSA to double budget, usually received a 1 for 1 match
    D. Reached 251 counties through TV or Radio*
    E. Targeted rural voters, African American voters, and Hispanics
    F. All paid media in English and Spanish
    G. Some print items also produced in Vietnamese and Mandarin

II. Earned Media
    A. Secretary Steen visited more than one dozen media markets across the state for events to promote voter education and knowledge of photo ID requirements(list below)
    B. press releases and op-eds from Secretary Steen sent and then printed throughout the state
    C. Info packets given to House and Senate members including draft releases about photo ID which were distributed and used across the state
    D. Radio tours where Secretary Steen called radio stations across the state for interviews publicizing the photo ID requirements, redistributed by DPS
    E. Media releases for all our EIC locations, and Houston Press Conference for EIC mobile station kickoff

III. Web Social Media
    A. frequent photo ID messages  and reminders posted to our established VoteTexas twitter and facebook and reweeted through SOS twitter account
    B.  updates of photo ID info and EIC locations on VoteTexas.gov
    C. VoteTexas app updated and reflected photo ID info
    D. Resources such as photo ID TV and Radio educational ads, posters, and other tools were added to the Resources Section of VoteTexas.gov and promoted to county election officials and other stakeholder groups and the media.

*The three counties not reached through TV or Radio are: Zavala, Crane, Terrell. These counties were reached through other efforts.

Places Secretary Steen Visited on photo ID education tour: San Antonio, Corpus Christi, Pharr, Fort Bend, Midland, Dallas, Fort Worth, Wichita Falls, Austin, Abilene, Eastland, Weatherford, Amarillo, Lubbock, Del Rio, Kingsville, Houston

COST TO IMPLEMENT SB 14

| qty/hours | unit cost | total |
|---|---|---|
| 1560 | $ 130.00 | $ 202,800.00 |
| 400 | $ 130.00 | $ 52,000.00 |
| 3 | $ 25,132.00 | $ 75,396.00 |
| | | |
| 1 | $ 117,000.00 | $ 117,000.00 |
| 1 | $ 3,481.70 | $ 3,481.70 |
| 57834 | $ 0.60 | $ 34,700.40 |
| 57834 | $ 0.46 | $ 26,603.64 |
| | | $ 511,981.74 |

POTENTIAL REVENUE LOSS

| | | |
|---|---|---|
| 46846 | $ 15.00 | $ 702,690.00 |
| 10988 | $ 5.00 | $ 54,940.00 |
| | | $ 757,630.00 |

Implementation costs include modification
development of a new Voter ID card. (see
may be incurred by the Secretary of States

It is unlikely that someone will forfeit a Tex
to surrender an existing Texas ID for the fre
other than the voting process, there is no v
a revenue loss to the mobility fund.  Based
for a Texas Identification Card register to v
estimates tab).

DLS Application modification (requirements, design, development, QA, UAT)
PMO project Manager
Customer Service Representative's IT Contact Center
L1 Application modification (Image Capture, Image Verification, production file modification and new card design)
Training development and materials
card cost
card processing (processing, supplies and postage)
TOTAL COST


Based on 13% of current ID card applicants registering to vote (81% 18-64 yoa)
Based on 13% of current ID card applicants registering to vote (19% 65 + yoa)
POTENTIAL LOSS



s to the Driver License System, Image Capture System, Image Verification System and
equirements tab for high level description)  This estimate does not include any costs that
Office.


as driver license for a Voter ID; however there is the potential that a customer could choose
e Voter ID.  Since the Voter ID will not be an acceptable form of identification for anything
vay to accurately calculate the number of customers who will make that choice,  resulting in
on historical knowledge of the issuance process, approximately 13% of customers applying
ote.  Using that percentage, an estimated revenue loss has been  calculated.  (see ID card

SB 14 – Fiscal Note Requirements – High level requirements
DLS Updates Changes:

- Create new card type – voter id
- Create issuance transaction for voter id
  - Need new numbering schematic that will be system generated, details will be determined after meetin
    assume 15-20 digit alpha/numeric field
  - Last Name, First Name, Middle and Suffix (use DLS field requirements)
  - Date of birth (use DLS field requirements)
  - Residence Address (use DLS field requirements)
  - Mailing Address (use DLS field requirements)
  - Voter registration fields (existing in DLS)
  - Citizenship (yes or no – if no stop issuance transaction)
  - Must meet identity requirements (existing in DLS)
  - No fee processing
  - Real time query to Crime Records to determine if applicant is eligible based on criminal history.
    (NEED INPUT FROM LAW ENFORCEMENT SUPPORT)
  - If return from criminal history is not eligble, stop issuance transaction.
- Modify ICS program – capture portrait and signature only – L1
- Portrait image will be enrolled in IVS following same criteria as dl/id
- Create new card production file (DLS to L1)  (NEED INPUT FROM L1)
  - Contain voter id cards only
  - Provide mag stripe and 2D barcode data
- Create new card – L1
  - Potentially use white teslin
  - Portrait layout
  - Header text and color different from all dl/id card types
  - Data displayed
    - Last, first, middle name and suffix
    - Residence address
    - Date of birth
    - Voter id number
    - Portrait
    - Signature
- Create new post production file (from L1 to DLS) (NEED INPUT FROM L1)
  - Populate post production information into card production table
- Modify create voter registration extract file to include new applications from voter id transaction
- Create new interface that will allow Secretary of State to provide cancellation information (NEED INPUT FROM
- Create new interface that will allow realtime validation of existing voter registrations (NEED INPUT FROM SO:
- Modify create file for validating address (FIS mail file) to include voter id information.

ig with SOS –

vi SOS)
S)

## Voter ID Cost Estimates

# of ID's issued in 2010

% of ID holders under 18 yoa/Temp Vis

# of ID's issued less ID holders under 18 yoa/Temp Vis

13% of ID holders who expressed interest in registering to vote

% of ID holders over 65 yoa

**Maximum revenue loss to Mobility Fund if all eligible ID holders elected to get a free ID***

| | |
|---|---|
| 444,879 x 81% = 360,352 x $15 = | $5,405,280 |
| (over 65 yoa) 19% = 10,989 x $5 = | $54,945 |
| **Total** | **$5,460,225** |

**Minimum loss to Mobility Fund if only the current 13% of ID holders who registered to vote at time of application elected to get a free ID**

| | |
|---|---|
| 57,834 x 81% = 46,846 x $15 = | $702,683 |
| (over 65 yoa) 57,834 x 19% = 10,989 x $5 = | $54,945 |
| **Total** | **$757,628** |

**Impact to DPS' budget**
$1.67 = DPS' cost to produce and mail ID card

| | |
|---|---|
| MAX — 444,879 x $1.67 = | $742,948 |
| MIN — 57,843 x $1.67 = | $96,583 |

* This maximum is mitigated if free IDs are issued to customers who don't already have identification su

473,275

- 6% or 28,396

444,879

57,834

19% or 89,922

ⱃitable to meet the 63.0101 (Election Code) requirements

# Voters: Don't let misinformation rattle you at the polls

by John Steen, Texas Secretary of State
For immediate release November 1, 2013
word count:649

The Nov. 5 constitutional amendment election is the first statewide election which requires
Texans to present a photo ID when they vote in person. Early voting started Oct. 21 and ended
Nov. 1. So far, the election has gone smoothly, but there is some bad information brewing about
what you may or may not need at the polls, specifically that the name on your approved ID and
the name on your voter registration must match exactly. As one county election official put it,
that's just an urban legend.

When it comes to voting, Texans need the facts, and the fact is that as long as your ID name and
registration name are substantially similar, you will be able to vote a regular ballot, period. All
you have to do is initial a box to confirm you are in fact the same person. You will not be flagged
for voter fraud, you will not have to vote a provisional ballot, and you will not have to undergo a
long process before you can cast your ballot. Your ballot will be a full, regular ballot that will be
counted in exactly the same way as the ballots of other voters.

Poll workers may give you the opportunity to update your registration so it will match your ID
for future elections. This step, however, is not required and is offered simply as a matter of
convenience. As a voter, you may continue to initial the box each election and continue to use
your same identification.

What does "substantially similar" mean? It means that your names might not match because of a
missing suffix like Jr. or Sr. It includes the use of a nickname instead of a full name, and it
includes changes of name due to marriage or divorce. Poll workers across the state have been
trained to account for such differences in ID and registration, and this training is working.
During early voting, more than 200,000 ballots have been cast, and my office has received no
reports of any voter having to cast a provisional ballot because his or her ID name and
registration name did not exactly match.

In addition to accounting for name changes, nicknames, and other common differences that
might appear in a name, poll workers are trained to look at the ID as a whole if there is a
question about the voter's identity. Poll workers will look for additional details such as if the
birthdates match or if the addresses are the same.

Remember, though it was not previously required, many Texans have voted using their photo ID
for many years without problems.

Also, please note it is not necessary for you to bring any additional information to the polls
beyond your approved photo ID.  You do not need to bring a birth certificate, marriage license,

TEX0524740

or divorce decree to vote. Some voters choose to bring their voter registration card because it contains information that may expedite the voting process, but a voter registration card is not required.

As a reminder, there are seven forms of approved photo ID for voting in person. Four are issued by the Texas Department of Public Safety: a driver license, personal ID card, concealed handgun license, or an Election Identification Certificate (EIC). The other three forms are a U.S. passport, citizenship certificate with your photo, or a military ID with your photo. EICs are available without charge from the Department of Public Safety for voters who do not have one of the six other forms of ID.

If you have any questions about photo ID requirements or voting in general, visit VoteTexas.gov or contact your county election official. Don't let an urban legend or misinformation keep you from the polls.

*John Steen is the 108th Texas Secretary of State, and, as chief election officer for the state, he oversees the uniform application and interpretation of election laws in Texas.*

TEX0524741

     

Search   46°

FOLLOW US   Sign Up for Newsletters   Buy Tickets · Your Home · More   LOGIN · REGISTER

Home News Sports Health Video Audio Best Of Events Weather Traffic Places Travel Deals Autos Circulars
Local Consumer News Politics Business Health Tech Entertainment Texas National World

 **Check out the latest job market conditions in Dallas.** *in partnership with* University of Phoenix — **Learn More**

*Local*

# Elections Office Sends Out Notice Of 'Similar Name' Problems

January 28, 2014 8:40 PM

LIKE   1   View Comments

Related Tags: Dallas County Elections Administrator, dallas county elections department, driver license, Driver's license, maiden name, polls, voter id, voter identification, voting

DALLAS (CBSDFW.COM) – What's in a name? If you're registered to vote in Texas, there may be a problem in the details.

Some North Texans were surprised when they received letters outlining problems with their names.

The Dallas County Elections Department compared its voter registration records to state driver's license records and found some 195,000 people, that's 17-percent of registered voters, had a discrepancy in the way their names are listed.

Those voters are now getting a letter in the mail asking them to fix the issue or face an extra hurdle at the polls.

Peggy Sham's voter identification card shows her first and last name. Her driver's license does too, but it also has her maiden name.

"For me, its not terribly significant, but the Dallas County Elections Department thought it was significant enough to send me that letter," Sham said.

During a Skype interview with CBS 11 News Sham said she is one of almost 200,000 Dallas County residents who received a letter warning that difference in their name could slow them down on Election Day.

CBS 11 reporter Andrea Lucia said she was "totally surprised" when she received a letter. The elections department said there was a problem because her middle name, Lucia, doesn't show up on her voter ID.

While the letters detail how the problem can be corrected online there is a wealth of information, including DPS audit numbers, which has to be entered. All this to correct differences that in many cases is as simple as spelling out a middle name instead of using

**Sponsored Links**

 **Save with TXU Energy** Get up to $50/Month of Free Electricity Based on Usage. Sign up Today! www.TXU.com/MonthlySaver

 **Texas: Women is 53 But Looks 25** Mom reveals 1 simple wrinkle secret that has ange... http://officialtips.net

 **LifeLock® Official Site** LifeLock Ultimate™ Helps Keep you Protected. Le... LifeLock.com

 **TaxSlayer® Free Federal** File Your Fed Taxes With TaxSlayer® & Get Y... TaxSlayer.com/Free-Federal-Filing

Buy a link here

**GET BREAKING NEWS FIRST**

Receive News, Politics, and Entertainment Headlines Each Morning.

Sign Up

**Featured Items**



 CBS Dallas — **Let's Get to Work Dallas** — Check out the latest job market conditions in Dallas. **Learn More** *in partnership with* University of Phoenix

CBS Dallas / Fort Worth

**DEAL OF THE DAY**  **69% off at Your Star Forever** See Details

Enter email address here

an initial.

The situation for some Dallas residents is a bit more unique. "I wanna vote 'cause it's my first time. I became a citizen last year," explained Irving Rojas.

As a brand new U.S. citizen Rojas headed straight to the elections department to get his name sorted out. Instead of showing his middle name on his driver's license it just has the initial 'U.'

Having to deal with so many corrections, CBS 11 asked elections administrator Toni Pippens-Poole if she was concerned about there being widespread delays and issues in the upcoming election. She admitted, "There could be problems."

Pippens-Poole said the department spent $80,000 mailing the letters and that the decision was made to do so in hopes of preventing confusion at the polls.

According to the new Texas voter ID law, voters with minor differences in their names will still get to vote – they'll just have to sign an affidavit. That extra step could drag out the process and result in longer waits at the polls. "While you're reading it, it takes time. While you're signing it, it's going to take time."

Pippens-Poole says the expenditure of money and possible tie-ups at the polls are all needless. "It's frustrating because I don't think there was any voter fraud in Texas to necessitate this."

This same name requirement was in effect during the November election. Records show that of the approximately 70,000 people who voted about 1 in 5 had to sign an affidavit.

With the governor's seat up for grabs more people are expected to turn out for this year's election.

The elections department is hoping the letters sent out help people correct any issues before going to the polls.

*(©2014 CBS Local Media, a division of CBS Radio Inc. All Rights Reserved. This material may not be published, broadcast, rewritten, or redistributed.)*

**Latest News:**

Texas To Offer 2 New Algebra II Alternatives

Controversy Over New Grapevine Sex Offender Ordinance

Frisco Police Investigating Death Of 10-Year-Old Child

Exxon's Q4 Profit Dips To $8.35 Billion

Windy Conditions Raise DFW Fire Danger

**Top Trending:**

Azle Residents Take Quake Concerns To Austin
Cowboys' Romo Update: Complication In Back Surgery
TCU Students Demand Higher Quality Toilet Paper
Garland Police Arrest Teen Suspect For 7-11 Clerk Murder
Owner Reunites With Dog 4 Months After 'Dognapping'
**PHOTOS:** Your Pet Pictures

**Send Your Weather Pics**

NFL Cheerleaders



Your Pet Photos



Send Us Your Weather Photos

**From Our CBS Music Web Sites**



Why Bill Hader Needs To Be In The Next 'Star Wars' Film



Vote For Your Favorite 1977 Songs



Check Your Credit Card Statement Scammers Charging Specific Amount



Video Of The Day: A Letter To A Person On Their First Day Here



Let's Get to Work Dallas

Check out the latest job market conditions in Dallas.

In partnership with University of Phoenix

CBS DFW VIDEO



To Adopt: 817-332-4768
www.hsnt.org

Pet Of The Week: Mongo

More Videos

**LATEST GALLERIES**



Rockets vs Mavs - January 29...

More Super Bowl Radio Row With...



The Fan At Super Bowl XLVIII

NBA Power Rankings - January...

CBS DFW .COM    Like   30,156



Let's Get to Work Dallas

Check out the latest job market conditions in Dallas.

In partnership with University of Phoenix

UPLOAD PHOTOS






SEE ALL PHOTOS


You'll never guess who's about to go bankrupt in America


[Houston] New Auto Rule Has Drivers Furious!


Try the Top 10 Best Dating Sites in Houston

ADVERTISEMENT

View Comments

## FROM AROUND THE WEB

Michelle Obama's mixed race heritage proved by DNA. (Ancestry.com)

Cassidy Gifford's Teen Vogue Photo Shoot

(Teen Vogue)

This Is What Happens When You Feed a Wild Killer Whale (Take Part)

Photos: The 5 Worst McDonald's Locations Around the World (TakePart)

Why Your Ethernet Could Be the Reason For Slow Networking (Tech Page One)

Obama Hits New Low: Even Jimmy Carter Considers Him a Bad President (Collapse.com)

## WE RECOMMEND

Argyle Leaders Approve Grocery Store Plan

Plano Police Arrest Woman In Connection To Toddler's Homicide

Officer Investigated As In Custody Death Case Goes To DA

Fort Worth Road Projects Run Over Arts Funding

North Texas RaceTrac Locations Part Of 'Skimming' Thefts

Brave North Texas 8-Year-Old Loses Battle With Cancer

Recommended by

## TODAY'S CIRCULARS

Featured | Home & Garden | Electronics | Fashion


Dollar General: Save Every Day with Great Prices

3 Days Left


PetSmart USA: Incredible Savings on Pets & Habitats!

4 Days Left


Target: Score Big Points With Your Party Spread

3 Days Left

DIRECTV: null

Expires this Saturday

1 comment                                                        ★ ◄ 0



Join the discussion…

Newest ▾      CBS DFW                              Share 🔗    Login ▾



David Bridgman • 2 days ago

I received the letter you are talking about and I think that they spent too much
money sending it out. My name on my voters registration card, Texas ID as well as
the letter they sent me have the same identical names .. there is NO difference. I
think there is MORE to the story!

∧ | ∨ • Reply • Share ›

  Subscribe     Add Disqus to your site

blog comments powered by Disqus











◉ CBS          **News**  Local  Politics  Business  Consumer  Education  Entertainment  Tech

               **Sports**  Cowboys  Rangers  Mavericks  Stars  FC Dallas  NASCAR  College  HS

⌐ ⌐ ⌐          **Watch + Listen**  Video  Photos  The Fan Shows  Weather  Traffic

◉ CBS          **Best Of**  Culture  Shopping  Food  Nightlife  Family  Outdoors  Events  Offers

©2014 CBS Local Media,   **Stations**  CBS 11  TXA 21  KRLD  105.3 The Fan  Schedules  Jobs  Contests
a division of CBS Radio Inc.
All rights reserved.      **Corporate**  Advertise  Business Development  Contact  Mobile  Connect

               DFW Business Listings  Restaurants  Bars & Clubs  Shopping  Professional Services   SEARCH LISTINGS

               About Us | Privacy Policy | Ad Choices | Terms of Use | EEO Reports | KTVT-TV Public File | KTXA-TV Public File | Deals
                              Powered by WordPress.com VIP



Burson-Marsteller

*Office of Texas Secretary of State Hope Andrade*
"Make Your Mark on Texas" Voter Education Program
2012 General Election Wrap-Up Report
December 14, 2012
*Presented by Burson-Marsteller*

## Table of Contents

Table of Contents .................................................................................................................. 1

Summary .............................................................................................................................. 2

Paid Media ........................................................................................................................... 3

Earned Media ...................................................................................................................... 5

   Community Tour Media Relations ..................................................................................... 5

   News Bureau ................................................................................................................. 14

   Media Tours .................................................................................................................. 20

Community Visits ............................................................................................................... 26

   Election Official Calls .................................................................................................... 27

   Photo Booth .................................................................................................................. 28

   Coalition for Texans with Disabilities ........................................................................... 28

Digital/Social Media .......................................................................................................... 30

   FACEBOOK .................................................................................................................. 30

   TWITTER ...................................................................................................................... 31

   DIGITAL FLAG APP ..................................................................................................... 32

   SMART TX VOTER APP ............................................................................................... 33

Elected and Legislative Outreach ...................................................................................... 34

Coverage ............................................................................................................................ 36

## SUMMARY

Burson-Marsteller was selected by the Office of the Texas Secretary of State to implement a voter education program for the 2012 elections in compliance and support of the Help America Vote Act (HAVA). Beginning with the primary election, Burson-Marsteller developed a campaign "Make Your Mark on Texas" to educate key audiences about voter requirements and appropriate deadlines. Our approach focused on creating a more prominent and engaging digital presence for the Office of the Texas Secretary of State while continuing the use of traditional means – media relations, community relations and paid media.



For the General Election, we began our community and county outreach in mid-July to begin securing speaking engagements for Secretary Andrade. Our paid media and digital efforts began the last week of August to coincide with the start of the political conventions, when the majority of people turned their attention to the November 6 General Election.

The following outlines campaign activities and results for the General Election:

Paid Media
- The online advertising campaign delivered a total of **57.4 million impressions\*** and **77,945 clicks** to the VoteTexas.gov website.
- The combination of paid and value-add print adverting circulation **totaled 4.5 million.**
- Garnered more than **61.2 million impressions** from the broadcast media buy.

Community/Deskside Visits
- Booked community visits and media deskside briefings in **34 counties** statewide representing **more than 8 million registered voters**
- Placed calls to **23 county election officials** not able to visit in person.

Earned Media
- As part of the community/deskside visits, the Secretary of State conducted **166 media interviews** reaching an estimated **23.2 million people.**
- Distributed five press releases as part of the news reaching an estimated **9million people** as a result of media coverage.
- Conducted three radio media tours which included **more than 20 interviews** reaching an estimated **9 million people**.

Social Media
- Office of the Texas Secretary of State's Facebook page garnered **37,176,541 impressions,** with **12,235 likes.**
- Almost **2,000 photos** were submitted to the "I Am Texas" digital flag application hosted on Facebook.
- Twitter coverage of @VoteTexas reached approximately **1,034,477 individuals**, calculated by the total followers of all mentions of the handle and #VoteTexas2012 hashtag.
- Launched the first-ever Secretary of State voter app resulting in **12,572 unique users who downloaded SmartTXVoter**

*Impressions are defined as the number of homes or individuals exposed to an advertisement or group of advertisements. For online, the total number of times an advertising banner appeared on a user's browser.*

## PAID MEDIA

The table below details targeted paid media outreach across the state for the "Make Your Mark on Texas" Voter Education Program as part of the Help America Vote Act from August 27, 2012 through the general election on November 6, 2012.

Outreach metrics include television, radio and digital impressions throughout key markets in the state. The digital impressions include online voter registration campaign as well as other important deadlines such as early voting.

The digital campaign delivered more than **57 million impressions and more than 77,000 click-throughs.** The combination of paid and value-add **print circulation is 4.5 million.** The broadcast placement delivered more than **61 million.** The table below highlights key data across all paid media. The Cost Per Clicks (CPC) is very low, about $2.30 compared to other industry averages which have yielded CPC rates of $4 or higher and yielded much higher results in terms of click-throughs than comparative campaigns.

| Paid Media Overview for Phase 2 — General Election (Ending Nov. 6, 2012) | |
|---|---|
| **HAVA Digital + Print** | **Metrics** |
| Online | • Online impressions: 13,396,735<br>• Online clicks: 14,694 |
| Mobile | • Mobile impressions: 3,704,952<br>• Mobile clicks: 9,962 |
| Pandora | • Pandora impressions: 3,214,288<br>• Pandora clicks: 32,036 |
| Added Value Digital | • Added value impressions: 1,731,919<br>• Added value clicks: 6,393 |
| Facebook | • Facebook impressions: 35,358,521<br>• Facebook clicks: 14,860<br><br>*Combined digital impression total:* **57,406,415**<br>*Combined digital click total:* **77,945** |
| Print | • Paid: African-American: 644,458<br>• Value Add Magazines (Texas editions) 3,875,300<br><br>*Combined print circulation:* **4,519,758** |
| **HAVA Paid Media - Broadcast** | **Metrics** |
| **Television** | Cable and TV Markets:<br>• El Paso<br>• Harlingen<br>• Laredo<br>• Lubbock |

TEX00301354

| | |
|---|---|
| | • Odessa-Midland<br>• San Angelo<br>• Victoria<br>• Waco<br>• Corpus Christi<br>• Dallas<br>• Houston<br>• San Antonio<br>• Additional Statewide Network cable<br>• Univision (3 markets)<br><br>*Total TV Impressions:* **29,264,067** |
| Radio | Radio Markets<br>      • El Paso<br>      • San Antonio<br>      • Laredo<br>      • McAllen<br>      • Beaumont<br>      • Bryan-College Station<br>      • Killeen-Temple<br>      • Texarkana<br>      • Tyler<br>      • Austin<br>      • Dallas<br>      • Houston<br>      • Additional Statewide Network radio<br><br>*Total Radio Impressions:* **32,074,322**<br><br>Total Broadcast Impressions: **61,291,529** |

TEX00301355

EARNED MEDIA

## COMMUNITY TOUR MEDIA RELATIONS

Secretary Andrade continued on her community tour across the state from the spring's primary election, taking the voter education initiative on the road, meeting with voters, speaking at community events and meeting with election officials.

For each stop of her tour, depending on the size of the market, media contacts were invited to attend one of several different events: a speaking engagement with a local community organization, an intimate briefing with county election officials at their offices or an appearance with the photo booth.

Secretary Andrade kicked off the General Election community tour on Tuesday, September 4, by speaking to the Arlington League of Women Voters and students at the University of Texas at Arlington.

From September 4 – November 6, we supported 23 community visit appearances by Secretary Andrade, resulting in 166 interviews or stories reaching 23,959,316 people.

| Community Visits, Speaking Opportunities and Meetings with Election Officials | | | | | |
|---|---|---|---|---|---|
| Outlet | Headline | Circulation | Website Unique Visitors/Month | Arbitron Estimate | TV Audience Reach |
| **September 4: Arlington/University of Texas at Arlington** | | | | | |
| KUVN Univision 23 | | | 62,148 | | 70,840 |
| WBAP News Radio 820/96.7 | | | 38,414 | 612,900 | |
| *Fort Worth Star-Telegram* | | 195,455 | 611,314 | | |
| Dallas Chamber of Commerce | | | 4,255 | | |
| **September 24: Blanco & Kendall Counties** | | | | | |
| *Boerne Star & Hill Country Recorder* | | 8,200 | 7,169 | | |
| *Blanco County News* and *Johnson City Record Courier* | Election Brings Hope to Blanco County | 4,300 | 3,890 | | |
| **October 1: Rio Grande Valley** | | | | | |
| KGBT CBS 4: | | | 118,678 | | |
| Voter phone bank on 10/1 | KGBT (CBS) - Harlingen, TX Action 4 News at 10:08 PM | | | | 29,006 |

| | | | | | |
|---|---|---|---|---|---|
| | KGBT (CBS) - Harlingen, TX Action 4 News at 10:55 PM | | | | 29,006 |
| | Texas Secretary Of State visiting Action 4 News, Rio Grande Valley | | | | 29,006 |
| Morning show appearance on 10/2 | KGBT (CBS) - Harlingen, TX Action 4 News Sunrise at 6:04 AM | | | | 7,955 |
| | KGBT (CBS) - Harlingen, TX Action 4 News Sunrise at 6:31 AM | | | | 7,955 |
| 10/2 Clip | KGBT (CBS) - Harlingen, TX Action 4 News at 5:05 PM | | | | 16,136 |
| KVEO NBC 23: | - | | 12,424 | | |
| 10/2 | KVEO (NBC) - Harlingen, TX Newscenter 23 at 6:44 PM | | | | 4,243 |
| | KVEO (NBC) - Harlingen, TX Newscenter 23 at 10:09 PM | | | | 12,026 |
| 10/3 | KVEO (NBC) - Harlingen, TX Early Today at 6:56 AM | | | | 69 |
| | KVEO (NBC) - Harlingen, TX Today at 8:57 AM | | | | 5,416 |
| Mid-Valley Town Crier (Weslaco) | Texas Secretary of State talks voting in Weslaco | 22,500 | 5,527 | | |
| McAllen Monitor | Andrade urges voter engagement; registration deadline looms | 38,273 | 127,050 | | |
| KNVO Univision 48 | | | 16,832 | | 41,565 |
| Rio Grande Valley Guardian | | N/A | 3,182 | | |
| Mission Progress-Times | Secretary of State visits Progress Times | 7,000 | 3,409 | | |
| KMBH Public Radio 88.9 | | | 395 | 11,700 | |
| October 4: Dallas | | | | | |
| Al Dia | Se acerca fecha limite para registro electoral | 120,000 | 5,418 | | |
| Dallas Examiner | | 1,000 | 113 | | |

| | | | | |
|---|---|---|---|---|
| **October 5: Eagle Pass, Uvalde and Medina Counties** | | | | |
| *Eagle Pass News Gram* | Secretary of State Arrives in EP Andrade Reminds Citizens to Register to Vote "Make Your Mark on Texas!" | | 352 | |
| *Eagle Pass Business Journal* | Secretary of State Hope Andrade promotes voter registration while purging Texas voter lists | | 610 | |
| **October 9: Austin** | | | | |
| KEYE CBS 42 | KEYE-AUS (CBS) – Austin, TX K-EYE News at 5:25 PM | | 38,310 | 10,813 |
| KTBC FOX 7 | | | 56,029 | 23,886 |
| **October 11: Houston; Conroe, Huntsville & Centerville Counties** | | | | |
| KXLN Univision 45 | | | 3,168,115 | 79,774 |
| *Montgomery County News* | Over half Montgomery County's population registered to vote | 6,200 | 1,521 | |
| *Conroe Courier* | | 9,562 | 159,203 | |
| *The Villager* | Over half Montgomery County's population registered to vote | 39,900 | 159,203 | |
| *The Houstonian* (Sam Houston State University) | Texas Secretary of State visits Walker County to promote voting | 2,500 | 3,004 | |
| *Huntsville Item* | | 6,940 | 17,538 | |
| *Walker County Journal* | | | N/A | |
| *Jewett Messenger* | | 1,800 | N/A | |
| *Centerville News* | | 2,150 | N/A | |
| *The Buffalo Express* | | 2,200 | N/A | |
| **October 12: Bell County & Fort Hood** | | | | |
| *Killeen Daily Herald* | Texas official touts voting | 16,534 | 49,842 | |
| *Killeen Daily Herald/Fort Hood Herald* | Texas official touts voting | 40,000 | 49,842 | |
| **October 15: Wichita Falls; Clay & Archer Counties** | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| KWFS 1290 AM | | | | 5,409 | 10,200 | |
| KJTL FOX 18/KFDX NBC 3 | KFDX (NBC) - Wichita Falls, TX KFDX 3 News Today at 6:14 AM (10/15) | | | 45,861 | | 11,573 |
| | KFDX (NBC) - Wichita Falls, TX KFDX 3 News at 6:09 PM (10/15) | | | | | 24,500 |
| | Texas Secretary of State in Wichita Falls | | | | | 24,500 |
| | KFDX (NBC) - Wichita Falls, TX KFDX 3 News Early Today at 5:04 AM (10/16) | | | | | 2,582 |
| KAUZ CBS 6 | KAUZ (CBS) - Wichita Falls, TX News Channel 6 Early Morning at 5:37 AM | | | | | 1,448 |
| | KAUZ (CBS) - Wichita Falls, TX News Channel 6 This Morning at 6:35 PM | | | 23,568 | | 5,056 |
| Clay County Leader | Early Voting begins Oct. 22 at county courthouse annex | 3,000 | 805 | | | |
| Archer County News | | 1,400 | 59 | | | |
| Times New Record | A vote of confidence | 23,664 | 84,653 | | | |
| **October 16: Montague & Wise Counties** | | | | | | |
| Bowie News | | 4,500 | 2,086 | | | |
| KNTX 1410 AM | | | 622 | | 3,400 | |
| Saint Jo Tribune | | 1,000 | N/A | | | |
| Wise County Messenger | SECRETARY OF STATE VISITS | 7,015 | 19,832 | | | |
| | Secretary of State visits Decatur, stumps for voter involvement | 7,015 | 19,832 | | | |
| **October 18: San Angelo, Abilene** | | | | | | |
| San Angelo Standard-Times | ELECTIONS: Texas' top elections official boosts early voting | 18,735 | 96,875 | | | |
| KSAN NBC 3: | | | 7,866 | | | |
| 10/18 | KSAN (NBC) - San Angelo, TX KSAN 3 News | | | | | 4,243 |

TEX00301359

| | | | | |
|---|---|---|---|---|
| | at 6:01 PM | | | |
| | KSAN (NBC) - San Angelo, TX KSAN 3 News at 10:04 PM | | | 2,260 |
| 10/19 | KSAN (NBC) - San Angelo, TX Today at 7:28 AM | | | 1,840 |
| | KSAN (NBC) - San Angelo, TX Today at 8:28 AM | | | 1,840 |
| KLST CBS 8: | | | 7,866 | |
| 10/18 | KLST (CBS) - San Angelo, TX KLST News at 10:06 PM | | | 10,956 |
| 10/19 | KLST (CBS) - San Angelo, TX Top of the Morning at 5:36 AM | | | 4,408 |
| | KLST (CBS) - San Angelo, TX Top of the Morning at 6:07 AM | | | 4,408 |
| | KLST (CBS) - San Angelo, TX Top of the Morning at 6:39 AM | | | 4,408 |
| | KLST (CBS) - San Angelo, TX News at Midday | | | 4,777 |
| KTXS ABC 12 | | | 39,745 | |
| 10/18 | KTXS (ABC) - Abilene, TX KTXS News 12 at 6 PM | | | 12,204 |
| | KTXS (ABC) - Abilene, TX KTXS News 12 at 10 PM | | | 14,109 |
| 10/19 | KTXS (ABC) - Abilene, TX KTXS News 12 at 2:09 AM | | | 0 |
| | KTXS (ABC) - Abilene, TX KTXS This Morning at 5:43 AM | | | 2,088 |
| KTAB CBS 10/KRBC NBC 5: | | | 45,012 | |
| 10/18 | KTAB (CBS) - Abilene, TX KTAB News at 6 PM | | | 19,329 |
| | KTAB (CBS) - Abilene, TX KTAB News at 10 PM | | | 21,168 |

TEX00301360

| | | | | |
|---|---|---|---|---|
| | KRBC (NBC) - Abilene, TX | | | |
| | KRBC News at 10 | | | 6,590 |
| KACU 89.7 Abilene Public Radio | | 273 | 13,400 | |
| Radio Abilene: KWKC News Talk 1340 and KKHR 106.3 Latino Mix | | 1,440 | 14,600 | |
| *Abilene Reporter-News* | Secretary of state talks up election process during visit to Abilene | 24,380 | 272,582 | |
| **October 22: Dallas** | | | | |
| LNS - KDFW FOX 4, KXAS NBC 5, KDAF CW 33: | | | 876,978 | |
| 10/22 | KXAS-DAL (NBC) - Dallas, TX NBC 5 First at Four | | | 62,103 |
| 10/24 | KXAS-DAL (NBC) - Dallas, TX NBC 5 Today at 4:30 AM | | | 18,278 |
| | KDFW-DAL (FOX) - Dallas, TX Good Day at 5 AM | | | 33,017 |
| KDAF CW 33 | | 32,537 | | 15,180 |
| KERA 90.1 Public Radio | | 18,679 | 363,800 | |
| WFAA ABC 8 | | 756,473 | | 126,499 |
| KUVN Univision 23 | | 61,298 | | 70,840 |
| KXTX Telemundo 39 | | 10,380 | | 25,300 |
| KTVT CBS 11 | KTVT-DAL (CBS) - Dallas, TX CBS 11 News This Morning at 5 AM | | 526,139 | 27,636 |
| | KTVT-DAL (CBS) - Dallas, TX CBS 11 News This Morning at 5:35 AM | | | 27,636 |
| | KTVT-DAL (CBS) - Dallas, TX CBS 11 News This Morning at 6 AM | | | 33,030 |
| | KTVT-DAL (CBS) - Dallas, TX CBS 11 News This Morning at 6:37 AM | | | 33,030 |
| | KTVT-DAL (CBS) - Dallas, TX CBS 11 News at 5 PM | | | 85,650 |

| | | | | | |
|---|---|---|---|---|---|
| KRLD News Radio 1080 | KRLD-AM (Radio) - Dallas, TX at 5:07 AM | | 717 | 411,100 | |
| | KRLD-AM (Radio) - Dallas, TX at 6:07 AM | | 717 | 411,100 | |
| | KRLD-AM (Radio) - Dallas, TX at 7:07 AM | | 717 | 411,100 | |
| | KRLD-AM (Radio) - Dallas, TX at 11:07 AM | | 717 | 411,100 | |
| | KRLD-AM (Radio) - Dallas, TX at 5:35 PM | | 717 | 411,100 | |
| WBAP News Radio 820/96.7 | WBAP-AM (Radio) - Dallas, TX at 3:02 PM | | 44,031 | 612,900 | |
| **October 24: Corpus Christi; Nueces, Kleberg & San Patricio Counties** | | | | | |
| Corpus Christi Caller-Times | Secretary of State Andrade to swing through Nueces County | 47,737 | 187,179 | | |
| Corpus Christi Caller-Times | Texas Secretary of State visits Corpus Christi | 47,737 | 187,179 | | |
| KIII ABC 3: | | | 75,093 | | |
| 10/24 | KIII (ABC) - Corpus Christi, TX 3 News at 6:00 PM | | | | 34,393 |
| | KIII (ABC) - Corpus Christi, TX 3 News at 10:00 PM | | | | 40,674 |
| 10/25 | KIII (ABC) - Corpus Christi, TX 3 News---First Edition at 5:06 AM | | | | 3,788 |
| | KIII (ABC) - Corpus Christi, TX 3 News---First Edition at 6:36 AM | | | | 15,857 |
| | KIII (ABC) - Corpus Christi, TX Good Morning America at 8:28 AM | | | | 17,651 |
| KRIS NBC 6 | | | 70,112 | | 16,365 |
| KZTV CBS 10 | | | 41,975 | | 12,772 |
| KORO Univision 28 | | | 258 | | 3,991 |
| Kingsville Record & Bishop News | Almost 2,000 vote early in Kleberg | 6,000 | 5,254 | | |
| San Patricio Publishing Company | | 3,100 | N/A | | |

| October 25: El Paso | | | | | |
|---|---|---|---|---|---|
| KTDO Telemundo 28 | | | | | 6,922 |
| El Paso Times | Texas voter drive in El Paso gets a push, online tools | 66,005 | 284,060 | | |
| KFOX 14 | KFOX (FOX) - El Paso, TX KFOX News at 5 PM | | 89,684 | | 9,229 |
| | KFOX (FOX) - El Paso, TX KFOX News at 9 PM | | | | 15,984 |
| October 26: Bexar County | | | | | |
| KSAT ABC 12 | KSAT-SAT (ABC) - San Antonio, TX KSAT12 First News at 4 PM | | 185,375 | | 63,483 |
| KABB FOX 29 | KABB-SAT (FOX) - San Antonio, TX FOX 29 News at 9 PM | | 41,710 | | 74,537 |
| KENS CBS | KENS-SAT (CBS) - San Antonio, TX Eyewitness News at 12 PM | | 249,990 | | 54,596 |
| WOAI NBC 4 | WOAI-SAT (NBC) - San Antonio, TX News 4 WOAI at 5 PM | | 170,680 | | 47,694 |
| WOAI News Radio 1200 AM | | | 188,692 | 329,000 | |
| KTSA NewsTalk 550 AM | | | 11,318 | 158,500 | |
| KWEX Univision 41 | | | 35,465 | | 31,363 |
| October 30: Kaufman, Van Zandt, Smith & Gregg Counties | | | | | |
| Terrell Tribune | Early voting numbers up for county | 6,200 | 7,365 | | |
| Kaufman Herald | | 4,200 | 6,139 | | |
| Monitor/Lake Area Leader | | 31,000 | 4,670 | | |
| Van Zandt Newspapers | | 17,100 | 3,507 | | |
| KETK NBC 56/KFXK FOX 51 | | | 65,678 | | 44,326 |
| KLTV ABC 7: | . | | 222,733 | | |
| 10/30 | KLTV (ABC) - Tyler, TX KLTV 7 News at 6 PM | | | | 76,167 |
| | KLTV (ABC) - Tyler, TX KLTV 7 News at 10 PM | | | | 64,296 |

TEX00301363

| | | | | | |
|---|---|---|---|---|---|
| 10/31 | KLTV (ABC) - Tyler, TX East Texas News at 12:47 AM | | | | 173 |
| | KLTV (ABC) - Tyler, TX Good Morning East Texas at 5 AM | | | | 9,647 |
| | Andrade visits Smith County elections office | | | | 76,167 |
| Townsquare Media (KNUE 101.5 Country, KISX 107.3 Hot Jamz, KKTX 96.1 Rocks New Country, KTYL 93.1 Classic Hip Hop & R&B, KDOK-AM 1240 The Beat Sports) | | | | 330,700 | |
| Lindale News & Times | | 2,100 | 261 | | |
| Bullard Banner News | | 3,500 | 622 | | |
| Kilgore News Herald | Tx. Secretary of State visits Gregg Co. on voting tour | 2,954 | 8,153 | | |
| Tyler Morning Telegraph | Secretary of State advocates early voting | 28,911 | 89,321 | | |
| Longview News Journal | Secretary of State to meet with Gregg County elections officials | 23,036 | 139,143 | | |
| **October 31: Rusk, Nacogdoches, Angelina & Polk Counties** | | | | | |
| Henderson Daily | | 6,039 | 7,498 | | |
| KTRE ABC 9 | Texas Secretary of State visits local polling site | | 84,177 | | 49,996 |
| Nacogdoches Daily Sentinel | | 8,724 | 24,583 | | |
| Lufkin Daily News | Texas secretary of state visits Lufkin to promote ease of early voting | 10,400 | 44,171 | | |
| **November 1: Travis County** | | | | | |
| Austin American-Statesman | | 118,910 | 408,016 | | |
| Houston Chronicle/San Antonio Express- | | 462,873 | 3,041,885 | | |

| News | | | | | |
|---|---|---|---|---|---|
| Community Impact News | State's top elections official touts vote centers | 702,773 | 14,265 | | |
| KAKW Univision 62 | | | 26,691 | | 21,232 |
| KEYE CBS 42 | | | 38,310 | | 23,886 |
| KEYE2 Telemundo 75 | | | | | 7,962 |
| KTBC FOX 7 | KTBC-AUS (FOX) – Austin, TX FOX 7 News Edge at 9 PM | | 56,029 | | 28,299 |
| KVUE ABC 24: | . | | 255,238 | | |
| 11/1 | KVUE-AUS (ABC) – Austin, TX KVUE News at 6 PM | | | | 71,745 |
| | KVUE-AUS (ABC) – Austin, TX KVUE News Nightbeat at 10 PM | | | | 69,061 |
| 11/2 | KVUE-AUS (ABC) – Austin, TX KVUE News at 6 PM | | | | 51,984 |
| KXAN NBC 36 | KXAN-AUS (NBC) – Austin, TX KXAN News at 10 PM | | 139,480 | | 34,374 |
| KLBJ 590 | KLBJ-AM (Radio) – Austin, TX at 6:33 AM | | 1,407 | 235,700 | |
| | KLBJ-AM (Radio) – Austin, TX at 3:33 PM | | 1,407 | 235,700 | |
| | KLBJ-AM (Radio) – Austin, TX at 4:33 PM | | 1,407 | 235,700 | |
| YNN Austin - News 8 | | | 136,439 | | 3,981 |
| **TOTAL** | | **2,161,947** | **14,380,892** | **5,223,700** | **2,192,777** |
| **GRAND TOTAL** | | | | | **23,959,316** |

## NEWS BUREAU

Burson-Marsteller also served a news bureau function for the "Make Your Mark on Texas" voter education program. Five press releases were issued statewide, beginning with a press release announcing "National Voter Registration Month" on September 4.

TEX00301365

| September 4: National Voter Registration Month Press Release | | | | | | |
|---|---|---|---|---|---|---|
| Market | Date | Outlet | Headline | Circulation | Website Unique Visitors/ Month | TV Audience |
| Victoria | 9/4/2012 | *Victoria Advocate* | Texas joins National Voter Registration Month | 28,300 | 73,699 | |
| Houston | 9/5/2012 | *Cypress Creek Mirror* | Texas Secretary of State reminds Texans September is National Voter Registration Month | | 138,648 | |
| Amarillo | 9/6/2012 | MyHighPlains.com/K AMR NBC 4/FOX 14 | September is National Voter Registration Month | | 13,184 | 7,007 |
| Abilene | 9/5/2012 | BigCountryHomepag e.com/KTAB CBS 10 | September Dubbed National Voter Registration Month | | 40,356 | 9,771 |
| Tyler/ Longview | 9/5/2012 | *Cherokean Herald*/KTLU-AM/KWRW-FM | Texas Secretary of State Hope Andrade Reminds Texans September is National Voter Registration Month | 5,000 | 2,464 | |
| Lamesa | 9/5/2012 | *Lamesa Press-Reporter*/Press-Reporter.com | September is National Voter Registration Month | | 2,638 | |
| Dallas/Fort Worth | 9/12/2012 | *Waxahachie Daily Light*/Waxahachietx.c om | Voter Registration Month | 5,027 | 9,147 | |
| Houston | 9/7/2012 | *The Baytown Sun* | September is voter registration month | 9,363 | 36,438 | |
| Dallas/Fort Worth | 9/7/2012 | *Ellis County Press* | Print only, not available online | 4,000 | 2,774 | |

TEX00301366

| Austin | 9/5/2012 | *River Cities Daily Tribune*/DailyTrib.com | September is National Voter Registration Month | 4,300 | 4,022 | |
| Houston | 9/4/2012 | *Montgomery County Courier*/YourConroe.com | September deemed National Voter Registration Month | 6,200 | 138,648 | |
| Dallas/Fort Worth | 9/3/2012 | KERA FM/KERA.org | Billboard Voter Registration Campaign Kicks off Labor Day | | 16,799 | |
| Wichita Falls | 9/5/2012 | *Wichita Falls Times-Record News*/TimesRecordNews.com | Wichitans urged to register to vote by Oct. 9 | 23,664 | 84,653 | |
| Amarillo | 9/13/2012 | The Clardendon Enterprise | September is National Voter Registration Month | 1,545 | | |
| **TOTAL** | | | | **87,399** | **563,470** | **16,778** |
| **GRAND TOTAL** | | | | | | **667,647** |

The second press release issued highlighted National Military Voter Readiness Day on September 15. Because the actual day fell on Saturday, the press release was issued on Wednesday, September 12. The press release was supported by a phone media tour with media outlets in cities and towns with a significant military installment. Details about this media tour follow in the Media Tour section.

The third press release marked National Voter Registration Day on September 25. The press release was distributed statewide. The following media outlets mentioned National Voter Registration Day.

| September 24: National Voter Registration Day Press Release | | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| **Market** | **Date** | **Outlet** | **Headline** | **Website Unique Visitors/ Month** | **TV Audience** | **Arbitron Estimate** |
| Austin | 9/25/2012 | AustinMetroNews.com | Tuesday Marks National Voter Registration Day | | | |
| Austin | 9/25/2012 | KEYE CBS 43 | Not available online | 1,280 | 23,886 | |
| Austin | 9/25/2012 | A Capitol Blog | Register to Vote | 16,799 | | |
| Austin | 9/25/2012 | KUT 98.9 Public Radio | Not available online | 9,790 | | 8,346 |
| **TOTAL** | | | | **27,869** | **23,886** | **8,346** |
| **GRAND TOTAL** | | | | | | **60,101** |

TEX00301367

The fourth press release announced the launching of the SmartTXVoter smartphone app. It was also distributed statewide and resulted in the following media coverage.

| September 27: SmartTXVoter App Press Release | | | | | | |
|---|---|---|---|---|---|---|
| Market | Date | Outlet | Headline | Circulation | Website Unique Visitors/ Month | Arbitron Estimate |
| Tyler/ Longview | 10/17/2012 | Cherokean Herald/KTLU-AM/KWRW-FM | Texas Secretary of State Releases Voter Education Smartphone App | | 2,464 | 14,300 |
| Austin | 10/17/2012 | The Daily Texan | Texas releases smartphone app to educate voters | 15,000 | 10,936 | |
| San Antonio/ Eagle Pass | 10/17/2012 | The News Gram | Texas Secretary of State Releases Voter Education Smartphone App | 3,000 | 2,079 | |
| Austin | 10/24/2012 | Westlake Picayune | Voting 'application' debuts | 3,500 | 1,124 | |
| Odessa/ Midland | 10/17/2012 | Odessa American | Phone app offers voting information | 18,324 | 49,207 | |
| National | 10/18/2012 | HispanicBusiness.com | Phone App Offers Voting Information | | 83,977 | |
| Corpus Christi | 10/19/2012 | Rockport Pilot | Voting 'application' debuts | 5,300 | 9,728 | |
| Austin | 10/19/2012 | Austin Chronicle | Headlines | 90,000 | 78,807 | |
| Abilene | 10/16/2012 | Colorado City Citizen | Voting 'application' debuts | | 4,860 | |
| San Antonio | 10/17/2012 | San Antonio Express-News | Texas Secretary of State Releases Voter Education Smartphone App | 137,059 | 628,049 | |
| National | 10/5/2012 | GearDiary.com | Texas Secretary of State Releases Voter Education Smartphone App | | 20,392 | |
| TOTAL | | | | 272,183 | 891,623 | 14,300 |
| GRAND TOTAL | | | | | | 1,065,289 |

The fifth and last press release was distributed on October 1 and reminded voters that the last day to register to vote in order to be eligible to vote in the November 6 General Election was October 9. The following outlets picked up the press release and ran coverage. The press release was also supported with a two-day phone media tour. Please see additional details on that media tour in the Media Tour section.

| | | | | | Website Unique | |
| Market | Date | Outlet | Headline | Circulation | Visitors/ Month | TV Audience |
|---|---|---|---|---|---|---|
| October 1: Last Day to Register to Vote Press Release | | | | | | |
| Dallas/Fort Worth | | *The Dallas Morning News* | | 405,349 | 1,037,170 | |
| Dallas/Fort Worth | | *Pegasus News* | | | 100,495 | |
| Brownsville | | *Brownsville Herald* | | 12,935 | 106,595 | |
| National | | Associated Press | | | 2,448,380 | |
| Houston | | *Anahuac Progress* | | | 1,697 | |
| San Antonio | | *San Antonio Express-News* | Register to vote, deadline is Tuesday | 137,059 | 628,049 | |
| Dallas/Fort Worth | 10/6/2012 | *Waxahachie Daily Light* | Oct. 9 final day for voter registration | 5,027 | 9,147 | |
| Dallas/Fort Worth | 10/8/2012 | *Fort Worth Star-Telegram* | Tuesday is deadline to register to vote in November election | 184,656 | 673,168 | |
| Austin | | KVUE ABC 24 | | | 167,401 | 41,137 |
| Austin | 9/6/2012 | *Austin American-Statesman* | Oct. 9 last day to register for November elections | 118,910 | 408,016 | |
| Austin | 10/9/2012 | KUT News 98.9 | Texas' Voter Registration Deadline is Today - Here's What You Need to Know | | 9,790 | 8,346 |
| Dallas/Fort Worth | | KXAS NBC 5 | | | 574,584 | 91,079 |
| Midland | | *Midland-Reporter Telegram* | | 15,294 | 60,060 | |
| Rio Grande Valley | 10/9/2012 | KGBT CBS 4 | Are you registered to vote? | | 120,807 | |
| TOTAL | | | | 863,936 | 6,345,359 | 140,562 |
| GRAND TOTAL | | | | | | 7,349,857 |

Burson-Marsteller also facilitated other media interviews occasionally, sometimes the result of press releases put out by the Secretary of State's office or to answer voter questions. Details on these follow below:

TEX00301369

| Other Interview/Media Requests | | | | |
|---|---|---|---|---|
| Outlet | Arbitron Estimate | Circulation | Website Unique Visitors/Month | TV Audience |
| YNN - News 8 Austin | | | 106,279 | 3,981 |
| Texas Public Radio KSTX 89.1: Smartphone App | 108,500 | | 5,050 | |
| Killeen Daily Herald: Voting/Military voting follow up interview | | 16,534 | 49,842 | |
| KLTV ABC 7 in Tyler: Election Day regulations | | | 222,733 | 49,996 |
| KJTV FOX 34 Lubbock: Voting problems/rumors | | | 13,632 | 4,529 |
| Daily Toreador (Texas Tech student newspaper): Early Voting | | | 7,478 | |
| KTRE ABC 9 Lufkin/Nacogdoches: SmartTXVoter App | | | 79,877 | 49,996 |
| KEYE2 Telemundo 42.1 | | | 64,299 | 7,962 |
| KTRH 740 Houston: Early voting, voter deadlines | 646,500 | | 133,915 | |
| KRLD News Talk 1080 Dallas/Texas State Radio Network: Voter registration deadline | 411,100 | | 526,139 | |
| KTSA News Talk 550 San Antonio: Voter Registration Deadline | 158,500 | | 11,318 | |
| TOTAL | 1,324,600 | 16,534 | 1,220,562 | 116,464 |
| GRAND TOTAL | | | | 2,678,160 |

TEX00301370

## MEDIA TOURS

To raise awareness of and educate Texans about significant milestones in the weeks and months leading up the General Election, Burson-Marsteller booked three phone media tours, primarily booking interviews with radio stations statewide.

The first of these media tours was in conjunction with the press release marking National Military Voter Readiness Day on September 15. Six interviews were conducted on September 13 with targeted media in communities with a large military installment or presence, reaching 597,586.

| September 13: National Military Voter Readiness Day Media Tour & Press Release | | |
|---|---|---|
| Outlet | Circulation | Unique Visitors/Month |
| *San Angelo Standard-Times* | 18,735 | 96,875 |
| Fort Hood Radio | | Not Available |
| *Fort Hood Sentinel* | 26,500 | 11,295 |
| *Abilene Reporter-News* | 24,380 | 272,582 |
| *Killeen Daily Herald* | 16,534 | 49,842 |
| *Texarkana Gazette* | 27,114 | 53,729 |
| TOTAL | 113,263 | 484,323 |
| GRAND TOTAL | | 597,586 |

The second phone media tour was to raise awareness among Texans about October 9 being the last day to register to vote in order to be eligible to vote in the November 7 General Election. This media tour also accompanied a press release. On October 8 and 9, 14 interviews were conducted with 13 stations in 10 markets, reaching an audience of 5,801,809.

| October 8 & 9: Last Day to Register to Vote Media Tour | | | |
|---|---|---|---|
| Market | Outlet | Arbitron Estimate | Website Unique Visitors/Month |
| Lubbock | KEJS-FM Power 106 West Texas Hispanic News | 14,100 | N/A |
| Brownwood | KXYL-FM 102.3 News Talk "The Big Show" | 6,900 | N/A |
| Laredo | KLNT (News Talk) 1490 | 2,700 | N/A |
| Tyler/Longview | 99.3 Talk | 280 | 785 |
| Austin | Univision Radio | 15,301 | 3,168,115 |
| Amarillo | KGNC News Talk 710 | 42,400 | 1,355 |

| Market | Outlet | Arbitron Estimate | Website Unique Visitors/Month |
|---|---|---|---|
| Lubbock | KEJS-FM Power 106 West Texas Hispanic News | 14,100 | N/A |
| Austin | KAKW Univision 62 | 15,924 | 58,123 |
| Abilene | KKHR-FM 106.3 Hispanic Top 40 | 9,300 | 465 |
| Austin | KUT 90.5 | 200,200 | 9,351 |
| McAllen/RGV | KGBT 1530 Univision Radio | 30,100 | 4,340 |
| Dallas/Fort Worth | WBAP NewsTalk 820 and 96.7 | 612,900 | 38,414 |
| Dallas/Fort Worth | KRLD News Radio 1080 | 411,100 | 793,325 |
| San Antonio | WOAI News Radio 1200 | 329,900 | 22,331 |
| TOTAL | | 1,705,205 | 4,096,604 |
| GRAND TOTAL | | | 5,801,809 |

The last media tour capped off two months of work, reminding voters about Election Day and available voter resources. Burson-Marsteller booked a series of radio interviews for Secretary Andrade statewide on Friday, November 2, and Tuesday, November 6. The interviews aired on news/talk, NPR affiliate, urban and Hispanic/Spanish language radio stations. Sixteen interviews were conducted with 14 stations in 12 markets, reaching an audience of 2,868,834.

| November 2 & 6: Election Day Radio Media Tour | | | |
|---|---|---|---|
| Market | Outlet | Arbitron Estimate | Website Unique Visitors/Month |
| Houston | KUHF (NPR Affiliate) | 326,500 | 20,717 |
| Lubbock | KFYO News Talk 790 | 24,000 | 19,235 |
| Tyler/Longview | KOYE FM "La Invasora" | 25,600 | 20 |
| San Antonio | KTSA News/Talk 550 | 158,500 | 11,318 |

TEX00301372

| Dallas/Austin | KRLD News Radio 1080 | 411,100 | 526,139 |
|---|---|---|---|
| Beaumont | KLVI 560 | 50,000 | 3,860 |
| Brownwood | KXYL 102.3 News Talk "The Big Show" | 6,900 | N/A |
| Houston | KTRH NewsRadio 740 | 646,500 | 133,915 |
| McAllen/Brownsville | Univision Radio | 30,100 | |
| Austin | KLBJ 590 | 235,700 | 1,407 |
| Austin | KUT | 200,200 | 9,490 |
| Borger | KQTY 1490 | 500 | N/A |
| Lubbock | KJAK Lubbock 92.7 Christian | 12,800 | 533 |
| Borger | KQTY 1490 | 500 | N/A |
| Snyder | KSNY/KLYD | 13,300 | N/A |
| **TOTAL** | | **2,142,200** | **726,634** |
| **GRAND TOTAL** | | | **2,868,834** |

In addition to the above media coverage and outreach efforts, the following media outlets covered Secretary Andrade, early voting, Election Day and other topics.

| Early Voting | | | | | | |
|---|---|---|---|---|---|---|
| Market | Date | Outlet | Headline | Circulation | Website Unique Visitors/ Month | TV Audience |
| Longview | 10/23/2012 | Longview News Journal | Officials: Early voter turnout high | 23,036 | 139,143 | |
| Longview | 10/25/2012 | Longview News Journal | State Capitol Highlights | 23,036 | 139,143 | |
| Nacogdoches | 10/20/2012 | Henderson Daily News | Whew... early voting finally here | 6,039 | 10,439 | |
| West Texas | 10/18/2012 | The Big Bend Sentinel | Early voting begins Monday in November general election | 3,000 | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Midland/Odessa | 11/2/2012 | KOSA CBS 7 | Today Last Day for Early Voting Across Texas 11/2/12 | | 19,085 | |
| Dallas/Fort Worth | 10/21/2012 | Fort Worth Star-Telegram | Voting starts today in Texas | 184,656 | 673,168 | |
| Dallas/Fort Worth | 10/21/2012 | Fort Worth Star-Telegram | Time to start early voting in the Nov. 6 election | 184,656 | 673,168 | |
| Dallas/Fort Worth | 10/24/2012 | Denton-Record Chronicle | Heavy early voting reported | 13,336 | 35,258 | |
| Dallas/Fort Worth | 10/27/2012 | Fort Worth Star-Telegram | Tarrant County poised to exceed number of early votes cast 4 years ago | 184,656 | 673,168 | |
| Dallas/Fort Worth | | KDFW Fox 4 | Friday last day for early voting across Texas | | 288,465 | |
| Dallas/Fort Worth | 11/2/2012 | Dallas Morning News | Early voting ends today for Nov. 6 general election | 410,130 | 1,256,442 | |
| Dallas/Fort Worth | 11/2/2012 | CBS DFW | Early Voting Wraps With Numbers Down From '08 | | 526,139 | |
| El Paso | 10/24/2012 | El Paso Times | More than 9,000 in El Paso County cast ballots on first day of early voting | 66,005 | 284,060 | |
| El Paso | 11/2/2012 | KFOX 14 | Today last day for early voting; Find out where to cast ballot | | 75,653 | |
| Houston | 10/21/2012 | Houston Chronicle | It's no longer too early to cast your vote | 325,814 | 2,986,389 | |
| Houston | 11/1/2012 | Houston Chronicle | Early voting ends Friday | 325,814 | 2,986,389 | |
| Houston | 11/2/2012 | Houston Chronicle | Today is the last day of early voting | 325,814 | 2,986,389 | |
| Houston | 11/2/2012 | CBS Radio Houston | Friday Marks Last Day For Early Voting Across Harris County, Texas | | 643,312 | |
| Houston | 11/2/2012 | Your Magnolia News | Early voting numbers showing big turnout | | | |

TEX00301374

| | | | | | | |
|---|---|---|---|---|---|---|
| San Antonio | 10/22/2012 | The Herald-Zeitung | ED STERLING: Record number of Texans register to vote in presidential election | 8,000 | 23,480 | |
| San Antonio | 11/1/2012 | San Antonio Express-News | Early voting ends Friday | 137,059 | 628,049 | |
| Austin | 10/17/2012 | Hill Country News | Early voting begins Monday | 23,000 | 4,198 | |
| Austin | 10/10/2012 | The Hutto News | Vote early beginning Oct. 22 | 6,400 | 304 | |
| Austin | 10/31/2012 | Hays Free Press | Hays votes in record numbers | 4,000 | 9,853 | |
| Austin | 11/2/2012 | YNN Your News Now | Early voting ends Friday with record number of registered voters | | 136,439 | 3,981 |
| Lubbock | 11/2/2012 | KFYO News Talk 790 AM | Texas Secretary of State Hope Andrade Talks Early Voting in Texas [AUDIO] | | 19,235 | |
| **TOTAL** | | | | **1,056,783** | **15,217,368** | **3,981** |
| **GRAND TOTAL** | | | | | | **16,278,132** |

| Election Day Coverage | | | | | |
|---|---|---|---|---|---|
| **Market** | **Date** | **Outlet** | **Headline** | **Circulation** | **Website Unique Visitors/Month** |
| Austin | 11/4/2012 | The Hutto News | Election Day Tuesday on the horizon | 6,400 | 304 |
| Austin | 11/5/2012 | Hill Country News | Election Day is Tuesday | 23,000 | 4,198 |
| Dallas/Fort Worth | 11/6/2012 | Fort Worth Star-Telegram | Tarrant elections boss says voting went well | 184,656 | 673,168 |
| **TOTAL** | | | | **214,056** | **677,670** |
| **GRAND TOTAL** | | | | | **891,726** |

TEX00301375

| | | | Other Coverage | | |
|---|---|---|---|---|---|
| **Market** | **Date** | **Outlet** | **Headline** | **Circulation** | **Website Unique Visitors/ Month** |
| Austin | 9/7/2012 | *Community Impact Newspaper* | State of Texas spotlighting online voter education efforts ahead of Nov. election | 702,773 | 14,265 |
| Austin | 9/10/2012 | *Community Impact Newspaper* | Texas spotlights online voter education efforts ahead of Nov. election | 702,773 | 14,265 |
| Corpus Christi | 10/12/2012 | *The Rockport Pilot* | State Capital Highlights for October 13, 2012 | 5,300 | 9,728 |
| Lufkin/ Nacogdoches | 10/19/2012 | *The Light and Champion* | Texas reaches record number of registered voters for Nov. 6 | 4,000 | 1,264 |
| Eagle Pass | 10/19/2012 | *The News Gram* | Texas Reaches Record Number of Registered Voters on Voter Registration List for November 6 General Election; Voters Urged to Prepare for Early Voting | 3,000 | 2,079 |
| Corpus Christi | 10/24/2012 | *Kingsville Record & Bishop News* | Record number of Texans register to vote | 6,000 | |
| **TOTAL** | | | | **1,423,846** | **41,601** |
| **GRAND TOTAL** | | | | | **1,465,447** |

TEX00301376

## COMMUNITY VISITS

Building upon the community outreach plan and its success in the spring, Secretary Andrade embarked on another community tour across the state during the primary election season, taking the voter education initiative on the road.

For each stop of her tour, depending on the size of the market, media contacts were invited to attend either a speaking event at a conference; chamber of commerce or other business, community or government-related function; or a one-on-one meeting with local election officials and local media to discuss elections in their counties and thank their staff for all their hard work leading up to the general election.

In approximately two and a half months, **Secretary Andrade visited 34 communities** (listed by voting population, in descending order) representing more than **8 million voters.**

| County | Activity/Venue | Voting Population |
|---|---|---|
| Harris County | o Greater Houston Partnership Power Hour keynote (Sept. 21)<br>o Greater Heights Area Chamber of Commerce breakfast keynote (Oct. 11) | 2,000,011 |
| Dallas County | o Dallas Fed Event (Oct. 4)<br>o Election official meeting (Oct. 22)<br>o Royce West Town Hall (Oct. 22) | 1,177,468 |
| Tarrant County | o UTA/League of Women Voter's keynote (Sept. 4)<br>o Election official meeting (Oct. 23) | 974,880 |
| Bexar County | o Wells Fargo Get Out the Vote Rally (Sept. 19)<br>o Election official meeting (Oct. 26) | 918,552 |
| Travis County | o Texas Tribune Festival (Sept. 22)<br>o Austin Hispanic Leadership event (Oct. 9)<br>o Election official meeting (Nov. 1) | 632,962 |
| El Paso County | o Our Lives Disability Conference keynote (Oct. 25)<br>o El Paso Hispanic Chamber Minority Enterprise Development Week breakfast and awards ceremony keynote (Oct. 25) | 383,737 |
| Hidalgo County | o Weslaco Chamber of Commerce and South Texas College breakfast (Oct. 2)<br>o Election official meeting at RGV Phone Bank Drive (Oct. 1) | 304,823 |
| Montgomery County | o Election official meeting (Oct. 11) | 264,980 |
| Cameron County | o CBS 4 Phone Bank Drive (Oct. 1) | 180,389 |
| Nueces County | o Election official meeting (Oct. 24) | 191,960 |
| Bell County | o Election official meeting (Oct. 12)<br>o Fort Hood visit (Oct. 12) | 163,528 |
| Smith County | o Election official meeting (Oct. 30) | 124,337 |
| Taylor County | o Election official meeting (Oct. 18) | 75,969 |
| Wichita County | o Wichita Falls Young Professionals Group luncheon (Oct. 15)<br>o Election official meeting (Oct. 15) | 74,239 |

| Gregg County | o Election official meeting (Oct. 30) | 68,161 |
|---|---|---|
| Tom Green County | o San Angelo Lions Club keynote (Oct. 18)<br>o Election official meeting (Oct. 18) | 61,817 |
| Kaufman County | o Election official meeting (Oct. 30) | 59,604 |
| Angelina County | o Election official meeting (Oct. 30) | 49,317 |
| Walker County | o Election official meeting (Oct. 11) | 30,781 |
| Nacogdoches County | o Election official meeting (Oct. 30) | 31,129 |
| San Patricio County | o Election official meeting (Oct. 24) | 42,806 |
| Wise County | o Election official meeting (Oct. 16) | 35,888 |
| Starr County | • Election official meeting at RGV Phone Bank Drive (Oct. 1) | 30,627 |
| Maverick County | o Eagle Pass Chamber of Commerce meeting (Oct. 5) | 27,910 |
| Rusk County | o Election official meeting (Oct. 30) | 30,867 |
| Van Zandt County | o Election official meeting (Oct. 30) | 33,179 |
| Kendall County | o Election official meeting (Sept. 24) | 25,711 |
| Kleberg County | o Election official meeting (Oct. 24) | 17,692 |
| Montague County | o Election official meeting (Oct. 16) | 12,876 |
| Willacy County | o Election official meeting at RGV Phone Bank Drive (Oct. 1) | 11,314 |
| Leon County | o Election official meeting (Oct. 11) | 10,884 |
| Clay County | o Election official meeting (Oct. 15) | 7,793 |
| Blanco County | o Election official meeting (Sept. 24) | 7,195 |
| Archer County | o Election official meeting (Oct. 15) | 6,322 |
| Total | | 8,069,708 |

## ELECTION OFFICIAL CALLS

In addition to in-person visits in the counties mentioned above, Secretary Andrade held calls with election officials in the following 23 counties during the primary election to discuss the state of their elections and thank them for a job well done.

**Monday, October 29, 2012**
- Ector County
- Val Verde County
- Midland County
- Gaines County

- Pecos County
- Scurry County
- Reeves County
- Dawson County

**Monday, November 5, 2012**
- Henderson County
- Coryell County

- Hardin County
- Kerr County

- Wood County
- Fannin County
- Bee County
- San Jacinto County
- Shelby County
- Milam County

- Houston County
- Aransas County
- Hutchinson County
- Moore County
- Tyler County

## PHOTO BOOTH

To supplement some of the scheduled events, engage voters and add to the digital Texas flag on Facebook, the photo booth was taken to the below events. This list also includes radio partnerships that Burson-Marsteller and TKO secured as part of our ad value.

- August 3, 2012- Texas A&M back to school event with 101.9 The Beat
   o Number of photos taken- 60
- August 29, 2012- University of Texas in Austin back to school voter registration drive with 96.7 Kiss FM
   o Number of photos taken- 80
- September 4, 2012- University of Texas in Arlington luncheon for students, hosted by the League of Women Voters
   o Number of photos taken- 22
- September 6, 2012- Brookhaven College in Dallas with 106.1 Kiss FM
   o Number of photos taken- 60
- September 19, 2012- Wells Fargo team members "Get Out The Vote Rally" in San Antonio
   o Number of photos taken- 31
- October 4, 2012- San Antonio College with 98.5 The Beat
   o Number of photos taken- 53
- October 8, 2012- Texas Southern University in Houston with KBXX-FM
   o Number of photos taken- 98
- October 20, 2012- University of Texas in Austin with the Texas.gov tailgate
   o Number of photos taken- 103
- October 22, 2012- Dallas Town Hall meeting
   o Number of photos taken- 35
- October 25, 2012- El Paso Hispanic Chamber: Minority Enterprise Development (MED) Week Breakfast and Awards Ceremony; Our Lives Disability Conference in El Paso
   o Number of photos taken- 83

LIKE US AT
FACEBOOK.COM/VOTETEXAS
AND ADD YOUR PHOTO TO THE
"I AM TEXAS" FLAG.

MAKE YOUR MARK
ON TEXAS

LEARN HOW AT
VOTETEXAS.GOV

## COALITION FOR TEXANS WITH DISABILITIES

To engage and inform the disabled community in Texas and provide them with the tools and resources available through the Texas Secretary of State's office, we formed a partnership with the Coalition for Texans with Disabilities (CTD). CTD's primary focus was distributing toolkits and media materials, prepared by Burson-Marsteller, and customizing them to fit their audience. Additionally, they identified the Our Lives disability conference in El Paso, on October 25, and booked Secretary Andrade as the keynote speaker.  Through this partnership, CTD:

- Worked with Burson-Marsteller to review toolkits and other collateral materials for appropriate language, image, alternative format consulting for appropriateness contemporary usage.
- Distributed toolkits to CTD members to more than 2,775 CTD members and leaders in the community and included the following information/links in the October edition of the electronic newsletter:

  - Voting Rights of People with Disabilities
  - The Make Your Mark on Texas Poster
  - Link to the VoteTexas.gov website
  - Links to the VoteTexas Facebook & Twitter Social Media Properties
  - VoteTexas Logos
  - All of the election dates and deadlines

- Distributed the following media materials to electronic newsletters, blogs, websites, magazines and or/other publications for the community of people with disabilities including:

  - *"Secretary of State Hope Andrade Alerts Texas Voters of Upcoming Voter Registration Deadline"* on Oct. 5
  - *"Secretary of State Hope Andrade Reminds Texas Voters of Upcoming Early Voting Period"* on Oct. 24
  - *"Secretary of State Hope Andrade Alerts Texas Voters of November 6 Election Day"* on Nov. 5.

TEX00301380

## DIGITAL/SOCIAL MEDIA

In the second phase of the VoteTexas campaign leading up to the November 6 General Election, we continued to foster engaged social media communities on Facebook and Twitter to serve as a resource for voters' questions during this crucial time period. We continuously monitored these channels as engagement levels peaked during key moments in the election cycle such as the Primary Election Day, early voting period for the General Election and Election Day, and responded to inquiries with approved responses from the Office of the Texas Secretary of State's team.

Overall, the social media communities grew to 12,235 Facebook likes and 556 Twitter followers in approximately eight months since they launched on April 2, 2012. While digital advertising on Facebook significantly boosted the number of users on this platform, content that encouraged engagement such as the "I Am Texas" digital flag application, trivia and photos from live events across the state contributed to organic growth on both social media accounts and minimized "unlikes" of the Facebook page after the advertising concluded.

### FACEBOOK

- At the conclusion of the campaign, the Office of the Texas Secretary of State's Facebook page had **12,235 likes.**

- As depicted in the chart to the right, the Facebook community steadily grew over time and drastically increased as Facebook advertising was activated in early August.

- Few Facebook users "unliked" the page (in red) after following it compared to the overall community growth (in blue) as illustrated in the chart to the right. Even after advertising ended on October 20th, follower drop-off was curtailed by publishing engaging content that addressed interests and relevant questions to our audience, proving they were interested in what was being published on the site.

- Overall, the top five cities with the largest contingent of VoteTexas likes were **Houston**, **Dallas**, **San Antonio**, **Austin** and **Fort Worth**.

- The primary audience reached on the Facebook page was **females age 35-64.**

- The Facebook page resulted in **37,176,541 impressions,** which is calculated by the number of times content associated with the

**Total Facebook Likes Over Time**

page was viewed by individuals. As depicted on the chart to the right, impressions peaked around key dates associated with the electoral process such as the last day to register to vote in Texas (Oct. 9) and the start of the early voting period (Oct. 22), as well as the launch of the Facebook advertising campaign on August 6 and the second phase of advertising on September 19.

- The Facebook page was regularly updated with fresh content with an average **of 3-5 posts per week** in addition to responses to questions and comments from the community.

- Facebook users expressed their appreciation for timely responses to questions from page administrators. As engagement increased during key electoral milestones, it was evident that the page was utilized as an information resource by voters.

- Throughout the campaign, we leveraged the existing audiences of partnering organizations by tagging them in Facebook posts when applicable and gave Facebook users an inside look at Secretary Andrade's media tour by publishing photos in real time.

## TWITTER

- @VoteTexas garnered **556 followers** during the campaign.

- The account was regularly maintained with an average of 1-2 tweets per day in addition to responses to Twitter followers for a total of **366 tweets**.



- Similar to Facebook, mentions of @VoteTexas on Twitter increased during **key voting milestones** such as the deadline to register to vote (Oct. 9), the early voting period for the General Election (beginning Oct. 22) and the General Election (Nov. 6).



- Since April 2, **1,098 tweets** have mentioned @VoteTexas or #VoteTexas2012, our branded campaign hashtag.

- Twitter coverage of @VoteTexas reached approximately **1,034,477 individuals**, calculated by the total followers of all mentions of the handle and #VoteTexas2012 hashtag.

- Twitter content frequently contained relevant hashtags such as **#VoteTexas2012, #Texas** and **#vote** to join existing conversations about these issues on the platform.

- The majority of influential Twitter users that mentioned @VoteTexas were users interested in **politics** or local members of the **media** who referred to the Twitter account as

a source of reliable information about voting in Texas. Key tweets are below.

@KatyInIndy (147,460 followers), conservative political blogger: *RT @VoteTexas: #TX Reaches Record Number of Registered Voters on Voter Registration List for  General Election with 13,646,226 voters http://t.co/mayQTu1F*

@WFAAChannel8 (33,540 followers), WFAA-TV Dallas/Fort Worth ABC affiliate: *RT @VoteTexas: .@JasonRyanTexas Thanks for helping us inform citizens about today's voter registration deadline in Texas! #VoteTexas2012*

@MelissaTweets (37,415 followers), conservative-libertarian political blogger: *RT @VoteTexas: Unsure if you're registered to vote in the 7/31 Runoff and 11/6 General Election? Texans, check here: http://t.co/YdVtGHkZ*

@KDFW (13,592 followers), FOX 4 News for Dallas/Fort. Worth: *RT @VoteTexas: TODAY is the #Texas deadline to register to vote in 5/29 primary election. More info here: http://t.co/7C0Z5k4Z*

@KGBT (13,348 followers), KGBT Action 4 News for the Rio Grande Valley: *RT @JustinKGBT: Good morning #RGV! We've got TX Sec. of State, "Hope" Andrade live this morning to answer any questions you have on voting. @VoteTexas @kgbt*

## DIGITAL FLAG APP

- **1,925 photos** have been submitted to the "I Am Texas" digital flag application hosted on Facebook.

- These pictures were uploaded **organically** to the Facebook application from users' computers as well as collected from the **traveling photo booth**, which was present at 10 statewide media and education events.

- Messages from users conveyed Texas pride and support of voter education and participation in the upcoming election.



- Burson-Marsteller actively screened and approved each submission before it went live to the flag to ensure quality and appropriate content.

SMART TX VOTER APP

The Office of the Texas Secretary of launched its first smartphone application, SmartTXVoter, to help Texans stay informed about statewide voting information like registration deadlines, early voting dates, voting locations and candidates. SmartTXVoter was designed and developed by TKO Advertising to be used for the 2012 primary and general elections, but constructed to be updatable for use in future elections featuring candidates or amendments.  This is the first smartphone application developed for Texas Secretary of State.

SmartTXVoter was added to "Make Your Mark on Texas" paid media plan because it offers easy-to-use functions and fun features to encourage Texans to learn about voting, particularly  young, diverse, mobile Texans — some of whom rely on their smartphones as their key resource to get and share information. The app was developed in English and Spanish based on the two most popular smartphone platforms currently used by consumers:



- Android (available in GooglePlay store)
- iOS for iPhones (available in the Apple applications store)

TKO partnered with Burson-Marsteller on media outreach for the app through the press release "Texas Secretary of State Releases Voter Education Smartphone App" which was shared with traditional and digital writers and editors at targeted Texas media and high-tech publications

TKO installed software on the app to enable ability to track downloads through the election; **as of Nov. 7, 12,572 unique users had downloaded SmartTXVoter**

- iPhone unique users: 8,002
- Android unique users: 4,570

The App was a brand new channel of communication for the Secretary of State's office, so reaching the 12,000 mark in a short window of time—launched October 15 – is considered a good return on investment.  It also generated additional media coverage as a result of the distribution of a press release announcing the launch.  While a general industry standard does not exist, for an App of this type (focusing on voter education) to receive 10,000 downloads nationwide is considered a great achievement in the industry, so for it to break 12,000 statewide is impressive.

## ELECTED AND LEGISLATIVE OUTREACH

During the primary season, our outreach to elected officials focused on building relationships with government officials and their staffs and positioning the Office of the Texas Secretary of State as a resource for key information. As we shifted into the general election, outreach to elected officials around the state remained a very targeted and organic process of relationship-building and positioning ourselves as resources for the major voting milestones.

Throughout the general election phase, elected officials were alerted and invited anytime the Secretary of State would be appearing in their district. Often times, especially with elected officials from large districts geographically, our expectation was not to have the official attend, but merely be aware that a voter education event was taking place in their district.

Legislators and county officials are beholden to the voters that elected them into office. These elected officials care very much about the voter education process. Throughout our outreach in the general election phase, we received a high rate of positive response from county and legislative officials, regardless of attendance.

### Election Officials

Just as during our primary phase, county clerks and tax assessors received multiple touches, and many heard from us multiple times as we offered them opportunities to participate in our events. This group was crucial as we planned community visits around the state. In all of our communications, these election officials were also asked to support "Make Your Mark on Texas" online.

### Resources

Our outreach to elected officials was more often for the purpose of making sure they knew where to go for information and that they were sharing www.VoteTexas.gov with their constituents. Supplying the resources and information they needed was a priority anytime we reached out with an invitation to an event. Regardless of their attendance at our event, it was important to get the website and information from our campaign in front of them, once again.

### Event Outreach

During the general election phase, the following Texas State Representatives were alerted and invited to events happening in their home district.

Speaker Joe Straus
Rep. Dan Flynn
Rep. Lance Gooden
Rep. James White
Rep. Wayne Christian
Rep. Chuck Hopson
Rep. Leo Burman

Rep. David Simpson
Rep. Michael Villarreal
Rep. Lyle Larson
Rep. Kelly Hancock
Rep. Ralph Sheffield
Rep. Jimmie Aycock
Rep. Harvey Hilderbran

Likewise, the following Texas State Senators were also alerted and incited to events happening in their home district.

Sen. Leticia Van de Putte
Sen. Jeff Wentworth
Sen. Wendy Davis
Sen. Chris Harris

Sen. Robert Nichols
Sen. Bob Deuell
Sen. Troy Fraser

TEX00301386

COVERAGE

<u>Billboard Voter Registration Campaign Kicks off Labor Day</u>
KERA FM/KERA.org
BJ Austin
3 September 2012

The Dallas Regional Chamber has launched a "Vote 2012" initiative this Labor Day Weekend. It's designed to get more people registered to vote in the November elections.

The Dallas Regional Chamber's Vote 2012 campaign includes billboards in eight locations encouraging people to register to vote by October 9th. And three Chamber staff members are now trained Volunteer Deputy Registrars. They'll be registering people to vote at Chamber activities for the next five weeks.

The Chamber's John McCarley says public policy … and influencing it … is one of the main goals of the Chamber's five-year strategic plan.

"One of the most obvious ways to do that that everybody can get involved is to get out and vote," said McCarley. "So, this Labor Day Weekend, we are pushing a get registered to vote campaign for those that might have moved to the area, or have changed addresses. It's really kind of pushing them to vote and make their voices heard this November.

Chamber CEO, Ambassador Jim Oberwetter says the November election is extremely important and the Chamber wants to make sure the voice of business is heard.

Longtime Dallas voting rights activist Peter Johnson wants to see everyone's voice heard at the polls in November.

"It is to me, as a society, one of our most sacred rights is the right to vote to determine your leadership; who's going to lead our community, who's going to lead our city; who's going to lead our state, who's going to lead our nation," said Johnson.

Johnson says he plans to spend the next month encouraging people to register to vote if they are not already. And follow through at the polls November 6th. Johnson says he's pleased a federal appeals court struck down the Texas Voter ID law last week.

Texas Attorney General Greg Abbott is not, and plans to appeal to the Supreme Court.

"Four years ago, the Supreme Court ruled that Vote ID was perfectly constitutional. We believe this decision divides America, allowing one set of laws to be applied elsewhere, a different set of laws to be required in Texas," Abbott said.

Attorney General Abbott says Voter ID will not be in place for the November 6th election.

And that's a message Secretary of State Hope Andrade will bring to local election officials during a visit to the Dallas-Fort Worth area tomorrow. She says there's some confusion over the ID issue and redistricting – both subjects of recent court rulings.

TEX00301387

September is National Voter Registration Month. Andrade says registration forms may be downloaded from the Secretary of State's website, filled out and mailed.

**Texas joins National Voter Registration Month**
*Victoria Advocate*
**4 September 2012**

Texas is making a push this month to register voters for the Nov. 6 General Election.

Secretary of State Hope Andrade is calling September National Voter Registration Month, and is urging Texans to take the first step in the voting process by registering.

"Voting is every Texans' opportunity to make their mark on Texas' future," Andrade said in a news release. The deadline to register is Oct. 9.

Early voting is open Oct. 22 through Nov. 2, and the deadline to request a ballot by mail is Oct. 30.

To verify voter registration status, or to learn more on how to register, or how, when and where to vote, visit the secretary of state's election website, votetexas.gov.

To register in person in Victoria County go to Victoria County Elections Office, 111 N. Glass St.

**September deemed National Voter Registration Month**
*Montgomery County Courier*/YourConroe.com
**4 September 2012**

Voter Registration Month: Texas Secretary of State Hope Andrade announced Tuesday that September is National Voter Registration Month.

"Voting is every Texan's opportunity to make their mark on Texas' future," Andrade said. "Registering is the first step in the voting process. I urge Texans to check their voter registration status at VoteTexas.gov and learn about how, when and where to register and vote."

October 9 is the deadline to register to vote in Texas to be eligible to vote in the Nov. 6 general election.

Texans can verify their voter registration status or find information on how to register to vote at the state's online, one-stop voter resource, www.VoteTexas.gov.

They also can find contact information for all local elections administrators or county clerks around Texas. The early voting period in Texas begins Oct. 22 and continues through Nov. 2. The deadline to request a ballot by mail is Oct. 30.

The nation's secretaries of state established September as National Voter Registration Month to encourage voter participation and increase awareness of state requirements and deadlines for voting. September 25 is National Voter Registration Day.

For more information on voter registration options and deadlines in Texas, please visit the state's online, one-stop voter resource, www.VoteTexas.gov.

Those who have recently moved or had a name change will need to update their voter registration information. For more information on updating registration or registration dates and deadlines, contact the Secretary of State's office or visit their website. The elections page allows access to MyVote, a personal voter registration tool. The webpage also has a list of registration deadlines as well as answers to frequently asked questions.

### Texas Secretary of State reminds Texans September is National Voter Registration Month
*Cypress Creek Mirror*
**5 September 2012**

Texas Secretary of State Hope Andrade has announced September is National Voter Registration Month. Secretary Andrade joins her colleagues with the National Association of Secretaries of State (NASS) in making this important announcement.

"Voting is every Texan's opportunity to make their mark on Texas' future," said Andrade. "Registering is the first step in the voting process. I urge Texans to check their voter registration status at VoteTexas.gov and learn about how, when and where to register and vote."

Oct. 9 is the deadline to register to vote in Texas to be eligible to vote in the Nov. 6 General Election. Texans can verify their voter registration status or find information on how to register to vote at the state's online, one-stop voter resource, www.VoteTexas.gov. They can also find contact information for all local elections administrators or county clerks around Texas. The early voting period in Texas begins Oct. 22 and continues through Nov. 2. The deadline to request a ballot by mail is Oct. 30.

The nation's secretaries of state established September as National Voter Registration Month to encourage voter participation and increase awareness of state requirements and deadlines for voting. Sept. 25 is National Voter Registration Day.

"Secretaries of state want to encourage eligible voters to register and make sure their registration information is up-to-date before deadlines pass," noted NASS President Ross J. Miller, who serves as Nevada Secretary of State. "If your information is outdated or incorrect, or if you aren't sure how to register to vote, there is time to get it straightened out with your state or local election office, so you can cast your vote easily in the Nov. 6 presidential election."

For more information on voter registration options and deadlines in Texas, please visit the state's online, one-stop voter resource, www.VoteTexas.gov.

### September is National Voter Registration Month
*Lemesa Press-Reporter*/Press-Reporter.com
**5 September 2012**

September is National Voter Registration Month, according to an announcement this week by Texas Secretary of State Hope Andrade.

Andrade joined her colleagues with the National Association of Secretaries of State (NASS) in making the announcement.

"Voting is every Texan's opportunity to make their mark on Texas' future," said Andrade. "Registering is the first step in the voting process. I urge Texans to check their voter registration status at VoteTexas.gov and learn about how, when and where to register and vote."

Dawson County Voter Registrar and Tax Assessor-Collector Diane Hogg said on Tuesday that Dawson County has 7,553 residents who are registered to vote.

Oct. 9 is the deadline to register to vote in Texas to be eligible to vote in the Nov. 6 General Election. Texans can verify their voter registration status or find information on how to register to vote at the state's online, one-stop voter resource, www.VoteTexas.gov.

They also can find contact information for all local elections administrators or county clerks around Texas.

**September is National Voter Registration Month**
*River Cities Daily Tribune*/DailyTrib.com
**5 September 2012**

AUSTIN — September is National Voter Registration Month, according to the Texas Secretary of State's office.

"Voting is every Texan's opportunity to make their mark on Texas' future," Secretary of State Hope Andrade said. "Registering is the first step in the voting process."

Andrade said residents can check their voter registration status at www.votetexas.gov and learn about how, when and where to register and vote.

The deadline to register to vote in the Nov. 6 general election is Oct. 9. Early voting is Oct. 22-Nov.2. The deadline to request a ballot by mail is Oct. 30.

**Wichitans urged to register to vote by Oct. 9**
*Wichita Falls Times-Record News*/TimesRecordNews.com
**5 September 2012**

Texas Secretary of State Hope Andrade has announced that September is National Voter Registration Month and is reminding voters who have not registered to do so by Oct. 9.

"Voting is every Texans opportunity to make their mark on Texas' future," Andrade said. "Registering is the first step in the voting process. I urge Texans to check their voter registration status at VoteTexas.gov and learn about how, when and where to register and vote."

Oct. 9 is the deadline to register to vote in Texas to be eligible to vote in the Nov. general election. Texans can verify their voter registration status or find information on how to register to vote at the state's online, one-stop voter resource, www.VoteTexas.gov.

They can also find contact information for all local elections administrators or county clerks around Texas. The early voting period in Texas begins Oct. 22 and continues through Nov. 2. The deadline to request a ballot by mail is Oct. 30.

The nation's secretaries of state established September as National Voter Registration Month to encourage voter participation and increase awareness of state requirements and deadlines for voting. Sept. 25 is National Voter Registration Day.

For more information on voter registration options and deadlines in Texas, please visit the state's online, one-stop voter resource, www.VoteTexas.gov.

**September is National Voter Registration Month**
**MyHighPlains.com/KAMR NBC 4/FOX 14**
**Karl Wehmhoener**
**6 September 2012**

AUSTIN, Texas - Texas Secretary of State Hope Andrade today is announcing September is National Voter Registration Month.

"Voting is every Texan's opportunity to make their mark on Texas' future," said Secretary Andrade. "Registering is the first step in the voting process. I urge Texans to check their voter registration status at VoteTexas.gov and learn about how, when and where to register and vote."

October 9 is the deadline to register to vote in Texas to be eligible to vote in the November 6 General Election. Texans can verify their voter registration status or find information on how to register to vote at www.VoteTexas.gov.

Early voting period in Texas begins October 22 and continues through November 2. The deadline to request a ballot by mail is October 30.

**Oct. 9 last day to register for November elections**
***Austin American-Statesman***
**6 September 2012**

The November elections are setting up to be intense around the country, but not everyone will have a chance to voice their opinion.

To let your voice be heard, you must register to vote by Oct. 9.

There are several local races to be decided on election day as well as hot topic issues like the sale of alcohol in Chandler.


To register, go to the Henderson County Courthouse Annex office in Chandler or visit www.VoteTexas.gov.

Local elections of interest include the proposed sale of beer/wine for off-premise consumption and the sale of mixed-beverages in restaurants in Chandler, Brownsboro and Murchison ISD school board and county sheriff.

Long-time Henderson County sheriff Ray Nutt, a republican, is being challenged on the November ballot by democrat Bill Burton. There will also be an election to determine the county tax collector/assessor.

On the national level, the race for president between incumbent democrat Barak Obama and Republican challenger Mitt Romney is garnering the most attention while positions for the U.S. Senate and House of Representatives will also be up for grabs.

Early voting starts Oct. 22 and runs through Nov. 2.

Texas Secretary of State Hope Andrade recently announced a three-judge panel in federal district court in Washington, D.C. denied judicial pre-clearance of Senate Bill ( SB 14) passed by the 82nd Texas Legislature requiring approved photo identification to vote.

" As a result of the court's decision, Texas is not permitted to implement the photo ID law," said Andrade. " Consequently, for the Nov. 6 general election, voters will not be required to present a photo ID to vote in person. Information on how Texas voters need to prepare for the general election can be found at www.VoteTexas.gov."

To cast a ballot in person for the Nov. 6 General Election during early voting or on election day, voters should present their voter registration card or in lieu of a voter registration card, at least one of the following:

A driver's license or personal identification card issued by the Texas Department of Public Safety. You may also bring a similar document issued to you by an agency of another state, even if the license or card has expired; a form of identification that contains your photograph and establishes your identity; a birth certificate or other document confirming birth that is admissible in a court of law and establishes the person's identity; United States citizenship papers; United States passport; official mail addressed to you by a governmental entity; or a copy of a current utility bill, bank statement, government check, paycheck, or other government document that shows your name and address.

**State of Texas spotlighting online voter education efforts ahead of Nov. election**
*Community Impact Newspaper*
**Macy Hurwitz**
**7 September 2012**

Texans have just more than one month to register to vote in the November election. Voters have until Oct. 9 if they wish to vote Nov. 6.

Prospective voters may go to www.votetexas.gov, the official online source for Texas voting information, to answer many questions about the election. The website is www.texas.gov's featured website of the month.

"I am thrilled VoteTexas.gov is Texas.gov's featured website this month," Texas Secretary of State Hope Andrade said. "This partnership helps get the word out about VoteTexas.gov and all the resources we

have to help voters make their mark on Texas and couldn't come at a better time as Texans prepare for the fall election."

Texans may look up their voter registration status, download a voter registration application and read frequently asked questions on VoteTexas.gov. The website has updates on upcoming elections, important deadlines, and resources for military, overseas, and special-needs voters.

Travis County voters can find local voting and elections information on the Travis County elections website at www.traviscountyelections.org, by emailing elections@co.travis.tx.us, by calling 854-4996 or in person at 5501 Airport Blvd.

Important election dates

Last day to register to vote: Oct. 9

First day of early voting: Oct. 22

Last day to apply for ballot by mail: Oct. 30 (received, not postmarked)

Last day of early voting: Nov. 2

Election Day: Nov. 6

September is voter registration month
*The Baytown Sun*
**7 September 2012**

Texas Secretary of State Hope Andrade announced that September is National Voter Registration Month. Secretary Andrade joins her colleagues with the National Association of Secretaries of State in making the announcement.

"Voting is every Texan's opportunity to make their mark on Texas' future," Secretary Andrade said. "Registering is the first step in the voting process. I urge Texans to check their voter registration status at VoteTexas.gov and learn about how, when and where to register and vote."…

Texas spotlights online voter education efforts ahead of Nov. election
*Community Impact Newspaper*
**Rachel Slade**
**10 September 2012**

Texas voters have until Oct. 9 to register to vote in the election on Nov. 6.

Prospective voters may go to www.votetexas.gov, the official online source for Texas voting information, to answer many questions about the election. The website is www.texas.gov's featured website of the month.

"I am thrilled VoteTexas.gov is Texas.gov's featured website this month," Texas Secretary of State Hope Andrade said. "This partnership helps get the word out about VoteTexas.gov and all the resources we

TEX00301393

have to help voters make their mark on Texas and couldn't come at a better time as Texans prepare for the fall election."

Texans may look up their voter registration status, download a voter registration application and read frequently asked questions on VoteTexas.gov. The website has updates on upcoming elections, important deadlines, and resources for military, overseas, and special-needs voters.

Tarrant County voters can find local voting and elections information on the Tarrant County elections website at www.tarrantcounty.com/evote, by calling 817-831-VOTE (8683) or in person at 2700 Premier St., Fort Worth. Denton County voters can find information at elections.dentoncounty.com, by calling 940-349-3200 or in person at 401 W. Hickory St., Denton.

Important election dates

Last day to register to vote: Oct. 9

First day of early voting: Oct. 22

Last day to apply for ballot by mail: Oct. 30 (received, not postmarked)

Last day of early voting: Nov. 2

Election Day: Nov. 6

**Voter Registration Month**
*Waxahachie Daily Light*/Waxahachietx.com
**Staff Reports**
**12 September 2012**

AUSTIN, Texas — Texas Secretary of State Hope Andrade has announced September is National Voter Registration Month.

"Voting is every Texan's opportunity to make their mark on Texas' future," said Andrade. "Registering is the first step in the voting process. I urge Texans to check their voter registration status at VoteTexas.gov and learn about how, when and where to register and vote."

Oct. 9 is the deadline to register to vote in Texas to be eligible to vote in the Nov. 6 General Election.

Texans can verify their voter registration status or find information on how to register to vote at the state's online, one-stop voter resource, www.VoteTexas.gov. They can also find contact information for all local elections administrators or county clerks around Texas.

The early voting period in Texas begins Oct. 22 and continues through Nov. 2. The deadline to request a ballot by mail is Oct. 30.

The nation's secretaries of state established September as National Voter Registration Month to encourage voter participation and increase awareness of state requirements and deadlines for voting. Sept. 25 is National Voter Registration Day.

"Secretaries of state want to encourage eligible voters to register and make sure their registration information is up-to-date before deadlines pass," noted NASS President Ross J. Miller, who serves as Nevada Secretary of State. "If your information is outdated or incorrect, or if you aren't sure how to register to vote, there is time to get it straightened out with your state or local election office, so you can cast your vote easily in the November 6 presidential election."

For more information on voter registration options and deadlines in Texas, please visit the state's online, one-stop voter resource, www.VoteTexas.gov.

<u>Military encouraged to vote</u>
*San Angelo Standard-Times*
**Matthew Waller**
**14 September 2012**

SAN ANGELO, Texas — Whether far from home or nearby, this November, members of the military have the perennial chance to participate in the governance of the nation they serve by voting.

Texas Secretary of State Hope Andrade is promoting a day to raise awareness for military voters and their spouses to make sure they're ready for the coming elections.

"We want to make sure our military men and women know that their vote does count," Andrade said in a phone interview Thursday.

To that end, she is participating in the National Military Voter Readiness Day today, joining with the Heroes Vote Initiative, a nonpartisan organization that is part of the Military Voter Protection Project, which "is dedicated to promoting and protecting our military members' right to vote and ensuring that their votes are counted on Election Day." That project is a service of the Legacy Foundation, an Iowa-based charity that aims "to advance individual liberty, free enterprise and limited, accountable government."

Rich Parsons, a spokesman for the Texas secretary of state, said his office doesn't have any events planned for today but that the day is intended to be publicized as a day of awareness.

A Texas secretary of state news release says voters in the military or overseas voters can use absentee voting, and requests for an absentee ballot must be received by county election clerks by Oct. 30. The voting registration deadline is Oct. 9.

Voters overseas or in the military can also file Federal Postcard Applications no later than a week before the election, receive the ballot or use a Federal Write-in Absentee ballot and cast a vote by returning the marked ballot by Election Day, or the fifth day after if voting from overseas. The forms and further instructions are available at http://votetexas.gov/military-overseas-voters/.

Tom Green County Elections Administrator Vona McKerley said assistance also is available at www.fvap.gov, the Federal Voting Assistance Program website.

In the past presidential election, Tom Green County mailed out about 1,500 absentee ballots, she said.

About 550 applications have been received already for the next Election Day on Nov. 6, she said.

The Tom Green County Elections Office is 325-659-6541.

"We anticipate it will be a high number," McKerley said.

**Tuesday Marks National Voter Registration Day**
**AustinMetroNews.com**
**25 September 2012**

Election Day is six weeks away. That means if you don't register to vote soon, you may not be able to cast your vote.

Texas Secretary of State Hope Andrade is announcing Tuesday as National Registration Day. She wants everyone to have a voice and make their mark on Texas' future

**Register to Vote**
**A Capitol Blog**
**Aaron Pena**
**25 September 2012**

Our Texas Secretary of State, Hope Andrade, reminds Texans of the importance of their participation in the electoral process.

Today is National Voter Registration day. The last day to register to vote for the November 6, 2012 general election is on October 9.

Early voting by personal appearance in Texas begins October 22.

Let's all do our part by voting in the upcoming election. Start today by registering.

**Election Brings Hope to Blanco County**
*Johnson City Record Courier*
**Keith J. McClellan**
**27 September 2012**

On Monday, September 24, Texas Secretary of State Hope Andrade dropped in on Blanco County officials in Johnson City. "We want to thank locals for the outstanding work you do during the voting process," said Secretary Andrade. "The more I meet with you people throughout the State, the more I appreciate what you do. Before I made these visits I didn't fully realize what it takes to set up, prepare for and to carry out the voting process." The meeting was held in the Conference Room of Blanco County Clerk Karen Newman at the Blanco County Annex. It was attended by Karen Newman; County Judge Bill Guthrie; County Tax Assessor/Collector and Voter Registrar Hollis Boatright; Mary Kresta, Chief Deputy Clerk Tax Assessor/Collector; and Susie Kneese, Deputy Voter Registrar for Blanco County. "We're trying to reach everyone in the State with the message that no one has an excuse to not vote. To accomplish that mission we're reaching out to our local election partners to help us tell everyone that by voting, you make a mark on Texas. "I promote Texas throughout the world," said the San Antonio native. "I want to bust myths about the voting process in this State. We do that by using all the appropriate

modes of communication including having a website (votetexas.gov), as well as using such resources as Face book and Twitter. We want to be found where the people go so that we can reach everyone. "It is very important that the voters know that for this election no picture I.D. will be required in order to vote due to the fact that the legality of the Texas Voter I.D. Law is under review in the courts," she said. She emphasized that the general election will take place on Tuesday, November 6, 2012. The deadline to register to vote in that election is October 9. Early voting will take place from October 22 to November 2. Karen Newman indicated that there will be only one precinct for early voting and that it will take place in the Blanco County Annex at 101 East Cypress Street in Johnson City. "Being unable to vote on November 6 is no excuse for failing to vote," said the Secretary of State. At the website, votetexas.gov, voters can find information in both English and Spanish on how to register to vote; the who, what, when and how of voting; military and overseas voting; voters with special needs; your rights as a voter; and voting facts and resources. Potential voters will find answers to such questions as, "I can't find my voter registration card. What do I do?" and "Where do I go to vote?" "Who is eligible to vote early?" and "What kind of identification do I need?" The website provides information on candidates, political parties, candidate contact information, important 2012 election dates, and there are sample ballots. The website is a one-stop resource for voter information. Secretary Andrade praised the efforts of recently appointed Texas Election Division Director, Keith Ingram. "Since he came on board he has done a fabulous job. He has a great attitude. Because he is an attorney he has quickly grasped the finer points of election law—and besides that, he sings!" Judge Guthrie told an anecdote about his grandfather who was a died-in-the-wool Democrat. "The first time I ran as a candidate for public office, I did so as a Republican," said the Judge. "Even though my grandfather loved me dearly he lamented that he could not, in good conscience, vote for me. 'I will NOT have my voter registration card stamped 'Republican!' he insisted. I suggested that he go ahead and vote for me and then conveniently 'lose' his voter registration card with the Republican stamp on it. The replacement card would not be stamped. He reluctantly took my suggestion and after he voted for me, he threw away the card and got a replacement." "In my position," said Secretary Andrade, "I am totally non-partisan. Some folks get upset with me when I won't tell them which candidate to vote for. I do not get involved. In my own county 'I just don't know.' I want you to be informed but I will not tell you how to vote," she declared. "On voting day," said Secretary Andrade, "my workday starts at 7:01 p.m. Phones will be ringing through the night and problems will need solving. Every election is memorable. We start with a prayer, followed by dinner and then we take our stations." This will be Secretary Andrade's fifth general election. As Texas Secretary of State under Governor Rick Perry she has the fourth longest service of anybody in that capacity. Karen Newman commented that her attitude would improve greatly on November 7, the day AFTER the voting. "That's because you are a responsible person," said the Secretary of State. "I'm not worried about the glitches because I have met all of you and I know you can do the job. If a precinct is late reporting, I don't worry about it because I know you, and you and your team do a superb job!" "We all come together to make things happen," said Judge Guthrie. "If there's a problem, we come together to solve it." Secretary Andrade was accompanied by Deputy Communications Director Alicia Pierce, and Amy Whitmore, Executive Aide. County Clerk Karen Newman expressed her appreciation for the visit. "When my aide answered the phone and told me that Texas Secretary of State Hope Andrade was on the line, my only thought was, 'Oh, what have I done wrong!'" Secretary Andrade responded with a smile, saying, "Yes. When I called there was a rather long pause."

**KGBT (CBS) - Harlingen, TX Action 4 News at 10:08 PM**
**KGBT Action 4 News CBS**
**1 October 2012**

wx one i make your mark the push to get people registered to vote is in full gear. **Texas Secretary of State** Hope Andrade made a very special stop at our station to join election officials from all four valley counties. the theme? make your mark on texas. action 4's veronica gallegos reports. p make your mark voter turn out across the rio grande valley hasn't been impressive. so, for the november election.... action 4 news teamed up with top leaders in the valley and the state to help our community "make their mark on texas".. **Texas Secretary of State** esperazan 'Hope' andradre --- fly from xxx to encourage people register to vote.. along side the secretary of state -- top election leaders from starr, hidalgo , willacy and carmeron counites.. behind the scenes -- phones are ringing off the hook . campaign 2012 has taken over the action 4 news studio .... to get you excited to vote... viewers from all over asking questions.... about how to vote.. when to vote... and even how to get a ballot-by mail... many who called in -- had before... and theres still never voted time to let your voice heard if you have not registered -- you still have time. registration ends oct. 9th.. followed by early voting -- later this month -- on october 22nd... after more than 150 phone calls -- dozens of facebook comments and tweets.. tonights message --- rang loud clear... 'make your vote on texas'.. vg, a4n t make your mark we'd like to thank **Texas Secretary of State** Hope Andrade and .... all four top election administrators for their part in making this evening's event a huge success... if you need information on how to register to vote -- or to find out if you are registered -- log on to valleycentral.c om! presidential debate campaign 2012 -- you can expect more here on action 4 news...

**KGBT (CBS) - Harlingen, TX Action 4 News at 10:55 PM**
**KGBT Action 4 News CBS**
**1 October 2012**

Texas Secretary of State Hope Andrade and .... all four top election administrators for their part in making this evening's event a huge success... if you need information on how to register to vote -- or to find out if you are registered -- log on to valleycentral.c om! presidential debate campaign 2012 -- you can expect more here on action 4 news...

**Texas Secretary Of State visiting Action 4 News, Rio Grande Valley**
**KGBT Action 4 News CBS**
**1 October 2012**

Posted: 10.01.2012 at 3:29 PM
Election Day is only 35 days away.

Voters will soon head to the polls to decide races from the next president of the United States to local races.

Texas Secretary of State Hope Andrade has launched a statewide initiative called "Make Your Mark on Texas."

The statewide campaign is designed to educate voters and prepare them for the 2012 elections.

Important Dates To Remember:

• October 9: Last Day To Register To Vote
• October 22: First Day of Early Voting

• November 2: Last Day of Early Voting
• November 6: Election Day

Action 4 News is hosting a special phone bank and chatroom to answer all your questions about voter registration and the elections.

Secretary of State Andrade and all four elections administrators from the four counties of the Rio Grande Valley will be here to answer your questions.

Andrade is also appearing on Action 4 Sunrise and then speaking at the Weslaco Area Chamber of Commerce about the Vote Texas iniative early Tuesday morning.

KGBT (CBS) - Harlingen, TX Action 4 News Sunrise at 6:04 AM
**KGBT Action 4 News CBS**
**2 October 2012**

Andrade election day across the u.s. is drawing near... and we want to make sure you are prepared... to hit the polls this november. this morning, we are pleased to welcome... the texas secretary of state, **Hope Andrade** ... to talk more about this election. l sos Andrade tease 1a coming up on action 4 sunrise... action 4 sunrise...

KGBT (CBS) - Harlingen, TX Action 4 News Sunrise at 6:31 AM
**KGBT Action 4 News CBS**
**2 October 2012**

Thanks valley stands out in texas... as one... of the lowest voter turnouts... in the state... despite efforts to change that -- there are still many... who havent registered to vote... action 4's rafael carranza... took to the streets of mcallen... to see where valley residents stand -- 6 weeks away from the election... p voter registration the deadline to register to vote is about a week away... despite the deadline being so close -- we once again found a generational gap between potential voters... the reasons are as plenty as they are varied... despite a highly publicized voting campaing in the valley -- and with only five weeks left until election day....many people still haven't registered to vote. the acct now campaign seeks a higher voter turnout... in the last election only 2 in 10 valley voters cast their ballots -- among the lowest rates in the state... older voters say they understand the importaneir rightenge they say generat-- nearly hal registered to early half of t election daexpected to increase... however -- the neing those th. the last day toection is starts on octobarranza -- acstration you campaign 2action 4 news... tune in tomorrow night... for the first of 3 presidential debates.. the first will focus on domestic policies... and it all starts at 8 p.m... here on c- b-s. l sos Andrade texas secretary of state... **Hope Andrade** ... to talk more about this election. wx 4 24/7 weather weather sketchers tease 5 texas secretary you can expect more of you can expect more of campaign 20-12 right here on action 4 news... tune in tomorrow night... for the first of 3 presidential debates.. the first will focus on domestic policies... and it all starts at 8 p.m... here on c- b-s. l sos Andrade texas secretary

KGBT (CBS) - Harlingen, TX Action 4 News at 5:05 PM
**KGBT Action 4 News CBS**
**2 October 2012**

Andrade weslaco turning to politics... "make your mark on texas"... that's the message... secretary of state **Hope Andrade** wants to spread across the valley. this morning... she visited with residents at the weslaco chamber of commerce. Andrade says the valley is an important area to focus... on beause of the number of potential voters. right now... more than 500- thousand people are registered to vote in hidalgo... cameron... and starr counties. she believes education and awareness are the key... to help current and future voters... understand the importance of exercising their civic duty. sot Andrade weslaco if you haven't registered to vote... there's still time. your last day to register is october 9th. early voting begins october 22nd. and election day is november 6th.

KVEO (NBC) - Harlingen, TX Newscenter 23 at 6:44 PM
**KVEO (NBC)**
**2 October 2012**

the **Texas Secretary of State** urges you to go out and vote. this morning, **Hope Andrade** spoke at the weslaao area chamber of commerce to educate voters in preparation for the upcoming presidential elections. Andrade wants to ensure we have all the information on when, where and how to vote so we can taae part in early voting, or voting n election day. she ssys it's something we need to instill early on in our children. wouldn't it be wonderful if every time that we vote, we come back and we talk to our children about it? about the importance, about the pride, about the fact that it is one of our most important rights to do this so that our children will grow up knowing that that we vote. that's what we do. the last day to register to vote is tuesday... october 9th. early voting runs october 22nd through november 2nd. election day is tuesday... november 6th.

Andrade urges voter engagement; registration deadline looms
*McAllen Monitor*
**Gail Burkhardt**
**2 October 2012**

WESLACO – There is no excuse for not voting in local, state and federal elections, the Texas secretary of state told an audience Tuesday morning at the Weslaco Chamber of Commerce.

Hope Andrade spoke to a small crowd during Good Morning Weslaco, a regular Weslaco Chamber of Commerce breakfast meeting. Andrade is visiting the Rio Grande Valley as a part of the "Make Your Mark on Texas" initiative, an information campaign aimed at encouraging Texans to vote. The last day to register to vote for the November election is Tuesday, Oct. 9.

Andrade encouraged her audience to help increase voter turnout.

During the 2008 presidential election, 60 percent of voters participated statewide, but only 43 percent did in the Rio Grande Valley, according to the Advocacy Alliance Center of Texas, an organization aimed at encouraging voting in South Texas.

"You all understand why you need to vote and now we need to talk about it," Andrade said Monday. "Texas needs to raise those numbers."

Andrade noted that photo IDs will not be required for the November election, and residents can still present their Voter Registration Card to vote. Other forms of identification including a driver's license, a

birth certificate, a utility bill and a passport also are acceptable. A full list of acceptable identification and other information is available on VoteTexas.gov.

The secretary also touted a new mobile phone application called SmartTXVoter. It sends the user reminders for key election dates, sends out voting reminders to others, shows polling locations, shows the state ballot and answers other questions.

Several of Monday's attendees had questions of their own.

One audience member asked Andrade how to respond to friends' comments that the election has already been decided.

"You never know what can happen on election night," Andrade responded, pointing to races that have had unexpected results.

Another asked if the voter ID legislation was meant to disenfranchise voters.

Andrade said the state wants to encourage people to vote, not the opposite. She pointed to the Make Your Mark initiative and the long hours many employees were putting in to increase voter turnout.

"I don't think any of us would be working so hard if we were trying to disenfranchise voters," she said.

**KVEO (NBC) - Harlingen, TX Early Today at 6:56 AM**
**KVEO (NBC)**
**3 October 2012**

of d vote. yesterday, **Hope Andrade** spoke at the weslaco area chamber of commerce to educate voters in preparation for the upcoming presidential elections. Andrade wants to ensure we have all the information on when, where and how to vote so we can take part in early voting, or voting on how to vote so we can take part in early voting, or voting on early voting, or voting on election day. the last day to register to vote is the last day to register to vote is tuesday...october 9th. early voting runs october 22nd through through november 2nd. election day is tuesday...november 6th. tuesday...november 6th.

**Deadline nears for voter registration**
*Al Dia*
**Julian Resendiz**
**4 October 2012**

If the debate between Mitt Romney and Barack Obama not motivated to register to vote, how to repair cracks and potholes in the most damaged streets of Dallas?

Proposition 1 which asks permission from taxpayers to issue $ 260 million in general obligation bonds to repair streets, and Proposition 2 that requests $ 326 million for flood control will appear on the ballot in Dallas County this November 6.

Voter Registration

TEX00301401

To get your voter certificate, you must be a U.S. citizen over 18 years old, reside in the county where you want to record and not be a convicted felon (unless you have already served their sentence, including probation).

Then record times:

Saturday October 6, 7 a.m. to 7 p.m.

Sunday, October 7, 1-6 pm

Monday and Tuesday, 8 and 9 October, 7 a.m. to 7 p.m.

You can register in person at the Elections Department Dallas County, 2377 N. Stemmons Freeway, Suite 820.

You can also register online at www.sos.state.tx.us or www.votetexas.gov ...>

The same proposal would generate $ 55 million to promote economic development in the south of the city.

Since these incur debt to be paid with their taxes, state law requires you to put Dallas City Hall public referendum each proposal.

If you want to influence these decisions, has until Tuesday October 9 to get your voter registration or ensure that your certificate is valid.

"We want people to know that dates are very important," said Hope Andrade, Secretary of State of the State of Texas. "Tuesday is the last day for registration and early voting begins on October 22."

A few days before the deadline, Andrade visited several cities in hopes of encouraging people to not fall off the bench watching an electoral process that will define the next president and the next Congress will determine local issues as improvements to streets and flood control in Dallas.

On Tuesday, the Secretariat was in South Texas, and on Thursday visited Hispanic media in Dallas.

Your message to Latino voters is to participate in the process and to ignore rumors about excessive revisions of documents in the polls.

"One of the most common excuses people is, 'is that the lines are too long', or 'I'm very busy.' What we say is that there is early voting from 22 October to 2 November, "said Andrade. "You can vote the way to school or work, or on your lunch hour."

While declining to ensure that there is confusion on Voter Identification Act (Voter ID), Andrade emphasized that while you carry your voter certificate, workers at the polling does not require a photo ID.

"Voter ID Not applicable. People may read that the Legislature passed the Voter ID, but the Justice Department did not give the go ahead, so do not require identification to vote, "he said.

TEX00301402

In fact, if for some reason you forgot your voter certificate, you can get a provisional ballot with your driver's license, or receipts showing your name and address, he said.

Secretary of State visits Progress Times
*Mission Progress-Times*
**Jim Brunson**
**5 October 2012**

Texas Secretary of State Hope Andrade stopped for a deskside visit with Progress Times Publisher Jim Brunson Tuesday morning. Andrade was making a trip through the Rio Grande Valley this week to encourage people to get out and vote.

She wanted to remind local residents that the deadline to register to vote in the upcoming general election is Tuesday, Oct. 9.

For people who are not sure if they are registered, she offered a helpful solution.

"We've got a very friendly website: VoteTexas.gov. You can go in there and check if you're registered to vote. If you're not registered, you can download an application, complete it, and mail it in. It's that simple" she said.

For those without a computer, she suggested stopping by the local library or any county office and pick up an application and mail it in.

"As long as it's postmarked by Oct. 9, you will be able to vote in the general election," she said.

Early voting begins Oct. 22 and continues through Nov. 2.

Encouraging voters to vote early, Andrade said, "If you vote early, it only takes you a few minutes. You can stop at any polling place in your county and vote. Normally, for me, when I go in and vote early – 5 to 10 minutes. So we don't want you to use that as an excuse."

She said some people will say, "My vote doesn't count."

"It absolutely does," she emphasized. "And we want to make sure people understand that. Your vote does count. We have had communities where you've had a tie in the voting at the election. We had one that was 111 to 111."

That election was decided by the toss of a coin, she said.

"So every vote does count. And it's important that we vote. This is our right as an American, and we should exercise it."

She also stressed that no voter ID will be required in the upcoming election. Although the state legislature passed a voter ID law, the Department of Justice did not give the state pre-clearance to implement the law.

TEX00301403

She said, people will continue to vote in the same manner they have always voted, which is by showing their voter registration card. Or, voters can show their driver's license or any other means of identification that's on the VoteTexas.gov website list of approved items.

Texas Secretary of State Releases Voter Education Smartphone App
GearDiary.com
Douglas Moran
5 October 2012

In the main, Texas comes in for a lot of abuse from non-Texans. We get made fun of quite a bit; the love of football, the prevalence of pickup trucks and guns; the excessive amount of Texas pride we often have; our weird politics — we come in for a lot of flak. And some of it is deserved, no question. But Texas has some durn good ideas, too. And in that category, allow me to humbly present Texas' new voter education app:

The Office of Texas Secretary of State Hope Andrade launches its first smartphone application, SmartTXVoter, to help Texans stay informed about statewide voting information like registration deadlines, early voting dates and candidates or amendments on the upcoming ballot. It also provides users the ability to remind themselves and others to vote.

Voters can use the app to schedule reminders for specific days and times to vote; learn how to register to vote; research online voting resources; and verify polling locations and hours. Weekly polls let Texans use the app to "vote" on questions such as "What Texas town has the best barbecue?"

SmartTXVoter can be viewed in English or Spanish, and it is formatted to be accessible for Texans with visual impairments. The app is part of the "Make Your Mark on Texas" voter education program, which educates Texans about voting information under the Help America Vote Act.

SmartTXVoter is free to download in the iTunes App Store and Google Play stores. To find out more about voting in the state of Texas, visit www.VoteTexas.gov.

So if you live in Texas and want to be more than one of those legendary "low-information voters", why not take a look? And if you do, be sure to let us know what you think below!

Secretary of State Arrives in EP Andrade Reminds Citizens to Register to Vote "Make Your Mark on Texas!"
*Eagle Pass News Gram*
A.D. Ibarra
6 October 2012

Texas Secretary of State Hope Andrade was in Eagle Pass to send the message to all those who have not registered to vote or those Eagle Passans who know of someone who has not registered to let them know that the deadline to do so is November 9th and the process is quick and easy. The Make Your Mark on Texas registration campaign is her latest effort to get Texas voters' voices to be heard and Texas' first Hispanic Secretary of State was here to remind us that there are different ways that you can get in touch, via Facebook, Twitter and now via a website called VoteTexas.gov. Andrade stressed the importance of all eligible voters to be sure to exercise their right to participate in the democratic process.

TEX00301404