Secretary of State Hope Andrade promotes voter registration while purging Texas voter lists
*Eagle Pass Business Journal*
Jose G. Landa
6 October 2012

She reminded us all that we are the faces that people know in the neighborhood in our community, that we can all help her spread that message. She added that the right to vote is one of the most important privileges we have, some countries are still fighting for that right and we shouldn't take it for granted. As the former chair of the Texas Transportation Commission, Andrade mentioned the fact that her crowning achievement was the creation of the Highway 57 Super Two Highway.""I'm so excited about being a twenty first century grandma," exclaimed Andrade, one of the most powerful women in the state who has been the recipient of such prestigious awards as San Antonio Leadership Hall of Fame Award, the Woman of the Year by the Houston Chapter of the Women's Transportation Seminar, Mother of the Year by Avance, the Small Business Advocate of the Year Award by the Small Business Administration, San Antonio Hispanic Chamber of Commerce's Lifetime Achievement Award and e Hope for Children Esperanza Award, "You can follow us on Facebook and I have gotten 8,000 likes, so be sure to "like' us on Facebook and I have a Twitter account as well." When asked in an exclusive Gram interview what she thought of Governor Perry's initiative to increase the number of texas college students by 500,000 in 15 years, Secretary Andrade commented, "I'm delighted and proud of our governor, he realizes the importance that a good education has on the economic development of our State." Andrade also weighed in on the challenges our colleges and universities are faced with in terms of providing affordable bachelor's programs for Texas students, "I think I've heard of university presidents working on that commitment of higher education for our students and I applaud them on that initiative," she said as she was whisked off by her assistant Amy Whitmore to Del Rio where she had her next commitment that afternoon in the Queen City.

Texas Secretary of State Hope Andrade visited Eagle Pass on Friday, October 5, 2012, to promote her office's 'Make Your Mark on Texas' voter registration drive program to inform Maverick Countians that they have until Tuesday, October 9th to register to vote for the November 6th election and to come out and vote in the November 6th election.

What Secretary Andrade did not tell the loyal citizens of Eagle Pass and Maverick County at the October 5th public meeting held at the City Council Chamber in Eagle Pass was that the Texas Republican Party and her office implemented a new state law whose effects are purging Texas voter registration lists.

Four Texas registered voters sued the State of Texas and Secretary of State Hope Andrade alleging that the State of Texas was violating their civil rights by purging them, or taking them off, from their county voter registration lists. The plaintiffs sued after receiving letters from their county voter registrar that it believed they were dead and they had 30 days to respond and prove they were not dead otherwise their names would be dropped and deleted from their county voter registration lists. The Plaintiffs were represented by veteran election law attorney Buck Woods of Austin, Texas.

The voter purging of Texas voter registration lists commenced in August when the state began to enforce a new law passed by the Texas Republican Legislature, House Bill 174, which requires the Texas Secretary of State Hope Andrade's office to access the federal government's Social Security death master list to verify which voters are deceased. However, the Social Security's death master list is not

TEX00301405

100 percent accurate and has thousands of citizens' names listed as deceased when in fact they are still alive such as the four plaintiffs who brought the lawsuit against the state.

Fortunately for Texas registered voters, the State of Texas settled the voter purging lawsuit with the four plaintiffs last week shortly before a court hearing on an injunction to stop the state from enforcing this new law being implemented by Secretary of State Hope Andrade. The State of Texas agreed not to purge the names of the over 68,000 registered voters who had been sent the prove us you are not dead letter if the voters responded to the letter within the prescribed 30 days. The Secretary of State's attempt to enforce this flawed law so close before the November 6th election drew heavy criticism from African-American and Latino communities and legislators as another intentional attempt to purge minority and senior citizens from the Texss voter registration lists immediately before the November 6th election.

As a result of the state's settlement with these four plaintiffs, Secretary of State Hope Andrade issued a statement or directive to statewide county voter registrars not to purge any voter who had received the prove us you are not dead letter from the voter registration lists if they responded to the letter within the 30 days allowed.

The Texas Republican Party and state officials have discriminated against minority Texans in several forms in an attempt to deny minorities their constitutional and civil rights while holding on to power in Texas. For instance, the Texas Republican drawn redistricting maps were found by a federal court of appeals to violate minorities civil rights because they intentionally discriminated minorities' representation in the new political maps. Another federal court of appeals court struck down the Texas Republican Legislature's voter ID law as violating the 1965 Civil Rights Act and minorities, senior citizens, and young and college voters' civil rights.

Unquestionably, the Texas Republican Party and their statewide officials are discriminating against African-Americans, Latinos/Hispanics, and other minorities from fully participating in the state's democratic political system and future by these disingenuous political disenfranchisement mechanisms.

**Oct. 9 final day for voter registration**
*Waxahachie Daily Light*
**6 October 2012**

AUSTIN, Texas – Texas Secretary of State Hope Andrade is reminding Texans Oct. 9 is the last day to register to vote in order to be eligible to vote in the Nov. 6 General Election.

Texans can verify their voter registration or find information on how to register to vote at the state's online, one-stop voter resource, www.VoteTexas.gov.

They can also find contact information for all local elections administrators or county clerks around Texas.

"Registering to vote is the first step in the voting process. Voting is our responsibility and opportunity as Texans to make our mark on this great state," said Andrade. "I urge Texans to visit VoteTexas.gov to find out if they're registered to vote. If not, VoteTexas.gov will tell you how, when and where to register and vote."

Eligible Texans can also register in person at county Voter Registrars' offices. (In most Texas counties, the Tax Assessor-Collector is also the Voter Registrar. In some counties, the County Clerk or Elections Administrator registers voters.)

Voter registration applications are available at county Voter Registrars' offices or the Secretary of State's Office, as well as libraries, government offices or high schools. To register by mail, applications are available for download on VoteTexas.gov,

Early voting in Texas begins Oct. 22 and continues through Nov. 2. The deadline to request a ballot by mail is Oct. 30.

Additionally, photo identification as required in Senate Bill 14 will not be required in early voting or on Election Day.

To cast a ballot during early voting or on Election Day, voters should present their voter registration card or in lieu of a voter registration card, at least one of the following:

• A driver's license or personal identification card issued to you by the Texas Department of Public Safety or a similar document issued to you by an agency of another state, even if the license or card has expired;

• A form of identification that contains your photograph and establishes your identity;

• A birth certificate or other document confirming birth that is admissible in a court of law and establishes the person's identity;

• Your United States citizenship papers;

• Your United States passport;

• Official mail addressed to you by a governmental entity; or

• A copy of a current utility bill, bank statement, government check, paycheck, or other    government document that shows your name and address.

For more information on the voting process in Texas, including where to vote, visit www.VoteTexas.gov.

For more information on the Office of the Texas Secretary of State, visit www.sos.state.tx.us.

**Tuesday is deadline to register to vote in November election**
*Fort Worth Star-Telegram*
**Anna M. Tinsley**
**8 October 2012**

Tuesday is the last day to sign up to vote in the Nov. 6 election.

And officials statewide say they hope millions of Texans who are still not registered to vote will sign up by the deadline.

"If they want to vote, they've got to be registered," said Steve Raborn, Tarrant County's elections administrator. "The presidential election is always our highest-turnout election, and the deadline for voter registration is a hard and fixed deadline."

Statewide, there are more than 13 million registered voters out of 18.2 million Texans who are of voting age. In Tarrant County, around 950,000 residents are registered to vote, according to local and state election records.

To register to vote in Texas, voters must be U.S. citizens, at least 17 years and 10 months old (and 18 by Election Day) and not be a convicted felon or declared mentally incapacitated by a court of law. People who have moved or changed their name after they are registered must give election officials their new information.

"Registering to vote is the first step in the voting process," Texas Secretary of State Hope Andrade said. "Voting is our responsibility and opportunity as Texans to make our mark on this great state."

Texans who register in time to vote in the general election will find that, come Nov. 6, not much will have changed at the polls.

The state's voter ID bill, which would require voters to show photo identification to vote, will not be activated. And a list of potentially dead Texas voters -- which has drawn national attention as some very alive Texas voters have complained that they ended up on the list -- will not have to be purged before the election.

"It is critical that eligible Texans register to vote before the fast-approaching Oct. 9 deadline," said state Sen. Judith Zaffirini, D-Laredo. "Every vote will make a difference in the important local, state and federal elections that will be decided in November."

A look at some stalled election issues:

No photo ID required

The Republican-led Texas Legislature last year passed a voter ID law requiring voters to produce certain types of photo identification in order to vote. Republicans who approved the measure said it was needed to guard against voter fraud, although Democrats argued that there were few cases that existed to prove fraud is a significant problem.

A three-judge federal panel in late August weighed in, saying Texas' law may not go into effect because it illegally suppresses Latino and African-American votes.

"Chalk up another victory for fraud," Gov. Rick Perry said after the ruling.

Texas is among more than two dozen states that have sought to put in place laws to require voters to show photo identification -- ranging from a driver's license to a military ID to a passport -- and other states have found their laws halted as well.

TEX00301408

Most recently, a Pennsylvania judge stopped that state's voter ID law after the state's Supreme Court ordered him to rehear arguments about whether state officials were doing enough to make sure voters there had "liberal access" to gain picture ID cards they would need to cast a ballot. A hearing there isn't scheduled until December, after the general election.

Texas officials have said they will appeal the ruling here.

Anyone may present their voter registration card to vote. If that is not available, voters may show alternate identification, such as a driver's license, personal ID card, birth certificate, citizenship papers, passport or a copy of a current utility bill, bank statement, governmetn check, payment -- or any other government document that shows the voter's name and address.

Dead voters

Election offices in Texas constantly update voter lists and send updates to the state. But last year, the Legislature passed a bill requiring the Texas secretary of state to remove deceased Texans from voter rolls quarterly using information provided by a different source -- the Social Security Administration's master list -- rather than data provided by the Bureau of Vital Statistics, which many county election offices traditionally use.

The secretary of state's office sent lists in late August to county election offices identifying nearly 77,000 possibly deceased voters out of 13.1 million registered voters. The list included "strong matches" -- registered voters whose name, date of birth and full Social Security number match those of a deceased Texan -- and "weak matches" -- where voters have the same date of birth and last four Social Security digits as a dead person. Each election office was responsible for double-checking lists and determining which residents should receive "verification of voter status" letters, which name a potentially deceased voter and ask for a response within 30 days if the information is incorrect.

Four Texans sued the state, saying the purge of voter lists violates election laws and could impact Texans who want to vote in November. A Travis County judge last week signed off on an agreement requiring election officials not to purge voters if they didn't respond within the 30-day time period. But they could remove from voter rolls the names of Texans whom they confirmed have passed away.

"It's a good thing," Raborn said. "We are running out of time between now and Election Day.

Are you registered to vote?
KGBT Action 4
9 October 2012

If you are not registered to vote, do so Tuesday!

It's the last day Texans can make sure they get a voter registration card to vote in the November election.

AACT NOW told Action 4 News only two in every 10 Valley voters actually exercised their right to vote in the last election.

If you do not know if you are register, just click on this link.

If you are registered, but need a replacement card you can call your local voter registrar's office.

Texas Secretary of State Esperanza 'Hope' Andrade said 'a photo ID is not needed if you vote in person'.

"Make your mark on Texas, vote" said Secretary of State Andrade.

Below are important dates:

October 9: Last Day To Register To Vote
October 22: First Day of Early Voting

October 30: Last day to request ballot-by-mail
November 2: Last Day of Early Voting
November 6: Election Day

If you need information on which precinct you vote in, please see the related links below.

**KEYE-AUS (CBS) - Austin, TX K-EYE News at 5:25 PM**
**KEYE CBS**
**9 October 2012**

six and a half hours. that's how much time you have to get your voter registration postmarked and in the mail if you want to cast a ballot in the presidential election. today, the **Texas Secretary of State** talked to some of austin's hispanic leaders about how businesses can empower their employees to vote. we have links with information on how to register to vote in the vote 2012 section at keye t-v dot com.

**Texas' Voter Registration Deadline is Today - Here's What You Need to Know**
**KUT News**
**9 October 2012**

Today is the last day in Texas to register to vote in the November election.

In Travis County, you can apply in person at any of the five tax office locations. Or you can mail in your completed form. It must be postmarked by today.

You can find voter registration forms at libraries, post offices and some grocery stores. And Thundercloud Subs is offering voter registration at all of its Austin locations today. You can also complete and print off a voter registration form online.

If you've moved within the same county, you can update your information online without mailing in a new form—the deadline to update your address is also today.

Texas Secretary of State Hope Andrade says her office has been getting out voter registration information via social media but she says they're also relying on old-fashioned word of mouth.

"It's very important for us to share this information with our family and with our friends," Andrade says. "People are always asking each other 'well, what do you think' or 'oh, I'm not sure I should vote' and it's

TEX00301410

great for you to encourage each other that we should vote, that this is one of the most important privileges we have as Americans and we should not take it for granted but we should go out and vote."

Locally, Travis County officials hope to have 650,000 voters registered for the November election. As of this week, 80 percent of voting age Travis County residents are registered to vote.

Not sure if you're registered to vote? Click here to find out.

Early voting in Texas begins Oct. 22. Election Day is Nov. 6.

Here' a map of Thundercloud Subs locations offering voter registration today.

**Vote early beginning Oct. 22**
*The Hutto News*
**Elizabeth Page**
**10 October 2012**

Early voting in the Nov. 6 presidential election begins Oct. 22 and residents only have until Oct. 9 to register in Williamson County in preparation to cast a ballot.

The Nov. 6 election will determine who is the next president of the United States, and voters also will decide races for the U.S. Senate and House, the Texas Legislature, Supreme Court, Railroad Commission, State Board of Education and a variety of county races.

Nielson ratings show about 67.2 million people watched the first presidential debate between Democratic incumbent President Barack Obama and Republican presidential nominee Gov. Mitt Romney on Oct. 3.

Three more debates — two presidential and one vice-presidential — are scheduled between now and Election Day under the aegis of the Commission on Presidential Debates.

The CPD was established in 1987 as a non-partisan, non-profit organization with the mission to sponsor informative debates in presidential election years. The organization has organized and produced all the presidential debates in election years since 1988. Full transcripts of the Oct. 3 debate are available at the CPD website, http://www.debates.org.

President Obama and candidate Romney will square off in a town-hall style debate on Tuesday, Oct. 16 and then will talk foreign policy during a debate scheduled for Monday, Oct. 22.

Vice-President Joe Biden and Congressman Paul Ryan, Romney's running mate, will debate domestic and foreign policy issues on Oct. 11. All debates are scheduled from 8 to 9:30 Central Standard Time.

Williamson County election officials urge residents to vote early to save time and avoid lines beginning Monday, Oct. 22.

Early voting will be held at Taylor City Hall and a variety of locations around the county with polls open from 7 a.m. to 7 p.m., Monday through Friday and on Saturday. Early voting is slated on Sundays from noon to 6 p.m.

Residents are reminded they only have until Oct. 9 to register in Williamson County. To register to vote in Texas, a resident must be a U.S. citizen who is 18 years or older (citizens who are 17 years and 10 months) and must not have any felony convictions.

Voter registration applications may be downloaded at www.Wilco.org, by calling the Elections Department at (512) 943-1630 or by picking up an application at several locations throughout the county.

Forms are available at the Taylor Public Library, 801 Vance St.

Taylor residents may register through Williamson County by submitting the application online at www.Wilco.org. Mailed forms must be postmarked Oct. 9 and sent to: County Voter Registrar, P.O. Box 209, Georgetown, TX 78627.

Applications also may be delivered in person to the elections office at 301 S.E. Inner Loop, Ste. 104, in Georgetown by 7 p.m. Oct. 9. The Elections Division office is open regular hours, from 8 a.m. to 5 p.m., on Oct. 8.

Those vying for Texas' U.S. Senate seat Nov. 6 are Republican Ted Cruz, Democrat Paul Sadler, Libertarian John Jay Myers and Green Party candidate David B. Collins.

In the race for District 31 U.S. Representative, incumbent Republican John Carter faces off against Democrat Stephen Wyman and Libertarian Ethan Garofolo.

Republican Charles Schwertner is up against Libertarian Jeffrey Fox for the District 5 Senate seat while incumbent Republican Larry Gonzales is being challenged by Libertarian Lillian Martinez Simmons for the District 52 State Representative position.

Anyone may verify voter registration or find information on how to register to vote at the state's online voter resource, http://www.VoteTexas.gov.

According to the office of Texas Secretary of State Hope Andrade, photo identification (as required in Senate Bill 14) will not be required in early voting or on Election Day.

To cast a ballot during early voting or on Election Day, voters should present their voter registration card or in lieu of a voter registration card, at least one of the following:

• A driver's license or personal identification card issued by the Texas Department of Public Safety, or a similar document issued to you by an agency of another state, even if the license or card has expired;

• A form of identification that contains your photograph and establishes your identity;

• A birth certificate or other document confirming birth that is admissible in a court of law and establishes the person's identity;

• United States citizenship papers;

TEX00301412

- United States passport;

- Official mail addressed to you by a governmental entity;

- A copy of a current utility bill, bank statement, government check, paycheck, or other government document that shows your name and address.

For information on voting in Texas, visit www.VoteTexas.gov, www.Wilco.org or call the Williamson County Elections Division at (512) 943-1630.

**State Capital Highlights for October 13, 2012**
*The Rockport Pilot*
**Ed Sterling**
**12 October 2012**

The State of Texas last week agreed to drop its recently adopted practice of using "weak matches" of Social Security Administration data in purging names from voter rolls as required by a 2011 state law.

What precipitated the agreement was a lawsuit filed Sept. 20 in a Travis County district court by Austin attorneys Buck Wood and David Richards on behalf of four plaintiffs who were among some 70,000 Texans who were mailed a letter from the state's chief elections officer, Secretary of State Hope Andrade, instructing recipients to fill out a form and send it to their local voter registrar within 30 days - or be presumed dead - and consequently stricken from the list of registered voters.

Pursuant to the agreement, Andrade stopped using weak matches, or part of a name and part of a social security number, to identify deceased or possibly deceased voters.

Names on voter rolls "strong matched" through Social Security Administration death index data will get a letter and have 30 days to respond.

Meanwhile, Oct. 9 was the last day to register to vote. Looking forward, on Monday, Oct. 22, early voting begins.

And, on the subject of voting, Texans last week saw the campaign season move to the front burner with the first of three scheduled debates between incumbent President Barack Obama and Republican challenger Mitt Romney taking place on Oct. 3 and the first of two debates between U.S. Senate nominees, Democrat Paul Sadler and Republican Ted Cruz on Oct. 2.

Broadcast from Denver, the presidential debate featured segments on the economy, health care, the role of government and the act of governing. Online, nonpartisan fact-checking organizations such as factcheck.org have posted information to help viewers sort out what they heard.

School fund finishes strong

Texas Education Agency on Oct. 2 announced "an outstanding return on the investments" of the Permanent School Fund for fiscal year 2011-2012, closing with a value of $25.5 billion and a return of 9.44 percent on its investments.

According to the agency, the fund, which helps pay for textbooks and other educational expenses of school districts, provided $1.2 billion in revenue for public schools over the two years.

School offers $10,000 degree

Gov. Rick Perry on Oct. 2 praised Angelo State University's new $10,000 degree program and called on more Texas universities to follow suit, the governor's office announced Oct. 2 in San Angelo.

Joined by Texas Tech University System Chancellor Kent Hance, Angelo State University President Joseph C. Rallo and state Rep. Drew Darby, R-San Angelo, the governor applauded Angelo State "for joining the growing list of universities thinking hard about how to educate more Texans at a reasonable cost."

Under the program, Perry said, any qualifying student could enter Angelo State as a freshman and in four years leave with a bachelor's degree in interdisciplinary studies for less than $10,000 in tuition and fees, starting in the fall of 2013. Other institutions have responded to Perry's call to create $10,000 degree programs.

Enforcement numbers come in

Texas Department of Public Safety on Oct. 2 reported troopers made 1,859 arrests of motorists for driving while intoxicated during an Aug. 19 to Sept. 5 enforcement period including the Labor Day holiday.

Increased patrols in high-risk locations also netted an estimated 25,000 speeding citations, more than 3,800 seat belt and child safety seat citations, 1,190 fugitive arrests and 877 felony arrests, the DPS reported.

Dewhurst names panel chairs

Lt. Gov. David Dewhurst on Oct. 4 announced the appointment of Senate committee chairs for the 2013 legislative session. The appointees are:

Kel Seliger, R-Amarillo, Higher Education; Robert Nichols, R-Jacksonville, Transportation; Tommy Williams, R-The Woodlands, Finance; Judith Zaffirini, D-Laredo, Government Organization; Rodney Ellis, D-Houston, Open Government; Craig Estes, R-Wichita Falls, Agriculture, Rural Affairs and Homeland Security; Dan Patrick, R-Houston, Education; and Juan "Chuy" Hinojosa, D-McAllen, Intergovernmental Relations.

Also, Glenn Hegar, R-Katy, Nominations, Royce West, D-Dallas, Jurisprudence; Bob Deuell, R-Greenville, Economic Development; Jane Nelson, R-Flower Mound, Health and Human Services; Robert Duncan, R-Lubbock, State Affairs; John Carona, R-Dallas, Business and Commerce; Troy Fraser, R-Horseshoe Bay, Natural Resources; Kevin Eltife, R-Tyler, Administration; John Whitmire, D-Houston, Criminal Justice; and Leticia Van de Putte, D-San Antonio, Veterans Affairs and Military Installations.

**Texas official touts voting**
*Killeen Daily Herald*
**Brandon Janes**
**13 October 2012**

BELTON — With the spring redistricting map fiasco, a brutal primary election and the recent controversy over dead voter registration, it's been a challenging year for election administrators in Texas.

Texas Secretary of State Hope Andrade — the chief election officer for the state — visited Bell County on Friday to ensure voting procedures were in order and that November's general election would go off without a hitch.

Approximately 161,000 voters have registered for the 2012 general election in Bell County, said Bell County Clerk Shelly Coston, the appointed election administrator for the county.

Early voting will be at six locations in Bell County between Oct. 22 and Nov. 2. Election Day is Nov. 6.

Coston, who has conducted many elections, said she felt sorry for first-year administrators taking on the task in 2012.

"If you can make it through this year, you will be good," she said. "It has been nonstop this year."

In a regular voting year, it takes between 75 and 90 days for her staff to prepare for an election, Coston said.

"Our window of opportunity was narrowed drastically," she said. "We had to cram a lot of activity into a short period of time."

Andrade offered her new approach to getting out the vote through social media with Twitter, Facebook, a website — votetexas.gov — and a smartphone app, which provide all of the information for registering, voting and even candidate profiles.

"It started with young people but now we are all using it," Andrade said. "It took me a while but now I am into it."

On Friday, approximately 13½ million voters had registered in Texas, Andrade said, the same number that voted in 2008.

"We hope to continue to grow that number," Andrade said.

On her whirlwind tour, Andrade visited about two-thirds of Texas' 254 counties, encouraging people to vote and to vote early.

Statewide, 65 percent of voters voted early in 2008, Andrade said.

No voter identification will be required, despite the news about the controversial Texas Voter ID Law, she said.

"We will tell you when to vote, where to vote and how to vote," Andrade said. "The only thing we won't tell you is who to vote for."

**KAUZ (CBS) - Wichita Falls, TX News Channel 6 Early Morning at 5:37 AM**

KAUZ-TV CBS 6
15 October 2012

first, with just about three weeks left until election day... "the wichita county republican women" will hear from the chairman of "the republican party of texas" today - where he is expected to offer insight on the election... chairman steve munisteri is the keynote speaker at today's october meeting. things kick off at 11--30 this morning at luby's in wichita falls... the chairman will take the stage at noon. organizers say - it's a unique opportunity to hear from the state leader in such an intimate setting... "young professionals of wichita falls" today will also welcome a well- known politician... **Texas Secretary of State** -- esperanza "Hope" Andrade -- will speak to members of the organization about election opportunities and tools for businesses in texoma - during a luncheon in the falls... members and non-members ent... it's scheduled to start at noon and last until one this afternoon -- at the "holiday inn" at the falls...

KFDX (NBC) - Wichita Falls, TX KFDX 3 News Today at 6:14 AM
**KFDX-TV NBC 3**
15 October 2012

**Texas Secretary of State Hope Andrade** is visiting wichita falls today, less than a month before the general election.
Texas Secretary of State in Wichita Falls
**KFDX-TV NBC 3**
**Eddie Randle**
15 October 2012

As your local election headquarters a reminder that the presidential and general election is just 3 weeks away. And state and local election officials are making a last minute push to get every registered voter to the polls.

Today Texas Secretary of State Hope Andrade met with the Young Professionals of Wichita Falls encouraging them to spread the word about voting.

Secretary Andrade is the first Hispanic Secretary in Texas and is the Chief Elections Officer for the state. She is spreading her message of "Make Your Mark on Texas" throughout the state... She says if election officials provide voters with the resources they need, most will take the time to vote. And she says there's an app you can download for all those resources and information.

"We have a mobile app that you can download onto your smart phone you can access it, its in the palm of your hand  and it has all the information you need regarding voting", said Andrade. Secretary Andrade wants every voter to know  a photo I.D.  Is not required to vote. The mobile app is called Smart Texas Voter.

Voting 'application' debuts
*Colorado City Citizen*
**Ed Sterling**
16 October 2012

Money paid in state taxes and fees doesn't necessarily fund exactly what Texans think it will fund

So, Texas House Speaker Joe Straus last week appointed an Interim Committee on General Revenue Dedicated Accounts as part of an effort, he said, "to make our state budget more transparent and accountable to taxpayers." The committee will report its findings and recommendations to the House in early January.

Straus explained that for more than 20 years, the state has allowed money that sits in general revenue-dedicated funds —nearly $5 billion in the current fiscal biennium— to be used to certify the rest of the state budget.

"The practice of 'funds consolidation' has evolved from a one-time accommodation and turned into a decades-long bad habit in our state's budget process, and now is the time to move toward a fairer, simpler and more straightforward approach for Texas taxpayers," Straus said Oct. 9.

State Reps. Drew Darby, R-San Angelo, and John Otto, R-Dayton will co-chair the committee. Darby said the state "should provide the services people and businesses expect on those taxes and fees dedicated for a specific purpose. Truth in taxation also requires that we bring these revenues in line with fiscally responsible appropriations."

Straus also appointed to the committee state Reps. Rafael Anchia, D-Dallas; Larry Gonzales, R-Round Rock; Patricia Harless, R-Spring; Donna Howard, D-Austin; Jose Menendez, D-San Antonio; Jim Pitts, R-Waxahachie; and Syl-vester Turner, D-Houston.

Sales tax revenue grows

Texas Comptroller Susan Combs announced Oct. 10 that state sales tax revenue in September was $1.96 billion, up 11.6 percent compared to September 2011, and that state sales tax revenue has increased for the 30th month in a row.

She said continued strength in the manufacturing and oil and natural gas sectors led to the sales tax revenue increase, while collections improved thanks to consumer spending at restaurants and retail stores.

Voting 'application' debuts

Secretary of State Hope Andrade on Oct. 3 announced the launch of SmartTXVoter, an English and Spanish language smartphone application "to help Texans stay informed about statewide voting information like registration deadlines, early voting dates and candidates or amendments on the upcoming ballot."

SmartTXVoter, viewable in English or Spanish, is formatted to be accessible for Texans with visual impairments. The app is part of the "Make Your Mark on Texas" program meant to educate Texans about voting pursuant to the federal Help America Vote Act.

Drought disaster continues

Gov. Rick Perry on Oct. 5 renewed —for yet another month— the emergency Disaster Proclamation he originally signed on July 5, 2011.

TEX00301417

The proclamation certifies that exceptional drought conditions pose a threat of imminent disaster in specified counties in Texas. Some 138 of the state's 254 counties are named in the current proclamation.

Court hears Fisher case

The U.S. Supreme Court on Oct. 10 heard oral arguments in Fisher v. University of Texas, a case contesting the university's admissions policy, which allows the institution to consider an applicant's race as a factor in choosing which students to admit.

Counsel for the plaintiff maintained the policy unfairly discriminated against Abigail Fisher, a white female student from Sugar Land, who scored higher on tests and other factors than some black and Hispanic students that gained admission.

Counsel for UT defended the university's policy of "holistic individualized consideration" of each student application and asserted that race "doesn't invariably make a difference with respect to every minority applicant."

Some court watchers predict that if the court rules in favor of the plaintiff, it could spell the end of affirmative action policies now in place across the country. Others have expressed that a ruling in favor of the university is critical for continuation of efforts to promote racial and ethnic diversity.

A ruling in the case could take any length of time from a few days to many weeks, or months.

Meningitis case confirmed

The Texas Department of State Health Services on Oct. 12 announced it had linked one case of meningitis to steroid injections produced by the New England Compounding Center.

The patient, an adult female from Central Texas, was evaluated after experiencing meningitis symptoms. Symptoms of meningitis include fever, nausea, vomiting, photophobia, neck stiffness and headache. The patient was hospitalized and is being treated with antifungal drugs. Additional details about the patient are not being released to protect her identity, the state health department stated in a news release.

Texas Secretary of State visits Walker County to promote voting
*The Houstonian* (Sam Houston State University)
Stephen Green
16 October 2012

The Texas Secreatary of State visited Walker County on Oct. 11 to promote voting in adults and students.

Hope Andrade, the Texas Secretary of Stae, visited with Walker County election officials, including county Tax Assessor Diane McRae, to help prepare for the upcoming election.

"We have heard wonderful things about this county and the way things are run," Andrade said.

TEX00301418

Andrade specifically promoted early voting and the benefits it comes with.

"In Texas, last year, we had a 60 percent early voting turnout in the state," Andrade said. "In the past, Texas hasn't been the greatest in voter turnout but it's time to change that."

Many pundits consider Texas to be a "red state" meaning it will swing toward the Republican party in the November 2012 election. Andrade said this shouldn't keep people from going to vote.

"Your vote counts," Andrade said. "It saddens me when I hear people say 'My vote doesn't count.'"

She cited several examples of local elections where the decision of who became the officeholder came down tot he flip of a coin.

"The selection of our leaders shouldn't depened on the flip of a coin," she said. "That's not the way it should be."

She also said that all information to find out if someone is registered to vote, where to vote, and when can be found on the Secretary of State's website. In addition, her office has released a free app so that all of the information is available on iPhones or Android.

It also allows users to remind their friends to vote on election day on Nov. 6.

KFDX (NBC) - Wichita Falls, TX KFDX 3 News Early Today at 5:04 AM
**KFDX-TV NBC 3**
**16 October 2012**

as your local election headquarters.. a quick reminder the presidential and general election is just 3-weeks away. because of that, state and local election officials are making a last minute push to get every registered voter to the polls. yesterday, **Texas Secretary of State Hope Andrade** met with the young professionals of wichita falls.... encouraging them to spread the word about voting. as the chief elections officer for the state secretary Andrade is spreading her message of "make your mark on texas".she says if election officials provide voters with the resources they need, most will take time to vote.and, adds there's even an app you can download for all those resources and information.we have a mobile app that you can download onto your smart phone you can access it, its in the palm of your hand and it has all the information you need regarding voting. secretary Andrade wants every voter to know a photo i.d. is not required to vote.

A vote of confidence
*Times New Record*
**Lynn Walker**
**16 October 2012**

Texas Secretary of State Hope Andrade came through Wichita Falls on Monday on a visit to the state to encourage people to vote early in the Nov. 6 general election.

Andrade, the state's top election official, met with Wichita County Clerk Lori Bohannon, her counterpart on the county level.

TEX00301419

Andrade said as of Monday morning, 13.58 million Texans had registered to vote in the upcoming election, which is slightly ahead of the final tally in 2008. She said registration numbers are still coming into her office.

"We're hoping for a high turnout," Andrade said. "We're doing everything we possibly can."

She said her office promotes early voting because "it's easy — it's accessible."

She also promoted the secretary of state's new mobile apps available for either Apple or Android devices as a way to get voter information and check the status of registration.

Early voting starts Monday and continues through Nov. 2.

A list of early voting locations in Wichita County is available online at timesrecordnews.com, along with a list of races that will appear on the ballot.

Locations also will be printed in the Times Record News before the early voting period.

**Texas Secretary of State Releases Voter Education Smartphone App**
*San Antonio Express-News*
**17 October 2012**

SmartTXVoter app part of "Make Your Mark on Texas" initiative, offers easy-to-use functions and fun features to encourage Texans to learn about voting

Austin, TX (PRWEB) October 17, 2012

The Office of Texas Secretary of State Hope Andrade launches its first smartphone application, SmartTXVoter, to help Texans stay informed about statewide voting information like registration deadlines, early voting dates and candidates or amendments on the upcoming ballot. It also provides users the ability to remind themselves and others to vote.

"SmartTXVoter takes a big technical step forward in providing voting resources in the Lone Star State," said Secretary Andrade. "We are making it easy for all Texans to determine if they're registered to vote, locate polling places and have fun while learning about the voting process."

Voters can use the app to schedule reminders for specific days and times to vote; learn how to register to vote; research online voting resources; and verify polling locations and hours. Weekly polls let Texans use the app to "vote" on questions such as "What Texas town has the best barbecue?"

SmartTXVoter can be viewed in English or Spanish, and it is formatted to be accessible for Texans with visual impairments. The app is part of the "Make Your Mark on Texas" voter education program, which educates Texans about voting information under the Help America Vote Act.

"Smartphone use among Texans of virtually all demographics is growing so this is a way we can put the power of voting in their hands where they need it, when they need it," said Secretary Andrade. "SmartTXVoter is essential for engaging Texas voters on an interactive level, and we continue to find ways to use technology to educate our citizens about voting."

TEX00301420

SmartTXVoter is free to download in the iTunes App Store and Google Play stores. To find out more about voting in the state of Texas, visit http://www.VoteTexas.gov.

**Texas Secretary of State Releases Voter Education Smartphone App**
*Cherokean Herald*/KTLU-AM/KWRW-FM
**17 October 2012**

AUSTIN, Texas—The Office of Texas Secretary of State Hope Andrade launches its first smartphone application, SmartTXVoter, to help Texans stay informed about statewide voting information like registration deadlines, early voting dates and candidates or amendments on the upcoming ballot. It also provides users the ability to remind themselves and others to vote...

**Early voting begins Monday**
*Hill Country News*
**17 October 2012**

Williamson County election officials urge residents to vote early to save time and avoid lines beginning Monday, Oct. 22.

Early voting in the Nov. 6 presidential election will be held locally at the following locations:

  Cedar Park Public Library — 550 Discovery Boulevard
  Cedar Park Randalls —1400 Cypress Creek Road
  Pat Bryson Municipal Hall — 201 N. Brushy St., Leander

But elections officials say there are also a variety of locations around the county with polls open from 7 a.m. to 7 p.m., Monday through Friday and on Saturday. Early voting is slated on Sundays from noon to 6 p.m.

The Nov. 6 election will determine who is the next U.S. president, as well as races for the U.S. Senate and House, the Texas Legislature, Supreme Court, Railroad Commission, State Board of Education and a variety of county races. A sample ballot can be found here.

Nielson ratings show about 67.2 million people watched the first presidential debate between Democratic incumbent President Barack Obama and Republican presidential nominee Gov. Mitt Romney on Oct. 3.

One more presidential debate is scheduled between now and Election Day under the aegis of the Commission on Presidential Debates.

Those vying for Texas' U.S. Senate seat Nov. 6 are Republican Ted Cruz, Democrat Paul Sadler, Libertarian John Jay Myers and Green Party candidate David B. Collins.

In the race for District 31 U.S. Representative, incumbent Republican John Carter faces off against Democrat Stephen Wyman and Libertarian Ethan Garofolo.

Republican Charles Schwertner is up against Libertarian Jeffrey Fox for the District 5 Senate seat while incumbent Republican Larry Gonzales is being challenged by Libertarian Lillian Martinez Simmons for the District 52 State Representative position.

One of the hottest races locally is for the newly created state representative seat to represent the Leander and Cedar Park areas. In this race, Cedar Park City Councilman Tony Dale will represent the Republican ticket to face former Round Rock ISD board candidate Matt Stillwell who is running as a Democrat.

Anyone may verify voter registration at the state's online voter resource which can be accessed at VoteTexas.gov.

According to the office of Texas Secretary of State, Hope Andrade, photo identification (as required in Senate Bill 14) will not be required in early voting or on Election Day.

To cast a ballot during early voting or on Election Day, voters may present their voter registration card or one of the following:

• A driver's license or personal identification card issued by the Texas Department of Public Safety, or a similar document issued to you by an agency of another state, even if the license or card has expired;

• A form of identification that contains your photograph and establishes your identity;

• A birth certificate or other document confirming birth that is admissible in a court of law and establishes the person's identity;

• United States citizenship papers;

• United States passport;

• Official mail addressed to you by a governmental entity;

• A copy of a current utility bill, bank statement, government check, paycheck, or government document that shows your name and address.

Texas releases smartphone app to educate voters
*The Daily Texan*
David Loewenberg
17 October 2012

Have questions about the upcoming election? There's an app for that.

The Office of Texas Secretary of State has released the first ever voter app for smart phones. Voters can view who's on the ballot, find polling locations, check if they're registered, and set reminders to vote on the SmartTXVoter app. The app is free and is available in both English and Spanish.

In a press release, Texas Secretary of State, Hope Andrade, said the app was created to make election information more accessible in an innovative, interactive, and fun way.

"Smartphone use among Texans of virtually all demographics is growing so this is a way we can put the power of voting in their hands where they need it, when they need it," Andrade said. "SmartTXVoter is essential for engaging Texas voters on an interactive level, and we continue to find ways to use technology to educate our citizens about voting."

In addition to basic voting information, app users can participate in weekly polls that ask questions such as "What Texas town has the best barbecue?" to practice voting.

The app is part of the "Make Your Mark on Texas" voter education effort created in April.

Early voting beings Monday, Oct. 22. On campus, students can vote early at the Flawn Academic Center.

### SECRETARY OF STATE VISITS
*Wise County Messenger*
**17 October 2012**

Texas Secretary of State Hope Andrade visited Decatur Tuesday as part of a final swing through the state before the Nov. 6 election. The state's top election official thanked local officials for their work in registering voters and setting up elections and encouraged people to vote. Lanny Noble, Wise County elections administrator, hosted Andrade and a couple of aides at his office. Andrade said Texas has reached a record number of registered voters. As of Monday, there were 13,594,264 voters registered in Texas – and that number will likely increase once all the applications submitted by Oct. 9 are processed. Early voting begins Monday.

### Phone app offers voting information
*Odessa American*
**17 October 2012**

There seems to be a phone app for everything, including voting.

Texas Secretary of State Hope Andrade said in a news release that her office released a smartphone app, SmartTXVoter, to help reach Texas voters with statewide voting information.

Some the things the app does is remind users about early voting dates, candidates or amendments on the upcoming ballot, and provides the ability to remind users to vote.

SmartTXVoter can be viewed in English or Spanish and is free to download in both the iTunes App Store and Google Play stores.

### Early voting begins Monday in November general election
*The Big Bend Sentinel*
**18 October 2012**

FAR WEST TEXAS – U.S. citizens with election and campaign fatigue can soon shake that off as election day nears.

Early voting throughout the state begins on Monday, October 22 and runs through Friday, November 2, with election day taking place on Tuesday, November 6. The last day to apply for a ballot by mail is Tuesday, October 30.

Texas Secretary of State Hope Andrade announced this week that Texas has reached a record number of registered voters this election cycle. Her office announced that as of Monday, October 15, there are 13,594,264 registered voters on the list. "This number will likely increase once all the voter registration applications submitted by October 9, 2012 are processed," Andrade's office said in a statement. "I want to thank all Texans who registered to vote this year and all Texans who are already registered voters. The next step is getting to the polls during Early Voting or on Election Day," said Andrade.

Presidio County voters can turn out to the polls early by voting at the Presidio County Courthouse in Marfa and the Presidio County annex in Presidio during regular working ours, 8am-12pm and then from 1pm-5pm. Election day voting in Presidio County will take place at the Marfa Volunteer Fire Department station for precincts 1 and 7 from 7am to 7pm. Precinct 2-6 voters can vote on election day at the county annex building.

Brewster County voters can vote early in Alpine at the county tax office from 9am to 5pm. Extended voting hours will take place on November 1 and 2 at the tax office from 9am-7pm. Remote early voting will also take place throughout Brewster County on Monday, October 22 at the San Vicente gymnasium from 1pm-6pm, October, Wednesday, October 24 in Study Butte at the Red Pattillo Community Center from 1pm-6pm, and in Marathon on Friday, October 26 at the Marathon Community Center, also from 1pm-6pm.

Election day voting in Brewster County will take place in Alpine at the small Alpine High School gym for precinct 1 residents, at the county courthouse annex in the courthouse for precinct 2 residents and the civic center for precinct 4 residents, and the Neighborhood Center for precinct 8 residents. Precinct 3 residents can vote on election day at the Marathon Community Center, precinct 4 residents can vote at the San Vicente gymnasium and precincts 6 and 7 residents can vote at the Red Pattillo Community Center. All polling places on election day will be open from 7am to 7pm.

Jeff Davis County voters can vote early in the new county and district clerk's office located at 111 N. Front Street in Fort Davis, from 9am-12pm and from 1pm-5pm.

Election day voting in Jeff Davis County will take place at the law enforcement building in Fort Davis for precinct 1 voters, St. Joseph's Catholic Church parish hall for precinct 2 voters, and the United Methodist Church's fellowship hall for precinct 3 voters. Precinct 4 voters can vote at the community building in Valentine at the corner of 200 N. 6th St and Bell St. Precinct 5 voters can vote at the Davis Mountain Resort Baptist Church on election day, will all election day polling places open from 7am-7pm.

**Phone App Offers Voting Information**
**HispanicBusiness.com**
**18 October 2012**

There seems to be a phone app for everything, including voting.

Texas Secretary of State Hope Andrade said in a news release that her office released a smartphone app, SmartTXVoter, to help reach Texas voters with statewide voting information.

Some the things the app does is remind users about early voting dates, candidates or amendments on the upcoming ballot, and provides the ability to remind users to vote.

SmartTXVoter can be viewed in English or Spanish and is free to download in both the iTunes App Store and Google Play stores.

### KSAN (NBC) - San Angelo, TX KSAN 3 News at 6:01 PM
**KSAN NBC 3**
**18 October 2012**

**Texas Secretary of State - Hope Andrade -** paid a visit to our local elections office today.... to say thanks for the hard work and keep momentum up as we enter the final stretch of the election season....with early voting beginning the 22nd of this month - Andrade stressed the convenience of early voting – and the numerous resources people can use to gather information such as "vote texas -dot- org" and the state's voting facebook page.... Andrade serves as the state highest election official - and spent time today visitiing with our election's coordinator - vona mckerley... she spoke with elections office personell about the importance of their work in this - such a big election year... 'texas is committed to making sure theyhave all the information they need sothey will go out and vote. this is an important election. we also have a us senate race, of course there is a presidential election, there are many local elections, a railroad commission, all the legislature's up for relection, so please, go oiut and vote."

Andrade continued her visit this afternoon at the san angelo lion's club meeting at rio concho manor...

### KLST (CBS) - San Angelo, TX KLST News at 10:06 PM
**KLST CBS**
**18 October 2012**

as the election draws near....one state official is doing her part....to make sure people show up at the polls to vote... texas secretary of state..**Hope Andrade**....spent some time in san angelo today...she met with county elections administrator vonna mc-kerley...and discussed voter resources.....and she attended a meeting with the san angelo lions club....to discuss the new voter education program... < in the past year....Andrade has been traveling to year....Andrade has been traveling to cities across the state to encourage voter participation... we continue to profile candidates for local office....tonight...we have democratic candidate for county commission...precinct one....jesse martinez.... < remember early voting begins next monday, october 22 and runs thru november second. voting begins next monday, october 22 and runs thru november second.

### KSAN (NBC) - San Angelo, TX KSAN 3 News at 10:04 PM
**KSAN NBC 3**
**18 October 2012**

**Texas Secretary of State - Hope Andrade -** paid a visit to our local elections office today.... to say thanks for the hard work and keep momentum up as we enter the final stretch of the election season....with early voting beginning the 22nd of this month - Andrade stressed the convenience of early voting - and the numerous resources people can use to gather information such as "vote texas -dot- org" and the state's voting facebook page.... Andrade serves as the state highest election official - and spent time

today visitiing with our election's coordinator - vona mckerley... she spoke with elections office personell about the importance of their work in this - such a big election year...

KTAB (CBS) - Abilene, TX KTAB News at 6 PM
**KTAB CBS**
**18 October 2012**

a state official was in town today to urge residents to vote. **Texas Secretary of State Hope Andrade** visited the taylor county elections office this afternoon.she was here to promote the latest voter education program.there are several new ways for voters to keep up to date with important statewide voting information. voters can go online or even use social media and the new cellphone app to check on voter numbers and statistics. for now, as of monday, there are currently more than thirteen million voters on the statewide list......thats the highest in state history..... Andrade believes this number will increase once all the voter registration applications are processed.....

KTXS (ABC) - Abilene, TX KTXS News 12 at 6 PM
**KTXS ABC**
**18 October 2012**

**Texas Secretary of State Hope Andrade** was in abilene today to talk with taylor county elections official kristi allyn. Andrade has been touring the state to educate voters about the voting process, available voting resources, and the importance of heading to the polls. we'll hear much more from the secretary Andrade coming up tonight at ten.

KTXS (ABC) - Abilene, TX KTXS News 12 at 10 PM
**KTXS ABC**
**18 October 2012**

**Texas Secretary of State Hope Andrade** also made a stop in abilene today to talk about the newest campaign she's using to educate voters....and about a new smartphone app that should make things a little easier. k-texas reporter ariana garza met with her this afternoon. 07:09;22 we want to make sure tu have the information easily avao you don't have any excuse not tt and vote. **Texas Secretary of State Hope Andrade** and her office have designed a new smartphone application, called "smart tx voter" so you can have everything you need to know about voting in the palm of your hand. 06:16;08 you can find out where, when to vote, how to vote... wen facebook. we're communicating ie same way everybody else is. thrh social media. the voting app and new informational website "vote texas dot gov" are part of Andrade's latest campaign to educate voters. she says they've had more than 1700 people download the smartphone app in the last 24 hours. 07:46;21 i want to make sure ths and all its voters understand ts important to go out and vote buy feel comfortable knowing that te has provided them with all the n that they need. ariana garza, ktxs news. Andrade wanted to stress that no voter i-d is required to vote this election. she says texas saw about a 59 percent voter turnout in the 2008 election and she Hopes to see an even bigger one this year. here are the facts on voting for the upcoming election. early voting begins next monday, october 22nd. the general election is november sixth.

KLST (CBS) - San Angelo, TX News at Midday
**KLST CBS**
**19 October 2012**

TEX00301426

as the election draws near one state official is doing her part to make sure people show up at the polls to vote. **Texas Secretary of State -- Hope Andrade** -- spent some time in san angelo thursday. she met with county elections administrator vonna mc-kerley and discussed voter resources. and she attended a meeting with the san angelo lions club....to discuss the new voter education program... < in the past year....Andrade has been traveling to cities across the state to encourage voter participation... we continue to profile candidates for local office....this morning...we have democratic candidate for county commission...precinct one....jesse martinez.... < remember early voting begins next monday, october 22 and runs thru november second.

Voting 'application' debuts
*Rockport Pilot*
Ed Sterling
**19 October 2012**

AUSTIN - Money paid in state taxes and fees doesn't necessarily fund exactly what Texans think it will fund.

So, Texas House Speaker Joe Straus last week appointed an Interim Committee on General Revenue Dedicated Accounts as part of an effort, he said, "to make our state budget more transparent and accountable to taxpayers." The committee will report its findings and recommendations to the House in early January.

Straus explained for more than 20 years, the state has allowed money sitting in general revenue-dedicated funds - nearly $5 billion in the current fiscal biennium - to be used to certify the rest of the state budget.

"The practice of 'funds consolidation' has evolved from a one-time accommodation and turned into a decades-long bad habit in our state's budget process, and now is the time to move toward a fairer, simpler and more straightforward approach for Texas taxpayers," Straus said Oct. 9.

State Reps. Drew Darby, R-San Angelo, and John Otto, R-Dayton will co-chair the committee. Darby said the state "should provide the services people and businesses expect on those taxes and fees dedicated for a specific purpose. Truth in taxation also requires we bring these revenues in line with fiscally responsible appropriations."

Straus also appointed to the committee state Reps. Rafael Anchia, D-Dallas; Larry Gonzales, R-Round Rock; Patricia Harless, R-Spring; Donna Howard, D-Austin; Jose Menendez, D-San Antonio; Jim Pitts, R-Waxahachie; and Sylvester Turner, D-Houston.

Sales tax revenue grows

Texas Comptroller Susan Combs announced Oct. 10 state sales tax revenue in September was $1.96 billion, up 11.6 percent compared to September 2011, and state sales tax revenue has increased for the 30th month in a row.

She said continued strength in the manufacturing and oil and natural gas sectors led to the sales tax revenue increase, while collections improved thanks to consumer spending at restaurants and retail stores.

Voting 'application' debuts

Secretary of State Hope Andrade on Oct. 3 announced the launch of SmartTXVoter, an English and Spanish language smartphone application "to help Texans stay informed about statewide voting information like registration deadlines, early voting dates and candidates or amendments on the upcoming ballot."

SmartTXVoter, viewable in English or Spanish, is formatted to be accessible for Texans with visual impairments. The app is part of the "Make Your Mark on Texas" program meant to educate Texans about voting pursuant to the federal Help America Vote Act.

Drought disaster continues

Gov. Rick Perry on Oct. 5 renewed - for yet another month - the emergency Disaster Proclamation he originally signed on July 5, 2011.

The proclamation certifies exceptional drought conditions pose a threat of imminent disaster in specified counties in Texas. Some 138 of the state's 254 counties are named in the current proclamation.

Court hears Fisher case

The U.S. Supreme Court on Oct. 10 heard oral arguments in Fisher v. University of Texas, a case contesting the university's admissions policy, which allows the institution to consider an applicant's race as a factor in choosing which students to admit.

Counsel for the plaintiff maintained the policy unfairly discriminated against Abigail Fisher, a white female student from Sugar Land, who scored higher on tests and other factors than some black and Hispanic students gaining admission.

Counsel for UT defended the university's policy of "holistic individualized consideration" of each student application and asserted race "doesn't invariably make a difference with respect to every minority applicant."

Some court watchers predict if the court rules in favor of the plaintiff, it could spell the end of affirmative action policies now in place across the country. Others have expressed a ruling in favor of the university is critical for continuation of efforts to promote racial and ethnic diversity.

A ruling in the case could take any length of time from a few days to many weeks, or months.

Meningitis case confirmed

The Texas Department of State Health Services on Oct. 12 announced it had linked one case of meningitis to steroid injections produced by the New England Compounding Center.

The patient, an adult female from Central Texas, was evaluated after experiencing meningitis symptoms. Symptoms of meningitis include fever, nausea, vomiting, photophobia, neck stiffness and headache. The

TEX00301428

patient was hospitalized and is being treated with antifungal drugs. Additional details about the patient are not being released to protect her identity, the state health department stated in a news release.

Headlines
*Austin Chronicle*
**19 October 2012**

City Council meets today (Thursday) with some high-profile business: potential revisions of the short-term rental ordinance (in effect only since Oct. 1), a new PUD proposal for Lady Bird Lake, and, on a more celebratory note, the selection of the winner of the Waller Creek redevelopment design competition. See "Council: Time for Some Halloween Horrors."

› Early voting starts Monday, Oct. 22, and runs through Friday, Nov. 2, for the Nov. 6 elections. See a list of polling places and endorsements, and "Breaking Down the Ballot," if you need a refresher.

› In related news, the Texas secretary of state on Tuesday released an iPhone and Android app for Texas voters. The app, SmartTXVoter, includes such helpful information as voting dates, ballot amendments, and a feature that encourages users to remind their friends and family to vote.

› The Legislature mourns the loss of state Sen. Mario Gallegos, D-Houston, who died Oct. 16 from complications from his liver transplant. A quiet giant of Texas politics, Gallegos sealed his reputation when he fought a 2007 voter ID bill from his sick bed. Literally: He had his hospital bed wheeled into the Senate so he could vote.

› Lance Armstrong announced Wednesday that he's resigning from his role at the Livestrong cancer charity. This news comes just a week after the U.S. Anti-Doping Agency released its report alleging Armstrong led a massive and systemic doping scheme as a cyclist.

› Police are investigating the death of a white man in his early 20s found dead in the creek behind the Austin Music Hall on Oct. 13; the department has ruled the death was not "suspicious," but anyone with information should call the Austin Police Department's homicide tip line at 477-3588.

› Less than a month after he was no-billed by a Travis County grand jury, APD Officer Chris Allen has been terminated by Chief Art Acevedo for using deadly force in violation of department policy. See "Austin Officer Fired for Shooting at Fleeing Suspect," Newsdesk blog, Oct. 16.

› Excluding Planned Parenthood from participation in the Women's Health Program is expected to lead to a rise in unintended pregnancies, according to a recent report released by George Washington University. For more, see "Without Planned Parenthood, Texas Women's Health in Jeopardy," Newsdesk blog, Oct. 17.

› Barack Obama and Mitt Romney faced off Tuesday night in the second of three presidential debates. The president was more energized than at the last debate, but Romney stole the post-debate memes for claiming that as governor of Massachusetts he had "binders full of women" he sought to appoint.

› The Travis County Sheriff's Office Brown Santa needs 40,000 square feet of warehouse space with at least four loading docks for Santa and his helpers to accept donations and assemble packages. Call Mary Rodriguez at 698-2813.

Texas Secretary of State Releases Voter Education Smartphone App
*The News Gram*
Evie Rodriguez
19 October 2012

The Office of Texas Secretary of State Hope Andrade launches its first smartphone application, SmartTXVoter, to help Texans stay informed about statewide voting information like registration deadlines, early voting dates and candidates or amendments on the upcoming ballot. It also provides users the ability to remind themselves and others to vote.

"SmartTXVoter takes a big technical step forward in providing voting resources in the Lone Star State," said Secretary Andrade. "We are making it easy for all Texans to determine if they're registered to vote, locate polling places and have fun while learning about the voting process."

Voters can use the app to schedule reminders for specific days and times to vote; learn how to register to vote; research online voting resources; and verify polling locations and hours. Weekly polls let Texans use the app to "vote" on questions such as "What Texas town has the best barbecue?"

SmartTXVoter can be viewed in English or Spanish, and it is formatted to be accessible for Texans with visual impairments. The app is part of the "Make Your Mark on Texas" voter education program, which educates Texans about voting information under the Help America Vote Act.

"Smartphone use among Texans of virtually all demographics is growing so this is a way we can put the power of voting in their hands where they need it, when they need it," said Secretary Andrade. "SmartTXVoter is essential for engaging Texas voters on an interactive level, and we continue to find ways to use technology to educate our citizens about voting."

SmartTXVoter is free to download in the iTunes App Store and Google Play stores. To find out more about voting in the state of Texas, visit www.VoteTexas.gov.

Texas Reaches Record Number of Registered Voters on Voter Registration List for November 6 General Election; Voters Urged to Prepare for Early Voting
*The News Gram*
Evie Rodriguez
19 October 2012

Texas Secretary of State Hope Andrade today announced Texas reached a record number of registered voters on the Official List of Registered Voters. As of Friday, October 19, Texas has 13,646,226 registered voters; the highest number in state history. Tuesday, October 9 was the last day to register to vote in the November 6, 2012 General Election.

"I want to thank all Texans who registered to vote this year and all Texans who are already registered voters. The next step is getting to the polls during Early Voting or on Election Day," said Secretary Andrade.

The previous record number of registered voters was 13,575,062 set for the November 2008 General Election.

As a reminder, Early Voting begins Monday, October 22, 2012 and runs through November 2, 2012. Voters can find links to polling places and times at www.VoteTexas.gov. During Early Voting, voters may cast a ballot at any polling place in their county of residence.

"With Early Voting beginning October 22nd, now is a perfect time for Texans to begin preparing to cast their ballot," said Secretary Andrade. "Now's the time to verify your voter registration status, locate your registration certificate, make sure it's signed, verify where your county's polling places are, review what's on your ballot and make plans to go vote."

Photo identification is not required when voting in person during Early Voting or on Election Day. To cast a ballot during Early Voting or on Election Day, voters should present their Voter Registration Certificate or in lieu of a Voter Registration Certificate, at least one of the following:

• A driver's license or personal identification card issued to you by the Texas Department of Public Safety or a similar document issued to you by an agency of another state, even if the license or card has expired;

• A form of identification that contains your photograph and establishes your identity;

• A birth certificate or other document confirming birth that is admissible in a court of law and establishes your identity;

• Your United States citizenship papers;

• Your United States passport;

• Official mail addressed to you by a governmental entity; or

• A copy of a current utility bill, bank statement, government check, paycheck, or other government document that shows your name and address.

For more information on the November 6 General Election, please visit www.VoteTexas.gov.

Texas reaches record number of registered voters for Nov. 6
*The Light and Champion*
**19 October 2012**

Texas Secretary of State Hope Andrade announced Oct. 15 that Texas reached a record number of registered voters on the official list of registered voters. As of Monday, Oct. 15, there are currently 13,594,264 voters on the list, the highest in state history. This number will likely increase once all the voter registration applications submitted by Oct. 9, are processed. Tuesday, Oct. 9 was the last day to register to vote in the Nov. 6, General Election.

"I want to thank all Texans who registered to vote this year and all Texans who are already registered voters. The next step is getting to the polls during Early Voting or on Election Day," said Secretary Andrade.

A final number for registered voters will not be available until all applications are processed. Due to the high volume of voter registration applications submitted prior to the registration deadline, many local county election officials are still processing applications.

The previous record number of registered voters was 13,575,062 set for the November 2008 General Election.

The final Official List of Registered Voters will be set prior to the start of Early Voting on October 22, 2012.

As a reminder, Early Voting begins Monday, Oct. 22, and runs through Nov. 2. Voters can find links to polling places and times at www.VoteTexas.gov. During Early Voting, voters may cast a ballot at any polling place in their county of residence.

"With just a week to go before Early Voting begins, now is a perfect time for Texans to begin preparing to cast their ballot," said Secretary Andrade. "Now's the time to verify your voter registration status, locate your registration certificate, make sure it's signed, verify where your county's polling places are, review what's on your ballot and make plans to go vote."

Photo identification as required in Senate Bill 14 will not be required when voting in person during Early Voting or on Election Day.

To cast a ballot during Early Voting or on Election Day, voters should present their voter registration card or in lieu of a voter registration card, at least one of the following:

•A driver's license or personal identification card issued to you by the Texas Department of Public Safety or a similar document issued to you by an agency of another state, even if the license or card has expired;

•A form of identification that contains your photograph and establishes your identity;

•A birth certificate or other document confirming birth that is admissible in a court of law and establishes your identity;

•Your United States citizenship papers;

•Your United States passport;

•Official mail addressed to you by a governmental entity; or

•A copy of a current utility bill, bank statement, government check, paycheck, or other government document that shows your name and address.

For more information on the elections process in Texas, please visit www.VoteTexas.gov.

ELECTIONS: Texas' top elections official boosts early voting
*San Angelo Standard-Times*
Matthew Waller

**20 October 2012**

SAN ANGELO, Texas — It all starts Monday. The early voting polls will be open to receive those who want to take part in deciding who will govern the world's sole superpower, all the way from the president of the United States down to the Tom Green County Commissioner of Precinct 1.

"Early voting, it's easy, it's convenient, it's accessible," Texas Secretary of State Hope Andrade said, touring the county's election's office Thursday. "You can stop at any polling place, and we also have extended hours. ... We're trying to make it as convenient for our voters so they can go out and vote."

The polls will be open 8 a.m. to 5 p.m. through Friday, 7 a.m. to 7 p.m. Saturday, 12:30-5:30 p.m. Oct. 28, and 7 a.m. to 7 p.m. Oct. 29 till Nov. 2, the last day of early voting.

There are five polling locations: The Edd B. Keyes Building at 113 W. Beauregard Ave., Station 618 at 618 S. Chadbourne St., Victory Christian Center at 1620 Sunset Drive, First Assembly of God Church at 1442 Edmund Blvd. and Plaza del Sol Apartments at 4359 Oak Grove Blvd.

No photo ID is required for the election, because courts have challenged the law passed in the most recent Texas Legislature.

Those in favor of the law say it keeps voter fraud at bay, and those against say it imposes too much of a hardship on minority voters and the poor.

San Angelo has been swimming with political candidates over the last month, with candidates for the U.S. Senate, the Texas Railroad Commission, and the ever-present candidates for the 3rd Court of Appeals, who use Tom Green County as a pivotal territory foiling the assured liberal vote of Travis County. San Angelo's Republican state Rep. Drew Darby, who is running unopposed, jokingly gave Republican appellate court judges honorary citizenship of San Angelo during a San Angelo Chamber of Commerce luncheon because they have been here so often.

Democratic candidate and incumbent Diane Henson, meanwhile, is joining Democrats for an end of the first day of early voting party and fundraiser Monday at Sealy Flats, followed by the last presidential debate viewing party. Henson faces Republican Scott Field for Place 3 on the 3rd Court of Appeals. There may be various private viewing parties scattered throughout the county, Tom Green County Republican Party Chairman Jeff Betty said.

The state has been trending toward early voting, Andrade said.

Across Texas, early voting has risen from about 20 percent of the vote of registered voters in the 2000 presidential election to about 39 percent in the 2008 presidential election, according to historical election data on the Secretary of State website.

Tom Green County Elections Coordinator Vona McKerley said every election is different, but this election she expects to see the number of early voters rise if only because the number of ballots by mail are higher than the last presidential election. During the last election, about 2,500 ballots by mail were sent out, and this election there have been 3,000 sent out so far, she said.

People can still go online or contact the Tom Green County Elections Office at 325-659-6541 for a ballot by mail until Oct. 30.

Tom Green County Democratic Party Chairwoman Linda Shoemaker extolled the virtues of voting early.

"In most cases, the winner of early voting wins the election," Shoemaker said. "Also, voters can avoid standing in line on Election Day by voting early. In case of illness or bad weather on Election Day, early voters have already taken care of their voting."

She said the procedure is less complicated at early voting since voters need nothing other than a voter registration card, and there is time to clear up problems should an election official raise any concerns.

Candidates will still campaign during the early voting period, targeting specific groups rather than the broad campaigning done beforehand, Betty said.

Betty said the early voting period is very helpful for scheduling, whether for older people who don't get out often or busy professionals or students. The early voting period helps people of most any political persuasion, he said.

"Early voting isn't and shouldn't be a partisan issue," Betty said. "It's a matter of access, and the country is better off when people have access."

Although the deadline to register in Tom Green County has passed, those who are registered in another county in Texas can file a limited ballot that has the elected positions that counties would have in common, McKerley said.

"Go out and vote," Andrade said. "Make your mark on Texas."

early voting locations

Early voting takes place in five locations in Tom Green County starting Monday and continuing through Nov. 2. The locations are:

Edd B. Keyes Building, 113 W. Beauregard Ave.

Station 618, 618 S. Chadbourne

Victory Christian Center, 1620 Sunset Dr.

First Assembly of God Church, 1442 Edmund Blvd.

Plaza del Sol Apartments, 4359 Oak Grove Blvd.

Polling hours will be:

Monday through Friday of this week: 8 a.m. to 5 p.m.

Saturday: 7 a.m. to 7 p.m.

TEX00301434

Sunday Oct. 28: 12:30 p.m. to 5:30 p.m.

Oct. 29 through Nov. 2: 7 a.m. to 7 p.m.

**Secretary of state talks up election process during visit to Abilene**
*Abilene Reporter-News*
**Scott Kirk**
**20 October 2012**

Texas Secretary of State Hope Andrade's assessment, after stopping by the Taylor County Election Office on Thursday? They're good to go.

"The good news is Taylor County is ready," said Andrade, who was named secretary of state by Gov. Rick Perry in 2008. "The greater news is we're going to have a great election in Taylor County."

Andrade said the general election Nov. 6 would pose no big changes from past elections, particularly since the state's voter ID law was struck down in court Aug. 30.

"There is no voter ID," she said. "It's a very simple message. We'll be voting as we always have in Texas."

Andrade said there were 13.5 million registered voters in 2008 and that the number this year is 13.6 million and should go higher when all of the numbers are in from voter registration drives, which ended Oct. 9.

Early voting begins Monday.

Taylor County Elections Judge Kristi Allyn said there would be four early voting locations, in addition to the courthouse and that mobile voting would also be available.

"Taylor County does a great job with mobile voting," Andrade said.

While early voting and mobile voting have made the process easier, Andrade said she couldn't foresee the state going away from the tradition of voting in a precinct.

"This is Texas," she said. "We'll do what the Legislature decides, but we go to our precincts to vote."

That doesn't mean her office hasn't embraced new technology.

The secretary of state's office has a website (www.votetexas.gov), has a Facebook page and even its own mobile phone (app, smarttxvoter), which not only has voting information, but also allows users to take part in nonpolitical polls, such as which salsa goes best with a particular type of chip.

Andrade, who lives in San Antonio, said she has visited more than two-thirds of the counties in Texas and plans several more field visits before the election.

"I think what I'm proudest of is being able to walk into the offices and being able to thank people for the work they're doing," she said.

Along with the voter ID law, there was a publicized lawsuit filed against the state to prevent it from purging from the rolls voters thought to be deceased. Andrade said the state hasn't changed its procedures of purging deceased voters from the rolls by sending death notices to county election officials, a procedure it has followed since 1985.

"It was an issue in one county," she said.

Allyn said voters who have been mistakenly purged from the rolls because they are presumed to be dead can be reinstated immediately by contacting the county election judge.

Andrade said the most public trust in elections remains paramount.

"The important thing is for people to trust in the process," she said. "If they trust in the process, they're much more likely to take part in it."

**It's no longer too early to cast your vote**
*Houston Chronicle*
**Joe Holley**
**21 October 2012**

Texans who can't wait until Nov. 6 to cast their ballot in the general election can vote early, beginning Monday.

During the early voting period, which runs through Nov. 2, voters may cast a ballot at any polling place in their county of residence.

To cast a ballot during early voting or on Election Day, voters will need their voter registration card or, if they don't have it with them, a driver's license, a U.S. passport or some other document that establishes identity.

Voters do not need photo identification as required in Senate Bill 14, passed during the last legislative session but still held up in the courts.

Texas Secretary of State Hope Andrade encouraged voters to begin getting ready to cast their ballot by verifying their voter registration status, locating their registration certificate and making sure it's signed, locating polling places and studying the ballot.

Voters can find links to polling places and times at www.VoteTexas.gov. or at www.harrisvotes.com.

**Voting starts today in Texas**
*Fort Worth Star-Telegram*
**Anna M. Tinsley**
**21 October 2012**

Dust off your voter cards. It's time for Texans to head back to the polls, starting today, to finally choose presidential, U.S. Senate, congressional, legislative and other candidates on the ballot this November.

And while election officials say they aren't sure how large the turnout might be, they are prepared for record-breaking numbers similar to those seen four years ago in the last presidential race.

"We're prepared for a 2008 turnout ... so we aren't caught off-guard," Tarrant County Elections Administrator Steve Raborn said. "I don't know if we will get that, but we are ready for that if it comes."

Early voting begins today for the Nov. 6 general election and runs through Nov. 2.

Four years ago, 66 percent of Tarrant County's registered voters headed to the polls for the presidential race -- with most casting their ballots early. That year, 431,799 locals cast their vote early, in person, 29,798 mailed in ballots and 173,671 showed up in person at the polls on Election Day, local records show.

"I think it's going to be slightly lower this year," said Tom Marshall, a political science professor at the University of Texas at Arlington. "In 2008, all the good energy was among Democrats. Now, in 2012, most of the energy is among Republicans who are unhappy with the White House.

"I'm expecting Republican turnout to be about the same as it was four years ago, but I think the Democratic turnout will be moderately lower," he said. "I think Barack Obama has the George W. Bush fatigue going on."

Top of the ballot

At the top of the ballot, of course, is the hotly contested presidential race between incumbent President Barack Obama, a Democrat, and GOP presidential nominee Mitt Romney. Libertarian Gary Johnson and Green Party candidate Jill Stein are also on the ballot.

"The interest in the presidential contest is not nearly as intense as in 2008," said Allan Saxe, an associate professor of political science at UTA. "A bit of the bloom is off the flower with President Obama."

Near the top of the Texas ballot is the race to replace Kay Bailey Hutchison in the U.S. Senate between Republican Ted Cruz, Democrat Paul Sadler, Libertarian John Jay Myers and Green Party candidate David B. Collins.

And there are a slew of congressional and legislative races, statewide races, judicial races, state Board of Education races and local races ranging from sheriff to county commissioner.

Texas Secretary of State Hope Andrade recently announced that a record number of Texans are registered to vote -- more than 13.6 million.

"I want to thank all Texans who registered to vote this year and all Texans who are already registered voters," Andrade said. "The next step is getting to the polls during early voting or on Election Day."

The Justice Department announced last week that it will monitor part of the early voting period in two Texas counties -- Dallas and Harris. Justice Department workers will monitor polling place activities in those counties.

TEX00301437

Early voters may go to any of Tarrant County's sites. They should bring identification -- their voter registration certificate or alternate ID, such as a driver's license, birth certificate, passport, U.S. citizenship papers or a current utility bill, bank statement, government check or other government document.

"We are encouraging people to vote early, even early during the early voting period," Raborn said. "We will be busiest during the last few days of early voting.

"If you are ready to cast your ballot, go ahead and do it."

ED STERLING: Record number of Texans register to vote in presidential election
*The Herald-Zeitung*
**22 October 2012**

Secretary of State Hope Andrade, the state's chief elections officer, on Oct. 19 announced Texas reached a historical peak in the number of registered voters on her election division's "official list of registered voters."

As of Oct. 19, Andrade said, Texas had 13,646,226 registered voters, the highest number in state history. Oct. 9 was the last day to register to vote in the Nov. 6 general election...

Over half Montgomery County's population registered to vote
*The Villager*
**Nancy Flake**
**22 October 2012**

More than half of Montgomery County's nearly 472,000 residents are registered to vote, and if the last presidential election is any indication, most of those voters will cast ballots on Nov. 6.

Officials with Montgomery County Elections in Conroe were busy through most of the week processing voter registration information that came in by mail.

It was a good sign for Texas Secretary of State Hope Andrade, who visited Elections Administrator Susie Harvey and her staff Thursday morning to thank them for their hard work.

"Voter registration (in Montgomery County) is up," Andrade said. "Montgomery County has 260,000 registered voters, and they're not done yet.

"That's very encouraging."

In the November 2008 presidential election, 59 percent of Montgomery County's registered voters – there were 245,830, according to information on the county's elections website at www.mctx.org/elections – cast ballots in person or by mail.

Early voting begins Oct. 22 at seven locations throughout the county.

Since Texas didn't receive judicial preclearance for its Voter ID law passed by the Texas Legislature last year, voters won't be required to show a photo ID at their poll if they have their voter registration card, Andrade said.

But if they don't have their voter registration card, they can show one of the following to be allowed to vote:

• A driver's license or personal identification card issued to you by the Texas Department of Public Safety. You may also bring a similar document issued to you by an agency of another state, even if the license or card has expired;

• A form of identification that contains your photograph and establishes your identity;

• A birth certificate or other document confirming birth that is admissible in a court of law and establishes the person's identity;

• Your United States citizenship papers;

• Your United States passport;

• Official mail addressed to you by a governmental entity; or

• A copy of a current utility bill, bank statement, government check, paycheck, or other government document that shows your name and address.

Andrade and Texas Attorney General Greg Abbott agreed Oct. 3 to stop purging from the voter rolls the names of 68,000 people who are listed as possibly deceased.

Voting registrars will continue to purge the names of about 13,000 voters who are confirmed dead, but not those whom the state only suspects might be deceased based on incomplete information. The agreement came a day before a court was scheduled to hear arguments to stop the purge.

Four voters who received letters from a county registrar asking them to confirm they were not dead brought the lawsuit, and argued the state should not require them to prove they are alive. Andrade's office, which ordered the new procedures, agreed Oct. 3 to drop that requirement.

State elections officials want to require counties to check voter rolls against the Social Security Administration's death index to make sure deceased voters are removed from the rolls. Some of those names can be confirmed to death records with an exact match of name, birth date and Social Security number, but others have only partial matches.

"Registrars have been doing this since 1985," Andrade said about confirming voters who are deceased. "I know as of last week 5,000 deceased were removed from the rolls. Registrars are still working on it."

For information on the Nov. 6 election and on voting, visit www.votetexas.gov.

**KTVT-DAL (CBS) - Dallas, TX CBS 11 News This Morning at 5 AM**
**KTVT CBS 11**

TEX00301439

22 October 2012

thank you very much. now to campaign 2012. people across the state can start going to the polls to cast their ballots in the local state and presidential elections.

early voting starts today at 8:00 in texas. cbs 11's melissa newton is live at the tarrant county elections office in fort worth with details.

reporter: well, good morning. the secretary of state tells us there are more people registered to vote this year than ever before. in fact, there are more than 13.6 million registered voters in texas. the highest number in state history. still election officials aren't sure exactly how large the turnout might be, but they are prepared for record breaking numbers similar to those four years ago during the last presidential race. who can forget the lines at polling locations across north texas back in 2008 when people showed up in droves to cast their ballots. this year with another highly contested presidential race as well as several senate, congressional, state and local races, polling locations could be packed. those wishing to cass a -- cast a ballot should bring identification, either voter registration card or an alternate id such as a driver's license, birth seater, passport or any other government document or mail that shows your name and address. early voting runs through november 2. the general election is november 6. we were live in fort worth. melissa newton, cbs 11 news.

### KRLD-AM (Radio) - Dallas, TX at 5:07 AM
KRLD AM
22 October 2012

early voting begins today and taxes the polls open at eight o'clock this morning the Cedar Hill government Center Irving City Hall Richardsons Civic Center liturgist twenty of the twenty nine early voting locations open today in Dallas County Ventura County County sub courthouse in Arlington is taking early voters along with Summerland branch library in Fort Worth Southlake town hall belittled open up at eight o'clock this morning they go till five this evening . locations are in your county elections webpage we got them on the KR LB Facebook page as well has early voting begins today ( he has **Texas Secretary of State** says about her idealized not in a fact but you will need some form of identification all you need to have with you . your voter registration card . I have your voter registration card and most commonly used in Texas drivers license in two thousand eighths early voting accounted for sixty five percent of the Texas ballot

### KTVT-DAL (CBS) - Dallas, TX CBS 11 News This Morning at 5:35 AM
KTVT CBS 11
22 October 2012

to campaign 2012, voters across the State can head to the polls today.

the first day of early voting in north Texas. cbs 11's melissa newton is live at the tarrant county elections office in fort worth with that story.

reporter: good morning. this is just one of the polling locations in tarrant county that will be open today for early voting and it could be a popular place over the next couple of weeks. the Secretary of State tells us more people are registered to vote this year than ever before. there are more than 13.6 million registered voters in Texas. that's the highest number in State history. well, election officials expect a

large turnout, they aren't sure exactly how large it might be. they are prepared for record breaking numbers similar to those four years ago during the last presidential race. if you remember in 2008, people lined up at polling locations across north Texas to cast their ballot. this year with a highly contested presidential race as well as senate, congressional, polling locations could be packed there are a couple of things you need to know if you plan to vote this year. bring identification either your voter registration card or an alternate id such as a driver's license, birth certificate, passport or any other government dock. that shows your name and address. they urge you to cast your vote early instead of waiting to help you avoid the long lines expected on election day as well. early voting will wrap up november 2 and the general election is november 6. we were live in fort worth. melissa newton, cbs 11 news.

counting down the days and hours.

### WBAP-AM (Radio) - Dallas, TX at 3:02 PM
**WBAP-AM**
**22 October 2012**

early voting is underway across the State of Texas and the leader of the election process . visiting dollars today and a lot of hard follower Secretary of State **Hope Andrade** is important for her to meet those who will run presidential election November sixth early voting is now underway through the second and she tells us there's no shoes if you registered not to vote in as possible and as we can make our mark on what is right or not she says she hopes to at least high voter turnout from four years ago I was fifty nine . five percent Eric Buschmann twenty four seven mins early indications or turnout has been having those four terms embellished only like third and final presidential debate meantime will center on foreign policy .

### KXAS-DAL (NBC) - Dallas, TX NBC 5 First at Four
**KXAS NBC**
**22 October 2012**

general election. the most ever. election day is tuesday, november 6th. two weeks from tomorrow. early voting runs through november 2nd. that's next friday. if you want to vote early you need to bring your voter registration card. if you have that, you do not need any other i.d. if you don't, bring an alternate i.d., something like a Texas driver's license, a passport, or even a birth certificate. if you think you'll be the only one voting early this election season that is far from the case. if we look at the last go-around in the 2008 general election the number of people who either sent in or walked in to vote early totaled more than 461,000 people. compare that to the number of people who actually voted on election day here and you can see that this is more than twice the election day number. we're told you should get out early and get it done. in tarrant county, ben russell, nbc 5.

good to know. all right. now that early voting is under way the **Texas Secretary of State** is stressing the importance of casting your ballot. hope andre met with the dallas county election staff early this morning to make sure they are ready for election day. there are 29 early voting locations in dallas county. some of which saw lines of voters today. she says that is a very good sign.

when you vote early you can stop at any polling place in your county to vote. so this way you don't have an excuse. people sometimes will say well it takes too long. no. early voting does not take too long.

if you have questions on how, when, and where to vote, visit the website vote Texas.org.

**KTVT-DAL (CBS) - Dallas, TX CBS 11 News at 5 PM**
**KTVT CBS 11**
**22 October 2012**

early voting has started. some kays, the turnout is pretty strong.

more than 70 voters cast ballots today. Secretary of State is in town to make sure confusion over requirements doesn't keep other registered voters at home. robby owens explains.

on the first day of early voting, casting a ballot was both swift.

and really easy, took five minutes.

sweet because the native of zimbabwe was casting a ballot for the first time.

i was so excited. i didn't want to wait until election day, because it's my first time to vote. i wanted to do it first and early.

they were one of several thousand north texans who wasted no time to take advantage of early voting options.

we're ready.

hope andretti was in dallas, urging voters to make their voices hear. she said 13.6 north texans were registered to vote. up slightly from 2008.

it's one of the most important privileges we have as americans and we should exercise it.

vlade is telling voters to disregard month long controversies concerning new voter requirements.

the simple message throughout the State, no photo id required.

even if you can't match the enthusiasm, the accepts of responsibility as a citizen should resonate.

everyone's pp matters-- opinion matters so go out there and vote.

**Officials: Early voter turnout high**
*Longview News Journal*
**23 October 2012**

Early voting for the Nov. 6 general election got off to a brisk start across East Texas on Monday, officials reported.

Nearly 5 percent of Gregg County's registered voters took advantage of the first day of early voting, according to Kathryn Nealy, county elections administrator. She said 3,330, or 4.89 percent, of the county's 68,088 registered voters headed to the ballot box on Monday.

"We were busy with a line down the hall through the door all day," Nealy said of the early voting taking place at the courthouse. The Gregg County Courthouse tallied 862 people casting early ballots while the Greggton early voting location added another 652 ballots to the total, she said.

"As you can see, the Courthouse and Greggton are very busy, with very little parking," she said. Nealy encouraged voters who were able to try to get to one of the other early voting spots.

Other Gregg County totals for the first day of early voting included: Judson – 416; Pine Tree – 220; Greggton – 652; Gladewater – 157; Liberty City – 203; Kilgore – 328; Broughton – 284; and Elderville – 208, Nealy reported.

A clerk in the Rusk County Elections Administrator's office reported a "very, very busy" first day of early voting at all early locations. More than 500 people voted there, a number as high, or slightly higher, than the first day of early voting in 2008.

Voting also was brisk in Panola County on Monday, on the first day of early voting.

Elections Administrator Cheyenne Lampley said more than 600 people, or 3.77 percent of the county's 15,894 registered voters, cast their votes early.

"Oh, wow, have we been swamped," Lampley said. "I have worked elections for 13 years, and this is more than I have ever seen in one day. There have been long lines all day, and we did not even get to take a lunch."

In the 2008 presidential election, about 62 percent of the county's registered voters went to the polls. Lampley said she expects that number to increase to about 85 percent based on the number of those voting early.

From conversations she overheard among voters, Lampley said it appeared the presidential election was driving the high turnout, though the county has numerous contested races, including those for sheriff, 123rd Judicial District Judge, and the Pct. 1 and 3 commissioners' seats.

Marion County Clerk Vickie Smith reported 241 people cast early votes by 4:45 p.m. Monday. She added that 125 mail-in ballots had reached Jefferson by Monday.

"In 2008, on the first day of early voting, we had 143 people vote in person and had 136 ballots by mail returned," she said.

Texas Secretary of State Hope Andrade said Texas reached a record number of registered voters on the Official List of Registered Voters. As of Friday, Texas has 13,646,226 registered voters; the highest number in state history. Oct. 9 was the last day to register to vote in the Nov. 6 election.

Early voting runs through Nov. 2. Voters can find links to polling places and times at www.VoteTexas.gov. or at news-journal.com.

During early voting, voters may cast a ballot at any polling place in their county of residence, Andrade said.

Secretary of State Andrade to swing through Nueces County
*Corpus Christi Caller-Times*
Rick Spruill
23 October 2012

CORPUS CHRISTI — Texas Secretary of State Hope Andrade on Wednesday will visit Nueces County elections officials as part of her yearlong statewide push to get voters to the polls.

Voter registrations in Texas hit an all-time high last week, when Andrade's office announced that as of Oct. 15, almost 13.6 million people — and counting — had registered.

Andrade has for months campaigned statewide, visiting elections officials and grass-roots groups in dozens of Texas cities and appearing on television and radio stations to tout VoteTexas.gov, the state's voter education website.

The office last week released a smartphone app that provides easy access to voting information.

More than 4,900 people voted on Monday in Nueces County, about 40 more than turned out on Day 1 of early voting in the 2008 general election, Nueces County Clerk Diana Barrera said.

The numbers suggest the midsummer malaise of the May primary, when fewer than 7 percent of registered voters in Nueces County cast early ballots, may be gone as families have returned to a more normal, school-year routine.

Officials attributed the low primary turnout to election calendar delays caused by a lengthy state and federal redistricting process.

KXAS-DAL (NBC) - Dallas, TX NBC 5 Today at 4:30 AM
KXAS NBC
24 October 2012

former president bill clinton will spend time tomorrow in Texas. he'll make a stop to campaign for fellow democrat. the candidate is trying to unseat incumbent congressman francisco conseco and texans are piling in to cast those early ballots. Texas Secretary of State's office says more than 378,000 have cast early votes. early voting runs through november 2nd. if you have any problems voting, we want to know about it. e-mail your news tips and we'll investigate. be sure to give us your name and phone number so we can get in touch with you directly.

Texas Secretary of State visits Corpus Christi
*Corpus Christi Caller-Times*
Rick Spruill
24 October 2012

CORPUS CHRISTI — Texas Secretary of State Hope Andrade on Wednesday morning at the Nueces County Courthouse said she'll rest someday soon.

But not until the 2012 election ends.

TEX00301444

Andrade, in a feverish pursuit of an all-time high in voter turnout in Texas, spent time with Nueces County elections officials as part of her statewide tour that had her visiting Kleberg and San Patricio counties before lunchtime and then boarding a plane for El Paso in the evening.

"I can sleep when the election is over," she said.

Andrade has for almost a year pushed every button and pulled every lever in raising people's awareness of not only the importance of voting but how simple it can be.

Her office on Monday unveiled a voters smartphone app that can send reminders to an entire contact list and pull up sample ballots, depending on location.

Andrade said the tools and visits are bound up in how she defines success: informing and empowering Texans to vote.

"I want people to have no excuses for not voting," she said.

Voter registrations in Texas hit an all-time high last week, when Andrade's office announced that as of Oct. 15, almost 13.6 million people — and counting — had registered.

Early voting totals in Nueces County were strong through Tuesday evening, with 12,636 ballots cast.

The quick start is setting a pace to eclipse 2008, when 104,057 voters cast ballots of which 67,901 were during early voting, said Nueces County Clerk Diana Barrera.

Andrade complimented the work of the Nueces County elections division that is managing 18 early voting sites and four mobile voting stations that will give voters access to ballots in about 60 different locations through Nov. 2, when early voting ends.

Andrade said she is encouraged to see enthusiasm statewide.

"I love that as I travel, the (voting) lines are out there," she said.

Nueces County officials said voting lines at the courthouse have extended as long as 50 yards.

And, aside from a mix-up with a single ballot attributed to a software glitch, the election is moving along seamlessly so far, Barrera said.

**KIII (ABC) - Corpus Christi, TX 3 News at 6:00 PM**
KIII ABC
24 October 2012

the **Texas Secretary of State** was in town today to motivate folks to the polls. during **Hope Andrade**'s stop at the nueces county courthouse... she unveiled a new tool to put all the information you need this election season in the palm of your hand. bill churchwell is here with the story. with so many important issues at stake..and offices up for grabs. andrade says there are no excuses...not to make your voice heard. the Secretary of State visited with nueces county election officials and staff this afternoon. its

TEX00301445

part of a whirlwind tour of the State to remind people about the imporantace of voting and making sure they have the resources to do so. during her stop at the nueces county courthouse, she showed off a voter information app you can download on your cell phone called, smart-t-x- voter. the app allows you to see if you are registered to vote...it shows you who's on the State ballot..even where you can vote. you can also remind your friends by imputing their phone numbers and it will send out reminders about important election dates, most important thing, make sure voters have all the information they need to make their mark on Texas to go out and vote. so far nueces county has seen a strong turnout for early voting which continues through november 2nd. again, to make it easier, you can download this app, called smart-t-x- voter. its free.. i checked it out today ..there's a countdown til election day...you can remind your friends to vote... there's locations where to vote. the only thing it doesn't have is local election candidates..we've posted that information on our website at k-triple- eye tv.com

**Voting 'application' debuts**
*Westlake Picayune*
**Ed Sterling**
**24 October 2012**


Money paid in state taxes and fees doesn't necessarily fund exactly what Texans think it will fund. So, Texas House Speaker Joe Straus last week appointed an Interim Committee on General Revenue Dedicated Accounts as part of an effort, he said, "to make our state budget more transparent and accountable to taxpayers." The committee will report its findings and recommendations to the House in early January.
Straus explained that for more than 20 years, the state has allowed money that sits in general revenue-dedicated funds —nearly $5 billion in the current fiscal biennium— to be used to certify the rest of the state budget.
"The practice of 'funds consolidation' has evolved from a one-time accommodation and turned into a decades-long bad habit in our state's budget process, and now is the time to move toward a fairer, simpler and more straightforward approach for Texas taxpayers," Straus said Oct. 9.
State Reps. Drew Darby, R-San Angelo, and John Otto, R-Dayton will co-chair the committee. Darby said the state "should provide the services people and businesses expect on those taxes and fees dedicated for a specific purpose. Truth in taxation also requires that we bring these revenues in line with fiscally responsible appropriations."
Straus also appointed to the committee state Reps. Rafael Anchia, D-Dallas; Larry Gonzales, R-Round Rock; Patricia Harless, R-Spring; Donna Howard, D-Austin; Jose Menendez, D-San Antonio; Jim Pitts, R-Waxahachie; and Sylvester Turner, D-Houston.

Sales tax revenue grows
Texas Comptroller Susan Combs announced Oct. 10 that state sales tax revenue in September was $1.96 billion, up 11.6 percent compared to September 2011, and that state sales tax revenue has increased for the 30th month in a row. She said continued strength in the manufacturing and oil and natural gas sectors led to the sales tax revenue increase, while collections improved thanks to consumer spending at restaurants and retail stores.

Voting 'application' debuts
Secretary of State Hope Andrade on Oct. 3 announced the launch of SmartTXVoter, an English and Spanish language smartphone application "to help Texans stay informed about statewide voting information like registration deadlines, early voting dates and candidates or amendments on the upcoming ballot."SmartTXVoter, viewable in English or Spanish, is formatted to be accessible for Texans

with visual impairments. The app is part of the "Make Your Mark on Texas" program meant to educate Texans about voting pursuant to the federal Help America Vote Act.

Drought disaster continues
Gov. Rick Perry on Oct. 5 renewed —for yet another month— the emergency Disaster Proclamation he originally signed on July 5, 2011.
The proclamation certifies that exceptional drought conditions pose a threat of imminent disaster in specified counties in Texas. Some 138 of the state's 254 counties are named in the current proclamation.

Court hears Fisher case
The U.S. Supreme Court on Oct. 10 heard oral arguments in Fisher v. University of Texas, a case contesting the university's admissions policy, which allows the institution to consider an applicant's race as a factor in choosing which students to admit.
Counsel for the plaintiff maintained the policy unfairly discriminated against Abigail Fisher, a white female student from Sugar Land, who scored higher on tests and other factors than some black and Hispanic students that gained admission.
Counsel for UT defended the university's policy of "holistic individualized consideration" of each student application and asserted that race "doesn't invariably make a difference with respect to every minority applicant."
Some court watchers predict that if the court rules in favor of the plaintiff, it could spell the end of affirmative action policies now in place across the country. Others have expressed that a ruling in favor of the university is critical for continuation of efforts to promote racial and ethnic diversity. A ruling in the case could take any length of time from a few days to many weeks, or months.

Meningitis case confirmed
The Texas Department of State Health Services on Oct. 12 announced it had linked one case of meningitis to steroid injections produced by the New England Compounding Center.
The patient, an adult female from Central Texas, was evaluated after experiencing meningitis symptoms. Symptoms of meningitis include fever, nausea, vomiting, photophobia, neck stiffness and headache. The patient was hospitalized and is being treated with antifungal drugs. Additional details about the patient are not being released to protect her identity, the state health department stated in a news release.

Heavy early voting reported
*Denton-Record Chronicle*
Karina Ramírez
24 October 2012

Turnout numbers for early voting are among the heaviest in recent years, and election officials say the first three days went well.

Since Monday, 38,671 county residents have cast their ballots for the Nov. 6 general election.

"After the first two days of early voting, we are at a higher rate than we were during the first two days of the 2008 election," said Frank Phillips, Denton County elections administrator.

On Monday, 12,299 residents cast their votes, and Tuesday it was another 13,742, Phillips said. In 2008, the first Monday of early voting saw 10,005 county residents cast their ballots.

By late afternoon, 12,630 people turned out to vote Wednesday.

Early voting continues at 17 locations in Denton County. The busiest sites are in Flower Mound, Carrollton and Denton, Phillips said.

"Everything is turning out really well," he said.

The county also has seen an increase in voter registration — about 385,000 have registered to vote, Phillips said.

In 2008, more than 245,000 people turned out to vote, including more than 183,000 who voted early. The county had nearly 347,000 registered voters.

Denton County has 662,614 residents, according to 2010 census figures.

Texas Secretary of State Hope Andrade announced last week that the state had reached a record number of registered voters. As of Friday, Texas had 14 million registered voters, according to the announcement.

To cast ballots, voters need to show their voter registration certificate or any of seven approved identifications, including a U.S. passport or state driver's license.

Photo identification is not required when voting in person during early voting or on Election Day, Andrade said.

Polling places and times are available at www.VoteTexas.gov and http://elections.denton

county.com.

"They can vote everywhere right now, so we can prevent long lines on Election Day," Phillips said.

Early voting continues until Nov. 2.

**More than 9,000 in El Paso County cast ballots on first day of early voting**
*El Paso Times*
**Diana Washington Valdez**
**24 October 2012**

The Texas secretary of state reported figures for the first day of early voting in the 15 most populous counties in the state, including El Paso.

El Paso County had 9,465 early votes on Monday; 8,243 of those were in-person votes and 1,222 were mail-in ballots.

Texas Secretary of State Hope Andrade, the state's chief election officer, will be in El Paso on Thursday to speak to the El Paso Hispanic Chamber of Commerce and at a regional conference for people with disabilities about their voting rights and resources.

Andrade's office also reported that 13,646,226 Texans had registered to vote, a record for the state.

"I want to thank all Texans who registered to vote this year and all Texans who are already registered voters. The next step is getting to the polls during early voting or on Election Day (Nov. 6)," Andrade said.

Early voting began Monday in El Paso and continues through Nov. 2 at 18 voting stations and three mobile voting units.

"We're about 500 fewer than we had on the first early-voting day in the 2008 general election, but the voting is steady," El Paso County Elections Administrator Javier Chacon said Tuesday. "This is the time of year when we might start seeing changes in the weather, so we're urging everyone that can to vote early while we're having this nice weather."

The third and final presidential debate between Democratic incumbent Barack Obama and GOP challenger Mitt Romney took place Monday night, after the early-voting stations closed.

In 2008, a total of 10,800 El Pasoans had voted by the first day of early voting, 8,658 of them in person.

The four early-voting stations with the most voters were the Regency of El Paso on the West Side (1,041 votes); the Fiesta Shopping Center, also on the West Side, (1,037 votes); Bassett Place (975 votes) in Central El Paso; and Sunrise Shopping Center in the Northeast (743 votes).

El Pasoan Robert Peña said he plans to vote early today at Bassett Place.

"I am really looking forward to it, and I always vote early as a tradition," Peña said.

Lorena Chandler, who lives on the East Side, happened to be Downtown and decided to take advantage of the voting station in the lower level of the County Courthouse.

"I am most concerned about issues that affect veterans and the economy," she said after casting her ballot Tuesday.

According to the secretary of state, a total of 253,078 people (including those in El Paso) voted early in person Monday, and 125,794 voted by mail, in the 15 most-populous counties.

The other top populous counties in Texas are Harris, Dallas, Tarrant, Bexar, Travis, Collin, Denton, Fort Bend, Hidalgo, Montgomery, William-son, Nueces, Galveston and Cameron.

In Harris County, which has 2 million registered voters, a total of 47,093 voted on Monday and 40,566 had cast their ballots by mail.

**KIII (ABC) - Corpus Christi, TX 3 News---First Edition at 5:06 AM**
**KIII ABC**
**25 October 2012**

the **Texas Secretary of State** has a new tool to help motivate residents to get to the polls. **Hope Andrade** visited the nueces county courthouse yesterday to introduce smart tx-voter. the new voter information app is downloadable on your smart phone. andrade says the goal is to help residents register to vote, see who is on the ballot and learn where you can vote. you can also remind your friends by imputing their phone numbers and it will send out reminders about important election dates, most important thing, make sure voters have all the information they need to make their mark on Texas to go out and vote. election officials say voter turn out is strong right now. the exact figures have not been released yet. election day is tuesday, november 6th.

State Capitol Highlights
*Longview News Journal*
**Ed Sterling**
**25 October 2012**

AUSTIN — Secretary of State Hope Andrade, the state's chief elections officer, on Oct. 19 announced Texas reached a historical peak in the number of registered voters on her election division's "official list of registered voters."

As of Oct. 19, Andrade said, Texas had 13,646,226 registered voters, the highest number in state history. Oct. 9 was the last day to register to vote in the Nov. 6 general election. Early voting began Oct. 22 and runs through Nov. 2, and voters may cast a ballot at any polling place in their county during the period.

Judge puts policy on hold

Hardin County State District Judge Steven Thomas on Oct. 18 granted a temporary injunction preventing Kountze Independent School District and its superintendent from stopping cheerleaders from displaying banners or run-through signs that have religious references on them at school sports events.

Plaintiffs, the parents of cheerleaders, argued that the school district's policy prohibiting religious expression at school events violated their minor children's constitutional right to freedom of expression.

A trial is scheduled for June 24, 2013, in Thomas' 356th state District Court.

Unemployment rate drops

Texas Workforce Commission on Oct. 19 reported Texas' seasonally adjusted unemployment rate fell to 6.8 percent in September, down from 7.1 percent in August.

Texas added 21,000 seasonally adjusted nonfarm jobs in September for a total of 262,700 jobs added since last year, the Commission reported, and the state's unemployment rate is down more than a point, from 7.9 percent a year ago.

The U.S. Department of Labor Statistics calculated the national unemployment rate at 7.8 percent for the month of September.

Call made for higher pay

At its Oct. 19 meeting, the Texas Public Safety Commission – the body that oversees the Texas Department of Public Safety – signaled unanimous support for increasing the base salary for state highway patrol troopers.

According figures in a recent report by the Office of the State Auditor, trooper pay would have to increase at least 20 percent to be competitive with compensation at the seven largest local law enforcement departments in the state.

The commission and Texas Department of Public Safety Director Steven McCraw plan to work during the 2013 legislative session with lawmakers to bring about a pay increase for troopers.

Kids kick off anti-drug week

More than 1,200 Texas fifth grade students from Austin, Corpus Christi, Dallas, Houston and San Antonio gathered at the state Capitol to declare that "drugs don't make sense," the theme of this year's Texas Red Ribbon Rally.

The rally kicked off Red Ribbon Week, a national campaign observed Oct. 23-31 that uses school and community events to teach millions of students about the dangers of drug abuse.

Part of the program was a mock legislative session in the House and Senate chambers, where students debated and voted on drug and alcohol related resolutions they drafted in advance.

A recent survey by the Texas Department of State Health Services and Texas A&M University's Public Policy Research Institute shows that the use of tobacco, alcohol and illegal drugs is declining among Texas youth.

Sadler-Cruz debate again

Republican Ted Cruz and Democrat Paul Sadler engaged in their second and final televised debate on Oct. 19, each seeking to succeed U.S. Sen. Kay Bailey Hutchison of Dallas, who is retiring from office at the end of her term on Dec. 31.

Among topics on the table were tax reform, immigration reform, taxation, health care and foreign policy. The tenor of the second debate was less heated than the first, yet sharp differences between the two over the range of issues, and the federal Affordable Health Care Act and how to spread the tax burden in particular, were notable.

KFOX (FOX) - El Paso, TX KFOX News at 5 PM
**KFOX 14**
**25 October 2012**

**Texas Secretary of State Hope Andrade is** in el pas.. telling voters they need to get educated about their options. she doesn't just mean the candidates or bond questions - she means where and when to vote.....Andrade's office has created a cell phone app for this year's election... and has gotten more involved with social media.... she says.. she's glad thousands of el pasoans have already voted early in the november sixth election. 3 "we're just hoping that the momentum stays, that people will continue voting early." early voting began in Texas monday... with nearly 95-hundred ballots cast on the first day

TEX00301451

in elpaso county.... and is close to the record pace for early voting... set in the last presidential eleion in two- thousand eight.

Texas voter drive in El Paso gets a push, online tools
*El Paso Times*
**Diana Washington Valdez**
**26 October 2012**

Texans can stay on top of the Nov. 6 general election with many of the new online tools offered by the Texas secretary of state's special website for voting.

Secretary of State Esperanza "Hope" Andrade, who visited El Paso on Thursday, said her office is pulling out all the stops to help increase voter awareness and turnout, including incorporating social media to connect with voters.

"Our voter education campaign this year is 'Make Your Mark on Texas,' and the way to do this is through voting," said Andrade, the state's chief elections officer. "We are making it as easy as possible for voters to vote, by providing all the information they need."

Online at www.votetexas.gov, people can find out how to vote in Texas, whether they are registered to vote, early-voting dates, voting for the military, polling places, ballot items and more.

Voters can sign up for Facebook and Twitter messages, and for a free mobile app (SmartTXVoter), which provides access to the website in English and Spanish, and which can be used to send text reminders about important voting dates.

The website also features a countdown calendar and clock for Election Day.

"Smartphone use among Texans is growing, and so this is a way we can put the power of voting in their hands where they need it and when they need it," Andrade said.

On Thursday, Andrade attended an event at the El Paso Hispanic Chamber of Commerce, met with the El Paso County Elections Department staff, and spoke at the "Our Lives Disabilities Conference" at the Camino Real Hotel about the rights of voters with disabilities.

She said that Texas voters can vote with their voter registration card or alternative valid identification, and that a picture ID is not required.

El Paso County Elections Administrator Javier Chacón said his meeting with Andrade was "informative and helpful. We know we can turn to her staff for assistance with any problems or questions we might have."

Andrade said she would like to see voter turnout in the general election reach higher levels.

"The state turnout for the 1992 general election was 72 percent, and it dropped to about 50 percent in 1994," she said. "The turnout increased to 59.5 percent in the 2008 general election. I believe voters are more likely to vote if they have all the information they need, and that's my mission as I travel across the state to promote our voter education campaign."

The high Texas turnout in 1992 occurred when Bill Clinton, a Democrat, ran for president and won in the three-way race against incumbent President George H.W. Bush, a Republican, and Texas businessman Ross Perot, who ran as an independent.

Leon Blevins, a government and political science professor at El Paso Community College, dresses up as Uncle Sam, passes out voter registration cards and encourages students to vote.

"Young people are the least likely to vote in elections, and I think the way to reach them is to help them see what is at stake for them today and in the future as a result of an election," Blevins said.

The Secretary of State's Office also interacts with federal election observers, who are routinely assigned to keep an eye on the election process in Texas and other states.

For the Nov. 6 election, the U.S. Attorney's Office for the Western District of Texas named Assistant U.S. Attorney Tom Moore to lead the efforts to oversee complaints of election fraud and abuses of voting rights.

"Every citizen may be able to vote without interference or discrimination and to have that vote protected against manipulation by fraud," U.S. Attorney Robert Pittman said. "The Department of Justice will act promptly and aggressively to protect the integrity of the election process."

Officials said federal laws protect against intimidating or bribing voters, buying and selling votes, altering voter tallies, stuffing ballot boxes and marking ballots for voters against their wishes or without their input.

The El Paso-based Border Network for Human Rights has launched an extensive campaign to get border residents to the polls in New Mexico and Texas.

Cristina Parker, spokeswoman for the network, said volunteers and organizers taking part in the "Tu Votas, Todos Ganamos" ("You vote, we all win") drive will use phone calls and personal visits to ask people to get out and vote.

"This campaign is the largest and most sophisticated nonpartisan, get-out-the-vote campaign in our region," said Jose Manuel Escobedo, the network's policy director. "We are reaching out to thousands of voters, and we are reaching them multiple times and in multiple ways."

Parker said the National Association of Latino Elected Officials has set up a bilingual hotline with voter information, which also can be used to report suspected voter law violations or voter intimidation incidents. The number is 888-VE-Y-VOTA or 888-839-8682.

Texas has 13.6 million registered voters, and about 3 million have Hispanic surnames.

KENS-SAT (CBS) - San Antonio, TX Eyewitness News at 12 PM
KENS CBS
26 October 2012

while a record number of Texas voters have turned out for early voting.. you still have time to have your voice heard!**Texas Secretary of State Hope Andrade** stopped by the bexar county elections office this morning.so far more than 125- thousand people have cast their ballot.Andrade wanted to remind folks of the importance of getting out and having their voice heard.she also stressed information is available to those who may have questions about the process.remember – the last day for early voting is november 2nd.you can find sample ballots on our website kens five dot com, under the tab: "on kens five".

KSAT-SAT (ABC) - San Antonio, TX KSAT12 First News at 4 PM
**KSAT ABC**
**26 October 2012**

a good morning there. they are being watched closely. that is the position of the **Texas Secretary of State** regarding election on servers from europe who call themselves the cooperation committee. they have already prompted some stern warnings from the governor and the attorney general. **Texas Secretary of State Hope Andrade** was here to discuss the first week of early voting.

we're very proud of the fact that our voters seem to have the information because they are going out and voting.

as of yesterday, 125,000 voters have cast ballots in bexar county alone, but Andrade also wayed in on that controversy over the european election observers. they have warned of any violations by the group will be met with immediate action, action that could include prosecution. Andrade stressed what the governor and attorney general have already said. under no circumstances will the observers get beyond these seens at polling places.

notice were sent to all our election administrators to make sure that these were strictly observers and they could only meet with the election officials for sharing of information, but they could not enter a polling place.

international election observers presidents at polling places has generated considerable controversy, controversy based primarily on osce ties that are opposed to the State's voter registration laws.

WOAI-SAT (NBC) - San Antonio, TX News 4 WOAI at 5 PM
**WOAI ABC**
**26 October 2012**

the State's top election official stopped by the bexar county elections office today... to thank election staff for all their hard work during this first week of early voting. **Texas Secretary of State Hope Andrade** was stressing the importance of voting and talking about resources available to voters. Andrade's office recently released a new smart phone app that gives easy access to voting information Statewide. Texas now has more than 13 and a half million registered voters... the highest number in State history. the polls will close in a couple of hours... but so far... 23,565 have voted in bexar county today. the total for the week -- an impressive 148,060.

KABB-SAT (FOX) - San Antonio, TX FOX 29 News at 9 PM
**KABB FOX**

26 October 2012

election. that's the message from**Texas Secretary of State** Hope andradabout the controversy surrounding that team. Andrade was in san antonio today to visit with bexar county electioworkers and volunteers. Texas attorn general greg abbott fired off a letter to the international group warning that if tir people violated an election codes they would be prosecuted. group called "unacceptalbe" considering they were invited to be here. "sec. **Hope Andrade**/Texas Secretary of State: notices we sent to all our election administrators to make sure that they understood that these are strily observers and that they caonly meet with election officials for sharg of information but ey could not enter a polling place.

**Tarrant County poised to exceed number of early votes cast 4 years ago**
*Fort Worth Star-Telegram*
**Anna M. Tinsley**
**27 October 2012**

FORT WORTH -- Residents continued casting ballots at a record pace Friday, positioning Tarrant County to exceed the number of early votes four years ago.

By Friday afternoon, more than 150,000 local votes had already been cast in the Nov. 6 presidential election.

"We've been very busy," said Steve Raborn, the county's elections administrator. "Phones are ringing. People are coming in.

"It's definitely going to be a high turnout."

Voters are turning out in droves across the state.

Through Thursday, more than 1 million residents in the 15 largest counties had cast their votes in person, according to the most recent records from the Texas secretary of state.

That's up from the 974,445 Texans who had voted early and in person during the same time frame four years ago.

The highest percentage of turnout has been in Collin, Galveston and Fort Bend counties, according to state records.

Raborn and Secretary of State Hope Andrade are among those who have encouraged Texans to vote early.

While early voting has gone relatively smoothly in Tarrant County, some concerns have been registered.

Local voters have logged a few complaints that the electronic machines are not properly recording straight-party votes.

"We've identified a handful of voters who were using the wrong button to navigate through the machine," Raborn said.

"The main mission is that voters should double-check the summary screen at the end of the ballot to make sure the ballot is exactly as you intended it to be. If there's a problem, call over an election worker for assistance.

"They can give advice on how to use the ballot," he said. "But if the ballot is cast, it's too late to do anything."

Raborn posted on the Tarrant County Elections Center's website that all of the county's eSlate voting machines were thoroughly tested before the election and are working properly.

Raborn has created a "rumor watch" section on the website to deal with election rumors as they arise.

He addresses issues ranging from problems with machines to reports that teams of international observers may be watching elections -- but not in Tarrant County.

Four years ago, 66 percent of Tarrant County's registered voters headed to the polls for the presidential race, most of them casting their ballots early.

That year, 431,799 locals voted early in person, 29,798 mailed in ballots and 173,671 showed up in person on Election Day, records show.

By late Friday afternoon, 151,904 Tarrant County voters had cast ballots in person, compared with 149,216 through the end of the fifth day of voting four years ago, local results show.

Some of the highest local turnouts have been at the Southwest Subcourthouse, Keller Town Hall, the Mansfield Subcourthouse and the South Service Center.

At the top of the ballot, of course, is the race between President Barack Obama and GOP nominee Mitt Romney.

Libertarian Gary Johnson and Green Party candidate Jill Stein are also on the ballot.

Near the top of the Texas ballot is the race to replace Sen. Kay Bailey Hutchison in the U.S. Senate, featuring Republican Ted Cruz, Democrat Paul Sadler, Libertarian John Jay Myers and Green Party candidate David B. Collins.

And there are a slew of congressional and legislative races, statewide races, judicial races, State Board of Education races and local races ranging from sheriff to county commissioner

Early voters may go to any of Tarrant County's sites.

They should bring identification -- their voter registration certificate or an alternate ID, such as a driver's license, a birth certificate, a passport, U.S. citizenship papers or a utility bill, a bank statement, a government check or other government document.

Early voting runs through Friday.

TEX00301456

Online: To see a sample ballot, go to www.tarrantcounty.com/eVote. For other information, call 817-831-8683.

**Almost 2,000 vote early in Kleberg**
*Kingsville Record & Bishop News*
**Tim Olmeda**
**28 October 2012**

Nearly 2,000 registered voters in Kleberg County took advantage of early voting during the first four days it was open, with elections officials saying the turnout so far is on par with past presidential elections. Kleberg County Clerk Leo Alarcon said as of Friday morning, 1,824 early voters had cast their ballots in this year's General Election...

**Secretary of State to meet with Gregg County elections officials**
*Longview News Journal*
**Staff Reports**
**29 October 2012**

Texas Secretary of State Hope Andrade will visit Gregg County Elections Administrator Kathryn Nealy and elections staff on Tuesday

Andrade will discuss statewide voter education efforts, early voting and will answer any questions regarding the voting process in Texas.

The meeting has been scheduled for 4:15 p.m. at the Gregg County elections office at the Gregg County courthouse

Andrade said she has made it a priority to educate Texas voters on the voting process and resources available to them this year.

As of Oct. 19, Texas had 13,646,226 registered voters, the highest number in state history.

**KLTV (ABC) - Tyler, TX KLTV 7 News at 6 PM**
**KLTV ABC**
**30 October 2012**

early voting has been going on in Texas for the last 9 days, and today, the State's top elections official was in tyler to talk about Texas's voting process. **Hope Andrade**, Texas's Secretary of State, visited the smith county elections office today, and kltv 7's lauren callahan was on hand for their conversation. lauren, i understand she spoke quite a bit about voter education? that's right. ms. Andrade said we have 13.6 million registered voters in Texas this year - and she said that, given it's been such an interesting year for Texas elections - her goal is to make sure every Texas information they voter has the need to vote. the Secretary of State said that early voting numbers show a high turnout so far Statewide, and she wants to make sure as many voters as possible have the information they need to vote. to do that, the Secretary of State says she has launched a new website, voteTexas.gov, as well as facebook and twitter pages, and a smart voter app, so that people can easily find voting information in several places. 649 we believe that by voting, you will make your mark on Texas, but the other thing we believe in is that you really have no excuse, because we're giving you all the information to answer any question that

you may have on the election process. 705 the Secretary of State's office does keep early voting numbers on the 15 largest counties in Texas, and as of the end of last week, 1.3 million people have voted early. smith county officials say that 38,000 people have voted early through yesterday, and they believe they'll break the number they set for early voting in 2008. and don't forget, the polls are still open until 7 p-m in all locations in smith county tonight, so there's still time to get out and vote. reporting live at the smith county elections center, lauren callahan, kltv 7 news.

### Andrade visits Smith County elections office
**KLTV ABC**
**30 October 2012**

SMITH COUNTY, TX (KLTV) -
Early voting has been going on in Texas for the last nine days, and Tuesday, the state's top elections official was in Tyler to talk about Texas' voting process.

Secretary of State Hope Andrade is on a statewide campaign, visiting elections offices and making sure they have what they need to run smooth elections.

She has also been sharing her "Make your Mark on Texas" effort to educate voters through the Secretary of State's website, Facebook and Twitter pages, and phone apps.

"Whatever our voters need, we're trying to provide so that they will go out and vote," said Andrade. "The good news is that it seems it's working because the voter turnout has been great, and so we're looking forward to Texas having another successful election."

Smith County elections officials say nearly 40,000 people had voted early as of Monday – and that they likely will pass the early voting number set in 2008.

"We used to say vote early, there's no line, you can be in and out, but you know this year, you will have to wait a little bit. I think typically when we've had our line at the longest it's been about a 30-minute wait," said Karen Nelson, the Smith County Elections Administrator.

"I got out of a full elevator and I have to say, that made me smile from the minute I got into that elevator, because all these people were coming to do early voting," said Andrade of her visit to the Smith County Elections Center.

Andrade says in her education efforts, she is reminding people that all they need to vote is a registration card or some form of identification - no photo I.D. is needed.

"We're committed and we want to make sure that every voter has all the information that they need to go out and vote," she said. "That's what I'll consider a successful election."

Early voting is still going on all week long.

To find out where and when to vote early in your county, visit the Secretary of State's early voting page.

### Early voting numbers up for county
*Terrell Tribune*

TEX00301458

Paul Bottoni
31 October 2012

KAUFMAN — Early voting numbers in Kaufman County are up from the 2008 election, according to county officials.

During a visit with Texas Secretary of State Hope Andrade on Tuesday, county officials presented data showing 13,817 people participated in early voting as of Oct. 29, an increase from 13,552 in the 2008 election.

**Tx. Secretary of State visits Gregg Co. on voting tour**
*Kilgore News Herald*
**Austin King**
**31 October 2012**

With less than a week left until Election Day, Texas Secretary of State Esperanza "Hope" Andrade has busied herself visiting Texan counties to discuss voting in Texas, and thank county election officials on their hard work. Tuesday afternoon, Andrade met with Gregg County's election administrator, Kathryn Nealy...

**Secretary of State advocates early voting**
*Tyler Morning Telegraph*
**Adam Russell**
**31 October 2012**

Texas Secretary of State Hope Andrade stopped by the Smith County Election Office to thank election workers and put the spotlight on early voting.

The stop was part of Mrs. Andrade's statewide tour to stress the ease and convenience of voting early and the importance of voter participation.

"We're traveling the state to remind voters we are in the middle of early voting," she said. "We want to make sure everyone knows you can stop at any polling location and vote."

Mrs. Andrade also wanted to stress that voters were not required to show identification cards prior to voting. Senate Bill 14, which would have required photo identification before casting ballots passed but was not applied during this election because of legal challenges.

"No photo ID will be required," she said.

Smith County Elections Administrator Karen Nelson said there was some confusion among voters regarding the requirements. Instances have been limited, she said, but emphasized voters can go to polls without IDs as they have in the past.

Other forms of identification allowed include current utility bills, official government mail addressed to the voter and passports.

Mrs. Nelson said early turnout slowed Monday and Tuesday. She said voters visited polls Saturday and Sunday in unusually high numbers and said the slowdown could be a result of the weekend turnout.

TEX00301459

Early voting numbers have exceeded 2008 totals at this point in the 12-day period. Tuesday's total reached ??? compared to 38,448 by the final Tuesday in 2008.

Mrs. Nelson has said she expects this election to eclipse prior turnout totals.

Mrs. Andrade suggested voters visit VoteTexas.com, her office's website with all the information voters need to know.

She said the state has experienced growth to its voter rolls before this election. There are 13.6 million registered voters in the state compared to 13.5 million in 2008.

The Secretary of State's Office is using every medium, including television, print and social networking, to reach potential voters and increase turnout, she said.

Mrs. Andrade said she hopes the information available and the interest in national, state and local election will increase participation in this election.

"This is an important election. We have the presidential, the race for U.S. Senate, the Railroad Commission, every (state) House and Senate seat and the local candidates," she said. "This is the most important privilege we have."

A line of early voters stretched down the hallway inside the election office location as Mrs. Andrade continued her tour. One emphasis of early voting in the past is that voters could avoid long lines, she said.

John Springer, of Tyler, said he typically visits his precinct polling location as soon as it opens at 7 a.m. on Election Day. This year he will be traveling on Nov. 6 and decided to cast an early ballot.

"This line was longer than I deal with on Election Day, but it moved quick," he said.

Hays votes in record numbers
*Hays Free Press*
**Andy Sevilla**
**31 October 2012**

Nearly 24,000 Hays County voters have cast a ballot within the first eight days of early voting in an election that has showcased a contentious presidential race and will decide a slew of national, state, and local offices.

Hays County Elections Administrator Joyce Cowan said Hays County has 104,436 registered voters, up from 90,073 in the 2008 general election. The first eight days of early voting means almost 23 percent of registered voters went to the polls early.

The last day of early voting is this Friday.

Registration voter numbers have reached an all-time high of 13,646,226 in Texas, according to Secretary of State Hope Andrade's latest report. Her office said the previous record number of registered voters

was 13,557,062, set for the 2008 election that concluded with the election of the nation's first black president.

During the first week of early voting, Hays County brought out 21,049 voters to the polls, and another 2,669 voters came out on Monday, which begins the last five days of early voting.

Cowan said a breakdown of early voting numbers for the 2008 election was not immediately available, but she said 39,780 voters cast a ballot early in that election, and 20,211 came out on Election Day.

Cowan said she expects the same trend for the 2012 general election, and said about two-thirds of the voters will cast a ballot early.

In 2008, 59,991 ballots were cast or 66.6 percent of registered voters. Cowan said she expects about 70,000 ballots will be cast this year because of the 14,363 increase in registered voters. She said the increase is registered voters is due primarily to the county's growth.

Cowan said that 23,718 Hays County voters have cast a ballot by personal appearance as of Monday, and her office has mailed 3,820 ballot requests. She said the election's office has received some of the mailed ballots and more were still coming in the mail and not yet counted as of Tuesday.

Early voting in Texas began Oct. 22. Election Day is Nov. 6.

**Texas Secretary of State visits local polling site**
**KTRE ABC 9**
**Caleb Beames**
**31 October 2012**

With early voting ending Friday, Texas Secretary of State Hope Andrade sat down with local officials to see how things were going.

The biggest issue that has come up is the confusion over signs outside of the polling stations.  At the beginning of early voting, signs directing voters to the polling station identification was required.

"We want to make sure that everyone understands there is no photo I.D. Required and that you continue to vote in the same manner that you've always voted and that is with your voter registration card, said Andrade.

The signs have been changed and Andrade says that some form of identification is needed but all it has to have is your name and address on it.

The secretary also talked about how new technology has increased awareness.

"We're on facebook, we're on twitter, we have an app that you can download on your phone: smarttxvoter, and you have all the information," said Andrade

One thing that Andrade has seen change from the last election is the amount of early voters. Before, she would tell people to early vote if they did not want to wait in line...

TEX00301461

But now she admits you will have to wait.

Angelina County Election Administrator, Midget Sherman is happy Andrade was able to meet and appreciates the time she spent with local officials around the state.

"It's always great to have her and have her input and her interest and concerns for our county,:" said Sherman

Andrade also believes that this year Texans can make their voice heard.

"We believe that if you vote, you do make your mark on Texas," said Andrade

So far, just over 13,000 Angelina county residents and around 9,300 Nacoghdoches county residents have voted early. A reminder that early voting ends this Friday.

KVUE-AUS (ABC) - Austin, TX KVUE News at 6 PM
KVUE ABC
1 November 2012

**Texas Secretary of State** "Hope an-draday" tells me the State is seeing record turnout. It makes securing the process that much more important. at one of travis county's 23 early voting locations... voters spend their lunch hour sorting through dozens of elected positions and ballot proposals. " it took me about ten minutes through the whole process of check-in, stand in the line." " oh it was actually really quick." as record numbers of texans visit the polls... **Texas Secretary of State Hope Andrade** is visiting county elections officials -- to make sure everything is running smoothly. " if you're on your way to work, if you're on your way to drop off the kids at school, if you're on your way to the grocery store and you see a sign that says vote here, you can stop and vote. so we do believe that the trend is more toward early voting." addressing media with travis county clerk dana debeauvoir thursday... the State's top elections official also brushed aside internet rumors of rigged voting machines and widespread trouble with straight ticket ballots. " in Texas, we do have a secure system. we have a system that texans can feel proud of." " it's especially true for presidential elections, there will be some stories that get circulated especially on the internet, and what we do when people see a story that looks maybe a little unusual and it's probably not true, we say call us." " the Secretary of State says educating voters is the key -- part of that effort includes a new smartphone app. it can tell you if you're registered, what's on the ballot and what you may need to bring to the polls. and one thing you don't need for now -- is a photo id." while exercising your political choice -- the polls aren't the place to make a political Statement. " you cannot walk into a polling place with anything on your body that promotes a cause, an issue, a candidate." for those voting early -- it's time well spent. " i think it's worth it because i think if you wait until tuesday, you're going to hit longer lines, so you're actually saving time." " we did it during lunch, that way next tuesday when the massive amount of people are going to vote, standing in line, we don't have to do this." and voters have one more day -- to avoid the wait. knowing what's on the ballot will save you a lot of time. we've put some resources for you up at kvue.com. live at the capitol, mark wiggins, kvue news.

Early voting ends Friday
*Houston Chronicle*
1 November 2012

Friday is the final day for early voting, and the state's top elections official - Hope Andrade -- urges Texans to take advantage of the more convenient way to cast a ballot.

Secretary of State Hope Andrade

Secretary of State Andrade also reminds folks that Texas' Photo ID law has been rejected by federal judges as violating the Voting Rights Act, so folks do not have to produce a photo to vote.

Voter registration cards are the ticket into the voting booth. Texans who don't bring a registration card must provide some form of identification. Acceptable ID forms:

**a driver's license or personal identification card issued to you by the Department of Public Safety or a similar document issued to you by an agency of another state, regardless of whether the license or card has expired;

** form of identification containing your photograph that establishes your identity;

** a birth certificate or other document confirming birth that is admissible in a court of law and establishes your identity;

**United States citizenship papers issued to you;

**a United States passport issued to you

** official mail addressed to you, by name, from a governmental entity;

**a copy of a current utility bill, bank statement, government check, paycheck, or other government document that shows your name and address.

For more Texas voting details, go to www.votetexas.gov

"I want to assure everyone in Texas that if they are a registered voter and your name does not appear on the voter registration list when they come into vote, the state and local election officials are committed to make sure that every voter has the opportunity to vote," she said. "I promise that you will be reinstated, if you are a registered voter and your name was removed in error. That commitment I make to you."

**Early voting ends Friday**
*San Antonio Express-News*
**1 November 2012**

Friday is the final day for early voting, and the state's top elections official - Hope Andrade – urges Texans to take advantage of the more convenient way to cast a ballot.

Secretary of State Andrade also reminds folks that Texas' Photo ID law has been rejected by federal judges as violating the Voting Rights Act, so folks do not have to produce a photo to vote.

Voter registration cards are the ticket into the voting booth. Texans who don't bring a registration card must provide some form of identification. Acceptable ID forms:

**a driver's license or personal identification card issued to you by the Department of Public Safety or a similar document issued to you by an agency of another state, regardless of whether the license or card has expired;

** form of identification containing your photograph that establishes your identity;

** a birth certificate or other document confirming birth that is admissible in a court of law and establishes your identity;

**United States citizenship papers issued to you;

**a United States passport issued to you

** official mail addressed to you, by name, from a governmental entity;

**a copy of a current utility bill, bank statement, government check, paycheck, or other government document that shows your name and address.

For more Texas voting details, go to www.votetexas.gov

"I want to assure everyone in Texas that if they are a registered voter and your name does not appear on the voter registration list when they come into vote, the state and local election officials are committed to make sure that every voter has the opportunity to vote," she said. "I promise that you will be reinstated, if you are a registered voter and your name was removed in error. That commitment I make to you."

**Friday last day for early voting across Texas**
**KDFW Fox 4**
**1 November 2012**

AUSTIN, Texas (AP) - Texans have one last day to vote early for next Tuesday's general election.

Friday is the last day for early voting, which began Oct. 22.

Secretary of State Hope Andrade says Texas has a record number of voters with more than 13.64 million registered to cast ballots. The previous record number of Texans registered to vote was more than 13.57 million during the November 2008 general election.

Texans are allowed to cast a ballot at any polling place in their county of residence during the early-voting period.

**Today Last Day for Early Voting Across Texas 11/2/12**
**KOSA CBS 7**
**2 November 2012**

TEX00301464

AUSTIN - Texans have one last day to vote early for next Tuesday's general election.

Today is the last day for early voting, which began October 22.

Secretary of State Hope Andrade says Texas has a record number of voters with more than 13.64 million registered to cast ballots. The
previous record number of Texans registered to vote was more than 13.57 million during the November 2008 general election.

Texans are allowed to cast a ballot at any polling place in their county of
residence during the early-voting period.

**Early voting ends today for Nov. 6 general election**
***Dallas Morning News***
**2 November 2012**

Texans have one last day to vote early for next Tuesday's general election.

Friday is the last day for early voting, which began Oct. 22.

Secretary of State Hope Andrade says Texas has a record number of voters with more than 13.64 million registered to cast ballots. The previous record number of Texans registered to vote was more than 13.57 million during the November 2008 general election.

Texans are allowed to cast a ballot at any polling place in their county of residence during the early-voting period.

Early voting hours today are from 7 a.m. to 7 p.m.

**Early Voting Wraps With Numbers Down From '08**
**CBS DFW**
**2 November 2012**

DALLAS (CBSDFW/AP) - Friday was the last day for early voting, and while numbers were good, they were still slightly down across North Texas compared to 2008.

Secretary of State Hope Andrade says Texas has a record number of voters this year, with more than 13.64 million registered to cast ballots. The previous record number of Texans registered to vote was more than 13.57 million during the November 2008 general election.

According to election officials, turnout in North Texas was good, but still lower than 2008. Dallas County reported 418,000 voters had cast ballots since early voting began October 22. Four years ago the early turnout was 477,000.

In Tarrant County, 387,000 people voted early – 10 percent below their 2008 numbers. Denton County had 163,000, down from 174,000 in 2008.

Polling places across Dallas County experienced long lines all day, especially at Our Redeemer Lutheran Church, where more than 2,400 people had voted by 3:30 pm. Most who waited were patient. "This is actually the fourth time I've tried to vote!" claimed Joey Russo, who was nonetheless pleased that when she finally committed to queue up, the wait wasn't as long as she feared. But one way or another, she was determined to vote. "I feel that both locally and nationally we're kind of at a crux for a lot of important decisions… so I think it's a really important time for everyone to have their say."

Interest appears heavy all over the county, including is the sub-courthouse in Oak Cliff. For Roderick Hawkins, critical issues are health care, economic growth, and jobs. "If you have issues, anything you want your voice to be heard on, the best thing is to vote. Because if you don't vote you can't complain on anything that goes on," he said, adding "as long as you know it's going to help you and effect you and the people around you then vote for that candidate."

The most persistent voter Friday was Catherine Morrison. At nearly 104 years old, she could have used a mail-in or absentee ballot. But she wasn't having it. "It's always been important to make it, the United States is the most wonderful place in the world and I just have roots." Morrison thinks this year's election is vital…for several reasons. "Maybe a little more important because I don't think I have too many more (elections) to do."

By 7:00 p.m. Friday night, voters in Collin County were wrapped around an early polling place, and those who were in line were determined to stick it out.

**Today last day for early voting; Find out where to cast ballot**
**KFOX 14**
**2 November 2012**

EL PASO, Texas — Texans have one last day to vote early for next Tuesday's general election.

Friday is the last day for early voting, which began Oct. 22. Secretary of State Hope Andrade said Texas has a record number of voters with more than 13.64 million registered to cast ballots.

As of Friday morning, 82,035 El Pasoans have voted during the early voting period.

Texans are allowed to cast a ballot at any polling place in their county of residence during the early-voting period.

**Today is the last day of early voting**
*Houston Chronicle*
**2 November 2012**

AUSTIN — Texans have one last day to vote early for next Tuesday's general election.

Friday is the last day for early voting, which began Oct. 22.

Secretary of State Hope Andrade says Texas has a record number of voters with more than 13.64 million registered to cast ballots. The previous record number of Texans registered to vote was more than 13.57 million during the November 2008 general election.

Texans are allowed to cast a ballot at any polling place in their county of residence during the early-voting period.

You can find an early voting location in Harris County here. Locations are open until 7 p.m.

**Friday Marks Last Day For Early Voting Across Harris County, Texas**
**CBS Radio Houston**
**Cicely C. Mitchell**
**2 November 2012**

Friday will be the last day registered voters in Harris County as well as the rest of Texas will be able to take advantage of early voting before the general election which is Tuesday.

Texas' Secretary of State Hope Andrade has stated that Texans have come out in record numbers to cast their ballots.

According to Andrade, more than 13.64 million registered voters have already cast their ballots. The previous record number of Texans registered to vote was more than 13.57 million during the November 2008 general election.

If you are a registered voter in Texas, you are then allowed to cast a ballot at any polling place in your county of residence during the early-voting period.

**Early voting numbers showing big turnout**
*Your Magnolia News*
**Nancy Flake**
**2 November 2012**

The November general election could be one for the Montgomery County record books, if early voting trends are any indication.

At the end of Tuesday, 19,270 voters cast ballots and 6,206 ballots by mail were recorded by Montgomery County Elections, for a total of 25,476 ballots. If those numbers hold up, that that could bring a record in early voters for the county.

As of Tuesday, Montgomery County has 265,615 registered voters, an official with Montgomery County Elections said. That is a record high for Montgomery County, and up from2010's high of 248,605 registered voters.

Since the July 31 Republican primary runoff election, 14,475 new voters have registered, the official said.

The state of Texas also hit a record number of voters this year, 13,646,226 registered voters, Secretary of State Hope Andrade announced Saturday.

In the 2008 presidential election, 105,319 Montgomery County voters took advantage of early voting, with 55,084 voting on Election Day.

Local Republicans and Democrats are working to get as many people to the polls during either early voting or Election Day, by manning phone banks and going door to door.

"I knew it was going to be high," Montgomery County Republican Chair Walter Wilkerson said about the early voting numbers. "It means we're going to have a tremendous turnout."

The Montgomery County Republican Party's goal is to have 80 percent – or 208,800 – of registered voters cast ballots; the record was 78.5 percent, or 77,916, of the county's 99,257 registered voters in 1992, Wilkerson said.

Local Republicans did a precinct walk last weekend in targeted precincts, Wilkerson said, and hung 20,000 door hangers. They also began phone calls last week to get out the vote, with the goal of reaching 30,000 to 35,000 voters before the end of early voting on Nov. 2.

Democrats also are hitting phone banks and have called 3,500 voters since September, Montgomery County Democratic Party Chair Deena Fredrickson said, along with canvassing door to door.

They also are planning a "Souls to Polls" day Sunday with local African American churches and will work to congregate with voters after church Sunday at the early voting site in Conroe, she said.

While Montgomery County is Republican stronghold, "We feel guardedly optimistic," Fredrickson said, "with all the new people moving to Montgomery County."

But Republicans aren't so guarded.

"This has been the most excitement I've seen for an election since probably Reagan, in 1980," Wilkerson said. "Fortunately, the vast majority are excited about our side. I think Republicans will be pretty excited Nov. 6."

**Early voting ends Friday with record number of registered voters**
**YNN Your News Now**
**2 November 2012**

Friday was the last day for early voting in Texas and many looking to take advantage saw very long lines at their voting centers.

Across Austin, voters waited in lines for up to an hour-and-a-half to cast their ballots.

Secretary of State Hope Andrade said that 13.64 million people have registered to cast their ballot so far this year, a record number.

The previous record of 13.57 million was set during the November 2008 general election.

People are allowed to cast a ballot at any polling place in the county they reside in during early voting.

**Texas Secretary of State Hope Andrade Talks Early Voting in Texas [AUDIO]**
**KFYO News Talk 790 AM**
**Ariel Walden**

2 November 2012

On the Friday edition of the Chad Hasty Show, Texas Secretary of State Hope Andrade talked with Chad Hasty about voting in the State of Texas.

Andrade said that out of the over 13 million registered voters in Texas, an estimated 30% have already voted in the election. she said Texas has had a fantastic turnout, and that all people need to vote is their voter registration card. Andrade recommended that anyone who has questions about voting in the general election visit votetexas.gov, or call toll free 1-800-252-VOTE.

Today is the last day of early voting in Texas. You can vote at all United Supermarket location in Lubbock, except for the Market Street at 50th and Indiana, from 8 AM to 8 PM. You can also vote at the Lubbock County Elections Office, Slaton ISD Administration Office, Roosevelt Clubhouse and Abernathy City Hall. Election Day is Tuesday, November 6th.

**State's top elections official touts vote centers**
*Community Impact News*
**Annie Drabicky**
**2 November**

Texas Secretary of State Hope Andrade and Travis County Clerk Dana DeBeauvior held a joint meeting Nov. 1 to emphasize the importance of casting ballots early and to remind voters that for the first time in a presidential election, they may vote at any location in the county.

You can vote wherever you want on Election Day. Any place where you see a 'Vote here' sign is an opportunity, DeBeauvior said. The rule has been in the past was that you could only vote in your neighborhood. What we've done is try to turn Election Day into early voting. [During] early voting, you can go anywhere to vote. That's what Election Day is going to look like now.

Andrade said she is dedicated to making it possible for voters to get to the polls.

When I see that it's convenient for the voter, that's what I want. I want to make it as convenient, as easy, as accessible so that you don't have an excuse [to not vote], Andrade said. I think all of us are wanting our employees, our family and our friends to go out and vote. Ask each other, 'Did you vote?'

Andrade said she has tried to encourage voters throughout the state to make your mark on Texas go out and vote.

As I've been traveling the state I've been saying, 'Let's ask each other "did you vote? Are you going to vote? And if you're not, why not?"' she said.

DeBeauvior said the work to get vote centers set up in Travis County has taken a little more than four years. Each vote center has been issued a laptop that maintains a connection to the master voter registration roll; the same system is in place for early voting.

We've very carefully built an infrastructure that protects the voter from accidentally casting a ballot twice, she said. Once you go in and vote, then your name is marked off the voter registration list. Every

single polling place maintains a direct link to the voter registration [database]. The minute you voted, you're scratched off the roll in all the polling places.

Redistricting in the state was one of the main reasons for the creation of the vote centers, DeBeauvior said.

The main thing about it is, redistricting hit Texas late, and it hit us hard, especially Travis County. I didn't want voters to suffer from that confusion, she said. On Election Day, voters will get to go wherever they want to go vote. You can't be in the wrong place.

Complete voting information is available at www.votetexas.org or at 238-VOTE. Early voting ends Nov. 2. Polls are open from 7 a.m. 7 p.m. on Election Day, Nov. 6.

**Election Day Tuesday on the horizon**
*The Hutto News*
**Mike Eddleman**
**4 November 2012**

There is one day remaining to cast a ballot in the upcoming general election – Tuesday, Nov. 6.

A copy of the sample ballot, as well as a voter's precinct and voting location can be found by entering a first and last name online at http://apps.wilco.org/elections/.

Voters will be casting their ballot for the next president, as well as other federal, state and local offices. Voters in Coupland will be voting on whether to incorporate and become a city.

Early Voting

Through Thursday, Williamson County residents have cast 90,975 ballots in the general election.

That number represents 35.72 percent of registered voters in the county and 57 percent of the total that voted in the 2008 general election.

The one-day high came on the first day of early voting Oct. 22 when 12,410 went to the polls. The lowest single-day total was Sunday, with 3,275 ballots cast.

In Hutto, 3,185 had voted as of Thursday, and 3,163 had voted in Taylor.

Forty six voted in Thrall and 82 in Granger on their one-day of early voting.

Coupland Incorporation

Residents of Coupland will get to vote on incorporation Tuesday – an effort initiated in an effort to prevent further encroachment of Elgin, Manor, Pflugerville and Taylor.

The ballot proposition reads: "The incorporation of the Coupland community as the City of Coupland."

TEX00301470

Only those who would fall within the proposed city limits can vote on incorporation and all voting for this measure will take place at Coupland School. That is the polling site for most area residents, but anyone residing on the east side of the railroad tracks, in Precinct 434, who may be eligible to vote in the incorporation election will have to vote separately for that measure at the Coupland School.

After a series of public meetings demonstrated enough support to move forward with an election, the process began with a proposal for city limits.

The proposed two-square mile area, the prescribed size of a newly-incorporated city by law, was drawn up by survey and includes somewhere in the neighborhood of 200 residents.

Coupland is voting on the creation of a Type B city, where the city is governed by a mayor and five aldermen who are all elected at-large.

A Type C city does not require as many elected officials, but poses other issues in the committee's eyes.

The election of the city officials would occur at a subsequent election should the incorporation vote pass. The first term for each would be one year, then the voting body will determine by ordinance whether to keep one year terms or establish staggered two-year terms.

There has been no organized discussion of potential tax rates and ordinances as no action can be taken on these issues, even if incorporation passes, until the election of the mayor and alderman is done in May 2013.

In a Type B city, annexation can only occur based on a request generated from the landowner.

Who is on the ballot?

In addition to the presidential candidates, there are a number of federal, state and local candidates on the ballot.

Those vying for Texas' U.S. Senate seat are Republican Ted Cruz, Democrat Paul Sadler, Libertarian John Jay Myers and Green Party candidate David B. Collins.

In the race for District 31 U.S. Representative, incumbent Republican John Carter faces off against Democrat Stephen Wyman and Libertarian Ethan Garofolo.

Republican Charles Schwertner is up against Libertarian Jeffrey Fox for the District 5 Senate seat while incumbent Republican Larry Gonzales is being challenged by Libertarian Lillian Martinez Simmons for the District 52 State Representative position.

How do I vote?

According to the office of Texas Secretary of State Hope Andrade, photo identification (as required in Senate Bill 14) will not be required in early voting or on Election Day.

To cast a ballot during early voting or on Election Day, voters should present their voter registration card or in lieu of a voter registration card, at least one of the following:

• A driver's license or personal identification card issued by the Texas Depart-ment of Public Safety, or a similar document issued to you by an agency of another state, even if the license or card has expired;

• A form of identification that contains your photograph and establishes your identity;

• A birth certificate or other document confirming birth that is admissible in a court of law and establishes the person's identity;

• United States citizenship papers;

• United States passport;

• Official mail addressed to you by a governmental entity; or

• A copy of a current utility bill, bank statement, government check, paycheck, or other government document that shows your name and address.

For more information on the voting process in Texas, including where to vote, please visit www.VoteTexas.gov, www.Wilco.org or call the Williamson County Elections Division at (512) 943-1630.

**Tarrant elections boss says voting went well**
*Fort Worth Star-Telegram*
**Anna M. Tinsley**
**6 November 2012**

Update

Tarrant County Elections Administrator Steve Raborn said voting appeared to have gone smoothly at local polling sites.

Some locations have been busier than others, and election officials have had to deliver extra supplies -- statement of residence cards, provisional ballots -- to some locations.

And one voting site -- Trinity Terrace on Texas Street -- opened a little late this morning, simply due to new election workers being a little unprepared.

Some complaints have been phoned into the elections office, but "we haven't really had anything out of the ordinary," Raborn said.

ORIGINAL REPORT STARTS HERE

The campaigning comes to an end today.

Candidates throughout Texas and across Tarrant County made 11th-hour appeals to voters on Monday - making phone calls, knocking on doors and more.

Today, Texans and voters nationwide head to the polls to once-and-for-all make their final choices.

TEX00301472

"I bet we'll have some surprises," said Tom Marshall, a political science professor at the University of Texas at Arlington. "There's a lot of stuff in the air ... and some races are pretty close."

The turnout is likely to be high, but unlikely to set a new record in Texas.

Local turnout could hit between 60 and 65 percent, although it isn't expected to reach or exceed historic levels set in 2008, said Steve Raborn, elections administrator for Tarrant County.

"But we think some of our people are waiting until Election Day," he said.

This year, 387,338 Tarrant County voters cast early ballots in person and 32,178 so far mailed in ballots, overall less than the 431,799 locals who voted early in person and 29,798 who mailed in ballots four years ago.

Statewide, more than 150,000 fewer Texans voted early this year - 3.4 million voters, compared with 3.5 million four years ago, according to Texas Secretary of State records.

"I want to thank the millions of Texans who took advantage of early voting to cast their ballots in this important election and remind those who did not that Election Day is [today]," said Secretary of State Hope Andrade. "Voting is your chance to make your mark on Texas by helping choose the leaders who will create the laws and policies that govern our communities, our state and our nation in the months and years to come."

Weather isn't supposed to get in the way of local voters heading to the polls today. The forecast calls for sunny skies and temperatures that begin in the mid-40s and should warm up to around 70 degrees, said Jesse Moore, a meteorologist with the National Weather Service in Fort Worth.

As polls indicate the presidential race remains very close, Obama and Romney made last-minute appeals Monday to voters across the country, trying to shore up desperately needed support in key areas.

Back at home, there are hot races on the ballot, too, none more fiery than the battle for Senate District 10 where Democratic incumbent Wendy Davis faces a challenge from Republican state Rep. Mark Shelton, both of Fort Worth.

Also on the Texas ballot is the race to replace Kay Bailey Hutchison in the U.S. Senate -- a battle between Republican Ted Cruz, Democrat Paul Sadler, Libertarian John Jay Myers and Green Party candidate David B. Collins -- as well as a number of congressional and legislative races, statewide races, judicial races, State Board of Education races and local races ranging from sheriff to county commissioner.

Voting concerns

There have been some complaints about electronic machines not properly recording straight-party votes, particularly that when some people tried to vote straight party, the presidential choice was blank when they were about to submit their ballot.

Raborn has talked about this, and posted information on the "rumors" section of the county election website.

TEX00301473

"If people vote straight party, it will include their presidential choice," he said. "If they try to vote for that presidential candidate again, as an emphasis vote, they will remove the vote from that person. That may be what happened with some people.

"If you're going to use the electronic equipment, review the summary screen and make sure every person is marked as you intended before you cast your ballot."

Most local voters today will make their picks on paper ballots, although there should be one eSlate voting machine at each polling site, Raborn said.

'It's over'

No matter who wins or loses, the robocalls, commercials, mailers and the door-walkers stop tonight.

"Everyone I know is ready for this to be over," said Jim Riddlesperger, a political science professor at Texas Christian University in Fort Worth. "On one hand, we've been immune [in Texas] to what they've gotten in the swing states. But everyone is tired of it.

"It's dominating the news, Internet, commentaries, comedy shows," he said. "Regardless of who wins, at least it's over."

TEX00301474

**PROPOSED ACTIVITY PLAN - TIMELINE**
**January 4, 2012 - January 31, 2013**

| PHASE I | 2012 | | |
|---|---|---|---|
| | January | February | March |
| TASK | | | |
| Opinion Research/ Awareness Tracking | Pre-Wave (Jan. 4-18) | | |
| Planning & Strategy | Message Development (Jan. 8 - 23) Print & Broadcast Media Development (Jan. 4 - 31) Online Media Development (Jan. 4 - 13) Spokesperson Training (Jan. 26) | | |
| Media Relations | News Bureau Program/Ongoing Media Relations (Jan. 16 - Nov. 6) | Virtual Press Conference (Feb. 1) Media Tours/Deskside Briefings (Feb. 2 - Mar. 6) Live Chats (Feb. 2 - Mar. 6) | |
| Kick-Off Event | | Kick-Off Event (Feb. 1) | |
| Paid Media | | Paid Media (Jan. 16 - Apr. 3) | |
| Community Outreach | | Statewide Mobile Photobooth Community Events (Feb. 2 Commur | |
| Social Media | | Social Media Development & Implementation (Jan. 16 - N | |
| Legislative Outreach | | Information & Toolkit Delivery (Feb. 2 - Nov. 6) | |
| Hispanic Outreach | | Votolatino Partnership; Mobile Phone Integration; Social | |

| PHASE II | 2012 | | |
|---|---|---|---|
| | July | August | Septemb |
| TASK | | | |
| Opinion Research/ Awareness Tracking | | | |
| Media Relations | News Bureau Program/Ongoing Media Relations (Jan. 4 - Nov. 6) Media Tours/Deskside Briefings (July 2 - Nov. 6) | Live Chats (Aug. 1 - N | |
| Paid Media | | Paid Media (July 2 - N | |
| Community Outreach | | Statewide Mobile Ph Community & Faith-Based Outreach (Feb. 2 - Nov. 6) | |
| Social Media | | Social Media Implementation (Jan. 16 - Nov. 6) | |
| Legislative Outreach | Information & Toolkit Delivery (Feb. 2 - Nov. 6) | | |
| Hispanic Outreach | | Votolatino Partnership; Mobile Phone Integration; Social | |

The undersigned certifies that the proposer is allowed to claim the Chapter 2155 Texas Government Code and Texas Administrative Code 34, §20.38 preferences that are checked below:

| CHECK BELOW IF PREFERENCE CLAIMED |
| --- |
| ☐ Goods produced or offered by a Texas bidder that is owned by a Texas resident service-disabled veteran |
| ☐ Goods produced in Texas or offered by a Texas bidder that is not owned by a Texas resident service-disabled veteran |
| ☐ Agricultural products grown in Texas |
| ☐ Agricultural products offered by a Texas bidder |
| ☐ Services offered by a Texas bidder that is owned by a Texas resident service-disabled veteran |
| ☐ Services offered by a Texas bidder that is not owned by a Texas resident service disabled veteran |
| ☐ Texas Vegetation Native to the Region |
| ☐ USA produced supplies, materials or equipment |
| ☐ Products of persons with mental or physical disabilities |
| ☐ Products made of recycled, remanufactured, or environmentally sensitive materials including recycled steel |
| ☐ Energy Efficient Products |
| ☐ Rubberized asphalt paving material |
| ☐ Recycled motor oil and lubricants |
| ☐ Products produced at facilities located on formerly contaminated property |
| ☐ Products and services from economically depressed or blighted areas |
| ☐ Vendors that meet or exceed air quality standards |
| ☐ Recycled or Reused Computer Equipment of Other Manufacturers |
| ☐ Foods of Higher Nutritional Value |

The undersigned is an authorized official for the proposer and certifies that the proposal submitted with this "Execution of Offer, Affirmation of Terms and Conditions, and Proposal Preferences" instrument is in full compliance with the provisions expressly stated above.   Furthermore, in compliance with this RFP and subject to all the conditions therein, the undersigned offers and agrees to furnish any or all commodities or services at the prices quoted in its proposal.

| | |
| --- | --- |
| CONTRACTOR/ VENDOR NAME: | Burson-Marsteller |
| STREET ADDRESS: | 1845 Woodall Rodgers FWY, 11th Floor |
| CITY/STATE/ZIP: | Dallas, TX, 75201 |
| TELEPHONE NO.: | 214-224-8440 |
| EMAIL ADDRESS: | mike.lake@bm.com |
| CONTRACTOR'S AUTHORIZED AGENT: | Mike Lake |
| TITLE OF CONTRACTOR'S AUTHORIZED AGENT: | Chairman, Public Affairs Southwest Region |
| SIGNATURE OF AUTHORIZED AGENT: | Mike Lake |

ATTACHMENT B-15

TEX00312576

Phone Number: 214.224.8440

Email: michelle.bleiberg@bm.com

- Filing of this notice is mandatory to received additional or further information regarding RFP#12111;

- Any future correspondence regarding RFP#12111 will be addressed to the Vendor's contact specified above;

- Filing this notice in no way binds the vendor to submit a proposal for VOTER EDUCATION AND OUTREACH OPPORTUNITIES, RFP#12111; and

- Vendors who do not file this notice by the deadline date are not eligible to submit a proposal.

**PLEASE SUBMIT THIS NOTICE BY EMAIL TO** RFP#12111@SOS.STATE.TX.US **AS SOON AS POSSIBLE AFTER RECEIPT OF THE REQUEST FOR PROPOSAL, BUT NOT LATER THAN OCTOBER 17, 2011 AT 5:00 PM, LOCAL TIME IN AUSTIN, TX.**

**The SOS will confirm receipt of the Proposer's "NOTICE OF INTENT TO SUBMIT A PROPOSAL" by reply email to the address provided above. The Proposer is responsible for delivery of this notice and confirmation of receipt from SOS. SOS shall not be responsible for any inaccurate email address or faulty electronic transmissions.**

ATTACHMENT A

TEX00312577



UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

MARC VEASEY, *et al.*,

               Plaintiffs,

        v.

RICK PERRY, *et al.*,

               Defendants

Civil Action No. 2:13-cv-193 (NGR)

UNITED STATES OF AMERICA

               Plaintiff,

TEXAS LEAGUE OF YOUNG VOTERS
EDUCATION FUND, *et al.*,

               Plaintiff-Intervenors,

TEXAS ASSOCIATION OF HISPANIC
COUNTY JUDGES AND COUNTY
COMMISSIONERS, *et al.*,

               Plaintiff-Intervenors,

        v.

STATE OF TEXAS, *et al.*,

               Defendants,

TRUE THE VOTE

               Movant-Intervenor.

Civil Action No. 2:13-cv-263 (NGR)

EXHIBIT C

1. In Re:  Glenn and Cindy Wilson, Debtor
   In the United States Bankruptcy Court Southern District of Texas Houston
   Division
   Case No. 05-81190-H2-7
   Adversary Proceeding No. 06-3078

2. Adrienne Perry vs. Deutsche Bank National Trust Company, as Trustee for
   Ameriquest Mortgage Securities et al
   In the District Court of Harris County, Texas 281st Judicial District
   Case No. 2011-05871

3. Christine Skagerberg vs. Wells Fargo Bank, N.A. et al
   In the District Court of Harris County, Texas 133rd Judicial District
   Case No. 2011-52554

4. Rocky and Julie Emery vs. Wachovia Bank, N.A.
   In the United States Bankruptcy Court Southern District of Texas Houston
   Division
   Case No. 4:10-cv-02213

5. Tracy Knight vs. Tagt, LP, Yorkshire, LLC et al
   In the District Court of Harris County, Texas 165th Judicial District
   Case No. 2006-61074

6. William L. Altstaetter vs. Dawn Jackson
   In the District Court of Harris County, Texas 11th Judicial District
   Cause No. 2006-29696

7. In Re: Port Arthur Interest Development, LLC vs. Hong T. Vo and Kim Nguyen
   In the United States Bankruptcy Court Southern District of Texas Houston
   Division
   Case No. 09-06406
   Adversary Proceeding No. 10-03555
   Depo. Taken 5/31/2012

8. Taurus Manufacturing Co. vs. Pei Zhou & Shaun White
   In the District Court of Harris County, Texas 151st Judicial District
   Case No. 205-41172

9.  Jackson vs. Jackson
    In the District Court of Travis County, Texas 53rd Judicial District
    No. D-1-GN-07-001527
    Depo. Taken 7/17/2008

10. Fernando Garza Rodriguez & Stone Ridge Global vs. Lionel Garza & John Stiles
    In the District Court of Harris County, Texas 61st Judicial District
    Cause No. 2011-65812

11. The GRG Ramirez Group and Gill Ramirez, Jr. vs. HISD, Lawrence Marshall,
    Eva Jackson and RHJ-JOC, Inc.
    United States District Court for The Southern District of Texas – Houston
    Division
    Case No. 4:10-CV-04872

12. IN RE: QUALITY INFUSION CARE, INC., Debtor, RANDY W. WILLIAMS
    CHAPTER 7 TRUSTEE, Plaintiff, vs. WOODLAKE IMAGING, LLC
    In the United States Bankruptcy Court Southern District of Texas Houston
    Division
    Case No. 10-36675, Adversary No. 12-03355

13. Honorable Terry Petteway et al vs. Galveston County et al.
    United States District Court for The Southern District of Texas – Galveston
    Division
    Case No. 3:13-CV-00308
    Deposition and Trial Testimony

## EXHIBIT B

# T. RANSOM CORNISH, CPA, ATTORNEY AT LAW
*1 Sugar Creek Center Blvd., Suite 475A, Sugar Land Texas 77478*

## EXPERIENCE

STAFF ACCOUNTANT                                    YEARS EMPLOYED (EX: 1977-1979)
*Main Lafrance & Co.*                                              *Houston, Texas*

Staff Audit Accountant.

STAFF ACCOUNTANT                                    YEARS EMPLOYED (EX: 1979-1981)
*Lafrance, Walker, Jackley & Seville.*                              *Houston, Texas*

Staff Accountant in Tax and Audit.

PARTNER                                             YEARS EMPLOYED (EX: 1981-1988)
*McElhinney Cornish & Reynolds.*                                    *Houston, Texas*

Partner in local C.P.A. firm employing 12 Accountants &
    Staff.  Practice included audit, tax and accounting
    services.

SOLE PRACTITIONER                                  YEARS EMPLOYED (EX: 1988-PRESENT)
*T. Ransom Cornish, C.P.A., Attorney at Law.*                      *Sugar Land, Texas*

Sole practitioner performing both accounting and legal
    services. Primarily serving small to medium sized
    business.

## EDUCATION

B.B.A.                                             YEARS ATTENDED (EX: 1973-1977)
*University of Houston*                                             *Houston, Texas*

Graduated Cum Laude

DOCTORATE OF JURISPRUDENCE
*University of Houston*

YEARS ATTENDED (EX: 1986-1991)
*Houston, Texas*

## SKILLS

- Licensed to Practice as a Certified Public Accountant in 1980.

- Licensed to Practice as an Attorney in 1991.

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| MARC VEASEY, *et al.,* <br><br> Plaintiffs, <br><br> v. <br><br> RICK PERRY, *et al.,* <br><br> Defendants | Civil Action No. 2:13-cv-193 (NGR) |
| UNITED STATES OF AMERICA <br><br> Plaintiff, <br><br> TEXAS LEAGUE OF YOUNG VOTERS EDUCATION FUND, *et al.,* <br><br> Plaintiff-Intervenors, <br><br> TEXAS ASSOCIATION OF HISPANIC COUNTY JUDGES AND COUNTY COMMISSIONERS, *et al.,* <br><br> Plaintiff-Intervenors, <br><br> v. <br><br> STATE OF TEXAS, *et al.,* <br><br> Defendants, <br><br> TRUE THE VOTE <br><br> Movant-Intervenor. | Civil Action No. 2:13-cv-263 (NGR) |

# DECLARATION OF T. RANSOM CORNISH

Pursuant to 28 U.S.C. §1746, I, T. Ransom Cornish, J.D, C.P.A, declare that:

My name is T. Ransom Cornish. I am an expert witness designated by Plaintiffs in the above referenced case now pending in the United States District Court for the Southern District of Texas – Corpus Christi Division.

I hold a B.B.A. in Accounting from the University of Houston and a Doctor of Jurisprudence from the University of Houston. I became a Certified Public Accountant in 1979. A true and correct copy of my resume is attached hereto as Exhibit "B" as a part of my report. Attached hereto as Exhibit "C" is a listing of those cases in which I have been designated as an expert. The following report, a true and correct copy of which is attached as Exhibit "A" and incorporated herein for all purposes, is a general review of evidence relevant to this case and my opinions and conclusions.

I declare under penalty of perjury that the foregoing is true and correct.

This the 26ᵀᴴ day of June 2014.

T. Ransom Cornish, J.D., C.P.A.

EXHIBIT "A"

### REPORT OF T. RANSOM CORNISH

I hold a B.B.A. in Accounting from the University of Houston and a Doctor of Jurisprudence from the University of Houston. I became a Certified Public Accountant in 1979. A true and correct copy of my resume, which describes my qualifications, is attached hereto as Exhibit "B" and incorporated herein for all purposes.

I have authored no publications within the last ten (10) years.

My compensation for study and testimony in this case is $225.00 per hour plus reimbursement of expenses. I have received a retainer in the amount of $15,000.00 for my services. To date I have spent 58.25 hours on this case. This report contains my opinions, the basis and reasons for them, the facts and data considered by me and exhibits used to summarize or support my opinions. I reserve the right to review additional information, exhibits, depositions or documents as they become available.

I have been designated as an expert witness in other cases. A list of such cases is attached hereto as Exhibit C. I have noted the cases where I have given my deposition.

The data and other information considered by me in forming my opinions are as follows:

(1)     Pleadings of the parties;

(2)     Information received from the following Texas counties: Collin, El Paso, Lubbock, Nueces, Hidalgo, Montgomery, Brazoria, Jefferson, Galveston, Baxer, Fort Bend, Travis, Harris, Tarrant, Denton, and Dallas.

(3)     Deposition testimony of Keith Ingram.

(4)     Deposition testimony of Joe Peters.

(5)     TEX_00007419 – 00007429.

(6)     PDF copies of provisional ballots received from Collin County.

(7)     PDF copies of provisional ballots received from Harris County.

(8)     Information available from Georgia Secretary of State.

(9)     Article "Lessons from the Voter ID Experience in Georgia" By Hans A. von Spakovshy.

(10)    J. Grious discovery responses provided by the State of Texas.

(11)    State of Texas issued Request for Proposal Number 12111 TEX_00312556 – 00312559.

(12)    Burson-Marsteller (B-M) submission in response RFP 12111.

(13)    Burson-Marsteller 2012 General Election Wrap Up Report.

(14)    State of Texas Fiscal Note of May 11, 2011.

(15)    Senate hearing testimony of Ms. Ann McGeehan.

(16)    Proposed Activity Plan of B-M Schedule D

Although others directed my attention to particular evidence in some instances, I have made my own judgment about the significance of any particular evidence that I have reviewed and I have confirmed information that I relied upon in records or depositions. I understand discovery is ongoing. There are also deposition transcripts which are not yet available to me. I reserve the right to amend, expand, adjust or withdraw any of my opinions herein upon review of new documents, depositions or information.

It should be noted that often times the information provided by the state, through depositions and discovery, was sparse and sometimes contradictory.

I have attached hereto some of the documentation I reviewed that assisted me in forming the conclusion and opinions contained herein;

(1)     TKO review and scope of work related to Fall 2013 Voter Education Campaign based on emergency requisition.

(2)     Documents which indicate the cost of the mobile EIC units and their weekly operating costs

(3)     Deposition testimony of Keith Ingram dated April 23, 2014, selected pages

(4)     Information related to cost of cameras in the State of South Carolina.

(5)     E-mails relating to the efforts taken by the State of Texas to provide answers to Bloomberg News inquire relating to issuance of EIC's by DPS.

(6)     DPS Government Relations Action Sheet dated July 17, 2013.

(7)     Documentation related to State of Georgia and that State's implementation of voter education.

(8)     Invoices of TKO related to Fall 2013 Voter Education Campaign.

(9)     Initial request for proposal issued by State of Texas for 2012 Voter Education Campaign for $3,000,000.

(10)    E-mail from Robert Bodisch to MacGregor Stephenson and replies.

(11)    State of Georgia Secretary of State Brian P. Kemp's power point presentation.

(12)    State of Texas Fiscal Note related to SB14.

(13)   Analysis made by Keith Ingram of the 2013 and 2014 Voter Education Campaigns and a synopsis of the planed 2014 Phase II Campaign.

(14)   Recap of the Media/Public Outreach program of the DPS related to the issuance of EIC from August 2012 to May of 2014.

(15)   Transcript of the Proceedings before the Senate of the State of Texas 82 legislature January 25, 2011.  Testimony of Ann McGeehan, Director of Elections, Secretary of State. Selected Pages.

I was retained to review and analyze issues related to the number of provisional ballots cast in the State of Texas and the various fiscal considerations related to the moneys promised, budgeted allocated and/or spent on outreach education and implementation of the new voter photo ID law by the State of Texas. Because the State of Texas did not collect statewide data on provisional ballots, and because I was only able to obtain data for a small number of counties, I present only limited findings on the provisional ballot issues.  The bulk of this report therefore focuses on the second issue: the comparison between the money promised/budgeted and the money actually spent.

In addition to the analysis and conclusions described below, I intend to describe in my testimony at trial, the various events and monetary transactions of which I am aware.  The source for these events and transactions are the document production, depositions and publicly available documents and information.

### Summary of My Analysis and Conclusion

Overall it is my opinion that the State of Texas has failed to effectively budget, allocate and spend sufficient money for voter education outreach and registration. Furthermore, it is clear that the state did not spend all of the money it promised to allocate

and it is further my opinion that the state did not work effectively with the counties to assist them in educational outreach and registration issues.

The State of Texas failed to perform any meaningful analysis of the effect of the little amount of spending which has done to educate voters regarding the need for a proper photo ID. It appears that the resources which the State had were spent on ferreting the Secretary of State across Texas to events which had dubious results. The State did not perform any analysis of the results of the significant amount of money wasted in 2012. In addition, no information was noted which detailed the actual number of provisional ballots, not was there a determination as to why such ballots occurred.

Even though the State of Texas had in excess of $46 million of HAVA fund to use after initial capital costs, no amounts of such funds have been spent on voter education after the State began the Photo ID requirement.

## II. Education and Outreach from 2011 to the Present

In SB 14, the legislature explicitly mandated that the Secretary of State conduct a statewide education campaign on voter ID. Specifically, the statute provided that "The secretary of state shall conduct a statewide effort to educate voters regarding the identification requirements for voting prescribed by Chapter 63." Several other requirements, such as the posting of notices about voter ID requirements on county websites, were also included in the bill. The legislative documents and transcripts suggest that the legislature understood that at least $2 million would be spent on voter education related to photo ID, but the post-enactment implementation shows that far less has actually been spent."

A.  The Funding Promised for Voter Education and Outreach

When the legislature considered SB 14 in 2011, the estimated Two-Year Net Impact to the general revenue related funds was set at $2,024,000.  Prior to passing the legislation, Ann McGeehan, Director of Elections in the Texas Secretary of State's Office, provided testimony regarding several aspects of funding for SB14.   The first issue which Ms. McGeehan gave testimony regarding was related to historical funding of voter education programs. She stated that in each of the three prior election cycles, the State of Texas had used approximately $3,000,000 in each election for "voter education programs, one in 2006, one in 2008, and one in 2010" all using HAVA Federal funds. (Transcript of the Proceedings before the Senate of the State of Texas 82 legislature January 25, 2011 Page 436, 437)

Next Ms. McGeehan testified about the amount of HAVA Federal funds which the State had been allocated and the use of those funds.  The State of Texas was allocated $224,092,477 pursuant to the Help America Vote Act which was passed in 2002.  Ms. McGeehan indicated that, as of the date of the hearing, the State of Texas had spent approximately $177,798,448 of the allocation.  As such, the State still had $46,294,029 HAVA funds remaining. Ms. McGeehan testified that, of the $177,798,488, the State of Texas had spent $9,500,000 on voter education, or about 5.3% of the total between 2006 and 2010.

Ms. McGeehan further testified that, of the $46 million that remained available to the State, about $24 million was to be used for grants to counties for additional voting

equipment.   That of the remaining funds, about $5 to $7 million would go for voter education, election official training, and poll worker training.

Ms McGeehan clearly indicated that if the $2 million voter education program (reflected in the Fiscal Note attached to SB14) was added to a planned fourth $3 million historical (each election cycle) voter education program (HAVA) then "you've got a $5 Million program."  Transcript of the Proceedings before the Senate of the State of Texas 82 legislature January 25, 2011 Page 448)  Ms. McGeehan expressed concern that if the State actually used $5 million and not the normal $3 million to do a general voter education plan (HAVA) and also spent the $2 million that the State allocated then "that might use it up."

Surprisingly Ms McGeehan stated that the State had never appropriated state funds to educate voters.  What is of note is that according to the testimony of Keith Ingram, HAVA funds could not be used for education specifically related to photo ID issues but was required to be used for general voter education.

The Secretary of State representative stated in her testimony that the determination of the $2 million fiscal note on the bill was not the result of any analysis or investigation as to the actual need for voter education but was more of a result of the number being consistent with the fiscal note used in the previous legislative session of $2 million.

B. The 2012 Voter Education Campaign

After passage of SB14 in 2011, the State of Texas issued Request for Proposal (RFP) Number 12111 in anticipation of the State's implementation of SB14, including the voter education program called for in the statute.  The purpose of the RFP was to educate and train Texans on the voting and election process in Texas.  The RFP indicated that the education

campaign should focus but not be limited on four areas: (1) how to register to vote; (2) how to comply with the photo identification requirements; (3) how polling place processes work; and (4) how to properly cast a ballot. The term of the contract was from January 4, 2012 (project start date) to January 31, 2013.  The information provided relating to this RFP indicated that the winning bidder was Burson-Marsteller (B-M) with a total contract price of $3,000,000 maximum.

There were various specific requirements the RFP contained relating to proposal format.  One specific requirement was section 3.4, was that a Proposed Activity Plan which was to be attached to any proposal as an Attachment D.  Such was to contain a timeline of the major tasks to be performed by the proposer was to indicate the proposed tasks and activities envisioned by the proposer.   As such, B-M provided attachment D(attached as Exhibit 16) to their proposal, which in part allocated the estimated $3 million budget among various events tasks and activities.  The proposal did not allocate specific dollar amounts to voter education regarding the photo ID requirements.

A review of the 2012 General Election Wrap Up Report provides detail for the activities promoted by B-M from January of 2012 through November of 2012. The events, activities and media placement all were related to the general election which occurred in November 2012.  None of the information provided by B-M indicated that Voter Photo ID information was included in their advertising campaign.  Of the 3 million dollars spent, no amount was used to provide education or voter awareness regarding the specific requirement of a photo ID.  This was necessary because the State of Texas, after passing SB 14 in 2011, was required under the Voting Rights Act to submit election changes for approval to the

Department of Justice or a three judge court for the U.S. District Court of D.C. Texas initially sought preclearance for SB 14 from the Department of Justice but, before the Department reached a final decision, Texas sought preclearance from the district court. That case was filed in January 2012 and did not conclude until August 30, 2012. That court ultimately denied preclearance (as did the Department of Justice in March 2012) so the law did not go into effect. This appears to be why voter ID was not included in the 2012 education campaign.

C.  The State's Actual Voter Education Campaigns

The actual education campaign related to photo ID was divided into three separate campaign phases.

i.      The Fall 2013 Campaign

The first piece of the state's education campaign on photo ID was the Fall 2013 Voter Education Campaign, which budgeted $400,000 (all non-HAVA money, See Exhibit 13-3) . The efforts of that campaign are detailed on a summary that was prepared by Keith Ingram. TEX0524736.  That program began in September of 2013 and was funded pursuant to an emergency contract with TKO advertising.  Testimony given by Keith Ingram, the Director of Elections, was that this campaign was focused on photo ID issues and that all such funds were used for education related to the photo ID requirements.  This was the only paid advertising performed before the November 2013 election. Pursuant to TEX00306416 the Secretary of State prepared an analysis of the fall 2013 voter education campaign.  It appears that the initial adverting began on September 23, 2013.  However there were several elections starting in August of 2013.  None of the Fall 2013 Education Campaign did not occur in time

to educate those voters who voted in those smaller elections. This is confirmed by the billings which were submitted by TKO, the contractor hired on an emergency basis to head up the campaign. The first invoice tendered by TKO which indicated any media were for the weeks of 9/16, 9/23, and 9/30 of 2013.

An analysis of the advertising strategy utilized by the State indicated that a significant effort was made to obtain earned media. This strategy was a part of the B-M contract which was discussed earlier. Such efforts during the Fall 2013 Campaign were supposed to result in awareness of the photo ID issue. Earned media was expected after issuing various press releases and after sending letters to elected officials requesting that they issue such statements at the local level. However, there was very little follow-up to see if these earned media strategies worked (i.e. whether any elected officials sent out the press releases, whether newspapers printed the information, whether these methods were effective.

Counties

ii.     The Primary 2014 Campaign

The second piece of the state's campaign was the 2014 Voter Education Campaign Phase 1 – which included about $400,000 (HAVA funds). The efforts of that campaign are detailed on a summary that was prepared by Keith Ingram TEX0524659. Testimony given by Keith Ingram was that such funds were not specifically used on photo ID issues but that all of the advertising mentioned photo ID. No information has been provided to indicate the allocation between the various segments.

iii    The General 2014 Campaign

The third education program is the 2014 Voter Education Campaign Phase II.  The testimony of Keith Ingram was that $1.675 million of the SB 14 fiscal note was allocated in a second contract with Burson Marsteller (B-M).  A review and analysis of the production by the State of Texas contains no document which indicates that a contract has actually been signed nor has any invoice of Burson Marsteller been noted. (Deposition of Keith Ingram page 345, 346)  The difference between the asserted $1.675 million dollar contract and the 2011 Fiscal Note for over 2 million dollars of spending, or about $400,000, has been held back for the Mobile EIC units according to Keith Ingram.

Given that none of the 3 million dollars in the 2012 campaign could be used for voter education of the requirements of presenting a photo ID, the State has spent or will shortly spend less than $800,000 on voter education.  Of this amount, only the phase I $400,000 (non-HAVA) which was spent between September 2013 and November 2013 was used specifically for photo ID education, as opposed to general voter education that includes information on topics such as how to register to vote and how to locate polling places.  The remaining $400,000 is budgeted to be spent in 2014, however no information was noted as the amount actually spent as of the date of this report.

No information was produced which detailed the actual allocation of such spending between photo ID education and general voter advertising.  In fact, testimony was that the remaining $300,000 to $400,000 was reserved for use on the mobile EIC unit program.  However no information was provided which disclosed where the approximately $400,000

for the mobile EIC units comes from. It appears that such funds have already been spent on the Phase I Primary Campaign.

D. The Effectiveness of the State's Education Campaign

It appears that the State has made no effort during the elections since June 2013 to gather specific information regarding the effectiveness of any advertising campaign that was performed even though the original fiscal note for SB 14 indicated that $500,000 would be used to "research and develop ways to inform the public of the new identification requirements" The B-M 2012 General Election Wrap-Up Report contained no evaluation as the effectiveness of any of the various advertising strategies but only detailed the number and timing of such.

This is also so, even though the 2012 RFP reflected an intention to conduct surveys and other research methods to assess the effectiveness of certain messages and the actual campaign. For instance, the B-M proposed activity plan in 2012 contained in its second section the required "Opinion Research and Awareness Tracking" portion of the plan. Such is best evaluated by noting herein the specific recommendation of B-M. Their plan stated;

> "Initially, we propose to use Penn, Schoen Berland's Program Impact method to track awareness and impact of our efforts at several points; benchmark wave prior to Phase I, mid-wave at the conclusion of Phase I and post-wave at the conclusion of Phase II. The tracking polls will be designed to measure KPI's for the program and to specifically track awareness, perceptions of and receptivity toward the new voter ID law throughout the course of the program. This will help us to understand whether the program is having the desired impact, and to inform course corrections to our efforts as necessary."

The B-M proposal indicated that 500 respondents from across the state were to be polled.  A review of the B-M 2012 General Election Wrap-Up Report did not indicate that the tracking polls were performed, nor did it indicate why such polls were not performed. The amounts which have been spent on advertising by the State of Texas were not entirely focused on issues surrounding photo ID requirement.  The majority of the funds spent have been Federal HAVA funds, which limits the ability to focus the adverting on photo ID.  The state's fiscal note indicated that $2 million would be used on *photo* ID education, but instead, only $400,000 has been spent on photo ID education and none has been spent on general voter education.

E.  Comparisons to Other States

Texas has spent substantially less money than other states on education about photo ID.  In Minnesota, for example, the state has spent and/or budgeted $4,805,000 for the years 2012-2015. (Minnesota Management and Budget, "Consolidated Fiscal Note – 2011-12 Session," Bill#S0509-4E) The state has a registered voter population of about 3,900,000 (**http://www.sos.state.mn.us/Modules/ShowDocument.aspx?documentid=9232**). Therefore, the state spent $1.23 per registered voter or $.31 per voter per year.  Texas, by comparison, has spent approximately $800,000 on voter education in the first year of implementation (June 2013-June 2014).  The state has about16,000,000 registered voters. Texas has therefore spent a mere $.05 per registered voter.

Georgia's initial voter education campaign took place from September 2007 to November 2008.  Georgia conducted a statewide, multimedia education campaign that

included sending out over 5 million pieces of direct mail and utility bill inserts to individual voters, as well as 633 packages of 57,000 brochures and other materials to chambers of commerce, churches, libraries, and other nongovernment organizations all over the state. This also included automated reminder phone calls, video and radio public service announcements and press releases.

### III. Efforts to Ensure Voters Have the Necessary ID

Of the seven approved forms of photo ID, four are issued by the Texas Department of Public Safety (DPS): Texas driver's licenses, Texas personal ID cards, Texas concealed handgun licenses, and the Election Identification Certificate (EIC). Of the 254 counties in Texas, DPS does not operate driver's license offices in 78. This appears to be largely the result of significant closures since 2008.[1] Even within counties that have DPS driver's license offices, those offices may be far from population centers and difficult to reach via public transportation.

To assist voters that may not have an acceptable form of identification, the State devised a scheme to construct mobile EIC units which could be ferried around the State to visit rural counties which did not have a DPS office and to Zip codes which had a perceived need due to large numbers of voters who could not be matched to DPS ID records.

In June or July 2013, the State began the planning and implementation of a mobile EIC program. It appears the plan began operations in mid-September. As late as March 19, 2014, there were 18 counties that did not have permanent EIC capability. Such lack of

---

[1] In an answer to a Bloomberg News inquiry regarding DPS offices, the State of Texas noted that since 2008 a total of 86 offices, mostly part-time, low volume offices have closed.

interest appears to be related to the unwillingness to fund the cost of establishing and maintaining the capability. TEX0525002.

Of significance is the comparison between the State of Texas and the State of Georgia. During the nine month period between June 26, 2013 and March 19, 2014 the State of Texas had only issued 245 Election Identification Certificates. TEX 0525002.   In comparison, the State of Georgia issued 6,411 Voter Identification Cards during 2006 and 2007. (Exhibit 7-3)  Assuming that this represented a full 24 months, such indicates that the state was issuing 267 certificates per month. The State of Texas is issuing certificates at an approximate rate of 30 per month.

Initially, 25 mobile EIC units were established for the Secretary of State's Office to use.  These units were owned and operated, in conjunction with the Department of Public Safety, by the Secretary of State's Office.  The testimony of Keith Ingram indicated that the limitation of EIC units had more to do with the lack of being able to man them with DPS employees than the ability to fund additional units. (Ingram Deposition at 66)  In addition, the testimony of Joe Peters, DPS assistant director for driver's license, indicated that in addition to the 25 Secretary of State units, the DPS also had several units but could not recall the total number.

Though specific information was not provided which clearly indicated the cost of the mobile EIC units, information showed that each unit cost approximately $4,100.00 in equipment costs.  As such, Texas spent approximately $103,000.00 in equipment costs alone on Secretary of State EIC units.  Joe Peters testified that the total cost to operate the mobile EIC units during Phase I was $845,000.00. (Peters Deposition @ 170) This amount includes

both the cost of equipment and personnel. This represents about $33,800 per unit. This cost was paid for by the DPS.

Under Phase III of the mobile EIC program, counties are being enlisted to process applications for EICs. To do so, the counties must sign a contract with the DPS. The counties then receive training to process EIC applications and receive equipment to do so. It appears that such units are able to move around the county to locations determined by local officials. (Peters Deposition @ 171)

The mere operation of a Phase III programs raises the question as to why the State of Texas did not just equip each county with a mobile EIC unit. The program demonstrates that local county employees or even local election offices are clearly capable of performing the duties to properly issue EICs. Having an EIC unit in each county could provide coverage for those counties which do not have a driver's license office, provide an opportunity for local management and evaluation of the issuance of EICs, and give local election officials the ability to meet needs on a timely basis. This would also alleviate the costs associated with taking the mobile devices from county to county and requiring DPS workers to travel from location to location. All of these costs have not been detailed.

Given a cost of $4,100 per unit, the State of Texas could have provided a mobile unit to each of the 254 counties for a total of approximately $1,000.000. The county officials, who already have staff, could process EICs at nominal additional cost. It is worth noting that DPS estimated that Phase I alone cost in excess of $800,000.

Other states have taken the relatively low-cost approach of giving equipment to local county offices to issue their free voter photo ID cards. Georgia, for instance, enacted a photo

ID law in 2006 (Senate Bill 84), which required voters to present one of six forms of identifications when voting in person.  In contrast to Texas, Georgia purchased machines to issue free identification cards at all 159 Georgia election offices.  The cost to purchase and maintain the machines at Georgia's local election offices has been just over $770,000, or less than $5,000 per office. (TX 00007429)

South Carolina followed a similar approach.  The state placed two cameras in each of their 46 county offices. (Exhibit 4-2) The local South Carolina Election Commission employees, who work at the county offices, can then take and send digital photos to the SEC.  The SEC can then use one of their two printers to process the voter photo ID.  The total cost to purchase the cameras and the two printers was $20,471 used by the State of South Carolina of voter photo ID. (Exhibit 4-2)

It is also worth noting that local county offices may be more effective at ensuring that registered voters obtain the necessary IDs to vote.  In Georgia, for example, those offices appear to be responsible for the large number of voter IDs that have been issued.  Between the passage of the bill in 2006 and January 2013, Georgia issued in excess of 25,000 Voter Identification Cards (analogous to Texas's EICs).  Local county election offices issued 24,064 of these (2005 through January 13, 2011), while the Georgia Department of Driver Service Centers issued only 1,052 during the same period. (TX00007421) In other words, , Georgia's county election offices had issued 96% of the free ID cards, while the Department of Driver Services had issued only 4% of the free ID cards.

The State of Texas has spent in excess of a million dollars on its complicated mobile EIC program.

It is also interesting to note that DPS was required to play the primary role in the issuance of EICs, even though the agency was not provided any additional funds. DPS therefore had to pay for equipment to establish mobile EIC units, allocate staff to run mobile EIC stations, pay for staff to travel across the state, and extend hours at various locations to include Saturdays. These program costs were significant. DPS estimated, for instance, that the weekly cost to run a Saturday EIC program was in excess of $37,000. (Exhibit 2-3)

## IV. Provisional Ballots

As mentioned previously, I was asked to analyze the number of provisional ballots cast as a result of an ID issue. Seventeen of the larger Texas counties were initially contacted about information related to provisional ballots cast in four elections: the general elections of 2010, 2012 and 2013 and the primary election of March 2014.

The analysis originally anticipated was not ultimately possible, however, due to a lack of data. Of the counties that were canvassed, only two provided information as to the number of provisional ballots cast on their web-site. Only three other counties were able to provide scanned PDF copies of each provisional ballot affidavit for the 2013 and 2014 elections. The remaining counties did not or were not able to provide complete data. Two counties, for example, failed to respond to a written request for information relating to provisional ballots. One county did not maintain the provisional ballot affidavits and did not

have access to any provisional ballots except for the March primaries. Several other counties were unable to provide complete data because of Texas Election Code Section 66.058.[2]

These counties indicated that information contained on the provisional ballot affidavits were placed with the custodian and could not be retrieved during the preservation period absent a Court Order.

Of significant note is the total lack of consistency between the counties as to whether or not specific information is available, the type of information available and the general policies followed by each county. For example, none of the counties contacted had maintained any statistical information related to the number of provisional ballots required due to either lack of proper photo ID or substantially similar name issues. Such statistical information related to the casting of provisional ballots would surely be relevant to assessing the implementation of SB 14. In fact, the State of Texas produced documents (TEX_00007419 – 00007429), which show that the State of Georgia was able to gather information which specifically tracked the number of provisional ballots that related to lack of photo ID.

---

2 The Election Code states:
Sec. 66.058. PRESERVATION OF PRECINCT ELECTION RECORDS. (a) Except as otherwise provided by this code, the precinct election records shall be preserved by the authority to whom they are distributed:
  (1) in an election involving a federal office, for at least 22 months after election day in accordance with federal law;
The Election Code further states:
On the 61st day after election day, the general custodian of election records may:
  (1) require a person who has possession of a key that operates the lock on a ballot box containing voted ballots to return the key to the custodian; and
  (2) unlock the ballot box and transfer the voted ballots to another secure container for the remainder of the preservation period.
(b-1) Except as permitted by this code, a ballot box or other     secure container containing voted ballots may not be opened during the preservation period.

Of the nine counties that responded with information relating to provisional ballots cast in the March 4th primaries, the ratio of provisional ballots cast increased over the November 5, 2013 general election in seven counties. The only counties that experienced a decline in the ratio of provisional ballots were Nueces County and Jefferson County.

An analysis of the actual provisional ballot affidavits for Harris County, one of the counties that I was able to acquire actual copies of the redacted provisional affidavits indicated that there were significant numbers of provisional ballots cast because of the lack of photo ID. During these two elections in Harris County a total of 219,928 votes were cast. The number of rejected provisional ballots totaled 579 for the elections. A review of general election held on November 5, 2013 in Harris County indicated that 22.5% of the rejected provisional ballots cast were due to lack of a photo ID. Similarly in Harris County during the primary elections held on March 4, 2014, 18.8% of the rejected provisional ballots were being cast due to lack of photo ID.





| Memo to: | Alicia Pierce, Communications Director, Office of the Texas Secretary of State |
|---|---|
| CC: | Wroe Jackson, General Counsel<br>Leticia Salazar, Elections<br>Dan Blotzer, Purchasing |
| From: | Raul Garza, Account Director, TKO Advertising |
| Re: | Voter Education Creative + Media Buy<br>August-November 2013 |
| Date: | August 26, 2013 |

Alicia and team, thank you for meeting with us this morning to review the scope of work for the Secretary of State's Fall 2013 campaign. The campaign will focus on educating Texans that photo ID is required when voting in Texas elections. Key messages of the campaign will be consistent with photo ID requirements as outlined in your June 25th press release unless you provide other direction. http://www.sos.state.tx.us/about/newsreleases/2013/062513.shtml

This cover letter is designed to accompany your request for an emergency work order to secure funds for this project. This letter revises information in our original scope of work memo provided Aug. 14, based on our phone conversations, emails, our meeting with your team on Aug. 22nd, and our continued negotiations on Aug. 23. Your media buy will reflect additional impression levels and PSA matches, in order to both increase the value of your overall campaign and go deeper with the media buy to reach your target audiences — diversity, seniors, and rural — without increasing costs to the SOS, and without taking away impressions from your general audiences. **This is our final and best offer.**

### Overview of Project

As of June 2013, Photo ID is now required for voting in Texas. The Secretary of State is charged with quickly reaching as many Texans as possible. The SOS is partnering with TKO Advertising to create broadcast, print, digital, and smartphone app creative deliverables that will reach Texans statewide through multiple channels including TV-Cable, radio, online advertising, social media, print, and email.

This education campaign will run in specified channels in specified time lengths, as determined by TKO, leading up to the constitution election in November. TKO is committed to securing additional cost-free coverage, including PSA broadcast, as part of our negotiations with the SOS. Additionally, to increase the value of this campaign to the State of Texas, TKO deliverables — when possible — will be evergreen or be adaptable for use in future elections.

1



**Deliverables**
- Photo ID broadcast scripts:
    - (1) 30-second radio script in English
    - (1) 30-second radio script in Spanish
    - (1) 30-second television script in English
    - (1) 30-second television script in Spanish
    - Produce 2 radio spots
    - Produce 2 television spots

- Broadcast Media Buy
    - TV/Cable Statewide
        - English
        - Spanish
    - Radio Statewide
        - English
        - Spanish

- Digital Media Buy
    - Static advertising banners in (3) sizes
        - English
        - Spanish
    - Mobile advertising banners in (3) sizes
        - English
        - Spanish

- Poster creative (can be printed or shared digitally)
        - English
        - Spanish
        - Traditional Chinese
        - Vietnamese

- Diversity and Special Populations Media Buy + Creative
    - Print ads in African-American newspapers
    - Create/coordinate online resource materials, such as web-friendly poster on votetexas.gov/voters-with-special-needs/

- SmartTXVoter smartphone application updates to potentially include:
    - Changing the name of the app
    - Updating app for dual use of parties/candidates and constitutional amendments
    - All updates will be at minimum for iOS and Android (additional platforms TBD based on budget and timeframe)
    - All updates will be in both English and Spanish

2

TEX00306414





### SOS Texas Voter Education Proposed Campaign Budget — Fall 2013

| DELIVERABLES | ESTIMATED COST |
|---|---|
| **Deliverable 1: Production budget**<br>• 2 30-second radio spots<br>   o  1 English<br>   o  1 Spanish<br>• 2 30-second TV spots<br>   o  1 English<br>   o  1 Spanish | $50,000 |
| **Deliverable 2: Digital media buy**<br>online static banners and mobile banners | $40,000 |
| **Deliverable 3: Broadcast media budget**<br>TV-Cable and Radio, statewide | $225,000 |
| **Deliverable 4: Diversity-focused media buy**<br>including AA newspapers | $25,000 |
| **Deliverable 5: Update smartphone app**<br>include both amendments and candidate info | $20,000 |
| **Deliverable 6: Agency services budget**<br> to revamp broadcast script, supervise<br>production, and format/program digital assets,<br>coordinate calendar, client approval, and<br>vendor support | $40,000 |
| | |
| **TOTAL** | **$400,000** |

Again, we are very excited to be working with you and look forward to hearing back from you so that we can get started right away.

Sincerely,

Raul Garza
raul@tkoadvertising.com
700 N. Lamar, Suite 200B
Austin, TX  78703
512.472.4856 x304

3

TEX00306415

EXHIBIT 2

27

### DRIVER LICENSE DIVISION
### "MOBILE LITE" UNIT EQUIPMENT
### ESTIMATE

| Equipment | Tier 1 | Tier 2 | Tier 3 | TOTAL UNIT COSTS |
|---|---|---|---|---|
| Laptop w/ Asset Tag | 1,185.00 | | | |
| Document Scanner | 1,698.00 | | | |
| *Fingerprint Device | 1,695.00 | | | |
| Surge Protector | 25.00 | | | |
| Digital Camera | | 250.00 | | |
| Camera Tripod | | 25.00 | | |
| Backdrop | | 168.00 | | |
| *Signature Pad | | 200.00 | | |
| Chair | | 225.00 | | |
| Table | | 386.00 | | |
| Guest chairs | | 50.00 | | |
| Printer | | 466.00 | | |
| Tent | | | 150.00 | |
| Banner | | | 200.00 | |
| Table Skirt | | | 215.00 | |
| Storage/Carrier/Lock Box | | | 100.00 | |
| Single "Mobile Lite" Equipment Cost | 4,603.00 | 1,770.00 | 665.00 | 7,038.00 |
| 100 "Mobile Lite" Units | 460,300.00 | 177,000.00 | 66,500.00 | 703,800.00 |

* This device may or may not be necessary

2-2

### DRIVER LICENSE DIVISION
### "MOBILE LITE" UNIT EQUIPMENT
### ESTIMATE

| EQUIPMENT | UNIT COST |
|---|---|
| Laptop w/ Asset Tag | 1,185.00 |
| Document Scanner | 1,698.00 |
| *Fingerprint Device | 1,695.00 |
| Surge Protector | 25.00 |
| Digital Camera | 250.00 |
| Camera Tripod | 25.00 |
| Backdrop | 168.00 |
| *Signature Pad | 200.00 |
| Printer | 466.00 |
| Storage/Carrier/Lock Box | 100.00 |
| Single "Mobile Lite" Equipment Cost | 5,812.00 |
| 30 "Mobile Lite" Units | 174,360.00 |
| One-time office signage cost | 9,935.00 |
| **Total Equipment Cost** | **184,295.00** |

\* This device may or may not be necessary

### DRIVER LICENSE DIVISION
### ELECTION ID CERTIFICATE
### SATURDAY HOURS ESTIMATE

| | WEEK 1 | WEEK 2 | WEEK 3 | WEEK 4 & FORWARD |
|---|---|---|---|---|
| DL Office Personnel | $ 14,081 | $ 14,081 | $ 14,081 | $ 13,830 |
| DL HQ Personnel | $ 698 | $ 583 | $ 583 | $ 583 |
| IT Service Desk Personnel | $ 114 | $ 114 | $ 114 | $ 114 |
| THP Personnel | $ 9,065 | $ 9,065 | $ 9,065 | $ 8,880 |
| Utilities | $ 2,507 | $ 2,507 | $ 2,507 | $ 2,446 |
| Signage | $ 9,935 | | | |
| Mobile Lite Unit Equipment (50) | $ 290,600 | | | |
| Mobile Lite Unit Personnel* | | $ 5,364.90 | $ 7,894.80 | $ 11,179.35 |
| **WEEKLY TOTALS** | $ 327,001 | $ 31,715 | $ 34,245 | $ 37,033 |

*Mobile Personnel - Week 2 = 25, Week 3 = 35, Week 4=50

*DRIVER LICENSE DIVISION*
*"MOBILE LITE" UNIT EQUIPMENT*
*ESTIMATE*

| Equipment | Tier 1 | Tier 2 | Tier 3 | TOTAL UNIT COSTS |
|---|---|---|---|---|
| Laptop w/ Asset Tag | 1,185.00 | | | |
| Document Scanner | 1,698.00 | | | |
| *Fingerprint Device | 1,695.00 | | | |
| Surge Protector | 25.00 | | | |
| Digital Camera | | 250.00 | | |
| Camera Tripod | | 25.00 | | |
| Backdrop | | 168.00 | | |
| *Signature Pad | | 200.00 | | |
| Printer | | 466.00 | | |
| Storage/Carrier/Lock Box | | | 100.00 | |
| Single "Mobile Lite" Equipment Cost | 4,603.00 | 1,109.00 | 100.00 | 5,812.00 |
| 50 "Mobile Lite" Units | 230,150.00 | 55,450.00 | 5,000.00 | 290,600.00 |

* This device may or may not be necessary

KEITH INGRAM                                              4/23/2014

336

1  media.

2      Q.   Is there a budget for advertising mobile

3  stations?

4      A.   In 2013, no.  We do have part of our money

5  reserved this year for EIC unit program.

6      Q.   How much money is that for 2014?

7      A.   It's not -- it's, you know, however much we

8  need, but we've tried to save back a portion of our

9  $2 million.

10     Q.   Do you know what amount that is, about what

11  amount that is?

12     A.   I don't.  300,000 or 400,000.

13     Q.   Okay.  How is that money used, that $300,000

14  or $400,000?

15     A.   It hasn't been used.

16     Q.   Oh, it hasn't been used at all?

17     A.   That's right.

18     Q.   Okay.  Are there plans to use it specifically?

19     A.   If needed, sure.

20     Q.   Do you -- what kinds of plans in general?

21     A.   Well, if we decide that we need to have an

22  extra budget for mobile EIC units, then it would be for

23  everything associated with them, banners, signage,

24  travel, employee expense.  It would be everything

25  associated with the program.

344

1   amorphous metric and that's a very difficult thing to

2   evaluate.

3        Q.   Have you given some thought to that?

4        A.   No.

5        Q.   Have you considered what factors you might take

6   into consideration?

7        A.   No.

8        Q.   Did the state have a contract with any vendor

9   or marketing agency to provide a statewide voter

10  education program from June 25, 2013, to the end of 2013?

11       A.   We had a statewide voter education campaign

12  that was in place toward the end of the year, but not

13  from June 25th on.

14       Q.   Do you know when in 2013 it began?

15       A.   I believe it was in September.

16       Q.   Was that pursuant to an RFP?

17       A.   It was not.

18       Q.   Who was the vendor?

19       A.   We did an emergency procurement with TKO since

20  they were involved in our voter education campaign in

21  2012 and were familiar with the requirements of that RFP,

22  which included voter ID education.

23       Q.   How much did it cost?

24       A.   We allocated 400,000 to the -- to the effort.

25       Q.   And do you know what it covered?

KEITH INGRAM                                        4/23/2014

345

1        A.    As much as we could cover for 400,000.  It

2   covered -- it covered --

3        Q.    You and I would spend it quite differently.

4        A.    Yeah, exactly.  It covered paid media,

5   advertising on cable TV and newspapers and radio, and it

6   also covered visits by the secretary -- at that time it

7   was Secretary of State Steen -- to election officials

8   across the state to gather earned media.

9        Q.    And was TKO responsible for placing the ads on

10  radio and television, newspaper, all of that?

11       A.    They were.

12       Q.    On the Burson Marsteller contract, was that

13  pursuant to a public bid?

14       A.    It was.

15       Q.    And have those bidding materials been produced

16  in connection with this litigation; do you know?

17       A.    I don't know.

18       Q.    What was the budget for that?

19       A.    Two million.

20       Q.    And there was a contract, I assume?

21       A.    Yes.

22       Q.    And do you know if that's been produced?

23       A.    I don't.  I believe the contract is for

24  1.675 million.

25       Q.    And the 2 million comes from -- or the

346

1   difference between the 2 million and 1.675 comes from?

2        A.    The money that we've held back if we need it

3   for EIC mobile unit program.

4        Q.    What, to your knowledge, has been the

5   participation of anyone in the Governor's Office in the

6   implementation of SB 14?

7        A.    I don't know what all the governor has done

8   with regard to the implementation of SB 14.   The

9   Governor's Office and MacGregor Stephenson has worked

10  with us on mobile EIC units.   We've talked to, you know,

11  people in the Governor's Office about implementation of

12  the voter ID list to make sure that we were communicating

13  with all the stakeholders about the list of acceptable

14  IDs as we interpreted it.

15       Q.    Anything else?

16       A.    I don't -- I can't think of anything else off

17  the top of my head.

18       Q.    What was the specific participation of the

19  Governor's Office in connection with the mobile EIC

20  units?  What was -- what recommendations did it make?

21             MR. KEISTER:   To the extent that that

22  involves any attorney-client communications or

23  deliberative process communications, I'm going to

24  instruct you not to answer, but if you can give him

25  the --

EXHIBIT 4



**EVERY VOTE MATTERS.**
EVERY **VOTE COUNTS.**

This message originates from the South Carolina State Election Commission. If you have received this message in error, we would appreciate it if you would immediately notify the South Carolina State Election Commission by sending a reply e-mail to the sender of this message. Thank you.

**From:** Armand Derfner [mailto:aderfner@dawlegal.com]
**Sent:** Wednesday, January 22, 2014 3:52 PM
**To:** Whitmire, Chris
**Cc:** 'Armand Derfner'
**Subject:** Cost of camera capability

Dear Chris:

Thank you for your prompt and helpful information on the cost of the cameras in the registration offices, plus related costs. As we discussed, I would appreciate that information in response to this e-mail. Armand Derfner

**From:** Whitmire, Chris [mailto:cwhitmi@elections.sc.gov]
**Sent:** Tuesday, February 11, 2014 4:48 PM
**To:** Armand Derfner
**Subject:** RE: Cost of camera capability

Mr. Derfner,

I'm sorry. It seems I failed to reply to your request in a timely manner. I just noticed that I had not replied. My apologies.

The SEC purchased approximately 100 cameras for $99 each to be distributed to the 46 county offices (at least two each). Approximate cost of cameras = $10,000

The SEC purchased two card printers to be used here at the SEC for printing all plastic photo voter registration cards. Printers cost $5,256 each. Cost of printers = $10,512

Printing of cards cost $1.07 on average. The SEC had printed approximately 13,269 cards as of 2/4/14. Approximate cost of printing = $14,198

The cost of developing the photo ID application in the statewide voter registration system was $20,471.25.

I believe this covers what we talked about in our original conversation.

Again, I apologize for the delayed response.

Thank you.

Chris Whitmire


Chris Whitmire
Director of Public Information & Training

**South Carolina State Election Commission**
Post Office Box 5987
Columbia, S.C. 29250
Tel: 803.734.9070
Fax: 803.734.9366
scVOTES.org

1

EXHIBIT 5

5-1

| From: | Vinger, Tom |
|---|---|
| To: | SETH STERN, BLOOMBERG/ NEWSROOM: |
| CC: | Arriaga, Amanda |
| Sent: | 1/13/2012 3:54:01 PM |
| Subject: | Bloomberg News DL questions and answers |

1.How many DPS offices are there statewide where people can get licenses?

307 offices statewide. Currently 221 are open to customers and 86 are temporarily out of service.

2. Have offices been closed since the last presidential election in 2008? Yes How many and why?

86 offices, mostly part-time, low-volume offices. There were a wide range of issues: outdated equipment, expiring leases, as well as building safety and ADA issues at some locations.

3. Was it a budget or staffing issue?

There have been offices closed temporarily due to staffing issues, but as soon as new employees are hired and trained, these offices have reopened.

There were a wide range of issues: outdated equipment, expiring leases, as well as safety and ADA issues at some locations.

4. Are there plans to close additional locations or open new ones and how many closures/new facilities will there be?

There are currently no plans to close locations. We are in the process of reviewing county population, past issuance numbers, distance to the closest driver license office to identify possible reopening of offices that were closed. The actual number of offices that will reopen will be determined by equipment availability and cooperation by local governments.

4. I saw reference to the legislature approving additional resources to allow for added staff and new large offices in metro areas?

The Texas legislature appropriated $63 million to improve driver license services by increasing staff and adding service capacity. We will add 266 full-time DL office employees, open six new mega-center offices with 25 or more employees, and acquire new technology to improve service.

5. Are there any plans to provide mobile vans or other means of reaching people in counties where there currently isn't an office or limited hours?

There are no such plans. You can contact the Secretary of State's office in reference to voter outreach.

6. Should the law go into effect, are there any special plans in terms of new equipment, form of identification you'll offer or voter education (or is voter education something Secretary of State's office would do?)

The Secretary of State is responsible for the state's voter education program.

If final approval is given for the program to proceed, DPS will issue a no-cost election certificate to qualified persons who do not already have acceptable documents for voting. This document will only be valid for voting purposes, as specified in the law. The election certificate will be produced utilizing current resources and equipment.


-----Original Message-----
From: SETH STERN, BLOOMBERG/ NEWSROOM: [mailto:sstern14@bloomberg.net]
Sent: Wednesday, January 11, 2012 4:36 PM
To: Vinger, Tom

TEX0503915

Subject: Re:DPS

Hi Tom:

As I mentioned on the phone, I'm doing a story related to Texas' voter ID law and am trying to get some information about DPS offices where voters can get IDs and what IDs they'll be able to get should the law go into effects. As you requested, here's the questions I'm hoping to get answered:

1. how many DPS offices are there statewide where people can get licenses?
2. have offices been closed since the last presidential election in 2008? How many and why? Was it a budget or staffing issue? outdated equipment? other reasons?
3. Are there plans to close additional locations or open new ones and how many closures/new facilities will there be? I saw reference to the legislature approving additional resources to allow for added staff and new large offices in metro areas?
4. Are there any plans to provide mobile vans or other means of reaching people in counties where there currently isn't an office or limited hours?
5. Should the law go into effect, are there any special plans in terms of new equipment, form of identification you'll offer or voter education (or is voter education something Secretary of State's office would do?)

Thanks for your help.

Seth

---------------------------------------------------------
Seth Stern
Justice Department Reporter
Bloomberg News

o: 202-624-1994
c: 202-236-2935

----- Original Message -----
From: Tom Vinger <Tom.Vinger@dps.texas.gov>
To: SETH STERN (BLOOMBERG/ NEWSROOM:)
At: 1/11 17:25:49


Tom Vinger
Asst. Chief of Public Affairs
Public Affairs and Policy
Texas Department of Public Safety
(512) 424-2607
tom.vinger@dps.texas.gov<mailto:tom.vinger@dps.texas.gov>(Please note new email address.)

TEX0503916

From:        Terry, Michael
Sent:        Friday, January 13, 2012 1:49 PM
To:          Arriaga, Amanda; Vinger, Tom; Davio, Rebecca
Subject:     Re: Suggested responses for Bloomberg

I agree
Sent via BlackBerry by AT&T

**From:** Arriaga, Amanda
**Sent:** Friday, January 13, 2012 01:44 PM
**To:** Vinger, Tom; Terry, Michael; Davio, Rebecca
**Subject:** RE: Suggested responses for Bloomberg

Looks good to me.

**From:** Vinger, Tom
**Sent:** Friday, January 13, 2012 1:35 PM
**To:** Terry, Michael; Arriaga, Amanda; Davio, Rebecca
**Subject:** Suggested responses for Bloomberg

Here are my thoughts.

1.How many DPS offices are there statewide where people can get licenses?

307 offices statewide. Currently 221 are open to customers and 86 are temporarily out of service.

2. Have offices been closed since the last presidential election in 2008? Yes How many and why?

86 offices, mostly part-time, low-volume offices. that were only open on a limited basis and staffed by employees from other offices. Texas has many rural areas that are sparsely populated and we served many of those customers in offices that were open on a scheduled basis. The equipment we transported to those locations is what became outdated. When parts were no longer available to replace components as they went down, we had to eliminate services in some areas.
There were a wide range of issues: outdated equipment, expiring leases, as well as building safety and ADA issues at some locations.

3. Was it a budget or staffing issue?

There have been offices closed temporarily due to staffing issues, but as soon as new employees are hired and trained, these offices have reopened.

There were a wide range of issues: outdated equipment, expiring leases, as well as safety and ADA issues at some locations.

Outdated/obsolete equipment has been the most common reason for office closures. Additionally, leases have expired and there was not suitable or affordable options for replacement offices in some situations. In some instances, agreements between DPS and counties or local governments that provided office space have expired and the local governments have other needs for space and resources that were provided for DPS services. In

1

TX_00226743

TEX00226743

~~some cases we had multiple locations within counties and have consolidated services into fewer locations at the request of the local governments.~~

3. Are there plans to close additional locations or open new ones and how many closures/new facilities will there be?

There are currently no plans to close locations. We are in the process of reviewing county population, past issuance numbers, distance to the closest driver license office to identify possible reopening of offices that were closed. ~~due to the equipment failure issues.~~ The actual number of offices that will reopen will be determined by equipment availability and cooperation by local governments.

4. I saw reference to the legislature approving additional resources to allow for added staff and new large offices in metro areas?

The Texas legislature appropriated $63 million to improve driver license services by increasing staff and adding service capacity. We will add 266 full-time DL office employees, open six new mega-center offices with 25 or more employees, and acquire new technology to improve service. ~~such as queuing systems and improved online services.~~

4. Are there any plans to provide mobile vans or other means of reaching people in counties where there currently isn't an office or limited hours?

Then are no such plans. You can contact the Secretary of State's office in reference to voter outreach.

~~There are no plans to deploy mobile units for issuance of election certificates or provide additional offices to accommodate this specific initiative. DPS was not provided additional resources for issuance of election certificates. We did receive appropriations to increase capacity for all driver license customers and election certificate applicants will benefit from the overall improvements.~~

5. Should the law go into effect, are there any special plans in terms of new equipment, form of identification you'll offer or voter education (or is voter education something Secretary of State's office would do?)

The Secretary of State is responsible for the state's voter education program.

If final approval is given for the program to proceed, DPS will issue a no-cost election certificate to qualified persons who do not already have acceptable documents for voting. This document will only be valid for voting purposes, as specified in the law. The election certificate will be produced utilizing current resources and equipment. ~~as there was not additional appropriation for DPS to implement this law.~~

*Tom Vinger*
*Asst. Chief of Public Affairs*
*Public Affairs and Policy*
*Texas Department of Public Safety*
*(512) 424-2607*
*tom.vinger@dps.texas.gov* (Please note new email address.)

TX_00226744

TEX00226744

| From: | Smith, Janie |
|---|---|
| Sent: | Thursday, January 12, 2012 10:41 AM |
| To: | Watkins, Paul; Bell, Stephen; Rodriguez, Tony; Stempelmann, Susan |
| Cc: | Davio, Rebecca; Terry, Michael; Melcher, Lori |
| Subject: | Media questions related to DL offices-RESPONSE REQUIRED |
| Attachments: | Voter ID Article SAEN 010912.docx |

Relating to Voter ID: Bloomberg News has posed several questions that are most appropriately answered Customer Operations.

Following are the questions. Lori and I have crafted a couple of responses and have identified information required from Customer Operations. **This is a media question and the response is needed as soon as possible – definitely before COB today.**

1. how many DPS offices are there statewide where people can get licenses? Do you want to provide the answer that OGC gave DOJ through SOS or the current information? If current – Customer Ops needs to provide that number

2. have offices been closed since the last presidential election in 2008? Yes
How many and why? Response required from Customer Operations
Was it a budget or staffing issue? Management/Customer Operations should determine response (no)
outdated equipment? Management/Customer Operations should determine response  (yes)
other reasons? Management/Customer Operations should determine response

3. Are there plans to close additional locations or open new ones and how many closures/new facilities will there be? Lori and I can speak to new facilities, but need an approved response regarding additional location closures
I saw reference to the legislature approving additional resources to allow for added staff and new large offices in metro areas? DPS received $63 million to increase staff and add capacity by opening several large facilities in high-volume areas. This was in response to years of stagnant appropriations while the state population grew exponentially.

4. Are there any plans to provide mobile vans or other means of reaching people in counties where there currently isn't an office or limited hours? There are no plans to deploy mobile units for issuance of election certificates or provide additional offices to accommodate this initiative. DPS was not provided additional resources for issuance of election certificates. We did receive appropriations to increase capacity for all driver license customers.

5. Should the law go into effect, are there any special plans in terms of new equipment, form of identification you'll offer or voter education (or is voter education something Secretary of State's office would do?) The Secretary of State is responsible for the state's voter education program. If approved, DPS will issue an election certificate to persons who qualify. This document will be available at no charge and will only be valid for voting purposes, as specified in the law. The election certificate will be produced utilizing current resources and equipment as there was not additional appropriation for DPS to implement this law.

Thank you and please visit with Lori or me if you have questions or would like to discuss.

Janie Smith, Policy Coordinator
Driver License Division
TX Department of Public Safety

TX_00223026

TEX00223026

5 - 6

512.424.2976 office

2

TX_00223027

TEX00223027



$E_{XHIBIT}$ 6



# DPS Government Relations Action Sheet

| State Official's Office | Date | Time |
|---|---|---|
| Rep Sylvester Turner | 7/17/13 | 12:01 PM |
| **Point of Contact** | **Constituent Information** | |
| Alison Brock<br>Chief of Staff | N/A | |

**Issue:** Alison Brock of Rep Turner's office was seeking clarification regarding EIC procedures:

- Are there any other avenues to apply for an EIC, other than entering at DPS office? **(No)**
- Can individuals apply for an EIC online? **(No)**
- Under the requirements of an EIC and individual is not eligible for an EIC if their Texas driver license is unexpired or expired less than 60 days or if their Texas personal identification card is unexpired or expired less than 60 days. Can you share with us or clarify for us how this will be implemented?
  - ○ **Upon inquiry, the customer service representative will verify the status of any existing ID/DL.**
  - ○ **If the individual is found to have a valid DL/ID, they are not eligible for an EIC as they can use the ID/DL for voting.**
  - ○ **If they appear with a valid, but expired DL/ID for less than 60 days, then they will be given the option to renew their expired ID/DL. They can surrender or choose not to renew a DL/ID and obtain a EIC. By surrendering their DL, they will no longer have driving privileges. In addition – the EIC cannot be used as personal identification.**
  - ○ **A suspended license is still a valid form of ID, the individual's driving privileges are revoked.**
  - ○ **If they are shown to have outstanding warrants, DPS is obligated by law to arrest them.**
- Any word on whether the notary will be required on the form? **The actual application is not required to be notarized, but the applicant is required to sign it in the presence of the Customer Service Representative. The only documentation that requires a notary may be supporting documents proving residency/citizenship. If a person is homeless, or lives with another person (but not on any lease/utility bill) then there are alternatives/waivers that can be taken in to account to address the particular situation.**
- Also, is there a law that passed that allows or licenses to be suspended for failure to pay toll road fees? **There is no law, however a city or county that owns a toll road may issue a warrant for arrest for unpaid toll fees if they choose – it would appear in our system, could possibly result in a Failure to Appear (FTA), which would prevent them from being eligible for a license.**
- What is the procedure for when a person has an outstanding warrant? **During the DL/ID transaction, it is standard procedure to verify if there are any warrants. As the CSR enters the applicant's information and moves through the processing screens, there is a specific screen for "External Checks". At this point, the CSR must go through the "External Checks" process before they can continue processing the transaction. The "External Checks" includes searches in TCIC/NCIC, PDPS and CDLIS. If the individual is shown to have outstanding warrants, the Customer Service Representative turns over information to Highway Patrol.**

- Have there been any individuals that have come in to obtain an EIC that have had outstanding warrants out for their arrest or suspensions on their DL? **We do not track information in that manner.**
- Also, I recall at one point DPS had mobile vans to assist with doing IDs. Are those still in use? Was their mobile equipment used in Bastrop to issue DLs? **We had equipment but that equipment has been used to replace failing/broken equipment in existing DL offices. We have not purchased the same kind of replacement equipment because they no longer make the same system. We are in the process of purchasing new**

TEX0509092