equipment but we are going through the process to ensure it will work with existing systems (infrastructure requirements are not identical).

CN Note: Marguerite Buster was looking into how CSRs are notified that the applicant has an outstanding warrant, and what procedure is taken upon discovery of the warrant. Also, if anyone that has inquired about a EIC – if they have had a warrant or suspended license – AB wanted figures.

**Alison Brock Follow Up Question: Any word on whether the notary will be required on the form? Also, is there a law that passed that allows or licenses to be suspended for failure to pay toll road fees?**

**Please provide Candace Nolte with the information for her to relay to the Representative's office.**

---

**Division Referred to:** DLD

---

**Details of Action Taken:**

---

**Name/Phone Number/Date Completed:**

HQ-10 (Rev 12/09)

TEX0509093

EXHIBIT 7

EXHIBIT 7:
BATES #
TX_00007419 THROUGH
TX_00007429

*Exhibit 8* 8-7

*9/30/13 Need RR*

# TKO Advertising Inc.

TKO Advertising Inc.
700 N. Lamar
Suite 200B
Austin, TX 78703

(512)472-4856
thinkbig@tkoadvertising.com



**RECEIVED**
**SEP 17 2013**
**FINANCIAL MGMT**

## Invoice

| Date | Invoice No. |
|---|---|
| 09/16/2013 | 1702 |
| **Terms** | **Due Date** |
| Net 30 | 10/16/2013 |

**Bill To**

Texas Secretary of State
Attn: Financial Management
P.O. Box 12887
Austin, TX 78711-2887

*4-79*

| Service | Activity | Amount |
|---|---|---|
| Agency Services | • Voter Education Creative & Media Buy August 2013 - November 2013<br>• Agency Services<br>Revamp broadcast script, supervise production, and format/program print and digital assets for general market and special populations, coordinate calendar, client approval, and vendor support<br><br>Poster creative to be printed or shared digitally in multiple languages<br>- English<br>- Spanish<br>- Traditional Chinese<br>- Vietnamese | 30,000.00 |
| Production | Diversity and Special Populations Creative<br>- Create/coordinate online resource materials, such as web-friendly poster on votetexas.gov/voters-with-special-needs/<br>• Photo ID broadcast scripts:<br>- (1) :30-second radio script in English<br>- (1) :30-second radio script in Spanish<br>- (1) :30-second television script in English<br>- (1) :30-second television script in Spanish<br>- Produce 2 radio spots<br>- Produce 2 television spots | 50,000.00 |

Please Remit Payment to:
TKO Advertising Inc.
PO Box 30317
Austin, TX 78755

| | **Total** | **$80,000.00** |
|---|---|---|

TEX00306363

8-2

10/10/13-1 teeu KK
4-79

# TKO Advertising Inc.

TKO Advertising Inc.
700 N. Lamar
Suite 200B
Austin, TX 78703

(512)472-4856
thinkbig@tkoadvertising.com

**tHO**

**Invoice**

| Date | Invoice No. |
|------|-------------|
| 10/07/2013 | 1705 |
| Terms | Due Date |
| Net 30 | 11/06/2013 |

**Bill To**

Texas Secretary of State
Atnn: Financial Management
P.O. Box 12887
Austin, TX 78711-2887

RCV'D FIN MGMT

OCT 07 2013

RL

| Service | Activity | Amount |
|---------|----------|--------|
| Media | • PO #307-4-00079<br><br>Voter Education Media Buy<br>Radio Placements September 2013<br>• Radio Statewide<br>- :30-second Radio spot in English<br>- :30-second Radio spot in Spanish<br><br>Quantity: 3,124,800 impressions<br><br>Weeks of: 9/16, 9/23. 9/30<br><br>Markets: Abilene, Austin, Beaumont, Corpus Christi, Dallas, El Paso, Harlingen, Houston, Laredo, San Antonio, Sherman, Shreveport, Tyler, Victoria, Waco-Killeen, Wichita Falls, Alpine, Amarillo, College Station, Fort Stockton, Pecos, Rockdale, San Angelo, Texarkana, and 100+ rural markets | 36,580.00 |

Please Remit Payment to:
TKO Advertising Inc.
PO Box 30317
Austin, TX 78755

| | Total | $36,580.00 |

TEX00306362

# TKO Advertising Inc.

TKO Advertising Inc.
700 N. Lamar
Suite 200B
Austin, TX 78703

(512) 472-4856
thinkbig@tkoadvertising.com



**Invoice**

| Date | Invoice No. |
|------|-------------|
| 11/06/2013 | 1708 |

| Terms | Due Date |
|-------|----------|
| Net 30 | 12/06/2013 |

**Bill To**

Texas Secretary of State
Atnn: Financial Management
P.O. Box 12887
Austin, TX 78711-2887

| Service | Activity | Amount |
|---------|----------|--------|
| Media | • PO #307-4-00079<br>Voter Education Creative & Media Buy<br>• Radio Placements October 2013<br><br>Radio Statewide<br>- :30-second Radio spot in English<br>- :30-second Radio spot in Spanish<br><br>Quantity: 5,907,739 impressions<br><br>Weeks of: 10/7, 10/14, 10/21, 10/28<br><br>Markets: Abilene, Austin, Beaumont, Corpus Christi, Dallas, El Paso, Harlingen, Houston, Laredo, San Antonio, Sherman, Shreveport, Tyler, Victoria, Waco-Killeen, Wichita Falls, Alpine, Amarillo, College Station, Fort Stockton, Pecos, Rockdale, San Angelo, Texarkana, and 100+ rural markets | 69,170.00 |
| Media | • TV/Cable Statewide Placements October 2013<br>- :30-second Television spot in English<br>- :30-second Television spot in Spanish<br><br>Quantity: 11,006,992 impressions<br><br>Weeks of: 10/7, 10/14, 10/21, 10/28<br><br>Markets: Abilene , Austin, Beaumont, Corpus Christi, Dallas, El Paso, Harlingen, Houston, Laredo, San Antonio, Sherman, Shreveport, Tyler, Victoria, Waco-Killeen, Wichita Falls<br><br><br><br>Continue to the next page | 119,250.00 |

Page 2 of 2

| Service | Activity | Amount |
|---|---|---|
| Media | • Diversity and Special Populations Media Buy<br>  – Half-page advertisements placed in community newspapers<br><br>  Quantity: maximum placements based on not-to-exceed budget<br><br>  Run Dates: 9/30, 10/1, 10/2, 10/3, 10/9, 10/14, 10/16, 10/17, 10/18<br><br>  Markets: Dallas/Ft. Worth, Houston, San Antonio, Dallas | 25,000.00 |
| Media | • Digital Media Buy<br>  Static advertising banners in (3) sizes<br>  – English<br>  – Spanish<br><br>  Mobile advertising banners in (3) sizes<br>  – English<br>  – Spanish<br><br>  Quantity: 5,000,000 impressions<br><br>  Dates: 10/1/13 - 10/31/13<br><br>  Markets: Dallas/ Ft. Worth, Waco, Temple, Bryan, Austin, San Antonio, Houston, Rio Grande Valley, El Paso, Lubbock, Amarillo, Corpus Christi, Laredo, Brownsville, McAllen | 40,000.00 |
| Production | • SmartTXVoter smartphone application updates to potentially include:<br>  – Changing the name of the app<br>  – Updating app for dual use of parties/candidates and constitutional amendments<br>  – All updates will be at minimum for iOS and Android (additional platforms TBD based on budget and timeframe)<br>  – All updates will be in both English and Spanish | 20,000.00 |
| Agency Services | • Agency Services<br>  Revamp broadcast script, supervise production, and format/program digital assets, coordinate calendar, client approval, and vendor support<br><br>  Poster creative to be printed or shared digitally in multiple languages<br>  – English<br>  – Spanish<br>  – Traditional Chinese<br>  – Vietnamese<br><br>  Diversity and Special Populations Creative<br>  – Create/coordinate online resource materials, such as web-friendly poster on votetexas.gov/voters-with-special-needs/ | 10,000.00 |
| | **Total** | **$283,420.00** |

Please Remit Payment to:
TKO Advertising Inc.
PO Box 30317
Austin, TX 78755

TEX00306361



# REQUEST FOR PROPOSAL NUMBER 12111

HELP AMERICA VOTE ACT OF 2002 ("HAVA")
VOTER EDUCATION AND OUTREACH OPPORTUNITIES

**SECTION ONE        INTRODUCTION AND PURPOSE**

### 1.1    PURPOSE OF THE REQUEST FOR PROPOSAL (RFP)

It is the intent of the Office of Secretary of State ("SOS") to obtain proposals to provide continuing voter education and outreach consistent with the Help America Vote Act of 2002 ("HAVA") to educate and train Texans on the voting and election process in Texas. The voter outreach program should focus on, but not be limited to, four areas: (1) How to register to vote; (2) How to comply with photo identification requirements; (3) Polling place processes and procedures; and (4) How to properly cast a ballot. ).

It is the further intent of the SOS to select a proposer to perform research, marketing, production, advertising, communication services and other assistance necessary for successful voter education and outreach. The selected will be the prime source for all services under the contract (though, as further described below, HUB subcontracting is encouraged) and will use communications strategies and messages that are at all times commensurate with the dignity of the State of Texas.

### 1.2 BACKGROUND INFORMATION

On October 29, 2002, President Bush signed HR 3295, the Help America Vote Act ("HAVA"). This federal legislation was in response to the voting irregularities experienced during the 2000 federal election and created many new mandates for state and local government as well as appropriated funding to the states to assist with implementation and compliance.

> Some of the central requirements of HAVA are listed below:
> - The state must maintain an official list of registered voters and must verify the identification numbers of all new voter applicants;
> - Each polling place in the state must have at least one voting system per polling place that is accessible to persons with disabilities;
> - Voters, whose names do not appear on the voter registration roll, must be allowed to vote a provisional ballot, which is not counted until the voter's eligibility is verified after the election;
> - Federal Postcard Applications may under specified circumstances now serve to permanently register the voter as well as serve as a request for a ballot in a limited number of election cycles; and
> - The state establishes and maintains a state-based administrative complaint process for voters who file a sworn complaint that their voting rights have been violated.

### 1.3 CONTRACT TERM

The term of any contract resulting from this RFP shall be from contract award until January 31, 2013, subject to any termination rights provided for in a definitive contract negotiated between SOS and   the Contractor. The term of this contract includes both Phase I and Phase II, as set forth in more detail in Section 1.5 of this RFP.

### 1.4 FUNDING AND ELIGIBLE USES

This project will be financed with federal funding. Below are the statutory sources, the federal awarding agencies, and the eligible funding activities. The project budget must include a description of how each deliverable satisfies one or more of the eligible uses listed below. The state anticipates funding three to five percent of the project from Source 2 (accessibility funds); however, accessibility-related activities may amount for more than five percent of the project activities (Source 1 will cover the balance).

| | |
|---|---|
| Statutory Authority: | Help America Vote Act ("HAVA"), Public Law 107-252, October 29, 2002; 42 U.S.C. 15301 |
| Federal Awarding Agencies: | Source 1, US Election Assistance Commission ("EAC"); Source 2, US Department of Health and Human Services ("HHS") |

Source 1:      Title I, Section 101 of HAVA; Title II, Section 251 of HAVA (95% federal funding / 5% state match)

Source 2:      Title II, Section 261 of HAVA

Eligible Activities Source 1:

Educate voters concerning voting procedures and voting rights which may include –

- A sample version of the ballot that will be used for that election;
- Information regarding the date of the election and the hours during which polling places will be open;
- Instruction on presenting required photo identification at the polls, per SB 14, 82nd Legislative Regular Session;
- Instructions on how to vote, including how to cast a vote and how to cast a provisional ballot;
- Instructions on how to obtain an election identification card;
- Instructions for mail-in registrants;
- General information on voting rights under applicable Federal and State laws, including information on the right of an individual to cast a provisional ballot and instructions on how to contact the appropriate officials if these rights are alleged to have been violated;
- General information on Federal and State laws regarding prohibitions on acts of fraud and misrepresentation;
- General information regarding the statewide voter registration database, Texas Election Administration Management (TEAM) System, including public utilization; and

Eligible Activities Source 2:

Educate voters regarding accessibility issues which may include –

- Educating the disability community about how and when to register to vote, apply for ballots by mail, where to vote during early voting or on election day, the right to a secret ballot under state law, and methods of voting using available accessible voting machines in certain counties;
- Working with disability advocacy groups based upon the quality and extent of their proposed voter outreach programs for the disabled;
- Working with disability advocacy groups to develop additional, innovative approaches to voter outreach programs for the disabled; and
- Ensure that training materials are available in a number of accessible formats.

## 1.5 PROJECT DESCRIPTION AND REQUIREMENTS

### 1.5.1   Scope and Requirements

It is expected that project requirements for both Phase I and Phase II will be substantially similar, except that Phase I will seek to educate and communicate with Texas voters in the March 2012 primary election (and any subsequent run-off), and Phase II will seek to educate and communicate with Texas voters in the November 2012 general election. Additionally, it is expected that the activities in Phase I will incorporate approximately 40% of the allocated budget and Phase II approximately 60%. Consistent with the broad goals set forth in Section 1.1 of this RFP, and the foregoing, specific tasks to be implemented may include, but are not limited to, the following:

- Develop overall concept and design of voter education materials consistent with current branding/VOTEXAS;
- Provide creative consultation and production consultation with SOS;
- Research, plan and develop voter information/outreach strategies, messages and materials for the general statewide voting population, and various subgroups such as the Spanish-speaking population, special needs population, and young and elderly voters;
- Research, plan, develop and implement strategies, messages and materials to inform the statewide voting population and targeted sub-groups of the photo identification requirements and processes as a result of Senate Bill 14;



- Plan, design and produce educational voter information/outreach materials in multiple formats, including television, print, radio, electronic formats, Internet and in video formats that are research-based and appropriate for selected venues and media;
- Update the VOTEXAS.org web site as requested by SOS.  Updating the SOS main website, www.sos.state.tx.us, is a responsibility of SOS;
- Make recommendations to and assist the SOS as necessary with comprehensive media and community relations support to plan, coordinate, advertise and successfully execute all voter education and outreach events;
- Following coordination and approval by SOS, solicit support and involvement of appropriate partner organizations to maximize voter education and outreach;
- Plan and implement innovative and effective special events and activities that engage the public in meaningful ways and achieve desired results;
- Develop and implement social media opportunities as a way to supplement traditional communications methods to inform all Texans of the registration and voting process;
- Coordinate with the Secretary of State's Office and local election officials to plan, develop, schedule and implement possible voter education telethons that maximize citizen participation;
- Develop materials and activities to enhance participation of military and overseas voters in the opportunities provided through the Military and Overseas Voting Empowerment (MOVE) Act;
- Weekly update meetings, status reports, detailed activity reports for prior weeks, and possible oral presentations to SOS executive staff on a regular basis;
- Provide Awareness Tracking at various stages of the program.  Benchmark tracking shall be provided prior to Phase I followed by awareness tracking after Phase I and II.  SOS will review awareness tracking after both phases to determine effectiveness of the level of awareness of the program and dissemination of the messages to the public.  Contractor may be required to improve and/or modify delivery of messages.  SOS Awareness Tracking shall include the engagement of an independent subcontractor, approved by SOS, to conduct awareness tracking.   The subcontractor shall provide SOS a copy of the raw data (in electronic form) from the evaluation, as well as a written narrative report.  The effectiveness of the program will be  analyzed in light of the following:
    - Quality and level of recall for the advertising;
    - Ways in which attitudes about voting have been altered;
    - Key demographic characteristics of target markets/audiences; and
    - Level of awareness and understanding of:
        - How to register to vote;
        - Voter photo identification required by SB14
        - Polling place processes and procedures;
        - How to properly cast a ballot; and
        - MOVE Act;
- Collaborate with SOS and Contractor's research firm to identify and meet research needs, including reviewing survey instruments, discussion guides, and other research tools, preparing concepts or storyboards to test with members of the target audience(s) and applying research findings to overall marketing, advertising and public information strategies;
- Provide media placement at a level established by mutual agreement with SOS and the Contractor;
- Purchase media time or space for programs and messages appropriate to the identified target audience(s). Advertising media may include, but not be limited to:
    - Print, television, and radio advertisements;
    - Outdoor (billboards);
    - Public transit;
    - Internet projects;
    - Soliciting free media time or space for public service announcements as appropriate; and
    - Maintaining records of all contractor-assisted and non-assisted placements, including all print, audio-visual and Internet publicity;
- Provide reports on the types and amount of complimentary promotional assistance provided;
- Evaluate marketing, advertising and public information activities and campaigns for effectiveness using appropriate evaluation processes and measurements. This may include tracking awareness, attitudes, and practices of target audience(s) during various stages of

TX_00298769



campaigns and activities to determine effectiveness in achieving desired goals, objectives and outcomes;

o   Using methods established by mutual agreement between the SOS and the Contractor, to calculate and report, if requested and approved by SOS, the earned media value for all publicity generated;

o   In addition to conducting long term planning to ensure a successful project, the Contractor must effectively address unexpected or unforeseen communication issues, opportunities and needs with regard to voter education issues as requested or identified by SOS, and have budget contingencies for such issues and needs; and

o   Develop and produce four (4) copies of a final report that summarizes the overall voter education and outreach project, including summaries of research, overall project concept, copies (or storyboards) of all final ads and final project materials, media placement, added value media, event summaries, telethon summaries and partnership activities.

Additionally, the Contractor shall:

o   Adhere to the SOS Terms and Conditions identified in this solicitation including (without limitation) any portion of the "Contract" as defined in this solicitation or its attachments;

o   Provide all labor, materials and equipment necessary to meet requirements of the specified services throughout the term of the Contract;

o   Promptly notify SOS in writing of events which have a significant impact on Contractor production, including:

   □   Problems, delays or adverse conditions which will prevent the meeting of time or work schedules;

   □   Favorable developments which will enable meeting time or work schedules sooner than anticipated; and

   □   Provide project briefings upon request.

### 1.5.2   General Personnel Requirements

The proposer shall have a Project Manager whose primary responsibility shall be the day-to-day operation of the service in accordance with the requirements of the Contract arising out of this RFP:

o   Proposer shall utilize permanent staff members;

o   Proposer's personnel shall effectively communicate orally and in writing; and

o   Refer to Section 3.6, Experience and Capability.

### 1.5.3   Additional Service Requirements

The Contractor shall:

o   Have the ability to begin work on this project within 15 days of award of the purchase order or on the agreed upon date between SOS and the Contractor;

o   Recommend and develop strategies to most effectively achieve desired results through the creation of marketing, advertising and public information campaigns, initiatives and activities;

o   Provide professional marketing, advertising and communications services to implement strategies and assist SOS in managing communication issues as they arise;

o   Develop targeted information campaigns and activities consistent with the Help America Vote Act of 2002. Applicable marketing, advertising and public information services may include, but not be limited to determining appropriate goals, objectives and strategies for achieving desired outcomes, including identifying concepts, messages, target audiences, activities, rationale and justification for activities, research needs, evaluation processes and measurements, media markets, and all other activities associated with the recommended strategies; and

o   When appropriate, and as required by SOS, the Contractor shall coordinate activities with county election officials, other SOS contracted firms, other state agencies, election advisory committees, and local, regional and state-wide election associations and organizations involved with or affected by services provided under this contract.

### 1.5.4   SOS Responsibilities

SOS will provide management oversight and written advance approval of all work projects performed by the Contractor and its subcontractors including, but not limited to, release or implementation of any material developed. SOS will provide specific outline of duties with billing instructions per activity prior to activity being undertaken.

TX_00298770

SOS will schedule meetings with the Contractor to monitor progress of work.

SOS will provide advance written approval or disapproval of Contractor's key personnel assigned to the Voter Education and Outreach Program, including any personnel changes.

SOS will evaluate all Contractor services and work products for quality and compliance with the applicable contract requirements.

## 1.6 PROPOSAL EVALUATION AND CONTRACT AWARD

The SOS will conduct a fair, comprehensive and impartial evaluation of all proposals received in response to this RFP using an evaluation committee, and final decision-making authority with respect to the selection of a Contractor rests with the Secretary of State. The evaluation committee will be selected by the Secretary of State and may consist of SOS employees or outside individuals with expertise in particular areas. SOS's General Counsel, other in-house legal counsel, and outside legal counsel may assist by advising the evaluation committee or sitting on the committee at the request of the Secretary of State.

Each member of the evaluation committee will conduct an independent review of each proposal submitted. All persons involved in this RFP process will sign a non-disclosure statement. The evaluation committee will make a recommendation based on the procedures set forth in Section 4.2 of this RFP to the Secretary of State concerning its belief which proposers merit further consideration. Selected proposer(s) may be requested to perform oral presentations, as more fully set forth below in Section 1.7 of this RFP. SOS may request some or all proposers to make one or more oral presentations.

SOS may request clarification of information or representations in a proposal before completing the initial evaluation. Refer to Page 1 regarding proposer responses to inquiries and requests.

## 1.7 ORAL PRESENTATIONS

Proposers may be required to make one or more oral presentations. Proposers must be prepared to be available for such a presentation(s), if requested.

Each Proposer invited to make an oral presentation will be allowed one hour for the presentation, and an additional one half-hour will be provided for questions from SOS. A schedule will be provided to proposers making an oral presentation giving the exact time of each stage of presentation.

The order of participation in oral presentations will be determined at random. Oral presentations must substantially represent material included in the original written proposal, with emphasis placed on the creative response aspects of the proposed solution.

Members of the evaluation committee, the Secretary of State and other individuals selected by SOS may be present during the oral presentations. Oral Presentations will be held at the offices of the Office of Secretary of State in Austin, Texas. A total of four (4) individuals representing a proposer will be allowed during a presentation.

## SECTION TWO        GENERAL INSTRUCTIONS AND STANDARD PROPOSAL REQUIREMENTS

All proposals in response to this request must meet the following conditions in order to be considered. Failure to meet these conditions shall result in disqualification of proposal and the proposal shall receive no further consideration.

## 2.1    NOTICE OF INTENT TO SUBMIT A PROPOSAL; PROPOSAL SUBMISSION; DATE, AND TIME

WITHOUT EXCEPTION:
o NOTICE OF INTENT TO SUBMIT A PROPOSAL FROM PROPOSERS MUST BE RECEIVED BY SOS PURCHASING DEPARTMENT BY 5:00 P.M., OCTOBER 17, 2011 IN AUSTIN, TEXAS; AND

o PROPOSALS MUST BE RECEIVED BY SOS PURCHASING DEPARTMENT BY 5:00 P.M., NOVEMBER 9, 2011 IN AUSTIN, TEXAS.



A form of the Notice of Intent to Submit a Proposal is included as Attachment A attached hereto.

Proposals must be submitted with the proposer's name, RFP number and proposal due date prominently visible on the packaging.  If multiple packages are used, the proposer should indicate on each package "___ of ___."

Facsimile transmissions (FAX) of proposals will not be accepted under any circumstances.

Proposer must sign the "Execution of Offer, Affirmation of Terms and Conditions, and Proposal Preferences" instrument, included as Attachment B hereto.  By signing, the Proposer or the Proposer's legally authorized agent affirms that all statements within the proposal are true and correct.  Discovery of any false statement in the proposal is a material breach and shall void the submitted proposal or any resulting contracts.

### 2.1.1   Receipt of Proposals

To be eligible to be considered for funding, proposals must be received in the SOS Purchasing Department on or before November 9, 2011 at 5:00 p.m. local time, Austin, Texas, as set forth above.  In establishing the time and date of receipt, the SOS will rely solely on the time/date stamp/signature of the Purchasing Department.

### 2.1.2   Method of Submittal

Regardless of the method of submitting the proposal (i.e., United States Postal Service, United Parcel Service, Federal Express, or any other delivery service), the proposal must be received in the SOS Purchasing Department by 5:00 PM local time, Austin, Texas on or before November 9, 2011 in order to be considered.

SOS will not accept a United States Postal Service postmark and/or round validation stamp, mail receipt with the date of mailing stamped by the United States Postal Service, a dated shipping label, invoice or receipt from a commercial carrier, or any other documentation as proof of receipt of any proposal.  Proposers are advised that SOS assumes no responsibility, due to any circumstances, for the receipt of a proposal after the due date of November 9, 2011, as set forth above.

### 2.1.3   SOS Purchasing Department

SOS Purchasing Department is open Monday through Friday, 8:00 a.m. to 5:00 p.m., excluding state holidays.  SOS Purchasing Department is located in Suite 405 of the Rudder Building, 1019 Brazos Street, Austin, TX 78701.

The mailing address is:

> Office of Secretary of State
> Purchasing Department
> James E. Rudder Building, Suite 405
> 1019 Brazos Street
> Austin, TX 78701-2413
> Attn: Mary Jon Urban
> Email: RFP#12111@sos.state.tx.us

### 2.1.4   Number of Copies of Proposal

One (1) original copy of the proposal (marked "ORIGINAL") and five (5) copies of the proposal must be submitted.  The required number of copies of the proposal must be received in the SOS Purchasing Department by 5:00 p.m. November 9, 2011.  Failure to meet this condition shall result in disqualification of the proposal and the proposal shall receive no further consideration.

Photocopying is not available at SOS.

Additions or replacements to the proposal will not be accepted after 5:00 p.m. on November 9, 2011.

### 2.1.5   Notice of Intent to Submit a Proposal

All potential proposers must notify the SOS in writing of their intent to submit a proposal. This notice is included as Attachment A, and must be submitted by October 17, 2011, to SOS Purchasing Department. Failure to so notify SOS will disqualify the proposed vendor from submitting a proposal.

TX_00298772

## 2.2   SCHEDULE / CRITICAL DATES

| DATE | EVENT |
|---|---|
| October 3, 2011 | Expected issuance of RFP and publication in the Electronic State Business Daily portion of the Texas Marketplace |
| October 17, 2011 | Notice of Intent to submit a proposal is due in the SOS Purchasing Department at 5:00 p.m., local time, Austin, TX |
| October 24, 2011 | Questions from Proposers due to SOS Purchasing Department |
| October 27, 2011 | SOS responses to questions from proposers answered and posted to ESDB |
| November 9, 2011 | Proposal is due in SOS Purchasing Dept. at 5:00 P.M., local time, Austin, TX |
| November 17, 2011 | Proposals evaluated by SOS evaluation team |
| Dec. 5 - 12, 2011 | Oral Presentations performed and evaluated by evaluation team |
| December 15, 2011 | Contract award |
| January 4, 2012 | Project start date |
| On or prior to February 6, 2012 | Phase I completed |
| On or prior to October 5, 2012 | Phase II completed |
| January 31, 2013 | Ending date of contract |

*IT SHOULD BE NOTED THAT THE SECRETARY OF STATE MAY VARY ALL OF THESE DATES AS CONDITIONS REQUIRE.*

## 2.3   QUESTIONS RECEIVED PRIOR TO PROPOSAL DUE DATE & TIME

The sole point of contact for all inquiries or any requests for additional information concerning this RFP shall be made via email to RFP#12111@sos.state.tx.us.

### 2.3.1   Requests for Additional Information

In order to assure that no prospective vendor may obtain a competitive advantage because of acquisition of information unknown to other prospective vendors, any additional information that is different from or in addition to, information provided in the RFP, will be provided only in response to written inquiries via e-mail as set forth in Section 2.3 of this RFP. All such inquiries and the written answers prior to the deadline for submission of the proposers' "Notice of Intent" to submit a proposal will be posted as an addendum to the RFP on the Electronic State Business Daily (ESBD) at http://esbd.cpa.state.tx.us/. After the deadline date for the Notice of Intent, only those proposers who successfully submitted a "Notice of Intent" will be issued any additional inquiries and corresponding answers.

It is the responsibility of interested parties to periodically check the ESBD for updates to the procurement prior to submitting a bid. The Respondent's failure to periodically check the ESBD will in no way release the selected vendor from "addenda or additional information" resulting in additional costs to meet the requirements of the RFP.

## 2.4   STANDARD PROPOSAL REQUIREMENTS

Proposals that address only part of the requirements contained in this RFP may be considered non-responsive. SOS reserves the right to reject any and all proposals and to negotiate portions thereof. The selected proposal may not necessarily be funded for the amounts indicated in any advertised scenario. The budget submitted by the proposed vendor is subject to negotiation by SOS. SOS reserves the right to select the proposal containing the best value to the state considering the outcomes desired as described herein. The proposed vendor shall furnish such additional information that SOS may reasonably require. SOS may, in order to obtain an acceptable definitive contract with the selected Proposer, modify the terms of this RFP through negotiations with respect to such definitive contract before the execution of such contract on terms that are mutually agreeable to both SOS and the selected Proposer.



Responses to this RFP shall include all information as requested in this RFP. Each proposer is responsible for its own thorough understanding of the RFP, including all attachments related thereto. In addition, each proposer is solely responsible for its response and all documentation submitted. Proposers are cautioned to pay particular attention to the clarity and completeness of their response. The clarity and completeness of a response will be considered by the evaluation committee.

## 2.5   STATE NOT RESPONSIBLE FOR PREPARATION COSTS

SOS will not be liable for any costs incurred in the preparation and submittal of a proposal, or costs associated with performing requested oral presentations.

## 2.6   CONFLICT OF INTEREST

Under Section 2155.003 of the TX Gov't Code, a SOS employee may not have an interest in, or in any manner be connected with a contract or bid for a purchase of goods or services by an agency of the state; or in any manner, including by rebate or gift, accept or receive from a person to whom a contract may be awarded, directly or indirectly, anything of value or a promise, obligation, or contract for future reward or compensation.

Proposers represent and warrant that their provision of services or other performance under a Contract arising out of this RFO will not constitute an actual or potential conflict of interest and represent and warrant that it will not reasonably create even the appearance of impropriety. Proposer shall disclose any current or former employees who are current or former employees of the state, or any proposed personnel who are related to any current or former employees of the SOS.

Any individual who interacts with public purchasers in any capacity is required to adhere to the guidelines established in Section 1.2 of the State of Texas procurement manual which outlines the ethical standards required of public purchasers, employees, and vendors who interact with public purchasers in the conduct of state business. Entities who are interested in seeking business opportunities with the state must be mindful of these restrictions when interacting with public purchasers of SOS or purchasers of other state agencies. Proposers must disclose any potential or perceived conflicts of interest that could, directly or indirectly, be implicated by the performance of the requirements under this RFP prior to award and thereafter within five (5) days upon becoming aware of any such conflicts that may arise.

## 2.7   HISTORICALLY UNDERUTILIZED BUSINESS (HUB) SUBCONTRACTING PLAN

Subcontracting opportunities are possible for the Contract arising out of this RFP and proposers are encouraged to subcontract with HUBs. HUBs are defined in Tex. Govt. Code, §2161.001. Proposers may choose to subcontract any portion or all of the services with HUBs.
All Proposers are required to submit a HUB Subcontracting Plan ("HSP") with their response to this RFP.

**Proposers that fail to submit a HSP will be rejected for noncompliance with the advertised RFO specifications.**

The HSP documents a vendor's good faith effort to award subcontracts to HUBs in accordance with the following percentages:  <u>33% for other services contracts</u>

The HSP will be incorporated into a contract arising out of this RFP, between SOS and the selected Proposer.

If a proposer is awarded a contract, it will be responsible for monthly Progress Assessment Reports filed by the 15th of each month for the previous period activities.

To assist the proposer in making a good faith effort, the SOS has identified the following opportunities as potential subcontracting opportunities under this RFP:

    o  Class: 915 Communications and Media Related Services

| | |
|---|---|
| 915-04 | Advertising, Outdoor Billboard, etc. |
| 914-14 | Broadcasting Services, Radio |
| 915-15 | Broadcasting Services, Television |
| 915-42 | Film Production Services |
| 915-48 | Graphic Arts Services (Not Printing) |
| 915-58 | Mailing Services |
| 915-71 | Newspaper and Publication Advertising |
| 915-73 | Public Information Services |
| 915-72 | Photography (Not Including Aerial Photography) |
| 915-74 | Radio Commercial Production |
| 915-78 | Television Commercial Production |

TX_00298774

| | | |
|---|---|---|
| | 915-82 | Video Production |
| | 915-96 | Web Page Design or Management Services |

- ○ Class: 961 Miscellaneous Services
  - 961-75  Translation Services

- ○ Class: 965 Printing Preparations: Etching, Photoengraving, and Preparation of Mats, Negatives and Plates
  - 965-15  Artwork, Camera Ready
  - 965-46  Graphic Design Services for Printing

- ○ Class: 966 Printing and Related Services
  - 966-59  Offset Printing, General, Large Press Work (Qty. over 100,000), One or More Colors, No 4 Color Processes or Close Registration; Finished sizes may exceed 11 x 17
  - 966-60  Offset Printing, Large Production Runs (Qty. Up to 100,000); 4 Color Process or Close Registration Required: Color Brochures, Maps, etc.
  - 966- 61  Offset Printing, Large Production Runs (Qty. over 100,000); 4 Color
    Process or Close Registration Required: Color Brochures, Maps, etc.
  - 966-86  Specialty Printing; Die Cutting, Laser, Plastic, Thermography, etc.

A partial list of potential HUBs can be found at http://www.window.state.tx.us/procurement/cmbl/cmblhub.html. Search "HUBs on CMBL" and "HUBs not on CMBL". Enter the Class Code and the Item number. These vendors are registered on the Comptroller of Public Accounts' Centralized Master Bidders List (CMBL) or other related listing. The SOS does not endorse, recommend nor attest to the capabilities of any company or individual on these lists.

HSP forms and instructional videos can be accessed at http://www.window.state.tx.us/procurement/prog/hub/hub-subcontracting-plan/ .

## 2.8  INDEPENDENT AUDITING STANDARDS AND CONFLICT OF INTERESTS

If an entity or its subsidiary has or is currently contracted with SOS to perform professional services or consulting (non-audit) services, then they cannot be awarded a contract to provide financial audit, attestation, or performance audit services for two years from finishing an engagement.

An entity or its subsidiary that performed financial audit, attestation, or performance audit services for SOS, may not receive a contract award to perform professional services or consulting (non-audit) services for two years.

**SECTION THREE**          **PROPOSAL FORMAT AND CONTENT**

## 3.1.  PROPOSAL FORMAT AND CONTENT

Proposals must be submitted entirely on 8 ½" X 11" white paper, except the Task Activity Plan which may be a fold-out, and must be limited to 20 pages (10 duplex pages or 20 single-sided pages) not including appendices and attachments.  Proposals should be legible and type no smaller than 9 point font. Proposer's response to Sections 3.2 Understanding of the Project & Methodology, Section 3.3 Exceptions, Section 3.4 Proposed Activity Plan, and Section 3.6 Experience and Capability count toward the 20 page maximum.  Bios or resumes may be included as attachments but are not to be provided in lieu of the information requested in Section 3.6.  Proposals should be stapled or clipped in some manner; no notebooks or binders.  The proposer shall submit one signed and dated original (marked "Original") and five copies (marked "Copy").  Proposals must be submitted in a manner which does not carry any benefit, keepsake, or value for members of the evaluation team.

In addition, responses to this RFP should also be submitted on a compact disk or USB flash drive in MS Word, Excel and/or Adobe Acrobat.  All appendices and attachments must be included on the disk or memory stick.  Label the disk or USB flash drive with Proposer's name.  Only one electronic copy is required.  Discrepancies between the hard copy of any response to this RFP and electronic formats of same will be resolved in favor of the hard copy of the response to this RFP.

TX_00298775



Facsimile transmissions of responses to this RFP will not be accepted under any circumstances.

Refer to Attachments B, 2, MMM regarding designations of material as purportedly proprietary or otherwise confidential in electronic copies or hard copies.

### 3.1.1 Proposal Cover Page & Vendor Identification

Proposals should include a cover page, which includes the information shown on the attached sample cover page. A sample cover page is attached hereto as Attachment C.

Proposer shall provide to SOS its 9-digit Federal Employer's Identification Number (FEI); or 14-digit State of Texas Vendor Identification Number (VIN). Proposer shall also provide to agency the entity's charter number or certificate of registration issued by the Texas Secretary of State's office. The Proposer that is awarded a contract arising out of this RFP must be registered with the Secretary of State to perform business in the state of Texas.

### 3.1.2 Response Checklist

This checklist is to assist vendors in ensuring that all information is included in their response. Vendors must refer to the appropriate section of the RFP for detailed information on the following. Response content should be presented in the order shown below.

| | |
|---|---|
| ☐ Notice of Intent to Submit a Proposal | Sec. 2.1.5 |
| ☐ RFP Cover Page | Sec. 3.1.1; Attachment C |
| ☐ Understanding of the Project and Methodology | Sec. 3.2 |
| ☐ Exceptions | Sec. 3.3 |
| ☐ Proposed Activity Plan with cost proposal | Sec. 3.4 & 3.5; Attachment D |
| ☐ Experience and Capability | Sec. 3.6 |
| ☐ Signed Execution of Offer, Affirmation of Terms and Conditions, and Proposal Preferences | Attachment B |
| ☐ HUB Subcontracting Plan | Sec. 2.8 |
| ☐ Proposal electronic copy | Sec. 3.1 |

**Failure to return all information on the checklist may disqualify the proposal.**

### 3.2. UNDERSTANDING OF THE PROJECT AND METHODOLOGY

The proposed vendor must demonstrate how it will achieve the mandatory objectives set forth in Section 1.5, and must specifically commit that the offer to provide services pursuant to this RFP, embodied in the response to this RFP, is valid for 90 days from November 9, 2011. Any proposal containing a term of less than 90 days shall be rejected.

### 3.3. EXCEPTIONS

If proposer takes any exceptions to any specifications and/or terms and conditions contained in this RFP, these exceptions must be specifically and clearly identified by section in proposer's response and proposer's proposed alternative must also be provided in its response. Proposers cannot take a "blanket exception' to the entire solicitation. **AT THE SOLE DISCRETION OF SOS, AN EXCEPTION IN WHOLE OR IN PART MAY RESULT IN THE DISQUALIFICATION OF SUCH PROPOSAL.**

### 3.4. PROPOSED ACTIVITY PLAN

Proposers must plan for the project starting date of no earlier than January 4, 2012, and an ending date of no later than January 31, 2013. The proposer must submit a proposed activity plan (Attachment D) for the scenario identified in Section 3.5, specifying to the degree possible, the tasks and activities which are to be undertaken or delivered (as applicable). Timelines showing beginning and ending dates for each major task are to be included. Activities must be sufficiently designed and outlined in the activity plan that will provide evidence of satisfactory delivery of services and products. Time frames must be logical and appropriate to complete all activities within the beginning and ending dates of the contract. The Tack Activity Plan (Attachment D) may be expanded as determined by the Proposer. Failure to meet this condition shall result in disqualification of proposal and the proposal shall receive no further consideration.



### 3.5. COST PROPOSAL

The Proposer must submit a cost proposal it believes is necessary to accomplish the project objectives and activities of this RFP, in the form attached hereto, Attachment D, Proposed Activity Plan. The cost proposal should be itemized by each activity suggested by the proposer to accomplish project objectives.

The vendor's proposal must submit a cost proposal for the following scenario, which is an assumption, made only for evaluation purposes:

- Scenario – Proposer should assume a total budget of no more than $3,000,000.00

**IN NO WAY DOES THE FOREGOING BIND SOS TO ANY TOTAL BUDGET AMOUNT. THE FOREGOING IS PURELY AN ASSUMPTION TO BE UITLIZED SO THAT SOS MAY COMPARE PROPOSALS FROM DIFFERENT PROPOSERS ON A LIKE BASIS. THE ACTUAL TOTAL BUDGET MAY BE SIGNIFICATLY GREATER OR SIGNIFICANTLY LESS THAN THE SCENARIO PRESENTED IN THIS SECTION.**

### 3.6. EXPERIENCE AND CAPABILITY

The Contractor is likely to be a full-service advertising agency, providing account service, media buying, and creative services in-house.

Proposers shall provide:

- Brief profiles on individuals who will be part of Proposer's key personnel on the project, including, but not limited to, the individual's name, title, education, years of experience, role and responsibility on the project and hourly pricing for personnel staff that will work on the project.
    - The proposer's Project Manager shall have a minimum of five (5) years full service marketing experience or comparable experience; and
    - Key personnel shall have a minimum of three (3) years experience in their respective service area(s);
- Information demonstrating it is an established company engaged in the business of developing and implementing public information programs and initiatives for a minimum of five years;

- An example of a similar project of equal size completed in the last five (5) years that includes information on the project's:
    - Goals and objectives of the project, campaign or initiative;
    - Market research approach, to include target audience, stakeholder groups, messaging, campaign strategies and other related information;
    - Project Work Plan with milestones and deliverables;
    - Purchase of air time appropriate for target audience(s), including any "added value";
    - Project budget – was project accomplished within budget and if not explain why;
    - Tools, methods and processes used to evaluate the effectiveness of the project, campaign or initiative; and
    - Approach used to plan and implement innovative and effective advertising and public information strategies to achieve the desired results;

- A list of clients that includes decision-making personnel from at least two (2) previous projects of a similar size and complexity to this project. The project submitted to fulfill the above request may be one of these two project clients. Provide client contacts that have/had hands on, day to day knowledge of that project and your performance. Describe the services provided to those clients. The services shall have been provided by the proposer to the reference company or entity within five (5) years preceding the issue date of this RFP. By providing a client list, the proposer agrees that the SOS may contact any or all of the clients for reference regarding activities, performance and services provided; and

- The Proposer must provide a brief company history, including the founding date, the number of years it has been in business as currently constituted, and a brief description of its marketing, education and outreach philosophy.

TX_00298777

Consistent with the broad based goals set forth in Section 1.1 of this RFP, proposers should demonstrate how they meet the following vendor qualifications:

- Demonstrated experience in designing, managing and implementing statewide advertising campaigns, including but not limited to media buying, direct mail capabilities, online services, TV/radio/print advertising and survey research;

- The proposer's team has the ability to conduct outreach to various subgroups within the general voting population;

- Considerable in-house capabilities for production of collateral materials, literature and research;

- Education and outreach strategy, as well as creative consultation, production consultation and state-wide rollout strategy and associated training capabilities; and

- Experience in planning, creating and designing collateral materials and strategies to inform a statewide audience and various audiences such as those identified in Section 1.5.

The proposer shall submit the most recent three years audited financial statements, or if audited financial statements are unavailable, un-audited financial statements shall be submitted and certified as true, correct, complete, and accurate by the chief financial officer or treasurer of the respondent's company.

- The proposer shall be in good financial standing, not in any form of bankruptcy or insolvency, current in payment of all taxes and fees such as (but not limited to) state franchise fees, current in the payment of all its material debts and not currently involved in any type of litigation; and

- Provide the name, address, phone number, and e-mail address of the person SOS should contact with any questions regarding the response submission.

### 3.7.   HISTORICALLY UNDERUTILIZED BUSINESS (HUB) IDENTIFICATION

HUBs are encouraged to submit a proposal for the services requested in this RFP. Proposers are encouraged to become HUB certified. Proposers that are not certified and who wish to become certified should complete the HUB Certification application available at http://www.window.state.tx.us/procurement/prog/hub/hub-certification/. Proposers should also relay this information to any potential subcontractors who wish to become a certified HUB. Proposers that are certified as a HUB with the State Comptroller of Public Accounts should attach a copy of the certificate to the proposal.


### SECTION FOUR              REVIEW OF PROPOSALS

### 4.1.   REVIEW OF PROPOSALS

Review of proposals will begin as soon as practical after receipt. The proposers that receive favorable evaluations during the first round of evaluation may be asked to send a representative to Austin, Texas, at a time and place to be arranged, for oral presentation of proposals. However, SOS shall be under no obligation to request such oral presentations. Proposals may be re-evaluated and be considered along with the oral presentations, if any, before SOS makes a final award.

The recommendations of the evaluation team will be assembled and be presented to the Secretary of State. The Secretary of State may then request additional oral presentations from such proposer(s). Following such oral presentations, if applicable, the Secretary of State will:
1. Approve one proposal in whole or in part; or
2. Defer action on the proposals for purposes of further evaluation.

SOS reserves the right to utilize any or all presentation evaluation rounds in its final selection.

SOS will notify each proposed vendor in writing via email of its selection or non-selection. Additional copies of proposals not selected will be destroyed unless the proposer notifies SOS in writing within thirty (30) days of the date of such vendor's receipt of the non-selection letter requesting that the proposals be returned. Any such returned proposals will be at such proposer's expense.

### 4.2.   SELECTION CRITERIA

Proposals will be selected based on the ability of each proposer to carry out all of the requirements contained in this RFP.

TX_00298778



RESPONSE EVALUATION: Only complete responses with the listed required submittal documents and meeting minimum qualifications will be considered (Ref. Section 3). Failure to meet the minimum qualifications and submit the required documents will result in a response being declared non-responsive/disqualified.

STEP 1 INITIAL EVALUATION: The SOS evaluation committee will evaluate and score each response based on established criteria. Respondents/proposers shall not contact members of the evaluation team. Responses will be evaluated according to the respondent's ability to best satisfy SOS requirements. The evaluative criteria are as follows:

- Quality of response submission will comprise 50 percent of the evaluation total points possible; demonstrates an understanding and ability to plan and implement the project scope and requirements;
- Respondent qualifications will comprise 30 percent of the evaluation total points possible; and
- Pricing elements will be 20 percent of the evaluation total points possible.

STEP 2 ORAL PRESENTATION: SOS may request that a proposer give one or more oral presentations (See Section 1.7). SOS will evaluate each oral presentation. All responses will be evaluated according to the respondent's ability to demonstrate expertise in marketing, advertising and public relations as outlined in the written response. This presentation will aid in determining whether the specific vendor is well-qualified on the basis of ability, creativity and responsiveness.

The proposer and key proposed personnel should be prepared to address any questions that may be asked by SOS.

NEGOTIATIONS: Upon completion of oral presentation evaluations, SOS reserves the right to enter into negotiations with one or more proposers.

STEP 3 BEST AND FINAL OFFER (BAFO): SOS reserves the right to request a BAFO from the selected proposer(s). The selected proposer shall submit a final price and any added value. If more than one respondent reaches this level, the negotiated terms, references, BAFO and added values will be considered in the award. SOS will make the final determination on the best value.

AWARD: SOS reserves the right to award a Contract to the proposer that provides the best value to the state of Texas and SOS in performance of these services. SOS may award to a single vendor, multiple vendors, or use any combination that best serves the interest of SOS.

## SECTION FIVE          CERTAIN CONTRACTUAL REQUIREMENTS

### 5.1.  VENDOR'S PROPOSAL
The selected proposal may be incorporated into a contract prepared by the SOS for signature by the contracting parties.  No terms of proposal shall become terms of any contract arising out of this RFP unless expressly stated to be so in writing by SOS.

### 5.2.  TASK ACTIVITY APPROVAL BY SOS
The Contractor shall develop a Task Activity Plan for the voter outreach project.  SOS and the Contractor shall determine projected timelines.

Every effort must be made to produce public information materials well ahead of the determined deadlines.  Proofs of collateral and other promotional materials shall be submitted to SOS in a timely manner so that editing is implemented, approval given, and deadlines met.

The SOS will expect the Contractor to develop a cost-efficient plan that is responsive to SOS's educational needs.  In addition to identification and scheduling of projected activities, each activity shall include measurable objectives and estimated costs. Cost Estimate Approval forms may be amended as necessary and as mutually agreed to between SOS and the selected proposer.  COSTS NOT APPROVED IN WRITING BY SOS WILL NOT BE ELIGIBLE FOR REIMBURSEMENT OF ANY KIND AND WILL BE THE SOLE PAYMENT OR OBLIGATION OF THE CONTRACTOR.

### 5.3.  EXPENDITURE APPROVAL BY SOS
The Contractor must make recommendations for savings wherever possible. Prior to the development and execution of any activity the Contractor shall present the SOS Cost Estimate Approval forms with a total cost estimate for the activity.  If any particular line-item's cost will exceed the cost estimate, the Contractor must submit a revised cost estimate and obtain SOS approval for the increase.  The SOS will not be responsible for any expenditure that exceeds the amount approved by SOS on any Cost Estimate Approval form.

TX_00298779

Cost Estimate Approval forms shall be submitted to SOS not less than ten (10) calendar days prior to a project. The SOS project manager will approve or deny a project in writing within five (5) state working days of receipt.

All costs, including but not limited to, research, special project work, commissions, shipping, etc. must be completely detailed in any estimate submitted for approval. The estimate shall include any fee or commission for the Contractor or any subcontractor.

All purchases and expenditures made by the vendor shall be competitively bid, in accordance with current SOS guidelines for procurement of goods and services, and submitted to SOS on Cost Estimate Approval forms. When SOS guidelines require competitive bids, typically for purchases over $5,000, whenever possible, the vendor shall provide appropriate bid documentation with the Cost Estimate Approval, along with the vendor's recommendation, for SOS's approval. The Contractor is encouraged to utilize certified HUBs listed in the state's Centralized Master Bidders List or other available HUB lists whenever possible, for all purchases, when the quality and cost is equal to or better than other bids.

## 5.4.  PAYMENT

All payments are made in accordance with Texas Government Code §2251.001 et seq. Payments for Goods and Services (commonly known as the Prompt Payment Law). According to guidelines set forth by the Texas Comptroller of Public Accounts, the payment scheduling policy requires agencies to pay as close to the due date as possible in order to maximize fiscal benefits to the state. Payments are due in 30-days.

Unless otherwise indicated by SOS, payment is only by reimbursement upon satisfactory performance and delivery of goods and services.

Payment is contingent upon submission of a properly prepared invoice/expenditure report. The contract number/purchase order number must be shown on all invoices. The invoice shall include a detailed report indicating timelines for all activities (with associated task numbers) and services provided which are included in the invoice. Contractor services shall indicate specific personnel, hours worked and hourly rates as quoted. As noted above, the cost must have been pre-approved by SOS (in writing; hard copy or electronic). SOS project manager shall approve all activities invoiced before any payment will be processed. The information provided on each invoice/expenditure report must coincide with the tasks and cost categories outlined in the approved budget, as approved by the SOS.

Invoices may be submitted once every 30 days by email to SOSAccountsPayable@sos.state.tx.us and the SOS Project Manager. Monthly invoices should be accompanied by the current Task Activity Plan,

The cost of services rendered or materials produced by organizations on SOS's behalf and not a part of the Contractor's organization (out-of-vendor expenditures) shall be billed at actual cost (i.e., long-distance telephone calls, mailing, shipping, photocopying, and printing). Contractor must submit copies of invoices from all subcontractor's work or materials supplied at net cost.

Advance payments for services will be provided to Contractor only for media air time or space when the activity cost is $75,000.00 or more. Upon Contractor's receipt of printed verification from supplier of the media air time or space, Contractor shall invoice SOS and SOS shall pay such invoice within three business days from receipt. Other related fees such as Contractor's fees/commissions will be paid using the standard payment methods addressed in the Contract arising out of this RFP. Prepayments will be made using electronic transfer of state funds by the State Comptroller.

## 5.5.  INSURANCE

All required bonds and insurance as specified in this RFP must be issued by companies or financial institutions which are financially rated A or better as rated by A.M. Best Company and duly licensed, admitted, and authorized to do business in the State of Texas. SOS shall be named as the Obligee in each required bond and as an Additional Insured in each required insurance contract. Except as otherwise expressly provided herein, required coverage must remain in effect throughout the term of the Contract and provide full coverage for incidents discovered after termination of the contract. The Contractor must submit copies of each required insurance contract, and any renewals thereof, to SOS no later than January 1 of each year, except for the first year of the Contract in which the copies of the required insurance contracts must be submitted within fifteen (15) days after contract execution, or as otherwise provided herein. Contractors must submit required bonds when and as required by this RFP. The Contractor and/or insurance carrier must notify SOS of any cancelation of a policy or renewal 30 days prior to any expiration, cancelation and/or renewal date and failure to do so may be grounds for termination.

TX_00298780



### 5.6. GENERAL LIABILITY INSURANCE

A Contractor must maintain general liability insurance coverage with limits of not less than one million dollars ($1,000,000) for injury to any one person, two million dollars ($2,000,000) for any one occurrence of personal injury, and one million dollars ($1,000,000) for any one occurrence of property damage. A Contractor shall provide SOS with proof of such coverage upon execution of the definitive contract and thereafter no later than January 1st of each year such contract is in force.

### 5.7. ERRORS AND OMISSION INSURANCE

A Contractor must maintain professional liability errors and omissions insurance of not less than five hundred thousand dollars ($500,000), to be in force and effect during the term of a definitive contract including any extension thereof and one year thereafter. **COVERAGE MUST INDEMNIFY SOS FOR DIRECT LOSS DUE TO ANY ERROR OR OMISSION CAUSED BY THE CONTRACTOR PARTIES (AS DEFINED LATER IN THIS RFP) REGARDLESS OF WHETHER SOLE OR CONCURRENT NEGLIGENCE OR FAULT OF ANY KIND ON THE PART OF THE STATE PARTIES (AS DEFINED LATER IN THIS RFP) IS DETERMINED TO EXIST. THE CONTRACTOR SHALL PROVIDE THE SOS WITH PROOF OF COVERAGE UNDER THIS SECTION 5.7 UPON EXECUTION OF SUCH CONTRACT AND THEREAFTER NO LATER THAT JANUARY 1ST OF EACH YEAR SUCH CONTRACT IS IN FORCE.**

### 5.8. PERFORMANCE BOND

Contractor shall, at the time of execution of the Contract, be required to provide a performance bond in the amount of ONE HUNDRED SEVENTY-FIVE THOUSAND DOLLARS ($175,000) during the term of any definitive contract.

The bond must be maintained in full force and effect for the term of such contract. The bond shall be forfeited to SOS if the Contractor fails to perform as required by such contract.

The performance bond must be received by SOS not later than fifteen (15) days after execution of the definitive Contract.

### 5.9. TRAVEL EXPENSES

SOS may require weekly meetings at SOS headquarters and/or teleconferences to discuss status of implementation of the Task Activity Plan(s). Contractor will not be reimbursed for any travel expenses related to these status meetings.

The Contractor is expected to use its best efforts to minimize expenditures of state funds when traveling to fulfill its obligations under any Contract arising out of this RFP. The Contractor shall use its best efforts to secure the most advantageous airline, hotel and ground transportation rates available. Photocopies of receipts are required for all travel reimbursements, including meals. No reimbursement will be made for tips, gratuities, alcohol, valet parking, room service or any purchases not directly related to the purpose of the travel. Mileage reimbursement for use of a personal or company-owned vehicle will be at the rate established by the Texas State Comptroller of Public Accounts. Contractor must adhere to the State's travel guidelines as promulgated by the Texas State Comptroller of Public accounts, where commercially reasonable and obtain prior approval if unable to adhere to such travel guidelines resulting in higher costs.

https://fmx.cpa.state.tx.us/fmx/travel/textravel/index.php

### 5.10. PERSONNEL CONTINUITY AND REPLACEMENT

SOS recognizes those events beyond the control of the Contractor such as the death, physical or mental incapacity, long-term illness, or the voluntary termination of employment of key personnel will require the Contractor to offer a replacement. In the event such a replacement is necessary, the Contractor agrees that personnel shall not begin work on the project without prior written approval from SOS.

The Contractor agrees that the project manager and key personnel assigned to all projects shall remain available throughout the entirety of each project and throughout the term of the Contract arising out of this RFP as long as those individuals are employed by the Contractor.

If SOS determines the project manager or key personnel are unable to perform in accordance with the service requirements or to communicate effectively, the Contractor shall immediately remove that person.

Proposed replacement personnel shall meet minimum qualifications and have experience comparable to the person(s) being replaced. Replacement personnel shall be provided at no additional cost to SOS. Resume(s) and reference(s) will be provided to SOS for the proposed replacement(s). SOS may reject

TX_00298781

any replacement if references or past working performance is questionable or unfavorable. SOS will be the sole judge of the qualifications of the proposed replacement personnel.

## 5.11.  QUALITY ASSURANCE PLAN

The Contractor shall provide a comprehensive, continuous, and measurable quality assurance plan. The plan shall include:

- o  Strategies and processes to promote quality;
- o  Procedures to periodically measure and report quality performance to SOS throughout the term of the Contract arising out of this RFP;
- o  Performing internal audits of the Contractor's operations;
- o  Employing external audit firms to conduct audits of the Contractor's operations when requested by SOS, provided that no expenditure for such audits shall be made without SOS's prior approval; and
- o  Controls to assure quality and consistency throughout the term of the contract arising out of this RFP.

## 5.12.  DELIVERABLES

The Contractor shall submit:

- o  Products and materials as determined and agreed on through the task activity plan process;
- o  All documentation (i.e., reports, task activity plans, monthly reports, final reports) in a format approved by SOS.  All documentation delivered shall be clear, concise, complete and in compliance with standards required the SOS Contract Manager;
- o  The monthly progress reports (described below) not later than ten (10) days after the end of each reporting period, save and except the HUB Progress Assessment Report which is due no later than the 16th day of the month for the prior month reporting period; and
- o  The final report (described below) summarizing the project activities, accomplishments and recommendations for a possible future voter education and outreach program.

## 5.13.  REPORTS

The Contractor shall submit the following reports, as specified.

### 5.13.1  Monthly Reports

These reports shall be delivered to SOS no later than the 10th calendar day of each month and shall include the following:

- o  Tracking report - includes a log sheet which records all monthly media placements generated during the prior month's period including but not limited to number of media value generated, circulation, title of publication/program, title of article, media type, publication date description of activity that generated article/program;
- o  On Going and Complete Projects Update - a description and evaluation of all on-going projects and activities completed by the Contractor (including all necessary back-up) during the prior month's period, including but not limited to all services and work products (e.g., materials production/distribution, industry events, research, trade relations, special events, promotions cooperative marketing ventures, etc.);
- o  Budget Report - a monthly accounting of the prior month's expenditures, including the monthly service fee and all reimbursables by project/task, projected future expenditures, a cumulative total for the fiscal year and contract period, and an available budget balance for the remainder of the contract period and fiscal year;
- o  Subcontracting Report - a monthly report of all subcontracts awarded during the month, including HUBs and non-HUBs, the amount of each subcontract, subcontractor vendor identification numbers, the total dollar value of all subcontracts, and any payments made to such during the reporting period.  The state's HUB Progress Assessment Report form shall be used to report this subcontractor information;
- o  Anticipated work schedule - identifies all projected activities and includes measurable objectives, an estimated budget, and per project cost estimates for all activities to be performed by the Contractor during the next month.  No work on any activities shall be performed without the prior written approval of SOS;
- o  Complimentary Assistance Generated - total retail dollar value of all complimentary promotional assistance provided by SOS partners participating in cooperative marketing, promotional, and other activities under the contract;

TX_00298782

- Texas State Library Filings report - a report and listing of all work products (e.g., brochures, films, recordings reports, documents, etc.) produced under the contract that may be subject to filing with the Texas State Library per the Texas Administrative Code, Title 13, Chapter 3, and delivery of sufficient quantities of qualifying products to SOS; and
- Contractor's Evaluations and Recommendations - Contractor's evaluation on all services (including all work projects and work products) performed under the Contractor's plan of action during the previous month and any recommendations for improvements, including plan revisions and additional services proposed for future implementation.

### 5.13.2  Media Reports
- Detailed projected media placement report prior to each phase; and
- Detailed actual media placement report after each phase.

### 5.13.3  Final Report

On or before January 31, 2013, the Contractor shall submit to SOS a written report that provides a comprehensive overview of the performance of the Contractor's representation services, including but not limited to, a review of all project activities, major accomplishments, performance summary (including all performance measures), industry awards received, final public awareness tracking, and recommendations for a possible future voter outreach program.

TX_00298783

EXHIBIT 10

EXHIBIT 10:

BATES #'s

TEX 0525002 &

TEX 0525003



# Georgia Secretary of State
# Brian P. Kemp





Exhibit 11

## Photo Identification: Voter Identification Cards

| Year | Cards Issued |
|------|--------------|
| 2006 | 2,182 |
| 2007 | 4,229 |
| 2008 | 12,332 |
| 2009 | 2,473 |
| 2010 | 2,683 |
| **Grand Total** | **23,899** |





Georgia Secretary of State

# Brian P. Kemp



11-2-

## Photo Identification: Costs

| Georgia Voter ID Card System | |
|---|---|
| 2006 Initial Contract Amount | $588,965.00 |
| Annual Costs and Training, 2008 - 2010 | $169,370.25 |
| Election Personnel Online Training | $15,000 |
| **Grand Total** | **$773,335.25** |





# Georgia Secretary of State
# Brian P. Kemp



## Photo Identification: Outreach and Education Highlights

- ✓ 5,720 radio PSAs featuring then-Secretary of State Karen Handel and Atlanta Falcons players.
    - ✓ Increased awareness of the photo ID requirement, voter registration deadlines, and early voting options.
- ✓ Atlanta Falcons home games featured end zone-to-end zone LED banners directing fans to visit the Secretary of State's website for more information on photo ID, voter registration and early voting.
- ✓ Radio ads were purchased statewide on Clear Channel stations for airing during news casts, traffic reports, Atlanta Braves games, and on Clear Channel websites.
- ✓ 400 ads were placed inside Atlanta's MARTA buses to remind riders of photo ID.





Georgia Secretary of State

# Brian P. Kemp



## Photo Identification: Outreach and Education

| Media Type | Number |
|---|---|
| Direct Mail and Utility Bill Inserts | Over 5,009,700 pieces |
| Packages of Photo ID Materials to NGOs (Chambers of Commerce, Churches, Libraries) | 633 packages; over 57,000 pieces |
| Automated Reminder Phone Calls | 83,500 |
| Video PSAs | 1,232 |
| Radio PSAs | Over 60, 610 |
| Press releases | 70 |



EXHIBIT 12

## LEGISLATIVE BUDGET BOARD
### Austin, Texas

### FISCAL NOTE, 82ND LEGISLATIVE REGULAR SESSION

### May 11, 2011

**TO:** Honorable David Dewhurst, Lieutenant Governor, Senate

**FROM:** John S O'Brien, Director, Legislative Budget Board

**IN RE: SB14** by Fraser (Relating to requirements to vote, including presenting proof of identification; providing criminal penalties. ), **As Passed 2nd House**

---

**Estimated Two-year Net Impact to General Revenue Related Funds** for SB14, As Passed 2nd House: a negative impact of ($2,024,000) through the biennium ending August 31, 2013.

The bill would make no appropriation but could provide the legal basis for an appropriation of funds to implement the provisions of the bill.

---

General Revenue-Related Funds, Five-Year Impact:

| Fiscal Year | Probable Net Positive/(Negative) Impact to General Revenue Related Funds |
|---|---|
| 2012 | ($2,024,000) |
| 2013 | $0 |
| 2014 | $0 |
| 2015 | $0 |
| 2016 | $0 |

All Funds, Five-Year Impact:

| Fiscal Year | Probable Savings/(Cost) from *General Revenue Fund* 1 |
|---|---|
| 2012 | ($2,024,000) |
| 2013 | $0 |
| 2014 | $0 |
| 2015 | $0 |
| 2016 | $0 |

Fiscal Analysis

The bill would exempt certain disabled voters from presenting additional identification for voting, other than the voter registration certificate, if the voter submits written document from the United States Social Security Administration evidencing the applicant has a disability or the Department of Veterans Affairs evidencing the applicant has a disability rating of at least 50 percent along with a statement that the applicant does not have an acceptable form of identification. The bill would also require voter registration certificates to contain an indication that the disabled voter is exempted from presenting additional identification, other than the voter registration certificate, before being accepted for voting.

The bill would require the voter registrar of each county to provide a notice of identification requirements for voting with each initial voter registration certificate or renewal registration certificate

issued. The Secretary of State (SOS) and the voter registrar of each county that maintains a website would be required to post on their websites, in each language in which voter registration materials are available, a notice of the identification requirements, and county clerks would be required to post a physical copy in each language voter registration materials are available. SOS would be required to prescribe the wording of these notices. SOS would also be required to establish a statewide effort to educate voters regarding the identification requirements for voting and would be required to include education targets at low-income and minority voters.

The bill would require training standards to include instructions on the acceptance and handling of the identification presented by a voter to an election officer and each election clerk would be required to complete this training.

The presiding judge at each polling place would be required to post in a prominent location outside of the location a list of the acceptable forms of identification and the list would have to be separate from any other notices.

The Secretary of State would be required to develop standards for accepting voters when determining whether the voter's name on the voter's form of identification is substantially similar when the name does not match exactly with the name on the list of registered voters and the voter submits an affidavit stating that the voter is the person on the list of registered voters.

The Secretary of State would be required to prescribe the wording for written notifications of the identification requirements for voting beginning with elections held after January 1, 2012 and election officers would be required to provide this written notification of voting identification requirements to voters who do not meet identification requirements. This section would expire September 1, 2017.

The Secretary of State would be required to prescribe procedures for voters who provisionally vote without proper identification to present proof of identification to the voter registrar not later than the sixth day after the date of the election.

The bill would require a temporary license issued by the Department of Public Safety (DPS) to include the photograph of the person to whom the license is issued and would require the temporary license to be issued on the day of application if all application requirements are met. If the applicant is out of state or a member of the armed forces of the United States, DPS would be allowed to issue a temporary license without a photograph of the license holder until the applicant has time to appear and be photographed and a license with a photograph is issued.

The Department of Public Safety (DPS) would be prohibited from collecting a fee for a personal identification certificate or a duplicate personal identification certificate issued to a person who states that they are obtaining the personal identification certificate to meet voting identification requirements and does not have another form of acceptable identification and that person meets certain other voter registration criteria.

The bill would repeal Sections 63.007 and 63.008 of the Election Code related to voters with incorrect certificates who are not on the voter list and voters without certificates who are not on the voter list.

The Secretary of State (SOS) would be required to adopt the training standards and to develop training materials as soon as practicable after September 1, 2011. Each county clerk would be required to provide a session of training using the standards adopted by and the materials developed by SOS as soon as practicable as well.

The bill would change an offense under this section after January 1, 2012 to a second degree felony from a third degree felony unless the person is convicted of an attempt, in which case, the offense would be a state jail felony instead of a Class A misdemeanor.

The bill would expand the uses of state funds disbursed under Chapter 19 of the Election Code to include additional expenses related to coordinating voter registration drives or other activities designed to expand voter registration. This section would expire January 1, 2013.

The bill would state that if any provision in the bill is found by a court to be invalid, the remainder of the bill would be allowed to stand alone.

Sections pertaining to providing notice of voter identification requirements, providing voter identification training, providing voter education to the public, and expanding the uses of voter registration funds would be effective September 1, 2011. The remainder of the bill would be effective January 1, 2012.

### Methodology

The fiscal impact of the bill excluding technology costs is estimated to be $2,000,000 million for fiscal year 2012 out of the General Revenue Fund. The estimate includes $0.5 million to research and develop ways to inform the public of the new identification requirements. Additional costs are estimated to be $1.5 million for media advertisements: television ($750,000), radio ($300,000), print ($300,000), and internet ($150,000). The Secretary of State indicates that federal funds associated with the Help America Vote Act (HAVA) may be available for use but the agency would first need to verify this with the federal government.

The Secretary of State would also be required to prescribe the wording for voter identification requirement notifications in each language voter registration materials are available, develop training materials on voter identification requirements, and develop standards for accepting voters when determining whether the voter's name on the voter's form of identification is substantially similar to the name on the list of registered voters. It is assumed that any fiscal implication associated with these responsibilities could be absorbed within existing resources.

The fiscal impact of expanding the uses of funds disbursed under Chapter 19 of the Election Code to include coordinating voter registration drives or other activities designed to expand voter registration is unknown because it is not known how many voter registration drives or other activities designed to expand voter registration would occur.

The fiscal impact of the costs and revenue loss from the prohibition of DPS to collect a fee for a personal identification certificate and duplicate personal identification certificate issued to a person seeking the certificate for the purpose of voting is unknown because it is not known how many people would make a request for a personal identification certificate for voting.

### Technology

The technology fiscal impact of the bill is estimated to be $24,000 for programming costs associated with creating an indicator on voter registration certificates for voters with certain disabilities. The notification would inform election officers at polling places that voters with certain disabilities are exempted from presenting additional identification other than the voter registration certificate. The Secretary of State indicates that federal funds associated with the Help America Vote Act (HAVA) may be available for use but the agency would first need to verify this with the federal government.

It is assumed that the state's online portal would need to be modified to allow the Department of Public Safety (DPS) to transmit photographs to be printed on duplicate personal identification certificates. If the DPS and the state's online portal systems are compatible for transmission, it is assumed that the fiscal impact of this could be absorbed within existing resources. If the systems are not compatible, it is assumed there would be additional costs.

### Local Government Impact

The bill would require counties to notify registered voters of changes online if the county maintains a website, at polling locations, and included with voter registration certificates. Election clerks would be required to undergo training regarding accepted forms of voter identification. The bill would also require an applicant who wishes to receive an exemption from certain voter identification requirements on the basis of disability to include with the person's application documentation that the applicant has been determined to have a disability.

Texas Association of Counties (TAC) gathered the following information from counties:

Bexar County stated that due to limited space on current registration certificates, larger cards would be necessary resulting in additional costs of $381,256 for cards, printing and postage. Bexar County also reported costs of $1,500 for providing voter ID informational posters in Spanish and English in 24-point font, and $2,500 in new costs per election regarding printing new forms and provisional envelopes for information for voters not accepted for voting because of failure to present the required identification. Bexar County also anticipates $50,000 in new costs associated with scanning disability affidavits and another $50,000 associated with being required to validate provisional envelopes.

Brazoria County estimated that the county clerk would be responsible $1,500 in new costs to reprint provisional envelopes. The Brazoria County Tax Assessor-Collector anticipates $40,159 in new costs associated with printing provisional envelopes, in addition to the costs of printing new voter information (Brazoria County reported that these costs would vary depending on the specific requirements of the information to be provided).

Tarrant County anticipated a one-time cost of $8,000 to reprint provisional balloting materials and provide new notices.

Comal County anticipated approximately $30,000 in new costs per election for staff at voting precincts and the early voting ballot board. The Comal County Tax Office reported costs of $2,860 to print identification requirements, $22,700 for envelopes, and $19,880 for postage to comply with the provisions of the bill.

**Source Agencies:**   307 Secretary of State, 313 Department of Information Resources, 405 Department of Public Safety

**LBB Staff:** JOB, SD, MS, BTA, KKR

*EXHIBIT 13*

*13-1*

## 2014 Voter Education Campaign Phase 1- about $400,000 (HAVA)

I.   Paid Media

    A.  Used TV, Radio, Print and Online advertising

    B.  Generated more than 14 million impressions

    C.  Leveraged PSA to double budget, usually received a 1 for 1 match

    D.  Targeted rural voters, African American voters, and Hispanics

    E.  All paid media in English and Spanish

    F.  The ads polled well in post-phase I research. When shown the TV ad, 4 out of 5 said they felt favorable to the TV ad and 3 out of 4 found the ad informative and easy to understand.

II.  Earned Media

    A.  Secretary Berry visited more than 7 media markets across the state to promote voter education and knowledge of photo ID requirements

    B.  press releases sent and printed throughout the state

    C.  Secretary Berry wrote an op-ed which appeared in the Houston Chronicle.

    D.  Radio tours where Secretary Steen called radio stations across the state for interviews publicizing the photo ID requirements

    E.  Media releases for all our EIC locations, and Houston Press Conference for EIC mobile station kickoff

III. Web and Social Media

    A.  frequent photo ID messages  and reminders posted to our established VoteTexas twitter and facebook and reweeted through SOS twitter account

    B.  early use of VoteTexas Instagram to encourage voting, role will be expanded in phase II of the campaign

    C.  VoteTexas app updated and reflected photo ID info

TEX0524659

13-2

## 2014 Voter Education Campaign Phase II- about $1.6 million (HAVA)

### Please note: Phase II is in the planning stage

I.  Paid Media
    A.  continue to use TV, Radio, Print and Online advertising
    B.  focus outreach on Hispanic voters, African American Voters, rural voters and young voters
    C.  Will likely continue to use the same advertisements as phase I as those were well received and effective
    D.  May use other forms of paid media such as outdoor advertising and direct mail to get the word out

II.  Earned Media
    A.  Secretary Berry will continue to travel the state to promote voter education
    B.  PR efforts to remind people of May 10 and May 27 elections
    C.  we will continue to distribute and promote press releases sent and printed throughout the state
    D.  Op-eds from Secretary Berry and possibly other opinion leaders
    E.  Radio tours where Secretary Steen called radio stations across the state for interviews publicizing the photo ID requirements
    F.  Media releases for all our EIC locations
    G.  outreach and information kits to stakeholders such as faith groups, community groups, elected officials, appropriate opinion leaders
    H.  Special events to help promote VoteTexas resources

III.  Web and Social Media
    A.  frequent photo ID messages  and reminders posted to our established VoteTexas twitter and facebook and reweeted through SOS twitter account
    B.  expanded use of Instagram account to compliment other social media activities
    C.  Continue to update and promote photo ID educational materials on VoteTexas.gov

TEX0524660

*13-3*

# FALL 2013 Campaign $400,000 (all non-HAVA money)

I. Paid Media
   A. Used TV, Radio, Print and Online advertising
   B. Generated more than 25 million impressions
   C. Leveraged PSA to double budget, usually received a 1 for 1 match
   D. Reached 251 counties through TV or Radio*
   E. Targeted rural voters, African American voters, and Hispanics
   F. All paid media in English and Spanish
   G. Some print items also produced in Vietnamese and Mandarin

II. Earned Media
   A. Secretary Steen visited more than one dozen media markets across the state for events to promote voter education and knowledge of photo ID requirements(list below)
   B. press releases and op-eds from Secretary Steen sent and then printed throughout the state
   C. Info packets given to House and Senate members including draft releases about photo ID which were distributed and used across the state
   D. Radio tours where Secretary Steen called radio stations across the state for interviews publicizing the photo ID requirements, redistributed by DPS
   E. Media releases for all our EIC locations, and Houston Press Conference for EIC mobile station kickoff

III. Web Social Media
   A. frequent photo ID messages and reminders posted to our established VoteTexas twitter and facebook and reweeted through SOS twitter account
   B. updates of photo ID info and EIC locations on VoteTexas.gov
   C. VoteTexas app updated and reflected photo ID info
   D. Resources such as photo ID TV and Radio educational ads, posters, and other tools were added to the Resources Section of VoteTexas.gov and promoted to county election officials and other stakeholder groups and the media.

*The three counties not reached through TV or Radio are: Zavala, Crane, Terrell. These counties were reached through other efforts.

Places Secretary Steen Visited on photo ID education tour: San Antonio, Corpus Christi, Pharr, Fort Bend, Midland, Dallas, Fort Worth, Wichita Falls, Austin, Abilene, Eastland, Weatherford, Amarillo, Lubbock, Del Rio, Kingsville, Houston

TEX0524736

**Media/Public Outreach: Election Identification Certificates**
*Texas Department of Public Safety*
August 30, 2012 – May 19, 2014

| | |
|---|---|
| **Aug 2012 – Present** | DPS Media and Communications Office fielded a variety of media inquiries related to election identification certificates (EIC) |
| **2012** | Posted language on DPS website explaining the status of SB14, in that it was pending litigation. |
| **06.25.13** | DPS issues statewide <u>press release</u> announcing EICs will be available at all driver license offices beginning 6.26.13. Press release explains that a photo id is now required for voting in elections in Texas; explains eligibility, application process and requirements; and other facts regarding the issuance and use of the EIC |
| **06.25.13 – Present** | SE Troopers conduct various interviews regarding EIC availability |
| 06.25.13 | DPS issues Tweet related to EICs |
| 08.02.13 | DPS issues Tweet related to EICs |
| 08.07.13 | DPS issues Tweet related to EICs |
| 08.21.13 | DPS issues Tweet related to EICs |
| 09.04.13 | DPS issues Tweet related to EICs |
| **09.13.13** | DPS issues statewide <u>press release</u>: "Select Driver License Offices Open Saturdays to Issue Election Identification Certificates" |
| 09.13.13 | DPS issues Tweet related to EICs |
| 09.13.13 | DPS issues Facebook post related to EICs |
| **09.24.13** | DPS issues statewide <u>press release</u>: "Mobile Stations to Issue Election Identification Certificates Across Texas Beginning Oct. 1" |
| 09.20.13 | DPS issues Tweet related to EICs |
| 09.24.13 | DPS issues Tweet related to EICs |
| 09.25.13 | DPS issues Facebook post related to EICs |
| 10.08.13 | DPS issues Tweet related to EICs |
| 10.21.13 | DPS issues Tweet related to EICs |

**Media/Public Outreach: Election Identification Certificates**
*Texas Department of Public Safety*
August 30, 2012 – May 19, 2014

| | |
|---|---|
| 10.22.13 | DPS issues Tweet related to EICs |
| 10.22.13 | DPS issues Tweet related to EICs |
| 10.23.13 | DPS issues Tweet post related to EICs |
| 10.23.13 | DPS issues Tweet post related to EICs |
| 10.23.13 | DPS issues Facebook post related to EICs |
| 10.24.13 | DPS issues Tweet post related to EICs |
| 10.24.13 | DPS issues Facebook post related to EICs |
| **10.25.13** | DPS issues statewide <u>press release</u>: "REMINDER: Select Driver License Offices Open Saturdays to Issue Election Identification Certificates; *Certificates also available at mobile stations, select county locations throughout the state"* |
| **10.25.13 – 11.05.13** | **DPS issues local press releases announcing county-run EIC operations, providing county contact information** |
| **10.25.13 – 11.05.13** | **DPS issues local press releases announcing DPS mobile station locations / schedules in counties w/o a DL Office** |
| **10.25.13 – 11.05.13** | DPS issues "In Case You Missed It" press releases highlighting Secretary of State press releases, announcing 25 mobile station locations/schedules in select areas of the state |
| 10.25.13 | DPS issues Tweet related to EICs |
| 10.25.13 | DPS issues Tweet related to EICs |
| 10.25.13 | DPS issues Facebook post related to EICs |
| 10.25.13 | DPS issues Facebook post related to EICs |
| 10.28.13 | DPS issues Tweet related to EICs |
| 10.29.13 | DPS issues Tweet related to EICs |
| 10.29.13 | DPS issues Facebook post related to EICs |
| 10.30.13 | DPS issues Tweet related to EICs |

## Media/Public Outreach: Election Identification Certificates
*Texas Department of Public Safety*
August 30, 2012 – May 19, 2014

| | |
|---|---|
| 10.31.13 | DPS issues Tweet related to EICs |
| 10.31.13 | DPS issues Facebook post related to EICs |
| 11.04.13 | DPS issues Tweet related to EICs |
| 11.04.13 | DPS issues Facebook post related to EICs |
| **01.29.14** | DPS issues statewide <u>press release</u>: "DPS Reminds Texans: Election Identification Certificates Available at Driver License Offices" |
| 01.29.14 | DPS issues Tweet related to EICs |
| 01.29.14 | DPS issues Facebook post related to EICs |
| 01.29.14 | DPS issues Facebook post related to EICs |
| 01.29.14 | DPS issues Facebook post related to EICs |
| **02.03.14** | DPS issues statewide <u>press release</u>: "Select Driver License Offices Open Saturdays to Issue Election Identification Certificates; *Certificates also available at mobile stations, select county locations"* |
| 02.03.14 | DPS issues Tweet related to EICs |
| 02.03.14 | DPS issues Facebook post related to EICs |
| **02.03.14 – 03.04.14** | **DPS issues local press releases announcing county-run EIC operations, providing county contact information** |
| **02.03.14– 03.04.14** | **DPS issues local press releases announcing DPS mobile station locations / schedules in counties w/o a DL Office** |
| 02.05.14 | DPS issues Tweet related to EICs |
| 02.06.14 | DPS issues Tweet related to EICs |
| 02.06.14 | DPS issues Tweet related to EICs |
| 02.06.14 | DPS issues Facebook post related to EICs |
| 02.10.14 | DPS issues Tweet related to EICs |
| 02.10.14 | DPS issues Facebook post related to EICs |

*14—4*

**Media/Public Outreach: Election Identification Certificates**
*Texas Department of Public Safety*
August 30, 2012 – May 19, 2014

| | |
|---|---|
| 02.12.14 | DPS issues Tweet related to EICs |
| 02.14.14 | DPS issues Tweet related to EICs |
| 02.14.14 | DPS issues Facebook post related to EICs |
| **02.18.14** | DPS issues statewide <u>press release</u>: "DPS Reminds Texans: Election Identification Certificates Available at Driver License Offices, Mobile Stations" |
| 02.18.14 | DPS issues Tweet related to EICs |
| 02.18.14 | DPS issues Tweet related to EICs |
| 02.18.14 | DPS issues Facebook post related to EICs |
| 02.19.14 | DPS issues Tweet related to EICs |
| 02.21.14 | DPS issues Facebook post related to EICs |
| 02.21.14 | DPS issues Tweet related to EICs |
| 02.24.14 | DPS issues Tweet related to EICs |
| 02.24.14 | DPS issues Facebook post related to EICs |
| 02.26.14 | DPS issues Tweet related to EICs |
| 03.03.14 | DPS issues Tweet related to EICs |
| 03.03.14 | DPS issues Facebook post related to EICs |
| **04.17.14** | DPS issues statewide <u>press release</u>: "DPS Reminds Texans: Election Identification Certificates Available at Driver License Offices" |
| 04.17.14 | DPS issues Tweet related to EICs |
| 04.17.14 | DPS issues Facebook post related to EICs |
| **04.23.14** | DPS issues statewide <u>press release</u>: "Select Driver License Offices Open Saturdays to Issue Election Identification Certificates; *Certificates also available at mobile stations, select county locations*" |

14-5

**Media/Public Outreach: Election Identification Certificates**
*Texas Department of Public Safety*
August 30, 2012 – May 19, 2014

| | |
|---|---|
| 04.23.14 | DPS issues Tweet related to EICs |
| 04.23.14 | DPS issues Facebook post related to EICs |
| **04.23.14** | DPS begins issuing local press releases announcing county-run EIC operations, providing county contact information |
| 04.28.14 | DPS issues Tweet related to EICs |
| 04.30.14 | DPS issues Tweet related to EICs |
| 05.01.14 | DPS issues Facebook post related to EICs |
| 05.02.14 | DPS issues Tweet related to EICs |
| 05.05.14 | DPS issues Tweet related to EICs |
| 05.06.14 | DPS issues Facebook post related to EICs |
| 05.07.14 | DPS issues Tweet related to EICs |
| 05.09.14 | DPS issues Tweet related to EICs |
| 05.12.14 | DPS issues Tweet related to EICs |
| 05.14.14 | DPS issues Tweet related to EICs |
| 05.13.14 | DPS issues Facebook post related to EICs |
| 05.16.14 | DPS issues Tweet related to EICs |
| 05.16.14 - 05.27.14 | DPS to continue issuing regular Tweets and Facebook posts related to EICs |

*Exhibit 15*

TRANSCRIPT OF PROCEEDINGS BEFORE

THE SENATE OF THE STATE OF TEXAS

EIGHTY-SECOND LEGISLATURE

(COMMITTEE OF THE WHOLE SENATE)

AUSTIN, TEXAS

IN RE:                          §
                                §
CONSIDERATION OF                §
SENATE BILL 14                  §



U.S. EXHIBIT
287
McGeehan  6-3-12

COMMITTEE OF THE WHOLE SENATE

TUESDAY, JANUARY 25, 2011

BE IT REMEMBERED THAT AT 8:05 a.m., on

Tuesday, the 25th day of January 2011, the above-

entitled matter continued at the Texas State Capitol,

Senate Chamber, Austin, Texas, before the Committee of

the Whole Senate. The following proceedings were

reported by Aloma J. Kennedy, Lorrie A. Schnoor and Kim

Pence, Certified Shorthand Reporters.

#22

VOLUME 2                          PAGES 20 - 542

CONSIDERATION OF SENATE BILL 14 1/25/2011

1          SEN. WENTWORTH:  And then you found a new

2   location on Pat Booker Road out near Randolph Air Force

3   Base, and my constituents are very pleased with that

4   improvement and were grateful that that improvement has

5   been made.

6          MS. DAVIO:  Thank you so much.

7          SEN. WENTWORTH:  Thank you.

8          MS. DAVIO:  I appreciate that.  It's nice

9   to hear a good story.

10          SEN. WENTWORTH:  You bet.

11          CHAIRMAN DUNCAN:  Thank you, Senator

12   Wentworth.

13          Are there any other questions of the

14   resource witness?

15          (No response)

16          CHAIRMAN DUNCAN:  All right.  Thank you

17   very much, Ms. Davio.

18          MS. DAVIO:  Uh-huh.

19          CHAIRMAN DUNCAN:  All right.  The Chair

20   calls Ann McGeehan, Secretary of State's Office.  If

21   you'll state your name and who you represent, please.

22          TESTIMONY BY ANN McGEEHAN

23          MS. McGEEHAN:  Ann McGeehan, and I'm

24   Director of Elections in the Texas Secretary of State's

25   Office.

CONSIDERATION OF SENATE BILL 14 1/25/2011

1           CHAIRMAN DUNCAN:  All right.  Thank you,

2    Ms. McGeehan.

3               The Chair recognizes Senator Davis.

4               QUESTIONS FROM SENATE FLOOR

5               SEN. DAVIS:  Hello.  Good evening.  Thank

6    you so much for being here with us to provide answers

7    for our questions.  I know you've had a long day.

8               I just want to ask you a few questions

9    about the current state of voter education as its taking

10   place today in the Secretary of State's Office.  Can you

11   describe for us the use of the HAVA funds and how those

12   are currently being used today?

13              MS. McGEEHAN:  We received -- when

14   Congress passed the Help America Vote Act, the state of

15   Texas received a set amount of funds.  And pursuant to

16   the Help America Vote Act, there are certain purpose

17   areas that we can use those funds for, and one of the

18   purpose areas is voter education.  So since two -- we

19   have conducted three statewide education -- voter

20   education programs, one in 2006, one in 2008 and one in

21   2010 using those federal dollars.  And they have been --

22   we've worked with a public education firm to do

23   research, and then they develop creative material.  We

24   run PSAs on TV, radio.  In this last cycle, 2010, we

25   used the Internet quite a bit as well.

15-4

437

CONSIDERATION OF SENATE BILL 14 1/25/2011

1          SEN. DAVIS:  And how many people do you
2   think you reach through your voter education efforts
3   right now?  And how much have each of those cycles of
4   voter education effort cost?
5          MS. McGEEHAN:  The average cost is about
6   $3 million for each one, around that amount.  As far as
7   the number of people we've touched through the campaign,
8   we do have some reports on that.  I don't have that
9   number at my fingertip, but we have a report for each
10  one of the voter education campaigns that talks a little
11  bit about the effectiveness and how many people saw the
12  media spots and things of that nature.
13         SEN. DAVIS:  And are the Help America Vote
14  Act funds funds that are continually given to the state
15  from the federal government, or was it a one-time
16  disbursement that's been used over the course of those
17  three cycles?
18         MS. McGEEHAN:  It was authorized in that
19  one bill.  We've received it in about three or four
20  separate payments.  We don't contemplate that we're
21  going to be receiving any more.
22         SEN. DAVIS:  And what was the total amount
23  that was given to Texas?
24         MS. McGEEHAN:  Let me grab that.  The
25  total amount for all the purpose areas is $224,092,477.

KENNEDY REPORTING SERVICE, INC.
512.474.2233
TX_00000793

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1                SEN. DAVIS:  That's the amount that was
 2    given to the state of Texas?
 3                MS. McGEEHAN:  Yes.
 4                SEN. DAVIS:  Okay.  And so of that amount,
 5    how much have we spent so far?
 6                MS. McGEEHAN:  Let's see here.  We -- I
 7    think we have spent $177,798,488.
 8                SEN. DAVIS:  Okay.  And you described
 9    spending about $3 million over the last three two-year
10    cycles.  How have we spent the balance of that?
11                MS. McGEEHAN:  Well, I mean, the bulk of
12    the money or about half of the money went to counties to
13    obtain HAVA compliant voting systems, electronic voting
14    systems that made -- that complied with HAVA and allowed
15    disabled voters to vote independently.  So let's see.
16    $140 million went to the counties for that purpose.
17                The other program areas are for developing
18    a statewide voter registration system.  We've spent
19    25 million on that.  And then as far as the
20    administrative expenses, we've spent about 2.8 million
21    on that.  For voter education, we've spent 9.5 million
22    so far.
23                SEN. DAVIS:  And what are the -- setting
24    aside the requirements of the bill that's being
25    introduced today, what are the intended plans for the
```

15-6

CONSIDERATION OF SENATE BILL 14 1/25/2011

1   balance of that money? Were this bill not to come

2   forward to your department, what would the intended use

3   for those funds be?

4           MS. McGEEHAN: I can't speak necessarily

5   for, you know, exactly what would be done in the next

6   general election cycle, but I would contemplate we would

7   do another statewide voter education program in 2012,

8   and if funds remained in 2014.

9           SEN. DAVIS: Is there a plan for ongoing

10  capital expenditures as you talked about, which was the

11  use of the bulk of the funds that we've received so far?

12          MS. McGEEHAN: Yeah. There are --

13  there's 24 -- roughly $24 million left in the -- in the

14  purpose area for grants to counties to obtain voting

15  equipment.

16          SEN. DAVIS: Okay. And so after you take

17  out that 24 million, what will the balance be that

18  remains for voter education efforts?

19          MS. McGEEHAN: Well, that's -- that's

20  already frozen as far as the -- in order to draw down

21  those funds, the state had to submit a state plan. We

22  had to meet with stakeholders, publish in the Register

23  and submit it to the Election Assistance Commission.

24  And so pursuant to that state plan, we had to define how

25  we were going to spend the money, and so these -- the

CONSIDERATION OF SENATE BILL 14 1/25/2011

1  budget that I discussed is following that state plan.

2            SEN. DAVIS:  Okay.  And under that state

3  plan right now, what portion of funding remains for

4  voter education?

5            MS. McGEEHAN:  For voter -- okay.  And

6  actually to be more precise, what the -- the purpose

7  area for voter education is for voter education and also

8  for election official and poll worker training; that's

9  grouped.  And the amount remaining is between 5 and

10  $7 million.

11            SEN. DAVIS:  Okay.  And that is expected

12  to extend us or to take us through the next how many

13  years under that plan?

14            MS. McGEEHAN:  It will -- again, it's

15  going to depend how extensive our next few voter

16  education programs are because that's what the bulk of

17  the money has been spent on, voter education programs.

18  The average is about 3 million.  So I guess the hope

19  might be for at least two other statewide voter

20  education programs.

21            SEN. DAVIS:  Okay.  And I'm sure you've

22  seen the fiscal note that was a part of this bill.  And

23  by the way, I think it would be very helpful if you

24  would enter that state plan into the record as an

25  exhibit for our further use.

CONSIDERATION OF SENATE BILL 14 1/25/2011

1         I'm sure you've seen the fiscal note that

2    came as a part of this bill in terms of the expected

3    expenditures.  Part of that note talks about a fiscal

4    impact that's related to researching and developing ways

5    to inform the public of the new ID requirements.  That's

6    $.5 million expenditure, an additional cost of

7    1.5 million for media advertisements, television, radio,

8    print and Internet.  That's specifically to educate

9    voters about the new requirements under this bill.

10         What will go undone that's currently in

11   the state plan -- if we take 2 million of the 5 million

12   remaining, what will go undone that's currently in the

13   state plan in terms of voter education effort?

14         MS. McGEEHAN:  I don't know that I have an

15   exact answer to that.  If we're able to incorporate the

16   new voter ID requirements that would be required by this

17   bill into a voter education program, then maybe we

18   wouldn't need 2 million just for the voter ID.  We could

19   parlay that into the -- basically the voter education

20   campaigns that we've done or the voter education

21   programs have been to educate voters on the basic rights

22   on how to vote, what you need to vote.  So it may not be

23   such an extension to incorporate these new requirements

24   for voter ID, or they may.  I mean, depending on the

25   research that we get back from stakeholders and whatnot,

CONSIDERATION OF SENATE BILL 14 1/25/2011

1  but it's hard for me to say today exactly how much that

2  may take away from future voter education efforts.

3             SEN. DAVIS:  When was the last time in the

4  state of Texas we made any changes of significance to

5  the voter rules?

6             MS. McGEEHAN:  Probably the -- when we had

7  to implement the federal Help America Vote Act.  That's

8  when provisional voting became a requirement.  There

9  were significant changes to voter registration as to

10  what's required to become a registered voter, and that's

11  why we have these HAVA dollars for voter education.

12             SEN. DAVIS:  And that began in '06.

13  Correct?

14             MS. McGEEHAN:  Correct.

15             SEN. DAVIS:  Okay.  In '06, the Texas

16  voter registration application form changed in

17  accordance with those requirements, it's my

18  understanding, and that's when we began to collect this

19  data that requested a driver's license number or a

20  social security number.  Is that's correct?

21             MS. McGEEHAN:  That's correct.

22             SEN. DAVIS:  Okay.  So we have data, I

23  guess, only from '06, and that would -- would that only

24  be then for new registrants from '06?  If I had already

25  registered to vote prior to that, you wouldn't have that

CONSIDERATION OF SENATE BILL 14 1/25/2011

1   information from me.

2              MS. McGEEHAN:  That's right.

3              SEN. DAVIS:  Correct?

4              MS. McGEEHAN:  That's right.  It was

5   voluntary before.  So we have some TDLs and SSN numbers

6   from -- but it wasn't required until 2006.

7              SEN. DAVIS:  So we've been able to gather

8   that information from that point in time for people who

9   are newly registering to vote in the state of Texas.  Of

10  that group, how many people or what percentage of people

11  are answering one or both of those questions in response

12  to No. 8 versus signing the attestation clause in

13  Section No. 9?

14             MS. McGEEHAN:  Are you asking the number

15  of --

16             SEN. DAVIS:  Let me -- let me break it

17  down better.

18             MS. McGEEHAN:  Okay.  Okay.

19             SEN. DAVIS:  So under Question No. 8, what

20  percentage of people currently, who are requesting a

21  voter registration card, who are filling out the

22  application starting in '06 with this new form, what

23  percentage of people are providing their Texas driver's

24  license in response to the questions on the application?

25             MS. McGEEHAN:  Okay.  I don't have the

CONSIDERATION OF SENATE BILL 14 1/25/2011

1   percent number, but the actual number is 2.3 million

2   since 2006.  Since January 1, 2006 through December 31,

3   2010, 2.3 million, when they registered, provided their

4   driver's license number.

5              SEN. DAVIS:  What's the total number of

6   applications in that time period?

7              MS. McGEEHAN:  And the total number -- I

8   think it's going to be just under 3 million, and I'm

9   doing math on the fly.  I might have to -- I'd prefer to

10  give that --

11             SEN. DAVIS:  Can you provide that

12  information --

13             MS. McGEEHAN:  Yes.

14             SEN. DAVIS:  -- to us?

15             MS. McGEEHAN:  Yes.

16             SEN. DAVIS:  That would be appreciated.

17             So what's the number of people who are not

18  filling out either the driver's license number or the

19  social security number in Section 8 but instead are

20  going to Section 9 and signing the attestation clause of

21  Section 9?

22             MS. McGEEHAN:  And that's the attestation

23  clause saying they have not been issued either form of

24  ID?

25             SEN. DAVIS:  (Nodded)

15-12

CONSIDERATION OF SENATE BILL 14 1/25/2011

1      MS. McGEEHAN:   Yeah, that number is

2   34,506.

3      SEN. DAVIS:   Okay.   Do we have any -- any

4   estimate of the number of people who are currently

5   registered today?   If we've only been gathering that

6   information since 2006, do we have any kind of an

7   estimate of the number of people who are currently

8   registered to vote today who do not have a driver's

9   license number to provide?

10      MS. McGEEHAN:   Well, if we -- if we look

11   at our entire statewide file, we have 5.2 million voters

12   that did provide a driver's license number or an ID

13   number.   We have 2.1 million voters that present -- that

14   provided a social security number.   4 million of them

15   provided both.   And then the numbers that have

16   neither -- or the voters that hadn't provided either one

17   is 690,887.   So it doesn't necessarily mean that those

18   people haven't been issued, but they didn't -- either

19   they don't have those numbers or they registered before

20   it was required, and so they didn't provide them when

21   they registered if it was pre-2006.

22      SEN. DAVIS:   But the question wasn't

23   asked.   It was -- I guess as you said, you could

24   voluntarily provide that information prior to '06.

25      MS. McGEEHAN:   Well, it was asked, but it

15-13

CONSIDERATION OF SENATE BILL 14 1/25/2011

1   was optional.  It was on the form.

2             SEN. DAVIS:  Uh-huh.  Okay.  So we really

3   don't know how many of that group were answering the

4   question voluntarily because they have the number versus

5   those who were not answering it, not because they chose

6   to, but because they did have their driver's license

7   number?

8             MS. McGEEHAN:  Yes, you are correct.

9   That's right.

10            SEN. DAVIS:  So when we're putting

11  together an estimate of what the cost to educate our

12  voters is going to be and when we think about how

13  significant the changes are that are addressed in this

14  bill, what's your -- what's your process been to try to

15  determine how many people will be impacted and what that

16  voter education is going to need to look like?

17            MS. McGEEHAN:  Well, we -- I mean, to be

18  very honest, we haven't done much planning yet.  We

19  prepared this fiscal note on Friday.  That would be

20  obviously a very important component is trying to

21  identify who the appropriate audiences are, who you need

22  to get the information out to.

23            Senator Williams had approached us earlier

24  today to see if we could do some comparisons to try and

25  further focus in on who those registered voters are that

15-14

447

CONSIDERATION OF SENATE BILL 14 1/25/2011

1  don't have -- or have not been issued a driver's license
2  or a personal ID number.  So we're trying to run some of
3  those numbers right now.

4          SEN. DAVIS:  I guess a confusion for me is
5  how we came up with the $2 million fiscal note for that
6  and yet we don't really know, as you said a moment ago
7  we don't really know how many people will be impacted by
8  it and what that statewide voter education effort is
9  going to need to look like.  So where did the $2 million
10  number come from?

11          MS. McGEEHAN:  Well, the $2 million number
12  came from the way the bill is written because the bill
13  simply says "a statewide voter education effort."  So
14  there's not too much detail in the bill as to what's
15  required.  Our assumption is that our previous voter
16  education programs might be the model, and they've been
17  around 3 million.  And plus, we also noticed that last
18  session the Senate put a $2 million fiscal note on it.
19  So we thought, well, maybe that's some representation of
20  legislative intent as to what an appropriate voter
21  education program might cost, but --

22          SEN. DAVIS:  So we've had voter education
23  efforts in the past that have cost about $3 million each
24  time we've engaged in the voter education effort.  We're
25  talking today about making some sweeping changes to

CONSIDERATION OF SENATE BILL 14 1/25/2011

1  what's required in order to vote in the state of Texas.

2  Why is the number to educate -- on such a sweeping

3  change for what will likely be a much larger group of

4  impacted people in the state of Texas, why is that

5  number so much lower than the $3 million number that's

6  currently being spent for voter education?

7          MS. McGEEHAN:  Well, if the -- if a

8  $2 million program is added into an existing $3 million

9  program, then you've got a $5 million program.  I mean,

10  our voter education under HAVA is directed to all

11  registered voters.  And so, you know, a new voter -- a

12  new photo ID requirement would also need to be directed

13  to all registered voters because it's a change for all

14  voters.

15          SEN. DAVIS:  So we're talking about -- I'm

16  sorry to interrupt you.  We're talking a $2 million

17  addition to the $3 million that was already intended for

18  voter education in this next two-year cycle.

19          MS. McGEEHAN:  Possibly, possibly.  I

20  mean, we -- you know, we've got a communications

21  director that would have some input on that.  This

22  fiscal note represented what we thought might be a

23  reasonable fiscal note.  If we have, you know,

24  legislative direction to take it a different way or do

25  additional outreach, that's fine.  But based on the way

CONSIDERATION OF SENATE BILL 14 1/25/2011

1   the bill was written and based on the fiscal note filed

2   last time, we thought that was a reasonable number.

3               SEN. DAVIS:  So let's say we spend about a

4   total of $5 million in the next two years with our

5   intended voter education effort that's already been

6   planned and with an additional cost for educating on the

7   requirements of this proposed new law.  That's about the

8   balance of the voter education fund right now.  Is that

9   correct?

10              MS. McGEEHAN:  Well, it's about -- we've

11  spent 9 million.  I think the balance -- yeah, the

12  balance is between 5 and 7 million.  That's correct.

13              SEN. DAVIS:  Okay.  So that will take us

14  through about what -- how long of a period of time will

15  that take us through?

16              MS. McGEEHAN:  If we used 5 million to do

17  a voter -- a general voter education plan and then

18  another 2 million to do a detailed photo -- photo

19  identification plan, that might -- that might use it up.

20              SEN. DAVIS:  And if it uses it up, what

21  will we do in future years to educate our voters about

22  these requirements?

23              MS. McGEEHAN:  Well, frankly -- I mean,

24  state law has never appropriated state funds to educate

25  voters.  So, you know, these federal funds have been

CONSIDERATION OF SENATE BILL 14 1/25/2011

1   really nice to have them to do that.  We never had that

2   kind of funding before.  So if there's a desire to do

3   voter education programs of this -- of this type, then

4   we would need state appropriation.

5               SEN. DAVIS:  So these federal funds will

6   take us basically through a one-time voter education

7   drive on the requirements of this new law, but it's not

8   going to take us further than that?

9               MS. McGEEHAN:  Not if we use it all,

10  not -- it could possibly use up the remainder of the

11  voter education funds.

12              SEN. DAVIS:  Okay.  So we've talked about

13  the voter education.  Talk to us a little bit about the

14  costs of training the poll workers and the registrars.

15              MS. McGEEHAN:  We currently have several

16  training programs for -- well, we have training programs

17  for the county election officials and then other

18  training programs for the poll workers.  We have an

19  online training program.  We have a video.  We have

20  handbooks.  So we would have to update all of those --

21  all those different formats of training.

22              SEN. DAVIS:  And what's the anticipated

23  costs for updating all those forms of training?

24              MS. McGEEHAN:  We don't usually put a

25  fiscal note when there's a change in state law and we

CONSIDERATION OF SENATE BILL 14 1/25/2011

1   have to change and update training like that because at
2   least it's always been considered that is part of our
3   mandate in election administration.  So when we get
4   appropriation under the election administration
5   umbrella, our statutory mandate is to train and assist
6   election authorities.
7   　　　　　　　　SEN. DAVIS:  And what's happened to
8   your -- your budget, not only in this current biennium
9   that we're in, but the proposed budget going forward?
10   　　　　　　　　MS. McGEEHAN:  We're still digesting that
11   as far as on the House side.  I don't know about the
12   Senate side yet.  But on the House side, I believe we
13   took about a 14.5 percent budget reduction on the
14   House -- HB 1 bill.
15   　　　　　　　　SEN. DAVIS:  So we're talking about a
16   fairly dramatic budget cut for your agency while at the
17   same time we are talking about adding some very
18   significant requirements in terms of the changes that
19   you would need to make to your training programs and
20   materials for purposes of educating election workers and
21   county administrators on the new rules that would be
22   implemented in this bill?
23   　　　　　　　　MS. McGEEHAN:  That's correct.
24   　　　　　　　　SEN. DAVIS:  And there's no fiscal note
25   currently estimated for what that cost might be?

CONSIDERATION OF SENATE BILL 14 1/25/2011

1        MS. McGEEHAN:  It's my understanding that
2   when we've been asked to prepare fiscal notes for these
3   kinds of issues, we have not added a fiscal impact for
4   something that's already a statutory duty.  As we
5   analyze HB 1, maybe we're going to have to revise that,
6   but at least our standing policy was if it was a
7   statutory duty that we're already charged to do, that we
8   don't put an additional fiscal note on it.
9        SEN. DAVIS:  Are you concerned that you're
10  going to find yourselves fairly flatfooted in terms of
11  not being prepared with the resources that you need, to
12  train election workers and to train county
13  administrators on the requirements of this new law
14  facing the budget cuts that you're facing without a
15  fiscal note that's going to add resources to your
16  department for purposes of carrying out these
17  requirements?
18        MS. McGEEHAN:  I think all state agencies
19  in the state have concerns about providing the services
20  they are charged to provide in light of significant
21  budget cuts.  But on the issue of training, the analysis
22  was that that was not going to cost anything additional
23  as to what we've already been appropriated.
24        SEN. DAVIS:  And do you agree with that,
25  that it's not going to cost anything additional for your

15-20

CONSIDERATION OF SENATE BILL 14 1/25/2011

1  agency to provide the training for the significant

2  changes in the law that will be imposed if this bill is

3  passed into law?

4        MS. McGEEHAN:  Well, after every session,

5  we have to change all our materials.  And, you know,

6  maybe I can talk to our fiscal officer and maybe we'll

7  start putting in fiscal notes for these kinds of things,

8  but it has been our policy not to add a fiscal note for

9  something we're currently doing under state law and

10  funded for.

11        SEN. DAVIS:  And so the change in

12  materials is all that would occur?  If I'm an election

13  worker in the state of Texas and I'm facing some pretty

14  significant changes -- and I have to tell you I've read

15  this bill numerous times, and I'm still confused in

16  terms of what it would require of me as an election

17  worker.  Is that the only costs that we assume will be

18  incurred, is the cost of the change of the material?

19  Isn't there some training -- active training that has to

20  occur to be able to make sure that the election workers

21  and the county administrators who are tasked with

22  carrying out this new law will understand exactly what's

23  expected of them in terms of its implementation?

24        MS. McGEEHAN:  We do -- we do, I think,

25  pretty extensive training right now.  I mean, in an odd

CONSIDERATION OF SENATE BILL 14 1/25/2011

1  numbered year, we hold four seminars, and we have very

2  good attendance from our county election officials.  So

3  I would be certain that our August county election

4  official seminar will be heavily -- if this passes will

5  heavily emphasize these new rules.

6          To go back to the federal funds, which we

7  know are limited, the grant for voter education also

8  includes election official training and poll worker

9  training.  So if there are any remaining HAVA dollars in

10 that category that we don't use on voter education, we

11 could perhaps use to additional -- to develop additional

12 training materials.

13         SEN. DAVIS:  Yes, and we talked about that

14 a moment ago, and you did state on the record that that

15 category of 5 to $7 million that's remaining is the

16 entirety of the federal resource that you have available

17 to you right now, both for voter education and for

18 training purposes.  And we've also talked about the fact

19 that the expectation and the demand on that particular

20 fund for public education is going to take the

21 significant balance that remains there.  Correct?

22         MS. McGEEHAN:  Right.  Well, just to be

23 clear, the remaining balance in the HAVA is all we have

24 for voter education, but there are some state funds -- I

25 don't think it's a lot -- but that would go towards

CONSIDERATION OF SENATE BILL 14 1/25/2011

1  updating handbooks and video and things likes that that
2  we normally produce as training materials.
3              SEN. DAVIS:  When the Help America Vote
4  Act was implemented and in '06, as you said, that was
5  the first significant change that's been made or it's
6  the most recent significant change that's been made in
7  election laws in the state of Texas in terms of the
8  requirements of your agency and the training of your
9  agency, did the costs that your agency realize as a
10 result of the training component for HAVA increase as a
11 result of those new requirements?
12             MS. McGEEHAN:  We -- what we did do was
13 develop an online training component.  So we used a
14 portion of the HAVA dollars to develop an online
15 training component, which was in addition to our other
16 training.  I could get -- I don't know the cost of that,
17 but I could get you the cost.
18             SEN. DAVIS:  It would be a helpful number
19 to have.
20             There's also a discussion in terms of the
21 fiscal note on this bill, including a coordinated voter
22 registration drive or other activities that would be
23 designed to expand voter registration.  What would the
24 costs of such a registration drive be?  It's on Page 2
25 of the fiscal note.

CONSIDERATION OF SENATE BILL 14 1/25/2011

1        MS. McGEEHAN:  Okay.  I think that what

2   that is referring to is that at the end of Senate

3   Bill 14, there's a reference that says county voter

4   registrars can use Chapter 19 funds to defray costs in

5   conducting a voter registration drive.  But I don't see

6   anything -- and I may have missed it -- but I don't see

7   anything in Senate Bill 14 that requires a voter

8   registration drive.  I think it's -- what that section

9   in the bill is doing is trying to make clear that these

10  funds, which are -- go to county voter registrars to

11  enhance voter registration could be used to do voter

12  registration drives, but I don't see anything that

13  requires a voter registration drive in Senate Bill 14.

14        SEN. DAVIS:  What resources currently are

15  expected of our local governments in carrying out the

16  training and the public awareness programs under our

17  election code.

18        MS. McGEEHAN:  The -- there's no state law

19  requirement to do voter education by the county

20  officials.  Most of them do it as a public service

21  because they want to, but there's not a mandate under

22  state law to do that.

23        Under Senate Bill 14, there's required

24  training of poll workers on the new photo ID

25  requirements.  And I may have missed part of your

15-24

CONSIDERATION OF SENATE BILL 14 1/25/2011

1   question.

2               SEN. DAVIS:  And that required training is

3   to be done at the county level.  It's expected that the

4   county will fulfill that requirement through their own

5   resources?

6               MS. McGEEHAN:  Well, they are required to

7   use the Secretary of State materials.  I think that the

8   election code gives them discretion as to how they

9   implement it and how they conduct their training.

10              SEN. DAVIS:  So it's foreseeable that at

11  the county level increased costs will be realized as a

12  consequence of the expectations of this bill?

13              MS. McGEEHAN:  Most counties conduct

14  training today.  So they would just be incorporating

15  another component into their training program.

16  Depending on how they handled it would impact how

17  significant the fiscal impact would be in that county.

18              SEN. DAVIS:  If I'm a voter today and I

19  want to go to the bill itself in terms of making sure I

20  understand what would be expected of me under today's

21  rules versus under the rules of the new bill, if I'm a

22  voter today and I come in to vote and I don't have my

23  voter registration card, instead I have an ID, I have a

24  state issued ID, I have a valid driver's license, and my

25  driver's license shows a different name than is

CONSIDERATION OF SENATE BILL 14 1/25/2011

1  currently on the roll because I've married or I've

2  divorced, how is that situation handled today?

3           MS. McGEEHAN:  State law doesn't directly

4  address it.  So I think that as a practical matter

5  what's happening is the poll workers are making judgment

6  calls as they qualify those voters for voting.

7           SEN. DAVIS:  But they are not being given

8  guidance or rules or requirements in terms of how they

9  are to deal with that situation today?

10          MS. McGEEHAN:  No.

11          SEN. DAVIS:  It's within their discretion?

12          MS. McGEEHAN:  At this point.  I mean,

13  state law is silent on it, and our office has not issued

14  any guidance on it.  So we're hearing a lot about that

15  today.  That's definitely something we'll probably need

16  to look into, but right now there is no rule or statute

17  on that issue.

18          SEN. DAVIS:  Okay.  And today if I go to

19  vote and my identification that I use for purposes of

20  voting has a different address on it than is listed on

21  the precinct roll, I think it's the interpretation today

22  under 2004 Secretary of State opinion that I am asked

23  for my correct address, and I am to be believed if I say

24  that my address is the address that's on the precinct

25  list as opposed to what might be on my ID?

CONSIDERATION OF SENATE BILL 14 1/25/2011

1          MS. McGEEHAN:  I think that's basically

2   correct.  The purposes -- you know, showing ID today is

3   only for purposes of proving who you are.  It's not to

4   prove where you live.  So independent from the

5   requirement to show ID, either certificate or one of the

6   other authorized ID, there's a separate requirement in

7   the code where the election -- where the poll worker has

8   to ask every voter "Have you moved," so regardless of

9   what ID they show.  And if they say yes, they've moved,

10  then they have to sign a statement of residence and

11  update their information.  If they say no, they haven't,

12  they still live at the address on the list of registered

13  voters, then they are permitted to vote.

14          SEN. DAVIS:  And what is your

15  understanding of whether -- how or whether that would

16  change under the requirements of the new bill if

17  everyone now is going to come in with a state-issued ID

18  or a driver's license?  If the address on that ID does

19  not match the address that's on the voter file, how is

20  that to be handled going forward if this bill were to

21  pass into law?

22          MS. McGEEHAN:  My current understanding is

23  that that process wouldn't change, that the purpose of

24  SB 14 is, again, just to prove up ID, not prove where

25  you reside.

15-27

460

CONSIDERATION OF SENATE BILL 14 1/25/2011

1          SEN. DAVIS:  And what steps would the

2   Secretary of State's Office engage in to assure that the

3   ID wasn't being used to establish an understanding of

4   the voter's residency?

5          MS. McGEEHAN:  Would definitely, I think,

6   be included in our training materials to emphasize that.

7          SEN. DAVIS:  Currently, is there any

8   information that the Secretary of State's Office gathers

9   that breaks down by category voters in the state?  And

10  when I say "by category," I mean by race, by gender, by

11  disability, by age.

12         MS. McGEEHAN:  We have some information.

13  We have -- we have age for sure.  On gender -- we have

14  some information on gender, but it's not conclusive

15  because gender is now -- it used to be a required

16  element on the voter registration application.  In 1995,

17  it was taken -- or it became optional after the National

18  Voter Registration Act.  So we have some data on gender,

19  but, again, it's not complete.

20         Regarding ethnicity, we really -- we don't

21  have any information like that because it's not

22  collected when a person applies to register to vote.

23  The only data that we do have is we do have the number

24  of voters that have an Hispanic surname.  And so we can

25  run the list of registered voters against this list of

CONSIDERATION OF SENATE BILL 14 1/25/2011

1  Hispanic surnames that is provided by the census

2  department.

3           SEN. DAVIS:  I'm sure you understand that

4  one of the sensitive issues that will arise as a

5  consequence of this legislation will be a question as to

6  whether the implementation of this law creates a

7  disproportionate impact on minorities, on seniors, on

8  the disabled, on women.  How will the Secretary of

9  State's Office work to be able to answer those questions

10  when they are asked if we currently don't track that

11  data?  And is there an intention to track it going

12  forward?

13           MS. McGEEHAN:  When we changed the voter

14  registration application in '94, '95, due to the

15  National Voter Registration Act, there was a long

16  discussion regarding this issue of whether the state

17  application should request a voter's race.  The

18  determination at that time, based on feedback from all

19  the stakeholders, was not to do it because the thought

20  was that might be intimidating to a minority voter, "Why

21  are you asking, you know, what my ethnicity is?  It

22  doesn't impact whether I can register or not."

23           We can revisit that issue because in order

24  to provide data, you know, if the legislature wants data

25  like that from the Secretary of State's Office, we have

CONSIDERATION OF SENATE BILL 14 1/25/2011

1  to have some way to collect it.  So we could revisit
2  putting that question or adding that as a question to
3  the voter registration application.  I'd be happy to
4  visit on ways where we could try and collect that, but
5  right now we would not have the tools that we would need
6  to be able to collect that data.
7           SEN. DAVIS:  It seems rather important as
8  implementation of this law advances that that
9  information be made available for the Justice Department
10  review as well as any judicial review that might occur
11  in terms of the impact of the implementation of the law.
12           I believe that's all the questions I have
13  for you.  Thank you so much.
14           MS. McGEEHAN:  Thank you.
15           CHAIRMAN DUNCAN:  The Chair recognizes
16  Senator West.
17           SEN. WEST:  Thank you very much,
18  Mr. Chairman.  Many of the questions Senator Davis has
19  already asked, but have you had a chance to look at the
20  bill as introduced?
21           MS. McGEEHAN:  Yes.
22           SEN. WEST:  Okay.  Do you happen to have
23  it there in front of you?
24           MS. McGEEHAN:  Yes, I do.
25           SEN. WEST:  Okay.  Great.  Before I get

CONSIDERATION OF SENATE BILL 14 1/25/2011

1   into it, does this bill provide you any rulemaking
2   authority?
3           MS. McGEEHAN:  No.
4           SEN. WEST:  Okay.  So in interpreting
5   the -- let me back up.  Are you often called upon by
6   county registrars to answer questions concerning issues
7   that arise in local counties?
8           MS. McGEEHAN:  Yes.
9           SEN. WEST:  How do you normally decide
10  those questions?  Do you just look at the black and
11  white law?  Do you issue opinions?  How is that --
12  what's that process?
13          MS. McGEEHAN:  We issue opinions in a
14  couple of different ways.  We have a toll-free number.
15  One is dedicated just for county officials.  So if it's
16  a fairly straightforward, simple question, we give a
17  quick answer over the phone.  If it's a -- if it's a
18  less involved question, we might get an email.  We'll
19  give a response via email.  If it's something that's
20  hard or we're really interpreting several different laws
21  or it's a new law and we feel like it has statewide
22  impact, we want to make sure that everyone is operating
23  under the same understanding, we'll issue an advisory.
24          SEN. WEST:  Okay.  And so an advisory or
25  just depending upon the circumstances maybe an email

CONSIDERATION OF SENATE BILL 14 1/25/2011

1   opinion or something like that?

2                MS. McGEEHAN:  Well, advisories are

3   usually a little more -- it's like the most formal that

4   we do.

5                SEN. WEST:  Right.

6                MS. McGEEHAN:  Yeah.  Okay.

7                SEN. WEST:  All right.  Let me ask you to

8   go to Page 4 of the bill.

9                MS. McGEEHAN:  Okay.  Can you tell me the

10  section?  Because I think I have a different format.

11               SEN. WEST:  Okay.  It's Section 7, and

12  Section 7(c) and (d).

13               MS. McGEEHAN:  Okay.

14               SEN. DAVIS:  Let me know when you get

15  there.

16               MS. McGEEHAN:  Yes.

17               SEN. WEST:  Okay.  It's my understanding

18  that the election officer that's being referred to in

19  Section (d) is -- is the individual working at the poll.

20  Is that right?

21               MS. McGEEHAN:  Yes.

22               SEN. WEST:  Okay.  That person will be

23  called upon in Section (d) to determine if the voter's

24  name is on the precinct list of registered voters, and

25  the voter's identity can be verified from the

CONSIDERATION OF SENATE BILL 14 1/25/2011

1   documentation presented.  Is that correct?

2            MS. McGEEHAN:  Yes.

3            SEN. WEST:  Okay.  In advising on that,

4   will that be a strict interpretation?  Let me -- this is

5   what I mean.  I think that some of the hypotheticals

6   that were provided by Senator Davis may be illustrative

7   of what I'm asking.  My last name is West, W-e-s-t.  And

8   say that there's a typographical error where my name is

9   spelled W-e-s on the voters' roll, precinct list, and

10  then my -- but my identity I'm using my driver's license

11  and it has "t" on it.  How does a poll -- an election

12  officer in that situation resolve that problem?

13           MS. McGEEHAN:  That's a good question, and

14  I don't think the bill necessarily defines what

15  verification --

16           SEN. WEST:  I know.  Senator Fraser said

17  I'd have to ask the Secretary of State that question.

18  That's why I'm asking you that question.

19           MS. McGEEHAN:  I think -- you know, based

20  on the way the bill is written now and if we had to

21  develop training materials for the poll workers on how

22  to implement this, we would look to the best practices

23  of the states that have implemented.  I heard Indiana

24  testify earlier today that they have written some

25  guidelines.  We'd look to that and try and incorporate

CONSIDERATION OF SENATE BILL 14 1/25/2011

1  the best practices on reasonable methods to verify the

2  ID document against the list of registered voters.

3              SEN. WEST:  Okay.  But you would agree

4  with me that in interpreting Section (c) and (d) without

5  some sort of guidance would lend itself to a great deal

6  of subjectivity; thus inconsistent application

7  throughout the state?

8              MS. McGEEHAN:  It could, yes.

9              SEN. WEST:  Okay.  As it relates to --

10  let's see.  What page is it on?  The next page, which

11  will be (h), it's in the same section.

12              MS. McGEEHAN:  Okay.

13              SEN. WEST:  Would you read Section (h) and

14  tell me how you interpret that as the chief

15  administrator of the election laws in the state of Texas

16  next to, needless to say, Secretary of State?

17              MS. McGEEHAN:  (h) reads, "The

18  requirements for identification prescribed by Subsection

19  (b) do not apply to a voter who: (1) presents the

20  voter's voter registration certificate on offering to

21  vote; and (2) was 70 years of age or older on January 1,

22  2012, as indicated by the date of birth on the voter's

23  voter registration certificate."

24              The way I had -- until earlier this

25  afternoon when Senator Ellis asked the question, I had

CONSIDERATION OF SENATE BILL 14 1/25/2011

1   assumed that anybody that is 70 years of age or older

2   would not have to provide the photo ID.  I think the

3   wording is less than perfect.  I think that's the

4   intent; and I heard Senator Fraser, I think, answer that

5   his intent is it would apply.  You know, even if a

6   person became 70 after January 1, 2012, they could still

7   take advantage of this exception.

8           SEN. WEST:  Okay.  But would it be your

9   suggestion that we need to reword that language to make

10  certain that whether you're there or someone else -- I

11  understand that you're here and you heard the

12  discussion, but if for some reason you're not in the

13  same position you're in right now, there's going to be

14  someone else, and they won't have -- they will not have

15  had the benefit of this discussion.  So, therefore, do

16  you think it would be advisory to -- advisory to reword

17  that to make certain it's perfectly clear?

18          MS. McGEEHAN:  I think so.  If people are

19  reading it inconsistent, it would probably help it if it

20  were.

21          SEN. WEST:  Okay.  Now, a couple of other

22  questions.  As it relates to the counties, it's my

23  understanding that you -- that your agency and maybe

24  either yourself or someone working for you put together

25  the fiscal note.  Is that correct?

CONSIDERATION OF SENATE BILL 14 1/25/2011

1          MS. McGEEHAN:  Yes.  Our agency put it --
2    I helped.

3          SEN. WEST:  Okay.  Did someone under your
4    supervision contact local governments to determine the
5    impact, the fiscal impact, that implementation of this
6    will have?

7          MS. McGEEHAN:  No, we did not.

8          SEN. WEST:  That was done by someone else?

9          MS. McGEEHAN:  I think LBB does that.  We
10   just -- we just --

11         SEN. WEST:  Provided the information?

12         MS. McGEEHAN:  Yeah.  Right.

13         SEN. WEST:  And based on your experience
14   when these types of changes -- let me back up.

15         How much experience have you had in this
16   particular area, that is, the election laws, in
17   administration of election laws?

18         MS. McGEEHAN:  I have been working in the
19   elections division for 21 years.

20         SEN. WEST:  So you've had a little
21   experience, huh?

22         MS. McGEEHAN:  Yes.

23         SEN. WEST:  Okay.  All right.  As it
24   relates to when changes are made in state law of this
25   nature, is there an impact, a fiscal impact, on local

CONSIDERATION OF SENATE BILL 14 1/25/2011

1   units of governments when they have to make changes to

2   comply with these types of changes or laws that are

3   being suggested?

4           MS. McGEEHAN:  I think it really depends

5   on what the change is.  You know, if there's a new

6   mandate for a county or if the county has to do

7   something different, then obviously there would be a

8   fiscal impact.

9           SEN. WEST:  Well, will -- and, again,

10  drawing on your expertise, will counties have to do

11  something different to implement this particular law?

12          MS. McGEEHAN:  They will have to -- they

13  are going to have to post information on their website

14  notifying the public what the new photo ID requirements

15  are.

16          SEN. WEST:  Right.

17          MS. McGEEHAN:  When they issue voter

18  registration certificates, they are going to have to

19  mail out -- which they have to mail out every two years

20  under current law.  The new certificates will have new

21  language, but -- informing voters of the voter ID

22  requirements, but that should be cost neutral because

23  they are already mailing out the voter registration

24  certificates.

25          The piece that I think might have a fiscal

CONSIDERATION OF SENATE BILL 14 1/25/2011

1  impact is the training.  If the counties have to change

2  up their training procedures much or do more training

3  because they want to make sure the word is out to all

4  their -- that might increase their training costs.

5          SEN. WEST:  Okay.  So there are some

6  factors that need to be taken into consideration as to

7  whether or not counties will be burdened with additional

8  cost to implement this law.  Is that correct?

9          MS. McGEEHAN:  Yes.

10          SEN. WEST:  Okay.  And would it be a fair

11  statement to say the larger the county, the more of the

12  burden -- of the financial burden -- well, that's not a

13  fair question.

14          Would it be a fair statement to say that

15  the larger the county, the larger the potential

16  financial obligation that they would have to encounter

17  in order to implement the law?

18          MS. McGEEHAN:  I think that's true, but I

19  can hear small counties say that it might be

20  proportional, you know, since their budgets are -- I

21  mean --

22          SEN. WEST:  Right.  It's all relative to

23  what your budgets are.

24          MS. McGEEHAN:  Yeah.

25          SEN. WEST:  But the fact is that that --

CONSIDERATION OF SENATE BILL 14 1/25/2011

1   do you -- is there any -- you've read the fiscal note
2   associated with this bill?
3               MS. McGEEHAN:  Yes.
4               SEN. WEST:  The $2 million that's in the
5   fiscal note, does any of that go to the county to --
6   counties in order to implement this legislation?
7               MS. McGEEHAN:  No.
8               SEN. WEST:  So any cost that is not
9   covered by the state for counties would be -- have to be
10  borne by the counties.  Right?
11              MS. McGEEHAN:  Yes, yes.
12              SEN. WEST:  Okay.  Now, as it relates
13  to -- is there any way that the Secretary of State's
14  Office can give us -- do an analysis or get with the
15  various counties to determine exactly what the fiscal
16  impact of implementing this legislation would be?
17              MS. McGEEHAN:  We could -- we could
18  certainly solicit that information from counties and ask
19  them what -- how they see this impacting them fiscally.
20              SEN. WEST:  You could do that for each and
21  every one of the counties?
22              MS. McGEEHAN:  We can do it.
23              SEN. WEST:  Mr. Chairman, I'd like to
24  request that the Secretary of State's Office provides
25  the Senate an analysis of -- I shouldn't say an

CONSIDERATION OF SENATE BILL 14 1/25/2011

1   analysis -- at least solicit from the various counties
2   what the fiscal implication is going to be in order to
3   implement this bill.
4              CHAIRMAN DUNCAN:  Okay.  I think, Senator,
5   that will be an individual request from you, and then it
6   can be distributed to all members of the Senate --
7              SEN. WEST:  Okay.
8              CHAIRMAN DUNCAN:  -- whenever it's done.
9   You know, I doubt that that will be done by the time we
10  rise and report to the Senate.
11             SEN. WEST:  Okay.  We can't get it
12  tonight?
13             (Laughter)
14             SEN. WEST:  I'm just joking with you.
15             CHAIRMAN DUNCAN:  You won't be a very
16  popular guy if the --
17             SEN. WEST:  I'd like --
18             (Laughter)
19             SEN. WEST:  I'd like to get it as soon as
20  possible, though.
21             Let's see.  No further questions.  Thank
22  you very much.
23             MS. McGEEHAN:  Thank you.
24             CHAIRMAN DUNCAN:  Thank you, Senator West.
25             Senator Gallegos?

CONSIDERATION OF SENATE BILL 14 1/25/2011

1              SEN. GALLEGOS:  Let me ask you, I don't
2   know if you heard my question earlier to Senator Fraser
3   and he referred to you or the Secretary of State's
4   Office to answer it.  My concern was in the fiscal note
5   that we ranked number two in the country in population.
6   And Missouri ranks number nineteenth, and to implement
7   their voter ID program, they came up with -- they only
8   have 5.9 million people.  We have 25 million.  They came
9   up with a fiscal note of 6 million in the first year and
10  then 4 million in the second year for a total of 10
11  million second and third.  That's $10 million.  And you
12  just -- I think earlier testimony with Senator Davis,
13  you said once the 2 million runs out, that's it.  Is
14  that what you said?

15              MS. McGEEHAN:  For -- yeah, the amount of
16  money we have for voter education is limited.  So when
17  that runs out, that's all we have.

18              SEN. GALLEGOS:  I guess my concern is if
19  Missouri only has 5.9 million people, just to implement
20  their voter ID program they start with 6 million in the
21  first year and 4 million in the second and third year
22  for a total of $10 million, for just 5.9 million folks,
23  what are they -- you know, I don't -- what are they
24  doing as far as when they are reading the bill?  I heard
25  that you said you're going by the bill, and that's how

15-41

CONSIDERATION OF SENATE BILL 14 1/25/2011

1  you came up with your fiscal note.  Is that correct?

2              MS. McGEEHAN:  Yes.

3              SEN. GALLEGOS:  Okay.  Well, then what are

4  they doing that we're not or, you know, how can you --

5  you know, for $10 million for 5.9 million people and

6  we're only going to spend 2 million, I mean, what's the

7  difference?

8              MS. McGEEHAN:  I am not familiar with the

9  Missouri voter identification bill, and I did hear you

10 ask that earlier today, but I've been trying to listen

11 to all the questions.  So we can -- we can research it

12 and see.  Some states actually provide more to their

13 local county governments and print ballots and things

14 like that.  I don't know if that's the situation in

15 Missouri, but I honestly don't know the answer to that

16 question because I don't know what the Missouri voter ID

17 law requires.

18             SEN. GALLEGOS:  Well, it's a substantial

19 more amount of money than we're looking --

20             MS. McGEEHAN:  Yeah.

21             SEN. GALLEGOS:  -- at the fiscal note that

22 you have -- that you've given this committee on Senate

23 Bill 14.  And I just -- it concerns me that that amount

24 of money, if somebody is doing -- in the formula or

25 methodology that you came up with that number -- I mean,

CONSIDERATION OF SENATE BILL 14 1/25/2011

1    is that a true number?  I mean, you know, as far as are

2    we really doing voter education that should be done, you

3    know, on 25 million people as opposed to what Missouri

4    is doing with only 5.9?  I mean, it just -- I mean, that

5    would send up a red flag to me.  Wouldn't it you?

6                     MS. McGEEHAN:  Sure.  I would like to

7    understand those numbers because they are very

8    different.

9                     SEN. GALLEGOS:  You know, I -- if we're

10   going to mandate to Texans, you know, and then do it --

11   do a good educational program and Missouri is spending

12   $10 million on their folks and we're only spending

13   2 million on ours, I'd like to know what the -- what the

14   difference is.  Are their people better than ours?  You

15   know, do they deserve, you know, more education?  You

16   know, I just -- you know, with the population as opposed

17   to our population, you know, I don't -- you know, I'm a

18   little concerned there.  You know, are we cutting our

19   folks short?  Are we really going to do what you're

20   telling us that you're going to do as far as educating

21   the public out there on this bill?

22                     And it just concerns me that, you know, we

23   see -- and I haven't even taken a comparison of the

24   other states.  And we're number two, and Missouri is 19,

25   and they are spending 10 million bucks.  You know, that

CONSIDERATION OF SENATE BILL 14 1/25/2011

1  would concern me, and I would hope it would concern any

2  of the other Senators on this floor.  Are we, you know,

3  really going to do -- in implementing this bill, are we

4  going to educate those folks out there?

5          Now, you know -- and I'd like that answer.

6  I mean, you can't answer it now, I understand, but I

7  would like an answer to that.

8          MS. McGEEHAN:  We'll get you an answer.

9          SEN. GALLEGOS:  And a comparison on what

10  really your states that have implemented voter ID, how

11  much are they paying, you know, to implement the program

12  and what they do.

13          Now, on the fiscal note, it says you're

14  going to do TV and radio and some other things.  I mean,

15  can you explain to this body the process on TV, or is it

16  going to be in different languages, or how are you going

17  to -- how are you going to split up the money?  Who gets

18  the most?  You know, I mean, it's not -- it's not

19  explained to us in the fiscal note how you're going to

20  spread the money around.  And is that going to be

21  accessible to us or how the process is going to be, or

22  how much money are you going to spend in Harris County

23  as opposed to Lubbock, Texas or wherever?

24          MS. McGEEHAN:  Yes, that would be

25  available.  And, you know, the programs that we've done

CONSIDERATION OF SENATE BILL 14 1/25/2011

1  previously, we have detailed records that show, you

2  know, where the media ran, and so we would -- that would

3  be a part of any program going future.

4          The way -- the way it has worked thus far,

5  the three statewide voter education programs that we

6  have done, is we've gone out for bid for a public

7  education firm.  And then the first thing that firm does

8  is research, and they meet with stakeholders, and then

9  they craft the creative proposal.  And then they turn

10 that into the actual media and do the media buys for TV,

11 radio and cycle, Internet and also print.

12         For the PSAs -- and I'm not the expert on

13 this -- but I understand that we pay for a certain

14 amount, and then we get some earned credit where TV

15 stations will run them for free.  If you pay them, you

16 know, to run it once, they'll run it three times and

17 only charge you for once, something along those lines.

18         SEN. GALLEGOS:  And is that going to be --

19 is there going to be access as far as different

20 languages in than budget?

21         MS. McGEEHAN:  Oh, yes.  We -- our current

22 programs are in English and in Spanish, and in Harris

23 County, we've had a component for Vietnamese.

24         SEN. GALLEGOS:  Okay.  Now, on Page 2 of

25 the bill under what y'all are going to do under voter --

CONSIDERATION OF SENATE BILL 14 1/25/2011

1  under 31.012, Voter Identification, Senator West brought
2  it up about -- it says here you and -- your office and
3  the voter registrar of each county that maintains it
4  shall provide notice of the ID requirements as
5  prescribed by this change.

6           Now, my concern there is, is at the county
7  level -- you know, I think Senator West brought it up --
8  is how much is going to be incumbent on each county, you
9  know?  I and others here on this floor represent the
10 largest county, Harris County, and Harris County is
11 already starting to lay off, and they have a shortfall,
12 and they are laying off as we speak right now.  So, you
13 know -- and I see what it says in the bill, you know,
14 that you're going to get together with them.  I mean,
15 are they going to have the money?  Or where is the -- if
16 they don't have the money, where is the other money
17 going to come from?  Other than the 2 million you
18 already have prescribed here and any federal matches
19 that come in, where is that money going to come if those
20 counties cannot provide?

21           MS. McGEEHAN:  I think that the bill
22 presumes that counties have a website, and so this
23 requirement is that they post, you know, the information
24 about the new photo ID requirements that the Secretary
25 of State's Office will actually prescribe.  So we will

CONSIDERATION OF SENATE BILL 14 1/25/2011

1   send that out to the counties, and then they'll have to

2   post it on their website.

3              Now, in light of the fiscal

4   circumstances -- and Senator West has asked us to do a

5   survey -- we'll probably get some very detailed

6   information, you know, as far as the counties' fiscal

7   circumstances, if they are going to have to take down

8   their websites or, you know, where they are going to

9   have to cut.

10             SEN. GALLEGOS:  Well, you know, with all

11  due respect, I mean, we can presume a lot of things, and

12  I could presume a lot of things, you know, just on

13  anything, but I can tell you right now -- I'm not

14  presuming -- I know that they're laying off in Harris

15  County right now.  That's not a presumption.  That's a

16  fact; that's a fact.  And they're also furloughing in

17  the City of Houston.

18             So, I mean, it just concerns me that this

19  section here that says you're going to work hand-in-hand

20  with each registrar in each county, and if those

21  counties are already going through a budget shortfall

22  like we are, then how can you presume that they're going

23  to have -- I'm just saying that this bill presumes that

24  they're going to have a website and they're going to

25  have people to handle the education.

CONSIDERATION OF SENATE BILL 14 1/25/2011

1              You can't presume anything if they're
2   laying off right now as we speak, and that's a fact.
3   Like I said, that's not a presumption.  That concerns
4   me.  And what I'm asking is that if that can't happen in
5   Harris County or any other county in this state, where
6   is the extra money?  If they don't have, obviously, the
7   funds to provide what is prescribed under Senate Bill
8   14, where is that money going to come from?
9              MS. McGEEHAN:  Well, you know, Senate Bill
10  14 doesn't make an appropriation to the county, so I
11  don't know the answer to your question on that because,
12  like I said, the bill -- I think the assumption is that
13  counties have a website.  So if they're not going to
14  have a website --
15              SEN. GALLEGOS:  But the bill prescribes
16  that you will work in conjunction with the county
17  registrar.  Is that what I'm reading --
18              MS. McGEEHAN:  Yes.
19              SEN. GALLEGOS:  -- or am I reading the
20  wrong bill?
21              MS. McGEEHAN:  Maybe I'm not -- the way I
22  read that was that we would provide them the wording,
23  the language that they would put up on their website.
24              SEN. GALLEGOS:  Well, you're going to
25  provide them with that.  But what about the bodies and

CONSIDERATION OF SENATE BILL 14 1/25/2011

1   any other education that's prescribed by this bill?  If
2   they don't have the bodies -- they're laying off bodies
3   right now.
4              MS. McGEEHAN:  Yes.
5              SEN. GALLEGOS:  Okay.  And you see where
6   I'm going here?
7              MS. McGEEHAN:  No, I understand.
8              SEN. GALLEGOS:  And if you provided a
9   fiscal note, you know, that we're going by and that's on
10  every website in the State of Texas, everybody that has
11  a computer, then really what I'm asking you, is this a
12  true fiscal note or is it misleading to the voters out
13  there, that it's going to cost more than what you're
14  showing here if other counties are having budget
15  shortfalls like we are?
16             MS. McGEEHAN:  Well, when we're asked to
17  submit a fiscal note to LBB, they want to know what the
18  state impact is.  So generally we don't solicit what the
19  impact is to local government.  And I'm not exactly sure
20  who within LBB does that, if that's LBB or the
21  Comptroller.  But I can tell you -- and maybe we've been
22  doing them wrong, but the way we've understood our
23  requirement in responding to a fiscal note request was
24  to state what the state impact was.  It's specifically
25  for the agent -- you know, like for our agency for the

CONSIDERATION OF SENATE BILL 14 1/25/2011

1    Secretary of State's office.

2              SEN. GALLEGOS:  Okay.  So what you're

3    telling me is that outside of the $2 million that's in

4    the fiscal note and that under this section that you're

5    going to work with the registrar in each county, then we

6    just have to roll the dice and hope that the money is

7    there.  Is that what you're telling me?

8              MS. McGEEHAN:  Well, I think this fiscal

9    note that LBB did put -- does indicate that there may be

10   some county costs.  You know, they did put some numbers

11   in for Tarrant County and for Bexar County.  So, you

12   know, it's not -- I don't think it's the number you're

13   looking for.  It's not a comprehensive number, but I

14   think that the fiscal note does indicate that there may

15   be a fiscal impact on counties.

16             SEN. GALLEGOS:  There may be a fiscal

17   impact.  You don't know how much?

18             MS. McGEEHAN:  No, I don't.

19             SEN. GALLEGOS:  So what we're looking at

20   in your fiscal note is just an open-ended fiscal note.

21   Is that what you're telling me?

22             MS. McGEEHAN:  The fiscal note is really

23   showing the impact on the Secretary of State's office.

24   I can't really speak to how the portion of the fiscal

25   note that concerns impact on local government, how

CONSIDERATION OF SENATE BILL 14 1/25/2011

1  LBB -- you know, what their process is. I don't really
2  know.
3              SEN. GALLEGOS: All right. Then let me
4  rephrase my question.
5              MS. McGEEHAN: Okay.
6              SEN. GALLEGOS: So the $2 million that
7  you're showing is what the state is going to be
8  impacted. And the language that is showing you're going
9  to work in conjunction with the counties, you know, you
10 cannot speak to that, so we really don't know. Is that
11 what you're saying? It could or could not be impacted
12 for a million, two million, three million, whatever the
13 number. I don't know the numbers that you gave Bexar
14 County and Tarrant County. I have not been privy to
15 those numbers. But what I'm saying is, I really would
16 like to know that if my county is going to be impacted,
17 if at all, it's going to be in here, you know. Do you
18 see what I'm saying?
19             MS. McGEEHAN: Well, yes, I understand
20 what you're saying. And we are going to be sending out
21 a survey to try and gather that data from all the
22 counties.
23             SEN. GALLEGOS: You know, I don't like the
24 mandate to my county, something that this bill said that
25 they will do and then find out that they don't have the

CONSIDERATION OF SENATE BILL 14 1/25/2011

1 | funds to do it.  You know, to me, that's an unfunded
2 | mandate in really telling Texans that are looking at
3 | this debate on computer and that are looking at this
4 | bill online, that this $2 million fiscal note that
5 | you've provided is only an impact to the state, not the
6 | counties, not each county.  Is that correct?
7 |           MS. McGEEHAN:  That's correct.
8 |           SEN. GALLEGOS:  Okay.  Thank you very
9 | much.
10 |           CHAIRMAN DUNCAN:  Thank you, Senator
11 | Gallegos.
12 |           Senator Van de Putte.
13 |           SEN. VAN de PUTTE:  Thank you,
14 | Mr. Chairman.
15 |           Ms. McGeehan, you've been an excellent
16 | resource witness for us, and there are just two
17 | questions that I need to ask to get into the record with
18 | regard to a survey.
19 |           Does Texas participate in the Election
20 | Administration and Voting Survey?
21 |           MS. McGEEHAN:  Yes.
22 |           SEN. VAN de PUTTE:  When was this survey
23 | completed, the last survey was completed?  Was it after
24 | the 2008 election?
25 |           MS. McGEEHAN:  Yes.

CONSIDERATION OF SENATE BILL 14 1/25/2011

1      SEN. VAN de PUTTE:  So we have that survey
2  available?
3      MS. McGEEHAN:  Yes.
4      SEN. VAN de PUTTE:  Okay.  The question
5  that I have goes to the data on the survey that goes, I
6  think, to all -- and this is the federal commission --
7  dealing with the number of provisional ballots in the
8  State of Texas.  As far as you know, how do we rank in
9  the number of provisional ballots that are used with
10 regard to our voting population?
11     MS. McGEEHAN:  My general recollection is
12 that as far as the total number cast, we're on the lower
13 end.  But as far as the number of provisional votes,
14 meaning that not as many people cast a provisional vote
15 in Texas as in some other states, but as far as the
16 number of provisional ballots that are counted --
17     SEN. VAN de PUTTE:  Yes.
18     MS. McGEEHAN:  -- we have one of the lower
19 rates among the states as to the number of provisional
20 ballots that are counted.  It is my understanding that
21 in the state chart, that we have very high rejection
22 provisional ballot rates.  So, in other words, even
23 right now under this system that we have, that the
24 number of provisional ballots that are cast, we have
25 some of the highest rejection rates for those

CONSIDERATION OF SENATE BILL 14 1/25/2011

1  provisional ballots in all of the country.

2            MS. McGEEHAN:  Yes.

3            SEN. VAN de PUTTE:  At least that's what I

4  understand from the report.

5            MS. McGEEHAN:  That's correct.

6            SEN. VAN de PUTTE:  Thank you.  I know

7  that we have the datasets that were put in for 2008, and

8  so hopefully that we will be able to get this and make

9  sure that as we monitor the bill as it progresses and

10 the bill as it's implemented, we certainly don't need to

11 get to the bottom of the bottom of the bottom on

12 rejection of provisional ballots.

13            Thank you.

14            CHAIRMAN DUNCAN:  Thank you, Senator Van

15 de Putte.

16            Senator Fraser.

17            SEN. FRASER:  Thanks for being here today

18 and waiting all day.

19            I would like to clarify a point before you

20 sit down.  I think you're aware this morning that we had

21 entered into a record -- the Secretary of State had a

22 letter addressing the $2 million in the HAVA funds that

23 was put into the record.  Our understanding, from

24 talking to the Secretary, the way the HAVA funds work,

25 and also her relationship with the county, that she has

CONSIDERATION OF SENATE BILL 14 1/25/2011

1    very broad discretion, assuming that the HAVA people

2    approve the using of this.

3                The $3 million that you're talking about

4    in voter education, it doesn't necessarily mean that

5    it's three plus two.  It's possible that there's an

6    overlap, that this two million could be folded in --

7    possibly into the three.  But that discretion goes back

8    to the Secretary and they make a determination.  Is that

9    not true?

10                MS. McGEEHAN:  That's exactly right.

11                SEN. FRASER:  The other thing that I want

12    to clarify that there is a lot of discussion about, what

13    expense might go to Houston or what expense might go to

14    Bexar.  Right now there is not clear, because I think

15    there's a lot of discussion going on of whether is that

16    Bexar expense or is that Secretary of State expense?

17                And we've got to determine what those

18    dollars are being spent on.  Can we use Secretary of

19    State dollars and HAVA funds for that?  So I think we're

20    premature of a county saying they've got "X" amount of

21    expenses, because it's possible that some of those

22    expenses flow from the Secretary of State's office, they

23    do not flow to the county, and they could handle that

24    with available people within the county and budget.  Is

25    that not correct?

*15-55*

CONSIDERATION OF SENATE BILL 14 1/25/2011

1          MS. McGEEHAN: That's correct.  And just

2  an example of that, the cost that Bexar County put in

3  the fiscal note was -- I think their assumption was that

4  the certificate, the voter registration certificate

5  would have to increase in size.  And I don't see

6  anything in the bill that requires that.  And the

7  Secretary of State prescribes the form.  So once that's

8  explained to the county, they might withdraw that

9  fiscal --

10         SEN. FRASER:  I want to make sure that

11  that's clear, is that some of these assumptions are

12  possibly the-sky-is-falling assumptions that this is --

13  you know, this expense is going to be put on us, and I

14  don't think that's been discussed.  And some of this, I

15  think, can be done by ruling of the Secretary of State,

16  directing them.  And there is a real good chance that a

17  lot of these expenses go away that can be absorbed

18  through the Secretary of State.  And that is correct,

19  isn't it?

20         MS. McGEEHAN:  Yes.

21         SEN. FRASER:  Okay.  I wanted to clear

22  that up.  Thank you so much.

23         CHAIRMAN DUNCAN:  The Chair recognizes

24  Senator Williams.

25         SEN. WILLIAMS:  Thank you, Mr. Chairman.

15-56

489

CONSIDERATION OF SENATE BILL 14 1/25/2011

1           Ms. McGeehan, I want to add my thanks for
2   you hanging in here with us all day.  There's about
3   three things that I would like to clear up with you.  I
4   just want to understand unequivocally, HAVA funds can be
5   spent for things like training poll workers.  Is that
6   correct?
7           MS. McGEEHAN:  Yes.
8           SEN. WILLIAMS:  Okay.  Thank you.  Then
9   are you familiar with the voter ID bill that went
10  into -- in Utah recently?  Have you taken a look at
11  that?
12          MS. McGEEHAN:  No, I have not looked at
13  that.
14          SEN. WILLIAMS:  Okay.  I just think it's
15  noteworthy, in light of Senator Van de Putte's comments,
16  because the Salt Lake County Clerk's office -- I've got
17  a news report here -- it's confirmed that there were
18  only 13 cases of voters having to pick up their
19  provisional ballots because they didn't have the proper
20  identification to vote when they put this new law into
21  effect.  So it seems like it's had a great -- again, one
22  more state where the impact has been really minimal.
23  I'm not sure why we're having these other issues, but I
24  don't think its because of this.
25          And then finally I wanted to ask you, we

15-57

490

1   had talked earlier about the project that I asked you to

2   do, to cross-reference the driver's licenses and the

3   voter registration.  How is that coming along?  I know I

4   only asked today, but I just --

5               MS. McGEEHAN:  Yes.

6               SEN. WILLIAMS:  -- but what is a

7   reasonable expectation for us to get that information?

8               MS. McGEEHAN:  I would hope by the end of

9   the week.  One thing that our IT folks and our election

10  experts are trying to struggle with is like matching

11  criteria --

12              SEN. WILLIAMS:  Right.

13              MS. McGEEHAN:  -- you know, which we won't

14  have a TLD number, so we're working through some of

15  that.  But I would expect by the end of the week we

16  would have it, if not earlier.

17              SEN. WILLIAMS:  Okay.  So do you need any

18  further direction from us?  For instance, if we wanted

19  to target that universe of people that we know are out

20  there and maybe make a little extra effort to make sure

21  that they understood they were going to have a new

22  requirement when they went to vote as far as getting a

23  photo ID, if they didn't already have one -- and we've

24  identified who they are -- if we gave legislative intent

25  as a part of the bill tomorrow, would that be sufficient

15-5

491

CONSIDERATION OF SENATE BILL 14 1/25/2011

1   for you-all and the Secretary of State's office to take

2   that direction and know that that's something that we

3   wanted to have done in your training plans and voter

4   education plans?

5            MS. McGEEHAN:  Yes.  I think if there were

6   a statement of legislative intent, we would certainly

7   follow that.

8            SEN. WILLIAMS:  That would be sufficient.

9   Okay.  Thank you very much.  Appreciate your help.

10           CHAIRMAN DUNCAN:  All right.  Members, are

11  there any other questions of Ms. McGeehan?

12           Okay.  The Chair hears none.  Thank you,

13  Ms. McGeehan.

14           The Chair calls David Maxwell, Deputy

15  Director of Law Enforcement, Texas Attorney General's

16  Office.

17           Mr. Maxwell, would you approach and state

18  your name and who you represent, and then we'll open it

19  up for questions.

20           TESTIMONY BY DAVID MAXWELL

21           MR. MAXWELL:  I have a written statement

22  that I would like to put into the record, sir.

23           CHAIRMAN DUNCAN:  Well, we haven't been

24  doing that.

25           MR. MAXWELL:  Okay.

## PROPOSED ACTIVITY PLAN

RFP12111-Attachment D

| Task | Sub-Task | Task Description | Sub-Task/Activities | Est. Start Date | Est. End Date | Budget |
|------|----------|-----------------|---------------------|-----------------|---------------|--------|
| 01 | 01.01 | Opinion Research / Awareness Tracking | Benchmark wave prior to Phase I | Wednesday, January 04, 2012 | Wednesday, January 18, 2012 | $ 45,000.00 |
| 01 | 01.02 | | Mid-wave at the conclusion of Phase I | Monday, March 12, 2012 | Friday, March 16, 2012 | $ 45,000.00 |
| 01 | 01.03 | | Post-wave at the conclusion of Phase II | Thursday, November 12, 2012 | Friday, November 16, 2012 | $ 45,000.00 |
| 02 | 02.01 | Planning and Strategy | Message Development | Monday, January 8, 2012 | Monday, January 23, 2012 | $ 15,000.00 |
| 02 | 02.02 | | Develop creative for print, broadcast and collateral materials | Wednesday, January 04, 2012 | Tuesday, January 31, 2012 | $ 150,000.00 |
| 02 | 02.03 | | Develop creative for online | Wednesday, January 04, 2012 | Friday, January 13, 2012 | $ 50,000.00 |
| 02 | 02.04 | | Spokesperson Training | Thursday, January 26, 2012 | Thursday, January 26, 2012 | $ 10,000.00 |
| 03 | 03.01 | Media Relations | News Bureau Program/Ongoing Media Relations | Monday, January 16, 2012 | Tuesday, November 06, 21012 | $ 125,000.00 |
| 03 | 03.03 | | Virtual Press Conference | Wednesday, February 01, 2012 | Wednesday, February 01, 2012 | $ 15,000.00 |
| 03 | 03.04 | | Media Tours/Deskside Briefings - Phase I | Thursday, February 02, 2012 | Tuesday, March 06, 2012 | $ 18,000.00 |
| 03 | 03.05 | | Media Tours/Deskside Briefings - Phase II | Monday, July 02, 2012 | Tuesday, November 06, 2012 | $ 27,000.00 |
| 04 | 04.01 | Kick-off Event | Media and Community Event - Downtown Dallas | Wednesday, February 01, 2012 | Wednesday, February 01, 2012 | $ 50,000.00 |
| 05 | 05.01 | Paid Media | March Primary - Phase I | Monday, January 16, 2012 | Tuesday, April 03, 2012 | $ 720,000.00 |
| 05 | 05.02 | | November General - Phase II | Monday, July 02, 2012 | Tuesday, November 06, 2012 | $ 1,080,000.00 |
| 06 | 06.01 | Community Outreach | Statewide Mobile Photobooth Community Events - Ongoing | Thursday, February 02, 2012 | Tuesday, November 06, 21012 | $ 250,000.00 |
| 06 | 06.03 | | Community-Based and Faith-Based Outreach - Ongoing | Thursday, February 02, 2012 | Tuesday, November 06, 21012 | $ 50,000.00 |
| 07 | 07.01 | Social Media Program | Program Development and Implementation - Phase I | Thursday, February 02, 2012 | Tuesday, March 06, 2012 | $ 80,000.00 |
| 07 | 07.02 | | Ongoing Implementation - Phase II | Wednesday, March 07, 2012 | Tuesday, November 06, 21012 | $ 120,000.00 |
| 08 | 08.01 | Legislative Outreach | Delivery of Information and Toolkits - Ongoing Outreach | Thursday, February 02, 2012 | Tuesday, November 06, 21012 | $ 35,000.00 |
| 09 | 09.01 | Hispanic Outreach | Media Partnership, Mobile Phone App, Social Media - Ongoing | Monday, January 16, 2012 | Tuesday, November 06, 21012 | $ 70,000.00 |
| Total | | | | | | $ 3,000,000.00 |
| 01 | N/A | Subtotal 01 | | | | $ 135,000.00 |
| 02 | N/A | Subtotal 02 | | | | $ 225,000.00 |
| 03 | N/A | Subtotal 03 | | | | $ 185,000.00 |
| 04 | N/A | Subtotal 04 | | | | $ 50,000.00 |
| 05 | N/A | Subtotal 05 | | | | $ 1,800,000.00 |
| 06 | N/A | Subtotal 06 | | | | $ 300,000.00 |
| 07 | N/A | Subtotal 07 | | | | $ 200,000.00 |
| 08 | N/A | Subtotal 08 | | | | $ 35,000.00 |
| 09 | N/A | Subtotal 09 | | | | $ 70,000.00 |
| Total | | | | | | $ 3,000,000.00 |

Exhibit 16

TEX00312587

RFP 12111
Attachment D

SoS 6A Testimony

2

## In-Person Voting with Photo Identification: Background

In 2006 the State of Georgia enacted Senate Bill 84, which requires voters who cast their ballot in person to present one of six forms of acceptable photo identification.

The six forms of acceptable photo ID:
- ✓ A Georgia driver's license, even if expired;
- ✓ Any valid state or federal government issued photo ID, including a free Voter ID Card issued by the voter's county registrar or Georgia Department of Driver Services;
- ✓ Valid U.S. passport;
- ✓ Valid employee photo ID from any branch, department, agency, or entity of the U.S. Government, Georgia, or any county, municipality, board, authority, or other entity of this state;
- ✓ Valid U.S. military photo ID; or
- ✓ Valid tribal photo ID.

If a voter does not have a photo ID or forgets to bring their photo ID to the polls, they can still cast a provisional ballot.

- ✓ The voter then has until the Friday after Election Day to obtain an acceptable form of photo ID, and return to their county elections office to have their vote counted.

*No voter is ever turned away from the polls because they do not have an acceptable form of photo ID!*

The Secretary of State's Office implemented a website (www.GaPhotoID.com) to educate Georgia voters about:

- ✓ The photo ID requirement for in-person voting
- ✓ The free Voter ID Card for voters who do not have photo ID
- ✓ The free photo ID card available at Dept. of Driver Services centers

The website also contains flyers, posters and brochures about Georgia's photo ID requirement that users can print and distribute.

HIGHLY CONFIDENTIAL