Non-privileged Emails.txt

```
From:      Randall, Robert
Sent:      Thursday, July 17, 2014 4:54 PM
To:        Crawford, John
Subject:            FW:
```

```
From: Nguyen, Anhtuan
Sent: Thursday, July 17, 2014 9:19 AM
To: Randall, Robert
Subject:
```

select

```
    char(irec_doc_nbr) || '|' || char(dpsp_person_id) || '|' ||
char(value(dpsp_last_nme,

    ' '),

    40) || '|' || char(value(dpsp_first_nme,

    ' '),

    40) || '|' || char(value(dpsp_middle_nme,

    ' '),

    40) || '|' || char(value(dpsp_suffix,

    ' '),

    2) || '|' || char(dpsp_dob) || '|' || char(dpsp_ssno) || '|' ||
char(value(P.dmdt_strt_addr_1,

    ' '),

    35) || '|' || char(value(P.dmdt_strt_addr_2,

    ' '),

    35) || '|' || char(value(P.dmdt_city,

    ' '),

    35) || '|' || char(value(P.dmdt_state,

    ' '),

    2) || '|' || substr(P.dmdt_zip_cde,

    1,

    5) || '|' || substr(P.dmdt_zip_cde,

    6,

    4) || '|' || char(value(P.dmdt_county,

    ' '),
```

Page 1

2:13-cv-193
09/02/2014
DEF0241

Crawford
EXHIBIT NO. 2
Kim Seibert

```
                              Non-privileged Emails.txt
3) || '|' || char(value(P.dmdt_country,
' '),
2) || '|' || char(value(M.dmdt_strt_addr_1,
' '),
35) || '|' || char(value(M.dmdt_strt_addr_2,
' '),
35) || '|' || char(value(M.dmdt_city,
' '),
35) || '|' || char(value(M.dmdt_state,
' '),
2) || '|' || substr(M.dmdt_zip_cde,
1,
5) || '|' || substr(M.dmdt_zip_cde,
6,
4) || '|' || char(value(M.dmdt_county,
' '),
3) || '|' || char(value(M.dmdt_country,
' '),
2) || '|' || char(value(dpsp_sex,
' '),
1) || '|' || char(value(dpsp_race,
' '),
1) || '|' || char(value(dpsp_disabled_vet,
' '),
1) || '|' || char(value(dpsp_home_bound,
' '),
1) || '|' || char(value(nmbd_first_nme,
' '),
40) || '|' || char(value(nmbd_last_nme,
' '),
40) || '|' || char(value(nmbd_middle_nme,
```

```
    ' '),                           Non-privileged Emails.txt
    40) || '|' || char(value(dlak_dl_nbr,
    ' '),
    25) || '|' || char(value(dcst_status_cde,
    ' '),
    2) || '|' || char(value(dpsp_status,
    ' '),
    1) || '|' || char(value(irec_issuance_typ,
    ' '),
    1) || '|' || char(value(srdc_doc_nbr,
    ' '),
    25) || '|' || char(value(srdc_typ,
    ' '),
    1) || '|' || char(value(irec_issue_stat,
    ' '),
    1) || '|' || char(value(irec_issue_stat,
    ' '),
    1) || '|' || char(value(deth_deceased_cert,
    ' '),
    10)
from
    dlndlf.dps_person
join
    dlndlf.issuance_record
        on irec_person_id = dpsp_person_id
left join
    dlndlf.demographic_detail P
        on P.dmdt_person_id = dpsp_person_id
        and P.dmdt_addr_typ = 'P'
left join
    dlndlf.demographic_detail M
        on M.dmdt_person_id = dpsp_person_id
                                        Page 3
```

```
                                    Non-privileged Emails.txt
      and M.dmdt_addr_typ = 'M'
  left join

    dlndlf.name_dob_aka_info

      on  nmbd_person_id = dpsp_person_id

  left join

    dlndlf.document_status

      on dcst_id_nbr = irec_id_nbr

  left join

    dlndlf.surrendered_doc

      on srdc_person_id = dpsp_person_id

  left join

    dlndlf.death_information

      on deth_person_id = dpsp_person_id

  left join

    dlndlf.aka_license_nbr

      on dlak_person_id = dpsp_person_id

  left join

    dlndlf.conviction_data

      on cnvc_person_id = dpsp_person_id

where

    dpsp_designation is null

    and dcst_remove_dte is null WITH UR;
```

Anhtuan Nguyen
Texas Dept. of Public Safety - IMS Client/Server Applications
Office: (512) 424-5134 Fax: (512) 424-5149
Email: Anhtuan.Nguyen@dps.texas.gov

From:     Nguyen, Anhtuan
Sent:     Thursday, July 17, 2014 3:44 PM
To:       Crawford, John
Cc:       Randall, Robert
Subject:        RE: Data Dictionary on EIC Data Extraction.

Hi John,

Non-privileged Emails.txt

I remember know. I think Curtis misunderstood what I tried to explain to him.

What I said was if DL/ID has card statuses and if card statuses is not removed(null remove date) then list them out as below. But if DL/ID has card statuses and if card statuses is  removed(non null remove date) then don't list card statuses.

I think Curtis misunderstood what I said and he exclude DL/ID that has card statuses with card statuses is not removed(null remove date).

| | |
|---|---|
| - | DL card status |
| 01 | ;PURGED; |
| 03 | ;REVOKED SEX OFFENDER; |
| 04 | ;VOLUNTARY SURRENDER; |
| 05 | ;VOLUNTARY SURRENDER CSO; |
| 06 | ;DENIED TEXAS LIMB WAIVER; |
| 07 | ;DENIED TEXAS VISION WAIVER; |
| 08 | ;EXPIRED LIMB WAIVER; |
| 09 | ;EXPIRED VISION WAIVER; |
| 10 | ;IGNITION INTERLOCK REQUIRED; |
| 11 | ;LIMB WAIVER NEEDED; |
| 12 | ;REQUIRED DOWNGRADE; |
| 13 | ;RESTRICTION REQUIRES REVIEW; |
| 14 | ;VERIFY ISSUE FORMER STATE; |
| 15 | ;VISION WAIVER NEEDED; |
| 16 | ;VOLUNTARY SURRENDER INSURANCE; |
| 17 | ;VOLUNTARY SURRENDER MEDICAL; |
| 18 | ;RETURNED BY POST OFFICE; |
| 19 | ;ITEMS SURRENDERED; |
| 20 | ;DOCUMENTS NEEDED; |

| | |
|---|---|
| - | ID card status |
| 01 | ;PURGED; |
| 03 | ;REVOKED SEX OFFENDER; |
| 04 | ;VOLUNTARY SURRENDER; |
| 05 | ;VOLUNTARY SURRENDER CSO; |
| 06 | ;RETURNED BY POST OFFICE; |

Non-privileged Emails.txt

07          ;ITEMS SURRENDERED;

08          ;DOCUMENTS NEEDED;


Thanks,


Anhtuan Nguyen
Texas Dept. of Public Safety - IMS Client/Server Applications
Office: (512) 424-5134 Fax: (512) 424-5149
Email: Anhtuan.Nguyen@dps.texas.gov


From: Crawford, John
Sent: Thursday, July 17, 2014 3:04 PM
To: Nguyen, Anhtuan
Cc: Randall, Robert
Subject: RE: Data Dictionary on EIC Data Extraction.


OK, thanks.  I know it was a long time ago; appreciate the response.


John C


From: Nguyen, Anhtuan
Sent: Thursday, July 17, 2014 3:02 PM
To: Crawford, John
Cc: Randall, Robert
Subject: RE: Data Dictionary on EIC Data Extraction.


Hi John,


Sorry so long ago I don't recall why. But I think at final meeting we decided not to
exclude records with deleted flag(DPS_PERSON.DPSP_DEL_FLAG = 0, 1)', admin status  =
reported deceased (ADMIN_STATUS.ADST_ADMIN_STATUS = REPORTED DECEASE(08)) and DL /ID
with Card Statuses and remove date is null

Only exclude records that are alias or special. Unfortunately the final query
excludes dl/id with card statuses having non null remove date. The other agreed upon
parameters were implemented correctly.

Page 6

Non-privileged Emails.txt

Thanks,

Anhtuan Nguyen
Texas Dept. of Public Safety - IMS Client/Server Applications
Office: (512) 424-5134 Fax: (512) 424-5149
Email: Anhtuan.Nguyen@dps.texas.gov

From: Crawford, John
Sent: Thursday, July 17, 2014 2:27 PM
To: Nguyen, Anhtuan
Cc: Randall, Robert
Subject: RE: Data Dictionary on EIC Data Extraction.

Anhtuan,

This is part of the discussion involving the EIC data extract that we did in
January. Do you remember why we added the clause that's highlighted in blue?

Thanks,

John C

From: Nguyen, Anhtuan
Sent: Wednesday, December 11, 2013 2:06 PM
To: Grobe, Curtis; Crawford, John
Cc: Smith, Rick
Subject: RE: Data Dictionary on EIC Data Extraction.

Hi Curtis,

o. Permanent County = CHAR(3)  -- Number value in this column will need to be
cross-referenced to the County Data file also provided.

See attached file Counties.txt

p. Permanent Country = CHAR(3) - Value in this column will need to be
cross-referenced to the Country Data File also provided.

See attached file Countries.txt

w. Mailing County = CHAR(3) Number value in this column will need to be
cross-referenced to the County Data file also provided.

See attached file Counties.txt

x. Mailing Country = CHAR(2) Value in this column will need to be cross-referenced
to the Country Data File also provided.

See attached file Countries.txt

Page 7

Non-privileged Emails.txt

y. Sex = CHAR(1) – Values in the field will be either an ('F' for female or 'M' for Male, 'U' (unknown))

z. Race = CHAR(1) – Values in this field will be (A(asian), B(black), H(hispanic), I, O, W(white)) ??? A(ASIAN/PACIFIC ISLANDER), B(BLACK), H(HISPANIC), I(AMERICAN INDIAN/ALASKAN NATIVE), O(OTHER), W(WHITE)

ee. Card Status = CHAR(2) – CROSSREF ??? Values are (01, 03, 04, 05, 06, 07, 08, 09, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20)

Card Status = document_status.dcst_status_cde, char(2) where DCST_REMOVE_DTE is null

- DL card status

01 ;PURGED;

03 ;REVOKED SEX OFFENDER;

04 ;VOLUNTARY SURRENDER;

05 ;VOLUNTARY SURRENDER CSO;

06 ;DENIED TEXAS LIMB WAIVER;

07 ;DENIED TEXAS VISION WAIVER;

08 ;EXPIRED LIMB WAIVER;

09 ;EXPIRED VISION WAIVER;

10 ;IGNITION INTERLOCK REQUIRED;

11 ;LIMB WAIVER NEEDED;

12 ;REQUIRED DOWNGRADE;

13 ;RESTRICTION REQUIRES REVIEW;

14 ;VERIFY ISSUE FORMER STATE;

15 ;VISION WAIVER NEEDED;

16 ;VOLUNTARY SURRENDER INSURANCE;

17 ;VOLUNTARY SURRENDER MEDICAL;

18 ;RETURNED BY POST OFFICE;

19 ;ITEMS SURRENDERED;

20 ;DOCUMENTS NEEDED;


- ID card status

01 ;PURGED;

03 ;REVOKED SEX OFFENDER;

Page 8

Non-privileged Emails.txt

04          ;VOLUNTARY SURRENDER;

05          ;VOLUNTARY SURRENDER CSO;

06          ;RETURNED BY POST OFFICE;

07          ;ITEMS SURRENDERED;

08          ;DOCUMENTS NEEDED;


ff. Record Status = CHAR(1) - CROSSREF ???   Values are (1,2, 3)

1           ;ELIGIBLE;

2           ;NOT ELIGIBLE;

3           ;ELIGIBLE NON-CDL, NOT ELIGIBLE CDL;


hh. Surrendered DL/ID Number = CHAR(25)

Do we need another column for State jurisdiction of this surrendered DL/ID number ?


ii. License Surrendered ???? - Need to get with Anhtuan to find out where this data resides.

Do they want License Surrendered Type or License Surrendered Date ?

For License Surrendered Type:

1           ;DL;

2           ;CDL;

3           ;ID;


kk. DL Issuance Status = CHAR(1) - Need crossref on this data will get with ANHTUAN???  Values(1,2,3,4,5,6)

1           ;ACTIVE - OUTSIDE RENEWAL PERIOD;

2           ;ACTIVE - WITHIN RENEWAL PERIOD;

3           ;EXPIRED - WITHIN 2 YEARS OF EXPIRATION DATE;

4           ;EXPIRED - OVER 2 YEARS FROM EXPIRATION DATE;

5           ;IN PROCESS

6           ;DELETED;


ll. ID Issuance Status = CHAR(1) - Need crossref on this data will get with ANHTUAN???  Values (1,2,3,4,5,6)

Non-privileged Emails.txt

1          ;ACTIVE - OUTSIDE RENEWAL PERIOD;

2          ;ACTIVE - WITHIN RENEWAL PERIOD;

3          ;EXPIRED - WITHIN 2 YEARS OF EXPIRATION DATE;

4          ;EXPIRED - OVER 2 YEARS FROM EXPIRATION DATE;

5          ;IN PROCESS

6          ;DELETED;


Also I think We don't need to extract records that are marked as
'deleted(DPS_PERSON.DPSP_DEL_FLAG = 0, 1)'

admin status  = reported deceased (ADMIN_STATUS.ADST_ADMIN_STATUS = REPORTED
DECEASE(08))

alias, special records




Thanks,


Anhtuan Nguyen
Texas Dept. of Public Safety - IMS Client/Server Applications
Office: (512) 424-5134 Fax: (512) 424-5149
Email: Anhtuan.Nguyen@dps.texas.gov


From: Grobe, Curtis
Sent: Wednesday, December 11, 2013 7:05 AM
To: Crawford, John
Cc: Smith, Rick; Nguyen, Anhtuan
Subject: Data Dictionary on EIC Data Extraction.


John,

        Here is the layout of the files being produced, along with the lengths of
each field.  As you can see there are number of fields/columns which need crossref
information.   Some of that crossref information is in the database like the (county
table, country table, etc.) which I can extract and send along with this data but
there are other values which I'm not sure where this crossref data is stored so I
will need to get with Anhtuan to discuss.  More to come on this layout.


DL Stored Data FILE Format

Non-privileged Emails.txt

a. DL/ID/UNL = CHAR (13)

b. Person ID = CHAR (17)

c. First Name =  CHAR (40)

d. Last Name = CHAR (40)

e. Middle Name = CHAR(40)

f. Suffix = CHAR( 2)

g. Date of Birth = CHAR (10)  Format MM/DD/YYYY

h. Social Security Number = CHAR(9)

i. Permanent Street Address 1 = CHAR (35)

j. Permanent Street Address 2 = CHAR (35)

k. Permanent City = CHAR(35)

l. Permanent State = CHAR(2) '

m. Permanent Zip Code = CHAR (5)

n. Permanent Zip Code Ext.= CHAR(4)'

o. Permanent County = CHAR(3)  -- Number value in this column will need to be
cross-referenced to the County Data file also provided.

p. Permanent Country = CHAR(3) – Value in this column will need to be
cross-referenced to the Country Data File also provided.

q. Mailing Street Address 1 = CHAR(35)

r. Mailing Street Address 2 = CHAR(35)

s. Mailing City = CHAR(35)

t. Mailing State = CHAR(2)

u. Mailing Zip Code =  CHAR(5)

v. Mailing Zip Code Ext. = CHAR(4)

w. Mailing County = CHAR(3) Number value in this column will need to be
cross-referenced to the County Data file also provided.

x. Mailing Country = CHAR(2) Value in this column will need to be cross-referenced
to the Country Data File also provided.

y. Sex =  CHAR(1) – Values in the field will be either an ('F' for female or 'M' for
Male, 'U' (unknown))

z. Race = CHAR(1) – Values in this field will be (A(asian), B(black), H(hispanic),
I, O, W(white))  ???

aa. Disabled Veteran = CHAR(1) – Values in this field represent (0,1) – 1 represent
Disable Vet.

Page 11

Non-privileged Emails.txt
bb. Homebound = CHAR(1) - Values in this field represent (0,1) - 1 represent Homebound

cc. AKA Name

    cc1: AKA_FIRST_NAME = CHAR(40)

    cc2: AKA_LAST_NAME = CHAR(40)

    cc3: AKA_MIDDLE_NAME = CHAR(40)

dd. AKA DL/ID Number = CHAR(25)

ee. Card Status = CHAR(2) - CROSSREF ??? Values are (01, 03, 04, 05, 06, 07, 08, 09, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20)

ff. Record Status = CHAR(1) - CROSSREF ??? Values are (1,2, 3)

gg. Card Type = CHAR(1) - CROSSREF Value (1,2,3,4) ???

hh. Surrendered DL/ID Number = CHAR(25)

ii. License Surrendered ???? - Need to get with Anhtuan to find out where this data resides.

jj. License Confiscated --- DL does not store this data

kk. DL Issuance Status = CHAR(1) - Need crossref on this data will get with ANHTUAN??? Vaules (1,2,3,4,5,6)

ll. ID Issuance Status = CHAR(1) - Need crossref on this data will get with ANHTUAN??? Values (1,2,3,4,5,6)

mm.License Status - No Data provided same as values in Issuance Status.

nn. Deceased Certificate Number = CHAR(10)


DL Election Identification Certificate Data File Format


a: First_Name CHAR(40)

b: Last_Name CHAR(40)

c: Middle_Name CHAR(40)

d: Suffix_NAME CHAR(2)

e: Physical_Addr_1 CHAR(40)

f: Physical_Addr_2 CHAR(40)

g: Physical_City CHAR(35)

h: Physical_State CHAR(2)

i: Physical_County CHAR(3)

j: Physical_ZIP Char(5)

Non-privileged Emails.txt

k: Physical_ZIP_EXT CHAR(4)

l: Physical_Country Char(2)

m: Mail_Addr_1 CHAR(40)

n: Mail_Addr_2 CHAR(40)

o: Mail_City CHAR(35)

p: Mail_State CHAR(2)

q: Mail_Country CHAR(2)

r: Mail_Zip CHAR(4)

s: Mail_Zip_Ext Char(5)

t: DOB Char 10 – Format MM/DD/YYYY

u:Social_Security_Nbr CHAR(9)

v:Race CHAR(1)

w:Sex CHAR(1)

x: Issue_Date CHAR(10) Format MM/DD/YYYY

Curtis Grobe

Texas Department of Public Safety

Database Administrator

Office:(512) 424-5171, Fax (512) 424-5589

Email: curtis.grobe@dps.texas.gov <mailto:curtis.grobe@txdps.state.tx.us>

From:      Nguyen, Anhtuan
Sent:      Thursday, July 17, 2014 3:02 PM
To:        Crawford, John
Cc:        Randall, Robert
Subject:        RE: Data Dictionary on EIC Data Extraction.

Hi John,

Sorry so long ago I don't recall why. But I think at final meeting we decided not to

Non-privileged Emails.txt
exclude records with deleted flag(DPS_PERSON.DPSP_DEL_FLAG = 0, 1)', admin status =
reported deceased (ADMIN_STATUS.ADST_ADMIN_STATUS = REPORTED DECEASE(08)) and DL /ID
with Card Statuses and remove date is null

Only exclude records that are alias or special. Unfortunately the final query
excludes dl/id with card statuses having non null remove date. The other agreed upon
parameters were implemented correctly.

Thanks,

Anhtuan Nguyen
Texas Dept. of Public Safety - IMS Client/Server Applications
Office: (512) 424-5134 Fax: (512) 424-5149
Email: Anhtuan.Nguyen@dps.texas.gov

From: Crawford, John
Sent: Thursday, July 17, 2014 2:27 PM
To: Nguyen, Anhtuan
Cc: Randall, Robert
Subject: RE: Data Dictionary on EIC Data Extraction.

Anhtuan,

This is part of the discussion involving the EIC data extract that we did in
January.  Do you remember why we added the clause that's highlighted in blue?

Thanks,

John C

From: Nguyen, Anhtuan
Sent: Wednesday, December 11, 2013 2:06 PM
To: Grobe, Curtis; Crawford, John
Cc: Smith, Rick
Subject: RE: Data Dictionary on EIC Data Extraction.

Hi Curtis,

o. Permanent County = CHAR(3)  -- Number value in this column will need to be
cross-referenced to the County Data file also provided.

See attached file Counties.txt

Page 14

Non-privileged Emails.txt

p. Permanent Country = CHAR(3) - Value in this column will need to be cross-referenced to the Country Data File also provided.

See attached file Countries.txt

w. Mailing County = CHAR(3) Number value in this column will need to be cross-referenced to the County Data file also provided.

See attached file Counties.txt

x. Mailing Country = CHAR(2) Value in this column will need to be cross-referenced to the Country Data File also provided.

See attached file Countries.txt


y. Sex = CHAR(1) - Values in the field will be either an ('F' for female or 'M' for Male, 'U' (unknown))

z. Race = CHAR(1) - Values in this field will be (A(asian), B(black), H(hispanic), I, O, W(white))   ??? A(ASIAN/PACIFIC ISLANDER), B(BLACK), H(HISPANIC), I(AMERICAN INDIAN/ALASKAN NATIVE),  O(OTHER), W(WHITE)

ee. Card Status = CHAR(2) - CROSSREF ???  Values are (01, 03, 04, 05, 06, 07, 08, 09, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20)

Card Status  = document_status.dcst_status_cde,  char(2) where DCST_REMOVE_DTE is null

-          DL card status

01         ;PURGED;

03         ;REVOKED SEX OFFENDER;

04         ;VOLUNTARY SURRENDER;

05         ;VOLUNTARY SURRENDER CSO;

06         ;DENIED TEXAS LIMB WAIVER;

07         ;DENIED TEXAS VISION WAIVER;

08         ;EXPIRED LIMB WAIVER;

09         ;EXPIRED VISION WAIVER;

10         ;IGNITION INTERLOCK REQUIRED;

11         ;LIMB WAIVER NEEDED;

12         ;REQUIRED DOWNGRADE;

13         ;RESTRICTION REQUIRES REVIEW;

14         ;VERIFY ISSUE FORMER STATE;

15         ;VISION WAIVER NEEDED;

16         ;VOLUNTARY SURRENDER INSURANCE;

17         ;VOLUNTARY SURRENDER MEDICAL;

Non-privileged Emails.txt

18          ;RETURNED BY POST OFFICE;

19          ;ITEMS SURRENDERED;

20          ;DOCUMENTS NEEDED;


-           ID card status

01          ;PURGED;

03          ;REVOKED SEX OFFENDER;

04          ;VOLUNTARY SURRENDER;

05          ;VOLUNTARY SURRENDER CSO;

06          ;RETURNED BY POST OFFICE;

07          ;ITEMS SURRENDERED;

08          ;DOCUMENTS NEEDED;


ff. Record Status = CHAR(1) - CROSSREF ???  Values are (1,2, 3)

1           ;ELIGIBLE;

2           ;NOT ELIGIBLE;

3           ;ELIGIBLE NON-CDL, NOT ELIGIBLE CDL;


hh. Surrendered DL/ID Number = CHAR(25)

Do we need another column for State jurisdiction of this surrendered DL/ID number ?


ii. License Surrendered ???? - Need to get with Anhtuan to find out where this data resides.

Do they want License Surrendered Type or License Surrendered Date ?

For License Surrendered Type:

1           ;DL;

2           ;CDL;

3           ;ID;


kk. DL Issuance Status = CHAR(1) - Need crossref on this data will get with ANHTUAN???  Values(1,2,3,4,5,6)

1           ;ACTIVE - OUTSIDE RENEWAL PERIOD;

Page 16

Non-privileged Emails.txt
2        ;ACTIVE - WITHIN RENEWAL PERIOD;

3        ;EXPIRED - WITHIN 2 YEARS OF EXPIRATION DATE;

4        ;EXPIRED - OVER 2 YEARS FROM EXPIRATION DATE;

5        ;IN PROCESS

6        ;DELETED;


11. ID Issuance Status = CHAR(1) - Need crossref on this data will get with
ANHTUAN???  Values (1,2,3,4,5,6)

1        ;ACTIVE - OUTSIDE RENEWAL PERIOD;

2        ;ACTIVE - WITHIN RENEWAL PERIOD;

3        ;EXPIRED - WITHIN 2 YEARS OF EXPIRATION DATE;

4        ;EXPIRED - OVER 2 YEARS FROM EXPIRATION DATE;

5        ;IN PROCESS

6        ;DELETED;


Also I think We don't need to extract records that are marked as
'deleted(DPS_PERSON.DPSP_DEL_FLAG = 0, 1)'

admin status = reported deceased (ADMIN_STATUS.ADST_ADMIN_STATUS = REPORTED
DECEASE(08))

alias, special records




Thanks,


Anhtuan Nguyen
Texas Dept. of Public Safety - IMS Client/Server Applications
Office: (512) 424-5134 Fax: (512) 424-5149
Email: Anhtuan.Nguyen@dps.texas.gov


From: Grobe, Curtis
Sent: Wednesday, December 11, 2013 7:05 AM
To: Crawford, John
Cc: Smith, Rick; Nguyen, Anhtuan
Subject: Data Dictionary on EIC Data Extraction.

Non-privileged Emails.txt

John,

     Here is the layout of the files being produced, along with the lengths of each field. As you can see there are number of fields/columns which need crossref information. Some of that crossref information is in the database like the (county table, country table, etc.) which I can extract and send along with this data but there are other values which I'm not sure where this crossref data is stored so I will need to get with Anhtuan to discuss. More to come on this layout.

DL Stored Data FILE Format

_____

a. DL/ID/UNL = CHAR (13)

b. Person ID = CHAR (17)

c. First Name = CHAR (40)

d. Last Name = CHAR (40)

e. Middle Name = CHAR(40)

f. Suffix = CHAR( 2)

g. Date of Birth = CHAR (10)  Format MM/DD/YYYY

h. Social Security Number = CHAR(9)

i. Permanent Street Address 1 = CHAR (35)

j. Permanent Street Address 2 = CHAR (35)

k. Permanent City = CHAR(35)

l. Permanent State = CHAR(2) '

m. Permanent Zip Code = CHAR (5)

n. Permanent Zip Code Ext.= CHAR(4)'

o. Permanent County = CHAR(3)  -- Number value in this column will need to be cross-referenced to the County Data file also provided.

p. Permanent Country = CHAR(3) - Value in this column will need to be cross-referenced to the Country Data File also provided.

q. Mailing Street Address 1 = CHAR(35)

r. Mailing Street Address 2 = CHAR(35)

s. Mailing City = CHAR(35)

t. Mailing State = CHAR(2)

u. Mailing Zip Code = CHAR(5)

v. Mailing Zip Code Ext. = CHAR(4)

w. Mailing County = CHAR(3) Number value in this column will need to be
Page 18

Non-privileged Emails.txt
cross-referenced to the County Data file also provided.

x. Mailing Country = CHAR(2) Value in this column will need to be cross-referenced to the Country Data File also provided.

y. Sex =  CHAR(1) – Values in the field will be either an ('F' for female or 'M' for Male, 'U' (unknown))

z. Race = CHAR(1) – Values in this field will be (A(asian), B(black), H(hispanic), I, O, W(white))  ???

aa. Disabled Veteran = CHAR(1) – Values in this field represent (0,1) – 1 represent Disable Vet.

bb. Homebound = CHAR(1) – Values in this field represent (0,1) – 1 represent Homebound

cc. AKA Name

     cc1: AKA_FIRST_NAME = CHAR(40)

     cc2: AKA_LAST_NAME = CHAR(40)

     cc3: AKA_MIDDLE_NAME = CHAR(40)

dd. AKA DL/ID Number = CHAR(25)

ee. Card Status = CHAR(2) – CROSSREF ???  Values are (01, 03, 04, 05, 06, 07, 08, 09, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20)

ff. Record Status = CHAR(1) – CROSSREF ???  Values are (1,2, 3)

gg. Card Type = CHAR(1) – CROSSREF  Value (1,2,3,4)    ???

hh. Surrendered DL/ID Number = CHAR(25)

ii. License Surrendered ???? – Need to get with Anhtuan to find out where this data resides.

jj. License Confiscated --- DL does not store this data

kk. DL Issuance Status = CHAR(1) – Need crossref on this data will get with ANHTUAN???  Vaules (1,2,3,4,5,6)

ll. ID Issuance Status = CHAR(1) – Need crossref on this data will get with ANHTUAN???  Values (1,2,3,4,5,6)

mm.License Status – No Data provided same as values in Issuance Status.

nn. Deceased Certificate Number = CHAR(10)


DL Election Identification Certificate Data File Format


a: First_Name CHAR(40)

b: Last_Name CHAR(40)

c: Middle_Name CHAR(40)

Non-privileged Emails.txt

d: Suffix_NAME CHAR(2)

e: Physical_Addr_1 CHAR(40)

f: Physical_Addr_2 CHAR(40)

g: Physical_City CHAR(35)

h: Physical_State CHAR(2)

i: Physical_County CHAR(3)

j: Physical_ZIP Char(5)

k: Physical_ZIP_EXT CHAR(4)

l: Physical_Country Char(2)

m: Mail_Addr_1 CHAR(40)

n: Mail_Addr_2 CHAR(40)

o: Mail_City CHAR(35)

p: Mail_State CHAR(2)

q: Mail_Country CHAR(2)

r: Mail_Zip CHAR(4)

s: Mail_Zip_Ext Char(5)

t: DOB Char 10 - Format MM/DD/YYYY

u:Social_Security_Nbr CHAR(9)

v:Race CHAR(1)

w:Sex CHAR(1)

x: Issue_Date CHAR(10) Format MM/DD/YYYY

Curtis Grobe

Texas Department of Public Safety

Database Administrator

Office:(512) 424-5171, Fax (512) 424-5589

Email: curtis.grobe@dps.texas.gov <mailto:curtis.grobe@txdps.state.tx.us>

Non-privileged Emails.txt