Nguyen, Anhtuan

**From:** Smith, Rick
**Sent:** Monday, December 09, 2013 11:08 AM
**To:** Nguyen, Anhtuan
**Cc:** Peschka, Jeff
**Subject:** OAG query

*2012 data extract*

Here's the main query we ran last year:

```
select char(dpsp_person_id) || '|' ||
    char(value(dpsp_last_nme,' '),40) || '|' ||
    char(value(dpsp_first_nme,' '),40) || '|' ||
    char(value(dpsp_middle_nme,' '),40) || '|' ||
    char(value(substr(dpsp_ssno,6,4),' '),4) || '|' ||
    char(dpsp_dob) || '|' ||
    char(value(dpsp_race,' '),1) || '|' ||
    char(irec_doc_nbr) || '|' ||
    char(value(dmdt_strt_addr_1,' '),35) || '|' ||
    char(value(dmdt_strt_addr_2,' '),35) || '|' ||
    char(value(dmdt_city,' '),35) || '|' ||
    char(value(dmdt_state,' '),2) || '|' ||
    char(value(dmdt_zip_cde,' '),16) || '|' ||
    char(value(dmdt_county,' '),3) || '|' ||
    char(value(dmdt_country,' '),2)
from dlndlf.dps_person
    ,dlndlf.issuance_record
    ,dlndlf.demographic_detail
where dpsp_person_id = irec_person_id
    and dpsp_person_id = dmdt_person_id
    and dpsp_designation is null
with ur
;
```

Thanks,
Rick A. Smith
Sr. DB2 DBA (z/OS and LUW)
rick.smith@dps.texas.gov
512.424.5791


2:13-cv-193
09/02/2014
DEF0242


Crawford
EXHIBIT NO. 3
Kim Seibert

```
DPS.DL.data.txt                    DPS.DL.layouts.20120430.txt
---------------
person_id         char(15)
last_name         char(40)
first_name        char(40)
middle_name       char(40)
ssn               char(04)  <- last 4 digits
date_of_birth     char(10)
race              char(01)
dl_number         char(11)
address_line1     char(35)
address_line2     char(35)
city              char(35)
state             char(02)
zipcode           char(16)
county_code       char(03)
country           char(02)

DPS.DL.county.txt
-----------------
county_code       char(03)
county_desc       char(20)

DPS.DL.race.txt
-----------------
race_code         char(01)
race_desc         char(40)
```