January_15_2014_Extract_SQL_with_carriage_returns.txt

```sql
select char(irec_doc_nbr)
    || '|' || char(dpsp_person_id)
    || '|' || char(value(dpsp_last_nme,' '),40)
    || '|' || char(value(dpsp_first_nme,' '),40)
    || '|' || char(value(dpsp_middle_nme,' '),40)
    || '|' || char(value(dpsp_suffix,' '),2)
    || '|' || char(dpsp_dob)
    || '|' || char(dpsp_ssno)
    || '|' || char(value(P.dmdt_strt_addr_1,' '),35)
    || '|' || char(value(P.dmdt_strt_addr_2,' '),35)
    || '|' || char(value(P.dmdt_city,' '),35)
    || '|' || char(value(P.dmdt_state,' '),2)
    || '|' || substr(P.dmdt_zip_cde,1,5)
    || '|' || substr(P.dmdt_zip_cde,6,4)
    || '|' || char(value(P.dmdt_county,' '),3)
    || '|' || char(value(P.dmdt_country,' '),2)
    || '|' || char(value(M.dmdt_strt_addr_1,' '),35)
    || '|' || char(value(M.dmdt_strt_addr_2,' '),35)
    || '|' || char(value(M.dmdt_city,' '),35)
    || '|' || char(value(M.dmdt_state,' '),2)
    || '|' || substr(M.dmdt_zip_cde,1,5)
    || '|' || substr(M.dmdt_zip_cde,6,4)
    || '|' || char(value(M.dmdt_county,' '),3)
    || '|' || char(value(M.dmdt_country,' '),2)
    || '|' || char(value(dpsp_sex,' '),1)
    || '|' || char(value(dpsp_race,' '),1)
    || '|' || char(value(dpsp_disabled_vet,' '),1)
    || '|' || char(value(dpsp_home_bound,' '),1)
    || '|' || char(value(nmbd_first_nme,' '),40)
    || '|' || char(value(nmbd_last_nme,' '),40)
    || '|' || char(value(nmbd_middle_nme,' '),40)
    || '|' || char(value(dlak_dl_nbr,' '),25)
    || '|' || char(value(dcst_status_cde,' '),2)
    || '|' || char(value(dpsp_status,' '),1)
    || '|' || char(value(irec_issuance_typ,' '),1)
    || '|' || char(value(srdc_doc_nbr,' '),25)
    || '|' || char(value(srdc_typ,' '),1)
    || '|' || char(value(irec_issue_stat,' '),1)
    || '|' || char(value(irec_issue_stat,' '),1)
    || '|' || char(value(deth_deceased_cert,' '),10)
from dlndlf.dps_person
join dlndlf.issuance_record on irec_person_id = dpsp_person_id
left join dlndlf.demographic_detail P on P.dmdt_person_id = dpsp_person_id and P.dmdt_addr_typ = 'P'
left join dlndlf.demographic_detail M on M.dmdt_person_id = dpsp_person_id and M.dmdt_addr_typ = 'M'
left join dlndlf.name_dob_aka_info on  nmbd_person_id = dpsp_person_id
left join dlndlf.document_status on dcst_id_nbr = irec_id_nbr
left join dlndlf.surrendered_doc on srdc_person_id = dpsp_person_id
left join dlndlf.death_information on deth_person_id = dpsp_person_id
left join dlndlf.aka_license_nbr on dlak_person_id = dpsp_person_id
left join dlndlf.conviction_data on cnvc_person_id = dpsp_person_id
where
dpsp_designation is null
and dcst_remove_dte is null
with ur
```

Page 1



2:13-cv-193
09/02/2014
DEF0244



Crawford
EXHIBIT NO. 5
Kim Seibert