July_23_2014_Extract_SQL_code_with_carriage_returns.txt

```
select distinct(char(irec_doc_nbr))
|| '|' || char(dpsp_person_id)
|| '|' || char(value(dpsp_last_nme, ' '),40)
|| '|' || char(value(dpsp_first_nme, ' '), 40)
|| '|' || char(value(dpsp_middle_nme, ' '), 40)
|| '|' || char(value(dpsp_suffix, ' '), 2)
|| '|' || char(dpsp_dob)
|| '|' || char(dpsp_ssno)
|| '|' || char(value(P.dmdt_strt_addr_1, ' '), 35)
|| '|' || char(value(P.dmdt_strt_addr_2, ' '), 35)
|| '|' || char(value(P.dmdt_city, ' '), 35)
|| '|' || char(value(P.dmdt_state, ' '), 2)
|| '|' || substr(P.dmdt_zip_cde, 1, 5)
|| '|' || substr(P.dmdt_zip_cde, 6, 4)
|| '|' || char(value(P.dmdt_county, ' '), 3)
|| '|' || char(value(P.dmdt_country, ' '), 2)
|| '|' || char(value(M.dmdt_strt_addr_1, ' '), 35)
|| '|' || char(value(M.dmdt_strt_addr_2, ' '), 35)
|| '|' || char(value(M.dmdt_city, ' '), 35)
|| '|' || char(value(M.dmdt_state, ' '), 2)
|| '|' || substr(M.dmdt_zip_cde, 1, 5)
|| '|' || substr(M.dmdt_zip_cde, 6, 4)
|| '|' || char(value(M.dmdt_county, ' '), 3)
|| '|' || char(value(M.dmdt_country, ' '), 2)
|| '|' || char(value(dpsp_sex, ' '), 1)
|| '|' || char(value(dpsp_race, ' '), 1)
|| '|' || char(value(dpsp_disabled_vet, ' '), 1)
|| '|' || char(value(dpsp_home_bound, ' '), 1)
|| '|' || char(value(nmbd_first_nme, ' '), 40)
|| '|' || char(value(nmbd_last_nme, ' '), 40)
|| '|' || char(value(nmbd_middle_nme, ' '), 40)
|| '|' || char(value(dlak_dl_nbr, ' '), 25)
|| '|' || char(value(dcst_status_cde, ' '), 2)
|| '|' || char(value(dpsp_status, ' '), 1)
|| '|' || char(value(irec_issuance_typ, ' '), 1)
|| '|' || char(value(srdc_doc_nbr, ' '), 25)
|| '|' || char(value(srdc_typ, ' '), 1)
|| '|' || char(value(irec_issue_stat, ' '), 1)
|| '|' || char(value(irec_issue_stat, ' '), 1)
|| '|' || char(value(deth_deceased_cert, ' '), 10)
|| '|' || COALESCE(date(dcst_remove_dte), null)
|| '|' || COALESCE(DL.DLRC_LIC_EXP_DTE, ID.IDDC_DOC_EXP_DTE, null)
from dlndlf.dps_person
join dlndlf.issuance_record on irec_person_id = dpsp_person_id
left join dlndlf.demographic_detail P on P.dmdt_person_id = dpsp_person_id and P.dmdt_addr_typ = 'P'
left join dlndlf.demographic_detail M on M.dmdt_person_id = dpsp_person_id and M.dmdt_addr_typ = 'M'
left join dlndlf.name_dob_aka_info on  nmbd_person_id = dpsp_person_id
left join dlndlf.document_status on dcst_id_nbr = irec_id_nbr
left join dlndlf.surrendered_doc on srdc_person_id = dpsp_person_id
left join dlndlf.death_information on deth_person_id = dpsp_person_id
left join dlndlf.aka_license_nbr on dlak_person_id = dpsp_person_id
left join dlndlf.conviction_data on cnvc_person_id = dpsp_person_id
LEFT JOIN DLNDLF.ID_DOCUMENT as ID ON ID.IDDC_ID_NBR = IREC_ID_NBR
LEFT JOIN DLNDLF.DRIVER_LICENSE as DL ON DL.DLRC_ID_NBR = IREC_ID_NBR
where
dpsp_designation is null
and dcst_remove_dte < '2014-01-16 00:00:00'
WITH UR
```

Page 1



2:13-cv-193
09/02/2014
**DEF0245**

Crawford
EXHIBIT NO. 6
Kim Seibert