July 23, 2014
EXTRACT LAYOUT

2:13-cv-193
09/02/2014
**DEF0246**
exhibitsticker.com



EXHIBIT NO. 7
Kim Seibert

"DL Data File Format (All data extracted as character values and are separated by deliminer of a '|')

| Column Name | Length | Format | Cross Ref Values |
|---|---|---|---|
| DL/ID/UNL | Char(13) | | |
| Person ID | Char(17) | | |
| Last Name | Char(40) | | |
| First Name | Char(40) | | |
| Middle Name | Char(40) | | |
| Suffix | Char(2) | | |
| Date of Birth | Char(10) | MM/DD/YYYY | |
| Social Security Number | Char(9) | | |
| Permanent Street Addr 1 | Char(35) | | |
| Permanent Street Addr 2 | Char(35) | | |
| Permanent City | Char(35) | | |
| Permanent State | Char(2) | | |
| Permanent Zip Code | Char(5) | | |
| Permanent Zip Code Ext | Char(4) | | |
| Permanent County | Char(3) | | Number value in this column needs to be cross-referenced to the County Data File |
| Permanent Country | Char(2) | | Number value in this column needs to be cross-referenced to the Country Data File |
| Mailing Street Addr 1 | Char(35) | | |
| Mailing Street Addr 2 | Char(35) | | |
| Mailing City | Char(35) | | |
| Mailing State | Char(2) | | |
| Mailing ZIP Code | Char(5) | | |
| Mailing ZIP Code Ext | Char(4) | | |
| Mailing County | Char(3) | | Number value in this column needs to be cross-referenced to the County Data File |
| Mailing Country | Char(2) | | Number value in this column needs to be cross-referenced to the Country Data File |
| Sex | Char(1) | | Values (F=Female, M= Male, U= Unknown |
| Race | Char(1) | | Values (A=Asian/Pacific Islander, B=Black, H=Hispanic, I=American Indian and Alaskan Native, O= Other, W= White) |
| Disabled Veteran | Char(1) | | Values (0= No, 1= Yes) |
| Homebound | Char(1) | | Values (0= No, 1= Yes) |

Comments

| Field | Type |
|---|---|
| AKA First Name | Char(40) |
| AKA Last Name | Char(40) |
| AKA Middle Name | Char(40) |
| AKA DL/ID Number | Char(25) |

```
01   ;PURGED;
03   ;REVOKED SEX OFFENDER;
04   ;VOLUNTARY SURRENDER;
05   ;VOLUNTARY SURRENDER CSO;
06   ;DENIED TEXAS LIMB WAIVER;
07   ;DENIED TEXAS VISION WAIVER;
08   ;EXPIRED LIMB WAIVER;
09   ;EXPIRED VISION WAIVER;
10   ;IGNITION INTERLOCK REQUIRED;
11   ;LIMB WAIVER NEEDED;
12   ;REQUIRED DOWNGRADE;
13   ;RESTRICTION REQUIRES REVIEW;
14   ;VERIFY ISSUE FORMER STATE;
15   ;VISION WAIVER NEEDED;
16   ;VOLUNTARY SURRENDER INSURANCE;
17   ;VOLUNTARY SURRENDER MEDICAL;
18   ;RETURNED BY POST OFFICE;
19   ;ITEMS SURRENDERED;
20   ;DOCUMENTS NEEDED;
- ID card status
01   ;PURGED;
03   ;REVOKED SEX OFFENDER;
04   ;VOLUNTARY SURRENDER;
05   ;VOLUNTARY SURRENDER CSO;
06   ;RETURNED BY POST OFFICE;
07   ;ITEMS SURRENDERED;
08   ;DOCUMENTS NEEDED;
```

| Field | Type | Values |
|---|---|---|
| Card Status | Char(2) | Values (1 = Eligible, 2 = Not Eligible, 3 = Eligible Non-CDL, Not Eligible CDL.) |
| Record Status | Char(1) | Values (1=Driver License, 2= ID, 3= Occupational, 4 =Unlicensed) |
| Card Type | Char(1) | |

Surrendered DL/ID Number — Char(25)

Licensed_Surrendered — Char(1)

Licensed_Confiscated — Values (1= DL, 2= CDL, 3=ID, DL) — DL does not store this data

Values (1, 2, 3, 4, 5, 6)   1
;ACTIVE - OUTSIDE RENEWAL PERIOD;
2   ;ACTIVE - WITHIN RENEWAL PERIOD;
3   ;EXPIRED - WITHIN 2 YEARS OF EXPIRATION DATE;
4   ;EXPIRED - OVER 2 YEARS FROM EXPIRATION DATE;
5   ;IN PROCESS
6   ;DELETED;

DL Issuance Type — Char(1) — DL does not store this data, only Issuance Type status is stored.

License Status

Deceased Certificate Number — Char(10)

Card Status Removed Date — Char(10)

Expiration Date — Char(10)