From: Randall, Robert [mailto:Robert.Randall@dps.texas.gov]
Sent: Friday, July 18, 2014 3:19 PM
To: Falk, David
Cc: Whitley, David; Zaia, Anthony; Crawford, John; Murphy, Kathleen
Subject: RE: Examination of the January 15, 2014 Extract

David,

We attempting to confirm the criteria that were used to generate the January extract.

I will send it to you, as soon as we can confirm it.

Bob

From: Falk, David [mailto:david.falk@texasattorneygeneral.gov]
Sent: Friday, July 18, 2014 2:06 PM
To: Randall, Robert
Cc: Whitley, David; Zaia, Anthony
Subject: RE: Examination of the January 15, 2014 Extract


2:13-cv-193
09/02/2014
DEF0248


Crawford
EXHIBIT NO. 9
Kim Seibert

Bob, thanks for the confirmation. Is it possible for you to obtain the criteria that was used to pull the January extract?

David L. Falk, Ph.D.

Division Chief, Legal Technical Support Division

Office of the Attorney General, Texas

(512) 475-4625

From: Randall, Robert [mailto:Robert.Randall@dps.texas.gov]
Sent: Friday, July 18, 2014 12:32 PM
To: Falk, David
Subject: RE: Examination of the January 15, 2014 Extract



From: Falk, David [mailto:david.falk@texasattorneygeneral.gov]
Sent: Thursday, July 17, 2014 5:18 PM
To: Randall, Robert

Cc: Whitley, David; Zaia, Anthony
Subject: Examination of the January 15, 2014 Extract



David L. Falk, Ph.D.

Division Chief, Legal Technical Support Division

Office of the Attorney General, Texas

(512) 475-4625