REDACTED Declaration e-mail 07-22-14.txt

From: Whitley, David <david.whitley@texasattorneygeneral.gov>
Sent: Tuesday, July 22, 2014 3:47 PM
To: Murphy, Kathleen
Cc: Clay, Reed; Scott, John; Crawford, John; Randall, Robert
Subject: RE: Declaration

Kathleen,

Will you give me a call about the declaration when you get a chance?

Thanks,

David

From: Randall, Robert [mailto:Robert.Randall@dps.texas.gov]
Sent: Tuesday, July 22, 2014 2:55 PM
To: Whitley, David; Murphy, Kathleen
Cc: Clay, Reed; Scott, John; Crawford, John
Subject: RE: Declaration

David,

Below is a listing of the SQL command that was run to create the records extract that DPS delivered to OAG in January.

The qualifier 'dcst_remove_dte is null' at the very bottom of the SQL was added in error. As a result, the extract is not complete.

```
select
   char(irec_doc_nbr) || '|' || char(dpsp_person_id) || '|' || char(value(dpsp_last_nme,
   ' '),
   40) || '|' || char(value(dpsp_first_nme,
   ' '),
   40) || '|' || char(value(dpsp_middle_nme,
   ' '),
   40) || '|' || char(value(dpsp_suffix,
   ' '),
   2) || '|' || char(dpsp_dob) || '|' || char(dpsp_ssno) || '|' || char(value(P.dmdt_strt_addr_1,
   ' '),
```

Page 1

2:13-cv-193
09/02/2014
DEF0249

Crawford
EXHIBIT NO. 10
Kim Seibert

REDACTED Declaration e-mail 07-22-14.txt

```
35) || '|' || char(value(P.dmdt_strt_addr_2,
' '),
35) || '|' || char(value(P.dmdt_city,
' '),
35) || '|' || char(value(P.dmdt_state,
' '),
2) || '|' || substr(P.dmdt_zip_cde,
1,
5) || '|' || substr(P.dmdt_zip_cde,
6,
4) || '|' || char(value(P.dmdt_county,
' '),
3) || '|' || char(value(P.dmdt_country,
' '),
2) || '|' || char(value(M.dmdt_strt_addr_1,
' '),
35) || '|' || char(value(M.dmdt_strt_addr_2,
' '),
35) || '|' || char(value(M.dmdt_city,
' '),
35) || '|' || char(value(M.dmdt_state,
' '),
2) || '|' || substr(M.dmdt_zip_cde,
1,
5) || '|' || substr(M.dmdt_zip_cde,
6,
4) || '|' || char(value(M.dmdt_county,
' '),
3) || '|' || char(value(M.dmdt_country,
' '),
2) || '|' || char(value(dpsp_sex,
```

Page 2

```
                    REDACTED Declaration e-mail 07-22-14.txt
  ' '),
  1) || '|' || char(value(dpsp_race,
  ' '),
  1) || '|' || char(value(dpsp_disabled_vet,
  ' '),
  1) || '|' || char(value(dpsp_home_bound,
  ' '),
  1) || '|' || char(value(nmbd_first_nme,
  ' '),
 40) || '|' || char(value(nmbd_last_nme,
  ' '),
 40) || '|' || char(value(nmbd_middle_nme,
  ' '),
 40) || '|' || char(value(dlak_dl_nbr,
  ' '),
 25) || '|' || char(value(dcst_status_cde,
  ' '),
  2) || '|' || char(value(dpsp_status,
  ' '),
  1) || '|' || char(value(irec_issuance_typ,
  ' '),
  1) || '|' || char(value(srdc_doc_nbr,
  ' '),
 25) || '|' || char(value(srdc_typ,
  ' '),
  1) || '|' || char(value(irec_issue_stat,
  ' '),
  1) || '|' || char(value(irec_issue_stat,
  ' '),
  1) || '|' || char(value(deth_deceased_cert,
  ' '),
 10)
                                    Page 3
```

REDACTED Declaration e-mail 07-22-14.txt

```
  from
     dlndlf.dps_person
  join
     dlndlf.issuance_record
        on irec_person_id = dpsp_person_id
  left join
     dlndlf.demographic_detail P
        on P.dmdt_person_id = dpsp_person_id
        and P.dmdt_addr_typ = 'P'
  left join
     dlndlf.demographic_detail M
        on M.dmdt_person_id = dpsp_person_id
        and M.dmdt_addr_typ = 'M'
  left join
     dlndlf.name_dob_aka_info
        on  nmbd_person_id = dpsp_person_id
  left join
     dlndlf.document_status
        on dcst_id_nbr = irec_id_nbr
  left join
     dlndlf.surrendered_doc
        on srdc_person_id = dpsp_person_id
  left join
     dlndlf.death_information
        on deth_person_id = dpsp_person_id
  left join
     dlndlf.aka_license_nbr
        on dlak_person_id = dpsp_person_id
  left join
     dlndlf.conviction_data
        on cnvc_person_id = dpsp_person_id
```

REDACTED Declaration e-mail 07-22-14.txt

```
where
    dpsp_designation is null
    and dcst_remove_dte is null
WITH UR;
```

From: Whitley, David [mailto:david.whitley@texasattorneygeneral.gov]
Sent: Tuesday, July 22, 2014 2:41 PM
To: Murphy, Kathleen; Randall, Robert
Cc: Clay, Reed; Scott, John
Subject: Declaration
Importance: High


Kathleen,

We need to apprise the Court immediately that we now understand that the extraction that DPS produced to DOJ was inadvertently

incomplete. Today, we will file a declaration from DPS that explains the inadvertent incomplete extraction of the DPS database back

in January. From what we understand of what happened, the declaration should include the following:

1.      The extraction of the DL database that was done on January 15, 2014, was incomplete.

2.      It was caused by the accidental misplacement of a qualifier (as we discussed with Bob earlier). The reason for the use of the

qualifier in the first place can also be explained here.

3.      That the misplacement of the qualifier resulted in the inadvertent exclusion of 2.5-2.8 million records (or whatever the

number is in your estimation) from the extraction on January 15.

4.      That DPS does not have the capability to re-run or rebuild the January 15 extraction.


G. David Whitley

Assistant Deputy Attorney General

Office of the Attorney General

Page 5

REDACTED Declaration e-mail 07-22-14.txt

P.O. Box 12548

Austin, TX 78711-2548

(512) 475-3281 Direct

(512) 936-0545 Fax

David.whitley@texasattorneygeneral.gov

This message and any attachment(s) may be confidential and/or privileged pursuant to Government Code sections 552.101, 552.103,

552.107, and 552.111, and should not be disclosed without the express authorization of the Attorney General of Texas.