# Legislative Reference Library of Texas

*your partner in legislative research*

| Current Issues | Legislation | Legislators & Leaders | Sessions | Committees | Collections | General Information |

## Quick Links

**Today's Clips**

Today's Committee Meetings

Find Bills From Past Sessions

Find Current or Former Legislators

Legislative Sessions and Years

Index to Sections Affected (ISAF)

## Search

**Bills**

[83-0 ▾] [ ] [Go]

Advanced search

**Library catalog**

[ ] [Go]

More search options

**Site**

[ ] [Go]

---

83rd Legislature, 3rd Called Session adjourned on 8/05/2013
Members · Statistics · 83rd R.S. Interim Charges

### Points of Interest   See all entries

**August 14, 2014**
**Week in Review, August 14th**
In this weekly post, we feature online articles and policy reports published recently, and other helpful research tools.
Read more

**August 8, 2014**
**Governor Executive Orders in Texas**
A recent study evaluated all 50 states on the accessibility of their governor's executive orders.
Read more

**August 7, 2014**
**Week in Review, August 7th**
In this weekly post, we feature online articles and policy reports published recently, and other helpful research tools.
Read more

---

## Texas Links

Texas Legislature Online (TLO)

Texas Statutes / Constitution

Texas Register

Texas Administrative Code

Texas Legislative Council

Texas State Auditor's Office

Texas Senate

Texas House of Representatives

Legislative Budget Board

Sunset Advisory Commission

## Contact Us

Monday – Friday, 8am – 5pm
Phone: (512) 463-1252

## Connect With Us

Twitter

Pinterest

---

Legislative Reference Library | 1100 N Congress Ave Rm 2N.3 | Austin, TX 78701 | (512) 463-1252  Comments?


EXHIBIT
Davidson 5
8/19/14        SU
PENGAD 800-631-6989

2:13-cv-193
09/02/2014
**DEF0254**
exhibitsticker.com

# Legislative Reference Library of Texas
*your partner in legislative research*

Current Issues | Legislation | Legislators & Leaders | Sessions | Committees | Collections | General Information

**Legislators & Leaders**

Texas Legislators: Past & Present
  Women members, 1923-present
  Party statistics
***Governors of Texas***
Lt. Governors of Texas
  General resources
Speakers of the House
  Election documents
  Proclamations
Senate Presidents Pro Tempore
Senate & House seniority
Member statistics
Chief Elected Officials
Texas legislators on Twitter

LRL Home · Legislators and Leaders · Governors of Texas, 1846 - present

## Governors of Texas, 1846 – present     Search documents

| Governor | Party | Home | Years in Office | Legislatures as Governor* |
|---|---|---|---|---|
| Rick Perry [1] | Republican | Austin, TX | December 21, 2000 - Present | 76th - Present |
| George W. Bush [2] | Republican | Midland, TX | January 17, 1995 - December 21, 2000 | 74th – 76th |
| Ann W. Richards | Democrat | Austin, TX | January 15, 1991 - January 17, 1995 | 72nd – 74th |
| Mark W. White, Jr. | Democrat | Houston, TX | January 18, 1983 - January 20, 1987 | 68th – 70th |
| William P. Clements | Republican | Dallas, TX | January 20, 1987 - January 15, 1991 <br> January 16, 1979 - January 18, 1983 | 70th - 72nd <br> 66th - 68th |
| Dolph Briscoe | Democrat | Uvalde, TX | January 16, 1973 - January 16, 1979 | 63rd – 66th |
| Preston Smith | Democrat | Lubbock, TX | January 21, 1969 - January 16, 1973 | 61st – 63rd |
| John B. Connally, Jr. | Democrat | Floresville, TX | January 15, 1963 - January 21, 1969 | 58th – 61st |
| Price Daniel, Sr. | Democrat | Liberty, TX | January 15, 1957 - January 15, 1963 | 55th – 58th |
| Robert Allan Shivers [3] | Democrat | Port Arthur, TX | July 11, 1949 - January 15, 1957 | 51st – 55th |
| Beauford H. Jester [4] | Democrat | Corsicana, TX | January 21, 1947 - July 11, 1949 | 50th – 51st |
| Coke R. Stevenson | Democrat | Junction, TX | August 4, 1941 - January 21, 1947 | 47th – 50th |
| W. Lee O'Daniel [5] | Democrat | Fort Worth, TX | January 17, 1939 - August 4, 1941 | 46th – 47th |
| James V Allred | Democrat | Wichita Falls, TX | January 15, 1935 - January 17, 1939 | 44th – 46th |
| Ross S. Sterling | Democrat | Houston, TX | January 20, 1931 - January 17, 1933 | 42nd – 43rd |
| Daniel J. Moody, Jr. | Democrat | Taylor, TX | January 17, 1927 - January 20, 1931 | 40th – 42nd |
| Miriam Ferguson | Democrat | Temple, TX | January 17, 1933 - January 15, 1935 <br> January 20, 1925 - January 17, 1927 | 43rd - 44th <br> 39th – 40th |
| Pat M. Neff | Democrat | Waco, TX | January 18, 1921 - January 20, 1925 | 37th – 39th |
| William P. Hobby | Democrat | Beaumont, TX | August 25, 1917 - January 18, 1921 | 35th – 37th |
| James E. Ferguson [6] | Democrat | Temple, TX | January 19, 1915 - August 25, 1917 | 34th – 35th |
| Oscar Branch Colquitt | Democrat | Terrell, TX | January 17, 1911 - January 19, 1915 | 32nd – 34th |
| Thomas Mitchell Campbell | Democrat | Palestine, TX | January 15, 1907 - January 17, 1911 | 30th – 32nd |
| S.W.T. Lanham | Democrat | Weatherford, TX | January 20, 1903 - January 15, 1907 | 28th – 30th |
| Joseph D. Sayers | Democrat | Bastrop, TX | January 17, 1899 - January 20, 1903 | 26th – 28th |
| Charles A. Culberson | Democrat | Dallas, TX | January 15, 1895 - January 17, 1899 | 24th – 26th |
| James Stephen Hogg | Democrat | Quitman, TX | January 20, 1891 - January 15, 1895 | 22nd – 24th |
| Lawrence Sullivan Ross | Democrat | Waco, TX | January 18, 1887 - January 20, 1891 | 20th – 22nd |
| John Ireland | Democrat | Seguin, TX | January 16, 1883 - January 18, 1887 | 18th – 20th |
| Oran M. Roberts | Democrat | Tyler, TX | January 21, 1879 - January 16, 1883 | 16th – 18th |
| Richard B. Hubbard | Democrat | Tyler, TX | December 1, 1876 - January 21, 1879 | 15th – 16th |
| Richard Coke [7] | Democrat | Waco, TX | January 15, 1874 - December 21, 1876 | 14th – 15th |
| Edmund J. Davis | Republican | Brownsville, TX | January 8, 1870 - January 15, 1874 | 11th – 14th |
| James W. Throckmorton | Democrat | McKinney, TX | August 9, 1866 - August 8, 1867 | 11th |
| Andrew J. Hamilton [8] | Democrat | Austin, TX | June 17, 1865 - August 9, 1866 | 10th – 11th |
| Pendleton Murrah [9] | Democrat | Marshall, TX | November 5, 1863 - June 17, 1865 | 10th |
| Francis R. Lubbock [10] | Democrat | Houston, TX | November 7, 1861 - November 5, 1863 | 9th – 10th |
| Edward Clark | Democrat | Marshall, TX | March 16, 1861 - November 7, 1861 | 8th – 9th |
| Sam Houston [11] | Democrat | Huntsville, TX | December 21, 1859 - March 16, 1861 | 8th |
| Hardin R. Runnels | Democrat | Bowie County, TX | December 21, 1857 - December 21, 1859 | 7th – 8th |
| Elisha M. Pease [12] | Republican Unionist | Austin, TX <br> Brazoria, TX | June 8, 1867 - September 30, 1869 <br> December 21, 1853 - December 21, 1857 | 11th <br> 5th - 7th |
| James W. Henderson | Democrat | Houston, TX | November 23, 1853 - December 21, 1853 | 5th |
| Peter Hansbrough Bell [13] | Democrat | San Antonio, TX | December 21, 1849 - November 23, 1853 | 3rd – 5th |
| George T. Wood | Democrat | Point Blank, TX | December 21, 1847 - December 21, 1849 | 2nd – 3rd |
| J. Pinckney Henderson | Democrat | San Augustine, TX | February 19, 1846 - December 21, 1847 | 1st – 2nd |

*Includes outgoing service between beginning of legislative session and inauguration of new governor.

1. Sworn in after Bush resignation.

2. Resigned 12/21/2000.

3. Succeeded upon Jester's death. Elected in 1950, re-elected in 1952 and 1954.

4. Died in office.

5. Resigned to become U.S. Senator.

6. Impeached.

7. Resigned to enter U.S. Senate.

8. A.J. Hamilton received a commission as "Military Governor of Texas" from President Abraham Lincoln on 11/14/1862. He appears to have served in that capacity continuously until his "reappointment" as "Provisional Governor" by President Andrew Johnson on 6/17/1865. Apparently Johnson used the term reappointment because Hamilton was already serving as military governor.

9. Administration terminated by fall of Confederacy.

10. Resigned to serve in Confederate Army.

11. Resigned due to state's secession from Union.

12. Resigned in 1869.

13. Resigned to occupy vacant U.S. Congress seat.

Sources:
*Colossal Hamilton of Texas*. El Paso, Tex.: Texas Western Press, University of Texas at El Paso, 1968.
*Members of the Texas Congress 1836-1845, Members of the Texas Legislature 1846 – 1992*. Austin, Tex.: Senate Engrossing and Enrolling, Senate Reproduction, 1992.
*Presiding Officers of the Texas Legislature 1846 – 2002*. Austin, Tex.: Texas Legislative Council, 2002.
*Republicanism in Reconstruction Texas*. Austin, Tex.: University of Texas Press, 1980.
Ramos, Mary G., ed. *Texas Almanac 2002 – 2003*. Dallas: The Dallas Morning News, L.P., 2001.