

http://www.lrl.state.tx.us/index.cfm  Legislative Referenc...

About the library | Site Index

# Legislative Reference Library of Texas

*your partner in legislative research*

Current Issues | Legislation | Legislators & Leaders | Sessions | Committees | Collections | General Information

## Quick Links

Today's Clips
Today's Committee Meetings
Find Bills From Past Sessions
Find Current or Former Legislators
Legislative Sessions and Years
Index to Sections Affected (ISAF)

## Search

Bills
83-0 Go
Advanced search

Library catalog
Go
More search options

Site
Go

83rd Legislature, 3rd Called Session adjourned on 8/05/2013

Members • Statistics • 83rd R.S. Interim Charges

Points of Interest  See all entries

August 14, 2014
**Week in Review, August 14th**
In this weekly post, we feature online articles and policy reports published recently, and other helpful research tools.
Read more

August 8, 2014
**Governor Executive Orders in Texas**
A recent study evaluated all 50 states on the accessibility of their governor's executive orders.
Read more

August 7, 2014
**Week in Review, August 7th**
In this weekly post, we feature online articles and policy reports published recently, and other helpful research tools.
Read more

## Texas Links

Texas Legislature Online (TLO)
Texas Statutes / Constitution
Texas Register
Texas Administrative Code
Texas Legislative Council
Texas State Auditor's Office
Texas Senate
Texas House of Representatives
Legislative Budget Board
Sunset Advisory Commission

## Contact Us

Monday - Friday, 8am - 5pm
Phone: (512) 463-1252

## Connect With Us

Twitter
Pinterest

Legislative Reference Library | 1100 N Congress Ave Rm 2N.3 | Austin, TX 78701 | (512) 463-1252  Comments?

11:30 AM
8/15/2014

EXHIBIT
PENGAD 800-631-6989
Davidson 6
8/19/14 SJ

2:13-cv-193
09/02/2014
DEF0255
exhibitsticker.com

# Legislative Reference Library of Texas
*your partner in legislative research*

| Current Issues | Legislation | Legislators & Leaders | Sessions | Committees | Collections | General Information |

**Legislators & Leaders**

Texas Legislators: Past & Present
  Women members, 1923 present
  Party statistics
Governors of Texas
Lt. Governors of Texas
  General resources
Speakers of the House
  Election documents
  Proclamations
Senate Presidents Pro Tempore
Senate & House seniority
Member statistics
Chief Elected Officials
Texas legislators on Twitter

LRL Home   Legislators and Leaders   Lt. Governors of Texas, 1846 - present

### Lieutenant Governors of Texas, 1846 - present

| Name | Party | Years in Office | Legislatures as Lt. Gov.* |
|---|---|---|---|
| David Dewhurst | Republican | January 21, 2003 - present | 78th R.S. – Present |
| Bill Ratliff | Republican | December 28, 2000 - January 21, 2003 | 77th R.S. – 78th R.S. |
| Rick Perry [1] | Republican | January 19, 1999 - December 21, 2000 | 76th R.S. |
| Bob Bullock | Democrat | January 15, 1991 - January 19, 1999 | 72nd R.S. – 76th R.S. |
| William Pettus Hobby, Jr. | Democrat | January 16, 1973 - January 15, 1991 | 63rd R.S. – 72nd R.S. |
| Ben F. Barnes | Democrat | January 21, 1969 - January 16, 1973 | 61st R.S. – 63rd R.S. |
| Preston Earnest Smith | Democrat | January 15, 1963 - January 21, 1969 | 58th R.S. – 61st R.S. |
| Ben Ramsey [2] | Democrat | January 16, 1951 - September 18, 1961 | 52nd R.S. – 57th 2nd C.S. |
| Robert Allan Shivers [3] | Democrat | January 21, 1947 - July 11, 1949 | 50th R.S. – 51st R.S. |
| John Lee Smith | Democrat | January 19, 1943 - January 21, 1947 | 48th R.S. – 50th R.S. |
| Coke Robert Stevenson | Democrat | January 17, 1939 - August 4, 1941 | 46th R.S. – 47th R.S. |
| Walter Frank Woodul | Democrat | January 15, 1935 - January 17, 1939 | 44th R.S. – 46th R.S. |
| Edgar E. Witt | Democrat | January 20, 1931 - January 15, 1935 | 42nd R.S. – 44th R.S. |
| Barry Miller | Democrat | January 20, 1925 - January 20, 1931 | 39th R.S. – 42nd R.S. |
| Thomas Whitfield Davidson | Democrat | January 16, 1923 - January 20, 1925 | 38th R.S. – 39th R.S. |
| Lynch Davidson | Democrat | January 18, 1921 - January 16, 1923 | 37th R.S. – 38th R.S. |
| Willard Arnold Johnson | Democrat | January 21, 1919 - January 18, 1921 | 36th R.S. – 37th R.S. |
| William Pettus Hobby, Sr. [4] | Democrat | January 19, 1915 - August 25, 1917 | 34th R.S. – 35th 2nd C.S. |
| William Harding Mayes [5] | Democrat | January 21, 1913 - August 14, 1914 | 33rd R.S. – 33rd 1st C.S. |
| Asbury Bascom Davidson | Democrat | January 15, 1907 - January 21, 1913 | 30th R.S. – 33rd R.S. |
| George D. Neal | Democrat | January 20, 1903 - January 15, 1907 | 28th R.S. – 30th R.S. |
| James Nathan Browning | Democrat | January 17, 1899 - January 20, 1903 | 26th R.S. – 28th R.S. |
| George Taylor Jester | Democrat | January 15, 1895 - January 17, 1899 | 24th R.S. – 26th R.S. |
| Martin McNulty Crane | Democrat | January 17, 1893 - January 15, 1895 | 23rd R.S. – 24th R.S. |
| George Cassety Pendleton | Democrat | January 21, 1891 - January 17, 1893 | 22nd R.S. – 23rd R.S. |
| Thomas Benton Wheeler | Democrat | January 19, 1887 - January 21, 1891 | 20th R.S. – 22nd R.S. |
| Barnett Gibbs | Democrat | January 20, 1885 - January 19, 1887 | 19th R.S. – 20th R.S. |
| Francis Marion Martin | Democrat | January 16, 1883 - January 20, 1885 | 18th R.S. – 19th R.S. |
| Leonidas Jefferson Storey | Democrat | January 18, 1881 - January 16, 1883 | 17th R.S. – 18th R.S. |
| Joseph Draper Sayers | Democrat | January 21, 1879 - January 18, 1881 | 16th R.S. – 17th R.S. |
| Richard Bennett Hubbard, Jr. [6] | Democrat | January 15, 1874 - December 1, 1876 | 14th R.S. – 15th R.S. |
| George Washington Jones [7] | Democrat | August 9, 1866 - July 30, 1867 | 11th R.S. |
| Fletcher Summerfield Stockdale [8] | Democrat | November 5, 1863 - June 17, 1865 | 10th R.S. – 10th 2nd C.S. |
| John McClannahan Crockett | Democrat | November 7, 1861 - November 5, 1863 | 9th R.S. – 10th R.S. |
| Edward Clark [9] | Independent | December 21, 1859 - March 16, 1861 | 8th R.S. – 8th 1st C.S. |
| Francis Richard Lubbock | Democrat | December 21, 1857 - December 21, 1859 | 7th R.S. – 8th R.S. |
| Hardin Richard Runnels | Democrat | December 21, 1855 - December 21, 1857 | 6th R.S. – 7th R.S. |
| David Catchings Dickson | Democrat | December 21, 1853 - December 21, 1855 | 5th R.S. – 6th R.S. |
| James Wilson Henderson [10] | Democrat | December 22, 1851 - November 23, 1853 | 4th R.S. – 5th R.S. |
| John Alexander Greer | Democrat | December 21, 1847 - December 22, 1851 | 2nd R.S. – 4th R.S. |
| Albert Clinton Horton [11] | Democrat | May 2, 1846 - May 19, 1846<br>November 13, 1846 - December 21, 1847 | 1st R.S., 2nd R.S. |

*Includes outgoing service between beginning of legislative session and inauguration of new Lt. Governor.

1. Perry vacated the office when he succeeded George W. Bush as Governor of Texas on December 21, 2000. Senator Rodney Ellis, President Pro Tempore, served as acting lieutenant governor from December 21, 2000 to December 28, 2000.

2. Ramsey vacated the office when he accepted an appointment as railroad commissioner of Texas on September 18, 1961. Senate presidents pro tem Reagan, Herring and Krueger filled in for the vacancy until the 58th Legislature in 1963.

3. Shivers vacated the office when he succeeded Beauford Jester as Governor of Texas on July 11, 1949. Senate presidents pro tem Morris, Haxelwood and Lane filled in for the vacancy until the 52nd Legislature in 1951.

4. Hobby, Sr. vacated the office when he succeeded James Edward Ferguson as Governor of Texas on August 25, 1917. Senate presidents pro tem Smith, Dean, McNealus, Johnson, Deckerd and Johnston filled in for the vacancy until the 36th Legislature in 1943.

5. Mayes resigned August 14, 1914. Senate presidents pro tem Collins, Warren, Wiley, Gibson, Morrow, Taylor, and Watson filled in for the vacancy until the 34th Legislature in 1915.

6. Hubbard vacated the office when he succeeded Richard Coke as Governor of Texas on December 1, 1876. Senate president pro tem Thompson filled in for the vacancy until the 16th Legislature in 1879.

7. Jones was removed by General P.H. Sheridan and the office remained officially vacant until the 14th Legislature in 1874. James Winwright Flanagan was elected Lt. Gov. in 1869 for the 12th Legislature and served for the Provisional Session of the 12th Legislature, but was never inaugurated as Lt. Gov. On February 23, 1870, Flanagan was elected by the Texas Legislature to the U.S. Senate. Donald Campbell, president pro tem, filled in for the vacancy for the 1st Called, Regular, and Adjourned sessions of the 12th Legislature until his death on November 6, 1871. Webster Flanagan was elected president pro tem on November 13, 1871 and filled in for the vacancy for the remainder of the Adjourned Session of the 12th Legislature. Edward B. Pickett, president pro tem, filled in for the vacancy for the 13th Legislature.

8. Stockdale vacated the office on June 17, 1865 when he succeeded Pendleton Murrah as Governor of Texas when Murrah fled upon the fall of the Confederacy. Senate president pro tem Guinn filled in for the vacancy until August 9, 1866.

9. Clark vacated the office March 16, 1861 when he succeeded Sam Houston as Governor of Texas. Senate president pro tem Grimes filled in for the vacancy until the 9th Legislature, later in 1861.

10. Henderson vacated the office November 23, 1853, to December 21, 1853 when he succeeded Bell as Governor of Texas. Senate president pro tem Taylor filled in for the vacancy until the 5th Legislature, later in 1853.

11. Served as Governor Pro Tem from May 19, 1846 - November 13, 1846.

Sources:
*The Handbook of Texas Online* [Austin, Tex.]: Texas State Historical Association and The General Libraries at the University of Texas at Austin, [1999].
*House Journal*.Texas House of Representatives.
*Members of the Texas Congress 1836-1845, Members of the Texas Legislature 1846-1992*. . [Austin, Tex.]: Senate Engrossing and Enrolling, Senate Reproduction, [2004].
*Presiding Officers of the Texas Legislature 1846-2002*. [Austin, Tex.]: Texas Legislative Council, 2002.
*Senate Journal*.Texas Senate.
Note: Beginning-of-term dates are the official date of a lieutenant governor's inauguration. End-of-term dates are either the official date of the succeeding lieutenant governor's inauguration or the date on which the office was vacated for other reasons. Where a conflict exists as to the exact date, the Senate Journal takes precedence.