# Legislative Reference Library of Texas
*your partner in legislative research*

| Current Issues | Legislation | Legislators & Leaders | Sessions | Committees | Collections | General Information |

**Quick Links**

Today's Clips
Today's Committee Meetings
Find Bills From Past Sessions
Find Current or Former Legislators
Legislative Sessions and Years
Index to Sections Affected (ISAF)

**Search**

Bills
[83-0 ▼] [    ] Go
Advanced search

Library catalog
[    ] Go
More search options

Site
[    ] Go

83rd Legislature, 3rd Called Session adjourned on 8/05/2013
Members • Statistics • 83rd R.S. Interim Charges

**Points of Interest**  See all entries

August 14, 2014
**Week in Review, August 14th**
In this weekly post, we feature online articles and policy reports published recently, and other helpful research tools.
Read more

August 8, 2014
**Governor Executive Orders in Texas**
A recent study evaluated all 50 states on the accessibility of their governor's executive orders.
Read more

August 7, 2014
**Week in Review, August 7th**
In this weekly post, we feature online articles and policy reports published recently, and other helpful research tools.
Read more

**Texas Links**

Texas Legislature Online (TLO)
Texas Statutes / Constitution
Texas Register
Texas Administrative Code
Texas Legislative Council
Texas State Auditor's Office
Texas Senate
Texas House of Representatives
Legislative Budget Board
Sunset Advisory Commission

**Contact Us**

Monday – Friday, 8am – 5pm
Phone: (512) 463-1252

**Connect With Us**

Twitter
Pinterest

Legislative Reference Library | 1100 N Congress Ave Rm 2N.3 | Austin, TX 78701 | (512) 463-1252  Comments?



2:13-cv-193
09/02/2014
**DEF0256**



EXHIBIT
Davidson 7
8/19/14   SW

# Legislative Reference Library of Texas
*your partner in legislative research*

| Current Issues | Legislation | Legislators & Leaders | Sessions | Committees | Collections | General Information |

**Legislators & Leaders**

LRL Home   Legislators and Leaders   Speakers of the House

Texas Legislators: Past & Present
  Women members, 1923-present
  Party statistics
Governors of Texas
Lt. Governors of Texas
  General resources
**Speakers of the House**
  Election documents
  Proclamations
Senate Presidents Pro Tempore
Senate & House seniority
Member statistics
Chief Elected Officials
Texas legislators on Twitter

## Speakers of the Texas House of Representatives, 1846 - present

| Name | Biography* | Party | Years in Office | Sessions | Election documents |
|---|---|---|---|---|---|
| Joe Straus | HOUSE | Republican | 2009-Present | 81st - 83rd | View |
| Tom Craddick | HOUSE | Republican | 2003-2009 | 78th - 80th | View |
| James E. "Pete" Laney | POTL | Democrat | 1993-2003 | 73rd - 77th | View |
| Gibson D. "Gib" Lewis | POTL | Democrat | 1983-1993 | 68th - 72nd | View |
| Bill Wayne Clayton | POTL | Democrat | 1975-1983 | 64th - 67th | View |
| Marion Price Daniel, Jr. | HTO | Democrat | 1973-1975 | 63rd | View |
| William Rayford Price | POTL | Democrat | 1972-1973 | 62nd 2nd - 4th Called Sessions | View |
| Gus F. Mutscher [1] | POTL | Democrat | 1969-1972 | 61st, 62nd | View |
| Ben F. Barnes | POTL | Democrat | 1965-1969 | 59th, 60th | View |
| Byron M. Tunnell | TSC | Democrat | 1963 | 58th | View |
| James A. Turman | POTL | Democrat | 1961 | 57th | View |
| Waggoner Carr | POTL | Democrat | 1957-1961 | 55th, 56th | View |
| Jim T. Lindsey | POTL | Democrat | 1955-1957 | 54th | View |
| Reuben E. Senterfitt | POTL | Democrat | 1951-1955 | 52nd, 53rd | View |
| Thomas Durwood Manford, Jr. | TSC | Democrat | 1949-1951 | 51st | View |
| William O. Reed | POTL | Democrat | 1947-1949 | 50th | View |
| Claud H. Gilmer | POTL | Democrat | 1945-1947 | 49th | View |
| Marion Price Daniel | HTO | Democrat | 1943-1945 | 48th | View |
| Homer LaKirby Leonard | TSC | Democrat | 1941-1943 | 47th | View |
| Robert Emmett Morse | POTL | Democrat | 1939-1941 | 46th | View |
| Robert Wilburn Calvert | TSC | Democrat | 1937-1939 | 45th | View |
| Coke Robert Stevenson | HTO | Democrat | 1933-1937 | 43rd, 44th | View |
| Fred Hawthorne Minor | HTO | Democrat | 1931-1933 | 42nd | View |
| Wingate S. Barron | POTL | Democrat | 1929-1931 | 41st | View |
| Robert Lee Bobbitt | POTL | Democrat | 1927-1929 | 40th | View |
| Robert Lee Satterwhite | POTL | Democrat | 1925-1927 | 39th | View |
| Richard Ernest Seagler | HTO | Democrat | 1923-1925 | 38th | View |
| Charles Graham Thomas | HTO | Democrat | 1921-1923 | 37th | View |
| Robert Ewing Thomason | HTO | Democrat | 1919-1921 | 36th | View |
| Franklin Oliver Fuller | HTO | Democrat | 1917-1919 | 35th | View |
| John William Woods | HTO | Democrat | 1915-1917 | 34th | View |
| Chester H. Terrell | HTO | Democrat | 1913-1915 | 33rd | View |
| Samuel Taliaferro Rayburn | HTO | Democrat | 1911-1913 | 32nd | View |
| John Wesley Marshall | POTL | Democrat | 1909-1911 | 31st | View |
| Austin Milton Kennedy | POTL | Democrat | 1909 | 31st | View |
| Thomas Bell Love | HTO | Democrat | 1907-1909 | 30th | View |
| Francis William Seabury | POTL | Democrat | 1905-1907 | 29th | View |
| Pat Morris Neff | HTO | Democrat | 1903-1905 | 28th | View |
| Robert E. Prince | POTL | Democrat | 1901-1903 | 27th | View |
| J. S. Sherrill | POTL | Democrat | 1899-1901 | 26th | View |
| L. Travis Dashiell | HTO | Democrat | 1897-1899 | 25th | View |
| Thomas Slater Smith | HTO | Democrat | 1895-1897 | 24th | View |
| John Hughes Cochran | HTO | Democrat | 1893-1895 | 23rd | View |
| Robert Teague Milner | HTO | Democrat | 1891-1893 | 22nd | View |
| Frank P. Alexander | POTL | Democrat | 1889-1891 | 21st | View |
| George Cassety Pendleton | HTO | Democrat | 1887-1889 | 20th | View |
| Lafayette Lumpkin Foster | HTO | Democrat | 1885-1887 | 19th | View |
| Charles Reese Gibson | HTO | Democrat | 1883-1885 | 18th | View |
| George Robertson Reeves | HTO | Democrat | 1881-1883 | 17th | View |
| John Hughes Cochran | HTO | Democrat | 1879-1881 | 16th | View |
| Thomas Reuben Bonner | HTO | Democrat | 1876-1879 | 15th | View |
| Guy Morrison Bryan | HTO | Democrat | 1874-1876 | 14th | View |
| Marion DeKalb Taylor | HTO | Democrat | 1873-1874 | 13th | View |
| William Henry Sinclair | POTL | Republican | 1871-1873 | 12th | View |
| Ira Hobart Evans | HTO | Republican | 1870-1871 | 12th | View |
| Nathaniel Macon Burford | HTO | Unionist | 1866-1870 | 11th | View |
| Marion DeKalb Taylor | HTO | Democrat | 1863-1866 | 10th | View |
| Constantine W. Buckley | HTO | Democrat | 1863 | 9th | View |
| Nicholas Henry Darnell | HTO | Democrat | 1861-1862 | 9th | View |
| Constantine W. Buckley | HTO | Democrat | 1861 | 9th | View |
| Marion DeKalb Taylor | HTO | Democrat | 1859-1861 | 8th | View |
| Matthew Fielding Locke | POTL | Democrat | 1858-1859 | 7th | View |
| William S. Taylor | POTL | Democrat | 1857-1858 | 7th | View |
| Hamilton Prioleau Bee | HTO | Democrat | 1855-1857 | 6th | View |
| Hardin Richard Runnels | HTO | Democrat | 1853-1855 | 5th | View |
| David Catchings Dickson | HTO | Democrat | 1851-1853 | 4th | View |
| Charles G. Keenan | HTO | Democrat | 1849-1851 | 3rd | View |
| James Wilson Henderson | HTO | Democrat | 1847-1849 | 2nd | View |
| Stephen W. Perkins | HTO | Democrat | 1846 | 1st | View |
| William H. Bourland | HTO | Democrat | 1846-1847 | 1st | View |

| | | | | | |
|---|---|---|---|---|---|
| Edward Thomas Branch | HTO | Democrat | 1846 | 1st | View |
| John Brown | HTO | Democrat | 1846 | 1st | View |
| William E. Crump | POTL | Democrat | 1846 | 1st | View |

*Key to abbreviations:
HOUSE=Texas House of Representatives; HTO=Handbook of Texas Online; POTL=Presiding Officers of the Texas Legislature 1846-1991; TSC=Texas State Cemetery

1. In a letter dated 3/27/1972, Gus Mutscher resigned as Speaker of the Texas House of Representatives, effective upon the election of his successor by the Second Called Session of the 62nd Legislature. Pursuant to Rule I, Section 10 of the Rules of the Texas House of Representatives of the 62nd Legislature, Gus Mutscher appointed James Slider to call the House to order on the first day of the Second Called Session and to preside over the House pending the election of the Speaker.

Sources:
*Members of the Texas Congress 1836-1845, Members of the Texas Legislature 1846-1992.* [Austin, Tex.]: Senate Engrossing and Enrolling, Senate Reproduction, [1992].
*Presiding Officers of the Texas Legislature 1846-1991.* [Austin, Tex.]: Texas Legislative Council, 1991.
*The Handbook of Texas Online* [Austin, Tex.]: Texas State Historical Association and The General Libraries at the University of Texas at Austin, [1999].