# Legislative Reference Library of Texas
*your partner in legislative research*

| Current Issues | Legislation | Legislators & Leaders | Sessions | Committees | Collections | General Information |

## Quick Links

Today's Clips

Today's Committee Meetings

Find Bills From Past Sessions

Find Current or Former Legislators

Legislative Sessions and Years

Index to Sections Affected (ISAF)

## Search

**Bills**
[83-0 ▾] [    ] [Go]
Advanced search

**Library catalog**
[        ] [Go]
More search options

**Site**
[        ] [Go]

83rd Legislature, 3rd Called Session adjourned on 8/05/2013
Members · Statistics · 83rd R.S. Interim Charges

### Points of Interest   See all entries

**August 14, 2014**
**Week in Review, August 14th**
In this weekly post, we feature online articles and policy reports published recently, and other helpful research tools.
Read more

**August 8, 2014**
**Governor Executive Orders in Texas**
A recent study evaluated all 50 states on the accessibility of their governor's executive orders.
Read more

**August 7, 2014**
**Week in Review, August 7th**
In this weekly post, we feature online articles and policy reports published recently, and other helpful research tools.
Read more

## Texas Links

Texas Legislature Online (TLO)

Texas Statutes / Constitution

Texas Register

Texas Administrative Code

Texas Legislative Council

Texas State Auditor's Office

Texas Senate

Texas House of Representatives

Legislative Budget Board

Sunset Advisory Commission

## Contact Us

Monday – Friday, 8am – 5pm
Phone: (512) 463-1252

## Connect With Us

Twitter

Pinterest

Legislative Reference Library | 1100 N Congress Ave Rm 2N.3 | Austin, TX 78701 | (512) 463-1252  Comments?


EXHIBIT
Davidson 8
8/19/14  SW

2:13-cv-193
09/02/2014
DEF0257

**Texas Almanac - The Source For All Things Texan Since 1857**



# Attorneys General

**Filed Under:** Government
Chief Governmental Officials

### Of the Republic

| Attorney General | Began office | Left office | Party |
|---|---|---|---|
| David Thomas and Peter W. Grayson | March 2, 1836 | Oct. 22, 1836 | |
| J. Pinckney Henderson, Peter W. Grayson, John Birdsall, A.S. Thurston | 1836 | 1838 | |
| J.C. Watrous | Dec. 1838 | June 1, 1840 | |
| Joseph Webb and F.A. Morris | 1840 | 1841 | |
| George W. Terrell, Ebenezer Allen | 1841 | 1844 | |
| Ebenezer Allen | 1844 | 1846 | |

### Of the State

The first few attorneys general held office by appointment of the governor. The office was made elective in 1850 by constitutional amendment. Ebenezer Allen was the first elected Attorney General.

| Attorney General | Began office | Left office | Party |
|---|---|---|---|
| Volney E. Howard | Feb. 21, 1846 | May 7, 1846 | Democrat |
| John W. Harris | May 7, 1846 | Oct. 31, 1849 | Democrat |
| Henry P. Brewster | Oct. 31, 1849 | Jan. 15, 1850 | |
| A.J. Hamilton | Jan. 15, 1850 | Aug. 5, 1850 | |
| Ebenezer Allen | Aug. 5, 1850 | Aug 2, 1852 | |
| Thomas J. Jennings | Aug. 2, 1852 | Aug 4, 1856 | |
| James Willie | Aug. 4, 1856 | Aug 2, 1858 | |
| Malcolm D. Graham | Aug. 2, 1858 | Aug. 6, 1860 | Democrat |

### During Confederacy

| Attorney General | Began office | Left office | Party |
|---|---|---|---|
| George M. Flournoy | Aug. 6, 1860 | Jan. 15, 1862 | Democrat |
| N.G. Shelley | Feb. 3, 1862 | Aug. 1, 1864 | Democrat |
| B.E. Tarver | Aug. 1, 1864 | Dec. 11, 1865 | |

### Reconstruction

| Attorney General | Began office | Left office | Party |
|---|---|---|---|
| Wm. Alexander | Dec. 11, 1865 | June 25, 1866 | Unionist |
| W.M. Walton | June 25, 1866 | Aug. 27, 1867 | Democrat |
| Wm. Alexander | Aug. 27, 1867 | Nov. 5, 1867 | Republican |
| Ezekiel B. Turner | Nov. 5, 1867 | July 11, 1870 | Independent |
| Wm. Alexander | July 11, 1870 | Jan. 27, 1874 | Republican |

### Reconstruction ends

| Attorney General | Began office | Left office | Party |
|---|---|---|---|
| George Clark | Jan. 27, 1874 | Apr. 25, 1876 | Democrat |
| H.H. Boone | Apr. 25, 1876 | Nov. 5, 1878 | Democrat |
| George McCormick | Nov. 5, 1878 | Nov. 2, 1880 | |
| J.H. McLeary | Nov. 2, 1880 | Nov. 7, 1882 | Democrat |
| John D. Templeton | Nov. 7, 1882 | Nov. 2, 1886 | Democrat |
| James S. Hogg | Nov. 2, 1886 | Nov. 4, 1890 | Democrat |
| C.A. Culberson | Nov. 4, 1890 | Nov. 8, 1894 | Democrat |
| M.M. Crane | Nov. 6, 1894 | Nov. 8, 1898 | Democrat |
| Thomas S. Smith | Nov. 8, 1898 | March 15, 1901 | Democrat |
| C.K. Bell | March 20, 1901 | Jan. 1904 | Democrat |
| R.V. Davidson | Jan. 1904 | Dec. 31, 1909 | Democrat |
| Jewel P. Lightfoot | Jan. 1, 1910 | Aug 31, 1912 | Democrat |
| James D. Walthall | Sept 1, 1912 | Jan. 1, 1913 | Democrat |
| B.F. Looney | Jan. 1, 1913 | Jan. 1919 | Democrat |
| C.M. Cureton | Jan. 1919 | Dec. 1921 | Democrat |

| Attorney General | Began office | Left office | Party |
|---|---|---|---|
| W.A. Keeling | Dec. 1921 | Jan. 1925 | Democrat |
| Dan Moody | Jan. 1925 | Jan. 1927 | Democrat |
| Claude Pollard | Jan. 1927 | Sept. 1929 | Democrat |
| R. L. Bobbit (appointed) | Sept. 1929 | Jan. 1931 | Democrat |
| James V. Allred | Jan. 1931 | Jan. 1935 | Democrat |
| William McCraw | Jan. 1935 | Jan. 1939 | Democrat |
| Gerald C. Mann (resigned) | Jan. 1939 | Jan. 1944 | Democrat |
| Grover Sellers | Jan. 1944 | Jan. 1947 | Democrat |
| Price Daniel | Jan. 1947 | Jan. 1953 | Democrat |
| John Ben Shepperd | Jan. 1953 | Jan. 1, 1957 | Democrat |
| Will Wilson | Jan. 1, 1957 | Jan. 15, 1963 | Democrat |
| Waggoner Carr | Jan. 15, 1963 | Jan. 1, 1967 | Democrat |
| Crawford C. Martin | Jan. 1, 1967 | Dec. 29, 1972 | Democrat |
| John Hill | Jan. 1, 1973 | Jan. 16, 1979 | Democrat |
| Mark White | Jan. 16, 1979 | Jan. 18, 1983 | Democrat |
| Jim Mattox | Jan. 18, 1983 | Jan. 15, 1991 | Democrat |
| Dan Morales | Jan. 15, 1991 | Jan. 13, 1999 | Democrat |
| John Cornyn | Jan. 13, 1999 | Dec. 2, 2002 | Republican |
| Greg Abbott | Dec. 2, 2002 | present | Republican |

*Sources: Texas State Library and Archives Commission, Legislative Reference Library of Texas, the Handbook of Texas Online, Texas Almanac archive, the Dallas Morning News, and Journals of the House of Representatives.*