# Legislative Reference Library of Texas

*your partner in legislative research*

**Current Issues** | **Legislation** | **Legislators & Leaders** | **Sessions** | **Committees** | **Collections** | **General Information**

## Quick Links

Today's Clips

Today's Committee Meetings

Find Bills From Past Sessions

Find Current or Former Legislators

Legislative Sessions and Years

Index to Sections Affected (ISAF)

## Search

**Bills**
[83-0 ▼] [____] [Go]
Advanced search

**Library catalog**
[____] [Go]
More search options

**Site**
[____] [Go]

83rd Legislature, 3rd Called Session adjourned on 8/05/2013
Members · Statistics · 83rd R.S. Interim Charges

### Points of Interest   See all entries

**August 14, 2014**
**Week in Review, August 14th**
In this weekly post, we feature online articles and policy reports published recently, and other helpful research tools.
Read more

**August 8, 2014**
**Governor Executive Orders in Texas**
A recent study evaluated all 50 states on the accessibility of their governor's executive orders.
Read more

**August 7, 2014**
**Week in Review, August 7th**
In this weekly post, we feature online articles and policy reports published recently, and other helpful research tools.
Read more

## Texas Links

Texas Legislature Online (TLO)

Texas Statutes / Constitution

Texas Register

Texas Administrative Code

Texas Legislative Council

Texas State Auditor's Office

Texas Senate

Texas House of Representatives

Legislative Budget Board

Sunset Advisory Commission

## Contact Us

Monday – Friday, 8am – 5pm
Phone: (512) 463-1252

## Connect With Us

Twitter
Pinterest

Legislative Reference Library | 1100 N Congress Ave Rm 2N.3 | Austin, TX 78701 | (512) 463-1252 Comments?


2:13-cv-193
09/02/2014
DEF0258
exhibitsticker.com


EXHIBIT
Davidson 9
8/19/14     SJ
PENGAD 800-631-6989

# Legislative Reference Library of Texas

*your partner in legislative research*

**Legislators & Leaders**

Texas Legislators: Past & Present
  Women members, 1923-present
  *Party statistics*

Governors of Texas

Lt. Governors of Texas
  General resources

Speakers of the House
  Election documents
  Proclamations

Senate Presidents Pro Tempore

Senate & House seniority

Member statistics

Chief Elected Officials

Texas legislators on Twitter

LRL Home - Legislators and Leaders   Political party statistics

## Party affiliation on the first day of the legislative session

| Legislature | Party totals | | |
|---|---|---|---|
| 83rd (2013) | House  - Democrat 55 | Republican 95 | |
| | Senate - Democrat 11 | Republican 19 | |
| 82nd (2011) | House  - Democrat 49 | Republican 101 | |
| | Senate - Democrat 12 | Republican 19 | |
| 81st (2009) | House  - Democrat 74 | Republican 76 | |
| | Senate - Democrat 12 | Republican 19 | |
| 80th (2007) | House  - Democrat 69 | Republican 79 | |
| | Senate - Democrat 11 | Republican 20 | |
| 79th (2005) | House  - Democrat 64 | Republican 86 | |
| | Senate - Democrat 12 | Republican 19 | |
| 78th (2003) | House  - Democrat 62 | Republican 88 | |
| | Senate - Democrat 12 | Republican 19 | |
| 77th (2001) | House  - Democrat 77 | Republican 71 | |
| | Senate - Democrat 15 | Republican 16 | |
| 76th (1999) | House  - Democrat 78 | Republican 72 | |
| | Senate - Democrat 15 | Republican 16 | |
| 75th (1997) | House  - Democrat 82 | Republican 67 | |
| | Senate - Democrat 14 | Republican 16 | |
| 74th (1995) | House  - Democrat 88 | Republican 61 | |
| | Senate - Democrat 17 | Republican 14 | |
| 73rd (1993) | House  - Democrat 91 | Republican 57 | |
| | Senate - Democrat 18 | Republican 13 | |
| 72nd (1991) | House  - Democrat 92 | Republican 57 | |
| | Senate - Democrat 22 | Republican 8 | |
| 71st (1989) | House  - Democrat 93 | Republican 57 | |
| | Senate - Democrat 23 | Republican 8 | |
| 70th (1987) | House  - Democrat 94 | Republican 56 | |
| | Senate - Democrat 25 | Republican 6 | |
| 69th (1985) | House  - Democrat 98 | Republican 52 | |
| | Senate - Democrat 25 | Republican 6 | |
| 68th (1983) | House  - Democrat 114 | Republican 36 | |
| | Senate - Democrat 26 | Republican 5 | |
| 67th (1981) | House  - Democrat 113 | Republican 35 | |
| | Senate - Democrat 23 | Republican 7 | |
| 66th (1979) | House  - Democrat 125 | Republican 22 | |
| | Senate - Democrat 27 | Republican 4 | |
| 65th (1977) | House  - Democrat 132 | Republican 18 | |
| | Senate - Democrat 28 | Republican 3 | |
| 64th (1975) | House  - Democrat 133 | Republican 16 | |
| | Senate - Democrat 28 | Republican 3 | |
| 63rd (1973) | House  - Democrat 131 | Republican 17 | |
| | Senate - Democrat 28 | Republican 3 | |
| 62nd (1971) | House  - Democrat 139 | Republican 10 | |
| | Senate - Democrat 29 | Republican 2 | |
| 61st (1969) | House  - Democrat 142 | Republican 8 | |
| | Senate - Democrat 29 | Republican 2 | |
| 60th (1967) | House  - Democrat 146 | Republican 3 | |
| | Senate - Democrat 30 | Republican 1 | |
| 59th (1965) | House  - Democrat 147 | Republican 1 | |
| | Senate - Democrat 31 | | |
| 58th (1963) | House  - Democrat 143 | Republican 7 | |
| | Senate - Democrat 31 | | |
| 57th (1961) | House  - Democrat 149 | | |
| | Senate - Democrat 31 | | |
| 56th (1959) | House  - Democrat 149 | Other 1 | |
| | Senate - Democrat 31 | | |
| 55th (1957) | House  - Democrat 148 | | |
| | Senate - Democrat 31 | | |
| 54th (1955) | House  - Democrat 148 | | |
| | Senate - Democrat 31 | | |
| 53rd (1953) | House  - Democrat 150 | | |
| | Senate - Democrat 31 | | |
| 52nd (1951) | House  - Democrat 148 | Republican 1 | |
| | Senate - Democrat 31 | | |
| 51st (1949) | House  - Democrat 149 | | |
| | Senate - Democrat 31 | | |
| 50th (1947) | House  - Democrat 150 | | |
| | Senate - Democrat 31 | | |
| 49th (1945) | House  - Democrat 147 | | |
| | Senate - Democrat 31 | | |
| 48th (1943) | House  - Democrat 147 | | |
| | Senate - Democrat 31 | | |

| | | | | |
|---|---|---|---|---|
| 47th (1941) | House - Democrat 150<br>Senate - Democrat 31 | | | |
| 46th (1939) | House - Democrat 150<br>Senate - Democrat 31 | | | |
| 45th (1937) | House - Democrat 147 | Other 1<br>Senate - Democrat 31 | | |
| 44th (1935) | House - Democrat 147 | Other 1<br>Senate - Democrat 31 | | |
| 43rd (1933) | House - Democrat 148 | Other 2<br>Senate - Democrat 31 | | |
| 42nd (1931) | House - Democrat 149 | Other 1<br>Senate - Democrat 31 | | |
| 41st (1929) | House - Democrat 149 | Republican 1<br>Senate - Democrat 30 | | |
| 40th (1927) | House - Democrat 149 | Republican 1<br>Senate - Democrat 30   Republican 1 | | |
| 39th (1925) | House - Democrat 149 | Republican 1<br>Senate - Democrat 30   Republican 1 | | |
| 38th (1923) | House - Democrat 148 | Republican 1<br>Senate - Democrat 30 | | |
| 37th (1921) | House - Democrat 137 | Republican 1 | Other 4<br>Senate - Democrat 30 | |
| 36th (1919) | House - Democrat 139 | Republican 1<br>Senate - Democrat 31 | | |
| 35th (1917) | House - Democrat 142<br>Senate - Democrat 31 | | | |
| 34th (1915) | House - Democrat 137 | Republican 1 | Other 2<br>Senate - Democrat 31 | |
| 33rd (1913) | House - Democrat 141 | Republican 1<br>Senate - Democrat 30   Republican 1 | | |
| 32nd (1911) | House - Democrat 132 | Republican 1<br>Senate - Democrat 29   Republican 1 | | |
| 31st (1909) | House - Democrat 130 | Republican 3<br>Senate - Democrat 30   Republican 1 | | |
| 30th (1907) | House - Democrat 129 | Republican 2 | Other 1<br>Senate - Democrat 29 | |
| 29th (1905) | House - Democrat 128 | Republican 2 | Other 1<br>Senate - Democrat 31 | |
| 28th (1903) | House - Democrat 130 | Republican 1 | Other 2<br>Senate - Democrat 31 | |
| 27th (1901) | House - Democrat 123 | Other 2<br>Senate - Democrat 31 | | |
| 26th (1899) | House - Democrat 121 | Republican 1 | Other 6<br>Senate - Democrat 30   Republican 1 | |
| 25th (1897) | House - Democrat 118 | Republican 3 | Other 7<br>Senate - Democrat 26   Republican 1 | Other 2 |
| 24th (1895) | House - Democrat 103 | Republican 2 | Other 22<br>Senate - Democrat 28   Other 2 | |
| 23rd (1893) | House - Democrat 118 | Republican 1 | Other 8<br>Senate - Democrat 30   Other 1 | |
| 22nd (1891) | House - Democrat 105 | Republican 1<br>Senate - Democrat 29   Other 1 | | |
| 21st (1889) | House - Democrat 100 | Republican 3 | Other 3<br>Senate - Democrat 29   Other 2 | |
| 20th (1887) | House - Democrat 100 | Republican 5 | Other 1<br>Senate - Democrat 29   Republican 1 | Other 1 |
| 19th (1885) | House - Democrat 101 | Republican 5<br>Senate - Democrat 30   Republican 1 | | |
| 18th (1883) | House - Democrat 94 | Republican 4 | Other 7<br>Senate - Democrat 28   Other 1 | |
| 17th (1881) | House - Democrat 80 | Republican 7 | Other 5<br>Senate - Democrat 29   Republican 1 | Other 1 |
| 16th (1879) | House - Democrat 74 | Republican 7 | Other 12<br>Senate - Democrat 25   Republican 3 | Other 3 |
| 15th (1876) | House - Democrat 81 | Republican 7<br>Senate - Democrat 26   Republican 3 | Other 1 | |
| 14th (1874) | House - Democrat 78 | Republican 10<br>Senate - Democrat 23   Other 3 | | |
| 13th (1873) | House - Democrat 75 | Republican 12<br>Senate - Democrat 15   Republican 3 | Other 12 | |
| 12th (1870) | House - Democrat 8 | Republican 2 | Other 27<br>Senate - Democrat 6   Other 16 | |