**HIGHLY CONFIDENTIAL**

STEVE RABORN
Voter Registrar, (817) 831-VOTE (8683)
2700 Premier Street
Fort Worth, TX 76111
www.tarrantcounty.com/elections

Secretary of State's Office
Elections Division
1-800-252-VOTE (8683)
www.sos.state.tx.us

**RETURN SERVICE REQUESTED**

PRESORTED
FIRST-CLASS MAIL
U.S. POSTAGE PAID
FORT WORTH, TX
PERMIT NO. 1139

 Scan barcode with smart phone or visit our website to find your election day polling place for county elections.
Codigó de barras de exploración con teléfono (smart phone) o visita nuestra página de Internet para encontrar su sitio de votación de día de la eleccion para elecciones de condado.

N4985436 

**VOTER REGISTRATION CERTIFICATE**
(Certificado de Registro Electoral)
**TARRANT COUNTY** (Condado de Tarrant)

| | | |
|---|---|---|
| VUID - Voter Unique Identifier (Identificador Unico de Votante) 1051617190 | ID Exempt (Exento de ID) | Gender (Sexo) M | Valid from (Válido desde) 01/01/14 |
| Year of Birth (Año de Nacimiento) | Prec. No. (Pct. Núm.) 1684 | thru (hasta) 12/31/15 |

| U.S. REP. (Rep.de los E.U.) | STATE SEN. (Sen. Estatal) | STATE REP. (Rep. Estatal) | COMM. PCT. (Com. Pct.) | J.P. PCT (J.P. Pct) | TCC |
|---|---|---|---|---|---|
| 12 | 12 | 99 | 01 | 05 | TC1 |
| CITY (Ciudad) | CITY COUNCIL (Concejo Municipal) | ISD (Escuela) | ISD SEAT (Escaño) | SBOE | WATER (Agua) |
| FTW | FW9 | FTW | FW1 | 13 | TRW |

Tarrant County Cert. No. (Condado de Tarrant Num de Cert)
1347682

Name and Permanent Residence Address (Nombre y dirección residencial permanente)

**SERGIO LEON DELEON**

X
VOTER MUST PERSONALLY SIGN HIS/HER NAME IMMEDIATELY UPON RECEIPT, IF ABLE.
(El votante debe firmar esta tarjeta personalmente al punto de recibirla, si puede.)

Name and Mailing Address (Nombre y dirección de correo)

**SERGIO LEON DELEON**

Veasey00011



2:13-cv-193
09/02/2014
**DEF0261**