# Texas Politics

| Voter ID Preferences | Breakdown by Party ID | Breakdown by Race |

**Do you agree or disagree that registered voters should be required to present a government-issued photo ID before they can be allowed to vote? (February 2011)**

The MOE for the sample (n=797) is +/- 3.47

- Agree: 75%
- Disagree: 17%
- Don't know: 8%

Mouse-over for notes about the data





EXHIBIT 5 De Leon