

# Texas Politics
## Voter Identification (February 2011)



| Voter ID Preferences | **Breakdown by Party ID** | Breakdown by Race |

**Do you agree or disagree that registered voters should be required to present a government-issued photo ID before they can be allowed to vote? (February 2011)**

| | Democrats | Republicans | Independents |
|---|---|---|---|
| Agree | 58% | 92% | 70% |
| Disagree | 32% | 4% | 19% |
| Don't know | 9% | 5% | 11% |

Mouse-over for notes about the data

2:13-cv-193
09/02/2014
DEF0265



EXHIBIT
6
De Leon 8/4/14