

# Texas Politics
### Voter Identification (February 2011)

| Voter ID Preferences | Breakdown by Party ID | **Breakdown by Race** |



Do you agree or disagree that registered voters should be required to present a government-issued photo ID before they can be allowed to vote? (February 2011)

- Agree: White 80%, African American 63%, Latino 68%
- Disagree: White 12%, African American 28%, Latino 22%
- Don't know: White 8%, African American 9%, Latino 11%


2:13-cv-193
09/02/2014
DEF0266


EXHIBIT