Texas Politics

| Voter ID Support | by Party Identification | by Ideology | by Race |

**Do you agree or disagree with the idea that registered voters should be required to present a government issued photo ID at the polls before they can be allowed to vote? (October 2012)**

The MOE for the sample (n=800) is +/- 3.46

**66%** Agree

**27%** Disagree

**7%** Don't know

Percentage

Mouse-over for notes about the data

2:13-cv-193
09/02/2014

**DEF0267**

EXHIBIT
8
De Leon

