

# Texas Politics
## Voter ID Law Support (October 2012)



| Voter ID Support | by Party Identification | by Ideology | by Race |

**Do you agree or disagree with the idea that registered voters should be required to present a government issued photo ID at the polls before they can be allowed to vote? (October 2012)**

| | Democrat | Republican | Independent |
|---|---|---|---|
| Agree | 37% | 92% | 73% |
| Disagree | 54% | 5% | 19% |
| Don't know | 9% | 3% | 7% |

Mouse-over for notes about the data

2:13-cv-193
09/02/2014
DEF0268

EXHIBIT 9
De Leon