

# Texas Politics
## Voter ID Law Support (October 2012)

| Voter ID Support | by Party Identification | by Ideology | **by Race** |

**Do you agree or disagree with the idea that registered voters should be required to present a government issued photo ID at the polls before they can be allowed to vote? (October 2012)**

| Response | White | African American | Hispanic |
|---|---|---|---|
| Agree | 71% | 33% | 75% |
| Disagree | 22% | 56% | 22% |
| Don't know | 7% | 11% | 2% |

Mouse-over for notes about the data

2:13-cv-193
09/02/2014
DEF0269

EXHIBIT 10
DE LEON 8/11/14