

★ DAVID DEWHURST  CONSERVATIVE · LT GOVERNOR · 2014    MEET DAVID   VOTE   ENDORSE   DONATE   STORE

Life    Education    Fiscal Responsibility    Jobs    Transportation    Voter ID    Health Care    Immigration    Guns

## Top Accomplishments
Feb 24, 2014

**SHARE**

2:13-cv-193
09/02/2014
**DEF0275**

EXHIBIT
3
7-29-14



The best indicator of future performance is past performance. Below are my top 10 accomplishments from my tenure serving as your Lieutenant Governor. Together, we've made Texas the envy of the nation. Let's keep it that way for generations to come.

**Accomplishment:** Passed Voter ID Legislation

· **Texas Passed Voter I.D. Bill In 2011 Session.** "Perry also signed a controversial Voter ID Act this year and pushed for legislation against 'sanctuary cities' — a bill that Tea Party members in Texas this week demanded he revive to prove his anti-illegal bona fides." (Caroline May, "Immigration Hawks: Hit Perry On His Record," *The Daily Caller*, 9/20/11)

**Accomplishment:** Reduced Spending By 11.5 Percent

· **According To The Legislative Budget Board, Texas State Spending Has Declined By 11.5 Percent Since 2002.** "According to the LBB, Texas state government spending — tracked from 2002 through 2015 — will have declined by 11.5 percent, when adjusted for population growth and inflation." (Patricia Kilday Hart, "Report: State Spending Down 11.5 Percent Since 2002," *Houston Chronicle*, 8/12/13)

**Accomplishment:** Cut Taxes Over 54 Times

· *Austin American-Statesman*: "About 63 … Measures Giving Someone A Tax Break Passed Into Law On Dewhurst's Watch." "About 63 (or 54) measures giving someone a tax break passed into law on Dewhurst's watch, but it's not like Texans are less tapped by such taxes of late than before." (W. Gardner Selby, PolitiFact Texas, 12/8/13)

**Accomplishment:** Oversaw The Passage Of The Largest Tax Cut In Texas History

· **In 2006 The State Legislature Passed The "Largest Tax Cut In Texas History."** "Mr. Perry's 2006 rewrite of the state's primary business tax came with a break on local property taxes and was the largest tax cut in Texas history, said spokeswoman Lucy Nashed." (Kristina Peterson, "Perry's Texas Tax Plan Runs Into Criticism," *The Wall Street Journal*, 8/9/13)

**Accomplishment:** Banned Abortion After 20 Weeks

· **In 2013 The Texas Senate Passed "Sweeping New Abortion Restrictions" That, Among Other Things, Banned Abortion After 20 Weeks.** "The Texas Senate passed sweeping new abortion restrictions late Friday, sending them to Republican Gov. Rick Perry to sign into law after weeks of protests and rallies that drew thousands of people to the Capitol and made the state the focus of the national abortion debate. … House Bill 2 would require doctors to have

Grace
SHARES   1



Top Accomplishments
SHARES   55



14 Reasons to Vote for Dewhurst in 2014
SHARES   128

admitting privileges at nearby hospitals, allow abortions only in surgical centers, limit where and when women may take abortion-inducing pills and ban abortions after 20 weeks." (Chris Tomlinson, "Senate Passes New Abortion Restrictions," *The Associated Press*, 7/12/13)

· **NOTE: In 2013 The Texas Senate Passed "Sweeping New Abortion Restrictions" That, Among Other Things, Banned Abortion After 20 Weeks.** "The Texas Senate passed sweeping new abortion restrictions late Friday, sending them to Republican Gov. Rick Perry to sign into law after weeks of protests and rallies that drew thousands of people to the Capitol and made the state the focus of the national abortion debate. … House Bill 2 would require doctors to have admitting privileges at nearby hospitals, allow abortions only in surgical centers, limit where and when women may take abortion-inducing pills and ban abortions after 20 weeks." (Chris Tomlinson, "Senate Passes New Abortion Restrictions," *The Associated Press*, 7/12/13)

<u>Accomplishment</u>: **Mandated Drug Testing For Recipients Of Unemployment Benefits**

· **In 2013 The Texas Legislature Passed Legislation Mandating People Pass A Drug Test To Receive Unemployment Benefits.** "Workers who lose their jobs would have to clear a drug screening to qualify for unemployment compensation under a proposal approved by the Texas Legislature." (Michael Brick, "Drug Tests For Unemployment Benefits Approved," *The Associated Press*, 5/25/13)

<u>Accomplishment</u>: **Oversaw Rainy Day Fund Growth Of Well Over 1,000 Percent**

· **The Ending Rainy Day Account Balance For Fiscal Year 2003 Was $560.5 Million.** (Gerard MacCrossan, "Rainy Day Fund 101," Texas Comptroller Of Public Accounts, 1/11)

· **The Rainy Day Fund Currently Has A Balance Of About $8 Billion.** "After debating the issue for months, lawmakers moved forward with a budget deal Wednesday evening that includes tapping the Rainy Day Fund for $3.9 billion. That should leave the fund with about $8 billion under current projections." (Aman Batheja, "Budget Deal Leaves About $8 Billion In Rainy Day Fund," *Texas Tribune*, 5/23/13)

<u>Accomplishment</u>: **Improved Both The State And Local Tax Burden In Texas**

· **Texas' Combined State And Local Tax Burden Has Improved Between 2002 And 2010.** In 2002 Texas' combined state and local tax burden was 44th highest in the nation. In 2010 (most recent available) Texas' combined state and local tax burden was 45th highest in the nation. ("Texas' State And Local Tax Burden, 1977-2010," Tax Foundation, 10/23/12)

<u>Accomplishment</u>: **Oversaw The Addition Of Over 1.6 Million New Private Sector Jobs (When Seasonally Adjusted)**

· **Texas Has Added 1,630,700 Private Sector Jobs Since Dewhurst Assumed Office.** In January 2003 Texas had 7,747,300 private sector jobs. In August 2013 Texas had 9,378,000 private sector jobs. (U.S. Bureau Of Labor Statistics, Accessed 10/9/13)

<u>Accomplishment</u>: **Passed A "National Example" Of Tort Reform**

· **In 2003 Texas Passed Tort Reform Legislation Touted As Being A "National Example."** "Although Texas is being held up as a national example of success in limiting medical malpractice damages -- with a 51 percent increase in new doctors and a 27 percent drop in malpractice insurance rates since a law went into effect in 2003 -- the impact on consumers has been far less clear." (Dianna Hunt, "Texas Tort Reform Law Held Up As Model, But Its Effect On Patients Is Unclear," *McClatchy Newspapers*, 12/27/09)

<u>Accomplishment</u>: **Balanced The Texas Budget Six Times**

· **In 2012 Dewhurst Touted The Fact He Balanced Five State Budgets.** "A strong fiscal conservative, [Dewhurst] helped pass the largest tax cut in state history, cut taxes and fees 51 times for over $14 billion in savings, and balanced five state budgets without raising taxes." ("U.S. Senate Candidate David Dewhurst's Bio," KENS, 4/10/12)

· **The Texas Budget Is Balanced For 2014-15.** "The new budget that we approved for 2014-2015 focuses on the core functions of government. The budget for Texas is balanced, contains no new taxes, substantially ends diversions by more than $800 million, restores funding to public education, meets all of the obligations of the state for the next 24-month period, has $1.35 billion in targeted business tax relief and stays below the Constitutional spending limit." (Tony Dale, "Balancing The Texas Budget In The 2013 Session," *Austin American-Statesman*, 6/13/13)

<u>Accomplishment</u>: **Fought Obamacare Expansion In Texas**

· **This Year Dewhurst Rebuffed Attempts By The Federal Government To Expand Medicaid Through The Affordable Care Act (Obamacare).** "State Senate leaders say they want to improve the quality of Medicaid in Texas, but that doesn't mean expanding it to cover more people. The Affordable Care Act would broaden the pool of people who qualify for Medicaid in 2014 in states that choose to do that. But Lt. Gov. David Dewhurst says an expansion in Texas is off the table." (Laura Rice, "No Medicaid Expansion In Texas, Dewhurst Says," KUT, 1/16/13)

<u>Accomplishment</u>: **Passed The "Women's Right To Know Act"**

· **Under Dewhurst's Leadership Texas Has Passed Pro-Life Legislation Like The "Women's Right To Know Act" In 2003, Financing For Abortion Alternatives In 2005 And The Abortion Sonogram Law In 2011.** "Elizabeth Graham, executive director of Texas Right to Life, said at Thursday's news conference that 'we've passed more pro-life legislation in the last 10 years than in history.' She recounted how Texas had approved the 'Women's Right to Know' Act in 2003, added financing for alternatives to abortion to the state budget in 2005, and passed the abortion sonogram law in 2011." (Becca Aaronson, "Dewhurst: Abortion Bill Could Get Approved This Week," *Texas Tribune*, 7/11/13)

<u>Accomplishment</u>: **Passed The Alternatives To Abortion Program**

| | |
|---|---|
| My Open Letter to Piers Morgan | 7,222 |
| SB 11 has passed the Texas Senate | 2,070 |
| Come and Take It! | 1,872 |
| Not for the faint of heart | 1,548 |
| Texas Progress Report: So Far, So Great | 1,427 |

- **Under Dewhurst's Leadership Texas Has Passed Pro-Life Legislation Like The "Women's Right To Know Act" In 2003, Financing For Abortion Alternatives In 2005 And The Abortion Sonogram Law In 2011.** "Elizabeth Graham, executive director of Texas Right to Life, said at Thursday's news conference that 'we've passed more pro-life legislation in the last 10 years than in history.' She recounted how Texas had approved the 'Women's Right to Know' Act in 2003, added financing for alternatives to abortion to the state budget in 2005, and passed the abortion sonogram law in 2011." (Becca Aaronson, "Dewhurst: Abortion Bill Could Get Approved This Week," *Texas Tribune*, 7/11/13)

**Accomplishment: Passed Abortion Sonogram Law**

- **Under Dewhurst's Leadership Texas Has Passed Pro-Life Legislation Like The "Women's Right To Know Act" In 2003, Financing For Abortion Alternatives In 2005 And The Abortion Sonogram Law In 2011.** "Elizabeth Graham, executive director of Texas Right to Life, said at Thursday's news conference that 'we've passed more pro-life legislation in the last 10 years than in history.' She recounted how Texas had approved the 'Women's Right to Know' Act in 2003, added financing for alternatives to abortion to the state budget in 2005, and passed the abortion sonogram law in 2011." (Becca Aaronson, "Dewhurst: Abortion Bill Could Get Approved This Week," *Texas Tribune*, 7/11/13)

**Accomplishment: Increased Border Security Funding By One-Third**

- **Border Security Funding Has Increased By One-Third In The Past Legislative Session.** "Yet his cited figures drew from budget summaries that did not show all border spending. Budgeted border security funding in 2014-15 exceeds the total in the 2012-13 budget by about one third, while budgeted 2014-15 spending on battling gangs has yet to be fully calculated." (Sue Owen, PolitiFact Texas, 8/2/13)

**Accomplishment: Passed Jessica's Law, Which Permits The Death Penalty For Dangerous Child Predators**

- **The Legislature Passed Jessica's Law In 2007, Which "Permitted The Death Penalty For Offenders Twice-Convicted Of Aggravated Sexual Assault Of A Child Under 14."** "Earlier, the 2007 Legislature approved Jessica's Law; it permitted the death penalty for offenders twice-convicted of aggravated sexual assault of a child under 14." (Tara Merrigan, PolitiFact Texas, 7/3/12)

**Accomplishment: Led The Fight On CSCOPE**

- **Alice Linehan, CSCOPE Activist On Dewhurst: "He's One Of Us."** "Alice Linahan, an activist from Denton County who hosted the podcast, welcomed Dewhurst's passionate engagement. 'He was talking like a ticked-off dad. … That's what we wanted to hear. He's one of us,' Linahan said." (Kate Alexander, "School Lessons Become Flash Point In Political Campaign," *Austin American-Statesman*, 8/1/13)

- **CSCOPE Activist Kara Sands Said Dewhurst Played An Integral Role In Ending CSCOPE.** "Kara Sands, a Corpus Christi parent who pushed for the review of the CSCOPE lessons, said Dewhurst played an integral role behind the scenes to get Patrick's legislation out of the Senate." (Kate Alexander, "School Lessons Become Flash Point In Political Campaign," *Austin American-Statesman*, 8/1/13)

- **Sands: "Dewhurst Was Getting It Done In The Senate. … He's Not A Latecomer."** "'As Dan Patrick was jumping in front of cameras, David Dewhurst was getting it done in the Senate. … He's not a latecomer,' Sands said." (Kate Alexander, "School Lessons Become Flash Point In Political Campaign," *Austin American-Statesman*, 8/1/13)

**Accomplishment: Expanded The Number Of Charter Schools In The State**

- **In 2013 The Texas Legislature Passed A Law Lifting The Limit On The Number Of Charter School Operators In Texas.** "Opening the door to a new wave of independent charter schools in Texas, the Legislature voted Sunday to gradually lift the longtime limit on the number of charter school operators in the state and to give the Texas Education Agency new authority to clean up troubled schools." (Terrence Stutz, "Legislature OKs Bills Expanding Texas Charter Schools, Cutting High-Stakes Tests," *Dallas Morning News*, 5/26/13)

## Border Security Accomplishments:

The real problem is that the federal government has FAILED to secure the border and protect this country. As Lt. Governor, I have stepped up to lead when Washington has failed and we have shown Washington how to secure a border.

Under my leadership, Texas has invested $795.2 million for border security.

Including an increase of approximately $122M this past session. With this funding, DPS successfully executed the Operation Strong Safety Mission proving that an increased presence on the border works.

During this operation, DPS achieved some astounding results. Crime rates related to drugs, cartels, transnational gangs, and illegal border activity plummeted, because we were effectively stopping illegal entry at the border.

If Washington continues to fail to secure the border, I will make this type of presence by DPS on the border permanent next session.

**Armed Boats** - DPS has been able to increase patrols on key stretches of the Rio Grande thanks to new tactical boats being manned by highly-trained DPS personnel. Air Crews provided aerial support to detect and disrupt suspicious criminal activity with state funded helicopters and a high altitude aircraft, while numerous state troopers, agents and Texas Rangers engaged the cartels and gang members on the ground.

**Sent letter to Obama on paying back county jail costs** for housing more than 130,000 people that illegally enter our state. $156.6 million to house 131,000. (SB1698). Nearly 90% of TExas counties are affected by this unnecessary burden. The hardest hit county have been: Harris County - $50 million, Travis County - $22 million.

**Operation Strong Safety Results:** During this operation, DPS achieved some astounding results. Crime rates related to drugs, cartels, transnational gangs, and illegal border activity plummeted, because we were effectively stopping illegal entry at the border.

## Summary of major pro-life accomplishments since 2003:

**Prenatal Protection Act in 2003.** Protects the unborn child as an individual person from murder and assault the same as a newborn child. As a result numerous criminals have been convicted and are serving life sentences for murder involving an unborn child, regardless of whether the mother died during the act of violence.

**Women's Right to Know Act in 2003.** Requires abortion doctors to provide informed consent information at least 24 hours before the abortion. Required late abortions be performed only in ambulatory surgical centers or hospitals to protect the safety of women.

**Require written, notarized parental consent for abortion on minor girls in 2005.** Resulted in more than 20% drop in abortions on minor girls.

**Ban on abortions beginning at 26 weeks of pregnancy (3rd trimester) in 2005.** Resulted in a dramatic drop on 3ird-trimester abortions in Texas.

**Funding for compassionate alternatives to abortion from 2005 through 2013.** Now funding $5 million/yr through HHSC grants to more than 50 pro-life agencies that provide alternatives to abortion.

**Promote life-saving adult, not embryonic, stem cell research and treatments from 2005 through 2013.** Treatments for life-threatening diseases like sickle-cell anemia, heart disease, and cancer or now available in Texas.

**Defunded Planned Parenthood $29 of $31 million tax dollars annually for family planning in 2011 and 2013.** While federal and state law prevents the family planning funds from paying directly for abortions, Planned Parenthood used the funds to share the costs of abortion facilities. Planned Parenthood runs the state's largest chain of abortion facilities, but their number is down as a result of the funding cuts. Of the 14 abortion facilities Planned Parenthood ran 12 months ago, four have closed (Abilene, Bryan, Midland, Odessa), one is inactive (Stafford), and at least one is teetering (Waco).

**Choose Life license plate bill in 2011.** Passed bill to create the Choose Life specialty license plate to promote infant adoption as a compassionate alternative to abortion.

**Sonogram bill in 2011.** Requires all abortion doctors to offer women the opportunity to see the unborn child and to hear the child's heartbeat at least 24 hours before the abortion. Also requires the abortion doctor to personally meet with the woman in a private and confidential setting at least 24 hours before the abortion to explain the risks of abortion, the characteristics of the unborn child, and the alternatives.

**HB 2 in 2013.** Dramatically Increases safety standards at abortion facilities across Texas and bans abortion after the fifth month of pregnancy.