# Texas Legislature
## Bills By Committee
### Committee of the Whole Senate
78th Legislature Regular Session
Report Date: 7/28/2014

Number of Bills: 3

**Bills Out of Committee (3):**

HB 5    Author:    Grusendorf | Marchant | Wilson | Hill | Heflin
       Sponsor:    Shapiro
       Last Action: 05/12/2003 S Returned from the House for further action
       Caption:    Relating to public school finance, a state ad valorem tax, state general sales and use taxes, state taxes on the sale or use of a motor vehicle, and property tax relief for residential tenants.

SB 2    Author:    Shapiro
       Last Action: 05/02/2003 S Committee report printed and distributed: May 2 2003 2:57PM
       Caption:    Relating to public school finance, a state ad valorem tax, state general sales and use taxes, state taxes on the sale or use of a motor vehicle, and property tax relief for residential tenants.

SJR 1    Author:    Shapiro
       Last Action: 05/07/2003 H Referred to Ways & Means
       Caption:    Proposing a constitutional amendment to provide financial support for public education by creating the Texas education fund, imposing a state property tax, increasing the state general sales and use tax rate, expanding the general sales and use tax base to include certain services, increasing the state motor vehicle sales and use tax rate, abolishing the school district property tax for maintenance and operations purposes, dedicating the proceeds of any state lottery to public education, authorizing a school district property tax for the purpose of educational enrichment, and repealing the restriction on the legislature's authority to limit annual increases in the appraised value of residence homesteads for ad valorem tax purposes.



EXHIBIT 4   Dewhurst   7-29-14

2:13-cv-193   09/02/2014   DEF0276

# Texas Legislature
## Bills By Committee
## Committee of the Whole Senate
### 79th Legislature Regular Session
### Report Date: 7/28/2014

No bills have been reported to committee.

# Texas Legislature
## Bills By Committee
## Committee of the Whole Senate
### 80th Legislature Regular Session
Report Date: 7/28/2014

No bills have been reported to committee.

# Texas Legislature
## Bills By Committee
## Committee of the Whole Senate
### 81st Legislature Regular Session
### Report Date: 7/28/2014

Number of Bills: 1

**Bills Out of Committee (1):**

SB 362      Author:     Fraser | Estes
               Sponsor:    Smith, Todd
                Last Action: 05/23/2009 H Placed on Major State Calendar
                Caption:      Relating to requiring a voter to present proof of identification.

# Texas Legislature
## Bills By Committee
## Committee of the Whole Senate
### 82nd Legislature Regular Session
### Report Date: 7/28/2014

Number of Bills: 1

**Bills Out of Committee (1):**

SB 14      Author:      Fraser | Birdwell | Carona | Deuell | Duncan | et al.
              Sponsor:    Harless | Taylor, Larry | Pena | Truitt | Smith, Todd
              Last Action: 05/27/2011 E See remarks for effective date
              Caption:     Relating to requirements to vote, including presenting proof of identification; providing criminal penalties.

# Texas Legislature
## Bills By Committee
### Committee of the Whole Senate
83rd Legislature Regular Session
Report Date: 7/28/2014

No bills have been reported to committee.