By: Brown of Kaufman, Berman, Bohac, Riddle,     H.B. No. 218
et al.

A BILL TO BE ENTITLED

1                              AN ACT

2    relating to requiring a voter to present proof of identification.

3        BE IT ENACTED BY THE LEGISLATURE OF THE STATE OF TEXAS:

4        SECTION 1.  Section 13.122(a), Election Code, is amended to

5    read as follows:

6        (a)  In addition to the other statements and spaces for

7    entering information that appear on an officially prescribed

8    registration application form, each official form must include:

9            (1)  the statement:  "I understand that giving false

10   information to procure a voter registration is perjury and a crime

11   under state and federal law.";

12           (2)  a space for the applicant's registration number;

13           (3)  a space for the applicant's Texas driver's license

14   number or number of a personal identification card issued by the

15   Department of Public Safety;

16           (4)  a space for the applicant's telephone number;

17           (5)  a space for the applicant's social security

18   number;

19           (6)  a space for the applicant's sex;

20           (7)  a statement indicating that the furnishing of the

21   applicant's telephone number and sex is optional;

22           (8)  a space or box for indicating whether the

23   applicant or voter is submitting new registration information or a

24   change in current registration information;

2:13-cv-193
09/02/2014

DEF0277

1


EXHIBIT
5
Newhurst

H.B. No. 218

1          (9)  a statement instructing a voter who is using the
2    form to make a change in current registration information to enter
3    the voter's name and the changed information in the appropriate
4    spaces on the form;

5          (10)  a statement that if the applicant declines to
6    register to vote, that fact will remain confidential and will be
7    used only for voter registration purposes;

8          (11)  a statement that if the applicant does register
9    to vote, information regarding the agency or office to which the
10   application is submitted will remain confidential and will be used
11   only for voter registration purposes;

12         (12)  a space or box for indicating whether the
13   applicant is interested in working as an election judge;

14         (13)  a statement warning that a conviction for making
15   a false statement may result in imprisonment for up to the maximum
16   amount of time provided by law, a fine of up to the maximum amount
17   provided by law, or both the imprisonment and the fine; [and]

18         (14)  a space or box for indicating whether the
19   applicant served in the active military, naval, or air service, was
20   discharged or released from the service under conditions other than
21   dishonorable, and incurred or aggravated a disability in the line
22   of duty in that service;

23         (15)  a space or box for indicating whether the
24   applicant is a widow or widower of a person who served in the active
25   military, naval, or air service; and

26         (16)  [(14)]  any other voter registration information
27   required by federal law or considered appropriate and required by

2

H.B. No. 218

1  the secretary of state.

2      SECTION 2.  Section 15.001(a), Election Code, is amended to
3  read as follows:

4      (a)  Each  voter  registration  certificate  issued  must
5  contain:

6          (1)  the  voter's  name  in  the  form  indicated  by  the
7  voter,  subject  to  applicable  requirements  prescribed  by  Section
8  13.002 and by rule of the secretary of state;

9          (2)  the  voter's  residence  address  or,  if  the  residence
10  has  no  address,  the  address  at  which  the  voter  receives  mail  and  a
11  concise description of the location of the voter's residence;

12          (3)  the month, day, and year of the voter's birth;

13          (4)  the  number  of  the  county  election  precinct  in
14  which the voter resides;

15          (5)  the  voter's  effective  date  of  registration  if  an
16  initial certificate;

17          (6)  the voter's registration number;

18          (7)  an  indication  of  the  period  for  which  the
19  certificate is issued;

20          (8)  a  statement  explaining  the  circumstances  under
21  which the voter will receive a new certificate;

22          (9)  a  space  for  stamping  the  voter's  political  party
23  affiliation;

24          (10)  a statement that voting with the certificate by a
25  person other than the person in whose name the certificate is issued
26  is a felony;

27          (11)  a space for the voter's signature;

3

H.B. No. 218

1              (12)  a  statement  that  the  voter  must  sign  the
2  certificate personally, if able to sign, immediately on receipt;
3              (13)  a space for the voter to correct the information
4  on the certificate followed by a signature line;
5              (14)  the  statement:   "If  any  information  on  this
6  certificate changes or is incorrect, correct the information in the
7  space  provided,  sign  below,  and  return  this  certificate  to  the
8  voter registrar."; [and]
9              (15)  the  registrar's  mailing  address  and  telephone
10  number;
11              (16)  an  indication  that  the  voter  is  a
12  "service-disabled  veteran,"  if  the  voter  stated  on  the  voter's
13  registration  application  that  the  voter  served  in  the  active
14  military,  naval,  or  air  service,  was  discharged  or  released  from
15  the service under conditions other than dishonorable, and incurred
16  or aggravated a disability in the line of duty in that service; and
17              (17)  an indication that the voter is a "military widow
18  or  widower,"  if  the  voter  stated  on  the  voter's  registration
19  application  that  the  voter  is  a  widow  or  widower  of  a  person  who
20  served in the active military, naval, or air service.
21        SECTION 3.   Section 32.111, Election Code, is  amended  by
22  adding Subsection (c) to read as follows:
23        (c)   The  training  standards  adopted  under  Subsection  (a)
24  must  include  provisions  on  the  acceptance  and  handling  of  the
25  identification presented by a voter to an election officer under
26  Section 63.001.
27        SECTION 4.   Section 32.114(a), Election Code, is amended to

. 4

H.B. No. 218

1  read as follows:

2      (a)  The county clerk shall provide one or more sessions of
3  training using the standardized training program and materials
4  developed and provided by the secretary of state under Section
5  32.111 for the election judges and clerks appointed to serve in
6  elections ordered by the governor or a county authority.  Each
7  election judge shall complete the training program. Each election
8  clerk shall complete the part of the training program relating to
9  the acceptance and handling of the identification presented by a
10 voter to an election officer under Section 63.001.

11     SECTION 5.  As soon as practicable after the effective date
12 of this Act:

13         (1)  the secretary of state shall adopt the training
14 standards and develop the training materials required to implement
15 the change in law made by this Act to Section 32.111, Election Code;
16 and

17         (2)  the county clerk of each county shall provide a
18 session of training under Section 32.114, Election Code, using the
19 standards adopted and materials developed to implement the change
20 in law made by this Act to Section 32.111, Election Code.

21     SECTION 6.  Chapter 62, Election Code, is amended by adding
22 Section 62.016 to read as follows:

23     Sec. 62.016.  NOTICE OF ACCEPTABLE IDENTIFICATION OUTSIDE
24 POLLING PLACES. The presiding judge shall post in a prominent place
25 on the outside of each polling location a list of the acceptable
26 forms of photographic and nonphotographic identification.  The
27 notice and list must be printed using a font that is at least

5

H.B. No. 218

1   24-point.

2      SECTION 7.   Section 63.001, Election Code, is amended by

3   amending Subsections (b), (c), (d), and (f) and adding Subsections

4   (g), (h), (i), (j), and (k) to read as follows:

5      (b)  On offering to vote, a voter must present to an election

6   officer  at  the  polling  place  the  voter's  voter  registration

7   certificate  and,  except  as  provided  by  Subsection  (j)  or  (k)

8   either:

9      (1)  one  form  of  identification  listed  in  Section

10   63.0101(a); or

11      (2)  two different forms of identification listed in

12   Section 63.0101(b) [to an election officer at the polling place].

13      (c)  On  presentation  of  the  documentation  required  by

14   Subsection (b) [a registration certificate], an election officer

15   shall  determine  whether  the  voter's  name  on  the  registration

16   certificate is on the list of registered voters for the precinct.

17      (d)  If  the  voter's  name  is  on  the  precinct  list  of

18   registered voters and the voter's identity can be verified from the

19   proof presented, the voter shall be accepted for voting.

20      (f)  After determining whether to accept a voter, an election

21   officer  shall  return  the  voter's  documentation  [registration

22   certificate] to the voter.

23      (g)  If the requirements for identification prescribed by

24   Subsection  (b)  are  not  met,  the  voter  may  be  accepted  for

25   provisional voting only under Section 63.011. An election officer

26   shall  inform  a  voter  who  is  not  accepted  for  voting  under  this

27   section of the voter's right to cast a provisional ballot under

H.B. No. 218

1  Section 63.011.

2      (h)  The  requirements  for  identification  prescribed  by

3  Subsection (b)(1) or (2) do not apply to a voter who:

4          (1)  presents   the   voter's   voter   registration

5  certificate on offering to vote; and

6          (2)  is 80 years of age or older as indicated by the

7  date of birth on the voter's voter registration certificate.

8      (i)  Notwithstanding Subsection (b), (c), (d), or (g), a

9  voter  shall  be  accepted  for  voting  after  presenting  a  voter

10 registration certificate or one form of identification listed in

11 Section 63.0101 if:

12         (1)  the voter's name on the registration certificate

13 or form of identification is on the list of registered voters for

14 the precinct;

15         (2)  the  precinct  is  located  in  a  county  that  the

16 governor proclaimed to be in a state of disaster under Section

17 418.014, Government Code, due to a weather-related event; and

18         (3)  the  date  of  the  election  is  before  the  first

19 anniversary of the date the state of disaster expires.

20     (j)  A voter who presents a voter registration certificate

21 indicating that the voter is a service-disabled veteran is not

22 required to provide any identification in addition to the voter's

23 voter registration certificate.

24     (k)  A voter who presents a voter registration certificate

25 indicating that the voter is a military widow or widower is not

26 required to provide any identification in addition to the voter's

27 voter registration certificate.

7

H.B. No. 218

1          SECTION 8.   Section 63.006(a), Election Code, is amended to
2   read as follows:
3          (a)  A voter who, when offering to vote, presents a voter
4   registration  certificate  indicating  that  the  voter  is  currently
5   registered in the precinct in which the voter is offering to vote,
6   but whose name is not on the precinct list of registered voters,
7   shall be accepted for voting if the voter's identity can be verified
8   from the proof presented.
9          SECTION 9.   Section 63.007(a), Election Code, is amended to
10  read as follows:
11         (a)  A voter who, when offering to vote, presents a voter
12  registration  certificate  indicating  that  the  voter  is  currently
13  registered in a different precinct from the one in which the voter
14  is offering to vote, and whose name is not on the precinct list of
15  registered  voters,  shall  be  accepted  for  voting  if  the voter's
16  identity can be verified from the proof presented and  the  voter
17  executes an affidavit stating that the voter:
18                (1)  is a resident of the precinct in which the voter is
19  offering to vote or is otherwise entitled by law to vote in that
20  precinct;
21                (2)  was a resident of the precinct in which the voter
22  is offering to vote at the time that information on the voter's
23  residence address was last provided to the voter registrar;
24                (3)  did not deliberately provide false information to
25  secure  registration  in  a  precinct  in  which  the  voter  does  not
26  reside; and
27                (4)  is voting only once in the election.

H.B. No. 218

1       SECTION 10.   Section 63.008(a), Election Code, is amended to
2   read as follows:

3       (a)  A voter who does not present a voter registration
4   certificate when offering to vote, but whose name is on the list of
5   registered voters for the precinct in which the voter is offering to
6   vote, shall be accepted for voting if the voter executes an
7   affidavit stating that the voter does not have the voter's voter
8   registration certificate in the voter's possession at the polling
9   place at the time of offering to vote and the voter's identity can
10  be verified from the proof presented [voter presents proof of
11  identification in a form described by Section 63.0101].

12      SECTION 11.   Section 63.0101, Election Code, is amended to
13  read as follows:

14      Sec. 63.0101.  DOCUMENTATION OF PROOF OF IDENTIFICATION.
15  (a) The following documentation is an acceptable form [as proof] of
16  photo identification under this chapter:

17          (1)  a driver's license or personal identification card
18  issued to the person by the Department of Public Safety that has not
19  expired or that expired no earlier than two years before the date of
20  presentation [or a similar document issued to the person by an
21  agency of another state, regardless of whether the license or card
22  has expired];

23          (2)  a United States military identification card that
24  contains the person's photograph [form of identification
25  containing the person's photograph that establishes the person's
26  identity];

27          (3)  a valid employee identification card that contains

9

H.B. No. 218

1  the person's photograph and is issued by an employer of the person

2  in the ordinary course of the employer's business [~~birth~~

3  ~~certificate or other document confirming birth that is admissible~~

4  ~~in a court of law and establishes the person's identity~~];

5          (4)  a United States citizenship certificate [~~papers~~]

6  issued to the person that contains the person's photograph;

7          (5)  a United States passport issued to the person;

8          (6)  a student identification card issued by a public

9  or private institution of higher education located in the United

10 States that contains the person's photograph [~~official mail~~

11 ~~addressed to the person by name from a governmental entity~~];

12         (7)  a license to carry a concealed handgun issued to

13 the person by the Department of Public Safety; or

14         (8)  a valid identification card that contains the

15 person's photograph and is issued by:

16              (A)  an agency or institution of the federal

17 government; or

18              (B)  an agency, institution, or political

19 subdivision of this state.

20     (b)  The following documentation is acceptable as proof of

21 identification under this chapter:

22         (1)  a copy of a current utility bill, bank statement,

23 government check, paycheck, or other government document that shows

24 the name and address of the voter;

25         (2)  official mail addressed to the person by name from

26 a governmental entity;

27         (3)  a certified copy of a birth certificate or other

10

H.B. No. 218

1  document confirming birth that is admissible in a court of law and

2  establishes the person's identity;

3              (4)  United States citizenship papers issued to the

4  person;

5              (5)  an original or certified copy of the person's

6  marriage license or divorce decree;

7              (6)  court records of the person's adoption, name

8  change, or sex change;

9              (7)  an identification card issued to the person by a

10 governmental entity of this state or the United States for the

11 purpose of obtaining public benefits, including veteran's

12 benefits, Medicaid, or Medicare;

13             (8)  a temporary driving permit issued to the person by

14 the Department of Public Safety;

15             (9)  a pilot's license issued to the person by the

16 Federal Aviation Administration or another authorized agency of the

17 United States;

18             (10)  a library card that contains the person's name

19 issued to the person by a public library located in this state; or

20             (11)  a hunting or fishing license issued to a person by

21 the Parks and Wildlife Department [or

22             [(8)  any other form of identification prescribed by

23 the secretary of state].

24     SECTION 12.  Section 63.011(a), Election Code, is amended to

25 read as follows:

26     (a)  A person to whom Section 63.001(g), 63.008(b), or

27 63.009(a) applies may cast a provisional ballot if the person

H.B. No. 218

1   executes an affidavit stating that the person:

2           (1)  is a registered voter in the precinct in which the

3   person seeks to vote; and

4           (2)  is eligible to vote in the election.

5       SECTION 13.  Section  521.422,  Transportation  Code,  is

6   amended by amending Subsection (a) and adding Subsection (d) to

7   read as follows:

8       (a)  Except as provided by Subsection (d), the [The] fee for

9   a personal identification certificate is:

10          (1)  $15 for a person under 60 years of age;

11          (2)  $5 for a person 60 years of age or older; and

12          (3)  $20 for a person subject to the registration

13  requirements under Chapter 62, Code of Criminal Procedure.

14      (d)  The department may not collect a fee for a personal

15  identification certificate issued to a person who states that the

16  person is obtaining the personal identification certificate for the

17  sole purpose of satisfying Section 63.001(b)(1), Election Code,

18  and:

19          (1)  who is a registered voter in this state and

20  presents a valid voter registration certificate; or

21          (2)  who is eligible for registration under Section

22  13.001, Election Code, and submits a registration application to

23  the department.

24      SECTION 14.  The voter registrar of each county shall

25  provide notice of the change in identification requirements for

26  voting contained in this Act with each voter registration

27  certificate or renewal registration certificate issued on or before

H.B. No. 218

1   September 1, 2008.  The secretary of state shall prescribe the form

2   of the notice required under this section.

3          SECTION 15.   This Act takes effect September 1, 2007.