# Texas Legislature Online
# History

| | |
|---|---|
| **Bill:** HB 218 | **Legislative Session:** 80(R)     **Council Document:** 80R 1644 JRJ-F |

**Last Action:** 05/16/2007 S Co-sponsor authorized

**Caption Version:** Senate Committee Report
**Caption Text:** Relating to requiring a voter to present proof of identification.

**Author:** Brown, Betty | Berman | Bohac | Riddle

**Coauthor:** Aycock | Christian | Darby | Harless | Harper-Brown | King, Susan | Laubenberg | Macias | Miller | Paxton | Taylor | Zedler

**Sponsor:** Fraser

**Cosponsor:** Jackson, Mike | Nelson

**Subjects:** Elections--Administration (I0277)
Elections--General (I0310)
Elections--Registration & Suffrage (I0265)
IDENTIFICATION CARDS (S0074)




**House Committee:** Elections
**Status:** Out of committee
**Vote:** Ayes=4   Nays=0   Present Not Voting=0   Absent=3

**Senate Committee:** State Affairs
**Status:** Out of committee
**Vote:** Ayes=6   Nays=3   Present Not Voting=0   Absent=0

**Actions**: (descending date order)
Viewing Votes: Most Recent House Vote | Most Recent Senate Vote

| | Description | Comment | Date ▼ | Time | Journal Page |
|---|---|---|---|---|---|
| S | Co-sponsor authorized | | 05/16/2007 | | 2140 |
| S | Record vote | | 05/15/2007 | | 2064 |
| S | Motion to suspend regular order fails | | 05/15/2007 | | 2064 |
| S | Vote reconsidered | | 05/15/2007 | | 2063 |
| S | Read 2nd time | | 05/15/2007 | | 2063 |
| S | Record vote | | 05/15/2007 | | 2063 |
| S | Rules suspended-Regular order of business | | 05/15/2007 | | 2063 |
| S | Co-sponsor authorized | | 05/03/2007 | | 1634 |
| S | Placed on intent calendar | | 05/02/2007 | | |
| S | Committee report printed and distributed | | 05/01/2007 | 03:18 PM | |
| S | Reported favorably as substituted | | 05/01/2007 | | 1574 |

| | Action | Detail | Date | Time | Journal |
|---|---|---|---|---|---|
| S | Testimony taken in committee | | 04/30/2007 | | |
| S | Considered in public hearing | | 04/30/2007 | | |
| S | Scheduled for public hearing on . . . . . | | 04/30/2007 | | |
| S | Referred to State Affairs | | 04/26/2007 | | 1372 |
| S | Read first time | | 04/26/2007 | | 1372 |
| S | Received from the House | | 04/25/2007 | | 1261 |
| H | Reported engrossed | | 04/24/2007 | 07:16 PM | 2486 |
| H | Statement(s) of vote recorded in Journal | | 04/24/2007 | | 2247 |
| H | Record vote | RV#621 | 04/24/2007 | | 2246 |
| H | Passed | | 04/24/2007 | | 2246 |
| H | Read 3rd time | | 04/24/2007 | | 2246 |
| H | Reason for vote recorded in Journal | | 04/23/2007 | | 2228 |
| H | Record vote | RV#618 | 04/23/2007 | | 2227 |
| H | Passed to engrossment as amended | | 04/23/2007 | | 2227 |
| H | Statement(s) of vote recorded in Journal | | 04/23/2007 | | 2224 |
| H | Record vote | RV#617 | 04/23/2007 | | 2223 |
| H | Amendment tabled | | 04/23/2007 | | 2223 |
| H | Point of order withdrawn (amendment) | Rule 11, Section 2 | 04/23/2007 | | 2223 |
| H | Amendment(s) offered | 30-Strama | 04/23/2007 | | 2222 |
| H | Amended | 29-Y. Davis | 04/23/2007 | | 2222 |
| H | Amendment withdrawn | 17-Y. Davis | 04/23/2007 | | 2222 |
| H | Vote reconsidered | | 04/23/2007 | | 2222 |
| H | Statement(s) of vote recorded in Journal | | 04/23/2007 | | 2222 |
| H | Record vote | RV#616 | 04/23/2007 | | 2221 |
| H | Amendment tabled | 28-Villarreal | 04/23/2007 | | 2221 |
| H | Amended | 27-Y. Davis | 04/23/2007 | | 2221 |
| H | Amended | 26-Escobar | 04/23/2007 | | 2219 |
| H | Amended | 25-Vaught, Garcia, Noriega, Escobar, Leibowitz, McReynolds, Menendez, and Farrar | 04/23/2007 | | 2217 |
| H | Amended | 24-Rose | 04/23/2007 | | 2217 |
| H | Statement(s) of vote recorded in Journal | | 04/23/2007 | | 2216 |
| H | Record vote | RV#615 | 04/23/2007 | | 2216 |
| H | Amendment tabled | 23-Heflin | 04/23/2007 | | 2215 |
| H | Nonrecord vote recorded in Journal | | 04/23/2007 | | 2211 |
| H | Amended | 22-Heflin | 04/23/2007 | | 2215 |
| H | Statement(s) of vote recorded in Journal | | 04/23/2007 | | 2215 |
| H | Record vote | RV#614 | 04/23/2007 | | 2214 |
| H | Amendment tabled | 21-Herrero | 04/23/2007 | | 2213 |
| H | Record vote | RV#613 | 04/23/2007 | | 2213 |
| H | Amendment tabled | 20-Herrero | 04/23/2007 | | 2213 |
| H | Point of order withdrawn (amendment) | Rule 11, Section 2 | 04/23/2007 | | 2213 |

| | | | | |
|---|---|---|---|---|
| H | Amendment(s) offered | 20-Herrero | 04/23/2007 | 2212 |
| H | Amendment withdrawn | 19-Leibowitz | 04/23/2007 | 2212 |
| H | Record vote | RV#612 | 04/23/2007 | 2212 |
| H | Amendment tabled | 18-Alonzo | 04/23/2007 | 2211 |
| H | Amended | 17-Y. Davis | 04/23/2007 | 2211 |
| H | Amended | 16-Villarreal and Heflin | 04/23/2007 | 2210 |
| H | Record vote | RV#611 | 04/23/2007 | 2210 |
| H | Amendment tabled | | 04/23/2007 | 2210 |
| H | Point of order overruled | Rule 4, Section 32(c) | 04/23/2007 | 2210 |
| H | Point of order withdrawn (amendment) | Rule 11, Section 3 | 04/23/2007 | 2209 |
| H | Amendment(s) offered | 15-Dutton | 04/23/2007 | 2209 |
| H | Amended | 14-Y. Davis | 04/23/2007 | 2209 |
| H | Record vote | RV#610 | 04/23/2007 | 2208 |
| H | Amendment tabled | 13-Gonzales | 04/23/2007 | 2208 |
| H | Amended | 12-Y. Davis | 04/23/2007 | 2208 |
| H | Record vote | RV#609 | 04/23/2007 | 2207 |
| H | Amendment tabled | 11-Anchia | 04/23/2007 | 2207 |
| H | Statement(s) of vote recorded in Journal | | 04/23/2007 | 2207 |
| H | Record vote | RV#608 | 04/23/2007 | 2206 |
| H | Amendment tabled | 10-Veasey | 04/23/2007 | 2206 |
| H | Statement of Leg. Intent Recorded in Journal | | 04/23/2007 | 2204 |
| H | Amended | 9-Leibowitz | 04/23/2007 | 2204 |
| H | Point of order sustained (amendment) | Rule 11, Section 3 | 04/23/2007 | 2204 |
| H | Amendment(s) offered | 8-Anchia | 04/23/2007 | 2202 |
| H | Record vote | RV#607 | 04/23/2007 | 2202 |
| H | Amendment tabled | 7-Turner | 04/23/2007 | 2201 |
| H | Amendment withdrawn | 6-Anchia | 04/23/2007 | 2201 |
| H | Amended | 5-B. Brown | 04/23/2007 | 2200 |
| H | Amended | 4-B. Brown | 04/23/2007 | 2200 |
| H | Amended | 1-B. Brown | 04/23/2007 | 2200 |
| H | Statement(s) of vote recorded in Journal | | 04/23/2007 | 2200 |
| H | Record vote | RV#605 | 04/23/2007 | 2199 |
| H | Amendment to amendment tabled | 3-Leibowitz | 04/23/2007 | 2199 |
| H | Record vote | RV#604 | 04/23/2007 | 2198 |
| H | Amendment to amendment tabled | 2-Dunnam | 04/23/2007 | 2198 |
| H | Amendment(s) offered | 1-B. Brown | 04/23/2007 | 2198 |
| H | Read 2nd time | | 04/23/2007 | 2196 |
| H | Placed on Major State Calendar | | 04/23/2007 | |
| H | Considered in Calendars | | 04/19/2007 | |
| H | Committee report sent to Calendars | | 04/18/2007 | |
| H | Committee report printed and distributed | | 04/17/2007 09:40 PM | |
| H | Comte report filed with Committee Coordinator | | 04/17/2007 | 2099 |

| | | | |
|---|---|---|---|
| H | Reported favorably w/o amendment(s) | 04/16/2007 | |
| H | Considered in formal meeting | 04/16/2007 | |
| H | Scheduled for formal meeting on . . . . | 04/16/2007 | |
| H | Meeting cancelled | 04/16/2007 | |
| H | Scheduled for formal meeting on . . . . | 04/16/2007 | |
| H | Recommitted to committee | 04/16/2007 | 1959 |
| H | Placed on Major State Calendar | 04/17/2007 | |
| H | Considered in Calendars | 04/12/2007 | |
| H | Committee report sent to Calendars | 04/03/2007 | |
| H | Committee report printed and distributed | 04/02/2007 05:19 PM | |
| H | Comte report filed with Committee Coordinator | 04/02/2007 | 1558 |
| H | Reported favorably w/o amendment(s) | 03/28/2007 | |
| H | Considered in public hearing | 03/28/2007 | |
| H | Left pending in committee | 02/28/2007 | |
| H | Testimony taken in committee | 02/28/2007 | |
| H | Considered in public hearing | 02/28/2007 | |
| H | Scheduled for public hearing on . . . . | 02/28/2007 | |
| H | Referred to Elections | 01/30/2007 | 259 |
| H | Read first time | 01/30/2007 | 259 |
| H | Filed | 11/14/2006 | |