

Post Office Box 12068
Austin, Texas 78711

**OFFICE OF THE LIEUTENANT GOVERNOR**
David Dewhurst

FOR IMMEDIATE RELEASE
May 11, 2009

## Statement by Lt. Governor David Dewhurst on House Committee Passage of Legislation Protecting Against Voter Fraud

AUSTIN — Lt. Gov. David Dewhurst today released the following statement upon passage of Senate Bill 362 by the House Elections Committee. SB 362 will help protect against voter fraud by requiring registered voters to verify their identity at the polls.

"The vast majority of Texans agree that by simply asking Texans to verify their identity at the polls, we can help prevent known voter fraud and ensure every vote cast is legal," Lt. Governor Dewhurst said. "The cornerstone of America's democratic process is one person, one vote and by passing Senate Bill 362, the House Elections Committee has moved us one step closer to preserving this important principle."

- 30 -

Office of Lieutenant Governor David Dewhurst, Capitol Station, P.O. Box 12068, Austin, Texas 78711. Tel: (512) 463-0001
DAVID DEWHURST | NEWS | CONTACT DAVID | LINKS | TEXAS SENATE | SENATORS | COMMITTEES | ESPAÑOL




2:13-cv-193
09/02/2014
DEF0283

7/26/2014 2:09 PM