

By: Fraser, et al.                                              S.B. No. 14

A BILL TO BE ENTITLED

1  AN ACT
2  relating to requirements to vote, including presenting proof of
3  identification; providing criminal penalties.
4     BE IT ENACTED BY THE LEGISLATURE OF THE STATE OF TEXAS:
5     SECTION 1. Subchapter A, Chapter 15, Election Code, is
6  amended by adding Section 15.005 to read as follows:
7     Sec. 15.005. NOTICE OF IDENTIFICATION REQUIREMENTS.
8  (a) The voter registrar of each county shall provide notice of the
9  identification requirements for voting prescribed by Chapter 63 and
10 a detailed description of those requirements with each voter
11 registration certificate issued under Section 13.142 or renewal
12 registration certificate issued under Section 14.001.
13        (b) The secretary of state shall prescribe the wording of
14 the notice to be included on the certificate under this section.
15    SECTION 2. Subsection (a), Section 15.022, Election Code,
16 is amended to read as follows:
17        (a) The registrar shall make the appropriate corrections in
18 the registration records, including, if necessary, deleting a
19 voter's name from the suspense list:
20            (1) after receipt of a notice of a change in
21 registration information under Section 15.021;
22            (2) after receipt of a voter's reply to a notice of
23 investigation given under Section 16.033;
24            (3) after receipt of a registration omissions list and

2011S0078-1 01/12/11              1





S.B. No. 14

1  any affidavits executed under Section 63.006 [63.007], following an
2  election;
3             (4)  after receipt of a voter's statement of residence
4  executed under Section 63.0011;
5             (5)  before the effective date of the abolishment of a
6  county election precinct or a change in its boundary;
7             (6)  after receipt of United States Postal Service
8  information indicating an address reclassification;
9             (7)  after receipt of a voter's response under Section
10 15.053; or
11            (8)  after receipt of a registration application or
12 change of address under Chapter 20.
13       SECTION 3.  Subchapter A, Chapter 31, Election Code, is
14 amended by adding Section 31.012 to read as follows:
15       Sec. 31.012.  VOTER IDENTIFICATION EDUCATION.  (a) The
16 secretary of state and the voter registrar of each county that
17 maintains a website shall provide notice of the identification
18 requirements for voting prescribed by Chapter 63 on each entity's
19 respective website.  The secretary of state shall prescribe the
20 wording of the notice to be included on the websites.
21       (b)  The secretary of state shall conduct a statewide effort
22 to educate voters regarding the identification requirements for
23 voting prescribed by Chapter 63.
24       SECTION 4.  Section 32.111, Election Code, is amended by
25 adding Subsection (c) to read as follows:
26       (c)  The training standards adopted under Subsection (a)
27 must include provisions on the acceptance and handling of the

S.B. No. 14

1 identification presented by a voter to an election officer under
2 Section 63.001.

3     SECTION 5. Subsection (a), Section 32.114, Election Code,
4 is amended to read as follows:

5     (a) The county clerk shall provide one or more sessions of
6 training using the standardized training program and materials
7 developed and provided by the secretary of state under Section
8 32.111 for the election judges and clerks appointed to serve in
9 elections ordered by the governor or a county authority. Each
10 election judge shall complete the training program. Each election
11 clerk shall complete the part of the training program relating to
12 the acceptance and handling of the identification presented by a
13 voter to an election officer under Section 63.001.

14     SECTION 6. Chapter 62, Election Code, is amended by adding
15 Section 62.016 to read as follows:

16     Sec. 62.016. NOTICE OF ACCEPTABLE IDENTIFICATION OUTSIDE
17 POLLING PLACES. The presiding judge shall post in a prominent place
18 on the outside of each polling location a list of the acceptable
19 forms of identification. The notice and list must be printed using
20 a font that is at least 24-point.

21     SECTION 7. Section 63.001, Election Code, is amended by
22 amending Subsections (b), (c), (d), and (f) and adding Subsections
23 (g) and (h) to read as follows:

24     (b) Except as provided by Subsection (h), on [On] offering
25 to vote, a voter must present to an election officer at the polling
26 place one form of identification listed in Section 63.0101 [the
27 voter's voter registration certificate to an election officer at

S.B. No. 14

1 ~~the polling place~~].

2     (c) On presentation of <u>the documentation required by
3 Subsection (b)</u> [~~a registration certificate~~], an election officer
4 shall determine whether the voter's name on the <u>documentation</u>
5 [~~registration certificate~~] is on the list of registered voters for
6 the precinct.

7     (d) If the voter's name is on the precinct list of
8 registered voters <u>and the voter's identity can be verified from the</u>
9 <u>documentation presented under Subsection (b)</u>, the voter shall be
10 accepted for voting.

11     (f) After determining whether to accept a voter, an election
12 officer shall return the voter's <u>documentation</u> [~~registration
13 certificate~~] to the voter.

14     <u>(g) If the requirements for identification prescribed by</u>
15 <u>Subsection (b) are not met, the voter may be accepted for</u>
16 <u>provisional voting only under Section 63.011. For a voter who is</u>
17 <u>not accepted for voting under this section, an election officer</u>
18 <u>shall:</u>
19     <u>(1) inform the voter of the voter's right to cast a</u>
20 <u>provisional ballot under Section 63.011; and</u>
21     <u>(2) provide the voter with written information, in a</u>
22 <u>form prescribed by the secretary of state, that:</u>
23     <u>(A) lists the requirements for identification;</u>
24     <u>(B) states the procedure for presenting</u>
25 <u>identification under Section 65.0541;</u>
26     <u>(C) includes a map showing the location where</u>
27 <u>identification must be presented; and</u>

S.B. No. 14

1       (D)  includes notice that even if all procedures
2  are followed, there is no guarantee a provisional ballot will be
3  accepted.
4       (h)  The requirements for identification prescribed by
5  Subsection (b) do not apply to a voter who:
6            (1)  presents the voter's voter registration
7  certificate on offering to vote; and
8            (2)  was 70 years of age or older on January 1, 2012, as
9  indicated by the date of birth on the voter's voter registration
10 certificate.
11      SECTION 8.  Subsection (a), Section 63.0011, Election Code,
12 is amended to read as follows:
13      (a)  Before a voter may be accepted for voting, an election
14 officer shall ask the voter if the voter's residence address on the
15 precinct list of registered voters is current and whether the voter
16 has changed residence within the county.  If the voter's address is
17 omitted from the precinct list under Section 18.005(c), the officer
18 shall ask the voter if the voter's residence, if [as] listed, on
19 identification presented by the voter under Section 63.001(b) [the
20 voter's voter registration certificate] is current and whether the
21 voter has changed residence within the county.
22      SECTION 9.  Chapter 63, Election Code, is amended by adding
23 Section 63.0012 to read as follows:
24      Sec. 63.0012.  NOTICE OF IDENTIFICATION REQUIREMENTS TO
25 CERTAIN VOTERS.  (a)  An election officer shall distribute written
26 notice of the identification that will be required to vote in
27 elections held after January 1, 2012, and information on obtaining

S.B. No. 14

1 identification without a fee under Section 521.422, Transportation
2 Code, to each voter who, when offering to vote, presents a form of
3 identification that will not be sufficient for acceptance as a
4 voter under this chapter beginning with those elections.
5     (b)  The secretary of state shall prescribe the wording of
6 the notice and establish guidelines for distributing the notice.
7     (c)  This section expires September 1, 2013.
8     SECTION 10.  Section 63.006, Election Code, is amended to
9 read as follows:
10     Sec. 63.006.  VOTER WITH REQUIRED DOCUMENTATION [CORRECT
11 CERTIFICATE] WHO IS NOT ON LIST.  (a)  A voter who, when offering to
12 vote, presents the documentation required under Section 63.001(b)
13 [a voter registration certificate indicating that the voter is
14 currently registered in the precinct in which the voter is offering
15 to vote], but whose name is not on the precinct list of registered
16 voters, shall be accepted for voting if the voter also presents a
17 voter registration certificate indicating that the voter is
18 currently registered:
19     (1)  in the precinct in which the voter is offering to
20 vote; or
21     (2)  in a different precinct from the one in which the
22 voter is offering to vote and the voter executes an affidavit
23 stating that the voter:
24     (A)(i)  is a resident of the precinct in which the
25 voter is offering to vote or is otherwise entitled by law to vote in
26 that precinct; or
27     (ii)  was a resident of the precinct in which

S.B. No. 14

1 the voter is offering to vote at the time the information on the
2 voter's residence address was last provided to the voter registrar;
3         (B) did not deliberately provide false
4 information to secure registration in a precinct in which the voter
5 does not reside; and
6         (C) is voting only once in the election.
7     (b) After the voter is accepted, an election officer shall:
8         (1) indicate beside the voter's name on the poll list
9 that the voter was accepted under this section; and
10         (2) if applicable, enter on the registration omissions
11 list the precinct of the voter's registration as indicated by the
12 voter's registration certificate.
13     SECTION 11. Section 63.009, Election Code, is amended to
14 read as follows:
15     Sec. 63.009. VOTER WITHOUT CERTIFICATE WHO IS NOT ON LIST.
16 A [(a) Except as provided by Subsection (b), a] voter who does not
17 present a voter registration certificate when offering to vote, and
18 whose name is not on the list of registered voters for the precinct
19 in which the voter is offering to vote, shall be accepted for
20 provisional voting if the voter executes an affidavit in accordance
21 with Section 63.011.
22     [(b) If an election officer can determine from the voter
23 registrar that the person is a registered voter of the county and
24 the person presents proof of identification, the affidavits
25 required by Sections 63.007 and 63.008 are substituted for the
26 affidavit required by Section 63.011 in complying with that
27 section. After the voter is accepted under this subsection, an

S.B. No. 14

1  election officer shall also indicate beside the voter's name on the
2  poll list that the voter was accepted under this section.]
3      SECTION 12.  Section 63.0101, Election Code, is amended to
4  read as follows:
5      Sec. 63.0101.  DOCUMENTATION OF PROOF OF IDENTIFICATION.
6  The following documentation is an acceptable form [as proof] of
7  photo identification under this chapter:
8          (1)  a driver's license or personal identification card
9  issued to the person by the Department of Public Safety that has not
10 [or a similar document issued to the person by an agency of another
11 state, regardless of whether the license or card has] expired;
12         (2)  a United States military identification card that
13 contains the person's photograph that has not expired [form of
14 identification containing the person's photograph that establishes
15 the person's identity];
16         (3)  a [birth certificate or other document confirming
17 birth that is admissible in a court of law and establishes the
18 person's identity;
19         [(4)] United States citizenship certificate [papers]
20 issued to the person that contains the person's photograph; or
21         (4) [(5)]  a United States passport issued to the
22 person that has not expired[.
23         [(6)  official mail addressed to the person by name
24 from a governmental entity;
25         [(7)  a copy of a current utility bill, bank statement,
26 government check, paycheck, or other government document that shows
27 the name and address of the voter; or

2011S0078-1 01/12/11            8

S.B. No. 14

1  [(8)  any other form of identification prescribed by
2  the secretary of state].
3     SECTION 13.  Subsections (a) and (b), Section 63.011,
4  Election Code, are amended to read as follows:
5     (a)  A person to whom Section 63.001(g) [63.008(b)] or 63.009
6  [63.009(a)] applies may cast a provisional ballot if the person
7  executes an affidavit stating that the person:
8        (1)  is a registered voter in the precinct in which the
9  person seeks to vote; and
10       (2)  is eligible to vote in the election.
11    (b)  A form for an affidavit required by this section shall
12  be printed on an envelope in which the provisional ballot voted by
13  the person may be placed and must include a space for entering the
14  identification number of the provisional ballot voted by the person
15  and a space for an election officer to indicate whether the person
16  presented a form of identification described by Section 63.0101.
17  The affidavit form may include space for disclosure of any
18  necessary information to enable the person to register to vote
19  under Chapter 13.  The secretary of state shall prescribe the form
20  of the affidavit under this section.
21    SECTION 14.  Subsection (b), Section 64.012, Election Code,
22  is amended to read as follows:
23    (b)  An offense under this section is a felony of the second
24  [third] degree unless the person is convicted of an attempt.  In
25  that case, the offense is a state jail felony [Class A misdemeanor].
26    SECTION 15.  Subsection (b), Section 65.054, Election Code,
27  is amended to read as follows:

S.B. No. 14

1    (b)  A provisional ballot shall [may] be accepted [only] if
2 the board determines that, from the information in the affidavit or
3 contained in public records, the person is eligible to vote in the
4 election and has not previously voted in that election and the
5 person meets the identification requirements of Section 63.001(b)
6 in the period prescribed under Section 65.0541.

7    SECTION 16.  Subchapter B, Chapter 65, Election Code, is
8 amended by adding Section 65.0541 to read as follows:

9    Sec. 65.0541.  PRESENTATION OF IDENTIFICATION FOR CERTAIN
10 PROVISIONAL BALLOTS.  (a)  A voter who is accepted for provisional
11 voting under Section 63.011 because the voter does not meet the
12 identification requirements of Section 63.001(b) may, not later
13 than the sixth day after the date of the election, present proof of
14 identification to the voter registrar for examination by the early
15 voting ballot board.

16    (b)  The secretary of state shall prescribe procedures as
17 necessary to implement this section.

18    SECTION 17.  Section 66.0241, Election Code, is amended to
19 read as follows:

20    Sec. 66.0241.  CONTENTS OF ENVELOPE NO. 4.  Envelope no. 4
21 must contain:

22        (1)  the precinct list of registered voters;
23        (2)  the registration correction list;
24        (3)  the registration omissions list;
25        (4)  any statements of residence executed under Section
26 63.0011; and
27        (5)  any affidavits executed under Section 63.006

S.B. No. 14

1 [63.007] or 63.011.

2      SECTION 18.  Section 521.422, Transportation Code, is
3 amended by amending Subsection (a) and adding Subsection (d) to
4 read as follows:

5      (a)  Except as provided by Subsection (d), the [The] fee for
6 a personal identification certificate is:

7           (1)  $15 for a person under 60 years of age;

8           (2)  $5 for a person 60 years of age or older; and

9           (3)  $20 for a person subject to the registration
10 requirements under Chapter 62, Code of Criminal Procedure.

11      (d)  The department may not collect a fee for a personal
12 identification certificate issued to a person who states that the
13 person is obtaining the personal identification certificate for the
14 purpose of satisfying Section 63.001(b), Election Code, and:

15           (1)  who is a registered voter in this state and
16 presents a valid voter registration certificate; or

17           (2)  who is eligible for registration under Section
18 13.001, Election Code, and submits a registration application to
19 the department.

20      SECTION 19.  Effective January 1, 2012, Sections 63.007 and
21 63.008, Election Code, are repealed.

22      SECTION 20.  As soon as practicable after the effective date
23 of this section:

24           (1)  the secretary of state shall adopt the training
25 standards and develop the training materials required to implement
26 the change in law made by this Act to Section 32.111, Election Code;
27 and

S.B. No. 14

       (2) the county clerk of each county shall provide a session of training under Section 32.114, Election Code, using the standards adopted and materials developed to implement the change in law made by this Act to Section 32.111, Election Code.

    SECTION 21. The change in law made by this Act applies only to an offense committed on or after January 1, 2012. An offense committed before January 1, 2012, is covered by the law in effect when the offense was committed, and the former law is continued in effect for that purpose. For purposes of this section, an offense is committed before January 1, 2012, if any element of the offense occurs before that date.

    SECTION 22. State funds disbursed under Chapter 19, Election Code, for the purpose of defraying expenses of the voter registrar's office in connection with voter registration may also be used for additional expenses related to coordinating voter registration drives or other activities designed to expand voter registration. This section expires January 1, 2013.

    SECTION 23. (a) Except as provided by Subsection (b) of this section, this Act takes effect January 1, 2012.

    (b) The changes in law made by Sections 1, 3, 4, 5, 9, 20, and 22 of this Act take effect September 1, 2011.