*Ex 21*

*Fold on line and seal before mailing*





NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

## BUSINESS REPLY MAIL
FIRST-CLASS MAIL    PERMIT NO. 4511    AUSTIN TX

POSTAGE WILL BE PAID BY ADDRESSEE

DALLAS COUNTY
REGISTRAR OF VOTERS
2377 N STEMMONS FWY STE 820
DALLAS TX 75207-9903



*Fold on line and seal before mailing*

## Qualifications

- You must register to vote in the county in which you reside.
- You must be a citizen of the United States.
- You must be at least 17 years and 10 months old to register, and you must be 18 years of age by Election Day.
- You must not be finally convicted of a felony, or if you are a felon, you must have completed all of your punishment, including any term of incarceration, parole, supervision, period of probation, or you must have received a pardon.
- You must not have been determined by a final judgment of a court exercising probate jurisdiction to be totally mentally incapacitated or partially mentally incapacitated without the right to vote.

## Filling out the Application

- Review the application carefully, fill it out, sign and date it and mail it to the voter registrar in your county or drop it by the Voter Registrar's office.

- All voters who register to vote in Texas must provide a Texas driver's license number or personal identification number issued by the Texas Department of Public Safety. If you don't have such a number, simply provide the last four digits of your social security number. If you don't have a social security number, you need to state that fact.
- Your voter registration will become effective 30 days after it is received or on your 18th birthday, whichever is later. Your registration must be effective on or before an election day in order to vote in that election.
- If you move to another county, you must re-register in the county of your new residence.

Please visit the Texas Secretary of State website, **www.sos.state.tx.us**, and for additional election information visit **www.votexas.org**.

Este formulario está disponible en español.  Favor de llamar a su registrador de votantes local para conseguir una versión en español.

2:13-cv-193
09/02/2014

**DEF0288**

exhibitsticker.com



EXHIBIT
16
Dewhurst

## Texas Voter Registration Application

Prescribed by the Office of the Secretary of State        VR17.2011E.I3

**For Official Use Only**

Please complete sections by printing LEGIBLY. If you have any questions about how to fill out this application, please call your local voter registrar.

### 1 These Questions Must Be Completed Before Proceeding

**Check one**

☐ New Application          ☐ Change of Address, Name, or Other Information          ☐ Request for a Replacement Card

| Are you a United States Citizen? | ☐ Yes | ☐ No |
|---|---|---|
| Will you be 18 years of age on or before election day? | ☐ Yes | ☐ No |

**If you checked 'No' in response to either of the above, do not complete this form.**

| Are you interested in serving as an election worker? | ☐ Yes | ☐ No |
|---|---|---|

### 2

| Last Name Include Suffix if any (Jr, Sr, III) | First Name | Middle Name (If any) | Former Name (if any) |
|---|---|---|---|
| | | | |

### 3

| Residence Address: Street Address and Apartment Number. If none, describe where you live. (Do not include P.O. Box, Rural Rt. or Business Address) | City | **TEXAS** |
|---|---|---|
| | County | Zip Code |

### 4

| Mailing Address: Street Address and Apartment Number. (If mail cannot be delivered to your residence address.) | City | State |
|---|---|---|
| | | Zip Code |

### 5 Date of Birth: (mm/dd/yyyy)

☐☐ / ☐☐ / ☐☐☐☐

### 6 Gender (Optional)

☐ Male
☐ Female

### 7 Telephone Number (Optional) Include Area Code

(☐☐☐)☐☐☐–☐☐☐☐

### 8

Texas Driver's License No. or Texas Personal I.D. No. (Issued by the Department of Public Safety)

☐☐☐☐☐☐☐☐

If no Texas Driver's License or Personal Identification, give last 4 digits of your Social Security Number

XXX-XX- ☐☐☐☐

☐ I have not been issued a Texas Driver's License/Personal Identification Number or Social Security Number.

### 9

I understand that giving false information to procure a voter registration is perjury, and a crime under state and federal law. Conviction of this crime may result in imprisonment up to 180 days, a fine up to $2,000, or both. Please read all three statements to affirm before signing.

- I am a resident of this county and a U.S. citizen;
- I have not been finally convicted of a felony, or if a felon, I have completed all of my punishment including any term of incarceration, parole, supervision, period of probation, or I have been pardoned; and
- I have not been determined by a final judgment of a court exercising probate jurisdiction to be totally mentally incapacitated or partially mentally incapacitated without the right to vote.

**X** _____        Date ____ / ____ / ____

Signature of Applicant or Agent and Relationship to Applicant or Printed Name of Applicant if Signed by Witness and Date.

*Doble por la línea y selle antes de enviar*





NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

## BUSINESS REPLY MAIL
FIRST-CLASS MAIL     PERMIT NO. 4511     AUSTIN TX

POSTAGE WILL BE PAID BY ADDRESSEE

DALLAS COUNTY
REGISTRAR OF VOTERS
2377 N STEMMONS FWY STE 820
DALLAS TX 75207-9903

*Doble por la línea y selle antes de enviar*

## Requisitos

- Hay que registrarse para votar en el condado donde reside.
- Hay que ser ciudadano de los Estados Unidos.
- Hay que tener por lo menos 17 años con 10 meses de edad o más para registrarse, y hay que tener 18 años de edad para el Día de Elecciones.
- Hay que no haber sido condenado por un delito grave, o en caso de ser delincuente, haber purgado la pena por completo, incluyendo cualquier plazo de encarcelamiento, libertad condicional, supervisión, período de prueba, o haber obtenido un indulto.
- Hay que no haber sido declarado total ni parcialmente, como mentalmente discapacitado sin derecho al voto, por fallo final de un juzgado de sucesiones.

## Rellenar la solicitud

- Revisar la solicitud detenidamente, rellenarla, firmarla, escribir la fecha y enviarla por correo al registrador de votantes de su condado o llevarla en persona a la oficinal del Registrador de Votantes.

- Todo votante que se inscriba para votar en Texas deberá proporcionar un número de licencia de conducir de Texas o un número de identificación personal emitido por el Departamento de Seguridad Pública de Texas. Si no tiene tal número, basta con proporcionar las últimas cuatro cifras de su número de seguro social. Si no tiene un número de seguro social, deberá declarar que no lo tiene.
- Su registro de votantes entra en vigor 30 días después que se reciba o cuando usted cumpla los 18 años, cual ocurra más tarde. Su registro deberá ser válido en o antes del día de elecciones de cierta elección para poder votar en tal elección.
- Si se muda a otro condado, hay que volver a registrarse en el condado de su nueva residencia.

Por favor visite la página Web de la Secretaría del Estado de Texas, **www.sos.state.tx.us**, y para información adicional sobre elecciones visite **www.votexas.org**.

**This application is available in English. Please contact your local voter registrar to receive a copy in English.**

SPANISH_DALLAS_2011_VR17.11SI3.indd  1                    1/18/2012  4:57:27 PM

## Solicitud de registro electoral en Texas

Por orden de la Secretaria de Estado                    VR17.2011S.I3

Exclusivo para uso oficial

Favor de llenar cada sección con letra de molde LEGIBLE. Si tiene preguntas sobre cómo rellenar este formulario, por favor comuníquese con su registrador de votantes local.

### 1 Debe contestar estas preguntas antes de proseguir

**Marque un recuadro**

☐ Nueva solicitud        ☐ Cambio de domicilio, nombre y/o otra información        ☐ Reemplazo de tarjeta

¿Es usted ciudadano de los Estados Unidos?        ☐ Sí        ☐ No

¿Tendrá 18 años cumplidos antes o el día de la elección?        ☐ Sí        ☐ No

**Si marcó 'No' como respuesta a cualquiera de las preguntas anteriores no llene esta solicitud.**

¿Tiene interés en participar como trabajador electoral?        ☐ Sí        ☐ No

### 2

| Apellido Incluir sufijo si lo hay (Jr, Sr, III) | Primer nombre | Segundo nombre (si aplica) | Nombre anterior (si aplica) |
|---|---|---|---|
| | | | |

### 3

**Domicilio residencial:** Número y calle, y número de apartamento o interior. Si no existe un domicilio, describa donde vive (no incluya apartados postales, rutas rurales o dirección del trabajo).

| Ciudad | **TEXAS** |
|---|---|
| Condado | Código postal |

### 4

**Dirección postal:** Número y calle, y número de apartamento o interior (si no se puede entregar el correo en su domicilio residencial).

| Ciudad | Estado |
|---|---|
| | Código postal |

### 5

**Fecha de nacimiento:** (mm/dd/aaaa)

☐☐ / ☐☐ / ☐☐☐☐

### 6

**Sexo** (Optativo)

☐ Masculino
☐ Femenino

### 7

**Teléfono** (Optativo) Incluya código de área

(☐☐☐) ☐☐☐ – ☐☐☐☐

### 8

**No. de licencia de conducir de Texas o no. de identificación personal de Texas** (Expedido por el Departamento de Seguridad Pública).

☐☐☐☐☐☐☐☐

**Si no tiene licencia de conducir de Texas o no. de identificación personal, proporcione los 4 últimos dígitos de su número de Seguro Social**

XXX-XX- ☐☐☐☐

☐ No tengo licencia de conducir de Texas/Número de Identidad Personal de Texas ni un número de Seguro Social.

### 9

Entiendo que el dar información falsa para obtener una tarjeta de registro electoral constituye un delito de perjurio bajo las leyes estatales y federales. Cometer este delito puede resultar en privación de la libertad hasta 180 días, multa de hasta $2,000 o ambos castigos. Por favor lea cada una de las <u>tres</u> declaraciones antes de firmar.

- soy residente de este condado y ciudadano de los Estados Unidos;
- no he sido condenado por un delito grave, o en caso de ser delincuente, he purgado mi pena por completo, incluyendo cualquier plazo de encarcelamiento, libertad condicional, supervisión, período de prueba, o se me otorgó un indulto; y
- no se me ha declarado, total o parcialmente, como discapacitado mental sin derecho al voto, por el fallo final de un juzgado de sucesiones.

**X**                                        Fecha ___/___/___

Firma del solicitante o su agente (apoderado) y relación de éste con el solicitante, o nombre en letra del molde del solicitante si la firma es la de un testigo, y fecha.