*552.111*
*all*

DRAFT 11/18/10

## Management of Major Legislation

### Legislation Expected in Gov. Perry's Proclamation:

Eminent Domain - Senate goes first; Senate passed last session
Sanctuary Cities - House goes first and possibly combines with other legislation for an
      immigration package
Voter ID - Senate goes first; Senate passed last session (explain that House can manage it)
Sunset Bills from 81st Legislature - divide bills between Senate and House
      Insurance, Texas Department of
      Juvenile Probation Commission, Texas
      Racing Commission, Texas
      Transportation, Texas Department of
      Youth Commission, Texas

### Other Major Legislative Initiatives:

Immigration - House goes first and possibly combines with other legislation for an
      immigration package
Budget - House goes first
Redistricting - House Bill would begin in the House and Senate Bill would begin in the Senate
      Congressional Redistricting would depend upon the special order

### Remaining Issues:

Balanced Budget SJR by Ogden
Virginia Law on ObamaCare
Bills to implement budget cuts
School Finance Bill
Arizona Law on Immigration
Sonogram Bill
Any Margins Tax bills



2:13-cv-193
09/02/2014
**DEF0289**

HIGHLY CONFIDENTIAL

TX_00034