552·11}

**Frank Battle**

**From:**      Bryan Hebert
**Sent:**      Wednesday, January 19, 2011 2:55 PM
**To:**        Bryan Hebert
**Subject:**   voter ID


-----Original Message-----
From: Bryan Hebert
Sent: Thursday, January 13, 2011 3:05 PM
To: Noe Barrios
Subject: voter ID                                          552.111

Noe -

Blaine mentioned that your boss had some concerns about whether Fraser's voter ID bill
complied with the Voting Rights Act. As you know, all changes to Texas election law have
to be pre-cleared by the DOJ or the DC Circuit Court. The good news is that the US
Supreme Court has already upheld a similar photo ID law in Indiana. Below are some notes
I prepared last session that incorporate parts of the Court's findings in that case. Let
me know if you want to chat more.

ENSURING COMPLIANCE WITH SUPREME COURT

I.    LEGITIMATE STATE INTERESTS
      - Deterring and detecting fraud
      - Improving and modernizing election procedures
      - Protecting against fraud enabled by inaccurate registration rolls
      - Counting only eligible voters' votes
      - Protecting public confidence in elections

II.   MEASURES REQUIRED TO OFFSET BURDENS ON VOTERS
-     Access to free photo ID cards
-     Availability of provisional ballots and absentee ballots
-     Ensure that obtaining ID is no more inconvenient or burdensome than usual act of
voting

III.  MEASURES RECOMMENDED TO OFFSET BURDENS ON VOTERS
-     Phase-in over two election cycles (as prescribed by Carter-Baker Report)
-     Exception for certain elderly voters (to decrease size of class of voters adversely
impacted by law)


Bryan Hebert
Deputy General Counsel
Office of the Lieutenant Governor
512-463-0001



2:13-cv-193
09/02/2014

**DEF0290**