DRAFT 552.111

All amendments filed today in the Committee of the Whole will be held over as floor amendments for consideration by the full Senate during second reading tomorrow.

To simplify consideration of S.B. 14 on the floor, we will use the introduced version of the bill instead of the committee printing. This will allow us to use the current amendments without making page and line number changes.

Please draft any new amendments to the introduced version of S.B. 14. Drafters at Texas Legislative Council and E&E have been asked to keep amendments consistent by also drafting to the introduced version.


EXHIBIT 21
Dewhurst


2:13-cv-193
09/02/2014
DEF0293

HIGHLY CONFIDENTIAL

TX_00034565