2:13-cv-193
09/02/2014
DEF0294
exhibitsticker.com

EXHIBIT 22
Dewhurst 7-24-14

(skip this header)

zulily
ALL SET
daily deals up to 70% off
shop home
AUSTIN CITY LIMITS MUSIC FESTIVAL
Win Tickets!

**Subscribe to Express-News** : Find&Save : Classifieds : Obituaries : Celebrations : Place a Classified

Register : Sign In

Like

July 25, 2014

San Antonio's Home Page

102° F

Partly Cloudy

mySA.com

Local Directory

Home Local US & World Business Sports Food Entertainment Lifestyle Opinion Cars Jobs Homes FIND&SAVE

NEWS

# Dewhurst on hot seat in Houston debate

BY PATRICIA KILDAY HART, HOUSTON CHRONICLE : SEPTEMBER 16, 2013

E-mail Print Recommend Tweet 26

Photo By Todd Spoth Photography, LLC

1 of 8

MEMBER FDIC
INTRODUCING A NEW STANDARD FOR WHAT CHECKING SHOULD BE
Top-Rated Apps + Lower Fees + Award-Winning Service
Frost
EXPLORE FROST PERSONAL ACCOUNT

Latest News Videos

Your Vote

**Bad news**
Your Web browser doesn't allow Polar polls here.

**Good News**
Updating your Web browser will fix this.

Lt. Gov. David Dewhurst, defending his job, says taxes have been cut "50 times" since he took office.

During his first public encounter with three Republican challengers, Lt. Gov. David Dewhurst on Monday spent an uncomfortable hour in Houston defending his 10-year record against assertions he allowed Democrats and "mob rule" to thwart the passage of conservative legislation.

In a debate sponsored by Houston's Ronald Reagan Republican Women's Club, Sen. Dan Patrick, R-Houston, said missteps by Dewhurst permitted Fort Worth Democrat Wendy Davis to nearly derail abortion regulations with a filibuster in June that could have been prevented.

"Wendy Davis should never have had the floor that day," Patrick said. "There are many ways we could have stopped that from happening."

Though Davis blocked passage of the bill only temporarily, Patrick blamed the theatrics surrounding the legislation on "a lack of planning, a lack of leadership, a lack of vision." He said he decided to challenge Dewhurst after a shouting crowd in the gallery temporarily halted Senate work in late June.

"As lieutenant governor, I will not ever let mob rule take over the Senate," he said.

Added another challenger, Agriculture Commissioner Todd Staples: "You don't go out to eat and drink with lobbyists when there are issues on the floor of the Senate that you are supposed to be dealing with. There are five months to deal with those issues. ... It's about getting there early and staying there late."

Dewhurst defended his handling of the controversy, saying he deferred to the majority of the Republican caucus that did not want to break the Senate tradition of permitting a filibuster. Noting that he ultimately earned the endorsement of the state's major anti-abortion groups, he said, "We broke the filibuster. We passed that bill."

The legislation bans abortions past 20 weeks of pregnancy and requires the procedure to be performed in ambulatory surgical centers, a requirement that abortion rights activists predicted will shutter clinics across Texas.

Monday's sometimes-tense debate drew upon questions selected at random from the audience, which included many local Republican officials. The audience gave polite applause to all four candidates, saving its most enthusiastic response to the prediction from Patrick that Davis will be defeated next election whether she runs for re-election to the Senate or for governor, as widely speculated.

Dewhurst reminded the conservative crowd of other highly partisan issues he passed, such as Voter ID. "You think that was easy? That was a blood bath," he said. "We had to change the rules. We had to fight the Democrats."

He also said taxes have been cut "50 times," including a $7 billion local property tax cut, since he took office. "I want to come back and cut 'em even more," he said.

Patrick claimed that Democrats have been allowed to block legislation on sanctuary cities and school choice largely because Dewhurst has given them too much power.

"I will not appoint half of the Democrats as chairman of committees," he said.

## Breaking News

Bandera deems local water dangerous for swimming

Gov. Perry: Guard at border can't make arrests

2 young sisters found dead in Texas apartment

Fire evacuates downtown San Antonio hotel

Corpus Christi shipment of Eagle Ford crude surging

## News Slideshows

Widow of man found in cornfield feared worst: A relapse

Three-vehicle crash sends VIA bus into house

Investigation report released as chief fights for job

## Most Popular

Read

Watch '50 Shades of Gray' trailer if you dare

Alamo Drafthouse to Abbott: 'We'll kick your ass out'

Widow of man found in cornfield feared worst: A relapse

Ginobili awaits update as crisis brews in Argentina

Dewhurst responded that Democrats led only five of 17 Senate committees and assured the crowd that none of them was important.

Land Commissioner Jerry Patterson, also vying for Dewhurst's job, criticized the Legislature's handling of transportation funding, saying the state's debt for highway construction has skyrocketed in the last decade from $5 billion to about $30 billion.

"The Legislature seeks to go home every June to tell you 'We did not raise your taxes,' but what the Legislature has done is raise your children's and grandchildren's taxes" by incurring debt, Patterson said. He suggested earmarking the vehicle sales tax for transportation funding.

While all four candidates endorsed the constitutional amendment tapping the economic stabilization fund — also known as the rainy day fund — for water projects, they all pledged to hold the line on spending.

The four candidates also offered similar visions of limited government. At one point, Patterson suggested light-heartedly that the federal Endangered Species Act protected "critters that ought to die anyway."

"I mean — the blind salamander?" Patterson said. "How long are we gonna let that little bugger last?"

patti.hart@chron.com

Twitter: @pattihart

E-mail | Print

Recommend 38 Tweet 26

BY PATRICIA KILDAY HART, HOUSTON CHRONICLE

Pin it 0

## From Around the Web

**The Best Kept Secret Behind Paying Off Mortgages** (Bills.com)

**How often President Obama actually talks about himself** (Washington Post)

**Obama's new argument: Republicans are picking on me because they...** (Washington Post)

**Why do Americans insure their pets and cell phones but not their most...** (Unum)

**New Mexico legislators want to remove TV series from cap on tax...** (FOX Business)

**Child Celebs Who Grew Up and Turned Out to Be Good Looking** (PressroomVIP)

## We Recommend

**S.A. anchor's TV swan song — and upcoming book**

**Evel Knievel loses $6 million in S.A. in 1974**

**Former Spur Antonio Daniels leads fitness classes**

**Spaces: From foreclosure to fabulous in Monte Vista**

**Stars' Hammon to retire at end of season**

**Warren grad punches window, injures arm**

Recommended by

Weather change could be coming

See Austin Mahone as an 11-year-old football player

UT football: Bergeron dismissed from team

## Historic Slideshows

S.A. Back in the Day: June 1928

S.A. Back in the Day: February 1938

S.A. Back in the Day: May 1953

S.A. Back in the Day: 112 years of the San Antonio Light

It's not a Moon Bounce, It's an Astro Jump!

Astro Jump

1-800-BIG-JUMP

Reserve Yours NOW

**Free Trial**

Access ExpressNews.com and the e-edition for two weeks. Simply create a login and password for your All Digital Access.
*Any device. Anywhere.*

NEW

**Current Subscribers**

All Digital Access is an added benefit of your subscription. Simply create a login and password to receive unlimited access.
*Any device. Anywhere.*

LOGIN

(0) **Comments**

**powered by:**

Record video
Upload video
Upload image
Submit

**Follow**

Newest

Show: **10** | 20 | 50

There are no comments yet.

muSA Local | US & World | Business | Sports | Food | Entertainment | Lifestyle | Opinion | Cars | Jobs

**Homepage**

mySanAntonio.com

**Advertise With Us**

Place A Classified Ad

Advertise With Us

Local Business Directory

Ad Deadlines and Business Hours

**Subscriber Services**

Subscribe

Manage Your Subscription

**Our Company**

Corporate Home
About Us
Careers
Contests and Promotions
Terms and Conditions
Privacy Policy
Your Privacy Rights
Your California Privacy Rights
Executive Team
Ad Choices
Frequently Asked Questions
Newsroom Contacts

**Editions & Apps**

All Digital Access Free Trial
ExpressNews.com
e-edition
e-edition for iPad App
Mobile Website
Play SA for iPhone
Play SA for Android
mySA.com Site Index
Purchase Express-News Photos
Copyright and Reprint Permission

**Follow mySA**

Facebook
Twitter
LinkedIn
Google+
Newsletters
RSS
RSS MY YAHOO!

Ad Choices
San Antonio Express-News, P.O. Box 2171, San Antonio, Texas 78297

HEARST newspapers
© Copyright 2014 Hearst Newspapers, LLC