From:          Jonathan Stinson
Sent:          Friday, January 21, 2011 5:31 PM
To:            Wroe Jackson
Subject:       Fw: voter ID info
Attachments:   VOTE - ensuring compliance with Sup Ct.doc; VOTE - 82R TALKING POINTS.docx; VOTE -
               state law comparison.doc


Jonathan Stinson
jonathan.stinson@senate.state.tx.us


From: Bryan Hebert
To: Jason Baxter; Janice McCoy; Jonathan Stinson
Cc: Blaine Brunson; Julia Rathgeber
Sent: Fri Jan 21 17:29:43 2011
Subject: voter ID Info
Attached are several documents that may prove useful in preparing for next week's voter ID debate, including:
(1) a summary of proposed talking points
(2) a summary of the standard necessary to pass US Supreme Court scrutiny
(3) a chart of the differences between the Indiana, Georgia, and Texas laws

Obviously these documents will be supplemented by information discussed Sunday night, and I will be
compiling more data tomorrow for your review.


Bryan Hebert
Deputy General Counsel
Office of the Lieutenant Governor
512-463-0001





2:13-cv-193
09/02/2014

DEF0295

## ENSURING COMPLIANCE WITH SUPREME COURT

I.  LEGITIMATE STATE INTERESTS
    - Deterring and detecting fraud
    - Improving and modernizing election procedures
    - Protecting against fraud enabled by inaccurate registration rolls
    - Counting only eligible voters' votes
    - Protecting public confidence in elections

II. MEASURES *REQUIRED* TO OFFSET BURDENS ON VOTERS
    - Access to free photo ID cards
    - Availability of provisional ballots and absentee ballots
    - Ensure that obtaining ID is no more inconvenient or burdensome than usual act of voting

III. MEASURES *RECOMMENDED* TO OFFSET BURDENS ON VOTERS
    - Phase-in over two election cycles (as prescribed by Carter-Baker Report)
    - Exception for certain elderly voters (to decrease size of class of voters adversely impacted by law)



TX_00262646

HIGHLY CONFIDENTIAL

## TALKING POINTS (82R)

I. THE THREAT OF FRAUD IS REAL
- Deceased voters, felons, duplicate registrations, and non-residents remain on voter rolls (*2007 State Auditor report found over 49,000 of these possible ineligible voters*)
- Fraudulent registration applications are rampant (*over 6,000 applications by non-citizens rejected in Harris County from 2004-2007, 2008 ACORN and 2010 Houston Votes registration scandals made national news*)
- Texas Election Administration Management (TEAM) system is improving, but continues to have accuracy problems
- Current election system is inadequate to catch in-person voting fraud

II. THIS BILL PROTECTS TEXAS VOTERS
- Deters and detects fraud
- Improves and modernizes election procedures
- Protects against fraud enabled by inaccurate registration rolls
- Counts only eligible voters' votes
- Protects public confidence in elections

*(These points are taken directly from Supreme Court opinion describing Indiana's "legitimate state interests" in adopting photo ID)*

III. THIS BILL REPRESENTS AN ATTEMPT TO ENSURE THAT EVERY ELIGIBLE VOTER CAN VOTE AND THAT ONLY LEGITIMATE VOTES ARE COUNTED

- Simplified bill requires photo ID
- includes exemption for voters over 70 and a procedure for counting provisional ballots
- Similar to Indiana and Georgia laws (which were both upheld by the federal authorities)
- Requires months of statewide voter education efforts before law takes effect

HIGHLY CONFIDENTIAL

TX_00262647

|  | INDIANA LAW | GEORGIA LAW | TEXAS - SB 14 | TEXAS - CURRENT LAW |
|---|---|---|---|---|
| **REQUIRED I.D.** | One photo ID: <br> • state or federal ID that includes name, photo, and expiration date (specific forms of ID not provided) | One photo ID: <br> • driver's license (even if expired) <br> • state or federal photo ID <br> • local, state, or federal govt employee photo ID <br> • U.S. passport <br> • military photo ID <br> • tribal photo ID | One photo ID: <br> • DPS-issued ID that has not expired <br> • military photo ID <br> • citizenship certificate with photo <br> • U.S. passport | voter registration card <br><br> - OR - <br><br> sign affidavit at polls <br> AND <br> • DPS-issued ID (even if expired) <br> • any photo ID with name <br> • birth certificate <br> • citizenship papers <br> • U.S. passport <br> • govt-issued mail or document <br> • other ID prescribed by Sec of State |
| **EXCEPTIONS TO PHOTO REQUIREMENT** | • indigent <br> • religious objection <br> • voters in state-licensed care facility | none | none | (photo ID not required) |
| **PROVISIONAL BALLOT** | If no ID, voter may cast provisional ballot and may return within 10 days with ID for ballot to be counted | If no ID, voter may cast provisional ballot and may return within 2 days with ID for ballot to be counted. | If no ID, voter may cast provisional ballot, and may return within 6 days with ID for ballot to be counted. | If no ID, voter may cast provisional ballot, and registrar must confirm eligibility within 7 days |

HIGHLY CONFIDENTIAL

TX_00262648

| | | | | |
|---|---|---|---|---|
| **REQUIRED VOTER EDUCATION** | secretary of state conducts statewide education campaign for voters and poll workers | none | secretary of state conducts statewide education campaign for voters and poll workers | N/A |

*(The Indiana law was upheld by the Supreme Court and the Georgia law was upheld by the DOJ)*

HIGHLY CONFIDENTIAL

TX_00262649