

## OFFICE OF THE LIEUTENANT GOVERNOR
### David Dewhurst

**FOR IMMEDIATE RELEASE**
January 26, 2011

**CONTACT:** Mike Walz
(512) 463-0715
mike.walz@ltgov.state.tx.us

## Lt. Governor Dewhurst Statement Regarding Passage of Voter ID

AUSTIN— Today, Lt. Governor David Dewhurst issued the following statement regarding the Senate's passage of Voter ID legislation:

"I'm proud the Texas Senate has taken swift action on Voter ID because it's my hope to see this long-overdue legislation finally signed into law this year.  Voter ID will help stamp out voter fraud and increase public confidence in our election process by ensuring that only U.S. citizens – who are legally eligible – vote in Texas elections."

### ###

2:13-cv-193
09/02/2014
**DEF0303**
exhibitsticker.com



EXHIBIT
31
Dewhurst