

Post Office Box 12068
Austin, Texas 78711

**OFFICE OF THE LIEUTENANT GOVERNOR**
**David Dewhurst**

**FOR IMMEDIATE RELEASE**
March 12, 2012

## Lt. Governor Dewhurst Statement Regarding Justice Department Blocking Texas' Voter ID Law

AUSTIN—Today, Lt. Governor David Dewhurst issued the following statement regarding the U.S. Department of Justice's decision to block preclearance of Texas' Voter ID law:

"The Obama Justice Department has once again gone out of its way to undermine our states' rights by blocking Texas' Voter ID law.

"The Texas Legislature designed the law to protect the integrity of our elections while encouraging voter participation − carefully following precedents set by Georgia and Indiana that were upheld by the courts.

"The Texas Voter ID law allows for numerous forms of government-issued photo identification − including passports and concealed handgun licenses − offers free identification for those in need and also provides voter education and poll worker training, ensuring every legal citizen can exercise their right to vote.

"I will work closely with Attorney General Abbott to fight this clearly partisan attack by the Obama Administration so Texans can rest assured their votes will not be cancelled out by illegal ballots."

- 30 -

Office of Lieutenant Governor David Dewhurst, Capitol Station, P.O. Box 12068, Austin, Texas 78711. Tel: (512) 463-0001
DAVID DEWHURST | NEWS | CONTACT DAVID | LINKS | TEXAS SENATE | SENATORS | COMMITTEES | ESPAÑOL

