# Dewhurst is disappointed voter ID measure failed

## THE LEGISLATURE

**But he praises the $152.5 billion budget as success**

POLLY ROSS HUGHES, Copyright 2007 Houston Chronicle Austin Bureau
Published 05:30 a.m., Friday, June 1, 2007



Ads by Google
**ConsumerWatchdog Exposed**
"Nonprofit" rakes in millions in special interest $ it wont disclose www.ConsumerWatchdogWatch.com

AUSTIN — Lt. Gov. David Dewhurst considers the legislative session a "success" but also says he regrets the failure of a voter identification bill that split his chamber along partisan lines.

"I was disappointed we did not get a voter ID program out there," said Dewhurst, who asserted there is evidence of "thousands and thousands and thousands" of noncitizens voting in Texas. "This is a no-brainer."

But opponents argued that such a bill would discourage low-income Texans, who tend to vote for Democrats, from going to the polls. Many such voters cannot afford to drive or to buy state-issued ID cards.

Democrats opposed the bill so fiercely that two members, Sens. Mario Gallegos of Houston and Carlos Uresti of San Antonio, risked their health to help prevent it from being voted on in the Senate.

Ads by Google

**Summer 2012 Day Camps**
Give Your Child a Fun & Exciting Summer. Enroll in a Local Camp Now!
www.KinderCare.com/SummerCamp

**Mitt Romney's VP Pick**
Who should be Mitt Romney's running mate? Vote now!
Townhall.com/Veepstakes

**Federal Tax ID (EIN)**
Get your Tax ID in minutes. Fast, Secure online form.
www.gov-tax.com

**Dinner With Barack Obama**
Learn how you can have dinner with President Obama.
barackobama.com/dinner-with-barack


2:13-cv-193
09/02/2014
DEF0306


EXHIBIT 34
Dewhurst

Gallegos, who recently underwent a liver transplant, defied doctors orders that he rest at home to help prevent rejection of his new liver. Uresti, suffering with chills and the flu one day, rose from his sickbed to dash to the Senate just in time to block the bill.

"There are some members of the Senate who do not want to see a voter ID bill pass for partisan reasons, and there are some members who want to see a voter ID bill pass for partisan reasons," Dewhurst, a Republican, said Wednesday in looking back at the just-completed legislative session.

Dewhurst praised the approved $152.5 billion state budget as the most important piece of legislation, with its increased funding for higher education, children's health insurance, property tax relief, state parks and improvements in a children's Medicaid program.

Saying "this session did more for children," he pointed to the passage of "Jessica's Law" to stiffen penalties for child-sex predators as well as reforms of the Texas Youth Commission after revelations that guards sexually abused young detainees.

Dewhurst termed a Medicaid-reform bill "revolutionary," saying it will provide more consumer choice and better benefits for the elderly, disabled and poor children. Lawmakers also approved a $3 billion bond initiative to fight cancer, which voters must approve later this year.

"There are some things we didn't get accomplished that I'm heartbroken about," he said. He noted the failure of a bill capping college admissions under a law guaranteeing students in the top 10 percent of their class a spot at the University of Texas in Austin, as well as the failure of bills reforming charter schools and providing electric rate relief and more consumer protections.

*polly.hughes@chron.com*

Ads by Google
**LifeLock® Official Site**
LifeLock Helps Protect You and Your Family Against Identity Theft. LifeLock.com

**Trouble with IRS?**
Let us fix everything and get you back on track quickly! Contact us. www.davidoffcpa.com

| CHRON.COM | Chron | NEIGHBORHOODS | Kingwood | MARKETPLACE | SERVICES |
|---|---|---|---|---|---|
| Home | Commons | Aldine | Lake Houston | Jobs | Help |
| Houston & Texas | Traffic | Alief | Magnolia | Homes | Business directory |
| Nation | TOPICS | Baytown | Memorial | Cars | Legal notices |
| Business | Small Business | Bellaire | Montrose | Classifieds | Contact us |
| Sports | PetsHouston | Clear Lake | Pasadena | Place a classified ad | Send us tips |
| Entertainment | MomHouston | Conroe | Pearland | Place a retail ad | About the company |
| Life | HoustonBelief | Cy-Fair | Spring | Contests | Employment opportunities |
| Corrections | Gardening | East End | Tomball | OTHER EDITIONS | Advertise with us |
| Blogs | 29-95 | Fort Bend | West U | Home Delivery | Buy a banner ad |
| | | Heights | The Woodlands | Mobile | Ad Choices |
| | | Katy | | RSS Feeds Chronicle in Education | |

HEARST corporation

A quadrantONE partner

e-Edition
Breaking News

© 2012 Hearst Communications Inc.
**HEARST** *newspapers*