



2:13-cv-193
09/02/2014
**DEF0307**

# Texas Politics
Voter Identification (February 2011)



# Texas Politics
Voter Identification (February 2011)

