

Average Results     Breakdown by Race



Mouse-over for notes about the data

2:13-cv-193
09/02/2014
**DEF0308**



http://www.laits.utexas.edu/txp_media/html/poll/features/voter_id/slide1.html    1/21/2011

HIGHLY CONFIDENTIAL

TX_00009588



# Texas Politics
Support for Voter ID Requirement (July 2008)

Average Results    Breakdown by Race



Support for Voter ID Requirement (July 2008)

| Race | Favor | Oppose |
|---|---|---|
| White/Caucasian | 73% | 17% |
| Black/African American | 68% | 24% |
| Hispanic/Latino | 65% | 21% |

Mouse-over for notes about the data

Broken down by race, support for legislation requiring a photo identification in order to vote remained strong across racial groups. Blacks/African Americans and Hispanic/Latinos supported such a measure somewhat less than Whites/Caucasians, but not by wide margins (73 percent for whites, 68 percent for blacks, 65 percent for Latinos).

Back

11% of respondents answered "don't know" to this question. Question asked in two parts. First, respondents were asked whether or not they support a law requiring individuals to present a government-issued photo id in order to be permitted to vote. Then, they were asked to gauge their strength of their support or opposition.

HIGHLY CONFIDENTIAL

TX_00009591