





# Texas Politics
Voter ID Law Support (October 2012)



