

# LIGHTHOUSE OPINION POLLING
## Fall 2010 Statewide Landscape Benchmark Survey

### Special Presentation for Senate Republican Caucus

January 10, 2011

A Texas Based Public Affairs Survey Firm Since 1989

Keats Norfleet 512-615-1118
Bryan Eppstein 817-291-8744

LightHouse Opinion Polling And Research LLC

EXHIBIT 38 Dewhurst

HIGHLY CONFIDENTIAL

2:13-cv-193
09/02/2014
DEF0310

TX_00009045

# FALL 2010 STATEWIDE LANDSCAPE BENCHMARK SURVEY

1,200 Voters Interviewed • October 15-17, 2010 • ±2.9% Margin of Error • 95% Confidence Level

## Actual Demographic Profile of Survey Respondents

**Geographic Zones** (Based on Actual General Election Turnout for 2006-2008)

| | |
|---|---|
| 19% Greater Houston | **Gender** |
| 15% Metroplex East | 50% Male |
| 13% Metroplex West | 50% Female |
| 9% San Antonio Area | |
| 8% East Texas | **Actual Primary History** (06-10) |
| 8% Gulf Coast | 36% Republican |
| 8% Austin Area | 32% Democratic |
| 6% The Border | 9% Both |
| 5% Central Texas | 24% None |
| 5% Panhandle | |
| 4% West Texas | |

## Self-ID Profile of Survey's General Election Voters

**Age Self-Profile of General Election Voters**

| Actual Voters | | Est. 2010 Census |
|---|---|---|
| 1% | 18 – 24 | 10% |
| 4% | 25 – 34 | 21% |
| 10% | 35 – 44 | 19% |
| 18% | 45 – 54 | 19% |
| 25% | 55 – 64 | 15% |
| 42% | 65 & older | 16% |
| 1% | Refused | |

**Partisan Self-Profile of General Election Voters**

38% Republican
18% Leaning Republican
23% Democratic
10% Leaning Democratic
11% Independent

**Ethnic Self-Profile of General Voters**

| | State Bar | 2009 Texas Census |
|---|---|---|
| 77% White (includes Hispanic who self- ID as White) | 84% | 82% White including Hispanic |
| 8% Hispanic | 7% | 37% Hispanic / Latino ONLY |
| 6% Black | 4% | 12% |
| 1% Asian-American | | |
| 5% Other | | |
| 3% Refused | | |

## Social Media Profile of General Election Voters

"How frequently do you use the following **electronic communications**?"

| | Often | Sometimes | Rarely | Don't Use Them At All |
|---|---|---|---|---|
| "email?" | 63% | 12% | 6% | 20% |
| "Facebook?" | 18% | 11% | 11% | 60% |
| "On-line local newspaper?" | 20% | 18% | 18% | 44% |

## Single most important problem facing Texas

|  | REP | DEM |  |
|---|---|---|---|
| 32% | 45% | 18% | Illegal immigration |
| 25% | 23% | 26% | Jobs and the economy |
| 14% | 9% | 20% | Quality of public school education |
| 8% | 4% | 11% | Health care costs |
| 6% | 6% | 6% | Property taxes |
| 2% | 1% | 3% | Air and water pollution |
| 4% | 3% | 5% | Crime and Drugs |
| 1% | 1% | 1% | Traffic mobility |
| 9% | 8% | 11% | Something else/Undecided |

## Immigration / Border Security Reform

"Do you favor or oppose passing **immigration reforms in Texas** similar to those recently passed in Arizona?"

|  | REP | DEM |  | White | Black | Hispanic |
|---|---|---|---|---|---|---|
| **64%** | 81% | 42% | **Favor** | 68% | 44% | 35% |
| 30% | 13% | 50% | Oppose | 26% | 42% | 60% |
| 6% | 6% | 8% | Undecided | 6% | 14% | 4% |

"Do you favor or oppose some form of **amnesty for illegal immigrants** who currently hold jobs in the U.S.?"

|  | REP | DEM |  | White | Black | Hispanic |
|---|---|---|---|---|---|---|
| 41% | 28% | 57% | **Favor** | 38% | 42% | 66% |
| **53%** | 65% | 37% | **Oppose** | 55% | 47% | 30% |
| 7% | 7% | 6% | Undecided | 7% | 11% | 3% |

"Do you favor or oppose continuing the policy of granting **US citizenship for all children born in the United States** regardless of the citizenship of their parents?"

|  | REP | DEM |  | White | Black | Hispanic |
|---|---|---|---|---|---|---|
| 41% | 24% | 58% | **Favor** | 36% | 59% | 61% |
| **56%** | 72% | 38% | **Oppose** | 61% | 33% | 35% |
| 4% | 4% | 4% | Undecided | 3% | 8% | 4% |

## PHOTO VOTER ID Requirement

"Do you favor or oppose requiring a **valid photo ID before a person is allowed to vote**?"

|  | REP | DEM |  | White | Black | Hispanic |
|---|---|---|---|---|---|---|
| **86%** | 94% | 75% | **Favor** | 86% | 82% | 83% |
| 12% | 5% | 22% | Oppose | 12% | 17% | 16% |
| 2% | 1% | 3% | Undecided | 2% | 2% | 1% |

HIGHLY CONFIDENTIAL

TX_00009047

## Abortion

"And on **abortion**, would you say that abortions should be allowed under all circumstances, only under some circumstances such as rape, incest and danger to the mother, or not at all?"

|     | REP | DEM |                                                                       |
| --- | --- | --- | --------------------------------------------------------------------- |
| 28% | 16% | 37% | Allow abortions under all circumstances                               |
| **47%** | 53% | 41% | **Abortions only is cases of rape, incest, or danger to the mother** |
| 17% | 25% | 13% | No abortions at all                                                   |
| 7%  | 6%  | 8%  | Undecided                                                             |

"Do you favor or oppose **a woman's right to have an abortion?**"

|     | REP | DEM |           |
| --- | --- | --- | --------- |
| **49%** | 33% | 65% | **Favor** |
| 42% | 56% | 28% | Oppose    |
| 10% | 11% | 7%  | Undecided |

"Do you favor or oppose "mandating that all women seeking abortions **must be shown a sonogram** prior to having their abortion?"

|     | REP | DEM |           | White | Black | Hispanic |
| --- | --- | --- | --------- | ----- | ----- | -------- |
| **51%** | 63% | 39% | **Favor** | 52%   | 44%   | 50%      |
| 41% | 29% | 53% | Oppose    | 40%   | 53%   | 45%      |
| 8%  | 7%  | 8%  | Undecided | 8%    | 3%    | 5%       |

## Gambling

"Do you favor or oppose legalizing **casino gambling** in Texas?"

|     | REP | DEM |           | White | Black | Hispanic |
| --- | --- | --- | --------- | ----- | ----- | -------- |
| **49%** | 40% | 58% | **Favor** | 47%   | 59%   | 60%      |
| 45% | 55% | 38% | Oppose    | 47%   | 36%   | 39%      |
| 5%  | 5%  | 4%  | Undecided | 5%    | 5%    | 1%       |

## Eminent Domain

"And based on what you know, do you agree or disagree that **property owners have a right to be reimbursed for reduced access to their property** when they have adjoining property that is taken through eminent domain?"

|     | REP | DEM |           |
| --- | --- | --- | --------- |
| **81%** | 83% | 79% | **Agree** |
| 9%  | 7%  | 11% | Disagree  |
| 10% | 10% | 10% | Undecided |

# National Health Care Reform

"Do you favor or oppose the **national health care reform** plan passed by Congress earlier this year?"

|  | REP | DEM |  | White | Black | Hispanic |
|---|---|---|---|---|---|---|
| 29% | 8% | 55% | Favor | 25% | 58% | 47% |
| 63% | 86% | 35% | Oppose | 68% | 23% | 46% |
| 8% | 6% | 11% | Undecided | 8% | 20% | 8% |

"And do you favor or oppose **requiring every American to buy or obtain health insurance**?"

|  | REP | DEM |  |
|---|---|---|---|
| 33% | 15% | 53% | Favor |
| 60% | 80% | 39% | Oppose |
| 7% | 5% | 8% | Undecided |

"And **under the new health care reform plan**, do you feel the **quality of health care** in Texas will get better, worse or stay about the same?"

|  | REP | DEM |  | White | Black | Hispanic |
|---|---|---|---|---|---|---|
| 18% | 5% | 35% | Better | 13% | 55% | 34% |
| 55% | 79% | 28% | Worse | 60% | 12% | 37% |
| 22% | 12% | 31% | Stay the same | 22% | 26% | 27% |
| 5% | 4% | 6% | Undecided | 5% | 8% | 3% |

"And **under the new health care reform plan**, do you feel the **cost of health care** in Texas will go up, go down or stay about the same?"

|  | REP | DEM |  | White | Black | Hispanic |
|---|---|---|---|---|---|---|
| 71% | 89% | 48% | Costs go up | 75% | 52% | 54% |
| 7% | 3% | 13% | Costs go down | 7% | 8% | 12% |
| 17% | 6% | 33% | Stay the same | 15% | 26% | 29% |
| 5% | 3% | 7% | Undecided | 4% | 15% | 4% |

HIGHLY CONFIDENTIAL

TX_00009049

TX_00000950
HIGHLY CONFIDENTIAL

Texas Interested Citizens
Fall 2010 Statewide Landscape Benchmark Survey
October 15-17, 2010

8i. requiring a valid photo ID before a person is allowed to vote?

|  | TOTAL | GEOGRAPHIC ZONE ||||||||||| AGE ||||| ETHNICITY |||
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  |  | METRO EAST | METRO WEST | EAST TEXAS | HOUS TON | GULF COAST | SAN ANTON | AUSTN | CENT TEXAS | THE BORDR | WEST TEXAS | PAN HANDL | 18-44 | 45-54 | 55-64 | 65+ | WHITE | BLACK | HISP ANIC |
| TOTAL | 1200 100% | 179 100% | 156 100% | 92 100% | 225 100% | 98 100% | 107 100% | 99 100% | 65 100% | 75 100% | 45 100% | 59 100% | 168 100% | 221 100% | 295 100% | 505 100% | 911 100% | 66 100% | 116 100% |
| Q8I Favor | 1028 85.7% | 153 85.5% | 143 91.7% | 82 89.1% | 195 86.7% | 87 88.8% | 87 81.3% | 67 67.7% | 60 92.3% | 63 84.0% | 40 88.9% | 51 86.4% | 148 88.1% | 197 89.1% | 257 87.1% | 418 82.8% | 787 86.4% | 54 81.8% | 96 82.8% |
| Oppose | 148 12.3% | 19 10.6% | 9 5.8% | 10 10.9% | 27 12.0% | 7 7.1% | 20 18.7% | 27 27.3% | 5 7.7% | 11 14.7% | 5 11.1% | 8 13.6% | 18 10.7% | 18 8.1% | 37 12.5% | 75 14.9% | 108 11.9% | 11 16.7% | 19 16.4% |
| Undecided | 24 2.0% | 7 3.9% | 4 2.6% |  | 3 1.3% | 4 4.1% |  | 5 5.1% |  | 1 1.3% |  |  | 2 1.2% | 6 2.7% | 1 .3% | 12 2.4% | 16 1.8% | 1 1.5% | 1 .9% |

(continued)

TX_00009051

Texas Interested Citizens
Fall 2010 Statewide Landscape Benchmark Survey
October 15-17, 2010

8i. requiring a valid photo ID before a person is allowed to vote?

|  | TOTAL | SEX | | GENDER/PRIMARY | | | | | PRIMARY HISTORY | | | PARTISAN SELF-ID | | | WATCH FOX | | USE EMAIL OFTEN | USE FBOOK OFTEN | USE ON-LN NEWS OFTEN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  |  | MALE | FE-MALE | MALE REP | MALE DEM | MALE NONE | FEM REP | FEM DEM | FEM NONE | REPUB LICAN | DEMO CRAT | DEMO/ LNDEM | REPUB/ LNREP | INDE PNDNT | OFTEN | RARLY NEVER |  |  |  |
| TOTAL | 1200 100% | 600 100% | 600 100% | 221 100% | 194 100% | 143 100% | 213 100% | 186 100% | 139 100% | 434 100% | 380 100% | 395 100% | 677 100% | 128 100% | 506 100% | 391 100% | 752 100% | 216 100% | 237 100% |
| Q8I Favor | 1028 85.7% | 512 85.3% | 516 86.0% | 207 93.7% | 144 74.2% | 125 87.4% | 199 93.4% | 142 76.3% | 123 88.5% | 406 93.5% | 286 75.3% | 285 72.2% | 636 93.9% | 107 83.6% | 465 91.9% | 289 73.9% | 639 85.0% | 176 81.5% | 200 84.4% |
| Oppose | 148 12.3% | 78 13.0% | 70 11.7% | 12 5.4% | 45 23.2% | 15 10.5% | 11 5.2% | 37 19.9% | 13 9.4% | 23 5.3% | 82 21.6% | 104 26.3% | 31 4.6% | 13 10.2% | 34 6.7% | 90 23.0% | 103 13.7% | 35 16.2% | 34 14.3% |
| Undecided | 24 2.0% | 10 1.7% | 14 2.3% | 2 .9% | 5 2.6% | 3 2.1% | 3 1.4% | 7 3.8% | 3 2.2% | 5 1.2% | 12 3.2% | 6 1.5% | 10 1.5% | 8 6.3% | 7 1.4% | 12 3.1% | 10 1.3% | 5 2.3% | 3 1.3% |

(continued)

## Survey Geographic Zones



| | |
|---|---|
| Houston Area | East Texas |
| Metro East | The Border |
| Metro West | Central Texas |
| San Antonio Area | The Panhandle |
| Gulf Coast | West Texas |
| Austin Area | |

HIGHLY CONFIDENTIAL

TX_00009052