# Affidavit of Provisional Voter
Declaración Jurada de Votante Provisional / Bản Chứng Thệ Của Cử Tri Tạm Thời / 臨時選民具結書

310909014

**TO BE COMPLETED BY VOTER:** I am a registered voter of this political subdivision and in the precinct in which I'm attempting to vote and have not already voted in this election (either in person or by mail). I am a resident of this political subdivision, have not been finally convicted of a felony or if a felon, I have completed all of my punishment including any term of incarceration, parole, supervision, period of probation, or I have been pardoned. I have not been determined by a final judgment of a court exercising probate jurisdiction to be totally mentally incapacitated or partially mentally incapacitated without the right to vote. I understand that giving false information under oath is a misdemeanor, and I understand that it is a felony of the 2nd degree to vote in an election for which I know I am not eligible.

| Last Name | First Name | Middle Name (if any) | Former Name |
|---|---|---|---|
| EAGLETON | NAOMI | | |

Residence Address: [redacted]

Mailing Address: 

Gender: Female ☒

Date of Birth: [redacted]

ARE YOU A UNITED STATES CITIZEN? ☒ Yes ☐ No

☐ I have not been issued a TX driver's license/personal identification number or Social Security Number.

Signature: X Naomi Eagleton

## TO BE COMPLETED BY THE ELECTION JUDGE

Date of Election: 11-5-2013
Precinct No. where voted: 259
Precinct No. where registered: 259
Type of Election: JOINT
Authority Conducting Election: HARRIS COUNTY

**BALLOT CODE:** 173284595

### VOTER PRESENTED ACCEPTABLE FORM OF IDENTIFICATION
☐ YES  ☒ NO

1. ☒ Failed to present acceptable form of identification or voter certificate with exemption.
2. ___ Voter not on list of registered voters.
3. ___ Voter not on list, registered in another precinct.
4. ___ Voter on list of people who voted early by mail, and voter has not cancelled mail ballot application.
5. ___ Voting after 7:00 P.M. due to court order.
6. ___ Voter on list, but registered residence address outside the _____ political subdivision.
7. ___ Other _____ (Please explain)

Sworn and subscribed to before me this date: 11-5-2013
Signature of Election Judge: Deborah Adams

### TO BE COMPLETED BY THE BALLOT BY MAIL DEPARTMENT
☐ Ballot returned by Voter  ☐ Ballot returned by USPS
☐ Ballot not returned  ☐ Voter did not apply for a Mail Ballot

Signature of Ballot by Mail Supervisor: _____

Home PCT: 0259
County Clerk Use ONLY: PCT 0259-6
CERT/VUID: 33718032
Voter Registrar Use ONLY: PCT 0259

### TO BE COMPLETED BY THE COUNTY VOTER REGISTRAR FOR STATUS:
I, the voter registrar/deputy registrar, did research the records of my office and the following conclusion(s) was made:

**FOR VOTERS WHO DID NOT PRESENT ACCEPTABLE PHOTO IDENTIFICATION AT THE POLLING PLACE**
1. ___ Voter presented acceptable form of identification within 6 days of election day.
2. ___ Voter met disability exemption within 6 days of election day.
3. ___ Voter executed religious objection affidavit within 6 days of election day.
4. ___ Voter executed natural disaster affidavit within 6 days of election day.
5. ✓ Voter did not satisfy identification or affidavit requirements, listed in categories 1-4 above, within 6 days of election day.

**FOR VOTERS WHO VOTED PROVISIONALLY FOR OTHER REASONS**
6. ___ Not a registered voter or registration not effective in time for this election.
7. ___ Registered to vote, erroneously listed in wrong precinct.
8. ___ Registered to vote in a different precinct within the county.
9. ___ Information on file indicating applicant completed a voter registration application, but it was never received in the voter registrar's office.
10. ___ Voter erroneously removed from the list.
11. ___ Voter is not registered to vote in _____ political subdivision.
12. ___ Other: _____ (Please explain)

Signature of Voter Registrar: Juliet Morley    Date: 11/12/13

Action taken by the Early Voting Ballot Board in accordance with Texas Election Code.
☐ Accepted  ☒ Rejected

Signature of Ballot Board Judge: Calvin Wilson



2:13-cv-193
09/02/2014
DEF0311

GOVERNMENT EXHIBIT NE-1