

2:13-cv-193
09/02/2014
**DEF0314**

EXHIBIT NO. 4

http://www.laits.utexas.edu/txp_media/html/poll/features/201102_voter_id/slide1.html    7/9/2014

# Texas Politics
Voter Identification (February 2011)



