# Birth Certificate for Election Identification Certificate

**NOT ACCEPTABLE** (Beginning October 21st, 2013)

TEXAS DEPARTMENT OF STATE HEALTH SERVICES

Election Identification Certificate

2:13-cv-193
09/02/2014
DEF0357
exhibitsticker.com

Exhibit 109
Farinelli
Date 5/9/14
Melody Campbell, CSR

TEX I.R.000279