03138

STATE OF TEXAS
CERTIFICATION OF VITAL RECORD
DEPARTMENT OF STATE HEALTH SERVICES
VITAL STATISTICS UNIT

For local registrar offices that are linked to the Remote Birth Access System, the EIC information will print when issuing a certified birth record.

SPECIMEN

FOR ELECTION PURPOSES ONLY
CANNOT BE USED AS IDENTIFICATION

R 0 0 0 0 0 0 0 0

This is a true and correct abstract of the original record as recorded in this office issued under authority of Section 191.051, Health and Safety Code.

GERALDINE R HARRIS
STATE REGISTRAR

ISSUED

WARNING: THIS DOCUMENT HAS A DARK BLUE BORDER AND A COLORED BACKGROUND. ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE

Exhibit 110
Date 5/9/14
Melody Campbell, CSR

2:13-cv-193
09/02/2014
DEF0358