# Texas Department of State Health Services (DSHS) Vital Statistics Unit (VSU)

## Remote Front Office (RFO): Birth Certificate Issuance User Guide
*Software version: 10/2013*     *User Guide Version: 10/2013*

### Table of Contents

INITIAL SETUP ........................................................................................................................... 2

SETTING UP YOUR PRINTER .................................................................................................... 2

LOGGING IN ........................................................................................... Error! Bookmark not defined.

REMOTE CERTIFICATION SCREEN ........................................................................................ 3

SEARCH SCREEN ..................................................................................................................... 4

SEARCH RESULTS SCREEN ..................................................................................................... 5

DETAIL SCREEN ....................................................................................................................... 6

PRINT CHOICES ....................................................................................................................... 7

    5 x 7 Abstract ....................................................................................................................... 7

    Wallet Size ............................................................................................................................ 7

    EIC Certificate ...................................................................................................................... 7

    Print Choices Screen: ........................................................................................................... 8

PRINT CONSIDERATIONS AND POSSIBLE ERROR CODES ................................................... 9

PRINT FORM ALIGNMENT ..................................................................................................... 10

APPENDIX .............................................................................................................................. 11

    System Setup ..................................................................................................................... 11

    RFO Print Cab Installation ................................................................................................. 11





## INITIAL SETUP

The Remote Birth Certificate Issuance system uses Internet Explorer 6.0 or greater with 128-bit encryption.

Users will need to log onto their computer as administrators and print an "EIC" certificate for one of the "test" cases (birth year: 1985 and birth cert #s 399001 through 399005).

Logging onto your computer as an administrator might need to be coordinated with your IT staff.

## SETTING UP YOUR PRINTER

The system uses a dot matrix printer with a **Generic/Text Only** driver.

Click on **Start => Settings => Printers** menu options.

Click on **Add Printer**

Choose **Local** or **Network** printer depending on your site configuration.

Choose **Generic** manufacturer and **Generic/Text Only** printer model.

Choose the **Port** setting (usually LPT1:).

Choose **Yes** to use this printer as the **default** - print a test page (on blank paper).

When printing certificates, be sure your Dot Matrix printer is set to be your default printer.

## REMOTE CERTIFICATION SCREEN

After the login screen, you will be presented with the Remote Certification main screen. This area will be used to post messages, notifications, etc.



Click on the words: "**click here!**" to display the search criteria screen.

## SEARCH SCREEN

You may key as much or as little information as you have to find the individual. Note the **minimum** criteria needed to search:

1. Child's First Name, Child's Last Name, and Child's Birth Year         **OR**

2. Child's County of Birth, Child's Date of Birth (month, day, year)    **OR**

3. Child's Birth Certificate Number and Birth Year



Partial name searches are allowed. Entering "Mart" in the last name field could return Mart, Martin, Martinez, etc. The same is true of partial names entered in the first name field. We will only return a maximum of **25** records – a note at the bottom of the record list will ask you to refine your search and try again. Click the **"Submit Search"** button and a result set of records matching your search criteria will be displayed.

4

## SEARCH RESULTS SCREEN

When the list of records matching your search criteria has been displayed, you may click the numbered box at the far left of the **DOB** column to see the full detail about the individual that you are ready to print.

If none of the names are correct, you may click the "**Back**" button to return to the search screen.



5

## DETAIL SCREEN

Verify that this is the correct birth record that you want to print.

You may click the "**Return to Search Screen**" button to return to the main search screen and reenter your new search criteria or you may click the "**Back**" button to return to the found screen to select a different record to view.

If this is the correct record, click the "**Print this certificate**" button to obtain see the Print Choices Screen. If the record cannot be printed, a red message will appear in the "Print this certificate" block. Please follow the directions on page 6 for contacting VSU.



## PRINT CHOICES

Enter the number of copies you wish to print (default is 1). Click the appropriate type of birth certificate print out. Note that the maximum birth certificate prints per person per lifetime is 10. The maximum election-only (EIC certificate) prints per person per lifetime is 1.

**Birth Certificates print choices:**

### 5 x 7 Abstract

Click on the 5 x 7 Abstract button to print a 5-inch by 7-inch certificate. This certificate MAY NOT be accepted by the U.S. Passport Office as a valid birth certificate. The Passport Office may accept a long form birth certificate for this individual.

### Wallet Size

Click on the Wallet Size button to print a wallet size certificate. This certificate MAY NOT be accepted by the U.S. Passport Office as a valid birth certificate. The Passport Office may accept a long form birth certificate for this individual.

### EIC Certificate

Click on the "Print EIC Certificate" button to print an Election-only birth certificate. This birth certificate will have the following statement on the print out: "FOR ELECTION PURPOSES ONLY CANNOT BE USED AS IDENTIFICATION." Make certain the applicant is the registrant on record. There is a maximum print of 1 EIC certificate per person per lifetime.

If the message: "**Name too long to print B1 or B3**" appears, this indicates that the Father's name or Mother's name is too long to print. Contact the VSU Security Manager at 512-458-7465 to check the record. In some cases, a change could be made to allow printing; otherwise, the customer will need to contact VSU to get a certificate.

**B1 limits:** Mother's name and Father's name totaling **53** characters (including spaces).

**B3 limits:** Mother/Father name of **26** characters **each** (including spaces).

**Print Choices Screen:**



CERTIFICATE PRINTING SCREEN

The following screen will be displayed when the birth certificate is printing. Click the "Back" button on each screen until you have returned to the "Search" screen.



You may click the "**Return to Search Screen**" button to return to the main search screen and enter new search criteria or you may click the "**Back**" button to return to the print screen to print another of the same certificate.

## PRINT CONSIDERATIONS AND POSSIBLE ERROR CODES

The following situations may also occur where a certificate cannot be printed:

1. A death record exists for this person's birth record (code 100).

2. An administrative hold (code's 200-500) has been placed on this record. This code requires you to retain the customer's application and immediately refer it to the VSU Fraud Division at 512-458-7395 **WITHOUT INFORMING THE CUSTOMER!**

3. An administrative flag (codes 600-900) has been placed on this record. Refer the customer to the Vital Statistic Unit (VSU) in Austin.

4. Note that the maximum birth certificate prints per person per lifetime is 10. The maximum election-only (EIC certificate) prints per person per lifetime is 1. If you go over the limit for this individual you will get an error message and you will need to contact VSU in Austin.

## PRINT FORM ALIGNMENT

We have included five (5) dummy Birth records that you may use to test the printer alignment. These test records can be accessed at any time and you will **not** be charged.

The test records can be accessed via the Search Screen by keying one of the following birth certificate numbers in the **Birth Cert#** box and "1985" in the **Child's DOB Year** box.

Test Certificate numbers: 399001, 399002, 399003, 399004, and 399005

We suggest that you initially test print on plain paper. Once you are satisfied with the results, print a test record on an actual birth certificate form to finalize the print alignment.

The Remote Birth Certificate Issuance system **cannot** determine if the birth form has been properly aligned or positioned. As a result, **ALL** copies printed, whether correct or not, will be billed to you and the individual's lifetime count (currently 10) will be incremented accordingly.

Credit from the VSU office for mistakes or voided records will be limited and handled on a case-by-case basis. Emergency situations, i.e., equipment and/or systems failure would warrant some type of credit situation. These requests with accompanying documentation must be submitted for approval by the State Registrar and/or designee only. For voids to be cleared from the system for customer lifetime counts, the VSU Security Manager must be notified in writing.

# APPENDIX

## System Setup

On October 21, 2013, VSU made a change to this system to enable printing of election-only (EIC) birth certificates. To enable the addition of this new functionality, RFO users will need to log onto their computer as administrators and print an "EIC" certificate for one of the "test" cases using birth year: 1985 and birth certificate numbers 399001 through 399005.

Logging onto your computer might need to be coordinated with your IT staff as you will need Administrator or Power User rights to your PC system.

## RFO Print Cab Installation

The RFO PrintCab must be installed by an Administrator. *(All Windows Versions)*

In Internet Explorer:

1. Add RFO   https://ter2.dshs.state.tx.us/   to your list of Trusted Sites. Then drag the slider for "Security level for this zone" too Low.   *(All Windows Versions)*

2. Turn off the User Account Control settings   *(For Windows Vista and 7)*

3. Disable IE Protected Mode   *(For Windows Vista and 7)*

4. Adjust other IE Security Settings

The URL to for the Remote is https://ter2.dshs.state.tx.us/

11