| OFFICE USE ONLY | | OFFICE USE ONLY |
|---|---|---|
| Cert # _____ | **TEXAS** Department of State Health Services | Remit No. _____ |
| Document Control # _____ | **VITAL STATISTICS** | Date _____ |
| By_____ | | By_____ |

## APPLICATION FOR
## ELECTION IDENTIFICATION BIRTH CERTIFICATE

**PLEASE PRINT AND INCLUDE VALID PHOTO ID**

| Full Name of Registrant | First Name | Middle Name | | Last Name | |
|---|---|---|---|---|---|
| Date of Birth | Month | Day | Year | Sex | ☐ Male ☐ Female |
| Place of Birth | City or Town | County | | State | |
| Full Name of Father | First Name | Middle Name | | Last Name | |
| Full Maiden Name of Mother | First Name | Middle Name | | Maiden Name | |

YOUR NAME: _____  TELEPHONE: (____) ____-____
EMAIL ADDRESS: _____  (MON-FRI 8:00-5:00)
MAILING ADDRESS: _____

By checking this box, you swear that the use of this Election Identification Birth Certificate is needed to obtain an Election Identification Card issued by the Department of Public Safety. The certificate cannot be used for any other purpose.

☐

**WARNING: THE PENALTY FOR KNOWINGLY MAKING A FALSE STATEMENT IN THIS FORM CAN BE 2-10 YEARS IN PRISON AND A FINE OF UP TO $10,000. (HEALTH AND SAFETY CODE, CHAPTER 195, SEC. 195.003)**

### APPLICATIONS WITHOUT PHOTO IDENTIFICATION WILL NOT BE PROCESSED

Your Signature _____  Date of Application _____

Rec'd _____  Date _____

VS-141(EIC) REV. 10/2013

Exhibit 113
Farinelli
Date 5/9/14
Melody Campbell, CSR

2:13-cv-193
09/02/2014
**DEF0361**