# REMOTE BIRTH ACCESS SITES

| Col 1 | Col 2 | Col 3 | Col 4 |
|---|---|---|---|
| Anderson County Clerk | Denton County | Hutchinson County | Reagan County |
| Andrews County Clerk | Dewitt County | Hutchinson-City of Borger | Red River County Clerk |
| Angelina County Clerk | Dewitt-City of Yoakum | Jack County | Reeves County |
| Aransas County | Dickens County | Jackson County | Refugio County |
| Atascosa County Clerk | Donley County | Jasper County | Rockwall County Clerk |
| Austin County Clerk | Duval County | Jefferson County-Beaumont City Health Department | Runnels County Clerk |
| Bailey County | Eastland County Clerk | Jefferson-Port Arthur City of Health | |
| Bandera County Clerk | Ector County Clerk | Jim Wells County | Rusk County Clerk |
| Bastrop County | El Paso County Clerk | Johnson County | Sabine County |
| Bee County Clerk | Ellis County Clerk | Jones County | San Augustine County |
| Bell County Clerk | Erath County | Karnes County | Scurry County Clerk |
| Bell-City of Temple | Fayette County | Kaufman County | Shackelford County |
| Bexar-City of San Antonio | Fisher County | Kaufman-City of Terrell | Shelby County Clerk |
| Bosque County Clerk | Floyd County | Kendall County | Smith County Clerk |
| Bowie County Clerk | Fort Bend County | Kent County | Smith--Northeast Texas Public Health/Smith County |
| Bowie-City of Texarkana | Franklin County | Kerr County | Somervell County |
| Brazoria County Clerk | Freestone County | Kleberg County | Starr County Clerk |
| Brazos County Clerk | Frio County | Lamar County | Stephens County Clerk |
| Brazos-City of Bryan | Gaines County | Lamar-City of Paris | Swisher County |
| Brazos-City of College Station | Galveston County | Lamb County | Tarrant County |
| Brewster County Clerk | Gonzales County | Lee County | Tarrant-City of Arlington |
| Briscoe County | Gray County | Leon County | Tarrant-City of Bedford |
| Brown County | Grayson County | Liberty County | Tarrant-City of Grapevine |
| Burleson County Clerk | Gregg County | Limestone County | Tarrant-City of North Richland Hills |
| Burnet County | Guadalupe County | Lubbock-City of Lubbock Health Dept | Taylor County |
| Caldwell County | Hale County | Madison County | Taylor-City of Abilene Public Health |
| Callahan County | Hall County | Matagorda County | Terry County |
| Cameron County | Hamilton County | Mclennan County Public Health in Waco | Titus County |
| Cameron-City of Brownsville | Hardin County | Medina County | Tom Green County Clerk |
| Cameron-City of Harlingen | Harris County | Midland County | Travis-City of Austin Health & Human Services |
| Carson County | Harris-City of Baytown | Milam County | Tyler County |
| Cass County | Harris-City of Houston Health Department | Mitchell County | Upshur County |
| Cass-City of Atlanta | Harris-City of Tomball | Montague County | Upton County Clerk |
| Castro County Clerk | Harrison County | Montgomery County | Uvalde County Clerk |
| Chambers County | Haskell County | Moore County | Van Zandt County |
| Cherokee County | Hays County | Morris County | Victoria-City of Victoria |
| Childress County | Hays-City of San Marcos | Nacogdoches County | Walker County |
| Cochran County | Hemphill County | Navarro County | Waller County |
| Coleman County | Henderson County | Nolan County | Ward County Clerk |
| Collin County | Hidalgo County | Nueces County Clerk | Washington County Clerk |
| Comal County | Hidalgo-City of Edinburg | Nueces-City of Corpus Christi | Webb-City of Laredo |
| Comanche County | Hidalgo-City of McAllen | Ochiltree County | Wheeler County Clerk |
| Cooke County | Hidalgo-City of Mission | Orange-City of Orange | Wichita-City of Wichita Falls |
| Crane County | Hidalgo-City of Weslaco | Palo Pinto County | Wilbarger County |
| Crosby County | Hill County | Palo Pinto-City of Mineral Wells | Willacy County |
| | | | Williamson County |
| Dallam County | Hockely County Clerk | Panola-City of Carthage | Wilson County |
| Dallas County | Hood County Clerk | Parker County Clerk | Wise County Clerk |
| Dallas-City of Dallas | Hopkins County Clerk | Pecos County | Wood County Clerk |
| Dawson County | Houston County Clerk | Polk County | Yoakum County Clerk |
| Deaf Smith County | Howard County | Potter-City of Amarillo | Young County Clerk |
| Delta County | Hunt County | Randall-City of Canyon | |

Exhibit 14
Date 9/2/14
Melody Campbell, CSR