VSU - Remote Access Sites (A)

http://www.dshs.state.tx.us/vs/field/remote/aremote.shtm

 TEXAS
Department of
State Health Services

**Remote Access Offices - Anderson County through Austin County**

**Return to Remote Access list.**

## ANDERSON COUNTY

**ANDERSON COUNTY CLERK'S OFFICE**
500 North St., Rm 10
PALESTINE 75801
Phone (903) 723-7402

## ANDREWS COUNTY

**ANDREWS COUNTY CLERK**
215 N. W. 1st Street
P.O. Box 727
Andrews, TX 79714
Phone: (432) 524-1427

## ANGELINA COUNTY

**ANGELINA COUNTY CLERK'S OFFICE**
215 Lufkin Ave
LUFKIN 75901
Phone (936) 634-8339

## ARANSAS COUNTY

**Aransas County Clerks Office**
301 N. Live Oak Rm 101
Rockport, TX 78382
Phone: (361) 790-0122

## ARCHER COUNTY

**WICHITA FALLS/WICHITA COUNTY PUBLIC HEALTH DISTRICT**
1700 3rd Street
WICHITA FALLS 76301-2199
Phone (817) 761-7802

## ARMSTRONG COUNTY

No Remote Access site available at this time.

## ATASCOSA COUNTY

**ATASCOSA COUNTY CLERK'S OFFICE**
1 Courthouse Circle, Ste 102
JOURDANTON 78026
Phone (830) 769-2511

## AUSTIN COUNTY

**AUSTIN COUNTY CLERK'S OFFICE**
One East Main
BELLVILLE 77418
Phone (979) 865-5911 ext. 197

2:13-cv-193
09/02/2014
DEF0364

Exhibit 115
Date 5/9/14
Melody Campbell, CSR

4/18/2014 2:48 PM

**Return to Remote Access list.**

*Last updated April 18, 2013*



**Remote Access Offices-Bailey County through Burnet County**

**Return to Remote Access list.**

## BAILEY COUNTY

**BAILEY COUNTY CLERK**
300 S. First, Suite 200
MULESHOE 79347
Phone (806) 272-3044

## BANDERA COUNTY

No Remote Access site available at this time.

## BASTROP COUNTY

**Bastrop County Clerk**

803 Pine St # 112,

Bastrop, TX 78602

(512) 332-7234

## BAYLOR COUNTY

No Remote Access site available at this time.

## BEE COUNTY

**BEE COUNTY CLERK'S OFFICE**
105 West Corpus Street
Room 103
BEEVILLE 78102
Phone (361) 362-3245

## BELL COUNTY

**BELL COUNTY CLERK'S OFFICE**
P. O.Box 480
101 E. Central
BELTON 76513
Phone (254) 933-5165

**CITY OF TEMPLE**
City Registrar's Office
2 N. Main St.
P. O. Box 207
TEMPLE 76501
Phone (254) 298-5700

## BEXAR COUNTY

**SAN ANTONIO METROPOLITAN HEALTH DISTRICT**
George Whitfield Building
Municipal Records Facility
719 S. Santa Rosa

SAN ANTONIO 78205
Phone (210) 207-8815

## BLANCO COUNTY

No Remote Access site available at this time.

## BORDEN COUNTY

No Remote Access site available at this time.

## BOSQUE COUNTY

### BOSQUE COUNTY CLERK'S OFFICE
P O Box 617
Meridian, TX 76665
Phone (254) 435-2201

## BOWIE COUNTY

### BOWIE COUNTY CLERK'S OFFICE
P. O. Box 248
710 James Bowie Dr.
NEW BOSTON 75570
Phone (903) 628-6740

### CITY OF TEXARKANA
P. O. Box 1967
220 TEXAS BLVD. (75501)
TEXARKANA 75504
Phone (903) 798-3900

## BRAZORIA COUNTY

### BRAZORIA COUNTY CLERK'S OFFICE
111 E. Locust, Suite 2000
ANGLETON 77515
Phone (979) 864-1355

## BRAZOS COUNTY

### BRAZOS COUNTY CLERK
P. O. Box 111
BRYAN 77806
Phone (979) 361-4126

### CITY OF BRYAN
P. O. Box 1000
300 South Texas Ave.
BRYAN 77801
Phone (979) 209-5007

### CITY OF COLLEGE STATION
1101 Texas Avenue S
COLLEGE STATION 77840
Phone (979) 764-3541

## BREWSTER COUNTY

**BREWSTER COUNTY CLERK'S OFFICE**
P. O. Box 119
ALPINE 79831
Phone (915) 837-3366

## BRISCOE COUNTY

**Briscoe County Clerks Office**
415 Main St.
SILVERTON 79257
Phone (806) 823-2134

## BROOKS COUNTY

No Remote Access site available at this time.

## BROWN COUNTY

**BROWN COUNTY CLERK'S OFFICE**
200 South Broadway
Brownwood, TX 76801
PHONE (915) 643-2594

## BURLESON COUNTY

**BURLESON COUNTY CLERK**
100 W. Buck St., Suite 203
CALDWELL 77836
Phone (979) 567-2329

## BURNET COUNTY

**BURNET COUNTY CLERK**
220 South Pierce St.
BURNET 78611
Phone (512) 756-5403

**Return to Remote Access list.**

*Last updated November 05, 2013*



**Remote Access Offices-Caldwell County through Culberson County**

**Return to Remote Access list.**

## CALDWELL COUNTY

### CALDWELL COUNTY CLERKS OFFICE

110 S. Main Street
Lockhart, 78644
Phone (512) 398-1804

## CALHOUN COUNTY

No Remote Access site available at this time.

## CALLAHAN COUNTY

No Remote Access site available at this time.

## CAMERON COUNTY

CAMERON COUNTY CLERK'S OFFICE
964 East Harrison
P. O. Box 2178
BROWNSVILLE 78522-2178
Phone (956) 544-0817

CITY OF BROWNSVILLE
City Hall/Market Square
P. O. Box 911
BROWNSVILLE 78522-0911
Phone (956) 548-6001

CITY OF HARLINGEN
Vital Statistics
502 E. Tyler St
HARLINGEN, 78550
Phone (956) 216-5140
Fax (956) 428-0828

## CAMP COUNTY

No Remote Access site available at this time.

## CARSON COUNTY

CARSON COUNTY CLERK'S OFFICE

501 Main Street

P.O. Box 487

Panhandle, Texas 79068

806-573-3873

## CASS COUNTY

CITY OF ATLANTA

310 N. Louise
P.O.Box 669
ATLANTA 75551
(903) 796-7153

CASS COUNTY CLERK'S OFFICE
P. O. Box 449
Linded, Texas 75563
(903)756-5071

## CASTRO COUNTY

Castro County Clerks Office
100 East Bedford, Rm 101
Dimmitt 79027
Phone: (806) 647-3338

## CHAMBERS COUNTY

CITY OF BAYTOWN
Baytown Municipal Court
3120 N. Main
BAYTOWN 77521
Phone (281) 4251017

Chambers County

404 Washington.

Anahuac, Texas 77514

Phone: 409-267-2421

Fax: 409-267-8315

**www.co.chambers.tx.us**

## CHEROKEE COUNTY

CHEROKEE COUNTY CLERK'S OFFICE
P.O. Drawer 420
502 North Main
RUSK 75785
Phone (903) 683-2350

## CHILDRESS COUNTY

CHILDRESS COUNTY CLERK'S OFFICE
Courthouse Box 4
100 Avenue E NW
CHILDRESS 79201
Phone (940) 937-6143

## CLAY COUNTY

No Remote Access site available at this time.

## COCHRAN COUNTY

COCHRAN COUNTY CLERK'S OFFICE
Cochran County Courthouse, Room 102

MORTON 79346
Phone (806) 266-5450

## COKE COUNTY

No Remote Access site available at this time.

## COLEMAN COUNTY

COLEMAN COUNTY CLERK'S OFFICE
100 Live Oak St. Suite 105
Coleman Tx 76834

## COLLIN COUNTY

COLLIN COUNTY CLERK'S OFFICE
2300 Bloomdale Road, Suite 2104
McKINNEY 75071
Phone (972) 548-4154

DALLAS CITY HEALTH DEPARTMENT
City Hall
1500 Marilla, 1FN
DALLAS 75201
Phone (214) 670-3832

## COLLINGSWORTH COUNTY

No Remote Access site available at this time.

## COLORADO COUNTY

No Remote Access site available at this time.

## COMAL COUNTY

COMAL COUNTY CLERK'S OFFICE
100 Main Plaza, Suite 104
NEW BRAUNFELS 78130
Phone (830) 620-5513

## COMANCHE COUNTY

COMANCHE COUNTY CLERK'S OFFICE
Comanche County Courthouse
COMANCHE 76442
Phone (915) 356-2655

## CONCHO COUNTY

No Remote Access site available at this time.

## COOKE COUNTY

COOKE COUNTY CLERK'S OFFICE
Cooke County Courthouse
100 S. Dixon
Gainesville, TX 76240
Phone (940) 668-5420

## CORYELL COUNTY

No Remote Access site available at this time.

## COTTLE COUNTY

No Remote Access site available at this time.

## CRANE COUNTY

CRANE COUNTY AND DISTRICT CLERK
P O Box 578
201 W 6th St
Crane Tx 79731
Phone (915) 558-3581

## CROCKETT COUNTY

No Remote Access site available at this time.

## CROSBY COUNTY

CROSBY COUNTY CLERK'S OFFICE
P O Box 385
Corner of Aspen & Berkshire
CROSBYTON 79322
Phone (806) 675-2334

## CULBERSON COUNTY

No Remote Access site available at this time.

**Return to Remote Access list.**

*Last updated April 18, 2013*



**Remote Access Offices-Dallam County through Duval County**

**Return to Remote Access list.**

## DALLAM COUNTY

No Remote Access site available at this time.

## DALLAS COUNTY

### DALLAS COUNTY CLERK'S OFFICE
500 Main Street; Ste 200
DALLAS 75202
Phone (214) 653-7478

### DALLAS CITY HEALTH DEPARTMENT
City Hall
1500 Marilla, 1FN
DALLAS 75201
Phone (214) 670-3832

## DAWSON COUNTY

### Dawson County Clerks Office
North 1st and Main Street
Lamesa 79331
Phone: (806) 872-3778

## DEAF SMITH COUNTY

### DEAF SMITH COUNTY CLERK
235 E. 3rd, Room 203
HEREFORD 79045
Phone (806) 363-7077

## DELTA COUNTY

### Delta County Clerk
200 W. Dallas Ave.
COOPER 75432
Phone: (903) 395-4400 x-222

## DENTON COUNTY

### DENTON COUNTY CLERK'S OFFICE
1450 E. McKinney Street
Denton, Tx. 76209
Phone (940) 349-2010

### FORT WORTH/TARRANT COUNTY PUBLIC HEALTH DEPARTMENT
1800 University Dr.
FORT WORTH 76107
Phone (817) 871-8562

### DALLAS CITY HEALTH DEPARTMENT
City Hall
1500 Marilla, 1FN

DALLAS 75201
Phone (214) 670-3832

**CITY OF GRAPEVINE**
P O Box 95104
200 S. Main
GRAPEVINE 76099
Phone (817) 410-3181

## DE WITT COUNTY

**De Witt County Clerk**
307 North Gonzales, Rm 100
Cuero 77954
Phone: (361) 275-3754

## DICKENS COUNTY

**Dickens County Clerk**
PO BOX 120
Dickens 79229
Phone: (806) 623-5531

## DIMMIT COUNTY

No Remote Access site available at this time.

## DONLEY COUNTY

**Donely County**
P.O. Drawer U
CLARENDON 79226
Phone: (806) 874-3436

## DUVAL COUNTY

**Duval County**
400 East Gravis
SAN DIEGO 78384
Phone: (361) 279-6271

**Return to Remote Access list.**

*Last updated November 05, 2013*



**Remote Access Offices-Eastland County through Erath County**

**Return to Remote Access list.**

## EASTLAND COUNTY

### EASTLAND COUNTY CLERK'S OFFICE
100 West Main
P. O. Box 110
EASTLAND 76448
Phone (817) 629-1583

## ECTOR COUNTY

### ECTOR COUNTY CLERK'S OFFICE
300 N. Grant, Room 111
P. O. Box 707
ODESSA 79761
Phone (432) 498-4130

## EDWARDS COUNTY

No Remote Access site available at this time.

## ELLIS COUNTY

### ELLIS COUNTY CLERK'S OFFICE
P O Box 250
117 W Franklin
WAXAHACHIE 75165
Phone (972) 923-5070

## EL PASO COUNTY

### EL PASO COUNTY CLERK'S OFFICE
City/County Bldg, Room 105
500 E. San Antonio St.
EL PASO 79901
Phone (915) 546-2071

## ERATH COUNTY

### ERATH COUNTY CLERK'S OFFICE
Erath County Courthouse
STEPHENVILLE 76401
Phone (817) 965-1410

**Return to Remote Access list.**

*Last updated April 18, 2013*



**Remote Access Offices-Falls County through Frio County**

**Return to Remote Access list.**

### FALLS COUNTY

No Remote Access site available at this time.

### FANNIN COUNTY

No Remote Access site available at this time.

### FAYETTE COUNTY

**FAYETTE COUNTY CLERK**
246 W. Colorado St.
LA GRANGE 78945
Phone (979) 968-3251

### FISHER COUNTY

**FISHER COUNTY CLERK'S OFFICE**
P.O.Box 368
ROBY 79543
Phone (915) 776-2401

### FLOYD COUNTY

**FLOYD COUNTY CLERK'S OFFICE**
105 SOUTH MAIN 101
FLOYDADA 79235
Phone (806)983-4900

### FOARD COUNTY

No Remote Access site available at this time.

### FORT BEND COUNTY

**FORT BEND COUNTY CLERK'S OFFICE**
P. O. Box 520
RICHMOND 77406-0520
Phone (281) 341-8685

**HOUSTON DEPARTMENT OF PUBLIC HEALTH**
8000 N. Stadium Dr.
HOUSTON 77054
Phone (713) 794-9070

### FRANKLIN COUNTY

**FRANKLIN COUNTY CLERK**
200 N. Kaufman Street
MOUNT VERNON 75457
Phone (903) 537-2342 x 2

### FREESTONE COUNTY

**FREESTONE COUNTY CLERK**

103 E. Main.
Fairfield 75840
Phone (903)389-2635

## FRIO COUNTY

**FRIO COUNTY CLERK'S OFFICE**
500 E. San Antonio #6
PEARSALL 78061
Phone (830) 334-2214

**Return to Remote Access list.**

*Last updated April 18, 2013*



**Remote Access Offices-Gaines County through Guadulupe County**

**Return to Remote Access list.**

## GAINES COUNTY

**GAINES COUNTY CLERK**
Gaines County Courthouse
SEMINOLE 79360
Phone (432) 758-4003

## GALVESTON COUNTY

**Galveston County Health District**

9850A Emmett F. Lowry Expressway, Suite A102

Texas City, Texas 77921

Phone: 409 765-2595 or 409 765-2553


**CITY OF TEXAS CITY**
1801 9TH Avenue North
TEXAS CITY 77592-2608
Phone (409) 643-5905

## GARZA COUNTY

No Remote Access site available at this time.

## GILLESPIE COUNTY

No Remote Access site available at this time.

## GLASSCOCK COUNTY

No Remote Access site available at this time.

## GOLIAD COUNTY

No Remote Access site available at this time.

## GONZALES COUNTY

**GONZALES COUNTY CLERK**
P.O. Box 77
GONZALES 78629
Phone (830) 672-2801

## GRAY COUNTY

**GRAY COUNTY CLERK'S OFFICE**
205 North Russell, #200
P.O. Box 1902
Pampa, TX 79066
Phone (806) 669-8004

## GRAYSON COUNTY

**GRAYSON COUNTY CLERK'S OFFICE**
100 W. Houston, Suite 17
SHERMAN 75091
Phone (903) 813-4235

## GREGG COUNTY

**GREGG COUNTY CLERK'S OFFICE**
101 East Methvin, Suite 200
P. O. Box 3049
LONGVIEW 75606
Phone (903) 236-8430

## GRIMES COUNTY

No Remote Access site available at this time.

## GUADALUPE COUNTY

**GUADALUPE COUNTY CLERK'S OFFICE**
211 W. Court Street
SEGUIN 78155
Phone 210-945-9708

**Return to Remote Access list.**

*Last updated April 18, 2013*


TEXAS
Department of
State Health Services

**Remote Access Offices-Hale County through Hutchinson County**

**Return to Remote Access list.**

## HALE COUNTY

### HALE COUNTY CLERK'S OFFICE
500 Broadway #140
PLAINVIEW 79072-8050
Phone (806) 291-5261

## HALL COUNTY

### HALL COUNTY CLERKS OFFICE
512 West Main St., Ste 8
MEMPHIS 79245
Phone (806)259-2627

## HAMILTON COUNTY

### HAMILTON COUNTY CLERK'S OFFICE
101 East Main St.
HAMILTON 76531
Phone (254) 386-3518

## HANSFORD COUNTY

No Remote Access site available at this time.

## HARDEMAN COUNTY

No Remote Access site available at this time.

## HARDIN COUNTY

### HARDIN COUNTY CLERK'S OFFICE
P.O. Box 38
300 Monroe Street
KOUNTZE, TX 77625
Phone (409) 246-5185

## HARRIS COUNTY

### HARRIS COUNTY CLERK'S OFFICE
1001 Preston
HOUSTON 77002
Phone (713) 755-6438

### HOUSTON DEPARTMENT OF PUBLIC HEALTH
8000 N. Stadium Dr.
HOUSTON 77054
Phone (713) 837-0311

**CITY OF BAYTOWN**
Baytown Municipal Court
3200 N. Main
BAYTOWN 77521
Phone (281) 425-1018

**CITY OF TOMBALL**
401 West Market Street
TOMBALL 77375
Phone (281) 351-5484

## HARRISON COUNTY

**HARRISON COUNTY CLERK'S OFFICE**
P. O. Box 1365
200 W. Houston
MARSHALL 75671
Phone (903) 935-8403

## HARTLEY COUNTY

No Remote Access site available at this time.

## HASKELL COUNTY

**Haskell County Clerk**

1 Avenue D #2

Haskell Texas 79521

Phone: 940-864-2451

## HAYS COUNTY

**HAYS COUNTY CLERK**
137 NORTH GUADALUPE STREET
SAN MARCOS 78666
Phone (512) 393-7330

**CITY OF SAN MARCOS**
630 E. Hopkins
SAN MARCOS 78666
Phone (512) 396-8086

## HEMPHILL COUNTY

**HEMPHILL COUNTY**
P.O. Box 867
CANADIAN 79014
Phone: (806) 323-6212

## HENDERSON COUNTY

**HENDERSON COUNTY CLERK'S OFFICE**
100 E. Taylor St. (Room 107)
ATHENS 75751

Phone (903) 675-6140

## HIDALGO COUNTY

### HIDALGO COUNTY CLERK
P. O. Box 58
EDINBURG 78540
Phone (956) 318-2100

### CITY OF EDINBURG
210 W. McIntire
P. O. Box 1079
EDINBURG 78540
Phone (956) 383-5661

### CITY OF HIDALGO
704 East Texano Drive
HIDALGO 78557
Phone: (956) 843-2286

### CITY OF MCALLEN
City Registrar's Office
221 S. 15th
MCALLEN 78501
Phone (956) 681-1195
Fax (956) 681-1194

### CITY OF MISSION
City Registrar's Office
900 Doherty
MISSION 78572
Phone (956) 580-8662

### CITY OF WESLACO
500 S. Kansas
WESLACO 78596
Phone (956) 968-3181

## HILL COUNTY

### Hill County Clerk's Office
P.O. Box 398
Hillsboro, TX 76645
Phone: (254) 582-4030

## HOCKLEY COUNTY

### HOCKLEY COUNTY
802 Houston St.
suite 213
LEVELLAND 79336
Phone (806) 894-3185

## HOOD COUNTY

### HOOD COUNTY CLERK'S OFFICE
P O Box 339

201 W Bridge St.
GRANBURY 76048
Phone (817) 579-3222

Fax 817-408-3441

## HOPKINS COUNTY

### COUNTY CLERK'S OFFICE
128 Jefferson, Suite C
Sulphur Springs, TX 75482
Phone: 903-438-4074

## HOUSTON COUNTY

### COUNTY CLERK'S OFFICE
P. O. Box 370
CROCKETT, TX 75835
Phone: (936) 544-3255 Ext. 240

## HOWARD COUNTY

### HOWARD COUNTY CLERK'S OFFICE
P. O. Box 1468
300 Main
BIG SPRING 79720
Phone (915) 264-2213

## HUDSPETH COUNTY

No Remote Access site available at this time.

## HUNT COUNTY

### HUNT COUNTY CLERKS OFFICE
2500 Lee Street, 2nd Floor
P O Box 1316
GREENVILLE TX 75403-1316
Phone: 903-408-4130

## HUTCHINSON COUNTY

### HUTCHINSON COUNTY CLERK'S OFFICE
P. O. Box 1186
500 Main
STINNETT 79083
Phone (806) 878-4002

### CITY OF BORGER
P. O. BOX 5250
600 N. Main
BORGER 79008-5250
Phone (806) 273-0902

**Return to Remote Access list.**

*Last updated November 05, 2013*


TEXAS
Department of
State Health Services

**Remote Access Offices-Irion County through Jones County**

**Return to Remote Access list.**

### IRION COUNTY

No Remote Access site available at this time.

### JACK COUNTY

**JACK COUNTY CLERK**
100 Main Street
JACKSBORO 76458
Phone (940) 567-2111

### JACKSON COUNTY

**JACKSON COUNTY CLERK'S OFFICE**
115 West Main, Rm 101
EDNA 77957
Phone (361) 782-3563

### JASPER COUNTY

**JASPER COUNTY CLERK'S OFFICE**
Jasper County Courthouse
P O Box 2070
JASPER 75951
Phone (409) 384-2632

### JEFF DAVIS COUNTY

No Remote Access site available at this time.

### JEFFERSON COUNTY

**BEAUMONT CITY HEALTH DEPARTMENT**
950 Washington Blvd.
P. O. Box 3827
BEAUMONT 77704
Phone (409) 832-4000

**PORT ARTHUR CITY HEALTH DEPARTMENT**
449 Austin Ave
PORT ARTHUR 77640
Phone: (409) 983-8853

### JIM HOGG COUNTY

No Remote Access site available at this time.

### JIM WELLS COUNTY

**JIM WELLS COUNTY**
200 N. Almond
ALICE 78332
Phone: (361) 668-5702

## JOHNSON COUNTY

### JOHNSON COUNTY CLERK'S OFFICE

2 North Main Room 106 (zip 76031)
CLEBURNE
Phone (817) 556-6311

## JONES COUNTY

### JONES COUNTY CLERK'S OFFICE

12th & Commercial Streets
P. O. Box 552
ANSON 79501
Phone (325) 823-3762

### Abilene/Taylor County Public Health District

PO Box 2818 (79604)
850 N. 6th St.
Abilene 79601
Phone (325) 692-5600

### Return to Remote Access list.

*Last updated November 05, 2013*

 TEXAS
Department of
State Health Services

**Remote Access Offices-Karnes County through Knox County**

**Return to Remote Access list.**

### KARNES COUNTY

**KARNES COUNTY**
201 W. Calvert, Suite 100
KARNES CITY 78118
Phone: (830) 780-3938

### KAUFMAN COUNTY

**KAUFMAN COUNTY CLERK'S OFFICE**
Kaufman County Courthouse
KAUFMAN 75142
Phone (972) 932-4331 Ext. 1200

**DALLAS CITY HEALTH DEPARTMENT**
City Hall
1500 Marilla, 1FN
DALLAS 75201
Phone (214) 670-3832

**TERRELL CITY SECRETARY**
201 E Nash
TERRELL 75160
Phone (972) 551-6600 Ext. 227

### KENDALL COUNTY

No Remote Access site available at this time.

### KENEDY COUNTY

No Remote Access site available at this time.

### KENT COUNTY

**KENT COUNTY AND DISTRICT CLERK**
**P.O. Box 9**
**Jayton, TX 79528**
**Phone (806) 237-3881**

**P.O. Box 9Jayton, TX 79528Phone (806) 237-3881**

P.O. Box 9Jayton, TX 79528Phone (806) 237-3881

### KERR COUNTY

**KERR COUNTY CLERK'S OFFICE**
700 Main Street, Ste 122
KERRVILLE 78028
Phone (210) 792-2255

### KIMBLE COUNTY

No Remote Access site available at this time.

## KING COUNTY

No Remote Access site available at this time.

## KINNEY COUNTY

No Remote Access site available at this time.

## KLEBERG COUNTY

### KLEBERG COUNTY CLERK
P.O. Box 1327
KINGSVILLE 78364
Phone: (361) 595-8548

### CORPUS CHRISTI-NUECES COUNTY DEPT OF PUBLIC HEALTH
P O Box 9727 (78469)
1702 Horne Rd
CORPUS CHRISTI 78416
Phone (361) 851-7210

## KNOX COUNTY

No Remote Access site available at this time.

**Return to Remote Access list.**

*Last updated November 05, 2013*

 TEXAS
Department of
State Health Services

**Remote Access Offices-Lamar County through Lynn County**

**Return to Remote Access list.**

## LAMAR COUNTY

**LAMAR COUNTY CLERK'S OFFICE**
119 N. Main
PARIS 75460
Phone (903) 737-2420

**CITY OF PARIS**
P. O. Box 9037
150 S.E. 1st (75460)
PARIS 75461
Phone (903) 784-1798

## LAMB COUNTY

No Remote Access site available at this time.

## LAMPASAS COUNTY

No Remote Access site available at this time.

## LA SALLE COUNTY

No Remote Access site available at this time.

## LAVACA COUNTY

**CITY OF YOAKUM**
900 Irvine Street
P. O. Box 738
Yoakum, Texas 77995-0738
Phone: 361-293-6321

## LEE COUNTY

**LEE COUNTY CLERK'S OFFICE**
200 S. Main Street
P. O. Box 419
GIDDINGS 78942
Phone (409) 542-3684

## LEON COUNTY

No Remote Access site available at this time.

## LIBERTY COUNTY

**Liberty County Clerks Office**
P.O. Box 369
Liberty 77575
Phone: (936) 336-4670

## LIMESTONE COUNTY

**LIMESTONE COUNTY CLERK'S OFFICE**
200 W. State Street
P. O. Box 350
GROESBECK 76642
Phone (254) 729-5504

### LIPSCOMB COUNTY

No Remote Access site available at this time.

### LIVE OAK COUNTY

No Remote Access site available at this time.

### LLANO COUNTY

No Remote Access site available at this time.

### LOVING COUNTY

No Remote Access site available at this time.

### LUBBOCK COUNTY

CITY OF LUBBOCK, CITY HALL

1625 13TH STREET RM 102,

LUBBOCK, TX 79401

806 775-2926

### LYNN COUNTY

No Remote Access site available at this time.

**Return to Remote Access list.**

*Last updated April 18, 2013*

 TEXAS
Department of
State Health Services

**Remote Access Offices-McCulloch County through Motley County**

**Return to Remote Access list.**

## MCCULLOCH COUNTY

No Remote Access site available at this time.

## MCLENNAN COUNTY

**WACO-MCLENNAN COUNTY PUBLIC HEALTH DISTRICT**
225 West Waco Dr.
WACO 76707
Phone (254) 750-5468

## MCMULLEN COUNTY

No Remote Access site available at this time.

## MADISON COUNTY

**MADISON COUNTY CLERK**
101 W. Main, Room 108
MADISONVILLE 77864
Phone (409) 348-2638

## MARION COUNTY

No Remote Access site available at this time.

## MARTIN COUNTY

No Remote Access site available at this time.

## MASON COUNTY

No Remote Access site available at this time.

## MATAGORDA COUNTY

**MATAGORDA COUNTY CLERK'S OFFICE**
1700 7th St., Room 202
BAY CITY 77414
Phone (409) 244-7680

## MAVERICK COUNTY

No Remote Access site available at this time.

## MEDINA COUNTY

**MEDINA COUNTY CLERK**
1100 16th Street, Room 109
HONDO 78861
Phone (830)741-6041

## MENARD COUNTY

No Remote Access site available at this time.

## MIDLAND COUNTY

### MIDLAND COUNTY CLERK
P. O. Box 211
MIDLAND 79702
Phone (432) 688-1070

## MILAM COUNTY

### MILAM COUNTY CLERK/LOCAL REGISTRAR
P.O. Box 1008
CAMERON 76520
Phone: (254) 697-7049

## MILLS COUNTY

No Remote Access site available at this time.

## MITCHELL COUNTY

### MITCHELL COUNTY CLERK
349 Oak Street, Room 103
COLORADO CITY 79512
Phone (325) 728-3481

## MONTAGUE COUNTY

### Montague County Clerk
P.O. Box 77
Montague 76251
Phone: (940) 894-2461

## MONTGOMERY COUNTY

### MONTGOMERY COUNTY CLERK'S OFFICE
300 N. Main
P. O. Box 959
CONROE 77305-0959
Phone (409) 539-7885

### HOUSTON DEPARTMENT OF PUBLIC HEALTH
8000 N. Stadium Dr.
HOUSTON 77054
Phone (713) 794-9070

### CITY OF TOMBALL
401 West Market Street
TOMBALL 77375
Phone (281) 351-5484

## MOORE COUNTY

### Moore County Clerk' Office
715 Dumas Ave, Room 107
Dumas 79029
Phone: (806) 935-2009

## MORRIS COUNTY

### MORRIS COUNTY CLERK'S OFFICE
500 Broadnax St.

DAINGERFIELD 75638
(903) 645-3911

## MOTLEY COUNTY

No Remote Access site available at this time.

**Return to Remote Access list.**

*Last updated April 18, 2013*



**Remote Access Offices-Nacogdoches County through Orange County**

**Return to Remote Access list.**

## NACOGDOCHES COUNTY

### NACOGDOCHES COUNTY CLERK'S OFFICE
101 W. Main, Room 205
NACOGDOCHES 75961
Phone (409) 560-7733

## NAVARRO COUNTY

### NAVARRO COUNTY CLERK'S OFFICE
300 W. 3rd Ave., Suite 101
CORSICANA 75110
Phone (903) 654-3035

## NEWTON COUNTY

No Remote Access site available at this time.

## NOLAN COUNTY

### NOLAN COUNTY CLERK'S OFFICE
100 E. 3rd
Suite 108-A
SWEETWATER 79556
Phone (325) 235-2462

## NUECES COUNTY

### NUECES COUNTY CLERK'S OFFICE
901 Leopard
P. O. Box 2627
CORPUS CHRISTI 78403
Phone (361) 888-0580

### CORPUS CHRISTI-NUECES COUNTY DEPT OF PUBLIC HEALTH
P O Box 9727 (78469)
1702 Horne Rd
CORPUS CHRISTI 78416
Phone (361) 851-7210

## OCHILTREE COUNTY

### OCHILTREE COUNTY
511 S. Main
PERRYTON 79070
Phone (806) 435-8039

## OLDHAM COUNTY

No Remote Access site available at this time.

## ORANGE COUNTY

Case 2:13-cv-00193   Document 740-5   Filed on 11/17/14 in TXSD   Page 32 of 34

**CITY OF ORANGE**
P. O. Box 520
803 W. Green Ave
ORANGE 77631
Phone (409) 886-3611

**Return to Remote Access list.**

*Last updated November 05, 2013*



**Remote Access Offices- Palo Pinto County through Presidio County**

**Return to Remote Access list.**

## PALO PINTO COUNTY

### CITY OF MINERAL WELLS
115 Southwest 1st Ave
MINERAL WELLS 76068
Phone (940) 328-7702

### PALO PINTO COUNTY CLERK
520 Oak Street
Palo Pinto, Tx 76484
Phone (940) 328-1277

## PANOLA COUNTY

### CITY OF CARTHAGE
P. O. Box 400
812 W. Panola
CARTHAGE 75633
Phone (903) 693-3868

## PARKER COUNTY

### PARKER COUNTY CLERK'S OFFICE
1112 Santa Fe Drive
P. O. Box 819
WEATHERFORD 76086-0819
Phone (817) 594-7461

### CITY OF MINERAL WELLS
115 Southwest 1st Ave
MINERAL WELLS 76068
Phone (940) 328-7702

## PARMER COUNTY

No Remote Access site available at this time.

## PECOS COUNTY

### PECOS COUNTY CLERK'S OFFICE
103 W. Callaghan
FORT STOCKTON 79735
Phone (432) 336-7555

## POLK COUNTY

### POLK COUNTY CLERK'S OFFICE
P.O. Drawer 2119
101 W. Church
LIVINGSTON 77351
Phone (409) 327-6804

## POTTER COUNTY

**CITY OF AMARILLO**
P. O. Box 1971
509 E. 7th Avenue (79101)
AMARILLO 79105-1971
Phone (806) 378-9344

**PRESIDIO COUNTY**

No Remote Access site available at this time.

**Return to Remote Access list.**

*Last updated April 18, 2013*