

Remote Access Offices-Rains County through Rusk County
**Return to Remote Access list.**

## RAINS COUNTY

No Remote Access site available at this time.

## RANDALL COUNTY

**CITY OF AMARILLO**
P. O. Box 1971
509 E. 7th Avenue (79101)
AMARILLO 79105-1971
Phone (806) 378-9344

**CITY OF CANYON**
301 16th Street
CANYON 79015
Phone (806) 655-5000

## REAGAN COUNTY

**REAGAN COUNTY CLERK'S OFFICE**
3rd At Plaza
P. O. Box 100
Big Lake, Texas 76932
Phone: 325-884-2442

## REAL COUNTY

No Remote Access site available at this time.

## RED RIVER COUNTY

**Red River County Clerks Office**
200 North Walnut Street
Clarksville 75426
Phone: (903) 427-2401

## REEVES COUNTY

**REEVES COUNTY CLERK**
100 East 4th Street
P.O. BOX 867
PECOS (915) 455-5467

## REFUGIO COUNTY

**REFUGIO COUNTY CLERK**
P.O. Box 704
REFUGIO, TX 78377
Phone: (361) 526-2721

## ROBERTS COUNTY

No Remote Access site available at this time.

## ROBERTSON COUNTY

No Remote Access site available at this time.

## ROCKWALL COUNTY

### ROCKWALL COUNTY CLERK'S OFFICE

1101 Ridge Road, Suite 101
ROCKWALL 75087
Phone 972-882-0220

### DALLAS CITY HEALTH DEPARTMENT

City Hall
1500 Marilla, 1FN
DALLAS 75201
Phone (214) 670-3832

## RUNNELS COUNTY

**Runnels County Clerk's Office** 613 Courthouse Square
Ballinger 76821
Phone: (915) 365-2720

## RUSK COUNTY

### RUSK COUNTY CLERK'S OFFICE

P.O. Box 758
115 N. Main
HENDERSON 75653-0758
Phone (903) 657-0330

**Return to Remote Access list.**

*Last updated April 18, 2013*



Remote Access Offices-Sabine County through Swisher County

**Return to Remote Access list.**

### SABINE COUNTY

**SABINE COUNTY CLERK'S OFFICE**
P O Drawer 580
HEMPHILL 75948
Phone (409) 787-3786

### SAN AUGUSTINE COUNTY

**SAN AUGUSTINE COUNTY CLERK'S OFFICE**
100 West Columbia, Rm 106
SAN AUGUSTINE 75972
Phone (409) 275-2452

### SAN JACINTO COUNTY

No Remote Access site available at this time.

### SAN PATRICIO COUNTY

**CORPUS CHRISTI-NUECES COUNTY DEPT OF PUBLIC HEALTH**
P O Box 9727 (78469)
1702 Horne Rd
CORPUS CHRISTI 78416
Phone (361) 851-7210

### SAN SABA COUNTY

No Remote Access site available at this time.

### SCHLEICHER COUNTY

No Remote Access site available at this time.

### SCURRY COUNTY

**SCURRY COUNTY CLERK'S OFFICE** 1806 25th Street, Ste 300
Suite 300
SNYDER 79549
Phone (915) 573-5332

### SHACKELFORD COUNTY

No Remote Access site available at this time.

### SHELBY COUNTY

**SHELBY COUNTY CLERK'S OFFICE** P. O. Box 592
200 San Augustine
CENTER 75935
Phone (936) 598-3701

### SHERMAN COUNTY

No Remote Access site available at this time.

## SMITH COUNTY

**SMITH COUNTY**
200 E. Ferguson
TYLER 75701
Phone (903) 590-4670

**NORTHEAST TEXAS PUBLIC HEALTH DISTRICT**
815 North Broadway (75702)
P.O. Box 2039
TYLER 75710
Phone (903) 535-0030

## SOMERVELL COUNTY

**SOMERVELL COUNTY AND DISTRICT CLERK**
107 N.E. Vernon
P.O. Box 1098
GLEN ROSE 76043
Phone (254) 897-4427

## STARR COUNTY

**STARR COUNTY CLERK**
401 North Britton Avenue, Room 201
Star County Courthouse
Rio Grande City, Tx. 78582
Phone (956)487-8032

## STEPHENS COUNTY

**STEPHENS COUNTY CLERK**
200 W. Walker
BRECKENRIDGE 76424
Phone (254) 559-3700

## STERLING COUNTY

No Remote Access site available at this time.

## STONEWALL COUNTY

No Remote Access site available at this time.

## SUTTON COUNTY

No Remote Access site available at this time.

## SWISHER COUNTY

**SWISHER COUNTY & DISTRICT CLERK'S OFFICE**
Swisher County Courthouse
TULIA 79088
Phone (806) 995-3294

**Return to Remote Access list.**

*Last updated November 05, 2013*



### Remote Access Offices-Tarrant County through Tyler County

**Return to Remote Access list.**

# TARRANT COUNTY

**TARRANT COUNTY CLERK'S VITAL RECORDS OFFICE**
200 Taylor St. Room 301
FORT WORTH 76102
Phone (817) 884-1195

**CITY OF ARLINGTON**
101 W. Abram St., 1st Floor
Arlington, TX 76010
(817) 459-6234

**CITY OF NORTH RICHLAND HILLS**
P. O. Box 820609
7301 N.E. Loop 820
NORTH RICHLAND HILLS 76180-0609
Phone 817-427-6061

**CITY OF GRAPEVINE**
P O Box 95104
200 S. Main
GRAPEVINE 76099
Phone (817) 410-3181

**CITY OF BEDFORD**
2000 Forest Ridge Drive
BEDFORD 76021
Phone (817) 952-2104

# TAYLOR COUNTY

**TAYLOR COUNTY CLERK'S OFFICE**
300 Oak st
ABILENE 79602
Phone (325) 674-1202

**ABILENE-TAYLOR COUNTY HEALTH CLINIC**
850 North 6th Street
ABILENE 79601
Phone (325) 692-5600

# TERRELL COUNTY

No Remote Access site available at this time.

# TERRY COUNTY

**TERRY COUNTY CLERK'S OFFICE**
500 W. Main, Room105
BROWNFIELD 79316
Phone (806) 637-8551

# THROCKMORTON COUNTY

No Remote Access site available at this time.

## TITUS COUNTY

**TITUS COUNTY CLERK'S OFFICE**
100 W. 1st, Suite 204
Mt. Pleasant, TX 75455
Phone (903) 577-6796

## TOM GREEN COUNTY

**TOM GREEN COUNTY CLERK'S OFFICE**
124 West Beauregard
SAN ANGELO 76903-5850
Phone (325) 659-6553

## TRAVIS COUNTY

**AUSTIN HEALTH & HUMAN SERVICES/TRAVIS COUNTY HEALTH DEPARTMENT**
601 Airport Blvd., Bldg C
AUSTIN 78702
Phone (512) 972-4784

## TRINITY COUNTY

No Remote Access site available at this time.

## TYLER COUNTY

**TYLER COUNTY CLERK'S OFFICE**
100 Courthouse
WOODVILLE 75979
Phone (409) 283-2281

**Return to Remote Access list.**

Last updated April 18, 2013



### Remote Access Offices-Upshur County through Victoria County

**Return to Remote Access list.**

## UPSHUR COUNTY

**UPSHUR COUNTY CLERK'S OFFICE**
P. O. Box 730
Gilmer, TX. 75644
Phone: (903) 680-8123

## UPTON COUNTY

**UPTON COUNTY CLERK'S OFFICE**
Upton County Courthouse
P. O. Box 465
205 E. 10th
RANKIN 79778
Phone (432) 693-2861

## UVALDE COUNTY

**UVALDE COUNTY CLERK'S OFFICE**
P O Box 284
UVALDE 78802
Phone (830) 278-6614

## VAL VERDE COUNTY

No Remote Access site available at this time.

## VAN ZANDT COUNTY

**VAN ZANDT COUNTY**
121 E. Dallas, Room 202
CANTON 75103
Phone: (903) 567-6503

## VICTORIA COUNTY

**CITY OF VICTORIA**
105 W. Juan Linn
VICTORIA 77902-1758
Phone (361) 458-3040

**Return to Remote Access list.**

*Last updated November 05, 2013*



Remote Access Offices-Walker County through Wood County

**Return to Remote Access list.**

## WALKER COUNTY

No Remote Access site available at this time.

## WALLER COUNTY

**WALLER COUNTY CLERK'S OFFICE**
836 Austin, Rm 217
HEMPSTEAD 77445
Phone (979) 826-7711

## WARD COUNTY

**WARD COUNTY CLERK'S OFFICE**
400 S. Allen, #101
Moahans. TX 79756
Phone (432) 943-3294

## WASHINGTON COUNTY

**WASHINGTON COUNTY CLERK'S OFFICE**
100 East Main Street, Suite 102
BRENHAM 77833
Phone (409) 477-6200

## WEBB COUNTY

**CITY OF LAREDO**
2600 Cedar
LAREDO 78040
Phone (956) 795-4929

## WHARTON COUNTY

No Remote Access site available at this time.

## WHEELER COUNTY

**WHEELER COUNTY CLERK'S OFFICE**
P.O. Box 465
WHEELER 79096
Phone (806) 826-5544

## WICHITA COUNTY

**WICHITA FALLS/WICHITA COUNTY PUBLIC HEALTH DISTRICT**
1700 3rd Street
WICHITA FALLS 76301-2199
Phone (940) 761-7802

## WILBARGER COUNTY

**WILBARGER COUNTY**
1700 Wilbarger St., Room 15

WILBARGER 76384
Office (956) 689-2710

## WILLACY COUNTY

**WILLACY COUNTY CLERK**
576 W. Main
RAYMONDVILLE 78580
Office (940) 552-5486

## WILLIAMSON COUNTY

**WILLIAMSON COUNTY CLERK'S OFFICE**
405 Martin Luther King (In Basement)
GEORGETOWN 78626
Phone (512) 943-1515

**AUSTIN HEALTH & HUMAN SERVICES/TRAVIS COUNTY HEALTH DEPARTMENT**
601 Airport Blvd Bldg C
AUSTIN 78702
Phone (512) 972-4784

## WILSON COUNTY

**WILSON COUNTY CLERK**
P.O. BOX 27
FLORESVILLE, TX 78114
Phone: (830) 393-7308

## WINKLER COUNTY

No Remote Access site available at this time.

## WISE COUNTY

**WISE COUNTY CLERK'S OFFICE**
200 N. Trinity
Decatur, Texas 76234
Phone: (940) 627-3351

## WOOD COUNTY

**WOOD COUNTY CLERK'S OFFICE**
P. O. Box 1796
QUITMAN 75783-1796
Phone (903) 763-2711

**Return to Remote Access list.**

*Last updated November 05, 2013*



Remote Access Offices-Youkum County through Zavala County

**Return to Remote Access list.**

## YOAKUM COUNTY

**YOAKUM COUNTY CLERK'S OFFICE**
Yoakum County Courthouse
P. O. Box 309
PLAINS 79355
Phone (806) 456-7491 Ext. 294

## YOUNG COUNTY

**YOUNG COUNTY CLERK**
516 Fourth Street, Room 104
GRAHAM 76450
Phone (940) 549-8432

## ZAPATA COUNTY

No Remote Access site available at this time.

## ZAVALA COUNTY

No Remote Access site available at this time.

**Return to Remote Access list.**

*Last updated April 18, 2013*