**Farinelli,Victor (DSHS)**

**From:** Texas Health and Human Services Commission <txhhs@public.govdelivery.com>
**Sent:** Thursday, October 24, 2013 5:37 PM
**To:** Johnson,Derek (DSHS)
**Subject:** EIC ALERT

Local registrar offices linked via the Remote Birth Access system to the Vital Statistics Unit service applicants requesting a Birth Certificate Election Identification.

The purpose of the Birth Certificate for Election Identification is so applicants may obtain an Election Identification Certificate (EIC) from the Texas Department of Public Safety. Therefore, any applicant requesting a Birth Certificate for Election Identification must be 16 years of age or older.

Please contact your area representative if you have questions.

---

This email was sent to derek.johnson@dshs.state.tx.us using GovDelivery, on behalf of: Texas Health and Human Services Commission · 4900 North Lamar Blvd · Austin TX 78751 · 1-800-439-1420




2:13-cv-193
09/02/2014
DEF0366
exhibitsticker.com



Exhibit 117
Farinelli
Date 5/9/14
Melody Campbell, CSR