

# TEXAS DEPARTMENT OF STATE HEALTH SERVICES

P.O. Box 149347
Austin, Texas 78714-9347
1-888-963-7111
TTY: 1-800-735-2989
www.dshs.state.tx.us

DAVID L. LAKEY, M.D.
COMMISSIONER

TO:  Local Registrars and County Clerks

FROM:  Geraldine R. Harris
State Registrar
Vital Statistics Unit

DATE:  October 14, 2013

SUBJECT:  Use of election certification stamp on birth certificates for Local Registrars offices not linked to the State Vital Statistics Office via the Remote Birth Access System.

The Department of State Health Services (DSHS) is adopting a rule amendment which waives the fees charged under Title 25 of the Texas Administrative Code, Section 181.22 for a certified copy of a birth record for an individual who requires a certified copy in order to obtain an Election Identification Certificate (EIC) issued by the Department of Public Safety (DPS). This rule change does not affect the requirements that apply to obtaining a certified birth record; it only waives the fee previously charged for such records.  The rule will go into effect October 21, 2013.

The waiver will only apply to an individual who requests a certified copy in person from the department, a local registrar, or a county clerk for the purpose of obtaining an EIC.

Texas Health and Safety Code, Section 191.0045 also requires a local registrar or county clerk who issues a certified copy of a birth record to charge the same fee as the department, and so the waiver of fees also applies to fees charged by local registrars and county clerks that issue birth records. The fees required to be paid pursuant to Health and Safety Code, §§191.0045 (e) and 191.022(f) ($2.00) are statutorily required and as a result are not waived by this rule and must still be charged by the DSHS, local registrars and county clerks.

Enclosed is a stamp with the statement, "FOR ELECTION PURPOSES ONLY, CANNOT BE USED FOR IDENTIFICATION," which your office should use to mark the birth certificates that are issued for this purpose.

DSHS will be providing local registrars and county clerks with additional details on the rules as well as the procedures that will be used to ensure that the issuance of any certified birth record, for which a fee must be waived under these rules, is for the sole purpose of obtaining an EIC.  Please visit our website, www.texasvsu.org, for additional information on the process, procedures, and forms regarding the waiver, as well as contact information for questions on the waiver or any other aspect of this rule change.

Sincerely,

Geraldine R. Harris
State Registrar
Vital Statistics Unit
Encl:1

2:13-cv-193
09/02/2014

**DEF0367**

Exhibit  118
Date  5/8/14
Melody Campbell, CSR