By:  Brown of Kaufman, Berman, Bohac, Riddle,          H.B. No. 218
     et al.

A BILL TO BE ENTITLED

1                              AN ACT

2    relating to requiring a voter to present proof of identification.

3         BE IT ENACTED BY THE LEGISLATURE OF THE STATE OF TEXAS:

4         SECTION 1.  Section 13.122(a), Election Code, is amended to

5    read as follows:

6         (a)  In addition to the other statements and spaces for

7    entering information that appear on an officially prescribed

8    registration application form, each official form must include:

9              (1)  the statement:  "I understand that giving false

10   information to procure a voter registration is perjury and a crime

11   under state and federal law.";

12             (2)  a space for the applicant's registration number;

13             (3)  a space for the applicant's Texas driver's license

14   number or number of a personal identification card issued by the

15   Department of Public Safety;

16             (4)  a space for the applicant's telephone number;

17             (5)  a  space  for  the  applicant's  social  security

18   number;

19             (6)  a space for the applicant's sex;

20             (7)  a statement indicating that the furnishing of the

21   applicant's telephone number and sex is optional;

22             (8)  a  space  or  box  for  indicating  whether  the

23   applicant or voter is submitting new registration information or a

24   change in current registration information;



2:13-cv-193
09/02/2014
DEF0373

1



EXHIBIT
4

H.B. No. 218

1             (9)  a statement instructing a voter who is using the
2    form to make a change in current registration information to enter
3    the voter's name and the changed information in the appropriate
4    spaces on the form;

5             (10)  a statement that if the applicant declines to
6    register to vote, that fact will remain confidential and will be
7    used only for voter registration purposes;

8             (11)  a statement that if the applicant does register
9    to vote, information regarding the agency or office to which the
10   application is submitted will remain confidential and will be used
11   only for voter registration purposes;

12           (12)  a  space  or  box  for  indicating  whether  the
13   applicant is interested in working as an election judge;

14           (13)  a statement warning that a conviction for making
15   a false statement may result in imprisonment for up to the maximum
16   amount of time provided by law, a fine of up to the maximum amount
17   provided by law, or both the imprisonment and the fine; [and]

18           (14)  a  space  or  box  for  indicating  whether  the
19   applicant served in the active military, naval, or air service, was
20   discharged or released from the service under conditions other than
21   dishonorable, and incurred or aggravated a disability in the line
22   of duty in that service;

23           (15)  a  space  or  box  for  indicating  whether  the
24   applicant is a widow or widower of a person who served in the active
25   military, naval, or air service; and

26           (16) [(14)]  any other voter registration information
27   required by federal law or considered appropriate and required by

2

H.B. No. 218

1   the secretary of state.

2       SECTION 2.   Section 15.001(a), Election Code, is amended to

3   read as follows:

4       (a)   Each   voter   registration   certificate   issued   must

5   contain:

6           (1)   the voter's name in the form indicated by the

7   voter, subject to applicable requirements prescribed by Section

8   13.002 and by rule of the secretary of state;

9           (2)   the voter's residence address or, if the residence

10  has no address, the address at which the voter receives mail and a

11  concise description of the location of the voter's residence;

12          (3)   the month, day, and year of the voter's birth;

13          (4)   the number of the county election precinct in

14  which the voter resides;

15          (5)   the voter's effective date of registration if an

16  initial certificate;

17          (6)   the voter's registration number;

18          (7)   an   indication   of   the   period   for   which   the

19  certificate is issued;

20          (8)   a statement explaining the circumstances under

21  which the voter will receive a new certificate;

22          (9)   a space for stamping the voter's political party

23  affiliation;

24          (10)   a statement that voting with the certificate by a

25  person other than the person in whose name the certificate is issued

26  is a felony;

27          (11)   a space for the voter's signature;

3

H.B. No. 218

1          (12)  a  statement  that  the  voter  must  sign  the
2  certificate personally, if able to sign, immediately on receipt;
3          (13)  a space for the voter to correct the information
4  on the certificate followed by a signature line;
5          (14)  the  statement:  "If  any  information  on  this
6  certificate changes or is incorrect, correct the information in the
7  space  provided,  sign  below,  and  return  this  certificate  to  the
8  voter registrar."; [and]
9          (15)  the  registrar's  mailing  address  and  telephone
10  number;
11          (16)  an  indication  that  the  voter  is  a
12  "service-disabled veteran," if the voter stated on the voter's
13  registration application that the voter served in the active
14  military, naval, or air service, was discharged or released from
15  the service under conditions other than dishonorable, and incurred
16  or aggravated a disability in the line of duty in that service; and
17          (17)  an indication that the voter is a "military widow
18  or widower," if the voter stated on the voter's registration
19  application that the voter is a widow or widower of a person who
20  served in the active military, naval, or air service.
21     SECTION 3.  Section 32.111, Election Code, is amended by
22  adding Subsection (c) to read as follows:
23     (c)  The training standards adopted under Subsection (a)
24  must include provisions on the acceptance and handling of the
25  identification presented by a voter to an election officer under
26  Section 63.001.
27     SECTION 4.  Section 32.114(a), Election Code, is amended to

4

H.B. No. 218

1   read as follows:

2      (a)  The county clerk shall provide one or more sessions of

3   training using the standardized training program and materials

4   developed and provided by the secretary of state under Section

5   32.111 for the election judges and clerks appointed to serve in

6   elections ordered by the governor or a county authority.   Each

7   election judge shall complete the training program.  Each election

8   clerk shall complete the part of the training program relating to

9   the acceptance and handling of the identification presented by a

10  voter to an election officer under Section 63.001.

11     SECTION 5.  As soon as practicable after the effective date

12  of this Act:

13         (1)  the secretary of state shall adopt the training

14  standards and develop the training materials required to implement

15  the change in law made by this Act to Section 32.111, Election Code;

16  and

17         (2)  the county clerk of each county shall provide a

18  session of training under Section 32.114, Election Code, using the

19  standards adopted and materials developed to implement the change

20  in law made by this Act to Section 32.111, Election Code.

21     SECTION 6.  Chapter 62, Election Code, is amended by adding

22  Section 62.016 to read as follows:

23     Sec. 62.016.  NOTICE OF ACCEPTABLE IDENTIFICATION OUTSIDE

24  POLLING PLACES. The presiding judge shall post in a prominent place

25  on the outside of each polling location a list of the acceptable

26  forms of photographic and nonphotographic identification.   The

27  notice and list must be printed using a font that is at least

5

H.B. No. 218

1    24-point.

2           SECTION 7.   Section 63.001, Election Code, is amended by

3    amending Subsections (b), (c), (d), and (f) and adding Subsections

4    (g), (h), (i), (j), and (k) to read as follows:

5           (b)   On offering to vote, a voter must present to an election

6    officer   at   the   polling   place   the   voter's   voter   registration

7    certificate   and,   except   as   provided   by   Subsection   (j)   or   (k)

8    either:

9                 (1)   one   form   of   identification   listed   in   Section

10   63.0101(a); or

11                (2)   two   different   forms   of   identification   listed   in

12   Section 63.0101(b) [to an election officer at the polling place].

13          (c)   On   presentation   of   the   documentation   required   by

14   Subsection (b) [a registration certificate], an election officer

15   shall   determine   whether   the   voter's   name   on   the   registration

16   certificate is on the list of registered voters for the precinct.

17          (d)   If   the   voter's   name   is   on   the   precinct   list   of

18   registered voters and the voter's identity can be verified from the

19   proof presented, the voter shall be accepted for voting.

20          (f)   After determining whether to accept a voter, an election

21   officer   shall   return   the   voter's   documentation   [registration

22   certificate] to the voter.

23          (g)   If   the   requirements   for   identification   prescribed   by

24   Subsection   (b)   are   not   met,   the   voter   may   be   accepted   for

25   provisional voting only under Section 63.011.   An election officer

26   shall   inform   a   voter   who   is   not   accepted   for   voting   under   this

27   section   of   the   voter's   right   to   cast   a   provisional   ballot   under

6

H.B. No. 218

1  Section 63.011.

2       (h)  The  requirements  for  identification  prescribed  by

3  Subsection (b)(1) or (2) do not apply to a voter who:

4            (1)  presents   the   voter's   voter   registration

5  certificate on offering to vote; and

6            (2)  is 80 years of age or older as indicated by the

7  date of birth on the voter's voter registration certificate.

8       (i)  Notwithstanding Subsection (b), (c), (d), or (g), a

9  voter  shall  be  accepted  for  voting  after  presenting  a  voter

10 registration certificate or one form of identification listed in

11 Section 63.0101 if:

12           (1)  the voter's name on the registration certificate

13 or form of identification is on the list of registered voters for

14 the precinct;

15           (2)  the  precinct  is  located  in  a  county  that  the

16 governor proclaimed to be in a state of disaster under Section

17 418.014, Government Code, due to a weather-related event; and

18           (3)  the  date  of  the  election  is  before  the  first

19 anniversary of the date the state of disaster expires.

20      (j)  A voter who presents a voter registration certificate

21 indicating that the voter is a service-disabled veteran is not

22 required to provide any identification in addition to the voter's

23 voter registration certificate.

24      (k)  A voter who presents a voter registration certificate

25 indicating that the voter is a military widow or widower is not

26 required to provide any identification in addition to the voter's

27 voter registration certificate.

7

H.B. No. 218

1    SECTION 8.   Section 63.006(a), Election Code, is amended to
2  read as follows:

3         (a)  A voter who, when offering to vote, presents a voter
4  registration certificate indicating that the voter is currently
5  registered in the precinct in which the voter is offering to vote,
6  but whose name is not on the precinct list of registered voters,
7  shall be accepted for voting if the voter's identity can be verified
8  from the proof presented.

9    SECTION 9.   Section 63.007(a), Election Code, is amended to
10  read as follows:

11         (a)  A voter who, when offering to vote, presents a voter
12  registration certificate indicating that the voter is currently
13  registered in a different precinct from the one in which the voter
14  is offering to vote, and whose name is not on the precinct list of
15  registered voters, shall be accepted for voting if the voter's
16  identity can be verified from the proof presented and the voter
17  executes an affidavit stating that the voter:

18              (1)  is a resident of the precinct in which the voter is
19  offering to vote or is otherwise entitled by law to vote in that
20  precinct;

21              (2)  was a resident of the precinct in which the voter
22  is offering to vote at the time that information on the voter's
23  residence address was last provided to the voter registrar;

24              (3)  did not deliberately provide false information to
25  secure registration in a precinct in which the voter does not
26  reside; and

27              (4)  is voting only once in the election.

8

H.B. No. 218

1      SECTION 10.   Section 63.008(a), Election Code, is amended to

2    read as follows:

3      (a)  A voter who does not present a voter registration

4    certificate when offering to vote, but whose name is on the list of

5    registered voters for the precinct in which the voter is offering to

6    vote, shall be accepted for voting if the voter executes an

7    affidavit stating that the voter does not have the voter's voter

8    registration certificate in the voter's possession at the polling

9    place at the time of offering to vote and the voter's identity can

10   be verified from the proof presented [voter presents proof of

11   identification in a form described by Section 63.0101].

12     SECTION 11.   Section 63.0101, Election Code, is amended to

13   read as follows:

14     Sec. 63.0101.   DOCUMENTATION OF PROOF OF IDENTIFICATION.

15   (a) The following documentation is an acceptable form [as proof] of

16   photo identification under this chapter:

17      (1)  a driver's license or personal identification card

18   issued to the person by the Department of Public Safety that has not

19   expired or that expired no earlier than two years before the date of

20   presentation [or a similar document issued to the person by an

21   agency of another state, regardless of whether the license or card

22   has expired];

23      (2)  a United States military identification card that

24   contains the person's photograph [form of identification

25   containing the person's photograph that establishes the person's

26   identity];

27      (3)  a valid employee identification card that contains

H.B. No. 218

1    the person's photograph and is issued by an employer of the person
2    in  the  ordinary  course  of  the  employer's  business  [birth
3    certificate or other document confirming birth that is admissible
4    in a court of law and establishes the person's identity];
5              (4)  a United States citizenship certificate [papers]
6    issued to the person that contains the person's photograph;
7              (5)  a United States passport issued to the person;
8              (6)  a student identification card issued by a public
9    or private institution of higher education located in the United
10   States  that  contains  the  person's  photograph  [official  mail
11   addressed to the person by name from a governmental entity];
12             (7)  a license to carry a concealed handgun issued to
13   the person by the Department of Public Safety; or
14             (8)  a  valid  identification  card  that  contains  the
15   person's photograph and is issued by:
16                  (A)  an  agency  or  institution  of  the  federal
17   government; or
18                  (B)  an  agency,  institution,  or  political
19   subdivision of this state.
20        (b)  The following documentation is acceptable as proof of
21   identification under this chapter:
22             (1)  a copy of a current utility bill, bank statement,
23   government check, paycheck, or other government document that shows
24   the name and address of the voter;
25             (2)  official mail addressed to the person by name from
26   a governmental entity;
27             (3)  a certified copy of a birth certificate or other

10

H.B. No. 218

1   document confirming birth that is admissible in a court of law and

2   establishes the person's identity;

3          (4)   United States citizenship papers issued to the

4   person;

5          (5)   an original or certified copy of the person's

6   marriage license or divorce decree;

7          (6)   court records of the person's adoption, name

8   change, or sex change;

9          (7)   an identification card issued to the person by a

10  governmental entity of this state or the United States for the

11  purpose of obtaining public benefits, including veteran's

12  benefits, Medicaid, or Medicare;

13         (8)   a temporary driving permit issued to the person by

14  the Department of Public Safety;

15         (9)   a pilot's license issued to the person by the

16  Federal Aviation Administration or another authorized agency of the

17  United States;

18         (10)  a library card that contains the person's name

19  issued to the person by a public library located in this state; or

20         (11)  a hunting or fishing license issued to a person by

21  the Parks and Wildlife Department [or

22         [(8)  any other form of identification prescribed by

23  the secretary of state].

24  SECTION 12.  Section 63.011(a), Election Code, is amended to

25  read as follows:

26  (a)  A person to whom Section 63.001(g), 63.008(b), or

27  63.009(a) applies may cast a provisional ballot if the person

H.B. No. 218

1    executes an affidavit stating that the person:

2              (1)  is a registered voter in the precinct in which the

3    person seeks to vote; and

4              (2)  is eligible to vote in the election.

5        SECTION 13.  Section  521.422,  Transportation  Code,  is

6    amended by amending Subsection (a) and adding Subsection (d) to

7    read as follows:

8        (a)  Except as provided by Subsection (d), the [The] fee for

9    a personal identification certificate is:

10             (1)  $15 for a person under 60 years of age;

11             (2)  $5 for a person 60 years of age or older; and

12             (3)  $20 for  a  person  subject  to  the  registration

13   requirements under Chapter 62, Code of Criminal Procedure.

14       (d)  The department may not collect a fee for a personal

15   identification certificate issued to a person who states that the

16   person is obtaining the personal identification certificate for the

17   sole purpose of satisfying Section 63.001(b)(1), Election Code,

18   and:

19             (1)  who  is  a  registered  voter  in  this  state  and

20   presents a valid voter registration certificate; or

21             (2)  who  is  eligible  for  registration  under  Section

22   13.001, Election Code, and submits a registration application to

23   the department.

24       SECTION 14.  The  voter  registrar  of  each  county  shall

25   provide notice of the change in identification requirements for

26   voting  contained  in  this  Act  with  each  voter  registration

27   certificate or renewal registration certificate issued on or before

H.B. No. 218

1   September 1, 2008.  The secretary of state shall prescribe the form

2   of the notice required under this section.

3         SECTION 15.  This Act takes effect September 1, 2007.