TRANSCRIPT OF PROCEEDINGS BEFORE

THE SENATE OF THE STATE OF TEXAS

EIGHTY-FIRST LEGISLATURE

(COMMITTEE OF THE WHOLE SENATE)

AUSTIN, TEXAS



IN RE:                              §
                                    §
CONSIDERATION OF                    §
SENATE BILL 362                     §

### COMMITTEE OF THE WHOLE SENATE

### TUESDAY, MARCH 10, 2009

BE IT REMEMBERED THAT AT 12:38 p..m., on
Tuesday, the 10th day of March 2009, the above-
entitled matter was heard at the Texas State Capitol
Senate Chamber, Austin, Texas, before the Committee of
the Whole Senate; and the following proceedings were
reported by Aloma J. Kennedy, a Certified Shorthand
Reporter of:

VOLUME 1A                              PAGES 1 - 209

KENNEDY

REPORTING

SERVICE

*a record of excellence*

1801 Lavaca  •  Suite 115  •  Austin, Texas  78701  •  512-474-2233



2:13-cv-193
09/02/2014
**DEF0376**

1          **LAYING OUT OF SENATE BILL 362**

2                    SEN. FRASER:  Thank you, members.  The

3    three-minute rule is in effect.

4                    I've been sitting here for four hours

5    waiting to lay this out.  And, actually, we have a lot

6    of discussion about how I should lay this out,

7    discussion on it.  And I think the bill speaks for

8    itself.  And I am going to be very brief, probably

9    three or four minutes, and allow the witnesses to move

10   forward, because I think we've wasted enough of the

11   public's time and that we should move forward with

12   hearing from the witnesses.

13                   Members, this bill, I think probably

14   most of you are going to be very familiar with it.

15   It's something we've talked about a lot.  Someone back

16   a while ago when we were having lunch asked me the

17   question, said, "How did the talk about this bill get

18   started"?

19                   And I actually came back and sat down,

20   and I've got probably, interestingly, more research

21   and more reading and debate on this bill maybe than

22   one I've ever done, because I'm very interested in the

23   concept.  But I think probably if you track it back in

24   our nation's history, is that we look at the ongoing

25   threat of voter fraud that this country has addressed

52

```
1    secondary choices are a lot of secondary choices.
2                They could show their library card.
3    They could show any government piece of mail that was
4    mailed to them.  Basically anything that would show
5    their identification as a secondary source of
6    identification is going to be allowed under my bill.
7    And when we start discussing that, I'll be glad to go
8    over the list that is listed of things.  But in Texas,
9    the bill that we are laying out actually has a
10   secondary choice.  Then if someone doesn't have a
11   photo ID, there is a secondary choice to identify
12   themselves.
13                I should also clarify that we are only
14   addressing the in-person voting; we are not addressing
15   mail-in ballots, early voting, any of the other things
16   in the election cycle.
17                I think I'm going to go ahead and close
18   so we can start either the questions and/or bring in
19   the witnesses.  But I think it's important to note
20   that in upholding Indiana's photo ID law, in the
21   decision that was given by John Paul Stevens in his
22   majority opinion, he stated, "Confidence in the
23   integrity of our election process is essential to the
24   functioning of our participatory democracy.  Voter
25   fraud drives honest citizens out of the democratic
```

1    itemize --

2                SEN. FRASER:   I'm getting heckled over

3    here.   People from the other side are moving over

4    to -- he's trying to implement the egg-timer rule of

5    three minutes.

6                SEN. ZAFFIRINI:   I see.

7                SEN. FRASER:   I'm for that.

8                SEN. ZAFFIRINI:   Well, on Page 6, Line

9    14 of your bill, you list types of documentation that

10   you acceptable as proof of identification under this

11   chapter.   In 2007, in House Bill 218 which you

12   sponsored in the Senate, you included a student

13   identification card as proof of identification, as

14   acceptable documentation, but a student ID card is not

15   included in your 2009 bill.   Could you explain why?

16               SEN. FRASER:   Senator, could I refer you

17   to Section 6.

18               SEN. ZAFFIRINI:   What line, what page,

19   Senator?

20               SEN. FRASER:   It is -- just a second.

21   The reference you're making is the public institutions

22   of higher learning, the student ID card is still

23   included.   The wording changed, but it's covered by

24   No. (6)(A).

25               SEN. ZAFFIRINI:   So you're saying that

1    on Page 6, beginning at Line 8 where it reads, "a
2    valid identification card that contains the person's
3    photograph and is issued by:
4                     (A)   An agency or institution of
5    the federal government; or
6                     (B)   An agency, institution, or
7    political subdivision of this state," you're saying
8    that that would include institutions of higher
9    education and that, therefore, student identification
10   cards would be acceptable proof of identification?
11              SEN. FRASER:  Yes.
12              SEN. ZAFFIRINI:  Good.
13              SEN. FRASER:  Isn't that what that says?
14   It says "an agency, institution or political
15   subdivision of this state."  The University of Texas
16   is considered a subdivision of the state.  It says
17   that an identification card that contains a person's
18   photograph that is issued by.  I think the answer to
19   your question is "Yes."
20              SEN. ZAFFIRINI:  All right.  In your old
21   bill -- I'm looking at it now -- you have this
22   language -- and in addition to that, you specified the
23   student identification card.  But so long as you
24   clarify your legislative intent, that's acceptable to
25   me.

1    you have placed in front of us today on voter ID have
2    an affirmative role for states in recommending that
3    they reach out to non-drivers by providing more
4    offices?
5              SEN. FRASER:  I'm sorry.  I'm not even
6    getting close to following the question you're asking.
7    The bill that I'm laying out today says that when
8    Wendy Davis walks into the voting booth, you've got to
9    prove that you're really Wendy Davis.  It's that
10   simple.
11             SEN. DAVIS:  And the bill does not
12   include a request of the state that it open more
13   offices for the purposes of obtaining a photo ID for
14   non-drivers, it does not include that proposal.
15   Correct?
16             SEN. FRASER:  They can use non-photos.
17   I mean, there is no provision right now, there is
18   nothing in the bill that every person in the state
19   could not comply with, because you can use a piece of
20   mail that had been mailed to you, your library card.
21   There's a long, long list of things that you could
22   use.  You could even use as your piece of
23   identification the mail that the registrar sent to you
24   for your voter registration.  That's a form of
25   identification.

1   back to my question.  Maybe it wasn't specific enough.

2   Have you talked to any African-Americans or Hispanics

3   that are in support of your bill --

4              SEN. FRASER:  Yes.

5              SEN. WEST:  -- support?  And will they

6   be here to testify?

7              SEN. FRASER:  I'm not advised.  I --

8              SEN. WEST:  Okay.  Have you talked to

9   any African- --

10              SEN. FRASER:  I haven't looked at the

11   list of who is going to testify.

12              SEN. WEST:  Have you talked to any

13   African-Americans or Hispanics about the impact that

14   your bill will have on their right to vote?

15              Let me tell you what I'm getting to.

16   Have you talked to any African-Americans?  Have you

17   done an assessment in terms of whether or not this

18   particular bill and the methods that you are employing

19   will be retrogressive as it relates to the minority

20   voters of the State of Texas?

21              SEN. FRASER:  I think the answer is the

22   same answer I gave you about four questions ago, is

23   that I looked at -- and I've spent a lot of time

24   examining the data of actual voter turnout that

25   happened after the implementation of a photo ID bill

1    in Indiana and in Georgia.  And I have invited the
2    election judges from both states to come and share
3    that with you today, and I feel sure that they will be
4    glad to answer your questions.
5                 SEN. WEST:  And based on your
6    observation of what occurred in those particular
7    states, you believe that your bill, if enacted in law,
8    will not have any retrogressive impact on the minority
9    voters of the State of Texas?
10                SEN. FRASER:  I think my bill is going
11   to increase African-American and Hispanic turnout in
12   Texas.  I think those people today feel
13   disenfranchised because they feel like there is fraud
14   going on in votes today --
15                SEN. WEST:  Well, have you talked to
16   any --
17                SEN. FRASER:  Are you interrupting me?
18                SEN. WEST:  Yes.  I --
19                SEN. FRASER:  Just a second.  I get to
20   finish.
21                SEN. WEST:  But you say you feel like
22   those people.  My question is, who have you spoken to,
23   to come to that assertion that those people feel as
24   though that there's fraud and all that stuff?  What
25   African-Americans and Hispanics -- have you spoken to

1    some to make that assertion, in the State of Texas?

2              And I'll listen to you now.  I'll listen

3    to you now respond to my question.

4              SEN. FRASER:  I have laid out a bill and

5    researched, asked questions about the way people vote.

6    I believe I have a bill that will encourage people

7    that their vote will count and their vote is not going

8    to be diluted by those that cheat.  I think that will

9    encourage voters, as it did in Indiana and in Georgia.

10             And I believe that this bill is not only

11   good for the people of the State of Texas, but I'm

12   pretty familiar with the ethnic makeup of the people

13   you represent.  And I think this bill will be

14   extremely good for Royce West's senatorial district.

15             SEN. WEST:  Well, and I appreciate your

16   thoughts.  But let me ask you again, you made some

17   assertions that you believe that it's going to be good

18   for every one of Royce West's district and ethnic

19   minorities in the State of Texas.  You made assertions

20   that this will prevent people from cheating and all

21   that other stuff.  And I'm asking you, as relates to

22   voter impersonation, have you talked to any African-

23   Americans or Hispanics that said there was a problem

24   in the state, that this is a problem in the state?

25   Have you talked to any African-Americans in the state?