

# PRESS RELEASE

State Senator Troy Fraser
The Capitol, Room 1E.15
Austin Texas, 78701

FOR IMMEDIATE RELEASE
January 20, 2011

Contact: Janice McCoy
(512) 463-0124

## FRASER APPLAUDS GOVERNOR PERRY DECLARING VOTER ID EMERGENCY ITEM

"I want to thank Governor Rick Perry for declaring Voter ID an emergency item for the 2011 legislative session. By taking this action, the Legislature will be able to address this priority issue more quickly.

"For the third time, I am sponsoring a voter ID bill in the Texas Senate. Senate Bill 14 would require each voter show photo identification before being able to cast a ballot.

"I was successful in passing this legislation out of the Texas Senate last session, but it failed in the Texas House of Representatives due to a lack of time. By declaring this issue an emergency, we will be able to get started sooner.

"I expect the Texas Senate to act quickly to pass this legislation. I have extreme confidence that we will be able to get this bill to the Governor's desk for signature.

"Voter ID is simply putting into practice the intent of the current law -- that the person who shows up at the polls is who he or she claims to be. Voter impersonation is a serious crime, but without a photo ID requirement we can never have confidence in our system of voting.

"This legislation is not a radical concept. I am just asking that every voter verify that "you are who you say you are" before casting a vote."

--30--

*Senator Fraser represents a 21-county region in the geographic center of the state. He is the Chairman of the Senate Committee on Natural Resources. He also sits on the following standing Senate Committees: Business and Commerce, Nominations, State Affairs, and International Relations and Trade.*



TX_00086361



TEX00086361