By: Fraser, Estes, Nelson                    S.B. No. 362
    Nichols

A BILL TO BE ENTITLED

1                          AN ACT
2  relating to requiring a voter to present proof of identification.
3       BE IT ENACTED BY THE LEGISLATURE OF THE STATE OF TEXAS:
4       SECTION 1.  Subchapter A, Chapter 15, Election Code, is
5  amended by adding Section 15.005 to read as follows:
6       Sec. 15.005.  NOTICE    OF    IDENTIFICATION    REQUIREMENTS.
7  (a)  The voter registrar of each county shall provide notice of the
8  identification requirements for voting prescribed by Chapter 63 and
9  a detailed description of those requirements with each voter
10 registration certificate issued under Section 13.142 or renewal
11 registration certificate issued under Section 14.001.
12      (b)  The secretary of state shall prescribe the wording of
13 the notice to be included on the certificate under this section.
14      SECTION 2.  Subchapter A, Chapter 31, Election Code, is
15 amended by adding Section 31.012 to read as follows:
16      Sec. 31.012.  VOTER  IDENTIFICATION  EDUCATION.   (a)  The
17 secretary of state and the voter registrar of each county that
18 maintains a website shall provide notice of the identification
19 requirements for voting prescribed by Chapter 63 on each entity's
20 respective website.  The secretary of state shall prescribe the
21 wording of the notice to be included on the websites.
22      (b)  The secretary of state, in cooperation with appropriate
23 nonprofit organizations as determined by the secretary of state and
24 with each party whose nominee for governor in the most recent


2:13-cv-193
09/02/2014
DEF0386


EXHIBIT
17

S.B. No. 362

1   gubernatorial general election received 20 percent or more of the
2   total number of votes received by all candidates for governor in the
3   election, shall establish a statewide effort to educate voters
4   regarding the identification requirements for voting prescribed by
5   Chapter 63.  The secretary of state may use any available funds,
6   including federal funds, for the purposes of this section.

7        SECTION 3.  Section 32.111, Election Code, is amended by
8   adding Subsection (c) to read as follows:

9        (c)  The training standards adopted under Subsection (a)
10  must include provisions on the acceptance and handling of the
11  identification presented by a voter to an election officer under
12  Section 63.001.

13       SECTION 4.  Subsection (a), Section 32.114, Election Code,
14  is amended to read as follows:

15       (a)  The county clerk shall provide one or more sessions of
16  training using the standardized training program and materials
17  developed and provided by the secretary of state under Section
18  32.111 for the election judges and clerks appointed to serve in
19  elections ordered by the governor or a county authority.   Each
20  election judge shall complete the training program.  Each election
21  clerk shall complete the part of the training program relating to
22  the acceptance and handling of the identification presented by a
23  voter to an election officer under Section 63.001.

24       SECTION 5.  Chapter 62, Election Code, is amended by adding
25  Section 62.016 to read as follows:

26       Sec. 62.016.  NOTICE OF ACCEPTABLE IDENTIFICATION OUTSIDE
27  POLLING PLACES. The presiding judge shall post in a prominent place

2

S.B. No. 362

1  on the outside of each polling location a list of the acceptable

2  forms of photographic and nonphotographic identification.  The

3  notice and list must be printed using a font that is at least

4  24-point.

5       SECTION 6.  Section 63.001, Election Code, is amended by

6  amending Subsections (b), (c), (d), and (f) and adding Subsection

7  (g) to read as follows:

8       (b)  On offering to vote, a voter must present to an election

9  officer at the polling place either:

10            (1)  one form of identification listed in Section

11  63.0101(a); or

12            (2)  two different forms of identification listed in

13  Section 63.0101(b) [the voter's voter registration certificate to

14  an election officer at the polling place].

15       (c)  On presentation of the documentation required by

16  Subsection (b) [a registration certificate], an election officer

17  shall determine whether the voter's name on the registration

18  certificate is on the list of registered voters for the precinct.

19       (d)  If the voter's name is on the precinct list of

20  registered voters and the voter's identity can be verified from the

21  documentation presented under Subsection (b), the voter shall be

22  accepted for voting.

23       (f)  After determining whether to accept a voter, an election

24  officer shall return the voter's documentation [registration

25  certificate] to the voter.

26       (g)  If the requirements for identification prescribed by

27  Subsection (b) are not met, the voter may be accepted for

3

S.B. No. 362

1   provisional voting only under Section 63.011.  An election officer

2   shall inform a voter who is not accepted for voting under this

3   section of the voter's right to cast a provisional ballot under

4   Section 63.011.

5       SECTION 7.  Effective January 1, 2010, Subsection (a),

6   Section 63.0011, Election Code, is amended to read as follows:

7       (a)  Before a voter may be accepted for voting, an election

8   officer shall ask the voter if the voter's residence address on the

9   precinct list of registered voters is current and whether the voter

10  has changed residence within the county.  If the voter's address is

11  omitted from the precinct list under Section 18.005(c), the officer

12  shall ask the voter if the voter's residence as listed on

13  identification presented by the voter under Section 63.001(b) [the

14  voter's voter registration certificate] is current and whether the

15  voter has changed residence within the county.

16      SECTION 8.  Subsection (a), Section 63.006, Election Code,

17  is amended to read as follows:

18      (a)  A voter who, when offering to vote, presents a voter

19  registration certificate indicating that the voter is currently

20  registered in the precinct in which the voter is offering to vote,

21  but whose name is not on the precinct list of registered voters,

22  shall be accepted for voting if the voter's identity can be verified

23  from the documentation presented under Section 63.001(b).

24      SECTION 9.  Subsection (a), Section 63.007, Election Code,

25  is amended to read as follows:

26      (a)  A voter who, when offering to vote, presents

27  documentation required under Section 63.001(b) that indicates [a

4

S.B. No. 362

1  ~~voter registration certificate indicating that~~] the voter is
2  currently registered in a different precinct from the one in which
3  the voter is offering to vote, and whose name is not on the precinct
4  list of registered voters, shall be accepted for voting if <u>the</u>
5  <u>voter's identity can be verified from the documentation and</u> the
6  voter executes an affidavit stating that the voter:

7          (1)  is a resident of the precinct in which the voter is
8  offering to vote or is otherwise entitled by law to vote in that
9  precinct;

10         (2)  was a resident of the precinct in which the voter
11  is offering to vote at the time that information on the voter's
12  residence address was last provided to the voter registrar;

13         (3)  did not deliberately provide false information to
14  secure registration in a precinct in which the voter does not
15  reside; and

16         (4)  is voting only once in the election.

17      SECTION 10.  Section 63.0101, Election Code, is amended to
18  read as follows:

19      Sec. 63.0101.  DOCUMENTATION OF PROOF OF IDENTIFICATION.
20  <u>(a)</u>  The following documentation is <u>an</u> acceptable <u>form</u> [~~as proof~~]
21  of <u>photo</u> identification under this chapter:

22         (1)  a driver's license or personal identification card
23  issued to the person by the Department of Public Safety <u>that has not</u>
24  <u>expired or that expired no earlier than two years before the date of</u>
25  <u>presentation</u> [~~or a similar document issued to the person by an~~
26  ~~agency of another state, regardless of whether the license or card~~
27  ~~has expired~~];

5

S.B. No. 362

1          (2)  a United States military identification card that

2    contains the person's photograph [form of identification

3    containing the person's photograph that establishes the person's

4    identity];

5          (3)  a [birth certificate or other document confirming

6    birth that is admissible in a court of law and establishes the

7    person's identity;

8          [(4)]  United States citizenship certificate [papers]

9    issued to the person that contains the person's photograph;

10          (4) [(5)]  a United States passport issued to the

11    person;

12          (5)  a license to carry a concealed handgun issued to

13    the person by the Department of Public Safety; or

14          (6)  [official mail addressed to the person by name

15    from a governmental entity;

16          [(7)]  a valid identification card that contains the

17    person's photograph and is issued by:

18               (A)  an agency or institution of the federal

19    government; or

20               (B)  an agency, institution, or political

21    subdivision of this state.

22          (b)  The following documentation is acceptable as proof of

23    identification under this chapter:

24          (1)  the voter's voter registration certificate or a

25    copy of a current utility bill, bank statement, government check,

26    paycheck, or other government document that shows the name and

27    address of the voter;

1          (2)  official mail addressed to the person by name from

2  a governmental entity;

3          (3)  a certified copy of a birth certificate or other

4  document confirming birth that is admissible in a court of law and

5  establishes the person's identity;

6          (4)  United States citizenship papers issued to the

7  person;

8          (5)  an original or certified copy of the person's

9  marriage license or divorce decree;

10          (6)  court records of the person's adoption, name

11  change, or sex change;

12          (7)  an identification card issued to the person by a

13  governmental entity of this state or the United States for the

14  purpose of obtaining public benefits, including veteran's

15  benefits, Medicaid, or Medicare;

16          (8)  a temporary driving permit issued to the person by

17  the Department of Public Safety;

18          (9)  a pilot's license issued to the person by the

19  Federal Aviation Administration or another authorized agency of the

20  United States;

21          (10)  a library card that contains the person's name

22  issued to the person by a public library located in this state; or

23          (11)  a hunting or fishing license issued to a person by

24  the Parks and Wildlife Department [or

25  [(8)  any other form of identification prescribed by

26  the secretary of state].

27     SECTION 11.  Subsection (a), Section 63.011, Election Code,

S.B. No. 362

1    is amended to read as follows:

2         (a)  A  person  to  whom  Section  63.001(g)  [63.008(b)  or

3    63.009(a)]  applies  may  cast  a  provisional  ballot  if  the  person

4    executes an affidavit stating that the person:

5              (1)  is a registered voter in the precinct in which the

6    person seeks to vote; and

7              (2)  is eligible to vote in the election.

8         SECTION 12.  Section  521.422,  Transportation  Code,  is

9    amended  by  amending  Subsection  (a)  and  adding  Subsection  (d)  to

10   read as follows:

11        (a)  Except as provided by Subsection (d), the [The] fee for

12   a personal identification certificate is:

13             (1)  $15 for a person under 60 years of age;

14             (2)  $5 for a person 60 years of age or older; and

15             (3)  $20  for  a  person  subject  to  the  registration

16   requirements under Chapter 62, Code of Criminal Procedure.

17        (d)  The  department  may  not  collect  a  fee  for  a  personal

18   identification certificate issued to a person who states that the

19   person is obtaining the personal identification certificate for the

20   sole  purpose  of  satisfying  Section  63.001(b)(1),  Election  Code,

21   and:

22             (1)  who  is  a  registered  voter  in  this  state  and

23   presents a valid voter registration certificate; or

24             (2)  who  is  eligible  for  registration  under  Section

25   13.001, Election Code, and submits a registration application to

26   the department.

27        SECTION 13.  Effective January 1, 2010, Sections 63.008 and

8

S.B. No. 362

1 63.009, Election Code, are repealed.

2       SECTION 14.  As soon as practicable after the effective date
3 of this Act:

4             (1)  the secretary of state shall adopt the training
5 standards and develop the training materials required to implement
6 the change in law made by this Act to Section 32.111, Election Code;
7 and

8             (2)  the county clerk of each county shall provide a
9 session of training under Section 32.114, Election Code, using the
10 standards adopted and materials developed to implement the change
11 in law made by this Act to Section 32.111, Election Code.

12       SECTION 15.  (a)  Except as provided by Subsection (b) of
13 this section, this Act takes effect January 1, 2010.

14       (b)  The changes in law made by Sections 1, 2, 3, 4, and 14 of
15 this Act take effect September 1, 2009.

9