TRANSCRIPT OF PROCEEDINGS BEFORE

THE SENATE OF THE STATE OF TEXAS

EIGHTY-SECOND LEGISLATURE

(COMMITTEE OF THE WHOLE SENATE)

AUSTIN, TEXAS



IN RE:                           §
                                 §
CONSIDERATION OF                 §
SENATE BILL 14                   §





COMMITTEE OF THE WHOLE SENATE

TUESDAY, JANUARY 25, 2011

      BE IT REMEMBERED THAT AT 8:05 a.m., on Tuesday, the 25th day of January 2011, the above-entitled matter continued at the Texas State Capitol, Senate Chamber, Austin, Texas, before the Committee of the Whole Senate. The following proceedings were reported by Aloma J. Kennedy, Lorrie A. Schnoor and Kim Pence, Certified Shorthand Reporters.

VOLUME 2                                PAGES 20 - 542

2:13-cv-193
09/02/2014
DEF0401

CONSIDERATION OF SENATE BILL 14 1/25/2011

| | |
|---|---|
| 1 | CHAIRMAN DUNCAN: All right. Thank you, |
| 2 | Ms. McGeehan. |
| 3 | The Chair recognizes Senator Davis. |
| 4 | QUESTIONS FROM SENATE FLOOR |
| 5 | SEN. DAVIS: Hello. Good evening. Thank |
| 6 | you so much for being here with us to provide answers |
| 7 | for our questions. I know you've had a long day. |
| 8 | I just want to ask you a few questions |
| 9 | about the current state of voter education as its taking |
| 10 | place today in the Secretary of State's Office. Can you |
| 11 | describe for us the use of the HAVA funds and how those |
| 12 | are currently being used today? |
| 13 | MS. McGEEHAN: We received -- when |
| 14 | Congress passed the Help America Vote Act, the state of |
| 15 | Texas received a set amount of funds. And pursuant to |
| 16 | the Help America Vote Act, there are certain purpose |
| 17 | areas that we can use those funds for, and one of the |
| 18 | purpose areas is voter education. So since two -- we |
| 19 | have conducted three statewide education -- voter |
| 20 | education programs, one in 2006, one in 2008 and one in |
| 21 | 2010 using those federal dollars. And they have been -- |
| 22 | we've worked with a public education firm to do |
| 23 | research, and then they develop creative material. We |
| 24 | run PSAs on TV, radio. In this last cycle, 2010, we |
| 25 | used the Internet quite a bit as well. |

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1              SEN. DAVIS:  That's the amount that was
 2  given to the state of Texas?
 3              MS. McGEEHAN:  Yes.
 4              SEN. DAVIS:  Okay.  And so of that amount,
 5  how much have we spent so far?
 6              MS. McGEEHAN:  Let's see here.  We -- I
 7  think we have spent $177,798,488.
 8              SEN. DAVIS:  Okay.  And you described
 9  spending about $3 million over the last three two-year
10  cycles.  How have we spent the balance of that?
11              MS. McGEEHAN:  Well, I mean, the bulk of
12  the money or about half of the money went to counties to
13  obtain HAVA compliant voting systems, electronic voting
14  systems that made -- that complied with HAVA and allowed
15  disabled voters to vote independently.  So let's see.
16  $140 million went to the counties for that purpose.
17              The other program areas are for developing
18  a statewide voter registration system.  We've spent
19  25 million on that.  And then as far as the
20  administrative expenses, we've spent about 2.8 million
21  on that.  For voter education, we've spent 9.5 million
22  so far.
23              SEN. DAVIS:  And what are the -- setting
24  aside the requirements of the bill that's being
25  introduced today, what are the intended plans for the
```

CONSIDERATION OF SENATE BILL 14 1/25/2011

1 budget that I discussed is following that state plan.

2         SEN. DAVIS: Okay. And under that state

3 plan right now, what portion of funding remains for

4 voter education?

5         MS. McGEEHAN: For voter -- okay. And

6 actually to be more precise, what the -- the purpose

7 area for voter education is for voter education and also

8 for election official and poll worker training; that's

9 grouped. And the amount remaining is between 5 and

10 $7 million.

11         SEN. DAVIS: Okay. And that is expected

12 to extend us or to take us through the next how many

13 years under that plan?

14         MS. McGEEHAN: It will -- again, it's

15 going to depend how extensive our next few voter

16 education programs are because that's what the bulk of

17 the money has been spent on, voter education programs.

18 The average is about 3 million. So I guess the hope

19 might be for at least two other statewide voter

20 education programs.

21         SEN. DAVIS: Okay. And I'm sure you've

22 seen the fiscal note that was a part of this bill. And

23 by the way, I think it would be very helpful if you

24 would enter that state plan into the record as an

25 exhibit for our further use.

CONSIDERATION OF SENATE BILL 14 1/25/2011

1  but it's hard for me to say today exactly how much that

2  may take away from future voter education efforts.

3          SEN. DAVIS:  When was the last time in the

4  state of Texas we made any changes of significance to

5  the voter rules?

6          MS. McGEEHAN:  Probably the -- when we had

7  to implement the federal Help America Vote Act.  That's

8  when provisional voting became a requirement.  There

9  were significant changes to voter registration as to

10  what's required to become a registered voter, and that's

11  why we have these HAVA dollars for voter education.

12          SEN. DAVIS:  And that began in '06.

13  Correct?

14          MS. McGEEHAN:  Correct.

15          SEN. DAVIS:  Okay.  In '06, the Texas

16  voter registration application form changed in

17  accordance with those requirements, it's my

18  understanding, and that's when we began to collect this

19  data that requested a driver's license number or a

20  social security number.  Is that's correct?

21          MS. McGEEHAN:  That's correct.

22          SEN. DAVIS:  Okay.  So we have data, I

23  guess, only from '06, and that would -- would that only

24  be then for new registrants from '06?  If I had already

25  registered to vote prior to that, you wouldn't have that

CONSIDERATION OF SENATE BILL 14 1/25/2011

1   percent number, but the actual number is 2.3 million

2   since 2006.  Since January 1, 2006 through December 31,

3   2010, 2.3 million, when they registered, provided their

4   driver's license number.

5                SEN. DAVIS:  What's the total number of

6   applications in that time period?

7                MS. McGEEHAN:  And the total number -- I

8   think it's going to be just under 3 million, and I'm

9   doing math on the fly.  I might have to -- I'd prefer to

10  give that --

11               SEN. DAVIS:  Can you provide that

12  information --

13               MS. McGEEHAN:  Yes.

14               SEN. DAVIS:  -- to us?

15               MS. McGEEHAN:  Yes.

16               SEN. DAVIS:  That would be appreciated.

17               So what's the number of people who are not

18  filling out either the driver's license number or the

19  social security number in Section 8 but instead are

20  going to Section 9 and signing the attestation clause of

21  Section 9?

22               MS. McGEEHAN:  And that's the attestation

23  clause saying they have not been issued either form of

24  ID?

25               SEN. DAVIS:  (Nodded)

CONSIDERATION OF SENATE BILL 14 1/25/2011

1  was optional.  It was on the form.

2           SEN. DAVIS:  Uh-huh.  Okay.  So we really

3  don't know how many of that group were answering the

4  question voluntarily because they have the number versus

5  those who were not answering it, not because they chose

6  to, but because they did have their driver's license

7  number?

8           MS. McGEEHAN:  Yes, you are correct.

9  That's right.

10          SEN. DAVIS:  So when we're putting

11 together an estimate of what the cost to educate our

12 voters is going to be and when we think about how

13 significant the changes are that are addressed in this

14 bill, what's your -- what's your process been to try to

15 determine how many people will be impacted and what that

16 voter education is going to need to look like?

17          MS. McGEEHAN:  Well, we -- I mean, to be

18 very honest, we haven't done much planning yet.  We

19 prepared this fiscal note on Friday.  That would be

20 obviously a very important component is trying to

21 identify who the appropriate audiences are, who you need

22 to get the information out to.

23          Senator Williams had approached us earlier

24 today to see if we could do some comparisons to try and

25 further focus in on who those registered voters are that

CONSIDERATION OF SENATE BILL 14 1/25/2011

1  what's required in order to vote in the state of Texas.
2  Why is the number to educate -- on such a sweeping
3  change for what will likely be a much larger group of
4  impacted people in the state of Texas, why is that
5  number so much lower than the $3 million number that's
6  currently being spent for voter education?
7            MS. McGEEHAN:  Well, if the -- if a
8  $2 million program is added into an existing $3 million
9  program, then you've got a $5 million program.  I mean,
10  our voter education under HAVA is directed to all
11  registered voters.  And so, you know, a new voter -- a
12  new photo ID requirement would also need to be directed
13  to all registered voters because it's a change for all
14  voters.
15            SEN. DAVIS:  So we're talking about -- I'm
16  sorry to interrupt you.  We're talking a $2 million
17  addition to the $3 million that was already intended for
18  voter education in this next two-year cycle.
19            MS. McGEEHAN:  Possibly, possibly.  I
20  mean, we -- you know, we've got a communications
21  director that would have some input on that.  This
22  fiscal note represented what we thought might be a
23  reasonable fiscal note.  If we have, you know,
24  legislative direction to take it a different way or do
25  additional outreach, that's fine.  But based on the way

CONSIDERATION OF SENATE BILL 14 1/25/2011

1   really nice to have them to do that.  We never had that

2   kind of funding before.  So if there's a desire to do

3   voter education programs of this -- of this type, then

4   we would need state appropriation.

5              SEN. DAVIS:  So these federal funds will

6   take us basically through a one-time voter education

7   drive on the requirements of this new law, but it's not

8   going to take us further than that?

9              MS. McGEEHAN:  Not if we use it all,

10  not -- it could possibly use up the remainder of the

11  voter education funds.

12             SEN. DAVIS:  Okay.  So we've talked about

13  the voter education.  Talk to us a little bit about the

14  costs of training the poll workers and the registrars.

15             MS. McGEEHAN:  We currently have several

16  training programs for -- well, we have training programs

17  for the county election officials and then other

18  training programs for the poll workers.  We have an

19  online training program.  We have a video.  We have

20  handbooks.  So we would have to update all of those --

21  all those different formats of training.

22             SEN. DAVIS:  And what's the anticipated

23  costs for updating all those forms of training?

24             MS. McGEEHAN:  We don't usually put a

25  fiscal note when there's a change in state law and we

CONSIDERATION OF SENATE BILL 14 1/25/2011

1          MS. McGEEHAN:  It's my understanding that

2    when we've been asked to prepare fiscal notes for these

3    kinds of issues, we have not added a fiscal impact for

4    something that's already a statutory duty.  As we

5    analyze HB 1, maybe we're going to have to revise that,

6    but at least our standing policy was if it was a

7    statutory duty that we're already charged to do, that we

8    don't put an additional fiscal note on it.

9          SEN. DAVIS:  Are you concerned that you're

10   going to find yourselves fairly flatfooted in terms of

11   not being prepared with the resources that you need, to

12   train election workers and to train county

13   administrators on the requirements of this new law

14   facing the budget cuts that you're facing without a

15   fiscal note that's going to add resources to your

16   department for purposes of carrying out these

17   requirements?

18         MS. McGEEHAN:  I think all state agencies

19   in the state have concerns about providing the services

20   they are charged to provide in light of significant

21   budget cuts.  But on the issue of training, the analysis

22   was that that was not going to cost anything additional

23   as to what we've already been appropriated.

24         SEN. DAVIS:  And do you agree with that,

25   that it's not going to cost anything additional for your

CONSIDERATION OF SENATE BILL 14 1/25/2011

1  numbered year, we hold four seminars, and we have very
2  good attendance from our county election officials. So
3  I would be certain that our August county election
4  official seminar will be heavily -- if this passes will
5  heavily emphasize these new rules.

6              To go back to the federal funds, which we
7  know are limited, the grant for voter education also
8  includes election official training and poll worker
9  training. So if there are any remaining HAVA dollars in
10 that category that we don't use on voter education, we
11 could perhaps use to additional -- to develop additional
12 training materials.

13             SEN. DAVIS: Yes, and we talked about that
14 a moment ago, and you did state on the record that that
15 category of 5 to $7 million that's remaining is the
16 entirety of the federal resource that you have available
17 to you right now, both for voter education and for
18 training purposes. And we've also talked about the fact
19 that the expectation and the demand on that particular
20 fund for public education is going to take the
21 significant balance that remains there. Correct?

22             MS. McGEEHAN: Right. Well, just to be
23 clear, the remaining balance in the HAVA is all we have
24 for voter education, but there are some state funds -- I
25 don't think it's a lot -- but that would go towards

Case 2:13-cv-00193 Document 741-11 Filed on 11/17/14 in TXSD Page 12 of 20

1    MS. McGEEHAN: Okay. I think that what
2  that is referring to is that at the end of Senate
3  Bill 14, there's a reference that says county voter
4  registrars can use Chapter 19 funds to defray costs in
5  conducting a voter registration drive. But I don't see
6  anything -- and I may have missed it -- but I don't see
7  anything in Senate Bill 14 that requires a voter
8  registration drive. I think it's -- what that section
9  in the bill is doing is trying to make clear that these
10  funds, which are -- go to county voter registrars to
11  enhance voter registration could be used to do voter
12  registration drives, but I don't see anything that
13  requires a voter registration drive in Senate Bill 14.
14    SEN. DAVIS: What resources currently are
15  expected of our local governments in carrying out the
16  training and the public awareness programs under our
17  election code.
18    MS. McGEEHAN: The -- there's no state law
19  requirement to do voter education by the county
20  officials. Most of them do it as a public service
21  because they want to, but there's not a mandate under
22  state law to do that.
23    Under Senate Bill 14, there's required
24  training of poll workers on the new photo ID
25  requirements. And I may have missed part of your

CONSIDERATION OF SENATE BILL 14 1/25/2011

1   currently on the roll because I've married or I've

2   divorced, how is that situation handled today?

3                MS. McGEEHAN:   State law doesn't directly

4   address it.  So I think that as a practical matter

5   what's happening is the poll workers are making judgment

6   calls as they qualify those voters for voting.

7                SEN. DAVIS:  But they are not being given

8   guidance or rules or requirements in terms of how they

9   are to deal with that situation today?

10               MS. McGEEHAN:  No.

11               SEN. DAVIS:  It's within their discretion?

12               MS. McGEEHAN:  At this point.  I mean,

13   state law is silent on it, and our office has not issued

14   any guidance on it.  So we're hearing a lot about that

15   today.  That's definitely something we'll probably need

16   to look into, but right now there is no rule or statute

17   on that issue.

18               SEN. DAVIS:  Okay.  And today if I go to

19   vote and my identification that I use for purposes of

20   voting has a different address on it than is listed on

21   the precinct roll, I think it's the interpretation today

22   under 2004 Secretary of State opinion that I am asked

23   for my correct address, and I am to be believed if I say

24   that my address is the address that's on the precinct

25   list as opposed to what might be on my ID?

CONSIDERATION OF SENATE BILL 14 1/25/2011

1    SEN. DAVIS: And what steps would the
2    Secretary of State's Office engage in to assure that the
3    ID wasn't being used to establish an understanding of
4    the voter's residency?

5    MS. McGEEHAN: Would definitely, I think,
6    be included in our training materials to emphasize that.

7    SEN. DAVIS: Currently, is there any
8    information that the Secretary of State's Office gathers
9    that breaks down by category voters in the state? And
10   when I say "by category," I mean by race, by gender, by
11   disability, by age.

12   MS. McGEEHAN: We have some information.
13   We have -- we have age for sure. On gender -- we have
14   some information on gender, but it's not conclusive
15   because gender is now -- it used to be a required
16   element on the voter registration application. In 1995,
17   it was taken -- or it became optional after the National
18   Voter Registration Act. So we have some data on gender,
19   but, again, it's not complete.

20   Regarding ethnicity, we really -- we don't
21   have any information like that because it's not
22   collected when a person applies to register to vote.
23   The only data that we do have is we do have the number
24   of voters that have an Hispanic surname. And so we can
25   run the list of registered voters against this list of

CONSIDERATION OF SENATE BILL 14 1/25/2011

1  to have some way to collect it. So we could revisit

2  putting that question or adding that as a question to

3  the voter registration application. I'd be happy to

4  visit on ways where we could try and collect that, but

5  right now we would not have the tools that we would need

6  to be able to collect that data.

7         SEN. DAVIS: It seems rather important as

8  implementation of this law advances that that

9  information be made available for the Justice Department

10 review as well as any judicial review that might occur

11 in terms of the impact of the implementation of the law.

12         I believe that's all the questions I have

13 for you. Thank you so much.

14         MS. McGEEHAN: Thank you.

15         CHAIRMAN DUNCAN: The Chair recognizes

16 Senator West.

17         SEN. WEST: Thank you very much,

18 Mr. Chairman. Many of the questions Senator Davis has

19 already asked, but have you had a chance to look at the

20 bill as introduced?

21         MS. McGEEHAN: Yes.

22         SEN. WEST: Okay. Do you happen to have

23 it there in front of you?

24         MS. McGEEHAN: Yes, I do.

25         SEN. WEST: Okay. Great. Before I get

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1   opinion or something like that?
 2               MS. McGEEHAN:  Well, advisories are
 3   usually a little more -- it's like the most formal that
 4   we do.
 5               SEN. WEST:  Right.
 6               MS. McGEEHAN:  Yeah.  Okay.
 7               SEN. WEST:  All right.  Let me ask you to
 8   go to Page 4 of the bill.
 9               MS. McGEEHAN:  Okay.  Can you tell me the
10   section?  Because I think I have a different format.
11               SEN. WEST:  Okay.  It's Section 7, and
12   Section 7(c) and (d).
13               MS. McGEEHAN:  Okay.
14               SEN. DAVIS:  Let me know when you get
15   there.
16               MS. McGEEHAN:  Yes.
17               SEN. WEST:  Okay.  It's my understanding
18   that the election officer that's being referred to in
19   Section (d) is -- is the individual working at the poll.
20   Is that right?
21               MS. McGEEHAN:  Yes.
22               SEN. WEST:  Okay.  That person will be
23   called upon in Section (d) to determine if the voter's
24   name is on the precinct list of registered voters, and
25   the voter's identity can be verified from the
```

1  the best practices on reasonable methods to verify the

2  ID document against the list of registered voters.

3            SEN. WEST:  Okay.  But you would agree

4  with me that in interpreting Section (c) and (d) without

5  some sort of guidance would lend itself to a great deal

6  of subjectivity; thus inconsistent application

7  throughout the state?

8            MS. McGEEHAN:  It could, yes.

9            SEN. WEST:  Okay.  As it relates to --

10  let's see.  What page is it on?  The next page, which

11  will be (h), it's in the same section.

12            MS. McGEEHAN:  Okay.

13            SEN. WEST:  Would you read Section (h) and

14  tell me how you interpret that as the chief.

15  administrator of the election laws in the state of Texas

16  next to, needless to say, Secretary of State?

17            MS. McGEEHAN:  (h) reads, "The

18  requirements for identification prescribed by Subsection

19  (b) do not apply to a voter who: (1) presents the

20  voter's voter registration certificate on offering to

21  vote; and (2) was 70 years of age or older on January 1,

22  2012, as indicated by the date of birth on the voter's

23  voter registration certificate."

24            The way I had -- until earlier this

25  afternoon when Senator Ellis asked the question, I had

CONSIDERATION OF SENATE BILL 14 1/25/2011

1            MS. McGEEHAN:  Yes.  Our agency put it --
2    I helped.

3            SEN. WEST:  Okay.  Did someone under your
4    supervision contact local governments to determine the
5    impact, the fiscal impact, that implementation of this
6    will have?

7            MS. McGEEHAN:  No, we did not.

8            SEN. WEST:  That was done by someone else?

9            MS. McGEEHAN:  I think LBB does that.  We
10   just -- we just --

11           SEN. WEST:  Provided the information?

12           MS. McGEEHAN:  Yeah.  Right.

13           SEN. WEST:  And based on your experience
14   when these types of changes -- let me back up.

15           How much experience have you had in this
16   particular area, that is, the election laws, in
17   administration of election laws?

18           MS. McGEEHAN:  I have been working in the
19   elections division for 21 years.

20           SEN. WEST:  So you've had a little
21   experience, huh?

22           MS. McGEEHAN:  Yes.

23           SEN. WEST:  Okay.  All right.  As it
24   relates to when changes are made in state law of this
25   nature, is there an impact, a fiscal impact, on local

CONSIDERATION OF SENATE BILL 14 1/25/2011

1  impact is the training.  If the counties have to change

2  up their training procedures much or do more training

3  because they want to make sure the word is out to all

4  their -- that might increase their training costs.

5            SEN. WEST:  Okay.  So there are some

6  factors that need to be taken into consideration as to

7  whether or not counties will be burdened with additional

8  cost to implement this law.  Is that correct?

9            MS. McGEEHAN:  Yes.

10            SEN. WEST:  Okay.  And would it be a fair

11  statement to say the larger the county, the more of the

12  burden -- of the financial burden -- well, that's not a

13  fair question.

14            Would it be a fair statement to say that

15  the larger the county, the larger the potential

16  financial obligation that they would have to encounter

17  in order to implement the law?

18            MS. McGEEHAN:  I think that's true, but I

19  can hear small counties say that it might be

20  proportional, you know, since their budgets are -- I

21  mean --

22            SEN. WEST:  Right.  It's all relative to

23  what your budgets are.

24            MS. McGEEHAN:  Yeah.

25            SEN. WEST:  But the fact is that that --

CONSIDERATION OF SENATE BILL 14 1/25/2011

1  analysis -- at least solicit from the various counties

2  what the fiscal implication is going to be in order to

3  implement this bill.

4         CHAIRMAN DUNCAN:  Okay.  I think, Senator,

5  that will be an individual request from you, and then it

6  can be distributed to all members of the Senate --

7         SEN. WEST:  Okay.

8         CHAIRMAN DUNCAN:  -- whenever it's done.

9  You know, I doubt that that will be done by the time we

10  rise and report to the Senate.

11         SEN. WEST:  Okay.  We can't get it

12  tonight?

13         (Laughter)

14         SEN. WEST:  I'm just joking with you.

15         CHAIRMAN DUNCAN:  You won't be a very

16  popular guy if the --

17         SEN. WEST:  I'd like --

18         (Laughter)

19         SEN. WEST:  I'd like to get it as soon as

20  possible, though.

21         Let's see.  No further questions.  Thank

22  you very much.

23         MS. McGEEHAN:  Thank you.

24         CHAIRMAN DUNCAN:  Thank you, Senator West.

25         Senator Gallegos?

1   you came up with your fiscal note.  Is that correct?

2                   MS. McGEEHAN:  Yes.

3                   SEN. GALLEGOS:  Okay.  Well, then what are

4   they doing that we're not or, you know, how can you --

5   you know, for $10 million for 5.9 million people and

6   we're only going to spend 2 million, I mean, what's the

7   difference?

8                   MS. McGEEHAN:  I am not familiar with the

9   Missouri voter identification bill, and I did hear you

10  ask that earlier today, but I've been trying to listen

11  to all the questions.  So we can -- we can research it

12  and see.  Some states actually provide more to their

13  local county governments and print ballots and things

14  like that.  I don't know if that's the situation in

15  Missouri, but I honestly don't know the answer to that

16  question because I don't know what the Missouri voter ID

17  law requires.

18                  SEN. GALLEGOS:  Well, it's a substantial

19  more amount of money than we're looking --

20                  MS. McGEEHAN:  Yeah.

21                  SEN. GALLEGOS:  -- at the fiscal note that

22  you have -- that you've given this committee on Senate

23  Bill 14.  And I just -- it concerns me that that amount

24  of money, if somebody is doing -- in the formula or

25  methodology that you came up with that number -- I mean,

CONSIDERATION OF SENATE BILL 14 1/25/2011

1  would concern me, and I would hope it would concern any

2  of the other Senators on this floor.  Are we, you know,

3  really going to do -- in implementing this bill, are we

4  going to educate those folks out there?

5           Now, you know -- and I'd like that answer.

6  I mean, you can't answer it now, I understand, but I

7  would like an answer to that.

8           MS. McGEEHAN:  We'll get you an answer.

9           SEN. GALLEGOS:  And a comparison on what

10  really your states that have implemented voter ID, how

11  much are they paying, you know, to implement the program

12  and what they do.

13           Now, on the fiscal note, it says you're

14  going to do TV and radio and some other things.  I mean,

15  can you explain to this body the process on TV, or is it

16  going to be in different languages, or how are you going

17  to -- how are you going to split up the money?  Who gets

18  the most?  You know, I mean, it's not -- it's not

19  explained to us in the fiscal note how you're going to

20  spread the money around.  And is that going to be

21  accessible to us or how the process is going to be, or

22  how much money are you going to spend in Harris County

23  as opposed to Lubbock, Texas or wherever?

24           MS. McGEEHAN:  Yes, that would be

25  available.  And, you know, the programs that we've done

CONSIDERATION OF SENATE BILL 14 1/25/2011

1  under 31.012, Voter Identification, Senator West brought
2  it up about -- it says here you and -- your office and
3  the voter registrar of each county that maintains it
4  shall provide notice of the ID requirements as
5  prescribed by this change.

6          Now, my concern there is, is at the county
7  level -- you know, I think Senator West brought it up --
8  is how much is going to be incumbent on each county, you
9  know?  I and others here on this floor represent the
10  largest county, Harris County, and Harris County is
11  already starting to lay off, and they have a shortfall,
12  and they are laying off as we speak right now.  So, you
13  know -- and I see what it says in the bill, you know,
14  that you're going to get together with them.  I mean,
15  are they going to have the money?  Or where is the -- if
16  they don't have the money, where is the other money
17  going to come from?  Other than the 2 million you
18  already have prescribed here and any federal matches
19  that come in, where is that money going to come if those
20  counties cannot provide?

21          MS. McGEEHAN:  I think that the bill
22  presumes that counties have a website, and so this
23  requirement is that they post, you know, the information
24  about the new photo ID requirements that the Secretary
25  of State's Office will actually prescribe.  So we will

1    You can't presume anything if they're
2  laying off right now as we speak, and that's a fact.
3  Like I said, that's not a presumption. That concerns
4  me. And what I'm asking is that if that can't happen in
5  Harris County or any other county in this state, where
6  is the extra money? If they don't have, obviously, the
7  funds to provide what is prescribed under Senate Bill
8  14, where is that money going to come from?
9    MS. McGEEHAN:  Well, you know, Senate Bill
10  14 doesn't make an appropriation to the county, so I
11  don't know the answer to your question on that because,
12  like I said, the bill -- I think the assumption is that
13  counties have a website. So if they're not going to
14  have a website --
15    SEN. GALLEGOS:  But the bill prescribes
16  that you will work in conjunction with the county
17  registrar. Is that what I'm reading --
18    MS. McGEEHAN:  Yes.
19    SEN. GALLEGOS:  -- or am I reading the
20  wrong bill?
21    MS. McGEEHAN:  Maybe I'm not -- the way I
22  read that was that we would provide them the wording,
23  the language that they would put up on their website.
24    SEN. GALLEGOS:  Well, you're going to
25  provide them with that. But what about the bodies and

CONSIDERATION OF SENATE BILL 14 1/25/2011

1   Secretary of State's office.

2           SEN. GALLEGOS: Okay. So what you're

3   telling me is that outside of the $2 million that's in

4   the fiscal note and that under this section that you're

5   going to work with the registrar in each county, then we

6   just have to roll the dice and hope that the money is

7   there. Is that what you're telling me?

8           MS. McGEEHAN: Well, I think this fiscal

9   note that LBB did put -- does indicate that there may be

10  some county costs. You know, they did put some numbers

11  in for Tarrant County and for Bexar County. So, you

12  know, it's not -- I don't think it's the number you're

13  looking for. It's not a comprehensive number, but I

14  think that the fiscal note does indicate that there may

15  be a fiscal impact on counties.

16          SEN. GALLEGOS: There may be a fiscal

17  impact. You don't know how much?

18          MS. McGEEHAN: No, I don't.

19          SEN. GALLEGOS: So what we're looking at

20  in your fiscal note is just an open-ended fiscal note.

21  Is that what you're telling me?

22          MS. McGEEHAN: The fiscal note is really

23  showing the impact on the Secretary of State's office.

24  I can't really speak to how the portion of the fiscal

25  note that concerns impact on local government, how

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1  funds to do it.  You know, to me, that's an unfunded
 2  mandate in really telling Texans that are looking at
 3  this debate on computer and that are looking at this
 4  bill online, that this $2 million fiscal note that
 5  you've provided is only an impact to the state, not the
 6  counties, not each county.  Is that correct?
 7                  MS. McGEEHAN:  That's correct.
 8                  SEN. GALLEGOS:  Okay.  Thank you very
 9  much.
10                  CHAIRMAN DUNCAN:  Thank you, Senator
11  Gallegos.
12                  Senator Van de Putte.
13                  SEN. VAN de PUTTE:  Thank you,
14  Mr. Chairman.
15                  Ms. McGeehan, you've been an excellent
16  resource witness for us, and there are just two
17  questions that I need to ask to get into the record with
18  regard to a survey.
19                  Does Texas participate in the Election
20  Administration and Voting Survey?
21                  MS. McGEEHAN:  Yes.
22                  SEN. VAN de PUTTE:  When was this survey
23  completed, the last survey was completed?  Was it after
24  the 2008 election?
25                  MS. McGEEHAN:  Yes.
```

CONSIDERATION OF SENATE BILL 14 1/25/2011

1  provisional ballots in all of the country.

2           MS. McGEEHAN:  Yes.

3           SEN. VAN de PUTTE:  At least that's what I

4  understand from the report.

5           MS. McGEEHAN:  That's correct.

6           SEN. VAN de PUTTE:  Thank you.  I know

7  that we have the datasets that were put in for 2008, and

8  so hopefully that we will be able to get this and make

9  sure that as we monitor the bill as it progresses and

10  the bill as it's implemented, we certainly don't need to

11  get to the bottom of the bottom of the bottom on

12  rejection of provisional ballots.

13           Thank you.

14           CHAIRMAN DUNCAN:  Thank you, Senator Van

15  de Putte.

16           Senator Fraser.

17           SEN. FRASER:  Thanks for being here today

18  and waiting all day.

19           I would like to clarify a point before you

20  sit down.  I think you're aware this morning that we had

21  entered into a record -- the Secretary of State had a

22  letter addressing the $2 million in the HAVA funds that

23  was put into the record.  Our understanding, from

24  talking to the Secretary, the way the HAVA funds work,

25  and also her relationship with the county, that she has

CONSIDERATION OF SENATE BILL 14 1/25/2011

1          MS. McGEEHAN:  That's correct.  And just

2  an example of that, the cost that Bexar County put in

3  the fiscal note was -- I think their assumption was that

4  the certificate, the voter registration certificate

5  would have to increase in size.  And I don't see

6  anything in the bill that requires that.  And the

7  Secretary of State prescribes the form.  So once that's

8  explained to the county, they might withdraw that

9  fiscal --

10          SEN. FRASER:  I want to make sure that

11  that's clear, is that some of these assumptions are

12  possibly the-sky-is-falling assumptions that this is --

13  you know, this expense is going to be put on us, and I

14  don't think that's been discussed.  And some of this, I

15  think, can be done by ruling of the Secretary of State,

16  directing them.  And there is a real good chance that a

17  lot of these expenses go away that can be absorbed

18  through the Secretary of State.  And that is correct,

19  isn't it?

20          MS. McGEEHAN:  Yes.

21          SEN. FRASER:  Okay.  I wanted to clear

22  that up.  Thank you so much.

23          CHAIRMAN DUNCAN:  The Chair recognizes

24  Senator Williams.

25          SEN. WILLIAMS:  Thank you, Mr. Chairman.

CONSIDERATION OF SENATE BILL 14 1/25/2011

1   had talked earlier about the project that I asked you to
2   do, to cross-reference the driver's licenses and the
3   voter registration. How is that coming along? I know I
4   only asked today, but I just --
5              MS. McGEEHAN: Yes.
6              SEN. WILLIAMS: -- but what is a
7   reasonable expectation for us to get that information?
8              MS. McGEEHAN: I would hope by the end of
9   the week. One thing that our IT folks and our election
10  experts are trying to struggle with is like matching
11  criteria --
12             SEN. WILLIAMS: Right.
13             MS. McGEEHAN: -- you know, which we won't
14  have a TLD number, so we're working through some of
15  that. But I would expect by the end of the week we
16  would have it, if not earlier.
17             SEN. WILLIAMS: Okay. So do you need any
18  further direction from us? For instance, if we wanted
19  to target that universe of people that we know are out
20  there and maybe make a little extra effort to make sure
21  that they understood they were going to have a new
22  requirement when they went to vote as far as getting a
23  photo ID, if they didn't already have one -- and we've
24  identified who they are -- if we gave legislative intent
25  as a part of the bill tomorrow, would that be sufficient