## SB 14 Amendments

Wroe Jackson

| Package Page | Amendment Number | Author(s) | Summary | Discussion Points | Analyst Comments |
|---|---|---|---|---|---|
| | | Watson/Rodriguez | Naming and defining fraudulent voting practices (Anti-disenfranchisement). | Amendment "guts bill" and changes way that SB 14 would function. | Concur.<br><br>**Recommendation: NO** |
| | | Watson/Rodriguez | Appropriations - SB 14 would take effect only if appropriation made by Legislature. | Unnecessary. No specific appropriation is necessary. SB 14 does not require a state appropriation and no state appropriation will exist, per Ogden. | Concur.<br><br>**Recommendation: NO** |
| | | Lucio | Adds forms of ID that are used for procuring DL by DPS. | DPS list contains non-photo forms of ID. "Guts bill." | Concur.<br><br>**Recommendation: NO** |
| | | Lucio/Hinojosa | Requires notice of new requirements to be posted in both English and Spanish at polling locations. | Already required by federal law. Imposes no additional burden on elections administrators. | Concur. This or the Lucio/Gallegos/Hinojosa bill would be fine to approve.<br><br>**Recommendation: YES to either this amendment or Lucio/Gallegos/Hinojosa amendment.** |
| | | Lucio/Gallegos/Hinojosa | Requires notice of new requirements to be posted in every language in which voter registration materials are available. | More than required by law. Imposes minimal burden on election administrators. (Not enough of a burden to be an unfunded mandate.) | Concur. This or the Lucio/Hinojosa bill would be fine to approve.<br><br>**Recommendation: YES to either this amendment or Lucio/Hinojosa amendment.** |
| | | Lucio/Ellis | Inserts language into family | Unnecessary. Further, | Concur. |






2:13-cv-193
09/02/2014
DEF0403
exhibitsticker.com

**SB 14 Amendments**
Wroe Jackson

| | | | | | |
|---|---|---|---|---|---|
| | | | code requiring applicants for a marriage license to update voter registration and personal ID, "or risk being denied the opportunity to cast a ballot." | language in amendment is inflammatory. Should not be included in bill for multiple reasons. | **Recommendation: NO** |
| | | Lucio | Allows voters 65+ to use an expired ID or another state's ID card. Contains language similar to other Lucio amendment (60 day expiration). | Some change in allowances for expiration would be helpful, but allowing voters who reach a certain age to use unexpired ID's or out of state ID's for life is contrary to the purpose of the bill. | Concur. Consider voting "yes" on language extending the "expired ID" language to 60 days, instead of 45 (Lucio). **Recommendation: NO** |
| | | Lucio | Gives voters a 60-day window following an ID's expiration to present that ID for voter identification purposes. | Acceptable to members. This is a reasonable (and logical) extension of the purpose of the bill. Further, DPS estimates that it takes up to 45 days to receive a new ID once order is placed. Amendment adds a safety cushion for those attempting to renew ID and vote. | Concur. Amendment is reasonable. Affected code sections are minimal, making amendment narrow in scope. **Recommendation: YES** |
| | | Van de Putte | Requires poll workers to disregard address when matching names on ID with voter roll. | This is not necessary. It is a current practice espoused by the Secretary of State. | Concur. Amendment not necessary. **Recommendation: NO** |
| | | Van de Putte | Adds two forms of non-picture ID to the accepted list. | "Guts bill." Defeats purpose of having picture ID. | Concur. **Recommendation: NO** |

**SB 14 Amendments**
Wroe Jackson

| | | | | | |
|---|---|---|---|---|---|
| | | Van de Putte | Comptroller must determine legislative appropriation to fully fund in order for law to take effect. SOS must certify that each county has complied with changes. | This would take the bill outside the normal scope of legislation. This is not normal procedure and it would be unwise to set this precedent for any bill, much less every bill. | Concur. **Recommendation: NO** |
| | | Zaffirini | Would allow voters to use voter registration card and file an affidavit. | Defeats purpose of photo ID bill. Not enough protection from fraud. | Concur. **Recommendation: NO** |
| | | Zaffirini | Notice of changes made by SB 14 must be posted separately from all other voting notices. | This is unnecessary and would cause more work for clerks. However, Sen. Fraser will submit to the will of the body. | Concur. Unnecessary. Could be a burden to county officials. **Recommendation: NO** |
| | | Ellis/Rodriguez | "Sunsets" bill in either 2014 or 2024. | SB 14 will be good law that does not need to be revisited. | Concur. Additionally, this may provide ammunition for those challenging this law in court. (Ex: "by putting in a Sunset date, the Texas Senate admitted that their bill would need to be changed in order to be effective.") **Recommendation: NO** |
| | | Ellis/Rodriguez/Uresti | Require SOS to report annually on complaints difficulties faced by persons attempting to vote under new law. | Unnecessary. Proper complaint process should be enough to document issues being faced by voters. | Concur. Additionally, SOS funding may be reduced in FY12-FY13 budget. It seems unwise to place this unfunded mandate on that office for a redundant |

**SB 14 Amendments**
Wroe Jackson

| | | | | | |
|---|---|---|---|---|---|
| | | | | | purpose.<br><br>**Recommendation: NO** |
| | | Ellis/Rodriguez/Lucio | Provides for voter registration on election day. | Inappropriate forum to bring up this type of legislation. | Concur.<br><br>**Recommendation: NO** |
| | | Ellis | Allows student ID as photo ID for students at an accredited public university in Texas. | ***Fraser will defer to the will of the body on this amendment.*** | ***DISAGREE. See attached talking points.***<br><br>**Recommendation: NO** |
| | | Hinojosa | Approves county voter registration certificates as photo ID, provided that they have a picture and conform to SOS guidelines. | This allows too much room for fraud. SOS would have to develop additional guidelines for county. | Concur.<br><br>**Recommendation: NO** |
| | | Hinojosa | Repeals the requirements of education by the SOS. | Unneccessary. | Concur. Education requirements are an important consideration by both the Supreme Court and the Department of Justice.<br><br>**Recommendation: NO** |
| | | Hinojosa | Adds CHL license to list of approved photo IDs. | This would be an acceptable addition. CHL requires a driver's license to approve and includes a picture. | Concur. May approve this or Patrick's amendment. For further discussion.<br><br>**Recommendation: YES to this or Patrick's amendment.** |
| | | West | Holds implementation of bill until 82nd Session. | Not an appropriate forum to discuss the funding of | Concur. |

## SB 14 Amendments

Wroe Jackson

| | | | | | |
|---|---|---|---|---|---|
| | | | GAA is passed with no pay cut to public education teachers. | teacher salaries. Additionally, do not want to set precedent of tying teacher funding to non-related issues. | Recommendation: NO |
| | | West/Rodriguez | Adds a Medicare ID card as approved photo ID. | Unnecessary. Those that are eligible for Medicare will generally be eligible to vote by mail. Additionally, there is no photo required on a Medicare ID card. | Concur. **Recommendation: NO** |
| | | Urosti/Whitmire | Use of affidavit to exempt from photo ID requirements if registered voter resides in a nursing home or residential care facility. | See above analysis for Zaffirini. Additionally, most persons residing in a nursing home are eligible to vote by mail. | Concur. Recommendation: NO |
| | | Gallegos | Proscribes extended hours for DPS locations in order to provide IDs. | Hours vary for various DPS offices. Unnecessary. | Concur. Recommendation: NO |
| | | Gallegos | Requires DPS to locate a driver's license facility close to public transportation, if a facility is located in a county where public transportation is available. | Unnecessary. | Concur. Recommendation: NO |
| | | Gallegos | Requires DPS driver's license facility for every 50 voting precincts in an area. | Unnecessary and cost prohibitive. | Concur. Recommendation: NO |
| | | Gallegos | Allows for temporary driver's license to substitute for photo ID. | Overly ripe for fraud. Nothing prevents Texans from holding a state ID and | Concur. Recommendation: NO |

**SB 14 Amendments**

Wroe Jackson

| | | | | | |
|---|---|---|---|---|---|
| | | | | a drivers license at the same time. Additionally, if above amendment is passed (Lucio - 60 Days), most persons would be able to use an expired license before their new one arrives. For those who have had their licenses suspended, a state ID card would work as well. | |
| | | Patrick | Would add CHL to list of approved photo ID. | See above analysis (Hinojosa). | Concur. May approve this or Hinojosa's amendment. For further discussion.<br><br>**Recommendation: YES to this or Hinojosa's amendment.** |

HIGHLY CONFIDENTIAL