1

RE:   Adoption of Conference Committee Report on

SB14-VOTER ID   #123308686

Transcribed by Lynne M. Rodriguez, CSR




2:13-cv-193
09/02/2014
DEF0405

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

JA_002898

TX_00056792

Case 2:13-cv-00193 Document 741-15 Filed on 11/17/14 in TXSD Page 2 of 24
Case 1:12-cv-00128-RMC-DST-RLW Document 209-2 Filed 06/20/12 Page 67 of 186
SECTION 1:46 :00 TO 2:08:30                                    MAY 09, 2011

2

1          LIEUTENANT GOVERNOR DEWHURST:  The Chair

2     lays out the following resolution, Senate Resolution

3     Number 935 by Senator Fraser.  The secretary will read

4     the resolution.

5          SECRETARY:  Senate Resolution 935.

6     Suspending limitations on conference committee

7     jurisdiction on Senate Bill 14.

8          LIEUTENANT GOVERNOR DEWHURST:  The chair

9     recognizes Senator Fraser to explain the resolution.

10         SENATOR FRASER:  Members, Senate

11    Resolution 935 is an outside the bounds resolution.

12    This resolution will allow the conference committee

13    report on SB 14 to go outside the bounds to make a

14    couple of minor changes.

15         We have created a new free election ID to be

16    issued by the DPS instead of using a DPS issued personal

17    ID.  This change was done at the request of TXDot.

18         With the creation of this new ID, we added it

19    to the list of identification that may be acceptable at

20    a poll location.  We clarified the religious exemption,

21    exception language that Senator Duncan added as a Senate

22    floor amendment and then we made conforming changes, and

23    I would answer any questions anyone would have.

24         LIEUTENANT GOVERNOR DEWHURST:  Senator

25    Ellis, for what purpose you rise, sir?



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00056793

SECTION 1:46 :00 TO 2:08:30                         MAY 09, 2011

                                                              3

1                    MR. ELLIS:  To ask of questions of

2       questions.

3                    LIEUTENANT GOVERNOR DEWHURST:  Will

4       Senator Fraser yield?

5                    SENATOR FRASER:  I will yield.

6                    SENATOR ELLIS:  This is a vote ID bill, I

7       assume.

8                    SENATOR FRASER:  This is the out of

9       bounds resolution to the voter ID bill, photo voter ID

10      bill, Senate Bill 14.

11                   SENATOR ELLIS:  And can you walk us

12      through again a little slower and tell us what you're

13      trying to do?

14                   SENATOR FRASER:  The out of bounds

15      resolution, we had a request by TXDot and we have

16      created a new free election ID to be issued by DPS

17      instead of using a DPS issued personal ID.

18                   SENATOR ELLIS:  And how much will it

19      cost?

20                   SENATOR FRASER:  There's no significant

21      cost on it.

22                   SENATOR ELLIS:  There's no significant

23      cost to create a new voter ID?

24                   SENATOR FRASER:  It's in replacement of

25      the one they were doing.



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00056794

4

```
 1                    SENATOR ELLIS:  And what else are you
 2      doing on page two here?
 3                    SENATOR FRASER:  We changed the
 4      verbiage.  We had to add this new ID to the list of
 5      things that would be accepted at the poll location.
 6                    SENATOR ELLIS:  And what else are you
 7      doing?
 8                    SENATOR FRASER:  We clarified the
 9      religious exemption language that Senator Duncan added
10      as a floor amendment.
11                    SENATOR ELLIS:  That would be the top of
12      page three and then at the bottom of page three is this
13      identification certificate?
14                    SENATOR FRASER:  Senator, one second.
15                    SENATOR ELLIS:  Yes, I'm looking at the
16      resolution, on page three.  So the bottom of page three
17      is what I was asking about, where it has, "Election
18      Identification Certificate."
19                    SENATOR FRASER:  Got it, and I'm sorry,
20      my ears are not working well today.  You may need to --
21                    You're asking about the language on the
22      bottom of page two of the -- Yes.
23                    SENATOR ELLIS:  Page three.
24                    SENATOR FRASER:  Page three?
25                    SENATOR ELLIS:  Yes, the bottom of page
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

JA_002901

TX_00056795

5

1      three.  So that's the identification certificate?

2                  SENATOR FRASER:  That is the -- that is

3      the question you asked about the DPS election

4      identification?

5                  SENATOR ELLIS:  Okay.  And then I see on

6      page four, "Certificate expires on a date specified by

7      the department, except that a certificate issued to a

8      person 70 years of age or older does not expire."

9           Is that a change, when you don't let the

10     certificate expire for someone older than 70?

11                 SENATOR FRASER:  Let me clarify

12     something.  And I'm being advised that that just says

13     that anyone that has an identification certificate, when

14     they reach 70, will not expire.

15                 SENATOR ELLIS:  Okay.  I just, I want to

16     make sure so that the members do know that by this

17     resolution to go outside the bounds, what you're going

18     to do is move that expiration date up to 70 instead of

19     65.  I think in your original bill, you had it at 65, so

20     this moves it up to 70.

21                 SENATOR FRASER:  It's always been 70, I

22     believe.  We just picked this language up and it is just

23     saying that someone 70 years of age, their certificate

24     will not expire.

25                 SENATOR ELLIS:  I'm just trying to figure



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00056796

6

```
 1          out -- I knew it was a bad bill, I'm just trying to
 2          decide, by going outside the bounds, if you're making it
 3          any worse of is this just the same bad bill you had
 4          before.  I'll ask the Secretary of State.  I'll ask the
 5          Secretary of State.
 6                    LIEUTENANT GOVERNOR DEWHURST:  Senator
 7          Van de Putte, for what purpose do you rise?
 8                    SENATOR VAN DE PUTTE:  To ask some
 9          questions of the author of the resolution.
10                    LIEUTENANT GOVERNOR DEWHURST:  Will the
11          Senator Fraser yield to Senator Van de Putte?
12                    SENATOR VAN DE PUTTE:  It's okay
13          senator.  I'll wait until you're --
14                    SENATOR FRASER:  I may be able to hear
15          you.  My ears are not working today so let's try it
16          without it first.
17                    SENATOR VAN DE PUTTE:  Okay.  Thank you,
18          Senator Fraser.  Just a few questions.  This new
19          election certificate, or it's an election ID, will be
20          able to be obtained at any DPS office?
21                    SENATOR FRASER:  That is correct.
22                    SENATOR VAN DE PUTTE:  So any place now
23          where someone can go for either a driver's license or an
24          identification card, they will also be able to go to get
25          an election certificate?
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00056797

7

```
 1                  SENATOR FRASER:  That is correct.
 2                  SENATOR VAN DE PUTTE:  Will the same
 3      identification or document requirements be requested for
 4      an election identification certificate as is right now
 5      an ID from the Department of Public Safety?
 6                  SENATOR FRASER:  Yes.
 7                  SENATOR VAN DE PUTTE:  And since, in our
 8      -- I think it's in our DPS code right now, it says it
 9      could be used a photo, or there is a biometric
10      identifier.  Your's is restricted to photo on this, but
11      is not another biometric identifier?
12                  SENATOR FRASER:  I was about to ask to
13      see if Senator Williams wanted to answer that.  I'm
14      sorry, I don't know the answer to that question.  We
15      could.
16                  Could I yield to Senator Williams,
17      please, on that question?
18                  SENATOR VAN DE PUTTE:  Absolutely.  If
19      somebody would recognize Mr. Williams.
20                  SENATOR FRASER:  Mr. President, would you
21      allow me to yield to Senator Williams to answer her
22      question?
23                  LIEUTENANT GOVERNOR DEWHURST:  Senator
24      Williams is recognized.
25                  SENATOR WILLIAMS:  Thank you.  Senator
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00056798

8

1    Van de Putte, I believe they're requiring a photo ID

2    here.  The personal identification card or your

3    identification card has biometric identification.  This

4    does not; cannot be used for any other purpose than to

5    go vote, so a photo will suffice, but I think usually

6    the biometric information is in the form of a

7    photograph, and so it's just encoded into the

8    photograph, so I don't think that, from a practical

9    standpoint, anyone is going to see any difference.

10                   SENATOR VAN DE PUTTE:  Okay.  Thank you

11   very much.  I thought it was a photo, but since some of

12   the code in DPS statute does allow for a biometric, but

13   this biometric is the photo, I appreciate that.

14                   My other question, Senator Fraser, is on

15   page three.  Let me see if I understand the out of

16   bounds legislation, how it's going to work.

17                   If the voter does not meet the

18   identification requirements --

19                   SENATOR FRASER:  I'm sorry, where are

20   you?

21                   SENATOR VAN DE PUTTE:  Top of page three,

22   line two, section A.

23                   SENATOR FRASER:  Okay, which line?

24                   SENATOR VAN DE PUTTE:  Line 2, top of the

25   page.



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_002905

TX_00056799

9

1           SENATOR FRASER:  Okay.

2           SENATOR VAN DE PUTTE:  Let me see if I

3   follow this correctly.  So a voter that's going to be

4   voting provisional because they do not have the

5   identification requirements, so they don't have a photo

6   ID, they don't meet the requirements of the new law, not

7   later than the sixth day, they have to come back and

8   show a form of identification that are all the different

9   forms there, or they can just execute an affidavit

10  described?

11          SENATOR FRASER:  Yes.

12          SENATOR VAN DE PUTTE:  Okay.  So they

13  come back -- This is what I don't understand.

14          So if you're going to vote provisionally

15  because you don't have an identification with a photo,

16  you can either come back within six days or you can just

17  execute an affidavit?

18          SENATOR FRASER:  That is correct.

19          SENATOR VAN DE PUTTE:  And now this new

20  election identification certificate, would you imagine

21  that the requirements for expiration date on that would

22  be similar to what is currently the time frame for

23  expiration of driver's license or IDs?

24          SENATOR FRASER:  I believe that is

25  correct, except with H, and the certificate expires on



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00056800

SECTION 1:46 :00 TO 2:08:30                          MAY 09, 2011

10

```
 1      the date specified with the department, except the
 2      certificate issued to a person 70 years of age or older
 3      does not expire, so if you're at 70, then once you reach
 4      70, it does not expire.
 5                      SENATOR VAN DE PUTTE:   Thank you,
 6      Senator.  I don't have any other questions.  Thank you
 7      very much.
 8                      NEW SPEAKER:  Mr. President, would the
 9      gentleman yield?
10                      NEW SPEAKER:  I'll be glad to yield.
11                      LIEUTENANT GOVERNOR DEWHURST:  Senator
12      Whitmire is recognized.
13                      NEW SPEAKER:  Would the gentleman yield?
14                      LIEUTENANT GOVERNOR DEWHURST:  Will
15      Senator Fraser yield to Senator Whitmire?
16                      SENATOR FRASER:  Yes, I will yield.
17                      SENATOR WHITMIRE:  You're using your
18      phone while you're trying to talk to me?
19                      SENATOR FRASER:  I am.  I multi-task.
20                      SENATOR WHITMIRE:  There probably ought
21      to be a law against there.  Senator Fraser, help me
22      understand how those who need the ID through the DPS
23      will access those facilities.
24                      Repeatedly in Finance, we hear testimony,
25      certainly in Harris County, it talks two or three hours
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00056801

Case 2:13-cv-00193 Document 741-15 Filed on 11/17/14 in TXSD Page 11 of 24
Case 1:12-cv-00128-RMC-DST-RLW Document 209-2 Filed 06/20/12 Page 76 of 186
SECTION 1:46 :00 TO 2:08:30                                    MAY 09, 2011

11

1   to get a driver's license renewal or the initial

2   document.  In fact, Senator Williams has a very

3   promising project to do some megacenters.  We've raised

4   a significant number of fees to pay for it, but as I

5   talk to you today, is it not a real possibility, in

6   fact, a probability, that folks who are now under the

7   voter ID that are going to need a new driver's license,

8   state ID for purposes to vote, are probably looking up

9   at to a three hour wait to get that document?

10              SENATOR FRASER:  The data that I remember

11  from the hearings showed that it is in the mid to high

12  90 percentage-wise of the people that already have an

13  ID, one of the forms acceptable, so we're expecting the

14  bulk --

15              SENATOR WHITMIRE:  Obviously if you have

16  one, this wouldn't apply, but those that are now voting

17  most of their lives without these document, now you're

18  going to require everyone to have one, and your

19  legislation provides for a state ID through the DPS.

20  And are you familiar with the lines in Houston, up to

21  three hours, just to get basic driver's license renewals

22  and new driver's license permits?

23              SENATOR FRASER:  And my understanding is

24  that Senator Williams is attempting to address that, and

25  I understand in Houston, it may be a problem, but that's



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_002908

TX_00056802

12

1    not true statewide.  I renewed mine in Marble Falls this

2    year and it took me about four minutes.

3              SENATOR WHITMIRE:  Well, I'm glad the

4    people in Marble Falls don't have a three hour wait like

5    we do in Harris County.  Also I think there was

6    testimony that some of the inquiries to the office is

7    80,000 calls, and Tommy Williams would have to help me,

8    it's either a month or a year, I think it's a month,

9    yes, that go unanswered at the DPS offices.

10             Let me ask about the distance that some

11   remote areas or less dense areas of west Texas would

12   have to travel to get your new document.  The sonogram

13   bill allowed a hundred mile exemption.  If you have to

14   travel a hundred miles to have a sonogram, you're not

15   covered by that legislation, or certainly you don't have

16   the 24 hour requirement.  If you have to travel over a

17   hundred miles in west Texas to get this voter ID

18   document, are you still going to have to do it or you

19   got some consideration for the Senator Uresti exception

20   the sonogram bill got?

21             I would think the right to vote is

22   pretty -- may not be as high as a priority as the

23   sonogram bill to some folks on this floor but I think

24   the precious right and your freedom to exercise your

25   right to vote would be almost that important, it



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_002909

TX_00056803

Case 2:13-cv-00193 Document 741-15 Filed on 11/17/14 in TXSD Page 13 of 24
Case 1:12-cv-00128-RMC-DST-RLW Document 209-2 Filed 06/20/12 Page 78 of 186
SECTION 1:46 :00 TO 2:08:30                              MAY 09, 2011

13

1    certainly is to me.  So what about the remote areas of

2    west Texas where you might not have a DPS office for

3    hundreds of miles?

4              SENATOR FRASER:  Again, DPS, we've asked

5    them to look at that to attempt to address, and

6    obviously we're going everything we can to not --

7              SENATOR WHITMIRE:  Well, let me just ask

8    you, are you not worried about the unintended

9    consequences of this legislation?  I mean, obviously you

10   got the votes to pass it this morning, but you're not

11   worried about people who just don't have the time to

12   take off work in the more urban settings, where there's

13   more long lines, and the remote areas, so you think

14   there's some unattended consequences that would keep

15   people from exercising their right to vote?

16             SENATOR FRASER:  We are very confident

17   that these people will, you know, exercise their both

18   right and they will get the ID's and we believe they

19   will vote.

20             SENATOR WHITMIRE:  Is there any kind of

21   transition period where people, if they find themselves

22   unable to, they're still going to be able to vote?  You

23   know, I think the Justice Department might kind of frown

24   on any barriers such as distance or the unavailability

25   of offices in urban areas, being able to exercise your



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00056804

14

```
 1      right to vote.
 2                   I don't think the writers of our
 3      Constitution ever anticipated for you to vote and
 4      exercise that precious freedom having to travel across
 5      Texas to get a permit to be able to vote, or go wait in
 6      align in my district for three hours.  That probably
 7      violates two or three Constitutional rights, would you
 8      not agree?
 9                   SENATOR FRASER:  We believe that the bill
10      is drafted that people will be able to comply.
11                   SENATOR WHITMIRE:  Have you checked with
12      the Justice Department on these requirements and the
13      requirement to wait in line for three hours not to vote
14      but to get the permit which would then you allow you to
15      go vote?
16                   SENATOR FRASER:  Well, we believe
17      everybody will be able to get an ID and be able to vote.
18                   SENATOR WHITMIRE:  Okay.  Well, thank you
19      for answering my questions.
20                   LIEUTENANT GOVERNOR DEWHURST:  Members,
21      the question before us is the adoption of the
22      resolution, Senate Resolution Number 935.
23                   If there's no further questions, the
24      secretary will call the role.
25                   SECRETARY:  Birdwell, Carona, Davis.
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00056805

15

1      Deuell, Duncan, Ellis, Eltife, Estes, Fraser, Gallegos,

2      Harris, Hegar, Hinajosa, Huffman, Jackson, Lucio,

3      Nelson, Nichols, Ogden, Patrick, Rodriguez, Seliger,

4      Shapiro, Uresti, Van de Putte, Watson, Wentworth, West,

5      Whitmire, Williams, Zaffirini.

6                 LIEUTENANT GOVERNOR DEWHURST:  Members,

7      there being 19 "I's" and 12 "Nay's," the resolution is

8      adopted.

9                 The Chair recognizes Senator Fraser for a

10     motion on the conference committee report on Senate Bill

11     14.

12                SENATOR FRASER:  Members, the Senate Bill

13     14, the bill that passed out of the Senate that that

14     almost virtually everything that was in that bill

15     carried forward, the conference committee report, the

16     committee has agreed on the following:  Require voters

17     to show a photo ID except that certain disabled people

18     may continue to vote with just their voter registration

19     card.  Except by photo ID includes an unexpired card by

20     DPS.  For most of us, this will be a driver's license, a

21     military ID, a passport, a CHL or a citizenship

22     certificate with photo.  Require the DPS to provide a

23     free photo election ID.

24                This is a new format to any requested

25     voter who requests an ID.



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00056806

16

1          Allow voter to cast a provisional vote if

2     he or she does not have a photo ID and return within six

3     days to have the ballots counted.  Provides a

4     provisional ballot to be counted if voters show

5     acceptable photo ID or signed affidavit that voter has

6     religious exemption to getting photo taken or lost ID

7     during recent natural disaster.

8          It requires the Secretary of State and

9     voter registrars to educate the public and train

10    election workers on the new requirements, including

11    mailing notice to each vote and posting notice outside

12    all polling places.  It increases the criminal penalty

13    for illegal voting, which is mandatory jail time.

14          If there's no other questions, I would

15    move adoption of the conference committee report on

16    Senate Bill 14.

17          LIEUTENANT GOVERNOR DEWHURST:  Members,

18    Senator Fraser moves the adoption of the conference

19    committee report on Senate Bill 14.  If there's no

20    additional questions, the secretary will call the role.

21          SECRETARY:  Birdwell, Carona, Davis.

22    Deuell, Duncan, Ellis, Eltife, Estes, Fraser, Gallegos,

23    Harris, Hegar, Hinajosa, Huffman, Jackson, Lucio,

24    Nelson, Nichols, Ogden, Patrick, Rodriguez, Seliger,

25    Shapiro, Uresti, Van de Putte, Watson, Wentworth, West,



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00056807

SECTION 1:46 :00 TO 2:08:30                                    MAY 09, 2011

17

1      Whitmire, Williams, Zaffirini.

2                    LIEUTENANT GOVERNOR DEWHURST:   Members,

3      there being 19 "I's" and 12 "Nay's," the conference

4      committee report on Senate Bill 14 is adopted.   Thank

5      you, Members.

6                    (End of CD.)

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00056808

18

1          I, LYNNE M. RODRIGUEZ, court-approved

2    transcriber, certify that the foregoing is a correct

3    transcription from the tape recording of the proceedings

4    in the above-entitled matter, to the best of my ability

5    to hear and understand the recorded proceedings.

6          I further certify that I am neither counsel

7    for, related to, not employed by any of the parties to

8    the action in which this hearing was taken, and further

9    that I am not financially or otherwise interested in the

10   outcome of the action.

11         I further certify that the transcription fee of

12   $ _____ was paid/will be paid in full by Attorney

13   General of Texas, Anne Wilson, Esquire.

14         Certified to by me this 19th day of April,

15   2012.

16

17                    _Lynne M. Rodriguez_

18                    LYNNE M, RODRIGUEZ, TX CSR NO.
                      Expiration Date: 12/31/13
                      ESQUIRE DEPOSITION SOLUTIONS

19                    Firm Registration No. 77
                      9901 IH 10 West, Suite 630

20                    San Antonio, Texas 78230
                      (210) 331-2280

21

22

23

24

25



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_002915

TX_00056809

SECTION 1:46 :00 TO 2:08:30                           MAY 09, 2011

19

| A | | ballot | 14:25 16:21 | 15:10,15,16 |
|---|---|---|---|---|

**A**

ability
18:4
able
6:14,20,24
13:22,25
14:5,10,17
14:17
above-ent...
18:4
Absolutely
7:18
acceptable
2:19 11:13
16:5
accepted
4:5
access
10:23
action
18:8,10
add
4:4
added
2:18,21 4:9
additional
16:20
address
11:24 13:5
adopted
15:8 17:4
adoption
1:7 14:21
16:15,18
advised
5:12
affidavit
9:9,17 16:5
age
5:8,23 10:2
agree
14:8
agreed
15:16
align
14:6
allow

2:12 7:21
8:12 14:14
16:1
allowed
12:13
amendment
2:22 4:10
Anne
18:13
answer
2:23 7:13,14
7:21
answering
14:19
anticipated
14:3
Antonio
18:20
apply
11:16
appreciate
8:13
April
18:14
areas
12:11,11
13:1,13,25
asked
5:3 13:4
asking
4:17,21
assume
3:7
attempt
13:5
attempting
11:24
Attorney
18:12
author
6:9

**B**

back
9:7,13,16
bad
6:1,3

ballot
16:4
ballots
16:3
barriers
13:24
basic
11:21
believe
5:22 8:1
9:24 13:18
14:9,16
best
18:4
bill
2:7 3:6,9,10
3:10 5:19
6:1,3 12:13
12:20,23
14:9 15:10
15:12,13,14
16:16,19
17:4
biometric
7:9,11 8:3,6
8:12,13
Birdwell
14:25 16:21
bottom
4:12,16,22
4:25
bounds
2:11,13 3:9
3:14 5:17
6:2 8:16
bulk
11:14

**C**

call
14:24 16:20
calls
12:7
card
6:24 8:2,3
15:19,19
Carona

14:25 16:21
carried
15:15
cast
16:1
CD
17:6
certain
15:17
certainly
10:25 12:15
13:1
certificate
4:13,18 5:1
5:6,7,10,13
5:23 6:19
6:25 7:4
9:20,25
10:2 15:22
Certified
18:14
certify
18:2,6,11
chair
2:1,8 15:9
change
2:17 5:9
changed
4:3
changes
2:14,22
checked
14:11
CHL
15:21
citizenship
15:21
clarified
2:20 4:8
clarify
5:11
code
7:8 8:12
come
9:7,13,16
committee
1:7 2:6,12

15:10,15,16
16:15,19
17:4
comply
14:10
conference
1:7 2:6,12
15:10,15
16:15,18
17:3
confident
13:16
conforming
2:22
consequences
13:9,14
considera...
12:19
Constitution
14:3
Constitut...
14:7
continue
15:18
correct
6:21 7:1
9:18,25
18:2
correctly
9:3
cost
3:19,21,23
counsel
18:6
counted
16:3,4
County
10:25 12:5
couple
2:14
court-app...
18:1
covered
12:15
create
3:23
created



**ESQUIRE**
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00056810

SECTION 1:46 :00 TO 2:08:30                    MAY 09, 2011

20

2:15 3:16
creation
2:18
criminal
16:12
CSR
1:15 18:17
currently
9:22

___ D ___
data
11:10
date
5:6,18 9:21
  10:1 18:18
Davis
14:25 16:21
day
9:7 18:14
days
9:16 16:3
de
6:7,8,11,12
  6:17,22 7:2
  7:7,18 8:1
  8:10,21,24
  9:2,12,19
  10:5 15:4
  16:25
decide
6:2
dense
12:11
department
5:7 7:5 10:1
  13:23 14:12
DEPOSITION
18:18
described
9:10
Deuell
15:1 16:22
DEWHURST
2:1,8,24 3:3
  6:6,10 7:23
  10:11,14

14:20 15:6
  16:17 17:2
difference
8:9
different
9:8
disabled
15:17
disaster
16:7
distance
12:10 13:24
district
14:6
document
7:3 11:2,9
  11:17 12:12
  12:18
doing
3:25 4:2,7
DPS
2:16,16 3:16
  3:17 5:3
  6:20 7:8
  8:12 10:22
  11:19 12:9
  13:2,4
  15:20,22
drafted
14:10
driver's
6:23 9:23
  11:1,7,21
  11:22 15:20
Duncan
2:21 4:9
  15:1 16:22

___ E ___
ears
4:20 6:15
educate
16:9
either
6:23 9:16
  12:8
election

2:15 3:16
  4:17 5:3
  6:19,19,25
  7:4 9:20
  15:23 16:10
Ellis
2:25 3:1,6
  3:11,18,22
  4:1,6,11,15
  4:23,25 5:5
  5:15,25
  15:1 16:22
Eltife
15:1 16:22
employed
18:7
encoded
8:7
Esquire
18:13,18
Estes
15:1 16:22
everybody
14:17
exception
2:21 12:19
execute
9:9,17
exemption
2:20 4:9
  12:13 16:6
exercise
12:24 13:17
  13:25 14:4
exercising
13:15
expecting
11:13
expiration
5:18 9:21,23
  18:18
expire
5:8,10,14,24
  10:3,4
expires
5:6 9:25
explain

2:9
___ F ___
facilities
10:23
fact
11:2,6
Falls
12:1,4
familiar
11:20
fee
18:11
fees
11:4
figure
5:25
Finance
10:24
financially
18:9
find
13:21
Firm
18:19
first
6:16
floor
2:22 4:10
  12:23
folks
11:6 12:23
follow
9:3
following
2:2 15:16
foregoing
18:2
form
8:6 9:8
format
15:24
forms
9:9 11:13
forward
15:15
four

5:6 12:2
frame
9:22
Fraser
2:3,9,10 3:4
  3:5,8,14,20
  3:24 4:3,8
  4:14,19,24
  5:2,11,21
  6:11,14,18
  6:21 7:1,6
  7:12,20
  8:14,19,23
  9:1,11,18
  9:24 10:15
  10:16,19,21
  11:10,23
  13:4,16
  14:9,16
  15:1,9,12
  16:18,22
free
2:15 3:16
  15:23
freedom
12:24 14:4
frown
13:23
full
18:12
further
14:23 18:6,8
  18:11

___ G ___
Gallegos
15:1 16:22
General
18:13
gentleman
10:9,13
getting
16:6
glad
10:10 12:3
go
2:13 5:17
  6:23,24 8:5



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00056811

SECTION 1:46 :00 TO 2:08:30                              MAY 09, 2011

```
  12:9 14:5         hundreds          inquiries          11:1,7,21         matter
  14:15             13:3              12:6               11:22 15:20       18:4
going                                 interested         LIEUTENANT        mean
5:17 6:2 8:9        ___I___           18:9               2:1,8,24 3:3      13:9
  8:16 9:3,14       ID                issued               6:6,10 7:23     meet
  11:7,18           1:8 2:15,17       2:16,16 3:16         10:11,14        8:17 9:6
  12:18 13:6          2:18 3:6,9        3:17 5:7           14:20 15:6      megacenters
  13:22               3:9,16,17         10:2               16:17 17:2      11:3
GOVERNOR              3:23 4:4        I's                limitations      members
2:1,8,24 3:3          6:19 7:5        15:7 17:3          2:6              2:10 5:16
  6:6,10 7:23         8:1 9:6                            line               14:20 15:6
  10:11,14            10:22 11:7      ___J___            8:22,23,24         15:12 16:17
  14:20 15:6          11:8,13,19      Jackson             14:13            17:2,5
  16:17 17:2          12:17 14:17     15:2 16:23         lines            mid
                      15:17,19,21     jail               11:20 13:13      11:11
  ___H___             15:23,25        16:13              list             mile
H                     16:2,5,6        jurisdiction       2:19 4:4         12:13
9:25               identific...      2:7                little           miles
Harris             2:19 4:13,18      Justice            3:12             12:14,17
10:25 12:5           5:1,4,13        13:23 14:12         lives             13:3
  15:2 16:23         6:24 7:3,4                          11:17            military
hear                 8:2,3,3,18      ___K___            location          15:21
6:14 10:24           9:5,8,15,20     keep               2:20 4:5         mine
  18:5             identifier        13:14              long             12:1
hearing            7:10,11           kind               13:13            minor
18:8               IDs               13:20,23           look             2:14
hearings           9:23              knew               13:5             minutes
11:11              ID's              6:1                looking          12:2
Hegar              13:18             know               4:15 11:8        month
15:2 16:23         IH                5:16 7:14          lost             12:8,8
help               18:19               13:17,23         16:6             morning
10:21 12:7         illegal                              Lucio            13:10
high               16:13             ___L___            15:2 16:23       motion
11:11 12:22        imagine           language           Lynne            15:10
Hinajosa           9:20              2:21 4:9,21        1:15 18:1,17     move
15:2 16:23         important           5:22                              5:18 16:15
hour               12:25             law                ___M___          moves
11:9 12:4,16       includes          9:6 10:21          M                5:20 16:18
hours              15:19             lays               1:15 18:1,17     multi-task
10:25 11:21        including         2:2                mailing          10:19
  14:6,13          16:10             legislation        16:11
Houston            increases         8:16 11:19         making           ___N___
11:20,25           16:12               12:15 13:9       6:2              natural
Huffman            information       let's              mandatory        16:7
15:2 16:23         8:6               6:15               16:13            Nay's
hundred            initial           license            Marble           15:7 17:3
12:13,14,17        11:1              6:23 9:23          12:1,4           need
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00056812

SECTION 1:46 :00 TO 2:08:30                    MAY 09, 2011

```
4:20 10:22      outcome         8:2             project         recognize
11:7            18:10           phone           11:3            7:19
neither         outside         10:18           promising       recognized
18:6            2:11,13 5:17    photo           11:3            7:24 10:12
Nelson            6:2 16:11     3:9 7:9,10      provide         recognizes
15:3 16:24      _____         8:1,5,11,13   15:22           2:9 15:9
new                  P            9:5,15        provides        recorded
2:15,18 3:16    page              15:17,19,22   11:19 16:3      18:5
  3:23 4:4      4:2,12,12,16      15:23 16:2    provisional     recording
  6:18 9:6,19     4:16,22,23      16:5,6        9:4 16:1,4      18:3
  10:8,10,13      4:24,25 5:6   photograph      provision...    registrars
  11:7,22         8:15,21,25    8:7,8           9:14            16:9
  12:12 15:24   paid            picked          public          registration
  16:10         18:12           5:22            7:5 16:9        15:18 18:19
Nichols         paid/will       place           purpose         related
15:3 16:24      18:12           6:22            2:25 6:7 8:4    18:7
notice          parties         places          purposes        religious
16:11,11        18:7            16:12           11:8            2:20 4:9
number          pass            please          Putte             16:6
2:3 11:4        13:10           7:17            6:7,8,11,12     remember
  14:22         passed          poll            6:17,22 7:2     11:10
_____       15:13           2:20 4:5        7:7,18 8:1      remote
     O          passport        polling         8:10,21,24      12:11 13:1
obtained        15:21           16:12           9:2,12,19         13:13
6:20            Patrick         possibility     10:5 15:4       renewal
obviously       15:3 16:24      11:5            16:25           11:1
11:15 13:6,9    pay             posting         _____       renewals
office          11:4            16:11                Q          11:21
6:20 12:6       penalty         practical       question        renewed
  13:2          16:12           8:8             5:3 7:14,17     12:1
offices         people          precious        7:22 8:14       Repeatedly
12:9 13:25      11:12 12:4      12:24 14:4      14:21           10:24
Ogden             13:11,15,17   President       questions       replacement
15:3 16:24        13:21 14:10   7:20 10:8       2:23 3:1,2      3:24
okay              15:17         pretty          6:9,18 10:6     report
5:5,15 6:12     percentag...    12:22           14:19,23        1:7 2:13
  6:17 8:10     11:12           priority        16:14,20          15:10,15
  8:23 9:1,12   period          12:22           _____         16:15,19
  14:18         13:21           probability          R            17:4
older           permit          11:6            raised          request
5:8,10 10:2     14:5,14         probably        11:3            2:17 3:15
once            permits         10:20 11:8      reach           requested
10:3            11:22             14:6          5:14 10:3       7:3 15:24
original        person          problem         read            requests
5:19            5:8 10:2        11:25           2:3             15:25
ought           personal        proceedings     real            require
10:20           2:16 3:17       18:3,5          11:5            11:18 15:16
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00056813

Case 2:13-cv-00193   Document 741-15   Filed on 11/17/14 in TXSD   Page 23 of 24
Case 1:12-cv-00128-RMC-DST-RLW   Document 209-2   Filed 06/20/12   Page 88 of 186

SECTION 1:46 :00 TO 2:08:30                          MAY 09, 2011

23

```
15:22                SB                 10:15,15,16      standpoint       13:13,23
requirement          2:13               10:17,19,20      8:9              14:2
12:16 14:13          SB14-VOTER         10:21 11:2       state            thought
requirements         1:8                11:10,15,23      6:4,5 11:8       8:11
7:3 8:18 9:5         second             11:24 12:3        11:19 16:8      three
9:6,21               4:14               12:19 13:4       statewide        4:12,12,16
 14:12 16:10         secretary          13:7,16,20       12:1             4:16,23,24
requires             2:3,5 6:4,5        14:9,11,16       statute          5:1 8:15,21
16:8                 14:24,25           14:18 15:9       8:12             10:25 11:9
requiring            16:8,20,21         15:12 16:18      suffice          11:21 12:4
8:1                  section           settings          8:5             14:6,7,13
resolution           8:22              13:12             Suite            time
2:2,2,4,5,9          see                Shapiro          18:19            9:22 13:11
 2:11,11,12          5:5 7:13 8:9       15:4 16:25       sure             16:13
 3:9,15 4:16         8:15 9:2           show             5:16             today
 5:17 6:9            Seliger            9:8 15:17        Suspending        4:20 6:15
 14:22,22            15:3 16:24          16:4            2:6               11:5
 15:7                Senate            showed                            Tommy
restricted           2:2,5,7,10         11:11           _____  12:7
7:10                 2:21 3:10          signed                 T          top
return               14:22 15:10        16:5           _____   4:11 8:21,24
16:2                 15:12,13          significant       take            train
right                16:16,19          3:20,22 11:4     13:12            16:9
7:4,8 12:21          17:4               similar          taken           Transcribed
 12:24,25            senator            9:22             16:6 18:8        1:15
 13:15,18            2:3,9,10,21        sir              talk             transcriber
 14:1                2:24 3:4,5         2:25             10:18 11:5       18:2
rights               3:6,8,11,14        six              talks           transcrip...
14:7                 3:18,20,22         9:16 16:2        10:25            18:3,11
rise                 3:24 4:1,3         sixth            tape             transition
2:25 6:7             4:6,8,9,11         9:7              18:3             13:21
Rodriguez            4:14,14,15         slower           tell             travel
1:15 15:3            4:19,23,24         3:12             3:12             12:12,14,16
 16:24 18:1          4:25 5:2,5        SOLUTIONS         testimony        14:4
 18:17               5:11,15,21        18:18             10:24 12:6       true
role                 5:25 6:6,8         somebody         Texas            12:1
14:24 16:20          6:11,11,12         7:19             12:11,17         try
                     6:13,14,17         sonogram          13:2 14:5       6:15
_____     6:18,21,22         12:12,14,20       18:13,20        trying
        S            7:1,2,6,7          12:23            thank            3:13 5:25
_____     7:12,13,16         sorry            6:17 7:25        6:1 10:18
Safety               7:18,20,21         4:19 7:14         8:10 10:5,6     two
7:5                  7:23,25,25         8:19              14:18 17:4      4:2,22 8:22
San                  8:10,14,19        SPEAKER           things           10:25 14:7
18:20                8:21,23,24         10:8,10,13       4:5              TX
saying               9:1,2,11,12       specified         think           18:17
5:23                 9:18,19,24         5:6 10:1         5:19 7:8 8:5     TXDot
says                 10:5,6,11                            8:8 12:5,8
5:12 7:8                                                  12:21,23
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00056814

```
 2:17 3:15          12:25 13:15       14:18 15:5     10              80,000
                    13:19,22          17:1           18:19           12:7
        U           14:1,3,5,13       Williams       12              8640
unable              14:15,17          7:13,16,19     15:7 17:3       18:17
13:22               15:18 16:1        7:21,24,25     12/31/13
unanswered          16:11             11:2,24        18:18                9
12:9                voter             12:7 15:5      14              90
unattended          3:9,9,23          17:1           2:7,13 3:10     11:12
13:14               8:17 9:3          Wilson         15:11,13        935
unavailab...        11:7 12:17        18:13          16:16,19        2:3,5,11
13:24               15:18,25          work           17:4           14:22
understand          16:1,5,9          8:16 13:12     19              9901
8:15 9:13           voters            workers        15:7 17:3       18:19
 10:22 11:25        15:16 16:4        16:10          19th
 18:5               votes             working        18:14
understan...        13:10             4:20 6:15
11:23               voting            worried             2
unexpired           9:4 11:16         13:8,11        2
15:19               16:13             worse          8:24
unintended                           6:3            2012
13:8                     W            wouldn't       18:15
urban               wait              11:16          210
13:12,25            6:13 11:9         writers        18:20
Uresti              12:4 14:5         14:2           24
12:19 15:4          14:13                            12:16
 16:25              walk                   Y
usually             3:11              year                3
8:5                 want              12:2,8         331-2280
                    5:15              years          18:20
        V           wanted            5:8,23 10:2
Van                 7:13              yield                6
6:7,8,11,12         Watson            3:4,5 6:11     630
 6:17,22 7:2        15:4 16:25         7:16,21       18:19
 7:7,18 8:1         Wentworth         10:9,10,13     65
 8:10,21,24         15:4 16:25        10:15,16       5:19,19
 9:2,12,19          west              Your's
 10:5 15:4          12:11,17          7:10                7
 16:25              13:2 15:4                        70
verbiage            16:25 18:19            Z         5:8,10,14,18
4:4                 we're             Zaffirini      5:20,21,23
violates            11:13 13:6        15:5 17:1      10:2,3,4
14:7                we've                            77
virtually           11:3 13:4             #          18:19
15:14               Whitmire          #123308686     78230
vote                10:12,15,17       1:8            18:20
3:6 8:5 9:14        10:20 11:15
 11:8 12:21         12:3 13:7              1                8
                    13:20 14:11
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00056815