derfner, armand 7/22/2014
For Educational Use Only

§ 521.142. Application for Original License, TX TRANSP § 521.142

Vernon's Texas Statutes and Codes Annotated
 Transportation Code (Refs & Annos)
  Title 7. Vehicles and Traffic (Refs & Annos)
   Subtitle B. Driver's Licenses and Personal Identification Cards
    Chapter 521. Driver's Licenses and Certificates (Refs & Annos)
     Subchapter G. License Application Requirements
V.T.C.A., Transportation Code § 521.142

# § 521.142. Application for Original License

Effective: September 28, 2011

Currentness



(a) An application for an original license must state the applicant's full name and place and date of birth. This information must be verified by presentation of proof of identity satisfactory to the department. An applicant who is not a citizen of the United States must present to the department documentation issued by the appropriate United States agency that authorizes the applicant to be in the United States before the applicant may be issued a driver's license. The department must accept as satisfactory proof of identity under this subsection an offender identification card or similar form of identification issued to an inmate by the Texas Department of Criminal Justice if the applicant also provides supplemental verifiable records or documents that aid in establishing identity.

(b) The application must include:

(1) the thumbprints of the applicant or, if thumbprints cannot be taken, the index fingerprints of the applicant;

derfner, armand 7/22/2014
For Educational Use Only

**§ 521.142. Application for Original License, TX TRANSP § 521.142**

(2) a photograph of the applicant;

(3) the signature of the applicant; and

(4) a brief description of the applicant.

(c) The application must state:

(1) the sex of the applicant;

(2) the residence address of the applicant, or if the applicant is a federal judge, a state judge, or the spouse of a federal or state judge using the procedure developed under Section 521.121(c), the street address of the courthouse in which the applicant or the applicant's spouse serves as a federal judge or a state judge;

(3) whether the applicant has been licensed to drive a motor vehicle before;

(4) if previously licensed, when and by what state or country;

(5) whether that license has been suspended or revoked or a license application denied;

derfner, armand 7/22/2014
For Educational Use Only

§ 521.142. Application for Original License, TX TRANSP § 521.142

(6) the date and reason for the suspension, revocation, or denial;

(7) whether the applicant is a citizen of the United States; and

(8) the county of residence of the applicant.

<Text of subsec. (d) as amended by Acts 2009, 81st Leg., ch. 1252 (H.B. 339), § 9>

(d) If the applicant is under 21 years of age, the application must state whether the applicant has completed a driver education course required by Section 521.1601.

<Text of subsec. (d) as amended by Acts 2009, 81st Leg., ch. 1413 (S.B. 1317), § 1 >

(d) If the applicant is under 25 years of age, the application must state whether the applicant has completed a driver education course required by Section 521.1601.

(e) The application must include any other information the department requires to determine the applicant's identity, residency, competency, and eligibility as required by the department or state law.

(f) Information supplied to the department relating to an applicant's medical history is for the confidential use of the department and may not be disclosed to any person or used as evidence in a legal proceeding other than a proceeding under Subchapter N.[1] This subsection does not apply to information provided by an applicant under

derfner, armand 7/22/2014
For Educational Use Only

§ 521.142. Application for Original License, TX TRANSP § 521.142

Subsection (h).

(g) The department may require an applicant to provide the applicant's social security number only for a purpose permitted by Section 521.044.

(h) The application must provide space for the applicant to voluntarily list any health condition that may impede communication with a peace officer as evidenced by a written statement from a licensed physician.

(i) The application must provide space for the applicant:

(1) to voluntarily list any military service that may qualify the applicant to receive a license with a veteran's designation under Section 521.1235; and

(2) to include proof required by the department to determine the applicant's eligibility to receive that designation.

**Credits**

Acts 1995, 74th Leg., ch. 165, § 1, eff. Sept. 1, 1995. Amended by Acts 1999, 76th Leg., ch. 556, § 78, eff. Sept. 1, 1999; Acts 1999, 76th Leg., ch. 640, § 3, eff. Sept. 1, 1999; Acts 2003, 78th Leg., ch. 1335, § 2, eff. Jan. 1, 2004; Acts 2005, 79th Leg., ch. 1108, § 5, eff. Sept. 1, 2005; Acts 2005, 79th Leg., ch. 1218, § 4, eff. Sept. 1, 2005; Acts 2009, 81st Leg., ch. 316, § 4, eff. Sept. 1, 2009; Acts 2009, 81st Leg., ch. 1146, §§ 13A.04, 14.01, eff. Sept. 1, 2009; Acts 2009, 81st Leg., ch. 1253, § 9, eff. Sept. 1, 2009; Acts 2009, 81st Leg., ch. 1413, § 1, eff. March 1, 2010; Acts 2011, 82nd Leg., ch. 91 (S.B. 1303), § 24.011, eff. Sept. 1, 2011; Acts 2011, 82nd Leg., ch. 273 (H.B. 1514), § 2, eff. Sept. 1, 2011; Acts 2011, 82nd Leg., 1st C.S., ch. 4 (S.B. 1), § 72.06,

derfner, armand 7/22/2014
For Educational Use Only

§ 521.142. Application for Original License, TX TRANSP § 521.142

eff. Sept. 28, 2011.

**Editors' Notes**

### REVISOR'S NOTE

### 2013 Main Volume

Section 6(b), V.A.C.S. Article 6687b, refers to a license application that is "refused." The revised law omits the reference to "refused" and substitutes "denied." V.A.C.S. Article 6687b uses the terms "refuse" and "deny" interchangeably. The revised law uses only the term "deny" for consistency and to avoid confusion.

Footnotes

1
    V.T.C.A., Transportation Code § 521.291 et seq.

**V. T. C. A., Transportation Code § 521.142, TX TRANSP § 521.142**
Current through the end of the 2013 Third Called Session of the 83rd Legislature

**End of Document**      © 2014 Thomson Reuters. No claim to original U.S. Government Works.