derfner, armand 7/22/2014
For Educational Use Only

§ 15.183. Application Requirements, 37 TX ADC § 15.183

| Texas Administrative Code |
| Title 37. Public Safety and Corrections |
| Part 1. Texas Department of Public Safety |
| Chapter 15. Driver License Rules |
| Subchapter L. Election Identification Certificate |

37 TAC § 15.183

Tex. Admin. Code tit. 37, § 15.183

§ 15.183. Application Requirements

Currentness

(a) An application for an election identification certificate must include:



(1) the applicant's full name:

(A) A married woman may use her maiden name or she may adopt the surname of her husband or the surname of a previous husband. No name will be used that has not been documented. Middle names will not be substituted for first names. Three full names will be used, unless the applicant does not have three names, including the maiden name. This section applies to both sexes.

2:13-cv-193
09/02/2014
**DEF0408**

derfner, armand 7/22/2014
For Educational Use Only

§ 15.183. Application Requirements, 37 TX ADC § 15.183

(i) When change of name occurs because of marriage, divorce, annulment, or death of spouse, the certificate holder may choose to keep her current married name, revert to her maiden name, or adopt a previous husband's surname. Name changes for reasons other than those set out above require a court order verifying such change.

(ii) Certificate holders who request a name change may apply for a duplicate and exercise the same privilege in name selection as an original applicant.

(B) Foreign language names will be spelled out as they appear on the identification documents presented. English versions of names will not be substituted for the actual name.

(C) Ecclesiastical names such as Brother Thomas, Sister Mary, or Father Kelly are not used.

(2) the applicant's place and date of birth;

(3) the fingerprints of the applicant; this does not apply to an applicant who is permitted and utilizes an alternative method for renewing or duplicating an election identification certificate;

derfner, armand 7/22/2014
For Educational Use Only

§ 15.183. Application Requirements, 37 TX ADC § 15.183

(4) a photograph of the applicant;

(5) the signature of the applicant; the applicant's usual signature, in ink, is required on all applications for an election identification certificate:

    (A) The primary purpose of the signature is to identify the applicant and verify the information given on the application.

    (B) If an applicant cannot write his name, he may make his "mark." This is usually a cross in the place of his signature followed by the applicant's printed name. The Driver License field employee shall sign under the applicant's "mark" showing who printed the applicant's name.

(6) a brief description of the applicant;

(7) the sex of the applicant;

(8) the residence address of the applicant;

(9) whether the applicant is a citizen of the United States; and

derfner, armand 7/22/2014
For Educational Use Only

§ 15.183. Application Requirements, 37 TX ADC § 15.183

(10) the county of residence of the applicant.

(b) Social Security number. Applicants for an election identification certificate will be asked to provide verification of Social Security number documentation. If the applicant fails or refuses to provide that social security information, the election identification certificate will be issued without such documentation unless state or federal statute requires otherwise. Acceptable documents to provide verification of Social Security number are listed in § 15.42 of this title (relating to Social Security Number).

(c) Notarizations. The applicant must verify original election identification certificate applications before a person authorized to administer oaths. The following officials may administer such oaths or affirmations:

(1) within the State of Texas:

(A) a judge, clerk, or commissioner of any court of record;

(B) a notary public;

derfner, armand 7/22/2014
For Educational Use Only

§ 15.183. Application Requirements, 37 TX ADC § 15.183

      (C) a justice of the peace;

      (D) authorized employees of the Department of Public Safety;

  (2) general:

      (A) in the absence of evidence to the contrary, it is presumed that all notarizations are legally made;

      (B) the omission of the seal by officers normally required to use same for notarization invalidates the oath;

      (C) notarized election identification certificate applications must be dated not more than six months prior to date of application.

## Credits

**Source:** The provisions of this §15.183 adopted to be effective December 13, 2011, 36 TexReg 8384.

Current through 39 Tex.Reg. No. 5000, dated June 27, 2014, as effective on or before June 30, 2014

derfner, armand 7/22/2014
For Educational Use Only

**§ 15.183. Application Requirements, 37 TX ADC § 15.183**

# 37 TAC § 15.183, 37 TX ADC § 15.183

**End of Document** © 2014 Thomson Reuters. No claim to original U.S. Government Works.