

# Texas Politics
## Support for Voter ID Requirement (July 2008)

Average Results    Breakdown by Race



Mouse-over for notes about the data



2:13-cv-193
09/02/2014
**DEF0409**

http://www.laits.utexas.edu/txp_media/html/poll/features/voter_id/slide1.html    1/21/2011

TX_00009588



# Texas Politics
Support for Voter ID Requirement (July 2008)

*Average Results*   *Breakdown by Race*



Mouse-over for notes about the data

Broken down by race, support for legislation requiring a photo identification in order to vote remained strong across racial groups. Blacks/African Americans and Hispanic/Latinos supported such a measure somewhat less than Whites/Caucasians, but not by wide margins (73 percent for whites, 68 percent for blacks, 65 percent for Latinos).

Back

11% of respondents answered "don't know" to this question. Question asked in two parts. First, respondents were asked whether or not they support a law requiring individuals to present a government-issued photo id in order to be permitted to vote. Then, they were asked to gauge their strength of their support or opposition.

TX_00009591