

# Texas Politics

Voter Identification (February 2011)

| Voter ID Preferences | Breakdown by Party ID | Breakdown by Race |

**Do you agree or disagree that registered voters should be required to present a government-issued photo ID before they can be allowed to vote? (February 2011)**

The MOE for the sample (n=797) is +/- 3.47

- Agree: 75%
- Disagree: 17%
- Don't know: 8%

Mouse-over for notes about the data

2:13-cv-193 09/02/2014 DEF0414



7/23/2014 — Texas Politics - Voter Identification (February 2011)

http://www.laits.utexas.edu/txp_media/html/poll/features/201102_voter_id/slide2.html

