# Texas Politics

Voter ID Law Support (October 2012)

| Voter ID Support | by Party Identification | by Ideology | by Race |

## Texas Politics - Voter ID Law Support (October 2012)

**Do you agree or disagree with the idea that registered voters should be required to present a government issued photo ID at the polls before they can be allowed to vote? (October 2012)**

The MOE for the sample (n=800) is +/- 3.46

- Agree: 66%
- Disagree: 27%
- Don't know: 7%

Mouse-over for notes about the data

EXHIBIT 46

2:13-cv-193
09/02/2014
DEF0415

file:///G:/USER/SSC1/Voter%20I.D/VOTER%20ID%202013/VEASEY%20-%20LEAD%20CASE/Discovery Depositions/Deposition%20Materials/Non-Leg%20Depos/Texas%20Politics%20-%20Depos/Texas%20Politics%20Slides/Texas%20Politics...   1/1





