Kevin Kieschnick
Voter Registrar
901 Leopard St., Suite 102
Corpus Christi, Texas 78401
(361) 888-0404

Secretary of State's Office
Elections Division
1-800-252-VOTE (8683)


Presorted
First Class
US Postage
PAID
PDMS

**RETURN SERVICE REQUESTED**

682117

### VOTER REGISTRATION CERTIFICATE
(Certificado de Registro Electoral)
**NUECES COUNTY** (Condado)

| VUID | Gender (Sexo) | Valid from (Válido desde) |
|---|---|---|
| 1038907095 | M | 01/01/2014 |
| Year of Birth (Año de Nacimiento) | Prec. No. (Núm. Pcto.) | thru (hasta) |
|  | 56 | 12/31/2015 |

| US REP | ST SEN | ST REP | COMM | JP |
|---|---|---|---|---|
| 27 | 20 | 34 | 3 | 1 |
| CITY | SCHOOL | COLG | SM CITY | SBE |
| COR | CCI | 2 | CC2 | 2 |

GANDY JR, KENNETH EDWARD

X [signature: Kenneth E Gandy Jr]

VOTER MUST PERSONALLY SIGN HIS/HER NAME IMMEDIATELY UPON RECEIPT IF ABLE

1038907095

KENNETH EDWARD GANDY JR

05


NO. 1
Gandy
DATE 6/11/14

2:13-cv-193
09/02/2014
**DEF0417**