ST_2012_Officials_Confirmation

| First | middle | Last | suffix | Spouses/Guest First name | County | full title |
|---|---|---|---|---|---|---|
| Kenneth | | Dickson | | | Anderson | Commissioner |
| Joey | | Hill | | | Anderson | Commissioner |
| Rashad | | Mims | | | Anderson | Commissioner |
| Robert | | Loggins | | | Angelina | Commissioner |
| Rick | | Harrison | | | Angelina | Commissioner |
| C.H. | | Mills, | | | Aransas | County Judge |
| Russel | | Cole | | | Aransas | Commissioner |
| Charles | | Smith | | | Aransas | Commissioner |
| Bill | | Carroll | | | Atascosa | Commissioner |
| Freddie | | Ogden | | | Atascosa | Commissioner |
| Bill | | Torans | | | Atascosa | Commissioner |
| Lon | | Gillespie | | | Atascosa | Commissioner |
| Jim | | Wither | | Mary Ella | Bastrop | County Judge |
| Clara | | Beckett | | | Bastrop | Commissioner |
| Willie | | Pina | | | Bastrop | Commissioner |
| Kenneth | | Haggard | | | Bee | Commissioner |
| Eloy | | Rodriguez | | | Bee | Commissioner |
| David | | Silva | | | Bee | County Judge |
| Dennis | | Dewitt | | | Bee | Commissioner |
| Christy | | Rhone | | | Bexar | |
| Jim | | Garcia | | | Bexar | Vice President |
| Tommy | | Adkisson | | | Bexar | Commissioner |
| Paul | | Granberg | | | Blanco | Commissioner |
| Barbara | | Sophia | | | Brazoria | Administrator |
| L L | | Stanley | | | Brazoria | Commissioner |
| Raul | M. | Ramirez | | | Brooks | County Judge |
| Gloria | | Garza | | Rene | Brooks | Commissioner |
| Luis | | Arevalo | | Diana | Brooks | Commissioner |
| Carlos | | Villarreal | | Natalia | Brooks | Commissioner |
| Jose | | Martinez | | Gloria | Brooks | Commissioner |
| Frank | | Kristof | | | Burleson | Commissioner |
| David | | Hildebrand | | Deborah | Burleson | Commissioner |
| John | | Landolt | Jr. | Beatrice Landolt & Trey Groce | Burleson | Commissioner |
| Joe | | Dockery | | | Burnet- | Commissioner |
| Ronny | | Hibler | | | Burnet | Commissioner |
| Russell | | Graeter | | | Burnet | Commissioner |
| Bill | | Neve | | | Burnet | Commissioner |
| Donna | | Klaeger | | | Burnet | County Judge |
| Nieto | | Madrigal | | Sarah | Caldwell | Commissioner |
| Kenneth | W. | Finster | | | Calhoun | Commissioner |
| Neil | | Fritsch | | | Calhoun | Commissioner |
| Vern | | Lyssy | | Karen | Calhoun | Commissioner |
| Roger | | Galvan | | Irene | Calhoun | Commissioner |
| Michael | | Pfeifer | | Lynn | Calhoun | County Judge |
| Daniel | | Sanchez | | | Cameron | Commissioner |
| Ernie | L. | Hernandez | Jr. | | Cameron | Commissioner |
| Sofia | C. | Benavides | | | Cameron | Commissioner |
| Carlos | | Cascos, | | | Cameron | County Judge |
| Kevin | | Howell | | Karla | Carson | Commissioner |
| Danny | | Shaddix | | Linda | Cass | Commissioner |
| Roy | | Hodges | | | Crane | Commissioner |



2:13-cv-193
09/02/2014
DEF0423

DEPOSITION EXHIBIT
Garcia 2
Sylvia Kerr, CSR, CRR, RPR, TCRR

ST_2012_Officials_Confirmation

| First | Last | | Other | County | Title |
|---|---|---|---|---|---|
| Randy | Branch | | | Crockett | Commissioner |
| Adrian | Norman | | | Culberson | Commissioner |
| Cornelio | Garibay | | | Culberson | Commissioner |
| David | Wagner | | Wilma & Elizabeth | Deaf Smith | Commissioner |
| Hugh | Coleman | | | Denton | Commissioner, Pct. 1 |
| Curtis | Afflerbach | | | Dewitt | Commissioner |
| James | Pilchiek Sr. | | | Dewitt | Commissioner |
| Daryl | Fowler | | | Dewitt | County Judge |
| Donald | Kuecker | | | Dewitt | Commissioner |
| John | Oliver | | | Dewitt | Commissioner |
| Rodrigo | Jaime | | | Dimmit | Commissioner |
| David | Taylor | | | Dimmit | Commissioner |
| Johnny | Gloria | | | Dimmit | Commissioner |
| Mike | Uriegas | | | Dimmit | Commissioner |
| Francisco | Ponce | | | Dimmit | County Judge |
| Gilberto | Uribe, | Jr. | Lamar | Duval | Commissioner |
| Alejo | Garcia | | Elma | Duval | Commissioner |
| Gary | Whitlock | | | Fannin | Commissioner, Pct. 1 |
| Grady | Prestage | | | Fort Bend | Commissioner |
| Richard | Graf | | | Frio | Commissioner |
| Carlos | Garcia | | | Frio | County Judge |
| Richard | Hernandez | | Noelda | Frio | Commissioner |
| Donnie | Schuch | | Linda | Gillespie | Commissioner |
| Calvin | Ransleben | | Betty | Gillespie | Commissioner |
| William | Roeder | | Betty | Gillespie | Commissioner |
| Curtis | Cameron | | Taffy | Gillespie | Commissioner |
| Julian | Flores | | Carmen | Goliad | Commissioner |
| David | Bowman | | Dorothy | Goliad | County Judge |
| Alonzo | Morales | | Pat | Goliad | Commissioner |
| Jim. | Kreneck | | Janet | Goliad | Commissioner |
| Donnie | Brzozowski | | Elaine | Gonzales | Commissioner |
| David | Bird | | | Gonzales | County Judge |
| Gary | Boyd | | | Gregg | Commissioner |
| Julian | Melchor | | | Grimes | |
| Roger | Baenziger | | | Guadalupe | Commissioner |
| Kyle | Kutscher | | | Guadalupe | Commissioner |
| Jim | Wolverton | | | Guadalupe | Commissioner |
| R. Jack | Cagle | | | Harris | Commissioner |
| Debbie | Ingalsbe | | Sylvia Boasi | Hays | Commissioner |
| Roberto | Villarreal | | | Hidalgo | Economic Developm |
| Yolanda | Chapa | | | Hidalgo | Chief Administrator |
| Dennis | Simons | | | Jackson | County Judge |
| Wayne | Hunt | | | Jackson | Commissioner |
| Wayne | Bubela | | | Jackson | Commissioner |
| Johnny | Belicek | | | Jackson | Commissioner |
| Larry | Deyton | | | Jackson | Commissioner |
| Antonio | Flores | | Cristina | Jim Hogg | Commissioner |
| Abelardo | Alaniz | | Selina | Jim Hogg | Commissioner |
| Sandalio | Ruiz | | Cecilia | Jim Hogg | Commissioner |
| Juanlino | Ramirez | | | Jim Hogg | Commissioner |
| Oswald | Alanis | | Liz Alanis & Madison Jotcher | Jim Wells | Commissioner |
| Javier | Garcia | | Margot | Jim Wells | Commissioner |

ST_2012_Officials_Confirmation

| | | | | |
|---|---|---|---|---|
| Ventura | Garcia, | | Jim Wells | Commissioner |
| Barbara | Shaw | | Karnes | County Judge |
| Gene | Miertschin | Bonnie | Kendall | Commissioner |
| Sarita | Hixon | | Kenedy | Commissioner |
| Cindy | Gonzales | Misty | Kenedy | Commissioner |
| Robert | Salazar | Irma | Kenedy | Commissioner |
| Guy | Overby | | Kerr | Commissioner |
| H.A. | Baldwin | | Kerr | Commissioner |
| Tim | Ward | Debbie | Kinney | County Judge |
| Joe | Montalvo | Paulita, Alyssa, Jaime | Kinney | Commissioner |
| Roy | Cantu | Hilda | Kleberg | Commissioner |
| Chris | Hinojosa, | | La Salle | Commissioner |
| Joel | Rodriguez | | La Salle | County Judge |
| Ricardo | Garza | | La Salle | Commissioner |
| Rene | Benavidez | | La Salle | Commissioner |
| Raul | Ayala | Elsa | La Salle | Commissioner |
| Lonnie | Layton | Laura | Lamar | Commissioner |
| Lawrence | Malone | Rita | Lamar | Commissioner |
| Dennis | Kocian | Shirley | Lavaca | Commissioner |
| David | Wagner | Wilma & Elizabeth | Layaca | Commissioner |
| Ronald | Berckenhoff | Carol & John & Matthew | Layaca | Commissioner |
| Douglas | Hartfield | | Lee | Commissioner |
| Melvin | Hunt | | Liberty | Commissioner |
| Jim | Bassett | | Live Oak | Commissioner |
| Donna | Mills | | Live Oak | Commissioner |
| Richard | Lee | Nancy | Live Oak | Commissioner |
| Gilbert | Flores | Kathy | Lubbock | Commissioner |
| Nate | McDonald | | Matagorda | County Judge |
| Kelly | Snell | | McLennan | Commissioner, Pct. 1 |
| Maximo | Quintanilla, | Jr. | McMullen | Commissioner |
| Tim | Teal | | McMullen | Commissioner |
| Paul | M. | Koonce | Shirley | McMullen | Commissioner |
| James | E | Teal | | McMullen | County Judge |
| Murray | Swaim | Sallie | McMullen | Commissioner |
| A. | Butch | Aguilar | Margaret | Menard | Commissioner |
| Mike | Bradford | | Midland | County Judge |
| Len | Sheets | Genevie | Moore | Commissioner |
| Tommy | White | | Nolan | Commissioner |
| Tony | Lara | Sara | Nolan | Commissioner |
| Terry | Locklar | Jill & Lyndi & Larissa | Nolan | Commissioner |
| Terry | Willman | | Nolan | Commissioner |
| Oscar | Ortiz | | Nueces | Commissioner |
| Mike | Pusley | | Nueces | Commissioner |
| Loyd | Neal | | Nueces | County Judge |
| Joe | A. | Gonzalez | Linda | Nueces | Commissioner |
| Joe | McComb | | Nueces | Commissioner |
| John | Dubose | Joyce | Orange | Commissioner |
| Dusty | Renfro | | Parker | Commissioner |
| Santiago | Cantu | Jr. | Pecos | Commissioner |
| Lupe | Dominguez | | Pecos | Commissioner |
| Joe | Shuster | Linda | Pecos | County Judge |
| Joe | Kirkwood | | Potter | Commissioner |

ST_2012_Officials_Confirmation

| First | Last | | | County | Title |
|---|---|---|---|---|---|
| Rod | Bernal | | | Refugio | Commissioner |
| Rene | Mascorro | | | Refugio | County Judge |
| Jan | Roe | | | Robertson | County Judge |
| Keith | Petitt | | | Robertson | Commissioner |
| Terry | Simpson | | Hilda | San Patricio | County Judge |
| Nina | Trevino | | Jo Ann Ramos | San Patricio | Commissioner |
| Fred | Nardini | | Judy | San Patricio | Commissioner |
| Fred | Nardini | | | San Patricio | Commissioner |
| Jim | Price, | Jr. | Susan | San Patricio | Commissioner |
| Alma | Moreno | | Valentin | San Patricio | Commissioner |
| Zack | Cummings | | | Somervell | Commissioner |
| Lloyd | Wirt | | | Somervell | Commissioner |
| Eloy | Garza | | | Starr | Commissioner |
| Jerry | Toland | | Sharon | Stephens | Commissioner |
| Fred | Perez | | Mary Sue | Sutton | Commissioner |
| Miguel | Villanueva | | Amparo | Sutton | Commissioner |
| Luke | Legate | | | Travis | ANGA |
| Brenda | Jenkins | | | Travis | Vice President |
| Margaret | Gomez | | | Travis | Commissioner |
| Martin | Nash | | | Tyler | Commissioner |
| Rusty | Hughes | | | Tyler | Commissioner |
| Julius | Walston | | | Tyler | Commissioner |
| Michael | Marshall | | | Tyler | Commissioner |
| Raul | Flores | | | Uvalde | Commissioner |
| Gustavo | Flores | | | Val Verde | Commissioner |
| Robert | Nettleton | | | Val Verde | Commissioner |
| Laura | Allen | | | Val Verde | County Judge |
| Kay | Posey | | | Victoria | Administrative Ass |
| Joyce | Dean | | | Victoria | Director of Adminis |
| Kevin | Janak | | | Victoria | Commissioner |
| Gary | Burns | | | Victoria | Commissioner |
| Clint | Ives | | | Victoria | Commissioner |
| Julian | Florez | | | Ward | Commissioner |
| Joy | Fuchs | | | Washington | Commissioner |
| Luther | Hueske | | | Washington | Commissioner |
| Zeb | Heckmann | | | Washington | Commissioner |
| John | Brieden | | | Washington | County Judge |
| Frank | Salinas | | Nancy Cadena | Webb | |
| Leroy | Medford | | | Webb | |
| Jaime | Canales | | | Webb | Commissioner |
| Jerry | Garza | | | Webb | Commissioner |
| Frank | Sciaraffa | | | Webb | Commissioner |
| Danny | Valdez | | | Webb | County Judge |
| D.C. | King | | | Wharton | Commissioner |
| Leroy | E. | Dettling | | Wharton | Commissioner |
| Phillip | Spenrath | | | Wharton | County Judge |
| John | F. | Gonzales | | Willacy | County Judge |
| Elibreto | Guerra | | | Willacy | Commissioner |
| Alfredo | Serrato | | | Willacy | Commissioner |
| Dora | Perez | | | Willacy | Commissioner |
| Dan | Gattis | | | Williamson | County Judge |
| Ron | Morrison | | | Williamson | Commissioner |

ST_2012_Officials_Confirmation

| | | | | | |
|---|---|---|---|---|---|
| Paul | W | Pfeil | | Wilson | Commissioner |
| Albert | | Gamez | Jr. | Wilson | Commissioner |
| Gabriel | | Villarreal | Diana | Zapata | Commissioner |
| Joseph | | Rathmell | Gina | Zapata | County Judge |
| Norberto | | Garza | Diana | Zapata | Commissioner |
| Eddie | | Martinez | Mary Ellen | Zapata | Commissioner |
| Jose | | Vela | Maria | Zapata | Commissioner |
| Joe | | Luna | | Zavala | County Judge |
| Isidro | | Cantu | | Zavala | Commissioner |
| Raul | | Gomez | Flor | Zavala | Commissioner |
| Jesse | | Gonzales | Tina | Zavala | Commissioner |
| Don | | Lindenborn | Kelly | Zavala | Commissioner |