


# Texas Politics

Voter Identification (February 2011)



# Texas Politics

Voter Identification (February 2011)

