



2:13-cv-193
09/02/2014
**DEF0426**

DEPOSITION EXHIBIT
Garcia 5
Sylvia Kerr, CSR, CRR, RPR, TCRR

http://www.laits.utexas.edu/txp_media/html/poll/features/201210_voterid/slide4.html