**VOTER INFORMATION -- Issued: 07/16/2014**

| | | | |
|---|---|---|---|
| Name | Elizabeth Tezeno Gholar | | |
| Ward/Precinct | 00/440 | Voter Number | 1211432 |
| Party | Democratic | Registration Date | 03/30/1998 |

| Your Voting Site Is: | Registrar of Voters: |
|---|---|
| WESTLAKE HIGH SCHOOL | Angela M. Quienalty |
| 1000 GARDEN DR | CALCASIEU PARISH |
| WESTLAKE | 1000 RYAN ST - RM 7 |
| | LAKE CHARLES, LA 70601-5250 |
| | (337) 721-4000 |

**Your Districts Are:**

| | | | |
|---|---|---|---|
| Congress | 03 | BESE | 07 |
| Senate | 27 | Hospital | CC |
| Representative | 035 | Sales Tax | None |
| Police Jury | 14 | Republican State Central Comm | 35A |
| School Board | 09 | Fire | None |
| Justice of the Peace | None | Drain | D5 |
| City | W | Water | None |
| Tax Ward | 04 | Rec | R4 |
| Supreme Court | 03 | Sewer | None |
| Appeals Court | 322 | School | S2 |
| District Court | 142 | Airport | None |
| Public Service Commissioner | 04 | | |

**WANTED: COMMISSIONERS! CALL YOUR CLERK OF COURT FOR INFORMATION.**

If your name or address has changed, update your registration at www.GeauxVote.com

2:13-cv-193
09/02/2014
**DEF0427**



EXHIBIT
16 2014
Gholar