# Texas Secretary of State
## Nandita Berry

Search | Site Index | Help | Contacts | Press Office



Home                                                                    End Session

## Voter Information

This information listed is confirmation that you are registered to vote at the address and precinct listed below as of the "valid from" date.

To view county contact information, visit the List of County Election Administrators page.

## Información para el Votante

La información que aquí aparece es la confirmación de que usted está registrado(a) para votar en la dirección y el precinto que a continuación se indican. Tal registro está "Válido desde" la fecha dada abajo.

Para ver datos de contacto en los condados, visite la página que contiene la Lista de Administradores de elecciones por condado.

- Introduction
- Am I Registered?
- Voter Registration Application
- List of County Registrars
- List of County Election Administrators
- VoteTexas.gov
- Help



### Voter Information

| | |
|---|---|
| Name: (Nombre) | GHOLAR , ELIZABETH |
| Address: (Dirección) | [redacted] |
| Valid From: (Válido desde) | 01/01/2014 |
| Effective Date of Registration: (Fecha efectiva de registración) | 09/19/2013 |
| Voter Status: (Estatus de Votante) | Active ( activo) |
| County: (Condado) | TRAVIS |
| Precinct: (Precinto) | 337 |

EXHIBIT
JUL 1 6 2014
Gholar 3   EC

EXHIBIT
[illegible] 4
EC

Update your name on your Voter Registration Record
Actualicé su nombre en su registro de votante

If you are unable to update your name online, you may complete a voter registration application and mail it to your voter registrar.
Si no puede actualizar su nombre en línea, puede



2:13-cv-193
09/02/2014
DEF0429

terminar de llenar una solicitud de registro de votantes y enviarlo por correo a su registrador de votantes .

SOS Home | Register to Vote | Texas.gov | Trail | Texas Homeland Security

Compact With Texans | Open Records Policy | Privacy Policy | Link Policy | Disclaimer

Help | Send comments and questions about the web site to: elections@sos.state.tx.us