# Texas Politics

Voter Identification (February 2011)



2:13-cv-193
09/02/2014
DEF0451

EXHIBIT 7