# Texas Politics

Voter Identification (February 2011)



2:13-cv-193
09/02/2014
**DEF0452**

EXHIBIT 8