# Texas Politics

Voter Identification (February 2011)





EXHIBIT 9