

# ELECTION PROTECTION AND ACCESS TO THE BALLOT IN TEXAS

The proposed Senate Bill 14, known widely as the Texas Voter ID bill, has caused a great deal of confusion although it has yet to be implemented. People are confused and unclear about the rules and what proper identification is needed to cast a vote. The Texas League of Young Voters Education Fund is looking to work with election access partners and coalitions to make sure that everyone, especially young people, are educated about the status of this proposed law.

Last year, the Texas Legislature passed SB 14, the Voter ID law that would create a burden on young voters by not allowing then to use their voter registration card to vote as they have been able to in the past. This bill would not allow the use of student IDs, an ID from another state, work IDs used by a state employee or an expired state issued personal identification or driver's license.

With the long history of voter disenfranchisement in Texas and the confusion of this particular bill, we would have to do significant election protection work for this election cycle. Below are two ways in which we could make this happen:

1. **Launch a comprehensive education campaign** targeting young voters to ensure that they are aware of the election laws and their rights to register and vote; and
2. **Run a comprehensive election protection plan** in major counties and maintain a presence in all voting precincts that will be working in. This includes identifying and training volunteer poll monitors and watchers, as well as working with legal groups for support from the first day of Early Vote period through Election Day.

These components are fundamental to a successful election in November 2012.

<u>Budget</u>

**Administration**
    EP Support Staff    $2,500
    Volunteer/Recruitment    $1,000
    National Allocation    $2,500
**Paid Media**
    Radio Spots    $5,000
    Print Ads    $5,000
**Field**
    Early Vote/Election Day    $5,000
**Travel**
    Airfare    $2,500
    Ground Transportation    $1,500

    **TOTAL**    $25,000


2:13-cv-193
09/02/2014
DEF0454


EXHIBIT
10

LYV00000047