EXAMPLE 1

Information on poll book:

Name:      Isa Villareal
DOB:       08/13/1990
Address:   2802 Commerce Street, Houston, TX 77003

Information on driver's license:

Name:      Isabella Johnson
DOB:       08/13/1990
Address:   4015 Garrow Street, Houston, TX 77003


2:13-cv-193
09/02/2014
DEF0455


DEPOSITION EXHIBIT
7-24-2014 Guidry

EXAMPLE 2

Information on poll book:

Name:      Elizabeth Murphy
DOB:       09/15/1974
Address:   531 W 32nd Street, Houston, TX 77018

Information on driver's license:

Name:      Elizabeth Burton
DOB:       09/15/1974
Address:   2614 Delwood Pl, Austin, TX 78703

EXAMPLE 3

Information on poll book:

Name:      Christine Barrow
DOB:       04/08/1965
Address:   531 W 32nd Street, Houston, TX 77018

Information on U.S. Passport:

Name:      Christine Alexander
DOB:       04/08/1965

EXAMPLE 4

Information on poll book:

Name:      Christopher Johnson
DOB:       11/11/1911
Address:   14800 Henry Road, Houston, TX 77060

Information on driver's license:

Name:      Chris Johnson
DOB:       08/22/1994
Address:   14800 Henry Road, Houston, TX 77060

EXAMPLE 5

Information on poll book:

Name:      Christopher Johnson
DOB:       11/03/1984
Address:   14800 Henry Road, Houston, TX 77060

Information on military ID card:

Name:      Chris Johnson

EXAMPLE 6

Information on poll book:

Name:      Elizabeth Smith
DOB:       06/30/1978
Address:   14800 Henry Road, Houston, TX 77060

Information on military ID card:

Name:      Elizabeth Johnson

EXAMPLE 7

Information on poll book:

Name:     Beto Ramirez
DOB:      03/01/1950
Address:  515 2nd St, Jasper, TX 75951

Information on driver's license:

Name:     Roberto Ramirez
DOB:      03/01/1950
Address:  217 Edgewood St., Jasper TX