

For immediate release: August 26, 2013
For more information contact Naomi Doyle, Elections Manager, 835-8475, Option 1

# Jefferson County reminds voters photo ID is required

**Beaumont, TX** – Jefferson County Clerk, Carolyn Guidry, reminds voters that photo identification will now be required for voting in person.

"In Jefferson County we are working to make sure our voters understand the new ID requirements and have all the information they need to cast their ballots," said Carolyn Guidry.

A voter will be required to show one of the following forms of photo identification at the polling location before the voter will be permitted to cast a vote:

- Texas driver license issued by the Texas Department of Public Safety (DPS)
- Texas Election Identification Certificate issued by DPS
- Texas personal identification card issued by DPS
- Texas concealed handgun license issued by DPS
- United States military identification card containing the person's photograph
- United States citizenship certificate containing the person's photograph
- United States passport

With the exception of the U.S. citizenship certificate, the identification must be current or have expired no more than 60 days before being presented at the polling place.

This photo ID requirement is for voters casting a ballot in person, not by mail. To be eligible to vote early by mail in Texas, you must:

- be 65 years or older;
- be disabled;
- be out of the county on election day and during the period for early voting by personal appearance; or
- be confined in jail, but otherwise eligible.

Election officials are encouraging voters to update their voter registrations to reflect the names on their IDs. Voters may use IDs that do not exactly match the name on their IDs if the names are substantially similar but will have to sign an affidavit stating they are the same person. Voters may look up their registration at votetexas.gov and if their name is not an exact match they can update their voter registration online at votetexas.gov.

"By preparing now, voters can help make sure voting goes smoothly when it comes time for the election," said Guidry.

To check and update their registrations, voters can visit VoteTexas.gov or http://jefferson-tx.connect4.clarityelections.com/voter-eligibility/ or call 409-835-8683 for more information.

For more information about photo ID requirements including exemptions, visit www.votetexas.gov.

Information on how to obtain an election identification certificate if you do not have another form can be found at www.dps.texas.gov.

Para distribución inmediata: 26 De agosto de 2013
Para más información comuníquese con Naomi Doyle, Administrator de elecciones, 835-8475, Option 1

**Condado de Jefferson les recuerda que identificación con foto es requerida**

**Beaumont, TX** – Secretaria del condado de Jefferson, Carolyn Guidry, le recuerda a todo votante que identificación con foto ahora se requiere para personas votando en persona.

"En condado de Jefferson estamos trabajando duro para asegurar que todo votante entiende los nuevos requisitos de identificación y que tengan toda la información a su disposición cuando marquen su boleta," dijo (apellido de oficial electoral).

El votante será requerido que muestre una de las siguientes formas de identificación con foto en las casillas antes que el votante sea permitido a votar:

- Licencia de Conducir de Texas expedida por el Departamento de Seguridad Pública (DPS, según sus siglas en inglés);
- Cédula de Identificación Electoral de Texas expedida por DPS;
- Tarjeta de Identificación Personal de Texas expedida por DPS;
- Licencia de Texas para Portar un Arma de Fuego Oculta expedida por DPS;
- Cédula de Identidad Militar de los Estados Unidos con fotografía de la persona;
- Certificado de Ciudadanía Estadounidense con fotografía de la persona; o
- Pasaporte de los Estados Unidos

Con la excepción del certificado de ciudadanía estadounidense, la identificación deberá estar vigente; si no la está, debe haberse vencido hace 60 días o menos en el momento de presentarla para calificar como votante en el sitio electoral.

Este requisito de identificación con foto es para votantes que votan en persona, no por correspondencia. Este requisito de ID foto es para que los votantes emitir un voto en persona, no por correo. Para ser elegible para votar temprano por correo en Texas, usted debe:

• ser de 65 años o mayores;
• ser desactivado;
• estar fuera del condado en la jornada electoral y durante el período de votación temprana en persona; o
• ser confinado en la cárcel, pero si no elegibles.

Oficiales electorales están motivando a todo votante que actualicen su registro de votante para que refleje los nombres en sus identificaciones correctamente. Votantes pueden usar una identificación que no coincide exactamente con su nombre en su identificación si los nombres son básicamente similar, solo tendrán que firmar una declaración jurada afirmando que es la misma persona. Votantes pueden buscar su registro en votetexas.gov y si su nombre no es exactamente igual puede actualizar su registro de votante en línea en votetexas.gov .

"Cuando el votante se prepara ahorita, ayuda a asegurar que el proceso del voto fluya cuando se celebren las elecciones," dijo Guidry.

Para averiguar y actualizar su registro, votantes pueden visitar www.votetexas.gov .o http://jefferson-tx.connect4.clarityelections.com/voter-eligibility/ o llame al 409-835-8683 para más información.

Para más información sobre los requisitos de identificación con foto, incluyendo exenciones, visite www.votetexas.gov .

Si no tiene otra forma de identificación con foto puede encontrar más información sobre cómo puede recibir un certificado de identificación electoral en la página web de www.dps.texas.gov .

**SIGN POSTED AT EACH POLLING LOCATION**



## Identification Requirements

You will have to present one of the following forms of acceptable identification in order to vote:

(1) **Texas Driver's License** issued by the Department of Public Safety ("DPS")

(2) *Texas Election Identification Certificate* issued by DPS;

(3) *Texas Personal Identification Card* issued by DPS;

(4) *Texas Concealed Handgun License* issued by DPS;

(5) *United States Military Identification Card* containing the person's photograph;

(6) *United States Citizenship Certificate* containing the person's photograph; or

(7) *United States Passport.*

With the exception of the U.S. citizenship certificate, the identification must be current or have expired no more than 60 days before being presented for voter qualification at the polling place.

**Exemptions:** Voters with a disability may apply with the county voter registrar for a permanent exemption in the county. Also, voters who have a consistent religious objections to being photographed and do not have any valid form of photo identification as a result of certain natural disasters as declared by the President of the United States or the Texas Governor, you may vote a provisional ballot, appear at the voter registrar's office within six (6) calendar days after election day, and sign an affidavit swearing to the religious objection or natural disaster, in order for your ballot to be counted.



## REQUISITO DE IDENTIFICACIÓN

El votante será requerido que muestre una de las siguientes formas de identificación con foto en las casillas antes que el votante sea permitido a votar:

1. Licencia de Conducir de Texas expedida por el Departamento de Seguridad Pública (DPS, según sus siglas en inglés);
2. Cédula de Identificación Electoral de Texas expedida por DPS;
3. Tarjeta de Identificación Personal de Texas expedida por DPS;
4. Licencia de Texas para Portar un Arma de Fuego Oculta expedida por DPS;
5. Cédula de Identidad Militar de los Estados Unidos con fotografía de la persona;
6. Certificado de Ciudadanía Estadounidense con fotografía de la persona; o
7. Pasaporte de los Estados Unidos

Con la excepción del certificado de ciudadanía estadounidense, la identificación deberá estar vigente; si no la está, debe haberse vencido hace 60 días o menos en el momento de presentarla para calificar como votante en el sitio electoral.

**Exenciones**: Los votantes con discapacidades pueden solicitar con el registrador de votantes del condado para una exención permanente

Además, los votantes que tienen una constante de objeciones religiosas a ser fotografiado y no válida para cualquier de identificación con fotografía, como resultado de ciertos desastres naturales declarado por el Presidente de los Estados Unidos o el Gobernador de Texas, que pueden votar en una boleta provisional, en la oficina de registro de votantes dentro de los **seis (6) días calendario** después de la jornada electoral, y firmar una declaración jurada de juramento a la objeción religiosa o de un desastre natural, para que su voto sea contado

# MARCH 4, 2014 ELECTION TRAINING





Theresa Goodness, Chief Deputy



CAROLYN L GUIDRY, COUNTY CLERK



Jamie Smith, Office Administrator



## ELECTION DEPARTMENT



VACANT, PROGRAMMER



NAOMI DOYLE, ELECTION MANAGER

DENISE PLUMMBER, VOTING TECH



ADRIAN TAYLOR, VOTING TECH



TOI LINTON, SUPERVISOR

The Republican and Democratic Parties have entered into an agreement to hold a JOINT PRIMARY ELECTION.

This means:

- All polling locations will be shared
- All equipment will be shared
- All cost will be shared

WE WILL ALL MAKE UP ONE BIG HAPPY ELECTION TEAM

AND



# ELECTION DAY – TUESDAY, MARCH 4, 2014
## 7:00AM – 7:00PM

# EARLY VOTING – TUESDAY, FEBRUARY 18, 2014
## THRU
## FRIDAY, FEBRUARY 28, 2014

# OPENING POLLS

- ARRIVE NO LATER THAN **5:45 A.M.**
- SUPPORT CONTACT NUMBERS ARE IN THE WHITE BINDER
- CALL DISPATCH TO REPORT ANY ISSUES OR TO REPORT THE POLLING LOCATION HAS BEEN SUCCESSFULLY OPENED.

# CRITICAL OPEN POLL ISSUES

1. TURN YOUR CELL PHONE ON IMMEDIATELY TO HAVE OPEN COMMUNICATIONS WITH DISPATCH

2. MAKE SURE THE WIFI CARD IS POWERED UP AND A CONNECTION IS ESTABLISHED TO THE EA TABLET

3. CHECK THE NUMBER OF IVOTRONICS OPENED MATCHES THE NUMBER ON THE OPEN POLLS TAPE.

4. BE SURE YOUR DISTANCE MARKERS ARE IN PLACE

5. PLACE YOUR TOTEM, SO THAT IT IS VISIBLE TO THE VOTERS

6. REMEMBER TO HAVE YOUR PROVISIONAL ENVELOPES AND MATERIALS OUT

7. AFTER THE SUPPLY BAG HAS BEEN UNSEALED AND STEP # 1 COMPLETED, THE CO-JUDGES SHALL ADMINISTER THE OATH TO ALL CLERKS AND THEIR SIGNATURE SHALL BE RECORDED ON THE PROPER FORM.

# QUALIFYING THE VOTER

## IT IS THE LAW - SB14

A voter will be required to show one of the following forms of photo identification at the polling location before the voter will be permitted to cast a vote:

1. Texas driver license issued by the Texas Department of Public Safety (DPS)
2. Texas Election Identification Certificate issued by DPS
3. Texas personal identification card issued by DPS
4. Texas concealed handgun license issued by DPS
5. United States military identification card containing the person's photograph
6. United States citizenship certificate containing the person's photograph
7. United States passport

With the exception of the U.S. citizenship certificate, the identification must be current or have expired no more than 60 days before being presented at the polling place.

# Determining Similar Names

- **What does that mean?**
  1. Slightly Different
  2. Customary Variation
  3. Initial, Middle Name or Former Name
  4. Different Field