# Slightly Different

| OLRV or ID | OLRV or ID |
|---|---|
| Dorris Miller | Doris Miller |
| Nanci Griffith | Nancy Griffith |
| Harlen Block | Harlon Block |
| Charlie Pride | Charley Pride |
| Mark Cuban | Marc Cuban |
| Jamie Fox | Jamie Foxx |

# Customary Variation

| OLRV or ID | OLRV or ID |
|---|---|
| David Crockett | Davy Crockett |
| Sam Houston | Samuel Houston |
| James Richard Perry | James Rick Perry |
| William P. Clements, Jr. | Bill Clements |
| Enrique B. Gonzales | Henry B. Gonzales |
| Jonathan Paul Manziel | Johnny Paul Manziel |
| Esperanza Andrade | Hope Andrade |

# Initial, Middle Name, Former Name

| OLRV or ID | OLRV or ID |
|---|---|
| Lyndon Johnson | Lyndon Baines Johnson |
| William P. Clements, Jr. | Bill Clements |
| Willie Hugh Nelson | Willie Nelson |
| Audie Murphy | Audie L. Murphy |
| J. Roger Williams | Roger Williams |
| Earl C. Campbell | Earl Campbell |
| Carole Keeton Rylander | Carole Keeton Strayhorn |
| Sandra Day | Sandra Day O'Connor |
| Beyonce Knowles | Beyonce Knowles-Carter |

# Totality of the Circumstances

- Use information to assist in determination:
  - Address – <u>1149 Pearl</u>  <u>1149 Pear</u>
  - Date of Birth  <u>01/27/1952</u>  <u>01/17/1952</u>
  - Photograph




# Totality of Circumstances

- Buddy Holly vs. Charles Hardin Holley
- Ike Eisenhower vs. Dwight David Eisenhower

**REMEMBER TO COMPARE ALL INFORMATION**

- Voters with identical matches, proceed as usual.
- Voters with similar name will need to initial the similar name affidavit.

**JEFFERSON COUNTY IS A PART OF A COUNTYWIDE POLLING LOCATION PROGRAM APPROVED BY THE TEXAS SOS.**

<u>Vote Center</u> is the same as a Countywide Polling Place. A countywide polling place on Election Day is one where any registered voter in the county may vote, just as in early voting.

A voter on Election Day would no longer be required to vote in his or her precinct polling location, but could vote at any countywide polling place (Vote Center).

**THERE IS NO SUCH THING AS BEING AT THE WRONG POLLING LOCATION ON ELECTION DAY IN JEFFERSON COUNTY FOR THIS MARCH PRIMARY ELECTION.**

- ONE OF THE REQUIREMENTS TO PARTICIPATE IN THE COUNTYWIDE POLLING LOCATION PROGRAM IS EXCLUSIVE USE OF DIRECT RECORDING ELECTRONIC (DRE) VOTING SYSTEMS AT ALL POLLING LOCATIONS.
- PAPER BALLOTS MUST BE USED FOR PROVISIONAL VOTING OR IN AN EMERGENCY SITUATION WHEN THERE ARE NO DRE's ONLINE.

THIS SHOULD DECREASE THE # OF PROVISIONAL BALLOTS SUBSTANTIALLY

**REMEMBER, LET'S VOTE ELECTRONICALLY**

**EVERY** POLLING LOCATION IS EQUIPPED WITH AN **EA TABLET**.

- BE SURE TO USE YOUR TABLET TO VERIFY AND SIGN IN ALL VOTERS.
- SELECT & CIRCLE THE VOTER'S PARTY OF CHOICE.
- WRITE THE PRECINCT # FOR THE VOTER
- PRESENT THE QUALIFICATION SLIP TO THE VOTER
- THE VOTER WILL GIVE THE SLIP TO THE ELECTION CLERK ACTIVATING HIS/HER BALLOT

Voter Qualification/Receipt

March 4, 2014

Precinct NO: 10

Primary Voting In:

DEMOCRATIC / REPUBLICAN

(circle one)





EA TABLET

SOMETIMES A VOTER MAY SAY THE **WRONG PRIMARY** AND REALIZE IT WHEN THEIR CANDIDATE NAME IS NOT ON THAT BALLOT. IF THEY HAVE NOT CAST THEIR BALLOT BY SELECTING THE **VOTE** BUTTON, SIMPLY CANCEL THAT BALLOT, CORRECT THE VOTER IN THE EA TABLET TO THE CORRECT PRIMARY PARTY BY CALLING THERESA AT 409 835-8480, THEN ALLOW THEM TO PROCEED VOTING IN THE CORRECT PRIMARY ELECTION.

IF A VOTER IS NOT LISTED IN THE EA TABLET AND RESIDES WITHIN THE POLLING LOCATION PRECINCT(S), REFER TO YOUR GREENBAR PRECINT LIST FIRST, AND IF NOT FOUND CALL VOTER REGISTRATION AT 409 835-8683 TO VALIDATE THE VOTER OR OBTAIN THE INFORMATION NECESSARY FOR THE VOTER TO VOTE A PROVISIONAL BALLOT.

IF A VOTER IS NOT LISTED IN THE EA TABLET AND RESIDES OUTSIDE THE POLLING LOCATION PRECINCT(S), CALL VOTER REGISTRATION AT 409 835-8683 TO VALIDATE THE VOTER OR OBTAIN THE INFORMATION NECESSARY FOR THE VOTER TO VOTE A PROVISIONAL BALLOT.



VOTER REGISTRATION LIST – PCT XX

# Remember to Post Voter Totals throughout the Day

Hart InterCivic

**NOTICE OF TOTAL NUMBER OF VOTERS WHO HAVE VOTED**
*(AVISO DEL NÚMERO DE VOTANTES QUE HAN VOTADO)*

(Number of Voters)
*(Número de Votantes)*

9:30 a.m. _____
11:30 a.m. _____
1:30 p.m. _____
3:30 p.m. _____
5:30 p.m. _____

_____
Signature of Presiding Judge
*(Firma del Juez Presidente)*

**NOTE TO PRESIDING JUDGE:**

The total number of voters as shown on the poll list shall be posted at the times listed. The notice shall remain posted until the polls close. Return this form in envelope number 2 to the general custodian of the election records.

**NOTA AL JUEZ PRESIDENTE:**

El número de votantes establecido en la lista de votantes se mostrará a las horas señaladas arriba. El aviso quedará puesto hasta que cierren los sitios de votación. Devuelva esta forma en el sobre número 2 a la persona a cargo de los archivos electorales.

17-2430 Notice of Total Voters 6/88
Elections 870071
Prescribed by Secretary of State
Section 61.007(c), V.T.C.A., Election Code

# CLOSING POLLS

- FOLLOW THE IVOTRONIC MANUAL TO CLOSE THE POLLS
- PRINT TWO RESULTS TAPES, ONE FOR THE JUDGE AND ONE PLACED INSIDE RED ZIPPERED BAG
- MAKE SURE TAPE SHOWS ALL IVOs <u>OPENED</u> AND <u>CLOSED</u> **(YOU REALLY DON'T WANT TO GO <u>BACK TO YOUR POLLING LOCATION LATER</u>)**
- OTHER ITEMS IN RED BAG SHOULD BE ZEROS TAPE, PEBs, FLASH CARDS FOR EACH IVO, BALLOT SUMMARY SHEET, AND BLUE COPY OF VOTER SIGN-IN SHEETS IF APPLICABLE

# CLOSE POLLS CONTINUED

- BALLOT BOX MUST BE RETURNED TO COUNTING STATION EVEN IF NO PAPER BALLOTS WERE USED
- FILL OUT ALL FORMS COMPLETELY, INCLUDING COMPENSATION SHEETS
- COMPLETE BALLOT SUMMARY SHEET
- **CALL DISPATCH** TO LOGOUT BEFORE LEAVING THE POLLING LOCATION

PLACE POLLING LOCATION LABEL HERE

# BALLOT SUMMARY AND SEAL CERTIFICATE
## ELECTION DAY

| BALLOTS CAST BY TYPE OF BALLOT | Democratic Primary NO. OF VOTERS SIGNED IN (SEE COMBINATION FORMS) | Republican Primary NO. OF VOTERS SIGNED IN (SEE COMBINATION FORMS) |
|---|---|---|
| SEAL NUMBERS USED TO SEAL BALLOT BOXES | ENTER SEAL NUMBERS | |
| NO. OF VOTED PAPER BALLOTS: (SEE REGISTER OF OFFICIAL BALLOTS) | | |
| NO. OF PROVISIONAL BALLOTS: (SEE LIST OF PROVISIONAL VOTERS) | | |
| NO. OF IVOTRONIC BALLOTS: (SEE CLOSE POLLS TAPE) | | |
| NO. OF CANCELLED IVOTRONIC BALLOTS: (No. of Fleeing Voters) | | |
| TOTAL BALLOTS CAST: | | |

Total Ballots Cast should equal Democratic Primary Total Voters Signed In + Republican Primary Total Voters Signed In

Form Completed and Acknowledged by _____ and _____
Signature of Democratic Co-Judge    Signature of Republican Co-Judge

[34]

JEFFERSON COUNTY APPRECIATES ALL YOUR HARD WORK AND LOOK FORWARD TO SEEING THE CO-JUDGES ONCE THE POLLS HAVE CLOSED.

WE WILL BE WAITING FOR YOU ON VITERBO RD AND WILL TRY OUR BEST TO EXPEDITE YOUR LAST DUTY IN THIS GREAT ELECTORAL PROCESS.



