

IF YOU HAVE ANY DOUBTS ABOUT
**WHAT**,
**WHY**, OR
**IF**,
YOU ARE DOING SOMETHING OR IT THE RIGHT WAY---

**STOP!**
**DO NOT PROCEED!**
**CALL DISPATCH**
**CALL NAOMI**
**CALL THERESA**
**CALL CAROLYN**

**JUST CALL FOR HELP**

**WE ARE A PART OF YOUR TEAM!!!**

THANK YOU FOR YOUR ATTENDANCE TODAY AND FOR ALL YOUR HARD WORK AND DEDICATION TO HELP WITH THE ELECTORAL PROCESS IN JEFFERSON COUNTY

*Carolyn L Guidry*
*& Staff*

# MAY 10, 2014 ELECTION TRAINING

Thursday April 24, 2014

MAY 10, 2014, JOINT SPECIAL ELECTION Poll Worker Training



Theresa Goodness,
Chief Deputy





CAROLYN L GUIDRY,
COUNTY CLERK



Jamie Smith
Office Administrator



# ELECTION DEPARTMENT



CHIP CRIBBS, PROGRAMMER

DENISE PLUMMBER, VOTING TECH



NAOMI DOYLE, ELECTION MANAGER



TOI LINTON, SUPERVISOR

ADRIAN TAYLOR, VOTING TECH

This is a special election to fill the vacant seat for State Senate District No. 4, and a joint election with Water District No. 10. This election will be conducted as a regular county election utilizing presiding judges and alternate judges

AND

WE WILL ALL MAKE UP ONE BIG HAPPY ELECTION TEAM!



# ELECTION DAY – SATURDAY, MAY 10, 2014
## 7:00AM – 7:00PM

# EARLY VOTING – MONDAY, APRIL 28, 2014
## THRU
## TUESDAY, MAY 6, 2014

**Any** registered voter in Jefferson County may vote in this election.

# Early Voting Clerks

- A technician will meet you at your EV location the first day at 7:00 a.m. with your supplies.
- Remember to <u>LOCK</u> your IVO's each night until the last day.
- Stagger lunch times so that no more than two clerks are out at the same time.
- Review your time sheets for accuracy. If you leave for more than an hour lunch, please make sure your time sheet reflects your absence.

# Early Voting Clerks Continued

- Complete the new EV Ballot Summary Sheet each night, take a picture of it with your new iPhone, and text it to Theresa.
- Make sure we can also see the Polling Location name on the sheet.
- Do not leave your location until you receive a confirmation text back that your numbers look good, and your tablet has synced correctly.

Place Polling Location Label Here

| Public Count from IVO | Provisional Ballots | Paper Ballots | Cancelled Ballots | Local Voters on Tablet | Today's Voters on Tablet | Total Voters on Tablet |
|---|---|---|---|---|---|---|
| Cumulative total from ALL machines | Number of Provisional Ballots cast each day | Number of any Paper Ballots cast each day | Number of any cancelled ballots each day | Sum of ALL voters on a tablet - if 2 tablets show addition Example: A+B=C | Sum of voters for EACH day on a tablet - if 2 tablets show addition Example: A+B=C | Sum of all voters in county |
| 5/19/2014 | | | | | | |
| 5/20/2014 | | | | | | |
| 5/21/2014 | | | | | | |
| 5/22/2014 | | | | | | |
| 5/23/2014 | | | | | | |

[61]

# Early Voting Clerks - Conclusion

- A technician will meet you at your location on the last day at close of Early Voting.
- Liaisons do not leave until the technician arrives to pick up your equipment. Please do not leave it unattended.
- If all the machines are not being utilized as close of polls draws near, please start to close some of the equipment early in order to expedite the close polls process.
- Please properly CLOSE all of your IVO's on the last night and pull the flash cards.
- Check your close polls tape to VERIFY all IVO's have been closed.

# Election Day – OPENING POLLS

- Arrive no later than **5:45 a.m.**
- Help Desk contact numbers are in the white binder.
- Please turn on the cell phone and Wi-Fi card as soon as possible upon opening the bag.
- Call dispatch to report any issues and to report the polling location has been successfully opened.

CRITICAL OPEN POLL ISSUES

1. TURN YOUR CELL PHONE ON IMMEDIATELY TO HAVE OPEN COMMUNICATIONS WITH DISPATCH

2. MAKE SURE THE WIFI CARD IS POWERED UP AND A CONNECTION IS ESTABLISHED TO THE EA TABLET

3. CHECK THE NUMBER OF IVOTRONICS OPENED MATCHES THE NUMBER ON THE OPEN POLLS TAPE.

4. BE SURE YOUR DISTANCE MARKERS ARE IN PLACE

5. PLACE YOUR TOTEM, SO THAT IT IS VISIBLE TO THE VOTERS

6. REMEMBER TO HAVE YOUR PROVISIONAL ENVELOPES AND MATERIALS OUT

7. AFTER THE SUPPLY BAG HAS BEEN UNSEALED AND STEP # 1 COMPLETED, THE JUDGE SHALL ADMINISTER THE OATH TO ALL CLERKS AND THEIR SIGNATURES SHALL BE RECORDED ON THE PROPER FORM.

# QUALIFYING THE VOTER

## IT IS THE LAW - SB14

A voter will be required to show one of the following forms of photo identification at the polling location before the voter will be permitted to cast a vote:

1. Texas driver license issued by the Texas Department of Public Safety (DPS)
2. Texas Election Identification Certificate issued by DPS
3. Texas personal identification card issued by DPS
4. Texas concealed handgun license issued by DPS
5. United States military identification card containing the person's photograph
6. United States citizenship certificate containing the person's photograph
7. United States passport

With the exception of the U.S. citizenship certificate, the identification must be current or have expired no more than 60 days before being presented at the polling place.

# Determining Similar Names

- **What does that mean?**
  1. Slightly Different
  2. Customary Variation
  3. Initial, Middle Name or Former Name
  4. Different Field

# Slightly Different

| OLRV or ID | OLRV or ID |
|---|---|
| Dorris Miller | Doris Miller |
| Nanci Griffith | Nancy Griffith |
| Harlen Block | Harlon Block |
| Charlie Pride | Charley Pride |
| Mark Cuban | Marc Cuban |
| Jamie Fox | Jamie Foxx |