# Customary Variation

| OLRV or ID | OLRV or ID |
|---|---|
| David Crockett | Davy Crockett |
| <u>Sam</u> Houston | <u>Samuel</u> Houston |
| James Richard Perry | James Rick Perry |
| William P. Clements, Jr. | Bill Clements |
| Enrique B. Gonzales | Henry B. Gonzales |
| Jonathan Paul Manziel | Johnny Paul Manziel |
| Esperanza Andrade | Hope Andrade |

# Initial, Middle Name, Former Name

| OLRV or ID | OLRV or ID |
|---|---|
| Lyndon Johnson | Lyndon Baines Johnson |
| William P. Clements, Jr. | Bill Clements |
| Willie Hugh Nelson | Willie Nelson |
| Audie Murphy | Audie L. Murphy |
| J. Roger Williams | Roger Williams |
| Earl C. Campbell | Earl Campbell |
| Carole Keeton Rylander | Carole Keeton Strayhorn |
| Sandra Day | Sandra Day O'Connor |
| Beyonce Knowles | Beyonce Knowles-Carter |

# Totality of the Circumstances

- Use information to assist in determination:
  - Address –         1149 Pearl         1149 Pear
  - Date of Birth    01/27/1952        01/17/1952
  - Photograph




# Totality of Circumstances

- Buddy Holly vs. Charles Hardin Holley
- Ike Eisenhower vs. Dwight David Eisenhower

**REMEMBER TO COMPARE ALL INFORMATION**

- Voters with identical matches, proceed as usual.
- Voters with similar name will need to initial the similar name affidavit.

# JEFFERSON COUNTY IS A PART OF A COUNTYWIDE POLLING LOCATION PROGRAM APPROVED BY THE TEXAS SOS.

<u>Vote Center</u> is the same as a Countywide Polling Place.

A countywide polling place on Election Day is one where any registered voter in the county may vote, just as in early voting.

A voter on Election Day would no longer be required to vote in his or her precinct polling location, but could vote at any countywide polling place (Vote Center).

**THERE IS NO SUCH THING AS BEING AT THE WRONG POLLING LOCATION ON ELECTION DAY IN JEFFERSON COUNTY FOR THIS MAY 10, 2014, SPECIAL ELECTION.**

- ONE OF THE REQUIREMENTS TO PARTICIPATE IN THE COUNTYWIDE POLLING LOCATION PROGRAM IS EXCLUSIVE USE OF DIRECT RECORDING ELECTRONIC (DRE) VOTING SYSTEMS AT ALL POLLING LOCATIONS.
- PAPER BALLOTS MUST BE USED FOR PROVISIONAL VOTING OR IN AN EMERGENCY SITUATION WHEN THERE ARE NO DRE's ONLINE.
- THIS SHOULD DECREASE THE # OF PROVISIONAL BALLOTS SUBSTANTIALLY

**REMEMBER, LET'S VOTE ELECTRONICALLY**

**EVERY** POLLING LOCATION IS EQUIPPED WITH AN **EA TABLET**.

- BE SURE TO USE YOUR TABLET TO VERIFY AND SIGN IN ALL VOTERS.
- WRITE THE PRECINCT # FOR THE VOTER
- PRESENT THE QUALIFICATION SLIP TO THE VOTER
- THE VOTER WILL GIVE THE SLIP TO THE ELECTION CLERK ACTIVATING HIS/HER BALLOT



EA TABLET

Voter Qualification

Precinct NO: 10

Ballot Style: _____

IF A VOTER IS NOT LISTED IN THE EA TABLET AND RESIDES WITHIN THE POLLING LOCATION PRECINCT(S), REFER TO YOUR GREENBAR PRECINT LIST FIRST, AND IF NOT FOUND CALL VOTER REGISTRATION AT 409 835-8683 TO VALIDATE THE VOTER OR OBTAIN THE INFORMATION NECESSARY FOR THE VOTER TO VOTE A PROVISIONAL BALLOT.

IF A VOTER IS NOT LISTED IN THE EA TABLET AND RESIDES OUTSIDE THE POLLING LOCATION PRECINCT(S), CALL VOTER REGISTRATION AT 409 835-8683 TO VALIDATE THE VOTER OR OBTAIN THE INFORMATION NECESSARY FOR THE VOTER TO VOTE A PROVISIONAL BALLOT.



VOTER REGISTRATION LIST – PCT XX

# Remember to Post Voter Totals throughout the Day

17-2430 Notice of Total Voters 6/88
Elections 870071
Prescribed by Secretary of State
Section 61.007(c), V.T.C.A., Election Code

Hart InterCivic

## NOTICE OF TOTAL NUMBER OF VOTERS WHO HAVE VOTED
*(AVISO DEL NÚMERO DE VOTANTES QUE HAN VOTADO)*

(Number of Voters)
*(Número de Votantes)*

9:30 a.m. _____

11:30 a.m. _____

1:30 p.m. _____

3:30 p.m. _____

5:30 p.m. _____

_____
Signature of Presiding Judge
*(Firma del Juez Presidente)*

**NOTE TO PRESIDING JUDGE:**

The total number of voters as shown on the poll list shall be posted at the times listed. The notice shall remain posted until the polls close. Return this form in envelope number 2 to the general custodian of the election records.

***NOTA AL JUEZ PRESIDENTE:***

*El número de votantes establecido en la lista de votantes se mostrará a las horas señaladas arriba. El aviso quedará puesto hasta que cierren los sitios de votación. Devuelva esta forma en el sobre número 2 a la persona a cargo de los archivos electorales.*

# Provisional Ballots

- Any Provisional voter must vote a paper ballot.
- The green envelope must be completely filled out by both the voter and the election judge.
- Remember to flip the envelope over and mark the reason the voter is voting provisionally and affix your signature. If information is missing, the voter's ballot may not be counted.



# Cancelling Mail Ballots

- This is the first year Texas has allowed an annual mail ballot application.
- Some voters may show up wanting to vote in person on ED. The voter must cancel a mail ballot application by completing the form in your binder and surrendering the mail ballot.
- Call us so we can remove the "voted by mail" flag in your pollbook so the voter can sign the tablet.
- If the voter does **not** bring the mail ballot in on Election Day, the voter must vote provisionally.

# CLOSING POLLS

- FOLLOW THE IVOTRONIC MANUAL TO CLOSE THE POLLS
- PRINT TWO RESULTS TAPES, ONE FOR THE JUDGE AND ONE PLACED INSIDE RED ZIPPERED BAG
- MAKE SURE TAPE SHOWS ALL IVOs <u>OPENED</u> AND <u>CLOSED</u> (YOU REALLY DON'T WANT TO GO BACK TO YOUR POLLING LOCATION LATER)
- OTHER ITEMS IN RED BAG SHOULD BE ZEROS TAPE, PEBs, FLASH CARDS FOR EACH IVO, AND BALLOT SUMMARY SHEET

# CLOSE POLLS CONTINUED

- Ballot box <u>must</u> be returned to counting station even if no paper ballots were used.
- Fill out all forms <u>completely</u>, including compensation sheets.
- Complete Ballot Summary Sheet – this <u>WILL</u> save you time at the Counting Station.
- Leave EA tablet and Wi-Fi card powered on in the bag so the syncing process can finish while in route to Barn.
- **Call dispatch** to logout before leaving the polling location.

IF YOU HAVE ANY DOUBTS ABOUT

**WHAT,**
**WHY,** OR
**IF,**

YOU ARE DOING SOMETHING THE RIGHT WAY---

**STOP!**
**DO NOT PROCEED!**
**CALL DISPATCH**
**CALL NAOMI**
**CALL THERESA**
**CALL CAROLYN**

**JUST CALL FOR HELP**

**WE ARE A PART OF YOUR TEAM!!!**

THANK YOU FOR YOUR ATTENDANCE TODAY AND FOR ALL YOUR HARD WORK AND DEDICATION TO HELP WITH THE ELECTORAL PROCESS IN JEFFERSON COUNTY

*Carolyn L. Guidry*
*& Staff*

# NOVEMBER 5, 2013 ELECTION TRAINING



# November 5, 2013
# Joint Election
# (Constitutional Amendment, City of Groves, and City of Port Neches)

# THINGS YOU SHOULD KNOW

- THIS IS A JOINT ELECTION INCLUDING THE CONSTITUTIONAL AMENDMENTS, THE CITY OF GROVES AND THE CITY OF PORT NECHES.
- COUNTYWIDE POLLING LOCATIONS ARE AVAILABLE AT ALL POLLING LOCATIONS FOR THIS ELECTION – VOTERS CAN VOTE AT ANY POLLING LOCATION ON ELECTION DAY REGARDLESS OF THE PRECINCT WHERE THEY RESIDE (MUCH LIKE THEY CAN DURING EARLY VOTING)
- THE SUPPLY PICK UP IS SCHEDULED FOR <u>SUNDAY, NOVEMBER 3, 2013 **FROM 2:00 p.m. – 3:30 p.m.** NOT NOVEMBER 2, 2013</u>, AS STATED IN YOUR APPOINTMENT LETTER.
- THERE WILL BE A PRESIDING JUDGE AND AN ALTERNATE JUDGE.
- CLERKS ARE SELECTED BY THE PRESIDING JUDGE.
- THE PRESIDING JUDGE SHALL ADMINISTER THE OATH TO ALL.
- COMPENSATION FORMS - INCOMPLETE OR INCORRECT FORMS HOLD UP THE ENTIRE ELECTION PAYROLL.

# Duties and Responsibilities of Judges

- Judges are responsible for the management and conduct of the election at the polling place and within 100 feet of polling place.
- Judge shall designate the working hours of and assign the duties to be performed by the election clerks
- Judge shall treat all election clerks serving at the polling place uniformly
- A judge or clerk may not be paid for more than **one hour of work before the polls open** and may not be paid for more than **two hours of work after the time for closing the polls or after the last voter has voted, whichever is later.**