If an exact match is not found when performing a manual search, you'll have the option to either perform a "New Search" or "Add Voter".

Please choose "New Search" first and try to search by date of birth only, last name only, or another field. If you determine that the voter is not listed in the EA Tablet, choose "Add Voter".



CALL your election authority, fill in the circle for "Not on List/Incorr. Cert", then fill in the rest of the information as directed by your election authority.

*A "Not on List" voter cannot be processed without a voter ID number (assigned by your election authority)







Provisional Voters should be processed as directed by your election authority.

*All fields are required.

EATablet - Voter Registration

● Provisional   ○ Not on List/Incorr. Cert

First Name

Last Name

Voter Address

Precinct

Cancel   Clear   Scan ID   Save

# Entering Absentee Voters

This process will only be used, if directed by your Election Authority.

To begin, tap the **Poll Workers** tab.





1. Type in the Voter ID number.
2. Tap **Please Choose Absentee Status** and then select **Ballot Mailed**, **Ballot Received** or **Contact Election Office**.
3. Tap **Submit**.




Verify the voter's name and date or birth. If they are correct, tap **SAVE**. If they are not correct, tap **CANCEL**.



You are now ready to move on to the next voter. When you have completed entering in all the Absentee Voters, tap the **Voter Search** tab to return to voter check in.

Note: "Absentee Mailed" voters will have the option to vote on Election Day but "Absentee Received" voters will not be eligible to vote on Election Day

Mail Ballot Voters

***During Early Voting***: Voters with a status of "Voter has already voted in this election" next to the Status line with a location of "Mail Ballot" are mail ballot recipients. Please contact the Election Department for assistance in cancelling mail ballots and un-issuing the "voter credit" on the pollbook. The voter will have the option to vote by completing the Request to Cancel Mail Ballot and returning the mail ballot to the early voting clerk. If the voter states he has not received the mail ballot, we must verify whether it has been returned to the County Clerk. If unable to verify at the time voter appears at the polls, voter must vote provisionally.

***On Election Day***: Voters with a status of "Voter has already voted in this election" next to the Status line with a location of "Mail Ballot" are mail ballot recipients. Please contact the Election Department for assistance in cancelling mail ballots and un-issuing the "voter credit" on the pollbook. The voter will have the option to vote by completing the Request to Cancel Mail Ballot and returning the mail ballot to the Election Judge. If ballot is not presented to Judge for cancellation, voter must vote provisionally.

At the end of Election Day, verify the voter counts. Do this by tapping the **Overflow Menu** button, then tap **About**.




The voter counts are located in the **Election Information** box.



To exit the EA Tablet™ software, tap the **Overflow Menu** button, then tap **Exit**.





Take the tablet out of the stand, and turn off the Tablet by pressing and holding the power button located at the top left hand edge of the Tablet until you see a pop up as shown below. Then, tap **Power off**.



Tap **OK** and you are ready to pack up the Tablet

# QUALIFYING VOTERS

# Voter Qualification Slips

- After a voter is signed in, the poll worker assigned to the pollbook will write the voter's PRECINCT NUMBER and BALLOT STYLE number on the Voter Qualification Slip.
- The poll worker will then hand the Voter Qualification Slip to the voter.
- The voter will give the slip to the poll worker who is activating the Ivotronic touchscreen to ensure the correct ballot style is accessed for that particular voter.

Voter Qualification

PRECINCT NO: _____

BALLOT STYLE: _____

# ACCEPTABLE FORMS OF IDENTIFICATION

1. Texas driver's license issued by Texas Department of Public Safety ("DPS");
2. Texas election identification certificate ("EIC") issued by DPS;
3. Texas personal identification card issued by DPS;
4. Texas concealed handgun license issued by DPS;
5. United States military identification card ("military ID card") that contains the person's photograph;
6. United States citizenship certificate ("citizenship certificate") that contains the person's photograph; **OR**
7. United States passport.