# Voters EXEMPT from Photo ID

- If voter has notation of an "(E)" on his or her voter registration certificate after the VUID number, it is not necessary for voter to have one of 7 forms of ID listed under Section 63.0101. Notation means voter is exempt from ID requirement under Section 63.0101 because voter is disabled.

- To obtain exemption, at time applicant submits a voter registration application (or at a later date if voter submits information at a later date), voter submits (a) written documentation from the United States Social Security Administration evidencing he or she has been determined to have a disability or from the United States Department of Veterans Affairs evidencing he or she has a disability rating of at least 50%, and (b) a statement in a form prescribed by the Secretary of State that he or she does not have a form of identification acceptable under Section 63.0101.

# Suspense Voters & Voters Who Have Moved

Before voter who is otherwise qualified to vote will be accepted for voting, he/she must complete a statement of residence ("SOR") if:

1. There is an "S" notation next to voter's name on the list of registered voters and voter still resides in the county where registered.

2. If voter responds in the negative to the question, "Is the residence address in the list of registered voters still your correct address," but still resides in the county of registration.

# Combination Forms

- Combination forms are to be used when the voter has been omitted from the EA Tablet pollbook or in the event the EA tablet is not operational.

- Combination forms are to be used when voter has a "substantially similar name" and is not found in the EA Tablet, but is found on the Printed Poll list.

- Poll worker will refer to the printed poll list, verify voter's information, and stamp next to voter's name "VOTED".

- Print the voter's name, address, certification number, and precinct number, initial any appropriate affidavit, and then have the voter sign the form.



# Combination Form

**COMBINATION FORM**

Presented by Secretary of State – Form 7-C#SS-2011
Sections 62.001, 62.011, 62.012, 63.001, 63.006, 63.0101, 85.006, 65.006, 65.006
63.006, 65.011 Texas Election Code

November 5, 2013
Joint Election
Jefferson County, Texas

Polling
Location: _____

Election Day

*AFFIDAVIT FOR VOTER NOT ON LIST: By signing the oath labeled "Voter's Affidavit," I swear or affirm that (1) I am a resident of this precinct to which I am offering to vote; I am a resident of this county, I am registered to vote in this precinct to which I am offering to vote; (2) I have not already voted in this election; (3) I am eligible to vote; and (4) ...

| | | |
|---|---|---|
| **VOTER'S SIGNATURE HERE** | Provisional (63.011)<br>*Similar Name (63.001 (e))<br>*Not on List (63.006)<br>Print Name & Address<br>of Voter's Assistant:<br><br>*Voter initials required | 8 |
| **VOTER'S SIGNATURE HERE** | Provisional (63.011)<br>*Similar Name (63.001 (e))<br>*Not on List (63.006)<br>Print Name & Address<br>of Voter's Assistant:<br><br>*Voter initials required | 9 |
| **VOTER'S SIGNATURE HERE** | Provisional (63.011)<br>*Similar Name (63.001 (e))<br>*Not on List (63.006)<br>Print Name & Address<br>of Voter's Assistant:<br><br>*Voter initials required | 10 |
| **VOTER'S SIGNATURE HERE** | Provisional (63.011)<br>*Similar Name (63.001 (e))<br>*Not on List (63.006)<br>Print Name & Address<br>of Voter's Assistant:<br><br>*Voter initials required | 11 |

**Slide 40**

**ND1**

Naomi Doyle, 8/22/2013

# VOTER NOT ON THE LIST
## SECTION 63.006



Voter accepted for voting under Section 63.006, even though name not on list of registered voters, and election worker puts voter's name on registration omissions list, if:

1.   Voter has one of 7 forms of ID required under Section 63.0101; **and**

2(a).   Voter has voter registration certificate showing that voter is currently registered in the precinct in which the voter is offering to vote,

### OR

2(b).   Voter has voter registration certificate showing he/she is currently registered in a different precinct in the same county as the precinct in which he/she is offering to vote and voter signs an affidavit (found on the combination form) stating:

- he/she is a resident of the precinct in which he/she is offering to vote or is otherwise entitled by law to vote in that precinct,

   - he/she was a resident of the precinct in which he/she is offering to vote at the time the information on voter's residence address was last provided to voter registrar,

   - he/she did not deliberately provide false information to secure registration in a precinct in which he/she does not reside, **and**

   - he/she is voting only once in the election.

# Comparing ID Document Name to that on List of Registered Voters

- If voter's name on voter's ID is <u>identical</u> to that on the list of registered voters, voter is accepted for voting.

- If voter's name on voter's ID <u>is not identical</u> to that on the list of registered voters, then the election worker must determine if voter's name is "<u>substantially similar</u>" to that on the list of registered voters before voter is accepted for voting.

# "Substantially Similar" ➡

## § 63.001(c); 1 T.A.C. § 81.71

- In determining whether voter's name on voter's ID and on list of registered voters are "substantially similar," election worker should consider whether **information on the presented ID document matches elements of voter's information on official list of registered voters, such as voter's residence address or date of birth**, which may be strong indicators that the name on the presented ID document is substantially similar to the name on the official list of registered voters and vice versa.

# Voter with Similar Name

AW 13-8c
Prescribed by Secretary of State
Section 63.001(e), Texas Election Code
08/2013

## VOTER'S SIMILAR NAME CORRECTION REQUEST FORM
*(Forma para Solicitar Corrección del Nombre del Votante)*

The name on my voter registration record and the name on my photo ID are not identical.

*(El nombre en mi registro de votante y el nombre en mi identificación con foto no son idénticos.)*

Please update my current voter registration record from:

*(Por favor actualicé mis datos del registro de votante con:)*

---

PLACE E-POLLBOOK LABEL HERE or WRITE NAME & VUID

---

To the following, which is shown on my photo identification:

*(Lo siguiente, igual como aparece en mi identificación de foto:)*

First Name: _____     Middle Name or Initial: _____
*(Nombre)*                                *(Segundo nombre o Inicial)*

Last Name: _____     Suffix, if any: _____
*(Apellido)*                              *(Sufijo)*

Signature: _____     Date: _____
*(Firma)*                                 *(Fecha)*

RETURN IN GRAY ENVELOPE No. 4

# INSTRUCTIONS FOR REGISTRATION OMISSIONS LIST

When a person has **required documentation AND** presents their **voter certificate**, but does not appear in the poll list, they must be added to the Registration Omissions List.

"Required documentation" refers to acceptable voter ID or documentation showing an acceptable exemption.

<u>Acceptable forms of Voter ID</u>

1. Texas driver license issued by the Texas Department of Public Safety (DPS)
2. Texas Election Identification Certificate issued by DPS
3. Texas personal identification card issued by DPS
4. Texas concealed handgun license issued by DPS
5. United States military identification card containing the person's photograph
6. United States citizenship certificate containing the person's photograph
7. United States passport

**A voter without this documentation will vote provisionally (unless the voter chooses to return later with documentation).**

# Registration Omissions List

*VOTER MUST SIGN THE COMBINATION FORM

AW-27
Prescribed by Secretary of State
Section 63.006(b), Texas Election Code
9/13

## REGISTRATION OMISSIONS LIST
### (LISTA DE OMISIONES SOBRE EL CERTIFICADO DE REGISTRO)
(Section 63.006(b), Texas Election Code)

Type of Election
*(Tipo de Elección)*
Joint Election

PLACE POLLING LOCATION LABEL HERE

Date of Election
*(Fecha de la Elección)*
November 5, 2013

Authority Conducting Election
*(Autoridad Administrando la Elección)*
Jefferson County

| PCT. NO. (IF APPLICABLE) (Núm. De Prec.) (Si aplicable) | VUID NO. (IF KNOWN) (Núm. De VUID) (Si lo sabe) | FULL NAME (LAST, FIRST, MIDDLE) (Nombre completo (Apellido, Nombre de Pila, Segundo Nombre)) | COMPLETE RESIDENCE ADDRESS (Dirección de Residencia Completa) | DATE OF BIRTH (Fecha de Nacimiento) |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

# EA TABLET NOT OPERATIONAL

- If the EA-Tablet pollbook is not operational, remember to use your printed poll lists to verify the voter.

- The EA-Tablet pollbook and the Ivotronics are NOT connected in any way. Just because the EA-Tablet pollbook may not be working, does not mean a voter must vote a paper ballot.

- Write the information for the voter on the Combination Form (Certificate No., Name, Address, & Precinct No.) and let the voter sign.

- Be sure to stamp "VOTED" next to the voter's information in the printed poll list.

# EA TABLET NOT OPERATIONAL

## Part 2

- On Election Day the printed poll lists will be printed on green bar computer paper and placed in the side pocket of the Black Transfer Bag.

- The only poll lists placed in the bag will be for the precincts that usually vote at your location.

- If a voter does not appear on your printed list(s), contact Voter Registration for assistance in qualifying the voter.

DATE 07/22/2013 TIME 15:18:43

**Early Voting Poll List**

**Includes any former name**

JEFFERSON COUNTY VOTER SYSTEM
ELECTION 11/05/2013

PAGE 5
VTL249

| VS S | ID CERT# | FULL-NAME | ADDRESS | DOB | PCT | CTY | SCH |
|---|---|---|---|---|---|---|---|
| | 271535 | AUSTIN, ETHEL MARIE SKINNER | 1945 21ST ST | [illegible] | 4 | BMT | BMT |
| | 271582 | AUSTIN, JIMMY WAYNE | 1945 21ST ST | 8/25/33 | 4 | BMT | BMT |
| | 492060 | AUTHURLEE, DEMARIAH RACHELL | 4990 IDYLWOOD ST | 6/11/92 | 1 | BMT | BMT |
| E | 760101 | AVOTER, SAMPLE JAMES | 899 N LUCAS DR | 7/04/55 | 4 | BMT | BMT |
| | 402208 | BABIN, JAMES DETTRICK | 4510 DETROIT ST. | 6/23/09 | 1 | BMT | BMT |
| | 313538 | BABIN SR, JAMES GERARD | 4510 DETROIT ST | 1/13/48 | 1 | BMT | BMT |
| | 261667 | BABIN, WANDA DURISO | 4510 DETROIT ST | 10/08/54 | 1 | BMT | BMT |
| | 3173 | BADEN, SHERI L | 1077 CENTRAL DR | 7/29/44 | 4 | BMT | BMT |
| S | 479334 | BADGER, DEDREK JAMAR | 5280 WILSHIRE ST | 7/25/90 | 1 | BMT | BMT |
| | 502724 | BAILEY, ASHLEY MARIE | 4310 EL PASO ST | 12/20/93 | 1 | BMT | BMT |
| | 192730 | BAILEY, CAROLYN ANN | 4725 ABILENE ST | 5/15/62 | 1 | BMT | BMT |
| | 303318 | BAILEY, CAROLYN ANNE PRYCE | 3310 EL PASO ST | 8/28/53 | 1 | BMT | BMT |
| | 335826 | BAILEY, CASSANDRA ELAINE | 4045 DETROIT ST | 11/06/63 | 1 | BMT | BMT |
| | 303963 | BAILEY, DENNIS EUGENE | 4310 EL PASO ST | 4/26/50 | 1 | BMT | BMT |
| | 3316 | BAILEY, IRIS LANDRY | 1580 DRISKILL DR | 1/05/22 | 4 | BMT | BMT |
| | 466589 | BAILEY, JANA KAY | 1215 LONGFELLOW DR | 11/12/57 | 4 | BMT | BMT |
| | 501510 | BAILEY, JESSALYN YVONNE | 4725 ABILENE ST | 11/18/93 | 1 | BMT | BMT |
| | 388115 | BAILEY, NEIL CLAYTON | 4310 EL PASO ST | 12/19/80 | 1 | BMT | BMT |
| | 227352 | BAILEY, PATRICIA ANN PARRISH | 4810 LUFKIN ST | 3/15/46 | 1 | BMT | BMT |
| | 230835 | BAILEY, THEODORA | 4320 BUFFALO AVE | 6/25/54 | 1 | BMT | BMT |
| | 206662 | BAILEY, WILLIAM H | 4810 LUFKIN ST | 6/21/46 | 1 | BMT | BMT |
| | 457527 | BAILEY JR, WILLIAM HENRY | 4045 DETROIT ST | 1/10/66 | 1 | BMT | BMT |
| | 362587 | BAILEY-MCKENZIE II, PATRICIA ANN | 4760 LUFKIN ST | 8/27/78 | 1 | BMT | BMT |
| | 394142 | BAKER, CHENTELL ANETTE | 4490 IRONTON ST | 6/15/61 | 1 | BMT | BMT |
| | 350628 | BAKER, DAVIDE LEE | 4855 ABILENE ST | 4/09/56 | 1 | BMT | BMT |
| | 482783 | BAKER, VERNESSA DEDRES | 2375 MONROE ST | 10/23/91 | 1 | BMT | BMT |
| S | 472972 | BALDWIN, ASHLEY RADAWN | 4565 IRONTON ST | 12/13/88 | 1 | BMT | BMT |
| S | 348976 | BALDWIN, LYNN ALBERT | 4455 HARDING DR | 5/26/43 | 1 | BMT | BMT |
| | 408641 | BALDWIN, PAULINA G | 3905 STEELTON ST | [illegible] | 1 | BMT | BMT |
| S | 482101 | BALL, AMBER RACHELL | 3770 QUEENS ROW | 10/05/70 | 4 | BMT | BMT |
| S | 390060 | BALTAZAR, JOSEPH | 3373 TYLER ST | 2/12/61 | 1 | BMT | BMT |
| | 475508 | BALTIMORE, BRITTANY RENEA | 2376 PIERCE ST | 6/18/90 | 1 | BMT | BMT |
| | 453324 | BALTRIP III, HERBERT | 4555 LAREDO ST | 4/26/71 | 1 | BMT | BMT |
| | 455872 | BALTRIP JR, HERBERT | 2475 HAYES LN | 9/16/48 | 1 | BMT | BMT |
| | 347557 | BALTUTIS, DANETTE KIRCHNER | 3935 NORTH ST | 4/01/59 | 4 | BMT | BMT |
| | 339833 | BALTUTIS, VYTAUTAS MIKOLAS | 3935 NORTH ST | 10/04/59 | 4 | BMT | BMT |
| | 418340 | BANDO, ALEXANDER JOSEPH | 3820 KINGS ROW | 12/05/57 | 4 | BMT | BMT |
| | 314582 | BANDO, DEBORAH ANNE | 3655 BRENTWOOD DR | 9/22/54 | 4 | BMT | BMT |
| | 300233 | BANDO, JEANNIE LYNN REED | 3820 KINGS ROW | 11/07/63 | 4 | BMT | BMT |
| | 3826 | BANDO, MARIE MAZZU | 3625 BRENTWOOD DR | 1/21/34 | 4 | BMT | BMT |
| | 482406 | BARBIN, PHILLIP J | 3850 STEELTON ST | 1/22/79 | 1 | BMT | BMT |
| S | 484703 | BARCLAY, DEBBIE SUE POLK | 3525 DURWOOD DR | 8/01/53 | 4 | BMT | BMT |
| S | 484704 | BARCLAY, TERRY GLEN | 3525 DURWOOD DR | 11/27/52 | 4 | BMT | BMT |
| | 456472 | BARNES, DON L | 705 20TH ST | 3/26/53 | 4 | BMT | BMT |
| | 189303 | BARNES, GENEVA EASON | 725 20TH ST | 6/22/39 | 4 | BMT | BMT |
| | 421318 | BARNES, MICHAEL TODD | 4520 EL PASO ST | 1/31/61 | 1 | BMT | BMT |
| | 417597 | BARNES, MISHALETTE LOUVINIA | 4520 EL PASO ST | 11/15/83 | 1 | BMT | BMT |
| | 264699 | BARNES, NINA DENISE BATISTE | 4520 EL PASO ST | 1/22/62 | 1 | BMT | BMT |
| | 456473 | BARNES, RENEE K | 705 20TH ST | 11/21/52 | 4 | BMT | BMT |
| | 485710 | BARNES, TERRANCE TERRELL | 4520 EL PASO ST | 10/06/92 | 1 | BMT | BMT |
| | 478852 | BARNES, TODD EUGENE-STEVEN | 4520 EL PASO ST | 11/12/90 | 1 | BMT | BMT |
| | 468308 | BARNETT, ABBY ELIZABETH | 835 20TH ST | 2/15/90 | 4 | BMT | BMT |
| | 485763 | BARNETT, JUANITA | 2372 WILSON ST | 5/09/92 | 1 | BMT | BMT |
| | 183922 | BARNETT, KEITH BRANDON | 835 20TH ST | 6/06/63 | 4 | BMT | BMT |

# Election Day Poll List Example

**Includes former name**



PROVISIONAL VOTING

# Provisional Ballots

- A Provisional Voter must vote a paper ballot.

- Please review carefully the procedures for Provisional Ballots and fully complete the ballot envelope.

- Always contact the Voter Registrar's Office before completing the Provisional Ballot Envelope to determine in which precinct, if any, the voter is registered.

- If the voter is registered in another precinct, direct the voter to the correct polling place.

# Reasons to Issue a Provisional Ballot

1. Voter does not have one of 7 forms of ID required by Section 63.0101.

2. Voter has no voter registration certificate and is not on the list of registered voters under Section 63.009.

3. Voter's name on ID documentation is not substantially similar to that on the list of registered voters.

4. An annotation next to the voter's name indicates that the voter voted early, either by mail or in person.

5. Voter has moved outside county of registration.

# Affidavit of Provisional Voter

AW-15-13  §13
Prescribed by Secretary of State
Sec. 63.011, Election Code

| Type of Election / Tipo de Elección | Precinct No. where voted Núm. de Precinto-lugar de votación | Precinct No. where registered (if known) Núm. de Precinto-inscrito para votar (si se sabe) | Date of Election / Fecha de la Elección | Authority Conducting Election / Autoridad Administrando la Elección |

## Affidavit of Provisional Voter (Declaración Jurada de Votante Provisional)   (Ballot number if using DRE)

TO BE COMPLETED BY VOTER: I am a registered voter of this political subdivision and in the precinct in which I'm attempting to vote and have not already voted in this election (either in person or by mail). I am a resident of this political subdivision, have not been finally convicted of a felony or if a felon, I have completed all of my punishment including any term of incarceration, parole, supervision, period of probation, or I have been pardoned. I have not been determined by a final judgment of a court exercising probate jurisdiction to be totally mentally incapacitated or partially mentally incapacitated without the right to vote. I understand that giving false information under oath is a misdemeanor, and I understand that it is a felony of the 2nd degree to vote in an election for which I know I am not eligible.

PARA QUE EL VOTANTE LO LLENE: Estoy inscrito como votante en esta subdivisión política y en el precinto en cual estoy intentando a votar y aun no he votado en esta elección (en persona o por correo). Soy residente de esta subdivisión política, no he sido definitivamente declarado culpable de un delito grave o si soy el autor de un delito grave, he cumplido toda mi condena inclusive el periodo de encarcelamiento, la libertad condicional, la libertad supervisada, la libertad vigilada, o he sido indultado. No me han determinado por un juicio final de una corte de la legalización de un testamento, ser totalmente incapacitado mentalmente o parcialmente incapacitado sin el derecho de votar. Entiendo que dar información falsa bajo juramento es un delito menor y también entiendo que es un delito grave de 2° grado votar en una elección sabiendo que no cumplo con los requisitos necesarios.

| Last Name /Apellido usual | First Name / Su nombre de pila | Middle Name (if any) / Segundo nombre (si tiene) | Former Name / Nombre anterior |

Residence Address:  Street Address and Apartment Number, City, State, and ZIP. If none, describe where you live (Do not include PO Box, Rural Rt. Or Business Address)
Domicilio: calle y número de apartamento, Ciudad, Estado, y Código Postal. A falta de estos datos, describa la localidad de su residencia. (No incluya el apartado de correos, camino rural, ni dirección comercial.)

Gender (Optional) / Sexo (Optativo)
☐ Male (Hombre )   ☐ Female (Mujer)

Mailing Address:  City, State, and ZIP.  If mail cannot be delivered to your residence address. / Dirección postal: Ciudad, Estado y Código Postal (si es imposible entregar correspondencia a su domicilio.)

Date of Birth: Month, Day, Year
Fecha de nacimiento: mes, día, año
☐☐/☐☐/☐☐☐☐

Social Security No. (last 4 digits required if you do not have a driver's license or I.D. number) / Número de Seguro Social (Sí no tiene licencia de conductor ni identificación personal, se requiere los últimos 4 números de su seguro social)
XXX-XX-☐☐☐☐

☐ I have not been issued a TX driver's license/ personal identification number or Social Security Number.
Yo no tengo una licencia de conductor de Texas/cédula de identidad personal de Texas ni un Número de Seguro Social.

TX Driver's License No. or Personal I.D. No. (issued by / Dept of Public Safety)
Número de su licencia de conducir de Texas o de su Cédula de identidad expedida por el Departamento de Seguridad Pública de Texas).
☐☐☐☐☐☐☐☐

Check appropriate box:  ARE YOU A UNITED STATES CITIZEN?
Marque el cuadro apropiado: Soy ciudadano/a de los Estados Unidos
Yes / Sí ☐      No ☐

Signature of Voter / Firma del votante
X

# Affidavit of Provisional Voter

## TO BE COMPLETED BY ELECTION JUDGE:

VOTER PRESENTED ACCEPTABLE FORM OF IDENTIFICATION
☐ Yes ☐ No

**REASON FOR VOTING PROVISIONAL**

1. _____ Failed to present acceptable form of identification or voter certificate with exemption.
2. _____ Voter not on list of registered voters.
3. _____ Voter not on list, registered in another precinct.
4. _____ Voter on list of people who voted early by mail, and voter has not cancelled mail ballot application.
5. _____ Voting after 7:00 p.m. due to court order.
6. _____ Voter on list, but registered residence address outside the _____ political subdivision.
7. _____ Other: _____ (Please explain)

Sworn and subscribed to before me this date: _____

Signature of Election Judge

**Action taken by the Early Voting Ballot Board:** ☐ ACCEPTED

## TO BE COMPLETED BY THE COUNTY VOTER REGISTRAR FOR STATUS:

I, the voter registrar/deputy registrar, did research the records of my office and the following conclusion(s) was made:

**FOR VOTERS WHO DID NOT PRESENT ACCEPTABLE PHOTO IDENTIFICATION AT THE POLLING PLACE**

1. _____ Voter presented acceptable form of identification within 6 days of election day.
2. _____ Voter met disability exemption within 6 days of election day
3. _____ Voter executed religious objection affidavit within 6 days of election day.
4. _____ Voter executed natural disaster affidavit within 6 days of election day.
5. _____ Voter did not satisfy identification or affidavit requirements, listed in categories 1-4 above, within 6 days of election day.

**FOR VOTERS WHO VOTED PROVISIONALLY FOR OTHER REASONS**

6. _____ Not a registered voter or registration not effective in time for this election.
7. _____ Registered to vote, erroneously listed in wrong precinct.
8. _____ Registered to vote in a different precinct within the county.
9. _____ Information on file indicating applicant completed a voter registration application, but it was never received in the voter registrar's office.
10. _____ Voter erroneously removed from the list.
11. _____ Voter is not registered to vote in _____ political subdivision.
12. _____ Other: _____ (Please explain)

Signature of Voter Registrar

☐ REJECTED    Signature of Ballot Board Judge: _____

Date