# Provisional Ballot Procedures

1. Election judge/clerk has voter complete the Provisional Voter Affidavit envelope prior to voting provisionally.

2. Election judge/clerk enters voter's name on List of Provisional Voters and checks "provisional" on the combination form after entering voter's name there.

3. Provisional voter signs the combination form.

4. Presiding judge checks box to indicate whether voter has presented an acceptable form of ID or meets the disability exception.

5. Presiding judge checks reason for voting provisionally, signs and dates the affidavit envelope.

6. Voter chooses a provisional ballot.

7. Voter puts ballot into secrecy envelope, seals secrecy envelope, places secrecy envelope in affidavit envelope, and deposits envelope .

8. Election judge/clerk gives voter Notice to Provisional Voter.

# Paper Ballots

- If a voter requests a paper ballot, verify the correct ballot style.

- Place three ballots on the table, and allow the voter to select a ballot.

- Be sure to circle the voter's precinct on the back of the ballot.

- The Presiding or Alternate Judge must sign on the very bottom of the back of the ballot.



CLOSING POLLS

# It is the responsibility of the Presiding Judges to verify the Close Polls Tape.

- Fold the Close Polls tape and paper clip it so the top of the tape is visible.

- The serial number of each Ivotronic which has been opened by the Master PEB should be printed at the top along with a status of OPENED and CLOSED.

- If any Ivotronic does not show a status of CLOSED, connect the printer to that IVO, hold down the red VOTE button and drop the Master PEB back into the unclosed IVO to complete the close polls procedure as outlined in the Ivotronic Equipment Manual beginning on page 11. The manual is in your white binder.

- Print a Close Polls tape for that IVO, fold and paperclip it so the top is displayed and verify the status now shows CLOSED for that IVO.

- **Folding and paper clipping these tapes will save you a great deal of time at Central Counting Station standing in line to be processed.**

- Be sure to bring the FLASH CARDS from inside your IVOs back with your supplies on Election Night.

# Correct Close Polls Tape

```
Terminal S/N: V5140230->
PEB S/N PS160361-  (FMW 1.07)
Software Version 9.1.6.2
Created 07/07/08 08:30
Copyright ES&S, Inc. 1993-2005
All Rights Reserved
Diagnostic check completed: OK
iVotronic I

2012 Joint Primary Runoff Elections
Jerry Ware Terminal
POLLING LOCATION RESULTS

Public Count Statistics
   Total Ballots Cast:                        8
   Total Ballots Counted:                     8

Number of Terminals Opened:                   1
Individual Voter Terminal Data
S/N V5140230
           Public Count:                      8
        Protective Count:                  1855
   OPENED  11:01:55 06/18/2012
   CLOSED  11:44:21 06/18/2012
   Terminal Ballots Counted:                  8

*************************************
```

# Close Polls

**FAILURE TO PROPERLY CLOSE ALL IVOTRONICS WILL RESULT IN JUDGES HAVING TO RETURN TO THEIR POLLING LOCATIONS TO PROPERLY COMPLETE THE PROCESS!**

SUMMARY REPORT MADE SIMPLE FOR MULTIPLE PRECINCTS

**BALLOT SUMMARY REPORT**

PLACE POLLING
LOCATION LABEL HERE

| | | |
|---|---|---|
| NO. OF VOTERS SIGNED IN (SEE POLLBOOK/or LOCAL VOTERS TOTAL) | | |
| No. of Voters on List of Provisional Voters | | |
| No. of Voters on Registration Omissions List | | |
| NO. OF VOTED PAPER BALLOTS (SEE REGISTER OF OFFICIAL BALLOTS) | | |
| NO. OF PROVISIONAL BALLOTS (SEE LIST OF PROVISIONAL VOTERS) | | |
| NO. OF IVOTRONIC BALLOTS (SEE CLOSE POLLS TAPE) | | |
| NO. OF CANCELLED IVOTRONIC BALLOTS (No. of Fleeing Voters) | | |
| TOTAL | | |

PLACE IN EVELOPE NO. 2 FOR GENERAL CUSTODIAN

# Supply Pickup

- The Presiding Judge is responsible for the pick- up of the supplies for the designated polling location.

- The Supply Pick-up is scheduled for **Sunday, November 3, 2013 from 2:00 p.m. – 3:30 p.m.** at the Election Barn, 7963 Viterbo Rd., Beaumont, TX 77705.

- Only the Presiding Judge is required to pick up the supplies.  If the Judge cannot pick up supplies, please arrange for the alternate judge to pick up the supplies.

# Totem Pole

- Each black bag will contain a folded, white tube containing all the required signage and sample ballots for a polling location.

- The sign pops open to be a standing tube approximately 6 feet tall.

- Place the totem poll close to the line where voters can read the material.

# Distance Marker Cone Assembly

1. Insert the Distance Marker sign on top of the cone.



2. Completed Assembly



- Judges are responsible for what happens within the 100' distance marker *ONLY*.
- Problems outside the perimeter should be handled by law enforcement.
- Judges are NOT required to bring the orange cone to the Central Counting Station. Please leave it next to the voting booths.

# Cell Phones

- Please locate and power up the cell phone as soon as the bag is unsealed.

- Communication is vital, and the cell phone provides us contact with your polling location.

- Please call the Dispatch phone number programmed in the phone once you have completed opening the polls or for any issues you may have with equipment or election procedures and supplies. If we cannot assist you over the phone, a technician will be dispatched to your location.

- Please call the Voter Registrar's phone number programmed in the phone for any questions as to a voter's registration status or precinct.





# THINGS TO REMEMBER

- *TIMELINESS IS NEXT TO GODLINESS.* Do not be late to your polling location. This is imperative because the Ivotronics will require more time to set up with the use of Countywide Polling Locations.

- *ELECTIONS ARE ALL ABOUT TEAM WORK.* Judges please rotate duty assignments throughout the day.

- *DO NOT TRY TO PERSUADE A VOTER IN ANY WAY.* Remember your oath: "I swear or affirm that I will not in any manner request or seek to persuade or induce any voter to vote for or against any candidate or measure to be voted on, and that I will faithfully perform my duty as officer of the election and guard the purity of the election."

- *DO NOT USE YOUR PERSONAL CELL PHONES IN THE VOTING ROOM, ONLY THE COUNTY CELL PHONE TO CONDUCT COUNTY BUSINESS.* If needed, please ask the Judge for permission to step outside to make a personal phone call.

- *DO NOT CARRY ON EXTENDED PERSONAL CONVERSATIONS WITH FRIENDS/VOTERS IN THE POLLING LOCATION.* This can be distracting to others, especially voters.

# MAY 27, 2014 ELECTION TRAINING





Theresa Goodness,
Chief Deputy



CAROLYN L GUIDRY,
COUNTY CLERK



Jamie Smith
Office Administrator

ELECTION DEPARTMENT

NAOMI DOYLE, ELECTION MANAGER



CHIP CRIBBS,  PROGRAMMER

DENISE PLUMMBER, VOTING TECH



TOI LINTON, SUPERVISOR

ADRIAN TAYLOR, VOTING TECH







This is a joint primary runoff election. This election will be conducted utilizing Co-Judges from both Parties

AND

WE WILL ALL MAKE UP ONE BIG HAPPY ELECTION TEAM!



# GUIDELINES FOR A HAPPY ELECTION AND GREAT TEAM SPIRIT

1. Each Election Judge/Clerk will rotate the duties within the Polling Location.

2. Duties shall be rotated every 1 hour during Early Voting and every 2 hours on Election Day.

3. If there is a line of voters, the liaison is expected to make a judgment call and the clerk with the fastest clerical skills shall be called upon to process the voters expeditiously.

4. Our goal is to make the voting experience fast and efficient and to have the voter not frustrated or disenfranchised when they leave the polling location.

5. Your service stems from your civil volunteerism, and we realize the stipend you receive for your time does not adequately equate to the service you provide to the citizens of Jefferson County.

BREAKS AND LUNCH TIME are important to maintain your health and sanity while performing your duties for the election

1.   Please feel free to take a 20 minute break in the morning and another in the afternoon.

2.   A list will be provided for break times and we ask that for Early Voting, no more than **4 clerks** take their breaks at a time and on Election Day no more than **2 clerks** at a time.   If the polling location is inundated with a lot of voters, please adjust your break time accordingly.

3.   Clerks are allowed 45 minutes for lunch.

4.   A list will be provided for lunch times to be selected at the start of your week/day.   No more than **4 clerks** shall take lunch at a time during Early voting and no more than **2 clerks** on Election Day.

\*\*\*\*  AGAIN, if the polling location is inundated with a lot of voters, please adjust your lunch times accordingly and communicate with the designated liaisons at your polling location.

TEAM means Together Everyone Achieves More

# BREAK & LUNCH SCHEDULE

| NAME | 11AM - 11:45 | 12:00PM - 12:45PM | 1:00PM - 1:45PM | 1:45PM - 2:45PM | 2:45PM - 3:45PM |
|---|---|---|---|---|---|
| 1 | | | | | |
| 2 | | | | | |
| 3 | | | | | |
| 4 | | | | | |
| 1 | | | | | |
| 2 | | | | | |
| 3 | | | | | |
| 4 | | | | | |
| 1 | | | | | |
| 2 | | | | | |
| 3 | | | | | |
| 4 | | | | | |
| 1 | | | | | |
| 2 | | | | | |
| 3 | | | | | |
| 4 | | | | | |
| 1 | | | | | |
| 2 | | | | | |
| 3 | | | | | |
| 4 | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Morning Break | 8:30 AM - 8:50AM | 9:00 AM - 9:20AM | 9:30AM - 9:50AM | 10:00AM - 10:20AM | 10:30AM - 10:50AM |
| Afternoon Break | 2:00PM - 2:20PM | 2:30PM - 2:50PM | 3:00PM - 3:20PM | 3:30PM - 3:50PM | 4:00PM - 4:20PM |