ELECTION DAY – Tuesday, May 27, 2014   7:00 A.M. – 7:00 P.M.

EARLY VOTING – MONDAY, MAY 19, 2014   THRU   FRIDAY, MAY 23, 2014

**Any** registered voter in Jefferson County may vote in this election, regardless of whether the voter cast a ballot in the March primary. However, a voter may not cross over and vote in the other party's primary runoff.

Example A: John Doe votes in the March Republican Primary and then tries to vote in the Democratic Primary Runoff Election.  NOT ALLOWED

Example B: Jane Doe did not vote in either party's March primary, but she shows up at the polls to vote in the Republican primary runoff.  ALLOWED

Example C: Jane Doe voted in the Democratic Primary election and shows up to vote in the Democratic Primary Runoff.  ALLOWED

The EA Tablet will display the voter's party if he or she voted in the primary. If the voter asks to cross over to another party's runoff, please explain this is not allowed under state law.

# Early Voting Clerks

- The liaisons must pick up supplies tonight.
- Remember to LOCK your IVO's each night until the last day.
- Stagger lunch times so that no more than four clerks are out at the same time.
- Review your time sheets for accuracy. If you leave for more than a 45 minute lunch, please make sure your time sheet reflects your absence.

# Early Voting Clerks Continued

- Complete the new <u>EV Ballot Summary Sheet</u> each night, take a picture of it and the <u>IVO Public Count Sheet</u> with your new iPhone, and text it to Theresa.
- Make sure we can also see the Polling Location name on the sheet.
- Do not leave your location until you receive a confirmation text back that your numbers look good, and your tablet has synced correctly.

Place Polling Location Label Here

| | Public Count from IVO | Provisional Ballots | Paper Ballots | Cancelled Ballots | Local Voters on Tablet | Today's Voters on Tablet | Total Voters on Tablet |
|---|---|---|---|---|---|---|---|
| | Cumulative total Ballots cast each from ALL day machines | Number of Provisional Ballots cast each day | Number of any Paper Ballots cast each day | Number of any cancelled ballots each day | Sum of ALL voters on a tablet - if 2 tablets show addition Example: A+B=C | Sum of voters for EACH day on a tablet - if 2 tablets show addition Example: A+B=C | Sum of all voters in county |
| 5/19/2014 | | | | | | | |
| 5/20/2014 | | | | | | | |
| 5/21/2014 | | | | | | | |
| 5/22/2014 | | | | | | | |
| 5/23/2014 | | | | | | | |

[61]

# Early Voting Clerks – Conclusion

- A technician will meet you at your location on the last day at close of Early Voting.
- Liaisons do not leave until the technician arrives to pick up your equipment. Please do not leave it unattended.
- If all the machines are not being utilized as close of polls draws near, please start to close some of the equipment early in order to expedite the close polls process.
- Please properly CLOSE all of your IVO's on the last night and pull the flash cards. Do NOT run a tape.

# Election Day – OPENING POLLS

- Arrive no later than **5:45 a.m.**
- Help Desk contact numbers are in the white binder.
- Please turn on the cell phone and Wi-Fi card as soon as possible upon opening the bag.
- Call dispatch to report any issues and to report the polling location has been successfully opened.

# CRITICAL OPEN POLL ISSUES

1. TURN YOUR CELL PHONE ON IMMEDIATELY TO HAVE OPEN COMMUNICATIONS WITH DISPATCH
2. MAKE SURE THE WIFI CARD IS POWERED UP AND A CONNECTION IS ESTABLISHED TO THE EA TABLET
3. CHECK THE NUMBER OF IVOTRONICS OPENED MATCHES THE NUMBER ON THE OPEN POLLS TAPE.
4. BE SURE YOUR DISTANCE MARKERS ARE IN PLACE
5. PLACE YOUR TOTEM, SO THAT IT IS VISIBLE TO THE VOTERS
6. REMEMBER TO HAVE YOUR PROVISIONAL ENVELOPES AND MATERIALS OUT **(Official Ballots should be kept secure behind the table until needed)**
7. AFTER THE SUPPLY BAG HAS BEEN UNSEALED AND STEP # 1 COMPLETED, THE JUDGE SHALL ADMINISTER THE OATH TO ALL CLERKS AND THEIR SIGNATURES SHALL BE RECORDED ON THE PROPER FORM.

# QUALIFYING THE VOTER

## IT IS THE LAW - SB14

A voter will be required to show one of the following forms of photo identification at the polling location before the voter will be permitted to cast a vote:

1. Texas driver license issued by the Texas Department of Public Safety (DPS)
2. Texas Election Identification Certificate issued by DPS
3. Texas personal identification card issued by DPS
4. Texas concealed handgun license issued by DPS
5. United States military identification card containing the person's photograph
6. United States citizenship certificate containing the person's photograph
7. United States passport

With the exception of the U.S. citizenship certificate, the identification must be current or have expired no more than 60 days before being presented at the polling place.

# Determining Similar Names

- **What does that mean?**
  1. Slightly Different
  2. Customary Variation
  3. Initial, Middle Name or Former Name
  4. Different Field

# Slightly Different

| OLRV or ID | OLRV or ID |
|---|---|
| Dorris Miller | Doris Miller |
| Nanci Griffith | Nancy Griffith |
| Harlen Block | Harlon Block |
| Charlie Pride | Charley Pride |
| Mark Cuban | Marc Cuban |
| Jamie Fox | Jamie Foxx |

# Customary Variation

| OLRV or ID | OLRV or ID |
|---|---|
| David Crockett | Davy Crockett |
| Sam Houston | Samuel Houston |
| James Richard Perry | James Rick Perry |
| William P. Clements, Jr. | Bill Clements |
| Enrique B. Gonzales | Henry B. Gonzales |
| Jonathan Paul Manziel | Johnny Paul Manziel |
| Esperanza Andrade | Hope Andrade |

# Initial, Middle Name, Former Name

| OLRV or ID | OLRV or ID |
|---|---|
| Lyndon Johnson | Lyndon Baines Johnson |
| William P. Clements, Jr. | Bill Clements |
| Willie Hugh Nelson | Willie Nelson |
| Audie Murphy | Audie L. Murphy |
| J. Roger Williams | Roger Williams |
| Earl C. Campbell | Earl Campbell |
| Carole Keeton Rylander | Carole Keeton Strayhorn |
| Sandra Day | Sandra Day O'Connor |
| Beyonce Knowles | Beyonce Knowles-Carter |

# Totality of the Circumstances

- Use information to assist in determination:
  - Address –    1149 Pearl         1149 Pear
  - Date of Birth  01/27/1952      01/17/1952
  - Photograph




# Totality of Circumstances

- Buddy Holly vs. Charles Hardin Holley
- Ike Eisenhower vs. Dwight David Eisenhower

**REMEMBER TO COMPARE ALL INFORMATION**

- Voters with identical matches, proceed as usual.
- Voters with similar name will need to initial the similar name affidavit.

# JEFFERSON COUNTY IS A PART OF A COUNTYWIDE POLLING LOCATION PROGRAM APPROVED BY THE TEXAS SOS.

Vote Center is the same as a Countywide Polling Place.

A countywide polling place on Election Day is one where any registered voter in the county may vote, just as in early voting.

A voter on Election Day would no longer be required to vote in his or her precinct polling location, but could vote at any countywide polling place (Vote Center).

**THERE IS NO SUCH THING AS BEING AT THE WRONG POLLING LOCATION ON ELECTION DAY IN JEFFERSON COUNTY FOR THIS MAY 27, 2014, JOINT PRIMARY ELECTION.**

ONE OF THE REQUIREMENTS TO PARTICIPATE IN THE COUNTYWIDE POLLING LOCATION PROGRAM IS EXCLUSIVE USE OF DIRECT RECORDING ELECTRONIC (DRE) VOTING SYSTEMS AT ALL POLLING LOCATIONS.

PAPER BALLOTS MUST BE USED FOR PROVISIONAL VOTING OR IN AN EMERGENCY SITUATION WHEN THERE ARE NO DRE's ONLINE.

However, **DO NOT** become argumentative or negative if a voter insists on casting a paper ballot. ALLOW THE VOTER TO CAST A PAPER BALLOT AND MARK THE SUMMARY SHEET

THIS SHOULD DECREASE THE # OF PROVISIONAL BALLOTS SUBSTANTIALLY

**REMEMBER, LET'S VOTE ELECTRONICALLY**

# **EVERY** POLLING LOCATION IS EQUIPPED WITH AN **EA TABLET**.

- BE SURE TO USE YOUR TABLET TO VERIFY AND SIGN IN ALL VOTERS.
- WRITE THE PRECINCT # FOR THE VOTER
- PRESENT THE QUALIFICATION SLIP TO THE VOTER
- THE VOTER WILL GIVE THE SLIP TO THE ELECTION CLERK ACTIVATING HIS/HER BALLOT

Voter Qualification

Precinct NO: 10

Ballot Style: _____



EA TABLET

IF A VOTER IS NOT LISTED IN THE EA TABLET AND RESIDES WITHIN THE POLLING LOCATION PRECINCT(S), REFER TO YOUR GREENBAR PRECINT LIST FIRST, AND IF NOT FOUND CALL VOTER REGISTRATION AT 409 835-8683 TO VALIDATE THE VOTER OR OBTAIN THE INFORMATION NECESSARY FOR THE VOTER TO VOTE A PROVISIONAL BALLOT.

IF A VOTER IS NOT LISTED IN THE EA TABLET AND RESIDES OUTSIDE THE POLLING LOCATION PRECINCT(S), CALL VOTER REGISTRATION AT 409 835-8683 TO VALIDATE THE VOTER OR OBTAIN THE INFORMATION NECESSARY FOR THE VOTER TO VOTE A PROVISIONAL BALLOT.



VOTER REGISTRATION LIST – PCT XX

# Remember to Post Voter Totals throughout the Day

17-2430 Notice of Total Voters 6/88
Elections 870071
Prescribed by Secretary of State
Section 61.007(c), V.T.C.A., Election Code

Hart InterCivic

## NOTICE OF TOTAL NUMBER OF VOTERS WHO HAVE VOTED
*(AVISO DEL NUMERO DE VOTANTES QUE HAN VOTADO)*

(Number of Voters)
*(Número de Votantes)*

9:30 a.m. _____
11:30 a.m. _____
1:30 p.m. _____
3:30 p.m. _____
5:30 p.m. _____

_____
Signature of Presiding Judge
*(Firma del Juez Presidente)*

**NOTE TO PRESIDING JUDGE:**

The total number of voters as shown on the poll list shall be posted at the times listed. The notice shall remain posted until the polls close. Return this form in envelope number 2 to the general custodian of the election records.

***NOTA AL JUEZ PRESIDENTE:***

*El número de votantes establecido en la lista de votantes se mostrará a las horas señaladas arriba. El aviso quedará puesto hasta que cierren los sitios de votación. Devuelva esta forma en el sobre número 2 a la persona a cargo de los archivos electorales.*