# Provisional Ballots

- Any Provisional voter must vote a paper ballot.
- The green envelope must be completely filled out by both the voter and the election judge.
- Remember to flip the envelope over and mark the reason the voter is voting provisionally and affix your signature. If information is missing, the voter's ballot may not be counted.

Provisional Voter Affidavit

Prescribed by Secretary of State Sec. 63.011, Election Code 9/1/05

Type of Election (Tipo de Elección)

Precinct No. where voted (Núm. de Precinto – lugar de vota

Affidavit of Provisional Voter (Declarac

TO BE COMPLETED BY VOTER: (PARA QUE EL VOTANTE

Last Name (Apellido usual)

First Name (Su nombre de pila)

Residence Address: Street Address and Apartment Number, City, State, and ZIP.

Mailing Address: City, State, and ZIP. If mail cannot be delivered to your residence

TX Driver's License No. or Personal I.D. No. (Issued by TX Dept of Public

Check here if you do not have a driver's license or personal identification

Check appropriate box: ARE YOU A UNITED STATES CITIZEN?

Yes (Sí)



# Cancelling Mail Ballots

- This is the first year Texas has allowed an ***annual*** mail ballot application.
- Some voters may show up wanting to vote in person on ED. The voter must cancel a mail ballot application by completing the form in your binder and surrendering the mail ballot.
- Call us so we can mark the voter as having cancelled the mail ballot application.
- If the voter does **not** bring the mail ballot in on Election Day, the voter must vote provisionally.



# CLOSING POLLS

- FOLLOW THE IVOTRONIC MANUAL TO CLOSE THE POLLS.
- PLACE THE BLUE TAPE SEALS ON THE SEAL LIST FORM.
- PRINT TWO RESULTS TAPES, ONE FOR THE JUDGE AND ONE PLACED INSIDE RED ZIPPERED BAG
- MAKE SURE TAPE SHOWS ALL IVOs OPENED AND CLOSED **(YOU REALLY DON'T WANT TO GO BACK TO YOUR POLLING LOCATION LATER)**
- OTHER ITEMS IN RED BAG SHOULD BE ZEROS TAPE, PEBs, FLASH CARDS FOR EACH IVO, AND BALLOT SUMMARY SHEET

# CLOSE POLLS CONTINUED

- Ballot box must be returned to counting station even if no paper ballots were used.
- Fill out all forms completely, including compensation sheets.
- Return all unused supplies. We do re-use them.
- Complete Ballot Summary Sheet – this WILL save you time at the Counting Station.
- Leave EA tablet and Wi-Fi card powered on in the bag so the syncing process can finish while in route to Barn.
- **Call dispatch** to logout before leaving the polling location.

IF YOU HAVE ANY DOUBTS ABOUT

**WHAT**,
**WHY**, OR
**IF**,

YOU ARE DOING SOMETHING THE RIGHT WAY---

**STOP!**
**DO NOT PROCEED!**
**CALL DISPATCH**
**CALL NAOMI**
**CALL THERESA**
**CALL CAROLYN**

**JUST CALL FOR HELP**

**WE ARE A PART OF YOUR TEAM!!!**

THANK YOU FOR YOUR
ATTENDANCE TODAY AND
FOR ALL YOUR HARD WORK AND
DEDICATION TO HELP WITH THE
ELECTORAL PROCESS IN
JEFFERSON COUNTY

Carolyn L Guidry
& Staff

# Public Records Request re: Provisional Ballots in Jefferson County

1. Nine provisional ballots were cast in our county.
2. None of the provisional ballots were accepted under Texas Election Code 65.054.
3. Two provisional ballots were distributed to voters under Texas Election Code 63.001 (g) because they did not meet the photo identification requirements.
4. The two provisional ballots were rejected that were distributed under Texas Election Code 63.001 (g) because they did not meet the photo identification requirements.
5. Christine Huff 7190 Hurley Dr. Beaumont, Texas 77708, voted provisional because of lack of photo identification.
6. One provisional ballot was cast because the election official determined that with one of the requisite forms of identification, the name on the identification was not "substantially similar" to the name on the voter rolls.
7. The one provisional ballot that was determined not to be "substantially similar" was rejected.
8. Chrystal Jenille Pearmon at 906 Montrose Port Neches, Texas 77651, was the only voter who casted a provisional ballot because their identification was not "substantially similar" and was later rejected after the cure period.
9. The following training instructions were given to poll workers regarding the requirements of Texas Election Code 63.001 (b):

<slide excerpt from poll worker training slideshow> **ACCEPTABLE FORMS OF IDENTIFICATION**

1. Texas driver's license issued by Texas Department of Public Safety ("DPS");
2. Texas election identification certificate ("EIC") issued by DPS;
3. Texas personal identification card issued by DPS;
4. Texas concealed handgun license issued by DPS;
5. United States military identification card ("military ID card") that contains the person's photograph;
6. United States citizenship certificate ("citizenship certificate") that contains the person's photograph; **OR**
7. United States passport.

<slide excerpt from poll worker training slideshow> **Voters EXEMPT from Photo ID**

- If voter has notation of an "(E)" on his or her voter registration certificate after the VUID number, it is not necessary for voter to have one of 7 forms of ID listed under Section 63.0101. Notation means voter is exempt from ID requirement under Section 63.0101 because voter is disabled.
- To obtain exemption, at time applicant submits a voter registration application (or at a later date if voter submits information at a later date), voter submits (a) written documentation from the United States Social Security Administration evidencing he or she has been determined to have a disability or from the United States Department of Veterans Affairs evidencing he or she has a disability rating of at least 50%, and (b) a statement in a form prescribed by the Secretary of State that he or she does not have a form of identification acceptable under Section 63.0101.

10. The following training instructions were given to poll workers regarding providing written notice to voters who are required to cast provisional ballots:

<slide excerpt from poll worker training slideshow> **Provisional Ballot Procedures**

1. Election judge/clerk has voter complete the Provisional Voter Affidavit envelope prior to voting provisionally.
2. Election judge/clerk enters voter's name on List of Provisional Voters and checks "provisional" on the combination form after entering voter's name there.
3. Provisional voter signs the combination form.
4. Presiding judge checks box to indicate whether voter has presented an acceptable form of ID or meets the disability exception.
5. Presiding judge checks reason for voting provisionally, signs and dates the affidavit envelope.
6. Voter chooses a provisional ballot.
7. Voter puts ballot into secrecy envelope, seals secrecy envelope, places secrecy envelope in affidavit envelope, and deposits envelope.
8. *Election judge/clerk gives voter Notice to Provisional Voter.*

11. The following training instructions were given to poll workers regarding the requirements of Texas Election Code 63.001 (c):

<slide excerpt from poll worker training slideshow>**Comparing ID Document Name to that on List of Registered Voters**

- If voter's name on voter's ID is identical to that on the list of registered voters, voter is accepted for voting.

- If voter's name on voter's ID is not identical to that on the list of registered voters, then the election worker must determine if voter's name is "substantially similar" to that on the list of registered voters before voter is accepted for voting.

  <slide excerpt from poll worker training slideshow>**"Substantially Similar" § 63.001(c); 1 T.A.C. § 81.71**

- In determining whether voter's name on voter's ID and on list of registered voters are "substantially similar," election worker should consider whether **information on the presented ID document matches elements of voter's information on official list of registered voters, such as voter's residence address or date of birth**, which may be strong indicators that the name on the presented ID document is substantially similar to the name on the official list of registered voters and vice versa.

12. The following attachment is the notice that was provided to voters who cast provisional ballots because they did not meet the identification requirements under Texas Election Code 63.001 (g):

AW8-15a, 8/13, Prescribed by Secretary of State, Section 63.001(g)

# NOTICE TO PROVISIONAL VOTER

A determination whether your ballot will be counted will be made by the early voting ballot board after the election. A notice will be mailed to you within 30 days of the election at the address you provided on your affidavit to vote a provisional ballot indicating either (1) that your ballot was counted or (2) if it was not counted, the reason your ballot was not counted.

# POLLING PLACE ID RECEIPT

## FOR PROVISIONAL VOTERS NEEDING TO CURE

***ELECTIONS ADMINISTRATOR:*** *Attach map and/or directions to the county voter registrar's office to this Receipt and fill in deadline below.*

**NOTICE TO VOTER**

*You must appear before Voter Registrar by:*

______________________

*For Office Use Only*

**Completed By Polling Place Official**

Voter's Last Name: ______________________

Voter's First Name: ______________________

VUID #: ______________________

Precinct No.: ______________________

In order to have your provisional ballot accepted, you will be required to visit your local county voter registrar's office (*information attached*) within six days of the date of election to either present one of the below forms of photo ID **OR** submit one of the temporary affidavits addressed below (e.g., religious objection or natural disaster without an ID) in the presence of the county voter registrar. The process can be expedited by taking this notice with you to the county voter registrar at the time you present your identification (*or execute your temporary affidavit*); however, taking this notice is not a requirement.

*A voter is required to show ONE of the following forms of photo identification at the polling location before the voter may be accepted for voting in Texas' Elections:*

- **Texas Driver's License issued by the Texas Department of Public Safety (DPS)**
- **Texas Election Identification Certificate issued by DPS**
  - *If you do not have a valid form of photo identification, you may apply for a free Election Identification Certificate at your local Texas Department of Public Safety office.*
- **Texas personal identification card issued by DPS**
- **Texas concealed handgun license issued by DPS**
- **United States military identification card containing your photograph**
- **United States citizenship certificate containing your photograph**
- **United States passport**

*With the exception of the U.S. citizenship, the identification must be current or have expired no more than 60 days before being presented the voter qualification at the polling place.*

**PERMANENT EXEMPTION**

During the cure period, voters with a disability may apply with the county voter registrar for a permanent exemption in the county. The application must contain written documentation from either the U.S. Social Security Administration evidencing applicant's disability or from the U.S. Department of Veterans Affairs evidencing disability rating of at least 50 percent. The applicant must also state that he/she has no valid form of photo identification. Those who obtain a disability exemption will be allowed to vote upon display of voter registration certificate reflecting the exemption.

**TEMPORARY EXEMPTION**

During the cure period, a voter may apply for a temporary exemption at the county voter registrar's office for voters who have a consistent religious objection to bing photographed **OR** who do not have any photo identification as a result of certain natural disasters as declared by the President of the United States or the Texas Governor.

*I hereby state that I have presented a form of identification (or executed an affidavit) to the county voter registrar's office.*

**Sign Here** ______________________ **Date**

To Be Signed in Front of Voter Registrar

***For Office Use Only Completed By Voter Registrar***

ID Presented: __________ Yes __________

No Type of ID: ______________________

Exemption Requested: __________ Yes __________ No

Type of Exemption: ______________________

Voter Reg. Dept. Initials: ______________________

Date: ______________________

*VR will attach receipt to Provisional Ballot Affidavit

# November 5, 2013 Joint Election (Constitutional Amendment, City of Groves, and City of Port Neches)



# THINGS YOU SHOULD KNOW

- THIS IS A JOINT ELECTION INCLUDING THE CONSTITUTIONAL AMENDMENTS, THE CITY OF GROVES AND THE CITY OF PORT NECHES.
- COUNTYWIDE POLLING LOCATIONS ARE AVAILABLE AT ALL POLLING LOCATIONS FOR THIS ELECTION – VOTERS CAN VOTE AT ANY POLLING LOCATION ON ELECTION DAY REGARDLESS OF THE PRECINCT WHERE THEY RESIDE (MUCH LIKE THEY CAN DURING EARLY VOTING)
- THE SUPPLY PICK UP IS SCHEDULED FOR **SUNDAY, NOVEMBER 3, 2013 FROM 2:00 p.m. – 3:30 p.m.** NOT NOVEMBER 2, 2013, AS STATED IN YOUR APPOINTMENT LETTER.
- THERE WILL BE A PRESIDING JUDGE AND AN ALTERNATE JUDGE.
- CLERKS ARE SELECTED BY THE PRESIDING JUDGE.
- THE PRESIDING JUDGE SHALL ADMINISTER THE OATH TO ALL.
- COMPENSATION FORMS - INCOMPLETE OR INCORRECT FORMS HOLD UP THE ENTIRE ELECTION PAYROLL.

# Duties and Responsibilities of Judges

- Judges are responsible for the management and conduct of the election at the polling place and within 100 feet of polling place.
- Judge shall designate the working hours of and assign the duties to be performed by the election clerks
- Judge shall treat all election clerks serving at the polling place uniformly
- A judge or clerk may not be paid for more than **one hour of work before the polls open** and may not be paid for more than **two hours of work after the time for closing the polls or after the last voter has voted, whichever is later.**

# Wireless Air Card Instructions

- Locate and power on the Verizon Wireless Mobile Hotspot Device. It is in the small black zipper bag along with the cell phone. The small black zipper bag is in the black rolling bag in an unsealed side pocket.
- Plug the power cord into the Mobile Hotspot Device and then plug the device into the surge protector.
- Turn the Mobile Hotspot Device on by pressing the black power button on the side of the air card for 2-5 seconds.
- The LED display will change and the device will
- begin to power on.
- NOTE: This device does not physically connect to the pollbook. The device is used as a wireless connection to the internet for your pollbook.



election administrators

# EA Tablet™ Poll Worker Training

Setup and Use of the EA Tablet
Texas Version – Sixth Edition
© 2013 Election Administrators, LLC
EA Customer Use Only, Do Not Distribute

# EA Tablet Setup

1. Place your Asus Tablet in the stand, as shown below. The Asus logo should be in the upper left corner when placed appropriately
2. Put your stylus in the stylus holder on the right side of the stand
3. Plug the power cord in at the bottom center of the Tablet
4. Press and hold the power button located on the top left of the Tablet until it vibrates, indicating that it has powered on

