Plug your Tablet into a power strip or wall charger, as shown below.



Launch the software by tapping anywhere on the EA Tablet™ logo



The opening page is the Voter Search Page. You are ready to process voters




When a voter arrives at a polling location, the voter will be asked to present one of the seven (7) acceptable forms of photo ID.

- Texas driver license issued by the Texas Department of Public Safety (DPS)
- Texas Election Identification Certificate issued by DPS
- Texas personal identification card issued by DPS
- Texas concealed handgun license issued by DPS
- United States military identification card containing the person's photograph
- United States citizenship certificate containing the person's photograph
- United States passport

There are multiple ways to search for a voter with our software:

1. Scan a Driver's License barcode
2. Scan the Voter ID card barcode
3. Manual Search

To search by Scanning a Driver's License or Voter ID Card barcode, place the driver's license face down in the license holder, as shown in the example below.



# Tap **Scan ID**




To perform a manual search, type in the voter's last name, first name, birth date, voter ID number, voter address or any combination of those search options from the Voter Search Page.




Tap on the correct voter.
Note: When scanning an ID, you will not see this page.

EATablet™ EATablet – Over 540 results

**BOBBY JAY BABER**
201 WESTWOOD-BRECKENRIDGE
May 29, 1962

**ADAM RICHARD BABILON**
14228 FM 578-BRECKENRIDGE
Sep 17, 1944

**CHRISTOPHER GEORGE BABILON**
14228 FM 578-BRECKENRIDGE
Aug 06, 1975

**PATRICIA ANN BABILON**
14228 FM 578-BRECKENRIDGE
Aug 10, 1942

**REBECCA DANIELLE BABILON**
13964 FM 578-BRECKENRIDGE
Aug 22, 1981

Edit Search    New Search

Election officials are now required by State law to determine whether the voter's name on the identification provided matches the name on the list of registered voters (The EA Tablet). If the name on the ID matches the name on the list of registered voters, the voter will follow the regular procedures for voting.

Verify the voter's information and then tap **Capture Signature.**



Case 2:13-cv-00193 Document 742-21 Filed on 11/17/14 in TXSD Page 10 of 13



If the name does not match exactly but is "substantially similar" to the name on the list of registered voters (The EA Tablet), the voter will be permitted to vote as long as the voter signs an affidavit (separate sheet of paper) stating that the voter is the same person on the list of registered voters.

The poll worker will check the box for "Similar Name", and ask the voter to sign AND initial below the red line. Then, tap **Accept**.





