You are now ready to process the next voter in line






If an exact match is not found when performing a manual search, you'll have the option to either perform a "New Search" or "Add Voter"

Please choose "New Search" first and try to search by date of birth only, last name only, or another field. If you determine that the voter is not listed in the EA Tablet, choose "Add Voter"



CALL your election authority, fill in the circle for "Not on List/Incorr. Cert", then fill in the rest of the information as directed by your election authority.

*A "Not on List" voter cannot be processed without a voter ID number (assigned by your election authority)

EA Tablet™ – Voter Registration

○ Provisional ○ Not on List/Incorr. Cert

Last Name | Voter Address | Precinct

First Name | Voter ID

Cancel | Clear | Scan ID | Save

2:36

Provisional Voters should be processed as directed by your election authority.

*All fields are required.

EA Tablet™ EATablet - Voter Registration

Provisional ○ Not on List/Incorr. Cert

Last Name Voter Address Precinct

First Name

Cancel Clear Scan ID Save

Tab q w e r t y u i o p

?123 a s d f g h j k l

z x c v b n m , .

/ ' - :

2:43

# Entering Absentee Voters

This process will only be used, if directed by your Election Authority.

To begin, tap the **Poll Workers** tab.






1. Type in the Voter ID number.
2. Tap **Please Choose Absentee Status** and then select **Ballot Mailed**, **Ballot Received** or **Contact Election Office**.
3. Tap **Submit**.






Verify the voter's name and date or birth. If they are correct, tap **SAVE**. If they are not correct, tap **CANCEL**.



You are now ready to move on to the next voter. When you have completed entering in all the Absentee Voters, tap the **Voter Search** tab to return to voter check in.

Note: "Absentee Mailed" voters will have the option to vote on Election Day but "Absentee Received" voters will not be eligible to vote on Election Day

## Mail Ballot Voters

***During Early Voting***: Voters with a status of "Voter has already voted in this election" next to the Status line with a location of "Mail Ballot" are mail ballot recipients. Please contact the Election Department for assistance in cancelling mail ballots and un-issuing the "voter credit" on the pollbook. The voter will have the option to vote by completing the Request to Cancel Mail Ballot and returning the mail ballot to the early voting clerk. If the voter states he has not received the mail ballot, we must verify whether it has been returned to the County Clerk. If unable to verify at the time voter appears at the polls, voter must vote provisionally.

***On Election Day***: Voters with a status of "Voter has already voted in this election" next to the Status line with a location of "Mail Ballot" are mail ballot recipients. Please contact the Election Department for assistance in cancelling mail ballots and un-issuing the "voter credit" on the pollbook. The voter will have the option to vote by completing the Request to Cancel Mail Ballot and returning the mail ballot to the Election Judge. If ballot is not presented to Judge for cancellation, voter must vote provisionally.

At the end of Election Day, verify the voter counts. Do this by tapping the **Overflow Menu** button, then tap **About**.






The voter counts are located in the **Election Information** box.



To exit the EA Tablet™ software, tap the **Overflow Menu** button, then tap **Exit**.

