Take the tablet out of the stand, and turn off the Tablet by pressing and holding the power button located at the top left hand edge of the Tablet until you see a pop up as shown below. Then, tap **Power off**.



Tap **OK** and you are ready to pack up the Tablet



# QUALIFYING VOTERS

# Voter Qualification Slips

- After a voter is signed in, the poll worker assigned to the pollbook will write the voter's PRECINCT NUMBER and BALLOT STYLE number on the <u>Voter Qualification Slip</u>.

- The poll worker will then hand the <u>Voter Qualification Slip</u> to the voter.

- The voter will give the slip to the poll worker who is activating the Ivotronic touchscreen to ensure the correct ballot style is accessed for that particular voter.



Voter Qualification

PRECINCT NO: _____

BALLOT STYLE: _____

# ACCEPTABLE FORMS OF IDENTIFICATION

1. Texas driver's license issued by Texas Department of Public Safety ("DPS");

2. Texas election identification certificate ("EIC") issued by DPS;

3. Texas personal identification card issued by DPS;

4. Texas concealed handgun license issued by DPS;

5. United States military identification card ("military ID card") that contains the person's photograph;

6. United States citizenship certificate ("citizenship certificate") that contains the person's photograph; **OR**

7. United States passport.

# Voters EXEMPT from Photo ID

- If voter has notation of an "(E)" on his or her voter registration certificate after the VUID number, it is not necessary for voter to have one of 7 forms of ID listed under Section 63.0101. Notation means voter is exempt from ID requirement under Section 63.0101 because voter is disabled.

- To obtain exemption, at time applicant submits a voter registration application (or at a later date if voter submits information at a later date), voter submits (a) written documentation from the United States Social Security Administration evidencing he or she has been determined to have a disability or from the United States Department of Veterans Affairs evidencing he or she has a disability rating of at least 50%, and (b) a statement in a form prescribed by the Secretary of State that he or she does not have a form of identification acceptable under Section 63.0101.

## Suspense Voters & Voters Who Have Moved

Before voter who is otherwise qualified to vote will be accepted for voting, he/she must complete a statement of residence ("SOR") if:

1. There is an "S" notation next to voter's name on the list of registered voters and voter still resides in the county where registered.

2. If voter responds in the negative to the question, "Is the residence address in the list of registered voters still your correct address," but still resides in the county of registration.

# Combination Forms

- Combination forms are to be used when the voter has been omitted from the EA Tablet pollbook or in the event the EA tablet is not operational.

- Combination forms are to be used when voter has a "substantially similar name" and is not found in the EA Tablet, but is found on the Printed Poll list.

- Poll worker will refer to the printed poll list, verify voter's information, and stamp next to voter's name "VOTED".

- Print the voter's name, address, certification number, and precinct number, initial any appropriate affidavit, and then have the voter sign the form.

# Combination Form

**Polling Location:** _____

**Election Day** _____

## COMBINATION FORM

Prescribed by Secretary of State / Form: 7-09032013
Sections 63.001, 63.0011, 63.002, 63.006, 63.009, 63.0101, 63.011, Texas Election Code

**November 5, 2013**
**Joint Election**
**Jefferson County, Texas**

*AFFIDAVIT FOR VOTER NOT ON LIST: By initialing the spaces labeled "Voter's Affidavit," I swear or affirm that: (A) am a resident of the precinct in which I am offering to vote or am otherwise entitled by law to vote in that precinct; (B) was a resident of the precinct in which I am offering to vote at the time the information on the voter's residence address was last provided to the voter registrar; (C) did not deliberately provide false information to secure registration in a precinct in which I do not reside; and (D) am voting only once in this election.*

---

**8**

| | |
|---|---|
| Provisional (63.011) | ? |
| *Similar Name (63.001 (c)) | ? |
| *Not on List (63.006) | ? |
| Print Name & Address | |
| of Voter's Assistant: | |
| **Voter initials required** | |

**VOTER'S SIGNATURE HERE** _____

---

**9**

| | |
|---|---|
| Provisional (63.011) | ? |
| *Similar Name (63.001 (c)) | ? |
| *Not on List (63.006) | ? |
| Print Name & Address | |
| of Voter's Assistant: | |
| **Voter initials required** | |

**VOTER'S SIGNATURE HERE** _____

---

**10**

| | |
|---|---|
| Provisional (63.011) | ? |
| *Similar Name (63.001 (c)) | ? |
| *Not on List (63.006) | ? |
| Print Name & Address | |
| of Voter's Assistant: | |
| **Voter initials required** | |

**VOTER'S SIGNATURE HERE** _____

---

**11**

| | |
|---|---|
| Provisional (63.011) | ? |
| *Similar Name (63.001 (c)) | ? |
| *Not on List (63.006) | ? |
| Print Name & Address | |
| of Voter's Assistant: | |
| **Voter initials required** | |

**VOTER'S SIGNATURE HERE** _____

ND1

**Slide 40**

**ND1** Naomi Doyle, 8/22/2013

# VOTER NOT ON THE LIST

## SECTION 63.006

Voter accepted for voting under Section 63.006, even though name not on list of registered voters, and election worker puts voter's name on registration omissions list, if:

1.   Voter has one of 7 forms of ID required under Section 63.0101; **and**

2(a).  Voter has voter registration certificate showing that voter is currently registered in the precinct in which the voter is offering to vote,

**OR**

2(b).  Voter has voter registration certificate showing he/she is currently registered in a different precinct in the same county as the precinct in which he/she is offering to vote and voter signs an affidavit (found on the combination form) stating:

- he/she is a resident of the precinct in which he/she is offering to vote or is otherwise entitled by law to vote in that precinct,

   - he/she was a resident of the precinct in which he/she is offering to vote at the time the information on voter's residence address was last provided to voter registrar,

   - he/she did not deliberately provide false information to secure registration in a precinct in which he/she does not reside, **and**

   - he/she is voting only once in the election.

# Comparing ID Document Name to that on List of Registered Voters

- If voter's name on voter's ID is <u>identical</u> to that on the list of registered voters, voter is accepted for voting.

- If voter's name on voter's ID <u>is not identical</u> to that on the list of registered voters, then the election worker must determine if voter's name is "<u>substantially similar</u>" to that on the list of registered voters before voter is accepted for voting.

# "Substantially Similar" ⬆

## § 63.001(c); 1 T.A.C. § 81.71

- In determining whether voter's name on voter's ID and on list of registered voters are "substantially similar," election worker should consider whether **information on the presented ID document matches elements of voter's information on official list of registered voters, such as voter's residence, address, or date of birth,** which may be strong indicators that the name on the presented ID document is substantially similar to the name on the official list of registered voters and vice versa.

# Voter with Similar Name

AW13-8c
Prescribed by Secretary of State
Section 63.001(c), Texas Election Code
08/2013

## VOTER'S SIMILAR NAME CORRECTION REQUEST FORM
*(Forma para Solicitar Corrección del Nombre del Votante)*

The name on my voter registration record and the name on my photo ID are not identical.
*(El nombre en mi registro de votante y el nombre en mi identificación con foto no son idénticos.)*

Please update my current voter registration record from:
*(Por favor actualicé mis datos del registro de votante con)*

PLACE E-POLLBOOK LABEL HERE or WRITE NAME & VUID

To the following, which is shown on my photo identification:
*(Lo siguiente, igual como aparece en mi identificación de foto)*

First Name: _____     Middle Name or Initial: _____
*(Nombre)*     *(Segundo nombre o Inicial)*

Last Name: _____     Suffix, if any: _____
*(Apellido)*     *(Sufijo)*

Signature: _____     Date: _____
*(Firma)*     *(Fecha)*

RETURN IN GRAY ENVELOPE No. 4

# INSTRUCTIONS FOR REGISTRATION OMISSIONS LIST

When a person has **required documentation AND** presents their **voter certificate,** but does not appear in the poll list, they must be added to the Registration Omissions List.

"Required documentation" refers to acceptable voter ID or documentation showing an acceptable exemption.

Acceptable forms of Voter ID

1. Texas driver license issued by the Texas Department of Public Safety (DPS)
2. Texas Election Identification Certificate issued by DPS
3. Texas personal identification card issued by DPS
4. Texas concealed handgun license issued by DPS
5. United States military identification card containing the person's photograph
6. United States citizenship certificate containing the person's photograph
7. United States passport

**A voter without this documentation will vote provisionally (unless the voter chooses to return later with documentation).**

# Registration Omissions List

AW-27
Prescribed by Secretary of State
Section 63.006(b) Texas Election Code
S13

**REGISTRATION OMISSIONS LIST**
*(LISTA DE OMISIONES SOBRE EL CERTIFICADO DE REGISTRO)*
*(Section 63.006(b), Texas Election Code)*

Type of Election (Tipo de Elección)
Joint Election

Date of Election (Fecha de la Elección)
November 5, 2013

PLACE POLLING LOCATION LABEL HERE

Authority Conducting Election (Autoridad Administrando la Elección)
Jefferson County

| PCT. NO. (IF APPLICABLE) (Núm. De Prec.) (Si aplicable) | VUID NO. (IF KNOWN) (Núm. De VUID) (Si lo sabe) | FULL NAME (LAST, FIRST, MIDDLE) (Nombre completo (Apellido, Nombre de Pila, Segundo Nombre)) | COMPLETE RESIDENCE ADDRESS (Dirección de Residencia Completa) | DATE OF BIRTH (Fecha de Nacimiento) |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

*VOTER MUST SIGN THE COMBINATION FORM

# EA TABLET NOT OPERATIONAL

- If the EA-Tablet pollbook is not operational, remember to use your printed poll lists to verify the voter.

- The EA-Tablet pollbook and the Ivotronics are NOT connected in any way. Just because the EA-Tablet pollbook may not be working, does not mean a voter must vote a paper ballot.

- Write the information for the voter on the Combination Form (Certificate No., Name, Address, & Precinct No.) and let the voter sign.

- Be sure to stamp "VOTED" next to the voter's information in the printed poll list.

# EA TABLET NOT OPERATIONAL

## Part 2

- On Election Day the printed poll lists will be printed on green bar computer paper and placed in the side pocket of the Black Transfer Bag.

- The only poll lists placed in the bag will be for the precincts that usually vote at your location.

- If a voter does not appear on your printed list(s), contact Voter Registration for assistance in qualifying the voter.