```
DATE:  8/22/2013              Early Voting Poll              JEFFERSON COUNTY VOTER SYSTEM                              PAGE     3
TIME: 15:18:43                    List    Includes any former name    ELECTION: 11/05/2013                              VTL249

VT  S  ID CERT#  FULL-NAME                                          ADDRESS                   DOB       PCT  CTY  SCH
       271535   AUSTIN, ETHEL MARIE SKINNER                         1945 21ST ST           7/19/39      4    BMT  BMT
       271582   AUSTIN, JIMMY WAYNE                                 1945 21ST ST           8/25/33      4    BMT  BMT
       492060   AUTHURLEE, DEMARIAH MACHELL                         4990 IDYLWOOD ST       5/11/92      1    BMT  BMT
    E  760101   AVOTER, SAMPLE JAMES                                399 W LUCAS DR         7/04/55      4    BMT  BMT
       402208   BABIN, JAMES DETTRICK                               4510 DETROIT ST        6/23/82      1    BMT  BMT
       313538   BABIN SR, JAMES GERARD                              4510 DETROIT ST        1/13/48      1    BMT  BMT
       261667   BABIN, WANDA BURISO                                 4510 DETROIT ST       10/08/54      1    BMT  BMT
         3173   BADEN, SHERI L                                      1077 CENTRAL DR        7/29/44      4    BMT  BMT
    S  479334   BADGER, DEDREK JAMAR                                5380 WILSHIRE ST       7/25/90      1    BMT  BMT
       502724   BAILEY, ASHLEY MARIE                                4310 EL PASO ST       12/20/93      1    BMT  BMT
       192730   BAILEY, CAROLYN ANN                                 4725 ABILENE ST        5/15/62      1    BMT  BMT
       303318   BAILEY, CAROLYN ANNE PRICE                          4310 EL PASO ST        8/28/53      1    BMT  BMT
       335826   BAILEY, CASSANDRA ELAINE                            4045 DETROIT ST       11/06/63      1    BMT  BMT
       303963   BAILEY, DENNIS EUGENE                               4310 EL PASO ST        4/26/50      1    BMT  BMT
         3316   BAILEY, IRIS LANDRY                                 1580 DRISKILL DR       1/05/22      4    BMT  BMT
       466589   BAILEY, JANA KAY                                    1215 LONGFELLOW DR    11/19/57      4    BMT  BMT
       501510   BAILEY, JESSALYN YVONNE                             4725 ABILENE ST       11/18/93      1    BMT  BMT
       308115   BAILEY, NEIL CLAYTON                                4310 EL PASO ST       12/19/80      1    BMT  BMT
       227352   BAILEY, PATRICIA ANN PARIGH                         4810 LUFKIN ST         3/15/46      1    BMT  BMT
       230935   BAILEY, THEODORA                                    4320 BUFFALO AVE       6/25/54      1    BMT  BMT
       206662   BAILEY, WILLIAM H                                   4810 LUFKIN ST         6/21/45      1    BMT  BMT
       457527   BAILEY JR, WILLIAM HENRY                            4045 DETROIT ST        1/10/66      1    BMT  BMT
       362587   BAILEY-MCKENZIE II, PATRICIA ANN                    4760 LUFKIN ST         8/27/78      1    BMT  BMT
       394142   BAKER, CHENTELL ANETTE                              4490 IRONTON ST        6/15/61      1    BMT  BMT
       350620   BAKER, DAVIDE LEE                                   4855 ABILENE ST        4/09/56      1    BMT  BMT
       482783   BAKER, VERNESSA DEDRES                              2375 MONROE ST         6/25/54      1    BMT  BMT
       472972   BALDWIN, ASHLEY RADAWN                              4545 IRONTON ST       12/13/88      1    BMT  BMT
       348976   BALDWIN, LYNN ALBERT                                4455 HARDING DR        5/26/43      1    BMT  BMT
       408641   BALDWIN, PAULINA G                                  3905 STEELTON ST       18+           4    BMT  BMT
       482101   BALL, AMBER RACHELL                                 3770 QUEENS ROW       10/05/90      4    BMT  BMT
    S  390060   BALTAZAR, JOSEPH                                    2273 TYLER ST          2/12/61      1    BMT  BMT
       475508   BALTIMORE, BRITTANY RENEA                           2376 PIERCE ST         6/18/90      1    BMT  BMT
       453324   BALTRIP III, HERBERT                                4655 LAREDO ST         4/26/71      1    BMT  BMT
       455872   BALTRIP JR, HERBERT                                 2475 HAYES LN          7/16/48      1    BMT  BMT
       347557   BALTUTIS, DANETTE KIRCHMER                          3935 NORTH ST          4/01/69      4    BMT  BMT
       339633   BALTUTIS, VYTAUTAS MIKOLAS                          3935 NORTH ST         10/04/59      4    BMT  BMT
       418340   BANDO, ALEXANDER JOSEPH                             3820 KINGS ROW        12/05/57      4    BMT  BMT
       314582   BANDO, DEBORAH ANNE                                 3655 BRENTWOOD DR      9/22/54      4    BMT  BMT
       300233   BANDO, JEANNIE LYNN REED                            3820 KINGS ROW        11/07/63      4    BMT  BMT
         3826   BANDO, MARIE MAZZU                                  3625 BRENTWOOD DR      1/21/34      4    BMT  BMT
       482406   BARBIN, PHILLIP J                                   3850 STEELTON ST       1/22/79      1    BMT  BMT
    S  484703   BARCLAY, DEBBIE SUE POLK                            3525 DURWOOD DR        8/01/53      1    BMT  BMT
       484704   BARCLAY, TERRY QLEN                                 3525 DURWOOD DR       11/27/52      1    BMT  BMT
       456472   BARNES, DON L                                       705 20TH ST            3/26/53      4    BMT  BMT
       189303   BARNES, GENEVA EASON                                725 20TH ST            6/22/39      4    BMT  BMT
       421318   BARNES, MICHAEL TODD                                4520 EL PASO ST        1/31/61      1    BMT  BMT
       417597   BARNES, MISHALETTE LOUVINIA                         4520 EL PASO ST       11/15/83      1    BMT  BMT
       264699   BARNES, NINA DEMISE BATISTE                         4520 EL PASO ST        1/22/62      1    BMT  BMT
       456473   BARNES, RENEE' K                                    705 20TH ST           11/21/52      4    BMT  BMT
       485710   BARNES, TERRANCE TERRELL                            4520 EL PASO ST       10/06/92      1    BMT  BMT
       478852   BARNES, TODD EUGENE-STEVEN                          4520 EL PASO ST       11/12/90      1    BMT  BMT
    S  468308   BARNETT, ABBY ELIZABETH                             635 20TH ST            2/19/90      4    BMT  BMT
       485763   BARNETT, JUANITA                                    2372 WILSON ST         7/09/92      1    BMT  BMT
       183922   BARNETT, KEITH BRANDON                              635 20TH ST            6/26/61      4    BMT  BMT
```

Case 2:13-cv-00193   Document 742-24   Filed on 11/17/14 in TXSD   Page 2 of 19

```
DATE: 8/22/2013         Election Day Poll List Example        JEFFERSON COUNTY VOTER SYSTEM                      PAGE   4
TIME: 15:28:03          Includes former name                  ELECTION: 5/11/2013                                 VTL249

VT  S  ID CERT#   FULL-NAME                                                                   DOB        PCT  CTY  SCH
       391975    BASS, DONNA RACHELLE YOUNG                    4660 EL PASO ST             11/27/85      1    BMT  BMT
       164326    BASS, GLADYS JONES                            5150 BIGNER RD              12/17/45      1    BMT  BMT
       501094    BASS, JASMINE CHARMAINE                       4473 HARDING DR             10/02/92      1    BMT  BMT
       348327    BASS, RANDY LAMAR                             4473 HARDING DR              7/03/65      1    BMT  BMT
       455309    BASS, TOLBERT LE-SHAWN                        4409 DALLAS ST               7/25/87      1    BMT  BMT
       455308    BASS, TRACY LASHAWN                           4409 DALLAS ST              10/12/68      1    BMT  BMT
       488952    BASS, TRAVIS                                  3790 DETROIT ST              7/11/89      1    BMT  BMT
       169575    BASS JR, WILLIAM                              5150 BIGNER RD               5/24/43      1    BMT  BMT
       498626    BASSOU, VICTORIA RENEE CRASER                 2945 WILSON ST               7/16/90      1    BMT  BMT
       337598    BATES, WALTER TYRONE                          4350 BUFFALO AVE             6/25/55      1    BMT  BMT
       309553    BATISTE, BRENDA MAIRE                         3025 W LYNWOOD DR            5/27/59      1    BMT  BMT
       470440    BATISTE, JEREMIAH                             2445 N LYNWOOD DR            5/27/83      1    BMT  BMT
       496206    BATISTE, MARY LOUVINIA                        4520 EL PASO ST              9/11/26      1    BMT  BMT
       318324    BATISTE, PATRICIA ANN                         3915 STEELTON ST             2/04/59      1    BMT  BMT
       485076    BATISTE, REGINA TROIS                         4899 STEELTON ST             6/05/91      1    BMT  BMT
       504747    BATISTE, WALTER BERNARD                       4765 EL PASO ST             12/15/61      1    BMT  BMT
       339940    BAZILE, TERHEA ANTOINESE BROWN                4275 EL PASO ST             10/04/76      1    BMT  BMT
       435845    BEAN, BRITTNEY SADE                           2395 E LUCAS DR              1/24/86      1    BMT  BMT
       428745    BEAN, TODOREA LYNETTE                         4190 DALLAS ST               3/11/85      1    BMT  BMT
       356752    BEARD, FREDDIE MAURICE                        4680 LUFKIN ST               9/28/34      1    BMT  BMT
       181478    BEARD, KAREN PROPER                           4680 LUFKIN ST              10/16/47      1    BMT  BMT
       176487    BEATTY, ALFRED                                2360 TAYLOR ST               3/20/50      1    BMT  BMT
       196707    BEATTY, JENNIE VEE                            2360 TAYLOR ST              11/25/49      1    BMT  BMT
       483393    BEATY, COURTNEY RENAE                         4390 HARDING DR             12/07/88      1    BMT  BMT
       450299    BEAUMONT, KENNETH RAY                         2360 TYLER ST                7/30/65      1    BMT  BMT
       250628    BEAUMONT, MELBA RENEE HARGIS                  2360 TYLER ST               10/03/67      1    BMT  BMT
       454069    BEAUMONT, PRESTON RAY                         3995 BUFFALO AVE             7/31/87      1    BMT  BMT
       495182    BELL, AUSHANTE AYANA                          4695 BUFFALO AVE             7/29/93      1    BMT  BMT
       329331    BELL, DAVID FRANKLIN                          4250 EL PASO ST             12/06/74      1    BMT  BMT
       458549    BELONA, ILA CATHERINE BOTTLEY                 4850 BUFFALO AVE             1/23/88      1    BMT  BMT
       348941    BENDY, JACQUELINE DENISE                      2475 HAYES LN                3/11/65      1    BMT  BMT
       5881     BENNETT, ALLINE JOHNSON                        5210 BIGNER RD               6/06/39      1    BMT  BMT
       207885    BENNETT, ANITA FAYE                           2390 OVERBROOK LN           11/03/58      1    BMT  BMT
       171530    BENNETT, ARNOLD LEE                           4750 EL PASO ST              7/03/62      1    BMT  BMT
       154184    BENNETT, BEATRICE JEAN RICHARDSON             4750 EL PASO ST              5/04/60      1    BMT  BMT
       447322    BENNETT JR, BENNY ROY                         4290 BUFFALO AVE             5/11/68      1    BMT  BMT
       5993     BENNETT, TERRY DON                             5210 BIGNER RD               7/28/35      1    BMT  BMT
       454090    BENOIT, DONALD RAY                            2376 TYLER ST               11/03/62      1    BMT  BMT
       172266    BENTER, MARY FRANCES GUILLORY                 2390 E LUCAS DR              2/12/50      1    BMT  BMT
       356759    BERGMAN, NEIL GREGORY                         4635 EL PASO ST             11/03/75      1    BMT  BMT
       227607    BERGMAN, THOMAS AUGUST                        4635 EL PASO ST              2/08/44      1    BMT  BMT
       388627    BERNAL, ARTHUR ALEMEA                         4540 EL PASO ST              3/27/50      1    BMT  BMT
       349133    BERNARD JR, DWAIN JOSEPH                      2955 WILSON ST               7/28/77      1    BMT  BMT
       271939    BERNARD, WILLOW DELL WILLIAMS                 2955 WILSON ST               1/28/52      1    BMT  BMT
       301336    BERRY, ANDREA EYLEEN ALLEN                    2340 MONROE ST              12/26/65      1    BMT  BMT
       494359    BERRY JR, LC                                  2335 HYXBROOK LN            12/19/58      1    BMT  BMT
       335650    BERRY, MICHELLE DENISE JACKSON                2340 MONROE ST               8/10/76      1    BMT  BMT
       397834    BEVERLY, LEON JOSEPH                          4345 HARDING DR              1/20/82      1    BMT  BMT
```



# PROVISIONAL VOTING

# Provisional Ballots

- A Provisional Voter must vote a paper ballot.
- Please review carefully the procedures for Provisional Ballots and fully complete the ballot envelope.
- Always contact the Voter Registrar's Office before completing the Provisional Ballot Envelope to determine in which precinct, if any, the voter is registered.
- If the voter is registered in another precinct, direct the voter to the correct polling place.

# Reasons to Issue a Provisional Ballot

1. Voter does not have one of 7 forms of ID required by Section 63.0101.
2. Voter has no voter registration certificate and is not on the list of registered voters under Section 63.009.
3. Voter's name on ID documentation is not substantially similar to that on the list of registered voters.
4. An annotation next to the voter's name indicates that the voter voted early, either by mail or in person.
5. Voter has moved outside county of registration.

# Affidavit of Provisional Voter

AW-7.15-53, 8/13
Prescribed by Secretary of State
Sec. 63.011, Election Code

| Type of Election / Tipo de Elección | Precinct No. where voted / Núm. de Precinto-lugar de votación | Precinct No. where registered (if known) / Núm. de Precinto-inscrito para votar (si se sabe) | Date of Election / Fecha de la Elección | Authority Conducting Election / Autoridad Administrando la Elección |

## Affidavit of Provisional Voter (Declaración Jurada de Votante Provisional) *(Ballot number if using DRE _____)*

**TO BE COMPLETED BY VOTER:** I am a registered voter of this political subdivision and in the precinct in which I'm attempting to vote and have not already voted in this election (either in person or by mail). I am a resident of this political subdivision, have not been finally convicted of a felony or if a felon, I have completed all of my punishment including any term of incarceration, parole, supervision, period of probation, or I have been pardoned. I have not been determined by a final judgment of a court exercising probate jurisdiction to be totally mentally incapacitated or partially mentally incapacitated without the right to vote. I understand that giving false information under oath is a misdemeanor, and I understand that it is a felony of the 2nd degree to vote in an election for which I know I am not eligible.

PARA QUE EL VOTANTE LO LLENE: Estoy inscrito como votante en esta subdivisión política y en el precinto en cual estoy intentando a votar y aun no he votado en esta elección (en persona o por correo). Soy residente de esta subdivisión política, no he sido definitivamente declarado culpable de un delito grave o si soy el autor de un delito grave, he cumplido toda mi condena inclusive el período de encarcelamiento, la libertad condicional, la libertad supervisada, la libertad vigilada, o he sido indultado. No me han determinado por un juicio final de una corte de la legalización de un testamento, ser totalmente incapacitado mentalmente o parcialmente incapacitado sin el derecho de votar. Entiendo que dar información falsa bajo juramento es un delito menor y también entiendo que es un delito grave de 2° grado votar en una elección sabiendo que no cumplo con los requisitos necesarios.

| Last Name /Apellido usual | First Name / Su nombre de pila | Middle Name (if any) / Segundo nombre (si tiene) | Former Name / Nombre anterior | Gender: (Optional) / Sexo (Optativo) ☐ Male (Hombre) ☐ Female (Mujer) |
|---|---|---|---|---|

**Residence Address:** Street Address and Apartment Number, City, State, and ZIP. If none, describe where you live (Do not include PO Box, Rural Rt. Or Business Address)
Domicilio: calle y número de apartamento, Ciudad, Estado, y Código Postal: A falta de estos datos, describa la localidad de su residencia. (No incluya el apartado de correos, camino rural, ni dirección comercial.)

**Date of Birth:** Month, Day, Year
Fecha de nacimiento: mes, día, año
☐☐/☐☐/☐☐☐☐

**Mailing Address:** City, State, and ZIP. If mail cannot be delivered to your residence address. / Dirección postal: Ciudad, Estado y Código Postal (si es imposible entregarle correspondencia a su domicilio).

| TX Driver's License No. or Personal I.D. No. (Issued by Dept of Public Safety) Número de su licencia de conducir de Texas o de su Cédula de Identidad expedida por el Departamento de Seguridad Pública de Texas). ☐☐☐☐☐☐☐☐ | Social Security No. (last 4 digits required if you do not have a driver's license or I.D. number) / Número de Seguro Social. (Si no tiene licencia, de conducir ni identificación personal, se requiere los últimos 4 números de su seguro social) XXX-XX-☐☐☐☐ | ☐ I have not been issued a TX driver's license/ personal identification number or Social Security Number. Yo no tengo una licencia de conducir de Texas/Cédula de identidad personal de Texas ni un Número de Seguro Social. |

Check appropriate box: ARE YOU A UNITED STATES CITIZEN?
Marque el cuadro apropiado: Soy ciudadano/a de los Estados Unidos    Yes ☐ / Si    No ☐ / No

Signature of Voter / Firma del votante
X _____

# Affidavit of Provisional Voter

## TO BE COMPLETED BY ELECTION JUDGE:

VOTER PRESENTED ACCEPTABLE FORM OF IDENTIFICATION
☐ Yes    ☐ No

REASON FOR VOTING PROVISIONAL

1. _____ Failed to present acceptable form of identification or voter certificate with exemption.
2. _____ Voter not on list of registered voters.
3. _____ Voter not on list, registered in another precinct.
4. _____ Voter on list of people who voted early by mail, and voter has not cancelled mail ballot application.
5. _____ Voting after 7:00 p.m. due to court order.
6. _____ Voter on list, but registered residence address outside the _____ political subdivision.
7. _____ Other: _____ (Please explain)

Sworn and subscribed to before me this date: _____

Signature of Election Judge _____

Action taken by the Early Voting Ballot Board:   ACCEPTED ☐

## TO BE COMPLETED BY THE COUNTY VOTER REGISTRAR FOR STATUS:

I, the voter registrar/deputy registrar, did research the records of my office and the following conclusion(s) was made:

FOR VOTERS WHO DID NOT PRESENT ACCEPTABLE PHOTO IDENTIFICATION AT THE POLLING PLACE

1. _____ Voter presented acceptable form of identification within 6 days of election day.
2. _____ Voter met disability exemption within 6 days of election day.
3. _____ Voter executed religious objection affidavit within 6 days of election day.
4. _____ Voter executed natural disaster affidavit within 6 days of election day.
5. _____ Voter did not satisfy identification or affidavit requirements, listed in categories 1-4 above, within 6 days of election day.

FOR VOTERS WHO VOTED PROVISIONALLY FOR OTHER REASONS

6. _____ Not a registered voter or registration not effective in time for this election.
7. _____ Registered to vote, erroneously listed in wrong precinct.
8. _____ Registered to vote in a different precinct within the county.
9. _____ Information on file indicating applicant completed a voter registration application, but it was never received in the voter registrar's office.
10. _____ Voter erroneously removed from the list.
11. _____ Voter is not registered to vote in _____ political subdivision.
12. _____ Other: _____ (Please explain)

Signature of Voter Registrar _____   Date _____

REJECTED ☐    Signature of Ballot Board Judge: _____

# Provisional Ballot Procedures

1. Election judge/clerk has voter complete the Provisional Voter Affidavit envelope prior to voting provisionally.
2. Election judge/clerk enters voter's name on List of Provisional Voters and checks "provisional" on the combination form after entering voter's name there.
3. Provisional voter signs the combination form.
4. Presiding judge checks box to indicate whether voter has presented an acceptable form of ID or meets the disability exception.
5. Presiding judge checks reason for voting provisionally, signs and dates the affidavit envelope.
6. Voter chooses a provisional ballot.
7. Voter puts ballot into secrecy envelope, seals secrecy envelope, places secrecy envelope in affidavit envelope, and deposits envelope.
8. Election judge/clerk gives voter Notice to Provisional Voter.

# Paper Ballots

- If a voter requests a paper ballot, verify the correct ballot style.
- Place three ballots on the table, and allow the voter to select a ballot.
- Be sure to circle the voter's precinct on the back of the ballot.
- The Presiding or Alternate Judge must sign on the very bottom of the back of the ballot.

# CLOSING POLLS

## It is the responsibility of the Presiding Judges to verify the Close Polls Tape.

- Fold the Close Polls tape and paper clip it so the top of the tape is visible.

- The serial number of each Ivotronic which has been opened by the Master PEB should be printed at the top along with a status of OPENED and CLOSED.

- If any Ivotronic does not show a status of CLOSED, connect the printer to that IVO, hold down the red VOTE button and drop the Master PEB back into the unclosed IVO to complete the close polls procedure as outlined in the Ivotronic Equipment Manual beginning on page 11. The manual is in your white binder.

- Print a Close Polls tape for that IVO, fold and paperclip it so the top is displayed and verify the status now shows CLOSED for that IVO.

- **Folding and paper clipping these tapes will save you a great deal of time at Central Counting Station standing in line to be processed.**

- Be sure to bring the FLASH CARDS from inside your IVOs back with your supplies on Election Night.

# Correct Close Polls Tape

```
Terminal S/N: V5140230->
PEB S/N PS160351-_ (FMW 1.07)
Software Version 9.1.6.2
Created 07/07/06 08:30
Copyright ES&S, Inc. 1993-2005
All Rights Reserved
Diagnostic check completed: OK
iVotronic I

2012 Joint Primary Runoff Elections
Jerry Ware Terminal
POLLING LOCATION RESULTS

Public Count Statistics
   Total Ballots Cast:                          6
   Total Ballots Counted:                       6

Number of Terminals Opened:                     1
Individual Voter Terminal Data
S/N V5140230
      Public Count:                             6
      Protective Count:                      1855
      OPENED  11:01:55  06/18/2012
      CLOSED  11:44:21  06/18/2012
      Terminal Ballots Counted:                 6
```

****************************************

# Close Polls

**FAILURE TO PROPERLY CLOSE ALL IVOTRONICS WILL RESULT IN JUDGES HAVING TO RETURN TO THEIR POLLING LOCATIONS TO PROPERLY COMPLETE THE PROCESS!**

# SUMMARY REPORT MADE SIMPLE FOR MULTIPLE PRECINCTS

## BALLOT SUMMARY REPORT

PLACE POLLING LOCATION LABEL HERE

| | | |
|---|---|---|
| NO. OF VOTERS SIGNED IN (SEE POLLBOOK for LOCAL VOTERS TOTAL) | | |
| No. of Voters on List of Provisional Voters | | |
| No. of Voters on Registration Omissions List | | |
| NO. OF VOTED PAPER BALLOTS (SEE REGISTER OF OFFICIAL BALLOTS) | | |
| NO. OF PROVISIONAL BALLOTS (SEE LIST OF PROVISIONAL VOTERS) | | |
| NO. OF IVOTRONIC BALLOTS (SEE CLOSE POLLS TAPE) | | |
| NO. OF CANCELLED IVOTRONIC BALLOTS (No. of Fleeing Voters) | | |
| TOTAL | | |

PLACE IN ENVELOPE NO. 2 FOR GENERAL CUSTODIAN

# Supply Pickup

- The Presiding Judge is responsible for the pick-up of the supplies for the designated polling location.

- The Supply Pick-up is scheduled for **Sunday, November 3, 2013 from 2:00 p.m. – 3:30 p.m.** at the Election Barn, 7963 Viterbo Rd., Beaumont, TX 77705.

- Only the Presiding Judge is required to pick up the supplies. If the Judge cannot pick up supplies, please arrange for the alternate judge to pick up the supplies.

# Totem Pole

- Each black bag will contain a folded, white tube containing all the required signage and sample ballots for a polling location.
- The sign pops open to be a standing tube approximately 6 feet tall.
- Place the totem poll close to the line where voters can read the material.

## Distance Marker Cone Assembly

1. Insert the Distance Marker sign on top of the cone.



2. Completed Assembly



- Judges are responsible for what happens within the 100' distance marker *ONLY*. Problems outside the perimeter should be handled by <u>law enforcement</u>.
- Judges are NOT required to bring the orange cone to the Central Counting Station. Please leave it next to the voting booths.

# Cell Phones

- Please locate and power up the cell phone as soon as the bag is unsealed.
- Communication is vital, and the cell phone provides us contact with your polling location.
- Please call the Dispatch phone number programmed in the phone once you have completed opening the polls or for any issues you may have with equipment or election procedures and supplies. If we cannot assist you over the phone, a technician will be dispatched to your location.
- Please call the Voter Registrar's phone number programmed in the phone for any questions as to a voter's registration status or precinct.




# THINGS TO REMEMBER

- *TIMELINESS IS NEXT TO GODLINESS.* Do not be late to your polling location. This is imperative because the Ivotronics will require more time to set up with the use of Countywide Polling Locations.
- *ELECTIONS ARE ALL ABOUT TEAM WORK.* Judges please rotate duty assignments throughout the day.
- *DO NOT TRY TO PERSUADE A VOTER IN ANY WAY.* Remember your oath: "I swear or affirm that I will not in any manner request or seek to persuade or induce any voter to vote for or against any candidate or measure to be voted on, and that I will faithfully perform my duty as officer of the election and guard the purity of the election."
- *DO NOT USE YOUR PERSONAL CELL PHONES IN THE VOTING ROOM, ONLY THE COUNTY CELL PHONE TO CONDUCT COUNTY BUSINESS.* If needed, please ask the Judge for permission to step outside to make a personal phone call.
- *DO NOT CARRY ON EXTENDED PERSONAL CONVERSATIONS WITH FRIENDS/VOTERS IN THE POLLING LOCATION.* This can be distracting to others, especially voters.