

WELCOME TO OUR VOLUNTEER FOR DEMOCRACY DAY BI-ANNUAL BANQUET

Sunday, February 16, 2014





Jamie Smith
Office Administrator



CAROLYN L GUIDRY,
COUNTY CLERK



Welcome



Theresa Goodness,
Chief Deputy

## ELECTION DEPARTMENT

**NAOMI DOYLE, ELECTION MANAGER**



**TOI LINTON, SUPERVISOR**



**ADRIAN TAYLOR, VOTING TECH**



**VACANT, PROGRAMMER**



**DENISE PLUMMBER, VOTING TECH**



The Republican and <u>Democratic</u> Parties have entered into an agreement to hold a JOINT PRIMARY ELECTION.

This means:
- All polling locations will be shared
- All equipment will be shared
- All cost will be shared

AND

WE WILL ALL MAKE UP ONE BIG HAPPY ELECTION TEAM



ELECTION DAY – TUESDAY, MARCH 4, 2014

7:00AM – 7:00PM

EARLY VOTING – TUESDAY, FEBRUARY 18, 2014

THRU

FRIDAY, FEBRUARY 28, 2014

# OPENING POLLS

- ARRIVE NO LATER THAN <u>5:45 A.M.</u>
- SUPPORT CONTACT NUMBERS ARE IN THE WHITE BINDER
- CALL DISPATCH TO REPORT ANY ISSUES OR TO REPORT THE POLLING LOCATION HAS BEEN SUCCESSFULLY OPENED.

CRITICAL OPEN POLL ISSUES

1. TURN YOUR CELL PHONE ON IMMEDIATELY TO HAVE OPEN COMMUNICATIONS WITH DISPATCH

2. MAKE SURE THE WIFI CARD IS POWERED UP AND A CONNECTION IS ESTABLISHED TO THE EA TABLET

3. CHECK THE NUMBER OF IVOTRONICS OPENED MATCHES THE NUMBER ON THE OPEN POLLS TAPE.

4. BE SURE YOUR DISTANCE MARKERS ARE IN PLACE

5. PLACE YOUR TOTEM, SO THAT IT IS VISIBLE TO THE VOTERS

6. REMEMBER TO HAVE YOUR PROVISIONAL ENVELOPES AND MATERIALS OUT

7. AFTER THE SUPPLY BAG HAS BEEN UNSEALED AND STEP # 1 COMPLETED, THE CO-JUDGES SHALL ADMINISTER THE OATH TO ALL CLERKS AND THEIR SIGNATURE SHALL BE RECORDED ON THE PROPER FORM.

# QUALIFYING THE VOTER

## IT IS THE LAW - SB14

A voter will be required to show one of the following forms of photo identification at the polling location before the voter will be permitted to cast a vote:

1. Texas driver license issued by the Texas Department of Public Safety (DPS)
2. Texas Election Identification Certificate issued by DPS
3. Texas personal identification card issued by DPS
4. Texas concealed handgun license issued by DPS
5. United States military identification card containing the person's photograph
6. United States citizenship certificate containing the person's photograph
7. United States passport

With the exception of the U.S. citizenship certificate, the identification must be current or have expired no more than 60 days before being presented at the polling place.

# Determining Similar Names

- **What does that mean?**
  1. Slightly Different
  2. Customary Variation
  3. Initial, Middle Name or Former Name
  4. Different Field

## Slightly Different

| OLRV or ID | OLRV or ID |
|---|---|
| Dorris Miller | Doris Miller |
| Nanci Griffith | Nancy Griffith |
| Harlen Block | Harlon Block |
| Charlie Pride | Charley Pride |
| Mark Cuban | Marc Cuban |
| Jamie Fox | Jamie Foxx |

# Customary Variation

| OLRV or ID | OLRV or ID |
|---|---|
| David Crockett | Davy Crockett |
| Sam Houston | Samuel Houston |
| James Richard Perry | James Rick Perry |
| William P. Clements, Jr. | Bill Clements |
| Enrique B. Gonzales | Henry B. Gonzales |
| Jonathan Paul Manziel | Johnny Paul Manziel |
| Esperanza Andrade | Hope Andrade |

# Initial, Middle Name, Former Name

| OLRV or ID | OLRV or ID |
|---|---|
| Lyndon Johnson | Lyndon Baines Johnson |
| William P. Clements, Jr. | Bill Clements |
| Willie Hugh Nelson | Willie Nelson |
| Audie Murphy | Audie L. Murphy |
| J. Roger Williams | Roger Williams |
| Earl C. Campbell | Earl Campbell |
| Carole Keeton Rylander | Carole Keeton Strayhorn |
| Sandra Day | Sandra Day O'Connor |
| Beyonce Knowles | Beyonce Knowles-Carter |

# Totality of the Circumstances

- Use information to assist in determination:

  – Address –    1149 Pearl    1149 Pear

  – Date of Birth    01/27/1952    01/17/1952

  – Photograph


