**NOTE**:  The presiding judge must follow the instructions of the authority responsible for delivering the election supplies with respect to the time by which and the authority to whom the Statement of Compensation is delivered.   The time designated for delivery of the statement of compensation may not be later than 5:00 p.m. of the third day after election day.   If the authority responsible for delivering the election supplies does not indicate to whom the Statement of Compensation should be returned, place it in Envelope No. 2 for return to the custodian of election records.   The election judge may also keep a copy of the Statement of Compensation.

- The notice of the number of voters who voted during the day.
- Notice of Defective Delivery.
- Oaths of Election Officers.
- Oaths of Assistance and Oaths of Interpreters.

3) Contents of Envelope No. 3.  [Sec. 66.024]
- A copy of the precinct returns.
- A copy of the poll list (or combination form).
- A copy of the ballot register.
- A copy of the Statement of Compensation.

4) Contents of Envelope No. 4.  [Sec. 66.0241]
- Precinct list of registered voters and supplemental list, if any;
- The registration correction list, if any;
- Any Statements of Residence completed at the polling place; and
- Copy of Combination Form, if used instead of individual affidavits;

5) *Contents of Envelope No. 5.*
- *A copy of the Statement of Compensation in a Primary Election.*

6) Contents of Ballot Box No. 3.  [Sec. 66.025]
- Voted ballots.
- Original of Precinct Returns.
- Cast ballots, regardless of counting decisions made.
- A copy of the tally list.
- A copy of the poll list (or combination form).
  **NOTE**:  If the poll list is too large for Ballot Box No. 3, it may be placed in another secure container if such placement has been approved by the Secretary of State. [Sec. 66.025]

7) Contents of Ballot Box No. 4.  [Sec. 66.026]
- The original of the ballot register.
- Voted provisional ballot affidavit envelopes.
- The register of spoiled ballots.
- Any spoiled ballots.
- Any defectively-printed ballots.
- Any envelope containing cancellation requests and cancelled ballots.
- Any other unused ballots.

8) *At the general primary election, the second list of registered voters is given to the precinct chair for use in qualifying precinct convention participants.   [Sec. 172.1141]   It should be noted that Section 174.022 of the Texas Election Code was amended by House Bill 3102 ( 2013) to provide that precinct conventions may not be held on primary election night, but on some other date as determined*

*by rules of the state party. In such event, the presiding judge will be instructed of alternate delivery arrangements for the second list of registered voters.*

5. Manner and time of delivery of records.

    1) The presiding judge must deliver Envelope No. 1 in person to the presiding officer of the local canvassing authority, or if that officer is unavailable, to the general custodian of election records. [Sec. 66.051(a)]

    2) The presiding judge must deliver in person Envelope No. 2, Ballot Box No. 3, and Ballot Box No. 4, with its key, to the general custodian of election records. [Sec. 66.051(b)]

    3) The presiding judge retains Envelope No. 3. [Sec. 66.051(c)]

    4) The presiding judge must deliver Envelope No. 4 in person to the voter registrar, or if that officer is unavailable, to the general custodian of election records for later delivery to the voter registrar. [Sec. 66.051(d)]

    5) The judge delivers the key to Ballot Box No. 3 to:

- The sheriff for an election ordered by the governor or a county authority or for a *primary election*, unless the sheriff is on the ballot, in which case the key is delivered to the county judge. If both the sheriff and the county judge are on the ballot, the key is delivered to the county auditor, or if the county does not have a county auditor, to a member of the commissioners court, designated by the court, who is not on the ballot. [Sec. 66.060(a)(1)]

- The chief of police or city marshal for an election ordered by a city authority. [Sec. 66.060(a)(2)]

- The constable of the justice precinct in which the governing body's office is located, or if the constable's office is vacant, to the sheriff of the county, for an election ordered by a political subdivision other than a county or city. [Sec. 66.060(a)(3)]

    *6) Envelope No. 5 is delivered to the County Chair.*

    *7) After the polls close in the general primary election, the presiding judge delivers the second list of registered voters to the precinct chair for use in qualifying precinct convention participants. [Sec. 172.1141] It should be noted that Section 174.022 of the Texas Election Code was amended by House Bill 3102 ( 2013) to provide that precinct conventions may not be held on primary election night, but on some other date as determined by rules of the state party. In such event, the presiding judge will be instructed of alternate delivery arrangements for the second list of registered voters.*

## SECTION E. SECURING THE POLLING PLACE

1. Gather all forms, rubber stamp(s), stamp pad(s), and markers from the voter acceptance table(s) and place them in the box for election supplies. The presiding judge must follow the directions of the authority responsible for furnishing the supplies regarding their assembly and return. [Sec. 66.062(a) and (b)]

2. Complete the Register of Official Ballots and Register of Spoiled Ballots. [Sec. 65.013]

    1) Make sure the total number of ballots received for the polling place has been recorded.

    2) Enter the number of ballots provided to voters as indicated by the number of voters on the poll list.

    3) Collect and count the number of unused ballots.

    4) Enter the number of unused ballots on the Register of Official Ballots.

      5) Count the number of spoiled and defectively-printed ballots in Ballot Box No. 4, and enter these numbers on the Register of Official Ballots.

      6) Enter the number of Provisional Ballots cast as shown on the List of Provisional Voters. [1 T.A.C. §§ 81.172—81.176]

      7) Place all unused ballots, spoiled and defective ballots, the original of the Register of Official Ballots, the Register of Spoiled Ballots, Requests to Cancel Application for Ballot by Mail, and unmarked ballots into Ballot Box No. 4. [Sec. 66.026]

3. Take down distance markers and sample ballots, gather instruction posters, voter information posters, voter complaint information poster, notice of acceptable identification, and lists of declared write-in candidates, if any, and all of notices posted, and place them in the box for unused election supplies. (Ballot Box No. 4.)

4. *Take down the party sign (Primary Election) and place it in the box for unused election supplies.*

5. Secure polling place for the night as directed by the local authority.

AW&-15a, 8/13, Prescribed by Secretary of State, Section 63.001(g)

# NOTIFICACIÓN AL VOTANTE PROVISIONAL

La junta de votacíon temprana tomara una determinación, después de la elección, sobre si su boleta se contará o no. Dentro de 30 días después de la elección se le enviará una notificación a la dirección que usted proporcionó en su declaración jurada para votar en una boleta provisional. En dicha notificación se indicará si (1) su boleta se contó o (2) si no se contó la razón por la cual no se contó.

# RECIBO DEL CENTRO ELECTORAL

## PARA VOTANTES QUE NECESITAN UN PERIODO DE ESPERA

*ELECTIONS ADMINISTRATOR: Attach map and/or directions to the county voter registrar's office to this Receipt and fill in deadline below.*

### AVISO AL VOTANTE
*Hay que visitar la oficina de su registrador de votantes antes de:*

| *For Office Use Only* | |
|---|---|
| **Completed By Polling Place Official** | |
| Voter's Last Name: | |
| Voter's First Name: | |
| VUID #: | |
| Precinct No.: | |

Para que se acepte su boleta provisional hay que visitar la oficina de su registrador de votantes local (*información sigue*) dentro de seis días de la fecha de la elección para presentar una de las formas de identificación con foto nombradas abajo **O** para firmar el juramento temporal nombrado abajo (o sea, por objeción religiosa o catástrofe natural sin identificación) ante la presencia del registrador de votantes. Se agiliza el proceso al llevarle este aviso al registrador de votantes del condado cuando vaya a presentar su identificación (*o al firmar su juramento temporal*); sin embargo, no se requiere presentar este aviso.

*Cada votante deberá demostrar UNA de las siguientes formas de identificación en el centro electoral antes de ser aceptado para votar en las Elecciones de Texas:*

- **Licencia de Conducir de Texas expedida por el Departamento de Seguridad Pública (DPS, según sus siglas en inglés)**
- **Cédula de Identificación Electoral de Texas expedida por DPS**
  - ○ *Si usted no tiene una forma válida de identificación con foto, usted puede solicitar una Cédula de Identificación Electoral gratuita en su local de oficina del Departamento de Seguridad Pública de Texas.*
- **Tarjeta de Identificación Personal de Texas expedida por DPS**
- **Licencia de Texas para Portar un Arma de Fuego Oculta expedida por DPS**
- **Cédula de Identidad Militar de los Estados Unidos con fotografía de la persona**
- **Certificado de Ciudadanía Estadounidense con fotografía de la persona**
- **Pasaporte de los Estados Unidos**

*Con la excepción del Certificado de ciudadanía estadounidense, la identificación deberá estar vigente o haberse vencido no más de 60 días antes de presentarla para calificar como votante en el centro electoral.*

**EXENCIÓN PERMANENTE** Durante el periodo de espera, votantes con una minusvalidez pueden solicitar una exención permanente del registrador de votantes de su condado. La solicitud deberá incluir documentación por escrito de la Administración de Seguro Social de los EE.UU. dando evidencia de la minusvalidez del solicitante o del Departamento de Asuntos Veteranos de EE.UU. dando evidencia de una valoración de discapacidad de al menos 50 por ciento. Además, el/la solicitante deberá declarar que no tiene forma válida de identificación con foto. Quienes obtengan una exención por minusvalidez podrán votar al presentar el certificado de votante que demuestre tal exención.

**EXENCIÓN TEMPORAL** Durante el periodo de espera, votantes pueden solicitar una exención temporal del registrador de votantes de su condado para votantes con objeción religiosa constante hacia tomarse fotos **O** votantes sin ninguna identificación con foto por razón de cierto catástrophe natural tal cual lo declare el Presidente de los Estados Unidos o el Gobernador de Texas.

*Por la presente declaro que he presentado una forma de identificación a (o he firmado un juramento para) la oficina del registrador de votantes del condado.*

**Firme Aquí** ▸ _____   **Fecha** ▸ _____
Firme aquí frente al Registrador de Votantes

| **For Office Use Only  Completed By Voter Registrar** | **Type of Exemption:** ——— |
|---|---|
| ID Presented: _____ Yes _____ | Voter Reg. Dept. Initials: ——— |
| No Type of ID: _____ | Date:— |
| Exemption Requested: _____ Yes _____ No | *VR will attach receipt to Provisional Ballot Affidavit |

## Carolyn Guidry

| | |
|---|---|
| **From:** | Theresa Goodness <thegood@co.jefferson.tx.us> |
| **Sent:** | Friday, February 14, 2014 7:41 AM |
| **To:** | Ken Seholm |
| **Cc:** | Carolyn Guidry |
| **Subject:** | notice for website |
| **Attachments:** | EIC mobile unit.pdf |

Ken:

Please post on the county's main page the attached notice regarding Election Identification Certificate Mobile Stations. I put it on our elections web page at:
http://jefferson-tx.connect4.clarityelections.com/wp-content/uploads/2013/08/EIC-mobile-unit.pdf
but some people may not look past the county's main page.

Sincerely,

Theresa Goodness, CRM, CDIA+
Chief Deputy

Jefferson County Clerk's Office
P.O. Box 1151
Beaumont, TX 77704-1151
409.835.8480
https://jeffersontxclerk.manatron.com

1

## FYI

## Election Identification Certificate Mobile Stations

The Office of the Texas Secretary of State and the Texas Department of Public Safety have joined in partnership to offer Election Identification Certificates (EICs) at mobile stations across the state. Election Identification Cards are available to qualified voters who do not otherwise have an approved form of photo ID for voting.

EIC applicants will need to bring evidence of <u>citizenship and identity</u>. To avoid confusion or delays, please review the list of required documents.

Acceptable documents:

1. Birth Certificate
2. Marriage license
3. Divorce decree
4. Court ordered name change

The following is the EIC mobile station schedule for Jefferson County, Texas:

| | |
|---|---|
| Thursday, February 20, 2014<br>9 a.m. – 4 p.m. | Alice Keith Community Center<br>4075 Highland<br>Beaumont, Texas 77705 |
| Friday, February 21, 2014<br>9 a.m. – 4 p.m. | Port Arthur Public Library<br>4615 Ninth Ave.<br>Port Arthur, Texas 77642 |

*Statutory Authority*

The Texas Election Code 63.001(b) requires a photo ID in order to vote in Texas. The Texas Transportation Code, Chapter 521A and 37 Texas Administration Code, Sections 15.181-185, authorizes DPS to issue Election Identification Certificates.

A voter will be required to show one of the following forms of photo identification at the polling location before the voter will be permitted to cast a vote:

- Texas driver license issued by the Texas Department of Public Safety (DPS)
- Texas Election Identification Certificate issued by DPS
- Texas personal identification card issued by DPS
- Texas concealed handgun license issued by DPS
- United States military identification card containing the person's photograph
- United States citizenship certificate containing the person's photograph
- United States passport

**Don't miss** the opportunity to get your Election Identification Certificate if you do not have one of the above six acceptable photo ID's to vote.

## Carolyn Guidry

| | |
|---|---|
| **From:** | Carolyn Guidry <guidry@co.jefferson.tx.us> |
| **Sent:** | Friday, February 14, 2014 9:10 AM |
| **To:** | asanjuan@kbmt12.com; 'Scott Lawrence' (scottl@kfdm.com) |
| **Subject:** | DPS mobile unit |
| **Attachments:** | Press Release.doc; FYI- mobile unit.docx |

Please provide information to the citizens of Jefferson County

Carolyn L. Guidry
County Clerk

1

**MEMO**

# Carolyn L. Guidry
# County Clerk



DATE – February 14, 2014

TO:   ALL CHURCHES, ORGANIZATIONS, AND CITIZENS

Re: __Election Identification Certificate__  **REQUIRED TO VOTE**

Provisions have been made to accommodate individuals requiring an
Election Identification Certificate to vote.  Voters that do not have one of the
six acceptable Photo ID's, should secure the Election Identification
Certificate (EIC) before going to the polls to vote.

Please provide the information on the attached flyer to your membership and
anyone in the community that may benefit from these DPS mobile units.

LET'S MAKE SURE TOGETHER THAT EVERYONE HAS THE
PROPER PHOTO ID TO VOTE.

**Thanks for your support!!!!!!!!!!!!!!**

RADIO ADVERTISING FOR MARCH 4, 2014 PRIMARY  ELECTION

## 1ST ANNOUNCEMENT

IT'S TIME TO MAKE YOUR VOTE COUNT IN THE MARCH REPUBLICAN AND DEMOCRATIC PRIMARY ELECTIONS.

VOTERS ARE NOW REQUIRED TO PRESENT AN APPROVED FORM OF PHOTO IDENTIFICATION IN ORDER TO VOTE IN TEXAS.

MAKE SURE YOU HAVE THE APPOVED PHOTO ID REQUIRED WHEN GOING TO THE POLLS

EARLY VOTING BEGINS TUESDAY FEBRUARY 18 AND ENDS FRIDAY FEBRUARY 28

WHY WAIT

VOTE EARLY

IT'S YOUR RIGHT

MAKE YOUR VOTE COUNT

## 2ND ANNOUNCEMENT

IT'S TIME TO MAKE YOUR VOTE COUNT IN THE MARCH REPUBLICAN AND DEMOCRATIC PRIMARY ELECTIONS.

VOTERS ARE NOW REQUIRED TO PRESENT AN APPROVED FORM OF PHOTO IDENTIFICATION IN ORDER TO VOTE IN TEXAS.

MAKE SURE YOU HAVE THE APPOVED PHOTO ID REQUIRED WHEN GOING TO THE POLLS

ELECTION DAY IS MARCH 4TH

REMEMBER YOU CAN VOTE AT ANY VOTING LOCATION IN JEFFERSON COUNTY

IT'S YOUR RIGHT

MAKE YOU VOTE COUNT

RADIO ADVERTISING FOR MAY 27, 2014 PRIMARY RUNOFF ELECTION

Hello, I am Carolyn LeBlanc Guidry, your Jefferson County Clerk.

Reminding you that Early Voting for the Primary Run-off Election begins

Monday, May 19th through Friday May 23rd,

from 7am til 7pm.

Check our County website for the six Early Voting locations.

Everyone is eligible to vote in this Run-Off Election.

Remember to bring the proper PHOTO ID

and

MAKE YOUR VOTE COUNT!!!!

# MAIL INSERT FOR 2014 TAX STATEMENT FOR
# JEFFERSON COUNTY RESIDENTS

Photo identification will now be required when voting in Texas elections.  One of the following forms of identification must be presented when you vote:

(1) Texas Driver's License issued by the Department of Public Safety ("DPS")
(2) Texas Election Identification Certificate issued by DPS;
(3) Texas Personal Identification Card issued by DPS;
(4) Texas Concealed Handgun License issued by DPS;
(5) United States Military Identification Card containing the person's photograph;
(6) United States Citizenship Certificate containing the person's photograph; or
(7) United States Passport.

With the exception of the U.S. citizenship certificate, the identification must be current or have expired no more than 60 days before being presented for voter qualification at the polling place.

**Exemptions**: Voters with a disability may apply with the county voter registrar for a permanent exemption to the requirement to show identification in the county. Also, voters who have a consistent religious objection to being photographed or do not have any valid form of photo identification as a result of certain natural disasters as declared by the President of the United States or the Texas Governor, you may vote a provisional ballot, appear at the voter registrar's office within **six (6) calendar days** after election day, and sign an affidavit swearing to the religious objection or natural disaster, in order for your ballot to be counted.   Tex. Elec. Code Ann. § 63.0101 (Vernon 2005)

## Required Identification for Voting in Person

Photo identification will now be required when voting in Texas elections.  One of the following forms of identification must be presented when you vote:

(1) Texas Driver's License issued by the Department of Public Safety ("DPS")
(2) Texas Election Identification Certificate issued by DPS;
(3) Texas Personal Identification Card issued by DPS;
(4) Texas Concealed Handgun License issued by DPS;
(5) United States Military Identification Card containing the person's photograph;
(6) United States Citizenship Certificate containing the person's photograph; or
(7) United States Passport.

With the exception of the U.S. citizenship certificate, the identification must be current or have expired no more than 60 days before being presented for voter qualification at the polling place.

**Exemptions**: Voters with a disability may apply with the county voter registrar for a permanent exemption to the requirement to show identification in the county. Also, voters who have a consistent religious objection to being photographed or do not have any valid form of photo identification as a result of certain natural disasters as declared by the President of the United States or the Texas Governor, you may vote a provisional ballot, appear at the voter registrar's office within **six (6) calendar days** after election day, and sign an affidavit swearing to the religious objection or natural disaster, in order for your ballot to be counted.   Tex. Elec. Code Ann. § 63.0101 (Vernon 2005)

## Required Identification for Voting in Person

Photo identification will now be required when voting in Texas elections.  One of the following forms of identification must be presented when you vote:

(1) Texas Driver's License issued by the Department of Public Safety ("DPS")
(2) Texas Election Identification Certificate issued by DPS;
(3) Texas Personal Identification Card issued by DPS;
(4) Texas Concealed Handgun License issued by DPS;
(5) United States Military Identification Card containing the person's photograph;
(6) United States Citizenship Certificate containing the person's photograph; or
(7) United States Passport.

With the exception of the U.S. citizenship certificate, the identification must be current or have expired no more than 60 days before being presented for voter qualification at the polling place.

**Exemptions**: Voters with a disability may apply with the county voter registrar for a permanent exemption to the requirement to show identification in the county. Also, voters who have a consistent religious objection to being photographed or do not have any valid form of photo identification as a result of certain natural disasters as declared by the President of the United States or the Texas Governor, you may vote a provisional ballot, appear at the voter registrar's office within **six (6) calendar days** after election day, and sign an affidavit swearing to the religious objection or natural disaster, in order for your ballot to be counted.   Tex. Elec. Code Ann. § 63.0101 (Vernon 2005)

PROVISIONAL BALLOTS MARCH 4, 2014 – PRIMARY ELECTION

## TO BE COMPLETED BY ELECTION JUDGE:

VOTER PRESENTED ACCEPTABLE FORM OF IDENTIFICATION
☐ Yes   ☒ No

REASON FOR VOTING PROVISIONAL

1. ✓ Failed to present acceptable form of identification or voter certificate with exemption.
2. ___ Voter not on list of registered voters.
3. ___ Voter not on list, registered in another precinct.
4. ___ Voter on list of people who voted early by mail, and voter has not cancelled mail ballot application.
5. ___ Voting after 7:00 p.m. due to court order.
6. ___ Voter on list but registered residence address outside the _____ political subdivision.
7. ___ Other _____ (Please explain)

Sworn and subscribed to before me this date: __2020-2014__

_McMillen Barr_
Signature of Election Judge   CJER

Action taken by the Early Voting Ballot Board:   ☐ ACCEPTED

## TO BE COMPLETED BY THE COUNTY VOTER REGISTRAR FOR STATUS:

I, the voter registrar/deputy registrar, did research the records of my office and the following constitution(s) was made:

FOR VOTERS WHO DID NOT PRESENT ACCEPTABLE PHOTO IDENTIFICATION AT THE POLLING PLACE

1. ___ Voter presented acceptable form of identification within 6 days of election day.
2. ___ Voter met disability exemption within 6 days of election day.
3. ___ Voter executed religious objection affidavit within 6 days of election day.
4. ✓ Voter executed natural disaster affidavit within 6 days of election day.
5. ___ Voter did not satisfy identification or affidavit requirements listed in categories 1-4 above, with 6 days of election day.

FOR VOTERS WHO VOTED PROVISIONALLY FOR OTHER REASONS

6. ___ Not a registered voter or registration not effective in time for this election.
7. ___ Registered to vote, erroneously listed in wrong precinct.
8. ___ Registered to vote in a different precinct within this county.
9. ___ Information on file indicating applicant completed a voter registration application, but it was never resolved in the voter registrar's office.
10. ___ Voter erroneously removed from the list.
11. ___ Voter is not registered to vote in _____ political subdivision.
12. ___ Other _____ (Please explain)

_Nancy _____   3-10-14_
Signature of Voter Registrar                Date

☐ REJECTED   Signature of Ballot Board Judge

---

## Affidavit of Provisional Voter (Declaración Jurada de Votante Provisional) (Ballot number (if using) DRE)

TO BE COMPLETED BY VOTER: I am a registered voter of this political subdivision and in the precinct in which I'm attempting to vote and have not already voted in this election (either in person or by mail)...

| Date of Election / Fecha de la Elección | Authority Conducting Election / Autoridad que Administra la Elección | Ballot number (if using) DRE |
|---|---|---|

| Type of Ballot / Tipo de Boleta | Precinct where voted | Precinct No. Voter registered (if known) | Date of Election (Fecha de la Elección) | Authority Conducting Election / Autoridad | Authority Conducting Election | Precinct No. Voter | Female (Mujer) | Date of Birth: Month, Day, Year |
|---|---|---|---|---|---|---|---|---|

**Last Name (Apellido)**   Brown

**First Name (Su nombre de pila)**   Dennis

**Middle Name (if any) / Segundo nombre (si lo hay)**

**Former Name (if any) / Nombre anterior**

**Residence Address:** Street Address and Apartment Number, City, State, and ZIP, if none, describe where you live (Do not include PO Box, Rural Rt. or Business Address)   3318 15th Street

**Mailing Address:** City, State, and ZIP, if mail cannot be delivered to your residence address / Dirección postal: Ciudad, Estado y Código Postal

**TX Driver's License No. or Personal I.D. No.** (Issued by Dept. of Public Safety)

**Social Security No. (last 4 digits required if you do not have a driver's license)**   XXX-XX-XXXX

☐ I have not been issued a TX driver's license/personal Identification number or Social Security Number.

**Check appropriate box: ARE YOU A UNITED STATES CITIZEN?**   ☐ Yes   ☐ No

**Signature of Voter / Firma del votante**   X _Dennis Brown_