## TO BE COMPLETED BY ELECTION JUDGE:

If the voter registrar/deputy registrar, did research the records of my office and the following conclusion(s) was made:

VOTER PRESENTED ACCEPTABLE FORM OF IDENTIFICATION
☐ Yes  ☐ No

REASON FOR VOTING PROVISIONAL

1. ___ Failed to present acceptable form of identification or voter certificate with exemption.
2. ___ Voter not on list of registered voters.
3. ___ Voter not on list, registered in another precinct.
4. ___ Voter on list of people who voted early by mail, and voter has not cancelled mail ballot application.
5. ___ Voting after 7:00 p.m. due to court order.
6. ___ Voter on list, but registered residence address outside the _____ political subdivision.
7. ___ Other: _____ (Please explain)

Sworn and subscribed to before me this date: 3/4/14

Signature of Election Judge

19 Remi

Action taken by the Early Voting Ballot Board: ☐ ACCEPTED ☐ REJECTED

---

## TO BE COMPLETED BY THE COUNTY VOTING REGISTRAR (WITHIN 10 DAYS OF ELECTION)

FOR VOTERS WHO DID NOT PRESENT ACCEPTABLE PHOTO IDENTIFICATION AT THE POLLING PLACE

1. ___ Voter presented acceptable form of identification within 6 days of election day.
2. ___ Voter met disability exemption within 6 days of election day.
3. ___ Voter executed religious objection affidavit within 6 days of election day.
4. ___ Voter executed natural disaster affidavit within 6 days of election day.
5. ___ Voter did not satisfy identification or affidavit requirements, listed in categories 1-4 above, within 6 days of election day.

FOR VOTERS WHO REGISTERED PROVISIONALLY FOR OTHER REASONS

6. ___ Not a registered voter or registration not effective in time for this election.
7. ___ Registered to vote, erroneously listed in wrong precinct.
8. ___ Registered to vote in a different precinct within the county.
9. ___ Information on file indicating applicant completed a voter registration application, but it was never received in the voter registrar's office.
10. ___ Voter erroneously removed from the list.
11. ___ Voter is not registered to vote in _____ political subdivision. (Please explain)
    ___ Other: _____ (Please explain)

Signature of Voter Registrar _____ Date 3-10-14

---

## Affidavit of Provisional Voter / Declaración Jurada de Votante Provisional / (Ballot number if using DRE

TO BE COMPLETED BY VOTER: I am a registered voter of this political subdivision and in the precinct in which I'm attempting to vote and have not already voted in this election (either in person or by mail). I am resident of this political subdivision, have not been finally convicted of a felony or if a felon, I have completed all of my punishment including any form of incarceration, parole, supervision, period of probation, or have been pardoned. I have not been determined by a final judgment of a court exercising probate jurisdiction to be totally mentally incapacitated or partially mentally incapacitated without the right to vote. I understand that giving false information under oath is a misdemeanor, and I understand that if a felon of the 2nd degree to vote in an election for which I know I am not eligible.

PARA QUE EL VOTANTE LO LLENE: Estoy inscrito como votante en esta subdivisión política y en el precinto en el cual intento votar y aún no he votado en esta elección (en persona o por correo). Soy residente de esta subdivisión política, no he sido definitivamente declarado culpable de un delito grave o si soy culpable de un delito grave, he completado toda mi condena incluida la privación de la libertad, la libertad vigilada, el periodo de encarcelamiento, la libertad condicional o he sido indultado. No un juez con competencia en validaciones de testamentos ha determinado que estoy total o parcialmente incapacitado de mis facultades mentales sin el derecho a votar. Entiendo que dar información falsa bajo juramento es un delito menor y también entiendo que es un delito grave de 2º grado votar en una elección sabiendo que no cumplo con los requisitos necesarios.

| Field | |
|---|---|
| Last Name / Apellido | Rainey |
| First Name / Nombre de pila | Dwayne |
| Middle Name (if any) / Segundo nombre (si tiene) | Wayne |
| Former Name / Nombre anterior | |
| Gender (Optional) / Sexo (Opcional) | ☑ Male (Hombre) ☐ Female (Mujer) |

Residence Address: Street Address and Apartment Number, City, State, and ZIP. If none, describe where you live (Do not include PO Box, Rural Rt. Or Business Address)
Domicilio: calle y número de apartamento, Ciudad, Estado, y Código Postal. A falta de éstos datos, describa la localidad de su residencia. (No incluya el apartado de correos, camino rural, ni dirección comercial.)

4272 Abbot Rd, Dallas, TX 77720

Mailing Address: City, State, and ZIP. If mail cannot be delivered to your residence address. / Dirección postal: Ciudad, Estado y Código Postal (si es imposible entregar)

TX Driver's License No. or Personal I.D. No. (issued by Dept of Public Safety)
Número de su licencia de conducir de Texas o de su Cédula de Identidad expedida por el Departamento de Seguridad Pública de Texas) ☐☐☐☐☐☐☐☐

Social Security No. (last 4 digits required if you do not have a driver's license or I.D. number) / Número de Seguro Social (Si no tiene licencia, de conducir una licencia del conducir ni identificación personal, se requiere) XXX-XX- [9][2][5]

☑ I have not been issued a TX driver's license/ personal identification number or Social Security Number. / Yo no tengo una licencia de conducir de Texas/Cédula de Identidad personal de Texas ni el número de Seguro Social

Date of Election / Fecha de la Elección 3/4/14

Precinct No. where registered (if known) / Núm. de Precinto donde se inscribió (si se sabe)

Precinct No. where voted / Núm. de Precinto donde se votó 19

Date of Birth: Month, Day, Year / Fecha de nacimiento: mes, día, año. [0][8]/[0][8]/[____]

Check appropriate box: ARE YOU A UNITED STATES CITIZEN? / Marque el cuadro apropiado: Soy ciudadano/a de los Estados Unidos
☑ Yes / Sí  ☐ No

Signature of Voter / Firma del votante
X Dwayne Wayne Rainey

## TO BE COMPLETED BY ELECTION JUDGE:

**VOTER PRESENTED ACCEPTABLE FORM OF IDENTIFICATION**

☐ Yes   ☐ No

**REASON FOR VOTING PROVISIONAL**

1. Failed to present acceptable form of identification or voter certificate with exemption.
2. Voter not on list of registered voters.
3. Voter not on list, registered in another precinct.
4. Voter not on list; registered in this precinct.
5. ✗ Voter on list of people who voted early by mail, and voter has not cancelled mail ballot application.
6. Voting after 7:00 p.m. due to court order.
7. ✗ Voter on list, but registered residence address outside this _____ political subdivision.   (Please explain)
   Other: EXPIRED ID

Sworn and subscribed to before me this date: MARCH 4, 2014

Signature of election Judge: _W. Woodward_

Action taken by the Early Voting Ballot Board:   ☐ ACCEPTED   ☐ REJECTED

## TO BE COMPLETED BY THE COUNTY VOTER REGISTRAR FOR STATUS:

I, the voter registrar/deputy registrar, did research the records of my office and the following conclusion(s) was made:

**FOR VOTERS WHO DID NOT PRESENT ACCEPTABLE PHOTO IDENTIFICATION AT THE POLLING PLACE**

1. Voter presented acceptable form of identification within 6 days of election day.
2. Voter met disability exemption within 6 days of election day.
3. Voter executed religious objection affidavit within 6 days of election day.
4. Voter presented natural disaster exemption affidavit within 6 days of election day.
5. Voter did not satisfy identification or affidavit requirements, listed in categories 1-4 above, within 6 days of election day.

**FOR VOTERS WHO VOTED PROVISIONALLY FOR OTHER REASONS**

6. Not a registered voter or registration not effective in time for this election.
7. Registered to vote, erroneously listed in wrong precinct.
8. Registered to vote in a different precinct within the county.
9. Information on file indicating applicant completed a voter registration application, but it was never received in the voter registrar's office.
10. Voter erroneously removed from the list.
11. Voter is not registered to vote in _____ political subdivision.
12. Other: _____ (Please explain)

Signature of Voter Registrar _Cheryl McGowan_   Date 3/10/14

Signature of Ballot Board Judge: _____

---

AW-FI-35, 9/11 (TBH)
Provided by Secretary of State
Sec. 65.01 (Election Code

REPUBLICAN

## Affidavit of Provisional Voter (Declaración Jurada de Votante Provisional) (Ballot number if using DRE: 21,0017)

**TO BE COMPLETED BY VOTER:** I am a registered voter of this political subdivision and in the precinct in which I'm attempting to vote and have not already voted in this election (either in person or by mail). I am a resident of this political subdivision; have not been finally convicted of a felony or if a felon, I have completed all of my punishment including any term of incarceration, parole, supervision, period of probation, or have been pardoned. I have not been determined by a final judgment of a court exercising probate jurisdiction to be totally mentally incapacitated or partially mentally incapacitated without the right to vote. I understand that giving false information under oath is a misdemeanor, and I understand that it is a felony of the 2nd degree to vote in an election for which I know I am not eligible.

Type of Election / Tipo de Elección: **PRIMARY**

Date of Election / Fecha de la Elección: 73   MARCH 4 2014

Authority Conducting Election / Autoridad Administrando la Elección: JEFFERSON CT

Last Name / Apellido: **Deville**

First Name / Primer Nombre: **Kelvin**

Middle Name (if any) / Segundo nombre (si tiene): **Michelle**

Former Name / Nombre anterior: **Gibson**

Residence Address: Street Address and Apartment Number, City, State, and ZIP: **1135 Brandywine Beaumont TX 77706**

Gender (Optional) / Sexo (Cphalo): ☐ Male / ☑ Female

Mailing Address: City, State and ZIP: (If mail cannot be delivered to your residence address) **same**

Date of Birth: Month, Day, Year: 12/24/1982

TX Driver's License No. or Personal I.D. No.: 01104631

Social Security No. [last 4 digits required if you do not have a driver's license or ID number] / Número de Seguro Social: XXX-XX-3813

☑ I have not been issued a TX driver's license/personal identification number or Social Security Number.

Check appropriate box: ARE YOU A UNITED STATES CITIZEN?   ☑ Yes / Sí   ☐ No

Signature of Voter / Firma del votante: X _Kelvin Deville_

## TO BE COMPLETED BY ELECTION JUDGE:

VOTER PRESENTED ACCEPTABLE FORM OF IDENTIFICATION

☐ Yes    ☑ No

REASON FOR VOTING PROVISIONAL:

1. ☐ Failed to present acceptable form of identification or voter certificate with exemption.
2. ☐ Voter not on list of registered voters.
3. ☐ Voter not on list, registered in another precinct.
4. ☐ Voter on list of people who voted early by mail, and voter has not cancelled mail ballot application.
5. ☐ Voting after 7:00 p.m. due to court order.
6. ☐ Voter on list, but registered residence address outside the _____ political subdivision.
7. ☐ Other: _____ (Please explain)

Sworn and subscribed to before me this date: _____

Signature of Election Judge _____

Action taken by the Early Voting Ballot Board: ☐ ACCEPTED ☐ REJECTED

## TO BE COMPLETED BY THE COUNTY VOTER REGISTRAR FOR STATUS:

I, the voter registrar/deputy registrar, did research the records of my office and the following conclusion(s) was made:

FOR VOTERS WHO DID NOT PRESENT ACCEPTABLE PHOTO IDENTIFICATION AT THE POLLING PLACE

1. ☐ Voter presented acceptable form of identification within 6 days of election day.
2. ☐ Voter met disability exemption within 6 days of election day.
3. ☐ Voter executed religious objection affidavit within 6 days of election day.
4. ☐ Voter executed natural disaster affidavit within 6 days of election day.
5. ☑ Voter did not satisfy identification or affidavit requirements, listed in categories 1-4 above, within 6 days of election day.

FOR VOTERS WHO VOTED PROVISIONALLY FOR OTHER REASONS

6. ☐ Not a registered voter or registration not effective in time for this election.
7. ☐ Registered to vote, erroneously listed in wrong precinct.
8. ☐ Registered to vote in a different precinct within this county.
9. ☐ Information on file indicating applicant completed a voter registration application, but it was never received in the voter registrar's office.
10. ☐ Voter erroneously removed from the list.
11. ☐ Voter is not registered to vote in _____ (political subdivision).
12. ☐ Other: _____ (Please explain)

Signature of Voter Registrar _____    Date 3/10/14

Signature of Ballot Board Judge _____

---

AW7-15 - W3 (1/2012)
Prescribed by Secretary of State
Sec. 63.011, Election Code

# Affidavit of Provisional Voter (Declaración Jurada de Votante Provisional)

Type of Election / Tipo de Elección _____ Rep Primary
Precinct No. where voted / Núm. de Precinto lugar de votación _____ 22
Precinct No. where registered (if known) / Núm. de Precinto donde inscribe para votar (si se sabe) _____ 22
Date of Election / Fecha de la Elección _____ 3/4/14
Authority Conducting Election / Autoridad Administrando la Elección _____ Jefferson County bc DRE
(Ballot number if using DRE)

TO BE COMPLETED BY VOTER: I am a registered voter of this political subdivision and in this precinct in which I'm attempting to vote and have not already voted in this election (either in person or by mail), I am a resident of this political subdivision, I have not been finally convicted of a felony or if a felon, I have completed all of my punishment including any form of incarceration, parole, supervision, period of probation, or I have been pardoned. I have not been determined by a final judgment of a court exercising probate jurisdiction to be totally mentally incapacitated or partially mentally incapacitated without the right to vote. I understand that giving false information under oath is a misdemeanor, and I understand that it is a felony of the 2nd degree to vote in an election for which I know I am not eligible.

(PARA QUE LO VOTANTE LO LLENE: Estoy inscrito como votante en esta subdivisión política y en el precinto en cual estoy intentando a votar y aún no he votado en esta elección (ni personalmente ni por correo). Soy residente de esta subdivisión política, no he sido definitivamente declarado culpable de un delito grave o si soy culpable de un delito grave, ya cumplí toda mi condena incluida cualquier forma de encarcelamiento, la libertad condicional, la libertad vigilada, o he sido indultado. No me han determinado por un juicio final de una corte de la legalización testamentaria mentalmente y parcialmente incapacitado sin el derecho de votar. Entiendo que dar información falsa bajo juramento es un delito menor y entiendo que es un delito grave de 2° grado votar en una elección sabiendo que no cumplo con los requisitos necesarios.)

<table>
<tr><td>Last Name / Apellido usual <br> Petty</td><td>First Name / Su nombre de pila <br> Wanda</td><td>Middle Name (if any) / Segundo nombre (si tiene) <br> Joann</td><td>Former Name (if any) / Nombre anterior <br> Owens</td></tr>
</table>

Residence Address: Street Address and Apartment Number, City, State, and ZIP. If none, describe where you live (Do not include PO Box, Rural Rt. Or Business Address) _____ 7390 Click Dr Beaumont TX 77705
(Domicilio: calle y número de apartamento, Ciudad, Estado, y Código Postal. A falta de estos datos, describa la localidad de su residencia. (No incluya el apartado de correos.)

Gender: (Optional) / Sexo: (Opcional)
☐ Male (Hombre)   ☑ Female (Mujer)

Mailing Address: City, State, and ZIP. If mail cannot be delivered to your residence address. / Dirección postal: Ciudad, Estado y Código Postal (si es imposible entregarle la correspondencia a su domicilio). _____ 7390 Click Dr Beaumont TX 77705

Date of Birth: Month, Day, Year
Fecha de nacimiento: mes, día, año
03/16/1959

TX Driver's License No. or Personal I.D. No. (Issued by Dept of Public Safety)
Número de su licencia de conducir de Texas o de su Cédula de Identidad expedida por el Departamento de Seguridad Pública de Texas)
07721504
☐ I have not been issued a TX Driver's license or Social Security Number.
(No tengo una licencia de conducir de Texas/Cédula de Identidad personal de Texas ni un Número de Seguro Social.)

Social Security No. (last 4 digits required if you do not have a driver's license or ID number) / Número de Seguro Social (Si no tiene los últimos 4 números de su seguro social) _____ XXX-XX-2613

Check appropriate box: ARE YOU A UNITED STATES CITIZEN? ☑ Yes ☐ No
Marque el cuadro apropiado: Soy ciudadano/a de los Estados Unidos   Sí ☑ No ☐

Signature of Voter / Firma del Votante _____ X Wanda L. Petty

Date _____ exported 2011

AVERY

PROVISIONAL BALLOTS MAY 27, 2014 – PRIMARY RUNOFF ELECTION

## Affidavit of Provisional Voter / Declaración Jurada de Votante Provisional / (Ballot number if using DRE)

Ballot number: 71  5-21-14

TO BE COMPLETED BY VOTER: I am a registered voter of this political subdivision and in the precinct in which I'm attempting to vote and have not already voted in this election (either in person or by mail). I am a resident of this political subdivision, have not been finally convicted of a felony or if a felon, I have completed all of my punishment including any term of incarceration, parole, supervision, period of probation, or I have been pardoned. I have not been determined by a final judgment of a court exercising probate jurisdiction to be totally mentally incapacitated or partially mentally incapacitated without the right to vote. I understand that giving false information under oath is a misdemeanor, and I understand that it is a felony of the 2nd degree to vote in an election for which I know I am not eligible.

PARA QUE EL VOTANTE LO LLENE/ Estoy inscrito(a) como votante en esta subdivisión política y en el precinto en cual estoy intentando a votar y aún no he votado en esta elección (en persona o por correo). Soy residente de esta subdivisión política, no he sido definitivamente declarado culpable de un delito grave o si soy el autor de un delito grave y cumplí todo mi castigo incluso cualquier término de encarcelamiento, la libertad supervisada, la libertad vigilada, bajo juramento es un delito menor y también entiendo que es un delito grave del 2º grado votar en una elección sabiendo que no cumplo con los requisitos necesarios.

| Last Name / Apellido | First Name / Su nombre de pila | Middle Name (if any) / Segundo nombre (si tiene) | Former Name / Nombre anterior |
|---|---|---|---|
| | | STUBBS | |

| Residence Address: Street Address and Apartment Number, City, State, and ZIP. If none, describe where you live (Do not include PO Box, Rural Rd, Or Business Address) / Domicilio: calle y número de apartamento, Ciudad, Estado, y Código Postal. A falta de estos datos, describa la localidad de su residencia. (No incluya el apartado de correos, | Gender: (Optional) / Sexo (Opcional) |
|---|---|
| 901 Hwy 73 | ☒ Male (hombre)  ☐ Female (Mujer) |

| Mailing Address: City, State, and ZIP. If mail cannot be delivered to your residence address. / Dirección postal: Ciudad, Estado y Código Postal (si es imposible entregarle correspondencia a su domicilio). | Date of Birth: Month, Day, Year / Fecha de nacimiento: mes, día, año |
|---|---|
| PO Box 1425 | 07 04 1952 |

| TX Driver's License No. or Personal I.D. No. (Issued by Dept of Public Safety) / Número de licencia de manejar de Texas o de su Cédula de Identidad expedida por el Departamento de Seguridad Pública de Texas) | Social Security No. (last 4 digits required if you do not have a driver's license or I.D. number) / Número de Seguro Social (Si no tiene licencia, de conducir ni identificación personal, se requiere los últimos 4 números de su seguro social) | ☐ I have not been issued a TX driver's license or personal identification number or Social Security Number / Yo no tengo una licencia de conducir de Texas ni Cédula de Identidad personal de Texas ni un Número de Seguro Social |
|---|---|---|
| (boxes) | XXX-XX-6315 | |

Check appropriate box: ARE YOU A UNITED STATES CITIZEN? / Marque el cuadro apropiado: Soy ciudadano de los Estados Unidos    ☒ Yes / Sí    ☐ No

Signature of Provisional Voter / Firma del votante:
X _Kirk S. ____

---

### TO BE COMPLETED BY ELECTION JUDGE:

VOTER PRESENTED ACCEPTABLE FORM OF IDENTIFICATION    ☐ Yes    ☒ No

REASON FOR VOTING PROVISIONAL

1. ☐ Failed to present acceptable form of identification or voter certificate with exemption.
2. ☐ Voter not on list of registered voters.
3. ☐ Voter not on list, registered in another precinct.
4. ☐ Voter not on list, registered and only by mail, and voter has not cancelled mail ballot application.
5. ☐ Voting after 7:00 p.m. due to court order.
6. ☐ Voter on list, but registered residence address outside the _____ political subdivision.
7. ☒ Other: _S-27-14_ (Please explain)

Sworn and subscribed to before me this date: _____
Signature of Election Judge: _Megan Reeves_

---

### TO BE COMPLETED BY THE COUNTY VOTER REGISTRAR FOR STATUS:

I, the voter registrar/deputy registrar, did research the records of my office and found the following conclusion(s) was made.

FOR VOTERS WHO DID NOT PRESENT ACCEPTABLE PHOTO IDENTIFICATION AT THE POLLING PLACE

1. ☐ Voter presented acceptable form of identification within 6 days of election day.
2. ☐ Voter executed indigency affidavit within 6 days of election day.
3. ☐ Voter executed religious objection affidavit within 6 days of election day.
4. ☐ Voter executed natural disaster affidavit within 6 days of election day.
5. ☐ Voter did not satisfy identification or affidavit requirements, listed in categories 1-4 above, within 6 days of election day.

FOR VOTERS WHO VOTED PROVISIONALLY FOR OTHER REASONS

6. ☐ Not a registered voter or registration not effective in line for this election.
7. ☐ Registered to vote, erroneously listed in wrong precinct.
8. ☐ Registered to vote in a different precinct within the county.
9. ☐ Information on file indicating applicant completed a voter registration application, but it was never received in the voter registrar's office.
10. ☐ Voter erroneously removed from the list.
11. ☒ Voter not registered to vote in _registered archive in 1451 57_
12. ☐ Other: _board 1 Hillcountry_ (Please explain political subdivision.)

Signature of Voter Registrar: _Anna Williamson_    Date: _5/28/14_

Action taken by the Early Voting Ballot Board:    ☐ ACCEPTED    ☐ REJECTED    Signature of Ballot Board Judge: ____