# VOTER PRESENTED ACCEPTABLE FORM OF IDENTIFICATION

☐ Yes  ☑ No

## REASON FOR VOTING PROVISIONAL:

1. ☑ Failed to present acceptable form of identification, or voter certificate with exemption.
2. ☐ Voter not on list of registered voters.
3. ☐ Voter not on list registered in another precinct.
4. ☐ Voter on list of people who voted early by mail, and voter has not cancelled mail ballot application.
5. ☐ Voting after 7:00 p.m. due to court order.
6. ☐ Voter on list, but registered residence address outside the _____ political subdivision.
7. ☐ Other: _____ (Please explain)

Sworn and subscribed to before me this date: 5-22-2014

Signature of Election Judge: [signature]

## Action taken by the Early Voting Ballot Board:

☑ ACCEPTED ☐ REJECTED

Signature of Ballot Board Judge: [signature]

---

I, the voter registrar/deputy registrar, did research, the records of my office and the following conclusion was made:

## FOR VOTERS WHO DID NOT PRESENT ACCEPTABLE PHOTO IDENTIFICATION AT THE POLLING PLACE

1. ☐ Voter presented acceptable form of identification within 6 days of election day.
2. ☐ Voter met disability exemption within 6 days of election day.
3. ☐ Voter executed religious objection affidavit within 6 days of election day.
4. ☐ Voter executed natural disaster affidavit within 6 days of election day.
5. ☑ Voter did not satisfy identification or affidavit requirements, listed in categories 1-4 above within 6 days of election day.

## FOR VOTERS WHO VOTED PROVISIONALLY FOR OTHER REASONS

6. ☐ Not a registered voter or registration not effective in time for this election.
7. ☐ Registered to vote, erroneously listed in wrong precinct.
8. ☐ Registered to vote in a different precinct within the county.
9. ☐ Information on file indicating applicant completed a voter registration application, but never received in the voter registrar's office.
10. ☐ Voter erroneously removed from the list.
11. ☐ Voter is not registered to vote in _____
12. ☐ Other: _____ (Please explain) political sub

Date: MAY 28 2014

Signature of Voter Registrar: [signature]

---

## Affidavit of Provisional Voter / Declaración Jurada de Votante Provisional (Ballot number if using DRE)

TO BE COMPLETED BY VOTER: I am a registered voter of this political subdivision and in the precinct in which I'm attempting to vote and have not already voted in this election (either in person or by mail). I am a resident of this political subdivision, have not been finally convicted of a felony or if a felon, I have completed all of my punishment including any form of incarceration, parole, supervision, period of probation, have been pardoned. I have not been determined by a final judgment of a court exercising probate jurisdiction to be totally mentally incapacitated or partially mentally incapacitated without the right to vote. I understand that giving false information under oath is a misdemeanor, and I understand that it is a felony of the 2nd degree to vote in an election for which I know I am not eligible.

| Last Name / Apellido | First Name / Nombre de pila | Middle Name (If any) / Segundo nombre (si tiene) | Former Name (if any) / Nombre anterior | Gender (Optional) / Sexo (Opcional) ☑ Male ☐ Female | Date of Birth: Month, Day, Year |
|---|---|---|---|---|---|
| Simien | Erving | Paul | | | 10/09/1968 |

Residence Address: Street Address and Apartment Number, City, State, and ZIP. If none, describe where you live (Do not include PO Box, Rural Rt. Or Business Address)
Simien, Erving Beaumont Texas 77770

Mailing Address: City, State, and ZIP (If mail cannot be delivered to your residence address)
2655 Avr F Beaumont Texas 77770

Social Security No. (last 4 digits required if you do not have a driver's license or ID number) / Número de Seguro Social: XXX-XX- 1515

☐ I have not been issued a TX driver's license/ personal Identification number or Social Security Number.

TX Driver's License No. or Personal I.D. No. (Issued by Dept. of Public Safety):

Check appropriate box: ARE YOU A UNITED STATES CITIZEN? ☐ Yes ☑ No

Signature of Voter: [signature X Paul Simien]

Precinct No. where voted: Constable
Precinct No. where registered (if known): 15
Date of Election: 5/27/14
Type of Election: Early Runoff
Authority Conducting Election: Jefferson Co

## Affidavit of Provisional Voter (Declaración Jurada de Votante Provisional) (Ballot number if using DRE)

TO BE COMPLETED BY VOTER: I am a registered voter of this political subdivision and in the precinct in which I'm attempting to vote and have not already voted in this election (either in person or by mail). I am a resident of this political subdivision, have not been finally convicted of a felony or if a felon, I have completed all of my punishment including any term of incarceration, parole, supervision, period of probation, or I have been pardoned; I have not been determined by a final judgment of a court exercising probate jurisdiction to be totally mentally incapacitated or partially mentally incapacitated without the right to vote. I understand that giving false information under oath is a misdemeanor, and I understand that it is a felony of the 2nd degree to vote in an election for which I know I am not eligible.

**Last Name:** Allen
**First Name:** Hilda
**Middle Name:** Darnell
**Residence Address:** 9695 Gross
**Mailing Address:** Same
**TX Driver's License No, or Personal I.D. No:** [redacted]
**Social Security No. (last 4 digits):** XXX-XX-[redacted]
**Yes** [X] **NO** [ ]
**ARE YOU A UNITED STATES CITIZEN?**
**Signature of Voter:** X [signature]
**Gender:** Female [X]
**Date of Birth:** [redacted]

### TO BE COMPLETED BY ELECTION JUDGE:

VOTER PRESENTED ACCEPTABLE FORM OF IDENTIFICATION
[ ] Yes [X] No

REASON FOR VOTING PROVISIONAL:
1. Failed to present acceptable form of identification or voter certificate with exemption.
2. Voter met disability exemption within 6 days of election day.
3. Voter executed religious objection affidavit within 6 days of election day.
4. Voter executed natural disaster affidavit within 6 days of election day.
5. Voter did not satisfy identification or affidavit requirements listed in categories 1-4 above, within 6 days of election day.

FOR VOTERS WHO VOTED PROVISIONALLY FOR OTHER REASONS
6. Not a registered voter or registration not effective in time for this election.
7. Registered to vote, erroneously listed in wrong precinct.
8. Registered to vote in a different precinct within the county.
9. Information on file indicating applicant completed a voter registration application, but it was never received in the voter registrar's office.
10. Voter erroneously removed from the list.
11. Voter is not registered to vote in _____ political subdivision.
12. Other: VOID - DOES NOT HAVE ACCEPTED ID. WILL BRING TO COURT CLERK WITHIN 6 day
BUT DOES NOT HAVE ACCEPTED ID

Sworn and subscribed to before me this date:
**Signature of Election Judge:** [signature]

### TO BE COMPLETED BY THE COUNTY VOTER REGISTRAR FOR STATUS:

I, the voter registrar/deputy registrar, did research the records of my office and the following conclusion(s) was made:

FOR VOTERS WHO DID NOT PRESENT ACCEPTABLE PHOTO IDENTIFICATION AT THE POLLING PLACE

Other: Voter is registered Active V-15776
**Signature of Voter Registrar:** [signature]
**Date:** MAY 2 8 2014

**Action taken by the Early Voting Ballot Board:** [X] REJECTED [ ] ACCEPTED
**Signature of Ballot Board Judge:** [signature]

# APPLICATION FOR MAIL-IN-BALLOT

Margaret Wilson
448 LONG MEADOW STREET
BEAUMONT, JEFFERSON
77707

February 19, 2014

Carolyn L. Guidry
Jefferson County County Clerk
P.O. Box 1151
Beaumont, Texas 77704

FEB 26 2014
RECEIVED
CAROLYN L. GUIDRY, County Clerk
Jefferson County, Texas

Dear Carolyn L. Guidry:

I am a resident of Jefferson County and am eligible to vote. I am at least 65 years of age and would like to be placed on the list for an ANNUAL APPLICATION to receive all ballots for 2014:

- ✓ The March 4th 2014 Democratic Primary election
- ✓ Any resulting runoff for the Democratic Primary
- ✓ The November 4th 2014 General Election
- ✓ Any other elections that the Annual Application allows

I am registered to vote at 448 Longmeadow St, Beaumont, TX 77707, but I receive my mail at the mailing address on my voter registration form which is listed above.

Thank you.

Margaret Wilson
Voter Registration #: 1121865250  Pct: 79  DOB: August 13, xxxx

I CERTIFY THAT THE INFORMATION GIVEN IN THIS APPLICATION IS TRUE, AND I UNDERSTAND THAT GIVING FALSE INFORMATION IN THIS APPLICATION IS A CRIME.

X _Margart Wilson_
Signature or mark of applicant

**FOR ASSISTANT:**
If you are acting as an Assistant, check here: ☐
Assistant Name:
Assistant Address:
Signature:
Date:

**FOR WITNESS:**
If you are acting as a Witness, check here: ☒
If applicant is unable to make mark, the witness shall check here: ☐
Witness Name: Jennifer Frazier
Witness Address:
Relationship to Applicant (Check One:) ☐ Spouse ☐ Child ☒ Other:
☒ reside at same address as applicant
Signature: Jennifer Frazier

S. Fraestick en
aumont TX 7707

NORTH HOUSTON TX 773
29 FEB 2014 PM 1 L

Condy L Guidry
Jefferson County Clerk
P.O. Box 1151
Beaumont TX 77704

77704115151

02-1982

ABSTRACT OF DEATH CERTIFICATE

FOR OFFICE USE ONLY
VR# 190407
Keyed by: _____
Date: _____

COPY

NAME  Wilson  Margaret  Ann  Henderson
      LAST    FIRST     MIDDLE  MAIDEN

BIRTHDATE 08-13-1939   AGE 74   SEX F

S.S. # [REDACTED]

RESIDENCE 448 Longmeadow  Beaumont  TX  77707
          NUMBER & STREET  CITY   STATE  ZIP

DATE / PLACE OF DEATH 12-22-2013  Beaumont

NAME AND TITLE OF CLERK  Marcia Gauthier
                         LOCAL REGISTRAR
Jefferson

Theresa —  3-3-14

Mr. Kirkpatrick
w/ DA's Office
came by please
call at # 86 95
@ 1:00 pm   Judy

# Carolyn Guidry

**From:** Carolyn Guidry <guidry@co.jefferson.tx.us>
**Sent:** Tuesday, February 11, 2014 11:26 AM
**To:** 'Brent Weaver'
**Subject:** RE: EIC Mobile Station

The voters requiring an EIC may have limited transportation available. I think the location should be where there are at least public transportation routes. I believe that is part of the problem with the DPS offices are so far removed from those types of transportation.

CG

---

**From:** Brent Weaver [mailto:bweaver@co.jefferson.tx.us]
**Sent:** Tuesday, February 11, 2014 10:59 AM
**To:** 'Carolyn Guidry'
**Subject:** RE: EIC Mobile Station

What about airport area? seems like we discussed this when you first mentioned about them deploying mobile units to our area.

*Brent Weaver*

### Jefferson County Commissioner
**Road & Bridge Precinct 2**
7759 Viterbo Road
Beaumont, Texas 77705
Office (409) 727-2173
Fax (409) 722-1916
http://co.jefferson.tx.us/prct2/BrentWeaver.htm
bweaver@co.jefferson.tx.us
**Session 229th**



---

**From:** Carolyn Guidry [mailto:guidry@co.jefferson.tx.us]
**Sent:** Tuesday, February 11, 2014 8:40 AM
**To:** 'Brent Weaver'
**Subject:** RE: EIC Mobile Station

Perhaps the new Nederland City Hall at 207 N 12th Street, Nederland, TX. We are going to be using it instead of Highland Park Elementary for future elections, but did not have time to change prior to the Primary.

CG

---

**From:** Brent Weaver [mailto:bweaver@co.jefferson.tx.us]
**Sent:** Tuesday, February 11, 2014 8:07 AM

1

**To:** 'Carolyn Guidry'
**Subject:** RE: EIC Mobile Station

What is your suggestion for my precinct? I was thinking somewhere centrally located?

*Brent Weaver*

### *Jefferson County Commissioner*
### Road & Bridge Precinct 2
7759 Viterbo Road
Beaumont, Texas 77705
Office (409) 727-2173
Fax (409) 722-1916
http://co.jefferson.tx.us/prct2/BrentWeaver.htm
bweaver@co.jefferson.tx.us
### Session 229th



**From:** Carolyn Guidry [mailto:guidry@co.jefferson.tx.us]
**Sent:** Tuesday, February 11, 2014 8:01 AM
**To:** Brent Weaver; Eddie Arnold ; Everette "Bo" Alfred ; Jeff Branick; Michael Sinegal
**Subject:** FW: EIC Mobile Station

Commissioners,

I received this email from the SOS for the mobile units to set up in Jefferson County. With the start of Early Voting Tuesday, our locations are limited. Please send your suggested location for a mobile unit as soon as possible.

Thanks,

Carolyn L. Guidry
County Clerk

**From:** EIC [mailto:EIC@sos.texas.gov]
**Sent:** Monday, February 10, 2014 12:33 PM
**To:** guidry@co.jefferson.tx.us
**Subject:** EIC Mobile Station

Hi Carol

I am following up to your request for the EIC Mobile Station. We will deploy mobile stations to various locations across Texas in an ongoing effort to ensure Texans have access to Election Identification Certificates (EICs).

We would like to come to Jefferson County next week for a one or two day set up the week of February 18.

Could you please send back the location, date and hours you would like the EIC Mobile Station to locate?

2

If you have any questions please contact me at EIC@sos.texas.gov or 1/800-252-2216 option four.

Thank you
Louri O'Leary

*Louri O'Leary*
Office of the Texas Secretary of State
Elections Division ◊ Elections Administration Manager
P.O. Box 12060 ◊ Austin, TX ◊ 78711-2060
T: 800.252. 8683 ◊ www.sos.state.tx.us/elections
D: 512.463.3204 ◊ F: 512.475.2811
loleary@sos.texas.gov
For Voter Related Information, please visit:



Twitter - https://twitter.com/#!/votetexas
Facebook - http://www.facebook.com/votetexas

*Please update your records to reflect my new email address: loleary@sos.texas.gov which is effective immediately.*

3

# Carolyn Guidry

**From:** Carolyn Guidry <guidry@co.jefferson.tx.us>
**Sent:** Wednesday, February 19, 2014 8:28 AM
**To:** 'EIC'
**Subject:** RE: EIC Mobile Station

Laura,

The Director at the Library is out until 1pm today, I cannot confirm the change until then.  This has been publicized and it is unfortunate that I was not informed about the 5 day advance survey of a public building.

Carolyn

---

**From:** EIC [mailto:EIC@sos.texas.gov]
**Sent:** Wednesday, February 19, 2014 7:27 AM
**To:** Carolyn Guidry; EIC
**Cc:** ndoyle@co.jefferson.tx.us
**Subject:** RE: EIC Mobile Station

Carlolyn
We were closed Monday for the holiday. DPS requires 5 business days to come out and survey the location so these dates will not work.
Today the earliest day would be Feb 26. Would you like to plan for the sites below for Feb 26 & 27?
Thanks
Louri

---

**From:** Carolyn Guidry [mailto:guidry@co.jefferson.tx.us]
**Sent:** Monday, February 17, 2014 9:40 AM
**To:** EIC
**Cc:** ndoyle@co.jefferson.tx.us
**Subject:** RE: EIC Mobile Station

Louri,

I forgot to send the schedule to you, I was so busy trying to get the word out to the public.

The following is the EIC mobile station schedule for Jefferson County, Texas:

Thursday, February 20, 2014         Alice Keith Community Center
    9 a.m. – 4 p.m.                         4075 Highland
                                            Beaumont, Texas 77705

Friday, February 21, 2014           Port Arthur Public Library
    9 a.m. – 4 p.m.                         4615 Ninth Ave.
                                            Port Arthur, Texas 77642

The Election Manager, Naomi Doyle will meet the team at each site.  Thanks for your assistance.

1

Carolyn L. Guidry
County Clerk

---

**From:** EIC [mailto:EIC@sos.texas.gov]
**Sent:** Monday, February 10, 2014 12:33 PM
**To:** guidry@co.jefferson.tx.us
**Subject:** EIC Mobile Station

Hi Carol

I am following up to your request for the EIC Mobile Station. We will deploy mobile stations to various locations across Texas in an ongoing effort to ensure Texans have access to Election Identification Certificates (EICs).

We would like to come to Jefferson County next week for a one or two day set up the week of February 18.

Could you please send back the location, date and hours you would like the EIC Mobile Station to locate?

If you have any questions please contact me at EIC@sos.texas.gov or 1/800-252-2216 option four.

Thank you
Louri O'Leary

*Louri O'Leary*
Office of the Texas Secretary of State
Elections Division ◊ Elections Administration Manager
P.O. Box 12060 ◊ Austin, TX ◊ 78711-2060
T: 800.252. 8683 ◊ www.sos.state.tx.us/elections
D: 512.463.3204 ◊ F: 512.475.2811
loleary@sos.texas.gov
For Voter Related Information, please visit:



Twitter - https://twitter.com/#!/votetexas
Facebook - http://www.facebook.com/votetexas

*Please update your records to reflect my new email address: loleary@sos.texas.gov which is effective immediately.*

# Carolyn Guidry

| | |
|---|---|
| **From:** | Theresa Goodness <thegood@co.jefferson.tx.us> |
| **Sent:** | Wednesday, February 19, 2014 8:56 AM |
| **To:** | Ken Seholm |
| **Cc:** | Carolyn Guidry |
| **Subject:** | EIC Mobile station notice |
| **Importance:** | High |

Ken:

Please remove the EIC mobile station notice from the website.  Our state government (SOS and DPS) have a problem with those dates.

Sincerely,

Theresa Goodness, CRM, CDIA+
Chief Deputy

Jefferson County Clerk's Office
P.O. Box 1151
Beaumont, TX 77704-1151
409.835.8480
https://jeffersontxclerk.manatron.com

1

# Carolyn Guidry

| | |
|---|---|
| **From:** | Theresa Goodness <thegood@co.jefferson.tx.us> |
| **Sent:** | Thursday, March 06, 2014 8:12 AM |
| **To:** | 'Sherri Boudreaux' |
| **Cc:** | Carolyn Guidry; Naomi Doyle |
| **Subject:** | RE: Election Day |

Sherri:

Thank you for your email.  We will continue our training efforts concerning the photo identification requirement.  Ms. Guidry went to considerable expense procuring the large white stand up boards with all of the acceptable photo ID's.  Also we gave each poll worker a copy of the slide presentation from the banquet training in which the acceptable photo identifications were discussed.

I think you are correct that sometimes a poll worker falls back on what the rules were in prior elections, and fails to recall any recent changes.  This is particularly an issue with our more seasoned poll workers.

We will also continue our training efforts concerning assisting voters when pulling up a ballot.  If the voter does not ask for help in how to use the machine, none should be given.  We have been utilizing this electronic equipment since 2006.

Thanks again for your comments, and for volunteering to assist with the election process!

Sincerely,

Theresa Goodness, CRM, CDIA+
Chief Deputy

Jefferson County Clerk's Office
P.O. Box 1151
Beaumont, TX 77704-1151
409.835.8480
https://jeffersontxclerk.manatron.com

---

**From:** Sherri Boudreaux [mailto:shrrbdrx@gmail.com]
**Sent:** Wednesday, March 05, 2014 10:01 AM
**To:** Theresa Goodness
**Subject:** Re: Election Day

Theresa:

I just wanted to share with you a few things that voters brought to my attention yesterday that concerned me. I was at the Port Arthur Library.

I had multiple people who told me this happened at early voting at the Port Arthur Library. An elderly gentleman came to vote early and brought his wife on Election Day. He stood with his wife as she checked in. He then pulled me aside and told me that he was never asked for ID because he had his voter registration card. He questioned it, but they never

1

took his ID. He heard me explain to another person in line that an ID was now required to vote and what was acceptable forms. This concerned him.

A young woman voted early at the same location and brought her elderly mother on Election Day. Her mother did not have ID with her. I asked if she had a valid drivers license, which she did so her daughter went home to get it. She didn't complain about having to get the ID for her mother, but she did tell me that she was not required to show ID. I explained the legislation and showed she the board. She was concerned about the lack of training for election workers not knowing the rules/laws. She witnessed an individual going through the line in front of her without a card or ID. The election worker "knew her" from church so it was "okay" and she was active in the system.

The County Clerks Office does an amazing job getting everything together and pulling off elections. I commend each and every one of you. The problem lies with the worker who has been doing elections for years and think they know everything and know best because they have been doing it so long and "know everyone". Rules are rules and have been in place for reasons. That is what makes things fair and unbiased no matter what party you are affiliated. We have a standard to uphold as election workers.

As a first time judge for this primary, I learned a lot if valuable things. I did have to have a talk with one worker giving what I though was too much help to their own parties voters, by showing them how to scroll through the pages and "making sure that they read the propositions very carefully because of the wording" while not even completing the process of pulling up the ballot for the other parties voters. I didn't let her know that I knew of the bias, I just explained that she was taking too much time explaining. If they were not a first time voter, they should know how to work the machine. I concluded telling her that she is a wonderful and friendly person and asked her if she would be a door greeter and make sure everyone knew they needed ID. She had a good time with that.

I apologize for the long narrative, but felt it important to bring the early voting problem to your attention.

Once again, thank you for all you do.

Sherri Boudreaux

Sent from my iPhone

On Mar 3, 2014, at 5:53 PM, "Theresa Goodness" <thegood@co.jefferson.tx.us> wrote:

> Election Judges and Poll workers:
>
> The dispatch number to call tomorrow for any kind of assistance with election equipment or procedural questions is 409-835-8791.
>
> - If you don't have all your supplies, call us.
> - If you can't get into the building, call us.
> - If the power is off, call us.
> - If you have difficulty with the equipment, call us.
>
> Thank you for volunteering!
>
>
> Sincerely,
>
> Theresa Goodness, CRM, CDIA+
> Chief Deputy

2