Jefferson County Clerk's Office
P.O. Box 1151
Beaumont, TX 77704-1151
409.835.8480
https://jeffersontxclerk.manatron.com