# Texas Department of Public Safety
## Courtesy ~ Service ~ Protection



DPS HOME    SERVICES    EMPLOYMENT    ABOUT US

 

Search DPS

### Driver License & ID Card

- Driver License Home
- Renew
- Change Address
- Office Locations
- Mega Centers
- Customer Service Center

## Election Identification Certificate (EIC)

Espanol

Texas voters must show a photo ID to vote in elections in Texas, unless you are exempt (see "Exemptions" below).

If you do not have any of the following acceptable forms of ID, beginning June 26, 2013, you may apply for an Election Identification Certificate (EIC) at no charge. However, if you already have any of the following forms of ID, you are not eligible for an EIC:



SAMPLE
STATE OF TEXAS
ELECTION CERTIFICATE
EC# 12345678
Date of Birth 10/30/1986
Expiration Date 10/30/2014
LASTNAMEWXXUUEXXUUEXXUUEXXUU
FIRSTNAMEMIDDLENAMESUFFIXWXX
FOR ELECTION PURPOSES ONLY
CANNOT BE USED AS IDENTIFICATION

- Texas driver license—unexpired or expired no longer than 60 days at the time of voting
- Texas personal identification card—unexpired or expired no longer than 60 days at the time of voting
- Texas concealed handgun license—unexpired or expired no longer than 60 days at the time of voting
- U.S. passport book or card—unexpired or expired no longer than 60 days at the time of voting
- U.S. Military identification with photo—unexpired or expired no longer than 60 days at the time of voting
- U.S. Citizenship Certificate or Certificate of Naturalization with photo

Texans may also obtain an EIC at certain locations in select counties throughout the state.

### Exemptions

If you are voting by mail, you do not have to submit a photo ID.

If you have a documented disability, you may apply at your county voter registrar for a permanent exemption from the photo ID requirement. If approved, you will not need a photo ID to vote.



2:13-cv-193
09/02/2014
DEF0458

EXHIBIT DeS.
WIT: DG
DATE:
RPTR:

For more information on the types of exemptions available, please visit your county voter registrar or the Texas Secretary of State.

## How to Apply

To apply for an EIC, visit a driver license office and complete an Application for Texas Election Certificate (DL-14C) (PDF).

To qualify for an EIC, you must:

- **Bring documentation** to the office to verify your **U.S. Citizenship**
- **Bring documentation** to the office to verify your **Identity**
- Be eligible to vote in Texas (**Bring your valid voter registration card to the office**, or submit a voter registration application through the Texas Department of Public Safety at the office)
- Be a Texas resident
- Be 17 years and 10 months or older

The information on the documents, such as name and date of birth, must all match. If the name is different on each document, then the individual must provide documents that verify a legal name change. If other information on the document is different, speak with a Customer Service Representative for assistance.

If you are using a name other than what is on your birth certificate, (example: married name), you will be required to show legal documentation of name change. **Documents must be original or certified copy. No photocopies can be accepted**.

Acceptable documents:

1. Marriage license
2. Divorce decree
3. Court ordered name change

## Expiration and Use

An EIC is valid for six years. There is no expiration date for certificates issued to citizens 70 years of age or older.

Election Identification Certificates may only be used to vote and do not replace a Texas driver license or ID card. In addition, an EIC will not be accepted to verify identity when applying for a Texas driver license or ID card.

## Statutory Authority

The Texas Election Code 63.001(b) requires a photo ID in order to vote in Texas. The Texas Transportation Code, Chapter 521A and 37 Texas Administration Code, Sections 15.181-185, authorizes DPS to issue Election Identification Certificates.



Note: links to [PDF] files require Adobe Reader or another PDF viewer.

| Accessibility | Site Policies | TRAIL | TSIEC | Report Fraud, Waste or Abuse | American Recovery and Reinvestment ACT |
| Outlook Web Access | ETA Time Entry | Texas Homeland Security | Public Information Act | Compact with Texans | Espanol |
| The Governor's Committee on People with Disabilities | Personnel Complaint Process (Espanol) | Customer Survey |
| Texas Veterans Portal | Texas Fusion Center Privacy Policy | texas.gov |

© 2000-2011 Texas Department of Public Safety.