

# Texas Department of Public Safety
## Courtesy ~ Service ~ Protection

DPS HOME    SERVICES    EMPLOYMENT    ABOUT US

Search DPS

### Driver License & ID Card

- Driver License Home
- Renew
- Change Address
- Office Locations
- Mega Centers
- Customer Service Center

# Election Identification Certificates (EIC) – Documentation Requirements

To apply for an EIC, you must visit a driver license office and complete an Application for Texas Election Certificate (DL-14C).

## To qualify for an EIC, you must:

- **Bring documentation** to verify **U.S. Citizenship**
- **Bring documentation** to verify **Identity**
- Be eligible to vote in Texas *(**Bring a valid voter registration card**, or submit a voter registration application to the Texas Department of Public Safety)
- Be a Texas resident
- Be 17 years and 10 months or older

## Acceptable forms of required documentation

### U.S. Citizenship
An applicant who is a U.S. citizen must present one of the following documents for verification through the U.S. Department of Homeland Security.

A. U.S. passport book or card; or
B. Birth certificate issued by a U.S. state, U.S. territory or District of Columbia; or
C. For U.S. citizens born abroad—Certificate of Report of Birth (DS-1350 or FS-545) or Consular Report of Birth (FS-240) issued by the U.S. Department of State; or
D. U.S. Certificate of Citizenship or Certificate of Naturalization (N-560, N-561, N-645, N-550, N-55G, N-570 or N-578); or
E. U.S. Department of Justice Immigration and Naturalization Service U.S. Citizen ID Card (Form I-197 or I-179)

### Identity
An applicant for an Election Identification Certificate (EIC) must provide documents satisfactory to the department to verify their identity. All documents must be verifiable.

There are three ways an individual can verify his/her identity when applying for an EIC:

A. Bring one item listed in the primary identification category; or
B. Bring two items listed in the secondary identification category; or

**2:13-cv-193**
**09/02/2014**
**DEF0459**



EXHIBIT Def
WIT: DG
DATE:
RPTR:

years of the expiration date;
L. an offender identification card or similar form of identification issued by the Texas Department of Criminal Justice;
M. forms W-2 or 1099;
N. Numident record from the Social Security Administration;
O. expired Texas driver license or personal identification certificate (expired more than two years);
P. professional license issued by Texas state agency;
Q. identification card issued by government agency;
R. parole or mandatory release certificate issued by the Texas Department of Criminal Justice;
S. federal inmate identification card;
T. federal parole or release certificate;
U. Medicare or Medicaid card;
V. Selective Service card;
W. immunization records;
X. tribal membership card from federally recognized tribe;
Y. Certificate of Degree of Indian Blood;
Z. Veteran's Administration card;
AA. hospital issued birth record; or
AB. any document that may be added to §15.24 of this title (relating to Identification of Applicants) other than those issued to persons who are not citizens of the U.S.

*Applicants for an EIC must also be eligible to vote in Texas. That means you will have to **bring your valid voter registration card** to the office, or you will have to submit a voter registration application through the Texas Department of Public Safety at the office.*



Note: links to [PDF] files require Adobe Reader or another PDF viewer.

| Accessibility | Site Policies | TRAIL | TSIEC | Report Fraud, Waste or Abuse | American Recovery and Reinvestment ACT |
| Outlook Web Access | ETA Time Entry | Texas Homeland Security | Public Information Act | Compact with Texans | Espanol |
| The Governor's Committee on People with Disabilities | Personnel Complaint Process (Espanol) | Customer Survey |
| Texas Veterans Portal | Texas Fusion Center Privacy Policy | texas.gov |

© 2000-2011 Texas Department of Public Safety.