Westlaw.

25 TAC § 181.22                 Page 1

Tex. Admin. Code tit. 25, § 181.22

C

Texas Administrative Code Currentness
  Title 25. Health Services
    Part 1. Department of State Health Services
      Chapter 181. Vital Statistics
        Subchapter B. Vital Records
          →→ § 181.22. Fees Charged for Vital Records Services

(a) The fee for a certified or research copy of a birth record shall be $10.00. Additional copies shall be $10.00 for each copy requested.

(b) The fee for a certified or research copy of a death certificate shall be $10.00 for the first or only copy requested, and $3.00 for each additional copy of the same record requested in the same request.

(c) A surcharge of $2.00 shall be added to the fee for searching and issuing each certified copy of a certificate of birth, or conducting a search for a certificate of birth, as mandated by the Health and Safety Code, § 191.0045.

(d) The fee for issuing each heirloom birth certificate, or gift certificate for such, shall be $50.00. If a record is not found, $38.00 of the fee shall be returned to the applicant.

(e) The fee for issuing each wedding anniversary certificate or gift certificate for such shall be $50.00.

(f) The fee to search for any record or information on file within the Vital Statistics Unit shall be $10.00, regardless of whether a certified copy is issued or not.

(g) The fee for a search to verify the existence of a birth or death record shall be $10.00.

(h) The fee for a search to verify a marriage or divorce record shall be $10.00.

(i) The fee for a search and identification of the court that granted an adoption shall be $10.00.

(j) The fee for filing an amendment to an existing certificate of birth or death on file with the Vital Statistics Unit shall be $15.00. An amendment to a certificate includes adding information to a record to make it complete and changing information on a record to make it correct. An additional fee is required to issue a certified copy of the amended record.

(k) The fee for filing an amendment based on a court ordered name change shall be $15.00.

(l) The fee for a new birth record based upon adoption or parentage determination shall be $25.00.

(m) The fee for filing a delayed record of birth shall be $25.00.

(n) The fee for a search of the Paternity Registry shall be $10.00. The fee includes a certification stating whether or not the requested information is located in the Registry.

(o) The fee for a search of the Acknowledgment of Paternity Registry shall be $10.00. The fee includes a certified copy of the Acknowledgement of Paternity, if found.

(p) Each person applying to the Central Adoption Registry shall pay a registration fee of $30.00, which includes the $5.00 fee for determining if an agency that operates its own registry was involved in the adoption. (Also see § 181.44 of this title (relating to



© 2014 Thomson Reuters. No Claim to Orig. US Gov. Works.

2:13-cv-193 09/02/2014 DEF0460

Tex. Admin. Code tit. 25, § 181.22

the Inquiry Through the Central Index).)

(q) The fee charged for an expedited service shall be $5.00 per request in addition to any other fee required. Expedited service is any service requested via fax or overnight mail service. The expedited fee is nonrefundable if a record or the information requested is not found.

(r) The fee for the processing and issuance of a disinterment permit shall be $25.00. The fee is to be paid by the applicant for the permit, and must be submitted with the application.

(s) A Texas Online fee of $10.00 shall be added to all requests for birth, death, marriage, and divorce record searches and document production.

(t) Except as provided in subsection (c) of this section, the fee for a certified record that otherwise is required under this section is waived for an applicant who appears in person to obtain a certified copy from the department or a local registrar and represents that the certified record is required for the purpose of obtaining an election identification certificate issued pursuant to Transportation Code, Chapter 521A.

**Source:** The provisions of this §181.22 adopted to be effective July 3, 2003, 28 TexReg 4904; amended to be effective July 22, 2004, 29 TexReg 6936; amended to be effective December 1, 2005, 30 TexReg 7876; amended to be effective August 11, 2013, 38 TexReg 4896; amended to be effective October 21, 2013, 38 TexReg 7307.

25 TAC § 181.22, 25 TX ADC § 181.22

Current through 39 Tex.Reg. No. 4064, dated May 23, 2014, as effective on or before May 28, 2014

Copr. (C) 2014. All rights reserved.

END OF DOCUMENT

© 2014 Thomson Reuters. No Claim to Orig. US Gov. Works.