Texas Politics
Voter Identification (February 2011)

| Voter ID Preferences | Breakdown by Party ID | Breakdown by Race |

**Do you agree or disagree that registered voters should be required to present a government-issued photo ID before they can be allowed to vote? (February 2011)**
The MOE for the sample (n=797) is +/- 3.47



Mouse-over for notes about the data

2:13-cv-193
09/02/2014
DEF0466

EXHIBIT 5
WIT: Hamilton
DATE: 6-5-14
JULIE BRANDT, RMR, CRR