# Texas Politics

Voter Identification (February 2011)

| Voter ID Preferences | Breakdown by Party ID | Breakdown by Race |



Do you agree or disagree that registered voters should be required to present a government-issued photo ID before they can be allowed to vote? (February 2011)

White   African American   Latino

2:13-cv-193
09/02/2014
**DEF0467**

EXHIBIT ____6____
WIT: _Hamilton_
DATE: _6-5-14_
JULIE BRANDT, RMR, CRR