# Texas Politics
Voter Identification (February 2011)



2:13-cv-193
09/02/2014
DEF0468

EXHIBIT 7
WIT: Hamilton
DATE: 6-5-14
JULIE BRANDT, RMR, CRR