## Texas Politics
### Voter ID Law Support (October 2012)



2:13-cv-193
09/02/2014
DEF0469

EXHIBIT 8
WIT: Hamilton
DATE: 6-5-14
JULIE BRANDT, RMR, CRR