Texas Politics

Voter ID Law Support (October 2012)

| Voter ID Support | by Party Identification | by Ideology | by Race |

**Do you agree or disagree with the idea that registered voters should be required to present a government issued photo ID at the polls before they can be allowed to vote? (October 2012)**

Percentage

- Agree — Democrat 37%, Republican 92%, Independent 73%
- Disagree — Democrat 54%, Republican 5%, Independent 19%
- Don't know — Democrat 9%, Republican 3%, Independent 7%

19% of Independents Disagree

■ Democrat   ■ Republican   ▫ Independent

Mouse-over for notes about the data

2:13-cv-193
09/02/2014
DEF0471



EXHIBIT 10
WIT: Hamilton
DATE: 6-5-14
JULIE BRANDT, RMR, CRR