

# PATRICIA HARLESS
### DISTRICT 126
### HOUSE OF REPRESENTATIVES

P.O. Box 2910
AUSTIN, TEXAS 78768-2910
(512) 463-0496
(512) 463-1507 FAX
PATRICIA.HARLESS@HOUSE.STATE.TX.US

6605 CYPRESSWOOD, #240
SPRING, TEXAS 77379
(281) 376-4114
FAX (281) 826-0101

May 27, 2009

Ms. Candace Tannous
10014 Jademont
Houston, TX 77070

Dear Ms. Tannous:

Thank you for contacting me regarding the voter ID legislation. This bill was of great concern to constituents in District 126, and I appreciate hearing your opinion on this legislation. This legislation has not reached the House floor due to prolonged debate on the Local and Consent calendar. If you are interested in more information on this legislation, please logon to www.capitol.state.tx.us.

Again, thank you for taking the time to let me know of your opposition to the voter ID bill. It is an honor to represent you at the State Capitol, and I welcome your opinion on legislation that is important to you. Please feel free to contact me if you have any additional questions or concerns.

Sincerely,

Patricia Harless



**COMMITTEES**
STATE AFFAIRS • TECHNOLOGY, ECONOMIC DEVELOPMENT & WORKFORCE • REDISTRICTI



2:13-cv-193
09/02/2014

**DEF0474**

CONFIDENTIAL

LEG00000702

## Patricia Harless

**From:** Patricia Harless
**Sent:** Wednesday, June 03, 2009 9:42 AM
**To:** 'Wilton Chalker'
**Subject:** RE: Legislative update

Dear Mr. Chalker:

Thank you for taking the time to email me regarding your perspective on the Voter ID issue. This legislation was of great concern to many constituents in District 126, and I appreciate hearing your opinion on this bill.

The University of Texas polled Texans from across the state on the issue of voter identification prior to this legislative session. In response, 70% of Texans believed that there should be some form of identification for voting, so I have not viewed voter id as a strictly partisan issue. You may review this University of Texas poll by logging on to http://texaspolitics.laits.utexas.edu/11_1_1.html . The voter id legislation filed this Session took lead from policies enacted by the State of Indiana. The Supreme Court has ruled that the photo identification policy of Indiana was reasonable and neutral with the intent to stop voter fraud and voter impersonation. Additionally, several other nations, such as Canada, Mexico, Germany, France, and Greece to name a few, require photo identification for voting to ensure that there is not repetitive or deceptive voting.

Another good source of information on the voter id issue is a recent article from the Austin American Statesman that may be accessed at http://www.statesman.com/news/content/region/legislature/stories/05/31/0531voterid.html . Throughout the session, my office received numerous emails and phone calls from constituents requesting support of a voter ID measure and a few constituents contacted me in opposition to this legislation. As bills are filed and debated on the House floor, I pay close attention to all correspondence from my constituents and weigh all the information both for and against the legislation.

The issue of guns on campus' has been an intense debate among Texans and legislators alike. As an advocate of gun rights myself, I support a citizen's right to bear arms. House Bill 1893 had both good points and bad points, but this bill did not make it to the House floor so I never saw the final version.

Again, thank you for contacting me regarding these issues. I hope that this information is helpful. It is an honor to represent you at the State Capitol, and I welcome your opinion on issues that are important to you. If you are interested in more information on the legislative process, please logon to www.capitol.state.tx.us . Please feel free to contact me if you have any additional questions or concerns.

Sincerely,

Patricia

*Patricia Harless*
*State Representative*
*District 126*
*512.463.0496 (Capitol office)*

6/3/2009

LEG00000703

## Patricia Harless

| | |
|---|---|
| **From:** | Patricia Harless |
| **Sent:** | Monday, June 08, 2009 11:23 AM |
| **To:** | JPr3982042@aol.com |
| **Subject:** | RE: Legislative Update From Patricia Harless |

Mr. Probst,

I received your email below.  In response to your comment that Voter ID is a Republican Issue, I wanted to provide you with the following study; http://texaspolitics.laits.utexas.edu/11_1_1.html .  The study, conducted by the University of Texas shows that 69% of Texans believe that identification should be shown when a person is voting. That percentage was also reflected in the number of calls, letters and emails my office received on this issue.  The Voter ID bill that was to be taken up by the legislature was patterned after Indiana's law which the Supreme Court found to be reasonable and neutral with the intent to stop voter fraud and voter impersonation.  The United States is one of the few countries that does not have a nation-wide policy requiring identification in order to vote. Canada, Mexico, Germany, France, Greece, and even Iraq require photo identification to ensure that there is not repetitive or deceptive voting.

Taking 5 days to complete the Local Calendar, not only killed Voter ID, but ultimately killed other bills of significant importance supported by both Democrats and Republicans.  This article, http://www.statesman.com/news/content/region/legislature/stories/05/31/0531voterid.html which ran in the Austin American Statesman this past weekend, provides a good analysis of the situation.

When I sent my Legislative Update it was not my intention to make the Democrats the "scapegoat", but to explain what was happening in the House at the time, and the tactics that were being used.  I believe it was an accurate representation, and have provided links to several articles from around the state which categorized the situation the same way.

It is my job as the State Representative of District 126 to represent my constituents in a manner that reflects their point of view.  This is a responsibility that I take very seriously and work hard to make sure that I am informed on issues when I vote.  I prefer to base my decisions on facts, and input from my constituents, not partisan politics or media spin.  If you don't vote for me I hope that you make that decision based on having met me or informing yourself on my complete voting record, rather than my stance on one issue or the fact that I'm Republican.

*Corpus Christi Caller-Times/Associated Press*
Legislation big and small in peril
By Kelly Shannon
http://hosted.ap.org/dynamic/stories/T/TX_XGR_ARE_THEY_DEAD_YET_TXOL-?
SITE=TXCOR&SECTION=HOME&TEMPLATE=DEFAULT&CTIME=2009-05-25-16-50-42
*Austin American Statesman Virtual Capitol*
Straus criticizes Dems tactics
By Corrie MacLaggan
http://www.statesman.com/blogs/content/shared-
gen/blogs/austin/politics/entries/2009/05/25/straus_criticizes_dems_tactics.html
*San Antonio Express-News*
Democrats spend third straight day stalling the House
By Gary Scharrer
http://www.mysanantonio.com/news/politics/texas_legislature/Democrats_spend_third_straight_day_stalling
*Dallas Morning News*
Democrats' tactics take down voter ID bill in Texas House
By Emily Ramshaw
http://www.dallasnews.com/sharedcontent/dws/dn/latestnews/stories/052509dntswvoterid.4673223.html
*Quorum Report*

6/16/2009

LEG00000704

TIR Poll Suggests Price to Pay for Blocking TDI Sunset: Laying the groundwork for 2010?
May 25, 2009
www.quorumreport.com
*Associated Press*
Gridlock grips Texas Legislature in final days.
By Jay Root Associated Press Writer
http://www.chron.com/disp/story.mpl/ap/tx/6438783.html
*Dallas Morning News*
Standoff on voter ID bill tests House Speaker Joe Straus' leadership
By Christy Hoppe and Robert T. Garrett
http://www.dallasnews.com/sharedcontent/dws/news/politics/state/stories/052409dntswhouse.4799427.html

Sincerely,

*Patricia Harless*
*State Representative*
*District 126*
*512.463.0496 (Capitol office)*
*281.376.4114 (District office)*

**From:** JPr3982042@aol.com [mailto:JPr3982042@aol.com]
**Sent:** Wednesday, May 27, 2009 8:45 PM
**To:** Patricia Harless
**Subject:** Re: Legislative Update From Patricia Harless

Inresponse you your stateing the the D's atalled legislation. Let you advise you that Voter ID has been a Rep problem and citizens of TX do not see it as a problem.

Let's work toward why we elected you! (I did not!) Dem's are not the whole problem in this state. Jeez! Convenient scapegoat, tho. And then there's Dan Patrick! Yippee!
A CA transplant who loves Houston and the Gulf Coast.

In a message dated 5/27/2009 6:30:17 P.M. Central Daylight Time, Patricia.Harless@house.state.tx.us writes:



Dear Friends,

As you probably know, over the past several days the Democrats stalled consideration of the Voter ID bill by talking excessively about bills that normally would sail through the chamber without debate. While this tactic successfully stalled consideration of Voter ID for 5 days, and did achieve the goal of killing the measure, the actions also killed the following major pieces of legislation:

SB 14 - Texas Windstorm Insurance Program
SB 182 - Informed Consent Ultra-Sound Bill

6/16/2009

**Ashlee Jahn**

| | |
|---|---|
| **From:** | Patricia Harless |
| **Sent:** | Friday, February 04, 2011 3:40 PM |
| **To:** | geneandbrenda@sbcglobal.net |
| **Subject:** | RE: Voter ID |

Dear Mr. Miller,

Thank you for emailing me your thoughts on the Voter ID bill.  I believe strong Voter ID
legislation is essential for our State to have honest and accurate elections.  A bill
requiring a government photo id to vote (Senate Bill 14) has already passed the Texas Senate.
I support the bill's requirements, and I will be voting for the bill as it makes its way
through the Texas House of Representatives.  If you are interested in tracking the progress
of this bill or any other legislation, please logon to www.capitol.state.tx.us for more
information.

Thank you again for contacting me. I always appreciate hearing from my constituents, and I am
grateful for you taking the time to let me know your thoughts. Please feel free to contact my
office if you have further questions about this or any other matter.

Sincerely,

Patricia Harless
State Representative
District 126
512.463.0496 (Capitol office)
281.376.4114 (District office)


-------------------------------------------
From: geneandbrenda@sbcglobal.net[SMTP:GENEANDBRENDA@SBCGLOBAL.NET]
Sent: Saturday, January 29, 2011 2:29:49 PM
To: District126 Harless
Subject: Voter ID
Auto forwarded by a Rule

Name: Mr. William E Miller
Address: 9711 Cane Creek Dr.
City: Houston
State: Texas
Zipcode: 77070
Phone: -
E-mail: geneandbrenda@sbcglobal.net

Message:
Dear Rep. Harless;
It has come to my attention that some of the Republicans in our State government are planning
on weaking the Voter ID Bill. This is not want we want. We need a bill that REQUIRES any
person who is a citizen of the United States and a citizen of Texas to have a valid ID when
they vote. By valid ID, I am talking about a Drivers license, govenment ID (with the persons
picture on it) or any other legal government ID.
Please talk to ALL REPUBLICANS IN OFFICE, and make sure that they DO NOT WEAKEN THE BILL BY
CHANGING IT.

1

CONFIDENTIAL

LEG00000707

Thank you for your time

ComputerIP: 76.199.75.3

2

CONFIDENTIAL

LEG00000708

## Ashlee Jahn

| | |
|---|---|
| **From:** | Patricia Harless |
| **Sent:** | Wednesday, February 16, 2011 3:58 PM |
| **To:** | lyoungblood9@comcast.net |
| **Subject:** | RE: Update from Representative Patricia Harless - THE LATEST VOTER FRAUD |
| **Attachments:** | EVMAIL.doc |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |
| | |
| **Categories:** | Red Category |

Dear Mr. Youngblood,

Thank you for your email regarding the Secretary of State's website page about requesting an application for a ballot by mail. I appreciate you taking the time to keep my office informed of your concerns and suggestions.

My staff spoke with Ms. Melanie Huff, the staff attorney for the Elections Division at the office of the Secretary of State, to inquire whether they could add the check boxes (over 65, disabled, etc) to their webpage on requesting an application for a ballot. Ms. Huff informed us that the SOS generally recommends that Applications for Ballots by Mail (ABBMs) be made easily available without questioning the requestor about his or her eligibility for voting by mail. She explained, it can be very intimidating for many voters (particularly the elderly and disabled) to call and request an ABBM. For this reason, the early voting clerk will handle eligibility issues once he or she receives a completed and signed ABBM, and not at the point where an ABBM is only being requested. Attached is their office's outline that they use to train early voting clerks in the mechanics of early voting by mail. Here is a link to the form that is used to advise a voter when his or her ABBM is being rejected and why: http://www.sos.state.tx.us/elections/forms/pol-sub/5-16f.pdf.

Voter fraud is an important issue to me, and I believe strong Voter ID legislation is essential for our State to have honest and accurate elections. A bill requiring a government photo id to vote (Senate Bill 14) has already passed the Texas Senate. I support the bill's requirements, and I will be voting for the bill as it makes its way through the Texas House of Representatives. If you are interested in tracking the progress of this bill or any other legislation, please log on to www.capitol.state.tx.us for more information.

Thank you again for contacting me. I always appreciate hearing from my constituents, and I am grateful for you taking the time to let me know your thoughts and suggestions. Please feel free to contact my office if you have further questions about this or any other matter.

Sincerely,

Patricia Harless
State Representative
District 126
512.463.0496 (Capitol office)
281.376.4114 (District office)

---

**From:** Larry Youngblood [mailto:lyoungblood9@comcast.net]
**Sent:** Sunday, February 13, 2011 12:42 PM
**To:** 'Patricia Harless'

1

CONFIDENTIAL

LEG00000711

**Cc:** Patricia Harless
**Subject:** Update from Representative Patricia Harless - THE LASTEST VOTER FRAUD
**Importance:** High

Recently, I was told of a democratic Hispanic group jumping for joy saying ~" the Senate bill did nothing on paper ballots...that is how we will continue doing what we want to do".... Now , I know those who ask for paper ballots must follow the law and sign "under penalty of law"....but it appears they do not care...especially as often as they currently use false documents.

They website for asking for a paper ballot does not have check boxes nor a warning of the penalty for sending in a false ballot....Can we at least get the web site changed such that there are check boxes for  1) Over 65 Y/N 2) Disabled, Y/N....etc 5) Are you a citizen of the US and a statement that says "under penalty of law the information you have provided is correct"...

I know we cannot stop them from voting paper ballots illegally, but we may be able to discourage illegal voters and better enforce the law later if in fact they do request a paper ballot illegally.

Thanks and good luck in your assignments.

Below is the screen for requesting paper ballots....We need those other reminding qualifying check boxes and a reminder that it is against the law to....whatever wording your committee will be comfortable with.

CONFIDENTIAL



CONFIDENTIAL

LEG00000713

## Ashlee Jahn

| | |
|---|---|
| **From:** | Patricia Harless |
| **Sent:** | Wednesday, March 30, 2011 2:39 PM |
| **To:** | adrian.shelley@swiftenergy.com |
| **Subject:** | RE: Form submission from patriciaharless.com |

| | |
|---|---|
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

| | |
|---|---|
| **Categories:** | Red Category |

Dear Ms. Shelley,

Thank you for emailing me regarding your thoughts on the Voter ID legislation, as well as, education and the appropriations under consideration this legislative session. Education is an important component to the success of our state and a priority issue to me. We must produce a qualified workforce to ensure a growing economy in our state.

With Texas facing a $27 billion budget deficit this legislative session, the Legislature will be seeking to close the budget gap by examining every state expenditure. We must be very careful to not make short sighted cuts, which will have significant costs down the road. I do support using a portion of the Rainy Day Fund to help fund education. While I don't sit on the Public Education or Appropriations Committees, my staff and I have been following this issue and researching the proposed budget cuts, including those to education. I will carefully monitor the progress of legislation that impacts school funding as it makes its way through the legislative process.

Thank you again for your email. While we may not agree on all issues, I always appreciate hearing from my constituents. I am grateful for you taking the time to contact me. My State email is checked much more frequently, so in the future please use patricia.harless@house.state.tx.us for a quicker response.

Sincerely,

Patricia Harless
State Representative
District 126
512.463.0496 (Capitol office)
281.376.4114 (District office)

-----Original Message-----
From: patricia@patriciaharless.com
To: patricia@patriciaharless.com
Sent: Wed, Mar 23, 2011 9:15 am
Subject: Form submission from patriciaharless.com

Comments: I was impressed when you addressed our class at Northwoods recently.
Now I am embarrassed over this voter ID bill. You are clearly uninformed
regarding a bill you are introducing, which is not needed. There has been
virtually no voter fraud. Get to work on more funding for education that is
important.
Email-Address: adrian.shelley@swiftenergy.com
First-Name: Adrian

1

LEG00000716

```
Last-Name: Shelley
Zip-Code: 77379
x: 72
y: 15

---------------------------------------------------------------
This e-mail was generated from a form submission on your website:
patriciaharless.com
```

2

CONFIDENTIAL

LEG00000717

## Ashlee Jahn

| | |
|---|---|
| **From:** | Patricia Harless |
| **Sent:** | Wednesday, November 23, 2011 2:28 PM |
| **To:** | Ralph Salier |
| **Subject:** | RE: Op-Ed in Defense of Photo Voter ID in Today's Chronicle |

| | |
|---|---|
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Dear Mr. Salier-Hellendag,

Thank you for your email. I appreciate you taking the time to express your thoughts on the photo voter ID legislation. While this is an issue that a majority of Texans and residents of District 126 support, I understand that there are opinions on both sides. The purpose of Senate Bill 14 is to ensure the integrity of our elections. As the bipartisan Commission on Federal Election Reform concluded, ballot access should have at least the same degree of integrity as boarding a plane or cashing a check, both of which require a photo ID. Senate Bill 14 ensures access to polls by requiring DPS to provide a free photo election ID to registered voters who request one. The bill also provides reasonable exceptions to the photo ID requirement for indigent and disabled voters. In addition, disabled persons and the elderly will still be able to vote by mail without the photo ID requirements. Current law allows registered voters to vote by mail if they anticipate being out of town during the election, or are over 65, or have an illness or disability that makes them unable to vote in person.

Under the current law, we do not have the tools necessary to stop in-person voter fraud. In fact, in-person voter fraud may not even be evident until after the election has occurred. Over the last couple of legislative sessions we have heard from many witnesses who testified that voter-registration cards have been stolen and false votes cast in those persons names, most of who where deceased. The Texas Secretary of State as well as other law enforcement agencies testified about past and current voter fraud that has been prosecuted. Though there are more cases of voter fraud than are prosecuted, even one fraudulent vote can cost an election. Last year, after a re-count, State Representative Donna Howard won her election by 3 votes.

If you would like to watch the House committee testimony on this bill from the 82nd legislative session, you may visit the following link: House Testimony.

While we might not be in agreement on this issue, we probably agree on much more than we disagree. Again, thank you for taking the time to write. I always appreciate hearing from my constituents. If my staff or I can be of further assistance, please do not hesitate to contact us.

Sincerely,
Patricia Harless
State Representative
District 126
512.463.0496 (Capitol office)
281.376.4114 (District office)

**From:** Ralph Salier [mailto:rsalier@hotmail.com]
**Sent:** Tuesday, November 15, 2011 1:23 PM
**To:** Patricia Harless
**Subject:** RE: Op-Ed in Defense of Photo Voter ID in Today's Chronicle

Ms. Harless,

1

CONFIDENTIAL

I feel that you are fooling yourself into believing this nonsense.  Voter fraud is fairly low and when you register to vote and get your card, and this matches up to an address provided, this should be good enough.  I know that the DPS will issue free IDs but have you stood in line lately at a DPS office?  How about this idea--- When you have voter registration drives at the local Kroger or where ever, also have a photo ID booth and then provide a voter registration card with the person's photo!! what an idea.  This can be done through the auspices of the state or can be provided by the individual parties involved.  All that is needed is a "standard" that needs to be met for the photo.

Lets stop fooling around and make sure that EVERY ONE THAT IS ELIGIBLE TO VOTE CAN, lets stop disenfranchising the poor and those who do not have the means to get the photo done.

R. Salier-Hellendag
Spring TX

2

CONFIDENTIAL

**Ashlee Jahn**

| | |
|---|---|
| **From:** | Patricia Harless |
| **Sent:** | Thursday, November 17, 2011 3:24 PM |
| **To:** | mscheffler1@comcast.net |
| **Subject:** | RE: Op-Ed in Defense of Photo Voter ID in Today's Chronicle |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Dear Ms. Scheffler,

Thank you for your email. The photo voter ID legislation does have an exemption for disabled voters. They will not be required to present a photo ID and will still be able to use their voter registration cards. In addition, disabled persons and the elderly will still be able to vote by mail without the photo ID requirements. Current law allows registered voters to vote by mail if they anticipate being out of town during the election, or are over 65, or have an illness or disability that makes them unable to vote in person.

I hope this information is helpful. Again, thank you for taking the time to write. I always appreciate hearing from my constituents. If my staff or I can be of further assistance, please do not hesitate to contact us.

Sincerely,
Patricia Harless
State Representative
District 126
512.463.0496 (Capitol office)
281.376.4114 (District office)

---

**From:** mscheffler1@comcast.net [mailto:mscheffler1@comcast.net]
**Sent:** Tuesday, November 15, 2011 3:46 PM
**To:** Patricia Harless
**Subject:** Re: Op-Ed in Defense of Photo Voter ID in Today's Chronicle

What about the people (mostly older or incapacitated) who are not able to get out and get something with a photo id. Some can't stand in long lines to wait at DPS offices which are notorious for that! I am curious how that will be handled and if you have any plan in place to help those citizens?  Marilyn Scheffler

---

**From:** "Patricia Harless" <Patricia.Harless@house.state.tx.us>
**To:** "Patricia Harless" <Patricia.Harless@house.state.tx.us>
**Sent:** Tuesday, November 15, 2011 1:04:53 PM
**Subject:** Op-Ed in Defense of Photo Voter ID in Today's Chronicle

1

CONFIDENTIAL

Dear Friends,

Please see the following editorial in defense of photo voter ID, which was published in the November 15th edition of the Houston Chronicle.

Sincerely,

Patricia Harless
State Representative
District 126
512.463.0496 (Capitol office)
281.376.4114 (District office)

---

## Making the Case for Photo IDs at the Polls

By: State Representative Patricia Harless

In order for our democratic republic to function and thrive, elections must be free of fraud.

Safeguarding election integrity, therefore, is among the primary functions of state government. The photo identification bill that we passed in the 82nd Texas Legislature is a significant measure to improve election integrity and safeguard against election fraud. Yet, as the U.S. Department of Justice reviews the law for pre-clearance under the Voting Rights Act, a barrage of inaccurate attacks have been levied against our election integrity bill that must be corrected.

Senate Bill 14, which we passed last session, requires individuals to show photo ID before voting. This bill lists several forms of government-issued photo ID to be accepted at polling places, including identification issued by DPS (for most this will be a Texas driver's license or ID card); a military identification card that contains the voter's photograph; a United States Citizenship certificate that contains the voter's photograph; a United States passport; and a license to carry a concealed handgun issued by the DPS. Senate Bill 14 requires DPS to provide a free photo election ID to registered voters who request an ID. The bill also provides reasonable exceptions to the photo ID requirement for indigent and disabled voters and allows individuals not carrying photo ID to vote provisionally, as long as they provide verification of their identity within six days of the election.

These provisions will ensure that eligible, qualified citizens are able to exercise their right to vote under a secure system that prevents election fraud. In April 2008 the U.S. Supreme Court upheld Indiana's photo ID law six-to-three in *Crawford v. Marion*. The judgment of the Court, issued by Justice Kennedy, undermines the continuing spurious claims made by opponents of photo ID requirements.

While an ID requirement may place a burden on voters, Justice Steven's opinion concluded that "burdens... arising from life's vagaries, however, are neither so serious nor so frequent as to raise any question about the constitutionality of [photo ID requirements]." Justice Steven's opinion also noted that for the few voters without ID, the burden of obtaining one, "does not qualify as a substantial burden on the right to vote." Justice Scalia's concurring opinion stated that "the universally applicable requirements of Indiana's voter-identification law are eminently reasonable" and that the burdens of photo identification were "minimal and justified."

Importantly, statistics from Indiana and Georgia show that ID requirements work well and do not suppress turnout, as opponents often claim. All along, our goal with photo ID has been to restore integrity to the electoral process, which will increase turnout.

Accordingly, showing photo ID before voting is a common-sense reform that is supported by a majority of Texas voters, regardless of political affiliation. For example, a *University of Texas-Texas Tribune* poll in February 2011 found that 75 percent of Texans agree "with the idea that registered voters should be required to present a government-issued photo

2

LEG00000723

ID at the polls before they can be allowed to vote." Even 54 percent of those who identify themselves as "strong Democrats" agree with a photo ID requirement. Independents show strong support for photo ID: 69 percent. Requiring a photo ID before you can vote has strong bi-partisan support.

Ultimately, every fraudulent vote cancels out a legitimate vote, which means that election integrity is and must remain a top priority of state government. The Department of Justice has no basis to deny clearance of our election integrity laws given the Supreme Court's decision and ample experience from other states proving the efficacy of photo ID requirements.

*Harless, a Republican, represents state House District 126 in northwest Harris County. She was the sponsor of Senate Bill 14, the photo voter ID legislation, in the Texas House.*

3

CONFIDENTIAL

## Ashlee Jahn

| | |
|---|---|
| **From:** | Patricia Harless |
| **Sent:** | Wednesday, November 23, 2011 10:37 AM |
| **To:** | Robert Blain |
| **Subject:** | RE: Op-Ed in Defense of Photo Voter ID in Today's Chronicle |

| | |
|---|---|
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Dear Mr. Blain,

Thank you for your email. I appreciate you taking the time to express your thoughts on the photo voter ID legislation. While this is an issue that a majority of Texans and residents of District 126 support, I understand that there are opinions on both sides. The purpose of Senate Bill 14 is to ensure the integrity of our elections. As the bipartisan Commission on Federal Election Reform concluded, ballot access should have at least the same degree of integrity as boarding a plane or cashing a check, both of which require a photo ID.

Under the current law, we do not have the tools necessary to stop in-person voter fraud. In fact, in-person voter fraud may not even be evident until after the election has occurred. Over the last couple of legislative sessions we have heard from many witnesses who testified that voter-registration cards have been stolen and false votes cast in those person's names, most of who where deceased. The Texas Secretary of State, as well as other law enforcement agencies, testified about past and current voter fraud cases that have been prosecuted. Though there are more cases of voter fraud than are prosecuted, even one fraudulent vote can cost an election. Last year, after a re-count, State Representative Donna Howard won her election by 3 votes.

If you would like to watch the House committee testimony on this bill from the 82nd legislative session, you may visit the following link: House Testimony.

While we might not be in agreement on this issue, we probably agree on much more than we disagree. Again, thank you for taking the time to write. I always appreciate hearing from my constituents. If my staff or I can be of further assistance, please do not hesitate to contact us.

Sincerely,
Patricia Harless
State Representative
District 126
512.463.0496 (Capitol office)
281.376.4114 (District office)

---

**From:** Robert Blain [mailto:robblain@hotmail.com]
**Sent:** Tuesday, November 15, 2011 8:47 PM
**To:** Patricia Harless
**Subject:** RE: Op-Ed in Defense of Photo Voter ID in Today's Chronicle

How many documented cases of voter fraud have there been in Texas in the last 10 years?  I think the AG's office has had about 267 requests for investigations out of over 20,000,000 votes... or a rate of 0.001335 (or, in words, less than 2 out of every 100,000 votes...)

Fraud is something that cannot be allowed to happen with any regularity, but I've probably blinked as many times while writing this e-mail as there have been cases of suspected voter fraud in out state.

1

**Ashlee Jahn**

| | |
|---|---|
| **From:** | Patricia Harless |
| **Sent:** | Tuesday, November 22, 2011 5:04 PM |
| **To:** | Jacqueline Clark |
| **Subject:** | RE: Op-Ed in Defense of Photo Voter ID in Today's Chronicle |

| | |
|---|---|
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Dear Ms. Clark,

Thank you for your email. I appreciate you taking the time to express your thoughts on the photo voter ID legislation. While this is an issue that a majority of Texans and residents of District 126 support, I understand that there are opinions on both sides. The purpose of Senate Bill 14 is to ensure the integrity of our elections. As the bipartisan Commission on Federal Election Reform concluded, ballot access should have at least the same degree of integrity as boarding a plane or cashing a check, both of which require a photo ID. Senate Bill 14 ensures access to polls by requiring DPS to provide a free photo election ID to registered voters who request one. The bill also provides reasonable exceptions to the photo ID requirement for indigent and disabled voters. In addition, disabled persons and the elderly will still be able to vote by mail without the photo ID requirements. Current law allows registered voters to vote by mail if they anticipate being out of town during the election, or are over 65, or have an illness or disability that makes them unable to vote in person.

Under the current law, we do not have the tools necessary to stop in-person voter fraud. In fact, in-person voter fraud may not even be evident until after the election has occurred. Over the last couple of legislative sessions we have heard from many witnesses who testified that voter-registration cards have been stolen and false votes cast in those persons names, most of who where deceased. The Texas Secretary of State as well as other law enforcement agencies testified about past and current voter fraud that has been prosecuted. Though there are more cases of voter fraud than are prosecuted, even one fraudulent vote can cost an election. Last year, after a re-count, State Representative Donna Howard won her election by 3 votes.

If you would like to watch the House committee testimony on this bill from the 82nd legislative session, you may visit the following link: House Testimony.

While we might not be in agreement on this issue, we probably agree on much more than we disagree. Again, thank you for taking the time to write. I always appreciate hearing from my constituents. If my staff or I can be of further assistance, please do not hesitate to contact us.

Sincerely,
Patricia Harless
State Representative
District 126
512.463.0496 (Capitol office)
281.376.4114 (District office)

---

**From:** Jacqueline Clark [mailto:jacquisine@earthlink.net]
**Sent:** Tuesday, November 15, 2011 1:50 PM
**To:** Patricia Harless
**Subject:** RE: Op-Ed in Defense of Photo Voter ID in Today's Chronicle

Dear Ms. Harless,

1

LEG00000726

I read your piece in this morning's Chronicle and I find it very disappointing that you support requiring photo voter ID. You failed to cite any evidence of any alleged voter fraud, and raising new barriers for voters seems sadly reminiscent of things like poll taxes and literacy tests. I'm sorry to learn this about you.

Jacquie Clark
jacquisine@earthlink.net
281-687-6620 cell

2

CONFIDENTIAL

LEG00000727

## Ashlee Jahn

| | |
|---|---|
| **From:** | Patricia Harless |
| **Sent:** | Wednesday, November 23, 2011 2:51 PM |
| **To:** | Herbert Steptoe |
| **Subject:** | RE: Op-Ed in Defense of Photo Voter ID in Today's Chronicle |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Dear Mr. Steptoe,

Thank you for your email. I appreciate you taking the time to express your thoughts on the photo voter ID legislation. While this is an issue that a majority of Texans and residents of District 126 support, I understand that there are opinions on both sides. The purpose of Senate Bill 14 is to ensure the integrity of our elections. As the bipartisan Commission on Federal Election Reform concluded, ballot access should have at least the same degree of integrity as boarding a plane or cashing a check, both of which require a government issued photo ID.

Under the current law, we do not have the tools necessary to stop in-person voter fraud. In fact, in-person voter fraud may not even be evident until after the election has occurred. Over the last couple of legislative sessions we have heard from many witnesses who testified that voter-registration cards have been stolen and false votes cast in those person's names, most of who where deceased. The Texas Secretary of State as well as other law enforcement agencies testified about past and current voter fraud cases that have been prosecuted. Though there are more cases of voter fraud than are prosecuted, even one fraudulent vote can cost an election. Last year, after a re-count, State Representative Donna Howard won her election by 3 votes.

If you would like to watch the House committee testimony on this bill from the 82nd legislative session, you may visit the following link: House Testimony. According to the testimony from officials from Georgia and Indiana, both states with photo voter id laws in place, turnout increased in 2008 and 2010.

While we might not be in agreement on this issue, we probably agree on much more than we disagree. Again, thank you for taking the time to write. I always appreciate hearing from my constituents. If my staff or I can be of further assistance, please do not hesitate to contact us.

Sincerely,
Patricia Harless
State Representative
District 126
512.463.0496 (Capitol office)
281.376.4114 (District office)

---

**From:** Herbert Steptoe [mailto:hstep2k@yahoo.com]
**Sent:** Tuesday, November 15, 2011 3:25 PM
**To:** Patricia Harless
**Subject:** Re: Op-Ed in Defense of Photo Voter ID in Today's Chronicle

Breaking the Case.... 👁️😊👁️

1

LEG00000728

Thank you for your op-ed. I am a volunteer voter registrar in Harris County. It should be up to the voter registration office and the elections office to validate and secure election integrity. The fraud do not occur with the voter.

As you stated "we" who passed the bill have yet to present evidence that fraud occurred in Texas among voters at the polls.

Given all the other more important issues facing our state you and Gov. Rick found it more important to put voter id as a top priority. This goes to show where your priorities and what your motives are.

Finally, Rep. Harless could you please produce documented evidence of voter fraud and the cost to this state with this far right agenda item? If you can't provide the evidence then your claims are nul and void. What proof do you have that voter id will improve voter turnout. Please stop the propaganda.

CONFIDENTIAL

LEG00000729