**Patricia Harless**

| | |
|---|---|
| **From:** | Patricia Harless |
| **Sent:** | Monday, April 11, 2011 4:25 PM |
| **To:** | 'hstep2k@yahoo.com' |
| **Subject:** | Voter ID |

Dear Mr. Steptoe,

Thank you for emailing me regarding the issue of Voter ID legislation. I appreciate you sharing your perspective with me on this important issue. The Voter ID legislation is not a radical concept. SB 14 is just asking that every voter verify that "you are who you say you are" before casting a vote, and it is dealing strictly with in-person Voter ID fraud. Protecting the integrity of the election process is essential to restoring the public confidence in our election system. Senate Bill 14 would require voters to show photo identification to election officials before they cast a vote in-person. Voters without acceptable photo ID may cast a provisional ballot, and return within six days with the proper photo ID to have their ballot counted. Acceptable forms of ID include a driver's license or other DPS- issued photo ID, concealed-carry weapon license, passport, military ID or citizenship certificate with a photo.

Thank you again for your email. I always appreciate hearing from my constituents, and I am grateful for you taking the time to contact us. Please feel free to contact our office if you have further questions about this or any other matter. My State email is checked much more frequently, so in the future please use patricia.harless@house.state.tx.us for a quicker response.

Sincerely,

Patricia Harless
State Representative
District 126
512.463.0496 (Capitol office)
281.376.4114 (District office)

------Original Message------
From: patricia@patriciaharless.com
To: patricia@patriciaharless.com
ReplyTo: patricia@patriciaharless.com
Subject: Form submission from patriciaharless.com
Sent: Apr 8, 2011 4:15 PM

Comments: I was in Austin on 4/6/11 for the Save our State Rally. My message is a balanced approach to our budget. A cuts only approach hurts all of Texas. I visited your office while at the Capital. I am sadden to read that you are the author of the House version Voter ID bill. This is not what Texas is about. Could you show me proof of voter fraud. Don\'t get voter fraud confused with voter registration fraud. Have you seen the problem that the other states are facing who are trying to implement voter id? I look forward to your response and I will send you a fact sheet about the terrible voter id. I\'m really disappointed by your actions and this hurts our district.
Email-Address: hstep2k@yahoo.com
First-Name: Herbert

1

Last-Name: Steptoe
Zip-Code: 77038
x: 94
y: 21
address: 13626 WOOD TERRACE DR

----------------------------------------------------------------
This e-mail was generated from a form submission on your website:
patriciaharless.com


Sent via BlackBerry by AT&T

2

TX_00260993
**TEX00260993**

**Alexa Broyles**

| | |
|---|---|
| · **From:** | Patricia Harless |
| **Sent:** | Tuesday, March 13, 2012 12:43 PM |
| **To:** · | Ragan Courtney |
| **Subject:** | RE: Voter ID |

| | |
|---|---|
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

| | |
|---|---|
| **Categories:** | Red Category |

Dear Mr. Courtney,

Thank you for your email. I appreciate you taking the time to express your thoughts on the photo voter ID legislation. While this is an issue that a majority of Texans and residents of District 126 support, I understand that there are opinions on both sides. The purpose of Senate Bill 14 is to ensure the integrity of our elections. As the bipartisan Commission on Federal Election Reform concluded, ballot access should have at least the same degree of integrity as boarding a plane or cashing a check, both of which require a photo ID.

Under the current law, we do not have the tools necessary to stop in-person voter fraud. In fact, in-person voter fraud may not even be evident until after the election has occurred. Over the last couple of legislative sessions we have heard from many witnesses who testified that voter-registration cards have been stolen and false votes cast in those persons names, most of who where deceased. The Texas Secretary of State as well as other law enforcement agencies testified about past and current voter fraud that has been prosecuted. Though there are more cases of voter fraud than are prosecuted, even one fraudulent vote can cost an election. Last year, after a re-count, State Representative Donna Howard won her election by 3 votes.

If you would like to watch the House committee testimony on this bill from the 82nd legislative session, you may visit the following link: House Testimony.

While we might not be in agreement on this issue, we probably agree on much more than we disagree. Again, thank you for taking the time to write. I always appreciate hearing from my constituents. If my staff or I can be of further assistance, please do not hesitate to contact us.

Sincerely,
Patricia Harless
State Representative
District 126
512.463.0496 (Capitol office)
281.376.4114 (District office)

**From:** Ragan Courtney [mailto:ragancourtney@gmail.com]
**Sent:** Monday, March 12, 2012 5:01 PM
**To:** Patricia Harless
**Subject:** Voter ID

Ms. Harless,
I am not convinced that there is fraud in our election (except the time the Supreme Court gave the election to George Bush) that would merit passing Senate Bill 14.

1

CONFIDENTIAL

I think that this is a fabricated problem that keeps our elected officials from working on the economy and jobs. Like many voters, I am debating as to whether I want any politicians to return to office. You *all* seem to have drunk the kool-aid.
Sincerely,
Ragan Courtney

2

LEG00000733

**Alexa Broyles**

| | |
|---|---|
| **From:** | Patricia Harless |
| **Sent:** | Tuesday, March 13, 2012 12:40 PM |
| **To:** | PENELOPE MEITZ |
| **Subject:** | RE: Update from Representative Patricia Harless |

| | |
|---|---|
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

| | |
|---|---|
| **Categories:** | Red Category |

Dear Ms. Meitz,

Thank you for your email. I appreciate you taking the time to express your thoughts on the photo voter ID legislation. While this is an issue that a majority of Texans and residents of District 126 support, I understand that there are opinions on both sides. The purpose of Senate Bill 14 is to ensure the integrity of our elections. As the bipartisan Commission on Federal Election Reform concluded, ballot access should have at least the same degree of integrity as boarding a plane or cashing a check, both of which require a photo ID.

While we might not be in agreement on this issue, we probably agree on much more than we disagree. Again, thank you for taking the time to write. I always appreciate hearing from my constituents. If my staff or I can be of further assistance, please do not hesitate to contact us.

Sincerely,
Patricia Harless
State Representative
District 126
512.463.0496 (Capitol office)
281.376.4114 (District office)

**From:** PENELOPE MEITZ [mailto:pjmeitz@me.com]
**Sent:** Monday, March 12, 2012 8:14 PM
**To:** Patricia Harless
**Subject:** Re: Update from Representative Patricia Harless

I do not support the photo voter id law. I am glad the DOJ denied pre clearance of this law.
Penny Meitz

1

LEG00000734

**Alexa Broyles**

| | |
|---|---|
| From: | Patricia Harless |
| Sent: | Tuesday, March 13, 2012 12:36 PM |
| To: | Eileen Nehiley |
| Subject: | RE: Voter photo ID |
| | |
| Follow Up Flag: | Follow up |
| Flag Status: | Flagged |
| | |
| Categories: | Red Category |

Dear Ms. Nehiley,

Thank you for your email. I appreciate you taking the time to express your thoughts on the photo voter ID legislation. While this is an issue that a majority of Texans and residents of District 126 support, I understand that there are opinions on both sides. The purpose of Senate Bill 14 is to ensure the integrity of our elections. As the bipartisan Commission on Federal Election Reform concluded, ballot access should have at least the same degree of integrity as boarding a plane or cashing a check, both of which require a photo ID. Senate Bill 14 ensures access to polls by requiring DPS to provide a free photo election ID to registered voters who request one. The bill also provides reasonable exceptions to the photo ID requirement for indigent and disabled voters. In addition, disabled persons and the elderly will still be able to vote by mail without the photo ID requirements. Current law allows registered voters to vote by mail if they anticipate being out of town during the election, or are over 65, or have an illness or disability that makes them unable to vote in person.

While we might not be in agreement on this issue, we probably agree on much more than we disagree. Again, thank you for taking the time to write. I always appreciate hearing from my constituents. If my staff or I can be of further assistance, please do not hesitate to contact us.

Sincerely,
Patricia Harless
State Representative
District 126
512.463.0496 (Capitol office)
281.376.4114 (District office)

-----Original Message-----
From: Eileen Nehiley [mailto:enehiley@gmail.com]
Sent: Monday, March 12, 2012 4:51 PM
To: Patricia Harless
Subject: Voter photo ID

Honorable Patricia Harless:

I support fair voting rights. I am reluctant to support the voter ID & understand that the Department of Justice, who is charged with upholding the constitution, would deny preclearance of such a requirement.
Nothing should serve to disenfranchise those who are without means to jump extra hurdles to vote.
We need more access to voting, not less.

Sincerely,
Eileen Nehiley

1

CONFIDENTIAL

LEG00000735

**Alexa Broyles**

| | |
|---|---|
| **From:** | Patricia Harless |
| **Sent:** | Tuesday, March 13, 2012 12:58 PM |
| **To:** | Janis Pool |
| **Subject:** | RE: Update from Representative Patricia Harless |

| | |
|---|---|
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

| | |
|---|---|
| **Categories:** | Red Category |

Dear Ms. Pool,

Thank you for your email. I appreciate you taking the time to express your thoughts on the photo voter ID legislation. Over the last couple of legislative sessions we have heard from many witnesses who testified that voter-registration cards have been stolen and false votes cast in those persons names, most of who where deceased. The Texas Secretary of State as well as other law enforcement agencies testified about past and current voter fraud that has been prosecuted. If you would like to watch the House committee testimony on this bill from the 82nd legislative session, you may visit the following link: House Testimony.

To account for reasonable differences (name change because of marriage, suffixes such as Jr., etc.) between your TDL and voter registration, the name on the ID must be "substantially similar" to the name on the voter list. An exact match is not required.

Again, thank you for taking the time to write. I always appreciate hearing from my constituents. If my staff or I can be of further assistance, please do not hesitate to contact us.

Sincerely,
Patricia Harless
State Representative
District 126
512.463.0496 (Capitol office)
281.376.4114 (District office)

---

From: Janis Pool [mailto:janis@wfdinc.com]
Sent: Monday, March 12, 2012 5:45 PM
To: Patricia Harless
Subject: Re: Update from Representative Patricia Harless

I have looked for instances of voter fraud in Texas. I know several people who registered without reading the card that they were filling out, but they never voted.

One did not even look at the card when she was registering her car in Texas. She was stunned when I told her she was a registered voter even though she was British.

I have research but am unable to find any fraud since LBJ. Was there testimony when the bill was discussed that I missed?

Is it true that our names must match on the voter registration card and our TDL?

Janis O Pool

1

LEG00000736

## Alexa Broyles

**From:** Patricia Harless
**Sent:** Tuesday, March 13, 2012 12:38 PM
**To:** jpr3982042@aol.com
**Subject:** RE: Update from Representative Patricia Harless

**Follow Up Flag:** Follow up
**Flag Status:** Flagged

**Categories:** Red Category

Dear Mr. Probst,

Thank you for your email. I appreciate you taking the time to express your thoughts on the photo voter ID legislation. While this is an issue that a majority of Texans and residents of District 126 support, I understand that there are opinions on both sides. The purpose of Senate Bill 14 is to ensure the integrity of our elections. As the bipartisan Commission on Federal Election Reform concluded, ballot access should have at least the same degree of integrity as boarding a plane or cashing a check, both of which require a photo ID. Under the current law, we do not have the tools necessary to stop in-person voter fraud. In fact, in-person voter fraud may not even be evident until after the election has occurred. Over the last couple of legislative sessions we have heard from many witnesses who testified that voter-registration cards have been stolen and false votes cast in those persons names, most of who where deceased. The Texas Secretary of State as well as other law enforcement agencies testified about past and current voter fraud that has been prosecuted. Though there are more cases of voter fraud than are prosecuted, even one fraudulent vote can cost an election. Last year, after a re-count, State Representative Donna Howard won her election by 3 votes.

If you would like to watch the House committee testimony on this bill from the 82nd legislative session, you may visit the following link: House Testimony.

While we might not be in agreement on this issue, we probably agree on much more than we disagree. Again, thank you for taking the time to write. I always appreciate hearing from my constituents. If my staff or I can be of further assistance, please do not hesitate to contact us.

Sincerely,
Patricia Harless
State Representative
District 126
512.463.0496 (Capitol office)
281.376.4114 (District office)

**From:** jpr3982042@aol.com [mailto:jpr3982042@aol.com]
**Sent:** Monday, March 12, 2012 6:32 PM
**To:** Patricia Harless
**Subject:** Re: Update from Representative Patricia Harless

This is a total waste of time and money. There is NO voter fraud in TX and it's been proven. Just another Repub attack on US citizens. Why not introduce another woman intrisive bill? That will get the republican party farther. NOT!!!!!! Let's work on good paying jobs!!!!!!!!

1

LEG00000737

**Alexa Broyles**

| | |
|---|---|
| From: | Patricia Harless |
| Sent: | Thursday, March 22, 2012 9:18 AM |
| To: | Ward Larkin |
| Subject: | RE: Update from Representative Patricia Harless |
| Attachments: | image001.jpg |
| | |
| Follow Up Flag: | Follow up |
| Flag Status: | Flagged |
| | |
| Categories: | Red Category |

Dear Mr. Larkin,

Thank you for your email on the photo voter ID legislation. I understand the passion for and against photo voter ID, and I appreciate you taking the time to express your thoughts. Our recent email newsletter could have been more specific, to clarify that under Section 5 of the Voting Rights Act, Texas is one of the states subject to preclearance.

In response to your concerns about the legislation affecting turnout, evidence from states that have implemented photo voter ID (Georgia and Indiana) shows an increase in voter turnout. Minority turnout, as well as overall turnout, increased in Georgia and Indiana during the 2008 and 2010 elections. House committee testimony from witnesses from these states suggested the increase in turnout was due in part to increased voter confidence in elections. If you would like to watch the House committee testimony on this bill from the 82nd legislative session, you may visit the following link: House Testimony.

The Department of Public Safety (DPS) is prepared to issue the free election identification certificates as soon as federal approval is granted. DPS will issue the election ID cards in a manner similar to how driver's licenses and personal identification cards are currently issued.

Again, thank you for taking the time to write. I always appreciate hearing from my constituents. If my staff or I can be of further assistance, please do not hesitate to contact us.

Sincerely,
Patricia Harless
State Representative
District 126
512.463.0496 (Capitol office)
281.376.4114 (District office)

**From:** Ward Larkin [mailto:wardlarkin@hotmail.com]
**Sent:** Tuesday, March 13, 2012 4:53 PM
**To:** Patricia Harless
**Subject:** RE: Update from Representative Patricia Harless

You message contains too many serious mistakes for me to ignore.

1

CONFIDENTIAL

1) all states are subject to the U.S. Voting Rights Act of 1965. Only those states that have discriminated in voting by race or color are required to submit for preclearance before they may change their voting laws -- Section 5 of the Voting Rights Act of 1965.

2) As the U.S. Dept. of Justice found, your voter identification law will create more election fraud than it will prevent. The two most common forms of election fraud are a) keeping eligible voters from casting their vote freely, and b) altering the results of an election.

Your voter identification law will do nothing to prevent the illegal altering of election results. That is, and for example, tampering with the voting boxes associated with election tabulation. Also, as the U.S. Dept. of Justice found, your voter identification law will put up roadblocks to keep eligible poor voters from voting. State law changes cannot make it more difficult to vote. Your voter identification law does make it more difficult for many -- mostly the poor, and mostly (in my personal opinion) the people who will likely vote against you.


Ward Larkin

P.S. I've asked before, but no one in your office told me specifically, how am I to obtain this so-called "free" photo ID card from the Texas Department of Public Safety?

---

From: Patricia.Harless@house.state.tx.us
To: Patricia.Harless@house.state.tx.us
Subject: Update from Representative Patricia Harless
Date: Mon, 12 Mar 2012 21:02:52 +0000



March 12, 2012

Dear Friends,

Today, the U.S. Department of Justice (DOJ) denied preclearance of the photo voter identification law (Senate Bill 14) under Section 5 of the Voting Rights Act. As the House sponsor of this legislation, I am disappointed that the DOJ did not approve our photo voter ID law.

Because Texas is one of the states subject to the federal voting rights act, the photo voter ID law must be reviewed by the DOJ, or a federal 3 judge panel, in a process called "preclearance." Before an election law can be implemented, the preclearance process analyzes the law to determine whether it will discriminate based on race or color. The Texas Secretary of State submitted its preclearance application to the DOJ on July 25.

On January 23, the Texas Attorney General Greg Abbott filed suit in federal court seeking immediate enforcement of the photo voter ID law. The Attorney General's legal action will move forward after today's

2

LEG00000740

DOJ decision to deny preclearance. I am confident the photo voter ID law will be fully implemented, ensuring that our elections are conducted fairly and without fraud.

---

It is a great honor to represent the constituents of District 126 at the State Capitol. If you have any questions or concerns, please contact my office or email me at Patricia.Harless@house.state.tx.us. Please feel free to forward this email update. If you would like to have an email address added to or removed from this distribution list, please send us a reply.

Sincerely,

Patricia Harless
State Representative
District 126
512.463.0496 (Capitol office)
281.376.4114 (District office)

3

CONFIDENTIAL

LEG00000741

**Alexa Broyles**

| | |
|---|---|
| **From:** | Patricia Harless |
| **Sent:** | Friday, March 23, 2012 12:31 PM |
| **To:** | mscheffler1@comcast.net |
| **Subject:** | RE: Update from Representative Patricia Harless |
| **Attachments:** | 2011-11-18-10.13.35.375622.pdf |

| | |
|---|---|
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

| | |
|---|---|
| **Categories:** | Red Category |

Dear Ms. Scheffler,

Thank you for your email on the photo voter ID legislation. I understand the passion for and against photo voter ID, and I appreciate you taking the time to express your thoughts. I consider myself an independent voter as well. The purpose of our newsletters is to open a line of communication with constituents, those who agree or disagree.

The legislation will not change how people get to the polls. There are no provisions in the bill regarding transportation. As we wrote previously (email attached), those who would have difficulty traveling to a polling place or a DPS office, such as the elderly or disabled, can still vote by mail. In addition, there is a specific exemption from the ID requirements for those with disabilities.

In response to your concerns about the legislation affecting turnout, evidence from states that have implemented photo voter ID (Georgia and Indiana) shows an increase in voter turnout. Minority turnout, as well as overall turnout, increased in Georgia and Indiana during the 2008 and 2010 elections. House committee testimony from witnesses from these states suggested the increase in turnout was due in part to increased voter confidence in elections. We expect the same results from the Texas legislation. If you would like to watch the House committee testimony on this bill from the 82nd legislative session, you may visit the following link: House Testimony.

While we might not be in agreement on this issue, we probably agree on much more than we disagree. Again, thank you for taking the time to write. If my staff or I can be of further assistance, please do not hesitate to contact us.

Sincerely,
Patricia Harless
State Representative
District 126
512.463.0496 (Capitol office)
281.376.4114 (District office)

**From:** mscheffler1@comcast.net [mailto:mscheffler1@comcast.net]
**Sent:** Monday, March 12, 2012 5:13 PM
**To:** Patricia Harless
**Subject:** Re: Update from Representative Patricia Harless

I wrote to you earlier about this subject and you assured me that the voter id law would be able to encompass ALL low income people without transportation to the polls and wouldn't target hispanics or

1

blacks who republicans think wouldn't vote intelligently even if they got a ride to get their voter id and then also had transportation to vote on election day.

I have read what that voter id law says and it seemed to me to do exactly what I asked you about and would deny citizens of our state to exercise their right to vote. This seems pretty elitist to me and also seems to show that the right wing republicans are determined to get their people elected by hook or by crook—crook being the operative word here.

I am relieved that the law did not pass. Even though I wouldn't have a problem voting or getting to the polls ( I am a white former teacher, 72 years old, educated etc.etc) I know without a doubt that there will be people who cannot get an id or a ride to the polls. It is this kind of action that makes people very suspicious of the agenda that the republicans seem to have now. I have not always voted as a democrat. In fact I see myself as an independent who finds as much out about an opponent as I can and then cast my vote. I am not the least bit unhappy with what President Obama has done, or is attempting to do and will vote for him again. I imagine that statement will keep me from ever hearing from you again, but that's just what it is.  Thanks for letting me rant and rave. Sincerely, Marilyn Scheffler

CONFIDENTIAL

LEG00000743

**Alexa Broyles**

| | |
|---|---|
| **From:** | Patricia Harless |
| **Sent:** | Monday, September 03, 2012 10:06 AM |
| **To:** | Duncan Parish |
| **Subject:** | Re: Update from Representative Patricia Harless |

| | |
|---|---|
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

| | |
|---|---|
| **Categories:** | Red Category |

Mr. Parish,

Nice to hear from you. I will see Pete in a couple of weeks so I will tell him you ask about him. I think he has a good chance of winning the congressional seat. We will miss him in the Texas House.

I'm not sure of the number nation wide. In Texas during the May 29th primary, we had 239 dead people vote with 213 of those dead people voting in person.

In person voter fraud is very hard to prosecute because you can not ask for an ID if a person shows up with a voter registration certificate. If I show up with your VRC & sign the book, I can vote. Of course I risk prosecution if caught but it is hard to catch. It would mean the person checking me in at the polls know me & knows you & is willing to go thru all the steps to prosecute me. Just a burdensome process.

Every vote counts. Last session state rep Donna Howard won her race by 14 votes. 2 sessions ago Borris Miles lost his state rep seat by 8 votes.

This is an issue that is important to my district. Both republicans & democratic people support.

Take care.

Patricia Harless.

Sent from my iPhone

On Aug 31, 2012, at 2:18 PM, "Duncan Parish" <duncan.parish5@gmail.com> wrote:

> 31 Aug 12 -- Is it actually true that in the last election cycle, only 86 cases of voter fraud were detected nationwide? If not, how many have been? If so, this seems a waste of time and money and it seems to deny voters who have never had photo i.d.'s access to the polls.
> By the way, it this a Tea Party driven bill? Perhaps we need some conscientious moderates on both sides of the aisle who hopefully may care more about state and nation than a Party.
> [Just venting]
> ><()))*>
> May God continue to richly bless you and yours, now and eternally.

1

CONFIDENTIAL

Lion Rev Duncan Parish
Acting District Governor
Lions District 2-S1
Home: Colmesneil, Tx, but formerly of Klein, where I worked at LA Fitness and knew your husband.
I appreciate your sending me these missives.
P.S. -- I'll really miss my friend Pete Gallego.  I hope he's successful for Congress.

On Thu, Aug 30, 2012 at 5:23 PM, Patricia Harless <Patricia.Harless@house.state.tx.us> wrote:

<image001.png>

August 30, 2012

Dear Friends,

This newsletter contains important information on recent court rulings regarding voter identification legislation and redistricting. Also included in the newsletter is information on obesity awareness and a local monument for soldiers who have lost their lives in Iraq and Afghanistan.

### Voter ID Legislation Denied Preclearance

Today, a three judge panel in Washington D.C. denied preclearance for the photo voter identification legislation. A copy of the opinion can be found here. The panel ruled that Texas did not meet its burden of proof, by failing to show the law would not have a discriminatory impact. This means the legislation passed last session requiring a photo ID before voting will not be in effect for the November election. Texas Attorney General Greg Abbott issued the following statement after the ruling:

"The Supreme Court of the United States has already upheld Voter ID laws as a constitutional method of ensuring integrity at the ballot box. Today's decision is wrong on the law and improperly prevents Texas from implementing the same type of ballot integrity safeguards that are employed by Georgia and Indiana - and were upheld by the Supreme Court. The State will appeal this decision to the U.S. Supreme Court, where we are confident we will prevail."

17 states have laws requiring voters to present a photo ID before voting. Six of those states have photo ID laws awaiting preclearance or currently ineffective because of legal challenges. Last year, new voter ID laws passed in Kansas, Mississippi, Rhode Island and Wisconsin. In addition

2

CONFIDENTIAL

to Texas and South Carolina, Alabama and Tennessee tightened existing voter ID laws to require photo ID.

## Redistricting Maps Denied Preclearance

On Tuesday, a separate three judge panel in Washington D.C. denied preclearance for the Texas Congressional, House and Senate redistricting maps. A copy of the opinion can be found here. The ruling was not on the interim maps drawn by federal judges (the maps in use for the current election) but on those drawn by the legislature last legislative session. The Texas Attorney General stated that they will appeal the panel's decision to the US Supreme Court. Pending a ruling on the issue from the Supreme court, there are several potential outcomes the federal judges could choose, including: keep the interim maps and wait until after the November election to make changes; keep the interim maps and send redistricting back to the Legislature for changes; make small adjustments to the current interim maps before the November election; or a wholesale overhaul of the redistricting maps that would incorporate the issues identified.

A status conference has been set in the Texas redistricting case for Friday, August 31 to address some of the uncertainty with the future of the redistricting maps. It appears unlikely that there will be changes to the interim maps being used in the November election.

## Obesity Awareness Week

The second week of September marks the 5th annual Texas Obesity Awareness Week. Obesity rates in Texas have tripled in the last 30 years with approximately one-third of Texas adults being either overweight or obese. Being overweight can increase a person's risk of heart disease, stroke, high blood pressure, type 2 diabetes, certain cancers, and other serious medical conditions. Our children will be the first generation in which their life span is shorter than their parents. Please take time this month to remember the importance of maintaining a healthy lifestyle. Prevention and awareness is a key step in tackling this epidemic.

## Fallen Soldier Monument

Work and fundraising continues on the memorial to be placed at the corner of Cutten Road and Cypresswood Drive. The monument will be placed within the Cy-Champ PUD Park, and will stand for those who have given their lives in Iraq and Afghanistan fighting for our nation. The monument is scheduled to be dedicated October 6, 2012. Please visit the monument's website at www.kiamonument.org for donation information and more details. ·

## Upcoming Community Speaking Events

3

LEG00000748

With the school year beginning and the end of summer, it is a busy time in the district for community meetings and events. Some of the upcoming meetings where I will be speaking are: the Greater Houston Partnership State Relations Committee, NW Houston Chamber of Commerce luncheon, recognition ceremony for Cypress Creek EMS, the dedication of the fallen soldier's monument, Altria Senior Living Facility, Daughters of the American Revolution meeting, and an event at the Pearl Fincher Museum of Fine Arts.

---

If you have any questions or concerns, please contact my office or email me at Patricia.Harless@house.state.tx.us. Please feel free to forward this email update. If you would like to have an email address added to or removed from this distribution list, please send us a reply.

Sincerely,

Patricia Harless

State Representative

District 126

512.463.0496 (Capitol office)

281.376.4114 (District office)

--
><(((*>
Duncan

4

CONFIDENTIAL

LEG00000749

**Alexa Broyles**

| | |
|---|---|
| **From:** | Patricia Harless |
| **Sent:** | Monday, October 22, 2012 5:08 PM |
| **To:** | Jacob Smith |
| **Subject:** | RE: Can I vote? |

| | |
|---|---|
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

| | |
|---|---|
| **Categories:** | Red Category |

Dear Mr. Smith,

Thank you for your email regarding identification for voting. The legislation passed last session requiring a voter to present a photo ID is not in effect. For the general election this November, continue to vote as you have in the past.

Again, thank you for your email. Please feel free to contact our office if you have further questions on this matter.

Sincerely,

Patricia Harless
State Representative
District 126
512.463.0496 (Capitol office)

**From:** Jacob Smith [mailto:jasmith734@gmail.com]
**Sent:** Sunday, October 21, 2012 10:04 PM
**To:** Patricia Harless
**Subject:** Can I vote?

Hello Representative Harless,

My name is Jacob Smith and I have heard a lot in the news lately about identification being required at the polls. I do not have a driver's license. Can I still vote in November? Thank you for your help.

Sincerely,
Jacob Smith

1

CONFIDENTIAL

LEG00000750

## Alexa Broyles

| | |
|---|---|
| **From:** | Patricia Harless |
| **Sent:** | Wednesday, October 30, 2013 10:36 AM |
| **To:** | Lssimcox@yahoo.com |
| **Subject:** | RE: Provision of New Voter ID Law |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |
| **Categories:** | Red Category |

Dear Linda,

Thank you for your email regarding provisions of the Voter ID law. I appreciate you taking the time to share your concerns with me.

My staff contacted the Harris County Clerk's office to look into this issue. According to the County Clerk's office, they have received no complaints or had any problems implementing the Voter ID law. Their poll workers have been trained to check for name similarities. For instance, in your situation, if your first and last names matched up and the address was the same on your voter registration card and your driver's license, even if your "middle" name was different, you should have no trouble voting. If for any reason you did experience difficulties voting, please contact the County Clerks' office at 713-755-6411 and they should be able to straighten it out.

Again, thank you for taking the time to contact me. I always appreciate hearing from my constituents, and I am grateful for you taking the time to write. Please feel free to contact our office if you have further questions about this or any other matter.

Sincerely,

Patricia Harless
State Representative
District 126
512-463-0496 (Capitol office)
281-376-4114 (District office)

---

**From:** Lssimcox@yahoo.com
**Sent:** Tuesday, October 29, 2013 12:08:04 AM (UTC-06:00) Central Time (US & Canada)
**To:** District126 Harless
**Subject:** INETMAIL: Provision of New Voter ID Law

Prefix: Mrs
First Name: Linda
Middle Name:
Last Name: Simcox
Suffix:
Title:
Business:

Address line 1: 6423 Sutter Park Lane

1

LEG00000753

**Address line 2:**
**City:** Houston
**State:** TX
**Zipcode:** 77066
**Phone:** 832-6563041
**E-mail:** Lssimcox@yahoo.com

**Subject:**
Provision of New Voter ID Law

**Message:**
Dear Rep. Harless,

I was reading an article in the "Houston Chronicle" this evening about the new TX Voter ID Law. A TX judge was almost turned,away from the polling place because her Driver's License had her first, maiden, and current last name, but her Voter Registration card had her first, given middle, and current last name on it. Some of the people supervising at the polling place said that her names on the 2 documents were NOT substantially similar and wanted her to cast a provisional ballot.

Because I have the same situation (maiden name used as middle name on my Driver's License and given middle name on my Voter Registration card), I looked up the provisions of the law. According to those, it seems like I should NOT have any trouble casting a regular ballot... except that polling place personnel have the final decision in such a case. That concerns me because of biases that some officials might have as to Party affiliation. I checked my Concealed Carry ID and on that one I only have my first and last names so I'm still in a bit of a quandary.

How would you recommend remedying this? What would be the least costly manner of resolving this issue? Can one get a Voter ID card from the Driver's License office specifically for voting purposes? I am not due to renew my driver's license for some time. OR, can the Voter Registration card be amended so as to reflect what is on my Driver's License? I chose to use my maiden name as my middle name on my Driver's License over 40 years ago to make it easier for DPS to track the change. In fact, I believe that was the law or, at least, regular practice, many years ago.

I'm sure that I'm not the only Republican woman in this situation, and I think this issue ought to be publicized before the next general statewide election or that polling place personnel should be trained to know exactly what the provisions of the law are.

I do plan to vote in the election now underway... partly to see how my situation plays out.

Leaders in the Republican Party need to educate those who vote, especially Republican women, that they need to have matching Voter Registration and Photo ID documentation, and they need instructions on how to accomplish that if their information isn't exactly the same.

I would appreciate any help you can provide.

Sincerely,
Linda Simcox

**ComputerIP:** 99.179.175.232

2

LEG00000754

## Patricia Harless

**From:**       Patricia Harless
**Sent:**       Monday, February 24, 2014 1:30 PM
**To:**         'Ward Larkin'
**Subject:**    RE: Texas Voter ID Law & Harris County District Clerk

Dear Mr. Larkin,

Thank you for bringing this to my attention. I have not personally heard of any voters with permanent exemptions being denied the right to vote or being required to vote by a provisional ballot. I appreciate your vigilance in looking out for the voters in Harris County.

Sincerely,

Patricia Harless
State Representative
District 126

---

**From:** Ward Larkin [mailto:wardlarkin@hotmail.com]
**Sent:** Tuesday, February 18, 2014 4:01 PM
**To:** Patricia Harless; lisa.falkenberg@chron.com
**Subject:** Texas Voter ID Law & Harris County District Clerk

This is the statement I received from Hector DeLeon of the Harris County Clerk's Office. NOTE: the Texas Secretary of State provides on its website that I should ask my County CLerk whenever I have more concerns about the Texas Voter ID Law.

NOTE: the Texas Voter ID Law has permanent exemptions, yet Mr. DeLeon doesn't mention them. For example, there are disability exemptions and there are religious exemptions. Instead Mr. DeLeon provides

all voters who vote in person in Texas are required to provide an acceptable form of ID. It does not matter who they are

It sure appears to me that the Texas Voter ID law is being unlawfully applied in Harris County.

-- Ward Larkin

---

From: HDeLeon@cco.hctx.net
To: wardlarkin@hotmail.com
Subject: RE: Texas Voter ID Law
Date: Tue, 18 Feb 2014 21:47:29 +0000

County Election Administrators do not make up the law. The law is made by the State Legislature and the parameters by which the law is implemented are left to the Secretary of State to provide.

Currently, all voters who vote in person in Texas are required to provide an acceptable form of ID. It does not matter who they are. Still, if a voter does not have the required photo ID, **the voter is afforded the opportunity to vote a**

1

CONFIDENTIAL

**provisional ballot**. The voter who casts a provisional ballot due to lack of acceptable form of photo ID has (six) 6 days to present proper identification to the county voter registrar, or the voter's ballot will be rejected.

That is the last word this office has on that question. If you have further questions about the matter please contact Douglas Ray with the Harris County Attorney's Office.

Thank you.

2

CONFIDENTIAL