**HB 3681** (By Martinez Fischer), Relating to assessments of physical fitness of public school students and campus ratings based on that assessment.
To Public Education.

**HB 3682** (By Martinez Fischer), Relating to physical activity requirements applicable to public school students.
To Public Education.

**HB 3683** (By Martinez Fischer), Relating to hearings and appeals in connection with the insurance commissioner's disapproval of a property and casualty insurance rate.
To Insurance.

**HB 3684** (By Callegari), Relating to evaluating and providing for efficient government resource allocation.
To Government Efficiency and Reform.

**HB 3685** (By Aliseda), Relating to the collection and distribution of sales taxes and the hours of operation for certain retailers.
To Ways and Means.

**HB 3686** (By Brown), Relating to allowing certain identifiable communities in the extraterritorial jurisdiction of a municipality to incorporate.
To County Affairs.

**HB 3687** (By Perry), Relating to the closed formulary for workers' compensation pharmaceutical benefits.
To State Affairs.

**HB 3688** (By Hochberg), Relating to the collection of contributions by the Teacher Retirement System of Texas.
To Pensions, Investments, and Financial Services.

**HB 3689** (By Oliveira), Relating to the partnership agreement between The University of Texas at Brownsville and the Texas Southmost College District.
To Higher Education.

**HB 3690** (By Anchia), Relating to the boundaries and financing of a public improvement district.
To Urban Affairs.

**HB 3691** (By Gallego), Relating to the provision of certain programs and services by a community supervision and corrections department.
To Corrections.

**HB 3692** (By Gallego), Relating to peace officer interaction with persons with mental illness and to a person's incompetency to stand trial.
To Criminal Jurisprudence.

**HB 3693** (By Gallego), Relating to the supplemental compensation of certain local administrative district judges.
To Judiciary and Civil Jurisprudence.

**HB 3694** (By Gallego), Relating to certain requirements of sports officials by the University Interscholastic League.

To Public Education.

**HB 3695** (By Gallego), Relating to confidentiality of Class C misdemeanor records related to the conviction of a child.

To Criminal Jurisprudence.

**HB 3696** (By Gallego), Relating to concurrent state and federal legislative jurisdiction over units of the national park system in this state.

To Culture, Recreation, and Tourism.

**HB 3697** (By Gallego), Relating to the establishment of a Service to Texas requirement for undergraduate students at public institutions of higher education and the establishment of a Service to Texas program.

To Higher Education.

**HB 3698** (By Gallego), Relating to jurisdiction of district courts and criminal district courts in certain criminal proceedings.

To Criminal Jurisprudence.

**HB 3699** (By Turner), Relating to the disposal of nonparty compact low-level radioactive waste at the Texas Low-Level Radioactive Waste Disposal Compact waste disposal facility.

To Environmental Regulation.

**HB 3700** (By Larson), Relating to the conversion of a nontolled state highway or segment of the state highway system to a toll project.

To Transportation.

**HB 3701** (By Fletcher), Relating to the confidentiality of certain personal information.

To State Affairs.

**HB 3702** (By Raymond), Relating to sales and use tax imposed by boards of certain municipal transit departments.

To Ways and Means.

**HB 3703** (By Raymond), Relating to the use of certain aviation and air transportation-related tax proceeds for aviation facilities development.

To Ways and Means.

**HB 3704** (By Brown), Relating to the taxation of political subdivisions of the state.

To Ways and Means.

**HB 3705** (By Hamilton), Relating to the creation of the disaster reconstruction coordination office within the governor's office; creating the disaster contingency account.

To Homeland Security and Public Safety.

**HB 3706** (By Callegari), Relating to measures in anticipation of federal legislation that would recognize the sovereignty of the states by providing each state with autonomy in determining whether and to what extent certain federal programs or mandates would apply in that state.

To Select State Sovereignty.

**HB 3707** (By Christian), Relating to the waiting period for certain spouses filing for divorce on the grounds of insupportability.

To Judiciary and Civil Jurisprudence.

**HB 3708** (By Hochberg), Relating to the Early High School Graduation Scholarship Program.

To Public Education.

**HB 3709** (By Hochberg), Relating to reducing costs in public school extracurricular activities.

To Public Education.

**HB 3710** (By Lewis), Relating to filling vacancies in appellate judicial offices by appointment, partisan elections for all judicial offices, and nonpartisan elections for the retention or rejection for all judicial offices.

To Judiciary and Civil Jurisprudence.

**HB 3711** (By D. Howard), Relating to requirements for the coordinated admission program at The University of Texas at Austin.

To Higher Education.

**HB 3712** (By Giddings), Relating to the reporting of information by a school district relating to certain offenses committed by certain students.

To Public Education.

**HB 3713** (By Giddings), Relating to a grant program to promote good citizenship.

To Public Education.

**HB 3714** (By McClendon), Relating to the regulation of controlled substances and the establishment of an electronic system for monitoring controlled substances; providing criminal penalties.

To Public Health.

**HB 3715** (By Workman), Relating to standards applicable to propane distribution system retailers.

To Energy Resources.

**HB 3716** (By Guillen), Relating to the evaluation of applications for certain financial assistance administered by the Texas Department of Housing and Community Affairs.

To Urban Affairs.

**HB 3717** (By Guillen), Relating to fees for emergency first response service provided by certain counties.

To Border and Intergovernmental Affairs.

Case 2:13-cv-00193   Document 743-24   Filed on 11/17/14 in TXSD   Page 4 of 17

HB 3718 (By Gutierrez), Relating to the sale of real property.
To Business and Industry.

HB 3719 (By Gutierrez), Relating to truancy and the jurisdiction of justice courts
To Public Education.

HB 3720 (By Turner), Relating to the transfer of housing funds from the Texas Department of Housing and Community Affairs to the Texas Veterans Commission.
To Defense and Veterans' Affairs.

HB 3721 (By Patrick), Relating to formula funding for certain semester credit hours earned for dual course credit.
To Higher Education.

HB 3722 (By Guillen), Relating to the boater education program at the parks and wildlife department.
To Culture, Recreation, and Tourism.

HB 3723 (By Guillen), Relating to optional fees on the registration of a vehicle imposed by a county.
To Transportation.

HB 3724 (By Guillen), Relating to the Chronic Kidney Disease Task Force
To Public Health.

HB 3725 (By Guillen), Relating to the preservation and maintenance of the Alamo by the Texas Historical Commission.
To Culture, Recreation, and Tourism.

HB 3726 (By Guillen), Relating to an annual report of the private entity granted care and custody of the Alamo.
To Culture, Recreation, and Tourism.

HB 3727 (By Hilderbran), Relating to the computation of the property tax on temporary production aircraft.
To Ways and Means.

HB 3728 (By Jackson), Relating to the composition of and powers and duties of the Commission on Jail Standards.
To County Affairs.

HB 3729 (By Martinez), Relating to the expansion of extraterritorial jurisdiction in certain municipalities.
To Land and Resource Management.

HB 3730 (By Martinez), Relating to the department of transportation's privatization of maintenance contracts.
To Transportation.

HB 3731 (By Martinez), Relating to the accommodation of bicycles, pedestrians, and mass transit riders on streets and highways.
To Transportation.

**HB 3732** (By Martinez), Relating to the authority of a regional mobility authority to enter into a comprehensive development agreement.

To Transportation.

**HB 3733** (By Martinez), Relating to the creation of Texas Task Force 3 in the Rio Grande Valley.

To Homeland Security and Public Safety.

**HB 3734** (By Martinez), Relating to certain comprehensive development agreements of the Texas Department of Transportation.

To Transportation.

**HB 3735** (By Martinez), Relating to the composition of the Texas Commission on Fire Protection and the disposition of certain fees collected by the commission.

To Urban Affairs.

**HB 3736** (By Martinez), Relating to appointment of a department head of a fire or police department in certain municipalities.

To Urban Affairs.

**HB 3737** (By Martinez), Relating to broadcasting of athletic competitions sponsored or sanctioned by the University Interscholastic League.

To Public Education.

**HB 3738** (By Martinez), Relating to the designation of the Mid Valley Airport as the disaster relief headquarters for the Rio Grande Valley.

To Homeland Security and Public Safety.

**HB 3739** (By Morrison), Relating to exempting the sale of certain property used for research and development from the sales tax.

To Ways and Means.

**HB 3740** (By Guillen), Relating to the preservation and maintenance of the Alamo and the financial accountability and transparency of persons granted care and custody over certain historic state real properties.

To Culture, Recreation, and Tourism.

**HB 3741** (By Brown), Relating to an intercollegiate athletics fee at Texas A&M University.

To Higher Education.

**HB 3742** (By Schwertner), Relating to the environmental review of certain transportation projects by the Texas Department of Transportation

To Transportation.

**HB 3743** (By Workman), Relating to the rights, powers, functions, and duties of the West Travis County Municipal Utility District No. 5.

To Natural Resources.

**HB 3744** (By V. Gonzales), Relating to the reimbursement methodology used for certain services provided to Medicaid recipients.

To Public Health.

HB 3745 (By Eiland), Relating to the participation of certain retirees under the proportionate retirement program in the Texas Public School Employees Group Benefits Program.

To Pensions, Investments, and Financial Services.

HB 3746 (By Frullo), Relating to providing resources designed to combat crimes against children, especially crimes regarding child exploitation and child pornography trafficking involving the Internet.

To Criminal Jurisprudence.

HB 3747 (By McClendon), Relating to the selection of certain members of the board of trustees of the Teacher Retirement System of Texas.

To Pensions, Investments, and Financial Services.

HB 3748 (By Phillips), Relating to creating the division of forensic services; abolishing the Texas Forensic Science Commission and transferring certain duties of the commission and the Department of Public Safety to the division of forensic services.

To Homeland Security and Public Safety.

HB 3749 (By Oliveira), Relating to establishing certain rights of an owner of the surface estate in land who does not own any interest in the mineral estate in the land in connection with the exploration for and production of the minerals.

To Energy Resources.

HB 3750 (By Dutton), Relating to the waiver of sovereign immunity of a school district for certain claims arising from the provision of community education child care services.

To Judiciary and Civil Jurisprudence.

HB 3751 (By Harper-Brown), Relating to the presiding officers of the early voting ballot board and a recount committee used in certain elections.

To Elections.

HB 3752 (By Harper-Brown), Relating to a financial institution's action regarding certain withdrawals and deposits.

To Pensions, Investments, and Financial Services.

HB 3753 (By P. King), Relating to the employment of physicians and other staff by certain municipal hospital authorities.

To Urban Affairs.

HB 3754 (By Hilderbran), Relating to the powers and duties of the Office of Public Utility Counsel.

To State Affairs.

HB 3755 (By Cook), Relating to management of certain metropolitan rapid transit authorities.

To Transportation.

HB 3756 (By Carter), Relating to imposing liens for labor and materials provided by interior designers.

To Business and Industry.

HB 3757 (By Callegari), Relating to the coordination of rural and small community initiatives.

To Economic and Small Business Development.

HB 3758 (By Giddings), Relating to the issuance of citations to certain public school students on school property during regular school hours or on a vehicle owned or operated by a county or independent school district.

To Public Education.

HB 3759 (By White), Relating to the criminal offenses for which and the circumstances under which certain communication devices may be detected and communications may be intercepted.

To Criminal Jurisprudence.

HB 3760 (By Oliveira), Relating to home loans that are not federally related mortgage loans; providing civil penalties.

To Pensions, Investments, and Financial Services.

HB 3761 (By Marquez), Relating to the treatment of and services provided to certain inmates in the custody of the Texas Department of Criminal Justice, to the provision of medical care to inmates in the custody of the department, to the release of inmates on parole and other forms of supervised release, and to certain other matters affecting the department.

To Corrections.

HB 3762 (By Marquez), Relating to creating a transparent and deliberative process by which execution procedures are determined.

To Corrections.

HB 3763 (By Marquez), Relating to the release of inmates in the custody of the Texas Department of Criminal Justice on parole or other forms of supervised release.

To Corrections.

HB 3764 (By Marquez), Relating to the policies of the Texas Department of Criminal Justice regarding the use of, and treatment of inmates confined in, administrative segregation.

To Corrections.

HB 3765 (By Pitts), Relating to the date on which certain payments are made by the state under the Foundation School Program.

To Appropriations.

HB 3766 (By Pitts), Relating to the use of proceeds from a county jail's commissary operation.

To Appropriations.

HB 3767 (By Pitts), Relating to the exemption from the sales and use tax for tangible personal property or a taxable service that is resold or otherwise transferred.

To Appropriations.

HB 3768 (By Peña), Relating to a lien on a cause of action or claim of an individual who receives emergency medical services in certain counties.

To Judiciary and Civil Jurisprudence.

HB 3769 (By Smithee), Relating to allowing driver education courses to be delivered by course providers.

To Public Education.

HB 3770 (By Burkett), Relating to unstructured activity requirements for public elementary school students.

To Public Education.

HB 3771 (By Harper-Brown), Relating to the authority of the Texas Department of Transportation to approve safety standards for high-speed rail; authorizing a fee.

To Transportation.

HB 3772 (By Pitts), Relating to tax records.

To Appropriations.

HB 3773 (By Pitts), Relating to the duties of the comptroller of public accounts to audit the Office of Court Administration's Collection Improvement Program.

To Appropriations.

HB 3774 (By Pitts), Relating to the administration, collection, enforcement of various taxes and fees; providing penalties.

To Appropriations.

HB 3775 (By Guillen), Relating to deer breeder operations; providing penalties.

To Culture, Recreation, and Tourism.

HB 3776 (By Guillen), Relating to deer identification and deer breeder operations.

To Culture, Recreation, and Tourism.

HB 3777 (By Gallego), Relating to collection, storage, and distribution of criminal history record information; providing penalties.

To Criminal Jurisprudence.

HB 3778 (By Guillen), Relating to deer removal, destruction, and deer breeder operations; providing penalties.

To Culture, Recreation, and Tourism.

HB 3779 (By Guillen), Relating to licensing of deer breeder operations; providing penalties.

To Culture, Recreation, and Tourism.

HB 3780 (By Alonzo), Relating to compliance with rules, bylaws, and written policies adopted by a school district's board of trustees.

To Public Education.

**HB 3781** (By Naishtat), Relating to the maintenance by certain hospitals of records regarding certain uncompensated care costs.

To Public Health.

**HB 3782** (By Guillen), Relating to deer breeder operations; providing penalties.

To Culture, Recreation, and Tourism.

**HB 3783** (By Callegari), Relating to cost-saving and efficiency in government.

To Public Education.

**HB 3784** (By Callegari), Relating to the ethics and financial disclosure requirements and audits of certain governmental bodies.

To Government Efficiency and Reform.

**HB 3785** (By Callegari), Relating to a tax exemption for inactive oil and gas wells.

To Ways and Means.

**HB 3786** (By Craddick), Relating to the requirements for certain extensions of credit to consumers.

To Pensions, Investments, and Financial Services.

**HB 3787** (By Allen), Relating to the salary paid to certain professional employees of public schools.

To Public Education.

**HB 3788** (By Marquez), Relating to the authority of a county civil service commission to administer oaths and issue subpoenas; providing a penalty.

To County Affairs.

**HB 3789** (By Phillips), Relating to the development of toll projects through public-private partnerships.

To Transportation.

HB 3790 (By Pitts), Relating to state fiscal matters.

To Appropriations.

HB 3791 (By Pitts), Relating to the interest on certain tax refunds or credits.

To Appropriations.

**HB 3792** (By Burnam), Relating to municipal authority to regulate gas pipelines located within the municipality.

To Energy Resources.

**HB 3793** (By Phillips), Relating to the permissible uses of the state highway fund.

To Ways and Means.

**HB 3794** (By Burkett), Relating to disputes under insurance policies.

To Insurance.

HB 3795 (By Elkins), Relating to authorized investments for governmental entities.

To Pensions, Investments, and Financial Services.

HB 3796 (By Gallego), Relating to the composition of certain judicial districts.

To Judiciary and Civil Jurisprudence.

HB 3797 (By Gallego), Relating to the validation of the creation, operation, and dissolution of, and certain acts related to, a venue project.

To Ways and Means.

HB 3798 (By Martinez Fischer), Relating to the franchise tax, franchise tax rates and computation; alternative revenue sources and spending priorities for this state; certain taxes affecting businesses; making an appropriation; providing penalties.

To Ways and Means.

HB 3799 (By S. Miller), Relating to timely filing of surplus lines policy; providing penalties.

To Insurance.

HB 3800 (By Paxton), Relating to the licensing and regulation of professional fitness trainers; providing a penalty.

To Licensing and Administrative Procedures.

HB 3801 (By S. Davis), Relating to the exception of certain personal information from disclosure under the public information law.

To State Affairs.

HB 3802 (By S. Davis), Relating to liability of certain public utilities that allow recreational use of land that the public utility owns, occupies, or leases.

To Judiciary and Civil Jurisprudence.

HB 3803 (By Phillips), Relating to the creation of the Cottonwood Municipal Utility District No. 2 of Grayson County; providing authority to impose a tax and issue bonds; granting a limited power of eminent domain.

To Natural Resources.

HB 3804 (By Gallego), Relating to the creation of the Lajitas Utility District No. 1 of Brewster County; providing authority to impose taxes and issue bonds; granting a limited power of eminent domain.

To Natural Resources.

HB 3805 (By Morrison), Relating to director elections and powers of the Texana Groundwater Conservation District.

To Natural Resources.

HB 3806 (By Hardcastle), Relating to the authority of the board of directors of the Haskell County Hospital District to employ health care providers.

To County Affairs.

**HB 3807** (By Woolley), Relating to the option of providing electronic recordings of proceedings in the municipal court of record for the City of Houston.

To Judiciary and Civil Jurisprudence.

**HB 3808** (By T. King), Relating to fishing with certain archery equipment in certain counties.

To Culture, Recreation, and Tourism.

**HB 3809** (By Hardcastle), Relating to the authority of the board of directors of the Muenster Hospital District to employ physicians and other health care providers.

To County Affairs.

**HJR 12** (By Larson), Proposing a constitutional amendment providing that a member of the legislature or person holding a statewide elective office automatically vacates office on announcing a candidacy or becoming a candidate for another elective office before the final full year of the person's term of office.

To State Affairs.

**HJR 13** (By Legler), Proposing a constitutional amendment authorizing garnishment of wages for the recovery of fraudulently obtained unemployment benefits or of taxes or fees owed to the state.

To Economic and Small Business Development.

**HJR 14** (By Veasey), Proposing a constitutional amendment authorizing the legislature to create a social loan program.

To Human Services.

**HJR 15** (By Rodriguez), Proposing a constitutional amendment increasing the rates of taxes imposed on gasoline and diesel fuel, adjusting those rates annually for inflation, and dedicating certain revenue from those taxes to the design, construction, and maintenance of public roadways.

To Ways and Means.

**HJR 129** (By Naishtat), Proposing a constitutional amendment requiring a state senator or state representative to forfeit office on the final conviction of a felony.

To State Affairs.

**HJR 130** (By Branch), Meeting requirements of the United States Department of Education concerning federal student aid by naming private institutions of higher education in the State of Texas that are authorized to operate educational programs beyond secondary education, including programs leading to a degree or certificate.

To Higher Education.

**HJR 131** (By Rodriguez), Proposing a constitutional amendment allowing the expenditure of motor vehicle fuel taxes, registration fees, and federal reimbursement for those revenues for passenger rail, transit, and freight rail.

To Transportation.

**HJR 132** (By Landtroop), Proposing a constitutional amendment relating to the right to life beginning at fertilization.

To State Affairs.

**HJR 133** (By Gonzalez), Proposing a constitutional amendment authorizing a federally recognized Indian tribe in a county along the Texas-Mexico international border to conduct certain gaming activity on certain tribal lands.

To Licensing and Administrative Procedures.

**HJR 134** (By Oliveira), Proposing a constitutional amendment authorizing a county to regulate land development if approved by a majority vote in a countywide election.

To Land and Resource Management.

**HJR 135** (By Phillips), Proposing a constitutional amendment relating to an individual's or a religious organization's free exercise of religion.

To State Affairs.

**HJR 136** (By Price), Proposing a constitutional amendment providing that a legislator who is absent without excuse for an extended period during a legislative session vacates office and is not counted in determining a quorum of the applicable house of the legislature.

To State Affairs.

**HJR 137** (By Ritter), Proposing constitutional amendments relating to the funding of certain water projects.

To Natural Resources.

**HJR 140** (By Hunter), Proposing a constitutional amendment on the length of legislative terms and number of years a person may serve in the legislature.

To State Affairs.

**HJR 144** (By Raymond), Proposing a constitutional amendment regarding the dedication by general law of revenue of or money received by this state and money held in or deposited to an account or fund inside or outside the state treasury and the authorized expenditure or appropriation of revenue or money dedicated by general law.

To Ways and Means.

**HJR 145** (By Raymond), Proposing a constitutional amendment providing honesty in state taxation.

To Ways and Means.

**HJR 146** (By V. Taylor), Proposing a constitutional amendment to repeal the provision that requires the automatic resignation of certain county, municipal, or district officeholders if they become candidates for another office.

To Elections.

**HJR 147** (By Hamilton), Proposing a constitutional amendment authorizing the legislature to legalize and regulate the conduct of gaming in this state and authorizing the conduct of gaming by certain federally recognized Indian tribes.

To Licensing and Administrative Procedures.

**HJR 148** (By Ritter), Proposing a constitutional amendment relating to county delegation of authority regarding the disposition of county school lands and proceeds of a county permanent school fund.

To Public Education.

**HJR 149** (By Larson), Proposing a constitutional amendment to require the comptroller of public accounts to make a state revenue report after the first year of a state fiscal biennium and the governor to call a special session of the legislature if actual state revenue for that fiscal year was at least five percent less than projected revenue.

To Appropriations.

**HJR 150** (By Kleinschmidt), Proposing a constitutional amendment authorizing the legislature to provide for a four-year term for the chief appraiser of an appraisal district.

To Ways and Means.

**HJR 151** (By Thompson), Proposing a constitutional amendment authorizing the operation of casino games in this state by federally recognized Indian tribes on certain land.

To Licensing and Administrative Procedures.

**HJR 152** (By Thompson), Proposing a constitutional amendment authorizing the operation of casino games in this state by federally recognized Indian tribes on certain land and by licensed operators at horse and greyhound racetracks and licensed locations.

To Licensing and Administrative Procedures.

**HJR 153** (By Villarreal), Proposing a constitutional amendment authorizing the legislature to pass laws relating to junior college districts, including laws for the assessment and collection of taxes by a junior college district without the necessity of an election.

To Higher Education.

**HJR 154** (By Dutton), Proposing a constitutional amendment increasing the number of state senators from 31 to 41.

To State Affairs.

**HJR 155** (By Lewis), Proposing a constitutional amendment for filling vacancies in appellate judicial offices by appointment, for partisan elections for all judicial offices, and for subsequent nonpartisan retention elections for all judicial offices.

To Judiciary and Civil Jurisprudence.

**HJR 156** (By C. Howard), Proposing a constitutional amendment to require that taxation be fair and equal and that the full cash value of property, calculated only when property is purchased, constructed, or exchanged, be used for purposes of ad valorem taxation.

To Ways and Means.

**HJR 157** (By Phillips), Proposing a constitutional amendment limiting the purposes for which revenue from taxes on motor fuels and lubricants may be used.

To Ways and Means.

Pursuant to Rule 1, Section 4 of the House Rules, the chair corrects the referral of the following bills and resolutions:

**HB 16** (By Riddle), Relating to requiring a voter to present proof of identification.

To Elections.

**HB 112** (By Harless), Relating to requiring a voter to present proof of identification.

To Elections.

**HB 186** (By Perry), Relating to requiring a voter to present proof of identification; creating a penalty.

To Elections.

**HB 239** (By Parker), Relating to the offense of paying or receiving certain forms of compensation for facilitating the registration of voters; providing criminal penalties.

To Elections.

**HB 248** (By Chisum), Relating to requirements to vote, including presenting proof of identification; providing criminal penalties.

To Elections.

**HB 250** (By Hilderbran), Relating to requiring a voter to present proof of identification; providing penalties.

To Elections.

**HB 369** (By Hochberg), Relating to procedures concerning verification of certain information submitted in a voter registration application.

To Elections.

**HB 401** (By T. Smith), Relating to requiring a voter to present proof of identification.

To Elections.

**HB 539** (By C. Anderson), Relating to requiring a voter to present proof of identification.

To Elections.

**HB 624** (By Bonnen), Relating to requiring a voter to present proof of identification.

To Elections.

**HB 715** (By Hochberg), Relating to automatic voter registration on issuance or change of a driver's license or identification card by the Department of Public Safety.

To Elections.

**HB 1596** (By Isaac), Relating to documentation acceptable as proof of identification for voting.
To Elections.

**HB 1912** (By Bonnen), Relating to transferring the Texas Department of Rural Affairs to the Office of Rural Affairs within the Department of Agriculture and abolishing the board of the Texas Department of Rural Affairs.
To Government Efficiency and Reform.

### MESSAGES FROM THE SENATE

The following messages from the senate were today received by the house:

**Message No. 1**

MESSAGE FROM THE SENATE
SENATE CHAMBER
Austin, Texas
Wednesday, March 23, 2011

The Honorable Speaker of the House
House Chamber
Austin, Texas

Mr. Speaker:

I am directed by the senate to inform the house that the senate has taken the following action:

THE SENATE HAS PASSED THE FOLLOWING MEASURES:

**SB 240**                 Huffman
Relating to examination requirements for certain applicants for a license to practice medicine.

**SB 313**                 Seliger
Relating to priority groundwater management areas.

**SB 411**                 Estes
Relating to the amount of wine certain wineries may sell directly to consumers.

**SB 461**                 Williams
Relating to the design and issuance of license plates for United States paratroopers.

**SB 493**                 Fraser
Relating to the idling of motor vehicles.

**SB 576**                 Eltife
Relating to reports filed with the comptroller regarding certain alcoholic beverage sales; providing a penalty.

**SB 777**                 Williams
Relating to re-creating the scholarship trust fund for fifth-year accounting students as a trust fund outside the state treasury.

**SB 832**                 Rodriguez

Relating to voter eligibility and registration in El Paso County Water Improvement District No. 1.

Respectfully,
Patsy Spaw
Secretary of the Senate

**Message No. 2**

MESSAGE FROM THE SENATE
SENATE CHAMBER
Austin, Texas
Wednesday, March 23, 2011 - 2

The Honorable Speaker of the House
House Chamber
Austin, Texas

Mr. Speaker:

I am directed by the senate to inform the house that the senate has taken the following action:

THE SENATE HAS PASSED THE FOLLOWING MEASURES:

**SB 24**                     Van de Putte
Relating to the prosecution, punishment, and certain criminal and civil consequences of offenses involving or related to the trafficking of persons and to certain protections for victims of those offenses.

**SB 144**                    West
Relating to allowing a person who successfully completes a term of deferred adjudication community supervision to be eligible for a pardon.

**SB 181**                    Shapiro
Relating to the calculation and reporting of water usage by municipalities and water utilities for state water planning and other purposes.

**SB 248**                    Estes
Relating to the regulation of public grain warehouse operators.

**SB 329**                    Watson
Relating to the sale, recovery, and recycling of certain television equipment; providing administrative penalties.

**SB 390**                    Hegar
Relating to the continuing issuance of freshwater fishing stamps by the Parks and Wildlife Department.

**SB 524**                    Hegar
Relating to the issuance of certain permits for the movement of oversize or overweight vehicles.

**SB 801**                    Hegar
Relating to the authority of the seawall commission in Matagorda County to build and maintain recreational facilities near the seawall.

**SJR 9**                               West

Proposing a constitutional amendment authorizing the governor to grant a pardon to a person who successfully completes a term of deferred adjudication community supervision.

Respectfully,
Patsy Spaw
Secretary of the Senate

## APPENDIX

### STANDING COMMITTEE REPORTS

Favorable reports have been filed by committees as follows:

**March 22**

Appropriations - **HB 4, HB 275**

Border and Intergovernmental Affairs - **HB 397, HCR 68**

Defense and Veterans' Affairs - **HB 447**

Elections - **HB 174, HB 185, HB 1570**

Government Efficiency and Reform - **HB 682**

Judiciary and Civil Jurisprudence - **HB 149, HB 345, HB 372, HB 713**

State Affairs - **HB 12, HB 197, HB 804**

Ways and Means - **HB 645, HB 658, HB 843, HB 1040**

### ENGROSSED

**March 22 - HB 314**

### ENROLLED

**March 22 - HCR 47**