

2:13-cv-193
09/02/2014
**DEF0481**

By: Harless                                                H.B. No. 112

A BILL TO BE ENTITLED

1        AN ACT
2  relating to requiring a voter to present proof of identification.
3        BE IT ENACTED BY THE LEGISLATURE OF THE STATE OF TEXAS:
4        SECTION 1.  Effective September 1, 2011, Subchapter A,
5  Chapter 15, Election Code, is amended by adding Section 15.005 to
6  read as follows:
7        Sec. 15.005.  NOTICE OF IDENTIFICATION REQUIREMENTS.
8  (a)  The voter registrar of each county shall provide notice of the
9  identification requirements for voting prescribed by Chapter 63 and
10 a detailed description of those requirements with each voter
11 registration certificate issued under Section 13.142 or renewal
12 registration certificate issued under Section 14.001.
13       (b)  The secretary of state shall prescribe the wording of
14 the notice to be included on the certificate under this section.
15       SECTION 2.  Effective September 1, 2011, Subchapter A,
16 Chapter 31, Election Code, is amended by adding Section 31.012 to
17 read as follows:
18       Sec. 31.012.  VOTER IDENTIFICATION EDUCATION.  (a) The
19 secretary of state and the voter registrar of each county that
20 maintains a website shall provide notice of the identification
21 requirements for voting prescribed by Chapter 63 on each entity's
22 respective website.  The secretary of state shall prescribe the
23 wording of the notice to be included on the websites.
24       (b)  The secretary of state, in cooperation with appropriate