**Colby Beuck**

| | |
|---|---|
| From: | Ann McGeehan [AMcGeehan@sos.state.tx.us] |
| Sent: | Friday, February 25, 2011 4:47 PM |
| To: | Colby Beuck |
| Subject: | FW: Number of voters that do not have an associated TDL/SSN |
| Follow Up Flag: | Follow up |
| Flag Status: | Flagged |
| Categories: | ORR |



**Question:** What is the number of voters that do not have a Texas Drivers License/Personal Identification Number or Social Security Number in the statewide voter database?

Prior to 1/1/2006, drivers license and social security numbers were optional fields on the voter registration application. Since HAVA became effective on 1/1/2006, all new voter applicants must provide a driver's license or personal id number issued by DPS or if they have not been issued a driver's license or personal identification card, then they must provide the last four digits of their social security number. If the applicant has neither the drivers license, personal identification card or the SSA number, then they must state that fact and they are flagged as having to present ID when they present themselves for voting. Below are two sets of numbers. The first set of numbers reflects new registrations since January 2006 and shows what identification number that new applicants provided. The second set of numbers reflects the entire statewide file of registered voters and shows which identification numbers were provided by applicants before and after January 2006.

**January 1, 2006 through December 31, 2010**

| | |
|---|---|
| Number of voters who registered with a TDL/ID: | 2,334,281 |
| Number of voters who registered with a SSN: | 294,142 |
| Number of voters who registered with both: | 1,312,638 |
| Number of voters who registered without either: | 34,506 |

**All voters in the state:**

| | |
|---|---|
| Number of voters with a TDL/ID: | 5,215,386 |
| Number of voters with a SSN: | 2,124,570 |
| Number of voter with both: | 4,624,334 |
| Number of voters with neither number: | 690,887 *** |

*** This number represents all the voters that do not have a TDL or SSN associated with their voter record. It is possible that one of these persons does in fact have a TDL or SSN and they simply did not provide it when they registered to vote (such numbers were optional prior to Jan 2006).

Ann McGeehan
Director of Elections
Office of the Texas Secretary of State

90



HIGHLY CONFIDENTIAL

TX_00007185