Voter Fraud Hearing - Volume 2                        March 1, 2011

```
 1      would satisfy the bill.
 2                  UNIDENTIFIED REPRESENTATIVE:  Okay.
 3      Does it surprise you that people -- that poll
 4      workers are already asking for photo I.D. despite
 5      the training that occurs?  Does that surprise you?
 6                  ANN MCGEEHAN:  We have heard that
 7      before, yes.
 8                  UNIDENTIFIED REPRESENTATIVE:  Quite a
 9      bit.  Even in the district that I represent we've
10      got folks that are asking for photo I.D. currently.
11                  A lot of people have been talking about a
12      600,000 registered voter figure.  These people --
13      these are people who apparently registered without
14      using some form -- either their Social Security
15      number or a -- a driver's license number.
16                  Isn't the use even bigger than that?  I
17      mean, I see a figure here that for people who did
18      not register without a driver's license number --
19      pardon me, for people who registered without their
20      driver's license ensuring the figure is more like
21      2.8 million.
22                  ANN MCGEEHAN:  That's true when you
23      look at the entire voter database.
24                  UNIDENTIFIED REPRESENTATIVE:  This is
25      your HABA-compliant database.
```



2:13-cv-193
09/02/2014
**DEF0484**

ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_001790

TX_00028445

| | |
|---|---|
| 1 | ANN MCGEEHAN: Right. But, you know, |
| 2 | prior to January 1, 2006, you could register to vote |
| 3 | without providing your driver's license or Social |
| 4 | Security number. So people that were registered |
| 5 | before 2006 may not have provided one of those. |
| 6 | That doesn't necessarily mean that they don't have |
| 7 | one, but they didn't have to provide one to get |
| 8 | registered to vote. |
| 9 | UNIDENTIFIED REPRESENTATIVE: Well, |
| 10 | we don't know whether they did or not, because it |
| 11 | wasn't listed. Correct? |
| 12 | Have you all done a match to determine |
| 13 | with the driver's license file as to whether these |
| 14 | folks have driver's licenses or not? |
| 15 | ANN MCGEEHAN: Uh-huh. We've been |
| 16 | asked to do that and we're looking at this to make |
| 17 | sure that -- looking at the official list of voters |
| 18 | in the Secretary of State's office, trying to |
| 19 | compare that to DPS. And our IT Department is |
| 20 | looking at that, trying to get good matching |
| 21 | criteria, because without that unique identifying |
| 22 | number of the TDL, it can be sometimes difficult to |
| 23 | make sure you have the right match. |
| 24 | UNIDENTIFIED REPRESENTATIVE: |
| 25 | Somebody came up and said there was 600 -- you have |


ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

Case 2:13-cv-00193   Document 743-31   Filed on 11/17/14 in TXSD   Page 3 of 4
Case 1:12-cv-00128-RMC-DST-RLW   Document 208-2   Filed 06/20/12   Page 208 of 223

Voter Fraud Hearing - Volume 2                           March 1, 2011

291

```
 1      that $600,000 person figure.  Where does that come
 2      from?  Do you have a frame of reference for that
 3      figure that there were 600,000 people who did not
 4      list after [sic] driver's license number or Social
 5      Security number?
 6                   ANN MCGEEHAN:  I think they're all
 7      coming from the same place, which that is -- and
 8      I -- you know, when we have shared information with
 9      the Legislature before, we've sort of shared two
10      sets of information.  One is -- that shows how many
11      people have stated they don't have a TDL number or
12      SSN number since January 1, because since --
13      January 1, 2006, because since January 1, 2006, it's
14      been required.  So since that time, we show 34,506
15      voters out of almost 4 million that stated they did
16      not have I.D.
17                   UNIDENTIFIED REPRESENTATIVE:  Since
18      2006?
19                   ANN MCGEEHAN:  Yes.
20                   UNIDENTIFIED REPRESENTATIVE:  And is
21      there -- is there a provision -- provision in this
22      bill to identify that use of voters as possibly not
23      having I.D.?
24                   ANN MCGEEHAN:  I'm sorry.  I didn't
25      understand.
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_001792

TX_00028447

```
 1              UNIDENTIFIED REPRESENTATIVE:  So, I
 2   mean, if you're looking at possible uses of voters
 3   that may not have the requisite I.D. to comply with
 4   this bill, is there anything in the bill that would
 5   require you to identify those folks, seek them out,
 6   determine whether they have I.D. or not?
 7              ANN MCGEEHAN:  No, I don't believe
 8   so.
 9              CHAIRMAN BONNEN:  Okay.  Let's
10   talk -- we talked, I know, briefly about training of
11   poll workers.
12              Under this bill, what new duties will poll
13   workers perform, what new duties?
14              ANN MCGEEHAN:  Let's see.  Of course,
15   the qualification process will change as far as what
16   they will, you know, require of a voter before
17   they're permitted to vote.  I can't really think of
18   any new.  They -- if a voter doesn't have I.D.
19   today, they vote provisionally.  So that will be the
20   same.
21              I guess the main change will be voters
22   that have filed a disability exemption with the
23   Voter Registrar.  Those voters aren't going to have
24   to show I.D.
25              A voter who is 70 years of age on or
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

JA_001793

TX_00028448