**Alexa Broyles**

**From:** Patricia Harless
**Sent:** Wednesday, March 28, 2012 11:16 AM
**To:** sandra_thibodeau@yahoo.com
**Subject:** RE: Form submission from patriciaharless.com

**Follow Up Flag:** Follow up
**Flag Status:** Flagged

**Categories:** Red Category

Dear Ms. Thibodeau,

Thank you for your email. I appreciate you taking the time to express your support for the photo voter ID legislation. I agree that showing a valid ID at the polls is essential to maintain the integrity of our elections.

On January 23, the Texas Attorney General Greg Abbott filed suit in federal court seeking immediate enforcement of the photo voter ID law. With the AG's legal action, I am confident the photo voter ID law will be fully implemented, ensuring that our elections are conducted fairly and without fraud.

Again, thank you for taking the time to write. I truly appreciate your support.

Sincerely,

Patricia Harless
State Representative
District 126
512.463.0496 (Capitol office)
281.376.4114 (District office)

---

From: patricia@patriciaharless.com
Date: March 24, 2012 11:01:07 AM CDT
To: patricia@patriciaharless.com
Subject: Form submission from patriciaharless.com
Reply-To: patricia@patriciaharless.com

Comments: Texas voter ID law: Thank you SO much for proposing this law! I am a former military spouse who has lived overseas, and I would never have expected those countries to allow ME to vote in THEIR elections. Why? Because I wasn\'t a citizen. So why should someone who cannot produce documentation of citizenship be allowed to vote in U.S. elections? Voting is a privilege, and if you are 18 or over, and want to be afforded that privilege, you need to do one thing: show a valid photo ID at the polls. Obtaining that ID can be time consuming, but it is simple: produce the proper paperwork to prove you are a citizen of the United States. Showing a valid ID at the polls is essential, if we wish to maintain the integrity of our elections. It is NOT discriminatory; it\'s just plain, common sense.
Email-Address: sandra_thibodeau@yahoo.com

1

CONFIDENTIAL

LEG00000744

2:13-cv-193
09/02/2014
**DEF0486**