Dated: November 4, 2013

| For the Veasey Plaintiffs | For the United States of America |
|---|---|
| /s/ Chad W. Dunn<br>CHAD W. DUNN<br>K. SCOTT BRAZIL<br>Brazil & Dunn<br>4201 Cypress Creek Parkway<br>Suite 530<br>Houston, Texas 77068<br><br>J. GERALD HEBERT<br>Campaign Legal Center<br>215 E Street, NE<br>Washington, D.C. 20002<br><br>NEIL G. BARON<br>Law Office of Neil G. Baron<br>914 FM 517 West<br>Suite 242<br>Dickinson, Texas 77539<br><br>DAVID RICHARDS<br>Richards, Rodriguez & Skeith LLP<br>816 Congress Avenue<br>Suite 1200<br>Austin, Texas 78701<br><br>ARMAND G. DERFNER<br>Derfner, Altman & Wilborn, LLC<br>P.O. Box 600<br>Charleston, South Carolina 29402<br><br>LUIS ROBERTO VERA, JR.<br>Law Offices of Luis Vera Jr.<br>1325 Riverview Towers<br>111 Soledad<br>San Antonio, Texas 78205<br><br>CRAIG M. WATKINS<br>TERESA G. SNELSON<br>Dallas County District Attorney's Office<br>411 Elm Street<br>Fifth Floor<br>Dallas, Texas 75202 | KENNETH MAGIDSON<br>United States Attorney<br>Southern District of Texas<br><br>JOCELYN SAMUELS<br>Acting Assistant Attorney General<br>Civil Rights Division<br><br>/s/ Elizabeth S. Westfall<br>T. CHRISTIAN HERREN, JR.<br>MEREDITH BELL-PLATTS<br>ELIZABETH S. WESTFALL<br>BRUCE I. GEAR<br>JENNIFER L. MARANZANO<br>ANNA M. BALDWIN<br>DANIEL J. FREEMAN<br>Attorneys, Voting Section<br>Civil Rights Division<br>U.S. Department of Justice<br>950 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20530<br><br>JOHN A. SMITH III<br>Assistant United States Attorney<br>800 N. Shoreline, Suite 500<br>Corpus Christi, Texas 78401 |

**For NAACP Plaintiffs:**

/s/ *Ezra D. Rosenberg*
EZRA D. ROSENBERG
Dechert LLP
902 Carnegie Center, Suite 500
Princeton, New Jersey 08540

STEVEN B. WEISBURD
AMY L. RUDD
LINDSEY B. STELCEN
Dechert LLP
500 W. 6th Street, Suite 2010
Austin, Texas 78701

ROBERT A. KENGLE
MARK A. POSNER
SONIA KAUR GILL
ERANDI ZAMORA
Lawyers' Committee for Civil Rights
  Under Law
1401 New York Avenue, NW
Suite 400
Washington, D.C. 20005

WENDY WEISER
MYRNA PÉREZ
VISHAL AGRAHARKAR
Jennifer Clark
The Brennan Center for Justice at NYU Law
  School
161 Avenue of the Americas, Floor 12
New York, New York 10013

ROBERT NOTZON
The Law Office of Robert Notzon
1502 West Avenue
Austin, Texas 78701

Gary Bledsoe
PotterBledsoe, L.L.P.
316 West 12th Street, Suite 307
Austin, Texas 78701

KIM KEENAN
MARSHALL TAYLOR
VICTOR GOODE
NAACP
4805 Mt. Hope Drive
Baltimore, Maryland 21215

JOSE GARZA
Law Office of Jose Garza
7414 Robin Rest Drive
San Antonio, Texas 98209

CLAY BONILLA
DANIEL G. COVICH
The Law Offices of William Bonilla, P.C.
2727 Morgan Ave.
Corpus Christi, Texas 78405

13

| For Texas League of Young Voters Educational Fund, et al. Intervenors: | For the State of Texas et al. |
|---|---|
| /s/ Ryan P. Haygood<br>SHERRILYN IFILL<br>CHRISTINA SWARNS<br>RYAN P. HAYGOOD<br>NATASHA M. KORGAONKAR<br>LEAH C. ADEN<br>NAACP Legal Defense and Educational Fund, Inc.<br>40 Rector Street, 5th Floor<br>New York, New York 10006<br><br>DANIELLE CONLEY<br>JONATHAN PAIKIN<br>KELLY P. DUNBAR<br>SONYA L. LEBSACK<br>Wilmer Cutler Pickering Hale and Dorr LLP<br>1875 Pennsylvania Ave., NW<br>Washington, D.C. 20006 | GREG ABBOTT<br>Attorney General of Texas<br><br>DANIEL T. HODGE<br>First Assistant Attorney General<br><br>/s/ John B. Scott<br>JOHN B. SCOTT<br>Deputy Attorney General<br>209 West 14th Street<br>Austin, Texas 78711 |

## Attachment "A"

| Name of Field | Type of field | Contents | | | | |
|---|---|---|---|---|---|---|
| | | E-mail | Word Processing or PDFs | Spreadsheets | Digital Photos | Paper |
| Begin_Bates | Text | Bates number for the TIFF/jpg image of the first page | Bates number for the TIFF/jpg image of the first page | Bates number of the placeholder page | Bates number for the TIFF/jpg image of the first page | Bates number for the TIFF/jpg image of the first page |
| End_Bates | Text | Bates number for the TIFF/jpg image of the last page | Bates number for the TIFF/jpg image of the last page | Bates number of the placeholder page | Bates number for the TIFF/jpg image of the last page | Bates number for the TIFF/jpg image of the last page |
| Attachment Range | Text | Bates range starting with the first page of the parent document through the last page of the last attachment. Blank if there are no child documents | Bates range starting with the first page of the parent document through the last page of the last attachment or embedded file. Included only if part of a group of documents like an email or zip file. | Bates range starting with the first page of the parent document through the last page of the last attachment or embedded file. Included only if part of a group of documents like an email or zip file. | Bates range starting with the first page of the parent document through the last page of the last attachment or embedded file. Included only if part of a group of documents like an email or zip file. | Bates range of all documents that were grouped together/ physically attached by clips, staples, or binding or folder. Blank if a single non grouped document |

1

| Name of Field | Type of field | E-mail | Contents Word Processing or PDFs | Spreadsheets | Digital Photos | Paper |
|---|---|---|---|---|---|---|
| Custodian | Text | The name of the person who had primary control over the location from which the document was collected | The name of the person who had primary control over the location from which the document was collected | The name of the person who had primary control over the location from which the document was collected | The name of the person who had primary control over the location from which the document was collected | The name of the person maintaining the file from which the paper was obtained |
| Author | Paragraph | "From" field | <blank> | <blank> | <blank> | <blank> |
| To | Paragraph | "To" field | <blank> | <blank> | <blank> | <blank> |
| CC | Paragraph | "CC" field | <blank> | <blank> | <blank> | <blank> |
| BCC | Paragraph | "BCC" field | <blank> | <blank> | <blank> | <blank> |
| Subject | Paragraph | "Subject" field | <blank> | <blank> | <blank> | <blank> |
| DateSent | Date | The date the message was sent (format: 9/28/2012) | <blank> | <blank> | <blank> | |
| TimeSent | Text | The time the message was sent (format: 11:16:46 AM) | <blank> | <blank> | <blank> | <blank> |
| MD5Hash | Text | The MD5 hash value calculated when the file was collected or processed. | The MD5 hash value calculated when the file was collected or processed. | The MD5 hash value calculated when the file was collected or processed. | The MD5 hash value calculated when the file was collected or processed. | <blank> |
| Prod_FilePath | Paragraph | The path to the native file on the production media | The path to the native file on the production media | The path to the native file on the production media | The path to the native file on the production media | <blank> |

2

| Name of Field | Type of field | Contents | | | |
|---|---|---|---|---|---|
| | | E-mail | Word Processing or PDFs | Spreadsheets | Digital Photos | Paper |
| Orig_filename | Paragraph | Original name of the native file when the file was collected or processed | Original name of the native file when the file was collected or processed | Original name of the native file when the file was collected or processed | Original name of the native file when the file was collected or processed | <blank> |
| Responsive to | Text | Document request numbers for which this document is responsive. | Document request numbers for which this document is responsive. | Document request numbers for which this document is responsive | Document request numbers for which this document is responsive | Document request numbers for which this document is responsive |

3