# SENATE JOURNAL

EIGHTY-FIRST LEGISLATURE — REGULAR SESSION

AUSTIN, TEXAS

PROCEEDINGS

### TWENTY-THIRD DAY
(Wednesday, March 18, 2009)

The Senate met at 11:10 a.m. pursuant to adjournment and was called to order by the President.

The roll was called and the following Senators were present: Averitt, Carona, Davis, Deuell, Duncan, Ellis, Eltife, Estes, Fraser, Gallegos, Harris, Hegar, Hinojosa, Huffman, Jackson, Lucio, Nelson, Nichols, Ogden, Patrick, Seliger, Shapiro, Shapleigh, Uresti, Van de Putte, Watson, Wentworth, West, Whitmire, Williams, Zaffirini.

The President announced that a quorum of the Senate was present.

The Reverend Dr. R. Bruce Webb, First Baptist Church of The Woodlands, offered the invocation as follows:

> Our Father, thank You for these men and women who serve our state in the Texas Senate. I ask You to bless their families and their businesses. Bless the time and effort they give to help the people of our state live better lives. Aid them in doing what is right. Rescue them from pettiness and selfishness. Help them reject the temptation to use dishonorable methods to try to bring about honorable results. Give them solutions to our many problems that are good for all. I pray for these men and women of the Senate the rare and special courage to do what is best for our state even if it is not always in their own personal best interest. Empower them to be their very best for our state and for others. And now, with respect toward all people of faith and also to those who do not have faith, I pray this prayer in the name of the risen lord and my savior, Jesus Christ. Amen.

Senator Whitmire moved that the reading of the Journal of the proceedings of yesterday be dispensed with and the Journal be approved as printed.

The motion prevailed without objection.

### CO-AUTHORS OF SENATE BILL 19

On motion of Senator Patrick, Senators Averitt, Davis, Deuell, Fraser, Gallegos, Harris, Lucio, Seliger, Shapiro, Shapleigh, Uresti, Watson, Wentworth, and Zaffirini will be shown as Co-authors of **SB 19**.

2:13-cv-193
09/02/2014
DEF0493


EXHIBIT 154
Hebert 6-18-14

### CO-AUTHOR OF SENATE BILL 52

On motion of Senator Zaffirini, Senator Uresti will be shown as Co-author of SB 52.

### CO-AUTHOR OF SENATE BILL 112

On motion of Senator Ellis, Senator Van de Putte will be shown as Co-author of SB 112.

### CO-AUTHORS OF SENATE BILL 175

On motion of Senator Shapiro, Senators Nelson, Seliger, and Wentworth will be shown as Co-authors of SB 175.

### CO-AUTHOR OF SENATE BILL 188

On motion of Senator Deuell, Senator Wentworth will be shown as Co-author of SB 188.

### CO-AUTHOR OF SENATE BILL 575

On motion of Senator Davis, Senator Nelson will be shown as Co-author of SB 575.

### CO-AUTHOR OF SENATE BILL 607

On motion of Senator Uresti, Senator Wentworth will be shown as Co-author of SB 607.

### CO-AUTHOR OF SENATE BILL 631

On motion of Senator Davis, Senator Ellis will be shown as Co-author of SB 631.

### CO-AUTHOR OF SENATE BILL 686

On motion of Senator Davis, Senator Nelson will be shown as Co-author of SB 686.

### CO-AUTHOR OF SENATE BILL 687

On motion of Senator Hegar, Senator Uresti will be shown as Co-author of SB 687.

### CO-AUTHOR OF SENATE BILL 841

On motion of Senator Averitt, Senator Williams will be shown as Co-author of SB 841.

### CO-AUTHORS OF SENATE BILL 843

On motion of Senator Uresti, Senators Davis and Huffman will be shown as Co-authors of SB 843.

### CO-AUTHOR OF SENATE BILL 915

On motion of Senator Ellis, Senator Hinojosa will be shown as Co-author of SB 915.

### CO-AUTHOR OF SENATE BILL 972

On motion of Senator Averitt, Senator Nelson will be shown as Co-author of SB 972.

### CO-AUTHOR OF SENATE BILL 985

On motion of Senator Davis, Senator Gallegos will be shown as Co-author of SB 985.

### CO-AUTHOR OF SENATE BILL 1052

On motion of Senator Uresti, Senator Van de Putte will be shown as Co-author of SB 1052.

### CO-AUTHOR OF SENATE BILL 1084

On motion of Senator Ellis, Senator Gallegos will be shown as Co-author of SB 1084.

### CO-AUTHOR OF SENATE BILL 1155

On motion of Senator Davis, Senator Ellis will be shown as Co-author of SB 1155.

### CO-AUTHOR OF SENATE BILL 1157

On motion of Senator Davis, Senator Ellis will be shown as Co-author of SB 1157.

### CO-AUTHOR OF SENATE BILL 1345

On motion of Senator Watson, Senator Deuell will be shown as Co-author of SB 1345.

### CO-AUTHOR OF SENATE BILL 1589

On motion of Senator Ogden, Senator Wentworth will be shown as Co-author of SB 1589.

### CO-SPONSOR OF HOUSE CONCURRENT RESOLUTION 36

On motion of Senator Nelson, Senator Estes will be shown as Co-sponsor of HCR 36.

### RESOLUTION SIGNED

The President announced the signing of the following enrolled resolution in the presence of the Senate: **HCR 87**.

### MESSAGES FROM THE GOVERNOR

The following Messages from the Governor were read and were referred to the Committee on Nominations:

                                        Austin, Texas
                                        March 17, 2009

TO THE SENATE OF THE EIGHTY-FIRST LEGISLATURE, REGULAR SESSION:

I ask the advice, consent and confirmation of the Senate with respect to the following appointments:

Case 2:13-cv-00193 Document 744-7 Filed on 11/17/14 in TXSD Page 4 of 17
586    81st Legislature — Regular Session    23rd Day

To be a member of the Texas Public Finance Authority for a term to expire February 1, 2015:

    Rodney Keith Moore
    Lufkin, Texas

(Mr. Moore is replacing H. L. Bert Mijares, Jr., of El Paso whose term expired)

To be members of the State Committee of Examiners in the Fitting and Dispensing of Hearing Instruments for terms to expire as indicated:

    To Expire December 31, 2009:
    Cindy Steinbart
    Round Rock, Texas

(replacing Sara Ann Garza of Mission who resigned)

    To Expire December 31, 2011:
    Robert J. Gebhard, Jr.
    Pearland, Texas

(replacing Audrey McDonald of Georgetown who resigned)

To be members of the Trinity River Authority Board of Directors for terms to expire March 15, 2015:

    Ronald J. Goldman
    Fort Worth, Texas

(Mr. Goldman is being reappointed)

    John W. Jenkins
    Hankamer, Texas

(Mr. Jenkins is being reappointed)

    Keith W. Kidd
    Dallas, Texas

(replacing Katrina Keyes of Dallas whose term expired)

    Emmanuel "Manny" Rachal
    Livingston, Texas

(Mr. Rachal is being reappointed)

    Ronald Kevin Maxwell
    Crockett, Texas

(Mr. Maxwell is being reappointed)

    Barbara Nash
    Arlington, Texas

(Ms. Nash is being reappointed)

    Shirley K. Seale
    Anahuac, Texas

(Ms. Seale is being reappointed)

    Kimberly Chris "K. C." Wyatt
    Corsicana, Texas

(Mr. Wyatt is being reappointed)

To be members of the Credit Union Commission for terms to expire February 15, 2015:

David Cibrian
San Antonio, Texas
(replacing Mary Ann Grant of Houston whose term expired)

Gary L. Janacek
Belton, Texas
(Mr. Janacek is being reappointed)

A. John Yoggerst II
San Antonio, Texas
(replacing Rusty Ballard of Forreston whose term expired)

Respectfully submitted,
/s/Rick Perry
Governor

### PHYSICIAN OF THE DAY

Senator Wentworth was recognized and presented Dr. E. David Pampe of Austin as the Physician of the Day.

The Senate welcomed Dr. Pampe and thanked him for his participation in the Physician of the Day program sponsored by the Texas Academy of Family Physicians.

### GUESTS PRESENTED

Senator Zaffirini was recognized and introduced to the Senate Brittany Fisk, Abigail Gorham, and Joseph Miller of the Gifted and Talented Program at Oak Crest Intermediate School in San Antonio, serving today as Honorary Senate Pages, accompanied by their teacher, Beverly Weatherington.

The Senate welcomed its guests.

### GUEST PRESENTED

Senator Huffman was recognized and introduced to the Senate her son, Luke Lawyer.

The Senate welcomed its guest.

### GUESTS PRESENTED

Senator West was recognized and introduced to the Senate a delegation of students representing the Student Advisory Committee of Texas Senatorial District 23, accompanied by their teachers, parents, and sponsors.

The Senate welcomed its guests.

### SENATE RESOLUTION 438

Senator Hinojosa offered the following resolution:

WHEREAS, The Senate of the State of Texas is pleased to recognize the Lipan Apache Tribe of Texas; and

WHEREAS, The Lipan Apache Tribe of Texas is the present-day incarnation of the clans, bands, and divisions historically known as the Lipan Apaches, who have lived in Texas and northern Mexico for 300 years; and

WHEREAS, The Lipan Apaches have a culture rich in tradition and a heritage that has been handed down from one generation to the next; they have maintained their sense of community from the days of treaties until the present day despite social, economic, and military instabilities; and

WHEREAS, The Lipan Apaches have enjoyed government to government relations with Spain, Mexico, the Republic of Texas, the United States of America, and the State of Texas; these relations have taken the form of treaties, alliances, and pledges of friendship; and

WHEREAS, The Lipan Apaches have faithfully served when called upon to bear arms in protection of their fellow Texans and Americans; the tribe honors many veterans who served as scouts in World War I, World War II, Korea, Vietnam, and Iraq; the Tribal Shield of the Lipan Apache proudly flies beside the American flag in Afghanistan, where one of the Lipan Apache Tribe of Texas warriors is serving on his second tour; and

WHEREAS, The Lipan Apaches of today continue to serve their communities as police officers, ministers, nurses, and school teachers and in many other occupations that speak to integrity and fidelity of service to others; and

WHEREAS, The treaty closest to the heart of the Lipan Apache is the Live Oak Treaty of 1838; the promises of "Peace and Perpetual Friendship" live today as they did when President Sam Houston and the Lipan Apache pledged this commitment to one another; now, therefore, be it

RESOLVED, That the Senate of the State of Texas hereby recognize the Lipan Apache Tribe of Texas and commend it on its many valuable contributions to this state; and, be it further

RESOLVED, That a copy of this Resolution be prepared for the tribe as an expression of highest esteem from the Texas Senate.

SR 438 was read and was adopted without objection.

### GUESTS PRESENTED

Senator Hinojosa was recognized and introduced to the Senate representatives of the Lipan Apache Tribe of Texas: Bernard F. Barcena, Jr., Chair; Robert Soto, Vice-chair; Juan Z. Soliz, Treasurer; Alma Cruz, Clerk of the Nation and Clan Mother; and William Larew, Tribal Administrator; accompanied by other representatives.

The Senate welcomed its guests.

### GUEST PRESENTED

Senator Nelson was recognized and introduced to the Senate Michelle Aguilar of Saginaw, winner on *The Biggest Loser* television show.

The Senate welcomed its guest.

## INTRODUCTION OF BILLS AND RESOLUTIONS POSTPONED

The President announced that the introduction of bills and resolutions on first reading would be postponed until the end of today's session.

There was no objection.

## BIRTHDAY GREETINGS EXTENDED

Senator Williams was recognized and, on behalf of the Senate, extended birthday greetings to Senator Watson.

## CONCLUSION OF MORNING CALL

The President at 11:39 a.m. announced the conclusion of morning call.

## PERSONAL PRIVILEGE STATEMENT

Senator Lucio was recognized to speak on a matter of personal privilege.

## AT EASE

The President at 11:44 a.m. announced the Senate would stand At Ease subject to the call of the Chair.

## IN LEGISLATIVE SESSION

The President at 12:13 p.m. called the Senate to order as In Legislative Session.

## SENATE BILL 362 ON THIRD READING

The President laid before the Senate **SB 362** by Senator Fraser at this time on its third reading and final passage (set as special order):

**SB 362**, Relating to requiring a voter to present proof of identification.

The bill was read third time and was passed by the following vote: Yeas 19, Nays 12.

Yeas: Averitt, Carona, Deuell, Duncan, Eltife, Estes, Fraser, Harris, Hegar, Huffman, Jackson, Nelson, Nichols, Ogden, Patrick, Seliger, Shapiro, Wentworth, Williams.

Nays: Davis, Ellis, Gallegos, Hinojosa, Lucio, Shapleigh, Uresti, Van de Putte, Watson, West, Whitmire, Zaffirini.

## LETTER FROM DEPUTY SECRETARY OF STATE

Senator Van de Putte was recognized to read and to submit in writing the following letter relating to **SB 362** from the Deputy Secretary of State:

Coby Shorter, III<br>
Deputy Secretary of State<br>
State of Texas

March 11, 2009

The Honorable Leticia Van de Putte
Texas Senate
P.O. Box 12068 – Capitol Station
Austin, Texas 78711

Dear Senator Van de Putte:

Thank you for the opportunity to serve as a resource witness on Senate Bill 362. During my testimony you asked several questions which I needed to research. Below, please find your questions and my responses.

<u>Question: Explain the difference between a Citizenship Certificate and Citizenship Papers.</u>

Please know the Office of the Secretary of State does not have jurisdiction over U.S. citizenship issues; thus, our response is based on information from the U.S. Citizenship and Immigration Services. Based on preliminary research, we have determined that a Certificate of U.S. Citizenship is a document issued by the United States government as proof of U.S. citizenship. Individuals who are eligible to apply for the certificate include those who obtained U.S. citizenship while residing in the United States or individuals who were born outside the United States to U.S. citizens. Specifically, children born of U.S. citizens who were born abroad are eligible. In addition, a child whose parent or parents became naturalized while the child was under 18 years of age is also eligible for this document. The Certificate of U.S. Citizenship contains a photograph and qualifies as proof of identity under the proposed amendment to Section 63.0101(a) of the Texas Election Code (the "Code").

"United States Citizenship Papers" are one of the authorized forms of identification in the proposed amendment to Section 63.0101(b) of the Code. According to the U.S. Citizenship and Immigration Services, the following documents generally constitute proof of U.S. citizenship: birth certificate, U.S. Passport, Certificate of Citizenship, and Naturalization Certificate. These four documents would appear to qualify as "United States Citizenship Papers" under the proposed amendment to Section 63.0101. A U.S. Passport and a Certificate of Citizenship are specifically listed as forms of photo identification authorized under the proposed Section 63.0101(a), so it appears that these documents qualify under both 63.0101(a) and (b). A Certificate of Naturalization is a document issued by the United States government (or before October 1, 1991 by a federal or state court) as proof of a person having obtained U.S. citizenship through naturalization. A Certificate of Naturalization contains the person's photograph. A birth certificate does not contain a photograph.

<u>Question: How will inconsistencies between a temporary address appearing on an authorized identification document and a permanent address appearing on the voter registration list of military and student voters be treated if SB 362 were to become law?</u>

Senate Bill 362 requires a voter to provide proof of his or her identity and does not require a voter to provide proof of residence. If there was an inconsistency between an address that appeared on an authorized form of identification and the voter registration roll, that would not be grounds to disqualify the voter. As long as the voter still claimed the address that appeared on the voter registration list as his or her permanent residence address, the voter would be accepted for voting. Accordingly, if a voter presented a valid form of identification as proposed under Senate Bill 362, which contained an address different from the address on the list of registered voters, that voter wold be allowed to vote.

Question: Does the Secretary of State track the racial status of registered voters? If not, how will the state prove that Senate Bill 362 does not have an adverse impact on minority voters when the state submits the bill for preclearance?

Because racial status is not considered in a person's eligibility to register to voter, the state prescribed voter registration application does not request this information from voters. As a result, the state does not have statistics regarding the race or ethnicity of registered voters in Texas. We do have data on the number of registered voters with Hispanic surnames, but this data is inconclusive as it simply matches the surname of registered voters against a list of identified Hispanic surnames provided by the U.S. Census Bureau.

Every submission to the U.S. Department of Justice is different based on the unique aspects of the legislation. For instance, the Texas Legislative Council assisted with the compilation of data on race and ethnicity for redistricting bills. A similar effort to obtain such demographics may be required for a voter identification bill. Historically, we have also worked with legislators to ensure the best data available is included in submissions.

Thank you for the opportunity to research these issues. If I have inadvertently omitted or misunderstood your questions, please let me know.

Sincerely,

/s/ Coby Shorter, III
Deputy Secretary of State

## STATEMENT REGARDING VOTES CAST ON SENATE BILL 362
### (Senate Rule 17.01)

Senator West submitted the following statement:

We offer the following statements with respect to our votes on Senate Bill 362 and ask that they be spread upon the journal of the Senate:

1. The Senate is comprised of 31 members, 8 of whom are ethnic minorities: Ellis, West, Gallegos, Hinojosa, Lucio, Uresti, Van de Putte, and Zaffirini.

2. On January 14, 2009, a motion was made to amend the previous rules of the Senate to allow for legislation relating to voter identification requirements, after being reported favorably from a Committee of the Whole Senate, to be set as a special order, therefore bypassing the need for a two-thirds vote of the Senate at any point during Senate deliberations, for legislation addressing only this subject. The motion prevailed by a vote of 18-13. All 8 Senators who are ethnic minorities voted against this motion.

3. On March 10-11, 2009, the Senate convened as a Committee of the Whole Senate, and took up and passed Senate Bill 362, which relates to voter identification requirements, by a vote of 20 to 12. All Senators who are ethnic minorities voted against passage of the bill from the Committee of the Whole Senate.

4. On March 11, 2009, the Senate voted to set Senate Bill 362, and no other bill, for special order. The vote on this special order was 19-12. All 8 ethnic minority Senators voted against this motion.

5. On March 17th, the Senate took up Senate Bill 362 on second reading, as a special order. The vote on this legislation was 19-12. All 8 ethnic minority Senators voted against this motion.

6. On March 18th, the Senate took up Senate Bill 362 on third reading. The vote on this legislation was 19-12. All 8 ethnic minority Senators voted against this legislation.

7. To date, there have been no other opportunities during the 81st Regular Legislative Session in which members of the Senate had the opportunity to vote on legislation relating to voter identification, other than the ones listed above; and

8. Of all the opportunities members of the Senate have had to vote on voter identification legislation, or Senate process regarding voter identification legislation, no Senator who is an ethnic minority has voted in favor of such legislation or the process related to such legislation.

| | |
|---|---|
| WEST | URESTI |
| ELLIS | VAN DE PUTTE |
| GALLEGOS | WATSON |
| LUCIO | WHITMIRE |
| SHAPLEIGH | ZAFFIRINI |

### SENATE BILL 52 ON SECOND READING

On motion of Senator Zaffirini and by unanimous consent, the regular order of business was suspended to take up for consideration **SB 52** at this time on its second reading:

**SB 52**, Relating to the penalties for the illegal use of a parking space or area designated specifically for persons with disabilities.

The bill was read second time and was passed to engrossment by a viva voce vote.

All Members are deemed to have voted "Yea" on the passage to engrossment.

### SENATE BILL 52 ON THIRD READING

Senator Zaffirini moved that Senate Rule 7.18 and the Constitutional Rule requiring bills to be read on three several days be suspended and that **SB 52** be placed on its third reading and final passage.

The motion prevailed by the following vote: Yeas 29, Nays 2.

Yeas: Averitt, Carona, Davis, Deuell, Duncan, Ellis, Eltife, Estes, Fraser, Gallegos, Harris, Hegar, Hinojosa, Huffman, Jackson, Lucio, Nelson, Nichols, Ogden, Patrick, Shapiro, Shapleigh, Uresti, Van de Putte, Watson, West, Whitmire, Williams, Zaffirini.

Nays: Seliger, Wentworth.

### Reason for Vote

Senator Wentworth submitted the following reason for vote on suspension of the Constitutional Three-day Rule:

I cast a "No" vote on the procedural motion to suspend the Constitutional Rule requiring that bills be read on three several days in order to take up and consider **SB 52**, because in my judgment no circumstance exists in this case to justify the extraordinary act of suspending a requirement of the Texas Constitution. The suspension of this Constitutional Rule has the direct and immediate effect of denying the people of Texas knowledge and notice of the passage of this measure until it has already been finally passed on third reading. Were we to have followed the requirement of the Texas Constitution, third reading and a vote on **SB 52** would have occurred on the next legislative day, allowing for Texans to have learned through news reports of our second reading vote exactly what we had tentatively passed. Third reading and a vote on the next legislative day would also have allowed our professional staff an opportunity overnight to make sure any amendments passed on second reading are technically correct.

/s/Jeff Wentworth
Senator, District 25

The bill was read third time and was passed by the following vote: Yeas 30, Nays 1.

Nays: Seliger.

### COMMITTEE SUBSTITUTE
### SENATE BILL 445 ON SECOND READING

On motion of Senator Wentworth and by unanimous consent, the regular order of business was suspended to take up for consideration **CSSB 445** at this time on its second reading:

**CSSB 445**, Relating to juror questions and juror note-taking during civil trials.

The bill was read second time and was passed to engrossment by a viva voce vote.

All Members are deemed to have voted "Yea" on the passage to engrossment.

### COMMITTEE SUBSTITUTE
### SENATE BILL 90 ON THIRD READING

On motion of Senator Van de Putte and by unanimous consent, the regular order of business was suspended to take up for consideration **CSSB 90** at this time on its third reading and final passage:

**CSSB 90**, Relating to adoption of the Interstate Compact on Educational Opportunity for Military Children.

The bill was read third time and was passed by the following vote: Yeas 31, Nays 0.

## COMMITTEE SUBSTITUTE
## SENATE BILL 434 ON SECOND READING

Senator Wentworth moved to suspend the regular order of business to take up for consideration **CSSB 434** at this time on its second reading:

**CSSB 434**, Relating to the establishment and operation of a motor-bus-only lane pilot program in certain counties.

The motion prevailed by the following vote: Yeas 30, Nays 1.

Nays: Ogden.

The bill was read second time.

Senator Ogden offered the following amendment to the bill:

### Floor Amendment No. 1

Amend **CSSB 434**, on page 1, line 20 as follows:
(1) Strike ", and Williamson"; and
(2) Insert "and" between "El Paso," and "Travis".

The amendment to **CSSB 434** was read and was adopted by a viva voce vote.

All Members are deemed to have voted "Yea" on the adoption of Floor Amendment No. 1.

On motion of Senator Wentworth and by unanimous consent, the caption was amended to conform to the body of the bill as amended.

**CSSB 434** as amended was passed to engrossment by a viva voce vote.

All Members are deemed to have voted "Yea" on the passage to engrossment.

## SENATE BILL 987 ON SECOND READING

On motion of Senator Shapiro and by unanimous consent, the regular order of business was suspended to take up for consideration **SB 987** at this time on its second reading:

**SB 987**, Relating to the age at which transition planning begins for a public school student receiving special education services.

The bill was read second time and was passed to engrossment by a viva voce vote.

All Members are deemed to have voted "Yea" on the passage to engrossment.

## SENATE BILL 987 ON THIRD READING

Senator Shapiro moved that Senate Rule 7.18 and the Constitutional Rule requiring bills to be read on three several days be suspended and that **SB 987** be placed on its third reading and final passage.

The motion prevailed by the following vote: Yeas 30, Nays 1.

Nays: Wentworth.

### Reason for Vote

Senator Wentworth submitted the following reason for vote on suspension of the Constitutional Three-day Rule:

I cast a "No" vote on the procedural motion to suspend the Constitutional Rule requiring that bills be read on three several days in order to take up and consider **SB 987**, because in my judgment no circumstance exists in this case to justify the extraordinary act of suspending a requirement of the Texas Constitution. The suspension of this Constitutional Rule has the direct and immediate effect of denying the people of Texas knowledge and notice of the passage of this measure until it has already been finally passed on third reading. Were we to have followed the requirement of the Texas Constitution, third reading and a vote on **SB 987** would have occurred on the next legislative day, allowing for Texans to have learned through news reports of our second reading vote exactly what we had tentatively passed. Third reading and a vote on the next legislative day would also have allowed our professional staff an opportunity overnight to make sure any amendments passed on second reading are technically correct.

/s/Jeff Wentworth
Senator, District 25

The bill was read third time and was passed by the following vote: Yeas 31, Nays 0.

### COMMITTEE SUBSTITUTE
### SENATE BILL 555 ON SECOND READING

Senator Duncan moved to suspend the regular order of business to take up for consideration **CSSB 555** at this time on its second reading:

**CSSB 555**, Relating to indemnification provisions in construction contracts.

The motion prevailed by the following vote: Yeas 30, Nays 1.

Nays: Nichols.

The bill was read second time and was passed to engrossment by the following vote: Yeas 30, Nays 1. (Same as previous roll call)

### COMMITTEE SUBSTITUTE
### SENATE BILL 555 ON THIRD READING

Senator Duncan moved that Senate Rule 7.18 and the Constitutional Rule requiring bills to be read on three several days be suspended and that **CSSB 555** be placed on its third reading and final passage.

The motion prevailed by the following vote: Yeas 29, Nays 2.

Yeas: Averitt, Carona, Davis, Deuell, Duncan, Ellis, Eltife, Estes, Fraser, Gallegos, Harris, Hegar, Hinojosa, Huffman, Jackson, Lucio, Nelson, Ogden, Patrick, Seliger, Shapiro, Shapleigh, Uresti, Van de Putte, Watson, West, Whitmire, Williams, Zaffirini.

Nays: Nichols, Wentworth.

### Reason for Vote

Senator Wentworth submitted the following reason for vote on suspension of the Constitutional Three-day Rule:

I cast a "No" vote on the procedural motion to suspend the Constitutional Rule requiring that bills be read on three several days in order to take up and consider **CSSB 555**, because in my judgment no circumstance exists in this case to justify the extraordinary act of suspending a requirement of the Texas Constitution. The suspension of this Constitutional Rule has the direct and immediate effect of denying the people of Texas knowledge and notice of the passage of this measure until it has already been finally passed on third reading. Were we to have followed the requirement of the Texas Constitution, third reading and a vote on **CSSB 555** would have occurred on the next legislative day, allowing for Texans to have learned through news reports of our second reading vote exactly what we had tentatively passed. Third reading and a vote on the next legislative day would also have allowed our professional staff an opportunity overnight to make sure any amendments passed on second reading are technically correct.

/s/Jeff Wentworth
Senator, District 25

The bill was read third time and was passed by the following vote: Yeas 30, Nays 1.

Nays: Nichols.

### COMMITTEE SUBSTITUTE
### SENATE BILL 188 ON SECOND READING

Senator Deuell moved to suspend the regular order of business to take up for consideration **CSSB 188** at this time on its second reading:

**CSSB 188**, Relating to disease control programs to reduce the risk of certain communicable diseases.

The motion prevailed by the following vote: Yeas 23, Nays 7.

Yeas: Averitt, Carona, Davis, Deuell, Duncan, Ellis, Eltife, Gallegos, Harris, Hegar, Hinojosa, Lucio, Nelson, Nichols, Seliger, Shapleigh, Uresti, Van de Putte, Watson, Wentworth, West, Whitmire, Zaffirini.

Nays: Estes, Fraser, Huffman, Ogden, Patrick, Shapiro, Williams.

Absent: Jackson.

The bill was read second time and was passed to engrossment by the following vote: Yeas 23, Nays 7. (Same as previous roll call)

### SENATE BILLS ON FIRST READING

The following bills, filed on or before Friday, March 13, 2009, were introduced, read first time, and referred to the committees indicated:

**SB 6** by Duncan, Nelson
Relating to the creation of the Healthy Texas Program.
To Committee on State Affairs.

**SB 7** by Nelson
Relating to strategies for and improvements in quality of health care and care management provided through health care facilities and through the child health plan and medical assistance programs designed to improve health outcomes.
To Committee on Health and Human Services.

**SB 14** by Fraser
Relating to the operation of the Texas Windstorm Insurance Association and the Texas FAIR Plan Association.
To Committee on Business and Commerce.

**SB 19** by Patrick
Relating to the computation of the franchise tax.
To Committee on Finance.

**SB 20** by Williams
Relating to ad valorem taxation.
To Committee on Finance.

## NOTICE GIVEN FOR
## LOCAL AND UNCONTESTED CALENDAR

Senator Williams announced that a Local and Uncontested Calendar had been furnished to each Member of the Senate. He then gave notice that the Local and Uncontested Calendar Session would be held at 8:00 a.m. tomorrow and that all bills and resolutions would be considered on second and third reading in the order in which they were listed.

## SENATE RULE 11.10(a) SUSPENDED
### (Public Notice of Committee Meetings)

On motion of Senator Whitmire and by unanimous consent, Senate Rule 11.10(a) was suspended in order that the Committee on Criminal Justice might meet today.

## SENATE RULE 11.10(a) SUSPENDED
### (Public Notice of Committee Meetings)

On motion of Senator Fraser and by unanimous consent, Senate Rule 11.10(a) was suspended in order that the Committee on Business and Commerce might meet today.

## SENATE BILL 1165 REREFERRED

Senator Carona submitted a Motion In Writing requesting that **SB 1165** be withdrawn from the Committee on Criminal Justice and rereferred to the Committee on Transportation and Homeland Security.

The Motion In Writing prevailed without objection.

## MOTION TO ADJOURN

On motion of Senator Whitmire and by unanimous consent, the Senate at 1:34 p.m. agreed to adjourn, in memory of Ana Maria Bujanos of Brownsville and Rebecca Pemelton and Roger G. Burns of Harlingen, upon conclusion of the Local and Uncontested Calendar Session, until 10:00 a.m. tomorrow.

## RESOLUTIONS OF RECOGNITION

The following resolutions were adopted by the Senate:

### Memorial Resolutions

**SR 448** by Davis, Extending condolences to the staff of the Fort Worth Zoo on the occasion of the death of Kambula the gorilla.

**SR 449** by Davis, In memory of George Allen Crowley.

**SR 450** by Davis, In memory of David John Barker of Fort Worth.

**SR 451** by Davis, In memory of Jack Quarles Whitley of Burleson.

**SR 452** by Davis, In memory of James "Buck" Hubbard of Granbury.

**SR 456** by Lucio, In memory of Simon Salinas of Willacy County.

**SR 461** by Huffman, In memory of Douley Ray Graham of Gardendale.

**SR 464** by Deuell, In memory of Johnny Freelen of Grand Saline.

### Congratulatory Resolutions

**SR 378** by Ogden and Deuell, Congratulating Rebecca Robinson for being named Miss Texas 2008.

**SR 453** by Davis, Recognizing the Chess Club of Lake Country Christian School in Fort Worth for its success in the Region II tournament.

**SR 455** by Lucio, Commending Joe Kenney for his contributions to the Brownsville community.

**SR 457** by Nelson and Deuell, Congratulating Sydney Capello for being named Miss Teen Texas 2008.

**SR 458** by Hinojosa, Recognizing the mariachi program developed in the La Joya schools.

**SR 459** by Hinojosa, Congratulating Ishan Kamat for winning a state academic decathlon competition.

**SR 462** by Huffman, Recognizing Jack E. Thompson on the occasion of his retirement from the Harris County district courts.

**HCR 36** (Nelson), Commending all those in Denton County who participated in the emergency response to Hurricane Ike.

**HCR 98** (Watson), Commending Michael William Heskett for his 26 years of service to the Texas State Library and Archives Commission.

### Official Designation Resolutions

**SR 454** by Seliger, Recognizing March 25, 2009, as Big Spring Area Day at the State Capitol.

**SR 460** by West, Recognizing June 11, 2009, as Texas Health Steps Provider Appreciation Day in Grand Prairie.

**SR 463** by Hegar, Recognizing March 24, 2009, as Jackson County Day at the State Capitol.

### RECESS

On motion of Senator Whitmire, the Senate at 1:35 p.m. recessed until 8:00 a.m. tomorrow for the Local and Uncontested Calendar Session.

## APPENDIX

### COMMITTEE REPORTS

The following committee reports were received by the Secretary of the Senate in the order listed:

March 18, 2009

GOVERNMENT ORGANIZATION — **SB 745, SB 833, SB 1001, SB 1003, SB 1004**

ECONOMIC DEVELOPMENT — **CSSB 500**

BUSINESS AND COMMERCE — **SB 529, SB 711**

### BILLS ENGROSSED

March 17, 2009

**SB 33, SB 93, SB 189**

### RESOLUTIONS ENROLLED

March 17, 2009

**SR 324, SR 394, SR 442, SR 443, SR 444**