## TALKING POINTS FOR DHD CALL TO MEMBERS
## VOTER ID TIMELINE & PROCEDURES

**DRAFT**

Today Governor Perry designated voter i.d. legislation as an emergency within the Constitutional Order of Business.

It is my intent to name Senator Duncan as chair of the Committee of the Whole and to work with Senator Duncan so the Committee can take up SB 14 starting on Monday.

Senator Duncan did a great job presiding last time, and I think he has earned the members' trust on this issue. I have asked him and Senator Fraser to move the bill as expeditiously as possible.

I intend for the Senate to meet as long as it takes next week to get this done. We have a lot of other very important work ahead of us, and I think it is in the Senate's best interests to complete our work on voter i.d. so we can concentrate on the budget, eminent domain, border security, and other pressing issues.

Senator Duncan will be in touch with you about specific procedures for the Committee.

I'm calling because I wanted you to hear it first from me.

EXHIBIT 158 Hebert 6-17-14

2:13-cv-193
09/02/2014
DEF0497

HIGHLY CONFIDENTIAL    TX_0003450