

**OFFICE OF THE LIEUTENANT GOVERNOR**
David Dewhurst

FOR IMMEDIATE RELEASE
January 20, 2010

CONTACT: Mike Walz
(512) 463-0715
mike.walz@ltgov.state.tx.us

## Lt. Governor Dewhurst Statement Regarding Governor Perry's Emergency Call
*Voter ID and Federal Balanced Budget Amendment Added to Emergency Items*

AUSTIN— Today, Lt. Governor David Dewhurst issued the following statement regarding Governor Perry's declaration of additional emergency items for the 2011 legislative session:

"I'm pleased that Governor Perry has agreed to include a Federal Balanced Budget Amendment and Voter ID in his Emergency Call.

"Texas has a Constitutional duty to balance our budget which forces lawmakers to regularly review and prioritize state spending, and Washington should be forced to do the same with federal spending.

"Texans have fought and died for the principle of one person, one vote; and Republicans, Independents and Democrats all agree that we must uphold the integrity of our elections."

### ###




2:13-cv-193
09/02/2014
**DEF0498**