

The Capitol
Austin, Texas 78711-2068
512-463-0001

# David Dewhurst
Lieutenant Governor of Texas
President of the Senate

1-800-441-0373
Fax: 512-936-6700
Dial 711 for Relay Calls

January 20, 2011

The Honorable Brian Birdwell
Capitol Extension
Room E1.708
Austin, Texas 78701

Dear Senator Birdwell:

On Monday, January 24, 2011, it is my intent to recognize Senator Robert Duncan for a motion resolving the Senate into a Committee of the Whole to consider Senate Bill 14, relating to requirements to vote, including presenting proof of identification; providing criminal penalties.

Pursuant to Senate Rule 13.02, it is also my intent to appoint Senator Duncan as Chair of Committee of the Whole for all of the meetings relating to Senate Bill 14.

I have asked Senator Duncan to forward to each of you a draft resolution outlining the procedures for the Committee of the Whole. The resolution will be taken up on Monday prior to the committee meeting. Please contact Senator Duncan with any questions regarding next week's procedures.

Sincerely,

David Dewhurst
Lieutenant Governor

DD: eg




2:13-cv-193
09/02/2014
DEF0499

TX_0002