| | |
|---|---|
| From: | Jonathan Stinson |
| Sent: | Friday, January 21, 2011 5:31 PM |
| To: | Wroe Jackson |
| Subject: | Fw: voter ID info |
| Attachments: | VOTE - ensuring compliance with Sup Ct.doc; VOTE - 82R TALKING POINTS.docx; VOTE - state law comparison.doc |

Jonathan Stinson
jonathan.stinson@senate.state.tx.us

**From:** Bryan Hebert
**To:** Jason Baxter; Janice McCoy; Jonathan Stinson
**Cc:** Blaine Brunson; Julia Rathgeber
**Sent:** Fri Jan 21 17:29:43 2011
**Subject:** voter ID info

Attached are several documents that may prove useful in preparing for next week's voter ID debate, including:
(1) a summary of proposed talking points
(2) a summary of the standard necessary to pass US Supreme Court scrutiny
(3) a chart of the differences between the Indiana, Georgia, and Texas laws

Obviously these documents will be supplemented by information discussed Sunday night, and I will be compiling more data tomorrow for your review.

Bryan Hebert
Deputy General Counsel
Office of the Lieutenant Governor
512-463-0001



1

2:13-cv-193
09/02/2014
DEF0502

HIGHLY CONFIDENTIAL

TX_00262645

## ENSURING COMPLIANCE WITH SUPREME COURT

I. **LEGITIMATE STATE INTERESTS**
   - Deterring and detecting fraud
   - Improving and modernizing election procedures
   - Protecting against fraud enabled by inaccurate registration rolls
   - Counting only eligible voters' votes
   - Protecting public confidence in elections

II. **MEASURES *REQUIRED* TO OFFSET BURDENS ON VOTERS**
   - Access to free photo ID cards
   - Availability of provisional ballots and absentee ballots
   - Ensure that obtaining ID is no more inconvenient or burdensome than usual act of voting

III. **MEASURES *RECOMMENDED* TO OFFSET BURDENS ON VOTERS**
   - Phase-in over two election cycles (as prescribed by Carter-Baker Report)
   - Exception for certain elderly voters (to decrease size of class of voters adversely impacted by law)

TX_00262646

HIGHLY CONFIDENTIAL

# TALKING POINTS (82R)

I. **THE THREAT OF FRAUD IS REAL**
   - Deceased voters, felons, duplicate registrations, and non-residents remain on voter rolls (*2007 State Auditor report found over 49,000 of these possible ineligible voters*)
   - Fraudulent registration applications are rampant (*over 6,000 applications by non-citizens rejected in Harris County from 2004-2007, 2008 ACORN and 2010 Houston Votes registration scandals made national news*)
   - Texas Election Administration Management (TEAM) system is improving, but continues to have accuracy problems
   - Current election system is inadequate to catch in-person voting fraud

II. **THIS BILL PROTECTS TEXAS VOTERS**
   - Deters and detects fraud
   - Improves and modernizes election procedures
   - Protects against fraud enabled by inaccurate registration rolls
   - Counts only eligible voters' votes
   - Protects public confidence in elections

   *(These points are taken directly from Supreme Court opinion describing Indiana's "legitimate state interests" in adopting photo ID)*

III. **THIS BILL REPRESENTS AN ATTEMPT TO ENSURE THAT EVERY ELIGIBLE VOTER CAN VOTE AND THAT ONLY LEGITIMATE VOTES ARE COUNTED**

   - Simplified bill requires photo ID
   - includes exemption for voters over 70 and a procedure for counting provisional ballots
   - Similar to Indiana and Georgia laws (which were both upheld by the federal authorities)
   - Requires months of statewide voter education efforts before law takes effect

HIGHLY CONFIDENTIAL

TX_00262647

|  | INDIANA LAW | GEORGIA LAW | TEXAS - SB 14 | TEXAS - CURRENT LAW |
|---|---|---|---|---|
| REQUIRED I.D. | One photo ID:<br>• state or federal ID that includes name, photo, and expiration date (specific forms of ID not provided) | One photo ID:<br>• driver's license (even if expired)<br>• state or federal photo ID<br>• local, state, or federal govt employee photo ID<br>• U.S. passport<br>• military photo ID<br>• tribal photo ID | One photo ID:<br>• DPS-issued ID that has not expired<br>• military photo ID<br>• citizenship certificate with photo<br>• U.S. passport | voter registration card<br>- OR -<br>sign affidavit at polls<br>AND<br>• DPS-issued ID (even if expired)<br>• any photo ID with name<br>• birth certificate<br>• citizenship papers<br>• U.S. passport<br>• govt-issued mail or document<br>• other ID prescribed by Sec of State |
| EXCEPTIONS TO PHOTO REQUIREMENT | • indigent<br>• religious objection<br>• voters in state-licensed care facility | none | none | (photo ID not required) |
| PROVISIONAL BALLOT | If no ID, voter may cast provisional ballot and may return within 10 days with ID for ballot to be counted | If no ID, voter may cast provisional ballot and may return within 2 days with ID for ballot to be counted. | If no ID, voter may cast provisional ballot, and may return within 6 days with ID for ballot to be counted. | If no ID, voter may cast provisional ballot, and registrar must confirm eligibility within 7 days |

HIGHLY CONFIDENTIAL

TX_00262648

| REQUIRED VOTER EDUCATION | secretary of state conducts statewide education campaign for voters and poll workers | none | secretary of state conducts statewide education campaign for voters and poll workers | N/A |

*(The Indiana law was upheld by the Supreme Court and the Georgia law was upheld by the DOJ)*

HIGHLY CONFIDENTIAL

TX_00262649