| | |
|---|---|
| From: | Bryan Hebert |
| Sent: | Monday, January 24, 2011 9:37 AM |
| To: | Janice McCoy; Jonathan Stinson; Ryan LaRue_SC; Amanda Montagne |
| Subject: | affidavit amendment |

FYI – There will likely be an amendment offered tomorrow that proposes adding an option to allow a person to vote without a photo ID if the person signs an affidavit stating that they are who they say they are. Several states (LA, ID, MI, OK, SD) have this "fail-safe" option and the DOJ loves it. Indiana, however, does not have it, and the Supreme Court did not deem it necessary.

The argument against adding an affidavit exception is that anyone could forge a signature, vote, and leave undetected. There is no way to trace the forgery back to the person. It basically guts the bill and assumes that criminal penalties are a sufficient deterrent to voter fraud.

Bryan Hebert
Deputy General Counsel
Office of the Lieutenant Governor
512-463-0001



EXHIBIT 167 Hebert 6-17-14

2:13-cv-193
09/02/2014
DEF0506

HIGHLY CONFIDENTIAL

TX_00079495