**From:** Bryan Hebert
**Sent:** Monday, January 24, 2011 10:04 AM
**To:** Jason Baxter; Amanda Montagne; Ryan LaRue_SC
**Subject:** RE: Voter ID Talking Points & Analysis

Some of that is fine, but avoid talking about illegals and registration. We are not doing this to crack down on illegals, but to generally strengthen the security and integrity of the voting process. This is a bill about voting, not registering (though some mention of registration fraud is useful to show that fraud exists generally in the system).

Bryan Hebert
Deputy General Counsel
Office of the Lieutenant Governor
512-463-0001

**From:** Jason Baxter
**Sent:** Monday, January 24, 2011 10:00 AM
**To:** Amanda Montagne; Ryan LaRue_SC
**Cc:** Bryan Hebert
**Subject:** FW: Voter ID Talking Points & Analysis

FYI

**From:** Brent Connett [mailto:brent@txcc.org]
**Sent:** Monday, January 24, 2011 9:57 AM
**To:** brent@txcc.org
**Cc:** tom@txcc.org
**Subject:** Voter ID Talking Points & Analysis

Senators,

In advance of your Committee of the Whole Senate meeting today, please see the attached Talking Points & Analysis document on election integrity. The piece recommends:

> The Legislature must secure the integrity of elections by verifying the citizenship of those registering to vote, requiring a photo ID to vote, removing non-qualified voters from voter registration lists, and improving absentee ballot security.

In addition to providing recommendations and talking points, this paper provides background on successful voter identification laws in Georgia and Indiana.

Sincerely,

Brent Connett
Texas Conservative Coalition
512-474-1798 (office)
512-799-8360 (cell)
txcc.org
facebook.com/txconservativecoalition



EXHIBIT 168
Hebert 6-13-14



2:13-cv-193
09/02/2014
DEF0507

TX_00081510

HIGHLY CONFIDENTIAL