| | |
|---|---|
| From: | Bryan Hebert |
| Sent: | Monday, January 24, 2011 9:29 PM |
| To: | Janice McCoy; Jonathan Stinson; Katie Ogden; Amanda Montagne; Ryan LaRue_SC |
| Cc: | Blaine Brunson; Julia Rathgeber |
| Subject: | the plan for Tuesday |

Invited witnesses:
(1) Jerry Bonnett (general counsel, Indiana Sec of State) - to discuss their experience with voter ID

(2) Christian Ward (suggested by Judge Brister; partner at YetterColeman LLP, the firm of Gregory Coleman, who successfully argued the NAMUDNO case; he will be joined by Scott Keller, an associate at YetterColeman.) - to discuss constitutional law

(3) Terry Siebert (editor, TX Watchdog) - to discuss their voter fraud investigations

Floor tasks:
Huffman – legal standards, necessity of detecting and deterring fraud
Williams – identification cards, DPS, and related issues
Wentworth – voter turnout
(Other senators looking to provide input are encouraged to focus on the fact that this law will detect and deter fraud and protect public confidence in elections)

Other:
The TX Sec of State is sending a letter to Sen. Fraser tomorrow affirming that they expect to receive federal HAVA funds to pay for SB14's $2 million fiscal note.

In case you don't have it, my cell is 791-3541. Text or call anytime.

Bryan

**Bryan Hebert**
Deputy General Counsel
Office of the Lieutenant Governor
512-463-0001



EXHIBIT 170 Hebert 6-17-14

2:13-cv-193
09/02/2014
DEF0509

HIGHLY CONFIDENTIAL

TX_00081575