# Texas Legislature Online
# History

| | |
|---|---|
| **Bill:** | SB 14     **Legislative Session:** 82(R)     **Senate E&E Draft:** 2011S0078-1 |
| **Last Action:** | 05/27/2011 E See remarks for effective date |
| **Caption Version:** | Enrolled |
| **Caption Text:** | Relating to requirements to vote, including presenting proof of identification; providing criminal penalties. |
| **Author:** | Fraser \| Birdwell \| Carona \| Deuell \| Duncan \| Eltife \| Estes \| Harris \| Hegar \| Huffman \| Jackson \| Nelson \| Nichols \| Ogden \| Patrick \| Seliger \| Shapiro \| Wentworth \| Williams |
| **Sponsor:** | Harless \| Taylor, Larry \| Pena \| Truitt \| Smith, Todd |
| **Cosponsor:** | Aliseda \| Anderson, Charles "Doc" \| Anderson, Rodney \| Aycock \| Beck \| Berman \| Bohac \| Bonnen \| Branch \| Brown \| Burkett \| Button \| Cain \| Callegari \| Carter \| Christian \| Cook \| Craddick \| Creighton \| Crownover \| Darby \| Davis, John \| Davis, Sarah \| Driver \| Eissler \| Elkins \| Fletcher \| Flynn \| Frullo \| Geren \| Gonzales, Larry \| Gooden \| Hamilton \| Hancock \| Hardcastle \| Hilderbran \| Hopson \| Howard, Charlie \| Huberty \| Hughes \| Hunter \| Isaac \| Keffer \| King, Phil \| King, Susan \| Kolkhorst \| Kuempel \| Landtroop \| Larson \| Laubenberg \| Lavender \| Legler \| Lewis \| Madden \| Margo \| Miller, Sid \| Morrison \| Murphy \| Nash \| Orr \| Otto \| Parker \| Patrick, Diane \| Paxton \| Perry \| Phillips \| Pitts \| Price \| Riddle \| Ritter \| Schwertner \| Scott \| Sheets \| Sheffield \| Shelton \| Smith, Wayne \| Solomons \| Taylor, Van \| Weber \| White \| Woolley \| Workman \| Zedler \| Zerwas |
| **Subjects:** | Elections--Administration (I0277)<br>Elections--General (I0310)<br>Elections--Registration & Suffrage (I0265)<br>IDENTIFICATION CARDS (S0074)<br>SECRETARY OF STATE (V0042) |
| **Remarks:** | This Act takes effect January 1, 2012, except Sections 3, 5, 6, 7, 11, 22, and 24, take effect September 1, 2011. |
| **Senate Committee:** | Committee of the Whole Senate |
| **Status:** | Out of committee |
| **Vote:** | Ayes=20 Nays=12 Present Not Voting=0 Absent=0 |
| **House Committee:** | Voter Identification & Voter Fraud, Select |
| **Status:** | Out of committee |
| **Vote:** | Ayes=6 Nays=2 Present Not Voting=0 Absent=1 |
| **Senate Conferees:** | Appointed (04/05/2011) Fraser (Chair) \| Birdwell \| Huffman \| Van de Putte \| Williams |
| **House Conferees:** | Appointed (04/08/2011) Harless (Chair) \| Aliseda \| Bonnen \| Truitt \| Veasey |

2:13-cv-193
09/02/2014
**DEF0510**

EXHIBIT
171
Hebert 6-17-14

**Actions**: (descending date order)
Viewing Votes: Most Recent House Vote | Most Recent Senate Vote

| | Description | Comment | Date ▼ | Time | Journal Page |
|---|---|---|---|---|---|
| E | See remarks for effective date | | 05/27/2011 | | |
| E | Signed by the Governor | | 05/27/2011 | | 4526 |
| E | Sent to the Governor | | 05/18/2011 | | 2553 |
| H | Signed in the House | | 05/18/2011 | | 4181 |
| S | Signed in the Senate | | 05/18/2011 | | 2515 |
| S | Reported enrolled | | 05/17/2011 | | 2553 |
| S | House adopts conf. comm. report-reported | | 05/17/2011 | | 2385 |
| H | Statement(s) of vote recorded in Journal | | 05/16/2011 | | 4055 |
| H | Record vote | RV#1128 | 05/16/2011 | | 4054 |
| H | House adopts conference committee report | | 05/16/2011 | | 4054 |
| H | House adopts resolution to go outside bounds | HR2020 | 05/16/2011 | | 4049 |
| H | Senate adopts conf. comm. report-reported | | 05/09/2011 | | 3298 |
| S | Record vote | | 05/09/2011 | | 2084 |
| S | Senate adopts conference committee report | | 05/09/2011 | | 2084 |
| S | Senate adopts resolution to go outside bounds | SR 935 | 05/09/2011 | | 2084 |
| H | Conf. Comm. Report distributed | | 05/05/2011 | 05:51 PM | |
| S | Conference committee report filed | | 05/04/2011 | | 1760 |
| S | House appoints conferees-reported | | 04/11/2011 | | 1014 |
| S | House grants request for conf comm-reported | | 04/11/2011 | | 1014 |
| H | House appoints conferees | | 04/08/2011 | | 1633 |
| H | Statement(s) of vote recorded in Journal | | 04/08/2011 | | 1633 |
| H | Record vote | RV#320 | 04/08/2011 | | 1632 |
| H | Motion to table prevails | | 04/08/2011 | | 1632 |
| H | Motion to instruct conferees | | 04/08/2011 | | 1632 |
| H | Statement(s) of vote recorded in Journal | | 04/08/2011 | | 1632 |
| H | Record vote | RV#319 | 04/08/2011 | | 1631 |
| H | Motion to table prevails | | 04/08/2011 | | 1631 |
| H | Motion to instruct conferees | | 04/08/2011 | | 1631 |
| H | House grants request for conference committee | | 04/08/2011 | | 1631 |
| H | Senate appoints conferees- | | 04/06/2011 | | 1545 |

| | | | | |
|---|---|---|---|---|
| | reported | | | |
| H | Senate requests conference committee-reported | | 04/06/2011 | 1545 |
| H | Senate refuses to concur-reported | | 04/06/2011 | 1545 |
| S | Senate appoints conferees | | 04/05/2011 | 918 |
| S | Senate requests conference committee | | 04/05/2011 | 918 |
| S | Senate refuses to concur | | 04/05/2011 | 918 |
| S | Read | | 04/05/2011 | 918 |
| S | House amendment(s) laid before the Senate | | 04/05/2011 | 907 |
| S | House passage as amended reported | | 03/24/2011 | 759 |
| H | Record vote | RV#156 | 03/24/2011 | 1082 |
| H | Passed | | 03/24/2011 | 1082 |
| H | Read 3rd time | | 03/24/2011 | 1081 |
| H | Reason for vote recorded in Journal | | 03/23/2011 | 1040 |
| H | Record vote | RV#149 | 03/23/2011 | 1039 |
| H | Passed to 3rd reading as amended | | 03/23/2011 | 1039 |
| H | Record vote | RV#148 | 03/23/2011 | 1029 |
| H | Amendment tabled | 63-Eiland | 03/23/2011 | 1027 |
| H | Record vote | RV#147 | 03/23/2011 | 1026 |
| H | Amendment tabled | 62-Strama | 03/23/2011 | 1026 |
| H | Point of order withdrawn (amendment) | Rule 11, Section 2 and Rule 11, Section 3 | 03/23/2011 | 1026 |
| H | Amendment(s) offered | 62-Strama | 03/23/2011 | 1025 |
| H | Record vote | RV#146 | 03/23/2011 | 1025 |
| H | Amended | 48-Bonnen | 03/23/2011 | 1025 |
| H | Vote reconsidered | | 03/23/2011 | 1025 |
| H | Point of order overruled | Rule 4, Section 32(c)(4) | 03/23/2011 | 1024 |
| H | Record vote | RV#145 | 03/23/2011 | 1024 |
| H | Amendment tabled | 61-Martinez | 03/23/2011 | 1023 |
| H | Record vote | RV#144 | 03/23/2011 | 1023 |
| H | Amendment tabled | 60-Reynolds | 03/23/2011 | 1022 |
| H | Amended | 59-Dutton | 03/23/2011 | 1022 |
| H | Record vote | RV#143 | 03/23/2011 | 1022 |
| H | Amendment tabled | 58-Anchia | 03/23/2011 | 1021 |
| H | Record vote | RV#142 | 03/23/2011 | 1020 |
| H | Amendment tabled | 57-Anchia | 03/23/2011 | 1020 |
| H | Statement(s) of vote recorded in Journal | | 03/23/2011 | 1020 |
| H | Record vote | RV#141 | 03/23/2011 | 1019 |
| H | Amendment tabled | 56-Anchia | 03/23/2011 | 1019 |
| H | Statement(s) of vote recorded in Journal | | 03/23/2011 | 1019 |
| | Statement of Leg. Intent | | | |

Texas Cases at law Cv-00193 Document 744-24 Filed on 11/17/14 in TXSD Page 4 of 11
Case 2:13-cv-00193 Document 744-24 Filed on 11/17/14 in TXSD Page 4 of 11
Texas Legislature Online History for SB14 Page 4 of 11

| | | | | |
|---|---|---|---|---|
| H | Recorded in Journal | | 03/23/2011 | 1017 |
| H | Record vote | RV#140 | 03/23/2011 | 1018 |
| H | Amendment tabled | 55-Veasey | 03/23/2011 | 1016 |
| H | Record vote | RV#139 | 03/23/2011 | 1016 |
| H | Amendment tabled | 54-Alvarado | 03/23/2011 | 1015 |
| H | Amended | 53-Lucio | 03/23/2011 | 1014 |
| H | Record vote | RV#138 | 03/23/2011 | 1014 |
| H | Amendment tabled | 52-Castro | 03/23/2011 | 1013 |
| H | Statement(s) of vote recorded in Journal | | 03/23/2011 | 1013 |
| H | Record vote | RV#137 | 03/23/2011 | 1012 |
| H | Amendment tabled | 51-Gutierrez | 03/23/2011 | 1012 |
| H | Statement of Leg. Intent Recorded in Journal | | 03/23/2011 | 1010 |
| H | Record vote | RV#136 | 03/23/2011 | 1011 |
| H | Amendment tabled | 50-Raymond | 03/23/2011 | 1009 |
| H | Statement(s) of vote recorded in Journal | | 03/23/2011 | 1009 |
| H | Record vote | RV#135 | 03/23/2011 | 1008 |
| H | Amendment tabled | 49-Alonzo | 03/23/2011 | 1008 |
| H | Amended | 48-Bonnen, Bohac, and T. Smith | 03/23/2011 | 1007 |
| H | Amendment withdrawn | 47-Alonzo | 03/23/2011 | 1007 |
| H | Statement(s) of vote recorded in Journal | | 03/23/2011 | 1007 |
| H | Record vote | RV#134 | 03/23/2011 | 1006 |
| H | Amendment tabled | 46-Martinez | 03/23/2011 | 1006 |
| H | Amended | 45-Anchia | 03/23/2011 | 1005 |
| H | Record vote | RV#133 | 03/23/2011 | 1005 |
| H | Amendment tabled | 44-Gallego | 03/23/2011 | 1005 |
| H | Statement(s) of vote recorded in Journal | | 03/23/2011 | 1005 |
| H | Record vote | RV#132 | 03/23/2011 | 1004 |
| H | Amendment tabled | 43-Rodriguez | 03/23/2011 | 1003 |
| H | Record vote | RV#131 | 03/23/2011 | 1003 |
| H | Amendment tabled | 42-Walle | 03/23/2011 | 1001 |
| H | Amendment withdrawn | 41-Anchia | 03/23/2011 | 1001 |
| H | Record vote | RV#130 | 03/23/2011 | 1000 |
| H | Amendment tabled | 40-Menendez | 03/23/2011 | 1000 |
| H | Record vote | RV#129 | 03/23/2011 | 999 |
| H | Amendment tabled | 39-Anchia and Strama | 03/23/2011 | 998 |
| H | Record vote | RV#128 | 03/23/2011 | 997 |
| H | Amendment fails of adoption | 38-Burnam | 03/23/2011 | 997 |
| H | Record vote | RV#127 | 03/23/2011 | 996 |
| H | Amendment fails of adoption | 37-Hernandez Luna | 03/23/2011 | 996 |
| H | Record vote | RV#126 | 03/23/2011 | 995 |
| H | Amendment tabled | 36-Dutton | 03/23/2011 | 994 |
| H | Statement of Leg. Intent | | 03/23/2011 | 991 |

| | | | | |
|---|---|---|---|---|
| | Recorded in Journal | | | |
| H | Record vote | RV#125 | 03/23/2011 | 994 |
| H | Amendment tabled | 35-Raymond | 03/23/2011 | 991 |
| H | Statement of Leg. Intent Recorded in Journal | | 03/23/2011 | 987 |
| H | Record vote | RV#124 | 03/23/2011 | 990 |
| H | Amendment tabled | 34-Raymond | 03/23/2011 | 987 |
| H | Amendment withdrawn | 33-Dutton | 03/23/2011 | 986 |
| H | Amended | 32-Dukes | 03/23/2011 | 986 |
| H | Statement(s) of vote recorded in Journal | | 03/23/2011 | 986 |
| H | Record vote | RV#123 | 03/23/2011 | 985 |
| H | Amendment tabled | 31-Dutton | 03/23/2011 | 985 |
| H | Amended | 30-Gonzalez | 03/23/2011 | 984 |
| H | Amendment withdrawn | 29-Dutton | 03/23/2011 | 984 |
| H | Statement(s) of vote recorded in Journal | | 03/23/2011 | 984 |
| H | Record vote | RV#122 | 03/23/2011 | 983 |
| H | Amended | 28-Harper-Brown, Legler, Zerwas, Creighton, Orr, D. Miller, Sheffield, Jackson, Scott, Price, L. Tay | 03/23/2011 | 982 |
| H | Amended | 27-Miles | 03/23/2011 | 982 |
| H | Statement of Leg. Intent Recorded in Journal | | 03/23/2011 | 982 |
| H | Amended | 26-V. Gonzales | 03/23/2011 | 981 |
| H | Record vote | RV#121 | 03/23/2011 | 981 |
| H | Amendment tabled | 25-Hernandez Luna | 03/23/2011 | 980 |
| H | Record vote | RV#120 | 03/23/2011 | 980 |
| H | Amendment tabled | 24-Martinez Fischer | 03/23/2011 | 980 |
| H | Record vote | RV#119 | 03/23/2011 | 979 |
| H | Amendment tabled | 23-Dutton | 03/23/2011 | 979 |
| H | Amendment withdrawn | 22-Gonzalez | 03/23/2011 | 978 |
| H | Statement(s) of vote recorded in Journal | | 03/23/2011 | 978 |
| H | Record vote | RV#118 | 03/23/2011 | 978 |
| H | Amendment tabled | 21-Veasey | 03/23/2011 | 978 |
| H | Amended | 20-Alonzo | 03/23/2011 | 977 |
| H | Statement(s) of vote recorded in Journal | | 03/23/2011 | 977 |
| H | Record vote | RV#117 | 03/23/2011 | 976 |
| H | Amendment fails of adoption | 19-Allen | 03/23/2011 | 976 |
| H | Statement(s) of vote recorded in Journal | | 03/23/2011 | 976 |
| H | Record vote | RV#116 | 03/23/2011 | 976 |
| H | Amendment tabled | 18-Dutton | 03/23/2011 | 975 |
| H | Record vote | RV#115 | 03/23/2011 | 975 |
| H | Amendment tabled | 17-Dukes | 03/23/2011 | 974 |
| H | Statement of Leg. Intent Recorded in Journal | | 03/23/2011 | 970 |

| | | | | |
|---|---|---|---|---|
| H | Record vote | RV#114 | 03/23/2011 | 974 |
| H | Amendment tabled | 16-Raymond | 03/23/2011 | 970 |
| H | Record vote | RV#113 | 03/23/2011 | 969 |
| H | Amendment tabled | 15-Martinez | 03/23/2011 | 969 |
| H | Amendment withdrawn | 14-Raymond | 03/23/2011 | 968 |
| H | Amended | 13-Eiland | 03/23/2011 | 968 |
| H | Record vote | RV#112 | 03/23/2011 | 967 |
| H | Amendment tabled | 12-Dutton | 03/23/2011 | 967 |
| H | Record vote | RV#111 | 03/23/2011 | 967 |
| H | Amendment tabled | 11-Veasey | 03/23/2011 | 966 |
| H | Amended | 10-Y. Davis | 03/23/2011 | 966 |
| H | Statement(s) of vote recorded in Journal | | 03/23/2011 | 966 |
| H | Record vote | RV#110 | 03/23/2011 | 965 |
| H | Amended | 7-Bonnen+ | 03/23/2011 | 965 |
| H | Statement of Leg. Intent Recorded in Journal | | 03/23/2011 | 965 |
| H | Statement of Leg. Intent Recorded in Journal | | 03/23/2011 | 963 |
| H | Statement(s) of vote recorded in Journal | | 03/23/2011 | 964 |
| H | Record vote | RV#109 | 03/23/2011 | 964 |
| H | Amendment to amendment tabled | 9-Alonzo | 03/23/2011 | 963 |
| H | Record vote | RV#108 | 03/23/2011 | 962 |
| H | Amendment to amendment tabled | 8-Eiland | 03/23/2011 | 962 |
| H | Amendment(s) offered | 7-Bonnen, Zedler, Simpson, Creighton, S. Miller, Lyne, Otto, Chisum, Madden, T. Smith, W. Smith, D. | 03/23/2011 | 961 |
| H | Amendment withdrawn | 6-Y. Davis | 03/23/2011 | 961 |
| H | Amended | 5-Hochberg | 03/23/2011 | 961 |
| H | Amendment withdrawn | 4-Turner | 03/23/2011 | 960 |
| H | Amended | 3-Giddings and Bonnen | 03/23/2011 | 959 |
| H | Amendment withdrawn | 2-Anchia | 03/23/2011 | 958 |
| H | Amendment withdrawn | 1-Anchia | 03/23/2011 | 958 |
| H | Point of order overruled | Article III, Section 49 | 03/23/2011 | 956 |
| H | Point of order overruled | Rule 4, Section 32(c) | 03/23/2011 | 955 |
| H | Point of order overruled | Rule 4, Section 32(c) and Rule 4, Section 32(f) | 03/23/2011 | 953 |
| H | Point of order overruled | Rule 4, Section 11 and Rule 4, Section 12 | 03/23/2011 | 952 |
| H | Point of order overruled | Rule 6, Section 16 | 03/23/2011 | 951 |
| H | Point of order overruled | Rule 6, Section 16 | 03/23/2011 | 951 |
| H | Read 2nd time | | 03/23/2011 | 951 |
| H | Placed on Emergency Calendar | | 03/23/2011 | |
| H | Considered in Calendars | | 03/21/2011 | |
| | Committee report sent to | | | |

| | | | | |
|---|---|---|---|---|
| H | Calendars | | 03/21/2011 | |
| H | Committee report distributed | | 03/21/2011 | 09:55 PM |
| H | Comte report filed with Committee Coordinator | | 03/21/2011 | 942 |
| H | Reported favorably as substituted | | 03/21/2011 | |
| H | Committee substitute considered in committee | | 03/21/2011 | |
| H | Considered in formal meeting | | 03/21/2011 | |
| H | Scheduled for formal meeting on . . . | | 03/21/2011 | |
| H | Returned to committee | | 03/21/2011 | 920 |
| H | Point of order sustained | Rule 4, Section 32(c) and Rule 4, Section 32(f) | 03/21/2011 | 920 |
| H | Amendment(s) offered | 2-Giddings | 03/21/2011 | 919 |
| H | Amendment withdrawn | 1-Anchia | 03/21/2011 | 919 |
| H | Statement of Leg. Intent Recorded in Journal | | 03/21/2011 | 910 |
| H | Laid out as postponed business | | 03/21/2011 | 910 |
| H | Postponed | 12:12 PM | 03/21/2011 | 909 |
| H | Read 2nd time | | 03/21/2011 | 909 |
| H | Placed on Emergency Calendar | | 03/21/2011 | |
| H | Considered in Calendars | | 03/15/2011 | |
| H | Committee report sent to Calendars | | 03/15/2011 | |
| H | Committee report distributed | | 03/15/2011 | 05:27 PM |
| H | Comte report filed with Committee Coordinator | | 03/15/2011 | 831 |
| H | Reported favorably as substituted | | 03/07/2011 | |
| H | Committee substitute considered in committee | | 03/07/2011 | |
| H | Considered in formal meeting | | 03/07/2011 | |
| H | Left pending in committee | | 03/01/2011 | |
| H | Testimony taken/registration (s) recorded in committee | | 03/01/2011 | |
| H | Committee substitute considered in committee | | 03/01/2011 | |
| H | Considered in public hearing | | 03/01/2011 | |
| H | Scheduled for public hearing on . . . | | 03/01/2011 | |
| H | Referred to Voter Identification & Voter Fraud, Select | | 02/11/2011 | 329 |
| H | Read first time | | 02/11/2011 | 329 |
| H | Received from the Senate | | 01/27/2011 | 254 |
| S | Reported engrossed | | 01/26/2011 | 233 |

| S | Record vote | | 01/26/2011 | 146 |
|---|---|---|---|---|
| S | Passed | | 01/26/2011 | 146 |
| S | Read 3rd time | | 01/26/2011 | 146 |
| S | Laid before the Senate | | 01/26/2011 | 146 |
| S | Record vote | | 01/26/2011 | 140 |
| S | Passed to engrossment as amended | | 01/26/2011 | 140 |
| S | Record vote | | 01/26/2011 | 139 |
| S | Amended | | 01/26/2011 | 139 |
| S | Amendment(s) offered | FA41 Davis | 01/26/2011 | 139 |
| S | Record vote | | 01/26/2011 | 139 |
| S | Amendment tabled | | 01/26/2011 | 139 |
| S | Amendment(s) offered | FA15 Davis | 01/26/2011 | 138 |
| S | Record vote | | 01/26/2011 | 138 |
| S | Amendment tabled | | 01/26/2011 | 138 |
| S | Amendment(s) offered | FA11 Davis | 01/26/2011 | 138 |
| S | Record vote | | 01/26/2011 | 138 |
| S | Amended | | 01/26/2011 | 138 |
| S | Amendment(s) offered | FA40 Duncan | 01/26/2011 | 137 |
| S | Amendment withdrawn | | 01/26/2011 | 137 |
| S | Amendment(s) offered | FA39 Davis | 01/26/2011 | 136 |
| S | Record vote | | 01/26/2011 | 136 |
| S | Amendment tabled | | 01/26/2011 | 136 |
| S | Amendment(s) offered | FA38 Davis | 01/26/2011 | 136 |
| S | Record vote | | 01/26/2011 | 135 |
| S | Amendment tabled | | 01/26/2011 | 135 |
| S | Amendment(s) offered | FA37 Davis | 01/26/2011 | 135 |
| S | Record vote | | 01/26/2011 | 135 |
| S | Amendment tabled | | 01/26/2011 | 135 |
| S | Amendment(s) offered | FA36 Davis | 01/26/2011 | 133 |
| S | Record vote | | 01/26/2011 | 133 |
| S | Amended | | 01/26/2011 | 133 |
| S | Amendment(s) offered | FA35 Patrick | 01/26/2011 | 133 |
| S | Record vote | | 01/26/2011 | 132 |
| S | Amendment tabled | | 01/26/2011 | 132 |
| S | Amendment(s) offered | FA34 West | 01/26/2011 | 132 |
| S | Record vote | | 01/26/2011 | 132 |
| S | Amendment tabled | | 01/26/2011 | 132 |
| S | Amendment(s) offered | FA33 West | 01/26/2011 | 132 |
| S | Record vote | | 01/26/2011 | 131 |
| S | Amended | | 01/26/2011 | 131 |
| S | Amendment(s) offered | FA32 Watson | 01/26/2011 | 131 |
| S | Record vote | | 01/26/2011 | 131 |
| S | Amendment tabled | | 01/26/2011 | 131 |
| S | Amendment(s) offered | FA31 Van de Putte | 01/26/2011 | 131 |
| S | Record vote | | 01/26/2011 | 130 |

| S Amendment tabled | | 01/26/2011 | 130 |
|---|---|---|---|
| S Amendment(s) offered | FA30 Ellis | 01/26/2011 | 130 |
| S Record vote | | 01/26/2011 | 129 |
| S Amendment tabled | | 01/26/2011 | 129 |
| S Amendment(s) offered | FA29 Gallegos | 01/26/2011 | 129 |
| S Record vote | | 01/26/2011 | 129 |
| S Amendment tabled | | 01/26/2011 | 129 |
| S Amendment(s) offered | FA28 Ellis | 01/26/2011 | 128 |
| S Record vote | | 01/26/2011 | 128 |
| S Amendment tabled | | 01/26/2011 | 128 |
| S Amendment(s) offered | FA27 Lucio | 01/26/2011 | 127 |
| S Record vote | | 01/26/2011 | 127 |
| S Amendment tabled | | 01/26/2011 | 127 |
| S Amendment(s) offered | FA26 Gallegos | 01/26/2011 | 127 |
| S Record vote | | 01/26/2011 | 126 |
| S Amendment tabled | | 01/26/2011 | 126 |
| S Amendment(s) offered | FA25 Gallegos | 01/26/2011 | 126 |
| S Record vote | | 01/26/2011 | 126 |
| S Amendment tabled | | 01/26/2011 | 126 |
| S Amendment(s) offered | FA24 Hinojosa | 01/26/2011 | 126 |
| S Record vote | | 01/26/2011 | 125 |
| S Amended | | 01/26/2011 | 125 |
| S Amendment(s) offered | FA23 Lucio | 01/26/2011 | 125 |
| S Record vote | | 01/26/2011 | 125 |
| S Amendment tabled | | 01/26/2011 | 125 |
| S Amendment(s) offered | FA22 Lucio | 01/26/2011 | 125 |
| S Record vote | | 01/26/2011 | 124 |
| S Amendment tabled | | 01/26/2011 | 124 |
| S Amendment(s) offered | FA21 Davis | 01/26/2011 | 124 |
| S Record vote | | 01/26/2011 | 124 |
| S Amendment tabled | | 01/26/2011 | 124 |
| S Amendment(s) offered | FA20 West | 01/26/2011 | 123 |
| S Record vote | | 01/26/2011 | 123 |
| S Amendment tabled | | 01/26/2011 | 123 |
| S Amendment(s) offered | FA19 Ellis | 01/26/2011 | 123 |
| S Record vote | | 01/26/2011 | 123 |
| S Amended | | 01/26/2011 | 123 |
| S Amendment(s) offered | FA18 Hinojosa | 01/26/2011 | 123 |
| S Record vote | | 01/26/2011 | 122 |
| S Amendment tabled | | 01/26/2011 | 122 |
| S Amendment(s) offered | FA17 Gallegos | 01/26/2011 | 122 |
| S Record vote | | 01/26/2011 | 122 |
| S Amendment tabled | | 01/26/2011 | 122 |
| S Amendment(s) offered | FA16 Van de Putte | 01/26/2011 | 121 |
| S Amendment withdrawn | | 01/26/2011 | 120 |
| S Amendment(s) offered | FA15 Davis | 01/26/2011 | 120 |

|   |   |   | 01/26/2011 |   |
|---|---|---|---|---|
|   | Record vote |   | 01/26/2011 | 120 |
| S | Amendment tabled |   | 01/26/2011 | 120 |
| S | Amendment(s) offered | FA14 Lucio | 01/26/2011 | 119 |
| S | Record vote |   | 01/26/2011 | 119 |
| S | Amendment tabled |   | 01/26/2011 | 119 |
| S | Amendment(s) offered | FA13 Davis | 01/26/2011 | 119 |
| S | Record vote |   | 01/26/2011 | 118 |
| S | Amendment tabled |   | 01/26/2011 | 118 |
| S | Amendment(s) offered | FA12 Davis | 01/26/2011 | 118 |
| S | Amendment withdrawn |   | 01/26/2011 | 118 |
| S | Motion withdrawn |   | 01/26/2011 | 118 |
| S | Motion to table |   | 01/26/2011 | 118 |
| S | Amendment(s) offered | FA11 Davis | 01/26/2011 | 117 |
| S | Record vote |   | 01/26/2011 | 117 |
| S | Amendment tabled |   | 01/26/2011 | 117 |
| S | Amendment(s) offered | FA10 Zaffirini | 01/26/2011 | 117 |
| S | Vote recorded in Journal |   | 01/26/2011 | 117 |
| S | Amended |   | 01/26/2011 | 117 |
| S | Amendment(s) offered | FA9 Hinojosa | 01/26/2011 | 116 |
| S | Amendment withdrawn |   | 01/26/2011 | 116 |
| S | Amendment(s) offered | FA8 Davis | 01/26/2011 | 116 |
| S | Record vote |   | 01/26/2011 | 116 |
| S | Amendment tabled |   | 01/26/2011 | 116 |
| S | Amendment(s) offered | FA7 Van de Putte | 01/26/2011 | 116 |
| S | Amendment withdrawn |   | 01/26/2011 | 116 |
| S | Amendment(s) offered | FA6 Davis | 01/26/2011 | 116 |
| S | Vote recorded in Journal |   | 01/26/2011 | 115 |
| S | Amended |   | 01/26/2011 | 115 |
| S | Amendment(s) offered | FA5 Zaffirini | 01/26/2011 | 115 |
| S | Amendment withdrawn |   | 01/26/2011 | 115 |
| S | Amendment(s) offered | FA4 Lucio | 01/26/2011 | 115 |
| S | Vote recorded in Journal |   | 01/26/2011 | 115 |
| S | Amended |   | 01/26/2011 | 115 |
| S | Amendment(s) offered | FA3 Gallegos | 01/26/2011 | 114 |
| S | Record vote |   | 01/26/2011 | 114 |
| S | Amendment tabled |   | 01/26/2011 | 114 |
| S | Amendment(s) offered | FA2 Davis | 01/26/2011 | 114 |
| S | Record vote |   | 01/26/2011 | 113 |
| S | Amendment tabled |   | 01/26/2011 | 113 |
| S | Amendment(s) offered | FA1 Watson | 01/26/2011 | 112 |
| S | Read 2nd time |   | 01/26/2011 | 112 |
| S | Rules suspended |   | 01/26/2011 | 112 |
| S | Motion withdrawn |   | 01/26/2011 | 112 |
| S | Motion to suspend rules |   | 01/26/2011 | 110 |
| S | Committee report printed and distributed |   | 01/25/2011 09:24 PM |   |

| | | | |
|---|---|---|---|
| S | Reported favorably w/o amendments | 01/25/2011 | 99 |
| S | Record vote | 01/25/2011 | 99 |
| S | Set as special order | 01/25/2011 | 99 |
| S | Testimony taken in committee | 01/25/2011 | |
| S | Considered in public hearing | 01/25/2011 | |
| S | Scheduled for public hearing on . . . | 01/25/2011 | |
| S | No action taken in committee | 01/24/2011 | |
| S | Scheduled for public hearing on . . . | 01/24/2011 | |
| S | Referred to Committee of the Whole | 01/24/2011 | 54 |
| S | Read first time | 01/24/2011 | 54 |
| S | Filed | 01/12/2011 | |
| S | Received by the Secretary of the Senate | 01/12/2011 | |