**From:** Erin Anderson
**To:** Bryan Hebert; 'Catherine Engelbrecht'; 'LT Logan Churchwell'
**Sent:** 9/16/2013 6:14:04 PM
**Subject:** RE: THANK YOU and Request

Bryan, thank you so much for following up with DPS on TRUE the VOTE's behalf regarding expanded options for Voter ID assistance. We really appreciate your efforts, though as you no doubt gleaned from my earlier flip response, I'm disappointed that DPS still seems unwilling to make much effort to ensure the success of the Voter ID program, even at the request of the Lieutenant Governor's office.

We were pleased to note as you did the extended Saturday hours that DPS is offering, and hoped it indicated that DPS might be accepting some of the other suggestions you broached on our behalf, but it doesn't sound like they're open to much else, at least at this time. Unfortunately, any problems experienced this year may be cited as arguments against Voter ID before any new ID assistance programs can be implemented down the road.

In any case, TRUE the VOTE will certainly continue to do as much as we can to educate and assist voters, and we appreciate your continued input on this issue.

THANKS again and best regards,
Erin



**ERIN ANDERSON**
REGIONAL COORDINATOR

ERIN@TRUETHEVOTE.ORG
MOBILE // 281.804.9048
OFFICE // 713.401.3550 EXT. 810



THE POWER OF CITIZEN ENGAGEMENT
"America's Most Powerful Anti-Voter Fraud Group" -- ABC News

**2:13-cv-193
09/02/2014
DEF0516**

---

**From:** Bryan Hebert [mailto:bryan.hebert@ltgov.state.tx.us]
**Sent:** Monday, September 16, 2013 9:26 AM
**To:** Erin Anderson; 'Catherine Engelbrecht'; 'LT Logan Churchwell'
**Subject:** RE: THANK YOU and Request

All –

I did some research and spoke with my contact at DPS regarding access to election IDs. She indicated that DPS does not have the resources right now to add mobile office locations or new office locations, but they hope to have additional resources in the new year. They are very hesitant to share access to secure databases, but will look into possible options. As for assistance from private entities and other outside groups, DPS encourages folks like True the Vote to educate the public, to offer transportation or internet access, and to otherwise help people obtain documents necessary for a voter ID; DPS is not able to partner with private groups at this time.

In better news, DPS is extending hours at some locations: http://www.texastribune.org/2013/09/13/dps-extends-hours-process-free-voter-id-cards/

I will continue communicating with DPS to make sure we are providing adequate access to voter ID and to see if we can come up with new ideas. Thanks for your work on this issue, and let's please stay in touch as my office develops interim study recommendations and legislation for next session.

Bryan

**Bryan Hebert**



EXHIBIT 177 Hebert 6-17-14

Highly Confidential

LEG00004939

General Counsel
Office of the Lieutenant Governor
Capitol GE.17
512.463.2986

**From:** Erin Anderson [mailto:erin@truethevote.org]
**Sent:** Friday, August 30, 2013 11:54 AM
**To:** Bryan Hebert
**Cc:** 'Catherine Engelbrecht'; 'LT Logan Churchwell'
**Subject:** RE: THANK YOU and Request

**From:** Erin Anderson [mailto:erin@truethevote.org]
**Sent:** Friday, August 30, 2013 10:20 AM
**To:** Bryan Hebert
**Cc:** Catherine Engelbrecht; LT Logan Churchwell
**Subject:** THANK YOU and Request

Bryan, thank you for taking the time to meet with Catherine, Logan and me to discuss election integrity issues. We so appreciate your input and your offer to assist in resolving some of our questions.

In fact, I'm hoping you can speak with your contact at DPS to explore all possible options for offering EIC application service at mobile and/or remote locations outside of DPS Driver License offices that would satisfy their security and budgetary concerns.

Some ideas:

- Does DPS operate facilities throughout the state, other than Driver License offices, that could accommodate public access – particularly in counties underserved by DPS offices?

- Are there facilities, such as local law enforcement offices, that currently access DPS data securely?

- What other facilities might accommodate secure data access – county courthouses, city halls, other state agency facilities, schools/colleges, libraries? County election officials/registrars in underserved counties may be able to help identify options.

- In the absence of any location with secure data accessibility, might DPS deploy mobile units to underserved areas to simply collect applications, verify relevant documentation, and take photographs – then process the applications back at DPS?

We believe it's important for DPS to offer access to EIC application service to voters in the 79 counties without a DPS office (less than 5% of all Texas registered voters) and to supplement access in high-population areas with targeted mobile outreach, to ensure that all eligible voters have an opportunity to obtain the photo ID now required to vote.

Bryan, your assistance communicating with DPS will be invaluable, and once you've received a response from DPS on the above questions, we'd like to get back together to discuss what you've been able to learn and determine the best strategy to engage DPS on expanding access to EICs.

Thanks again for your time and your help – we look forward to talking again soon. In the meantime, enjoy the holiday weekend!

Best regards,
Erin

Highly Confidential

LEG00004940



**ERIN ANDERSON**
REGIONAL COORDINATOR

ERIN@TRUETHEVOTE.ORG
MOBILE // 281.804.9048
OFFICE // 713.401.3550 EXT. 810



THE POWER OF CITIZEN ENGAGEMENT
"America's Most Powerful Anti-Voter Fraud Group" -- ABC News

Highly Confidential

LEG00004941