**GOVERNMENT EXHIBIT**
MH-4
Holmes 7/6/14 RS

311576513

# Affidavit of Provisional Voter
Declaración Jurada de Votante Provisional / Bản Chứng Thệ Của Cử Tri Tạm Thời / 臨時選民具結書

**TO BE COMPLETED BY VOTER:** I am a registered voter of this political subdivision and in the precinct in which I'm attempting to vote and have not already voted in this election (either in person or by mail). I am a resident of this division, have not been finally convicted of a felony or if a felon, I have completed all of my punishment including any term of incarceration, parole, supervision, period of probation, or I have been pardoned. I have not been declared by a final judgment of a court exercising probate jurisdiction to be totally mentally incapacitated or partially mentally incapacitated without the right to vote. I understand that giving false information under oath is a crime and I understand that it is a felony of the 2nd degree to vote in an election for which I know I am not eligible.

| Last Name (Apellido) (Họ) (姓) | First Name (Nombre) (Tên) (名) | Middle Name (If any) (Segundo nombre si tiene) Tên đệm (nếu có) 中間名 (如有) | Former Name (Nombre anterior) (Tên cũ) (曾用名) |
|---|---|---|---|
| Holmes | Marvin | Cal | |

**Residence Address:** [redacted]

**Gender:** Male ✓  Female ☐

**Date of Birth:** [redacted]

**Are you a United States Citizen?** ☐ Yes ☐ No

✓ I have not been issued a TX driver's license/personal identification number or Social Security Number.

**Signature of Voter:** X Marvin Holmes

## TO BE COMPLETED BY THE ELECTION JUDGE

**Date of Election:** 11/5/13
**Precinct No. where voted:** 0180
**Precinct No. where registered:** 180
**Type of Election:** General
**Authority Conducting Election:** Harris County

**BALLOT CODE:** 190913789 / 190913789

### VOTER PRESENTED ACCEPTABLE FORM OF IDENTIFICATION
☐ YES  ☐ NO

1. ✓ Failed to present acceptable form of identification or voter certificate with exemption.
2. ___ Voter not on list of registered voters.
3. ___ Voter not on list, registered in another precinct.
4. ___ Voter on list of people who voted early by mail, and voter has not cancelled mail ballot application.
5. ___ Voting after 7:00 P.M. due to court order.
6. ___ Voter on list, but registered residence address outside the _____ political subdivision.
7. ___ Other _____ (Please explain)

Sworn and subscribed to before me this date: 11/5/13

*Signature of Election Judge*

## County Clerk Use ONLY

**Home PCT:** 0180      **PCT:** 0180-19
**CERT/VUID:** 25455601      **PCT:** 180

### TO BE COMPLETED BY THE COUNTY VOTER REGISTRAR FOR STATUS:

I, the voter registrar/deputy registrar, did research the records of my office and the following conclusion(s) was made:

**FOR VOTERS WHO DID NOT PRESENT ACCEPTABLE PHOTO IDENTIFICATION AT THE POLLING PLACE**

1. ___ Voter presented acceptable form of identification within 6 days of election day.
2. ___ Voter met disability exemption within 6 days of election day.
3. ___ Voter executed religious objection affidavit within 6 days of election day.
4. ___ Voter executed natural disaster affidavit within 6 days of election day.
5. ✓ Voter did not satisfy identification or affidavit requirements, listed in categories 1-4 above, within 6 days of election day.

**FOR VOTERS WHO VOTED PROVISIONALLY FOR OTHER REASONS**

6. ___ Not a registered voter or registration not effective in time for this election.
7. ___ Registered to vote, erroneously listed in wrong precinct.
8. ___ Registered to vote in a different precinct within the county.
9. ___ Information on file indicating applicant completed a voter registration application, but it was never received in the voter registrar's office.
10. ___ Voter erroneously removed from the list.
11. ___ Voter is not registered to vote in _____ political subdivision.
12. ___ Other: _____ (Please explain)

*R. Carpenter*   11-12-13
Signature of Voter Registrar   Date

### Action taken by the Early Voting Ballot Board in accordance with Texas Election Code.

☐ Accepted   ☒ Rejected

*Calvin Wilson*
Signature of Ballot Board Judge

### TO BE COMPLETED BY THE BALLOT BY MAIL DEPARTMENT
☐ Ballot returned by Voter   ☐ Ballot returned by USPS
☐ Ballot not returned   ☐ Voter did not apply for a Mail Ballot

*Signature of Ballot by Mail Supervisor*

2:13-cv-193
09/02/2014
**DEF0523**