



2:13-cv-193
09/02/2014
DEF0526



4002 Corder St, Houston, TX 77021

9206 Winkler Dr, Houston, TX 77017

via I-610 E    16 min
12 min without traffic · Show traffic    8.7 miles

List all steps    Preview steps

via I-610 E and Telephone Rd    22 min

via Old Spanish Trail and I-45    26 min

Map data ©2014 Google    1 mi