

2:13-cv-193
09/02/2014
DEF0529



http://www.laits.utexas.edu/txp_media/html/poll/features/201102_voter_id/slide1.html          7/9/2014

# Texas Politics
Voter Identification (February 2011)



# Texas Politics
Voter Identification (February 2011)

