

# DRIVER LICENSE DIVISION

**Election Identification Certificates** cannot be used for identification



## DPS Mobile Stations Issuing Election Identification Certificates

The DPS will be issuing Election Identification Certificates (EICs) to Texans who do not already have an acceptable form of photo identification necessary to vote.

EICs will be available at the following locations, dates and times in the following counties:

**Aransas County**
Friday, October 18 from 9a.m. - 4p.m.
Monday, October 28 – Tuesday, October 29 from 9a.m. - 4p.m.
Thursday, October 31 – Friday, November 1 from 9a.m. - 4p.m.

Aransas County Courthouse
301 N Live Oak St.
Rockport, TX 78382
361-790-0122

Peggy L. Friebele/Michelle Bennet
Aransas Clerk
pfriebele@aransas.org;
mbennett@aransas.org

**Archer County**
Monday, October 28 - Friday, November 1 from 9a.m. – 4p.m.

Archer County Elections Administrator
100 S Center St.
Archer City, TX 76351
940-574-4224

Vicki Wright
vicki.wright@co.archer.tx.us

**Armstrong County**
Monday, October 21 - Friday, October 25 from 9a.m. – 4p.m.

Courthouse Basement
287 and Trice
Claude, TX 79019

**Bandera County**
Tuesday, October 29 - Friday, November 1 from 9a.m. – 4p.m.
Monday, November 4 from 9a.m. – 4p.m.

Bandera County Elections Administrator
Ray Mauer Annex
403 12th St.
Bandera, TX 78003
830-796-8146

Toba Perez-Wright
banderaelections@indian-creek.net



2:13-cv-193
09/02/2014
**DEF0535**

continued

TEX I.R. 000127

**Blanco County**
Tuesday, October 22 - Wednesday October 23 from 9a.m. – 4p.m.
Tuesday, October 29 - Wednesday, October 30 from 9a.m. – 4p.m.

Trinity Lutheran Church
703 N Main St.
Blanco, TX 78606

and

Thursday, October 24 - Friday, October 25 from 9a.m. – 4p.m.
Thursday, October 31 - Friday, November 1 from 9a.m. – 4p.m.

District Court Room #23 on 2nd Floor
101 E Pecan St.
Johnson City, TX 78636
830-868-7178

Hollis W. Boatright
Blanco County Tax Assessor-Collector
hollisboatright@yahoo.com

**Borden County**
Monday, October 21 – Tuesday, October 22 from 9a.m. - 4p.m.
Friday, October 25 from 9a.m. - 4p.m.
Monday, October 28 – Tuesday October 29 from 9a.m. - 4p.m.

County Courthouse
117 E Wassom
Gail, TX 79738

**Briscoe County**
Monday, October 21 - Friday, October 25 from 9a.m. – 4p.m.

415 Main
Silverton, TX 79011

**Camp County**
Friday, October 18 from 10 a.m. - 2 p.m.
Wednesday, October 23 – Thursday, October 24 from 10 a.m. - 2 p.m.
Wednesday, October 30 – Thursday, October 31 from 10 a.m. - 2 p.m.

Camp County Tax Assessor-Collector
Camp County Annex Building
115 North Ave.
Pittsburg, TX 75686
903-856-3391

Gale Burns
camptac@sbcglobal.net

**Clay County**
Monday, October 21 - Friday, October 25 from 9a.m. – 4p.m.
Clay County Commissioners Court
214 N Main
Henrietta, TX 76365

**Coke County**
Monday, October 21 - Wednesday, October 23 from 9a.m. – 4p.m.
Monday, October 28 - Tuesday, October 29 from 9a.m. – 4p.m.
Coke County District & Clerk
Coke County Courthouse
13 E 7th St.
Robert Lee, TX 76945
325-453-2631
Mary Grim
marylgclerk@juno.com

**Collingsworth County**
County Courthouse
Monday, October 21 - Friday, October 25 from 9a.m. – 4p.m.
800 West Ave.
Wellington, TX 79095

**Concho County**
Thursday, October 17 – Friday, October 18 from 9a.m. – 4p.m.
Thursday, October 24 from 9a.m. – 4p.m.
Thursday, October 31 – Friday, November 1 from 9a.m. – 4p.m.
City Council Chambers
120 Paint Rock St.
Eden, TX 76837
325-732-4322
Barbara K. Hoffman
Concho County District & Clerk
barbara.hoffman@co.concho.tx.us

**Crockett County**
Monday, October 28 - Friday, November 1 from 9a.m. – 4p.m.
Crockett County Courthouse
909 Avenue D
Ozona, TX 76934
325-392-2674
Rhonda Shaw
Michelle Medley, Chief Deputy
Crockett County Tax Assessor-Collector
mmmedley3@yahoo.com
rshaw1025@aol.com

**Dickens County**
Monday, October 28 - Friday, November 1 from 9a.m. – 4p.m.
Dickens County District & Clerk

North Dickens County Senior Center
511 Montgomery
Dickens, TX 79229
806-623-5531

Winona Humphreys
coclerk@caprock-spur.com

**Edwards County**
Monday, October 21 from 9a.m. - 4p.m.
Wednesday, October 23 from 9a.m. - 4p.m.
Friday, October 25 from 9a.m. - 4p.m.
Monday, October 28 from 9a.m. - 4p.m.
Wednesday, October 30 from 9a.m. - 4p.m.

Edwards County Sheriff's Office
404 W Austin
Rock Springs, TX 78880

**Falls County**
Monday, October 28 - Friday, November 1 from 9a.m. – 4p.m.

Falls County Courthouse
134 Craik St.
Marlin, TX 76661

**Foard County**
Monday, October 28 - Friday, November 1 from 9a.m. – 4p.m.

Sheriff's Office Conference Room
110 S First St.
Crowell, TX 79227
940-684-1424

Mark Christopher
Foard County Judge

**Franklin County**
Thursday, October 17 from 10a.m. – 2p.m.
Wednesday, October 23 – Thursday, October 24 from 10a.m. – 2p.m.
Wednesday, October 30 – Thursday, October 31 from 10a.m. – 2p.m.

Franklin County JP Court
502 E Main
Mount Vernon, TX 75457

**Garza County**
Monday, October 21 - Friday, October 25 from 9a.m. – 4p.m.

Garza County Old Driver License Office
300 W Main
Post, TX 79356

**Glasscock County**
Wednesday, October 23 - Thursday, October 24 from 9a.m. – 4p.m.
Wednesday, October 30 - Friday, November 1 from 9a.m. – 4p.m.

Glasscock Community Center
117 S Myrl
Garden City, TX 79739
432-354-2489

Nancy Hillger
Glasscock County Tax Assessor-Collector
gctax@crcom.net

**Goliad County**
Monday, October 21 - Thursday, October 24 from 9a.m. – 4p.m.
Tuesday, October 29 from 9a.m. – 4p.m.

County Tax Assessor/Collectors Office
329 Franklin
Goliad, TX 77963

**Hartley County**
Monday, October 28 - Friday, November 1 from 9a.m. – 4p.m.

Hartley County Courthouse
900 Main St.
Channing, TX 79018
806-235-3142

Franky Scott
Hartley County Sheriff/Tax Assessor-Collector
sheriff@co.hartley.tx.us

**Hudspeth County**
Monday, October 21st - Friday, October 25th from 9a.m. – 4p.m.

Hudspeth County
525 N Wilson St.
Sierra Blanca, TX 79851
915-369-2301

Virgina Doyal
virginia.doyal@yahoo.com

**Jack County**
Monday, October 21 - Friday, October 25 from 9a.m. – 4p.m.

Jack County Law Enforcement Center
1432 Old Post Oak Rd.
Jacksboro, TX 76458

**Jackson County**
Monday, October 21 - Thursday, October 24 from 9a.m. – 4p.m.
Tuesday, October 29 from 9a.m. – 4p.m.

Jackson County Annex DPS Office
411 N Wells
Edna, TX 77957

**Jeff Davis County**
Wednesday, October 16 from 9a.m. – 4p.m.
Friday, October 18 from 9a.m. – 4p.m.
Thursday, October 24 - Friday, October 25 from 9a.m. – 4p.m.
Friday, November 1 from 9a.m. – 4p.m.

County Courthouse THP Office
100 N State St.
Fort Davis, TX 79734
432-426-3213

Rick McIvor
Jeff Davis Sheriff/Tax Assessor-Collector 122taxoffice@sbcglobal.net
jdcso122@yahoo.com

**Karnes County**
Tuesday, October 29 - Friday, November 1 from 9a.m. – 4p.m.
Monday, November 4 from 9a.m. – 4p.m.

Karnes County Courthouse
210 W Calvert
Karnes City, TX 78118
830-780-2246

Karen Opiela
Karnes County Elections Administrator
Cell: 210-394-7337
karen.opiela@co.karnes.tx.us

**Kinney County**
Friday, October 18th – from 9a.m. - 4p.m.
Thursday, October 24th – Friday, October 25th – from 9a.m. - 4p.m.
Tuesday, October 29th – from 9a.m. - 4p.m.
Monday, November 4th – from 9a.m. - 4p.m.

Kinney County Tax Assessor-Collector
County Courthouse
501 S Ann St.
Brackettville, TX 78832
830-563-2688

Martha Pena Padron
kinneycotac@sbcglobal.net

**La Salle County**
Thursday, October 17 – Friday, October 18 from 9a.m. – 4p.m.
Monday, October 28 – Tuesday, October 29 from 9a.m. – 4p.m.
Wednesday, October 30 from 9a.m. – 4p.m.

La Salle County Courthouse
101 Courthouse Square
Cotulla, TX 78014
903-782-1160

Russ Towers
Lamar Election Administrator
rtowers@co.lamar.tx.us

continued
TEX I.R.000132

**Loving County**
Monday, October 21st - Wednesday, October 23rd from 9a.m. – 4p.m.
Monday, October 28th from 9a.m. – 4p.m.
Wednesday, October 30th from 9a.m. – 4p.m.

Loving County Courthouse
100 Bell St.
Mentone, TX 79754
432-377-2411

Billy B. Hopper
Loving County Sheriff/Tax Assessor-Collector
sheriff@co.loving.tx.us

**Mason County**
Tuesday, October 29 - Wednesday, October 30 from 9a.m. – 4p.m.

Mason County Museum
505 Moody St.
Mason, TX 76856
325-347-5252

Buster Nixon
Mason County Sheriff/Tax Assessor-Collector
mcsobuster600@verizon.net

**Motley County**
Monday, October 28 - Friday, November 1 from 9a.m. – 4p.m.

Motley County 2nd Courthouse
701 Dundee
Matador, TX 79244
806-347-2252

Jo Elaine Hart
Motley County Tax Assessor-Collector
motleycotac@yahoo.com

**Potter County**
Friday, October 25 from 9a.m. – 4p.m.
Monday, October 28 - Friday, November 1 from 9a.m. – 4p.m.

Amarillo Central Library
413 SE 4th St.
Amarillo, TX 79103-4302
806-379-2299

Knoxie Mathes
Potter County Elections Administrator
knoxiemathes@co.potter.tx.us

continued

**Real County**
Tuesday, October 22 - Wednesday, October 23 from 9a.m. – 4p.m.
Monday, October 28 - Tuesday, October 29 from 9a.m. – 4p.m.
Monday, November 4 from 9 a.m. – 4 p.m.

County Courthouse
146 Highway 83 S
Leakey, TX 78873
830-232-6210

Donna Brice
Real County Tax Assessor-Collector
dbrice@co.real.tx.us

**Roberts County**
Monday, October 21 - Friday, October 25 from 9a.m. – 4p.m.

300 E Commercial
Miami, TX 79059

**Sabine County**
Monday, October 21 – Friday, October 25 from 9a.m. - 4p.m.

County Administration Building
280 Main St.
Hemphill, TX 75948

**San Saba County**
Monday, October 28 - Friday, November 1 from 9a.m. – 4p.m.

TX Health and Human Services
423 E Wallace St.
San Saba, TX 76877
325-372-5551

Stephen Boyd
San Saba Sheriff/Tax Assessor-Collector
ssctac@co.san-saba.tx.us

**Somervell County**
Tuesday, October 22 from 9a.m. – 4p.m.
Thursday, October 24 from 9a.m. – 4p.m.
Tuesday, October 29 – Thursday, October 31 from 9a.m. – 4p.m.

Somervell County Offices
107 Vernon
Glen Rose, TX 76043
254-897-9470

Cathy Thomas
Somervell Elections Administrator
elections@co.somervell.tx.us
cathy_thomas@glenrose.org

**Sterling County**
Thursday, October 24 - Friday, October 25 from 9a.m. – 4p.m.
Tuesday, October 29 - Wednesday, October 30 from 9a.m. – 4p.m.
Friday, November 1 from 9a.m. – 4p.m.

Sterling County Courthouse
609 4th Ave.
Sterling City, TX 76951
325-378-5191

Susan Wyatt
Sterling District & Clerk
sswyatt@verizon.net

**Upton County**
Wednesday, October 23 from 9a.m. – 4p.m.
Monday, October 28 - Thursday, October 31 from 9a.m. – 4p.m.

Upton County Public Library
212 W 7th St.
McCamey, TX 79752
432-693-2014

Mary Martha Arana
Upton County Elections Administrator
electionsupton@yahoo.com
m2arana@yahoo.com

**Wheeler County**
Monday, October 28 - Friday, November 1 from 9a.m. – 4p.m.

Wheeler County Courthouse
401 Main St.
Wheeler, TX 79096
806-826-3131

Lewis "Scott" Porter
Wheeler County Tax Assessor-Collector
lewis.porter@co.wheeler.tx.us

For more information regarding EICs, including eligibility guidelines and necessary documentation, visit
http://www.txdps.state.tx.us/director_staff/media_and_communications/pr092413a.htm

**Election Identification Certificates cannot be used for identification**