

# DRIVER LICENSE DIVISION

**Election Identification Certificates cannot be used for identification purposes other than voting.**



## DPS Mobile Stations Issuing Election Identification Certificates

The DPS will be issuing Election Identification Certificates (EICs) to Texans who do not already have an acceptable form of photo identification necessary to vote. EICs will be available at the following locations, dates and times in the following counties:

**NOTICE: WEATHER-RELATED CLOSURES OR DELAYS**
*Please be sure to contact mobile stations in your area to determine if inclement weather has resulted in closures or delays for that mobile station.*

**Archer County**
Tuesday, February 11—Wednesday, February 12 from 9 a.m. – 4 p.m.
Thursday, February 13 from 1 p.m.—7 p.m.
Friday, February 14 from 9 a.m.—4 p.m.

Archer County Elections Administrator
100 S Center St.
Archer City, TX 76351
940-574-4224

Vicki Wright
vicki.wright@co.archer.tx.us

**Armstrong County**
Monday, February 3 - Friday, February 7 from 9 a.m. – 4 p.m.

Courthouse Basement
101 Trice St.
Claude, TX 79019
806-226-3221

Judge Reed/June Brown

**Bandera County**
Tuesday, February 18—Thursday, February 20 from 9 a.m.— 4 p.m.
Tuesday, March 4 from 9 a.m.— 4 p.m.

Ray Mauer Annex
403 12th Street
Bandera, TX 78003
830-796-8146

Toba Wright
banderaelections@indian-creek.net



2:13-cv-193  09/02/2014  DEF0536

continued

TEX I.R. 000136

**Blanco County**
Tuesday, February 18—Wednesday, February 19 from 9 a.m.— 4 p.m.

Blanco County Courthouse
District Court Room #23
101 E Pecan St.
Johnson City, TX 78636

Mary Kresta
blancodmv@co.blanco.tx.us

**Briscoe County**
Tuesday, February 4 - Friday, February 7 from 9 a.m. – 4 p.m.
Saturday, February 8 from 10 a.m.—2 p.m.

415 Main
Silverton, TX 79011
806-823-2134

Benna Hester

**Clay County**
Tuesday, February 4—Friday, February 7 from 9 a.m.—4 p.m.
Monday, February 10 from 9 a.m.—4 p.m.

Commissioners Court Room
214 N. Main
Henrietta, TX
940-538-4631

Sasha Kelton

**Collingsworth County**
Monday, February 3 from 9 a.m.—4 p.m.
Tuesday, February 4 from 1 p.m.—7 p.m.
Wednesday, February 5 from 9 a.m. – 4 p.m.
Thursday, February 6 from 1 p.m. – 7 p.m.
Friday, February 7 from 9 a.m. – 4 p.m.

County Courthouse
800 West Ave.
Wellington, TX 79095
806-447-5408

County Judge John James

**Concho County**
Monday, February 3 - Friday, February 7 from 9 a.m. – 4 p.m.

City Council Chambers
120 Paint Rock St.
Eden, TX 76837
325-732-4322
325-869-2211

Celina Hemmeter
cityadmin@edentexas.com

**Crockett County**
Tuesday, February 25—Saturday, March 1 from 12 p.m. – 7 p.m.

Crockett County Courthouse
909 Avenue D
Ozona, TX 76934
325-392-2965

Judge Fred Deaton
fred.deaton@co.crockett.tx.us

**Dickens County**
Tuesday, February 11 from 1 p.m.—7p.m.
Wednesday, February 12 from 9 a.m. – 4 p.m.
Thursday, February 13 from 1 p.m.—7 p.m.
Friday, February 14 from 9 a.m. – 4 p.m.
Saturday, February 15 from 10 a.m. – 2 p.m.

North Dickens County Senior Center
511 Montgomery
Dickens, TX 79229
806-623-5531
806-623-5258

Vonda Brendle

**Falls County**
Monday, February 24 from 11 a.m.— 6 p.m.
Tuesday, February 25 from 9 a.m.— 4 p.m.
Wednesday, February 26 from 11 a.m.—6 p.m.
Thursday, February 27—Friday, February 28 from 9 a.m.—4 p.m.

Falls County Courthouse
134 Craik St.
Marlin, TX 76661

Nicket Taylor
254-883-1521

**Foard County**
Tuesday, February 18 from 1 p.m.—7 p.m.
Wednesday, February 19 from 9 a.m. – 4 p.m.
Thursday, February 20 from 1 p.m.—7 p.m.
Friday, February 21 from 9 a.m. – 4 p.m.

110 South First Street
Sheriff's Conference Room
Crowell, TX
940-684-1501

Sheriff Mike Brown

continued

**Garza County**
Tuesday, February 4 from 1 p.m. – 7 p.m.
Wednesday, February 5 from 9 a.m. – 4 p.m.
Thursday, February 6 from 1 p.m.–7 p.m.
Friday, February 7 from 9 a.m. – 4 p.m.
Saturday, February 8 from 10 a.m. – 2 p.m.

Garza County Old Driver License Office
300 W Main
Post, TX 79356
806-495-4405

Judge John Lee Norman

**Glasscock County**
Tuesday, February 25—Friday, February 28 from 12 p.m. – 7 p.m.
Saturday, March 1 from 9 a.m. – 4 p.m.

Glasscock Community Center
117 S Myrl
Garden City, TX 79739
432-354-2381

Mandie McIlroy
Glasscock County Tax Assessor-Collector
mandiemcilroy@ag.tamu.edu

**Hartley County**
Tuesday, February 11 from 1 p.m. – 7 p.m.
Wednesday, February 12 from 9 a.m. – 4 p.m.
Thursday, February 13 from 1 p.m.–7 p.m.
Friday, February 14 from 9 a.m. – 4 p.m.
Saturday, February 15 from 10 a.m. – 2 p.m.

Hartley County Courthouse
900 Main St.
Channing, TX 79018
806-235-3582

Melissa Mead
sheriff@co.hartley.tx.us

**Hudspeth County**
Tuesday, February 11—Saturday, February 15 from 12 p.m.–7 p.m.

525 N Wilson St.
Sierra Blanca, TX 79851
915-369-2321

Judge Mike Doyal
doyal_mike@yahoo.com

**Jack County**
Tuesday, February 4 from 9 a.m.—4 p.m.
Wednesday, February 5 from 1 p.m.—7 p.m.
Thursday, February 6—Saturday, February 8 from 9 a.m. – 4 p.m.

1432 Old Post Oak Rd
Law Enforcement Center
Jacksboro, TX
940-567-3081

County Judge Mitchell Davenport

**Jackson County**
*Date, time and location to be determined*

**Mason County**
Monday, February 24 - Friday, February 28 from 9 a.m. – 4 p.m.

Mason County Museum
505 Moody St.
Mason, TX 76856
325-347-6242

Jerri Wright
jerriwright20007@yahoo.com

**Motley County**
Tuesday, February 11 from 1 p.m.—7 p.m.
Wednesday, February 12 from 9 a.m. – 7 p.m.
Thursday, February 13 from 1 p.m.—7 p.m.
Friday, February 14 from 9 a.m. – 4 p.m.
Saturday, February 15 from 10 a.m. – 2 p.m.

Motley County 2nd Courthouse
701 Dundee
Matador, TX 79244
806-347-2334

County Judge Jim Meador
motleycotac@yahoo.com

**Potter County**
Tuesday, February 4 from 1 p.m. – 7 p.m.
Wednesday, February 5 from 9 a.m. – 4 p.m.
Thursday, February 6 from 1 p.m.—7 p.m.
Friday, February 7 from 9 a.m. – 4 p.m.
Saturday, February 8 from 10 a.m. – 2 p.m.

Amarillo Central Library
413 SE 4th St.
Amarillo, TX 79101
806-378-3050

Donna Littlejohn

continued
TEX I.R.000140

**Real County**
Tuesday, February 18 from 1 p.m.—7 p.m.
Wednesday, February 19 from 9 a.m. – 4 p.m.
Saturday, February 22 from 9 a.m. – 4 p.m.
Monday, February 24 from 9 a.m. – 4 p.m.
Tuesday, February 25 from 1 p.m.—7 p.m.

Real County Courthouse
146 Highway 83 South
Leakey, TX 78873
830-232-5304
830-232-5202

County Judge Garry A. Merritt
County Clerk Bella Rubio

**Roberts County**
Tuesday, February 4 from 9 a.m. – 4 p.m.
Wednesday, February 5 from 9 a.m. – 4 p.m.
Thursday, February 6 from 9 a.m. – 4 p.m.
Friday, February 7 from 9 a.m. – 4 p.m.

300 E Commercial
Miami, TX 79059
806-868-3611

DeAnn Williams
Tax Assessor-Collector

**Sabine County**
Tuesday, February 18 from 1 p.m.—7 p.m.
Wednesday, February 19 from 9 a.m.—4 p.m.
Thursday, February 20 from 1 p.m.—7 p.m.
Friday, February 21 from 9 a.m.—4 p.m.
Saturday, February 22 from 9 a.m.—4 p.m.

Sabine County Administration Building
280 Main Street
Hemphill, TX 75948
409-787-3786

Janice McDaniel
sabinecc@yahoo.com

**San Saba County**
Wednesday, February 12 – Friday, February 14 from 9 a.m.— 4 p.m.
Tuesday, February 18 from 11 a.m.— 6 p.m.
Wednesday, February 19 from 9 a. m.— 4 p.m.

Texas Health & Human Services Building
423 E Wallace St.
San Saba, TX 76877
512-556-4325

Tammy Branham

continued
TEX I.R.000141

## Sterling County

Thursday, February 13 – Friday, February 14 from 9 a.m. – 4 p.m.
Tuesday, February 18 – Wednesday, February 19 from 9 a.m. – 4 p.m.

Sterling County Courthouse
609 4th Ave.
Sterling City, TX 76951
325-378-5191

Susan Wyatt
Sterling District & Clerk
sswyatt@verizon.net

## Stonewall County

Tuesday, February 18—Wednesday, February 19 from 1 p.m.—7 p.m.
Thursday, February 20—Saturday, February 22 from 9 a.m. – 4 p.m.

128 Town Square Lane
County Courthouse
Aspermont, TX
940-989-3393

County Judge Ronnie Moorehead

## Upton County

Monday, February 3 - Thursday, February 6 from 9 a.m. – 4 p.m.
Monday, February 10 from 9 a.m.—4 p.m.

Upton County Public Library
212 W 7th St.
McCamey, TX 79752
432-693-2014

Mary Martha Arana
Upton County Elections Administrator
electionsuptoncounty@yahoo.com

## Wheeler County

Tuesday, February 18 from 1 p.m.—7 p.m.
Wednesday, February 19 from 9 a.m.—4 p.m.
Thursday, February 20 from 1 p.m.—7 p.m.
Friday, February 21 from 9 a.m.—4 p.m.
Monday, February 24 from 9 a.m.—4 p.m.

Wheeler County
County Courthouse
401 Main ST
Wheeler, TX 79096
806-826-5961

County Judge Jerry Hefley

**Election Identification Certificates**
cannot be used for identification purposes other than voting.

For more information regarding EICs, including eligibility guidelines and necessary documentation, visit
http://www.txdps.state.tx.us/DriverLicense/electionID.htm

TEX_LR_000142