| | |
|---|---|
| From: | Wroe Jackson |
| To: | 'macgregor.stephenson@gov.texas.gov' |
| CC: | Coby Shorter |
| Sent: | 9/26/2013 1:26:41 PM |
| Subject: | "No" Counties |
| Attachments: | Copy of EIC County Judges.xlsx |

The following counties have declined, based on lack of facilities, staffing, population, or some combination of those three.

Blanco
Briscoe
Collingsworth
Concho
Delta
Edwards
Jackson
King

Elections is also waiting on a response from Cochran and Foard Counties. (The Foard County sheriff is in court today, but has been made aware of the message.)

Attached, please find the compiled information from these counties, including comments from the phone conversations between Elections and the counties. The original point of contact was the Tax Assessor-Collector or County Clerk; county judges are listed on this draft of the material.

Please advise.


Wroe Jackson
General Counsel
Texas Secretary of State
512/463-5770 (w), 512/475-2761 (f)
wjackson@sos.texas.gov

*This communication may be privileged and confidential. Any copying, use, or distribution of any information or materials by or to anyone other than the recipients listed above is prohibited without express authorization from the sender.*

**Please note my new email address effective immediately: wjackson@sos.texas.gov**





TEX00300537