**From:** Rodriguez, Tony
**To:** Wroe Jackson
**Sent:** 10/1/2013 9:47:14 AM
**Subject:** FW: Mobile EIC Operations (Phase I)

If you want us to cover these locations we are going to need resolution today

<u>**UT Flawn Academic Center, Fiesta Stassney, HEB Rundberg, Randalls, Goodwill, and Fiesta Central did not know anything about us setting up. We need their permission to set up on their property**</u>.

Only the Austin Community College campuses (ACC) were aware that EIC was coming.
v/r

*Tony Rodriguez*

Customer Operations Senior Manager – South and West
Driver License Division
Texas Department of Public Safety
tony.rodriguez@dps.texas.gov
512.424.5657 (O)
512.739.9709 (C)
512.424.5233 (F)





TEX00462075