| | |
|---|---|
| From: | Election_Identification_Certificates |
| To: | marylgclerk@juno.com |
| Sent: | 10/4/2013 10:39:15 AM |
| Subject: | RE: training |

Thank you for letting me know. I appreciate it.

v/r

*Tony Rodriguez*

Customer Operations Senior Manager – South and West
Driver License Division
Texas Department of Public Safety
tony.rodriguez@dps.texas.gov
512.424.5657 (O)
512.739.9709 (C)
512.424.5233 (F)

---

**From:** marylgclerk@juno.com [mailto:marylgclerk@juno.com]
**Sent:** Friday, October 04, 2013 9:07 AM
**To:** Election_Identification_Certificates
**Subject:** training

Tony,
Coke County will not be able to attend the training. I will be short handed and will be having courts going on.
Thanks, Mary

Mary Grim
County/District Clerk
13 E. 7th Street
Robert Lee, Texas 76945





2:13-cv-193
09/02/2014
DEF0539

TEX00462496