**From:** Rodriguez, Tony
**To:** Wroe Jackson
**Sent:** 10/15/2013 3:16:44 PM
**Subject:** FW: EIC Training

Mason county Opted out…again

v/r

*Tony Rodriguez*
Customer Operations Senior Manager – South and West
Driver License Division
Texas Department of Public Safety
tony.rodriguez@dps.texas.gov
512.424.5657 (O)
512.739.9709 (C)
512.424.5233 (F)

---

**From:** Myers, Bob
**Sent:** Tuesday, October 15, 2013 1:42 PM
**To:** Krueger, Kristopher
**Cc:** Rodriguez, Tony
**Subject:** FW: EIC Training

FYI.
Mason County has opted out of the training.
Ricardo will coordinate with Stella about cancelling the Trooper delivering the equipment.


Robert Myers,
Training Specialist V
Driver License Division
Texas Department of Public Safety

5805 N Lamar Blvd.
Austin, TX 78752

bob.myers@dps.texas.gov
Office: (512) 424-5538
Mobile: (512) 239-9256

We are creating a faster, easier and friendlier driver license experience and a safer Texas.

---

**From:** Garcia, Ricardo L(DL)
**Sent:** Tuesday, October 15, 2013 1:36 PM
**To:** Myers, Bob
**Subject:** FW: EIC Training

Bob, take a look.

---

**From:** Buster Nixon [mailto:mcsobuster600@verizon.net]
**Sent:** Tuesday, October 15, 2013 12:19 PM
**To:** Garcia, Ricardo L(DL)
**Subject:** Re: EIC Training

2:13-cv-193
09/02/2014
DEF0540


Δ π EXHIBIT 11
Deponent_____
Date_____ Rptr_____
WWW.DEPOBOOK.COM

TEX00461933