**From:** Javier Chacon
**To:** Wroe Jackson
**Sent:** 10/4/2013 10:06:59 AM
**Subject:** RE: EIC and Voter Registration Mobile Drive (Week 2)

Mr. Jackson,
We will follow the list that was sent to Mr. Keith Ingram I have clear the miss understanding of the hours. please give me a call at 915-546-2154

---

**From:** Wroe Jackson [mailto:SJackson@sos.texas.gov]
**Sent:** Thursday, October 03, 2013 5:35 PM
**To:** Javier Chacon
**Cc:** Keith Ingram
**Subject:** FW: EIC and Voter Registration Mobile Drive (Week 2)

Mr. Chacon,

Keith Ingram forwarded the information you sent for the EIC mobile stations to be placed in El Paso next week. (I am serving as the agency's liaison with DPS for this particular project.)

The DPS employees assigned to the sites that you provided stated that, after investigation, the Nolan Richardson Recreation Center (10/7), the Seville Recreation Center (10/7), the Rae Gilmore Recreation Center (10/8), and the San Juan Recreation Center (10/9) were told that they would be open from 1 p.m. to 9 p.m. However, on the attached information you provided, the statement is clear that "All Mobile Stations will be available October 7 through October 9 from 9:00 a.m. to 4:00 p.m." Would you be able to clear up this confusion for myself and DPS? I would certainly appreciate it.

If you are interested in having locations open during non-business hours, we would be willing to work with DPS to see if that is possible. (There are some logistical and staffing concerns that we have to work through with DPS.) I'm happy to provide more information or discuss this with you at your convenience.

Sincerely,
Wroe Jackson


Wroe Jackson
General Counsel
Texas Secretary of State
512/463-5770 (w), 512/475-2761 (f)
wjackson@sos.texas.gov

*The information contained in this email is for reference purposes ONLY and is not intended to serve as legal advice for any matter. Any copying, use, or distribution of any information or materials by or to anyone other than the recipients listed above is prohibited without express authorization from the sender.*

**Please note my new email address effective immediately: wjackson@sos.texas.gov**

---

**From:** Keith Ingram
**Sent:** Thursday, October 03, 2013 10:51 AM
**To:** Wroe Jackson
**Subject:** Fwd: EIC and Voter Registration Mobile Drive (Week 2)

Sent from my iPhone

Begin forwarded message:


2:13-cv-193
09/02/2014
DEF0542


Δπ EXHIBIT 13
Deponent K.I.
Date_____ Rptr. ID
WWW.DEPOBOOK.COM

TEX00462363

**From:** Javier Chacon <JChacon@epcounty.com>
**Date:** October 3, 2013 at 9:49:26 AM MDT
**To:** Keith Ingram <KIngram@sos.state.tx.us>, 'Alicia Pierce' <APierce@sos.texas.gov>
**Subject: FW: EIC and Voter Registration Mobile Drive (Week 2)**

Hi Keith,
Just received approval for next week please see the attached file.

TEX00462364