| | |
|---|---|
| From: | Smith, Pam (OGC - Contracts) |
| To: | Wroe Jackson |
| CC: | Rodriguez, Tony; Watkins, Paul; Holmes, Tina |
| Sent: | 10/7/2013 4:32:21 PM |
| Subject: | FW: DRAFT MOU: SOS/DPS Mobile EIC Centers |
| Attachments: | MOU TXSOS-DPS2013-01.pdf |

Wroe, thanks! Will do.

Take care,
Pam

Pam Smith
Managing Attorney, Contracting
Office of General Counsel
Texas Department of Public Safety
Phone: (512) 424-5936
Fax: (512) 424-5716
E-mail: Pam.Smith@dps.texas.gov

---

**From:** Wroe Jackson [mailto:SJackson@sos.texas.gov]
**Sent:** Monday, October 07, 2013 4:01 PM
**To:** Smith, Pam (OGC - Contracts)
**Cc:** Rodriguez, Tony; Watkins, Paul; Holmes, Tina
**Subject:** RE: DRAFT MOU: SOS/DPS Mobile EIC Centers

Pam,

Two copies of the executed MOU have been sent to you via interagency mail. Would you please have Deputy Director McBride execute both and have one copy sent back over to me for SOS records? (Additionally, I have attached an electronic copy of the executed document.)

I really appreciate all of your help!

Best,
Wroe

Wroe Jackson
General Counsel
Texas Secretary of State

*This communication may be privileged and confidential. Any copying, use, or distribution of any information or materials by or to anyone other than the recipients listed above is prohibited without express authorization from the sender.*

**Please note my new email address effective immediately: wjackson@sos.texas.gov**

---

**From:** Smith, Pam (OGC - Contracts) [mailto:Pam.Smith@dps.texas.gov]
**Sent:** Friday, October 04, 2013 2:44 PM
**To:** Wroe Jackson
**Cc:** Rodriguez, Tony; Watkins, Paul; Holmes, Tina
**Subject:** RE: DRAFT MOU: SOS/DPS Mobile EIC Centers

Here's the DPS contract # for the MOU to add to the top of page 1:

   405-DLD-14-M40704



2:13-cv-193
09/02/2014
**DEF0543**



Δ π EXHIBIT 14

TEX00461905

Thanks,
Pam

Pam Smith
Managing Attorney, Contracting
Office of General Counsel
Texas Department of Public Safety
Phone: (512) 424-5936
Fax: (512) 424-5716
E-mail: Pam.Smith@dps.texas.gov

---

**From:** Smith, Pam (OGC - Contracts)
**Sent:** Friday, October 04, 2013 11:24 AM
**To:** 'Wroe Jackson'
**Subject:** RE: DRAFT MOU: SOS/DPS Mobile EIC Centers

Wroe, thanks for your time this morning. Attached is the revised agreement based on our conversation. I accepted the prior redlines and made suggested edits to the provisions we discussed this morning.

If this looks OK and SOS will sign, please let me know so we can coordinate that. Please add the SOS MOU # and the SOS signatory info and I will add the DPS MOU # which I've requested. Please also add footer notation to print on each page: Page 1 of 4, etc., rather than just the page number.

Thanks,
Pam

Pam Smith
Managing Attorney, Contracting
Office of General Counsel
Texas Department of Public Safety
Phone: (512) 424-5936
Fax: (512) 424-5716
E-mail: Pam.Smith@dps.texas.gov

---

**From:** Wroe Jackson [mailto:SJackson@sos.texas.gov]
**Sent:** Thursday, October 03, 2013 7:05 PM
**To:** Smith, Pam (OGC - Contracts)
**Subject:** RE: DRAFT MOU: SOS/DPS Mobile EIC Centers

Pam,

I'm sorry that we played phone tag today regarding the MOU. I wanted to bring a couple of matters to your attention that I believe we should discuss tomorrow.

1) The three day deadline to get locations locked in. As much as I would like to make this happen, the plain reality is that the counties sometimes shift on us. We are doing things in our procedures (including our new county outreach and maintenance talking points) that should help to eliminate last minute changes, but there is always a chance that the best laid plans may need to be changed.
2) Notification of loss, theft, or damage. I think our IT and Purchasing folks would be comfortable with some notification of any loss, theft, or damage prior to the final inventory, but we can be flexible on the timeframe and what the remedy may be.

I will be at our Elections Division's seminar until about 10:00 tomorrow morning and then will return to the office, hopefully honoring some previous plans and leaving around noon.

Please feel free to reach out to me at your convenience. My direct dial is 512/475-2813 and my mobile phone is 512/739-4265. I look forward to speaking with you.

Best,
Wroe

Wroe Jackson
General Counsel
Texas Secretary of State

*This communication may be privileged and confidential. Any copying, use, or distribution of any information or materials by or to anyone other than the recipients listed above is prohibited without express authorization from the sender.*

<u>**Please note my new email address effective immediately: wjackson@sos.texas.gov**</u>

---

**From:** Smith, Pam (OGC - Contracts) [mailto:Pam.Smith@dps.texas.gov]
**Sent:** Wednesday, October 02, 2013 9:16 AM
**To:** Wroe Jackson
**Cc:** Watkins, Paul; Rodriguez, Tony
**Subject:** RE: DRAFT MOU: SOS/DPS Mobile EIC Centers

Wroe, attached is our redline of the draft MOU.

Please review and let us know if you have any questions.

Thanks,
Pam

Pam Smith
Managing Attorney, Contracting
Office of General Counsel
Texas Department of Public Safety
Phone: (512) 424-5936
Fax: (512) 424-5716
E-mail: Pam.Smith@dps.texas.gov

---

**From:** Wroe Jackson [mailto:SJackson@sos.texas.gov]
**Sent:** Monday, September 23, 2013 1:09 PM
**To:** Nolte, Candace
**Cc:** Coby Shorter
**Subject:** DRAFT MOU: SOS/DPS Mobile EIC Centers

Candace,

Thank you for assisting me in getting this to the right folks at DPS.

As I discussed on the phone, this MOU is intended to lay out the scope of the relationship between DPS and SOS regarding the Mobile EIC Centers that will go into the field one week from today. Obviously, this is a little behind since the equipment was picked up by DPS last week, but I'm hopeful that the terms of the pick-up were acceptable.

Please let me know if you need anything further from me before review and suggested edits by DPS. My direct dial is 512/475-2813 and my mobile number is 512/475-2813.

I appreciate your help!

Best,
Wroe

Wroe Jackson

General Counsel
Texas Secretary of State
512/463-5770 (w), 512/475-2761 (f)
wjackson@sos.texas.gov

This communication may be privileged and confidential. Any copying, use, or distribution of any information or materials by or to anyone other than the recipients listed above is prohibited without express authorization from the sender.

***Please note my new email address effective immediately: wjackson@sos.texas.gov***