| | |
|---|---|
| From: | Coby Shorter |
| To: | MacGregor Stephenson |
| Sent: | 2/14/2014 8:16:46 PM |
| Subject: | Fwd: EIC Locations for SOS Staff |
| Attachments: | ATT00001.htm; EIC Locations for SOS Staff.docx |

Sent from my iPhone

Begin forwarded message:

**From:** Louri O'Leary <LO'Leary@sos.texas.gov>
**Date:** February 14, 2014 at 8:15:36 PM CST
**To:** "robert.Bodisch@dps.texas.gov" <robert.Bodisch@dps.texas.gov>, Coby Shorter <CShorter@sos.texas.gov>
**Subject: FW: EIC Locations for SOS Staff**

Hi Coby and Duke

The Cameron County, Denton County and City of Trinity sites were sent Feb 13 to DPS with the 5 day request in mind. (see attached)

I realize the tight deadline, and if the locations can be confirmed before Sunday 2.16 by DPS then SOS staff can travel and man the EIC mobile station with the DPS representative.

<u>If not</u> we can move to the following week however I need to contact county person for re-arrangements and tell SOS staff not to travel.

Duke - please let us know if DPS can check out the locations before Feb 16 or if we need to make changes.

1) Cameron (Harlingen City Hall & Cameron County Dancy Building)

2) Denton (TWU - Student Union Building )
3) City of Trinity (Fire Station)

Thanks

Louri



2:13-cv-193
09/02/2014
DEF0548



Δ π EXHIBIT 19
Deponent K.I.
Date 4/23/14
WWW.DEPOBOOK.COM

TEX0524105

**From:** Louri O'Leary
**Sent:** Thursday, February 13, 2014 4:34 PM
**To:** Bell, Stephen; Krueger, Kristopher (Kristopher.Krueger@dps.texas.gov); 'manuel.rodriguez@dps.texas.gov'
**Subject:** EIC Locations for SOS Staff

Added Montgomery county.

TEX0524106