AW13-6
Prescribed by Secretary of State
Form revised 08/2013
Sections 13.002(i), 63.001(b), 63.0101, Texas Election Code


Δ π EXHIBIT 21
Deponent K.I.
Date 4/23/14  Rptr TD
WWW.DEPOBOOK.COM

# REQUEST FOR DISABILITY EXEMPTION

To the Voter Registrar:

Pursuant to Section 13.002(i) of the Texas Election Code, I hereby request a permanent exemption in this county from the requirement to present identification other than the voter registration certificate at the time of voting on the ground that I have a disability and do not have any of the forms of identification listed in Section 63.0101 of the Texas Election Code. The acceptable forms of identification are: **a driver's license, election identification certificate, personal identification card or concealed handgun license issued by the Texas Department of Public Safety; United States Military identification card containing the person's photograph; United States citizenship certificate containing the person's photograph; or United States passport,** and with the exception of the United States Citizenship certificate, the identification presented for voter qualification at the polling place must be current or have expired no more than 60 days before it is presented.

I have attached written documentation from the United States Social Security Administration evidencing that I have been determined to have a disability or from the United States Department of Veterans Affairs evidencing that I have at least a 50 percent disability rating. I understand that the voter registrar will maintain this documentation with other records pertaining to my registration in this county, and that the exemption cannot be granted without this documentation. I further understand that if I move to a new county and register to vote in that county, I will have to submit a new disability exemption request and supporting documentation to the county in which I am registering.

| Name |
|---|
| Residence Address (number and street) |
| City, State, Zip Code |
| VUID Number | County of Residence |

I certify that the information in this document is true and correct.

Sign Here ▶ _____   Date ▶ _____

**Assistant/Witness**
If voter cannot sign, voter's mark must be witnessed. If voter cannot make a mark, witness must check here ____. If the voter is unable to read and/or mark this form, the witness must fill out the information below.

X _____ / _____
Printed name and Signature of Witness

_____
Residence Address of person named above or title if being witnessed by the voter registrar's office.

| For Office Use Only | VUID # _____  Proof of Disability Submitted?  ☐ Yes  ☐ No |
|---|---|
| | Voter Reg. Dept. Signature _____ |
| | Date _____ |
| | Comments: _____ |

2:13-cv-193
09/02/2014
DEF0550