**From:** Betsy Schonhoff
**To:** Melanie Huff
**Sent:** 1/2/2013 3:13:14 PM
**Subject:** RE: Question - "Substantially Similar Name"

Thank you! You are officially my hero!!!

Betsy Schonhoff

---

**From:** Melanie Huff
**Sent:** Wednesday, January 02, 2013 10:02 AM
**To:** Betsy Schonhoff
**Subject:** FW: Question - "Substantially Similar Name"

I will call Sarge on the issue.

---

**From:** Melanie Huff
**Sent:** Tuesday, January 01, 2013 8:11 AM
**To:** Betsy Schonhoff
**Subject:** RE: Question - "Substantially Similar Name"

I don't know where Sarge is going with this. The adminstrative rule is here, http://info.sos.state.tx.us/pls/pub/readtac$ext.TacPage?sl=R&app=9&p_dir=&p_rloc=&p_tloc=&p_ploc=&pg=1&p_tac=&ti=1&pt=4&ch=81&rl=71, but keep in mind that the rule was only scheduled to take effect if SB 14 has been precleared. (This was stated in the filings in the Texas Register, although you won't see an effective date in the rule itself as it appears in the Code today.)

You also need to keep in mind that the changes in the Election Code made by SB 14 do appear in the online Texas Statutes, and in the Texas Election Laws book put out by BI Company. But those changes were not implemented (because there was no preclearance) and you need to look at the pre-SB 14 statutes.

It is not currently the law that you need to have a "substantially similar" name on the ID you present to vote as appears in the official voter registration list. The purpose of the ID is to prove that you are you and if you are on the registered voter list for that precinct, you get to vote in that precinct.

BUT, a common occurrrence, a woman (Susan Smith) marries and changes her driver's license to read Susan Taylor. She does not change her voter registration, which continues to show "Susan Smith." What we used to do, without calling Austin, was to have the voter complete an SOR and if there was a match with birthdate or TDL or SSN, the voter would vote. (Election workers would have to call the office to read off the TDL or SSN because those don't appear ont he VR list.) We did not make a federal case out of it. It is also very common for people to have different variations on their names on their driver's license and in voter registration. For example: "Thomas James," "Thomas J.," "Tom," "T. James," or "T.J." We would accept any variation, but we would double check the birthdate (and TDL) just to make sure that we were checking off the right name on the list.

It appears to me that Sarge is making the classic mistake of "ensuring identity" and preventing voter fraud. It is not the purpose of the ID to ensure identity or to allow election workers to interrogate and investigate voter identity. I have tried to explain this to Sarge before, and it is a losing battle.

Melanie Huff

---

**From:** Betsy Schonhoff
**Sent:** Mon 12/31/2012 4:19 PM
**To:** Galveston - William Sargent (william.sargent@co.galveston.tx.us)
**Cc:** Melanie Huff; Betsy Schonhoff
**Subject:** Question





TEX00309188

Sarge-

Good afternoon. I was looking for the section of code that you referenced in our discussion earlier, so that I could more adequately describe your question to Melanie and the legal department. But, I could not find it. I know that the question you posed was in relation to SB 14 and whether or not the name could be substantially similar to what is on the identification being used by the registered voter. Could you please provide us with a little more information and more direction on what you are trying to resolve, so that we can adequately address your question? I would greatly appreciate it.

Betsy Schonhoff

TEX00309189