| From: | Elizabeth Winn |
|---|---|
| To: | Melanie Huff; Elec Legal; VRTeam; Kim Thole |
| Sent: | 8/16/2011 12:49:15 PM |
| Subject: | RE: Draft rule for Similar Name Standards |

We do not have much leeway in that controversial bill, but let me know what ideas you have in mind.
-----Original Message-----
From: Melanie Huff
Sent: Tuesday, August 16, 2011 12:48 PM
To: Elizabeth Winn; Elec Legal; VRTeam; Kim Thole
Subject: RE: Draft rule for Similar Name Standards

Proposed rule 81.71 focuses only on the similarity of names on the presented ID document and the official voter registration list, and this is consistent with 63.001(c) in SB 14.

However, I am concerned that an election worker might decide, for example, that "Mickey Smith" on the presented ID document is not the same as "Michelle R. Smith" on the voters registration list, even though the same address is on both the document and list and the birthdates are the same. (And I believe the birthdate is on all the required photo ID documents and the voter registration list.)

Do we need to say something about the other matching criteria before giving the election worker what is essentially unfettered discretion to compel a voter to vote provisionally because the election worker decides the names (alone) are not substantially similar?

Melanie H


-----Original Message-----
From: Elizabeth Winn
Sent: Monday, August 15, 2011 1:57 PM
To: Elizabeth Winn; Melanie Huff; Elec Legal; VRTeam; Kim Thole
Subject: RE: Draft rule for Similar Name Standards



here you go

-----Original Message-----
From: Elizabeth Winn
Sent: Monday, August 15, 2011 1:57 PM
To: Melanie Huff; Elec Legal; VRTeam; Kim Thole
Subject: RE: Draft rule for Similar Name Standards

Updated version. Great edits and great questions, MH. One of which will need to be discussed with John, as there is no great answer.

-----Original Message-----
From: Melanie Huff
Sent: Friday, August 12, 2011 12:30 PM
To: Elizabeth Winn; Elec Legal; VRTeam; Kim Thole
Subject: RE: Draft rule for Similar Name Standards

I have some (largely) technical suggestions to make to the rule, as well as some questions with respect to it.

I apologize in advance if my comments plow ground that has already been discussed and decided.


-----Original Message-----
From: Elizabeth Winn
Sent: Thursday, August 11, 2011 3:36 PM
To: Elec Legal; VRTeam; Kim Thole
Subject: Draft rule for Similar Name Standards



TEX00460199

Not yet reviewed by Ann. Have not yet reviewed the form drafted by Karen.

TEX00460200