

# FALL 2013 Campaign $400,000 (all non-HAVA money)

I. Paid Media
   A. Used TV, Radio, Print and Online advertising
   B. Generated more than 25 million impressions
   C. Leveraged PSA to double budget, usually received a 1 for 1 match
   D. Reached 251 counties through TV or Radio*
   E. Targeted rural voters, African American voters, and Hispanics
   F. All paid media in English and Spanish
   G. Some print items also produced in Vietnamese and Mandarin

II. Earned Media
   A. Secretary Steen visited more than one dozen media markets across the state for events to promote voter education and knowledge of photo ID requirements(list below)
   B. press releases and op-eds from Secretary Steen sent and then printed throughout the state
   C. Info packets given to House and Senate members including draft releases about photo ID which were distributed and used across the state
   D. Radio tours where Secretary Steen called radio stations across the state for interviews publicizing the photo ID requirements, redistributed by DPS
   E. Media releases for all our EIC locations, and Houston Press Conference for EIC mobile station kickoff

III. Web Social Media
   A. frequent photo ID messages and reminders posted to our established VoteTexas twitter and facebook and reweeted through SOS twitter account
   B. updates of photo ID info and EIC locations on VoteTexas.gov
   C. VoteTexas app updated and reflected photo ID info
   D. Resources such as photo ID TV and Radio educational ads, posters, and other tools were added to the Resources Section of VoteTexas.gov and promoted to county election officials and other stakeholder groups and the media.

*The three counties not reached through TV or Radio are: Zavala, Crane, Terrell. These counties were reached through other efforts.

Places Secretary Steen Visited on photo ID education tour: San Antonio, Corpus Christi, Pharr, Fort Bend, Midland, Dallas, Fort Worth, Wichita Falls, Austin, Abilene, Eastland, Weatherford, Amarillo, Lubbock, Del Rio, Kingsville, Houston

2:13-cv-193
09/02/2014
DEF0557