Δ π EXHIBIT 29
Deponent K I
Date 4/23/14  Rptr
WWW.DEPOBOOK.COM

## 2014 Voter Education Campaign Phase 1- about $400,000 (HAVA)

I.  Paid Media
    A.  Used TV, Radio, Print and Online advertising
    B.  Generated more than 14 million impressions
    C.  Leveraged PSA to double budget, usually received a 1 for 1 match
    D.  Targeted rural voters, African American voters, and Hispanics
    E.  All paid media in English and Spanish
    F.  The ads polled well in post-phase I research. When shown the TV ad, 4 out of 5 said they felt favorable to the TV ad and 3 out of 4 found the ad informative and easy to understand.

II.  Earned Media
    A.  Secretary Berry visited more than 7 media markets across the state to promote voter education and knowledge of photo ID requirements
    B.  press releases sent and printed throughout the state
    C.  Secretary Berry wrote an op-ed which appeared in the Houston Chronicle.
    D.  Radio tours where Secretary Steen called radio stations across the state for interviews publicizing the photo ID requirements
    E.  Media releases for all our EIC locations, and Houston Press Conference for EIC mobile station kickoff

III.  Web and Social Media
    A.  frequent photo ID messages  and reminders posted to our established VoteTexas twitter and facebook and reweeted through SOS twitter account
    B.  early use of VoteTexas Instagram to encourage voting, role will be expanded in phase II of the campaign
    C.  VoteTexas app updated and reflected photo ID info

2:13-cv-193
09/02/2014
DEF0558