## 2014 Voter Education Campaign Phase II- about $1.6 million (HAVA)

### Please note: Phase II is in the planning stage

I. Paid Media
   A. continue to use TV, Radio, Print and Online advertising
   B. focus outreach on Hispanic voters, African American Voters, rural voters and young voters
   C. Will likely continue to use the same advertisements as phase I as those were well received and effective
   D. May use other forms of paid media such as outdoor advertising and direct mail to get the word out

II. Earned Media
   A. Secretary Berry will continue to travel the state to promote voter education
   B. PR efforts to remind people of May 10 and May 27 elections
   C. we will continue to distribute and promote press releases sent and printed throughout the state
   D. Op-eds from Secretary Berry and possibly other opinion leaders
   E. Radio tours where Secretary Steen called radio stations across the state for interviews publicizing the photo ID requirements
   F. Media releases for all our EIC locations
   G. outreach and information kits to stakeholders such as faith groups, community groups, elected officials, appropriate opinion leaders
   H. Special events to help promote VoteTexas resources

III. Web and Social Media
   A. frequent photo ID messages and reminders posted to our established VoteTexas twitter and facebook and reweeted through SOS twitter account
   B. expanded use of Instagram account to compliment other social media activities
   C. Continue to update and promote photo ID educational materials on VoteTexas.gov


2:13-cv-193
09/02/2014
DEF0559