∆ π EXHIBIT 31
Deponent_____
Date_____ Rptr._____
WWW.DEPOBOOK.COM

Texas Secretary of State, Paid Media Wrapup (TV, Radio + Print), September-October, 2013

## Radio Flights

| Advertiser | Flight Dates | Market | Media | Station | Impressions | # Spots |
|---|---|---|---|---|---|---|
| Texas Secretary of State | 9/23-10/20 | Beaumont | Radio | KTCX-FM | 151,800 | 18 |
| Texas Secretary of State | 9/23-10/20 | Beaumont | Radio | KTCX-FM | 361,200 | 54 |
| Texas Secretary of State | 9/23-10/20 | Dallas | Radio | KHVN-AM | 198,400 | 42 |
| Texas Secretary of State | 9/23-10/20 | Dallas | Radio | KKDA-FM | 189,000 | 13 |
| Texas Secretary of State | 9/23-10/20 | Dallas | Radio | KRNB-FM | 189,000 | 13 |
| Texas Secretary of State | 9/23-10/20 | Dallas | Radio | KHVN-AM | 595,600 | 126 |
| Texas Secretary of State | 9/23-10/20 | Dallas | Radio | KKDA-FM | 804,010 | 83 |
| Texas Secretary of State | 9/23-10/20 | Dallas | Radio | KRNB-FM | 949,313 | 98 |
| Texas Secretary of State | 9/23-10/20 | Dallas | Radio | KKDA-FM | 416,606 | 28 |
| Texas Secretary of State | 9/23-10/20 | Houston | Radio | KMJQ-FM | 1,193,000 | 33 |
| Texas Secretary of State | 9/23-10/20 | Houston | Radio | KMJQ-FM | 3,173,000 | 99 |
| Texas Secretary of State | 9/23-10/20 | Killeen | Radio | KIIZ-FM | 88,400 | 26 |
| Texas Secretary of State | 9/23-10/20 | Killeen | Radio | KSSM-FM | 57,200 | 26 |
| Texas Secretary of State | 9/23-10/20 | Killeen | Radio | KIIZ-FM | 218,600 | 78 |
| Texas Secretary of State | 9/23-10/20 | Killeen | Radio | KSSM-FM | 150,800 | 78 |
| Texas Secretary of State | 9/23-10/20 | Statewide | Radio | TXSN | 782,000 | 5,950 |
| Texas Secretary of State | 9/23-10/20 | Statewide | Radio | TXSN | 625,600 | 2,380 |
| Texas Secretary of State | 9/23-10/20 | Tyler | Radio | KISX-FM | 141,200 | 34 |
| Texas Secretary of State | 9/23-10/20 | Tyler | Radio | KISX-FM | 331,800 | 102 |
| Totals |  |  |  |  | 10,616,529 | 9,281 |

## Cable TV Flights

| Advertiser | Flight Dates | Market | Media | Station | Impressions | # Spots |
|---|---|---|---|---|---|---|
| Texas Secretary of State | 9/30-10/27 | Abilene | Cable | 0187 Suddenlink/Abilene Interconnect | 50,565 | 221 |
| Texas Secretary of State | 9/30-10/27 | Beaumont | Cable | 0796 TW/Beaumont | 69,038 | 164 |
| Texas Secretary of State | 9/30-10/27 | Corpus Christi | Cable | 6819 TW/Corpus Christi | 44,000 | 196 |
| Texas Secretary of State | 9/23-10/20 | Dallas | Cable | 5334 TW/Dallas Interconnect | 3,062,106 | 227 |
| Texas Secretary of State | 9/30-10/27 | Dallas | Cable | 9806 TW/Dallas DirecTV | 592,069 | 168 |
| Texas Secretary of State | 9/30-10/27 | Houston | Cable | 5642 Comcast/Houston Interconnect | 4,478,264 | 366 |
| Texas Secretary of State | 9/30-10/27 | Houston | Cable | 9439 Comcast/DirecTV | 319,875 | 84 |
| Texas Secretary of State | 9/30-10/27 | Sherman-Ada | Cable | 1325 Cable One/Sherman | 59,279 | 396 |
| Texas Secretary of State | 9/30-10/27 | Shreveport | Cable | 9396 Suddenlink/Shreveport | 31,737 | 371 |
| Texas Secretary of State | 9/30-10/27 | Statewide | Cable | 9686 TW/Super G | 1,289,780 | 837 |
| Texas Secretary of State | 9/30-10/27 | Tyler | Cable | 8380 Suddenlink/Tyler | 171,119 | 331 |
| Texas Secretary of State | 9/30-10/27 | Victoria | Cable | 3130 Suddenlink/Victoria | 14,774 | 397 |
| Texas Secretary of State | 9/30-10/27 | Waco | Cable | 4900 TW/Waco | 105,213 | 196 |
| Texas Secretary of State | 9/30-10/27 | Wichita Falls | Cable | 8486 TW/Wichita Falls | 67,044 | 200 |
| Totals |  |  |  |  | 10,354,863 | 4,154 |

## Print

| Publication | Placement | Market | Media | Circulation | Run Dates |
|---|---|---|---|---|---|
| Dallas Post Tribune | 1/2 Page | Dallas | Print | 5,000 | 1 Run Before 10/19 |
| North Dallas Gazette | 1/2 Page | Dallas | Print | 6,500 | 1 Run Before 10/19 |
| LaVida News | 1/2 Page | Ft. Worth | Print | 35,000 | 1 Run Before 10/19 |
| Texas Metro News | 1/2 Page | Garland | Print | 1,481 | 1 Run Before 10/19 |
| Garland News | 1/2 Page | Garland | Print | 1,577 | 1 Run Before 10/19 |
| Houston Defender | 1/2 Page | Houston | Print | 22,000 | 1 Run Before 10/19 |
| Houston Suns | 1/2 Page | Houston | Print | 10,000 | 1 Run Before 10/19 |
| The Villager | 1/2 Page | Austin | Print | 6,000 | 1 Run Before 10/19 |
| San Antonio Observer | 1/2 Page | San Antonio | Print | 10,000 | 1 Run Before 10/19 |
| San Antonio Register | 1/2 Page | San Antonio | Print | 10,000 | 1 Run Before 10/19 |
| East Texas Review | 1/2 Page | East Texas | Print | 4,000 | 1 Run Before 10/19 |
| Dallas Examiner | 1/2 Page | Dallas | Print | 10,000 | 9/6, 9/20, 10/4, 10/18, 11/1 |
| Elite News | 1/2 Page | Dallas | Print | 4,200 | 10/12, 10/19, 10/26, 11/2 |
| Houston Forward Times | 1/2 Page | Houston | Print | 64,580 | 9/9, 9/26, 10/3, 10/17, 10/31 |

2:13-cv-193
09/02/2014
DEF0560