> Printable Resources
> FAQ
> Glossary
> Help

Brought to you by Secretary of State Nandita Berry and Harris County election officials

Good morning, Carson   training dashboard | logout

## Poll Worker Training Outline

| Module 1: Introduction | Open | ☑ |
| Module 2: Preparing for Election Day | Open | ☑ |
| Module 3: Qualifying Voters | Close | ☑ |
| ▸ The Ideal Voter | | |
| Residency Issues | | |
| Identification Issues | | |
| Registration Issues | | |
| Early Voting | | |
| Provisional Voting | | |
| Vote | | |
| Module 4: Assist Voters with Disabilities | Open | ☐ |
| Module 5: The End - What to Do | | ☐ |
| Case Studies | | |

Photo ID now required for voting in Texas
A voter will be required to show one of the acceptable forms of photo identification at the polling location before the voter will be permitted to cast a vote.
GUIDE TO VOTER ID

Site Navigation Tips

ⓘ Key Point

You must be prepared to handle each situation so that the election records are correct and the voter casts a ballot, if at all possible. In the following chapters we describe how to address each of the situations and which forms to complete.

## Qualifying Voters: Module Overview

In this module you will study the poll workers' primary Election Day job: qualifying voters.

**Ideal Voter**
Explains step-by-step how to qualify the majority of voters

**Residency Issues**
Describes what to do with voters who are in the wrong precinct or who have moved

**Photo ID Requirements**
Provides a list of acceptable forms of identification in order to be allowed to vote

**Exemptions to the Photo ID Requirement**
Explains what exemptions are allowed to not provide a photo ID

**Registration Issues**
Shows you how to resolve problems voters may have with their registration

**Provisional Voter**
Explains the step-by-step process for voters who cast provisional ballots

*Ideal Voter begins on next page . . .*

◀ Back                                    Next ▶

© Powered by HAVA Partners in conjunction with the Office of the Texas Secretary of State   |   Help   |   Update your Account   |   Logout

Δ π EXHIBIT 32
Deponent_____
Date_____ Rptr ____
WWW.DEPOBOOK.COM

2:13-cv-193
09/02/2014
DEF0561
exhibitsticker.com

▸ Printable Resources
▸ FAQ
▸ Glossary
▸ Help

Brought to you by Secretary of State Nandita Berry and Harris County election officials

Good morning, Carson   training dashboard | logout

**Poll Worker Training Outline**

| Module 1: Introduction | Open | ☑ |
|---|---|---|

| Module 2: Preparing for Election Day | Open | ☑ |
|---|---|---|

| Module 3: Qualifying Voters | Close | ☑ |
|---|---|---|

▸ The Ideal Voter
   Residency Issues
   Identification Issues
   Registration Issues
   Early Voting
   Provisional Voting
   Vote

| Module 4: Assist Voters with Disabilities | Open | |
|---|---|---|

| Module 5: The End - What to Do | | |
|---|---|---|

**Case Studies**

**Photo ID now required for voting in Texas**
A voter will be required to show one of the acceptable forms of photo identification at the polling location before the voter will be permitted to cast a vote.

GUIDE TO VOTER ID

Site Navigation Tips

Key Point

For the 2012-2013 election cycle the voter registration certificate is yellow.

Resource

Qualifying Voters A Handbook for Election Judges and Clerks 2013

# Ideal Voter Chapter Overview

This is the process of ensuring that an individual is qualified to vote by checking voter registration status, identity, and residence.

The **Ideal Voter** presents their Acceptable Form of Identification or has a notation of an "(E)" after the VUID number on their voter registration certificate. Further, the identification provided by the voter will be current or not have expired more than 60 days before the voter is presenting it at the polling place. The voter will be located in the precinct's list of registered voters, and the name found on the list of registered voters will match exactly to the name listed on the voter's identification. After verifying the voter's identification, the voter is asked if the voter's residence address on the precinct list of registered voters is current and whether the voter has changed residence within the county. In an ideal voter situation, the voter's address will be current and the voter will not have changed residence within the county. Some voters may not have their addresses on the list of registered voters due to their participation in an address confidentiality program. Nevertheless, election judges should continue to ask whether or not the voter has moved from the address at which the voter is registered to vote. If the voter's registration address is omitted due to participation in an address confidentiality program, you must ask the voter if the residence address listed on the voter's acceptable form of identification is current and whether the voter has changed residence within the county.

Stamp "voted" or place some other notation next to the voter's name on the list of registered voters to indicate that the voter has been accepted for voting. .

Have the voter sign the signature roster (or combination form). If the voter cannot sign his or her name, an election officer shall enter the voter's name with a notation of the reason for the voter's inability to sign the roster (or combination form).

Legibly enter the name of the voter on the poll list (or combination form).
• The voter is required to sign his or her voter registration certificate in the appropriate place upon receipt.
• If a combination form is not used, the names on the poll list must be entered in the same order as the names on the signature roster.

Return the acceptable form of identification presented by the voter and the voter's voter registration certificate, if presented, to the voter.

Have the voter pick up a ballot, if applicable, or issue the voter an activation code, etc. for the accessible voting equipment and direct the voter to the voting area.

In this chapter you will learn the 7 basic steps to qualify a voter.

*Ideal Voter continues on next page . . .*

◀ Back                                              Next ▶

© Powered by HAVA Partners in conjunction with the Office of the Texas Secretary of State   |   Help   |   Update your Account   |   Logout

▶ Printable Resources
▶ FAQ
▶ Glossary
▶ Help

Brought to you by Secretary of State Nandita Berry and Harris County election officials

Good morning, Carson    training dashboard | logout

**Poll Worker Training Outline**

| Module 1: Introduction | Open | ✓ |
| Module 2: Preparing for Election Day | Open | ✓ |
| Module 3: Qualifying Voters | Close | ✓ |

▶ The Ideal Voter
  Residency Issues
  Identification Issues
  Registration Issues
  Early Voting
  Provisional Voting
  Vote

| Module 4: Assist Voters with Disabilities | Open | ☐ |
| Module 5: The End - What to Do | | ☐ |

Case Studies

**Photo ID now required for voting in Texas**
A voter will be required to show one of the acceptable forms of photo identification at the polling location before the voter will be permitted to cast a vote.

GUIDE TO VOTER ID

# Step 1: Voter Registration Certificate

Ask each voter to present identification. The ideal voter should present his/her Voter Registration Certificate as it is preferred. There are 8 other acceptable forms of ID.



Note: Make sure the voter has signed his/her Voter Registration Certificate in the appropriate place.

Note: The current color of the Voter Registration Certificate is yellow New Voter Registration Certificates are mailed every two years, with a new certificate color.

*Ideal Voter continues on next page . . .*

**Site Navigation Tips**

**Key Point**
Each voter MUST present a Voter Registration Certificate or one of 8 acceptable forms of ID.

**Resource**
Acceptable forms of ID (3.E.3)

◀ Back                                                    Next ▶

▸ Printable Resources
▸ FAQ
▸ Glossary
▸ Help

Brought to you by Secretary of State Nandita Berry and Harris County election officials

Good morning, Carson   training dashboard | logout

**Poll Worker Training Outline**

| Module 1: Introduction | Open | ✓ |
| Module 2: Preparing for Election Day | Open | ✓ |
| Module 3: Qualifying Voters | Close | ✓ |

▸ The Ideal Voter
Residency Issues
Identification Issues
Registration Issues
Early Voting
Provisional Voting
Vote

| Module 4: Assist Voters with Disabilities | Open | ☐ |
| Module 5: The End - What to Do | | ☐ |

**Case Studies**

**Photo ID now required for voting in Texas**
A voter will be required to show one of the acceptable forms of photo identification at the polling location before the voter will be permitted to cast a vote.

GUIDE TO VOTER ID

Site Navigation Tips

## Step 2: List of Registered Voters

Compare the certificate to the List of Registered Voters for:



- voter's name, address, precinct number
- registration status
- early voting status ("early" or "voted" notation)
- residence or suspense list status ("s" notation), and
- ID status ("ID" notation)

*Ideal Voter continues on next page . . .*

◀ Back                                             Next ▶

© Powered by HAVA Partners in conjunction with the Office of the Texas Secretary of State  |  Help  |  Update your Account  |  Logout

▶ Printable Resources
▶ FAQ
▶ Glossary
▶ Help

Brought to you by Secretary of State Nandita Berry and Harris County election officials

Good morning, Carson   training dashboard | logout

## Poll Worker Training Outline

| Module 1: Introduction | Open | ☑ |
|---|---|---|

| Module 2: Preparing for Election Day | Open | ☑ |
|---|---|---|

| Module 3: Qualifying Voters | Close | ☑ |
|---|---|---|

▶ The Ideal Voter
Residency Issues
Identification Issues
Registration Issues
Early Voting
Provisional Voting
Vote

| Module 4: Assist Voters with Disabilities | Open | ☐ |
|---|---|---|

| Module 5: The End - What to Do | | ☐ |
|---|---|---|

**Case Studies**

**Photo ID now required for voting in Texas**
A voter will be required to show one of the acceptable forms of photo identification at the polling location before the voter will be permitted to cast a vote.

**GUIDE TO VOTER ID**

# Step 3: Have You Moved?

Clerks must ask EVERY voter if they still live at the address shown on the List of Registered Voters. Most variations on the Ideal Voter situation arise because the voter moved. Again, make sure the ID and List of Registered Voters match up.

# Step 4:  Stamp voted

Stamp "voted" on the List of Registered Voters next to the voter's name.

*Ideal Voter continues on next page . . .*

◀ Back                                                                 Next ▶

**Site Navigation Tips**

⚠ **Key Point**

The best way to uncover qualification issues is to ask the voter "Do you still live at the address shown on the List of Registered Voters?" Ask every voter!

© Powered by HAVA Partners in conjunction with the Office of the Texas Secretary of State   |   Help   |   Update your Account   |   Logout



> Printable Resources
> FAQ
> Glossary
> Help

Brought to you by Secretary of State Nandita Berry and Harris County election officials

Good morning, Carson   training dashboard | logout

**Poll Worker Training Outline**

Module 1: Introduction    Open  ☑

Module 2: Preparing for   Open  ☑
Election Day

Module 3: Qualifying    Close  ☑
Voters
▸ The Ideal Voter
   Residency Issues
   Identification Issues
   Registration Issues
   Early Voting
   Provisional Voting
   Vote

Module 4: Assist Voters  Open  ☐
with Disabilities

Module 5: The End - What to  ☐
Do

**Case Studies**

**Photo ID now required for voting in Texas**
A voter will be required to show one of the acceptable forms of photo identification at the polling location before the voter will be permitted to cast a vote.
GUIDE TO VOTER ID

## Step 5: Voter Signature

Have the voter sign the Signature Roster (or Combination Form)

# Step 6:  Write the Voter's Name

Write the voter's name on the Poll List (or Combination Form)

## Step 7: Voter Casts Ballot

Direct the voter to pick up a ballot and proceed to the voting area or to an available DRE, as appropriate.

*Ideal Voter continues on next page . . .*

Site Navigation Tips

**Key Point**

The voter must select their own ballot from among those on the table. The poll worker may not hand the voter a ballot.

◀ Back                    Next ▶

© Powered by HAVA Partners in conjunction with the Office of the Texas Secretary of State  |  Help  |  Update your Account  |  Logout

▸ Printable Resources
▸ FAQ
▸ Glossary
▸ Help

Brought to you by Secretary of State Nandita Berry and Harris County election officials

Good morning, Carson    training dashboard | logout

## Poll Worker Training Outline

| | | |
|---|---|---|
| Module 1: Introduction | Open | ✓ |
| Module 2: Preparing for Election Day | Open | ✓ |
| Module 3: Qualifying Voters | Close | ✓ |

▸ The Ideal Voter
   Residency Issues
   Identification Issues
   Registration Issues
   Early Voting
   Provisional Voting
   Vote

Module 4: Assist Voters with Disabilities    Open

Module 5: The End - What to Do

Case Studies

**Photo ID now required for voting in Texas**
A voter will be required to show one of the acceptable forms of photo identification at the polling location before the voter will be permitted to cast a vote.

GUIDE TO VOTER ID

# Ideal Voter: Chapter Summary

In this chapter you learned the 7 steps to qualify an ideal voter.

Qualifying voters is the most important job of poll workers on Election Day. Be sure to review these steps so you can execute them efficiently and correctly at the polls on Election Day.

*Ideal Voter continues on next page . . . .*

◀ Back                                    Next ▶

Site Navigation Tips

© Powered by HAVA Partners in conjunction with the Office of the Texas Secretary of State    |    Help    |    Update your Account    |    Logout



Brought to you by Secretary of State Nandita Berry and Harris County election officials

Good morning, Carson    training dashboard | logout

▸ Printable Resources
▸ FAQ
▸ Glossary
▸ Help

**Poll Worker Training Outline**

Module 1: Introduction    Open    ✓

Module 2: Preparing for    Open    ✓
Election Day

Module 3: Qualifying    Close    ✓
Voters
▸ The Ideal Voter
  Residency Issues
  Identification Issues
  Registration Issues
  Early Voting
  Provisional Voting
  Vote

Module 4: Assist Voters    Open
with Disabilities

Module 5: The End - What to
Do

Case Studies

**Photo ID now required for voting in Texas**
A voter will be required to show one of the acceptable forms of photo identification at the polling location before the voter will be permitted to cast a vote.

GUIDE TO VOTER ID

Site Navigation Tips

Kim,
Clerk

# Ideal Voter Case Study

Rob is the first voter in line. He eagerly steps up to the table and presents Kim with an acceptable form of identification. Kim finds Rob on the List of Registered Voters and checks that the information matches the ID. She asks Rob "Do you still live at the address shown on the List of Registered Voters?" to ensure nothing has changed. Kim then stamps "voted" next to Rob's name on the List of Registered Voters. Rob reaches for a ballot and starts for the voting booth.

Should Kim let Rob proceed?

Ideal Voter continues on next page . . .

◀ Back    Next ▶

© Powered by HAVA Partners in conjunction with the Office of the Texas Secretary of State  |  Help  |  Update your Account  |  Logout

▸ Printable Resources
▸ FAQ
▸ Glossary
▸ Help

Brought to you by Secretary of State Nandita Berry and Harris County election officials

Good morning, Carson   training dashboard | logout

## Poll Worker Training Outline

Module 1: Introduction    Open   ☑

Module 2: Preparing for   Open   ☑
Election Day

Module 3: Qualifying      Close  ☑
Voters
▸ The Ideal Voter
  Residency Issues
  Identification Issues
  Registration Issues
  Early Voting
  Provisional Voting
  Vote

Module 4: Assist Voters   Open   ☐
with Disabilities

Module 5: The End - What to      ☐
Do

Case Studies

**Photo ID now required for voting in Texas**
A voter will be required to show one of the acceptable forms of photo identification at the polling location before the voter will be permitted to cast a vote.

GUIDE TO VOTER ID

Kim
Clerk

# Ideal Voter Case Study Answer

**Should Kim let Rob proceed?**

**No.** There are 2 more steps. Kim should call Rob back to the table to complete the process:

- Rob has to sign the Signature Roster (or Combination Form)
- Kim has to write Rob's name in the Poll List and
- Then Rob may select a ballot and proceed to the voting booth.

It is important to complete every step of the qualifying process to ensure accurate and complete election records.

*Ideal Voter continues on next page . . .*

◂ Back                                    Next ▸

Site Navigation Tips

© Powered by HAVA Partners in conjunction with the Office of the Texas Secretary of State  |  Help  |  Update your Account  |  Logout

▸ Printable Resources
▸ FAQ
▸ Glossary
▸ Help

Brought to you by Secretary of State Nandita Berry and Harris County election officials

Good morning, Carson   training dashboard | logout

## Poll Worker Training Outline

| | | |
|---|---|---|
| Module 1: Introduction | Open | ✓ |
| Module 2: Preparing for Election Day | Open | ✓ |
| Module 3: Qualifying Voters | Close | ✓ |

The Ideal Voter
Residency Issues
Identification Issues
Registration Issues
Early Voting
Provisional Voting
Vote

| | | |
|---|---|---|
| Module 4: Assist Voters with Disabilities | Open | ☐ |
| Module 5: The End - What to Do | | ☐ |

Case Studies

## POP! QUIZ:

You have reached the end of this chapter. Please answer the following question before proceeding to the next chapter.

**Question 1**

When a voter approaches, the Election Clerk: asks for one of the (7) acceptable forms of ID, Checks it against the List of Registered Voters, checks the list for special notations, asks if the voter's address is still the same as shown on the List of Registered Voters, has the voter _____ then directs the voter to a voting machine or to pick up a ballot.

✓ Sign the Poll List (or Combination Form). **[your answer]**

Complete a Statement of Residence.

Complete the Affidavit of Voter Requesting Assistance.

Sign the Early Voting List.

### ✓ THE CORRECT ANSWER IS:

**Answer: Sign the Poll List (or Combination Form).** - These are the basic steps that apply to every voter.

Next ▶

▶ Printable Resources
▶ FAQ
▶ Glossary
▶ Help

Brought to you by Secretary of State Nandita Berry and Harris County election officials

Good morning, Carson   training dashboard | logout

## Poll Worker Training Outline

| Module 1: Introduction | Open | ☑ |

**Photo ID now required for voting in Texas**
A voter will be required to show one of the acceptable forms of photo identification at the polling location before the voter will be permitted to cast a vote.

GUIDE TO VOTER ID

| Module 2: Preparing for Election Day | Open | ☑ |

| Module 3: Qualifying Voters | Close | ☑ |

The Ideal Voter
▶ Residency Issues
Identification Issues
Registration Issues
Early Voting
Provisional Voting
Vote

## Residency Issues Chapter Overview

A voter who has moved is the most common alternative to the "ideal voter" that you will encounter on Election Day, especially in an urban area.

| Module 4: Assist Voters with Disabilities | Open | ☐ |

| Module 5: The End - What to Do |

**Case Studies**

If the voter presents an acceptable form of ID, but the voter has moved or an "S" notation is next to his/her name and s/he comes to this polling place to vote, follow one of the solutions below to resolve this situation:

1. The voter is returning here, to their old precinct, although s/he moved to another precinct,
2. The voter has moved from another precinct in the county to this one and shows up to vote here, or
3. The voter has moved to this county from another county and shows up to vote here, in their new precinct.

*Residency Issues*
*continues on the next page . . .*

**NOTE:** Even if the voter has moved within an apartment complex, his/her precinct may have changed, so be sure to ask for the voter's full address.

◀ Back                    Next ▶

### Site Navigation Tips

📄 Resource

Qualifying Voters A Handbook for Election Judges and Clerks 2013

💡 Key Point

Anytime you have a question, call the Voter Registrar/Elections Administrator to determine a voter's proper precinct.





*Residency Issues*
*continues on the next page . . .*

▶ Printable Resources
▶ FAQ
▶ Glossary
▶ Help

Brought to you by Secretary of State Nandita Berry and Harris County election officials

Good morning, Carson  training dashboard | logout

## Poll Worker Training Outline

**Module 1: Introduction**  Open  ☑

**Module 2: Preparing for**  Open  ☑
**Election Day**

**Module 3: Qualifying**  Close  ☑
**Voters**
  The Ideal Voter
  ▶ Residency Issues
  Identification Issues
  Registration Issues
  Early Voting
  Provisional Voting
  Vote

**Module 4: Assist Voters**  Open  ☐
**with Disabilities**

**Module 5: The End - What to**  ☐
**Do**

**Case Studies**

**Photo ID now required for voting in Texas**
A voter will be required to show one of the acceptable forms of photo identification at the polling location before the voter will be permitted to cast a vote.

**GUIDE TO VOTER ID**

# Voter Has Moved Into the County

The voter has moved to this county from another county and shows up to vote here, in his/her new precinct

1. A voter may not vote here unless s/he is registered in the new county of residence.
2. The Election Judge may determine that the voter may cast a Limited Ballot (only permitted during the early voting period).
3. If the voter insists on voting in this precinct, s/he may vote with a Provisional Ballot.
   a. See Provisional Voting

For more details on qualifying voters who have moved, see *Qualifying Voters: A Handbook for Election Judges and Clerks 2013*, chapter 2, situation 3. You can find it by clicking on Printable Resources, above.

*Residency Issues
continues on the next page . . .*

◀ Back                                        Next ▶

**Site Navigation Tips**

Resource

Qualifying Voters A
Handbook for Election
Judges and Clerks 2013

© Powered by HAVA Partners in conjunction with the Office of the Texas Secretary of State  |  Help  |  Update your Account  |  Logout



Residency Issues
continues on next page . . .



Brought to you by Secretary of State Nandita Berry and Harris County election officials

Good morning, Carson  training dashboard | logout

▶ Printable Resources
▶ FAQ
▶ Glossary
▶ Help

**Poll Worker Training Outline**

Module 1: Introduction  Open ✓

Module 2: Preparing for  Open ✓
Election Day

Module 3: Qualifying  Close ✓
Voters

The Ideal Voter
▶ Residency Issues
Identification Issues
Registration Issues
Early Voting
Provisional Voting
Vote

Module 4: Assist Voters  Open ☐
with Disabilities

Module 5: The End - What to
Do ☐

Case Studies

**Photo ID now required for voting in Texas**
A voter will be required to show one of the acceptable forms of photo identification at the polling location before the voter will be permitted to cast a vote.

GUIDE TO VOTER ID

## Residency Issues Case Study

### CASE STUDY:

Darrell recently moved to another precinct in his county of registration. He has not yet updated his voter registration. He goes back to his old polling place, where his name appears on the List of Registered Voters.

May Darrell vote?

*Click to see the solution on the next page . . .*

◀ Back                    Next ▶

Site Navigation Tips

Darrell: Voter

© Powered by HAVA Partners in conjunction with the Office of the Texas Secretary of State  |  Help  |  Update your Account  |  Logout



◀ Back    Next ▶

© Powered by HAVA Partners in conjunction with the Office of the Texas Secretary of State | Help | Update your Account | Logout

> Printable Resources
> FAQ
> Glossary
> Help

Brought to you by Secretary of State Nandita Berry and Harris County election officials

Good morning, Carson  training dashboard | logout

**Poll Worker Training Outline**

| Module 1: Introduction | Open | ☑ |

**POP QUIZ:**

| Module 2: Preparing for Election Day | Open | ☑ |

You have reached the end of this chapter. Please answer the following question before proceeding to the next chapter.

| Module 3: Qualifying Voters | Close | ☑ |

The Ideal Voter
Residency Issues
Identification Issues
Registration Issues
Early Voting
Provisional Voting
Vote

**Question 1**

If the voter has an "S" next to his/her name on the List of Registered Voters, he/she falls under any of the following categories EXCEPT:

The voter has moved to another precinct

The voter has moved to this precinct

The voter has moved into the county

☑ The voter has already filled out a Statement of Residence [your answer]

| Module 4: Assist Voters with Disabilities | Open | ☐ |

| Module 5: The End - What to Do | ☐ |

Case Studies

THE CORRECT ANSWER IS:

**Answer: The voter has already filled out a Statement of Residence** – The "S" notation next to a voter's name on the Poll List indicates that he/she still needs to fill out a Statement of Residence.

Next ▶

© Powered by HAVA Partners in conjunction with the Office of the Texas Secretary of State  |  Help  |  Update your Account  |  Logout



▶ Printable Resources
▶ FAQ
▶ Glossary
▶ Help

Brought to you by Secretary of State Nandita Berry and Harris County election officials

Good morning, Carson  training dashboard | logout

**Poll Worker Training Outline**

| | |
|---|---|
| Module 1: Introduction  Open  ✓ | |
| Module 2: Preparing for  Open  ✓ Election Day | |
| Module 3: Qualifying  Close  ✓ Voters | |
| The Ideal Voter | |
| Residency Issues | |
| ▶ Identification Issues | |
| Registration Issues | |
| Early Voting | |
| Provisional Voting | |
| Vote | |
| Module 4: Assist Voters  Open with Disabilities | |
| Module 5: The End - What to Do | |
| Case Studies | |

**Photo ID now required for voting in Texas**
A voter will be required to show one of the acceptable forms of photo identification at the polling location before the voter will be permitted to cast a vote.

GUIDE TO VOTER ID

## Identification Issues Chapter Overview

Voters must present one of 7 acceptable forms of identification. In this chapter you will learn how to handle the following ID issues:

* No Acceptable Form of ID
* Voter's Name on Acceptable Form of ID does not mater voter's name on list of registered voters

ID Issues
continues on next page . . .

**Site Navigation Tips**

**Key Point**
If you have questions on Election Day, consult the Election Judge, Qualifying Voters: A Handbook for Election Judges and Clerks 2012-2013, See Chapter 2, Situation #2, 4, and 9, or call the authority conducting the election.

**Resource**
Acceptable forms of ID (3.E.3)

◀ Back                Next ▶

© Powered by HAVA Partners in conjunction with the Office of the Texas Secretary of State  |  Help  |  Update your Account  |  Logout

▸ Printable Resources
▸ FAQ
▸ Glossary
▸ Help

Brought to you by Secretary of State Nandita Berry and Harris County election officials

Good morning, Carson   training dashboard | logout

Site Navigation Tips

**Poll Worker Training Outline**

Module 1: Introduction   Open   ☑

Module 2: Preparing for   Open   ☑
Election Day

Module 3: Qualifying   Close   ☑
Voters
   The Ideal Voter
   Residency Issues
▸ Identification Issues
   Registration Issues
   Early Voting
   Provisional Voting
   Vote

Module 4: Assist Voters   Open   ☐
with Disabilities

Module 5: The End - What to
Do

Case Studies

**Photo ID now required for voting in Texas**
A voter will be required to show one of the acceptable forms of photo identification at the polling location before the voter will be permitted to cast a vote.

GUIDE TO VOTER ID

Glossary

Identification (ID)

# No Voter Registration Certificate but Name on List of Registered Voters

If you encounter a voter who does not have an Acceptable Forms of Identification, ask the voter for their Voter Registration Certificate to see if there is an "(E)" notation after the VUID number.

The "(E)" notation means the voter is exempt from providing one of the seven forms of photo ID because the voter is disabled and has applied for and received a disability exemption from the voter registrar. Confirm the voter's address is the same as that on the List of Registered Voters. If the voter has "(E)" notation, follow the following steps.

TEXAS
DEPARTMENT OF PUBLIC SAFETY
DRIVER LICENSE
CLASS:C   DL:
DOB:    HT:
EXPIRES:   EYES:
    SEX: M
REST:
END:

AUSTIN TX

1. Stamp "voted" on the List of Registered Voters.
2. Have the voter complete an Affidavit of Voter
3. Have the voter sign the Signature Roster (or, as applicable, the Combination Form).
4. Enter the voter's name on the Poll List (or check the appropriate box on the Combination Form).
5. Direct the voter to pick up a ballot and proceed to the voting area, or direct the voter to an available DRE, as appropriate.

If the voter does not have an acceptable form of ID or does not present the voter's current voter registration certificate displaying the "(E)" notation, the voter may not vote a regular ballot, but must vote a provisional ballot. However, no later than six calendar days after election day, the voter may present an acceptable form of identification to the voter registrar, which will "cure" the voter's failure to provide an acceptable form of identification at the polling place.

*ID Issues*
*continues on next page . . .*

◂ Back          Next ▸

© Powered by HAVA Partners in conjunction with the Office of the Texas Secretary of State   |   Help   |   Update your Account   |   Logout

▸ Printable Resources
▸ FAQ
▸ Glossary
▸ Help

Brought to you by Secretary of State Nandita Berry and Harris County election officials

Good morning, Carson   training dashboard | logout

**Poll Worker Training Outline**

| Module 1: Introduction | Open | ☑ |

| Module 2: Preparing for Election Day | Open | ☑ |

| Module 3: Qualifying Voters | Close | ☑ |

The Ideal Voter

Residency Issues

▸ Identification Issues

Registration Issues

Early Voting

Provisional Voting

Vote

| Module 4: Assist Voters with Disabilities | Open | |

| Module 5: The End - What to Do | | |

**Case Studies**

**Photo ID now required for voting in Texas**
A voter will be required to show one of the acceptable forms of photo identification at the polling location before the voter will be permitted to cast a vote.

GUIDE TO VOTER ID

Site Navigation Tips

# Voter With ID Notation on List of Registered Voters

The voter presents an acceptable form of identification or has a notation of an " (E)" after the VUID number on their voter registration certificate) but the voter's name does not match the voter's name on the list of registered voters.



The election officer will determine, under standards adopted by the Secretary of State, if the names are "substantially similar." If the names are substantially similar, the voter shall be accepted for voting. The voter must submit an affidavit, which is part of the combination form, stating that the voter is the person on the list of registered voters.

The four ways a voter's name on the photo ID is considered substantially similar to the list of registered voters and vice-versa are: the name on the photo ID is **Slightly Different** from one or more of the name fields on the list of registered voters or vice-versa; the name on the photo ID or on the list of registered voters is a **Customary Variation** of the formal name, such as Bill for William or Beto for Alberto; the voter's name on the photo ID contains an **Initial, a Middle Name or a Former Name** that is not on the list of registered voters or vice-versa; or a first, middle, former or initial of the voter's name that occupies a **Different Field** on the photo ID than on the list of registered voters.

If the election worker makes the determination that the voter's name on the photo ID and the list of registered voters are substantially similar, the voter shall be accepted for voting and proceed as follows:

1. Stamp "voted" on the List of Registered Voters.
2. Have the voter sign the Signature Roster (or Combination Form).
3. Enter the voter's name on the Poll List.
4. Have the voter initial the "Similar Name Affidavit" box located on the combination form.
5. Direct the voter to pick up a ballot and proceed to the voting area or direct the voter to an available DRE, as appropriate.

If the reviewing election worker makes a determination that the voter's names on the presented identification form and the official list of registered voters are not substantially similar, the voter shall be offered a provisional ballot.

*ID Issues*
*continues on next page . . .*

◀ Back                                                        Next ▶

© Powered by HAVA Partners in conjunction with the Office of the Texas Secretary of State  |  Help  |  Update your Account  |  Logout



> Printable Resources
> FAQ
> Glossary
> Help

Brought to you by Secretary of State Nandita Berry and Harris County election officials

Good morning, Carson  training dashboard | logout

## Poll Worker Training Outline

Module 1: Introduction  Open  ☑

Module 2: Preparing for  Open  ☑
Election Day

Module 3: Qualifying  Close  ☑
Voters
  The Ideal Voter
  Residency Issues
  ▸ Identification Issues
  Registration Issues
  Early Voting
  Provisional Voting
  Vote

Module 4: Assist Voters  Open  ☐
with Disabilities

Module 5: The End - What to  ☐
Do

Case Studies

**Photo ID now required for voting in Texas**
A voter will be required to show one of the acceptable forms of photo identification at the polling location before the voter will be permitted to cast a vote.

GUIDE TO VOTER ID

# Identification Issues Case Study Answer

## CASE STUDY:

Voter Billy attempts to vote but states that he forgot his Voter Registration Certificate. He is on the List of Registered voters, and he shows his Texas driver's license, which confirms his identity. Joan, the Election Clerk, allowed Billy to vote without any further requirements.

**Was this the proper way to qualify Billy?**

✓ THE CORRECT ANSWER IS:

**YES.** A voter registration certificate is no longer an acceptable form of identification. A Texas driver's license is one of the seven forms of acceptable forms of ID.

Site Navigation Tips

Billy: Voter

Joan: Election Clerk

◂ Back                                    Next ▸

© Powered by HAVA Partners in conjunction with the Office of the Texas Secretary of State  |  Help  |  Update your Account  |  Logout