▸ Printable Resources
▸ FAQ
▸ Glossary
▸ Help

Brought to you by Secretary of State Nandita Berry and Harris County election officials

Good morning, Carson   training dashboard | logout

**Poll Worker Training Outline**

| | | |
|---|---|---|
| Module 1: Introduction | Open | ✓ |
| Module 2: Preparing for Election Day | Open | ✓ |
| Module 3: Qualifying Voters | Close | ✓ |

The Ideal Voter
Residency Issues
Identification Issues
Registration Issues
Early Voting
Provisional Voting
Vote

| | | |
|---|---|---|
| Module 4: Assist Voters with Disabilities | Open | |
| Module 5: The End - What to Do | | |

Case Studies

**POP! QUIZ:**

You have reached the end of this chapter. Please answer the following question before proceeding to the next chapter.

**Question 1**

What does the "E" notation next to the VUID number on a voter registration certification mean?

The voter voted Early

The voter has an Excellent voting history

✓ The voter is Exempt from showing one of the (7) form of acceptable identification **[your answer]**

The voter is Exempt from from voting on a DRE

✓ **THE CORRECT ANSWER IS.**

**Answer: The voter is Exempt from showing one of the (7) form of acceptable identification** - The notation means the voter is Exempt from showing one of the seven forms of identification because the voter is disabled and has applied for and received a disability exemption from the voter registrar in accordance with the Texas Election Code.

Next ▶

© Powered by HAVA Partners in conjunction with the Office of the Texas Secretary of State  |  Help  |  Update your Account  |  Logout



*Registration Issues*
*continues on next page . . .*

◀ Back                    Next ▶

© Powered by HAVA Partners in conjunction with the Office of the Texas Secretary of State | Help | Update your Account | Logout



Brought to you by Secretary of State Nandita Berry and Harris County election officials

Good morning, Carson   training dashboard | logout

▸ Printable Resources
▸ FAQ
▸ Glossary
▸ Help

## Poll Worker Training Outline

Module 1: Introduction   Open   ☑

Module 2: Preparing for   Open   ☑
Election Day

Module 3: Qualifying   Close   ☑
Voters

The Ideal Voter
Residency Issues
Identification Issues
▸ Registration Issues
Early Voting
Provisional Voting
Vote

Module 4: Assist Voters   Open   ☐
with Disabilities

Module 5: The End - What to   ☐
Do

Case Studies

**Photo ID now required for voting in Texas**
A voter will be required to show one of the acceptable forms of photo identification at the polling location before the voter will be permitted to cast a vote.

GUIDE TO VOTER ID

# Expired Voter Registration Certificate

1. Ask the voter for a Voter Registration Certificate. It is expired.
2. If the voter's name is NOT on the List of Registered Voters, proceed to Situation #9 .
3. If the voter's name is on the List of Registered Voters:

   a. And there is an "S" notation by the voter's name, have the voter complete a Statement of Residence. If voter is not a resident of the county, the voter is not eligible to vote.
      ○ If the voter insists on voting in this precinct, s/he may vote with a Provisional Ballot. See Situation #9  OR
   b. There is an "S" notation and/or s/he has moved within the county, and still resides in the political subdivision holding the election, have the voter complete and sign a Statement of Residence.
4. Stamp "voted" on the List of Registered Voters.
5. Have the voter sign the Signature Roster or Combination Form.
6. Direct the voter to pick up a ballot and proceed to the voting area or direct the voter to an available DRE, as appropriate.

*Registration Issues continues on next page . . .*

Site Navigation Tips

Resource

Qualifying Voters A Handbook for Election Judges and Clerks 2013

⚠ Key Point

Because the expired Voter Registration Certificate is a government mailing to the voter, it may be used as a form of identification to qualify the voter.

⚠ Key Point

If you have questions on Election Day, consult the Election Judge, Qualifying Voters: A Handbook for Election Judges and Clerks 2012-2013. See Chapter 2, Situation #5, or call the authority conducting the election.

◀ Back          Next ▶

© Powered by HAVA Partners in conjunction with the Office of the Texas Secretary of State  |  Help  |  Update your Account  |  Logout



▶ Printable Resources
▶ FAQ
▶ Glossary
▶ Help

Brought to you by Secretary of State Nandita Berry and Harris County election officials

Good morning, Carson  training dashboard | logout

**Poll Worker Training Outline**

Module 1: Introduction   Open  ☑

Module 2: Preparing for   Open  ☑
Election Day

Module 3: Qualifying   Close  ☑
Voters
   The Ideal Voter
   Residency Issues
   Identification Issues
   ▶ Registration Issues
   Early Voting
   Provisional Voting
   Vote

Module 4: Assist Voters  Open  ☐
with Disabilities

Module 5: The End - What to  ☐
Do

Case Studies

**Photo ID now required for voting in Texas**
A voter will be required to show one of the acceptable forms of photo identification at the polling location before the voter will be permitted to cast a vote.

GUIDE TO VOTER ID

## Valid Voter Registration Certificate

1. Check the precinct number on the Voter Registration Certificate.
2. Check that the address on the certificate is in the precinct.

3. If the voter's name is not on the precinct list of registered voters, check the voter's status with the Voter Registrar:
   a. If the status can't be verified, offer the voter a Provisional Ballot (See Situation #6).
   b. If the Registrar confirms that the voter should be on the List of Registered Voters, proceed with the steps below.

4. If the voter has moved from the address on the certificate but within the county, have the voter complete and sign a Statement of Residence.
5. Enter the voter's name, address, and Registration Certificate number on the Registration Omissions List and indicate that the voter was accepted under Section 63.006.
6. Have the voter sign the Signature Roster (or Combination Form).
7. Enter the voter's name on the Poll List (or Combination Form) and indicate that the voter was accepted under Section 63.006.
8. Direct the voter to pick up a ballot and proceed to the voting area or direct the voter to an available DRE, as appropriate.

*Registration Issues
continues on next page . . .*

Site Navigation Tips

⚠ Key Point

If you have questions on Election Day, consult the Election Judge, Qualifying Voters: A Handbook for Election Judges and Clerks 2012-2013. See Chapter 2, Situation #6, or call the authority conducting the election.

📄 Resource

Qualifying Voters A Handbook for Election Judges and Clerks 2013

◀ Back                          Next ▶

© Powered by HAVA Partners in conjunction with the Office of the Texas Secretary of State  |  Help  |  Update your Account  |  Logout

> Printable Resources
> FAQ
> Glossary
> Help

Brought to you by Secretary of State Nandita Berry and Harris County election officials

Good morning, Carson  training dashboard | logout

## Poll Worker Training Outline

Module 1: Introduction  Open ☑

Module 2: Preparing for  Open ☑
Election Day

Module 3: Qualifying  Close ☑
Voters
  The Ideal Voter
  Residency Issues
  Identification Issues
  ▶ Registration Issues
  Early Voting
  Provisional Voting
  Vote

Module 4: Assist Voters  Open ☐
with Disabilities

Module 5: The End - What to ☐
Do

**Case Studies**

### Photo ID now required for voting in Texas
A voter will be required to show one of the acceptable forms of photo identification at the polling location before the voter will be permitted to cast a vote.

GUIDE TO VOTER ID

## Incorrect Precinct Number on the Voter Registration Certificate

(the address and the precinct don't match)

1. Determine the correct precinct for the address on the Voter Registration Certificate (call the Voter Registrar if necessary).

If the address is in another precinct, send the voter to that precinct to vote.

  ○ If the voter insists on voting at this precinct, s/he may cast a Provisional Ballot. See Situation #9.

If the address is within the precinct, but
  ○ the precinct number on the Voter Registration Certificate is wrong, and
  ○ the voter is not on the List of Registered Voters, proceed as follows:

2. Have the voter complete an Affidavit of Voter with Incorrect Certificate Who Is On The List (included on Combination Form).

*Registration Issues
continues on next page . . .*

Site Navigation Tips

Key Point

If you have questions on Election Day, consult the Election Judge, Qualifying Voters: A Handbook for Election Judges and Clerks 2012-2013. See Chapter 2, Situation #7, or call the authority conducting the election.

Resource

Qualifying Voters A Handbook for Election Judges and Clerks 2013

◀ Back        Next ▶

© Powered by HAVA Partners in conjunction with the Office of the Texas Secretary of State  |  Help  |  Update your Account  |  Logout

▸ Printable Resources

▸ FAQ

▸ Glossary

▸ Help

Brought to you by Secretary of State Nandita Berry and Harris County election officials

Good morning, Carson  training dashboard | logout

## Poll Worker Training Outline

**Module 1: Introduction**  Open  ☑

**Module 2: Preparing for Election Day**  Open  ☑

**Module 3: Qualifying Voters**  Close  ☑

The Ideal Voter
Residency Issues
Identification Issues
▸ Registration Issues
Early Voting
Provisional Voting
Vote

**Module 4: Assist Voters with Disabilities**  Open  ☐

**Module 5: The End - What to Do**  ☐

**Case Studies**

**Photo ID now required for voting in Texas**
A voter will be required to show one of the acceptable forms of photo identification at the polling location before the voter will be permitted to cast a vote.

GUIDE TO VOTER ID

## Incorrect Precinct Number, continued

(the address and the precinct don't match)

3. Enter the voter's name, address, and Voter Registration Certificate number on the Registration Omissions List and indicate that the voter was accepted under Section 63.007(a).

4. Have the voter sign the Signature Roster (or Combination Form).

5. Enter the voter's name on the Poll List (or Combination Form) and indicate that the voter was accepted under Section 63.007(a).

6. Direct the voter to pick up a ballot and proceed to the voting area or direct the voter to an available DRE, as appropriate.

*Registration Issues continues on next page . . .*

◀ Back                                                    Next ▶

**Site Navigation Tips**

**❗ Key Point**

If you have questions on Election Day, consult the Election Judge, Qualifying Voters: A Handbook for Election Judges and Clerks 2010-2011, See Chapter 2, Situation #7, or call the authority conducting the election.

**🗐 Resource**

Qualifying Voters A Handbook for Election Judges and Clerks 2013

**❗ Key Point**

If the voter has MOVED within the county or there is an "S" notation, use steps to resolve Residency Issues, above.

© Powered by HAVA Partners in conjunction with the Office of the Texas Secretary of State  |  Help  |  Update your Account  |  Logout

▸ Printable Resources
▸ FAQ
▸ Glossary
▸ Help

Brought to you by Secretary of State Nandita Berry and Harris County election officials

Good morning, Carson   training dashboard | logout

## Poll Worker Training Outline

**Module 1: Introduction**   Open   ✓

**Module 2: Preparing for Election Day**   Open   ✓

**Module 3: Qualifying Voters**   Close   ✓

- The Ideal Voter
- Residency Issues
- Identification Issues
- ▸ Registration Issues
- Early Voting
- Provisional Voting
- Vote

**Module 4: Assist Voters with Disabilities**   Open

**Module 5: The End - What to Do**

**Case Studies**

---

**Photo ID now required for voting in Texas**
A voter will be required to show one of the acceptable forms of photo identification at the polling location before the voter will be permitted to cast a vote.

GUIDE TO VOTER ID

## Voter with No Evidence of Registration

1. Ask the voter for an acceptable form of ID.
2. If the voter produces an acceptable form of ID and his/her name does not appear on the precinct list, attempt to confirm the voter's registration by phone with the Voter Registrar.

If the Voter Registrar confirms that the voter is registered and the voter presents proper ID, proceed as follows:

3. Have the voter complete the Not on the the List of Registered Voters or check the appropriate box on the Combination Form.
4. Enter the voter's name, address, and certificate number on the Registration Omissions List; indicate that the voter was accepted under Section 63.009(b).
5. Have the voter sign the Signature Roster (or the Combination Form).
6. Write the voter's name on the Poll List (or the Combination Form).
7. Direct the voter to pick up a ballot and proceed to the voting area or direct the voter to an available DRE, as appropriate.

*Registration issues continues on next page . . .*

◀ Back                                        Next ▶

---

### Site Navigation Tips

**ⓘ Key Point**

If you have questions on Election Day, consult the Election Judge, Qualifying Voters: A Handbook for Election Judges and Clerks 2012-2013. See Chapter 2, Situation #8, or call the authority conducting the election.

**Resource**

Qualifying Voters A Handbook for Election Judges and Clerks 2013

**ⓘ Key Point**

Remember: All voters must show 1 of the 6 acceptable forms of ID. If the voter doesn't show ID, s/he can vote provisionally (do not deny them the right to vote), but it will not be counted. Anytime you are unsure as to whether a voter is eligible to vote provisionally, contact the authority conducting the election and ask, or call the office of the Secretary of State at 1.800.252.VOTE (8683).

---

© Powered by HAVA Partners in conjunction with the Office of the Texas Secretary of State   |   Help   |   Update your Account   |   Logout



> Printable Resources
> FAQ
> Glossary
> Help

Brought to you by Secretary of State Nandita Berry and Harris County election officials

Good morning, Carson  training dashboard | logout

## Poll Worker Training Outline

| | | |
|---|---|---|
| Module 1: Introduction | Open | ✓ |
| Module 2: Preparing for Election Day | Open | ✓ |
| Module 3: Qualifying Voters | Close | ✓ |

  The Ideal Voter
  Residency Issues
  Identification Issues
  ▶ Registration Issues
  Early Voting
  Provisional Voting
  Vote

| | | |
|---|---|---|
| Module 4: Assist Voters with Disabilities | Open | ☐ |
| Module 5: The End - What to Do | | ☐ |

Case Studies

**Photo ID now required for voting in Texas**
A voter will be required to show one of the acceptable forms of photo identification at the polling location before the voter will be permitted to cast a vote.

GUIDE TO VOTER ID

# Registration Issues Case Study

Voter Michelle asked Kevin if she could vote even if her Texas Driver's License is expired and does not have an "(E)" next to the VUID number on her voter registration certificate.

What should Kevin do?

*Click to see the solution on the next page . . .*

Site Navigation Tips

Kevin

◀ Back                    Next ▶

© Powered by HAVA Partners in conjunction with the Office of the Texas Secretary of State  |  Help  |  Update your Account  |  Logout

▸ Printable Resources
▸ FAQ
▸ Glossary
▸ Help

Brought to you by Secretary of State Nandita Berry and Harris County election officials

Good morning, Carson   training dashboard | logout

## Poll Worker Training Outline

Module 1: Introduction   Open ☑

Module 2: Preparing for   Open ☑
Election Day

Module 3: Qualifying   Close ☑
Voters
The Ideal Voter
Residency Issues
Identification Issues
▸ Registration Issues
Early Voting
Provisional Voting
Vote

Module 4: Assist Voters   Open
with Disabilities

Module 5: The End - What to
Do

Case Studies

Site Navigation Tips

Kevin

Photo ID now required for voting in Texas
A voter will be required to show one of the acceptable forms of photo identification at the polling location before the voter will be permitted to cast a vote.

GUIDE TO VOTER ID

# Registration Issues Case Study Answer

What should Kevin do to determine if she can vote?

With the exception of the United States Citizenship Certificate, the acceptable form of identification must be current or have expired no more than 60 days before being presented for voter qualification at the polling place.

Kevin should ask the voter is she has another form of acceptable ID. If the voter has no acceptable form of identification, the voter may still be permitted to vote a provisional ballot, but the election judge will advise the voter that in order to have the provisional ballot accepted, the voter must present an acceptable form of identification to the voter registrar no later than the 6th day after the election date, or, alternatively, complete an exemption form in the presence of the voter registrar no later than the 6th day after the election date.

*Registration Issues*
*continues on next page . . .*

◀ Back                    Next ▶

© Powered by HAVA Partners in conjunction with the Office of the Texas Secretary of State  |  Help  |  Update your Account  |  Logout

▸ Printable Resources
▸ FAQ
▸ Glossary
▸ Help

Brought to you by Secretary of State Nandita Berry and Harris County election officials

Good morning, Carson   training dashboard | logout

**Poll Worker Training Outline**

Module 1: Introduction   Open   ☑

Module 2: Preparing for   Open   ☑
Election Day

Module 3: Qualifying   Close   ☑
Voters
   The Ideal Voter
   Residency Issues
   Identification Issues
   Registration Issues
   Early Voting
   Provisional Voting
   Vote

Module 4: Assist Voters   Open   ☐
with Disabilities

Module 5: The End - What to   ☐
Do

Case Studies

## POP QUIZ:

You have reached the end of this chapter. Please answer the following question before proceeding to the next chapter.

**Question 1**

A Voter Registration Certificate that has a notation of an "(E)" after the VUID number _____.

   Cannot be used as a form of identification **[your answer]**

   ✓ Means that the voter may vote a regular ballot

   Means that the voter must vote provisionally

   Means that the voter cannot vote at all

✓ THE CORRECT ANSWER IS:

**Answer: Means that the voter may vote a regular ballot** - Is not necessary for the voter to have one of seven acceptable forms of identification. The notation means the voter is exempt from showing one of the seven forms of identification because the voter is disabled and has applied for and received a disability exemption from the voter registrar in accordance with the Texas Election Code

Next ▶

▸ Printable Resources
▸ FAQ
▸ Glossary
▸ Help

Brought to you by Secretary of State Nandita Berry and Harris County election officials

Good morning, Carson   training dashboard | logout

## Poll Worker Training Outline

Module 1: Introduction   Open   ☑

Module 2: Preparing for   Open   ☑
Election Day

Module 3: Qualifying   Close   ☑
Voters

   The Ideal Voter
   Residency Issues
   Identification Issues
   Registration Issues
   ▸ Early Voting
   Provisional Voting
   Vote

Module 4: Assist Voters   Open   ☐
with Disabilities

Module 5: The End - What to   ☐
Do

Case Studies

---

**Photo ID now required for voting in Texas**
A voter will be required to show one of the acceptable forms of photo identification at the polling location before the voter will be permitted to cast a vote.

GUIDE TO VOTER ID

# Early Voting Issues Chapter Overview

Voters who chose to vote early or vote by mail may not also vote at the precinct. They may not turn in their marked ballots at the precinct, either.

There are 2 situations where early voters may vote at the precinct which you will study in this chapter:

1. By cancelling their early ballot
2. If they have received a Notice of Defective Delivery

*Early Voting Issues continues on next page . .*

---

**Site Navigation Tips**

**Key Point**

If you have questions on Election Day, consult the Election Judge, Qualifying Voters: A Handbook for Election Judges and Clerks 2012-2013, See Chapter 2, Situation #10 and 11, or call the authority conducting the election.

**Resource**

Qualifying Voters A Handbook for Election Judges and Clerks 2013

---

◀ Back        Next ▶

© Powered by HAVA Partners in conjunction with the Office of the Texas Secretary of State   |   Help   |   Update your Account   |   Logout



▶ Printable Resources
▶ FAQ
▶ Glossary
▶ Help

Brought to you by Secretary of State Nandita Berry and Harris County election officials

Good morning, Carson   training dashboard | logout

**Poll Worker Training Outline**

Module 1: Introduction     Open   ☑

Module 2: Preparing for   Open   ☑
Election Day

Module 3: Qualifying      Close   ☑
Voters
  The Ideal Voter
  Residency Issues
  Identification Issues
  Registration Issues
  ▶ Early Voting
  Provisional Voting
  Vote

Module 4: Assist Voters   Open   ☐
with Disabilities

Module 5: The End - What to        ☐
Do

Case Studies

**Photo ID now required for voting in Texas**
A voter will be required to show one of the acceptable forms of photo identification at the polling location before the voter will be permitted to cast a vote.

GUIDE TO VOTER ID

## Early Voting Cancellation

1. The voter may cancel his/her mail ballot and cast a regular ballot at the precinct by:

  • Completing the Request to Cancel Application to Vote by Mail, and
  • Surrendering the mail ballot to the election judge.

*Early Voting Issues continues on next page . . .*

**Site Navigation Tips**

**Key Point**

If you have questions on Election Day, consult the Election Judge. Qualifying Voters: A Handbook for Election Judges and Clerks 2012-2013, See Chapter 2, Situation #10 and 11, or call the authority conducting the election.

**Resource**

Qualifying Voters A Handbook for Election Judges and Clerks 2013

◀ Back                     Next ▶

© Powered by HAVA Partners in conjunction with the Office of the Texas Secretary of State   |   Help   |   Update your Account   |   Logout

▸ Printable Resources
▸ FAQ
▸ Glossary
▸ Help

Brought to you by Secretary of State Nandita Berry and Harris County election officials

Good morning, Carson   training dashboard | logout

## Poll Worker Training Outline

Module 1: Introduction   Open  ☑

Module 2: Preparing for   Open  ☑
Election Day

Module 3: Qualifying   Close  ☑
Voters

   The Ideal Voter
   Residency Issues
   Identification Issues
   Registration Issues
 ▸ Early Voting
   Provisional Voting
   Vote

Module 4: Assist Voters   Open  ☐
with Disabilities

Module 5: The End - What to   ☐
Do

Case Studies

---

**Photo ID now required for voting in Texas**
A voter will be required to show one of the acceptable forms of photo identification at the polling location before the voter will be permitted to cast a vote.

GUIDE TO VOTER ID

# Early Voting Cancellation, continued

2. The Presiding Election Judge must:

* Review and accept the request and write "CANCELLED" on the returned ballot.
* Place the request and the returned ballot in the Envelope for Cancelled Applications.
* Allow the voter to proceed to qualify to vote.

3. If the Presiding Election Judge determines that the voter's request to cancel does not comply, the judge must write the reason on the request and place it in the Envelope for Requests of Cancelled Applications. The envelope goes in Ballot Box No. 4, and the voter is not permitted to vote.

If the voter insists on voting at the polling place, s/he may vote a provisional ballot.

4. If a voter whose name appears on the precinct list of early voters who had been sent an early voting ballot by mail presents himself/herself for voting at the polling place, the election official may allow the voter to vote a provisional ballot if the voter executes the provisional affidavit meaning s/he are registered to vote and have not already voted early by mail.

*Early Voting Issues*
*continues on next page . . .*

◀ Back                    Next ▶

---

**Site Navigation Tips**

⚠ **Key Point**

If you have questions on Election Day, consult the Election Judge, Qualifying Voters: A Handbook for Election Judges and Clerks 2012-2013. See Chapter 2, Situation #10, or call the authority conducting the election.

📄 **Resource**

Qualifying Voters A Handbook for Election Judges and Clerks 2013

---

© Powered by HAVA Partners in conjunction with the Office of the Texas Secretary of State   |   Help   |   Update your Account   |   Logout



Brought to you by Secretary of State Nandita Berry and Harris County election officials

Good morning, Carson  training dashboard | logout

▸ Printable Resources
▸ FAQ
▸ Glossary
▸ Help

## Poll Worker Training Outline

| | | |
|---|---|---|
| Module 1: Introduction | Open | ✓ |
| Module 2: Preparing for Election Day | Open | ✓ |
| Module 3: Qualifying Voters | Close | ✓ |

  The Ideal Voter
  Residency Issues
  Identification Issues
  Registration Issues
  ▸ Early Voting
  Provisional Voting
  Vote

| | | |
|---|---|---|
| Module 4: Assist Voters with Disabilities | Open | ☐ |
| Module 5: The End - What to Do | | ☐ |

Case Studies

**Photo ID now required for voting in Texas**
A voter will be required to show one of the acceptable forms of photo identification at the polling location before the voter will be permitted to cast a vote.

GUIDE TO VOTER ID

# Early Voting Issues Chapter Summary

In this chapter you studied the 2 situations where early voters may vote at the precinct:

1. By cancelling their early ballot
2. If they have received a Notice of Defective Delivery

Use what you have learned in this chapter to solve the case study on the next page.

*Early Voting Issues*
*continues on next page . . .*

Site Navigation Tips

◂ Back          Next ▸

© Powered by HAVA Partners in conjunction with the Office of the Texas Secretary of State  |  Help  |  Update your Account  |  Logout

Brought to you by Secretary of State Nandita Berry and Harris County election officials

> Printable Resources
> FAQ
> Glossary
> Help

Good morning, Carson  training dashboard | logout

## Poll Worker Training Outline

| | |
|---|---|
| Module 1: Introduction | Open ☑ |
| Module 2: Preparing for Election Day | Open ☑ |
| Module 3: Qualifying Voters | Close ☑ |
| The Ideal Voter | |
| Residency Issues | |
| Identification Issues | |
| Registration Issues | |
| ▸ Early Voting | |
| Provisional Voting | |
| Vote | |
| Module 4: Assist Voters with Disabilities | Open ☐ |
| Module 5: The End - What to Do | ☐ |
| Case Studies | |

**Photo ID now required for voting in Texas**
A voter will be required to show one of the acceptable forms of photo identification at the polling location before the voter will be permitted to cast a vote.

GUIDE TO VOTER ID

## Early Voting Issues Case Study

Sam brought his marked early voting ballot to the precinct. He wants to drop it off on his way to the airport so that it can be counted. He ordered the ballot because he had planned to be away during the early voting period.

**Can the election clerk accept Sam's marked early voting ballot?**

*Click to see the solution on the next page . . .*

◂ Back                                                    Next ▸

Sam

Site Navigation Tips

© Powered by HAVA Partners in conjunction with the Office of the Texas Secretary of State  |  Help  |  Update your Account  |  Logout

▸ Printable Resources
▸ FAQ
▸ Glossary
▸ Help

Brought to you by Secretary of State Nandita Berry and Harris County election officials

Good morning, Carson   training dashboard | logout

**Poll Worker Training Outline**

| | |
|---|---|
| Module 1: Introduction   Open | ☑ |
| Module 2: Preparing for   Open Election Day | ☑ |
| Module 3: Qualifying   Close Voters | ☑ |

  The Ideal Voter
  Residency Issues
  Identification Issues
  Registration Issues
  ▸ Early Voting
  Provisional Voting
  Vote

| | |
|---|---|
| Module 4: Assist Voters   Open with Disabilities | ☐ |
| Module 5: The End - What to Do | ☐ |
| Case Studies | |

**Photo ID now required for voting in Texas**
A voter will be required to show one of the acceptable forms of photo identification at the polling location before the voter will be permitted to cast a vote.

GUIDE TO VOTER ID

**Site Navigation Tips**

Sam

# Early Voting Issues Case Study Answer

**Can the poll worker accept Sam's marked early voting ballot?**

**No.** The election clerks cannot accept Sam's marked early voting ballot at the precinct on Election Day. Early voting ballots must be turned in to the authority conducting the election prior to Election Day. If Sam wants to vote a regular ballot at the precinct on Election Day, he must surrender his early voting ballot to the Presiding Election Judge and cancel his application to vote by mail at the precinct. Sam will vote a provisional ballot at the precinct if he does not surrender his early voting ballot, but he must execute an affidavit swearing he is registered to vote and has not voted by mail.

◀ Back                                                   Next ▶

© Powered by HAVA Partners in conjunction with the Office of the Texas Secretary of State   |   Help   |   Update your Account   |   Logout

▸ Printable Resources
▸ FAQ
▸ Glossary
▸ Help

Brought to you by Secretary of State Nandita Berry and Harris County election officials

Good morning, Carson   training dashboard | logout

**Poll Worker Training Outline**

Module 1: Introduction   Open ✓

Module 2: Preparing for   Open ✓
Election Day

Module 3: Qualifying   Close ✓
Voters
  The Ideal Voter
  Residency Issues
  Identification Issues
  Registration Issues
  Early Voting
  Provisional Voting
  Vote

Module 4: Assist Voters   Open
with Disabilities

Module 5: The End - What to
Do

**Case Studies**

**POP QUIZ:**

You have reached the end of this chapter. Please answer the following question before proceeding to the next chapter.

**Question 1**
If a voter presents a Notice of Defective Delivery, _____.
  S/he may vote only after turning in his/her mailed ballot
✓ Qualify the voter and allow him/her to vote at the precinct **[your answer]**
  S/he may not vote
  Give them a provisional ballot

✓ THE CORRECT ANSWER IS:

**Answer: Qualify the voter and allow him/her to vote at the precinct** - These voters may vote regularly if s/he qualify. The Notice of Defective Delivery ensures that his/her mail ballot was not counted and therefore voter is not voting more than once.

Next ▸



▸ Printable Resources
▸ FAQ
▸ Glossary
▸ Help

Brought to you by Secretary of State Nandita Berry and Harris County election officials

Good morning, Carson    training dashboard | logout

## Poll Worker Training Outline

| Module 1: Introduction | Open | ✓ |
| Module 2: Preparing for Election Day | Open | ✓ |
| Module 3: Qualifying Voters | Close | ✓ |

The Ideal Voter
Residency Issues
Identification Issues
Registration Issues
Early Voting
▸ Provisional Voting
Vote

Module 4: Assist Voters with Disabilities    Open

Module 5: The End - What to Do

Case Studies

### Photo ID now required for voting in Texas
A voter will be required to show one of the acceptable forms of photo identification at the polling location before the voter will be permitted to cast a vote.

**GUIDE TO VOTER ID**

# Provisional Voting Chapter Overview

A provisional voter is one who is not an ideal voter and whose residency, ID or registration issues cannot be resolved at the polling place. There are 8 types of provisional voters.

The procedure for provisional voting includes gathering information that the local elections office can use to research and resolve the issue before counting the ballot.

The 2 most common types of provisional voters are:

1. Voter with no acceptable photo ID or exemption
2. Voter not on the List of Registered Voters and not confirmed by the Voter Registrar

In this chapter you will learn the provisional voting process.

*Provisional Voting continues on next page . . .*

◀ Back                                                         Next ▶

**Site Navigation Tips**

( ! ) **Key Point**

If you have questions on Election Day, consult the Election Judge, Qualifying Voters: A Handbook for Election Judges and Clerks 2012-2013. See Chapter 2, Situation #9, or call the authority conducting the election.

📄 **Resource**

Qualifying Voters: A Handbook for Election Judges and Clerks 2013

List of Provisional Voters (3.E.9)

( ! ) **Key Point**

The authority conducting the election will provide specific instructions to process a provisional voter.

© Powered by HAVA Partners in conjunction with the Office of the Texas Secretary of State  |  Help  |  Update your Account  |  Logout

4/22/2014 9:51 AM

▸ Printable Resources
▸ FAQ
▸ Glossary
▸ Help

Brought to you by Secretary of State Nandita Berry and Harris County election officials

Good morning, Carson  training dashboard | logout

**Poll Worker Training Outline**

Module 1: Introduction    Open ☑

Module 2: Preparing for    Open ☑
Election Day

Module 3: Qualifying    Close ☑
Voters
  The Ideal Voter
  Residency Issues
  Identification Issues
  Registration Issues
  Early Voting
  ▸ Provisional Voting
  Vote

Module 4: Assist Voters   Open ☐
with Disabilities

Module 5: The End - What to   ☐
Do

Case Studies

---

**Photo ID now required for voting in Texas**
A voter will be required to show one of the acceptable forms of photo identification at the polling location before the voter will be permitted to cast a vote.

**GUIDE TO VOTER ID**

# Provisional Voting

1. Generally, the following two categories of voters may vote a Provisional Ballot:
   a. Voter with no acceptable ID; or
   b. Voter not on the List of Registered Voters and not confirmed by the Voter Registrar. See a full list of provisional voters by clicking on List of Provisional Voters, to the right.
2. Have the voter complete the Provisional Voter Affidavit.
3. In the Poll List (or Combination Form) next to the voter's name, indicate that the voter was accepted as a provisional voter.

The election just must request the voter who will be voting provisionally to present an acceptable form of identification to vote a provisional ballot. The election judge must provide the provisional voter with the Polling Place ID Receipt form, having first filled in on the form the information to be completed by polling place official and the deadline for the voter to appear before the voter registrar. (The Polling Place ID Receipt form may be provided to the provisional voter either before or before the provisional voter votes or at the time the voter is depositing the Provisional Ballot Affidavit Envelope in the appropriate container.)

If the provisional voter has no acceptable form of identification, the voter may still be permitted to vote a provisional ballot, but the election judge will advise the voter that in order to have the provisional ballot accepted, the voter must present an acceptable form of identification to the voter registrar no later than the 6th day after the election date, or, alternatively, complete an exemption form in the presence of the voter registrar no later than the 6th day after the election date.

*Provisional Voting
continues on next page . . .*

◀ Back                                            Next ▶

**Site Navigation Tips**

**Key Point**
If you have questions on Election Day, consult the Election Judge, Qualifying Voters: A Handbook for Election Judges and Clerks 2012-2013, See Chapter 2, Situation #9, or call the authority conducting the election.

**Resource**
Qualifying Voters A Handbook for Election Judges and Clerks 2013

List of Provisional Voters (3.E.9)

▸ Printable Resources

▸ FAQ

▸ Glossary

Brought to you by Secretary of State Nandita Berry and Harris County election officials

▸ Help

Good morning, Carson  training dashboard | logout

Poll Worker Training Outline

| | | |
|---|---|---|
| Module 1: Introduction | Open | ✓ |
| Module 2: Preparing for Election Day | Open | ✓ |
| Module 3: Qualifying Voters | Close | ✓ |

The Ideal Voter

Residency Issues

Identification Issues

Registration Issues

Early Voting

▸ Provisional Voting

Vote

| | | |
|---|---|---|
| Module 4: Assist Voters with Disabilities | Open | ☐ |
| Module 5: The End - What to Do | | ☐ |

Case Studies

**Photo ID now required for voting in Texas**
A voter will be required to show one of the acceptable forms of photo identification at the polling location before the voter will be permitted to cast a vote.

GUIDE TO VOTER ID

## Provisional Voting, continued

The election judge shall also advise the provisional voter that in order to have the voter's provisional ballot accepted, the provisional voter must be voting in the election precinct to which the voter is assigned. It is recommended that election officers make every effort to direct a voter to the polling place for the election precinct to which the voter is assigned. The election judge should familiarize himself or herself with the procedures and policies of the voter registrar on election day for confirming a voter's correct election precinct. However, the election officer may not accept from the voter registrar a determination that the voter is a registered voter of the county.

*Provisional Voting continues on next page . . .*

◀ Back

Next ▶

Site Navigation Tips

**Key Point**

If you have questions on Election Day, consult the Election Judge, Qualifying Voters: A Handbook for Election Judges and Clerks 2012-2013, See Chapter 2, Situation #9, or call the authority conducting the election.

**Resource**

Qualifying Voters A Handbook for Election Judges and Clerks 2013

**Key Point**

The authority conducting the election will provide specific instructions to process a provisional voter.

© Powered by HAVA Partners in conjunction with the Office of the Texas Secretary of State | Help | Update your Account | Logout

▸ Printable Resources
▸ FAQ
▸ Glossary
▸ Help

Brought to you by Secretary of State Nandita Berry and Harris County election officials

Good morning, Carson  training dashboard | logout

**Poll Worker Training Outline**

Module 1: Introduction  Open ☑

Module 2: Preparing for  Open ☑
Election Day

Module 3: Qualifying  Close ☑
Voters
 The Ideal Voter
 Residency Issues
 Identification Issues
 Registration Issues
 Early Voting
▸ Provisional Voting
 Vote

Module 4: Assist Voters  Open ☐
with Disabilities

Module 5: The End - What to ☐
Do

Case Studies

**Photo ID now required for voting in Texas**
A voter will be required to show one of the acceptable forms of photo identification at the polling location before the voter will be permitted to cast a vote.

GUIDE TO VOTER ID

# Provisional Voting Chapter Summary

In this chapter you learned how to handle the 2 most common types of provisional voters:

1. Voter with no ID
2. Voter not on the List of Registered Voters and not confirmed by the Voter Registrar

There are 6 additional types of voters who may use provisional ballots, see the complete list in Resources.

Use what you have learned in this chapter to solve the case study on the next page.

◀ Back          Next ▶

Site Navigation Tips

Resource

List of Provisional Voters (3.E.9)

© Powered by HAVA Partners in conjunction with the Office of the Texas Secretary of State  |  Help  |  Update your Account  |  Logout

▶ Printable Resources
▶ FAQ
▶ Glossary
▶ Help

Brought to you by Secretary of State Nandita Berry and Harris County election officials

Good morning, Carson  training dashboard | logout

### Poll Worker Training Outline

| | |
|---|---|
| Module 1: Introduction | Open ☑ |
| Module 2: Preparing for Election Day | Open ☑ |
| Module 3: Qualifying Voters | Close ☑ |

The Ideal Voter
Residency Issues
Identification Issues
Registration Issues
Early Voting
▶ Provisional Voting
Vote

| | |
|---|---|
| Module 4: Assist Voters with Disabilities | Open ☐ |
| Module 5: The End - What to Do | ☐ |

**Case Studies**

**Photo ID now required for voting in Texas**
A voter will be required to show one of the acceptable forms of photo identification at the polling location before the voter will be permitted to cast a vote.

GUIDE TO VOTER ID

## Provisional Voting Case Study

After being told about Provisional Voting, Arturo told Joan, the election clerk, that he would like to do that. Joan lead Arturo through the process having to qualify then directed him to pick up a ballot and the envelopes. After marking the ballot, Arturo set it on the table while Joan was helping another voter.

**What should Joan remind Arturo to do with the marked ballot?**

*Click to see the solution on the next page . . .*

Site Navigation Tips

◀ Back        Next ▶

© Powered by HAVA Partners in conjunction with the Office of the Texas Secretary of State | Help | Update your Account | Logout



▶ Printable Resources
▶ FAQ
▶ Glossary
▶ Help

Brought to you by Secretary of State Nandita Berry and Harris County election officials

Good morning, Carson   training dashboard | logout

**Poll Worker Training Outline**

Module 1: Introduction   Open ☑

Module 2: Preparing for   Open ☑
Election Day

Module 3: Qualifying   Close ☑
Voters
  The Ideal Voter
  Residency Issues
  Identification Issues
  Registration Issues
  Early Voting
  ▶ Provisional Voting
  Vote

Module 4: Assist Voters   Open ☐
with Disabilities

Module 5: The End - What to   ☐
Do

**Case Studies**

Site Navigation Tips

**Photo ID now required for voting in Texas**
A voter will be required to show one of the acceptable forms of photo identification at the polling location before the voter will be permitted to cast a vote.

GUIDE TO VOTER ID

# Provisional Voting Case Study Answer

What should Joan remind Arturo to do with the marked ballot?

Joan should stop Arturo and instruct him to:

1. put his marked ballot into the white secrecy envelope and seal it,
2. then put the white envelope in the green provisional envelope and seal it, and
3. finally, put the green envelope in the emergency ballot box.

◀ Back                                           Next ▶

© Powered by HAVA Partners in conjunction with the Office of the Texas Secretary of State   |   Help   |   Update your Account   |   Logout