

**VAL VERDE COUNTY CLERK**  **DEPARTMENT OF PUBLIC SAFETY**

**Qualified voters without an approved photo ID may obtain a FREE Election Identification Card from DPS. Find out more at dps.texas.gov.**

## Election Identification Certificate Mobile Stations

The Office of the Texas Secretary of State and the Texas Department of Public Safety have joined in partnership to offer Election Identification Certificates (EICs) at mobile stations across the state. Election Identification Cards are available to qualified voters who do not otherwise have an approved form of photo ID for voting. EIC applicants will need to bring evidence of citizenship and identity. To avoid confusion or delays, please review the list of required documents before applying for an EIC.

Below are EIC mobile station locations scheduled for **Val Verde County**.

### ALL LOCATIONS OPEN 9:00 A.M. TO 4:00 P.M.

| VAL VERDE COUNTY | Thursday, October 31st | |
|---|---|---|
| Location | Address | Telephone |
| PLAZA DEL SOL MALL | 2205 VETERANS BLVD | 830-774-3634 |
| WAL-MART | 2410 DODSON AVENUE | 830-765-2804 |
| VAL VERDE COMMUNITY CENTER | 1690 Cienegas Road | 830-768-1054 |
| COMSTOCK SCHOOL | 101 SANDERSON STREET | 432-292-4444 |
| | **Friday, November 1st** | |
| CASA DE LA CULTURA | 302 W. Cantu Street Brown Plaza | 830-768-2287 |
| VAL VERDE COUNTY COURTHOUSE | 400 PECAN STREET | 830-774-7564 |
| PLAZA DEL SOL MALL | 2205 VETERANS BLVD | 830-774-3634 |
| WAL-MART | 2410 DODSON AVENUE | 830-765-2804 |

2:13-cv-193
09/02/2014
DEF0564

Δ π EXHIBIT 35
Deponent_____
Date_____ Rptr._____
WWW.DEPOBOOK.COM

TEX00461925

