EXHIBIT
6
Jackson
PENGAD 800-631-6989

# Affidavit of Provisional Voter
## Declaración Jurada de Votante Provisional

| Date of Election (Fecha de la Elección) | Precinct No. where voted (Núm. de Precinto – lugar de votación) | Precinct No. where registered (if known) (Núm. de Precinto – inscrito para votar (si se sabe)) |
|---|---|---|
| | | |

| Type of Election (Tipo de Elección) | Authority Conducting Election (Autoridad Administrando la Elección) |
|---|---|
| | |

TO BE COMPLETED BY VOTER (PARA QUE EL VOTANTE LO LLENE): I am a registered voter of this political subdivision and in the precinct in which I'm attempting to vote and have not already voted in this election (either in person or by mail). I am a resident of this political subdivision, have not been finally convicted of a felony or if a felon, I have completed all of my punishment including any term of incarceration, parole, supervision, period of probation, or I have been pardoned. I have not been determined by a final judgment of a court exercising probate jurisdiction to be totally mentally incapacitated or partially mentally incapacitated without the right to vote. I understand that giving false information under oath is a misdemeanor, and I understand that it is a felony of the 2nd degree to vote in an election for which I know I am not eligible. Estoy inscrito como votante en esta subdivisión política y en el precinto en que estoy intentando a votar y aún no he votado en esta elección (en persona o por correo). Soy residente de esta subdivisión política, no he sido definitivamente declarado culpable de un delito grave o si soy un felón, he cumplido todo mi castigo inclusive el periodo de encarcelamiento, la libertad condicional, la libertad vigilante, o he sido indultado. No me han determinado por un juicio final de una corte de la legalización de un testamento, ser totalmente incapacitado mentalmente o parcialmente incapacitado sin el derecho de votar. Entiendo que dar información falsa bajo juramento es un delito menor, y también entiendo que es un delito grave de 2° grado votar en una elección sabiendo que no cumplo con los requisitos necesarios.

| Last Name (Apellido usual) | First Name (Su nombre de pila) | Middle Name (if any) (Segundo nombre) (si tiene) | Former Name (Nombre anterior) |
|---|---|---|---|
| | | | |

Residence Address: Street Address and Apartment Number, City, State, and ZIP. If none, describe where you live (Do not include PO Box, Rural Rt. or business address) (Domicilio: calle y número de apartamento, Ciudad, Estado y Código Postal. A falta de estos datos, describe la localidad de su residencia.) (No incluye el apartado de correos, camino rural, ni dirección comercial.)

| Mailing Address, City, State, and ZIP. If mail cannot be delivered to your residence address. (Dirección postal, Ciudad, Estado y Código Postal, si es imposible entregarle correspondencia a su domicilio.) | Gender (Optional) (sexo) (Optativo): Male (Hombre) ☐ Female (Mujer) ☐ | Date of Birth: Month, Day, Year (Fecha de nacimiento) (mes, día, año) __/__/__ |

Check appropriate box
ARE YOU A UNITED STATES CITIZEN?
(Marque el cuadro apropriado: Soy ciudadano de los Estados Unidos?)
☐ Yes (Sí)    ☐ No (No)

TX Driver's License No. or Personal I.D. No. (issued by TX Dept of Public Safety) (Número de su licencia de conductor de Texas o de su Cédula de identidad expedida por el Departamento de Seguridad Pública de Texas):
__ __ __ - __ __ __ - __ __ __ __

I have not been issued a TX driver's license/personal identification number or Social Security Number. (Yo no tengo una licencia de conductor de Texas / Cédula de identidad personal de Texas ni un Número de Seguro Social.)

Social Security No. (last 4 digits required if you do not have a driver's license or I.D. number) (Número de Seguro Social) (Si no tiene licencia de conductor ni identificación personal, se requieren los últimos 4 números de su seguro social).
XXX - XX- __ __ __ __

Office Use Only

Signature of Voter:
(Firma del Votante)  x _____

BALLOT CODE:

### TO BE COMPLETED BY ELECTION JUDGE:

Voter Presented Acceptable Form of Identification  Yes ☐  No ☐

Reason for Provisional Vote:
1. _____ Failed to present acceptable form of identification or voter certificate with exemption.
2. _____ Voter not on list of registered voters.
3. _____ Voter not on list, registered in another precinct.
4. _____ Voter on list of people who voted early by mail, and voter has not cancelled mail ballot application.
5. _____ Voting after 7:00 p.m. due to court order.
6. _____ Voter on list, but registered residence address outside the political subdivision.
7. _____ Other: (Please explain) _____

_____

Sworn and subscribed to before me this date: _____

Signature of Election Judge _____

### TO BE COMPLETED BY BALLOT BOARD

If reason 4 is checked by the Election Judge, was the ballot by mail returned to the Ballot by Mail Department?

☐ Ballot returned by voter  ☐ Ballot returned by USPS  ☐ Ballot not returned

Signature of Ballot by Mail Supervisor _____

Action taken by the Early Voting Ballot Board:

☐ Accepted    ☐ Rejected

Signature of Ballot Board Judge: _____

### TO BE COMPLETED BY THE COUNTY VOTER REGISTRAR FOR STATUS:

I, the voter registrar/deputy registrar, did research the records of my office and the following conclusion(s) was made:

For voters who did not present acceptable photo identification at the polling place

1. _____ Voter presented acceptable form of identification within 6 days of election day.
2. _____ Voter met disability exemption within 6 days of election day.
3. _____ Voter executed religious objection affidavit within 6 days of election day.
4. _____ Voter executed natural disaster affidavit within 6 days of election day.
5. _____ Voter did not satisfy identification or affidavit requirements, listed in categories 1-4 above, within 6 days of election day

For voters who voted provisionally for other reasons

6. _____ Not a registered voter or registration not effective in time for this election.
7. _____ Registered to vote, erroneously listed in wrong precinct.
8. _____ Registered to vote in a different precinct within the county.
9. _____ Information on file indicating applicant completed a voter registration application, but it was never received in the voter registrar's office.
10. _____ Voter erroneously removed from the list.
11. _____ Voter is not registered to vote in _____ political subdivision.
12. _____ Other (Please explain) _____

_____

Signature of Voter Registrar _____  Date _____

**VR ORIGINAL - DO NOT DETACH THIS FORM FROM PACKET**

178

2:13-cv-193
09/02/2014
DEF0569
exhibitsticker.com

TSC-MALC00002262