http://www.core-research.biz/gk/IdVote/

# George Korbel

1931 N. W. Military Hwy., Suite 250

San Antonio, Texas 78213

korbellaw@hotmail.com

All files below in Zip format

AEIS for Cong redistricting Voter ID corpus christi isd with Appendix 3A.pptx

AEIS for Cong redistricting Voter ID corpus christi isd.pptx

AEIS for Cong redistricting Voter ID fort Worth short with Appendix 3B.pptx

AEIS for Cong redistricting Voter ID fort Worth short.pptx

AEIS for Cong redistricting Voter ID Houston ISD with Appendix 3C.ppt

AEIS for Cong redistricting Voter ID Houston ISD.ppt

AEIS for Cong redistricting Voter ID Killeen short with Appendix 3 D.pptx

AEIS for Cong redistricting Voter ID Killeen short.pptx

AEIS for Cong redistricting Voter ID State of Dallas ISD all races with Appendix 3 E.pptx

AEIS for Cong redistricting Voter ID State of Dallas ISD all races.pptx

AEIS for Cong redistricting Voter ID State of Texas all races… Appendix 3 F.pptx

AEIS for Cong redistricting Voter ID State of Texas all races.pptx

AEIS for Voter ID Litigation.pdf

Appendix 1 - History of Discrimination with Appendix 1.pdf

2:13-cv-193
09/02/2014
**DEF0571**



EXHIBIT
KORBEL
2
8/5/14  DC

http://www.core-research.biz/gk/IdVote/

Bus transportation analysis in Bexar County.pptx

Corrected growth exhibits with Appendix 4.pdf

Corrected growth exhibits.pdf

Counties listed on website but no dps office.pptx

County Areas in Litigationses with Appendix 2.pptx

County Areas in Litigationses.pptx

Dallas County Voter ID.pptx

Growth Ex for Interrogatorries.pptx

Harris County DL Offices with Appendix 5.pptx

Harris County DL Offices.pptx

How do I apply for a voter EID.pptx

Saturday DVM offices openings with Appendix 5 B.pptx

Saturday DVM offices openings.pptx

SES exhibit 1.pptx

Southern District Hebronville 9 29 with Appendix 5 c.pptx

Southern District Hebronville 9 29.pptx

Southern District Hebronville.pptx

Southern District LaGrange Fayette 9 29 with Appendix 5 D.pptx

Southern District LaGrange Fayette 9 29.pptx

Southern District LaGrange Fayette.pptx

Southern District of Texas (freer 9 29) with Appendix 5 E.pptx

Southern District of Texas (freer 9 29).pptx

Southern District of Texas Ramirez.pptx

Southern District of Texas.pptx

State and Selected County SES with Appendix 5 F.pptx

http://wagw.coreresearch.biz/gk/IdVote/

State and Selected County SES.pptx

State of Texas SES with Appendix 5 G.pptx

State of Texas SES.pptx

Tarrant County Voter ID.pptx

Urban locations 1 (Dallas Harris)[1] with Appendix 5 H.pdf

Urban locations 1 (Dallas Harris)[1].pdf

Download PDF reader here