

The Counties that are identified as having DPS Offices are in blue. The Counties that are listed as having a DPS office but do not are in Yellow. The counties that doe not have a DPS Office are in Brown.

Korbel Research

2:13-cv-193
09/02/2014
DEF0572

EXHIBIT
KORBEL
3
8/5/14  DC