|  | Total | Anglo | Black | Hisp | B+H | Other | %A | %B | %H | %BH | %O |
|---|---|---|---|---|---|---|---|---|---|---|---|
| DISTRICT 501 Total: | 488,871 | 298,140 | 34,804 | 150,683 | 185,671 | 7,060 | 61.0 | 7.1 | 30.8 | 37.6 | 1.4 |
| VAP: | 373,071 | 240,705 | 25,381 | 102,558 | 126,967 | 5,399 | 64.5 | 6.8 | 27.4 | 34.0 | 1.4 |
| Archer (100%) | 9,054 | 8,152 | 67 | 675 | 750 | 142 | 90.4 | 0.7 | 7.5 | 8.1 | 1.6 |
| Armstrong (100%) | 1,901 | 1,725 | 15 | 124 | 139 | 37 | 90.7 | 0.8 | 6.5 | 7.3 | 1.9 |
| Austin (100%) | 28,417 | 18,657 | 2,886 | 6,641 | 9,404 | 356 | 65.7 | 10.2 | 23.4 | 33.1 | 1.3 |
| Bandera (100%) | 20,485 | 16,576 | 139 | 3,415 | 3,537 | 372 | 80.9 | 0.7 | 16.7 | 17.3 | 1.8 |
| Blanco (100%) | 10,497 | 8,336 | 109 | 1,909 | 1,994 | 167 | 79.4 | 1.0 | 18.2 | 19.0 | 1.6 |
| Borden (100%) | 641 | 539 | 0 | 95 | 95 | 7 | 84.1 | 0.0 | 14.8 | 14.8 | 1.1 |
| Briscoe (100%) | 1,637 | 1,163 | 49 | 411 | 453 | 21 | 71.0 | 3.0 | 25.1 | 27.7 | 1.3 |
| Caldwell (100%) | 38,066 | 16,841 | 2,860 | 17,922 | 20,552 | 695 | 44.2 | 7.5 | 47.1 | 53.9 | 1.8 |
| Camp (100%) | 12,401 | 7,298 | 2,299 | 2,648 | 4,899 | 204 | 58.9 | 18.5 | 21.4 | 39.5 | 1.6 |
| Clay (100%) | 10,752 | 9,941 | 79 | 467 | 539 | 272 | 92.5 | 0.7 | 4.5 | 5.0 | 2.5 |
| Cochran (100%) | 3,127 | 1,329 | 139 | 1,654 | 1,770 | 28 | 42.5 | 4.4 | 52.9 | 56.6 | 0.9 |
| Coke (100%) | 3,320 | 2,651 | 12 | 602 | 612 | 57 | 79.8 | 0.4 | 18.1 | 18.4 | 1.7 |
| Collingsworth (100%) | 3,057 | 1,937 | 108 | 915 | 1,047 | 73 | 63.4 | 3.5 | 30.0 | 34.2 | 2.4 |
| Concho (100%) | 4,087 | 1,810 | 106 | 2,175 | 2,251 | 46 | 44.5 | 2.6 | 53.2 | 54.6 | 1.1 |
| Cottle (100%) | 1,505 | 1,045 | 142 | 316 | 450 | 12 | 69.3 | 9.4 | 21.0 | 29.9 | 0.8 |
| Crockett (100%) | 3,719 | 1,312 | 37 | 2,352 | 2,366 | 41 | 35.3 | 1.0 | 63.2 | 63.6 | 1.1 |
| Dickens (100%) | 2,444 | 1,590 | 107 | 708 | 801 | 53 | 65.1 | 4.4 | 29.0 | 32.8 | 2.2 |
| Duval (100%) | 11,782 | 1,206 | 124 | 10,424 | 10,512 | 64 | 10.2 | 1.1 | 88.5 | 89.2 | 0.5 |
| Edwards (100%) | 2,002 | 947 | 12 | 1,027 | 1,037 | 18 | 47.3 | 0.6 | 51.3 | 51.8 | 0.9 |
| Fayette (100%) | 24,554 | 18,058 | 1,762 | 4,585 | 6,274 | 242 | 73.5 | 7.2 | 18.7 | 25.6 | 1.0 |
| Foard (100%) | 1,336 | 1,087 | 54 | 187 | 241 | 8 | 81.4 | 4.0 | 14.0 | 18.0 | 0.6 |
| Franklin (100%) | 10,605 | 8,601 | 479 | 1,333 | 1,804 | 200 | 81.1 | 4.5 | 12.6 | 17.0 | 1.9 |
| Frio (100%) | 17,217 | 2,796 | 633 | 13,401 | 13,944 | 477 | 16.2 | 3.7 | 77.8 | 81.0 | 2.8 |
| Garza (100%) | 6,461 | 2,962 | 443 | 3,046 | 3,452 | 47 | 45.8 | 6.9 | 47.1 | 53.4 | 0.7 |
| Glasscock (100%) | 1,226 | 823 | 17 | 378 | 395 | 6 | 67.5 | 1.4 | 30.8 | 32.2 | 0.5 |
| Goliad (100%) | 7,210 | 4,337 | 385 | 2,462 | 2,794 | 79 | 60.2 | 5.3 | 34.1 | 38.8 | 1.1 |
| Grimes (100%) | 26,604 | 16,153 | 4,559 | 5,652 | 10,113 | 355 | 60.6 | 17.1 | 21.2 | 38.0 | 1.3 |
| Hall (100%) | 3,353 | 1,998 | 254 | 1,087 | 1,329 | 26 | 59.6 | 7.6 | 32.4 | 39.6 | 0.8 |
| Hansford (100%) | 5,613 | 3,088 | 53 | 2,430 | 2,469 | 56 | 55.0 | 0.9 | 43.3 | 44.0 | 1.0 |
| Hartley (100%) | 6,062 | 4,111 | 429 | 1,448 | 1,871 | 80 | 67.8 | 7.1 | 23.9 | 30.9 | 1.3 |
| Hudspeth (100%) | 3,476 | 628 | 62 | 2,768 | 2,808 | 40 | 18.1 | 1.8 | 79.6 | 80.8 | 1.2 |
| Irion (100%) | 1,599 | 1,153 | 12 | 407 | 419 | 27 | 72.1 | 0.8 | 25.5 | 26.2 | 1.7 |
| Jack (100%) | 9,044 | 7,289 | 364 | 1,283 | 1,642 | 113 | 80.6 | 4.0 | 14.2 | 18.2 | 1.2 |
| Jackson (100%) | 14,075 | 8,855 | 1,072 | 4,079 | 5,063 | 157 | 62.9 | 7.6 | 29.0 | 36.0 | 1.1 |
| Jeff Davis (100%) | 2,342 | 1,490 | 43 | 790 | 816 | 36 | 63.6 | 1.8 | 33.7 | 34.8 | 1.5 |
| Jim Hogg (100%) | 5,300 | 334 | 51 | 4,907 | 4,928 | 38 | 6.5 | 0.6 | 92.6 | 93.0 | 0.7 |
| Karnes (100%) | 14,824 | 5,956 | 1,422 | 7,376 | 8,747 | 121 | 40.2 | 9.6 | 49.8 | 59.0 | 0.8 |
| Kent (100%) | 808 | 669 | 12 | 120 | 128 | 11 | 82.8 | 1.5 | 14.9 | 15.8 | 1.4 |
| Kimble (100%) | 4,607 | 3,450 | 21 | 1,077 | 1,096 | 61 | 74.9 | 0.5 | 23.4 | 23.8 | 1.3 |
| Kinney (100%) | 3,598 | 1,496 | 70 | 2,004 | 2,048 | 54 | 41.6 | 1.9 | 55.7 | 56.9 | 1.5 |
| La Salle (100%) | 6,886 | 894 | 45 | 5,920 | 5,944 | 48 | 13.0 | 0.7 | 86.0 | 86.3 | 0.7 |
| Lipscomb (100%) | 3,302 | 2,215 | 32 | 1,007 | 1,020 | 69 | 67.0 | 1.0 | 30.5 | 30.9 | 2.1 |
| Lynn (100%) | 5,915 | 2,984 | 145 | 2,745 | 2,868 | 65 | 50.4 | 2.5 | 46.4 | 48.5 | 1.1 |
| Madison (100%) | 13,664 | 8,030 | 2,814 | 2,683 | 5,449 | 185 | 58.8 | 20.6 | 19.7 | 39.9 | 1.4 |
| Mason (100%) | 4,012 | 3,092 | 25 | 864 | 883 | 35 | 77.1 | 0.6 | 21.5 | 22.1 | 0.9 |
| McMullen (100%) | 707 | 432 | 8 | 261 | 269 | 6 | 61.1 | 1.1 | 36.9 | 38.0 | 0.8 |
| Menard (100%) | 2,242 | 1,425 | 16 | 790 | 801 | 16 | 63.6 | 0.7 | 35.2 | 35.7 | 0.7 |
| Motley (100%) | 1,210 | 1,013 | 24 | 165 | 187 | 10 | 83.7 | 2.0 | 13.5 | 15.5 | 0.8 |
| Oldham (100%) | 2,052 | 1,699 | 71 | 243 | 311 | 42 | 82.8 | 3.5 | 11.8 | 15.2 | 2.0 |

|  | Total | Anglo | Black | Hisp | B+H | Other | %A | %B | %H | %BH | %O |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Real (100%) | 3,309 | 2,398 | 29 | 814 | 840 | 71 | 72.5 | 0.9 | 24.6 | 25.4 | 2.1 |
| Refugio (100%) | 7,383 | 3,337 | 534 | 3,487 | 3,957 | 89 | 45.2 | 7.2 | 47.2 | 53.6 | 1.2 |
| Roberts (100%) | 929 | 841 | 4 | 74 | 74 | 14 | 90.5 | 0.4 | 8.0 | 8.0 | 1.5 |
| Robertson (100%) | 16,622 | 9,821 | 3,704 | 2,990 | 6,569 | 232 | 59.1 | 22.3 | 18.0 | 39.5 | 1.4 |
| Sabine (100%) | 10,834 | 9,484 | 848 | 344 | 1,163 | 167 | 87.5 | 7.8 | 3.2 | 10.9 | 1.5 |
| San Jacinto (100%) | 26,384 | 20,204 | 2,895 | 2,880 | 5,677 | 503 | 76.6 | 11.0 | 10.9 | 21.5 | 1.9 |
| San Saba (100%) | 6,131 | 4,135 | 214 | 1,715 | 1,915 | 81 | 67.4 | 3.5 | 28.0 | 31.2 | 1.3 |
| Schleicher (100%) | 3,461 | 1,872 | 55 | 1,256 | 1,272 | 17 | 54.1 | 1.6 | 44.4 | 45.4 | 0.5 |
| Shackelford (100%) | 3,378 | 2,961 | 56 | 340 | 374 | 43 | 87.7 | 1.7 | 10.1 | 11.1 | 1.3 |
| Sherman (100%) | 3,034 | 1,762 | 15 | 1,227 | 1,240 | 32 | 58.1 | 0.5 | 40.4 | 40.9 | 1.1 |
| Sterling (100%) | 1,143 | 733 | 22 | 365 | 386 | 24 | 64.1 | 1.9 | 31.9 | 33.8 | 2.1 |
| Stonewall (100%) | 1,490 | 1,206 | 48 | 209 | 255 | 29 | 80.9 | 3.2 | 14.0 | 17.1 | 1.9 |
| Terrell (100%) | 984 | 493 | 9 | 467 | 473 | 14 | 50.3 | 0.9 | 47.5 | 48.5 | 1.4 |
| Throckmorton (100%) | 1,641 | 1,455 | 12 | 152 | 162 | 26 | 88.5 | 0.7 | 9.3 | 9.9 | 1.6 |
| Trinity (100%) | 14,585 | 11,819 | 1,451 | 1,117 | 2,547 | 219 | 81.0 | 9.8 | 7.7 | 17.5 | 1.5 |
| Upton (100%) | 3,355 | 1,611 | 74 | 1,644 | 1,696 | 48 | 48.0 | 2.2 | 49.0 | 50.6 | 1.4 |
| Wheeler (100%) | 5,410 | 3,847 | 149 | 1,344 | 1,481 | 82 | 71.1 | 2.8 | 24.8 | 27.4 | 1.5 |
| DISTRICT 502 Total: | 234,098 | 117,816 | 27,262 | 81,938 | 107,900 | 8,382 | 50.3 | 11.6 | 35.0 | 46.1 | 3.6 |
| VAP: | 174,521 | 96,143 | 19,070 | 53,721 | 72,344 | 6,034 | 55.1 | 10.9 | 30.8 | 41.5 | 3.5 |
| Aransas (100%) | 23,158 | 16,350 | 397 | 5,690 | 6,014 | 794 | 70.6 | 1.7 | 24.6 | 26.0 | 3.4 |
| Delta (100%) | 5,231 | 4,351 | 431 | 288 | 706 | 174 | 83.2 | 8.2 | 5.5 | 13.5 | 3.3 |
| Dimmit (100%) | 9,996 | 1,217 | 122 | 8,616 | 8,700 | 79 | 12.2 | 1.2 | 86.2 | 87.0 | 0.8 |
| Falls (100%) | 17,866 | 9,381 | 4,633 | 3,716 | 8,254 | 231 | 52.5 | 25.9 | 20.8 | 46.2 | 1.3 |
| Kenedy (100%) | 416 | 86 | 8 | 319 | 321 | 9 | 20.7 | 1.9 | 76.7 | 77.2 | 2.2 |
| King (100%) | 286 | 242 | 0 | 39 | 39 | 5 | 84.6 | 0.0 | 13.6 | 13.6 | 1.7 |
| Loving (100%) | 82 | 60 | 0 | 18 | 18 | 4 | 73.2 | 0.0 | 22.0 | 22.0 | 4.9 |
| Marion (100%) | 10,546 | 7,564 | 2,418 | 328 | 2,737 | 245 | 71.7 | 22.9 | 3.1 | 26.0 | 2.3 |
| Newton (100%) | 14,445 | 10,825 | 2,988 | 403 | 3,379 | 241 | 74.9 | 20.7 | 2.8 | 23.4 | 1.7 |
| Potter (100%) | 121,073 | 59,322 | 13,672 | 42,692 | 55,447 | 6,304 | 49.0 | 11.3 | 35.3 | 45.8 | 5.2 |
| San Augustine (100%) | 8,865 | 6,183 | 2,061 | 532 | 2,586 | 96 | 69.7 | 23.2 | 6.0 | 29.2 | 1.1 |
| Willacy (100%) | 22,134 | 2,235 | 532 | 19,297 | 19,699 | 200 | 10.1 | 2.4 | 87.2 | 89.0 | 0.9 |
|  | 722,969 | 415,956 | 62,066 | 232,621 | 291,571 | 15,442 | 57.5% | 8.6% | 32.2% | 40.3% | 2.1% |
|  | 547,592 | 336,848 | 44,451 | 156,079 | 199,311 | 11,433 | 61.5% | 8.1% | 28.5% | 36.4% | 2.1% |

The Counties that are identified as not having Drivers License Offices are listed in District 501 (Brown on the map). The Counties that appear to have Drivers License offices and do not are listed as District 501 (Yellow on the map).

8/3/2014

2:13-cv-193
09/02/2014
DEF0573

Korbel Research


EXHIBIT
KORBEL
4
8/5/14 DC

3