: Texas Administrative Code            http://info.sos.state.tx.us/pls/pub/readtac$ext.TacPage?sl=T&app=9&...

&lt;&lt;Prev Rule      **Texas Administrative Code**      Next Rule&gt;&gt;

| | |
|---|---|
| **TITLE 37** | PUBLIC SAFETY AND CORRECTIONS |
| **PART 1** | TEXAS DEPARTMENT OF PUBLIC SAFETY |
| **CHAPTER 15** | DRIVER LICENSE RULES |
| **SUBCHAPTER L** | ELECTION IDENTIFICATION CERTIFICATE |
| **RULE §15.182** | **Identification of Applicants** |

An applicant for an election identification certificate must provide documents satisfactory to the department. All documents must be verifiable.

(1) An original applicant for an election identification certificate must present:

  (A) One piece of primary identification;

  (B) Two pieces of secondary identification; or

  (C) One piece of secondary identification plus two pieces of supporting identification.

(2) Primary Identification. A Texas driver license or personal identification card issued to the person that has been expired for 60 days and is within two years of expiration date may be presented as primary identification.

(3) Secondary identification. These items are recorded governmental documents (United States, one of the 50 states, a United States territory, or District of Columbia):

  (A) Original or certified copy of a birth certificate issued by the appropriate State Bureau of Vital Statistics or equivalent agency;

  (B) Original or certified copy of United States Department of State Certification of Birth (issued to United States citizens born abroad);

  (C) Original or certified copy of court order with name and date of birth (DOB) indicating an official change of name and/or gender; or

  (D) U.S. citizenship or naturalization papers without identifiable photo.

(4) Supporting identification. The following items consist of other records or documents that aid examining personnel in establishing the identity of the applicant:

  (A) voter registration card;

  (B) school records;

  (C) insurance policy (at least two years old);



(D) Texas vehicle or boat title or registration;

(E) military records;

(F) unexpired military dependant identification card;

(G) original or certified copy of marriage license or divorce decree;

(H) Social Security card;

(I) pilot's license;

(J) unexpired photo DL or photo ID issued by another (United States) state, U.S. territory, the District of Columbia;

(K) expired photo DL or photo ID issued by another (United States) state, U.S. territory, or the District of Columbia that is within two years of the expiration date;

(L) an offender identification card or similar form of identification issued by the Texas Department of Criminal Justice;

(M) forms W-2 or 1099;

(N) Numident record from the Social Security Administration;

(O) expired Texas driver license or personal identification certificate (expired more than two years);

(P) professional license issued by Texas state agency;

(Q) identification card issued by government agency;

(R) parole or mandatory release certificate issued by the Texas Department of Criminal Justice;

(S) federal inmate identification card;

(T) federal parole or release certificate;

(U) Medicare or Medicaid card;

(V) Selective Service card;

(W) immunization records;

(X) tribal membership card from federally recognized tribe;

(Y) Certificate of Degree of Indian Blood;

(Z) Veteran's Administration card;

(AA) hospital issued birth record; or

(BB) any document that may be added to §15.24 of this title (relating to Identification of Applicants) other than those issued to persons who are not citizens of the U.S.

**Source Note:** The provisions of this §15.182 adopted to be effective December 13, 2011, 36 TexReg 8384

Next Page     Previous Page

List of Titles     Back to List

HOME | TEXAS REGISTER | TEXAS ADMINISTRATIVE CODE | OPEN MEETINGS | HELP |