

**Delayed Certificate of Birth Registration**

If a birth occurring in this state is not officially registered within the first year, a Delayed Certificate of Birth may be requested through the Texas Vital Statistics office.

### The procedures for filing a Delayed Certificate of Birth:

1. A formal search must first be conducted to determine that the birth record is not on file. Submit an application or written request for a certified copy of the birth certificate, along with the fee of $22.00 to Vital Statistics in Austin.
   ( For information on how to do this, please go to
   **www.dshs.state.tx.us/vs/reqproc/certified_copy.shtm** )

2. If a birth record is found, Vital Statistics will send a certified copy of the record. If record is not found, Vital Statistics will provide forms and instructions for filing a Delayed Certificate of Birth. Vital Statistics will retain the $22.00 as a search fee.

3. When accepted for filing, the Delayed Certificate of Birth form (VS-122) will become the original birth certificate. It must be completed neatly and legibly, signed before a notary public, and submitted along with the necessary supporting documentation to Vital Statistics in Austin. There are several acceptable forms of documentation, and they are explained in detail in the instructions provided. The cost for filing a Delayed Certificate of Birth is $25.00. Certified copies of the Delayed Certificate of Birth are $22.00 each.

4. Supporting Documentation must be verified by Vital Statistics staff, sometimes with outside entities such as schools, churches, etc. Because of this requirement, the processing time generally takes 8 to 10 weeks.

5. If the supporting documentation is not sufficient to file the Delayed Certificate of Birth, processing time could take several more weeks.

### Suggested types of supporting documents must show name, date of birth, and place of birth.

*Note: Please submit ALL original documentation. All originals will be returned after filling is completed. Any supporting document(s) submitted found to be fraudulent will cause immediate denial of application for filing a delayed certificate of birth and those documents will then be retained.*

Birth Certificate of Adult Children (18 years or older)
School Enrollment Record/Transcript
Military Discharge Record (DD214)
Marriage or Divorce Records
*Social Security Application (*Do not send the Social Security Card*)
*Baptismal Certificate Original
Selective Service Record
Voter's Registration Application
Hospital Record
Application for Driver's License
Application for State Issued ID
*Affidavit of Birth Facts (sent with the Delayed Certificate packet) Signed by a parent, grandparent, or older brother or sister





*Types of documents that might show parent's names.*

Requirements for filing a Delayed Certificate of Birth (VS-122) form.

- **For children over 1 year of age but less than 4 years of age.**
- **For children between 4 and 15 years of age.**
- **For children 15 years of age and older.**

To Contact the Delayed Registration Department call 512-776-5600.

*Last updated January 02, 2012*



**Delayed Certificate of Birth Registration For Children 15 Years of Age or Older**

For a child between the ages 15 years and older :

1. The Delayed Certificate of Birth (VS-122) signed by the individual, if competent and 18 years old or over; otherwise by a parent, legal guardian, or legal representative; and

2. Three (3) or more documents are required to prove date of birth and place of birth. One of these records must verify parents' names. Any record, other than an affidavit, must be five (5) years old or older. At least one document should have been created within 10 years of birth.

**Return to Delayed Certificate of Birth Registration home.**

*Last updated February 11, 2011*