Redacted

**From:** linda Lydia [mailto:llydia@sbcglobal.net]
**Sent:** Wednesday, October 02, 2013 7:25 AM
**To:** 'Gillian Parrillo'
**Subject:** RE: TCET Dallas: VoterID upates - time sensitive starting 10/2

thanks...good info

Linda Lydia
214 674 5887 phone
866 958 8375 Fax

"The only thing needed for the triumph of evil is for good men to do nothing."

**From:** Gillian Parrillo [mailto:tcetdallas@gmail.com]
**Sent:** Wednesday, October 02, 2013 3:24 AM
**To:** tcetdallas@gmail.com
**Cc:** Sondra Haltom; Lesley Ramsey; Andrew Willis Garcés
**Subject:** TCET Dallas: VoterID upates - time sensitive starting 10/2

I will be sending you, hopefully before the end of the week, a draft plan of TCET for VoterID work in 2013 and 2014.

We are planning 3 more VoterID seminars in mid-November and will be requesting your assistance in getting the word out.
We will soon be providing specifics about the Virtual Phone Banks - training will be required.

In the meantime, a few updates regarding local efforts on VoterID outreach below.

A good article for outreach to the African American Community
http://www.huffingtonpost.com/roslyn-m-brock/explaining-open-enrollmen_b_4019104.html?utm_hp_ref=tw

**Dallas County Elections** reaching out to voters identified as not having ID



2:13-cv-193
09/02/2014
**DEF0614**



EXHIBIT
3

TSC00006037

Gillian Parrillo
tcetdallas@gmail.com
214-780-1617 (h)
916-747-4140 (c)

Texas Civic Engagement Table (TCET) is a public charity that only engages in activities that are permissible under Internal Revenue Code section 501(c)(3). TCET and its members are strictly prohibited from participating or intervening in any political campaign on behalf of or in opposition to any candidate for public office. All TCET activities will be strictly non-partisan. In addition, TCET activities will not be coordinated with any candidate, political party or other partisan entity.