

Redacted

**From:** linda Lydia [mailto:llydia@sbcglobal.net]
**Sent:** Friday, October 25, 2013 7:31 AM
**To:** '(Caroanderson@sbcglobal.net)'; 'Abilene Naacp (petty1151@hotmail.com)'; Alisa Simmons <asimmonsarlingtontxnaacp@gmail.com> (asimmonsarlingtontxnaacp@gmail.com); 'amhaynes2@sbcglobal.net'; 'aNDREW TAULTON (andrewtaulton1@aol.com)'; 'angela luckey (luckeyangela65@yahoo.com)'; 'Ann Boney (annmboney@yahoo.com)'; 'Betty Square Jefferson (bsquarej@swbell.net)'; 'Branden Johnson'; Calvin Clay (calvin_naacp@hotmail.com); 'CATHERINE BELL (catherinecbell@yahoo.com)'; Charles toliver (tolivercd@hotmail.com); 'cheryl johnson'; 'Claretta05@aol.com'; 'comeaux.brice@yahoo.com'; 'connerada@sbcglobal.net'; 'constance rhymes (crhymes26@gmail.com)'; 'Delissa beaumont (sweetaugust2227@aol.com)'; 'Donald Thompson (dthompson@co.brazos.tx.us)'; 'donnie harrison'; 'Dotti Jones'; 'Elzie Hicks (elziehicks@yahoo.com)'; 'empaul@sbcglobal.net'; 'gainesj@lanwt.org'; 'garybledsoe'; 'Gene Collins'; 'gene collins 2 (collinsgene51@yahoo.com)'; 'guessippi Bonner (lufkinbranchnaacp@yahoo.com)'; 'gwen johnson (gwen7upjohns@yahoo.com)'; 'Harold Howell (harold17@swbell.net)'; 'helen truscott (hstlaw@msn.com)'; 'Houston Naacp (branch@naacphouston.org)'; 'jackie mayfield (jmayfield@comprotax.net)'; 'JACKLIN CLARK (jacklinclark959@msn.com)'; 'James Harris navasota (jdharristire@embarqmail.com)'; 'james price (jprice10501@yahoo.com)'; 'JAMES PRICE REV. '; 'jmbrazzell@sbcglobal.net'; 'Joel Porter'; 'Kenneth Davidson'; 'larry brown (Ebrown021@hot.rr.com)'; 'larry walker (allnationsart@aol.com)'; 'Lindsey Walker (llinsywaker@sbcglobal.net)'; lois jones; 'maxine jones'; 'Melva Flowers (mjones832@aol.com)'; 'miller (soupsoup1932@aol.com)'; 'Monroe Salter (saultermonroe@yahoo.com)'; 'mr. deckard'; 'Nehemiah Davis (mtpmbc@att.net)'; 'nelson linder'; 'Oliver W. Hill'; 'PARIS NAACP (naacp6213@yahoo.com)'; 'pastor patrick lloyd (patlloyd40@hotmail.com)'; 'phillip dukes'; 'rcyoungsr@gmail.com'; 'Reginald Lillie'; 'RICHARD WATKINS (watkinsconsulting@sbcglobal.net)'; 'ricky mcneal (rcmcneal@verizon.net)'; 'robt henning (youandfriends@peoplepc.com)'; rowena winfrey (rwinfrey@ci.corsicana.tx.us)'; 'SAN ANTONIO NAACP (sanaacp@satx.rr.com)'; 'steve lewis sr. (slsl422@yahoo.com)'; 'TaNeika Driver'; 'Tbutlermills@aol.com'; 'Terry.B.Mills@wellsfargo.com'; 'thomas bollins'; 'Tony Grimes Photography'; 'verna jordan (bonnie1954@sbcglobal.net)'; 'WM LEAK (bileak@aol.com)'
**Subject:** FW: Early voting

Early voting started on Monday and Pres. Bledsoe is trying to see if there is a standard for IDing voters. Phyllis indicated they attempted to scan her driver's license and it would not scan so they used her voter registration card. So the following questions need your response.


2:13-cv-193
09/02/2014
DEF0615


EXHIBIT
4

TSC00006029

1. Is your county scanning the Driver's license and if they do not scan what is their course of action?

No one tried to scan my driver's license but because my DL did not match my name on the voter roll, I showed my voter registration certificate which also did not match so I had to initial beside my name and I voted a regular ballot, DEFINITELY NOT PROVISIONAL!!
We need to know if there is a consistent process i.e. the same as what Phyllis county did.

Please reply, thanks


Linda Lydia
214 674 5887 phone
866 958 8375 Faxs

"The only thing needed for the triumph of evil is for good men to do nothing."

**From:** Gary Bledsoe [mailto:garybledsoe@sbcglobal.net]

A. Did they try to scan all of them?
B. Did you get to vote a regular ballot?
C. Are they handling the non-scannable dl's the same?

Yannis,

Put together all DPS policies for DL renewals and EIC certificates--they seem to be changing? Ge all Sec. Of State policies. Linda let's see if we can determine if different counties have different policies implementing the new law and if anyone else is scanning driver's licenses and what the rules are if a DL will not scan. Also, remember we wanted to take Bob's idea and have some folks go without an Id and vote with a provisional ballot, then show their DL later and then see if they were counted? The county by law should give you all necessary info to follow-up on your provisional ballot and getting it counted while you are at the polls. Then they have to mail you about whether your vote was counted.

Linda do you have contact info for Leonard Rockwell? Thanks.

Daniel let me know about Judge.
Sent from my iPad

On Oct 24, 2013, at 5:18 PM, yannis_banks <yannis_banks@yahoo.com> wrote:

TSC00006030

Adding Robert to the email

Sent from my Galaxy S®III

-------- Original message --------
From: jonesphy <jonesphy@yahoo.com>
Date: 10/24/2013 4:53 PM (GMT-06:00)
To: garybledsoe@sbcglobal.net,yannis_banks@yahoo.com,vgoode@naacpnet.org,hjefferson@protectorsinsurance.com
Subject: Early voting

I went to early vote, I gave them my two pieces of ID they scan my drivers license, the machine didn't read it they gave it back and use my voter registration card. I ask what happen I was told that it's been happening off and on since Monday. They never look at my ID once the machine didn't read my license.

Sent via the Samsung Galaxy S™III, an AT&T 4G LTE smartphone

TSC00006031