Redacted

**From:** linda Lydia [mailto:llydia@sbcglobal.net]
**Sent:** Saturday, January 25, 2014 10:20 PM
**To:** '(Caroanderson@sbcglobal.net)'; 'Abilene Naacp (petty1151@hotmail.com)'; Alisa Simmons <asimmonsarlingtontxnaacp@gmail.com> (asimmonsarlingtontxnaacp@gmail.com); 'amhaynes2@sbcglobal.net'; 'aNDREW TAULTON (andrewtaulton1@aol.com)'; 'angela luckey (luckeyangela65@yahoo.com)'; 'Ann Boney (annmboney@yahoo.com)'; 'Betty Square Jefferson (bsquarej@swbell.net)'; bishop.ronald@sbcglobal.net; 'Branden Johnson'; Calvin Clay (calvin_naacp@hotmail.com); 'CATHERINE BELL (catherinecbell@yahoo.com)'; Charles toliver (tolivercd@hotmail.com); 'cheryl johnson'; 'Claretta05@aol.com'; 'comeaux.brice@yahoo.com'; 'connerada@sbcglobal.net'; 'constance rhymes (crhymes26@gmail.com)'; dedrick2013@mail.com; 'Delissa beaumont (sweetaugust2227@aol.com)'; 'Donald Thompson (dthompson@co.brazos.tx.us)'; 'donnie harrison'; 'Dotti Jones'; 'Elzie Hicks (elziehicks@yahoo.com)'; 'empaul@sbcglobal.net'; 'gainesj@lanwt.org'; 'garybledsoe'; 'Gene Collins'; 'gene collins 2 (collinsgene51@yahoo.com)'; 'guessippi Bonner (lufkinbranchnaacp@yahoo.com)'; 'gwen johnson (gwen7upjohns@yahoo.com)'; 'Harold Howell (harold17@swbell.net)'; 'helen truscott (hstlaw@msn.com)'; 'Houston Naacp (branch@naacphouston.org)'; 'jackie mayfield (jmayfield@comprotax.net)'; 'JACKLIN CLARK (jacklinclark959@msn.com)'; 'James Harris navasota (jdharristire@embarqmail.com)'; 'james price (jprice10501@yahoo.com)'; 'JAMES PRICE REV. '; 'jmbrazzell@sbcglobal.net'; 'Joel Porter'; 'Kenneth Davidson'; 'larry brown (Ebrown021@hot.rr.com)'; 'larry walker (allnationsart@aol.com)'; 'Lindsey Walker (llinsywaker@sbcglobal.net)'; lois jones; 'maxine jones'; 'Melva Flowers (mjones832@aol.com)'; 'miller (soupsoup1932@aol.com)'; Monica Fisher (marie1heaven@yahoo.com); 'Monroe Salter (saultermonroe@yahoo.com)'; Mr Clarence Holliday (clhday@yahoo.com); 'mr. deckard'; 'Nehemiah Davis (mtpmbc@att.net)'; 'nelson linder'; 'Oliver W. Hill'; 'PARIS NAACP (naacp6213@yahoo.com)'; 'pastor patrick lloyd (patlloyd40@hotmail.com)'; 'rcyoungsr@gmail.com'; 'Reginald Lillie'; 'RICHARD WATKINS (watkinsconsulting@sbcglobal.net)'; 'ricky mcneal (rcmcneal@verizon.net)'; 'robt henning (youandfriends@peoplepc.com)'; rowena winfrey (rwinfrey@ci.corsicana.tx.us); 'SAN ANTONIO NAACP (sanaacp@satx.rr.com)'; 'steve lewis sr. (slsl422@yahoo.com)'; 'TaNeika Driver'; 'Tbutlermills@aol.com'; 'Terry.B.Mills@wellsfargo.com'; 'thomas bollins'; 'Tony Grimes Photography'; 'verna jordan (bonnie1954@sbcglobal.net)'; 'WM LEAK (bileak@aol.com)'
**Cc:** Gary Bledsoe; Phyllis Jones; Howard Jefferson (hjefferson@protectorsinsurance.com); Casey Thomas (caseyt07@sbcglobal.net)
**Subject:** FW: Election Identification Certificate


**Dear Branch Presidents and Political Action Chairs:**




TSC00006032

During our October convention it was decided that our units would test the process of acquiring Election Identification Certificates from DPS offices across the state. Please be available for a conference call to plan the carrying out of this effort on <u>Monday night at 9:00 PM</u>. Below is information from the Secretary of State website regarding the requirements for obtaining this alternative voter ID. The call in information is

**Conference Dial-in Number: (605) 475-4000**
**Participant Access Code: 155134#**

Thanks,

### How to Apply

To apply for an EIC, visit a driver license office and complete an **Application for Texas Election Certificate (DL-14C) (PDF)**.

To qualify for an EIC, you must:

- **Bring documentation** to the office to verify your U.S. Citizenship
- **Bring documentation** to the office to verify your Identity
- Be eligible to vote in Texas (**Bring your valid voter registration card to the office,** or submit a voter registration application through the Texas Department of Public Safety at the office)
- Be a Texas resident
- Be 17 years and 10 months or older

The information on the documents, such as name and date of birth, must all match. If the name is different on each document, then the individual must provide

TSC00006033

documents that verify a legal name change. If other information on the document is different, speak with a Customer Service Representative for assistance.

If you are using a name other than what is on your birth certificate, (example: married name), you will be required to show legal documentation of name change. **Documents must be original or certified copy. No photocopies can be accepted.**

Acceptable documents:

1. Marriage license
2. Divorce decree
3. Court ordered name change

**Expiration and Use**

An EIC is valid for six years. There is no expiration date for certificates issued to citizens 70 years of age or older.

Election Identification Certificates may only be used to vote and do not replace a Texas driver license or ID card. In addition, an EIC will not be accepted to verify identity when applying for a Texas driver license or ID card.

A list of driver license offices open on Saturdays through November 2, 2013, (for Election Identification Certificates ONLY) can be found here.

Linda Lydia
214 674 5887 phone
866 958 8375 Fax

"The only thing needed for the triumph of evil is for good men to do nothing."

TSC00006035

Redacted

On Monday, December 23, 2013 2:04 PM, Yannis Banks <yannis_banks@yahoo.com> wrote:
Good afternoon. My name is Yannis Banks and I would like to make a request for the list of names of who had to cast a provisional ballot in the State of Texas.