## URGENT ACTION ALERT

Within hours of the *Shelby County* ruling last June that struck down a key piece of the Voting Rights Act of 1965, Texas Attorney General Greg Abbott announced that he would immediately begin implementing a new state voter ID law – the same law that had been previously rejected as discriminatory by a federal court.

Many voters still lack the type of photo ID that would be acceptable under the new law for voting in person on Election Day or during the early voting period.

Last month, the Texas State Conference of NAACP Branches and others filed a lawsuit challenging the new law because it discriminates against Latino and African-American voters. We are currently looking for affected persons to serve as plaintiffs and witnesses, and we need your help.

### NOW IS YOUR TIME TO GET INVOLVED!

We are calling on local branches to help our efforts by taking the following three steps:

    (1) Visit free or low-income health clinics to see if coordinators are willing to help us with referrals for citizens without IDs;

    (2) Attend local church services with large minority congregations and ask for help locating persons without ID; and

    (3) Go to the VFW Halls in your area and request assistance in locating people who do not have the unexpired photo ID required to vote.

Each branch should select one or more members to join a "Voter ID Action Committee" and nominate a point person (preferably your Legal Redress Chair or another Executive Committee Member) to head the Action Committee. Your branch should maintain a list of individuals who have been contacted, including pastors, healthcare workers, coordinators, etc.

*If your branch is interested in assisting with these important efforts, please contact Yannis Banks at (254) 371-5790 ASAP for more information.*

Thank you for your interest and action!



2:13-cv-193
09/02/2014
DEF0617



EXHIBIT 6

TSC00006061