MINUTES OF EXECUTIVE COMMITTEE
JAN. 25, 2014 - LUFKIN, TX

Opening of meeting- Aubrey Hooper, 2nd Vice President
invocation - Brandon Johnson

Reading of Minutes- approved of minutes motioned by TaNeika Driver and seconded

Greetings- President Bonner...welcomed everyone to deep East TX. Recognized Dr. Pierre who has
continued to keep this branch alive. Also thanked Lawrence for his help in getting the branch
reestablished.

Greeting by Councilman Victor Travis- Pleased to see young people present. Thanked participants for
coming. On behalf of the city welcomed us for coming.

2nd Vice Pres. Aubrey Hooper introduced Michael Coleman, pres. of UT Arlington who is on the
Pres./CEO committee to discuss the process. They have 13 members on the committee and the only
youth representatives. Hope to have someone named by May board meeting. Could not provide any
additional information. They are still accepting names and will have completed the process in April.

Mrs. Bonner introduced members of the local branch and thanked them for their participation. Lunch

Officers Reports

Redacted

EXHIBIT

1

2:13-cv-193
09/02/2014
DEF0618

TSC00006041

Redacted

- National Committee on Voting Rights on the Shelby Decision, Sec. 4. National has allowed the lawyer committee to take the lead on this which means they control the data and we should be the lead. We are going to be the first state for hearings. Feb. 25th appears to be the date. Will need a critical group of people to work with us on this to make our hearing to successful.
  - o John Lewis proposal w/o us at the table.
  - o Wade Henderson indicated may want to push for changes for immigrant population
  - o Should be more flexibility for AA who have had voting issues...Only four states covered: TX, La., Miss. & GA
  - o The bill emphasizes lawsuits. would need 5 victories in 15 years and with our judicial setting not likely
  - o The bottom rights is the voter ID
  - o Will be contacting members for input on this

Redacted

○ Voter ID is the other case schedule for 9/17 in Corpus Christi and it also will go to the 5th Circuit.

- want to do a sting to see the ease of getting the free voter ID with our branches.
- Had a conference call and former city councilman in Sherman/Dennison, indicated a field on the application that ask if you are a citizen and think that proof of citizenship required by non- white.
- need examples of folks who were denied...
- TaNeika brought cards showing errors that she made them correct
- TaNeika suggested to ask each unit to make a request of election administrators for all rules and policies that they use to determine voting under the voter ID law.   Also ask for election day report that election depts are required to send to the sec. of state. Also list of those who have been give provisional ballots.  Need this and have it sent out to membership.
- The hostility of election officials toward people at the polls. The majority party in the county get to choose the election workers. Bringing in people who do not live in the area.  Need to request the list of appointees by the party of these election.
- When given a provisional ballot should give information where they can go to get changed to a regular ballot.
- Some form of an affidavit should be required to verify...
- motioned, seconded and approved President report.
- Motion for a $2500 budget for an investigator in the Jasper area.

Redacted

Redacted

TSC00006044

- o economic development expos
- o health committee  actively involved in community
- o HB 5 doing a townhall meeting with Jimmy Don Adcock face to face in Feb.
- o Another  early voting site..growing fast and need for this
- o Youth doing work in the community..feeding families and toys for tots
- o convention sessions not overlapping so we can cover more topics

- Lufkin - Dr. Bonner
  - o asked to participate in strategic plan for school
  - o having issues with veterans getting health care..
  - o Co. health dept. that veterans could no longer get services
  - o if people are denied services must be a due process for these people.
  - o 17 families who properties that have been eroded because of improper drainage.
  - o back to school stay in school banquet on 2/15.  16  AA men sued Lufkin Industries for discrimination and they won and $40,000.00 given to NAACP.

Longview- Brandon Johnson
  - o interested in getting  Wiley College under Longview Branch..told not necessary because they have their own charter and do not have to be under a unit
  - o If you need Google class contact Brandon
  - o trying to get funds under 501C3

Conroe- Mr. Porter
  - o discussed scholarship..

- o New Business
  - o Leadership 500 ...for TaNeika & spouse  for attendance..motioned, seconded & approved.
    - o Lawrence mentioned the report and
    - o friendly amendment to include an amount of $2000.00 and additional amount  of two additional people
  - o Linda to set up a state wide conference call to plan for the DPS EIN effort.   Will get conference call set up by Sunday for branch presidents.
  - o Lawrence motioned that we had provide some financial assistance to the Lufkin branch for luncheon.  Only 13 paid people and ordered 80 lunches and because of  limited attendance due to bad weather, suggested  we provide financial assistance to the branch.
  - o Linda Lydia made the motion for $500.00, seconded and approved.
  - o Site for 2nd quarterly meeting will be in Arlington ...seconded and approved.
  - o TX Black Educators convention in Grapevine ,..m/m
  - o Gary  discussed plans for El Paso..getting people there

TSC00006045

Redacted

TSC00006046