# ELECTION PROTECTION
## YOU HAVE THE RIGHT TO VOTE
### 1-866-OUR-VOTE ■ www.866OurVote.org

## IMPORTANT VOTING LAW CHANGE

In Texas, a new law is now in effect that requires certain types of photo ID to vote when voting in person (on Election Day or at an early voting site). ID that could be used in previous elections may no longer be accepted.

**Now, the following are acceptable types of ID to vote:**
- An unexpired* Texas driver's license
- An unexpired* Texas state personal ID card
- An unexpired *U.S. Military ID card with a photo
- An unexpired* U.S. Passport or a U.S. Citizenship Certificate with a photo
- An unexpired* License to carry a concealed handgun

If you do not have one of the above IDs, you can obtain a Texas photo voter ID, called an Election Identification Certificate (must also be unexpired*).

*An expired ID may be used ONLY if the ID has expired within 60 days of the election.

Voter Registration Certificates/Voter Registration Cards are **NOT** acceptable ID to vote in person, unless you receive a disability exemption.

Student IDs are **NOT** acceptable ID to vote in person.

Have Questions About The New Texas Voter ID Law? Call the Election Protection Hotline at
### 1-866-OUR-VOTE.





EXHIBIT 8

TSC00006062

# ELECTION PROTECTION
## YOU HAVE THE RIGHT TO VOTE
**1-866-OUR-VOTE ■ www.866OurVote.org**

## UN CAMBIO IMPORTANTE EN LA LEY DE VOTO

En Texas, una nueva ley requiere ciertos tipos de identificación gubernamentales con foto para votar en persona. Hay clases de identificación que antes se podía utilizar en las elecciones que ahora no se aceptará.

**Los siguientes tipos de identificación son aceptables para votar:**
- Una licencia de manejo de Texas, no vencida*
- Una tarjeta de identificación personal de Texas, no vencida*
- Una identificación militar con foto, no vencida*
- Un pasaporte corriente* o un certificado de ciudadanía de los Estados Unidos con foto
- Una licencia para portar un arma oculta, no vencida*

Si no se tiene una de las identificaciones indicada, puede obtener una identificación con foto para votar, llamada 'certificado de identificación electoral de Texas.'

*Una identificación vencida se puede usar solamente si se venció en los 60 días antes de la elección corriente.*

Los certificados de registro de votante y las tarjetas de registro de votante **NO** son aceptables para votar en persona, menos que usted recibe una exención de incapacidad.
Las tarjetas de identificación de estudiante **NO** son aceptables para votar en persona.

Si tiene cualquier pregunta sobre la nueva ley de identificación de voto o si necesita ayuda para obtener una nueva identificación, por favor llame al "Election Protection Hotline" al **1-888-VE-Y-VOTA**.

TSC00006063