# Election Identification Certificate (EIC) Study

I. My Unit is willing to participate in the EIC Study _____(name of Unit)

II. The individual who will visit the DPS office is _____

III. I will have this test completed by _____

IV. Was there a cost associated with acquiring the EIC? ____YES ____NO

V. Did the applicant have a birth certificate? ____YES ____NO

VI. If NO, did the applicant have to purchase a birth certificate? ____YES ____NO

VII. Did the applicant have all the needed identifications? ____YES ____NO

VIII. Which picture identifications was used to get the EIC? (please underline) expired drivers license, current school ID, T card, government ID, expired TX ID

IX. Which two additional identifications were used ? (please underline two ) Social Security card, Medicare or Medicaid card, Voter registration card, government ID card, expired TX ID, valid insurance policy, marriage or divorce decree, school records

VIII. What problem(s) did you encounter with the identifications you provided, if any?_____
_____
_____
_____
_____

IX. How long was your wait? _____ How long was the process? _____

How far was the DPS from the applicant's home_____ miles; You long were you at the office ? _____

Describe the process & requirements _____
_____

X. Was the EIC received? _____YES _____NO

If no, please explain _____
_____


EXHIBIT 9

2:13-cv-193
09/02/2014
DEF0620

TSC00006058