3105 Chacon St, Laredo, TX 78043

1901 NE Bob Bullock Loop, Laredo, TX 78043

via TX-359 E — 7 min
6 min without traffic · Show traffic — 2.9 miles

List all steps — Preview steps

via N Arkansas Ave and TX-400 Spur E/Clark Blvd — 9 min

via Clark Blvd — 9 min



2:13-cv-193
09/02/2014
DEF0624

DEPOSITION EXHIBIT
E.M. 4
Sylvia Kerr, CSR, CRR, RPR, TCRR