# Submission of Background Information
# Author's Statement of Purpose

To: Anna Beth White, Committee Clerk
Senate Committee on State Affairs

Cary Choate, Bill Analysis Coordinator
Senate Research Center

From: Janice McCoy
Senator Fraser

Date: April 27, 2007

re: HB 218 by Rep. Betty Brown

I. **In 500 words or less, please provide a statement of purpose on the proposed legislation.**

Under current law, to vote a regular ballot, voters are only required to present a voter registration certificate to a poll worker. While this practice attempts to ensure that only registered voters receive a regular ballot on Election Day, it leaves a potential loophole for fraud. Individuals are not required to show identification to register to vote. Because of this, it is possible for an unscrupulous individual to submit several falsified voter registration applications and to receive the voter registration certificates for the "fake" individuals. With the current process, no statutory standards exist to verify the identity of individuals at the polling place when they present a voter registration certificate. H.B. 218 modifies provisions requiring a voter to present proof of identification when offering to vote.



Please note that the committee staff and/or the Senate Research Center staff may edit submitted work for grammar and form prior to inclusion in the bill analysis.


2:13-cv-193
09/02/2014
DEF0628

HIGHLY CONFIDENTIAL

TX_00085773

# Submission of Background Information
# Author's Statement of Purpose

II. Please provide additional information on the proposed legislation by answering the following questions:

**a. What is the specific problem being addressed by this legislation?**
Potential for voter fraud

**b. What is the current law on this issue?**
Under current law, to vote a regular ballot, voters are only required to present a voter registration certificate to a poll worker.

**c. How does this legislation address the issue differently from current law?**
This bill would require additional forms of identification in order to vote.

**d. Who do you believe will support this legislation? Why?**
Republicans. They say it will reduce voter fraud.

**e. Who do you believe will oppose this legislation? Why?**
Democrats. They say it will reduce voter turnout among those individuals who typically vote Democratic like the poor and the elderly.

Staff person assigned to this bill: _____Janice McCoy_____

Please note that the committee staff and/or the Senate Research Center staff may edit submitted work for grammar and form prior to inclusion in the bill analysis.

TX_00085774

HIGHLY CONFIDENTIAL