# Submission of Background Information
# Author's Statement of Purpose

To:    Patsy Spaw, Committee Clerk
Senate Committee of the Whole

Amanda Austin, Bill Analysis Coordinator
Senate Research Center

From:  Janice McCoy
Senator Fraser

Date:  February 26, 2009

re:    SB 362 - relating to requiring a voter to present proof of identification

---

**I.**    **In 500 words or less, please provide a statement of purpose on the proposed legislation.**

Under current law, to vote a regular ballot, voters are only required to present a voter registration certificate to a poll worker. While this practice attempts to ensure that only registered voters receive a regular ballot on Election Day, it leaves a potential loophole for fraud. Individuals are not required to show identification to register to vote. Because of this, it is possible for an unscrupulous individual to submit several falsified voter registration applications and to receive the voter registration certificates for the "fake" individuals. With the current process, no statutory standards exist to verify the identity of individuals at the polling place when they present a voter registration certificate. S.B. 362 modifies provisions requiring a voter to present proof of identification when offering to vote.



Please note that the committee staff and/or the Senate Research Center staff may edit submitted work for grammar and form prior to inclusion in the bill analysis.

**2:13-cv-193**
**09/02/2014**
**DEF0630**

HIGHLY CONFIDENTIAL

TX_00085874

# Submission of Background Information
# Author's Statement of Purpose

**II.**    **Please provide additional information on the proposed legislation by answering the following questions:**

    **a. What is the specific problem being addressed by this legislation?**
Potential for voter fraud

    **b. What is the current law on this issue?**
Under current law, to vote a regular ballot, voters are only required to present a voter registration certificate to a poll worker.

    **c. How does this legislation address the issue differently from current law?**
The bill would require additional forms of identification in order to vote.

    **d. Who do you believe will support this legislation?  Why?**
Those groups who believe that elections should be protected to ensure the registered person is who actually shows up at the poll to vote.

    **e. Who do you believe will oppose this legislation?  Why?**
Those groups who claim that a photo identification requirement will reduce voter turnout among the poor and the elderly.

Staff person assigned to this bill: _____ Janice McCoy _____

Please note that the committee staff and/or the Senate Research Center staff may edit submitted work for grammar and form prior to inclusion in the bill analysis.

**TX_00085875**

HIGHLY CONFIDENTIAL