| | |
|---|---|
| **From:** | Janice McCoy |
| **Sent:** | Tuesday, November 09, 2010 8:56 AM |
| **To:** | Logan Spence; Jeff Jeter; Katie Ogden; Casey Kelley; Dave Nelson; Margie McCloskey; Jennifer Fagan; Jonathan Stinson; Ginger Murray; Jason Baxter; Holly Deshields; Noe Barrios |
| **Cc:** | Julia Rathgeber; Bryan Hebert |
| **Subject:** | RE: Voter ID - SB 178 |
| **Attachments:** | 11-8-10 Photo ID Final Final Draft.docx |

Sorry I forgot the attachment yesterday. I was late in leaving to get Ben & Ella and in the rush didn't attach it. The bill language is in TLIS, but here is the attachment as an FYI.

Janice

---

**From:** Janice McCoy
**Sent:** Monday, November 08, 2010 3:50 PM
**To:** Logan Spence; Jeff Jeter; Katie Ogden; Casey Kelley; Dave Nelson; Margie McCloskey; Jennifer Fagan; Jonathan Stinson; Ginger Murray; Jason Baxter; Holly Deshields; Noe Barrios
**Cc:** Julia Rathgeber; Bryan Hebert
**Subject:** Voter ID - SB 178

All –

Attached is the voter ID bill that I just filed.

After a late discussion with the Lt. Governor's office, I deleted SECTION 18 of the draft I sent earlier because of concerns that it might violate the two-subject rule. This section dealt with increased penalties for voter registration fraud not voting. The increased penalties for voter fraud in SECTION 14 are still in the bill.

Let me know if you have any questions,

Thanks,

Janice





2:13-cv-193
09/02/2014
**DEF0633**



HIGHLY CONFIDENTIAL

TX_00090532

By: _____                    S.B. No. ____

A BILL TO BE ENTITLED

1                    AN ACT

2  relating to requirements to vote, including presenting proof of

3  identification; providing criminal penalties.

4      BE IT ENACTED BY THE LEGISLATURE OF THE STATE OF TEXAS:

5      SECTION 1.   Subchapter A, Chapter 15, Election Code, is

6  amended by adding Section 15.005 to read as follows:

7      Sec. 15.005.  NOTICE OF IDENTIFICATION REQUIREMENTS.  (a) The

8  voter registrar of each county shall provide notice of the

9  identification requirements for voting prescribed by Chapter 63 and

10 a detailed description of those requirements with each voter

11 registration certificate issued under Section 13.142 or renewal

12 registration certificate issued under Section 14.001.

13     (b) The secretary of state shall prescribe the wording of the

14 notice to be included on the certificate under this section.

15     SECTION 2.   Subsection (a), Section 15.022, Election Code, is

16 amended to read as follows:

17     (a)  The registrar shall make the appropriate corrections in

18 the registration records, including, if necessary, deleting a

19 voter's name from the suspense list:

20         (1) after receipt of a notice of a change in registration

21 information under Section 15.021;

22         (2) after receipt of a voter's reply to a notice of

23 investigation given under Section 16.033;

24         (3) after receipt of a registration omissions list and

25 any affidavits executed under Section 63.006. [63.001], following

26 an election;

1

HIGHLY CONFIDENTIAL
TX_00090533

1        (4) after receipt of a voter's statement of residence

2   executed under Section 63.0011;

3        (5) before the effective date of the abolishment of a

4   county election precinct or a change in its boundary;

5        (6) after receipt of United States Postal Service

6   information indicating an address reclassification;

7        (7) after receipt of a voter's response under Section

8   15.053; or

9        (8) after receipt of a registration application or change

10  of address under Chapter 20.

11      SECTION 3.  Subchapter A, Chapter 31, Election Code, is amended

12  by adding Section 31.012 to read as follows:

13      Sec.  31.012.  VOTER IDENTIFICATION EDUCATION.  (a)  The

14  secretary of state and the voter registrar of each county that

15  maintains a website shall provide notice of the identification

16  requirements for voting prescribed by Chapter 63 on each entity's

17  respective website.  The secretary of state shall prescribe the

18  wording of the notice to be included on the websites.

19      (b) The secretary of state shall conduct a statewide effort to

20  educate voters regarding the identification requirements for voting

21  prescribed by Chapter 63.

22      SECTION 4.  Section 32.111, Election Code, is amended by

23  adding Subsection (c) to read as follows:

24      (c) The training standards adopted under Subsection (a) must

25  include  provisions  on  the  acceptance  and  handling  of  the

26  identification presented by a voter to an election officer under

27  Section 63.001.

28      SECTION 5. Subsection (a), Section 32.114, Election Code, is

2

HIGHLY CONFIDENTIAL

TX_00090534

1  amended to read as follows:

2      (a) The county clerk shall provide one or more sessions of

3  training using the standardized training program and materials

4  developed and provided by the secretary of state under Section

5  32.111 for the election judges and clerks appointed to serve in

6  elections ordered by the governor or a county authority. Each

7  election judge shall complete the training program. Each election

8  clerk shall complete the part of the training program relating to

9  the acceptance and handling of the identification presented by a

10  voter to an election officer under Section 63.001.

11      SECTION 6.  Chapter 62, Election Code, is amended by adding

12  Section 62.016 to read as follows:

13      Sec. 62.016.  NOTICE OF ACCEPTABLE IDENTIFICATION OUTSIDE

14  POLLING PLACES. The presiding judge shall post in a prominent place

15  on the outside of each polling location a list of the acceptable

16  forms of identification. The notice and list must be printed using

17  a font that is at least 24-point.

18      SECTION 7.  Section 63.001, Election Code, is amended by

19  amending Subsections (b), (c), (d), and (f) and adding Subsection

20  (g) to read as follows:

21      (b) On offering to vote, a voter must present to an election

22  officer at the polling place one form of identification listed in

23  Section 63.0101 [the voter's voter registration certificate to an

24  election officer at the polling place].

25      (c) On presentation of the documentation required by

26  Subsection (b) [a registration certificate], an election officer

27  shall determine whether the voter's name on the documentation

28  [registration certificate] is on the list of registered voters for

3

1   the precinct.

2       (e) If the voter's name is on the precinct list of registered

3   voters and the voter's identity can be verified from the

4   documentation presented under Subsection (b), the voter shall be

5   accepted for voting.

6       (f) After determining whether to accept a voter, an election

7   officer shall return the voter's documentation [registration

8   certificate] to the voter.

9       (g) If the requirements for identification prescribed by

10   Subsection (b) are not met, the voter may be accepted for

11   provisional voting only under Section 63.011. For a voter who is

12   not accepted for voting under this section, an election officer

13   shall:

14          (1) inform the voter of the voter's right to cast a

15   provisional ballot under Section 63.011; and

16          (2) provide the voter with written information, in a form

17   prescribed by the secretary of state, that:

18              (A) lists the requirements for identification;

19              (B) states the procedure for presenting

20   identification under Section 65.0541;

21              (C) includes a map showing the location where

22   identification must be presented; and

23              (D) includes notice that even if all procedures are

24   followed, there is no guarantee a provisional ballot will be

25   accepted.

26       SECTION 8. Subsection (a), Section 63.0011, Election Code, is

27   amended to read as follows:

28       (a) Before a voter may be accepted for voting, an election

4

TX_00090536

1   officer shall ask the voter if the voter's residence address on the

2   precinct list of registered voters is current and whether the voter

3   has changed residency within the county. If the voter's address is

4   omitted for the precinct list under Section 18.005(c), the officer

5   shall ask the voter if the voter's residence, if [as] listed, on

6   identification presented by the voter under Section 63.001(b) [the

7   voter's voter registration certificate] is current and whether the

8   voter has changed residence within the county.

9       SECTION 9. Chapter 63, Election Code, is amended by adding

10  Section 63.0012 to read as follows:

11      Sec. 63.0012. NOTICE OF IDENTIFICATION REQUIREMENTS TO CERTAIN

12  VOTERS. (a) An election officer shall distribute written notice of

13  the identification that will be required to vote in elections held

14  after January 1, 2012, and information on obtaining identification

15  without a fee under Section 521.422, Transportation Code, to each

16  voter who, when offering to vote, presents a form of identification

17  that will not be sufficient for acceptance as a voter under this

18  chapter beginning with those elections.

19      (b) The secretary of state shall prescribe the wording of the

20  notice and establish guidelines for distributing the notice.

21      (c) This section expires September 1, 2013.

22      SECTION 10. Section 63.006, Election Code, is amended to read

23  as follows:

24      Sec 63.006. VOTER WITH REQUIRED DOCUMENTATION [CORRECT

25  CERTIFICATE] WHO IS NOT ON LIST. (a) A voter who, when offering to

26  vote, presents the documentation required under Subsection

27  63.001(b) [a voter registration certificate indicating that the

28  voter is currently registered in the precinct in which the voter is

                                5

HIGHLY CONFIDENTIAL

1  ~~offering to vote~~], but whose name is not on the precinct list of

2  registered voters, shall be accepted for voting if the voter also

3  presents a voter registration certificate indicating that the voter

4  is currently registered:

5  (1) in the precinct in which the voter is offering to

6  vote; or

7  (2) in a different precinct from the one in which the

8  voter is offering to vote and the voter executes an affidavit

9  stating that the voter:

10  (A) (i) is a resident of the precinct in which the

11  voter is offering to vote or is otherwise entitled by law to vote

12  in that precinct; or

13  (ii)was a resident of the precinct in which the

14  voter is offering to vote at the time the information on the

15  voter's residence address was last provided to the voter registrar;

16  (B) did not deliberately provide false information

17  to secure registration in a precinct in which the voter does not

18  reside; and

19  (C) is voting only once in the election.

20  (b) After the voter is accepted, an election officer shall:

21  (1) indicate beside the voter's name on the poll list

22  that the voter was accepted under this section; and

23  (2) if applicable, enter on the registration omissions

24  list the precinct of the voter's registration as indicated by the

25  voter's registration certificate.

26  SECTION 11. Subsection (a), Section 63.009, Election Code, is

27  amended to read as follows:

28  (a) A [~~Except as provided by Subsection (b), a~~] voter who does

6

HIGHLY CONFIDENTIAL

TX_00090538

1   not present a voter registration certificate when offering to vote,

2   and whose name is not on the list of registered voters for the

3   precinct in which the voter is offering to vote, shall be accepted

4   for provisional voting if the voter executes an affidavit in

5   accordance with Section 63.011.

6      SECTION 12. Section 63.0101, Election Code, is amended to read

7   as follows:

8      Sec. 63.0101. DOCUMENTATION OF PROOF OF IDENTIFICATION. The

9   following documentation is an acceptable form [as proof] of photo

10  identification under this chapter:

11      (1) a driver's license or personal identification card

12  issued to the person by the Department of Public Safety that has

13  not expired [or a similar document issued to the person by an

14  agency of another state, regardless of whether the license or card

15  has expired];

16      (2) a United States military identification card that

17  contains the person's photograph that has not expired [form of

18  identification containing the person's photograph that establishes

19  the person's identity];

20      (3) a [birth certificate or other document confirming

21  birth that is admissible in a court of law and establishes the

22  person's identity;

23      [(4)] United States citizenship certificate [papers]

24  issued to the person that contains the person's photograph; or

25      (4) [(5)] a United States passport issued to the person

26  that has not expired [;

27      (6) official mail addressed to the person by name from a

28  governmental entity;

7

HIGHLY CONFIDENTIAL

TX_00090539

1       (7) a copy of a current utility bill, bank statement,

2  government check, paycheck, or other government document that shows

3  the name and address of the voter or

4       (8) any other form of identification prescribed by the

5  secretary of state].

6       SECTION 13. Section 63.011, Election Code, is amended  by

7  amending Subsections (a) and (b) to read as follows:

8       (a)  A  person  to  whom  Section  63.001(g)  [63.008(a)]  or

9  63.009(a) applies may cast a provisional ballot if the person

10  executes an affidavit stating that the person:

11            (1)  is a registered voter in the precinct in which the

12                 person seeks to vote; and

13            (2)  is eligible to vote in the election.

14       (b)  A form for an affidavit required by this section shall be

15  printed on an envelope in which the provisional ballot voted by the

16  person may be placed and must include a space for entering the

17  identification number of the provisional ballot voted by the person

18  [,] and a space for an election officer to indicate whether the

19  person presented a form of identification described by Section

20  63.0101.  The affidavit form may include space for disclosure of

21  any necessary information to enable the person to register to vote

22  under Chapter 13.  The secretary of state shall prescribe the form

23  of the affidavit under this section.

24       SECTION 14. Subsection (b), Section 64.012, Election Code, is

25  amended to read as follows:

26       (b) An offense under this section is a felony of the second

27  [third] degree unless the person is convicted of an attempt.    In

28  that  case,  the  offense  is  a  state  jail  felony  [Class  A

8

HIGHLY CONFIDENTIAL

TX_00090540

1   misdemeanor].

2       SECTION 15. Subsection (b), Section 65.054, Election Code, is

3   amended to read as follows:

4       (b) A provisional ballot shall [may] be accepted [only] if the

5   board determines that, from the information in the affidavit or

6   contained in public records, the person is eligible to vote in the

7   election and has not previously voted in that election and the

8   voter meets the identification requirements of Section 63.001(b) in

9   the period prescribed under Section 65.0541.

10      SECTION 16. Subchapter B, Chapter 65, Election Code, is

11  amended by adding Section 65.0541 to read as follows:

12      Sec.  65.0541  PRESENTATION  OF  IDENTIFICATION  FOR  CERTAIN

13  PROVISIONAL BALLOTS. (a) A voter who is accepted for provisional

14  voting under Section 63.011 because the voter does not meet the

15  identification requirements of Section 63.001(b) may, not later

16  than the sixth day after the date of the election, present proof of

17  identification to the voter registrar for examination by the early

18  voting ballot board.

19      (b)  The  secretary  of  state  shall  prescribe  procedures  as

20  necessary to implement this section.

21      SECTION 17. Section 66.0241, Election Code, is amended to read

22  as follows:

23      Sec. 66.0241. CONTENTS OF ENVELOPE NO. 4. Envelope No. 4 must

24  contain:

25          (1) the precinct list of registered voters;

26          (2) the registration correction list;

27          (3) the registration omission list;

28          (4) any statements of residence executed under Section

9

TX_00090541

1  63.0011; and

2           (5) any affidavits executed under Section 63.006

3  [63.007] or 63.011.

4       SECTION 18. Section 521.422, Transportation Code, is amended

5  by amending Subsection (a) and adding Subsection (d) to read as

6  follows:

7       (a) Except as provided by Subsection (d), the [The] fee for a

8  personal identification certificate is:

9           (1) $15 for a person under 60 years of age;

10          (2) $5 for a person 60 years of age or older; and

11          (3) $20 for a person subject to the registration

12  requirements under Chapter 62, Code of Criminal Procedure.

13      (d) The department may not collect a fee for a personal

14  identification certificate issued to a person who states that the

15  person is obtaining the personal identification certificate for the

16  purpose of satisfying Section 63.001(b)(1), Election Code, and:

17          (1) who is a registered voter in this state and presents

18  a valid voter registration certificate; or

19          (2) who is eligible for registration under Section

20  13.001, Election Code, and submits a registration application to

21  the department.

22      SECTION 19. Effective January 1, 2012, Sections 63.007,

23  63.008, and 63.009(b), Election Code, are repealed.

24      SECTION 20. As soon as practicable after the effective date of

25  this Act:

26          (1) the secretary of state shall adopt the training

27  standards and develop the training materials required to implement

28  the change in law made by this Act to Section 32.111, Election

10

HIGHLY CONFIDENTIAL

TX_00090542

1  Code; and

2      (2) the county clerk of each county shall provide a

3  session of training under Section 32.114, Election Code, using the

4  standards adopted and materials developed to implement the change

5  in law made by this Act to Section 32.111, Election Code.

6  SECTION 21. (a) The change in law made by this Act applies

7  only to an offense committed on or after January 1, 2012. For

8  purposes of this section, an offense is committed before January 1,

9  2012, if any element of the offense occurs before that date.

10     (b) An offense committed before January 1, 2012, is covered by

11  the law in effect when the offense was committed, and the former

12  law is continued in effect for that purpose.

13  SECTION 22. State funds disbursed under Chapter 19, Election

14  Code, for the purpose of defraying expenses of the voter

15  registrar's office in connection with voter registration may also

16  be used for additional expenses related to coordinating voter

17  registration drives or other activities designed to expand voter

18  registration. This section expires January 1, 2013.

19  SECTION 23. Except as provided by Subsection (b) of this

20  section, this Act takes effect January 1, 2012.

21     (b) The changes in law made by Sections 1,3,4,5, 9, 20, and 22

22  of this Act take effect September 1, 2011.

11

HIGHLY CONFIDENTIAL

TX_00090543