| | |
|---|---|
| **From:** | Bryan Hebert |
| **Sent:** | Wednesday, January 26, 2011 10:10 AM |
| **To:** | Ryan LaRue_SC; Jonathan Stinson; Amanda Montagne |
| **Cc:** | Janice McCoy |
| **Subject:** | RE: Amendments |

Let's do it now if possible. I have to be on the floor at 11am. We can meet in my office if that works.

**Bryan Hebert**
Deputy General Counsel
Office of the Lieutenant Governor
512-463-0001

---

**From:** Ryan LaRue_SC
**Sent:** Wednesday, January 26, 2011 10:10 AM
**To:** Jonathan Stinson; Amanda Montagne; Bryan Hebert
**Cc:** Janice McCoy
**Subject:** Amendments

Just spoke with Janice and she would like to meet to discuss all the proposed amendments for the Voter ID Bill. What do your schedules look like?

# Ryan

Ryan LaRue
Committee Director
Senate Committee on Transportation and Homeland Security
Senator Tommy Williams, Chairman
Sam Houston Building, Suite 450
(o) 512.463.0067



1

2:13-cv-193
09/02/2014
**DEF0638**

HIGHLY CONFIDENTIAL

TX_00021301