DRAFT

# DRAFT PROCEDURES FOR
## CONSIDERATION OF SB14, Voter I.D. Bill

### Thursday, January 20, 2011

Governor designates Voter I.D. legislation an emergency pursuant to Constitutional Order of Business.

Coordination with Senator Duncan and staff.

Phone calls to members giving heads up on voter i.d. timeline.

Formal letter to members regarding next week.

### Friday, January 21, 2011

Early morning: post hearings of the C.O.W. for Monday and Tuesday.
Staff meetings to coordinate hearings.
Senator Duncan to circulate procedure resolution draft to key members (?)

### Monday, January 24, 2011

Senate:
    Convene at 1:30pm.
    Usual Senate Business.
    Refer SB 14 to C.O.W.
    Recognize Senator Duncan on resolution outlining procedures for C.O.W.
    Resolve into C.O.W.

C.O.W.:
    Lay out SB14 and recognize Fraser on bill. Member Q&A to follow.
    Invited Testimony.
    Motion to adopt amendment deadline (_a.m. Tuesday morning?).
    Rise and report progress to Senate.

Senate:
    Recess until 8:00am Tuesday morning.



2:13-cv-193  09/02/2014  DEF0640

HIGHLY CONFIDENTIAL

TX_00034561