**From:** Karina Davis
**Sent:** Thursday, January 20, 2011 12:27 PM
**To:** Blaine Brunson; Julia Rathgeber; joshgrobinson@gmail.com Robinson; Mike Walz; Jennifer Fagan; Porter Wilson; Janice McCoy
**Subject:** RE: Announcement

We have a potential game plan.  Jennifer is going to go run it by Duncan and circle back.


-----Original Message-----
From: Blaine Brunson [mailto:blabrunson@yahoo.com]
Sent: Thursday, January 20, 2011 11:48 AM
To: Julia Rathgeber; Karina Davis; joshgrobinson@gmail.com Robinson; Mike Walz; Jennifer Fagan; Porter Wilson; Janice McCoy
Subject: Announcement

Eichler just came by with docs on voter id and fed balanced budget and was headed to file them. He thought govs press release would go out in next 15-20 minutes.

Met with sen Duncan he will chair cow and asked Jennifer to meet with karina on a draft plan and then for them to come meet with him in a few hours.

Relayed that to dhd and he said he would call us after his lunch was over. Prob in next 30 minutes or so.

I am signing some house docs and am available on my cell.

Sent from my iPhone



EXHIBIT
17

2:13-cv-193
09/02/2014
**DEF0641**

HIGHLY CONFIDENTIAL

TX_00204729