**From:** Jonathan Stinson
**Sent:** Monday, January 24, 2011 10:09 AM
**To:** Wroe Jackson
**Subject:** FW: affidavit amendment


Jonathan Stinson
Legislative Director
State Senator Joan Huffman
District 17
P.O. Box 12068
Austin, Texas 78711
512.463.0117
512.463.0639 fax
jonathan.stinson@senate.state.tx.us
www.huffman.senate.state.tx.us

---

**From:** Bryan Hebert
**Sent:** Monday, January 24, 2011 9:37 AM
**To:** Janice McCoy; Jonathan Stinson; Ryan LaRue_SC; Amanda Montagne
**Subject:** affidavit amendment

FYI – There will likely be an amendment offered tomorrow that proposes adding an option to allow a person to vote without a photo ID if the person signs an affidavit stating that they are who they say they are. Several states (LA, ID, MI, OK, SD) have this "fail-safe" option and the DOJ loves it. Indiana, however, does not have it, and the Supreme Court did not deem it necessary.

The argument against adding an affidavit exception is that anyone could forge a signature, vote, and leave undetected. There is no way to trace the forgery back to the person. It basically guts the bill and assumes that criminal penalties are a sufficient deterrent to voter fraud.

**Bryan Hebert**
Deputy General Counsel
Office of the Lieutenant Governor
512-463-0001




2:13-cv-193
09/02/2014
DEF0643

HIGHLY CONFIDENTIAL

TX_00265528