**From:** Janice McCoy
**Sent:** Monday, January 24, 2011 8:01 AM
**To:** Ryan LaRue_SC; Amanda Montagne
**Subject:** FW: '09 SB 362 Hearing Transcript
**Attachments:** '09 SB 362 Hearing Transcript

As requested.

Also, in last year's information there are charts about the number of people with drivers licenses. Might be useful information if DPS can update it. If you don't have it, let me know.

Janice

---

**From:** Jonathan Mitchell [mailto:jonathan.mitchell@oag.state.tx.us]
**Sent:** Sunday, January 23, 2011 7:21 PM
**To:** Janice McCoy
**Subject:** Fw: '09 SB 362 Hearing Transcript



EXHIBIT 20

2:13-cv-193
09/02/2014
DEF0644

HIGHLY CONFIDENTIAL

TX_00079632