| | |
|---|---|
| **From:** | Bryan Hebert |
| **Sent:** | Thursday, January 27, 2011 11:33 AM |
| **To:** | Jonathan Stinson; Janice McCoy; Amanda Montagne; Jennifer Fagan; Ryan LaRue_SC; Wroe Jackson |
| **Subject:** | SB14 bill summary |
| **Attachments:** | VOTE - SB14 - engrossed- summary.docx |

Attached is a summary of SB14 as passed by the senate.

**Bryan Hebert**
Deputy General Counsel
Office of the Lieutenant Governor
512-463-0001



EXHIBIT 23 McCoy

2:13-cv-193
09/02/2014
DEF0647

HIGHLY CONFIDENTIAL

TX_00266555

## VOTER ID BILL SUMMARY
### SB14 (82R engrossed)

### SUMMARY

SB14 would give Texas arguably the strictest photo ID law in the country. A review of the US Supreme Court's approval of Indiana's photo ID law and the DOJ's approval of Georgia's photo ID law indicate that SB14 is likely to be upheld under both constitutional review and Section 5 Voting Rights Act review.

SB14 requires a voter to provide one of six acceptable photo IDs on election day (TX DL, DPS ID card, military ID, passport, citizenship certificate, or CHL), except that there is an opportunity to opt out of the photo ID requirement for people who are over age 70 when the law takes effect or who provide a signature affirming that they are disabled, indigent, or have a religious objection to being photographed and therefore cannot get a photo ID.

If a person does not have acceptable ID on election day, they may cast a provisional ballot and return to the voter registrar within six days with acceptable ID and have their ballot counted.

The criminal penalties for attempting to vote fraudulently are increased.

There are several provisions requiring training of poll workers and notice and education for the public in multiple languages and formats. The education and training efforts begin now, but the new ID requirements will not apply until the 2012 primary election. The Secretary of State has federal HAVA funds available to pay for the education and training efforts.

### SUBSTANTIVE PROVISIONS

- A voter must present an acceptable photo ID on election day:
    (1) TX DL (current or expired no more than 60 days)
    (2) ID card issued by DPS (current or expired no more than 60 days) - *provided free if requested by a voter*
    (3) military ID (current or expired no more than 60 days)
    (4) US passport (current or expired no more than 60 days)
    (5) US citizenship certificate
    (6) CHL (current or expired no more than 60 days)

- *Exception #1*: a voter who is 70 or older on 01/01/12 need only present a voter registration card on election day
- *Exception #2*: a voter who is disabled and has provided a physician certification of the disability to the registrar and received a registration card marked "Photo ID not required" need only present the registration card on election day
- *Exception #3*: indigent people and people with religious objection to being photographed may cast a provisional ballot on election day and return to the registrar within 6 days to sign an affidavit confirming their exempt status

TX_00266556

HIGHLY CONFIDENTIAL

- The name on the ID must be "substantially similar" to the name on the voter list. If a person does not have acceptable ID on election day, they may cast a provisional ballot and return to the voter registrar within six days with acceptable ID and have their ballot counted.

- All election workers must be trained in the new ID requirements. The SOS and counties must provide education and notice in multiple languages to voters, including signs at polling places, written notice included with registration cards, written notice to voters attempting to use unacceptable ID, educational materials on the SOS website, and a statewide education campaign organized by the SOS.

- The criminal penalty for voting fraudulently is increased from a third degree felony to a second degree felony, and the penalty for attempting to fraudulently vote is increased from a Class A misdemeanor to a state jail felony.

HIGHLY CONFIDENTIAL

TX_00266557