## Voter ID Differences

- SEC 1 - Disability Definition - House better, but . . .
- SEC 5 - Voter ID identification target at low-income voters (OAG dislikes)
- SEC 9 - Hochberg amendment . . . Governor veto of HB 1457
- SEC 9 - Davis amendment - Provisional ballot counted . . . SOS says hard to administrate
- SEC 9 - Over 70 as of 1-1-12 exemption (Two class of voters?)
- SEC 9 - Disability exemption (Two class of voters? / If you can make it to polls, why can't you make it to DPS?)
- SEC 9 - Eiland amendment - natural disaster - too broad . . . who leaves without id?
- SEC 9 - Giddings amendment - stolen identity does NOT mean stolen id
- SEC 14 - Tribal ID - too broad and easy to be faked
- SEC 14 - ID approved by state - too broad and easy to be faked
- SEC 15 - Gonzalez amendment - GUTS photo-id at the polling place
- SEC 17 - 6-Day option to cast provisional ballot
  - Senate - exemption for indigent (is it necessary?) / religious (OAG likes)
  - House - bring photo-id back (Senate filed language)
- SEC 18 - Tied to decision in SEC 17
- SEC __ - Lucio amendment - One day temporary ID -- too expensive / easy to fake
- SEC __ - Anchia amendment - Not necessary / too expensive
- SEC __ - Bonnen amendment - Severability (OAG likes)




HIGHLY CONFIDENTIAL

TX_00086577