

OFFICE OF THE GOVERNOR

RICK PERRY
GOVERNOR

## Bill Signing Ceremony

Contact: Janice McCoy

Phone #: 512-463-0124

Bill Number: SB 14

This bill signing will take place on **Friday May 27th** at 10am.

Members are allowed to invite stakeholders and co-authors. Space is limited so please consider this as you invite guests. Please note: These signings are private events, no media will be allowed in the signing ceremony. You are welcome to contact our press office at 463-1826 if you have any questions.

**All guests for the bill signing must be in the hall outside the Governor's Public Reception Room (2S.1) 10 minutes before your scheduled signing time.**

Author: **Troy Fraser**                    Sponsor: **Patricia Harless**

**Invitees Name and Title:**

1. Senator Tommy Williams

2. Borah Van Dormolen, National Committee Woman

3. Johnnie B Rogers (and Linda), SREC District 24

4. Skipper Wallace, RCCA Chairman

5. Melinda Fredricks

6.

*Please return guest list the day before your signing.



Please return completed form to Julie Harker, Office of the Governor, State Capitol Building Room 1S.1, Julie.harker@governor.state.tx.us, or Fax to 475-2211. Call 463-1830 with any questions.

POST OFFICE BOX 12428 AUSTIN, TEXAS 78711 (512) 463-2000 (VOICE)/DIAL 7-1-1 FOR RELAY SERVICES
VISIT WWW.TEXASONLINE.COM THE OFFICIAL WEB SITE OF THE STATE OF TEXAS

HIGHLY CONFIDENTIAL

TX_00086199


2:13-cv-193
09/02/2014
DEF0650