

STATE OF TEXAS
OFFICE OF THE GOVERNOR

RICK PERRY
GOVERNOR

January 20, 2011

Mr. Robert Haney, Chief Clerk
Texas House of Representatives
State Capitol Room 2W.29
Austin, Texas 78701

Dear Mr. Chief Clerk:

Pursuant to his powers as the chief executive officer and governor of the State of Texas, Rick Perry hereby submits the following message to the legislature under Article III, Section 5 of the Texas Constitution declaring the following as an emergency matter:

    Legislation that requires a voter to present proof of identification when voting.

The original copy of this special message is attached to this letter of transmittal.

Respectfully submitted,

*[signature]*

Gregory S. Davidson
Executive Clerk

GSD:gsd

Attachments

*HOUSE OF REPRESENTATIVES 11 JAN 20 AM 11:35*

P. O. Box 12131 • Capitol Station • Austin, Texas 78711


2:13-cv-193
09/02/2014
DEF0651


EXHIBIT 27



### STATE OF TEXAS
### OFFICE OF THE GOVERNOR

## TO THE SENATE AND HOUSE OF REPRESENTATIVES OF THE EIGHTY-SECOND TEXAS LEGISLATURE, REGULAR SESSION:

I, RICK PERRY, Governor of the State of Texas, pursuant to Article III, Section 5, of the Texas Constitution and by this special message, do hereby submit the following emergency matter for immediate consideration to the Senate and House of Representatives of the 82nd Legislature, now convened:

> Legislation that requires a voter to present proof of identification when voting.

Respectfully submitted,



RICK PERRY
Governor

Austin, Texas
January 20, 2011

11 JAN 20 AM 11:35
HOUSE OF REPRESENTATIVES