| | |
|---|---|
| From: | Ann McGeehan [AMcGeehan@sos.state.tx.us] |
| Sent: | Thursday, January 08, 2009 8:55 AM |
| To: | Jennifer Fagan |
| Subject: | FW: # 16775: ID Voter Query |
| Attachments: | ID_sw_counts.xls |

Jennifer, here is the spreadsheet which shows by county the number of ID voters statewide. Let me know if you have any questions.

Ann McGeehan
Director of Elections
Office of the Texas Secretary of State
amcgeehan@sos.state.tx.us
512-463-9871



2:13-cv-193
09/02/2014
DEF0653

HIGHLY CONFIDENTIAL

TX_00204713

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 1 | County Code | County Name | Voter Registration | Voters Whose Identity Has Not Been Confirmed | Percentage |
| 2 | 001 | ANDERSON | 26,067 | 1,907 | 7.32% |
| 3 | 002 | ANDREWS | 8,193 | 622 | 7.59% |
| 4 | 003 | ANGELINA | 46,116 | 3,601 | 7.81% |
| 5 | 004 | ARANSAS | 15,413 | 1,160 | 7.53% |
| 6 | 005 | ARCHER | 6,516 | 145 | 2.23% |
| 7 | 006 | ARMSTRONG | 1,465 | 102 | 6.96% |
| 8 | 007 | ATASCOSA | 23,236 | 1,095 | 4.71% |
| 9 | 008 | AUSTIN | 17,251 | 259 | 1.50% |
| 10 | 009 | BAILEY | 3,757 | 228 | 6.07% |
| 11 | 010 | BANDERA | 14,187 | 670 | 4.72% |
| 12 | 011 | BASTROP | 41,132 | 2,092 | 5.09% |
| 13 | 012 | BAYLOR | 2,716 | 106 | 3.90% |
| 14 | 013 | BEE | 14,835 | 536 | 3.61% |
| 15 | 014 | BELL | 147,927 | 4,635 | 3.13% |
| 16 | 015 | BEXAR | 874,955 | 45,628 | 5.21% |
| 17 | 016 | BLANCO | 6,719 | 343 | 5.10% |
| 18 | 017 | BORDEN | 435 | 5 | 1.15% |
| 19 | 018 | BOSQUE | 11,912 | 1,088 | 9.13% |
| 20 | 019 | BOWIE | 60,302 | 8,212 | 13.62% |
| 21 | 020 | BRAZORIA | 174,372 | 8,203 | 4.70% |
| 22 | 021 | BRAZOS | 85,252 | 10,025 | 11.76% |
| 23 | 022 | BREWSTER | 6,096 | 909 | 14.91% |
| 24 | 023 | BRISCOE | 1,188 | 55 | 4.63% |
| 25 | 024 | BROOKS | 6,357 | 327 | 5.14% |
| 26 | 025 | BROWN | 24,793 | 1,942 | 7.83% |
| 27 | 026 | BURLESON | 10,769 | 300 | 2.79% |
| 28 | 027 | BURNET | 25,442 | 2,987 | 11.74% |
| 29 | 028 | CALDWELL | 19,887 | 1,523 | 7.66% |
| 30 | 029 | CALHOUN | 12,494 | 877 | 7.02% |
| 31 | 030 | CALLAHAN | 8,909 | 116 | 1.30% |
| 32 | 031 | CAMERON | 166,933 | 77,432 | 46.39% |
| 33 | 032 | CAMP | 7,085 | 572 | 8.07% |
| 34 | 033 | CARSON | 4,404 | 17 | 0.39% |
| 35 | 034 | CASS | 17,808 | 490 | 2.75% |
| 36 | 035 | CASTRO | 4,179 | 140 | 3.35% |
| 37 | 036 | CHAMBERS | 22,058 | 1,384 | 6.27% |
| 38 | 037 | CHEROKEE | 27,045 | 1,389 | 5.14% |
| 39 | 038 | CHILDRESS | 3,545 | 212 | 5.98% |
| 40 | 039 | CLAY | 7,921 | 407 | 5.14% |
| 41 | 040 | COCHRAN | 1,846 | 81 | 4.39% |
| 42 | 041 | COKE | 2,502 | 143 | 5.72% |
| 43 | 042 | COLEMAN | 6,170 | 198 | 3.21% |
| 44 | 043 | COLLIN | 429,666 | 24,485 | 5.70% |
| 45 | 044 | COLLINGSWORTH | 1,936 | 88 | 4.55% |
| 46 | 045 | COLORADO | 13,757 | 717 | 5.21% |
| 47 | 046 | COMAL | 69,775 | 6,770 | 9.70% |
| 48 | 047 | COMANCHE | 8,966 | 176 | 1.96% |

HIGHLY CONFIDENTIAL

TX_00204714

|    | A   | B              | C         | D      | E      |
|----|-----|----------------|-----------|--------|--------|
| 49 | 048 | CONCHO         | 1,712     | 124    | 7.24%  |
| 50 | 049 | COOKE          | 23,244    | 398    | 1.71%  |
| 51 | 050 | CORYELL        | 35,981    | 2,956  | 8.22%  |
| 52 | 051 | COTTLE         | 1,201     | 21     | 1.75%  |
| 53 | 052 | CRANE          | 2,473     | 118    | 4.77%  |
| 54 | 053 | CROCKETT       | 2,670     | 115    | 4.31%  |
| 55 | 054 | CROSBY         | 3,860     | 64     | 1.66%  |
| 56 | 055 | CULBERSON      | 1,980     | 70     | 3.54%  |
| 57 | 056 | DALLAM         | 2,952     | 156    | 5.28%  |
| 58 | 057 | DALLAS         | 1,123,758 | 39,062 | 3.48%  |
| 59 | 058 | DAWSON         | 8,087     | 621    | 7.68%  |
| 60 | 059 | DEAF SMITH     | 8,747     | 267    | 3.05%  |
| 61 | 060 | DELTA          | 3,434     | 224    | 6.52%  |
| 62 | 061 | DENTON         | 346,342   | 22,977 | 6.63%  |
| 63 | 062 | DEWITT         | 11,850    | 307    | 2.59%  |
| 64 | 063 | DICKENS        | 1,466     | 125    | 8.53%  |
| 65 | 064 | DIMMIT         | 7,125     | 204    | 2.86%  |
| 66 | 065 | DONLEY         | 2,451     | 49     | 2.00%  |
| 67 | 066 | DUVAL          | 8,888     | 203    | 2.28%  |
| 68 | 067 | EASTLAND       | 10,095    | 514    | 5.09%  |
| 69 | 068 | ECTOR          | 65,675    | 2,237  | 3.41%  |
| 70 | 069 | EDWARDS        | 1,492     | 99     | 6.64%  |
| 71 | 070 | ELLIS          | 82,124    | 11,120 | 13.54% |
| 72 | 071 | EL PASO        | 371,087   | 2,006  | 0.54%  |
| 73 | 072 | ERATH          | 20,491    | 1,162  | 5.67%  |
| 74 | 073 | FALLS          | 9,150     | 417    | 4.56%  |
| 75 | 074 | FANNIN         | 19,178    | 1,554  | 8.10%  |
| 76 | 075 | FAYETTE COUNTY | 15,632    | 574    | 3.67%  |
| 77 | 076 | FISHER         | 2,960     | 147    | 4.97%  |
| 78 | 077 | FLOYD          | 4,415     | 232    | 5.25%  |
| 79 | 078 | FOARD          | 1,052     | 109    | 10.36% |
| 80 | 079 | FORT BEND      | 291,109   | 8,587  | 2.95%  |
| 81 | 080 | FRANKLIN       | 6,438     | 794    | 12.33% |
| 82 | 081 | FREESTONE      | 11,184    | 467    | 4.18%  |
| 83 | 082 | FRIO           | 10,524    | 623    | 5.92%  |
| 84 | 083 | GAINES         | 7,129     | 187    | 2.62%  |
| 85 | 084 | GALVESTON      | 191,078   | 21,342 | 11.17% |
| 86 | 085 | GARZA          | 2,968     | 162    | 5.46%  |
| 87 | 086 | GILLESPIE      | 17,083    | 323    | 1.89%  |
| 88 | 087 | GLASSCOCK      | 727       | 11     | 1.51%  |
| 89 | 088 | GOLIAD         | 5,443     | 471    | 8.65%  |
| 90 | 089 | GONZALES       | 12,515    | 999    | 7.98%  |
| 91 | 090 | GRAY           | 14,255    | 147    | 1.03%  |
| 92 | 091 | GRAYSON        | 71,633    | 4,619  | 6.45%  |
| 93 | 092 | GREGG          | 67,205    | 4,130  | 6.15%  |
| 94 | 093 | GRIMES         | 14,166    | 1,846  | 13.03% |
| 95 | 094 | GUADALUPE      | 71,220    | 4,672  | 6.56%  |
| 96 | 095 | HALE           | 19,952    | 1,746  | 8.75%  |

HIGHLY CONFIDENTIAL

TX_00204715

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 97 | 096 | HALL | 2,147 | 68 | 3.17% |
| 98 | 097 | HAMILTON | 5,693 | 20 | 0.35% |
| 99 | 098 | HANSFORD | 3,055 | 216 | 7.07% |
| 100 | 099 | HARDEMAN | 2,779 | 174 | 6.26% |
| 101 | 100 | HARDIN | 35,247 | 3,193 | 9.06% |
| 102 | 101 | HARRIS | 1,866,152 | 40,194 | 2.15% |
| 103 | 102 | HARRISON | 40,578 | 917 | 2.26% |
| 104 | 103 | HARTLEY | 2,787 | 183 | 6.57% |
| 105 | 104 | HASKELL | 3,871 | 210 | 5.42% |
| 106 | 105 | HAYS | 91,535 | 10,571 | 11.55% |
| 107 | 106 | HEMPHILL | 2,255 | 48 | 2.13% |
| 108 | 107 | HENDERSON | 48,532 | 46,244 | 95.29% |
| 109 | 108 | HIDALGO | 307,491 | 7,084 | 2.30% |
| 110 | 109 | HILL | 21,391 | 1,369 | 6.40% |
| 111 | 110 | HOCKLEY | 13,329 | 408 | 3.06% |
| 112 | 111 | Hood | 32,898 | 1,613 | 4.90% |
| 113 | 112 | HOPKINS | 22,064 | 1,335 | 6.05% |
| 114 | 113 | HOUSTON | 13,497 | 534 | 3.96% |
| 115 | 114 | HOWARD | 16,833 | 880 | 5.23% |
| 116 | 115 | HUDSPETH | 1,539 | 103 | 6.69% |
| 117 | 116 | HUNT | 46,825 | 3,045 | 6.50% |
| 118 | 117 | HUTCHINSON | 15,324 | 320 | 2.09% |
| 119 | 118 | IRION | 1,241 | 39 | 3.14% |
| 120 | 119 | JACK | 4,762 | 269 | 5.65% |
| 121 | 120 | JACKSON | 8,680 | 104 | 1.20% |
| 122 | 121 | JASPER | 20,621 | 652 | 3.16% |
| 123 | 122 | JEFF DAVIS | 1,830 | 151 | 8.25% |
| 124 | 123 | JEFFERSON | 143,693 | 5,287 | 3.68% |
| 125 | 124 | JIM HOGG | 3,890 | 94 | 2.42% |
| 126 | 125 | JIM WELLS | 25,599 | 887 | 3.46% |
| 127 | 126 | JOHNSON | 78,825 | 6,620 | 8.40% |
| 128 | 127 | JONES | 9,763 | 208 | 2.13% |
| 129 | 128 | KARNES | 7,773 | 284 | 3.65% |
| 130 | 129 | KAUFMAN | 55,752 | 2,700 | 4.84% |
| 131 | 130 | KENDALL | 22,990 | 2,059 | 8.96% |
| 132 | 131 | KENEDY | 334 | 25 | 7.49% |
| 133 | 132 | KENT | 646 | 28 | 4.33% |
| 134 | 133 | KERR | 33,143 | 1,257 | 3.79% |
| 135 | 134 | KIMBLE | 2,875 | 131 | 4.56% |
| 136 | 135 | KING | 205 | 34 | 16.59% |
| 137 | 136 | KINNEY | 2,275 | 80 | 3.52% |
| 138 | 137 | KLEBERG | 17,686 | 660 | 3.73% |
| 139 | 138 | KNOX | 2,522 | 123 | 4.88% |
| 140 | 139 | LAMAR | 28,494 | 848 | 2.98% |
| 141 | 140 | LAMB | 8,416 | 438 | 5.20% |
| 142 | 141 | LAMPASAS | 12,352 | 1,076 | 8.71% |
| 143 | 142 | LASALLE | 3,880 | 196 | 5.05% |
| 144 | 143 | LAVACA | 13,109 | 262 | 2.00% |

HIGHLY CONFIDENTIAL

TX_00204716

| A | B | C | D | E |
|---|---|---|---|---|
| 145 144 | LEE | 9,329 | 514 | 5.51% |
| 146 145 | LEON | 10,833 | 730 | 6.74% |
| 147 146 | LIBERTY | 45,652 | 3,026 | 6.63% |
| 148 147 | LIMESTONE | 13,756 | 88 | 0.64% |
| 149 148 | LIPSCOMB | 1,859 | 90 | 4.84% |
| 150 149 | LIVE OAK | 6,989 | 153 | 2.19% |
| 151 150 | LLANO | 13,832 | 781 | 5.65% |
| 152 151 | LOVING | 111 | 2 | 1.80% |
| 153 152 | LUBBOCK | 165,639 | 8,475 | 5.12% |
| 154 153 | LYNN | 3,878 | 261 | 6.73% |
| 155 154 | MADISON | 7,003 | 470 | 6.71% |
| 156 155 | MARION | 7,045 | 461 | 6.54% |
| 157 156 | MARTIN | 2,908 | 167 | 5.74% |
| 158 157 | MASON | 2,856 | 49 | 1.72% |
| 159 158 | MATAGORDA | 20,647 | 850 | 4.12% |
| 160 159 | MAVERICK | 25,616 | 2,902 | 11.33% |
| 161 160 | MCCULLOCH | 5,014 | 292 | 5.82% |
| 162 161 | MCLENNAN | 125,319 | 7,410 | 5.91% |
| 163 162 | MCMULLEN | 727 | 39 | 5.36% |
| 164 163 | MEDINA | 25,373 | 1,655 | 6.52% |
| 165 164 | MENARD | 1,859 | 72 | 3.87% |
| 166 165 | MIDLAND | 70,714 | 4,950 | 7.00% |
| 167 166 | MILAM | 14,009 | 760 | 5.43% |
| 168 167 | MILLS | 3,216 | 169 | 5.25% |
| 169 168 | MITCHELL | 4,520 | 248 | 5.49% |
| 170 169 | MONTAGUE | 12,682 | 249 | 1.96% |
| 171 170 | MONTGOMERY | 236,207 | 8,731 | 3.70% |
| 172 171 | MOORE | 9,362 | 164 | 1.75% |
| 173 172 | MORRIS | 9,342 | 7,980 | 85.42% |
| 174 173 | MOTLEY | 907 | 855 | 94.27% |
| 175 174 | NACOGDOCHES | 32,298 | 2,569 | 7.95% |
| 176 175 | NAVARRO | 27,004 | 4,126 | 15.28% |
| 177 176 | NEWTON | 9,250 | 74 | 0.80% |
| 178 177 | NOLAN | 8,709 | 428 | 4.91% |
| 179 178 | NUECES | 186,200 | 6,362 | 3.42% |
| 180 179 | OCHILTREE | 4,860 | 295 | 6.07% |
| 181 180 | OLDHAM | 1,359 | 125 | 9.20% |
| 182 181 | ORANGE | 49,157 | 1,737 | 3.53% |
| 183 182 | PALO PINTO | 16,611 | 634 | 3.82% |
| 184 183 | PANOLA | 15,522 | 307 | 1.98% |
| 185 184 | PARKER | 70,556 | 3,484 | 4.94% |
| 186 185 | PARMER | 4,723 | 227 | 4.81% |
| 187 186 | PECOS | 7,818 | 346 | 4.43% |
| 188 187 | POLK | 35,780 | 4,163 | 11.63% |
| 189 188 | POTTER | 51,977 | 2,200 | 4.23% |
| 190 189 | PRESIDIO | 5,206 | 489 | 9.39% |
| 191 190 | RAINS | 6,518 | 554 | 8.50% |
| 192 191 | RANDALL | 74,909 | 6,682 | 8.92% |

HIGHLY CONFIDENTIAL

TX_00204717

|  | A | B | C | D | E |
|---|---|---|---|---|---|
| 193 | 192 | REAGAN | 1,864 | 73 | 3.92% |
| 194 | 193 | REAL | 2,416 | 169 | 7.00% |
| 195 | 194 | RED RIVER | 7,883 | 160 | 2.03% |
| 196 | 195 | REEVES | 6,071 | 188 | 3.10% |
| 197 | 196 | REFUGIO | 5,539 | 294 | 5.31% |
| 198 | 197 | ROBERTS | 712 | 19 | 2.67% |
| 199 | 198 | ROBERTSON | 11,318 | 864 | 7.63% |
| 200 | 199 | ROCKWALL | 44,069 | 3,392 | 7.70% |
| 201 | 200 | RUNNELS | 6,692 | 521 | 7.79% |
| 202 | 201 | RUSK | 30,137 | 990 | 3.28% |
| 203 | 202 | SABINE | 7,775 | 262 | 3.37% |
| 204 | 203 | SAN AUGUSTINE | 6,279 | 302 | 4.81% |
| 205 | 204 | SAN JACINTO | 15,078 | 833 | 5.52% |
| 206 | 205 | SAN PATRICIO | 42,463 | 2,088 | 4.92% |
| 207 | 206 | SAN SABA | 3,611 | 239 | 6.62% |
| 208 | 207 | SCHLEICHER | 1,876 | 48 | 2.56% |
| 209 | 208 | SCURRY | 9,557 | 819 | 8.57% |
| 210 | 209 | SHACKELFORD | 2,294 | 168 | 7.32% |
| 211 | 210 | SHELBY | 14,040 | 469 | 3.34% |
| 212 | 211 | SHERMAN | 1,437 | 86 | 5.98% |
| 213 | 212 | SMITH | 119,295 | 23,050 | 19.32% |
| 214 | 213 | SOMERVELL | 5,456 | 171 | 3.13% |
| 215 | 214 | STARR | 27,793 | 2,288 | 8.23% |
| 216 | 215 | STEPHENS | 5,506 | 332 | 6.03% |
| 217 | 216 | STERLING | 873 | 47 | 5.38% |
| 218 | 217 | STONEWALL | 1,093 | 3 | 0.27% |
| 219 | 218 | SUTTON | 2,588 | 46 | 1.78% |
| 220 | 219 | SWISHER | 4,258 | 24 | 0.56% |
| 221 | 220 | TARRANT | 914,265 | 25,355 | 2.77% |
| 222 | 221 | TAYLOR | 74,042 | 2,362 | 3.19% |
| 223 | 222 | TERRELL | 835 | 25 | 2.99% |
| 224 | 223 | TERRY | 7,545 | 288 | 3.82% |
| 225 | 224 | THROCKMORTON | 1,240 | 72 | 5.81% |
| 226 | 225 | TITUS | 15,718 | 988 | 6.29% |
| 227 | 226 | TOM GREEN | 64,828 | 1,487 | 2.29% |
| 228 | 227 | TRAVIS | 613,469 | 25,183 | 4.11% |
| 229 | 228 | TRINITY | 11,224 | 790 | 7.04% |
| 230 | 229 | TYLER | 12,640 | 709 | 5.61% |
| 231 | 230 | UPSHUR | 25,422 | 3,178 | 12.50% |
| 232 | 231 | UPTON | 1,973 | 117 | 5.93% |
| 233 | 232 | UVALDE | 15,901 | 85 | 0.53% |
| 234 | 233 | VAL VERDE | 26,776 | 22,410 | 83.69% |
| 235 | 234 | VAN ZANDT | 31,999 | 2,195 | 6.86% |
| 236 | 235 | VICTORIA | 51,061 | 1,579 | 3.09% |
| 237 | 236 | WALKER | 29,042 | 3,824 | 13.17% |
| 238 | 237 | WALLER | 28,928 | 978 | 3.38% |
| 239 | 238 | WARD | 6,166 | 174 | 2.82% |
| 240 | 239 | WASHINGTON | 21,083 | 1,630 | 7.73% |

HIGHLY CONFIDENTIAL

TX_00204718

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 241 | 240 | WEBB | 103,072 | 1,264 | 1.23% |
| 242 | 241 | WHARTON | 24,211 | 1,379 | 5.70% |
| 243 | 242 | WHEELER | 3,475 | 214 | 6.16% |
| 244 | 243 | WICHITA | 79,160 | 46,837 | 59.17% |
| 245 | 244 | WILBARGER | 8,125 | 139 | 1.71% |
| 246 | 245 | WILLACY | 10,990 | 329 | 2.99% |
| 247 | 246 | WILLIAMSON | 223,427 | 13,857 | 6.20% |
| 248 | 247 | WILSON | 25,780 | 865 | 3.36% |
| 249 | 248 | WINKLER | 3,631 | 9 | 0.25% |
| 250 | 249 | WISE | 36,170 | 2,023 | 5.59% |
| 251 | 250 | WOOD | 27,064 | 4,759 | 17.58% |
| 252 | 251 | YOAKUM | 4,075 | 307 | 7.53% |
| 253 | 252 | YOUNG | 10,920 | 736 | 6.74% |
| 254 | 253 | ZAPATA | 7,254 | 269 | 3.71% |
| 255 | 254 | ZAVALA | 7,792 | 283 | 3.63% |
| 256 | | | | | |
| 257 | | Total | 13,000,605 | 789,037 | 6.07% |

HIGHLY CONFIDENTIAL

TX_00204719