**From:** John Sepehri
**Sent:** Wednesday, February 25, 2009 11:22 AM
**To:** 'Michael Schofield'
**Subject:** FW: bill

---

**From:** John Sepehri
**Sent:** Wednesday, February 25, 2009 11:20 AM
**To:** 'Jennifer Fagan'; Ann McGeehan; Elizabeth Hanshaw Winn
**Subject:** RE: bill

Thanks Jennifer. I think we suggested ID notation legislation for this session but simply to codify our existing "two-step" ID notation practice. I think this bill differs from our existing practice, which I will discuss with Elizabeth and Ann. If someone wants to carry the bill attached to the below e-mail and the Legislature determines the bill is what it would like the procedure to be as a matter of policy, that is the Legislature's prerogative. I just wanted to be clear we didn't request the change to a "one step" ID notation practice (as noted in the memo I sent out on our legislative ideas for this session a few weeks ago).

JS

---

**From:** Jennifer Fagan [mailto:Jennifer.Fagan@senate.state.tx.us]
**Sent:** Wednesday, February 25, 2009 10:39 AM
**To:** Ann McGeehan; Elizabeth Hanshaw Winn
**Cc:** John Sepehri
**Subject:** bill

Attached is another draft bill -- I can't remember if (1) you guys still needed this; and (2) whether this was the correct version.

Jennifer


Jennifer Fagan
Committee Director/General Counsel
Senate Committee on State Affairs
Senator Robert Duncan, Chairman
(512) 463-0380 tele
(512) 463-0342 fax



2:13-cv-193
09/02/2014
DEF0654

HIGHLY CONFIDENTIAL

TX_00040055

By: _____                              __.B. No. _____

A BILL TO BE ENTITLED

1 AN ACT
2 relating to identification requirements for certain first-time
3 voters.
4     BE IT ENACTED BY THE LEGISLATURE OF THE STATE OF TEXAS:
5     SECTION 1.  Section 13.072, Election Code, is amended by
6 amending Subsection (a) and adding Subsections (e) and (f) to read
7 as follows:
8     (a)  Unless the registrar challenges the applicant, the
9 registrar shall approve the application if:
10        (1)  the registrar determines that an application
11 complies with Section 13.002 and indicates that the applicant is
12 eligible for registration; and
13        (2)  except as provided by Subsection (e) or (f), for an
14 applicant who has not included a statement described by Section
15 13.002(c)(8) [13.002(c)(8)(C)], the registrar verifies with the
16 secretary of state:
17            (A)  the applicant's Texas driver's license number
18 or number of a personal identification card issued by the
19 Department of Public Safety; or
20            (B)  the last four digits of the applicant's
21 social security number.
22     (e)  The registrar shall approve the application of an
23 applicant who otherwise meets the qualifications for registration
24 but states on the application that the applicant has not been issued

81R5588 ATP-D                    1

TX_00040047

TEX00040047

```
 1  an identification number described by Section 13.002(c)(8).  The
 2  registrar shall mark the list of registered voters with an
 3  annotation indicating that the voter whose application is approved
 4  under this subsection must provide a document or a copy of a
 5  document described by Section 63.0101 the first time the voter
 6  seeks to vote by appearing for voting in person or applying for a
 7  ballot to be voted by mail.
 8       (f)  If the secretary of state is unable to verify the
 9  applicant's Texas driver's license number, the number of a personal
10  identification card issued to the applicant by the Department of
11  Public Safety, or the last four digits of the applicant's social
12  security number, the voter registrar shall approve the application
13  and mark the list of registered voters with an annotation
14  indicating that the voter whose application is approved under this
15  subsection must provide a document or a copy of a document described
16  by Section 63.0101 the first time the voter seeks to vote by
17  appearing for voting in person or applying for a ballot to be voted
18  by mail.
19       SECTION 2.  Section 18.005(a), Election Code, as amended by
20  Chapters 594 (H.B. 41) and 1295 (S.B. 74), Acts of the 80th
21  Legislature, Regular Session, 2007, is reenacted and amended to
22  read as follows:
23       (a)  Each original and supplemental list of registered
24  voters must:
25            (1)  contain the voter's name, [residence address or
26  substitute post office box address, if required by Section
27  18.0051,] date of birth, and registration number as provided by the
```

TX_00040048

TEX00040048

```
 1  statewide computerized voter registration list;
 2              (2)  contain the voter's residence address, except as
 3  provided by Subsections (b) and (c) or Section 18.0051;
 4              (3)  be arranged alphabetically by voter name; [and]
 5              (4)  contain the notation required by Section 15.111;
 6  and
 7              (5)  identify each voter who failed to provide an
 8  identification number described by Section 13.002(c)(8) and each
 9  voter whose identification number was not able to be verified by the
10  secretary of state with an annotation indicating that the voter
11  must provide a document or a copy of a document described by Section
12  63.0101 the first time the voter seeks to vote.
13        SECTION 3.  (a)  The changes in law made by this Act to
14  Section 13.072, Election Code, apply only to a person who submits an
15  application to register to vote on or after September 1, 2009.
16        (b)  The changes in law made by this Act to Section
17  18.005(a), Election Code, apply only to an election ordered on or
18  after September 1, 2009.
19        SECTION 4.  To the extent of any conflict, this Act prevails
20  over another Act of the 81st Legislature, Regular Session, 2009,
21  relating to nonsubstantive additions to and corrections in enacted
22  codes.
23        SECTION 5.  This Act takes effect September 1, 2009.
```

81R5588 ATP-D                                  3