# Texas Legislature Online
# History

**Bill:** SB 362  **Legislative Session:** 81(R)  **Council Document:** 81R 3524 JRJ-D

**Last Action:** 05/23/2009 H Placed on Major State Calendar

**Caption Version:** House Committee Report
**Caption Text:** Relating to requiring a voter to present proof of identification.

**Author:** Fraser | Estes

**Coauthor:** Nelson | Nichols

**Sponsor:** Smith, Todd

**Cosponsor:**

**Subjects:** Elections--Administration (I0277)
Elections--General (I0310)
Elections--Registration & Suffrage (I0265)
IDENTIFICATION CARDS (S0074)
SECRETARY OF STATE (V0042)

**Senate Committee:** Committee of the Whole Senate
**Status:** Out of committee
**Vote:** Ayes=20  Nays=12  Present Not Voting=0  Absent=0

**House Committee:** Elections
**Status:** Out of committee
**Vote:** Ayes=5  Nays=4  Present Not Voting=0  Absent=0



2:13-cv-193
09/02/2014
**DEF0656**



EXHIBIT
182
McGeehan 9-18-14

**Actions:** (descending date order)
Viewing Votes: Most Recent Senate Vote

| Description | Comment | Date ▼ | Time | Journal Page |
|---|---|---|---|---|
| H Placed on Major State Calendar | | 05/23/2009 | | |
| H Considered in Calendars | | 05/21/2009 | | |
| H Committee report sent to Calendars | | 05/15/2009 | | |
| H Committee report printed and distributed | | 05/14/2009 | 11:53 PM | |
| H Comte report filed with Committee Coordinator | | 05/14/2009 | | 3801 |
| H Reported favorably w/o amendment(s) | | 05/11/2009 | | |
| H Considered in formal meeting | | 05/11/2009 | | |
| H Left pending in committee | | 04/07/2009 | | |
| H Testimony taken/registration(s) recorded in committee | | 04/07/2009 | | |
| H Considered in public hearing | | 04/07/2009 | | |
| H Scheduled for public hearing on . . . | | 04/07/2009 | | |
| H Left pending in committee | | 04/06/2009 | | |
| H Testimony taken/registration(s) recorded in committee | | 04/06/2009 | | |
| H Considered in public hearing | | 04/06/2009 | | |
| H Scheduled for public hearing on . . . | | 04/06/2009 | | |



U.S. EXHIBIT
285
McGeehan 5-31-12

| | Action | Member | Date | Journal |
|---|---|---|---|---|
| H | Referred to Elections | | 03/31/2009 | 1012 |
| H | Read first time | | 03/31/2009 | 1012 |
| H | Received from the Senate | | 03/19/2009 | 805 |
| S | Reported engrossed | | 03/18/2009 | 618 |
| S | Remarks ordered printed | West | 03/18/2009 | 591 |
| S | See remarks | Van de Putte | 03/18/2009 | 589 |
| S | Record vote | | 03/18/2009 | 589 |
| S | Passed | | 03/18/2009 | 589 |
| S | Read 3rd time | | 03/18/2009 | 589 |
| S | Laid before the Senate | | 03/18/2009 | 589 |
| S | Remarks ordered printed | Shapleigh | 03/17/2009 | 521 |
| S | Remarks ordered printed | Williams | 03/17/2009 | 521 |
| S | Record vote | | 03/17/2009 | 521 |
| S | Passed to engrossment as amended | | 03/17/2009 | 521 |
| S | Record vote | | 03/17/2009 | 520 |
| S | Amended | | 03/17/2009 | 520 |
| S | Amendment(s) offered | FA2 Fraser | 03/17/2009 | 520 |
| S | Record vote | | 03/17/2009 | 520 |
| S | Amended | | 03/17/2009 | 520 |
| S | Amendment(s) offered | FA1 Fraser | 03/17/2009 | 519 |
| S | Remarks ordered printed | West | 03/17/2009 | 519 |
| S | Point of order overruled | | 03/17/2009 | 519 |
| S | Point of order | | 03/17/2009 | 519 |
| S | Read 2nd time | | 03/17/2009 | 518 |
| S | Laid before the Senate | | 03/17/2009 | 518 |
| S | Committee report printed and distributed | | 03/12/2009 07:49 PM | |
| S | Record vote | | 03/11/2009 | 464 |
| S | Set as special order | 3/16/09 | 03/11/2009 | 464 |
| S | Co-author authorized | | 03/11/2009 | 442 |
| S | Reported favorably w/o amendments | | 03/11/2009 | 464 |
| S | Testimony taken in committee | | 03/10/2009 | |
| S | Considered in public hearing | | 03/10/2009 | |
| S | Scheduled for public hearing on . . . | | 03/10/2009 | |
| S | Co-author authorized | | 02/23/2009 | 288 |
| S | Referred to Committee of the Whole | | 02/17/2009 | 255 |
| S | Read first time | | 02/17/2009 | 255 |
| S | Filed | | 12/15/2008 | |
| S | Received by the Secretary of the Senate | | 12/15/2008 | |