# Texas Legislature Online
## History

| | | |
|---|---|---|
| **Bill:** SB 14 | **Legislative Session:** 82(R) | **Senate E&E Draft:** 2011S0078-1 |

**Last Action:** 05/27/2011 E See remarks for effective date

**Caption Version:** Enrolled

**Caption Text:** Relating to requirements to vote, including presenting proof of identification; providing criminal penalties.

**Author:** Fraser | Birdwell | Carona | Deuell | Duncan | Eltife | Estes | Harris | Hegar | Huffman | Jackson | Nelson | Nichols | Ogden | Patrick | Seliger | Shapiro | Wentworth | Williams

**Sponsor:** Harless | Taylor, Larry | Pena | Truitt | Smith, Todd

**Cosponsor:** Aliseda | Anderson, Charles "Doc" | Anderson, Rodney | Aycock | Beck | Berman | Bohac | Bonnen | Branch | Brown | Burkett | Button | Cain | Callegari | Carter | Christian | Cook | Craddick | Creighton | Crownover | Darby | Davis, John | Davis, Sarah | Driver | Eissler | Elkins | Fletcher | Flynn | Frullo | Geren | Gonzales, Larry | Gooden | Hamilton | Hancock | Hardcastle | Hilderbran | Hopson | Howard, Charlie | Huberty | Hughes | Hunter | Isaac | Keffer | King, Phil | King, Susan | Kolkhorst | Kuempel | Landtroop | Larson | Laubenberg | Lavender | Legler | Lewis | Madden | Margo | Miller, Sid | Morrison | Murphy | Nash | Orr | Otto | Parker | Patrick, Diane | Paxton | Perry | Phillips | Pitts | Price | Riddle | Ritter | Schwertner | Scott | Sheets | Sheffield | Shelton | Smith, Wayne | Solomons | Taylor, Van | Weber | White | Woolley | Workman | Zedler | Zerwas

**Subjects:** Elections--Administration (I0277)
Elections--General (I0310)
Elections--Registration & Suffrage (I0265)
IDENTIFICATION CARDS (S0074)
SECRETARY OF STATE (V0042)



2:13-cv-193
09/02/2014
DEF0660

**Remarks:** This Act takes effect January 1, 2012, except Sections 3, 5, 6, 7, 11, 22, and 24, take effect September 1, 2011.

**Senate Committee:** Committee of the Whole Senate
**Status:** Out of committee
**Vote:** Ayes=20  Nays=12  Present Not Voting=0  Absent=0

**House Committee:** Voter Identification & Voter Fraud, Select
**Status:** Out of committee
**Vote:** Ayes=6  Nays=2  Present Not Voting=0  Absent=1

**Senate Conferees:** Appointed (04/05/2011) Fraser (Chair) | Birdwell | Huffman | Van de Putte | Williams

**House Conferees:** Appointed (04/08/2011) Harless (Chair) | Aliseda | Bonnen | Truitt | Veasey

**Actions:** (descending date order)
Viewing Votes: Most Recent House Vote | Most Recent Senate Vote

| Description | Comment | Date ▼ | Time | Journal Page |
|---|---|---|---|---|
| E See remarks for effective date | | 05/27/2011 | | |

| | Action | Reference | Date | Page |
|---|---|---|---|---|
| E | Signed by the Governor | | 05/27/2011 | 4526 |
| E | Sent to the Governor | | 05/18/2011 | 2553 |
| H | Signed in the House | | 05/18/2011 | 4181 |
| S | Signed in the Senate | | 05/18/2011 | 2515 |
| S | Reported enrolled | | 05/17/2011 | 2553 |
| S | House adopts conf. comm. report-reported | | 05/17/2011 | 2385 |
| H | Statement(s) of vote recorded in Journal | | 05/16/2011 | 4055 |
| H | Record vote | RV#1128 | 05/16/2011 | 4054 |
| H | House adopts conference committee report | | 05/16/2011 | 4054 |
| H | House adopts resolution to go outside bounds | HR 2020 | 05/16/2011 | 4049 |
| H | Senate adopts conf. comm. report-reported | | 05/09/2011 | 3298 |
| S | Record vote | | 05/09/2011 | 2084 |
| S | Senate adopts conference committee report | | 05/09/2011 | 2084 |
| S | Senate adopts resolution to go outside bounds | SR 935 | 05/09/2011 | 2084 |
| H | Conf. Comm. Report distributed | | 05/05/2011 05:51 PM | |
| S | Conference committee report filed | | 05/04/2011 | 1760 |
| S | House appoints conferees-reported | | 04/11/2011 | 1014 |
| S | House grants request for conf comm-reported | | 04/11/2011 | 1014 |
| H | House appoints conferees | | 04/08/2011 | 1633 |
| H | Statement(s) of vote recorded in Journal | | 04/08/2011 | 1633 |
| H | Record vote | RV#320 | 04/08/2011 | 1632 |
| H | Motion to table prevails | | 04/08/2011 | 1632 |
| H | Motion to instruct conferees | | 04/08/2011 | 1632 |
| H | Statement(s) of vote recorded in Journal | | 04/08/2011 | 1632 |
| H | Record vote | RV#319 | 04/08/2011 | 1631 |
| H | Motion to table prevails | | 04/08/2011 | 1631 |
| H | Motion to instruct conferees | | 04/08/2011 | 1631 |
| H | House grants request for conference committee | | 04/08/2011 | 1631 |
| H | Senate appoints conferees-reported | | 04/06/2011 | 1545 |
| H | Senate requests conference committee-reported | | 04/06/2011 | 1545 |
| H | Senate refuses to concur-reported | | 04/06/2011 | 1545 |
| S | Senate appoints conferees | | 04/05/2011 | 918 |
| S | Senate requests conference committee | | 04/05/2011 | 918 |
| S | Senate refuses to concur | | 04/05/2011 | 918 |
| S | Read | | 04/05/2011 | 918 |
| S | House amendment(s) laid before the Senate | | 04/05/2011 | 907 |
| S | House passage as amended reported | | 03/24/2011 | 759 |
| H | Record vote | RV#156 | 03/24/2011 | 1082 |
| H | Passed | | 03/24/2011 | 1082 |
| H | Read 3rd time | | 03/24/2011 | 1081 |
| H | Reason for vote recorded in Journal | | 03/23/2011 | 1040 |
| H | Record vote | RV#149 | 03/23/2011 | 1039 |
| H | Passed to 3rd reading as amended | | 03/23/2011 | 1039 |

| | | | |
|---|---|---|---|
| H Record vote | RV#148 | 03/23/2011 | 1029 |
| H Amendment tabled | 63-Eiland | 03/23/2011 | 1027 |
| H Record vote | RV#147 | 03/23/2011 | 1026 |
| H Amendment tabled | 62-Strama | 03/23/2011 | 1026 |
| H Point of order withdrawn (amendment) | Rule 11, Section 2 and Rule 11, Section 3 | 03/23/2011 | 1026 |
| H Amendment(s) offered | 62-Strama | 03/23/2011 | 1025 |
| H Record vote | RV#146 | 03/23/2011 | 1025 |
| H Amended | 48-Bonnen | 03/23/2011 | 1025 |
| H Vote reconsidered | | 03/23/2011 | 1025 |
| H Point of order overruled | Rule 4, Section 32(c)(4) | 03/23/2011 | 1024 |
| H Record vote | RV#145 | 03/23/2011 | 1024 |
| H Amendment tabled | 61-Martinez | 03/23/2011 | 1023 |
| H Record vote | RV#144 | 03/23/2011 | 1023 |
| H Amendment tabled | 60-Reynolds | 03/23/2011 | 1022 |
| H Amended | 59-Dutton | 03/23/2011 | 1022 |
| H Record vote | RV#143 | 03/23/2011 | 1022 |
| H Amendment tabled | 58-Anchia | 03/23/2011 | 1021 |
| H Record vote | RV#142 | 03/23/2011 | 1020 |
| H Amendment tabled | 57-Anchia | 03/23/2011 | 1020 |
| H Statement(s) of vote recorded in Journal | | 03/23/2011 | 1020 |
| H Record vote | RV#141 | 03/23/2011 | 1019 |
| H Amendment tabled | 56-Anchia | 03/23/2011 | 1019 |
| H Statement(s) of vote recorded in Journal | | 03/23/2011 | 1019 |
| H Statement of Leg. Intent Recorded in Journal | | 03/23/2011 | 1017 |
| H Record vote | RV#140 | 03/23/2011 | 1018 |
| H Amendment tabled | 55-Veasey | 03/23/2011 | 1016 |
| H Record vote | RV#139 | 03/23/2011 | 1016 |
| H Amendment tabled | 54-Alvarado | 03/23/2011 | 1015 |
| H Amended | 53-Lucio | 03/23/2011 | 1014 |
| H Record vote | RV#138 | 03/23/2011 | 1014 |
| H Amendment tabled | 52-Castro | 03/23/2011 | 1013 |
| H Statement(s) of vote recorded in Journal | | 03/23/2011 | 1013 |
| H Record vote | RV#137 | 03/23/2011 | 1012 |
| H Amendment tabled | 51-Gutierrez | 03/23/2011 | 1012 |
| H Statement of Leg. Intent Recorded in Journal | | 03/23/2011 | 1010 |
| H Record vote | RV#136 | 03/23/2011 | 1011 |
| H Amendment tabled | 50-Raymond | 03/23/2011 | 1009 |
| H Statement(s) of vote recorded in Journal | | 03/23/2011 | 1009 |
| H Record vote | RV#135 | 03/23/2011 | 1008 |
| H Amendment tabled | 49-Alonzo | 03/23/2011 | 1008 |
| H Amended | 48-Bonnen | 03/23/2011 | 1007 |
| H Amendment withdrawn | 47-Alonzo | 03/23/2011 | 1007 |
| H Statement(s) of vote recorded in Journal | | 03/23/2011 | 1007 |
| H Record vote | RV#134 | 03/23/2011 | 1006 |
| H Amendment tabled | 46-Martinez | 03/23/2011 | 1006 |
| H Amended | 45-Anchia | 03/23/2011 | 1005 |
| H Record vote | RV#133 | 03/23/2011 | 1005 |
| H Amendment tabled | 44-Gallego | 03/23/2011 | 1005 |
| H Statement(s) of vote recorded in Journal | | 03/23/2011 | 1005 |

| | | | |
|---|---|---|---|
| H Record vote | RV#132 | 03/23/2011 | 1004 |
| H Amendment tabled | 43-Rodriguez | 03/23/2011 | 1003 |
| H Record vote | RV#131 | 03/23/2011 | 1003 |
| H Amendment tabled | 42-Walle | 03/23/2011 | 1001 |
| H Amendment withdrawn | 41-Anchia | 03/23/2011 | 1001 |
| H Record vote | RV#130 | 03/23/2011 | 1000 |
| H Amendment tabled | 40-Menendez | 03/23/2011 | 1000 |
| H Record vote | RV#129 | 03/23/2011 | 999 |
| H Amendment tabled | 39-Anchia | 03/23/2011 | 998 |
| H Record vote | RV#128 | 03/23/2011 | 997 |
| H Amendment fails of adoption | 38-Burnam | 03/23/2011 | 997 |
| H Record vote | RV#127 | 03/23/2011 | 996 |
| H Amendment fails of adoption | 37-Hernandez Luna | 03/23/2011 | 996 |
| H Record vote | RV#126 | 03/23/2011 | 995 |
| H Amendment tabled | 36-Dutton | 03/23/2011 | 994 |
| H Statement of Leg. Intent Recorded In Journal | | 03/23/2011 | 991 |
| H Record vote | RV#125 | 03/23/2011 | 994 |
| H Amendment tabled | 35-Raymond | 03/23/2011 | 991 |
| H Statement of Leg. Intent Recorded In Journal | | 03/23/2011 | 987 |
| H Record vote | RV#124 | 03/23/2011 | 990 |
| H Amendment tabled | 34-Raymond | 03/23/2011 | 987 |
| H Amendment withdrawn | 33-Dutton | 03/23/2011 | 986 |
| H Amended | 32-Dukes | 03/23/2011 | 986 |
| H Statement(s) of vote recorded in Journal | | 03/23/2011 | 986 |
| H Record vote | RV#123 | 03/23/2011 | 985 |
| H Amendment tabled | 31-Dutton | 03/23/2011 | 985 |
| H Amended | 30-Gonzalez | 03/23/2011 | 984 |
| H Amendment withdrawn | 29-Dutton | 03/23/2011 | 984 |
| H Statement(s) of vote recorded in Journal | | 03/23/2011 | 984 |
| H Record vote | RV#122 | 03/23/2011 | 983 |
| H Amended | 28-Harper-Brown | 03/23/2011 | 982 |
| H Amended | 27-Miles | 03/23/2011 | 982 |
| H Statement of Leg. Intent Recorded In Journal | | 03/23/2011 | 982 |
| H Amended | 26-V. Gonzales | 03/23/2011 | 981 |
| H Record vote | RV#121 | 03/23/2011 | 981 |
| H Amendment tabled | 25-Hernandez Luna | 03/23/2011 | 980 |
| H Record vote | RV#120 | 03/23/2011 | 980 |
| H Amendment tabled | 24-Martinez Fischer | 03/23/2011 | 980 |
| H Record vote | RV#119 | 03/23/2011 | 979 |
| H Amendment tabled | 23-Dutton | 03/23/2011 | 979 |
| H Amendment withdrawn | 22-Gonzalez | 03/23/2011 | 978 |
| H Statement(s) of vote recorded in Journal | | 03/23/2011 | 978 |
| H Record vote | RV#118 | 03/23/2011 | 978 |
| H Amendment tabled | 21-Veasey | 03/23/2011 | 978 |
| H Amended | 20-Alonzo | 03/23/2011 | 977 |
| H Statement(s) of vote recorded in Journal | | 03/23/2011 | 977 |
| H Record vote | RV#117 | 03/23/2011 | 976 |
| H Amendment fails of adoption | 19-Allen | 03/23/2011 | 976 |
| H Statement(s) of vote recorded in Journal | | 03/23/2011 | 976 |

| | | | | |
|---|---|---|---|---|
| H Record vote | RV#116 | | 03/23/2011 | 976 |
| H Amendment tabled | 18-Dutton | | 03/23/2011 | 975 |
| H Record vote | RV#115 | | 03/23/2011 | 975 |
| H Amendment tabled | 17-Dukes | | 03/23/2011 | 974 |
| H Statement of Leg. Intent Recorded in Journal | | | 03/23/2011 | 970 |
| H Record vote | RV#114 | | 03/23/2011 | 974 |
| H Amendment tabled | 16-Raymond | | 03/23/2011 | 970 |
| H Record vote | RV#113 | | 03/23/2011 | 969 |
| H Amendment tabled | 15-Martinez | | 03/23/2011 | 969 |
| H Amendment withdrawn | 14-Raymond | | 03/23/2011 | 968 |
| H Amended | 13-Eiland | | 03/23/2011 | 968 |
| H Record vote | RV#112 | | 03/23/2011 | 967 |
| H Amendment tabled | 12-Dutton | | 03/23/2011 | 967 |
| H Record vote | RV#111 | | 03/23/2011 | 967 |
| H Amendment tabled | 11-Veasey | | 03/23/2011 | 966 |
| H Amended | 10-Y. Davis | | 03/23/2011 | 966 |
| H Statement(s) of vote recorded in Journal | | | 03/23/2011 | 966 |
| H Record vote | RV#110 | | 03/23/2011 | 965 |
| H Amended | 7-Bonnen | | 03/23/2011 | 965 |
| H Statement of Leg. Intent Recorded in Journal | | | 03/23/2011 | 965 |
| H Statement of Leg. Intent Recorded in Journal | | | 03/23/2011 | 963 |
| H Statement(s) of vote recorded in Journal | | | 03/23/2011 | 964 |
| H Record vote | RV#109 | | 03/23/2011 | 964 |
| H Amendment to amendment tabled | 9-Alonzo | | 03/23/2011 | 963 |
| H Record vote | RV#108 | | 03/23/2011 | 962 |
| H Amendment to amendment tabled | 8-Eiland | | 03/23/2011 | 962 |
| H Amendment(s) offered | 7-Bonnen | | 03/23/2011 | 961 |
| H Amendment withdrawn | 6-Y. Davis | | 03/23/2011 | 961 |
| H Amended | 5-Hochberg | | 03/23/2011 | 961 |
| H Amendment withdrawn | 4-Turner | | 03/23/2011 | 960 |
| H Amended | 3-Giddings | | 03/23/2011 | 959 |
| H Amendment withdrawn | 2-Anchia | | 03/23/2011 | 958 |
| H Amendment withdrawn | 1-Anchia | | 03/23/2011 | 958 |
| H Point of order overruled | Article III, Section 49 | | 03/23/2011 | 956 |
| H Point of order overruled | Rule 4, Section 32(c) | | 03/23/2011 | 955 |
| H Point of order overruled | Rule 4, Section 32(c) and Rule 4, Section 32(f) | | 03/23/2011 | 953 |
| H Point of order overruled | Rule 4, Section 11 and Rule 4, Section 12 | | 03/23/2011 | 952 |
| H Point of order overruled | Rule 6, Section 16 | | 03/23/2011 | 951 |
| H Point of order overruled | Rule 6, Section 16 | | 03/23/2011 | 951 |
| H Read 2nd time | | | 03/23/2011 | 951 |
| H Placed on Emergency Calendar | | | 03/23/2011 | |
| H Considered in Calendars | | | 03/21/2011 | |
| H Committee report sent to Calendars | | | 03/21/2011 | |
| H Committee report distributed | | | 03/21/2011 | 09:55 PM |
| H Comte report filed with Committee Coordinator | | | 03/21/2011 | 942 |
| H Reported favorably as substituted | | | 03/21/2011 | |

| | | | |
|---|---|---|---|
| H Committee substitute considered in committee | | 03/21/2011 | |
| H Considered in formal meeting | | 03/21/2011 | |
| H Scheduled for formal meeting on . . . | | 03/21/2011 | |
| H Returned to committee | | 03/21/2011 | 920 |
| H Point of order sustained | Rule 4, Section 32(c) and Rule 4, Section 32(f) | 03/21/2011 | 920 |
| H Amendment(s) offered | 2-Giddings | 03/21/2011 | 919 |
| H Amendment withdrawn | 1-Anchia | 03/21/2011 | 919 |
| H Statement of Leg. Intent Recorded in Journal | | 03/21/2011 | 910 |
| H Laid out as postponed business | | 03/21/2011 | 910 |
| H Postponed | 12:12 PM | 03/21/2011 | 909 |
| H Read 2nd time | | 03/21/2011 | 909 |
| H Placed on Emergency Calendar | | 03/21/2011 | |
| H Considered in Calendars | | 03/15/2011 | |
| H Committee report sent to Calendars | | 03/15/2011 | |
| H Committee report distributed | | 03/15/2011 05:27 PM | |
| H Comte report filed with Committee Coordinator | | 03/15/2011 | 831 |
| H Reported favorably as substituted | | 03/07/2011 | |
| H Committee substitute considered in committee | | 03/07/2011 | |
| H Considered in formal meeting | | 03/07/2011 | |
| H Left pending in committee | | 03/01/2011 | |
| H Testimony taken/registration(s) recorded in committee | | 03/01/2011 | |
| H Committee substitute considered in committee | | 03/01/2011 | |
| H Considered in public hearing | | 03/01/2011 | |
| H Scheduled for public hearing on . . . | | 03/01/2011 | |
| H Referred to Voter Identification & Voter Fraud, Select | | 02/11/2011 | 329 |
| H Read first time | | 02/11/2011 | 329 |
| H Received from the Senate | | 01/27/2011 | 254 |
| S Reported engrossed | | 01/26/2011 | 233 |
| S Record vote | | 01/26/2011 | 146 |
| S Passed | | 01/26/2011 | 146 |
| S Read 3rd time | | 01/26/2011 | 146 |
| S Laid before the Senate | | 01/26/2011 | 146 |
| S Record vote | | 01/26/2011 | 140 |
| S Passed to engrossment as amended | | 01/26/2011 | 140 |
| S Record vote | | 01/26/2011 | 139 |
| S Amended | | 01/26/2011 | 139 |
| S Amendment(s) offered | FA41 Davis | 01/26/2011 | 139 |
| S Record vote | | 01/26/2011 | 139 |
| S Amendment tabled | | 01/26/2011 | 139 |
| S Amendment(s) offered | FA15 Davis | 01/26/2011 | 138 |
| S Record vote | | 01/26/2011 | 138 |
| S Amendment tabled | | 01/26/2011 | 138 |
| S Amendment(s) offered | FA11 Davis | 01/26/2011 | 138 |
| S Record vote | | 01/26/2011 | 138 |

| | | | |
|---|---|---|---|
| S Amended | | 01/26/2011 | 138 |
| S Amendment(s) offered | FA40 Duncan | 01/26/2011 | 137 |
| S Amendment withdrawn | | 01/26/2011 | 137 |
| S Amendment(s) offered | FA39 Davis | 01/26/2011 | 136 |
| S Record vote | | 01/26/2011 | 136 |
| S Amendment tabled | | 01/26/2011 | 136 |
| S Amendment(s) offered | FA38 Davis | 01/26/2011 | 136 |
| S Record vote | | 01/26/2011 | 135 |
| S Amendment tabled | | 01/26/2011 | 135 |
| S Amendment(s) offered | FA37 Davis | 01/26/2011 | 135 |
| S Record vote | | 01/26/2011 | 135 |
| S Amendment tabled | | 01/26/2011 | 135 |
| S Amendment(s) offered | FA36 Davis | 01/26/2011 | 133 |
| S Record vote | | 01/26/2011 | 133 |
| S Amended | | 01/26/2011 | 133 |
| S Amendment(s) offered | FA35 Patrick | 01/26/2011 | 133 |
| S Record vote | | 01/26/2011 | 132 |
| S Amendment tabled | | 01/26/2011 | 132 |
| S Amendment(s) offered | FA34 West | 01/26/2011 | 132 |
| S Record vote | | 01/26/2011 | 132 |
| S Amendment tabled | | 01/26/2011 | 132 |
| S Amendment(s) offered | FA33 West | 01/26/2011 | 132 |
| S Record vote | | 01/26/2011 | 131 |
| S Amended | | 01/26/2011 | 131 |
| S Amendment(s) offered | FA32 Watson | 01/26/2011 | 131 |
| S Record vote | | 01/26/2011 | 131 |
| S Amendment tabled | | 01/26/2011 | 131 |
| S Amendment(s) offered | FA31 Van de Putte | 01/26/2011 | 131 |
| S Record vote | | 01/26/2011 | 130 |
| S Amendment tabled | | 01/26/2011 | 130 |
| S Amendment(s) offered | FA30 Ellis | 01/26/2011 | 130 |
| S Record vote | | 01/26/2011 | 129 |
| S Amendment tabled | | 01/26/2011 | 129 |
| S Amendment(s) offered | FA29 Gallegos | 01/26/2011 | 129 |
| S Record vote | | 01/26/2011 | 129 |
| S Amendment tabled | | 01/26/2011 | 129 |
| S Amendment(s) offered | FA28 Ellis | 01/26/2011 | 128 |
| S Record vote | | 01/26/2011 | 128 |
| S Amendment tabled | | 01/26/2011 | 128 |
| S Amendment(s) offered | FA27 Lucio | 01/26/2011 | 127 |
| S Record vote | | 01/26/2011 | 127 |
| S Amendment tabled | | 01/26/2011 | 127 |
| S Amendment(s) offered | FA26 Gallegos | 01/26/2011 | 127 |
| S Record vote | | 01/26/2011 | 126 |
| S Amendment tabled | | 01/26/2011 | 126 |
| S Amendment(s) offered | FA25 Gallegos | 01/26/2011 | 126 |
| S Record vote | | 01/26/2011 | 126 |
| S Amendment tabled | | 01/26/2011 | 126 |
| S Amendment(s) offered | FA24 Hinojosa | 01/26/2011 | 126 |
| S Record vote | | 01/26/2011 | 125 |
| S Amended | | 01/26/2011 | 125 |
| S Amendment(s) offered | FA23 Lucio | 01/26/2011 | 125 |

| | | | |
|---|---|---|---|
| S Record vote | | 01/26/2011 | 125 |
| S Amendment tabled | | 01/26/2011 | 125 |
| S Amendment(s) offered | FA22 Lucio | 01/26/2011 | 125 |
| S Record vote | | 01/26/2011 | 124 |
| S Amendment tabled | | 01/26/2011 | 124 |
| S Amendment(s) offered | FA21 Davis | 01/26/2011 | 124 |
| S Record vote | | 01/26/2011 | 124 |
| S Amendment tabled | | 01/26/2011 | 124 |
| S Amendment(s) offered | FA20 West | 01/26/2011 | 123 |
| S Record vote | | 01/26/2011 | 123 |
| S Amendment tabled | | 01/26/2011 | 123 |
| S Amendment(s) offered | FA19 Ellis | 01/26/2011 | 123 |
| S Record vote | | 01/26/2011 | 123 |
| S Amended | | 01/26/2011 | 123 |
| S Amendment(s) offered | FA18 Hinojosa | 01/26/2011 | 123 |
| S Record vote | | 01/26/2011 | 122 |
| S Amendment tabled | | 01/26/2011 | 122 |
| S Amendment(s) offered | FA17 Gallegos | 01/26/2011 | 122 |
| S Record vote | | 01/26/2011 | 122 |
| S Amendment tabled | | 01/26/2011 | 122 |
| S Amendment(s) offered | FA16 Van de Putte | 01/26/2011 | 121 |
| S Amendment withdrawn | | 01/26/2011 | 120 |
| S Amendment(s) offered | FA15 Davis | 01/26/2011 | 120 |
| S Record vote | | 01/26/2011 | 120 |
| S Amendment tabled | | 01/26/2011 | 120 |
| S Amendment(s) offered | FA14 Lucio | 01/26/2011 | 119 |
| S Record vote | | 01/26/2011 | 119 |
| S Amendment tabled | | 01/26/2011 | 119 |
| S Amendment(s) offered | FA13 Davis | 01/26/2011 | 119 |
| S Record vote | | 01/26/2011 | 118 |
| S Amendment tabled | | 01/26/2011 | 118 |
| S Amendment(s) offered | FA12 Davis | 01/26/2011 | 118 |
| S Amendment withdrawn | | 01/26/2011 | 118 |
| S Motion withdrawn | | 01/26/2011 | 118 |
| S Motion to table | | 01/26/2011 | 118 |
| S Amendment(s) offered | FA11 Davis | 01/26/2011 | 117 |
| S Record vote | | 01/26/2011 | 117 |
| S Amendment tabled | | 01/26/2011 | 117 |
| S Amendment(s) offered | FA10 Zaffirini | 01/26/2011 | 117 |
| S Vote recorded in Journal | | 01/26/2011 | 117 |
| S Amended | | 01/26/2011 | 117 |
| S Amendment(s) offered | FA9 Hinojosa | 01/26/2011 | 116 |
| S Amendment withdrawn | | 01/26/2011 | 116 |
| S Amendment(s) offered | FA8 Davis | 01/26/2011 | 116 |
| S Record vote | | 01/26/2011 | 116 |
| S Amendment tabled | | 01/26/2011 | 116 |
| S Amendment(s) offered | FA7 Van de Putte | 01/26/2011 | 116 |
| S Amendment withdrawn | | 01/26/2011 | 116 |
| S Amendment(s) offered | FA6 Davis | 01/26/2011 | 116 |
| S Vote recorded in Journal | | 01/26/2011 | 115 |
| S Amended | | 01/26/2011 | 115 |
| S Amendment(s) offered | FA5 Zaffirini | 01/26/2011 | 115 |

| Action | Detail | Date | Journal |
|---|---|---|---|
| S Amendment withdrawn | | 01/26/2011 | 115 |
| S Amendment(s) offered | FA4 Lucio | 01/26/2011 | 115 |
| S Vote recorded in Journal | | 01/26/2011 | 115 |
| S Amended | | 01/26/2011 | 115 |
| S Amendment(s) offered | FA3 Gallegos | 01/26/2011 | 114 |
| S Record vote | | 01/26/2011 | 114 |
| S Amendment tabled | | 01/26/2011 | 114 |
| S Amendment(s) offered | FA2 Davis | 01/26/2011 | 114 |
| S Record vote | | 01/26/2011 | 113 |
| S Amendment tabled | | 01/26/2011 | 113 |
| S Amendment(s) offered | FA1 Watson | 01/26/2011 | 112 |
| S Read 2nd time | | 01/26/2011 | 112 |
| S Rules suspended | | 01/26/2011 | 112 |
| S Motion withdrawn | | 01/26/2011 | 112 |
| S Motion to suspend rules | | 01/26/2011 | 110 |
| S Committee report printed and distributed | | 01/25/2011 09:24 PM | |
| S Reported favorably w/o amendments | | 01/25/2011 | 99 |
| S Record vote | | 01/25/2011 | 99 |
| S Set as special order | | 01/25/2011 | 99 |
| S Testimony taken in committee | | 01/25/2011 | |
| S Considered in public hearing | | 01/25/2011 | |
| S Scheduled for public hearing on . . . | | 01/25/2011 | |
| S No action taken in committee | | 01/24/2011 | |
| S Scheduled for public hearing on . . . | | 01/24/2011 | |
| S Referred to Committee of the Whole | | 01/24/2011 | 54 |
| S Read first time | | 01/24/2011 | 54 |
| S Filed | | 01/12/2011 | |
| S Received by the Secretary of the Senate | | 01/12/2011 | |