TRANSCRIPT OF PROCEEDINGS BEFORE

THE SENATE OF THE STATE OF TEXAS

EIGHTY-SECOND LEGISLATURE

(COMMITTEE OF THE WHOLE SENATE)

AUSTIN, TEXAS



IN RE: §
 §
CONSIDERATION OF §
SENATE BILL 14 §



COMMITTEE OF THE WHOLE SENATE

TUESDAY, JANUARY 25, 2011

BE IT REMEMBERED THAT AT 8:05 a.m., on

Tuesday, the 25th day of January 2011, the above-

entitled matter continued at the Texas State Capitol,

Senate Chamber, Austin, Texas, before the Committee of

the Whole Senate. The following proceedings were

reported by Aloma J. Kennedy, Lorrie A. Schnoor and Kim

Pence, Certified Shorthand Reporters.

VOLUME 2                                        PAGES 20 - 542

2:13-cv-193
09/02/2014

DEF0661

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
 1              SEN. WENTWORTH:  And then you found a new
 2   location on Pat Booker Road out near Randolph Air Force
 3   Base, and my constituents are very pleased with that
 4   improvement and were grateful that that improvement has
 5   been made.
 6              MS. DAVIO:  Thank you so much.
 7              SEN. WENTWORTH:  Thank you.
 8              MS. DAVIO:  I appreciate that.  It's nice
 9   to hear a good story.
10              SEN. WENTWORTH:  You bet.
11              CHAIRMAN DUNCAN:  Thank you, Senator
12   Wentworth.
13              Are there any other questions of the
14   resource witness?
15              (No response)
16              CHAIRMAN DUNCAN:  All right.  Thank you
17   very much, Ms. Davio.
18              MS. DAVIO:  Uh-huh.
19              CHAIRMAN DUNCAN:  All right.  The Chair
20   calls Ann McGeehan, Secretary of State's Office.  If
21   you'll state your name and who you represent, please.
22              TESTIMONY BY ANN McGEEHAN
23              MS. McGEEHAN:  Ann McGeehan, and I'm
24   Director of Elections in the Texas Secretary of State's
25   Office.
```

CONSIDERATION OF SENATE BILL 14 1/25/2011

1    CHAIRMAN DUNCAN:  All right.  Thank you,
2  Ms. McGeehan.

3    The Chair recognizes Senator Davis.

4    QUESTIONS FROM SENATE FLOOR

5    SEN. DAVIS:  Hello.  Good evening.  Thank
6  you so much for being here with us to provide answers
7  for our questions.  I know you've had a long day.

8    I just want to ask you a few questions
9  about the current state of voter education as its taking
10  place today in the Secretary of State's Office.  Can you
11  describe for us the use of the HAVA funds and how those
12  are currently being used today?

13    MS. McGEEHAN:  We received -- when
14  Congress passed the Help America Vote Act, the state of
15  Texas received a set amount of funds.  And pursuant to
16  the Help America Vote Act, there are certain purpose
17  areas that we can use those funds for, and one of the
18  purpose areas is voter education.  So since two -- we
19  have conducted three statewide education -- voter
20  education programs, one in 2006, one in 2008 and one in
21  2010 using those federal dollars.  And they have been --
22  we've worked with a public education firm to do
23  research, and then they develop creative material.  We
24  run PSAs on TV, radio.  In this last cycle, 2010, we
25  used the Internet quite a bit as well.

1    SEN. DAVIS: And how many people do you
2  think you reach through your voter education efforts
3  right now? And how much have each of those cycles of
4  voter education effort cost?

5    MS. McGEEHAN: The average cost is about
6  $3 million for each one, around that amount. As far as
7  the number of people we've touched through the campaign,
8  we do have some reports on that. I don't have that
9  number at my fingertip, but we have a report for each
10  one of the voter education campaigns that talks a little
11  bit about the effectiveness and how many people saw the
12  media spots and things of that nature.

13    SEN. DAVIS: And are the Help America Vote
14  Act funds funds that are continually given to the state
15  from the federal government, or was it a one-time
16  disbursement that's been used over the course of those
17  three cycles?

18    MS. McGEEHAN: It was authorized in that
19  one bill. We've received it in about three or four
20  separate payments. We don't contemplate that we're
21  going to be receiving any more.

22    SEN. DAVIS: And what was the total amount
23  that was given to Texas?

24    MS. McGEEHAN: Let me grab that. The
25  total amount for all the purpose areas is $224,092,477.

1           SEN. DAVIS:  That's the amount that was
2   given to the state of Texas?
3           MS. McGEEHAN:  Yes.
4           SEN. DAVIS:  Okay.  And so of that amount,
5   how much have we spent so far?
6           MS. McGEEHAN:  Let's see here.  We -- I
7   think we have spent $177,798,488.
8           SEN. DAVIS:  Okay.  And you described
9   spending about $3 million over the last three two-year
10  cycles.  How have we spent the balance of that?
11          MS. McGEEHAN:  Well, I mean, the bulk of
12  the money or about half of the money went to counties to
13  obtain HAVA compliant voting systems, electronic voting
14  systems that made -- that complied with HAVA and allowed
15  disabled voters to vote independently.  So let's see.
16  $140 million went to the counties for that purpose.
17          The other program areas are for developing
18  a statewide voter registration system.  We've spent
19  25 million on that.  And then as far as the
20  administrative expenses, we've spent about 2.8 million
21  on that.  For voter education, we've spent 9.5 million
22  so far.
23          SEN. DAVIS:  And what are the -- setting
24  aside the requirements of the bill that's being
25  introduced today, what are the intended plans for the

1  balance of that money?  Were this bill not to come

2  forward to your department, what would the intended use

3  for those funds be?

4       MS. McGEEHAN:  I can't speak necessarily

5  for, you know, exactly what would be done in the next

6  general election cycle, but I would contemplate we would

7  do another statewide voter education program in 2012,

8  and if funds remained in 2014.

9       SEN. DAVIS:  Is there a plan for ongoing

10  capital expenditures as you talked about, which was the

11  use of the bulk of the funds that we've received so far?

12       MS. McGEEHAN:  Yeah.  There are --

13  there's 24 -- roughly $24 million left in the -- in the

14  purpose area for grants to counties to obtain voting

15  equipment.

16       SEN. DAVIS:  Okay.  And so after you take

17  out that 24 million, what will the balance be that

18  remains for voter education efforts?

19       MS. McGEEHAN:  Well, that's -- that's

20  already frozen as far as the -- in order to draw down

21  those funds, the state had to submit a state plan.  We

22  had to meet with stakeholders, publish in the Register

23  and submit it to the Election Assistance Commission.

24  And so pursuant to that state plan, we had to define how

25  we were going to spend the money, and so these -- the

CONSIDERATION OF SENATE BILL 14 1/25/2011

1    budget that I discussed is following that state plan.

2                SEN. DAVIS:  Okay.  And under that state

3    plan right now, what portion of funding remains for

4    voter education?

5                MS. McGEEHAN:  For voter -- okay.  And

6    actually to be more precise, what the -- the purpose

7    area for voter education is for voter education and also

8    for election official and poll worker training; that's

9    grouped.  And the amount remaining is between 5 and

10   $7 million.

11               SEN. DAVIS:  Okay.  And that is expected

12   to extend us or to take us through the next how many

13   years under that plan?

14               MS. McGEEHAN:  It will -- again, it's

15   going to depend how extensive our next few voter

16   education programs are because that's what the bulk of

17   the money has been spent on, voter education programs.

18   The average is about 3 million.  So I guess the hope

19   might be for at least two other statewide voter

20   education programs.

21               SEN. DAVIS:  Okay.  And I'm sure you've

22   seen the fiscal note that was a part of this bill.  And

23   by the way, I think it would be very helpful if you

24   would enter that state plan into the record as an

25   exhibit for our further use.

CONSIDERATION OF SENATE BILL 14 1/25/2011

1          I'm sure you've seen the fiscal note that
2  came as a part of this bill in terms of the expected
3  expenditures.  Part of that note talks about a fiscal
4  impact that's related to researching and developing ways
5  to inform the public of the new ID requirements.  That's
6  $.5 million expenditure, an additional cost of
7  1.5 million for media advertisements, television, radio,
8  print and Internet.  That's specifically to educate
9  voters about the new requirements under this bill.
10          What will go undone that's currently in
11  the state plan -- if we take 2 million of the 5 million
12  remaining, what will go undone that's currently in the
13  state plan in terms of voter education effort?
14          MS. McGEEHAN:  I don't know that I have an
15  exact answer to that.  If we're able to incorporate the
16  new voter ID requirements that would be required by this
17  bill into a voter education program, then maybe we
18  wouldn't need 2 million just for the voter ID.  We could
19  parlay that into the -- basically the voter education
20  campaigns that we've done or the voter education
21  programs have been to educate voters on the basic rights
22  on how to vote, what you need to vote.  So it may not be
23  such an extension to incorporate these new requirements
24  for voter ID, or they may.  I mean, depending on the
25  research that we get back from stakeholders and whatnot,

CONSIDERATION OF SENATE BILL 14 1/25/2011

1  but it's hard for me to say today exactly how much that

2  may take away from future voter education efforts.

3            SEN. DAVIS:  When was the last time in the

4  state of Texas we made any changes of significance to

5  the voter rules?

6            MS. McGEEHAN:  Probably the -- when we had

7  to implement the federal Help America Vote Act.  That's

8  when provisional voting became a requirement.  There

9  were significant changes to voter registration as to

10  what's required to become a registered voter, and that's

11  why we have these HAVA dollars for voter education.

12            SEN. DAVIS:  And that began in '06.

13  Correct?

14            MS. McGEEHAN:  Correct.

15            SEN. DAVIS:  Okay.  In '06, the Texas

16  voter registration application form changed in

17  accordance with those requirements, it's my

18  understanding, and that's when we began to collect this

19  data that requested a driver's license number or a

20  social security number.  Is that's correct?

21            MS. McGEEHAN:  That's correct.

22            SEN. DAVIS:  Okay.  So we have data, I

23  guess, only from '06, and that would -- would that only

24  be then for new registrants from '06?  If I had already

25  registered to vote prior to that, you wouldn't have that

443

CONSIDERATION OF SENATE BILL 14 1/25/2011

1  information from me.

2                    MS. McGEEHAN:  That's right.

3                    SEN. DAVIS:  Correct?

4                    MS. McGEEHAN:  That's right.  It was

5  voluntary before.  So we have some TDLs and SSN numbers

6  from -- but it wasn't required until 2006.

7                    SEN. DAVIS:  So we've been able to gather

8  that information from that point in time for people who

9  are newly registering to vote in the state of Texas.  Of

10 that group, how many people or what percentage of people

11 are answering one or both of those questions in response

12 to No. 8 versus signing the attestation clause in

13 Section No. 9?

14                    MS. McGEEHAN:  Are you asking the number

15 of --

16                    SEN. DAVIS:  Let me -- let me break it

17 down better.

18                    MS. McGEEHAN:  Okay.  Okay.

19                    SEN. DAVIS:  So under Question No. 8, what

20 percentage of people currently, who are requesting a

21 voter registration card, who are filling out the

22 application starting in '06 with this new form, what

23 percentage of people are providing their Texas driver's

24 license in response to the questions on the application?

25                    MS. McGEEHAN:  Okay.  I don't have the

CONSIDERATION OF SENATE BILL 14 1/25/2011

1  percent number, but the actual number is 2.3 million
2  since 2006. Since January 1, 2006 through December 31,
3  2010, 2.3 million, when they registered, provided their
4  driver's license number.

5           SEN. DAVIS: What's the total number of
6  applications in that time period?

7           MS. McGEEHAN: And the total number -- I
8  think it's going to be just under 3 million, and I'm
9  doing math on the fly. I might have to -- I'd prefer to
10  give that --

11           SEN. DAVIS: Can you provide that
12  information --

13           MS. McGEEHAN: Yes.

14           SEN. DAVIS: -- to us?

15           MS. McGEEHAN: Yes.

16           SEN. DAVIS: That would be appreciated.

17           So what's the number of people who are not
18  filling out either the driver's license number or the
19  social security number in Section 8 but instead are
20  going to Section 9 and signing the attestation clause of
21  Section 9?

22           MS. McGEEHAN: And that's the attestation
23  clause saying they have not been issued either form of
24  ID?

25           SEN. DAVIS: (Nodded)

CONSIDERATION OF SENATE BILL 14 1/25/2011

1       MS. McGEEHAN:  Yeah, that number is
2   34,506.
3       SEN. DAVIS:  Okay.  Do we have any -- any
4   estimate of the number of people who are currently
5   registered today?  If we've only been gathering that
6   information since 2006, do we have any kind of an
7   estimate of the number of people who are currently
8   registered to vote today who do not have a driver's
9   license number to provide?
10      MS. McGEEHAN:  Well, if we -- if we look
11  at our entire statewide file, we have 5.2 million voters
12  that did provide a driver's license number or an ID
13  number.  We have 2.1 million voters that present -- that
14  provided a social security number.  4 million of them
15  provided both.  And then the numbers that have
16  neither -- or the voters that hadn't provided either one
17  is 690,887.  So it doesn't necessarily mean that those
18  people haven't been issued, but they didn't -- either
19  they don't have those numbers or they registered before
20  it was required, and so they didn't provide them when
21  they registered if it was pre-2006.
22      SEN. DAVIS:  But the question wasn't
23  asked.  It was -- I guess as you said, you could
24  voluntarily provide that information prior to '06.
25      MS. McGEEHAN:  Well, it was asked, but it

CONSIDERATION OF SENATE BILL 14 1/25/2011

1  was optional.  It was on the form.

2          SEN. DAVIS:  Uh-huh.  Okay.  So we really

3  don't know how many of that group were answering the

4  question voluntarily because they have the number versus

5  those who were not answering it, not because they chose

6  to, but because they did have their driver's license

7  number?

8          MS. McGEEHAN:  Yes, you are correct.

9  That's right.

10         SEN. DAVIS:  So when we're putting

11  together an estimate of what the cost to educate our

12  voters is going to be and when we think about how

13  significant the changes are that are addressed in this

14  bill, what's your -- what's your process been to try to

15  determine how many people will be impacted and what that

16  voter education is going to need to look like?

17         MS. McGEEHAN:  Well, we -- I mean, to be

18  very honest, we haven't done much planning yet.  We

19  prepared this fiscal note on Friday.  That would be

20  obviously a very important component is trying to

21  identify who the appropriate audiences are, who you need

22  to get the information out to.

23         Senator Williams had approached us earlier

24  today to see if we could do some comparisons to try and

25  further focus in on who those registered voters are that

CONSIDERATION OF SENATE BILL 14 1/25/2011

1   don't have -- or have not been issued a driver's license
2   or a personal ID number. So we're trying to run some of
3   those numbers right now.

4           SEN. DAVIS: I guess a confusion for me is
5   how we came up with the $2 million fiscal note for that
6   and yet we don't really know, as you said a moment ago
7   we don't really know how many people will be impacted by
8   it and what that statewide voter education effort is
9   going to need to look like. So where did the $2 million
10   number come from?

11           MS. McGEEHAN: Well, the $2 million number
12   came from the way the bill is written because the bill
13   simply says "a statewide voter education effort." So
14   there's not too much detail in the bill as to what's
15   required. Our assumption is that our previous voter
16   education programs might be the model, and they've been
17   around 3 million. And plus, we also noticed that last
18   session the Senate put a $2 million fiscal note on it.
19   So we thought, well, maybe that's some representation of
20   legislative intent as to what an appropriate voter
21   education program might cost, but --

22           SEN. DAVIS: So we've had voter education
23   efforts in the past that have cost about $3 million each
24   time we've engaged in the voter education effort. We're
25   talking today about making some sweeping changes to

CONSIDERATION OF SENATE BILL 14 1/25/2011

1  what's required in order to vote in the state of Texas.
2  Why is the number to educate -- on such a sweeping
3  change for what will likely be a much larger group of
4  impacted people in the state of Texas, why is that
5  number so much lower than the $3 million number that's
6  currently being spent for voter education?

7          MS. McGEEHAN:  Well, if the -- if a
8  $2 million program is added into an existing $3 million
9  program, then you've got a $5 million program.  I mean,
10  our voter education under HAVA is directed to all
11  registered voters.  And so, you know, a new voter -- a
12  new photo ID requirement would also need to be directed
13  to all registered voters because it's a change for all
14  voters.

15          SEN. DAVIS:  So we're talking about -- I'm
16  sorry to interrupt you.  We're talking a $2 million
17  addition to the $3 million that was already intended for
18  voter education in this next two-year cycle.

19          MS. McGEEHAN:  Possibly, possibly.  I
20  mean, we -- you know, we've got a communications
21  director that would have some input on that.  This
22  fiscal note represented what we thought might be a
23  reasonable fiscal note.  If we have, you know,
24  legislative direction to take it a different way or do
25  additional outreach, that's fine.  But based on the way

 1   the bill was written and based on the fiscal note filed
 2   last time, we thought that was a reasonable number.
 3             SEN. DAVIS:  So let's say we spend about a
 4   total of $5 million in the next two years with our
 5   intended voter education effort that's already been
 6   planned and with an additional cost for educating on the
 7   requirements of this proposed new law.  That's about the
 8   balance of the voter education fund right now.  Is that
 9   correct?
10             MS. McGEEHAN:  Well, it's about -- we've
11   spent 9 million.  I think the balance -- yeah, the
12   balance is between 5 and 7 million.  That's correct.
13             SEN. DAVIS:  Okay.  So that will take us
14   through about what -- how long of a period of time will
15   that take us through?
16             MS. McGEEHAN:  If we used 5 million to do
17   a voter -- a general voter education plan and then
18   another 2 million to do a detailed photo -- photo
19   identification plan, that might -- that might use it up.
20             SEN. DAVIS:  And if it uses it up, what
21   will we do in future years to educate our voters about
22   these requirements?
23             MS. McGEEHAN:  Well, frankly -- I mean,
24   state law has never appropriated state funds to educate
25   voters.  So, you know, these federal funds have been

CONSIDERATION OF SENATE BILL 14 1/25/2011

1   really nice to have them to do that.  We never had that
2   kind of funding before.  So if there's a desire to do
3   voter education programs of this -- of this type, then
4   we would need state appropriation.

5            SEN. DAVIS:  So these federal funds will
6   take us basically through a one-time voter education
7   drive on the requirements of this new law, but it's not
8   going to take us further than that?

9            MS. McGEEHAN:  Not if we use it all,
10  not -- it could possibly use up the remainder of the
11  voter education funds.

12           SEN. DAVIS:  Okay.  So we've talked about
13  the voter education.  Talk to us a little bit about the
14  costs of training the poll workers and the registrars.

15           MS. McGEEHAN:  We currently have several
16  training programs for -- well, we have training programs
17  for the county election officials and then other
18  training programs for the poll workers.  We have an
19  online training program.  We have a video.  We have
20  handbooks.  So we would have to update all of those --
21  all those different formats of training.

22           SEN. DAVIS:  And what's the anticipated
23  costs for updating all those forms of training?

24           MS. McGEEHAN:  We don't usually put a
25  fiscal note when there's a change in state law and we

CONSIDERATION OF SENATE BILL 14 1/25/2011

1   have to change and update training like that because at
2   least it's always been considered that is part of our
3   mandate in election administration.  So when we get
4   appropriation under the election administration
5   umbrella, our statutory mandate is to train and assist
6   election authorities.

7           SEN. DAVIS:  And what's happened to
8   your -- your budget, not only in this current biennium
9   that we're in, but the proposed budget going forward?

10          MS. McGEEHAN:  We're still digesting that
11  as far as on the House side.  I don't know about the
12  Senate side yet.  But on the House side, I believe we
13  took about a 14.5 percent budget reduction on the
14  House -- HB 1 bill.

15          SEN. DAVIS:  So we're talking about a
16  fairly dramatic budget cut for your agency while at the
17  same time we are talking about adding some very
18  significant requirements in terms of the changes that
19  you would need to make to your training programs and
20  materials for purposes of educating election workers and
21  county administrators on the new rules that would be
22  implemented in this bill?

23          MS. McGEEHAN:  That's correct.

24          SEN. DAVIS:  And there's no fiscal note
25  currently estimated for what that cost might be?

CONSIDERATION OF SENATE BILL 14 1/25/2011

1          MS. McGEEHAN:   It's my understanding that
2     when we've been asked to prepare fiscal notes for these
3     kinds of issues, we have not added a fiscal impact for
4     something that's already a statutory duty.  As we
5     analyze HB 1, maybe we're going to have to revise that,
6     but at least our standing policy was if it was a
7     statutory duty that we're already charged to do, that we
8     don't put an additional fiscal note on it.

9          SEN. DAVIS:   Are you concerned that you're
10    going to find yourselves fairly flatfooted in terms of
11    not being prepared with the resources that you need, to
12    train election workers and to train county
13    administrators on the requirements of this new law
14    facing the budget cuts that you're facing without a
15    fiscal note that's going to add resources to your
16    department for purposes of carrying out these
17    requirements?

18         MS. McGEEHAN:   I think all state agencies
19    in the state have concerns about providing the services
20    they are charged to provide in light of significant
21    budget cuts.  But on the issue of training, the analysis
22    was that that was not going to cost anything additional
23    as to what we've already been appropriated.

24         SEN. DAVIS:   And do you agree with that,
25    that it's not going to cost anything additional for your

453

CONSIDERATION OF SENATE BILL 14 1/25/2011

1 agency to provide the training for the significant

2 changes in the law that will be imposed if this bill is

3 passed into law?

4         MS. McGEEHAN: Well, after every session,

5 we have to change all our materials. And, you know,

6 maybe I can talk to our fiscal officer and maybe we'll

7 start putting in fiscal notes for these kinds of things,

8 but it has been our policy not to add a fiscal note for

9 something we're currently doing under state law and

10 funded for.

11         SEN. DAVIS: And so the change in

12 materials is all that would occur? If I'm an election

13 worker in the state of Texas and I'm facing some pretty

14 significant changes -- and I have to tell you I've read

15 this bill numerous times, and I'm still confused in

16 terms of what it would require of me as an election

17 worker. Is that the only costs that we assume will be

18 incurred, is the cost of the change of the material?

19 Isn't there some training -- active training that has to

20 occur to be able to make sure that the election workers

21 and the county administrators who are tasked with

22 carrying out this new law will understand exactly what's

23 expected of them in terms of its implementation?

24         MS. McGEEHAN: We do -- we do, I think,

25 pretty extensive training right now. I mean, in an odd

CONSIDERATION OF SENATE BILL 14 1/25/2011

1  numbered year, we hold four seminars, and we have very
2  good attendance from our county election officials.  So
3  I would be certain that our August county election
4  official seminar will be heavily -- if this passes will
5  heavily emphasize these new rules.

6           To go back to the federal funds, which we
7  know are limited, the grant for voter education also
8  includes election official training and poll worker
9  training.  So if there are any remaining HAVA dollars in
10 that category that we don't use on voter education, we
11 could perhaps use to additional -- to develop additional
12 training materials.

13          SEN. DAVIS:  Yes, and we talked about that
14 a moment ago, and you did state on the record that that
15 category of 5 to $7 million that's remaining is the
16 entirety of the federal resource that you have available
17 to you right now, both for voter education and for
18 training purposes.  And we've also talked about the fact
19 that the expectation and the demand on that particular
20 fund for public education is going to take the
21 significant balance that remains there.  Correct?

22          MS. McGEEHAN:  Right.  Well, just to be
23 clear, the remaining balance in the HAVA is all we have
24 for voter education, but there are some state funds -- I
25 don't think it's a lot -- but that would go towards

CONSIDERATION OF SENATE BILL 14 1/25/2011

1   updating handbooks and video and things likes that that

2   we normally produce as training materials.

3              SEN. DAVIS:  When the Help America Vote

4   Act was implemented and in '06, as you said, that was

5   the first significant change that's been made or it's

6   the most recent significant change that's been made in

7   election laws in the state of Texas in terms of the

8   requirements of your agency and the training of your

9   agency, did the costs that your agency realize as a

10  result of the training component for HAVA increase as a

11  result of those new requirements?

12             MS. McGEEHAN:  We -- what we did do was

13  develop an online training component.  So we used a

14  portion of the HAVA dollars to develop an online

15  training component, which was in addition to our other

16  training.  I could get -- I don't know the cost of that,

17  but I could get you the cost.

18             SEN. DAVIS:  It would be a helpful number

19  to have.

20             There's also a discussion in terms of the

21  fiscal note on this bill, including a coordinated voter

22  registration drive or other activities that would be

23  designed to expand voter registration.  What would the

24  costs of such a registration drive be?  It's on Page 2

25  of the fiscal note.

1          MS. McGEEHAN:  Okay.  I think that what
2   that is referring to is that at the end of Senate
3   Bill 14, there's a reference that says county voter
4   registrars can use Chapter 19 funds to defray costs in
5   conducting a voter registration drive.  But I don't see
6   anything -- and I may have missed it -- but I don't see
7   anything in Senate Bill 14 that requires a voter
8   registration drive.  I think it's -- what that section
9   in the bill is doing is trying to make clear that these
10  funds, which are -- go to county voter registrars to
11  enhance voter registration could be used to do voter
12  registration drives, but I don't see anything that
13  requires a voter registration drive in Senate Bill 14.

14          SEN. DAVIS:  What resources currently are
15  expected of our local governments in carrying out the
16  training and the public awareness programs under our
17  election code.

18          MS. McGEEHAN:  The -- there's no state law
19  requirement to do voter education by the county
20  officials.  Most of them do it as a public service
21  because they want to, but there's not a mandate under
22  state law to do that.

23          Under Senate Bill 14, there's required
24  training of poll workers on the new photo ID
25  requirements.  And I may have missed part of your

CONSIDERATION OF SENATE BILL 14 1/25/2011

1   question.

2                   SEN. DAVIS:  And that required training is

3   to be done at the county level.  It's expected that the

4   county will fulfill that requirement through their own

5   resources?

6                   MS. McGEEHAN:  Well, they are required to

7   use the Secretary of State materials.  I think that the

8   election code gives them discretion as to how they

9   implement it and how they conduct their training.

10                   SEN. DAVIS:  So it's foreseeable that at

11   the county level increased costs will be realized as a

12   consequence of the expectations of this bill?

13                   MS. McGEEHAN:  Most counties conduct

14   training today.  So they would just be incorporating

15   another component into their training program.

16   Depending on how they handled it would impact how

17   significant the fiscal impact would be in that county.

18                   SEN. DAVIS:  If I'm a voter today and I

19   want to go to the bill itself in terms of making sure I

20   understand what would be expected of me under today's

21   rules versus under the rules of the new bill, if I'm a

22   voter today and I come in to vote and I don't have my

23   voter registration card, instead I have an ID, I have a

24   state issued ID, I have a valid driver's license, and my

25   driver's license shows a different name than is

1  currently on the roll because I've married or I've
2  divorced, how is that situation handled today?
3              MS. McGEEHAN:  State law doesn't directly
4  address it.  So I think that as a practical matter
5  what's happening is the poll workers are making judgment
6  calls as they qualify those voters for voting.
7              SEN. DAVIS:  But they are not being given
8  guidance or rules or requirements in terms of how they
9  are to deal with that situation today?
10             MS. McGEEHAN:  No.
11             SEN. DAVIS:  It's within their discretion?
12             MS. McGEEHAN:  At this point.  I mean,
13 state law is silent on it, and our office has not issued
14 any guidance on it.  So we're hearing a lot about that
15 today.  That's definitely something we'll probably need
16 to look into, but right now there is no rule or statute
17 on that issue.
18             SEN. DAVIS:  Okay.  And today if I go to
19 vote and my identification that I use for purposes of
20 voting has a different address on it than is listed on
21 the precinct roll, I think it's the interpretation today
22 under 2004 Secretary of State opinion that I am asked
23 for my correct address, and I am to be believed if I say
24 that my address is the address that's on the precinct
25 list as opposed to what might be on my ID?