TEXAS HOUSE OF REPRESENTATIVES

82ND LEGISLATURE

SELECT COMMITTEE ON VOTER IDENTIFICATION

AND VOTER FRAUD HEARING

MARCH 1, 2011

VOLUME II OF II

Transcribed by Rhonda Howard, CSR

April 11,2011







Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

```
 1                    JOHN WOODS:  Thank you very much.
 2                    CHAIRMAN BONNEN:  Ann McGeehan, the
 3       Elections Division of the Secretary of State,
 4       testifying neutral on Committee Substitute to Senate
 5       Bill 14.
 6                    ANN MCGEEHAN:  Good afternoon.  Ann
 7       McGeehan with the Office of the Texas Secretary of
 8       State.
 9                    CHAIRMAN BONNEN:  Questions, Members?
10       I think Mr. Veasey has questions.
11                    REPRESENTATIVE VEASEY:  I -- I --
12       I -- I'm sorry.  Let me turn on the microphone.  I
13       do have questions for you.
14                    I was concerned about the fiscal note.
15       Can you talk a little bit about the fiscal note that
16       you all came up with?  Because other smaller states,
17       states that are significantly smaller with -- than
18       ours, with a lot less television markets, came up
19       with much higher figures than you did.  So that --
20       that number sort of startled me a little bit.
21                    ANN MCGEEHAN:  Sure.  Yeah.  I would
22       be happy to explain how we arrived at that figure.
23                    Since the Help America Vote Act passed at
24       the federal level in 2002, the states have been
25       given some funds for voter education.  So the
```



Toll Free: 800.211.DEPO
—Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

1    Secretary of State's office has done a statewide
2    voter education effort in 2006, eight and ten.  And
3    the average cost for those statewide voter education
4    efforts has been 2.5 million dollars.  So I can tell
5    you that for the 2010 cycle what we did was we spent
6    $2.5 million, and it included upgrades to our
7    website.  We created a new website called
8    VoteTX.org, or actually redesigned it.  It had been
9    created previously.  We did traditional advertising
10   in television, did some PSAs in television, radio
11   newspaper, experimented a little bit on the Internet
12   with FaceBook and Twitter, and also did some ads on
13   public transportation.
14            We did seven telethons in -- in the
15   Valley, Austin, Dallas and Houston, four on Spanish
16   T.V. stations and three on English.  And then we
17   also did a face-to-face outreach where we traveled
18   to 23 cities around the State and interacted
19   personally with more than 15,000 Texans.  So that's
20   what -- that's kind of the model of what we've done.
21            So when we were asked to prepare a fiscal
22   note, we looked at our past voter education efforts.
23   We also looked at in 2009, when the Senate passed a
24   voter I.D. bill that contained, I think, almost the
25   same language as what's in the current Committee



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

Voter Fraud Hearing - Volume 2

March 1, 2011

279

1      Substitute, Senate Finance put a rider on the bill

2      for $2 million, which to us indicated that that at

3      least -- at least on the Senate side, that's what

4      they thought was appropriate for the voter education

5      program.

6                     REPRESENTATIVE VEASEY:  What was --

7      what was their methodology?  I'm sorry --

8                     ANN MCGEEHAN:  The Senate's?

9                     REPRESENTATIVE VEASEY:   -- for

10     arriving at that figure?

11                    ANN MCGEEHAN:  I don't know.

12                    REPRESENTATIVE VEASEY:  Did they --

13     did they share any with you?

14                    ANN MCGEEHAN:  Not with me.

15                    REPRESENTATIVE VEASEY:  The -- it's

16     just a number they -- they put out there?

17                    ANN MCGEEHAN:  Yes, I don't know how

18     they arrived at that number.

19                    REPRESENTATIVE VEASEY:  Okay.  Yeah.

20     Because I -- in Missouri it looks like the bill cost

21     a lot more than in Texas, and they have -- you know,

22     their biggest market was No. 20th.  And of course

23     Dallas/Fort Worth is No. 5, and Houston is No. 7,

24     San Antonio, 30, Austin, 42, El Paso, 46.  How --

25     how many -- how many television ads in the Metroplex



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

Voter Fraud Hearing - Volume 2                    March 1, 2011

```
 1        could you buy with $750,000?
 2                    ANN MCGEEHAN:  Well, I know in
 3        two-point -- I'm sorry, in 2010 we spent 1.8 million
 4        just on purchasing the advertising.
 5                    REPRESENTATIVE VEASEY:  Okay.
 6                    ANN MCGEEHAN:  So I'm sure we could
 7        get you the breakdown to show how much in each media
 8        market, but the bulk was spent on purchasing the
 9        advertising.
10                    REPRESENTATIVE VEASEY:  Purchasing
11        all forms of advertising?
12                    ANN MCGEEHAN:  Yeah.  That included
13        T.V., radio --
14                    REPRESENTATIVE VEASEY:  Yeah.
15                    ANN MCGEEHAN:  -- and newspaper.
16                    REPRESENTATIVE VEASEY:  Do you know
17        how many spots you all were running like in the
18        Metroplex?
19                    ANN MCGEEHAN:  We can get you the
20        detail on that, because I know the company we
21        contracted with I think gave us a detailed report of
22        exactly where it was aired and if we got any
23        earned -- earned media, things like that.  We can
24        get you that.
25                    REPRESENTATIVE VEASEY:  Okay.
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

1           CHAIRMAN BONNEN:  Representative

2      Anchia.

3           REPRESENTATIVE ANCHIA:  Mr. Chairman,

4      I wanted to dovetail on a question -- the line of

5      questioning of Representative Veasey.

6           Again, Missouri had a two-year,

7      $9.5 million estimate for their voter I.D. bill in

8      2006, including the cost of free I.D.s, poll worker

9      training and the production of -- of voter education

10     material.  Missouri is a state one-fourth the size

11     of Texas.  Wisconsin, that has a population less

12     than one-point -- 5.6 million people, less than

13     one-fourth the size of the State of Texas, had an

14     annual fiscal note on their bill of 2.3 million.  So

15     biannual, it would be 4.6 in lost revenue due to the

16     provision of free I.D.s.

17           Maryland has a population of 5.6 million

18     where they provide free I.D.s only in limited

19     circumstances, projecting a $1.6 million annual

20     fiscal note.  In 2010, Indiana, which was later --

21     which was after -- after the initial passage of the

22     bill, which was required to provide free I.D.s, they

23     have a population of 6.4 million, about a quarter of

24     the size of the State of Texas.  They spent 1.3

25     million to provide free I.D.s.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

```
 1              In that $2 million figure, do you have
 2      any -- do you have any -- any data on the provision
 3      of free I.D.s, or is it exclusively your marketing
 4      budget?
 5              ANN MCGEEHAN:  2 million was
 6      exclusively for the voter education effort.
 7              UNIDENTIFIED REPRESENTATIVE:  Okay.
 8              ANN MCGEEHAN:  And as far as the
 9      other states and -- like Missouri, I know that we --
10      we tried to get a little information, because
11      Senator Gallegos asked that question at the Senate
12      hearing.
13              UNIDENTIFIED REPRESENTATIVE:  Right.
14              ANN MCGEEHAN:  And one thing that was
15      different about their bill, which I think was later
16      struck down -- I don't think they ever implemented
17      the 2006 legislation --
18              UNIDENTIFIED REPRESENTATIVE:  Uh-huh.
19              ANN MCGEEHAN:  -- was that they were
20      actually having to install equipment throughout the
21      State to issue photo I.D.s for purposes of the
22      legislation, which is not in this bill.
23              So I -- I don't know about Wisconsin and
24      Maryland.  You know, each -- it depends on what the
25      bill says.
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

1        UNIDENTIFIED REPRESENTATIVE:  I'll

2    talk a little bit about the media markets in

3    Missouri.  St. Louis and Kansas City are the two

4    largest.  They spent significantly more in

5    marketing.  You're basing -- same -- same thing with

6    other states.

7        You're -- you're -- you're basing your

8    estimate on T.V. commercials, print and I guess some

9    radio, $300,000 worth of radio on a -- an estimate

10   that -- of last year's expenditure, I guess, or a

11   prior year's expenditure with a significant change

12   if this bill passed.  Would you agree it's a pretty

13   significant change to current law?

14        ANN MCGEEHAN:  Yeah.

15        UNIDENTIFIED REPRESENTATIVE:  Okay.

16   Do you think -- do you think that the same -- the

17   same budget that you would use last time around with

18   no significant change in state law would be

19   appropriate for a voter education program with a

20   significant change in state law?

21        ANN MCGEEHAN:  Well, it's -- and I'll

22   try to state this clearly, because I don't know that

23   I explained it so well on the Senate side.  But we

24   do have plans, I guess, to have continuing voter

25   education programs, because we still have HABA



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

1    funds.  So when we were asked to prepare this fiscal
2    note, we were assuming we're going to continue to do
3    our statewide education effort.  So we looked at how
4    do we weave in the new voter I.D. requirements into
5    a statewide voter education program.  So I can't
6    tell you exactly what that's going to end up being,
7    but if we're just asked for purposes of this fiscal
8    note to say what does it cost to educate on voter
9    I.D., that was our best guess, because we -- we will
10   integrate it with, you know, whatever voter
11   education program we do for 2012.  So if we do
12   2.5 million effort in 2012, you know, some of that
13   will cover voter education, maybe will go to a
14   little higher than that.  But I guess the point is
15   we have federal dollars to educate voters on the
16   process to vote and get registered. And so we will
17   incorporate and enhance it to include education on
18   the new voter I.D. requirements.
19                  UNIDENTIFIED REPRESENTATIVE:  And
20   would that -- would that education occur over a
21   year, two years?  Would it be ongoing?  The bill --
22   the bill doesn't specify.  What's -- what's your
23   view and what do the HABA dollars come in?
24                  ANN MCGEEHAN:  The -- the bill I
25   think says that we have to start preparing the



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

1       training and the voter education as soon as

2       possible.  Our fiscal note assumes that it would

3       just be for one cycle, so I think we put it all for

4       the 2012 fiscal year.

5               We have $7 million left in the State

6       Treasury that's earmarked for voter education and

7       poll worker training, election official training.

8                       UNIDENTIFIED REPRESENTATIVE:   Those

9       are HABA funds?

10                      ANN MCGEEHAN:  Those are the HABA

11      funds, and they don't expire.  I don't think the

12      federal government can take them back, but we are

13      hearing that they're not -- they don't have any

14      plans to issue any more funds.  So, essentially,

15      that's all we've got.

16                      UNIDENTIFIED REPRESENTATIVE:   In the

17      new -- on the significant change in legislation for

18      one election cycle, essentially for the 2012

19      election cycle?

20                      ANN MCGEEHAN:  Well, based on the

21      language that's in the bill.

22                      UNIDENTIFIED REPRESENTATIVE:   Based

23      on language that's in the bill?

24                      ANN MCGEEHAN:  Right.

25                      UNIDENTIFIED REPRESENTATIVE:   Okay.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

1    How -- for major changes in legislation -- well, let
2    me back up a step.
3              What's your evaluation of poll worker
4    training currently in the -- in the counties?
5              ANN MCGEEHAN:   In the counties?   I
6    think that there are a variety of tools counties can
7    use to educate poll workers.   We -- with our HABA
8    dollars, we created an online poll worker training
9    that's free for all counties to use.   Some counties
10   have used their HABA funds to create their own
11   specific online training.   Most counties do some
12   form of in-person training, where they require
13   workers to come in, you know, see the machines,
14   learn how to operate the machines.   We, the
15   Secretary of State's office, has a 30-minute video
16   that we do, and we update usually every two years.
17   That's also free of charge.   So there's some
18   different ways.
19              UNIDENTIFIED REPRESENTATIVE:   You
20   answered a different question, though.
21              ANN MCGEEHAN:   Oh.
22              UNIDENTIFIED REPRESENTATIVE:   You
23   answered what resources are available, which I
24   appreciate.   But what's your -- what's your
25   assessment of the quality of poll worker training?



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

| | |
|---|---|
| 1 | And I know it's difficult to get poll workers. |
| 2 | There's turnover frequently.  We pay them very |
| 3 | little.  I believe that they're volunteers. |
| 4 | When you have a -- a change in the |
| 5 | Election Code, just a minor change, by way of |
| 6 | example, it doesn't immediately filter down to all |
| 7 | poll workers, does it?  I mean, ensuring practice |
| 8 | and implementation, it's something that takes time? |
| 9 | ANN MCGEEHAN:  Sure. |
| 10 | UNIDENTIFIED REPRESENTATIVE:  Isn't |
| 11 | that right? |
| 12 | ANN MCGEEHAN:  That's right. |
| 13 | UNIDENTIFIED REPRESENTATIVE:  I mean, |
| 14 | because I hear from poll workers all the time and, |
| 15 | you know, they didn't know the law had changed.  I |
| 16 | tried to do some continuing education myself, having |
| 17 | sat on the Elections Committee in the past, to bring |
| 18 | people up to speed.  And I'm always very impressed |
| 19 | at how earnest the poll workers are, but also |
| 20 | sometimes very surprised -- you know, they're not |
| 21 | Election Code experts and it does take some time for |
| 22 | changes in the Election Code to filter down to them. |
| 23 | For a change of this magnitude, do you |
| 24 | think it will take some time for folks to be aware |
| 25 | of the law? |



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

1           ANN MCGEEHAN:   I think it will take

2     some time.   I think the bill has some very strict

3     requirements in there, though, that requires all

4     judges and clerks to take the Secretary of

5     State-prescribed training.   So it -- it sounds to me

6     like it's a mandate that they have to take that

7     training, whereas right now in many elections it's

8     optional.

9           UNIDENTIFIED REPRESENTATIVE:   How

10    much is that going to cost for everybody to take the

11    training?

12          ANN MCGEEHAN:   Our plans will be to

13    update our video and to update the online training.

14    So that would be two free for, you know, counties to

15    use and for citizens to use on top of whatever the

16    counties may be using, as well.

17          UNIDENTIFIED REPRESENTATIVE:   Do you

18    think with a mandate like that, would that mandate

19    be satisfied by watching the video?

20          ANN MCGEEHAN:   I think it could be.

21    Currently, that is used for poll worker training.

22          UNIDENTIFIED REPRESENTATIVE:   Uh-huh.

23    So that would be enough?

24          ANN MCGEEHAN:   Unless the statute is

25    changed.   But as currently written, I think that



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

Voter Fraud Hearing - Volume 2                    March 1, 2011

1    would satisfy the bill.

2                    UNIDENTIFIED REPRESENTATIVE:  Okay.

3    Does it surprise you that people -- that poll

4    workers are already asking for photo I.D. despite

5    the training that occurs?  Does that surprise you?

6                    ANN MCGEEHAN:  We have heard that

7    before, yes.

8                    UNIDENTIFIED REPRESENTATIVE:  Quite a

9    bit.  Even in the district that I represent we've

10   got folks that are asking for photo I.D. currently.

11           A lot of people have been talking about a

12   600,000 registered voter figure.  These people --

13   these are people who apparently registered without

14   using some form -- either their Social Security

15   number or a -- a driver's license number.

16           Isn't the use even bigger than that?  I

17   mean, I see a figure here that for people who did

18   not register without a driver's license number --

19   pardon me, for people who registered without their

20   driver's license ensuring the figure is more like

21   2.8 million.

22                    ANN MCGEEHAN:  That's true when you

23   look at the entire voter database.

24                    UNIDENTIFIED REPRESENTATIVE:  This is

25   your HABA-compliant database.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

```
 1                   ANN MCGEEHAN:   Right.  But, you know,
 2        prior to January 1, 2006, you could register to vote
 3        without providing your driver's license or Social
 4        Security number.  So people that were registered
 5        before 2006 may not have provided one of those.
 6        That doesn't necessarily mean that they don't have
 7        one, but they didn't have to provide one to get
 8        registered to vote.
 9                   UNIDENTIFIED REPRESENTATIVE:   Well,
10        we don't know whether they did or not, because it
11        wasn't listed.  Correct?
12                   Have you all done a match to determine
13        with the driver's license file as to whether these
14        folks have driver's licenses or not?
15                   ANN MCGEEHAN:   Uh-huh.  We've been
16        asked to do that and we're looking at this to make
17        sure that -- looking at the official list of voters
18        in the Secretary of State's office, trying to
19        compare that to DPS.  And our IT Department is
20        looking at that, trying to get good matching
21        criteria, because without that unique identifying
22        number of the TDL, it can be sometimes difficult to
23        make sure you have the right match.
24                   UNIDENTIFIED REPRESENTATIVE:
25        Somebody came up and said there was 600 -- you have
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

Voter Fraud Hearing - Volume 2                 March 1, 2011

1      that $600,000 person figure.  Where does that come

2      from?  Do you have a frame of reference for that

3      figure that there were 600,000 people who did not

4      list after [sic] driver's license number or Social

5      Security number?

6                    ANN MCGEEHAN:  I think they're all

7      coming from the same place, which that is -- and

8      I -- you know, when we have shared information with

9      the Legislature before, we've sort of shared two

10     sets of information.  One is -- that shows how many

11     people have stated they don't have a TDL number or

12     SSN number since January 1, because since --

13     January 1, 2006, because since January 1, 2006, it's

14     been required.  So since that time, we show 34,506

15     voters out of almost 4 million that stated they did

16     not have I.D.

17                   UNIDENTIFIED REPRESENTATIVE:  Since

18     2006?

19                   ANN MCGEEHAN:  Yes.

20                   UNIDENTIFIED REPRESENTATIVE:  And is

21     there -- is there a provision -- provision in this

22     bill to identify that use of voters as possibly not

23     having I.D.?

24                   ANN MCGEEHAN:  I'm sorry.  I didn't

25     understand.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

```
 1                 UNIDENTIFIED REPRESENTATIVE:  So, I
 2       mean, if you're looking at possible uses of voters
 3       that may not have the requisite I.D. to comply with
 4       this bill, is there anything in the bill that would
 5       require you to identify those folks, seek them out,
 6       determine whether they have I.D. or not?
 7                 ANN MCGEEHAN:  No, I don't believe
 8       so.
 9                 CHAIRMAN BONNEN:  Okay.  Let's
10       talk -- we talked, I know, briefly about training of
11       poll workers.
12                 Under this bill, what new duties will poll
13       workers perform, what new duties?
14                 ANN MCGEEHAN:  Let's see.  Of course,
15       the qualification process will change as far as what
16       they will, you know, require of a voter before
17       they're permitted to vote.  I can't really think of
18       any new.  They -- if a voter doesn't have I.D.
19       today, they vote provisionally.  So that will be the
20       same.
21                 I guess the main change will be voters
22       that have filed a disability exemption with the
23       Voter Registrar.  Those voters aren't going to have
24       to show I.D.
25                 A voter who is 70 years of age on or
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

Voter Fraud Hearing - Volume 2                     March 1, 2011

                                                              293

1        before January 2012 won't have to show I.D.  So

2        those will be some new decisions they'll have to

3        make.

4                    UNIDENTIFIED REPRESENTATIVE:  Talk to

5        me about how you would administer those two

6        exceptions, the disability and the age?

7                    ANN MCGEEHAN:  Well, we're going to

8        have to come up with detailed training.  So I

9        don't -- I don't -- I can't tell you exactly how

10       that's going to work.  You know, we'll try to be

11       very thoughtful about that and look to other states

12       for best practices.  But we'll have to revise our

13       handbooks, all our training, our online training,

14       video, to include guidance for the poll workers on

15       how to handle those new duties.

16                   CHAIRMAN BONNEN:  With respect to the

17       disability exemption, is there a document that the

18       person would put on file to receive that type of

19       exemption?

20                   ANN MCGEEHAN:  Yes.  The -- the

21       Committee Substitute -- and that document would be

22       filed with the Voter Registrar, not with the -- not

23       at the polling place.  And it allows written

24       documentation from the United States Social Security

25       Administration that evidence that the voter has a



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

```
 1         disability or written documentation from the United
 2         States Department of Veterans Affairs.
 3                     UNIDENTIFIED REPRESENTATIVE:  So
 4         those are the only two ways to get the exemption?
 5                     ANN MCGEEHAN:  Correct.
 6                     UNIDENTIFIED REPRESENTATIVE:  Okay.
 7         Okay.
 8                     CHAIRMAN BONNEN:  Representative
 9         (inaudible).
10                     UNIDENTIFIED REPRESENTATIVE:  Yeah,
11         yeah.
12                     CHAIRMAN BONNEN:  I was going to
13         allow Members of the Committee to ask questions.
14         And I see two of them have their lights on and have
15         for some time.  So, I mean, if you have more
16         questions, I'll come back to you, but I'd like to
17         let the Members of the Committee go ahead.
18         Representative Harless.
19                     REPRESENTATIVE HARLESS:  Hi.  How are
20         you?
21                     ANN MCGEEHAN:  I'm good.  Thank you.
22                     REPRESENTATIVE HARLESS:  Could you
23         tell us a little bit about the ongoing training that
24         the Secretary of State does as a part of their job
25         anyway?
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

Voter Fraud Hearing - Volume 2

March 1, 2011

295

1    ANN MCGEEHAN:  We -- we have several

2    formats of training.  We have had a 30-minute video

3    that we've had probably since the late '80s.  And we

4    update that regularly, usually after a Legislative

5    session.  We have detailed handbooks that are to be

6    used inside polling places.  We have now an online

7    voter -- online training process, and we also do

8    schools and seminars.  So we have an annual seminar

9    every summer for county officials.

10    REPRESENTATIVE HARLESS:  This is --

11    this is something that you continue to do every

12    year --

13    ANN MCGEEHAN:  Yes.

14    REPRESENTATIVE HARLESS:  -- as part

15    your budget?

16    Can you tell me -- we've talked a lot

17    about the Help America Vote Act fund.  How much

18    money was that originally?

19    ANN MCGEEHAN:  I have my note on that

20    somewhere.  Well, I think overall we've received

21    total for all the mandates in HABA about

22    $200 million and -- okay.  I -- I found it now.  I'm

23    sorry.  $227 million dollars.

24    REPRESENTATIVE HARLESS:  And how much

25    of that money have we spent?



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

1                      ANN MCGEEHAN:  We have spent about 80
2       percent of that money.  What is remaining now is
3       about $47 million.
4                      REPRESENTATIVE HARLESS:  And how much
5       money in the base budget that we received in the
6       House under the Secretary of State was in that base
7       budget appropriated for HABA money for federal
8       election training?
9                      ANN MCGEEHAN:  I -- I believe in
10      House Bill 1 -- I don't think it's broken down by
11      purpose areas within HABA, but I think overall it
12      was about $37 million or --
13                     REPRESENTATIVE HARLESS:  43, maybe?
14      It says under B1.4, "Strategy, elections
15      improvement, administration of federal Help America
16      Act -- Vote Act."
17                     ANN MCGEEHAN:  I defer to you.  That
18      sounds right.
19                     REPRESENTATIVE HARLESS:  So of the
20      $2 million it is likely, once this bill is passed,
21      that we can request that funds from the -- from the
22      Help America Vote Act to be appropriated to spend
23      additional monies as needed to train and get up to
24      speed on the photo I.D.?
25                     ANN MCGEEHAN:  Right.  I mean, I



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

1    guess, just to be clear, we already have drawn that
2    money down based on our State plan.
3                REPRESENTATIVE HARLESS:  We have it
4    set up in our base budget that we started with that
5    that Pitts (phonetic) laid out?
6                ANN MCGEEHAN:  Yes.
7                REPRESENTATIVE HARLESS:  There's been
8    a lot of conversation today about the 690,000 that
9    we're talking about.  And I know Representative
10   Anchia mentioned to the 2.8 million or 5.2.
11               There's two sets of numbers we're working
12   with, two universes.  The first universe is
13   registered voters that are from January 1st of 2006
14   to December 31st, 2010.  Correct?
15               ANN MCGEEHAN:  Right.
16               REPRESENTATIVE HARLESS:  How many are
17   in that universe?
18               ANN MCGEEHAN:  Total of all?
19               REPRESENTATIVE HARLESS:  In that 2000
20   and -- January 1st, 2006 to December 31st, 2010.
21               ANN MCGEEHAN:  I think the total --
22   the amount of voters that were registered during
23   that period is right under 4 million.
24               ⸳ REPRESENTATIVE HARLESS:  And those
25   are voters that, one, have a driver's license or



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

Voter Fraud Hearing - Volume 2                    March 1, 2011

298

1       I.D.; that's about 2.3 million.

2                   ANN MCGEEHAN:  Right.

3                   REPRESENTATIVE HARLESS:  Then there's

4       voters that have registered with the last four of

5       their Social Security number, which is about

6       294,000.

7                   ANN MCGEEHAN:  Right.

8                   REPRESENTATIVE HARLESS:  Then there's

9       voters that registered with both, which is 1.3

10      million.  And then there's a number of people that

11      registered that said they didn't have either.

12                  ANN MCGEEHAN:  Correct.

13                  REPRESENTATIVE HARLESS:  No Social

14      Security, no I.D., driver's license.  So that's

15      34,000.

16              Of that 3.9 million, that's .8 percent of

17      that universe from January 1st until December 31st.

18      Do I understand that correctly?

19                  ANN MCGEEHAN:  Yes, that's correct.

20                  REPRESENTATIVE HARLESS:  Okay.  So

21      now if we take all the statewide voters that are

22      registered, all of them, even the ones prior to

23      2006, which I would fall into that category, because

24      I haven't changed my address and I still have my

25      original voter registration that gets renewed every



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

Voter Fraud Hearing - Volume 2

March 1, 2011

299

1    couple years, that I did not provide a Social

2    Security last four or my I.D.

3            Of that number, how many do we have?

4            ANN MCGEEHAN:  Of -- of that number

5    we have 5.2 million that showed TDL I.D.  We have

6    2.1 million that have a -- a Social Security number

7    on file.  And then the number of voters that have

8    both is 4.6 million.

9            REPRESENTATIVE HARLESS:  Which totals

10   in -- in the ones that have neither numbers?

11           ANN MCGEEHAN:  One with neither is

12   the 690,000 insuring 698,087.

13           REPRESENTATIVE HARLESS:  The total

14   universes of registered voters that we have as the

15   last numbers we've received is 12 million about

16   655,000.

17           Now, of that 690,000 do we think all of

18   those people don't have either Social Security, I.D.

19   or driver's license?

20           ANN MCGEEHAN:  I want to -- I want to

21   be careful on that, because, you know, we -- we

22   don't have direct evidence.  But we can say that

23   before 2006 it wasn't required.  So presumably, if

24   it wasn't required, people wouldn't give it. ·

25   Doesn't mean they didn't have it.



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

```
 1                 REPRESENTATIVE HARLESS:  So
 2      presumably some of those 690,000 people have
 3      driver's license or I.D. cards or Social Securitys
 4      [sic], they just did not have to require it at the
 5      time?
 6                 ANN MCGEEHAN:  I think that would be
 7      a fair statement.
 8                 REPRESENTATIVE HARLESS:  All right.
 9      Another question about the fiscal note that we've
10      talked about.  Some of the counties attached, you
11      know, small amounts of money that it would cost for
12      their county.  Aren't most -- how -- explain that to
13      me.  How can...
14                 ANN MCGEEHAN:  Well, I know on the
15      Senate side there may have been some confusion
16      regarding the voter registration certificate,
17      because the bill requires that the new voter I.D.
18      requirements appear on the back of the voter
19      registration certificate.  And I think that in
20      conversations with some county officials they were
21      thinking if you had to put it on the front of the
22      certificate there wouldn't be space.  So they
23      thought the certificate might need to be increased
24      in size, which would increase postage, but I don't
25      think that's necessarily required.  The bill doesn't
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

Voter Fraud Hearing - Volume 2                    March 1, 2011

301

1    say that.  It just says that it goes directly on the
2    certificate.
3              I think another cost -- Tarrant County, I
4    think, had another cost for changing of the
5    provisional ballot affidavit form, some cost for
6    that.
7              REPRESENTATIVE HARLESS:  Now, there's
8    some assumptions that the Secretary of State
9    typically doesn't do a lot of this work.  But isn't
10   it true that they already do a lot of the work for
11   the training?  So those can be absorbed as part of
12   your normal expense of your budget.
13             ANN MCGEEHAN:  Right, right.  We
14   would -- you know, after every session we normally
15   have to revise our training materials.
16             REPRESENTATIVE HARLESS:  And can you
17   talk just a little - and I'll quit so everyone else
18   can ask their questions - but we've had some
19   questions about different last names and different
20   addresses.
21             What provisions will the Secretary of
22   State make on that, and is there training done for
23   that?
24             ANN MCGEEHAN:  Currently, there's no
25   training on that, because the law is silent on the



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

302

1    issue of what happens if the names don't match.  But

2    the Senate Bill 14, the engrossed version and the

3    Committee Substitute, contains some language about

4    as long as the names are substantially similar.  So

5    our training would have to include some standards

6    on, you know, what an election judge or clerk would

7    need to look for and what would be considered

8    substantially similar.

9              The addresses don't have to match right

10   now.  And that -- and that doesn't change under

11   Senate Bill 14.  You don't have to show, I don't

12   believe, that the -- the addresses have to -- you --

13   you're -- you have to ask every voter if they've

14   moved, but they don't have to show their -- their

15   identification doesn't have to show where they live.

16              REPRESENTATIVE HARLESS:  Thank you so

17   much --

18              ANN MCGEEHAN:  Sure.

19              REPRESENTATIVE HARLESS:  -- for

20   waiting all day and being patient.

21              ANN MCGEEHAN:  You're welcome.

22              CHAIRMAN BONNEN:  Representative

23   Aliseda.

24              REPRESENTATIVE ALISEDA:  What -- what

25   is the current state or federal law for purging



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

Voter Fraud Hearing - Volume 2                    March 1, 2011

303

1        voter lists.  Do you know?

2                  ANN MCGEEHAN:  Yes.  That's covered

3        under the National Voter Registration Act, and there

4        are some requirements associated with that.  For

5        instance, you can't purge voters within so many days

6        of a November general election.  You can't purge

7        voters if you suspect that they've moved until

8        you've actually reached out to those voters and sent

9        them a mailing.  If they don't respond to that

10       mailing, their name goes to an inactive list or what

11       we call in Texas a suspect -- a suspense list.  And

12       they stay on that list for a period of two federal

13       general elections.  And if they don't vote or if

14       they don't correspond or communicate with the Voter

15       Registrar, their name would get purged on

16       November 30th of the second federal election.

17                  REPRESENTATIVE ALISEDA:  Well, I'm

18       trying to understand how that particular law

19       interfaces with individuals who do not have an

20       identification of some sort.  You stated that since

21       2006 we have 34,000 of those individuals that have

22       indicated they don't have any form of

23       identification, but prior to 2006, we had an

24       additional 600,000 that didn't have to provide that

25       information.



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

```
 1                   So when would this purging require some
 2          kind of follow-up on identification?
 3                   ANN MCGEEHAN:  Well, I don't --
 4          nothing -- there's nothing in the State law or -- or
 5          the federal law or this bill that would require
 6          somebody that registered to vote before 2006 to now
 7          provide a driver's license number or Social Security
 8          number.  When they present themselves for voting
 9          they're going to have to show a photo I.D.  But they
10          won't be required to provide that data to the Voter
11          Registrar.
12                   REPRESENTATIVE ALISEDA:  As far as
13          the cost of education on this issue, does the State
14          allow for public service announcements by
15          broadcasting companies that have -- have --
16          frequently do some kind of voter -- voter education?
17                   ANN MCGEEHAN:  Yes.  We definitely
18          try to make full use of that with our PSAs.
19                   REPRESENTATIVE ALISEDA:  But it's not
20          figured into that two million or the --
21                   ANN MCGEEHAN:  No, no.  That would
22          be --
23                   REPRESENTATIVE ALISEDA:  -- 20
24          million or whatever it is you say we spend on
25          education?
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

Voter Fraud Hearing - Volume 2                March 1, 2011

1              ANN MCGEEHAN:  Right.  I mean, that's

2      something that we look for, but we'll probably go

3      out on bid to -- to -- for a company to help us form

4      this education program.  And that's something we

5      look at is what companies can promise that earned

6      media so that we only pay for this much, but then we

7      get it aired more times --

8              REPRESENTATIVE ALISEDA:  Are these

9      hearings earned media in a sense in that we have

10     some public interest in this and I assume people are

11     following it?

12             UNIDENTIFIED REPRESENTATIVE:  We

13     shouldn't flatter ourselves.

14             REPRESENTATIVE ALISEDA:  No further

15     questions.

16             CHAIRMAN BONNEN:  Representative

17     Anchia, do you have more questions?

18             REPRESENTATIVE ANCHIA:  Just a couple

19     more, Mr. Chairman.  Thank you.

20             CHAIRMAN BONNEN:  Take your time.  I

21     just --

22             REPRESENTATIVE ANCHIA:  I appreciate

23     that.  I appreciate that.

24             The statement was made earlier in that

25     600,000-people universe that -- that there were --



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

```
 1        that that equaled fraudulent voters.  Do you share
 2        that belief?
 3                     ANN MCGEEHAN:  I have no reason to
 4        think that those voters are fraudulent.
 5                     REPRESENTATIVE ANCHIA:  Okay.  Okay.
 6        What happens to the voter registration certificate
 7        if this bill's passed in its current form?
 8                     ANN MCGEEHAN:  It continues to exist,
 9        and so it will be sent out and it will now contain
10        information on the identification requirements.  And
11        then voters who are 70 -- 70 as of January 2012 and
12        the voters that have the disability exemption, they
13        will be able to use their certificate as their forms
14        of I.D.
15                     REPRESENTATIVE ANCHIA:  Okay.  But it
16        will be sent to all registered voters.  Right?
17                     ANN MCGEEHAN:  Yes.
18                     REPRESENTATIVE ANCHIA:  We have
19        13 million, roughly, 12 --
20                     ANN MCGEEHAN:  A little under
21        13 million today.
22                     REPRESENTATIVE ANCHIA:  12.6, 12.6?
23                     ANN MCGEEHAN:  Yeah.  Yeah.
24                     REPRESENTATIVE ANCHIA:  What --
25        what -- what other functional purpose would it
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com