Case 2:13-cv-00193 Document 748-19 Filed on 11/18/14 in TXSD Page 1 of 1

TX_00012746

HIGHLY CONFIDENTIAL
SSд.111

**Meredyth Fowler**

| | |
|---|---|
| From: | Ann McGeehan [AMcGeehan@sos.state.tx.us] |
| Sent: | Monday, January 31, 2011 9:28 AM |
| To: | Meredyth Fowler |
| Cc: | Elizabeth Winn; John Sepehri |
| Subject: | SB 14 |
| Follow Up Flag: | Follow up |
| Flag Status: | Flagged |

Just reviewed SB 14 as amended in the Senate, and Amendment No 8 allows a voter without required ID to vote a provisionally and sign an affidavit claiming that the voter has a religious objection to being photographed. The election authority does not need to confirm through any public records that the person does in fact have a religious objection. The affidavit serves as proof and the ballot is counted. A person could challenge the legitimacy of the affidavit through the courts or a losing candidate could challenge it in an election contest.

Ann McGeehan
Director of Elections
Office of the Texas Secretary of State
amcgeehan@sos.state.tx.us
512-463-9871

1



2:13-cv-193
09/02/2014
DEF0666