MIKE SULLIVAN
Harris County Voter Registrar
713 368-2000
P.O. Box 3527
Houston, TX 77253-3527

Secretary of State's Office
Elections Division
1-800-252-VOTE (8683)

N14880802

FIRST CLASS MAIL
PRESORTED
U.S. Postage
PAID
Permit #12026

RETURN SERVICE REQUESTED

VOTER REGISTRATION CERTIFICATE
(Certificado de Registro Electoral)
HARRIS COUNTY (Condado de Harris)

| VUID (VUID) | Gender (Sexo) | Valid from (Válido desde) |
|---|---|---|
| 1108666536 | M | 01/01/2014 |
| Year of Birth (Año de Nacimiento) | Prec. No. (Núm. Pcto.) | thru (hasta) |
| [redacted] | 0281 | 12/31/2015 |

Name and Permanent Residence Address (Nombre y dirección residencial permanente)
JOHN M MELLOR-CRUMMEY
[redacted]

X

VOTER MUST PERSONALLY SIGN HIS/HER NAME IMMEDIATELY UPON RECEIPT, IF ABLE.
(El votante debe firmar esta tarjeta personalmente al recibirla, si puede.)

Party Affiliation (Afiliación del Partido)

Cert No. (Núm. de Cert.) 27709526

| U.S. REP. (Rep. Federal) | STATE SEN. (Sen. Estatal) | STATE REP. (Rep. Estatal) | COMM. PREC. (Com. Pcto.) | JUSTICE PREC. (Just. Pcto.) | SCHOOL (Escuela) | CITY (Ciudad) |
|---|---|---|---|---|---|---|
| 07 | 17 | 134 | 3 | 05 | 001 | 061 |

Name and Mailing Address (Nombre y dirección de correo)

JOHN M MELLOR-CRUMMEY
[redacted]

25 16657 T34 P3

2:13-cv-193
09/02/2014
DEF0668
exhibitsticker.com

Mellor-Crummey
EXHIBIT NO. 1
DR 7-25-14