# Texas Department of Public Safety
### Courtesy ~ Service ~ Protection



DPS HOME  SERVICES  EMPLOYMENT  ABOUT US

Search DPS

### Driver License & ID Card

Driver License Home
Renew
Change Address
Office Locations
Mega Centers
Customer Service Center

## Contact Us:

Our Customer Service Center is open Monday through Friday 7 a.m. to 6 p.m.

Our Customer Service Representatives are standing ready to answer your questions either by phone or email. Our phone recording is lengthy, but necessary to help categorize your call and get you to the right area to answer your questions.

**Best time** to call for faster service: Monday—Friday **7 a.m.** to **8 a.m.** or **5 p.m.** to **6 p.m.**

**Best day** to call for faster service: **Friday**

Phone: 512-424-2600

**Email our Customer Service Center** by completing the form provided below. Please allow 2 to 3 business days for a response to your email. We appreciate your patience as we work to answer the large volume of inquiries we receive.

All fields are required. Emails received with incomplete information can NOT be processed.

**Name:**
*(As it appears on License/ID)* if applicable

**Date of Birth:**
*(mm/dd/yyyy)*

**TX DL or ID Number:**
*eight digits* if applicable

**Email Address:**

**Current Mailing Address:**

**Current Mailing City:**

**Current Mailing State:** Select . . . . .

**Current Mailing Zip:**

**Phone:**
*(xxx-xxx-xxxx)*

**Questions:** Please provide as much information as possible.

2:13-cv-193
09/02/2014
**DEF0673**

Mellor-Crummey
EXHIBIT NO. 6

Customer Service - Contact Us about applying for, renewing, updating Licenses/ID cards!

Submit Form     Clear Form

**Note:** links to [PDF] files require Adobe Reader or another PDF viewer.

| Accessibility | Site Policies | TRAIL | TSIEC | Report Fraud, Waste or Abuse | American Recovery and Reinvestment ACT |
| Outlook Web Access | ETA Time Entry | Texas Homeland Security | Public Information Act | Compact with Texans | Espanol |
| The Governor's Committee on People with Disabilities | Personnel Complaint Process (Espanol) | Customer Survey |
| Texas Veterans Portal | Texas Fusion Center Privacy Policy | texas.gov |

© 2000-2011 Texas Department of Public Safety.

http://www.txdps.state.tx.us/DriverLicense/customer_service/other.aspx[7/22/2014 11:01:17 AM]