son.   Am I Registered to Vote?                                                          CONTACT  |  EN ESPAÑOL



| REGISTER TO VOTE | WHO, WHAT, WHERE, WHEN, HOW | MILITARY & OVERSEAS VOTERS | VOTERS WITH SPECIAL NEEDS | YOUR RIGHTS | FAQ | RESOURCES |

Qualified voters without an approved photo ID may obtain a free Election Identification Card from DPS.
Find out more at dps.texas.gov.

      Search...   

## What does "substantially similar" mean?

A voter's name is considered substantially similar if one or more of the following circumstances applies:

1. The name on the ID is slightly different from one or more of the name fields on the official list of registered voters.
2. The name on the voter's ID or on list of registered voters is a customary variation of the voter's formal name. For example, Bill for William, or Beto for Alberto.
3. The voter's name contains an initial, middle name, or former name that is either not on the official list of registered voters or on the voter's ID.
4. A first name, middle name, former name or initial of the voter's name occupies a different field on the presented ID document than it does on the list of registered voters.

In considering whether a name is substantially similar, election officials will also look at whether information on the presented ID matches elements of the voter's information on the official list of registered voters such as the voter's residence address or date of birth.

 **Not Registered?**
To vote in Texas, you must be registered. Simply pick up a voter registration application, fill it out, and mail it at least 30 days before the election date.
MORE ABOUT REGISTRATION >

 **Remind your friends to vote**
Spread the word, share important election information with your friends and family!
MORE ABOUT REMINDING >

 **Voting is easy, so is getting the facts**
Texans must show an approved photo ID when voting in person.
MORE ABOUT PHOTO ID >

Home | Register to Vote | Who, What, Where, When, How | Military & Overseas Voters | Voters With Special Needs | Your Rights | FAQ | Resources

(800) 252-VOTE   www.sos.state.tx.us

© 2012 Office of the Texas Secretary of State. All Rights Reserved.

Switch to our mobile site

2:13-cv-193
09/02/2014
DEF0679



Mellor-Crummey
EXHIBIT NO. 12
WR 7-25-14