

2:13-cv-193
09/02/2014
DEF0686

ORT00000014