EMMA ROSS  JOHN W. FAINTER JR

VOTER REGISTRAR
(REGISTRADOR DE VOTANTES)
512-689-3170

SECRETARY OF STATE
(SECRETARIO DEL ESTADO)
VOTER REGISTRATION CERTIFICATE
(CERTIFICADO DE REGISTRO ELECTORAL)
COUNTY (CONDADO)
WILLACY

| CERTIFICATE NUMBER (NUMERO DE CERTIFICADO) | VALID FROM (VALIDO DESDE) | PRECINCT (PRECINTO) | SEX (SEXO) |
|---|---|---|---|
| 4453 | 03-01-84 | 4 | M |

NAME AND PERMANENT RESIDENCE ADDRESS
(NOMBRE Y DIRECCION RESIDENCIAL PERMANENTE)

MENDEZ,
EULALIO

X
VOTER MUST PERSONALLY SIGN HIS NAME IMMEDIATELY UPON RECEIPT
(EL VOTANTE DEBE FIRMAR ESTA TARJETA PERSONALMENTE AL PUNTO DE RECIBIRLA)

VOTING BY USE OF THIS CERTIFICATE BY ANY PERSON OTHER THAN THE PERSON IN WHOSE NAME THIS CERTIFICATE IS ISSUED IS A FELONY
(EL USO DE ESTE CERTIFICADO PARA VOTAR POR CUALQUIER PERSONA EN VEZ DE LA PERSONA CUYO NOMBRE APARECE EN DICHO CERTIFICADO ES UNA FELONIA)

VOTED IN THE PARTY PRIMARY
(VOTO EN LA ELECCION PRIMARIA DEL PARTIDO POLITICO NOMBRADO ARRIBA)

NAME AND MAILING ADDRESS (NOMBRE Y DIRECCION DE CORREO)

MENDEZ,
EULALIO

THIS CERTIFICATE MAY BE USED IN ELECTIONS HELD BETWEEN MARCH 1, 1984, AND FEBRUARY 28, 1986.
(ESTE CERTIFICADO PUEDE SER USADO SOLAMENTE EN ELECCIONES DENTRO DE 1 DE MARZO, 1984, HASTA EL 28 DE FEBRERO, 1986)

YOU WILL RECEIVE A NEW CERTIFICATE EVERY TWO YEARS IF YOU DO NOT BECOME DISQUALIFIED UNDER SOME PROVISION OF THE ELECTION LAWS.
(CADA DOS AÑOS RECIBIRA UN CERTIFICADO NUEVO SI NO HA SIDO INHABILITADO BAJO ALGUNAS PROVICIONES DE LA LEY ELECTORAL.)

IF YOU MOVE WITHIN THE COUNTY, YOU MUST TRANSFER YOUR REGISTRATION TO YOUR NEW ADDRESS WITHIN 90 DAYS AFTER YOU MOVE. YOU MAY VOTE A FULL BALLOT AT YOUR PREVIOUS PRECINCT FOR 90 DAYS AFTER YOUR MOVE IF ANY OFFICE OR PROPOSITION IS COMMON TO THE BALLOTS OF YOUR NEW PRECINCT AND YOUR PREVIOUS PRECINCT. IF YOU MOVE, CORRECT THE INFORMATION ON THE FRONT OF THE CARD, SIGN BELOW AND RETURN THE CARD TO THE VOTER REGISTRAR.
(SI USTED SE MUDA DENTRO DEL CONDADO, TIENE QUE CAMBIAR SU REGISTRO A SU DIRECCION NUEVA DENTRO DE 90 DIAS DESPUES DE QUE SE MUDE, PUEDE VOTAR UNA BOLETA COMPLETA EN EL PRECINTO DE SU RESIDENCIA PREVIA POR 90 DIAS DESPUES DE QUE SE MUDE SI HAY UN PUESTO OFICIAL O UNA PROPOSICION QUE APARECE EN LA BOLETA EN SU PRECINTO NUEVO QUE TAMBIEN APARECE EN LA BOLETA EN EL PRECINTO DE SU RESIDENCIA PREVIA. SI SE MUDA, CORRIJA LA INFORMACION EN FRENTE DE LA TARJETA, FIRME ABAJO, Y DEVUELVA LA TARJETA AL REGISTRADOR DE VOTANTES.)

IF YOU MOVE FROM ONE COUNTY TO ANOTHER WITHIN THE STATE, YOU MUST RE-REGISTER IN THE COUNTY OF YOUR NEW RESIDENCE, HOWEVER, YOU MAY BE ELIGIBLE TO VOTE A LIMITED BALLOT FOR 90 DAYS AFTER THE MOVE IF YOUR NEW REGISTRATION IS NOT YET EFFECTIVE. CONTACT THE COUNTY CLERK IN YOUR NEW COUNTY FOR INFORMATION.
(SI USTED SE MUDA DE UN CONDADO A OTRO CONDADO DENTRO DEL ESTADO, TENDRA QUE REGISTRARSE OTRA VEZ EN EL CONDADO DE SU RESIDENCIA NUEVA. ES POSIBLE QUE PUEDA VOTAR UNA BOLETA LIMITADA POR 90 DIAS DESPUES DE QUE SE MUDE SI SU REGISTRO NUEVO TODAVIA NO ESTA EFFECTIVO. LLAME AL SECRETARIO DEL CONDADO EN EL CONDADO DE SU RESIDENCIA NUEVA POR INFORMACION.)

IF YOU CHANGE YOUR NAME, OR IF ANY OF THE INFORMATION ON THIS CARD IS INCORRECT, CORRECT THE INFORMATION, SIGN BELOW, AND RETURN THIS CARD TO THE VOTER REGISTRAR.
(SI USTED SE CAMBIA EL NOMBRE, O SI CUALQUIER INFORMACION NO ESTA CORRECTA, CORRIJA LA INFORMACION, FIRME ABAJO, Y DEVUELVA ESTA TARJETA AL REGISTRADOR DE VOTANTES.)

I AFFIRM THE CHANGES MADE HEREON ARE CORRECT.
(AFIRMO QUE LOS CAMBIOS DE ARRIBA ESTAN CORRECTOS)

SIGNATURE OF VOTER (FIRMA DEL V___)