AW 13-8 Prescribed by Secretary of State • Section 63.016, Texas Election Code • 09/2013

# Identificación con Foto se Requiere para Votantes Tejanos

Ahora tiene que proporcionar una de las siguientes formas de identificación con foto cuando vota en persona.

★ Licencia de Conducir de Texas expedida por el Departamento de Seguridad Pública (DPS, según sus siglas en inglés)

★ Cédula de Identificación Electoral de Texas expedida por DPS

★ Tarjeta de Identificación Personal de Texas expedida por DPS

★ Licencia de Texas para Portar un Arma de Fuego Oculta expedida por DPS

★ Cédula de Identidad Militar de los Estados Unidos con fotografía de la persona

★ Certificado de Ciudadanía Estadounidense con fotografía de la persona o

★ Pasaporte de los Estados Unidos

Con la excepción del certificado de ciudadanía estadounidense, la identificación deberá estar vigente; si no la está, debe haberse vencido hace 60 días o menos en el momento de presentarla para calificar como votante en el sitio electoral.

Exenciones/Excepciones - Votantes con una minusvalidez pueden solicitar una exención permanente en la oficina del registrador de votantes del condado. La solicitud deberá tener adjunta documentación por escrito de parte de la Administración de Seguro Social de los EE.UU. comprobando que él o ella se ha determinado que tiene una minusvalidez del solicitante, o documentación de parte del Departamento de Asuntos Veteranos de EE.UU. dando evidencia de una valoración de discapacidad del 50 por ciento o más. Además, el solicitante deberá declarar que no tiene ninguna de las formas de identificación con foto autorizadas. A quienes obtengan la exención por minusvalidez, se les permitirá votar al presentar un certificado electoral con la notación de exención. Por favor comuníquese con su registrador de votantes para más detalles.

Votantes con objeción religiosa constante hacia tomarse fotos y votantes sin ninguna identificación con foto por razón de cierto catástrofe natural tal cual lo declare el Presidente de los Estados Unidos o el Gobernador de Texas, podrán valerse del voto provisional. Las boletas de teles se contarán si se presentan en la oficina del registrador de votantes local dentro de seis (6) días naturales después del día de elecciones y si firman la declaración jurada para afirmar su objeción religiosa o catástrofe natural. Favor de comunicarse con el registrador de votantes para mayor información.



**VOTETEXAS.GOV**



DEPOSITION EXHIBIT 12
E. MENDEZ

2:13-cv-193 09/02/2014 DEF0693

ORT00018575