| Case Number | Total Hours Worked | Total Hourly Cost | Direct Expenses | Total |
|---|---|---|---|---|
| 021718275 | 1.25 | $56.96 | $0.00 | $56.96 |
| 03176309 | 99.00 | $3,406.55 | $381.13 | $3,787.68 |
| 031803018 | 3.00 | $80.87 | $0.00 | $80.87 |
| 042005264 | 79.00 | $4,902.36 | $0.00 | $4,902.36 |
| 042059196 | 351.50 | $23,045.52 | $1,693.31 | $24,738.83 |
| 042038695 | 303.25 | $19,555.61 | $1,177.81 | $20,733.42 |
| 042059188 | 626.00 | $39,603.62 | $2,408.45 | $42,012.07 |
| 042072496 | 111.00 | $7,031.05 | $541.58 | $7,572.63 |
| 042078618 | 13.00 | $823.97 | $0.00 | $823.97 |
| 042075218 | 135.00 | $10,465.54 | $665.98 | $11,131.52 |
| 052125846 | 672.83 | $42,388.57 | $3,199.89 | $45,588.46 |
| 052167392 | 580.00 | $37,459.78 | $3,149.05 | $40,608.83 |
| 052162559 | 456.00 | $29,092.63 | $2,782.26 | $31,874.89 |
| 052209152 | 216.00 | $13,841.44 | $306.90 | $14,148.34 |
| 052209145 | 260.00 | $16,595.35 | $306.90 | $16,902.25 |
| 052243854 | 66.50 | $4,141.37 | $134.35 | $4,275.72 |
| 062267489 | 235.00 | $15,214.18 | $226.53 | $15,440.71 |
| 062311568 | 96.50 | $6,231.37 | $249.75 | $6,481.12 |
| 062301015 | 141.00 | $8,545.27 | $727.49 | $9,272.76 |
| 062300074 | 931.50 | $61,530.42 | $2,020.40 | $63,550.82 |
| 062311576 | 362.00 | $24,002.40 | $2,012.50 | $26,014.90 |
| 062365267 | | | | No Records Found |
| 062297171 | 155.75 | $9,914.66 | $415.20 | $10,329.86 |
| 062297197 | 1485.00 | $95,678.87 | $8,556.65 | $104,235.52 |
| 062309026 | 112.50 | $7,458.44 | $145.86 | $7,604.30 |
| 062343488 | 0.00 | $0.00 | $275.09 | $275.09 |
| 062311527 | 154.50 | $9,496.91 | $179.49 | $9,676.40 |
| 062311535 | 1.00 | $59.12 | $0.00 | $59.12 |
| 072484108 | | | | No Records Found |
| 062343496 | | | | No Records Found |
| 062336771 | 142.25 | $8,712.90 | $152.65 | $8,865.55 |
| 062337936 | 83.00 | $5,320.38 | $329.40 | $5,649.78 |
| 062311519 | 678.50 | $42,806.23 | $2,151.33 | $44,957.56 |
| 062360169 | 85.00 | $5,440.08 | $822.51 | $6,262.59 |
| 062382908 | 128.50 | $8,682.83 | $519.00 | $9,201.83 |
| 062382890 | 113.00 | $6,879.77 | $313.50 | $7,193.27 |
| 062381587 | 184.50 | $11,788.46 | $574.20 | $12,362.66 |
| 062382973 | 28.00 | $1,733.03 | $0.00 | $1,733.03 |
| 062382783 | 52.50 | $3,275.68 | $148.75 | $3,424.43 |
| 062392279 | 24.00 | $1,556.46 | $66.55 | $1,623.01 |
| 062381587 | 184.50 | $11,788.46 | $574.20 | $12,362.66 |
| 062415484 | 46.00 | $2,959.27 | $0.00 | $2,959.27 |
| 062415419 | | | | No Records Found |
| 082491820 | 21.00 | $1,152.25 | $0.00 | $1,152.25 |
| 072432594 | 29.00 | $1,912.77 | $0.00 | $1,912.77 |
| 062430038 | 6.00 | $385.99 | $0.00 | $385.99 |

TX_00296941
TEX00296941

2:13-cv-193
09/02/2014
DEF0711


EXHIBIT 3
Mitchell 8-12-14

| | | | | |
|---|---|---|---|---|
| 072432511 | 86.50 | $5,461.46 | $0.00 | $5,461.46 |
| 072432198 | 342.00 | $22,635.90 | $135.28 | $22,771.18 |
| 072432974 | 7.00 | $472.28 | $0.00 | $472.28 |
| 072462005 | 24.00 | $1,495.48 | $0.00 | $1,495.48 |
| 072465529 | | | | No Records Found |
| 072462682 | 232.00 | $15,272.06 | $497.39 | $15,769.45 |
| 072464324 | 4.00 | $249.01 | $0.00 | $249.01 |
| 072462732 | 34.00 | $1,986.55 | $0.00 | $1,986.55 |
| 072462740 | 73.50 | $4,288.85 | $135.27 | $4,424.12 |
| 072465610 | 42.00 | $2,551.92 | $123.96 | $2,675.88 |
| 072465545 | 30.50 | $1,850.89 | $123.98 | $1,974.87 |
| 072465586 | 115.00 | $6,750.28 | $318.54 | $7,068.82 |
| 072465578 | 295.00 | $17,778.32 | $1,787.94 | $19,566.26 |
| 072465594 | | | | No Records Found |
| 072481559 | 27.50 | $1,612.54 | $0.00 | $1,612.54 |
| 072483951 | 19.00 | $1,126.45 | $0.00 | $1,126.45 |
| 082491416 | 31.00 | $1,909.26 | $298.50 | $2,207.76 |
| 082503186 | 92.00 | $5,659.26 | $128.71 | $5,787.97 |
| 082503210 | 18.50 | $1,080.92 | $0.00 | $1,080.92 |
| 082503137 | 57.00 | $3,330.40 | $0.00 | $3,330.40 |
| 082503194 | 16.00 | $954.22 | $0.00 | $954.22 |
| 082503178 | 38.00 | $2,206.32 | $0.00 | $2,206.32 |
| 082499500 | 504.00 | $30,737.27 | $1,266.39 | $32,003.66 |
| 082516287 | 121.00 | $7,122.43 | $918.60 | $8,041.03 |
| 082516295 | 38.00 | $2,241.47 | $168.54 | $2,410.01 |
| 082516303 | 31.00 | $1,844.37 | $0.00 | $1,844.37 |
| 082516360 | 246.00 | $15,023.84 | $1,799.28 | $16,823.12 |
| 082527326 | 8.00 | $480.67 | $0.00 | $480.67 |
| 082528498 | 1605.00 | $93,261.31 | $8,863.44 | $102,124.75 |
| 082531492 | 61.00 | $3,723.76 | $0.00 | $3,723.76 |
| 093101392 | 25.50 | $1,538.21 | $127.45 | $1,665.66 |
| 093101376 | | | | No Records Found |
| 093101384 | 186.00 | $11,498.01 | $781.55 | $12,279.56 |
| 093109338 | 101.50 | $6,022.64 | $665.46 | $6,688.10 |
| 093108488 | 30.00 | $1,592.64 | $0.00 | $1,592.64 |
| 093108470 | 28.75 | $1,764.74 | $0.00 | $1,764.74 |
| 093125870 | 171.50 | $10,503.35 | $54.00 | $10,557.35 |
| 093152627 | 36.00 | $2,014.49 | $0.00 | $2,014.49 |
| 103175626 | 235.50 | $15,857.34 | $0.00 | $15,857.34 |
| 103175618 | 84.00 | $4,786.87 | $188.20 | $4,975.07 |
| 103192290 | 473.50 | $29,138.51 | $1,514.67 | $30,653.18 |
| 103206942 | 118.00 | $7,388.74 | $265.16 | $7,653.90 |
| 103187209 | 1343.75 | $81,131.70 | $4,871.43 | $86,003.13 |
| 103192258 | 133.00 | $8,000.06 | $751.60 | $8,751.66 |
| 103192274 | 147.25 | $8,323.08 | $0.00 | $8,323.08 |
| 103206892 | | | | No Records Found |
| 103206934 | 26.00 | $1,449.90 | $0.00 | $1,449.90 |

| ID | Qty | Amount 1 | Amount 2 | Total |
|---|---|---|---|---|
| 103210985 | 61.00 | $3,670.76 | $110.10 | $3,780.86 |
| 103208419 | 64.00 | $3,919.94 | $139.79 | $4,059.73 |
| 103210886 | 57.00 | $3,525.85 | $132.38 | $3,658.23 |
| 103208435 | 17.50 | $1,013.73 | $0.00 | $1,013.73 |
| 103210910 | 297.00 | $17,221.67 | $1,354.39 | $18,576.06 |
| 103210894 | 124.50 | $7,031.70 | $121.60 | $7,153.30 |
| 103221016 | 416.50 | $24,175.15 | $1,169.25 | $25,344.40 |
| 103223558 | 2.00 | $125.31 | $0.00 | $125.31 |
| 103223566 | 66.00 | $4,089.56 | $0.00 | $4,089.56 |
| 103223517 | | | | No Records Found |
| 103223509 | 25.00 | $1,576.45 | $0.00 | $1,576.45 |
| 103232880 | 63.00 | $3,928.43 | $0.00 | $3,928.43 |
| 103235065 | 4.00 | $219.24 | $0.00 | $219.24 |
| 103221016 | 416.50 | $24,175.15 | $1,169.25 | $25,344.40 |
| 113241533 | | | | No Records Found |
| 113241558 | | | | No Records Found |
| 113241541 | | | | No Records Found |
| 082503160 | 23.50 | $1,373.06 | $0.00 | $1,373.06 |
| 052167921 | 59.00 | $3,572.60 | $0.00 | $3,572.60 |
| 062301023 | 545.50 | $36,370.42 | $2,717.60 | $39,088.02 |
| 093115327 | 46.00 | $2,442.05 | $70.20 | $2,512.25 |
| 062311691 | 49.00 | $3,143.45 | $0.00 | $3,143.45 |
| 082503236 | 68.00 | $4,242.72 | $198.86 | $4,441.58 |
| 072436603 | 124.00 | $7,588.80 | $0.00 | $7,588.80 |
| 062308382 | 218.00 | $13,914.89 | $85.73 | $14,000.62 |
| 062299086 | 151.50 | $9,575.92 | $741.50 | $10,317.42 |
| 062311584 | 24.00 | $1,539.65 | $103.80 | $1,643.45 |
| 062347836 | | | | No Records Found |
| 062423850 | 274.83 | $19,654.92 | $800.45 | $20,455.37 |
| 062294731 | 102.00 | $6,543.50 | $151.75 | $6,695.25 |
| 062295415 | 0.00 | $0.00 | $277.50 | $277.50 |
| 093133395 | 463.75 | $25,919.19 | $0.00 | $25,919.19 |
| 062396080 | 210.00 | $13,604.53 | $1,124.03 | $14,728.56 |
| 062295407 | 98.25 | $6,472.26 | $588.98 | $7,061.24 |
| 062288469 | 239.00 | $15,164.69 | $542.46 | $15,707.15 |
| 072467962 | 274.00 | $17,825.75 | $4,875.40 | $22,701.15 |
| 072461221 | 115.00 | $7,160.07 | $121.80 | $7,281.87 |
| 082516246 | 339.00 | $19,910.51 | $1,262.84 | $21,173.35 |
| 093133510 | 298.00 | $18,359.92 | $382.74 | $18,742.66 |
| 072435282 | 89.00 | $6,019.34 | $1,250.00 | $7,269.34 |
| 072436611 | 80.50 | $5,474.20 | $63.99 | $5,538.19 |
| 103192290 | 473.50 | $29,138.51 | $1,514.67 | $30,653.18 |
| 072435571 | 66.00 | $4,490.26 | $537.08 | $5,027.34 |
| 082503152 | 170.50 | $10,076.10 | $365.46 | $10,441.56 |
| 082499468 | 139.00 | $8,317.78 | $292.10 | $8,609.88 |
| 082527375 | 12.00 | $689.00 | $0.00 | $689.00 |
| 082534132 | 22.00 | $1,236.04 | $0.00 | $1,236.04 |

| | | | | |
|---|---|---|---|---|
| 093099380 | 1623.25 | $106,544.57 | $4,642.05 | $111,186.62 |
| 082499492 | 39.00 | $2,324.04 | $0.00 | $2,324.04 |
| 082521691 | 215.00 | $12,575.91 | $538.30 | $13,114.21 |
| 082516279 | 12.50 | $714.64 | $0.00 | $714.64 |
| 082516311 | 46.00 | $2,804.02 | $385.26 | $3,189.28 |
| 082499955 | 595.75 | $35,166.70 | $1,616.53 | $36,783.23 |
| 082516261 | 90.50 | $5,604.06 | $0.00 | $5,604.06 |
| 093103620 | 19.00 | $1,115.23 | $0.00 | $1,115.23 |
| 082518432 | 76.50 | $4,671.13 | $282.77 | $4,953.90 |
| 082521212 | 239.00 | $14,282.90 | $1,090.17 | $15,373.07 |
| 082534199 | 297.00 | $16,024.15 | $973.51 | $16,997.66 |
| 093097871 | 41.00 | $2,404.91 | $0.00 | $2,404.91 |
| 062314869 | | | | No Records Found |
| 062363635 | | | | No Records Found |
| 062343546 | | | | No Records Found |
| 062288485 | 225.00 | $14,346.13 | $134.56 | $14,480.69 |
| 093106326 | 1.00 | $67.19 | $0.00 | $67.19 |
| 062294194 | 335.25 | $21,620.62 | $0.00 | $21,620.62 |
| 062297189 | 177.25 | $11,082.81 | $354.15 | $11,436.96 |
| 072443450 | 8.00 | $498.02 | $0.00 | $498.02 |
| 072474513 | 1156.00 | $70,826.95 | $3,720.56 | $74,547.51 |
| 082516477 | 47.00 | $2,899.70 | $0.00 | $2,899.70 |
| Grand Total | | | | $1,868,199.47 |

TX_00296944
TEX00296944