Election Code Referrals to the
Office of the Attorney General
August 2002 - Present

| COUNTY | ELECTION INVOLVED | *SOURCE OF REFERRAL | ALLEGATIONS |
|---|---|---|---|
| Presidio | 2008 Primary Election | Other | Unlawful assistance with mail-in ballots |
| Starr | 2007 Municipal Election | Other | Convicted felons registered in county and have cast ballots in elections |
| Bowie | 2008 Municipal Election | Voter | Violating residency requirements |
| Duval | 2006 and 2008 Undetermined | Other | Convicted felons voting in 2006 and/or in 2008 |
| Austin | 2006 Primary Election | Other | Separate accounts |
| Cameron | 2008 Elections | Other | Illegal voting |
| Wichita | 2008 General Election | Other | Unlawfully released police reports and narratives on one of the candidates running for sheriff |
| Bexar | 2008 General Election | Voter | Providing false information on a voter registration application |
| Terry | 2008 General Election | Other | Ineligible to hold the office of county clerk |
| Jasper | 2008 General Election | Voter | Unlawful assistance, unlawfully influencing a voter, and illegal voting |
| San Jacinto | 2008 General Election | Voter | Unlawfully prevented from voting |
| Webb | 2008 Primary Election | Other | Solicitation of campaign funds while on duty, selling of campaining fundraiser tickets while on duty and misuse of county employees while on county time |
| Williamson | 2008 General Election | Other | Illegal voting |
| Collin | 2008 Primary Election | Other | Campaign finance violations |
| Polk | 2008 General Election | Other | Death row inmates registering to vote |
| Montgomery | 2008 General Election | Voter | Non-citizen voted in election |
| Harris | 2009 Municipal Election | Other | False statement on mail-in ballot application (deceased voters), forgery |
| Hidalgo | Undetermined | Other | Illegal voting |
| Bowie | Municipal Election | Voter | Residency of candidate |
| Angelina | 2009 School District Election | Voter | Request for state election observers |
| Collin | Municipal Election | Other | Unlawfully rejecting voter, and bribery |
| Jim Wells | 2008 Municipal Election | Voter | Illegal voting, voter impersonations, and convicted felons, mail-in ballot violations |
| Dallas | 2009 School District Election | Voter | Residency of candidate |
| Smith | 2009 Municipal Election | Other | Illegal voting |
| Medina | 2009 Municipal Election | Other | Candidate/elected official may have a criminal history which prevents them from holding office, absentee ballots, voter fraud |
| Bexar | Multiple Primary, General Elections | Other | Illegal voting |
| Hidalgo | 2009 Municipal Election | Voter | Coercion against candidacy |
| Starr | 2006 Primary Election | Voter | Unlawful counting procedures during the recount |
| Webb | 2008 Primary Election | Other | Campaign finance violations |

2/18/2014

TEX I.R.000250

Election Code Referrals to the
Office of the Attorney General
August 2002 - Present

| COUNTY | ELECTION INVOLVED | *SOURCE OF REFERRAL | ALLEGATIONS |
|---|---|---|---|
| Hidalgo | 2009 School District Election | Voter | Illegal voting |
| Goliad | 2008 General Election | Voter | Election misconduct |
| Gonzales | 2007, 2008, 2009 Municipal Elections | Voter | Illegal voting, mail-in ballot violations |
| Waller | 2009 Constitutional Election | Voter | Failing to keep voter registrar's office open during polling |
| Dimmit | 2010 Primary Election | Voter | Providing false information on a voter registration application |
| Dallas | 2010 Primary Election | Other | Misrepresentation of identity |
| Eastland | Undetermined | Other | Campaign finance violations |
| Duval | 2010 Primary Election | Other | Providing false information on a mail-in ballot application |
| Starr | 2010 Primary Election | Other | Providing false information on a mail-in ballot application |
| Dimmit | 2010 Primary Election | Voter | Unlawful possession of mail-in ballots, stealing campaign signs |
| Dimmit | 2010 Primary Election | Voter | Candidate loitering in a polling place, electioneering |
| Duval | 2010 Primary Election | Voter | Failing to sign as a witness or assistant on a mail-in ballot application |
| Dimmit | 2010 Primary Election | Other | Campaign workers following the mail carriers |
| Jim Wells | 2010 Primary Election | Other | Unlawful possession of mail-in ballots |
| Jim Wells | 2010 Primary Election | Voter | Unlawful assistance |
| Webb | 2010 Primary Election | Other | Mail-in ballot fraud |
| Jim Wells | 2010 Primary Election | Other | Unlawful assistance |
| Starr | 2010 Primary Election | Other | Unlawful assistance |
| Gregg | 2010 Primary Election | Voter | Candidate with criminal history |
| Starr | 2010 Primary Election | Other | Unlawful possession of 56 mail-in ballots by candidate |
| Austin | 2010 Primary Election | Voter | Coercion of voters |
| Zavala | 2010 Primary Election | Voter | Failure to secure ballot box, unlawfully rejecting voters |
| Brooks | 2010 Primary Election | Voter | Unlawful assistance, illegal voting, and electioneering |
| McMullen | 2010 Primary Election | Other | Falsification of candidacy application |
| Dallas | 2010 Primary Election | Voter | mail-in ballot violations, illegal voting, and poll place violations |
| Williamson | 2010 General Election | Other | Campaign finance violations |
| Navarro | 2010 Primary Election | Other | Mail-in ballot fraud |
| Nueces | 2010 Primary Election | Voter | Unlawfully removing polling place signs |
| Dallas | 2010 Municipal Election | Voter | Unspecified election violations |
| Tarrant | 2010 Municipal Election | Voter | Residency, illegal voting |
| Gonzales | 2010 Municipal Election | Other | Candidate does not live in city, voters not residents |
| Williamson | 2010 Primary Election | Other | Illegal voting |
| Bexar | 2010 Municipal Election | Other | Illegal voting |

Election Code Referrals to the
Office of the Attorney General
August 2002 - Present

| COUNTY | ELECTION INVOLVED | *SOURCE OF REFERRAL | ALLEGATIONS |
|---|---|---|---|
| Refugio | 2010 Municipal Election | Voter | Unspecified election violations |
| Parker | 2010 Municipal Election | Voter | Election irregularities |
| Guadalupe | 2010 Primary Election | Voter | Falsified information on candidacy petition |
| Dallas | 2010 Municipal Election | Voter | Ineligible election judge |
| Tarrant | 2008 General Election | Voter | Unlawful candidacy |
| Bexar | 2010 School District Election | Other | Illegal voting, voter impersonation |
| Fort Bend | 2010 & 2010 Primary Election | Other | Campaign finance violations |
| Dallas | 2010 General Election | Voter | Mail in ballot fraud |
| Harris | 2010 General Election | Other | Mail in ballot application violations |
| Zavala | 2010 General Election | Voter | Mail in ballot violations, in person voting violations |
| Harris | 2010 General Election | Voter | Unlawfully rejecting a voter |
| Cameron | 2010 General Election | Voter | Mail in ballot violations, securing a ballot box |
| Bexar | 2010 School District Election | Other | Misleading campaign literature |
| Bryan | 2010 General Election | Other | Illegal voting (voter impersonation), unlawfully revealing information before polls close, electioneering |
| Bowie | 2010 General Election | Voter | Unlawfully influecing a voter, carrier envelope action by person other than voter, assisting voter, signing application by witness; assisting applicant, unlawfully witnessing application for more than one applicant |
| Brooks | 2010 Primary Election | Other | Bribery |
| Edwards | Multiple Elections | Other | Illegal voting, false statement on candidacy elections |
| Nueces | Undetermined | Voter | Campaign finance violations |
| Maverick | 2010 General Election | Other | Bribery |
| Duval | Undetermined | Voter | Unspecified election violations |
| Bexar | 2010 General Election | Other | Unspecified election violations |
| Titus | Multiple Elections | Other | Mail in ballot violations |
| Kendall | 2012 Primary Election | Other | Campaign finance violations |
| Smith | Undetermined | Other | Discovery of ballot boxes in a county office |
| Webb | 2012 Primary Election | Other | False statement on candidacy application, |
| Shelby | 2012 Municipal Election | Voter | Residency of voters |
| Galveston | 2012 Primary Election | Other | Illegal raffle to generate campaign funds |
| Starr | 2012 Primary Election | Other | Illegal voting (voter impersonation) |
| Duval | 2012 Primary Election | Other | Mail in ballot fraud |
| Dallas | Undetermined | Voter | Received a voter registration card for a voter not living at address |
| Freestone | 2012 Municipal Election | Other | Mail in ballot fraud |

Election Code Referrals to the
Office of the Attorney General
August 2002 - Present

| COUNTY | ELECTION INVOLVED | *SOURCE OF REFERRAL | ALLEGATIONS |
|---|---|---|---|
| Kendall | 2012 Primary Election | Other | Misuse of official information |
| Cameron | 2012 Primary Election | Voter | Unspecified election violations |
| Williamson | 2012 Municipal Election | Other | Bribery, abuse of official capacity |
| El Paso | 2012 Primary Election | Voter | Campaign finance violations |
| Dimmit | 2012 Municipal Election | Other | Illegal voting (1-ineligible voter), unlawfully accepting a voter |
| Liberty | 2012 Primary & General Election | Voter | Abuse of official capacity, misuse of official information |
| El Paso | 2012 Primary Election | Voter | Abuse of official capacity |
| Jim Wells | 2012 Primary Election | Other | Mail in voter fraud, and illegal voting (1-ineligible voter - felons) |
| Williamson | 2012 Municipal Election | Other | Bribery |
| Fort Bend | 2012 Municipal Election | Other | Possession of a firearm by Peace Officer in polling place |
| Cameron | 2012 Primary Runoff Election | Voter | Unspecified election violations |
| Wilson | 2012 Primary Election | Voter | Voter registration holding cards before submitting |
| Cameron | 2012 General Election | Other | Possession of ballot box keys |
| Webb | 2012 General Election | Voter | Unspecified election violations |
| Harris | 2012 General Election | Other | Unspecified election violations |
| Dallas | 2012 General Election | Voter | Illegal voting-voter impersonation |
| Dallas | 2012 General Election | Other | Illegal voting-voter impersonation |
| Jim Wells | 2012 Primary Election | Other | Illegal voting-convicted felons |
| Williamson | 2012 General Election | Other | Alleged misconduct by election administrator |
| Webb | 2012 General Election | Other | Candidate ballot place petition signatures fraud |
| Duval | 2012 General Election | Other | Mail in ballot fraud |
| Fort Bend | Undetermined | Voter | Misuse of campaing funds |
| Kleberg | 2012 Primary Election | Other | Tampering with a governmental record, forgery, and providing false information |
| Bell | 2013 Municipal Election | Other | Improper campaign event |
| Cameron | 2013 Municipal Election | Other | Campaign finance violations |
| Cameron | 2013 Municipal Election | Voter | Election misconduct |
| Cameron | 2013 School District Election | Voter | Mail in ballot violations |
| Williamson | 2013 Municipal Election | Other | Campaign finance violations |
| Grayson | 2013 Municipal Election | Other | Illegal Voting (non resident) |
| Johnson | 2013 Municipal Election | Other | Ineligible candidate |
| Starr | Undetermined | Voter | Mail in ballot fraud, numerous unspecified allegations in letter |
| Val Verde | 2012 General Election | Other | Election Judge allowing unauthorized individuals to vote |
| Polk | 2014 Primary Election | Other | Mail in ballot violation, false mail in ballot applications |

Election Code Referrals to the
Office of the Attorney General
August 2002 - Present

| COUNTY | ELECTION INVOLVED | *SOURCE OF REFERRAL | ALLEGATIONS |
|---|---|---|---|

* Referral sources listed as "other" include those from local district and county attorneys, local law enforcement (e.g., sheriffs and police departments), and local elections officials.

Voter refers to voters who make direct referrals to our office through the relevant provisions of the Election Code.

*Referral sources listed as "Voter" include those from voters who make direct referrals to the OAG through the relevant provisions of the Texas Election Code.

2/18/2014

TEX I.R.000254

Election Code Referrals to the
Office of the Attorney General
Prosecutions Resolved

| County | Defendant | Allegation | Election Involved | Charge Number | Charge(s) | Resolution Date | Election Code/Penal Code Provision | Disposition** |
|---|---|---|---|---|---|---|---|---|
| Bee | Melva Kay Ponce | Illegal assistance and illegal voting | 2004 General Election | B-05-2101-0-CR-B | 1 count illegal voting-(3) voter impersonation | 07/26/05 | EC 64.012 | Pled guilty to 1 count attempted illegal voting. 2 years deferred adjudication, $1500 fine w/$500 probated |
| Hardeman | Johnny Wayne Akers | Possession of an official ballot by another | 2004 Primary Election | 013449 | 6 counts possession of official ballot or carrier envelope of another | 11/04/05 | EC 86.006 | Pled guilty to 1 count possession of official ballot or carrier envelope of another. 2 years probation, $2000 fine |
| Nueces | Virginia Ramos Garza | Method of returning marked ballot, unlawful assistance, assisting voter | 2005 School District Election | 05-CR-9806-4 | 4 counts possessing an official ballot or carrier envelope of another | 03/22/06 | EC 86.006 | 1 year pre-trial diversion, 12 months community supervision |
| Nueces | Elida Garza Flores | Method of returning marked ballot, unlawful assistance, assisting voter | 2005 School District Election | 05-CR-9805-4 | 1 count possessing an official ballot or carrier envelope of another | 03/22/06 | EC 86.006 | 1 year pre-trial diversion, 12 months community supervision |
| Nueces | Isabel Lisa Rios Gonzalez | Method of returning marked ballot, unlawful assistance, assisting voter | 2005 School District Election | 05-CR-9808-3 | 2 counts possessing an official ballot or carrier envelope of another | 03/22/06 | EC 86.006 | Pled nolo contendere to 2 counts of possessing an official ballot or carrier envelope of another. 1 year deferred adjudication, $500 fine, 12 months community supervision |
| Nueces | Josefina Marinas Suarez | Method of returning marked ballot, unlawful assistance, assisting voter | 2005 School District Election | 05-CR-9807-1 | 1 count illegally possessing an official carrier envelope of another | 05/04/06 | EC 86.006 | Pled guilty to 1 count of illegally possessing an official carrier envelope of another. 1 year deferred adjudication, $500 fine, 12 months community supervision |
| Reeves | Trina Villalobos | Method of returning marked ballot | 2004 Primary Election | 25,185 | 4 counts possession of an official ballot or official carrier envelope of another | 06/27/06 | EC 86.006 | Jury verdict of guilty on 4 counts of possession of an official ballot or official carrier envelope of another. 10 days jail probated for 6 months probation |
| Bowie | Willie Howard Ray | Unlawfully obstructing watcher, unlawfully witnessing application for more than one application, unlawful assistance, security of ballots, ballot boxes and envelopes | 2004 Primary Election | 06M1309-CCL | 7 counts possessing an official ballot or carrier envelope of another | 07/17/06 | EC 86.006 | Pled guity to 1 count information of possession of an official ballot or official carrier envelope of another. 8 months deferred adjudication, $200 fine. Original indictment dismissed. |
| Bowie | Jamillah Johnson | Unlawfully obstructing watcher, unlawfully witnessing application for more than one application, unlawful assistance, security of ballots, ballot boxes and envelopes | 2004 Primary Election | 06M0302-CCL | 2 counts possessing an official ballot or carrier envelope of another | 07/17/06 | EC 86.006 | 6 months deferred adjudication, $200 fine |
| Bowie | Melinda Hunter | Unlawfully obstructing watcher, unlawfully witnessing application for more than one application, unlawful assistance, security of ballots, ballot boxes and envelopes | 2004 Primary Election | 06M0301-CCL | 7 counts possessing an official ballot or carrier envelope of another | 07/17/06 | EC 86.006 | 6 months pre-trial diversion |
| Nueces | Maria Dora Flores | Unlawful assistance, unlawfully influencing voter | 2006 Primary Election | 06-CR-2166-B | 2 counts illegal voting-(4) marking a ballot without voter's consent | 08/04/06 | EC 64.012 | Pled guilty to 2 counts illegal voting. 2 years deferred probation, $750 fine |
| Reeves | Anita Baeza | Method of returning marked ballot | 2004 Primary Election | 25,186 | 5 counts illegally possessing ballots for another person | 08/28/06 | EC 86.006 | 6 months pre-trial diversion |

Election Code Referrals to the
Office of the Attorney General
Prosecutions Resolved

| County* | Defendant | Allegation | Election Involved | Cause Number | Charge(s) | Resolution Date | Statute Code/Penal Code Provision | Disposition** |
|---|---|---|---|---|---|---|---|---|
| Calhoun | Debra Briseno | Illegal voting | 2006 Primary Election | 2006-8-6465, 2006-8-6466, 2006-8-6467, 2006-8-6468, 2006-8-6469 | 3 counts illegal voting-(1) ineligible voter non-citizen, 1 count unlawful assistance, 11 counts possessing an official ballot or carrier envelope of another, 6 counts tampering with a governmental record, 6 counts false statement on a registration application | 06/25/07 | EC 64.012 / PC 37.10 | Jury verdict of guilty on 2 counts illegal voting, 1 count tampering with a government record. 5 years TDCJ |
| Refugio | Raymond Villarreal | Unlawful assistance | 2006 Primary Election | 2007-2-4809, 2007-2-4810 | 4 counts illegal voting, 3 count tampering with governmental record | 10/09/07 | PC 37.10 | Pled guilty to 1 count tampering with government record. 2 years suspended, 5 years community supervision, $1,500 fine, 90 days jail, $2,090 restitution |
| Starr/Brooks | Noelia Lopez | Illegal voting | 2006 General Election | 07-07-09767 CR | 1 count illegal voting | 01/24/08 | EC 64.012 | Dismissal |
| Kerr | Mark Littlefield | Forgery, tampering with a government document | 2006 Special Election | 89,238 | Possession of forged instrument | 02/01/08 | PC 32.21 | 1 year pre-trial diversion, $100 donation |
| Starr/Brooks | Jose Rene Gomez | Illegal voting | 2006 General Election | 07-05-09743 CR | 1 count illegal voting-(2) voting more than once | 05/01/08 | EC 64.012 | Pled guilty to 1 count illegal voting. 2 years deferred adjudication, $300 fine, 2 years community supervision (Motion to Adjudicate) |
| Starr/Brooks | Oscar Luis Rios | Illegal voting | 2006 Primary Election | 07-05-09741 CR | 12 counts possessing a ballot without the voter's consent | 05/01/08 | EC 86.006 | Pled guilty to 12 counts possessing a ballot without the voter's consent. 2 years deferred adjudication, $300 fine, 2 years community supervision |
| Potter | Michael C. Shumate | Unlawfully accepting campaign donations, bribery | 2008 Primary Election | 56732-B, 56733-B, 56734-B | 1 count unlawfully accepting contribution, 1 count organized criminal activity, 1 count unlawfully accepting contribution | 06/12/08 | PC 71.02 | Jury verdict of guilty to 1 count organized criminal activity. 10 years suspended, 8 years community supervision, $5,000 fine |
| Duval/Brooks | Lydia Molina | Unlawful assistance, unlawful buying and selling of ballot materials | 2006 Primary Election | 08-01-09864, 11479 | 6 counts possession of official ballot or carrier envelope of another | 10/02/08 | EC 86.006 | Pled guilty to 1 count possession of official ballot or carrier envelope of another. 1 year deferred adjudication, $100 fine, 12 months community supervision |
| Duval/Brooks | Maria Soriano | Unlawful assistance, unlawful buying and selling of ballot materials | 2006 Primary Election | 08-01-09863, 11480 | 6 counts possession of official ballot or carrier envelope of another | 10/02/08 | EC 86.006 | Pled guilty to 1 count possession of official ballot or carrier envelope of another. 1 year deferred adjudication, $100 fine, 12 months community supervision |
| Duval/Brooks | Elva Gutierrez Luna | Unlawful assistance, unlawful buying and selling of ballot materials | 2006 Primary Election | 08-01-09865, 11482 | 3 counts possession of official ballot or carrier envelope of another | 10/02/08 | EC 86.006 | Pled guilty to 1 count possession of official ballot or carrier envelope of another. 1 year deferred adjudication, $100 fine, 12 months community supervision |
| Duval/Brooks | Maria Adelina Trigo | Unlawful assistance, unlawful buying and selling of ballot materials | 2006 Primary Election | 08-01-09866, 11481 | 2 counts possession of official ballot or carrier envelope of another | 10/02/08 | EC 86.006 | Pled guilty to 1 count possession of official ballot or carrier envelope of another. 1 year deferred adjudication, $100 fine, 12 months community supervision |
| Goliad*** | Jami Parkinson Billings | Unlawfully divulged voting results prior to the closing of polls | 2008 Municipal Election | 08-8-5967 CR | 1 count unlawfully revealing information before polls close | 11/12/08 | EC 61.007 | Pled nolo contendere to 1 count unlawfully revealing information before polls close. 2 years deferred adjudication, $1,000 fine, 2 years community supervision |
| Starr/Brooks | Guadalupe Rios | Mail-in ballot violation | 2006 Municipal Election | 08-08-09945 CR | 11 counts possessing a ballot without the voter's consent | 03/16/09 | EC 86.006 | Pled guilty to 11 counts possessing a ballot without the voter's consent. 2 years probated for 4 years probation, $500 fine, 60 days house arrest |

TEX I.R.000256

Election Code Referrals to the
Office of the Attorney General
Prosecutions Resolved

| County* | Defendant | Allegations | Election Involved | Cause Number | Charge(s) | Resolution Date | Election Code/Penal Code Provision | Disposition** |
|---|---|---|---|---|---|---|---|---|
| Starr/Brooks | Oralia Frausto | Illegal voting | 2006 Primary Election | 07-05-09738 CR | 15 counts of possessing a ballot without the voter's consent | 03/26/09 | EC 86.006 | 1 year pre-trial diversion |
| Starr/Brooks | Maria Gonzalez | Illegal voting | 2006 Primary Election | 07-05-09742 CR | 5 counts of possessing a ballot without the voter's consent | 03/26/09 | EC 86.006 | 1 year pre-trial diversion |
| Hill | Leland Mac Coffman | Divulged election results prior to the closing of polls on election day | 2007 School District and Municipal Election | M0591-09 | 3 counts false report to police officer | 10/14/09 | PC 37.08 | Pled guilty to 3 counts of false report to a police officer 2 years probation, $2000 fine, 90 days in jail, preheated |
| Harris*** | Jack Carol Crowder | Deceased voter voting | 2008 Primary Election | 1215118 | 1 count illegal voting-(3) voter impersonation at polling place | 10/06/09 | EC 64.012 | Pled guilty to 1 count fraudulent use of identifying information, 1 year deferred adjudication, $200 fine |
| Starr/Brooks | Raul Reyna | Convicted felons registered in county and have cast ballots in elections | 2007 Municipal and School Election | 09-04-09980 CR | 2 counts illegal voting-(1) ineligible voter taken | 11/05/09 | EC 64.012 | Pled guilty to 1 count of illegal voting, 2 years TDCJ, $500 fine |
| Starr/Brooks | Cynthia Pena | Convicted felons registered in county and have cast ballots in elections | 2007 Municipal and School Election | 09-04-09981 CR | 2 counts illegal voting-(1) ineligible voter taken | 11/05/09 | EC 64.012 | Pled guilty to 1 count of illegal voting, 10 years TDCJ-suspended, 4 years community supervision, $500 fine |
| Starr/Brooks | Elizabeth Martinez | Convicted felons registered in county and have cast ballots in elections | 2007 Municipal Election | 09-04-09982 CR | 1 count illegal voting-(1) ineligible voter taken | 11/05/09 | EC 64.012 | Pled guilty to 1 count of illegal voting, 5 years TDCJ |
| Panola | Drew Nixon | Official oppression | 2006 Special Election | 2007-C-0193 | 2 counts of official oppression | 01/28/10 | PC 39.03 | Defense motion for collateral estoppel granted. Indictment dismissed. |
| Dimmit/LaSalle | Maria Mendoza Garcia | Illegal voting, forgery | 2006 Primary Election | 08-11-00052 CRL | 7 counts knowingly provide false information on an application for an early voting ballot | 04/15/10 | EC 84.0041 | 12 months pre-trial diversion, $60 supervision fee, 10 hours of community service |
| Dimmit/LaSalle | Estela Cruz Saenz | Illegal voting, forgery | 2006 Primary Election | 08-12-00063 CRL | 7 counts knowingly provide false information on an application for an early voting ballot | 04/15/10 | EC 84.0041 | 6 months pre-trial diversion, $60 supervision fee |
| Jim Wells/Live Oak | Zaida Cantu Bueno | Mail in ballot violations | 2008 Primary Election | 20068 | 4 counts of method of returned marked ballot (less than 10) | 06/24/10 | EC 86.006 | Pled guilty to 1 count, 12 months probation, 180 days in jail (suspended), $200 fine, 40 hours of community service |
| Jim Wells/Live Oak | Norma Lopez | Mail in ballot violations | 2008 Primary Election | 20067 | 8 counts of method of returned marked ballot (less than 10) | 06/24/10 | EC 86.006 | Pled guilty to 1 count, 12 months probation, 180 days in jail (suspended), $200 fine, 40 hours of community service |
| Jim Wells/Live Oak | Cynthia Lopez | Mail in ballot violations | 2008 Primary Election | 20066 | 3 counts of method of returned marked ballot (less than 10) | 06/24/10 | EC 86.006 | Pled guilty to 1 count, 12 months probation, 180 days in jail (suspended), $200 fine, 40 hours of community service |
| Hidalgo/Brooks | Ruben Trevino Garcia | Illegal voting, bribery, and official misconduct | 2008 School District Election | 09-09-10116 CR | 1 count illegal voting-(1) ineligible voter taken | 06/17/10 | EC 64.012 | Pled guilty, 8 years TDCJ-ID suspended for 8 years community supervision, $500 fine |
| Starr*** | Raul Pena, Jr. | Unlawful possession of 56 mail-in ballots by candidate | 2010 Primary Election | CR-10-371 | 1 count of carrier envelope action by another person other than voter | 06/22/10 | EC 86.0051 | Pled guilty, 6 months community supervision, 180 days in jail (suspended), $500 fine |
| Starr/Brooks | Mary Lou Garza | Illegal voting | 2006 Primary Election | 07-07-09768 CR | 1 count of unlawful delivery of a certificate | 09/15/10 | EC 13.143 | Dismissal |

Election Code Referrals to the
Office of the Attorney General
Prosecutions Resolved

| County | Defendant | Allegations | Election Involved | Cause Number | Charge(s) | Resolution Date | Election Code/Penal Code Provision | Disposition |
|---|---|---|---|---|---|---|---|---|
| Hidalgo/Brooks | Mario Manuel Medrano | Illegal voting, bribery, and official misconduct | 2008 School District Election | 09-09-10117 CR | 1 count Illegal voting-(1) ineligible voter felon | 11/10/10 | EC 64.012 | Pled guilty, 2 years TDCJ-ID |
| Duval/Live Oak | Christina Lichtenberger | Mail in ballot violations | 2008 Primary Election | 20080, 20081 | 1 count of unlawful assistance, 1 count of method of returned marked ballot | 12/14/10 | EC 64.036, 86.006 | Pled guilty to Possession of a Ballot and Unlawful Assistance, and received 1 year deferred adjudication, and paid a $1000 fine and court costs |
| Duval/Live Oak | Andrea Campos Bierstedt | Mail in ballot violations | 2008 Primary Election | 20082, 20083 | 1 count of unlawful assistance, 1 count of method of returned marked ballot | 12/14/10 | EC 64.036, 86.006 | Pre-trial diversion 6 months, $1,500 donation to the county |
| Duval/Live Oak | Alicia Pena Perez | Mail in ballot violations | 2008 Primary Election | 20084, 20085, 20086, 20087, 20088, 20089, 20090, 20091 | 4 counts of unlawful assistance, 4 counts of method of returned marked ballot | 12/14/10 | EC 64.036, 86.006 | Pled guilty to 4 counts of Possession of a Ballot and 4 counts of Unlawful Assistance, and received 1 year jail, probated for 12 months, and paid a $1000 fine and court costs |
| Aransas/Travis*** | Gallaher, Todd | Misrepresentation of identity | 2008 Primary Election | C08999934 | Misrepresentation of identity | 05/21/09 | E.C. 255.005 | Pre-trial diversion for 1 year, 60 hours of community service, completed early. |
| Bexar | Ester Sandoval Martinez-Moreno | Unlawfully accepting a voter, unlawfully permitting the deposit of a ballot, and illegal voting | 2010 Primary Election | 2010-W-0175 | 1 count of tampering of a governmental record | 03/23/11 | P.C. 37.10 | Pled guilty to one count of misdemeanor Tampering, 1 year probation |
| Dallas/Rockwall | Delores McMillian | Unlawfully obstructing watcher, illegal voting, unlawful assistance, failure to witness application, unlawfully witnessing more than one application, providing false information on application, possession of mail-in ballots, unlawful assistance, bribery | 2010 Primary Election | 11012011CCL-A | 1 count of attempted illegal voting-(3) voter impersonation at polling place | 06/16/11 | E.C. 64.012 | Pled guilty to one count of Attempted illegal voting, 1 year probation, paid $227 court costs. |
| Duval/Jim Wells | Rogelio Cantu Salinas | Illegal Voting | 2008 Primary Election | 11-02-13251-CR | 1 count of illegal voting-(1) ineligible voter felon | 08/31/11 | E.C. 64.012 | Pled guilty for 2 years probation, 90 days in jail, and a $2000 fine |
| Hidalgo*** | Paulito Nilo | Unlawfully rejecting voters, illegal voting, and unlawfully accepting voters | 2008 Municipal Election | CR-2622-09-F | 1 count of illegal voting-(1) ineligible voter felon | 09/29/09 | E.C. 64.012 | Pled guilty for 3 years TDCJ, probated for 5 years of community supervision, 1 day in jail, $500 fine |
| Hidalgo/Brooks | Reyna Almanza | Illegal voting | 2009 School District Election | 10-03-10342-CR | 1 count of illegal voting-(3) voter impersonation | 12/01/11 | E.C. 64.012 | Convicted by a jury on 11/16/11, sentenced to 2 years TCDJ, suspended for 5 years on probation, 90 days in County Jail as a condition of probation, $313 court costs |
| Brazos | Shank, Christine Thomas | Unlawful Assistance | 2010 General Election | 11-03590-CRM-CCL1 | 1 count of Unlawful Assistance | 02/06/12 | E.C. 64.036 | Pled guilty, 1 year deferred adjudication community supervision, 20 hours community service, $332.00 court costs, $500.00 fine, prohibited from offering assistance in the election process to anyone. |
| Dallas/Rockwall | Carlos Medrano | Unlawfully obstructing watcher, illegal voting, unlawful assistance, failure to witness application, unlawfully witnessing more than one application, providing false information on application, possession of mail-in ballots, unlawful assistance, bribery | 2010 Primary Election | 2-11-418 | 2 counts of Illegal voting-(1) ineligible voter | 02/27/12 | E.C. 64.012 | Convicted during a bench trial, 1 count of illegal voting (1) ineligible voter, 5 years TDCJ, probated for 5 years, 180 days in jail as a condition of probation, $2500 fine, removed from JP Office. |

Election Code Referrals to the
Office of the Attorney General
Prosecutions Resolved

| County* | Defendant | Allegation | Election Involved | Cause Number | Charge(s) | Resolution Date | Election Code/Penal Code Provision | Disposition** |
|---|---|---|---|---|---|---|---|---|
| Dallas/Rockwall | Frank Medrano III | Unlawfully obstructing watcher, illegal voting, unlawful assistance, failure to witness application, unlawfully witnessing more than one application, providing false information on application, possession of mail-in ballots, unlawful assistance, bribery | 2010 Primary Election | 2-11-415 | 3 counts of aggravated perjury | 02/27/12 | T.P.C. 37.03 | Found not guilty during a bench trial |
| Dallas/Rockwall | Robert Edward Medrano | Unlawfully obstructing watcher, illegal voting, unlawful assistance, failure to witness application, unlawfully witnessing more than one application, providing false information on application, possession of mail-in ballots, unlawful assistance, bribery | 2010 Primary Election | 2-11-420 | 3 counts of illegal voting-(1) ineligible voter | 02/16/12 | E.C. 64.012 | Dismissed |
| Dallas/Rockwall | Rolando Medrano | Unlawfully obstructing watcher, illegal voting, unlawful assistance, failure to witness application, unlawfully witnessing more than one application, providing false information on application, possession of mail-in ballots, unlawful assistance, bribery | 2010 Primary Election | 2-11-416 | 6 counts of aggravated perjury | 02/29/12 | T.P.C. 37.03 | Pled guilty to two counts of aggravated perjury. 4 years TDCJ probated for 4 years community supervision, $5,000 fine, $219 Court Court, 45 days in jail as a condition of probation, work release day for day |
| Dallas/Rockwall | Raquel Medrano | Unlawfully obstructing watcher, illegal voting, unlawful assistance, failure to witness application, unlawfully witnessing more than one application, providing false information on application, possession of mail-in ballots, unlawful assistance, bribery | 2010 Primary Election | 2-11-103, 2-11-414 | 1 count of illegal voting-(1) ineligible voter, 5 counts of aggravated perjury | 02/28/12, 02/29/12 | E.C. 64.012, T.P.C. 37.03 | Dismissed |
| Dallas/Rockwall | Erica Perez | Unlawfully obstructing watcher, illegal voting, unlawful assistance, failure to witness application, unlawfully witnessing more than one application, providing false information on application, possession of mail-in ballots, unlawful assistance, bribery | 2010 Primary Election | 2-11-419 | 4 counts of illegal voting-(1) ineligible voter | 04/04/12 | E.C. 64.012 | Found not guilty during a bench trial |
| Dallas/Rockwall | Ricardo Medrano Sr | Unlawfully obstructing watcher, illegal voting, unlawful assistance, failure to witness application, unlawfully witnessing more than one application, providing false information on application, possession of mail-in ballots, unlawful assistance, bribery | 2010 Primary Election | 2-11-417 | 1 count of illegal voting-(1) ineligible voter | 04/04/12 | E.C. 64.012 | Found not guilty during a bench trial |

TEX I.R.000259

Election Code Referrals to the
Office of the Attorney General
Prosecutions Resolved

| County | Defendant | Allegation | Election Involved | Cause Number | Charge(s) | Resolution Date | Election Code/Penal Code Provision | Disposition** |
|---|---|---|---|---|---|---|---|---|
| Dallas/Rockwall | Gilda Hernandez | Unlawfully obstructing watcher, illegal voting, unlawful assistance, failure to witness application, unlawfully witnessing more than one application, providing false information on application, possession of mail-in ballots, unlawful assistance, bribery | 2010 Primary Election | 11082011CCL-B | 4 counts of possession of an official ballot or carrier envelope, 3 counts of unlawful assistance | 04/05/12 | E.C. 86.006, 64.036 | Pled guilty to two counts of Unlawful Assistance, two counts of Possession of a Ballot, and two counts of Failure to Provide Identifying Information While Assisting a Voter, and receiving one year of deferred adjudication and a $250. |
| Smith | Ronald Marsh | Illegal Voting | 2009 Municipal Election- Local Option | 241-1682-11 | 1 count of Illegal Voting-(1) ineligible voter | 03/23/11 | E.C. 64.012 | Pled guilty to one count, received four years of deferred adjudication, a $1,000 fine, and 100 hours of community service hours |
| Smith | Ann Marie Marsh | Illegal Voting | 2009 Municipal Election- Local Option | 241-1681-11 | 1 count of Illegal Voting-(1) ineligible voter | 03/23/11 | E.C. 64.012 | Dismissed |
| Hidalgo/Brooks | Jose De Jesus Ceno | Illegal voting, bribery, and official misconduct | 2008 School District Election | 09-09-10115 CR | 1 count illegal voting-(1) ineligible voter felon | 06/14/12 | EC 64.012 | Pled guilty, received 10 years TDCJ, probated for 10 years, $1,000 fine, and $313 court costs |
| Henderson / Smith | Frank Ross | Illegal Voting | 2009 Municipal Election | 241-1683-11 | 1 count of Illegal Voting-(1) ineligible voter | 06/19/12 | E.C. 64.012 | Dismissed |
| Dallas / Rockwall | Sylvia Medrano | Unlawfully obstructing watcher, illegal voting, unlawful assistance, failure to witness application, unlawfully witnessing more than one application, providing false information on application, possession of mail-in ballots, unlawful assistance, bribery | 2010 Primary Election | 2-11-186 | 7 counts of illegal voting-(1) ineligible voter | 06/28/12 | E.C. 64.012 | Dismissed |
| Hidalgo*** | Angel Trujido | Illegal Voting | 2010 Municipal and School District Election | CR-1914-12-E | 1 count illegal voting (1) ineligible voter felon | 08/03/12 | E.C. 64.012 | Pled guilty to illegal voting, sentenced to 3 years TDCJ- probated for community supervision, $750 fine. Second count of illegal voting dismissed. |
| Hidalgo*** | Baudelia Zapata Rojas | Unlawfully revealing information before the polls close | 2008 Municipal Election | 12-03529 | Unl Revealing Info before polls close | 12/27/12 | E.C. 61.007 | Grand Jury No Bill |
| Hidalgo*** | Sylvia Salas Vela | Illegal Voting | 2008 Municipal Election | 12-03519 | Illegal Voting | 12/27/12 | E.C. 64.012 | Grand Jury No Bill |
| Hidalgo*** | Salvador Vela | Mail in ballot violation | 2008 Municipal Election | 12-03528 | Method of returning marked ballot | 12/27/12 | E.C. 86.006 | Grand Jury No Bill |
| Hidalgo*** | Castillo, Fermina | Illegal voting | 2010 General Election | CR-1913-12-I | 1 count of Illegal Voting-(1) ineligible voter felon | 01/17/13 | E.C. 64.012 | Pled guilty to illegal voting, sentenced to 2 years deferred with community supervision and $100 fine. |
| Cameron | Ozuna, Margarita Rangel | Mail in ballot violations, forgery | 2010 Primary Election | 2013-DCR-00484 | 1 count Assisting Voter | 05/30/13 | E.C. 86.010 | Pled no contest to Assisting Voter (Class A Misdemeanor) 12 month county jail, probated for 12 month community service, $250.00 fine. |
| Hidalgo/Brooks | Lorenzo Antonio Almanza | Illegal voting | 2009 School District Elect | 10-03-10343-CR | 2 counts of illegal voting-(3) voter impersonation at polling place | 06/24/13 | E.C. 64.012 | Pled guilty to Illegal Voting - voter impersonation, Illegal Voting - voting twice, sentenced to 2 years TDCJ on both counts, run concurrently, $313 court costs |

Election Code Referrals to the
Office of the Attorney General
Prosecutions Resolved

| County* | Defendant | Allegation | Election Involved | Cause Number | Charge(s) | Resolution Date | Election Code/Penal Code Provisions | Disposition** |
|---|---|---|---|---|---|---|---|---|
| Montgomery | James Alan Jenkins | Illegal Voting | 2010 Special Election | 12-03-03479-CR | 1 count of Illegal voting (1) ineligible voter | 06/24/13 | E.C. 64.012 | Convicted during a bench trial, 1 count of illegal voting (1) ineligible voter, 3 years TDCJ, probated for 5 years, 180 days in jail as a condition of probation, $2500 fine, removed from JP Office |
| Montgomery | Adrian Heath | False statement on application, illegal voting | 2010 Special Election | 12-03-03480-CR | 1 count of illegal voting (1) ineligible voter | 10/31/13 | E.C. 64.012 | Convicted during a bench trial, 1 count of illegal voting (1) ineligible voter, Pending Sentencing due to prosecutor/ongoing investigation. |

* County where offense committed/ County of prosecution

** For complete information on disposition, see judgment and sentence agreement

*** Investigated by OAG, however presented to, and prosecuted by local district/county attorney

Page 7

2/18/2014

TEX I.R.000261