Election Code Referrals to the
Office of the Attorney General
Charges Pending Resolution

| County | Defendant | Allegation | Election Involved | Cause Number | Charge | Charging Date | Election Code Code |
|---|---|---|---|---|---|---|---|
| Hidalgo/Brooks | Jose De Jesus Cano | Illegal voting, bribery, and official misconduct | 2008 School District Election | 09-09-10115 CR | 1 count illegal voting-(1) ineligible voter (felon) | 09/16/09 | E.C. 64.012 |
| Hidalgo/Brooks | Lorenzo Antonio Almanza | Illegal voting | 2009 School District Election | 10-03-10343-CR | 2 counts of illegal voting-(3) voter impersonation at polling place | 03/24/10 | E.C. 64.012 |
| Bexar | Mary Comparin | Illegal voting | 2008 General Election | 2011-CR-7939 | 2 counts of illegal voting-(3) voter impersonation | 09/18/11 | E.C. 64.012 |
| Dallas/Rockwall | Gilda Hernandez | Unlawfully obstructing watcher, illegal voting, unlawful assistance, failure to witness application, unlawfully witnessing more than one application, providing false information on application, possession of mail-in ballots, unlawful assistance, bribery | 2010 Primary Election | 110F2011CCL-B | 4 counts of possession of an official ballot or carrier envelope, 3 counts of unlawful assistance | 10/08/10 | E.C. 85.006, 64.036 |
| Dallas/Rockwall | Sylvia Medrano | Unlawfully obstructing watcher, illegal voting, unlawful assistance, failure to witness application, unlawfully witnessing more than one application, providing false information on application, possession of mail-in ballots, unlawful assistance, bribery | 2010 Primary Election | 2-11-186 | 7 counts of illegal voting-(1) ineligible voter | 03/27/11 | E.C. 64.012 |
| Dallas/Rockwall | Erica Perez | Unlawfully obstructing watcher, illegal voting, unlawful assistance, failure to witness application, unlawfully witnessing more than one application, providing false information on application, possession of mail-in ballots, unlawful assistance, bribery | 2010 Primary Election | 2-11-419 | 6 counts of illegal voting-(1) ineligible voter | 09/08/11 | E.C. 64.012 |
| Dallas/Rockwall | Ricardo Medrano Sr | Unlawfully obstructing watcher, illegal voting, unlawful assistance, failure to witness application, unlawfully witnessing more than one application, providing false information on application, possession of mail-in ballots, unlawful assistance, bribery | 2010 Primary Election | 2-11-417 | 1 count of illegal voting-(1) ineligible voter | 09/08/11 | E.C. 64.012 |
| Hidalgo | Jorge Luis Martinez | Unlawfully rejecting voters, illegal voting, and unlawfully accepting voters | 2008 Municipal Election | CR-2623-09-F | 12 counts of illegal voting | 05/24/09 | E.C. 64.012 |
| Henderson/Smith | Frank Ross | Illegal Voting | 2009 Municipal Election | 241-1683-11 | 1 count of Illegal Voting-(1) ineligible voter | 12/14/11 | E.C. 64.012 |
| Smith | Ronald Marsh | Illegal Voting | 2009 Municipal Election- Local Option | 241-1682-11 | 1 count of Illegal Voting-(1) ineligible voter | 12/14/11 | E.C. 64.012 |

3/12/2012

2

TX_00056816

2:13-cv-193
09/02/2014
DEF0713



Election Code Referrals to the
Office of the Attorney General
Charges Pending Resolution

| *County | Defendant | Allegation | Election Involved | Cause Number | Charges | Charging Date | Election Code/Penal Code Provision |
|---|---|---|---|---|---|---|---|
| Smith | Ann Marie March | Illegal Voting | 2009 Municipal Election- Local Option | 241-1581-11 | 1 count of Illegal Voting-(1) ineligible voter | 12/14/11 | E.C. 64.012 |
| Montgomery | James Alan Jenkins | False statement on application, illegal voting | 2010 Special Election | 12-03-02579-CR | 1 count of Illegal Voting-(1) ineligible voter | 03/08/12 | E.C. 64.012 |
| Montgomery | Adrian David Heath | False statement on application, illegal voting | 2010 Special Election | 12-03-02580-CR | 1 count of Illegal Voting-(1) ineligible voter | 03/08/12 | E.C. 64.012 |
| Montgomery | Peter Joseph Goeddertz | False statement on application, illegal voting | 2010 Special Election | 12-03-02581-CR | 1 count of Illegal Voting-(1) ineligible voter | 03/08/12 | E.C. 64.012 |
| Montgomery | Sybil Lea Doyle | False statement on application, illegal voting | 2010 Special Election | 12-03-02583-CR | 1 count of Illegal Voting-(1) ineligible voter | 03/08/12 | E.C. 64.012 |
| Montgomery | Thomas Curry | False statement on application, illegal voting | 2010 Special Election | 12-03-02584-CR | 1 count of Illegal Voting-(1) ineligible voter | 03/08/12 | E.C. 64.012 |
| Montgomery | Roberta Margaret Cook | False statement on application, illegal voting | 2010 Special Election | 12-03-02585-CR | 1 count of Illegal Voting-(1) ineligible voter | 03/08/12 | E.C. 64.012 |
| Montgomery | William Mervin Berntsen | False statement on application, illegal voting | 2010 Special Election | 12-03-02586-CR | 1 count of Illegal Voting-(1) ineligible voter | 03/08/12 | E.C. 64.012 |

* County where offense committed/ County of prosecution

3/12/2012

2

TX_0005681

Election Code Referrals to the
Office of the Attorney General
Prosecutions Resolved

| Referring County | Defendant | Allegation | Election Involved | Cause Number | Charge | Complete Date | Election Code Provision | Disposition |
|---|---|---|---|---|---|---|---|---|
| Bee | Melva Kay Ponce | Illegal assistance and illegal voting | 2004 General Election | B-05-2101-0-CR-B | 1 count illegal voting-(N votes) impersonation | 07/26/05 | EC 64.012 | Pled guilty to 1 count attempted illegal voting. 2 years deferred adjudication, $1500 fine w/1500 probated |
| Henderson | Johnny Wayne Akers | Possession of an official ballot by another | 2004 Primary Election | 013449 | 6 counts possession of official ballot or carrier envelope of another | 11/04/05 | EC 86.006 | Pled guilty to 1 count possession of official ballot or carrier envelope of another. 2 years probation, $2000 fine |
| Nueces | Virginia Ramos Garza | Method of returning marked ballot, unlawful assistance, assisting voter | 2005 School District Election | 05-CR-5806-4 | 4 counts possessing an official ballot or carrier envelope of another | 03/22/06 | EC 86.006 | 1 year pre-trial diversion, 12 months community supervision |
| Nueces | Elida Garza Flores | Method of returning marked ballot, unlawful assistance, assisting voter | 2005 School District Election | 05-CR-5805-4 | 1 count possessing an official ballot or carrier envelope of another | 03/22/06 | EC 86.006 | 1 year pre-trial diversion, 12 months community supervision |
| Nueces | Isabel Lisa Rios Gonzalez | Method of returning marked ballot, unlawful assistance, assisting voter | 2005 School District Election | 05-CR-5808-3 | 2 counts possessing an official ballot or carrier envelope of another | 03/22/06 | EC 86.006 | Pled nolo contendere to 2 counts of possessing an official ballot or carrier envelope of another. 1 year deferred adjudication, $500 fine, 12 months community supervision |
| Nueces | Joselita Marissa Suarez | Method of returning marked ballot, unlawful assistance, assisting voter | 2005 School District Election | 05-CR-5807-1 | 1 count illegally possessing an official carrier envelope of another | 03/03/06 | EC 86.006 | Pled guilty to 1 count of illegally possessing an official carrier envelope of another. 1 year deferred adjudication, $500 fine, 12 months community supervision |
| Reeves | Trina Villalobos | Method of returning marked ballot | 2004 Primary Election | 25,185 | 4 counts possession of an official ballot or official carrier envelope of another | 06/23/06 | EC 86.006 | Jury verdict of guilty on 4 counts of possession of an official ballot or official carrier envelope of another. 10 days jail probated for 6 months probation |
| Bowie | Willie Howard Hoy | Unlawfully obstructing watcher, unlawfully witnessing application for more than one application, unlawful assistance, secrecy of ballots, ballot boxes and envelopes | 2004 Primary Election | 06M1309-CCL | 7 counts possessing an official ballot or carrier envelope of another | 07/17/06 | EC 86.006 | Pled guilty to 1 count information of possession of an official ballot or carrier envelope of another. 8 months deferred adjudication, $200 fine. Original indictment dismissed. |
| Bowie | Amillah Johnson | Unlawfully obstructing watcher, unlawfully witnessing application for more than one application, unlawful assistance, secrecy of ballots, ballot boxes and envelopes | 2004 Primary Election | 06M0302-CCL | 2 counts possessing an official ballot or carrier envelope of another | 07/17/06 | EC 86.006 | 6 months deferred adjudication, $200 fine |
| Bowie | Melinda Harter | Unlawfully obstructing watcher, unlawfully witnessing application for more than one application, unlawful assistance, secrecy of ballots, ballot boxes and envelopes | 2004 Primary Election | 06M1301-CCL | 7 counts possessing an official ballot or carrier envelope of another | 07/17/06 | EC 86.006 | 6 months pre-trial diversion |
| Nueces | Maria Dora Flores | Unlawful assistance, unlawfully influencing voter | 2006 Primary Election | 06-CR-2146-H | 2 counts illegal voting-(4) marking a ballot without voter's consent | 08/04/06 | EC 64.012 | Pled guilty to 2 counts illegal voting. 2 years deferred probation, $750 fine |
| Reeves | Anita Baeza | Method of returning marked ballot | 2004 Primary Election | 25,186 | 5 counts illegally possessing ballots for another person. | 08/28/06 | EC 86.006 | 6 months pre-trial diversion |

Election Code Referrals to the
Office of the Attorney General
Prosecutions Received

| County | Defendant | Offense | Election | Cause Number | Charge | Incident Date | Election Code Penal Provision | Disposition |
|---|---|---|---|---|---|---|---|---|
| Calhoun | Debra Briseno | Illegal voting | 2006 Primary Election | 3006-8-6465, 2006-8-6466, 2006-8-6467, 2006-8-6468, 2006-8-6469 | 3 counts illegal voting-(1) ineligible voter non-citizen, 1 count unlawful assistance, 11 counts possessing an official ballot or carrier envelope of another, 6 counts tampering with a governmental record, 6 counts false statement on a registration application | 04/24/07 | EC 64.012 / PC 37.10 | Jury verdict of guilty on 2 counts illegal voting, 1 count tampering with a government record. 3 years TDCJ |
| Refugio | Raymond Villarreal | Unlawful assistance | 2006 Primary Election | 2007-2-4809, 2007-2-4810 | 4 counts illegal voting, 3 count tampering with governmental record | 10/09/07 | PC 37.10 | Pled guilty to 1 count tampering with government record 2 years suspended, 5 years community supervision, $1,500 fine, 90 days jail, $2,090 restitution |
| Starr/Brooks | Noelia Lopez | Illegal voting | 2006 General Election | 07-07-09767 CR | 1 count illegal voting | 01/24/08 | EC 64.012 | Dismissal |
| Hays | Mark Littlefield | Forgery, tampering with a government document | 2006 Special Election | 89,288 | Possession of forged instrument | 02/01/08 | PC 32.21 | 1 year pre-trial diversion, $300 donation. |
| Starr/Brooks | Jose Rosa Gomez | Illegal voting | 2006 General Election | 07-05-09743 CR | 1 count illegal voting (2) voting more than once | 03/01/08 | EC 64.012 | Pled guilty to 1 count illegal voting. 2 years deferred adjudication, $300 fine, 2 years community supervision (Motion to Adjudicate) |
| Starr/Brooks | Oscar Luis Rios | Illegal voting | 2006 Primary Election | 07-05-09741 CR | 12 counts possessing a ballot without the voter's consent | 03/01/08 | EC 86.006 | Pled guilty to 12 counts possessing a ballot without the voter's consent. 2 years deferred adjudication, $300 fine, 2 years community supervision |
| Potter | Michael C. Shumate | Unlawfully accepting campaign donations, bribery | 2008 Primary Election | 56722-B, 56733-B, 56734-B | 1 count unlawfully accepting contribution, 1 count organized criminal activity,1 count unlawfully accepting contribution, | 06/12/08 | PC 31.03 | Jury verdict of guilty to 1 count organized criminal activity. 10 years suspended, 8 years community supervision, $5,000 fine |
| Duval/Brooks | Lydia Molina | Unlawful assistance, unlawful buying and selling of ballot materials | 2006 Primary Election | 08-01-09864, 11479 | 6 counts possession of official ballot or carrier envelope of another | 10/02/08 | EC 86.006 | Pled guilty to 1 count possession of official ballot or carrier envelope of another. 1 year deferred adjudication, $300 fine, 12 months community supervision |
| Duval/Brooks | Maria Soriano | Unlawful assistance, unlawful buying and selling of ballot materials | 2006 Primary Election | 08-01-09865, 11460 | 6 counts possession of official ballot or carrier envelope of another | 10/02/08 | EC 86.006 | Pled guilty to 1 count possession of official ballot or carrier envelope of another. 1 year deferred adjudication, $300 fine, 12 months community supervision |
| Duval/Brooks | Eloy Gutierrez Leza | Unlawful assistance, unlawful buying and selling of ballot materials | 2006 Primary Election | 08-01-09865, 11483 | 3 counts possession of official ballot or carrier envelope of another | 10/02/08 | EC 86.006 | Pled guilty to 1 count possession of official ballot or carrier envelope of another. 1 year deferred adjudication, $300 fine, 12 months community supervision |
| Duval/Brooks | Maria Adelita Trigo | Unlawful assistance, unlawful buying and selling of ballot materials | 2006 Primary Election | 08-01-09866, 11483 | 2 counts possession of official ballot or carrier envelope of another | 10/02/08 | EC 86.006 | Pled guilty to 1 count possession of official ballot or carrier envelope of another. 1 year deferred adjudication, $300 fine, 12 months community supervision |
| Colusa*** | Jem Perkinson Billings | Unlawfully divulged voting results prior to the closing of polls | 2008 Municipal Election | 08-8-3967 CR | 1 count unlawfully revealing information before polls close | 11/02/08 | EC 61.007 | Pled nolo contendere to 1 count unlawfully revealing information before polls close. 2 years deferred adjudication, $3,000 fine, 2 years community supervision |
| Starr/Brooks | Guadalupe Rios | Mail-in ballot violation | 2006 Municipal Election | 08-08-09945 CR | 11 counts possessing a ballot without the voter's consent | 03/16/09 | EC 86.006 | Pled guilty to 11 counts possessing a ballot without the voter's consent. 2 years probated for 4 years probation, $300 fine, 60 days house arrest |
| Starr/Brooks | Oralia Frausto | Illegal voting | 2006 Primary Election | 07-05-09738 CR | 13 counts of possessing a ballot without the voter's consent | 03/24/09 | EC 86.006 | 1 year pre-trial diversion |

5/13/2012

TX_0005681

Election Code Referrals to the
Office of the Attorney General
Prosecutions Resolved

| County | Defendant | Allegation | Election Involved | Cause Number | Charge(s) | Referral Date | Election Code/Penal Code Provision | Disposition |
|---|---|---|---|---|---|---|---|---|
| Starr/Brooks | Maria Gonzalez | Illegal voting | 2006 Primary Election | 07-05-09742 CR | 5 counts of possessing a ballot without the voter's consent | 03/26/09 | EC 86.006 | 1 year pre-trial diversion |
| TBD | Leland Mac Coffman | Divulged absentee results prior to the closing of polls on election day | 2007 School District and Municipal Election | M0393-09 | 3 counts false report to police officer | 10/14/09 | PC 37.08 | Pled guilty to 3 counts of false report to a police officer, 2 years probation, $2000 fine, 90 days in jail, probated |
| Harris*** | Jack Carol Oxender | Deceased voters voting | 2008 Primary Election | 1215818 | 1 count illegal voting-(5) voter impersonation at polling place | 10/06/09 | EC 64.012 | Pled guilty to 1 count fraudulent use of identifying information, 1 year deferred adjudication, $200 fine |
| Starr/Brooks | Raul Reyna | Convicted felons registered in county and have cast ballots in elections | 2007 Municipal and School Election | 09-04-09980 CR | 2 counts illegal voting-(1) ineligible voter felon | 11/05/09 | EC 64.012 | Pled guilty to 1 count of illegal voting, 2 years TDCJ, $500 fine |
| Starr/Brooks | Cynthia Pena | Convicted felons registered in county and have cast ballots in elections | 2007 Municipal and School Election | 09-04-09981 CR | 2 counts illegal voting-(1) ineligible voter felon | 11/05/09 | EC 64.012 | Pled guilty to 1 count of illegal voting, 10 years TDCJ suspended, 4 years community supervision, $500 fine |
| Starr/Brooks | Elizabeth Martinez | Convicted felons registered in county and have cast ballots in elections | 2007 Municipal Election | 09-04-09982 CR | 1 count illegal voting-(1) ineligible voter felon | 11/05/09 | EC 64.012 | Pled guilty to 1 count of illegal voting, 5 years TDCJ |
| Parvle | Drew Nixon | Official oppression | 2006 Special Election | 2007-C-0193 | 2 counts of official oppression | 01/28/10 | PC 39.03 | Defense motion for collateral estoppel granted. Indictment dismissed |
| Dimmit/LaSalle | Maria Mendoza Garcia | Illegal voting, forgery | 2006 Primary Election | 08-11-00052 CRL | 7 counts knowingly provide false information on an application for an early voting ballot | 04/13/10 | EC 84.0041 | 12 months pre-trial diversion, $60 supervision fee, 80 hours of community service |
| Dimmit/LaSalle | Estela Cruz Saenz | Illegal voting, forgery | 2006 Primary Election | 08-12-00063 CRL | 7 counts knowingly provide false information on an application for an early voting ballot | 04/13/10 | EC 84.0041 | 6 months pre-trial diversion, $60 supervision fee |
| Jim Wells/Live Oak | Zaida Cueto Bueno | Mail in ballot violations | 2008 Primary Election | 29068 | 4 counts of method of returned marked ballot (less than 10) | 06/24/10 | EC 86.006 | Pled guilty to 1 count, 12 months probation, 180 days in jail (suspended), $200 fine, 40 hours of community service |
| Jim Wells/Live Oak | Noema Lopez | Mail in ballot violations | 2008 Primary Election | 29067 | 8 counts of method of returned marked ballot (less than 10) | 06/24/10 | EC 86.006 | Pled guilty to 1 count, 12 months probation, 180 days in jail (suspended), $200 fine, 40 hours of community service |
| Jim Wells/Live Oak | Cynthia Lopez | Mail in ballot violations | 2008 Primary Election | 29066 | 3 counts of method of returned marked ballot (less than 10) | 06/24/10 | EC 86.004 | Pled guilty to 1 count, 12 months probation, 180 days in jail (suspended), $200 fine, 40 hours of community service |
| Hidalgo/Brooks | Ruben Trevino Garza | Illegal voting, bribery, and official misconduct | 2008 School District Election | 09-79-16116 CR | 1 count illegal voting-(1) ineligible voter felon | 06/13/10 | EC 64.012 | Pled guilty, 8 years TDCJ-ID suspended for 8 years community supervision, $500 fine |
| Starr*** | Raul Pena, Jr. | Unlawful possession of 56 mail-in ballots by candidate | 2010 Primary Election | CR-10-371 | 1 count of carrier envelope action by another person other then voter | 09/22/10 | EC 86.0051 | Pled guilty, 6 months community supervision, 180 days in jail (suspended), $500 fine |
| Starr/Brooks | Mary Lou Garza | Illegal voting | 2006 Primary Election | 07-07-09768 CR | 1 count of unlawful delivery of a certificate | 09/15/10 | EC 13.145 | Dismissal |

3/1/2012

Page 5

TX_0005682

Elective Code Referrals to the
Office of the Attorney General
Prosecutions Resolved

| County | Defendant | Allegation | Election Involved | Cause Number | Charged | Resolut-n Date | Election Code Viol-n Code Provision | Disposition |
|---|---|---|---|---|---|---|---|---|
| Hidalgo/Brooks | Mario Morand Medrano | Illegal voting, bribery, and official misconduct | 2008 School District Election | 09-09-10117-CR | 1 count illegal voting-(1) ineligible voter felon | 11/15/10 | EC 64.012 | Pled guilty, 2 years TDCJ-ID |
| Duval/Live Oak | Christina LeMembourger | Mail in ballot violations | 2008 Primary Election | 20060, 20081 | 1 count of unlawful assistance, 1 count of method of returned marked ballot | 12/14/10 | EC 64.036, 86.006 | Pled guilty to Possession of a Ballot and Unlawful Assistance, and received 1 year deferred adjudication, and paid a $1000 fine and court costs |
| Duval/Live Oak | Andrew Campos Berristell | Mail in ballot violations | 2008 Primary Election | 20082, 20083 | 1 count of unlawful assistance, 1 count of method of returned marked ballot | 12/14/10 | EC 64.036, 86.006 | Pre-trial diversion 6 months, $3,500 donation to the county |
| Duval/Live Oak | Alicia Peña Peretz | Mail in ballot violations | 2008 Primary Election | 20084, 20085, 20086, 20087, 20088, 20089, 20090, 20091 | 4 counts of unlawful assistance, 4 counts of method of returned marked ballot | 12/14/10 | EC 64.036, 86.006 | Pled guilty to 4 counts of Possession of a Ballot and 4 counts of Unlawful Assistance, and received 1 year jail, produced for 12 months, and paid a $1000 fine and court costs |
| Atascosa/Travis*** | Gallaher, Todd | Misrepresentation of Identity | 2008 Primary Election | C08999534 | Misrepresentation of Identity | 05/21/09 | E.C. 255.005 | Pre-trial diversion for 1 year, 60 hours of community service, completed early. |
| Bexar | Ester Sandoval Martinez-Moreno | Unlawfully obstructing watcher, unlawfully permitting the deposit of a ballot, and illegal voting | 2010 Primary Election | 2010-W-0375 | 1 count of tampering of a governmental record | 03/23/11 | P.C. 37.10 | Pled guilty to one count of misdemeanor Tampering, 1 year probation |
| Dallas/Rockwall | Delores McMillian | Unlawfully obstructing watcher, illegal voting, unlawful assistance, failure to witness application, unlawfully witnessing more than one application, providing false information on application, possession of mail-in ballots, unlawful assistance, bribery | 2010 Primary Election | 11082011CCL-A | 1 count of attempted illegal voting-(2) voter impersonation at polling place | 06/16/11 | E.C. 64.011 | Pled guilty to one count of Attempted illegal voting, 1 year probation, paid $227 court costs. |
| Duval/Jim Wells | Regino Cantu Salinas | Illegal Voting | 2008 Primary Election | 11-02-13251-CR | 1 count of illegal voting-(1) ineligible voter felon | 08/31/11 | E.C. 64.012 | Pled guilty for 2 years probation, 90 days in jail, and a $2000 fine |
| Medina *** | Paulito Nila | Unlawfully rejecting voters, illegal voting, and unlawfully accepting voters | 2008 Municipal Election | CR-2622-09-F | 1 count of illegal voting-(1) ineligible voter felon | 09/29/09 | E.C. 64.012 | Pled guilty for 5 years TDCJ, probated for 5 years of community supervision, 1 day in jail, $500 fine. |
| Hidalgo/Brooks | Reyna Almanza | Illegal voting | 2009 School District Election | 10-03-10342-CR | 1 count of illegal voting-(3) voter impersonation | 12/01/11 | E.C. 64.012 | Convicted by a jury on 11/16/11, sentenced to 2 years TCDJ, suspended for 5 years on probation, 90 days in County Jail as a condition of probation, $313 court costs |
| Brazos | Shenk, Christine Therese | Unlawful Assistance | 2010 General Election | 11-05590-CRM-CCL1 | 1 count of Unlawful Assistance | 02/06/12 | E.C. 64.036 | Pled guilty, 1 year deferred adjudication community supervision, 20 hours community service, $337.00 court costs, $303.00 fine, prohibited from offering assistance in the election process to anyone |
| Dallas/Rockwall | Carlos Medrano | Unlawfully obstructing watcher, illegal voting, unlawful assistance, failure to witness application, unlawfully witnessing more than one application, providing false information on application, possession of mail-in ballots, unlawful assistance, bribery | 2010 Primary Election | 2-11-418 | 2 counts of illegal voting-(1) ineligible voter | 02/27/12 | E.C. 64.012 | Convicted during a bench trial, 1 count of Illegal voting (1) ineligible voter, 5 years TDCJ, probated for 5 years, 180 days in jail as a condition of probation, $2500 fine, removed from JP Office |

3/13/2012

TX_0005682

Election Code Referrals to the
Office of the Attorney General
Prosecutions Involved

| County* | Defendant | Allegation | Election Involved | Cause Number | Charge(s) | Referral Date | Election Code Provision | Disposition** |
|---|---|---|---|---|---|---|---|---|
| Dallas/Rockwall | Frank Medrano III | Unlawfully obstructing watcher, illegal voting, unlawful assistance, failure to witness application, unlawfully witnessing more than one application, providing false information on application, possession of mail-in ballots, unlawful assistance, bribery | 2010 Primary Election | 2-11-415 | 3 counts of aggravated perjury | 02/27/12 | T.P.C. 37.03 | Found not guilty during a bench trial |
| Dallas/Rockwall | Robert Edward Medrano | Unlawfully obstructing watcher, illegal voting, unlawful assistance, failure to witness application, unlawfully witnessing more than one application, providing false information on application, possession of mail-in ballots, unlawful assistance, bribery | 2010 Primary Election | 2-11-420 | 3 counts of illegal voting-(1) ineligible voter | 02/14/12 | E.C. 64.012 | Dismissed |
| Dallas/Rockwall | Rolando Medrano | Unlawfully obstructing watcher, illegal voting, unlawful assistance, failure to witness application, unlawfully witnessing more than one application, providing false information on application, possession of mail-in ballots, unlawful assistance, bribery | 2010 Primary Election | 2-11-416 | 6 counts of aggravated perjury | 02/29/12 | T.P.C. 37.03 | Pled guilty to two counts of aggravated perjury, 4 years TDCJ probated for 4 years community supervision, $5,000 fine, 8219 Court Costs, 45 days in jail as a condition of probation, week release day for day |
| Dallas/Rockwall | Raquel Medrano | Unlawfully obstructing watcher, illegal voting, unlawful assistance, failure to witness application, unlawfully witnessing more than one application, providing false information on application, possession of mail-in ballots, unlawful assistance, bribery | 2010 Primary Election | 2-11-108, 2-11-414 | 1 count of illegal voting-(1) ineligible voter, 5 counts of aggravated perjury | 02/28/17, 02/29/12 | E.C. 64.012, T.P.C. 37.03 | Dismissed |

* County where offense committed/ County of prosecutors

** For complete information on disposition, see judgment and sentence agreement

*** Investigated by OAG, however presented to, and prosecuted by local district/county attorney

3/12/2012

TX_0005682

Election Code Referrals to the
Office of the Attorney General
August 2002 - Present

| COUNTY | ELECTION INVOLVED | SOS DATE | ALLEGATION |
|---|---|---|---|
| Falls | 2002 Municipal Election | 08/28/02 | Allegations of election irregularities |
| Robertson | 2002 General Election | 11/27/02 | Offering to buy or sell official ballot, envelope, or application |
| Liberty | 2002 General Election | 01/08/03 | Criminal irregularities |
| Robertson | 2002 General Election | 04/14/03 | Illegal voting by mail-in |
| Comal | 2004 Primary Election | 07/19/04 | Providing false information on a mail-in ballot application |
| Hardeman | 2004 Primary Election | 09/21/04 | Possession of an official ballot by another |
| Jim Wells | 2004 School District Election | 09/21/04 | Unlawful candidacy, illegal voting, mail-in ballot violations |
| Bowie | 2004 Primary Election | 10/26/04 | Unlawfully obstructing watcher, unlawfully witnessing application for more than one application, unlawful assistance, security of ballots, ballot boxes and envelopes |
| Hidalgo | 2004 Municipal Election | 11/15/04 | False statement on application, purportedly acting as agent |
| Bee | 2004 General Election | 11/18/04 | Application for a ballot by mail was submitted in the name of a dead person |
| Bee | 2004 General Election | 11/29/04 | Illegal assistance and illegal voting |
| Reeves | 2004 Primary Election | 02/02/05 | Method of returning marked ballot |
| Nueces | 2005 School District Election | 06/08/05 | Method of returning marked ballot, unlawful assistance, assisting voter |
| Hidalgo | 2005 Municipal Election | 06/16/05 | Method of returning marked ballot, unlawful assistance, assisting voter, illegal voting |
| Waller | 2005 Municipal Election | 08/29/05 | Offering to buy or sell official ballot, envelope or application |
| Harris | 2005 Municipal Election | 08/31/05 | Method of returning marked ballot, unlawful assistance, assisting voter, illegal voting |
| Tarrant | 2005 Special Election | 10/31/05 | Unlawfully influencing voter |
| Wharton | 2005 School District Election | 12/09/05 | Illegal voting |
| Dallas | 2005 Constitutional Election | 02/23/06 | Unlawfully accepting voter, failing to secure ballot box |
| Ector | 2006 Primary Election | 03/14/06 | Illegal assistance of voters voting by mail |
| Duval | 2006 Primary Election | 03/16/06 | Unlawful assistance, unlawful buying and selling of ballot materials |
| Duval | 2006 Primary Election | 03/22/06 | Providing false information on a voter registration application |
| Travis | 2004 General Election | 03/27/06 | Illegal voting, providing false information on a voter registration application |
| Hidalgo | 2006 Primary Election | 03/29/06 | Voter not permitted to mark his own mail-in ballot |
| Starr | 2006 Primary Election | 03/30/06 | Illegal voting |
| Culberson | 2006 Primary Election | 04/05/06 | Illegal voting, providing false information on voter registration |
| Brazoria | 2005 Municipal Election | 04/07/06 | Failure to secure ballot box, obstructing poll watchers, unlawfully revealing information before polls closed |
| Frio | 2006 Primary Election | 04/07/06 | Unlawful assistance, illegal voting |
| San Jacinto | 2004 Municipal Election | 04/10/06 | Illegal voting, providing false information on voter registration |
| Colorado | 2005 School District Election | 04/18/06 | Voting irregularities |

3/9/2012

TX_0005682

Election Code Referrals to the
Office of the Attorney General
August 2002 - Present

| COUNTY | ELECTION INVOLVED | SOS DATE | ALLEGATION |
|---|---|---|---|
| La Salle | 2006 Primary Election | 04/24/06 | Unlawful influence, coercion of a voter |
| Bowie | 2006 Primary Election | 04/27/06 | Obstructing poll watcher, unlawful assistance, witnessing more than one mail-in ballot application |
| Bee | 2006 School District Election | 04/27/06 | Unlawful assistance |
| Dimmit | 2006 Primary Election | 05/03/06 | Illegal voting, forgery |
| Tarrant | 2006 School District Election | 05/15/06 | Unlawful assistance, mail-in ballot and application violations |
| Hidalgo | 2006 School District Election | 06/02/06 | Coercion of a voter, unlawful influence, electioneering |
| Robertson | 2003 Municipal Election | 06/03/06 | Irregularities in the early voting by mail process |
| Shelby | 2006 Municipal Election | 06/03/06 | Coercion of a voter |
| Franklin | 2006 School District Election | 06/05/06 | Provided a campaign flyer, electioneering 100 ft. distance, persuading the voters to vote for the bond proposition |
| Milam | 2006 Primary Election | 06/13/06 | Loitering in a polling place, electioneering |
| Smith | 2006 Municipal Election | 06/29/06 | Unlawful presence by a candidate |
| Smith | 2006 School District Election | 07/10/06 | Unlawfully revealing information before polls close, influencing voter |
| Franklin | 2006 School District Election | 08/11/06 | Illegal voting, illegal registration |
| Kaufman | 2006 School District Election | 08/28/06 | Witnessing more than one mail-in ballot |
| Bandera | 2006 Special Election | 09/11/06 | Unlawful presence by a candidate |
| Tarrant | 2006 Municipal Election | 09/25/06 | Forged signatures on a recall petition |
| Zavala | 2006 General Election | 12/01/06 | Unlawful assistance |
| Refugio | 2006 Primary Election | 12/01/06 | Unlawful assistance |
| Hill | 2006 Special Election | 12/01/06 | Loitering in a polling place, electioneering |
| Waller | 2006 General Election | 12/20/06 | Disenfranchised from voting |
| Bee | 2006 General Election | 01/03/07 | Electioneering |
| Nueces | 2006 School District Election | 05/07/07 | Electioneering by opposing candidate |
| Brown | 2004 Primary Election | 05/17/07 | Falsification of a candidate's application |
| Jefferson | 2007 Constitutional Election | 07/10/07 | Loitering in a polling place, electioneering |
| Hill | 2007 School District and Municipal Election | 07/10/07 | Divulged election results prior to the closing of polls on election day |
| Montgomery | 2007 School District Election | 07/18/07 | Candidate entered election day polling place & remained during the accumulation of votes |
| Harris | 2007 School District Election | 07/18/07 | Pro-bond election materials at the polling place |
| Williamson | 2004 Special Election | 07/30/07 | Illegal voting |

TX_0005682

Election Code Referrals to the
Office of the Attorney General
August 2002 - Present

| COUNTY | ELECTION INVOLVED | SOS DATE | ALLEGATION |
|---|---|---|---|
| Edwards | 2006 General Election | 07/30/07 | Illegal voting, unlawful assistance |
| Starr | 2006 Municipal Election | 07/30/07 | Mail-in ballot violations |
| San Patricio | 2006 Municipal Election | 07/30/07 | Tampering with a governmental record, forgery |
| Kinney | 2006 Special Election | 07/30/07 | Coercion of a public servant |
| Dallas | 2007 Municipal Election | 08/27/07 | Electioneering 100 feet from entrance violation |
| Bosque | 2007 School District Election | 11/30/07 | Illegal voting, unauthorized entry into the ballot box, unlawful influence of voters, and unlawful assistance of voters |
| Starr | 2007 Municipal Election | 01/04/08 | Unlawful assistance |
| Henderson | 2006-2007 Municipal Election | 03/11/08 | Illegal voting |
| Wichita | 2007 Constitutional Election | 03/11/08 | Electioneering and handing out of religious material within 100 feet of the polling place |
| Gillespie | 2008 Primary Election | 03/12/08 | Unlawfully revealing information before polls close |
| Duval | 2008 Primary Election | 05/16/08 | Election irregularities |
| Guadalupe | 2008 Primary Election | 06/09/08 | Loitering in a polling place, electioneering |
| Duval | 2008 Primary Election | 06/16/08 | Unlawful possession of mail-in ballots |
| Parmer | 2008 Primary Election | 06/18/08 | Unlawfully suggest how voters should cast their ballots |
| Kleberg | 2008 Primary Election | 06/24/08 | Unlawfully influencing voter, and loitering in a polling place |
| Kleberg | 2008 Primary Election | 06/24/08 | Unlawfully loitering in a polling place |
| Webb | 2008 Primary Election | 06/24/08 | Poll watchers prevented from observing the recount in the sheriff run-off |
| Kaufman | 2008 Primary Election | 08/05/08 | Loitering in a polling place, electioneering |
| Hidalgo | 2008 School District Election | 08/19/08 | Illegal voting, bribery, and official misconduct |
| San Patricio | 2008 Municipal Election | 09/15/08 | Unlawful assistance, unlawful possession of mail-in ballot and illegal voting |
| Van Zandt | 2008 General Election | 01/13/09 | Electioneering within 100 ft mark at a polling place |
| Bexar | 2008 General Election | 01/14/09 | Citizen not allowed to to vote by an election worker |
| Hidalgo | 2008 Municipal Election | 01/14/09 | Unlawfully rejecting voters, illegal voting, and unlawfully accepting voters |
| Harris | 2008 Primary & General Elections | 01/14/09 | Deceased voters voting |
| Midland | 2008 Primary Election | 01/28/09 | Election workers suggesting how voters should vote by expressing their preference for particular candidates |
| Denton | 2008 General Election | 02/23/09 | Vote soliciting bribery on the internet (eBay) |
| Harris | 2009 Municipal Election | 05/06/09 | False statement on mail-in ballot application (deceased voters), forgery |
| Henderson | 2009 School District Election | 07/15/09 | Unlawfully witnessing more than one mail-in ballot application |
| Nueces | 2008 Primary Elections | 08/24/09 | Unlawful participation in party affairs |
| Maverick | 2008 Special Election | 08/24/09 | Electioneering |
| Dallas | 2008 Municipal Election | 08/31/09 | Refusing to accept a person for voting |

TX_00056825

Election Code Referrals to the
Office of the Attorney General
August 2002 - Present

| COUNTY | ELECTION INVOLVED | SOS DATE | ALLEGATION |
|---|---|---|---|
| Brown | Undetermined | 12/03/09 | Misuse of state and federal election funds |
| Harris | 2008 School District Election | 12/17/09 | Unlawfully influencing a voter, bribery |
| Robertson | 2009 Municipal Election | 02/01/10 | Unlawfully assisting voter, signing application by witness |
| Dallas | Municipal Election | 03/12/10 | Coercion of a voter |
| Starr | 2006, 2008 Primary Elections | 04/15/10 | Bribery, felons voting, unlawful delivery of voter registration certificate |
| Trinity | 2010 Primary Election | 04/19/10 | Unlawfully influencing a voter, electioneering, candidate in polling place |
| Dallas | 2010 Primary Election | 04/20/10 | Unlawfully obstructing watcher, illegal voting, unlawful assistance, failure to witness application, unlawfully witnessing more than one application, providing false information on application, possession of mail-in ballots, unlawful assistance, bribery |
| Tarrant | 2010 Primary Election | 04/27/10 | Unlawful assistance |
| Bexar | 2010 Primary Election | 04/29/10 | Unlawfully accepting a voter, unlawfully permitting the deposit of a ballot, and illegal voting |
| Gonzales | 2009 Municipal Election | 05/21/10 | Providing false information on application, possession of mail-in ballots |
| Jim Wells | 2010 Primary Election | 05/21/10 | Illegal voting, signing application by witness-assisting applicant, providing false information on application |
| Runnels | 2010 Special Election | 07/19/10 | Unlawful assistance, unlawfully influencing a voter |
| Hardin | 2010 Primary Election | 07/19/10 | Coercion of candidacy |
| Nueces | 2010 Primary Election | 07/19/10 | Electioneering, tampering with a governmental record |
| Eastland | 2010 Municipal Election | 07/19/10 | Illegal voting |
| Hidalgo | 2010 Municipal Election | 07/21/10 | Coercion of a voter, unlawful assistance, unlawfully accepting or rejecting a voter, and unlawfully obstructing poll watcher |
| Cameron | 2010 Primary Elections | 07/21/10 | Mail in ballot violations; forgery |
| Harris | 2010 General Election | 09/08/10 | False statement on voter registration application, obtaining voter registration applications prior to being deputized, failing to timely deliver voter registration applications, tampering with a governmental record |
| Wilson | 2010 Municipal Election | 09/20/10 | Illegal voting, unlawful assistance |
| Rains | 2010 Primary Election | 09/21/10 | Bribery, coercion of candidacy |
| Caldwell | 2010 Municipal Election | 09/21/10 | Bribery, coercion of candidacy |
| Pecos | 2010 Municipal Election | 09/21/10 | Bribery, coercion of candidacy |
| Bexar | 2010 School District Election | 10/14/10 | Illegal voting |
| San Jacinto | 2010 General Election | 11/09/10 | False statement on voter registration application |

3/9/2012

TX_00056820

Election Code Referrals to the
Office of the Attorney General
August 2002 - Present

| COUNTY | ELECTION INVOLVED | SOS DATE | ALLEGATIONS |
|---|---|---|---|
| Hidalgo | 2010 Municipal Election | 11/09/10 | Bribery, unlawful assistance, illegal voting, unlawfully accepting or rejecting voters |
| Cherokee | 2010 General Election | 12/07/10 | Unlawfully influecing a voter, unlawful assistance, and coercion of a voter |
| Hidalgo | 2010 General Election | 12/07/10 | Unlawfully influecing a voter, unlawful assistance, illegal voting, and coercion of a voter |
| Hidalgo | 2010 General Election | 12/07/10 | Unlawfully influecing a voter, unlawful assistance, illegal voting, and coercion of a voter |
| Mongomery | 2010 Special Election | 12/20/10 | False statement on application, illegal voting |
| Multiple | 2010 Special Election | 02/22/11 | Electioneering, unlawfully influecing voter, unlawfully accepting or refusing voter, unlawful assistance, coercion of a public servant or voter |
| Caldwell | 2010 General Election | 03/23/11 | Electioneering |
| Bowie | 2010 General Election | 03/30/11 | Signing application by assistant, providing false information on application, unlawful assistance, tampering with a governmental record. |
| Parker | 2010 Municipal Election | 04/13/11 | Electionerring |
| Brown | 2010 General Election | 04/13/11 | Wrongful delivery of a ballot box key, false information on application for mail in ballot, tampering with a governmental record, mail in ballot issued to voters, voter registration application from unauthroized agent, illegal destruction of election records. |
| Refugio | 2010 Municipal Election | 08/17/11 | False statement on a voter registration application, illegal voting |
| Dallas | 2011 Dallas County | 10/04/11 | Bribery |
| Wichita | 2010 Special Election | 11/17/11 | Illegal voting, coercion of a voter |
| Wichita | 2010 Primary Election | 01/05/12 | Perjury, abuse of official capacity |
| San Patricio | 2011 Municipal Election | 01/17/12 | Forgery |
| Comal | 2010 Municipal Election | 02/03/12 | Unlawfully influencing voters, illegal voting |
| Cooke | 2011 Special Election | 02/03/12 | Abuse of official capacity |
| Bowie | Multiple Elections | 02/03/12 | Voting by a convicted felon |

3/9/2012

TX_0005682

Election Code Referrals to the
Office of the Attorney General
August 2002 - Present

| COUNTY | ELECTION INVOLVED | SOURCE OF REFERRAL | ALLEGATIONS |
|---|---|---|---|
| Liberty | 2005 Special Election | Voter | Election irregularities |
| Caldwell | 2005 School District Election | Other | Bribery |
| McMullen | 2006 Primary Election | Voter | Unauthorized person in central tallying area, unlawfully revealing information before polls close |
| Panola | 2006 Special Election | Other | Official oppression |
| Robertson | 2006 Primary Election | Voter | Irregularities in the early voting by mail process |
| Jefferson | 2006 Primary Election | Other | Failing to secure ballot box |
| Nueces | 2006 Primary Election | Other | Unlawful assistance, unlawfully influencing voter |
| Kleberg | 2006 Primary Election | Other | Improperly assisting voters w/applications |
| Johnson | School District Election | Voter | Election violations and fraud |
| Morris | 2004 Primary Election | Voter | Candidate in the counting area |
| Tarrant | 2006 Primary Election | Voter | Vote harvesting |
| Hidalgo | 2006 Primary Election | Other | Illegal voting |
| Calhoun | 2006 Primary Election | Other | Illegal voting |
| Galveston | 2006 Municipal Election | Voter | Unlawful use of public funds for political advertising |
| Hays | 2006 Special Election | Other | Forgery, tampering with a government document |
| Hidalgo | 2006 Municipal Election | Voter | Official request for election records |
| Dawson | 2006 Primary Election | Other | Illegal signs, perjury by falsifying residency info on candidacy application |
| Hidalgo | 2006 Primary Election | Other | Bribery |
| Comal | 2006 Municipal Election | Voter | Unlawful presence by a candidate |
| Real | School District Election | Voter | Unethical behavior |
| Johnson | 2006 Municipal Election | Voter | Voters not allowed to vote in correct precincts, electioneering |
| Galveston | 2006 Special Election | Voter | Electioneering, and other unspecified election violation |
| Jefferson | 2006 Primary Election | Other | Residence qualification |
| Hays | 2006 Municipal Election | Other | Campaign finance violations, distribution of campaign materials by someone other than candidate |
| Trinity | Undetermined | Other | Bribery |
| Goliad | 2006 Primary Election | Voter | Elections officials unlawfully divulging voter information before close of polling |
| Guadalupe | 2006 Municipal Election | Other | Illegal corporate campaign donations |
| Hidalgo | 2006 School District Election | Voter | Bribery |
| Freestone | Municipal Election | Voter | Bribery |
| Hidalgo | 2006 Primary Election | Other | Utilizing county offices, equipment, and personnel for political purposes |
| Montgomery | 2006 Primary Election | Other | Unlawfully accepting or making campaign donation |

TX_0005682

Election Code Referrals to the
Office of the Attorney General
August 2002 - Present

| COUNTY | ELECTION INVOLVED | SOURCE OF REFERRAL | ALLEGATIONS |
|---|---|---|---|
| Reeves | 2006 Municipal Election | Voter | Failure to publish notice of election, illegal meetings, insufficient and improper voting equipment, improper appointment of elections clerk |
| Galveston | 2006 Primary Election | Other | Mail-in ballot violations |
| Travis | 2004 Primary Election | Voter | Illegal voting in two primaries |
| Nueces | 2006 School District Election | Voter | Unlawful assistance, mail-in ballot and application violations |
| Duval | 2006 School District Election | Voter | Method of returning marked ballot |
| Jefferson | Primary and General Election | Other | Residence qualification |
| Aransas | 2006 General Election | Other | Illegal voting |
| Starr | 2006 General Election | Other | Illegal voting |
| Tom Green | 2006 Primary Election | Other | Contribution and expenditure w/o campaign treasurer |
| Guadalupe | 2006 General Election | Other | Voter denied their right to vote |
| Starr | 2006 General Election | Other | Illegal voting |
| Upshur | 2006 General Election | Voter | Election irregularities |
| Nueces | 2007 Municipal Election | Other | Voting site preclearance |
| San Patricio | 2007 Municipal Election | Other | Illegal voting |
| Potter | 2008 Primary Election | Other | Unlawfully accepting campaign donations |
| Webb | 2008 Primary Election | Voter | Campaign finance violations |
| Starr | 2007 School District Election | Other | Voter registration certificates w/o proper identification |
| Polk | 2007 Special Election | Voter | Illegal election |
| Presidio | 2008 Primary Election | Other | Voter registration notifications |
| Titus | 2008 Primary Election | Voter | Using state seal in political advertisement |
| Webb | 2008 Primary Election | Voter | Illegal raffle to generate campaign funds |
| Ector | 2008 Primary Election | Voter | Falsification of candidacy application |
| Harris | 2008 Primary Election | Voter | Violated Texas campaign finance laws by utilizing campaign contributions for the purpose of retaining an attorney for other than authorized purposes |
| Duval | 2008 Primary Election | Voter | Unlawful assistance |
| Jim Wells | 2008 Primary Election | Other | Unlawful possession of mail-in ballot |
| Duval | 2008 Primary Election | Other | Unlawful possession of mail-in ballots |
| Starr | 2008 Primary Election | Other | Illegal voting |
| Bastrop | 2008 Primary Election | Voter | Illegal campaign finance |

TX_0005682

Election Code Referrals to the
Office of the Attorney General
August 2002 - Present

| COUNTY | ELECTION INVOLVED | SOURCE OF REFERRAL | ALLEGATIONS |
|---|---|---|---|
| El Paso | 2008 Primary Election | Other | Campaign finance for district attorney |
| Duval | 2008 Primary Election | Other | Ballot boxes appearing after ballot counting had been completed |
| Dallas | 2008 Primary Election | Voter | Election irregularities |
| LaSalle | 2008 Primary Election | Voter | Election irregularities |
| Bell | 2008 Municipal Election | Other | Coercion against candidacy |
| Dallas | 2008 Primary Election | Voter | Election irregularities |
| Webb | 2008 Primary Election | Voter | Unlawful assistance, illegal voting |
| Falls | 2008 Special Election | Other | Official oppression |
| Robertson | 2008 Primary Election | Other | Illegal voting, mail-in ballot fraud |
| Calhoun | 2008 Primary Election | Other | Write-in candidacy |
| Duval | 2008 Primary Election | Other | Electioneering within 100 ft mark at a polling place |
| Aransas | 2008 Primary Election | Other | Misrepresentation of identity |
| Travis | 2008 Primary Election | Other | How to gain access to the SOS system which electronic voting results from county elections administrators |
| Live Oak | 2008 Special Election | Voter | Open meetings violations |
| Jim Wells | 2008 Primary Election | Other | Mail-in ballot violations |
| Tom Green | 2008 Primary Election | Other | Campaign finance violations |
| Jasper | 2008 Primary Election | Other | Illegal voting |
| Jefferson | Undetermined | Other | Accepting contributions and fees |
| Duval | 2008 Primary Election | Voter | Voter intimidation and mail-in ballot violations |
| Duval | 2006 Primary Election | Other | Found unopened mail-in ballot during a narcotics search warrant |
| Brewster | 2008 Primary Election | Other | Ballot fraud |
| San Patricio | 2008 Primary Election | Other | Unlawful assistance and unlawful possession of mail-in ballots |
| Falls | 2008 School District Election | Voter | Superintendent and assistant superintendent acting as early voting and voting judge |
| Panola | 2008 Special Election | Voter | Candidate transported student via school bus to court house to vote |
| San Patricio | 2008 Primary Election | Voter | Unlawful assistance and unlawful possession of mail-in ballots |
| Washington | 2008 Primary Election | Voter | Election irregularities |
| Jefferson | 2008 Special Election | Voter | Election misconduct |
| Sabine | 2008 Municipal Election | Voter | Election irregularities |
| Webb | 2008 Primary Election | Voter | Unlawful campaign expenditures |
| Jasper | 2008 Municipal Election | Other | Election irregularities |
| Goliad | 2008 Municipal Election | Other | Unlawfully divulged voting results prior to the closing of polls |
| Gillespie | 2008 Primary Election | Other | Illegal voting |
| McMullen | 2008 Primary Election | Other | Elections irregularities |
| Waller | 2008 School District Election | Voter | Use of public funds for political advertisement |
| Parmer | 2008 Municipal Election | Other | Unlawful influence, coercion of a voter |

TX_0005683

Election Code Referrals to the
Office of the Attorney General
August 2002 - Present

| COUNTY | ELECTION INVOLVED | SOURCE OF REFERRAL | ALLEGATIONS |
|---|---|---|---|
| Presidio | 2008 Primary Election | Other | Unlawful assistance with mail-in ballots |
| Starr | 2007 Municipal Election | Other | Convicted felons registered in county and have cast ballots in elections |
| Bowie | 2008 Municipal Election | Voter | Violating residency requirements |
| Duval | 2006 and 2008 Undetermined | Other | Convicted felons voting in 2006 and/or in 2008 |
| Austin | 2006 Primary Election | Other | Separate accounts |
| Cameron | 2008 Elections | Other | Illegal voting |
| Wichita | 2008 General Election | Other | Unlawfully released police reports and narratives on one of the candidates running for sheriff |
| Bexar | 2008 General Election | Voter | Providing false information on a voter registration application |
| Terry | 2008 General Election | Other | Ineligible to hold the office of county clerk |
| Jasper | 2008 General Election | Voter | Unlawful assistance, unlawfully influencing a voter, and illegal voting |
| San Jacinto | 2008 General Election | Voter | Unlawfully prevented from voting |
| Webb | 2008 General Election | Other | Solicitation of campaign funds while on duty, selling of campaining fundraiser tickets while on duty and misuse of county employees while on county time |
| Williamson | 2008 General Election | Other | Illegal voting |
| Collin | 2008 Primary Election | Other | Campaign finance violations |
| Polk | 2008 General Election | Other | Death row inmates registering to vote |
| Montgomery | 2008 General Election | Voter | Non-citizen voted in election |
| Harris | 2009 Municipal Election | Other | False statement on mail-in ballot application (deceased voters), forgery |
| Hidalgo | Undetermined | Other | Illegal voting |
| Bowie | Municipal Election | Voter | Residency of candidate |
| Angelina | 2009 School District Election | Voter | Request for state election observers |
| Collin | Municipal Election | Other | Unlawfully rejecting voter, and bribery |
| Jim Wells | 2008 Municipal Election | Voter | Illegal voting, voter impersonations, and convicted felons, mail-in ballot violations |
| Dallas | 2009 School District Election | Voter | Residency of candidate |
| Smith | 2009 Municipal Election | Other | Illegal voting |
| Medina | 2009 Municipal Election | Other | Candidate/elected official may have a criminal history which prevents them from holding office, absentee ballots, voter fraud |
| Bexar | Multiple Primary, General Elections | Other | Illegal voting |
| Hidalgo | 2009 Municipal Election | Voter | Coercion against candidacy |
| Starr | 2006 Primary Election | Voter | Unlawful counting procedures during the recount |
| Webb | 2008 Primary Election | Other | Campaign finance violations |

TX_0005683

Election Code Referrals to the
Office of the Attorney General
August 2002 - Present

| COUNTY | ELECTION INVOLVED | SOURCE OF REFERRAL | ALLEGATIONS |
|---|---|---|---|
| Hidalgo | 2009 School District Election | Voter | Illegal voting |
| Goliad | 2008 General Election | Voter | Election misconduct |
| Gonzales | 2007, 2008, 2009 Municipal Elections | Voter | Illegal voting, mail-in ballot violations |
| Waller | 2009 Constitutional Election | Voter | Failing to keep voter registrar's office open during polling |
| Dimmit | 2010 Primary Election | Voter | Providing false information on a voter registration application |
| Dallas | 2010 Primary Election | Other | Misrepresentation of identity |
| Eastland | Undetermined | Other | Campaign finance violations |
| Duval | 2010 Primary Election | Other | Providing false information on a mail-in ballot application |
| Starr | 2010 Primary Election | Other | Providing false information on a mail-in ballot application |
| Dimmit | 2010 Primary Election | Voter | Unlawful possession of mail-in ballots, stealing campaign signs |
| Dimmit | 2010 Primary Election | Voter | Candidate loitering in a polling place, electioneering |
| Duval | 2010 Primary Election | Voter | Failing to sign as a witness or assistant on a mail-in ballot application |
| Dimmit | 2010 Primary Election | Other | Campaign workers following the mail carriers |
| Jim Wells | 2010 Primary Election | Other | Unlawful possession of mail-in ballots |
| Jim Wells | 2010 Primary Election | Voter | Unlawful assistance |
| Webb | 2010 Primary Election | Other | Mail-in ballot fraud |
| Jim Wells | 2010 Primary Election | Other | Unlawful assistance |
| Starr | 2010 Primary Election | Other | Unlawful assistance |
| Gregg | 2010 Primary Election | Voter | Candidate with criminal history |
| Starr | 2010 Primary Election | Other | Unlawful possession of 56 mail-in ballots by candidate |
| Austin | 2010 Primary Election | Voter | Coercion of voters |
| Zavala | 2010 Primary Election | Voter | Failure to secure ballot box, unlawfully rejecting voters |
| Brooks | 2010 Primary Election | Voter | Unlawful assistance, illegal voting, and electioneering |
| McMullen | 2010 Primary Election | Other | Falsification of candidacy application |
| Dallas | 2010 Primary Election | Voter | mail-in ballot violations, illegal voting, and poll place violations |
| Williamson | 2010 General Election | Other | Campaign finance violations |
| Navarro | 2010 Primary Election | Other | Mail-in ballot fraud |
| Nueces | 2010 Primary Election | Voter | Unlawfully removing polling place signs |
| Dallas | 2010 Municipal Election | Voter | Unspecified election violations |
| Tarrant | 2010 Municipal Election | Voter | Residency, illegal voting |
| Gonzales | 2010 Municipal Election | Other | Candidate does not live in city, voters not residents |
| Williamson | 2010 Primary Election | Other | Illegal voting |
| Bexar | 2010 Municipal Election | Other | Illegal voting |

3/9/2012

TX_0005683

Election Code Referrals to the
Office of the Attorney General
August 2002 - Present

| COUNTY | ELECTION INVOLVED | SOURCE OF REFERRAL | ALLEGATIONS |
|---|---|---|---|
| Refugio | 2010 Municipal Election | Voter | Unspecified election violations |
| Parker | 2010 Municipal Election | Voter | Election irregularities |
| Guadalupe | 2010 Primary Election | Voter | Falsified information on candidacy petition |
| Dallas | 2010 Municipal Election | Voter | Ineligible election judge |
| Tarrant | 2008 General Election | Voter | Unlawful candidacy |
| Bexar | 2010 School District Election | Other | Illegal voting, voter impersonation |
| Fort Bend | 2010 & 2010 Primary Election | Other | Campaign finance violations |
| Dallas | 2010 General Election | Voter | Mail in ballot fraud |
| Harris | 2010 General Election | Other | Mail in ballot application violations |
| Zavala | 2010 General Election | Voter | Mail in ballot violations, in person voting violations |
| Harris | 2010 General Election | Voter | Unlawfully rejecting a voter |
| Cameron | 2010 General Election | Voter | Mail in ballot violations, securing a ballot box |
| Bexar | 2010 School District Election | Other | Misleading campaign literature |
| Bryan | 2010 General Election | Other | Illegal voting (voter impersonation), unlawfully revealing information before polls close, electioneering |
| Bowie | 2010 General Election | Voter | Unlawfully influecing a voter, carrier envelope action by person other than voter, assisting voter, signing application by witness; assisting applicant, unlawfully witnessing application for more than one applicant |
| Brooks | 2010 Primary Election | Other | Bribery |
| Edwards | Multiple Elections | Other | Illegal voting, false statement on candidacy elections |
| Nueces | Undetermined | Voter | Campaign finance violations |
| Maverick | 2010 General Election | Other | Bribery |
| Duval | Undetermined | Voter | Unspecified election violations |
| Bexar | 2010 General Election | Other | Unspecified election violations |
| Titus | Multiple Elections | Other | Mail in ballot violations |
| Kendall | 2012 Primary Election | Other | Campaign finance violations |

\* Referral sources listed as "other" include those from local district and county attorneys, local law enforcement (e.g., sheriffs and police departments), and local elections officials.
Voter refers to voters who make direct referrals to our office through the relevant provisions of the Election Code.

3/9/2012

Page 11

TX_0005683

Election Code Referrals to the
Office of the Attorney General
August 2002 - Present

*Referral sources listed as "Voter" include
those from voters who make direct referrals
to the OAG through the relevant provisions
of the Texas Election Code.

3/9/2012

Page 12

TX_0005683