DATE: 05/21/14
TIME: 16:23:28

OFFICE OF THE ATTORNEY GENERAL
STATE OF TEXAS
DIVISION SUMMARY OF SERVICES PROVIDED

FOR 09/01/00 THRU 03/31/14   FY 2001 THRU 2014

PAGE: 27
PRGM: LBBR0227
RPRT: 1

ELE - ELECTION VIOL

| CASE NUMBER / CLIENT REF # | TIME HOURS | CHARGES | STYLE | TRAVEL EXPENSES | CONSULTANTS COURT,CONTRACT | OTHER EXPENSES | OVERHEAD | TOTAL CASE TIME AND EXPENSES | IAC/GRANT NUMBER CASE REVENUE | NET CASE SERVICES | TYPE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| LAW ENFORCEMENT DIVISION (CONTIN) | | | | | | | | | | | |
| 133390344 | 272.50 | 6,529.52 | STATE OF TEXAS VS DUVAL 2012 GENERAL ELECTION | 105.14 | 0.00 | 3.54 | 8,531.27 | 15,169.47 CI | 0.00 | 15,169.47 | ELE |
| 133409557 | 39.50 | 868.69 | STATE OF TEXAS VS BRANDON BARRERA | 0.00 | 0.00 | 0.00 | 1,325.62 | 2,194.31 CI | 0.00 | 2,194.31 | ELE |
| 133414672 | 1,270.25 | 31,022.35 | STATE OF TEXAS VS 2012 RUNOFF CAMERON COUNTY | 4,267.40 | 0.00 | 165.12 | 39,162.25 | 74,617.12 CI | 0.00 | 74,617.12 | ELE |
| 133433094 | 244.50 | 5,896.00 | STATE OF TEXAS VS DIANE BROADUS | 476.37 | 0.00 | 16.62 | 6,484.37 | 12,873.36 CI | 0.00 | 12,873.36 | ELE |
| 133433235 | 63.25 | 1,623.83 | STATE OF TEXAS VS SINION ISD | 0.00 | 0.00 | 0.00 | 1,631.22 | 3,255.05 CI | 0.00 | 3,255.05 | ELE |
| 133433243 | 224.75 | 5,762.92 | STATE OF TEXAS VS RODOLFO ESPINOSA | 0.00 | 0.00 | 0.00 | 5,858.47 | 11,621.39 CI | 0.00 | 11,621.39 | ELE |
| 133461046 CPD | 28.00 | 710.86 | STATE OF TEXAS VS RADCLIFF | 84.15 | 0.00 | 2.70 | 722.12 | 1,519.83 CI | 0.00 | 1,519.83 | ELE |
| 143478972 | 167.50 | 4,822.76 | STATE OF TEXAS VS 2014 POLK PRIMARY | 641.32 | 0.00 | 19.92 | 4,319.83 | 9,803.83 CI | 0.00 | 9,803.83 | ELE |
| DIVISION TOTALS | 48,916.05 | 1,210,469.14 | | 126,690.78 | 291.70 | 4,273.52 | 1,769,123.69 | 3,110,848.83 | 0.00 | 3,110,848.83 | |

TEX0650262

EXHIBIT 10
Mitchell 8-12-14
PENGAD 800-631-6989

2:13-cv-193
09/02/2014
DEF0718

DATE: 05/21/14
TIME: 16:04:22

PAGE: 8
PRGM: LBBR0227
RPRT: 1

TEX0650261

## OFFICE OF THE ATTORNEY GENERAL
## STATE OF TEXAS
## DIVISION SUMMARY OF SERVICES PROVIDED

FOR 09/01/00 THRU 03/31/14 FY 2001 THRU 2014

**ELE - ELECTION VIOL**

| CASE NUMBER CLIENT REF # | TIME HOURS | TIME CHARGES | STYLE | TRAVEL EXPENSES | CONSULTANTS COURT, CONTRACT | OTHER EXPENSES | OVERHEAD | TOTAL CASE TIME AND EXPENSES | IAC/GRANT NUMBER IAC/GRANT CASE REVENUE | NET CASE SERVICES | TYPE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CRIMINAL PROSECUTIONS DIVISION ( | | | | | | | | | | | |
| 143475002 | 4.00 | 170.20 | IN RE: INVESTIGATION OF BRANDON BARRERA VS | 0.00 | 0.00 | 0.00 | 90.08 | LC 260.28 | 0.00 | ELE 260.28 | |
| 143475010 | 3.00 | 127.65 | IN RE: INVESTIGATION OF ERIKA OLIVAREZ VS | 0.00 | 0.00 | 0.00 | 67.56 | LC 195.21 | 0.00 | ELE 195.21 | |
| DIVISION TOTALS | 14,379.12 | 459,657.94 | | 75,696.65 | 16,129.85 | 5,021.61 | 607,064.06 | 1,163,570.11 | 0.00 | 1,163,570.11 | |