

2:13-cv-193
09/02/2014
DEF0723

EXHIBIT NO. 5
Master
07-24-14

# Texas Politics

Voter Identification (February 2011)



# Texas Politics
Voter Identification (February 2011)

