# TEXAS SECRETARY OF STATE
# NANDITA BERRY

Election Outlook: Voter information | Election Night Returns

## Ballot Language for the November 5, 2013 Constitutional Amendment Election

### Proposition 1

"The constitutional amendment authorizing the legislature to provide for an exemption from ad valorem taxation of all or part of the market value of the residence homestead of the surviving spouse of a member of the armed services of the United States who is killed in action."

"La enmienda constitucional que autoriza a la legislatura para proporcionar una exención de impuestos ad valorem de todo o parte del valor de mercado de la vivienda residencial del cónyuge superviviente de un miembro de las fuerzas armadas de Estados Unidos que haya muerto en servicio".

### Proposition 2

"The constitutional amendment eliminating an obsolete requirement for a State Medical Education Board and a State Medical Education Fund, neither of which is operational."

"La enmienda constitucional que elimina el requisito obsoleto de una Junta Estatal de Educación Médica y un Fondo Estatal de Educación Médica, ninguno de los cuales está en funcionamiento".

### Proposition 3

"The constitutional amendment to authorize a political subdivision of this state to extend the number of days that aircraft parts that are exempt from ad valorem taxation due to their location in this state for a temporary period may be located in this state for purposes of qualifying for the tax exemption."

"La enmienda constitucional para autorizar a una subdivisión política de este estado a extender la cantidad de días que las partes de aviones que están exentas de impuestos ad valorem debido a su ubicación en este estado por un período temporal podrán ubicarse en este estado para el propósito de calificar para la exención de impuestos".

### Proposition 4

"The constitutional amendment authorizing the legislature to provide for an exemption from ad valorem taxation of part of the market value of the residence homestead of a partially disabled veteran or the surviving spouse of a partially disabled veteran if the residence homestead was donated to the disabled veteran by a charitable organization."

"La enmienda constitucional que autoriza a la legislatura a establecer una exención de impuestos

http://www.sos.state.tx.us/elections/voter/2013novballotlang.shtml                3/25/2014





ad valorem de una parte del valor de mercado de la vivienda residencial de un veterano parcialmente discapacitado o del cónyuge superviviente de un veterano parcialmente discapacitado si la vivienda residencial hubiese sido donada al veterano discapacitado por una organización de beneficencia".

## Proposition 5

"The constitutional amendment to authorize the making of a reverse mortgage loan for the purchase of homestead property and to amend lender disclosures and other requirements in connection with a reverse mortgage loan."

"La enmienda constitucional para autorizar préstamos de hipoteca inversa con el objeto de comprar propiedades para vivienda, y para enmendar las divulgaciones del prestamista y otros requisitos relacionados con un préstamo de hipoteca inversa".

## Proposition 6

"The constitutional amendment providing for the creation of the State Water Implementation Fund for Texas and the State Water Implementation Revenue Fund for Texas to assist in the financing of priority projects in the state water plan to ensure the availability of adequate water resources."

"La enmienda constitucional que establece la creación del Fondo Estatal de Implementación del Agua para Texas y del Fondo Estatal de Ingresos de Implementación del Agua para Texas (SWIRF – por sus siglas en inglés) para asistir en el financiamiento de proyectos prioritarios en el plan estatal de agua para asegurar la disponibilidad de recursos de agua adecuados".

## Proposition 7

"The constitutional amendment authorizing a home-rule municipality to provide in its charter the procedure to fill a vacancy on its governing body for which the unexpired term is 12 months or less."

"La enmienda constitucional que autoriza a las municipalidades autónomas a establecer en sus estatutos el procedimiento para cubrir una vacante en su organismo gubernamental cuyo término no completado sea de 12 meses o menor."

## Proposition 8

"The constitutional amendment repealing Section 7, Article IX, Texas Constitution, which relates to the creation of a hospital district in Hidalgo County."

"La enmienda constitucional que deroga la sección 7 del artículo IX de la Constitución de Texas, que se relaciona con la creación de un distrito de hospital en el Condado de Hidalgo".

## Proposition 9

"The constitutional amendment relating to expanding the types of sanctions that may be assessed against a judge or justice following a formal proceeding instituted by the State Commission on Judicial Conduct."

"La enmienda constitucional relacionada con la ampliación de los tipos de sanciones que podrán

Constitutional Amendment Election
Jasper County
Nov. 5, 2013 Early Totals

| PRECINCT # | TOTAL NO. VOTED | PROP 1 FOR | PROP 1 AGAINST | PROP 2 FOR | PROP 2 AGAINST | PROP 3 FOR | PROP 3 AGAINST | PROP 4 FOR | PROP 4 AGAINST | PROP 5 FOR | PROP 5 AGAINST | PROP 6 FOR | PROP 6 AGAINST | PROP 7 FOR | PROP 7 AGAINST | PROP 8 FOR | PROP 8 AGAINST | PROP 9 FOR | PROP 9 AGAINST |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2 | 7 | 7 | 0 | 6 | 1 | 4 | 3 | 5 | 0 | 2 | 5 | 1 | 6 | 5 | 2 | 5 | 2 | 6 | 1 |
| 3 | 10 | 6 | 0 | 8 | 2 | 4 | 7 | 5 | 5 | 3 | 7 | 6 | 4 | 5 | 5 | 9 | 1 | 7 | 3 |
| 4 | 13 | 13 | 0 | 11 | 2 | 14 | 2 | 11 | 2 | 8 | 5 | 7 | 6 | 11 | 2 | 12 | 1 | 12 | 1 |
| 5 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 6 | 24 | 20 | 4 | 18 | 6 | 11 | 10 | 20 | 4 | 10 | 14 | 12 | 12 | 15 | 9 | 19 | 5 | 19 | 5 |
| 7 | 11 | 11 | 0 | 9 | 1 | 3 | 7 | 11 | 0 | 3 | 7 | 5 | 6 | 6 | 4 | 10 | 1 | 6 | 4 |
| 8 | 6 | 6 | 0 | 4 | 2 | 2 | 4 | 5 | 0 | 2 | 4 | 4 | 2 | 3 | 3 | 4 | 2 | 5 | 1 |
| 9 | 5 | 3 | 1 | 3 | 1 | 2 | 2 | 4 | 2 | 2 | 2 | 3 | 1 | 3 | 2 | 2 | 2 | 2 | 2 |
| 10 | 14 | 13 | 1 | 11 | 3 | 1 | 13 | 9 | 4 | 1 | 13 | 4 | 11 | 2 | 12 | 5 | 9 | 8 | 6 |
| 11 | 8 | 8 | 0 | 6 | 1 | 3 | 5 | 5 | 2 | 2 | 4 | 4 | 4 | 2 | 5 | 2 | 5 | 3 | 3 |
| 12 | 7 | 7 | 0 | 5 | 2 | 7 | 0 | 6 | 1 | 3 | 7 | 2 | 3 | 3 | 5 | 5 | 2 | 5 | 2 |
| 13 | 4 | 3 | 1 | 4 | 0 | 2 | 2 | 3 | 1 | 3 | 1 | 2 | 2 | 6 | 1 | 2 | 2 | 4 | 0 |
| 14 | 18 | 13 | 4 | 12 | 5 | 6 | 11 | 14 | 3 | 6 | 11 | 10 | 7 | 10 | 5 | 10 | 6 | 14 | 4 |
| 15 | 8 | 7 | 1 | 5 | 3 | 3 | 5 | 8 | 0 | 5 | 3 | 3 | 5 | 3 | 5 | 4 | 4 | 4 | 4 |
| 16 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 17 | 17 | 15 | 2 | 14 | 2 | 14 | 3 | 14 | 3 | 8 | 9 | 10 | 7 | 11 | 6 | 14 | 3 | 21 | 8 |
| 19 | 26 | 23 | 3 | 23 | 3 | 14 | 12 | 23 | 3 | 10 | 16 | 12 | 14 | 20 | 6 | 13 | 13 | 7 | 5 |
| 20 | 14 | 10 | 3 | 9 | 3 | 4 | 8 | 10 | 3 | 5 | 8 | 5 | 7 | 2 | 10 | 6 | 6 | 23 | 6 |
| 21 | 29 | 21 | 8 | 26 | 3 | 12 | 16 | 21 | 8 | 6 | 21 | 12 | 17 | 17 | 12 | 18 | 9 | 9 | 5 |
| TOTAL | 221 | 186 | 32 | 174 | 40 | 105 | 110 | 176 | 39 | 78 | 137 | 103 | 114 | 124 | 90 | 140 | 72 | 155 | 60 |

Page 1

CONSTITUTIONAL AMENDMENT
ELECTION - JASPER COUNTY
NOVEMBER 5, 2013 COMBO

| PRECINCT # | TOTAL NO. VOTED | PROP 1 FOR | PROP 1 AGAINST | PROP 2 FOR | PROP 2 AGAINST | PROP 3 FOR | PROP 3 AGAINST | PROP 4 FOR | PROP 4 AGAINST | PROP 5 FOR | PROP 5 AGAINST | PROP 6 FOR | PROP 6 AGAINST | PROP 7 FOR | PROP 7 AGAINST | PROP 8 FOR | PROP 8 AGAINST | PROP 9 FOR | PROP 9 AGAINST |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 5 | 5 | 0 | 3 | 2 | 2 | 3 | 5 | 0 | 3 | 2 | 2 | 3 | 3 | 2 | 3 | 2 | 5 | 0 |
| 2 | 41 | 37 | 4 | 24 | 12 | 13 | 27 | 32 | 9 | 10 | 28 | 7 | 33 | 25 | 15 | 28 | 8 | 29 | 11 |
| 3 | 62 | 52 | 9 | 42 | 17 | 27 | 32 | 47 | 14 | 33 | 25 | 30 | 31 | 34 | 23 | 39 | 17 | 39 | 20 |
| 4 | 34 | 30 | 4 | 24 | 9 | 20 | 12 | 27 | 7 | 11 | 21 | 13 | 20 | 18 | 14 | 23 | 8 | 24 | 8 |
| 5 | 17 | 14 | 3 | 8 | 8 | 5 | 10 | 8 | 4 | 8 | 9 | 9 | 7 | 5 | 9 | 4 | 12 | 9 | 7 |
| 6 | 41 | 35 | 6 | 32 | 8 | 25 | 15 | 34 | 6 | 20 | 20 | 20 | 21 | 27 | 13 | 35 | 5 | 33 | 7 |
| 7 | 26 | 25 | 1 | 21 | 4 | 9 | 16 | 23 | 3 | 10 | 15 | 13 | 13 | 13 | 12 | 16 | 9 | 15 | 10 |
| 8 | 34 | 34 | 0 | 28 | 6 | 18 | 15 | 30 | 2 | 16 | 18 | 20 | 14 | 24 | 10 | 23 | 8 | 29 | 4 |
| 9 | 173 | 145 | 22 | 125 | 39 | 83 | 77 | 144 | 23 | 84 | 76 | 70 | 95 | 104 | 59 | 94 | 52 | 125 | 31 |
| 10 | 78 | 68 | 10 | 57 | 19 | 25 | 49 | 59 | 17 | 26 | 48 | 23 | 54 | 40 | 35 | 38 | 32 | 48 | 23 |
| 11 | 46 | 37 | 6 | 28 | 13 | 12 | 29 | 32 | 11 | 7 | 34 | 14 | 32 | 21 | 22 | 19 | 20 | 25 | 15 |
| 12 | 40 | 35 | 5 | 32 | 8 | 26 | 14 | 32 | 8 | 19 | 20 | 13 | 27 | 22 | 15 | 21 | 13 | 30 | 8 |
| 13 | 41 | 32 | 8 | 32 | 7 | 13 | 24 | 32 | 8 | 14 | 25 | 15 | 26 | 27 | 12 | 18 | 20 | 28 | 10 |
| 14 | 107 | 95 | 11 | 83 | 23 | 56 | 49 | 91 | 14 | 50 | 56 | 47 | 59 | 66 | 38 | 70 | 28 | 80 | 23 |
| 15 | 209 | 177 | 28 | 144 | 57 | 101 | 95 | 173 | 30 | 108 | 90 | 105 | 98 | 129 | 69 | 117 | 61 | 148 | 43 |
| 16 | 26 | 21 | 5 | 13 | 13 | 11 | 15 | 20 | 6 | 9 | 17 | 12 | 14 | 13 | 13 | 14 | 10 | 12 | 12 |
| 17 | 66 | 58 | 7 | 50 | 13 | 38 | 24 | 56 | 9 | 29 | 33 | 35 | 30 | 40 | 24 | 42 | 20 | 44 | 20 |
| 18 | 92 | 82 | 10 | 77 | 13 | 45 | 46 | 81 | 10 | 45 | 45 | 38 | 53 | 64 | 27 | 52 | 33 | 78 | 12 |
| 19 | 42 | 37 | 4 | 25 | 12 | 18 | 19 | 33 | 6 | 18 | 19 | 17 | 23 | 19 | 17 | 22 | 14 | 25 | 12 |
| 20 | 92 | 73 | 17 | 75 | 14 | 52 | 35 | 71 | 19 | 38 | 50 | 48 | 43 | 67 | 22 | 62 | 23 | 72 | 15 |
| TOTAL | 1272 | 1092 | 160 | 923 | 297 | 599 | 606 | 1034 | 206 | 558 | 651 | 551 | 696 | 761 | 451 | 740 | 395 | 898 | 291 |

**OFFICIAL BALLOT - SCHOOL TRUSTEE ELECTION**
*(BOLETA OFICIAL) - (ELECCIÓN DE FIDEICOMISARIO DE ESCUELA)*

Jasper ISD

**JASPER INDEPENDENT SCHOOL DISTRICT NO. 904**
*(DISTRITO ESCOLAR INDEPENDIENTE DE JASPER NUM. 904)*
May 10, 2014   *(10 de mayo de 2014)*

**INSTRUCTION NOTE:**
Vote for the candidate(s) of your choice by darkening in the oval (●) provided to the left of the name of the candidate(s).

*(NOTA DE INSTRUCCIÓN:*
*Vote por el candidato(s) de su preferencia llenando completamente el espacio ovalado (●) a la izquierda del nombre del candidato(s).)*

**SCHOOL TRUSTEE**
*(El Fideicomisario)*
VOTE FOR NO MORE THAN THREE
*(Vote para no mas que tres candidatos)*

○ Derek Woods

○ Joe E. Sells

○ Tommy Street

○ Naomi Hafford-Smith

Jasper ISD

Typ:01 Seq:0003 Spl:01

7.4.2.0 / 012503-14 © Election Systems & Software, Inc. 1981, 2002

```
Grand Totals Node 1                                                    Page    1
10:58:17 10-May-2014  Absentee Ballots Only
                      Jasper County, Texas
                   Joint General and Special Elections
                            May 10, 2014
                                                         Total Percent
REGISTERED VOTERS - TOTAL    . . . . . .                     0
BALLOTS COUNTED  - TOTAL     . . . . . .                   508

SCHOOL TRUSTEE
JASPER ISD
VOTE FOR  3
Derek Woods       . . . . . . . . . .                      332    29.41
Joe E. Sells      . . . . . . . . . .                      344    30.47
Tommy Street      . . . . . . . . . .                      343    30.38
Naomi Hafford-Smith  . . . . . . . .                       110     9.74
     Total        . . . . . . . . . .                    1,129   100.00
     Overvotes    . . . . . . . . . .                        2
     Undervotes   . . . . . . . . . .                      392

BOARD OF TRUSTEES, AT LARGE
KIRBYVILLE CISD
VOTE FOR  3
Mark Meredith     . . . . . . . . . .                        0
Clint Smith       . . . . . . . . . .                        0
Steven Dominy     . . . . . . . . . .                        0
Coston H. Lewis   . . . . . . . . . .                        0
Wayne Hughes      . . . . . . . . . .                        0
Charles Bush      . . . . . . . . . .                        0
     Total        . . . . . . . . . .                        0
     Overvotes    . . . . . . . . . .                        0
     Undervotes   . . . . . . . . . .                        0

Councilmember Place 1
CITY OF KIRBYVILLE
VOTE FOR  1
Laura Palmer Adams . . . . . . . . .                         0
     Total        . . . . . . . . . .                        0
     Overvotes    . . . . . . . . . .                        0
     Undervotes   . . . . . . . . . .                        0

Councilmember Place 2
CITY OF KIRBYVILLE
VOTE FOR  1
Brenda Roden      . . . . . . . . . .                        0
     Total        . . . . . . . . . .                        0
     Overvotes    . . . . . . . . . .                        0
     Undervotes   . . . . . . . . . .                        0

Councilmember Place 5
CITY OF KIRBYVILLE
VOTE FOR  1
Clarence Thomas, Jr. . . . . . . . .                         0
     Total        . . . . . . . . . .                        0
     Overvotes    . . . . . . . . . .                        0
     Undervotes   . . . . . . . . . .                        0
```

*Early Voting* (handwritten)

**UNOFFICIAL RETURNS** (stamped)

```
Grand Totals Node 1                                          Page    1
19:18:06 10-May-2014  Regular Ballots Only
                      Jasper County, Texas
               Joint General and Special Elections
                         May 10, 2014
                                                     Total  Percent
PRC CNTD (OF 4)    - TOTAL  . . . . . .                1    25.00
REGISTERED VOTERS - TOTAL   . . . . . .                0
BALLOTS COUNTED   - TOTAL   . . . . . .              217

SCHOOL TRUSTEE
JASPER ISD
VOTE FOR  3
  Derek Woods . . . . . . . . . . .                  133    28.00
  Joe E. Sells . . . . . . . . . .                   133    28.00
  Tommy Street . . . . . . . . . .                   125    26.32
  Naomi Hafford-Smith . . . . . . .                   84    17.68

BOARD OF TRUSTEES, AT LARGE
KIRBYVILLE CISD
VOTE FOR  3
  Mark Meredith . . . . . . . . . .                    0
  Clint Smith . . . . . . . . . . .                    0
  Steven Dominy . . . . . . . . . .                    0
  Coston H. Lewis . . . . . . . . .                    0
  Wayne Hughes . . . . . . . . . .                     0
  Charles Bush . . . . . . . . . .                     0

Councilmember Place 1
CITY OF KIRBYVILLE
VOTE FOR  1
  Laura Palmer Adams . . . . . . .                     0

Councilmember Place 2
CITY OF KIRBYVILLE
VOTE FOR  1
  Brenda Roden . . . . . . . . . .                     0

Councilmember Place 5
CITY OF KIRBYVILLE
VOTE FOR  1
  Clarence Thomas, Jr. . . . . . .                     0

BOARD OF DIRECTORS
MAURICEVILLE MUD
VOTE FOR  3
  Terry Block . . . . . . . . . . .                    0
  Tommy Smith . . . . . . . . . . .                    0
  Corey Oldbury . . . . . . . . . .                    0
  Jon W. Sherwin . . . . . . . . .                     0
  Bill Hutto . . . . . . . . . . .                     0
  Nelda Burton . . . . . . . . . .                     0

SALES AND USE TAX ELECTION
CITY OF KIRBYVILLE
VOTE FOR  1
  VOTE FOR . . . . . . . . . . . .                     0
  VOTE AGAINST . . . . . . . . . .                     0
```

UNOFFICIAL RETURNS

```
                                                          Total  Percent
PRC CNTD (OF 4)   - TOTAL . . . . . .                         1    25.00
REGISTERED VOTERS - TOTAL . . . . . .                         0
BALLOTS COUNTED   - TOTAL . . . . . .                       725

SCHOOL TRUSTEE
JASPER ISD
VOTE FOR 2
Derek Woods . . . . . . . . . . .                           465    28.99
Joe E. Sells  . . . . . . . . . .                           477    29.74
Tommy Street  . . . . . . . . . .                           468    29.18
Naomi Hafford-Smith . . . . . . .                           194    12.09
     Total  . . . . . . . . . . .                         1,604   100.00
     Overvotes  . . . . . . . . .                             2
     Undervotes . . . . . . . . .                           569

BOARD OF TRUSTEES, AT LARGE
KIRBYVILLE CISD
VOTE FOR 3
Mark Meredith . . . . . . . . . .                             0
Clint Smith . . . . . . . . . . .                             0
Steven Dominy . . . . . . . . . .                             0
Coston H. Lewis . . . . . . . . .                             0
Wayne Hughes  . . . . . . . . . .                             0
Charles Bush  . . . . . . . . . .                             0
     Total  . . . . . . . . . . .                             0
     Overvotes  . . . . . . . . .                             0
     Undervotes . . . . . . . . .                             0

Councilmember Place 1
CITY OF KIRBYVILLE
VOTE FOR 1
Laura Palmer Adams  . . . . . . .                             0
     Total  . . . . . . . . . . .                             0
     Overvotes  . . . . . . . . .                             0
     Undervotes . . . . . . . . .                             0

Councilmember Place 2
CITY OF KIRBYVILLE
VOTE FOR 1
Brenda Roden  . . . . . . . . . .                             0
     Total  . . . . . . . . . . .                             0
     Overvotes  . . . . . . . . .                             0
     Undervotes . . . . . . . . .                             0

Councilmember Place 5
CITY OF KIRBYVILLE
VOTE FOR 1
Clarence Thomas, Jr . . . . . . .                             0
     Total  . . . . . . . . . . .                             0
     Overvotes  . . . . . . . . .                             0
     Undervotes . . . . . . . . .                             0
```

**OFFICIAL BALLOT**
*(BOLETA OFICIAL)*

**DEMOCRATIC PARTY PRIMARY ELECTION**
*(ELECCIÓN PRIMARIA DEL PARTIDO DEMOCRATICO)*

*(Condado de)* **Jasper County, Texas**
**March 4, 2014** *(4 de marzo de 2014)*

INSTRUCTION NOTE: *(NOTA DE INSTRUCCIÓN:)*
Vote for the candidate of your choice in each race by darkening in the oval (●) provided to the left of the name of that candidate.
*(Vote por el candidato de su preferencia en cada carrera llenando completamente el espacio ovalado (●) a la izquierda del nombre del candidato.)*

"I am a Democrat and understand that I am ineligible to vote or participate in another political party's primary election or convention during this voting year."
*("Yo soy Demócrata y comprendo soy inelegible para votar o participar en la elección primaria o la convención de algún otro partido político durante este año electoral.")*

**SAMPLE BALLOT**
*(BOLETA DE MUESTRA)*

## FEDERAL *(FEDERAL)*

**United States Senator**
*(Senador de los Estados Unidos)*

- Kesha Rogers
- Michael "Fjet" Fjetland
- David M. Alameel
- Maxey Mario Scherr
- Harry Kim

**United States Representative, District 36**
*(Representante de los Estados Unidos, Distrito Núm. 36)*

- Michael K. Cole

## STATE *(ESTADO)*

**Governor**
*(Gobernador)*

- Wendy R. Davis
- Reynaldo "Ray" Madrigal

**Lieutenant Governor**
*(Gobernador Teniente)*

- Leticia Van de Putte

**Attorney General**
*(Procurador General)*

- Sam Houston

**Comptroller of Public Accounts**
*(Contralor de Cuentas Públicas)*

- Mike Collier

**Commissioner of the General Land Office**
*(Comisionado de la Oficina General de Tierras)*

- John Cook

## STATE *(ESTADO)*

**Commissioner of Agriculture**
*(Comisionado de Agricultura)*

- Jim Hogan
- Hugh Asa Fitzsimons III
- Richard "Kinky" Friedman

**Railroad Commissioner**
*(Comisionado de Ferrocarriles)*

- Steve Brown
- Dale Henry

**Chief Justice, Supreme Court**
*(Juez Presidente, Corte Suprema)*

- William Moody

**Justice, Supreme Court, Place 6, Unexpired Term**
*(Juez, Corte Suprema, Lugar Núm. 6, Duración Restante del Cargo)*

- Lawrence Edward Meyers

**Justice, Supreme Court, Place 7**
*(Juez, Corte Suprema, Lugar Núm. 7)*

- Gina Benavides

**Judge, Court of Criminal Appeals, Place 3**
*(Juez, Corte de Apelaciones Criminales, Lugar Núm. 3)*

- John Granberg

**Member, State Board of Education, District 7**
*(Miembro de la Junta Estatal de Educación Pública, Distrito Núm. 7)*

- Kathy King

## COUNTY *(CONDADO)*

**Criminal District Attorney**
*(Procurador Criminal del Distrito)*

- Steve Hollis

## COUNTY *(CONDADO)*

**County Judge**
*(Juez del Condado)*

- Mark Allen

**District Clerk**
*(Secretario del Distrito)*

- Kathy Kent

**County Clerk**
*(Secretario del Condado)*

- Debbie Newman

**County Treasurer**
*(Tesorero del Condado)*

- Rena Kelley

**County Commissioner, Precinct No. 4**
*(Comisionado del Condado, Precinto Núm. 4)*

- Vance Moss

**Justice of the Peace, Precinct No. 1**
*(Juez de Paz, Precinto Núm. 1)*

- Ronnie Billingsley

**Justice of the Peace, Precinct No. 2**
*(Juez de Paz, Precinto Núm. 2)*

- Freddie Miller

**Justice of the Peace, Precinct No. 3**
*(Juez de Paz, Precinto Núm. 3)*

- Mike Smith

**Justice of the Peace, Precinct No. 4**
*(Juez de Paz, Precinto Núm. 4)*

- Debbie Berry
- Joe Wilkerson

**Justice of the Peace, Precinct No. 6**
*(Juez de Paz, Precinto Núm. 6)*

- Steve Conner

**Constable, Precinct No. 6**
*(Condestable, Precinto Núm. 6)*

- Joe Sterling

**County Chairman**
*(Presidente del Condado)*

- Jessica White

BOX 1   THREE CORNERS

## PARTY REFERENDUM
*(REFERENDUM DEL PARTIDO)*

**INSTRUCTION NOTE:**
Darken in the oval provided to the left of the statement indicating the way you wish to vote.

*(NOTA DE INSTRUCCIÓN:*
*Llene completamente el espacio ovalado a la izquierda de la frase que indica la manera en que quiere votar.)*

**ON IMMIGRATION REFORM**
The United States Congress must pass immigration reform; including an earned path to citizenship for those individuals contributing to the economy and the dependents of those individuals.

*(REFORMA MIGRATORIA)*
*(El Congreso de los Estados Unidos debe aprobar una reforma migratoria, incluyendo un camino ganado a la ciudadanía para aquellos individuos que contribuyen a la economía y las personas a cargo de esas personas.)*

◯ FOR *(A FAVOR)*

◯ AGAINST *(EN CONTRA)*

**A LIVING WAGE FOR ALL TEXANS**
Congress should pass legislation raising the federal minimum wage to at least 110% of the federal poverty level for a family of four without exception.

*(UN SALARIO DIGNO PARA TODOS LOS TEJANOS)*
*(El Congreso debe promulgar legislación para aumentar el salario mínimo federal por lo menos a el 110% del nivel federal de pobreza para una familia de cuatro, sin excepción.)*

◯ FOR *(A FAVOR)*

◯ AGAINST *(EN CONTRA)*

**MEDICAID EXPANSION**
The Governor and the Texas Legislature should accept federal funds; as provided in the Patient Protection & Affordable Care Act of 2010; for the expansion of Medicaid to provide coverage to millions of uninsured and underinsured Texans.

*(EXPANSIÓN DE MEDICAID)*
*(El Gobernador y la Legislatura de Texas deben aceptar fondos federales, conforme a lo dispuesto en el Patient Protection & Affordable Care Act del 2010, por la expansión de Medicaid para proporcionar cobertura a millones de tejanos sin seguro médico.)*

◯ FOR *(A FAVOR)*

◯ AGAINST *(EN CONTRA)*

## PARTY REFERENDUM
*(REFERENDUM DEL PARTIDO)*

**ON NON-DISCRIMINATION LEGISLATION**
The Congress and the Texas Legislature should adopt legislation that expands protections against discriminations in employment; housing; and public accommodations based upon sexual orientation and gender identity.

*(LEGISLACIÓN ANTIDISCRIMINATORIA)*
*(El Congreso y la Legislatura de Texas debería adoptar una legislación que amplía la protección contra la discriminación en el empleo, la vivienda, y los lugares públicos en base a la orientación sexual e identidad de género.)*

◯ FOR *(A FAVOR)*

◯ AGAINST *(EN CONTRA)*

*SAMPLE BALLOT*
*(BOLETA DE MUESTRA)*

Vote Both Sides
*(Voto ambos lados)*
Side 2 of 2
*(Segundo lado de dos partes)*

DEMOCRATIC PRIMARY MARCH 4, 2014
TOTAL VOTES

| PRECINCT # | TOTAL NO. VOTED | UNITED STATES SENATOR | | | | | US REP | GOVERNOR | | LT GOV | AG | CPA | CGLO | COM OF AG | | | RRC | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | KESHA ROGERS | MICHAEL "FJET" FJETLAND | DAVID M. ALAMEEL | MAXEY MARIE SCHERR | HARRY KIM | MICHAEL K. COLE | WENDY R. DAVIS | REYNALDO "RAY" MADRIGAL | LETICIA VAN DE PUTTE | SAM HOUSTON | MIKE COLLIER | JOHN COOK | JIM HOGAN | HUGH ASA FITZSIMONS III | RICHARD 'KINKY' FRIEDMAN | STEVE BROWN | DALE HENRY |
| 1 | 5 | 4 | 0 | 1 | 0 | 0 | 5 | 4 | 1 | 5 | 5 | 5 | 5 | 3 | 3 | 1 | 3 | 2 |
| 2 | 9 | 0 | 0 | 6 | 2 | 0 | 8 | 8 | 0 | 9 | 9 | 9 | 9 | 6 | 3 | 2 | 6 | 3 |
| 3 | 8 | 2 | 0 | 5 | 3 | 1 | 8 | 8 | 0 | 8 | 8 | 8 | 8 | 4 | 0 | 2 | 5 | 2 |
| 4 | 2 | 0 | 0 | 1 | 0 | 2 | 4 | 3 | 0 | 4 | 5 | 5 | 5 | 2 | 4 | 0 | 3 | 0 |
| 5 | 2 | 2 | 0 | 2 | 0 | 0 | 1 | 0 | 2 | 1 | 2 | 2 | 2 | 4 | 0 | 2 | 7 | 0 |
| 6 | 12 | 0 | 0 | 0 | 1 | 0 | 2 | 0 | 1 | 2 | 3 | 3 | 2 | 1 | 1 | 0 | 0 | 0 |
| 7 | 2 | 0 | 0 | 1 | 1 | 1 | 4 | 3 | 0 | 1 | 7 | 2 | 2 | 13 | 0 | 1 | 2 | 2 |
| 8 | 23 | 7 | 0 | 6 | 1 | 2 | 17 | 17 | 5 | 21 | 22 | 22 | 22 | 10 | 2 | 9 | 17 | 6 |
| 9 | 122 | 25 | 4 | 27 | 11 | 16 | 71 | 72 | 29 | 75 | 77 | 77 | 77 | 62 | 6 | 24 | 59 | 26 |
| 10 | 18 | 5 | 0 | 13 | 1 | 2 | 9 | 17 | 1 | 11 | 11 | 11 | 10 | 10 | 8 | 9 | 16 | 4 |
| 11 | 4 | 1 | 1 | 0 | 0 | 0 | 2 | 2 | 0 | 2 | 2 | 2 | 2 | 1 | 2 | 1 | 2 | 0 |
| 12 | 10 | 1 | 0 | 3 | 2 | 0 | 3 | 2 | 0 | 2 | 3 | 3 | 4 | 13 | 0 | 1 | 2 | 2 |
| 13 | 49 | 10 | 2 | 4 | 3 | 2 | 14 | 16 | 2 | 16 | 17 | 16 | 16 | 6 | 2 | 4 | 7 | 3 |
| 14 | 18 | 1 | 0 | 18 | 5 | 0 | 8 | 9 | 1 | 8 | 9 | 8 | 9 | 1 | 2 | 2 | 7 | 9 |
| 15 | 182 | 34 | 1 | 34 | 9 | 20 | 38 | 32 | 53 | 39 | 42 | 40 | 41 | 26 | 2 | 17 | 22 | 21 |
| 16 | 23 | 4 | 7 | 7 | 6 | 3 | 86 | 73 | 8 | 91 | 94 | 92 | 91 | 69 | 8 | 40 | 67 | 40 |
| 17 | 26 | 4 | 2 | 6 | 2 | 3 | 19 | 15 | 5 | 23 | 23 | 23 | 23 | 13 | 2 | 7 | 17 | 6 |
| 18 | 21 | 5 | 4 | 8 | 2 | 2 | 15 | 16 | 3 | 18 | 19 | 17 | 19 | 12 | 2 | 5 | 14 | 6 |
| 19 | 15 | 1 | 1 | 4 | 1 | 2 | 8 | 10 | 0 | 10 | 10 | 9 | 10 | 12 | 0 | 2 | 8 | 12 |
| 20 | 17 | 6 | 1 | 5 | 2 | 4 | 18 | 16 | 3 | 18 | 19 | 18 | 18 | 9 | 4 | 4 | 7 | 5 |
| ABST | 464 | 105 | 28 | 119 | 44 | 36 | 254 | 263 | 103 | 289 | 312 | 306 | 311 | 226 | 41 | 77 | 226 | 102 |
| TOTAL | 1025 | 231 | 55 | 268 | 96 | 95 | 608 | 598 | 227 | 674 | 711 | 696 | 705 | 495 | 83 | 209 | 490 | 258 |

DEMOCRATIC PRIMARY MARCH 4, 2014
TOTAL VOTES

| PRECINCT # | CJSC WILLIAM MOODY | JSC#6 LAWRENCE EDWARD MEYERS | JSC#7 GINA BENAVIDES | JCCA#3 JOHN GRANBERG | SBE#7 KATHY KING | CDA STEVE HOLLIS | CJ MARK ALLEN | DC KATHY KENT | CC DEBBIE NEWMAN | CT RENE KELLEY | COMM #4 VANCE MOSS | JP#1 RONNY BILLINGSLEY | JP#2 FREDDIE MILLER | JP#3 MKE SMITH | JP#4 DEBBIE BERRY | JP#4 JOE WILKERSON | JP#6 STEVE CONNER | CONS#6 JOE STERLING |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | | 5 | | | | | | |
| 2 | 8 | 8 | 8 | 8 | 8 | 9 | 9 | 9 | 9 | 8 | | 9 | | | | | | |
| 3 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | | | 5 | | | | | |
| 4 | 5 | 5 | 4 | 5 | 4 | 5 | 5 | 5 | 5 | 5 | | | 2 | | | | | |
| 5 | 7 | 5 | 2 | 3 | 4 | 2 | 3 | 4 | 4 | 4 | | | | | | | | |
| 6 | 2 | 2 | 2 | 2 | 2 | 2 | | | | | 94 | 10 | | | 85 | 37 | | |
| 7 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | | | 2 | 22 | | | | |
| 8 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 12 | 10 | | | | 9 | | | | |
| 9 | 71 | 72 | 70 | 72 | 77 | 83 | 98 | 89 | 98 | 86 | | | 4 | 17 | 117 | 19 | | |
| 10 | 23 | 21 | 21 | 22 | 22 | 21 | 23 | 23 | 23 | 21 | 23 | 21 | | | | | 24 | 24 |
| 11 | 3 | 2 | 2 | 3 | 3 | 4 | 3 | 4 | 4 | 4 | 24 | | | 44 | | 4 | | |
| 12 | 16 | 16 | 15 | 15 | 15 | 15 | 17 | 16 | 17 | 17 | | | | | | | | |
| 13 | 8 | 9 | 8 | 8 | 8 | 8 | 8 | 9 | 9 | 8 | | 21 | | | | | | |
| 14 | 41 | 41 | 40 | 40 | 41 | 42 | 46 | 45 | 45 | 40 | 127 | | | | | | | |
| 15 | 94 | 94 | 92 | 93 | 94 | 111 | 142 | 130 | 134 | 124 | 23 | | | | | | | |
| 16 | 18 | 21 | 22 | 21 | 21 | 22 | 23 | 23 | 24 | 23 | | | 11 | | | | | |
| 17 | 18 | 18 | 18 | 17 | 18 | 19 | 21 | 21 | 20 | 22 | 24 | | | | | | | |
| 18 | 17 | 11 | 10 | 8 | 9 | 9 | 10 | 9 | 14 | 12 | | 16 | 79 | 43 | 117 | 76 | 12 | |
| 19 | 10 | 18 | 10 | 18 | 18 | 19 | 10 | 17 | 16 | 15 | 169 | 88 | | | | | | |
| 20 | 15 | 15 | 15 | 15 | 15 | 15 | 17 | 17 | 16 | 15 | | | | | | | | |
| ABST | 21 | 21 | 10 | 8 | 9 | 16 | 387 | 384 | 388 | 361 | 437 | 149 | 103 | 135 | 338 | 179 | 36 | 10 |
| TOTAL | 295 | 292 | 290 | 293 | 303 | 354 | | | | | | | | | | | | 34 |
| | 676 | 678 | 668 | 673 | 693 | 772 | 867 | 842 | 866 | 803 | | | | | | | | |

DEMOCRATIC PRIMARY MARCH 4, 2014
TOTAL VOTES

| PRECINCT # | CO CHAIR JESSICA WHITE | IMM REF FOR | IMM REF AGAINST | MIN WAGE FOR | MIN WAGE AGAINST | MEDICAID EXP FOR | MEDICAID EXP AGAINST | DISCRIMINATION FOR | DISCRIMINATION AGAINST |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 5 | 4 | 1 | 5 | 0 | 5 | 0 | 4 | 1 |
| 2 | 9 | 9 | 0 | 8 | 1 | 7 | 2 | 8 | 1 |
| 3 | 7 | 4 | 3 | 4 | 1 | 7 | 0 | 6 | 1 |
| 4 | 8 | 7 | 0 | 6 | 1 | 4 | 0 | 5 | 2 |
| 5 | 5 | 4 | 1 | 4 | 1 | 2 | 0 | 4 | 1 |
| 6 | 2 | 1 | 0 | 1 | 1 | 1 | 0 | 1 | 1 |
| 7 | 2 | 2 | 0 | 2 | 0 | 2 | 0 | 2 | 0 |
| 8 | 10 | 10 | 2 | 11 | 1 | 11 | 1 | 6 | 5 |
| 9 | 90 | 62 | 35 | 64 | 40 | 51 | 52 | 46 | 57 |
| 10 | 23 | 16 | 7 | 19 | 4 | 17 | 6 | 18 | 5 |
| 11 | 3 | 1 | 0 | 3 | 0 | 3 | 0 | 1 | 2 |
| 12 | 15 | 13 | 5 | 15 | 3 | 14 | 3 | 14 | 4 |
| 13 | 8 | 8 | 2 | 10 | 0 | 10 | 0 | 8 | 2 |
| 14 | 40 | 29 | 10 | 32 | 10 | 27 | 12 | 27 | 12 |
| 15 | 121 | 90 | 50 | 81 | 63 | 68 | 75 | 64 | 75 |
| 16 | 10 | 6 | 15 | 15 | 6 | 16 | 5 | 15 | 6 |
| 17 | 22 | 15 | 4 | 21 | 2 | 18 | 5 | 11 | 9 |
| 18 | 23 | 6 | 15 | 13 | 8 | 13 | 7 | 6 | 15 |
| 19 | 20 | 14 | 6 | 13 | 2 | 18 | 0 | 15 | 9 |
| 20 | 9 | 13 | 0 | 13 | 1 | 13 | 0 | 13 | 1 |
| 21 | 16 | 14 | 3 | 13 | 4 | 16 | 1 | 14 | 3 |
| ABST | 356 | 251 | 106 | 268 | 122 | 247 | 131 | 236 | 142 |
| TOTAL | 794 | 573 | 250 | 611 | 268 | 557 | 301 | 509 | 344 |

PAGE: 1                          TEXAS SECRETARY OF STATE                          07/23/2014
JASPER
Voters Who Voted in Election Summary
2013 NOV. 5TH CONSTITUTIONAL AMEND. 121
11/05/2013
SORT ORDER: PRECINCT

| Precinct | TOTAL VOTERS | TOTAL SUSPENSE | TOTAL NON-SUSPENSE |
|---|---|---|---|
| 1 | 5 | 0 | 5 |
| 2 | 40 | 0 | 40 |
| 3 | 60 | 1 | 59 |
| 4 | 34 | 1 | 33 |
| 5 | 17 | 0 | 17 |
| 6 | 37 | 0 | 37 |
| 7 | 9 | 0 | 9 |
| 8 | 33 | 0 | 33 |
| 9 | 176 | 1 | 175 |
| 10 | 77 | 1 | 76 |
| 11 | 44 | 1 | 43 |
| 12 | 40 | 0 | 40 |
| 13 | 43 | 0 | 43 |
| 14 | 105 | 1 | 104 |
| 15 | 210 | 3 | 207 |
| 16 | 26 | 0 | 26 |
| 17 | 65 | 0 | 65 |
| 19 | 92 | 0 | 92 |
| 20 | 43 | 0 | 43 |
| 21 | 93 | 1 | 92 |
| TOTALS | 1,249 | 10 | 1,239 |

*The total number of Early Votes is 205, Election Day Votes is 1,044, and Provisional Ballots is 0.*

REPUBLICAN PRIMARY MARCH 4, 2014
TOTAL VOTES

| PRECINCT # | TOTAL NO. VOTED | JOHN CORNYN | DWAYNE STOVALL | REID REASOR | KERI COPE | LINDA VEGA | CURT CLEAVER | CHRIS MAPP | STEVE STOCKMAN | BRIAN BABIN | DAVE NORMAN | PHIL FITZGERALD | CHUCK MEYER | KIM MORRELL | JOHN AMDUR | DOUG CENTILLI | JIM ENGSTRAND | BEN STREUSAND | JOHN MANLOVE | PAT KASPRZAK | ROBIN RILEY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | U.S. SENATOR | | | | | | | | US REP #36 | | | | | | | | | | | |
| 1 | 5 | 2 | 0 | 0 | 0 | 1 | 0 | 0 | 2 | 5 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2 | 83 | 53 | 14 | 0 | 0 | 1 | 0 | 0 | 9 | 38 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 18 | 0 | 0 | 2 |
| 3 | 93 | 44 | 4 | 4 | 1 | 2 | 1 | 0 | 40 | 39 | 1 | 0 | 2 | 2 | 2 | 13 | 4 | 14 | 3 | 1 | 4 |
| 4 | 54 | 34 | 7 | 0 | 0 | 0 | 0 | 0 | 10 | 31 | 2 | 3 | 0 | 1 | 0 | 13 | 2 | 4 | 0 | 0 | 1 |
| 5 | 45 | 24 | 1 | 0 | 0 | 0 | 1 | 0 | 16 | 22 | 5 | 0 | 1 | 2 | 2 | 9 | 0 | 18 | 3 | 0 | 0 |
| 6 | 65 | 25 | 6 | 0 | 0 | 2 | 0 | 0 | 25 | 33 | 4 | 2 | 0 | 1 | 1 | 3 | 2 | 8 | 0 | 0 | 2 |
| 7 | 33 | 17 | 0 | 0 | 0 | 0 | 0 | 0 | 11 | 22 | 1 | 0 | 0 | 1 | 1 | 4 | 0 | 11 | 0 | 0 | 0 |
| 8 | 37 | 16 | 7 | 0 | 1 | 1 | 1 | 0 | 25 | 20 | 4 | 0 | 0 | 1 | 0 | 3 | 0 | 7 | 0 | 1 | 1 |
| 9 | 137 | 61 | 15 | 0 | 0 | 0 | 0 | 0 | 47 | 86 | 8 | 5 | 1 | 2 | 1 | 11 | 3 | 22 | 0 | 0 | 0 |
| 10 | 116 | 46 | 13 | 1 | 3 | 2 | 1 | 1 | 52 | 73 | 6 | 0 | 2 | 4 | 0 | 4 | 3 | 15 | 0 | 0 | 1 |
| 11 | 67 | 25 | 6 | 0 | 0 | 0 | 0 | 0 | 26 | 36 | 2 | 5 | 0 | 2 | 2 | 2 | 2 | 5 | 0 | 0 | 2 |
| 12 | 46 | 33 | 2 | 2 | 2 | 2 | 0 | 2 | 8 | 23 | 9 | 2 | 0 | 2 | 3 | 5 | 2 | 10 | 0 | 0 | 1 |
| 13 | 51 | 26 | 1 | 1 | 0 | 1 | 0 | 0 | 17 | 19 | 2 | 2 | 0 | 1 | 2 | 22 | 5 | 32 | 0 | 0 | 0 |
| 14 | 167 | 78 | 18 | 2 | 3 | 2 | 0 | 2 | 64 | 76 | 5 | 2 | 3 | 1 | 4 | 12 | 18 | 30 | 0 | 0 | 1 |
| 15 | 122 | 50 | 11 | 0 | 1 | 0 | 0 | 0 | 53 | 59 | 3 | 1 | 0 | 1 | 1 | 8 | 3 | 21 | 3 | 0 | 1 |
| 16 | 14 | 4 | 2 | 1 | 1 | 2 | 0 | 0 | 6 | 6 | 2 | 0 | 3 | 2 | 4 | 1 | 0 | 4 | 0 | 0 | 1 |
| 17 | 94 | 36 | 8 | 0 | 1 | 0 | 0 | 0 | 41 | 47 | 7 | 2 | 0 | 3 | 1 | 8 | 1 | 19 | 3 | 1 | 1 |
| 18 | 133 | 64 | 9 | 2 | 1 | 1 | 0 | 1 | 50 | 87 | 7 | 2 | 2 | 3 | 2 | 2 | 0 | 21 | 0 | 0 | 1 |
| 19 | 38 | 13 | 2 | 0 | 1 | 1 | 0 | 0 | 22 | 22 | 0 | 0 | 0 | 1 | 0 | 17 | 0 | 19 | 1 | 0 | 1 |
| 20 | 98 | 59 | 9 | 0 | 1 | 0 | 1 | 0 | 24 | 53 | 1 | 1 | 2 | 2 | 5 | 28 | 0 | 13 | 1 | 0 | 2 |
| 21 | 952 | 564 | 58 | 7 | 3 | 17 | 3 | 6 | 252 | 520 | 22 | 22 | 23 | 10 | 9 | 28 | 21 | 199 | 8 | 5 | 17 |
| ABST | | | | | | | | | | | | | | | | | | | | | |
| TOTAL | 2450 | 1274 | 193 | 22 | 24 | 36 | 8 | 10 | 780 | 1316 | 83 | 44 | 40 | 35 | 33 | 170 | 67 | 453 | 18 | 10 | 31 |

REPUBLICAN PRIMARY MARCH 4, 2014
TOTAL VOTES

| PRECINCT # | GOVERNER | | | LT GOV | | | AG | | COMP PUB ACCTS | | | | CGLO | | PRECINCT # | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | MIRIAM MARTINEZ | GREG ABBOTT | LISA FRITSCH | SECEDE KILGORE | JERRY PATTERSON | TODD STAPLES | DAVID DEWHURST | DAN PATRICK | KEN PAXTON | BARRY SMITHERMAN | DAN BRANCH | GLENN HEGAR | DEBRA MEDINA | HARVEY HILDERBRAN | RAUL TORRES | GEORGE P. BUSH | DAVID WATTS | | ERIC OPIELA |
| 1 | 0 | 5 | 0 | 0 | 0 | 3 | 0 | 2 | 3 | 0 | 2 | 2 | 2 | 1 | 0 | 3 | 2 | 1 | 1 |
| 2 | 0 | 81 | 0 | 1 | 0 | 13 | 20 | 35 | 43 | 13 | 25 | 24 | 15 | 30 | 2 | 59 | 19 | 2 | 5 |
| 3 | 0 | 85 | 6 | 1 | 8 | 30 | 31 | 20 | 47 | 13 | 22 | 37 | 19 | 22 | 1 | 65 | 22 | 3 | 6 |
| 4 | 1 | 51 | 0 | 1 | 9 | 14 | 10 | 18 | 25 | 7 | 16 | 15 | 11 | 16 | 2 | 37 | 16 | 4 | 1 |
| 5 | 0 | 40 | 0 | 1 | 2 | 15 | 12 | 11 | 28 | 5 | 4 | 10 | 6 | 10 | 0 | 34 | 4 | 5 | 3 |
| 6 | 1 | 54 | 2 | 1 | 6 | 28 | 10 | 9 | 21 | 9 | 18 | 17 | 5 | 18 | 2 | 39 | 11 | 6 | 0 |
| 7 | 0 | 29 | 1 | 0 | 4 | 17 | 7 | 2 | 22 | 0 | 7 | 11 | 4 | 5 | 4 | 20 | 7 | 7 | 0 |
| 8 | 1 | 36 | 0 | 0 | 7 | 14 | 11 | 3 | 14 | 10 | 10 | 13 | 6 | 17 | 0 | 27 | 9 | 36 | 5 |
| 9 | 3 | 131 | 4 | 2 | 20 | 52 | 27 | 28 | 72 | 18 | 35 | 46 | 30 | 32 | 3 | 92 | 25 | 9 | 8 |
| 10 | 1 | 106 | 2 | 0 | 18 | 26 | 39 | 16 | 64 | 20 | 28 | 41 | 26 | 28 | 8 | 78 | 29 | 10 | 10 |
| 11 | 0 | 63 | 0 | 1 | 7 | 20 | 20 | 8 | 29 | 8 | 15 | 19 | 13 | 13 | 1 | 46 | 10 | 11 | 0 |
| 12 | 0 | 45 | 0 | 0 | 7 | 11 | 20 | 8 | 17 | 12 | 17 | 20 | 14 | 9 | 1 | 38 | 7 | 12 | 2 |
| 13 | 0 | 49 | 0 | 0 | 6 | 15 | 15 | 11 | 24 | 9 | 12 | 25 | 8 | 10 | 0 | 33 | 10 | 13 | 2 |
| 14 | 2 | 161 | 0 | 3 | 22 | 47 | 49 | 47 | 76 | 27 | 54 | 68 | 40 | 33 | 9 | 110 | 48 | 14 | 14 |
| 15 | 3 | 116 | 2 | 0 | 23 | 28 | 27 | 40 | 50 | 29 | 36 | 48 | 22 | 34 | 4 | 81 | 29 | 15 | 9 |
| 16 | 0 | 13 | 0 | 0 | 2 | 2 | 8 | 2 | 12 | 0 | 1 | 8 | 4 | 0 | 0 | 9 | 5 | 16 | 1 |
| 17 | 1 | 88 | 2 | 1 | 9 | 30 | 29 | 22 | 54 | 11 | 17 | 28 | 25 | 23 | 3 | 61 | 29 | 17 | 2 |
| 19 | 1 | 122 | 4 | 2 | 26 | 68 | 17 | 18 | 64 | 17 | 38 | 36 | 30 | 26 | 7 | 88 | 31 | 19 | 16 |
| 20 | 0 | 30 | 2 | 0 | 4 | 10 | 11 | 7 | 19 | 8 | 2 | 8 | 9 | 8 | 1 | 23 | 7 | 20 | 3 |
| 21 | 0 | 91 | 3 | 2 | 13 | 19 | 37 | 25 | 38 | 25 | 23 | 31 | 19 | 22 | 5 | 74 | 12 | 21 | 7 |
| 22 | 22 | 873 | 18 | 5 | 103 | 279 | 242 | 264 | 347 | 319 | 145 | 246 | 189 | 322 | 34 | 707 | 149 | ABST | 44 |
| TOTAL | 38 | 2269 | 48 | 21 | 309 | 741 | 642 | 616 | 1069 | 560 | 527 | 753 | 497 | 679 | 87 | 1724 | 481 | TOTAL | 140 |

REPUBLICAN PRIMARY MARCH 4, 2014
TOTAL VOTES

| PRECINCT # | COMM OF AG | | | RRC | | | CJSC | | JSC#6 | | JSC#7 | JSC#8 | | JCCA#3 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | TOMMY MERRITT | JOE COTTON | SID MILLER | J. ALLEN CARNES | BECKY BERGER | MALACHI BOYULS | RYAN SITTON | WAYNE CHRISTIAN | NATHAN HECHT | ROBERT TALTON | JEFF BROWN | JOE POOL | JEFF BOYD | SHARON MCCALLY | PHIL JOHNSON | BERT RICHARDSON | BARBARA WALTHER | JANI JO WOOD |
| 1 | 0 | 2 | 3 | 0 | 0 | 0 | 2 | 3 | 2 | 3 | 3 | 2 | 5 | 2 | 3 | 3 | 2 | 0 |
| 13 | 21 | 19 | 26 | 4 | 5 | 12 | 12 | 52 | 23 | 48 | 54 | 14 | 59 | 30 | 43 | 51 | 20 | 13 |
| 14 | 27 | 20 | 15 | 9 | 0 | 6 | 6 | 64 | 37 | 38 | 39 | 35 | 65 | 37 | 44 | 53 | 26 | 14 |
| 3 | 16 | 8 | 14 | 3 | 4 | 9 | 9 | 33 | 24 | 19 | 32 | 11 | 40 | 18 | 27 | 31 | 13 | |
| 4 | 12 | 2 | 5 | 10 | 1 | 4 | 0 | 28 | 10 | 16 | 19 | 6 | 24 | 16 | 12 | 20 | 6 | 1 |
| 5 | 20 | 9 | 7 | 8 | 2 | 7 | 0 | 37 | 9 | 32 | 25 | 16 | 38 | 17 | 30 | 33 | 6 | 4 |
| 6 | 9 | 3 | 7 | 2 | 4 | 1 | 7 | 18 | 10 | 13 | 15 | 8 | 22 | 12 | 19 | 15 | 8 | 9 |
| 7 | 11 | 9 | 9 | 1 | 3 | 7 | 3 | 24 | 19 | 14 | 16 | 18 | 29 | 16 | 29 | 29 | 6 | 2 |
| 8 | 36 | 22 | 21 | 17 | 4 | 11 | 20 | 91 | 65 | 39 | 71 | 25 | 98 | 33 | 69 | 80 | 20 | 18 |
| 9 | 22 | 24 | 31 | 16 | 5 | 6 | 16 | 82 | 46 | 53 | 76 | 26 | 93 | 28 | 77 | 87 | 15 | 15 |
| 10 | 11 | 10 | 20 | 8 | 7 | 5 | 9 | 42 | 18 | 25 | 28 | 12 | 41 | 19 | 33 | 40 | 10 | |
| 11 | 17 | 7 | 10 | 8 | 7 | 9 | 24 | 19 | 20 | 33 | 9 | 38 | 17 | 26 | 32 | 8 | 6 | |
| 12 | 11 | 8 | 13 | 8 | 5 | 3 | 31 | 21 | 21 | 13 | 37 | 11 | 32 | 7 | 9 | | | |
| 13 | 40 | 27 | 45 | 19 | 16 | 17 | 106 | 76 | 65 | 117 | 23 | 133 | 37 | 111 | 106 | 32 | 20 | |
| 14 | 35 | 19 | 38 | 11 | 12 | 12 | 67 | 58 | 51 | 77 | 29 | 95 | 34 | 73 | 78 | 27 | 13 | |
| 15 | 2 | 5 | 3 | 3 | 0 | 2 | 8 | 6 | 5 | 12 | 1 | 13 | 4 | 8 | 7 | 5 | 1 | |
| 16 | 25 | 25 | 22 | 7 | 11 | 11 | 53 | 36 | 43 | 58 | 22 | 69 | 25 | 55 | 54 | 23 | 9 | |
| 17 | 30 | 23 | 20 | 13 | 9 | 15 | 100 | 51 | 42 | 64 | 35 | 91 | 31 | 69 | 63 | 31 | 21 | |
| 19 | 9 | 6 | 6 | 4 | 2 | 2 | 26 | 12 | 14 | 11 | 13 | 24 | 15 | 13 | 19 | 8 | 2 | |
| 20 | 30 | 23 | 14 | 4 | 7 | 15 | 60 | 42 | 38 | 45 | 27 | 68 | 35 | 44 | 56 | 20 | 13 | |
| 21 | 270 | 170 | 225 | 77 | 86 | 85 | 152 | 537 | 334 | 435 | 521 | 237 | 703 | 400 | 392 | 582 | 191 | 129 |
| TOTAL | 654 | 441 | 553 | 230 | 198 | 218 | 322 | 1486 | 918 | 1034 | 1344 | 582 | 1785 | 837 | 1192 | 1471 | 491 | 318 |
| ABST | | | | | | | | | | | | | | | | | | |

**REPUBLICAN PRIMARY MARCH 4, 2014**
**TOTAL VOTES**

| PRECINCT # | JCCA#4 RICHARD DEAN DAVIS | JCCA#9 KEVIN PATRICK YEARY | JCCA#9 W.C. 'BUD' KIRKENDALL | JCCA#9 DAVID NEWELL | BOARD EDU #7 RITA ASHLEY | BOARD EDU #7 DAVID BRADLEY | SEN #3 ROBERT NICHOLS | SREP19 JAMES E. WHITE | CJ9APP STEVE MCKEITHEN | J9CAPP #3 LEANNE JOHNSON | J9CAPP #3 EARL B STOVER III | DJ1A DELINDA GIBBS-WALKER | COMM #2 GARY DANNAR | COMM #2 ROY PARKER | JP#4 DANIEL WHITTON | JP#5 BRETT HOLLOWAY | CO CHAIR DIANNE PACE | RELIG YES |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5 | 2 | 2 | 2 | 3 | 2 | 3 | 6 | 6 | 5 | | | 5 | | | | | 5 | 5 |
| 1 | 21 | 37 | 36 | 29 | 35 | 38 | 59 | 66 | 51 | 28 | 39 | 67 | 55 | 35 | | | 68 | 81 |
| 2 | 31 | 31 | 35 | 41 | 36 | 45 | 70 | 72 | 65 | 35 | 43 | 71 | | | | 78 | 71 | 85 |
| 3 | 11 | 25 | 18 | 24 | 28 | 18 | 43 | 44 | 41 | 17 | 26 | 42 | | | | 48 | 41 | 46 |
| 4 | 8 | 17 | 9 | 18 | 16 | 15 | 24 | 35 | 22 | 5 | 21 | 29 | 19 | 25 | | | 28 | 43 |
| 5 | 24 | 12 | 20 | 22 | 19 | 25 | 43 | 53 | 41 | 11 | 35 | 48 | 21 | 44 | | | 41 | 59 |
| 6 | 5 | 15 | 13 | 10 | 14 | 11 | 31 | 22 | 22 | 8 | 16 | 22 | | 24 | | | 24 | 33 |
| 7 | 11 | 19 | 16 | 19 | 12 | 21 | 24 | 33 | 30 | 9 | 26 | 31 | 6 | | 96 | | 29 | 37 |
| 8 | 47 | 35 | 47 | 54 | 40 | 80 | 102 | 109 | 95 | 41 | 58 | 99 | | | | | 93 | 129 |
| 9 | 37 | 47 | 47 | 51 | 22 | 80 | 98 | 100 | 90 | 43 | 69 | 86 | | 41 | | | 87 | 112 |
| 10 | 16 | 28 | 24 | 24 | 16 | 34 | 48 | 47 | 46 | 17 | 33 | 46 | 24 | | | | 50 | 61 |
| 11 | 14 | 17 | 27 | 14 | 18 | 24 | 40 | 37 | 37 | 10 | 23 | 34 | | | | | 35 | 46 |
| 12 | 21 | 13 | 18 | 23 | 18 | 24 | 36 | 38 | 29 | 16 | 33 | 33 | | | | | 35 | 48 |
| 13 | 55 | 66 | 75 | 59 | 60 | 93 | 134 | 139 | 128 | 64 | 81 | 127 | | | 92 | | 126 | 165 |
| 14 | 49 | 46 | 50 | 53 | 39 | 69 | 97 | 97 | 87 | 34 | 64 | 88 | | | | | 89 | 112 |
| 15 | 4 | 7 | 3 | 9 | 6 | 6 | 12 | 12 | 12 | 7 | 5 | 12 | | | 12 | | 13 | 13 |
| 16 | 37 | 31 | 35 | 43 | 29 | 50 | 69 | 69 | 68 | 25 | 58 | 62 | | | | | 63 | 88 |
| 17 | 33 | 39 | 52 | 42 | 54 | 52 | 92 | 99 | 87 | 35 | 65 | 91 | 19 | | | | 105 | 123 |
| 19 | 9 | 15 | 14 | 15 | 7 | 18 | 25 | 24 | 21 | 10 | 15 | 25 | | 18 | | | 25 | 30 |
| 20 | 19 | 42 | 37 | 38 | 44 | 39 | 80 | 81 | 68 | 21 | 52 | 75 | | | | | 82 | 91 |
| 21 | | | | | | | | | | | | | | | | | | |
| ABST | 236 | 400 | 407 | 352 | 393 | 410 | 758 | 794 | 691 | 276 | 521 | 732 | 105 | 174 | 74 | 79 | 757 | 901 |
| TOTAL | 690 | 944 | 985 | 943 | 908 | 1155 | 1890 | 1976 | 1736 | 713 | 1287 | 1825 | 249 | 361 | 274 | 205 | 1867 | 2308 |

REPUBLICAN PRIMARY MARCH 4, 2014
TOTAL VOTES

| | FREE HANDGUNS | | FRANCHISE TX | | WEL REFORM | | LAW EXCEPT | | OBAMACARE | |
|---|---|---|---|---|---|---|---|---|---|---|
| | YES | NO | YES | NO | YES | NO | YES | NO | YES | NO |
| | 4 | 1 | 5 | 0 | 1 | 4 | 5 | 0 | 5 | 0 |
| | 76 | 4 | 72 | 5 | 82 | 0 | 80 | 0 | 80 | 1 |
| | 86 | 4 | 78 | 10 | 88 | 3 | 90 | 1 | 88 | 3 |
| | 44 | 7 | 46 | 4 | 52 | 0 | 52 | 0 | 48 | 3 |
| | 42 | 2 | 39 | 1 | 44 | 0 | 43 | 0 | 44 | 0 |
| | 57 | 5 | 49 | 12 | 60 | 2 | 61 | 0 | 61 | 3 |
| | 27 | 3 | 29 | 2 | 30 | 1 | 33 | 0 | 30 | 2 |
| | 33 | 4 | 36 | 0 | 37 | 0 | 37 | 0 | 36 | 1 |
| | 123 | 10 | 120 | 8 | 129 | 4 | 132 | 2 | 131 | 2 |
| | 108 | 3 | 99 | 7 | 108 | 2 | 109 | 1 | 107 | 4 |
| | 57 | 5 | 59 | 3 | 63 | 1 | 64 | 0 | 62 | 3 |
| | 43 | 3 | 39 | 5 | 42 | 4 | 46 | 0 | 42 | 2 |
| | 48 | 2 | 45 | 3 | 49 | 1 | 47 | 1 | 49 | 0 |
| | 152 | 12 | 144 | 15 | 158 | 7 | 164 | 1 | 156 | 5 |
| | 115 | 5 | 104 | 13 | 117 | 3 | 120 | 2 | 116 | 6 |
| | 12 | 2 | 11 | 2 | 14 | 0 | 13 | 1 | 14 | 0 |
| | 82 | 7 | 81 | 8 | 87 | 4 | 91 | 0 | 90 | 3 |
| | 118 | 7 | 112 | 8 | 126 | 0 | 126 | 0 | 127 | 0 |
| | 31 | 0 | 26 | 4 | 32 | 1 | 33 | 0 | 30 | 1 |
| | 82 | 12 | 83 | 12 | 94 | 2 | 95 | 0 | 91 | 4 |
| | 832 | 77 | 811 | 81 | 903 | 25 | 922 | 3 | 904 | 28 |
| | 2172 | 175 | 2088 | 203 | 2316 | 64 | 2363 | 12 | 2311 | 75 |
| | 29 | | | | | | | | | |
| | 12 | | | | | | | | | |