# REPUBLICAN PRIMARY MARCH 4, 2014
## EARLY VOTE TOTALS

### U.S. SENATOR

| PRECINCT # | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 19 | 20 | 21 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TOTAL NO. VOTED | 0 | 38 | 49 | 5 | 41 | 90 | 31 | 35 | 40 | 48 | 42 | 28 | 11 | 60 | 49 | 3 | 38 | 150 | 68 | 126 | 952 |
| JOHN CORNYN | 0 | 22 | 37 | 3 | 32 | 41 | 21 | 24 | 25 | 26 | 26 | 20 | 7 | 27 | 30 | 0 | 19 | 96 | 34 | 74 | 564 |
| DWAYNE STOVALL | 0 | 2 | 1 | 1 | 4 | 0 | 2 | 5 | 0 | 6 | 0 | 0 | 0 | 1 | 3 | 0 | 6 | 10 | 1 | 7 | 58 |
| REID REASOR | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 1 | 0 | 0 | 1 | 1 | 0 | 3 | 7 |
| KERI COPE | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 1 | 3 |
| LINDA VEGA | 0 | 0 | 1 | 1 | 0 | 1 | 0 | 1 | 0 | 1 | 0 | 3 | 1 | 0 | 2 | 0 | 0 | 0 | 5 | 1 | 17 |
| CURT CLEAVER | 0 | 1 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 3 |
| CHRIS MAPP | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 2 | 0 | 2 | 0 | 0 | 0 | 0 | 1 | 0 | 6 |
| STEVE STOCKMAN | 0 | 12 | 9 | 0 | 3 | 31 | 10 | 4 | 9 | 20 | 4 | 1 | 3 | 23 | 17 | 3 | 12 | 34 | 18 | 31 | 252 |

### US REP #36

| BRIAN BABIN | 0 | 21 | 25 | 3 | 19 | 54 | 15 | 21 | 14 | 28 | 12 | 9 | 2 | 33 | 26 | 2 | 23 | 77 | 38 | 79 | 520 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DAVE NORMAN | 0 | 1 | 0 | 1 | 0 | 1 | 0 | 1 | 1 | 1 | 1 | 0 | 0 | 3 | 0 | 0 | 5 | 1 | 1 | 1 | 22 |
| PHIL FITZGERALD | 0 | 0 | 0 | 0 | 0 | 1 | 2 | 5 | 5 | 0 | 0 | 5 | 1 | 0 | 2 | 0 | 2 | 0 | 1 | 1 | 22 |
| CHUCK MEYER | 0 | 0 | 1 | 0 | 0 | 3 | 0 | 1 | 3 | 0 | 2 | 3 | 0 | 0 | 0 | 0 | 2 | 6 | 2 | 2 | 23 |
| KIM MORRELL | 0 | 0 | 3 | 0 | 0 | 1 | 1 | 0 | 0 | 0 | 1 | 0 | 2 | 0 | 0 | 0 | 2 | 0 | 0 | 0 | 10 |
| JOHN AMDUR | 0 | 0 | 0 | 2 | 0 | 0 | 0 | 0 | 1 | 0 | 1 | 0 | 0 | 1 | 0 | 0 | 0 | 2 | 0 | 2 | 9 |
| DOUG CENTILLI | 0 | 1 | 2 | 2 | 0 | 4 | 0 | 3 | 0 | 2 | 0 | 3 | 0 | 3 | 0 | 0 | 0 | 2 | 1 | 5 | 28 |
| JIM ENGSTRAND | 0 | 3 | 0 | 1 | 0 | 0 | 2 | 1 | 0 | 2 | 0 | 1 | 0 | 1 | 0 | 0 | 5 | 2 | 2 | 2 | 21 |
| BEN STREUSAND | 0 | 11 | 7 | 2 | 15 | 11 | 5 | 7 | 12 | 3 | 5 | 2 | 11 | 15 | 0 | 3 | 44 | 13 | 22 | 199 |
| JOHN MANLOVE | 0 | 0 | 0 | 1 | 0 | 2 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 0 | 0 | 0 | 1 | 0 | 8 |
| PAT KASPRZAK | 0 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 1 | 0 | 1 | 0 | 5 |
| ROBIN RILEY | 0 | 0 | 5 | 0 | 0 | 0 | 2 | 0 | 1 | 1 | 0 | 1 | 1 | 0 | 0 | 2 | 0 | 1 | 1 | 1 | 17 |

REPUBLICAN PRIMARY MARCH 4, 2014
EARLY VOTE TOTALS

| PRECINCT # | GOVERNOR: MIRIAM MARTINEZ | GREG ABBOTT | LISA FRITSCH | SECEDE KILGORE | LT GOV: JERRY PATTERSON | TODD STAPLES | DAVID DEWHURST | DAN PATRICK | AG: KEN PAXTON | BARRY SMITHERMAN | DAN BRANCH | COMP PUB ACCTS: GLENN HEGAR | DEBRA MEDINA | HARVEY HILDERBRAN | RAUL TORRES | CGLO: GEORGE P. BUSH | DAVID WATTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2 | 2 | 34 | 0 | 0 | 5 | 7 | 9 | 13 | 10 | 15 | 8 | 9 | 8 | 15 | 1 | 30 | 6 |
| 3 | 0 | 48 | 1 | 0 | 9 | 15 | 11 | 14 | 13 | 15 | 12 | 13 | 11 | 17 | 0 | 40 | 3 |
| 4 | 0 | 39 | 0 | 0 | 4 | 7 | 9 | 19 | 2 | 1 | 1 | 1 | 1 | 14 | 1 | 34 | 1 |
| 5 | 0 | 5 | 2 | 0 | 0 | 3 | 0 | 2 | 9 | 19 | 9 | 26 | 19 | 2 | 0 | 3 | 15 |
| 6 | 0 | 79 | 1 | 1 | 9 | 29 | 23 | 13 | 36 | 12 | 4 | 7 | 9 | 14 | 2 | 59 | 2 |
| 7 | 0 | 27 | 0 | 0 | 3 | 10 | 6 | 4 | 11 | 10 | 2 | 11 | 6 | 18 | 0 | 23 | 3 |
| 8 | 0 | 34 | 2 | 0 | 5 | 7 | 11 | 13 | 14 | 19 | 4 | 15 | 9 | 14 | 2 | 32 | 10 |
| 9 | 1 | 39 | 1 | 0 | 3 | 8 | 12 | 15 | 19 | 22 | 7 | 6 | 6 | 20 | 2 | 31 | 9 |
| 10 | 1 | 46 | 0 | 1 | 5 | 9 | 12 | 16 | 16 | 12 | 4 | 4 | 3 | 7 | 2 | 36 | 3 |
| 11 | 1 | 36 | 1 | 0 | 9 | 8 | 6 | 4 | 8 | 5 | 1 | 6 | 5 | 13 | 0 | 21 | 2 |
| 12 | 0 | 23 | 0 | 0 | 2 | 21 | 11 | 2 | 16 | 22 | 4 | 7 | 3 | 2 | 1 | 21 | 14 |
| 13 | 0 | 11 | 0 | 0 | 2 | 5 | 7 | 9 | 20 | 2 | 10 | 4 | 12 | 13 | 0 | 7 | 11 |
| 14 | 0 | 57 | 1 | 0 | 9 | 7 | 5 | 2 | 4 | 24 | 1 | 15 | 0 | 2 | 7 | 25 | 2 |
| 15 | 3 | 45 | 0 | 0 | 0 | 21 | 10 | 0 | 16 | 2 | 4 | 4 | 13 | 19 | 1 | 1 | 11 |
| 16 | 0 | 3 | 0 | 0 | 0 | 10 | 19 | 17 | 8 | 22 | 1 | 6 | 5 | 6 | 7 | 37 | 2 |
| 17 | 0 | 36 | 0 | 0 | 8 | 14 | 17 | 5 | 4 | 2 | 4 | 4 | 3 | 0 | 0 | 43 | 14 |
| 18 | | | | | | | | | | | | | | | | | |
| 19 | 2 | 141 | 4 | 0 | 6 | 39 | 45 | 51 | 56 | 52 | 29 | 38 | 33 | 57 | 2 | 125 | 11 |
| 20 | 3 | 56 | 3 | 0 | 8 | 25 | 14 | 13 | 23 | 24 | 6 | 13 | 19 | 20 | 3 | 51 | 18 |
| 21 | 1 | 114 | 3 | 3 | 11 | 37 | 21 | 47 | 46 | 44 | 17 | 27 | 16 | 53 | 6 | 88 | 23 |
| TOTAL | 22 | 873 | 18 | 5 | 103 | 279 | 242 | 264 | 347 | 319 | 145 | 246 | 189 | 322 | 34 | 707 | 149 |

| PRECINCT # | ERIC OPIELA |
|---|---|
| TOTAL | 44 |

REPUBLICAN PRIMARY MARCH 4, 2014 — EARLY VOTE TOTALS

| Office | Candidate | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| COMM OF AG | TOMMY MERRITT | 0 | 19 | 14 | 14 | 24 | 2 | 6 | 11 | 9 | 12 | 9 | 6 | 3 | 18 | 13 | 0 | 6 | 52 | 21 | 31 |  | 270 |
| COMM OF AG | JOE COTTON | 0 | 4 | 11 | 4 | 19 | 4 | 9 | 15 | 2 | 7 | 0 | 15 | 9 | 1 | 8 | 25 |  | 9 | 10 | 18 |  | 170 |
| COMM OF AG | SID MILLER | 0 | 6 | 11 | 11 | 2 | 14 | 8 | 14 | 7 | 5 | 1 | 12 | 18 | 2 | 8 | 33 |  | 11 | 41 |  |  | 225 |
| COMM OF AG | J. ALLEN CARNES | 0 | 1 | 3 | 2 | 0 | 3 | 2 | 3 | 3 | 3 | 2 | 4 | 3 | 8 | 6 | 0 | 8 | 13 | 2 | 11 |  | 77 |
| RRC | BECKY BERGER | 0 | 3 | 6 | 4 | 0 | 7 | 5 | 2 | 7 | 3 | 5 | 0 | 0 | 8 | 8 | 0 | 3 | 10 | 7 | 8 |  | 86 |
| RRC | MALACHI BOYULS | 0 | 0 | 3 | 7 | 0 | 6 | 2 | 1 | 4 | 0 | 0 | 0 | 2 | 2 | 0 | 3 | 19 | 10 | 14 |  |  | 85 |
| RRC | RYAN SITTON | 0 | 6 | 6 | 11 | 1 | 5 | 2 | 11 | 10 | 0 | 4 | 0 | 8 | 18 | 0 | 4 | 23 | 6 | 20 |  |  | 152 |
| RRC | WAYNE CHRISTIAN | 0 | 15 | 30 | 16 | 4 | 54 | 16 | 20 | 15 | 28 | 26 | 21 | 8 | 38 | 20 | 3 | 26 | 91 | 35 | 71 |  | 537 |
| CJSC | NATHAN HECHT | 0 | 13 | 14 | 14 | 2 | 33 | 8 | 15 | 15 | 5 | 12 | 4 | 25 | 14 | 0 | 18 | 57 | 16 | 54 |  |  | 334 |
| CJSC | ROBERT TALTON | 0 | 21 | 29 | 19 | 2 | 30 | 16 | 22 | 19 | 12 | 15 | 25 | 3 | 31 | 12 | 3 | 69 | 37 | 46 |  |  | 435 |
| JSC#6 | JEFF BROWN | 0 | 23 | 31 | 20 | 3 | 44 | 16 | 25 | 27 | 22 | 17 | 14 | 5 | 32 | 3 | 24 | 81 | 29 | 71 |  |  | 521 |
| JSC#6 | JOE POOL | 0 | 11 | 14 | 1 | 20 | 7 | 9 | 5 | 11 | 9 | 2 | 16 | 14 | 0 | 8 | 42 | 18 | 24 |  |  |  | 237 |
| JSC#7 | JEFF BOYD | 0 | 29 | 38 | 32 | 4 | 60 | 20 | 31 | 37 | 36 | 17 | 20 | 6 | 46 | 45 | 2 | 26 | 113 | 45 | 96 |  | 703 |
| JSC#8 | SHARON MCCALLY | 0 | 25 | 20 | 21 | 4 | 40 | 12 | 16 | 20 | 20 | 5 | 11 | 0 | 25 | 19 | 0 | 13 | 65 | 31 | 53 |  | 400 |
| JSC#8 | PHIL JOHNSON | 0 | 8 | 22 | 13 | 0 | 27 | 12 | 17 | 17 | 22 | 20 | 14 | 7 | 27 | 25 | 3 | 20 | 62 | 22 | 54 |  | 392 |
| JCCA#3 | BERT RICHARDSON | 0 | 26 | 30 | 27 | 4 | 43 | 17 | 23 | 29 | 32 | 16 | 15 | 5 | 40 | 34 | 1 | 22 | 95 | 39 | 84 |  | 582 |
| JCCA#3 | BARBARA WALTHER | 0 | 6 | 13 | 7 | 0 | 19 | 5 | 10 | 10 | 8 | 7 | 9 | 2 | 12 | 10 | 1 | 9 | 31 | 13 | 19 |  | 191 |
|  | JANI JO WOOD | 0 | 5 | 7 | 7 | 0 | 15 | 4 | 0 | 5 | 4 | 3 | 6 | 4 | 6 | 6 | 0 | 8 | 11 | 20 | 10 | 12 | 129 |

REPUBLICAN PRIMARY MARCH 4, 2014
EARLY VOTE TOTALS

| PRECINCT # | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 19 | 20 | 21 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| JCCA#4 RICHARD DEAN DAVIS | 0 | 7 | 15 | 5 | 16 | 1 | 7 | 13 | 12 | 9 | 10 | 3 | 23 | 13 | 14 | 1 | 9 | 42 | 13 | 23 | 236 |
| JCCA#9 KEVIN PATRICK YEARY | 0 | 19 | 21 | 22 | 3 | 33 | 11 | 16 | 21 | 23 | 8 | 9 | 4 | 18 | 22 | 2 | 15 | 62 | 25 | 66 | 400 |
| W.C. 'BUD' KIRKENDALL | 0 | 16 | 23 | 18 | 3 | 35 | 14 | 14 | 24 | 22 | 13 | 14 | 4 | 37 | 27 | 1 | 20 | 48 | 22 | 52 | 407 |
| DAVID NEWELL | 0 | 16 | 18 | 15 | 1 | 28 | 11 | 8 | 19 | 11 | 8 | 9 | 3 | 14 | 19 | 2 | 11 | 72 | 27 | 53 | 352 |
| BOARD EDU #7 RITA ASHLEY | 0 | 13 | 22 | 24 | 1 | 35 | 17 | 15 | 10 | 13 | 11 | 10 | 2 | 28 | 22 | 0 | 17 | 71 | 25 | 57 | 393 |
| DAVID BRADLEY | 0 | 19 | 20 | 13 | 3 | 33 | 20 | 7 | 29 | 28 | 13 | 14 | 5 | 27 | 21 | 3 | 16 | 62 | 28 | 49 | 410 |
| SEN #3 ROBERT NICHOLS | 0 | 28 | 39 | 34 | 4 | 66 | 22 | 26 | 41 | 38 | 22 | 9 | 51 | 40 | 25 | 1 | 123 | 50 | 105 | 758 | |
| SREP19 JAMES E. WHITE | 0 | 29 | 40 | 36 | 4 | 73 | 23 | 31 | 43 | 34 | 27 | 24 | 6 | 54 | 41 | 2 | 26 | 133 | 56 | 112 | 794 |
| CJ9APP STEVE MCKEITHEN | 0 | 26 | 37 | 32 | 4 | 61 | 22 | 32 | 36 | 18 | 22 | 7 | 49 | 33 | 2 | 23 | 114 | 45 | 96 | 691 | |
| J9CAPP #3 LEANNE JOHNSON | 0 | 11 | 16 | 13 | 1 | 30 | 10 | 15 | 12 | 13 | 9 | 6 | 1 | 10 | 17 | 2 | 5 | 52 | 26 | 27 | 276 |
| EARL B STOVER III | 0 | 19 | 25 | 24 | 4 | 39 | 16 | 20 | 23 | 28 | 16 | 18 | 7 | 45 | 26 | 1 | 31 | 78 | 27 | 74 | 521 |
| DJ1A DELINDA GIBBS-WALKER | 0 | 32 | 37 | 36 | 4 | 64 | 21 | 28 | 34 | 29 | 20 | 7 | 46 | 40 | 2 | 21 | 125 | 53 | 98 | 732 | |
| COMM #2 GARY DANNAR | | | 23 | | 2 | 31 | | | | 13 | | | 8 | | | | | 28 | | | 105 |
| ROY PARKER | | | 22 | | 3 | 58 | | | | 18 | | | 34 | | | | | 39 | | | 174 |
| JP#4 DANIEL WHITTON | | | 36 | | | | | | | 36 | | | | | | 2 | | | | | 74 |
| JP#5 BRETT HOLLOWAY | | | 36 | | | 43 | | | | | | | | | | | | | | | 79 |
| CO CHAIR DIANNE PACE | 0 | 32 | 39 | 35 | 4 | 68 | 25 | 27 | 33 | 34 | 20 | 7 | 46 | 37 | 1 | 22 | 129 | 49 | 114 | 757 |
| RELIG YES | 0 | 37 | 46 | 40 | 5 | 78 | 31 | 34 | 47 | 37 | 26 | 9 | 59 | 47 | 3 | 34 | 150 | 61 | 117 | 901 |

REPUBLICAN PRIMARY MARCH 4, 2014
EARLY VOTE TOTALS

| | HANDGUNS | | FRANCHISE TX | | WEL REFORM | | LAW EXCEPT | | OBAMACARE | |
|---|---|---|---|---|---|---|---|---|---|---|
| FREE | YES | NO | YES | NO | YES | NO | YES | NO | YES | NO |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 37 | 1 | 36 | 1 | 35 | 1 | 38 | 0 | 37 | 1 |
| 1 | 42 | 0 | 0 | 0 | 0 | 3 | 0 | 0 | 0 | 2 |
| 0 | 34 | 6 | 41 | 6 | 48 | 0 | 48 | 0 | 47 | 2 |
| 0 | 5 | 5 | 37 | 3 | 40 | 1 | 40 | 0 | 39 | 0 |
| 0 | 73 | 0 | 73 | 0 | 82 | 0 | 85 | 0 | 83 | 1 |
| 0 | 28 | 7 | 24 | 7 | 30 | 1 | 30 | 1 | 29 | 1 |
| 1 | 31 | 3 | 35 | 4 | 35 | 1 | 34 | 0 | 34 | 0 |
| 0 | 37 | 2 | 37 | 2 | 39 | 0 | 40 | 1 | 40 | 0 |
| 0 | 48 | 0 | 39 | 0 | 47 | 0 | 47 | 0 | 48 | 0 |
| 0 | 33 | 4 | 33 | 4 | 40 | 1 | 40 | 0 | 38 | 2 |
| 0 | 24 | 5 | 22 | 5 | 26 | 0 | 27 | 0 | 26 | 0 |
| 0 | 9 | 0 | 9 | 2 | 11 | 0 | 11 | 0 | 11 | 0 |
| 2 | 55 | 7 | 50 | 7 | 58 | 0 | 59 | 0 | 58 | 2 |
| 0 | 45 | 3 | 42 | 3 | 45 | 3 | 46 | 0 | 46 | 0 |
| 0 | 3 | 0 | 3 | 0 | 3 | 0 | 3 | 0 | 3 | 0 |
| 0 | 29 | 4 | 31 | 3 | 36 | 1 | 36 | 0 | 36 | 0 |
| 0 | 134 | 6 | 132 | 8 | 145 | 4 | 150 | 2 | 143 | 5 |
| 0 | 57 | 11 | 55 | 15 | 61 | 7 | 61 | 0 | 63 | 4 |
| 3 | 108 | 14 | 107 | 12 | 117 | 1 | 122 | 1 | 118 | 5 |
| 5 | 832 | 77 | 811 | 81 | 903 | 25 | 922 | 3 | 904 | 28 |
| 12 | | | | | | | | | | |

PAGE: 1                                TEXAS SECRETARY OF STATE                                07/23/2014
JASPER
Voters Who Voted in Election Summary
2014 MAY 27TH REPUBLICAN PRIMARY RUNOFF
05/27/2014
SORT ORDER: PRECINCT

| Precinct | TOTAL VOTERS | TOTAL SUSPENSE | TOTAL NON-SUSPENSE |
|---|---|---|---|
| 1 | 3 | 0 | 3 |
| 2 | 79 | 0 | 79 |
| 3 | 53 | 0 | 53 |
| 4 | 54 | 2 | 52 |
| 5 | 17 | 0 | 17 |
| 6 | 56 | 0 | 56 |
| 7 | 25 | 0 | 25 |
| 8 | 44 | 0 | 44 |
| 9 | 78 | 0 | 78 |
| 10 | 89 | 0 | 89 |
| 11 | 39 | 1 | 38 |
| 12 | 47 | 0 | 47 |
| 13 | 38 | 0 | 38 |
| 14 | 165 | 1 | 164 |
| 15 | 85 | 0 | 85 |
| 16 | 10 | 0 | 10 |
| 17 | 71 | 0 | 71 |
| 19 | 158 | 0 | 158 |
| 20 | 40 | 0 | 40 |
| 21 | 132 | 0 | 132 |
| TOTALS | 1,283 | 4 | 1,279 |

*The total number of Early Votes is 499, Election Day Votes is 784, and Provisional Ballots is 0.*

PAGE: 1            TEXAS SECRETARY OF STATE            07/23/2014

## JASPER
### Voters Who Voted in Election Summary
### 2014 MAY 27TH DEMOCRATIC PRIMARY RUNOFF
### 05/27/2014
### SORT ORDER: PRECINCT

| Precinct | TOTAL VOTERS | TOTAL SUSPENSE | TOTAL NON-SUSPENSE |
|---|---|---|---|
| 1 | 2 | 0 | 2 |
| 2 | 3 | 0 | 3 |
| 3 | 4 | 0 | 4 |
| 4 | 4 | 0 | 4 |
| 6 | 2 | 0 | 2 |
| 7 | 9 | 0 | 9 |
| 8 | 6 | 0 | 6 |
| 9 | 9 | 1 | 8 |
| 10 | 10 | 0 | 10 |
| 11 | 2 | 0 | 2 |
| 12 | 7 | 0 | 7 |
| 13 | 6 | 0 | 6 |
| 14 | 16 | 0 | 16 |
| 15 | 19 | 0 | 19 |
| 16 | 12 | 1 | 11 |
| 17 | 1 | 0 | 1 |
| 19 | 13 | 0 | 13 |
| 20 | 16 | 0 | 16 |
| 21 | 18 | 0 | 18 |
| **TOTALS** | **159** | **2** | **157** |

*The total number of Early Votes is 47, Election Day Votes is 112, and Provisional Ballots is 0.*

Case 2:13-cv-00193   Document 749-24   Filed on 11/18/14 in TXSD   Page 8 of 9

PAGE: 1                    TEXAS SECRETARY OF STATE                    07/23/2014
                                    JASPER
                     Voters Who Voted in Election Summary
                       2014 MARCH 4TH REPUBLICAN PRIMARY
                                   03/04/2014
                             SORT ORDER: PRECINCT

| Precinct | TOTAL VOTERS | TOTAL SUSPENSE | TOTAL NON-SUSPENSE |
|---|---|---|---|
| 1 | 5 | 0 | 5 |
| 2 | 121 | 0 | 121 |
| 3 | 138 | 0 | 138 |
| 4 | 96 | 1 | 95 |
| 5 | 50 | 1 | 49 |
| 6 | 154 | 0 | 154 |
| 7 | 65 | 0 | 65 |
| 8 | 71 | 1 | 70 |
| 9 | 172 | 0 | 172 |
| 10 | 158 | 0 | 158 |
| 11 | 108 | 3 | 105 |
| 12 | 74 | 1 | 73 |
| 13 | 62 | 0 | 62 |
| 14 | 226 | 2 | 224 |
| 15 | 171 | 1 | 170 |
| 16 | 17 | 0 | 17 |
| 17 | 132 | 0 | 132 |
| 19 | 282 | 0 | 282 |
| 20 | 107 | 2 | 105 |
| 21 | 223 | 0 | 223 |
| **TOTALS** | **2,432** | **12** | **2,420** |

*The total number of Early Votes is 950, Election Day Votes is 1,482, and Provisional Ballots is 0.*

PAGE: 1                                        TEXAS SECRETARY OF STATE                                   07/23/2014
                                                         JASPER
                                           Voters Who Voted in Election Summary
                                           2014 MARCH 4TH DEMOCRATIC PRIMARY
                                                        03/04/2014
                                                 SORT ORDER: PRECINCT

| Precinct | TOTAL VOTERS | TOTAL SUSPENSE | TOTAL NON-SUSPENSE |
|---|---|---|---|
| 1 | 5 | 0 | 5 |
| 2 | 12 | 0 | 12 |
| 3 | 22 | 0 | 22 |
| 4 | 8 | 0 | 8 |
| 5 | 6 | 0 | 6 |
| 6 | 29 | 0 | 29 |
| 7 | 24 | 0 | 24 |
| 8 | 37 | 0 | 37 |
| 9 | 192 | 5 | 187 |
| 10 | 37 | 1 | 36 |
| 11 | 10 | 0 | 10 |
| 12 | 27 | 0 | 27 |
| 13 | 20 | 0 | 20 |
| 14 | 67 | 1 | 66 |
| 15 | 300 | 3 | 297 |
| 16 | 23 | 1 | 22 |
| 17 | 38 | 0 | 38 |
| 19 | 55 | 1 | 54 |
| 20 | 52 | 0 | 52 |
| 21 | 53 | 0 | 53 |
| **TOTALS** | **1,017** | **12** | **1,005** |

*The total number of Early Votes is 463, Election Day Votes is 554, and Provisional Ballots is 0.*