LAW OFFICE OF
# TEXAS RIOGRANDE LEGAL AID, INC.
BROWNSVILLE OFFICE
531 E. ST. FRANCIS ST.
BROWNSVILLE, TX 78520
TELEPHONE (956) 982-5540
FAX (956) 541-1410

February 11, 2014

Debbie Newman
County Clerk
JASPER COUNTY
P.O. Box 22070
Jasper, TX 75951

Dear County Clerk Newman,

This letter is to clarify and narrow the breadth of the public records request submitted by Texas RioGrande Legal Aid. I apologize for any inconvenience caused to you and/or your colleagues.

Please provide the following public records pursuant to the Texas Public Information Act, §6252-17a et seq.:

1. List(s) of all *provisional voters* generated in relation to the November 5, 2013 elections whether in early voting or on election day.

2. Any other records that identify by name any person who presented himself or herself at a polling station to vote in the November 5, 2013 elections, whether in early voting or on election day, and which (1) relate to the voter or would-be-voter's receipt of a provisional ballot, and/or (2) indicate whether or not the voter or would-be-voter's ballot was accepted or rejected for counting and the basis for such determination.

3. Records that identify the names and contact information for election judges and poll workers who worked the November 5, 2013 elections whether in early voting or on election day. Documents adequate to identify the names and contact information of such individuals and whether each such person acted as an election judge or a poll worker is sought; payroll records, personnel files, and the like are not sought so long as documents identifying the requested information are produced.

Your efforts to produce the requested records are greatly appreciated.

As previously stated, Texas RioGrande Legal Aid, Inc., provides free legal representation to the indigent. As a nonprofit public interest law firm seeking information on behalf of our low-income clients concerning the operations of the government, we request that fees be reduced or waived. If fees cannot be waived, TRLA will pay a reasonable sum for copies of the documents requested.



2:13-cv-193
09/02/2014
DEF0726

DEPOSITION EXHIBIT
Newman

ORT00000710

Page 2

Thank you in advance for your cooperation.

                        Sincerely,

                        Marinda van Dalen
                        Attorney at Law

ORT00000711

FW: Jasper County



imap://mail.trla.org:143/fetch>UID>/INBOX>48874?header=print

;aj@utpa.edu>

.org)" <kgriesbach@trla.org>

fyi

**From:** sheila houston [mailto:sheilahouston505@hotmail.com]
**Sent:** Wednesday, March 26, 2014 10:41 AM
**To:** Jessica Lavariega-Monforti
**Subject:** Jasper County

This email is regards to the information you wanted about provisional voters in our county for the November 13, 2014 Amendment election. We did not have provisional voters for that election. Sorry it took so long. If you have any more questions please feel free to call.

Sheila