EXAMPLE 1

Information on poll book:

Name:      Isa Villareal
DOB:       08/13/1990
Address:   2802 Commerce Street, Houston, TX 77003

Information on driver's license:

Name:      Isabella Johnson
DOB:       08/13/1990
Address:   4015 Garrow Street, Houston, TX 77003





EXAMPLE 2

Information on poll book:

| | |
|---|---|
| Name: | Elizabeth Murphy |
| DOB: | 09/15/1974 |
| Address: | 531 W 32nd Street, Houston, TX 77018 |

Information on driver's license:

| | |
|---|---|
| Name: | Elizabeth Burton |
| DOB: | 09/15/1974 |
| Address: | 2614 Delwood Pl, Austin, TX 78703 |

EXAMPLE 3

Information on poll book:

Name:     Christine Barrow
DOB:      04/08/1965
Address:  531 W 32nd Street, Houston, TX 77018

Information on U.S. Passport:

Name:  Christine Alexander
DOB:   04/08/1965

EXAMPLE 4

Information on poll book:

Name:      Christopher Johnson
DOB:       11/11/1911
Address:   14800 Henry Road, Houston, TX 77060


Information on driver's license:

Name:      Chris Johnson
DOB:       08/22/1994
Address:   14800 Henry Road, Houston, TX 77060

EXAMPLE 5

Information on poll book:

Name:      Christopher Johnson
DOB:       11/03/1984
Address:   14800 Henry Road, Houston, TX 77060

Information on military ID card:

Name:      Chris Johnson

EXAMPLE 6

Information on poll book:

Name:      Elizabeth Smith
DOB:       06/30/1978
Address:   14800 Henry Road, Houston, TX 77060

Information on military ID card:

Name:      Elizabeth Johnson

EXAMPLE 7

Information on poll book:

| | |
|---|---|
| Name: | Beto Ramirez |
| DOB: | 03/01/1950 |
| Address: | 515 2nd St, Jasper, TX 75951 |

Information on driver's license:

| | |
|---|---|
| Name: | Roberto Ramirez |
| DOB: | 03/01/1950 |
| Address: | 217 Edgewood St., Jasper TX |