





http://lulac.org/about/faq/ — LULAC: Frequently Asked Q...

**2. What is LULAC's mission?**
The mission of the League of United Latin American Citizens is to advance the economic condition, educational attainment, political influence, housing, health and civil rights of the Hispanic population of the United States.

**3. How does LULAC work toward achieving its mission?**
LULAC works through three primary, complementary approaches:

- Programming- In its simplest terms, the basic program of LULAC is to fight discrimination based on race, ethnicity, or national origin. Our programming focuses on the following key areas: civic participation, civil rights, economic development, education, health, housing, immigration, leadership, public service, technology, women, youth, young adults, and the 50+ demographic. Each of these issues offers unique challenges and opportunities. Our programming varies based on available funding as well as the current needs of our community.

- Advocacy- As the Latino community's government liaison in Washington, we monitor legislation and provide policy makers with the Latino perspective on immigration, affirmative action, business, education, and other issues impacting our community. Our National Policy Platform can be found at www.lulac.org/platform.

- Membership- Our extensive membership base works to achieve LULAC's mission through programming and advocacy at the local level.

**4. What does it mean to be a membership based organization?**
LULAC is the largest and most active membership organization serving the Latino community. LULAC volunteer members are the driving force behind significant advancements and improvements to the quality of life for Hispanics across the country. Since LULAC's founding, our members have not wavered in their determination to end discrimination and injustice for Hispanics living in the United States.

**5. What do LULAC councils do?**
LULAC councils across the United States hold voter registration drives, citizenship awareness sessions, sponsor health fairs and tutorial programs, and raise scholarship money for the LULAC National Scholarship Fund. LULAC Councils have also responded to an alarming increase in xenophobia and anti-Hispanic sentiment. They have held seminars and public symposiums on language and immigration issues.

**6. Who is a typical LULAC member?**
LULAC members are volunteers and a majority of them have full-time jobs or academic careers in addition to the work that they do on behalf of LULAC. Our membership base is broad and diverse, with our members ranging from college students to retired adults. There isn't a typical LULAC member, yet the one trait that our members share is their commitment to furthering LULAC's mission and empowering their local Latino community.

**7. How many councils does LULAC have?**
LULAC have over 900 councils nationwide.

**8. Does LULAC work in Latin America?**
LULAC's primary mission is to work to advance the civil rights of the Hispanic population in the United States.

**9. Does LULAC offer legal advice?**
If you are seeking legal advice, please contact your nearest LULAC Council. They can offer the best available resources

**Our Priorities**
- Civic Participation
- Civil Rights
- Economic Empowerment
- Education
- Health
- Housing
- Immigration
- Public Service
- Technology

http://lulac.org/about/faq/ — LULAC: Frequently Asked Q...

**9. Does LULAC offer legal advice?**
If you are seeking legal advice, please contact your nearest LULAC Council. They can offer the best available resources in the local community. The LULAC National Office does not employ attorneys as fulltime staff.

**10. Does LULAC produce any publications?**
Yes:

- The LULAC News- LULAC's quarterly magazine
- Weekly LULAC National Update- Current news available by e-mail
- All for One and One for All book- publication that details the history of LULAC

**11. Where is LULAC's office located?**
LULAC has 3 national offices:

- LULAC National Office (Washington, DC) - LULAC has established a permanent national office in Washington, D.C. with a full time staff. This office coordinates implementation of LULAC's programs, impacts policy and legislation at the national level, and handles the day to day administration of the national organization. The staff also compiles issue briefs to keep the LULAC membership informed of important national legislative and policy initiatives.
- LULAC Executive Office (San Antonio, TX) - The LULAC Executive Office houses the LULAC National President and staff. This office coordinates the National President's agenda, handles meetings, and coordinates LULAC activities.
- LULAC Fiscal and Membership Office (El Paso, TX) - The LULAC Fiscal and Membership Office manage all LULAC finances and membership applications for the organization. They maintain archives for all budgets and expenditures and also deal directly with membership charters.

**12. Does LULAC have any annual events?**
LULAC National has 3 main annual events:

- National Legislative Awards Gala- The LULAC National Legislative Awards Gala takes place every February in Washington, DC. The gala highlights critical legislative issues affecting Hispanic Americans and recognizes key leaders who have served the Hispanic community well.
- LULAC National Women's Conference- LULAC holds a National Women's Conference every spring to highlight achievement in the areas of business, education, and political empowerment. The location of this event varies.
- LULAC National Convention- The LULAC Convention brings together over 20,000 Latino leaders in a week of seminars and notable events every summer. Latinos of all ages have an opportunity to hear from outstanding speakers and panelists. We feature over fifty policy workshops, fifteen banquets, a job fair, a three-day exposition, a federal training institute, and the election of LULAC's national officers. The location of this event varies.

Home | About Us | Members | Programs | Advocacy | Events | Blogs | Contact Us | Privacy Policy
LULAC National Office 1133 19th Street, NW, Suite 1000 Washington, DC 20036 Tel: (202) 833-6130 Fax: (202) 833-6135
© 2014 LULAC Powered by ARCOS | Design by Plus Three