

2:13-cv-193 09/02/2014 DEF0735

EXHIBIT 3