

2:13-cv-193
09/02/2014
DEF0736

