

2:13-cv-193 09/02/2014 DEF0738

EXHIBIT 6

http://www.laits.utexas.edu/txp_media/html/poll/features/201210_voterid/slide4.html