



http://www.laits.utexas.edu/txp_media/html/poll/features/201210_voterid/slide2.html