UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| MARC VEASEY, *et al*, | § § | |
| Plaintiffs, | § | |
| VS. | § § | CIVIL ACTION NO. 2:13-CV-00193 |
| RICK PERRY, *et al*, | § § | |
| Defendants. | § § | |

### DEFENDANTS' NOTICE OF INTENTION TO TAKE
### ORAL DEPOSITION OF KOBY OZIAS

To:   **Counsel of Record**

Please take notice that on July 22, 2014, beginning at 1:00 P.M., at the law office of Donnell, Abernethy & Kieschnick, 555 N. Carancahua, Suite 1770, Corpus Christi, Texas 78401, Defendants the State of Texas, Rick Perry, the Texas Secretary of State[1] and Steve McCraw, by and through the Attorney General for the State of Texas, will take the oral deposition of Koby Ozias.

This deposition will be recorded by stenographic means, conducted before an individual authorized to administer oaths, and used for any purpose permitted under the Federal Rules of Civil Procedure or court order. The deposition may be videotaped. The deposition will continue from time to time and place to place until concluded.



---

[1] Various complaints identify the Texas Secretary of State as John Steen. The current Secretary of State, however, is Nandita Berry.

1



Dated:       July 16, 2014

Respectfully submitted,

GREG ABBOTT  
Attorney General of Texas

DANIEL T. HODGE  
First Assistant Attorney General

JONATHAN F. MITCHELL  
Solicitor General

J. REED CLAY, JR.  
Special Assistant and Senior Counsel  
to the Attorney General  
Southern District of Texas No. 1160600

*/s/ John B. Scott*  
JOHN B. SCOTT  
Deputy Attorney General for Civil Litigation  
Southern District of Texas No. 10418  
Texas State Bar No. 17901500  
ATTORNEY-IN-CHARGE

G. DAVID WHITLEY  
Assistant Deputy Attorney General  
Southern District of Texas No. 2080496

STEPHEN RONALD KEISTER  
Assistant Attorney General  
Southern District of Texas No. 18580

JENNIFER MARIE ROSCETTI  
Assistant Attorney General  
Southern District of Texas No. 224780

LINDSEY ELIZABETH WOLF  
Assistant Attorney General  
Southern District of Texas No. 2292940

FRANCES WHITNEY DEASON  
Assistant Attorney General  
Southern District of Texas No. 2302872

209 West 14th Street
P.O. Box 12548
Austin, Texas 70711-2548
(512) 475-0131

BEN A. DONNELL
Donnell, Abernethy & Kieschnick
555 N. Carancahua, Suite 1770
Corpus Christi, Texas 78401-0853
Southern District of Texas No. 5689

COUNSEL FOR THE STATE OF TEXAS,
RICK PERRY, JOHN STEEN, and STEVE
MCCRAW

## CERTIFICATE OF SERVICE

I hereby certify that on July 16, 2014, a true and correct copy of the foregoing document is being served via electronic mail to all counsel of record.

/s/ *John B. Scott*
JOHN B. SCOTT