HIGHLY CONFIDENTIAL

KEVIN KIESCHNICK
VOTER REGISTRAR
901 LEOPARD, ROUTE 102
CORPUS CHRISTI, TEXAS 78401
(361) 888-0404

Secretary of State's Office
Elections Division
1-800-252-VOTE (8683)

RETURN SERVICE REQUESTED

760319

REPLACEMENT

**VOTER REGISTRATION CERTIFICATE**
(Certificado de Registro Electoral)
NUECES COUNTY (Condado)

| VUID (VUID) | Gender (Sexo) | Valid From (Valido desde) |
|---|---|---|
| 1172299682 | F | 01/01/2014 |
| Year of Birth (Año de Nacimiento) | Prec. No (Pct.Num.) | thru (hasta) |
| | 121 | 12/31/2015 |

Name and Permanent Residence Address (Nombre y dirección residencial permanente)

DEES, STEPHANIE LYNN

X

VOTER MUST PERSONALLY SIGN HIS/HER NAME IMMEDIATELY UPON RECEIPT, IF ABLE
(El votante sabe firmar esta tarjeta personalmente inmediata a su recibo.)

| US REP | ST SEN | ST REP | COMM | JP |
|---|---|---|---|---|
| 27 | 20 | 34 | 2 | 2 |
| CITY | SCHOOL | COLG | SM CITY | SBE |
| COR | CC3 | 2 | CC3 | 2 |

Name and Mailing Address (Nombre y dirección de correo)

1172299682

STEPHANIE LYNN DEES

EXHIBIT 5

2:13-cv-193
09/02/2014
DEF0747

Veasey00027