By:  Fraser, Estes, Nelson  Nichols                          S.B. No. 362

A BILL TO BE ENTITLED

1                               AN ACT
2  relating to requiring a voter to present proof of identification.
3          BE IT ENACTED BY THE LEGISLATURE OF THE STATE OF TEXAS:
4          SECTION 1.  Subchapter A, Chapter 15, Election Code, is
5  amended by adding Section 15.005 to read as follows:
6          Sec. 15.005.  NOTICE OF IDENTIFICATION REQUIREMENTS.
7  (a)  The voter registrar of each county shall provide notice of the
8  identification requirements for voting prescribed by Chapter 63 and
9  a detailed description of those requirements with each voter
10  registration certificate issued under Section 13.142 or renewal
11  registration certificate issued under Section 14.001.
12         (b)  The secretary of state shall prescribe the wording of
13  the notice to be included on the certificate under this section.
14         SECTION 2.  Subchapter A, Chapter 31, Election Code, is
15  amended by adding Section 31.012 to read as follows:
16         Sec. 31.012.  VOTER IDENTIFICATION EDUCATION.  (a)  The
17  secretary of state and the voter registrar of each county that
18  maintains a website shall provide notice of the identification
19  requirements for voting prescribed by Chapter 63 on each entity's
20  respective website.  The secretary of state shall prescribe the
21  wording of the notice to be included on the websites.
22         (b)  The secretary of state, in cooperation with appropriate
23  nonprofit organizations as determined by the secretary of state and
24  with each party whose nominee for governor in the most recent



S.B. No. 362

1 gubernatorial general election received 20 percent or more of the
2 total number of votes received by all candidates for governor in the
3 election, shall establish a statewide effort to educate voters
4 regarding the identification requirements for voting prescribed by
5 Chapter 63. The secretary of state may use any available funds,
6 including federal funds, for the purposes of this section.

7 SECTION 3. Section 32.111, Election Code, is amended by
8 adding Subsection (c) to read as follows:

9 (c) The training standards adopted under Subsection (a)
10 must include provisions on the acceptance and handling of the
11 identification presented by a voter to an election officer under
12 Section 63.001.

13 SECTION 4. Subsection (a), Section 32.114, Election Code,
14 is amended to read as follows:

15 (a) The county clerk shall provide one or more sessions of
16 training using the standardized training program and materials
17 developed and provided by the secretary of state under Section
18 32.111 for the election judges and clerks appointed to serve in
19 elections ordered by the governor or a county authority. Each
20 election judge shall complete the training program. Each election
21 clerk shall complete the part of the training program relating to
22 the acceptance and handling of the identification presented by a
23 voter to an election officer under Section 63.001.

24 SECTION 5. Chapter 62, Election Code, is amended by adding
25 Section 62.016 to read as follows:

26 Sec. 62.016. NOTICE OF ACCEPTABLE IDENTIFICATION OUTSIDE
27 POLLING PLACES. The presiding judge shall post in a prominent place

2

S.B. No. 362

1  on the outside of each polling location a list of the acceptable
2  forms of photographic and nonphotographic identification.  The
3  notice and list must be printed using a font that is at least
4  24-point.
5       SECTION 6.  Section 63.001, Election Code, is amended by
6  amending Subsections (b), (c), (d), and (f) and adding Subsection
7  (g) to read as follows:
8       (b)  On offering to vote, a voter must present to an election
9  officer at the polling place either:
10           (1)  one form of identification listed in Section
11  63.0101(a); or
12           (2)  two different forms of identification listed in
13  Section 63.0101(b) [the voter's voter registration certificate to
14  an election officer at the polling place].
15      (c)  On presentation of the documentation required by
16  Subsection (b) [a registration certificate], an election officer
17  shall determine whether the voter's name on the registration
18  certificate is on the list of registered voters for the precinct.
19      (d)  If the voter's name is on the precinct list of
20  registered voters and the voter's identity can be verified from the
21  documentation presented under Subsection (b), the voter shall be
22  accepted for voting.
23      (f)  After determining whether to accept a voter, an election
24  officer shall return the voter's documentation [registration
25  certificate] to the voter.
26      (g)  If the requirements for identification prescribed by
27  Subsection (b) are not met, the voter may be accepted for

S.B. No. 362

1 provisional voting only under Section 63.011. An election officer
2 shall inform a voter who is not accepted for voting under this
3 section of the voter's right to cast a provisional ballot under
4 Section 63.011.
5       SECTION 7. Effective January 1, 2010, Subsection (a),
6 Section 63.0011, Election Code, is amended to read as follows:
7       (a) Before a voter may be accepted for voting, an election
8 officer shall ask the voter if the voter's residence address on the
9 precinct list of registered voters is current and whether the voter
10 has changed residence within the county. If the voter's address is
11 omitted from the precinct list under Section 18.005(c), the officer
12 shall ask the voter if the voter's residence as listed on
13 identification presented by the voter under Section 63.001(b) [the
14 voter's voter registration certificate] is current and whether the
15 voter has changed residence within the county.
16       SECTION 8. Subsection (a), Section 63.006, Election Code,
17 is amended to read as follows:
18       (a) A voter who, when offering to vote, presents a voter
19 registration certificate indicating that the voter is currently
20 registered in the precinct in which the voter is offering to vote,
21 but whose name is not on the precinct list of registered voters,
22 shall be accepted for voting if the voter's identity can be verified
23 from the documentation presented under Section 63.001(b).
24       SECTION 9. Subsection (a), Section 63.007, Election Code,
25 is amended to read as follows:
26       (a) A voter who, when offering to vote, presents
27 documentation required under Section 63.001(b) that indicates [a

S.B. No. 362

1  voter registration certificate indicating that] the voter is
2  currently registered in a different precinct from the one in which
3  the voter is offering to vote, and whose name is not on the precinct
4  list of registered voters, shall be accepted for voting if the
5  voter's identity can be verified from the documentation and the
6  voter executes an affidavit stating that the voter:
7         (1)  is a resident of the precinct in which the voter is
8  offering to vote or is otherwise entitled by law to vote in that
9  precinct;
10        (2)  was a resident of the precinct in which the voter
11 is offering to vote at the time that information on the voter's
12 residence address was last provided to the voter registrar;
13        (3)  did not deliberately provide false information to
14 secure registration in a precinct in which the voter does not
15 reside; and
16        (4)  is voting only once in the election.
17     SECTION 10.  Section 63.0101, Election Code, is amended to
18 read as follows:
19     Sec. 63.0101.  DOCUMENTATION OF PROOF OF IDENTIFICATION.
20 (a)  The following documentation is an acceptable form [as proof]
21 of photo identification under this chapter:
22        (1)  a driver's license or personal identification card
23 issued to the person by the Department of Public Safety that has not
24 expired or that expired no earlier than two years before the date of
25 presentation [or a similar document issued to the person by an
26 agency of another state, regardless of whether the license or card
27 has expired];

S.B. No. 362

```
 1              (2)  a United States military identification card that
 2   contains   the   person's   photograph   [form  of  identification
 3   containing the person's photograph that establishes the person's
 4   identity];
 5              (3)  a [birth certificate or other document confirming
 6   birth that is admissible in a court of law and establishes the
 7   person's identity;
 8              [(4)] United States citizenship certificate [papers]
 9   issued to the person that contains the person's photograph;
10              (4) [(5)]  a  United  States  passport  issued  to  the
11   person;
12              (5)  a license to carry a concealed handgun issued to
13   the person by the Department of Public Safety; or
14              (6)  [official mail addressed to the person by name
15   from a governmental entity;
16              [(7)] a valid identification card that contains the
17   person's photograph and is issued by:
18                   (A)  an  agency  or  institution  of  the  federal
19   government; or
20                   (B)   an   agency,   institution,   or   political
21   subdivision of this state.
22         (b)  The following documentation is acceptable as proof of
23   identification under this chapter:
24              (1)  the voter's voter registration certificate or a
25   copy of a current utility bill, bank statement, government check,
26   paycheck, or other government document that shows the name and
27   address of the voter;
```

S.B. No. 362

1       (2) official mail addressed to the person by name from
2 a governmental entity;
3       (3) a certified copy of a birth certificate or other
4 document confirming birth that is admissible in a court of law and
5 establishes the person's identity;
6       (4) United States citizenship papers issued to the
7 person;
8       (5) an original or certified copy of the person's
9 marriage license or divorce decree;
10      (6) court records of the person's adoption, name
11 change, or sex change;
12      (7) an identification card issued to the person by a
13 governmental entity of this state or the United States for the
14 purpose of obtaining public benefits, including veteran's
15 benefits, Medicaid, or Medicare;
16      (8) a temporary driving permit issued to the person by
17 the Department of Public Safety;
18      (9) a pilot's license issued to the person by the
19 Federal Aviation Administration or another authorized agency of the
20 United States;
21      (10) a library card that contains the person's name
22 issued to the person by a public library located in this state; or
23      (11) a hunting or fishing license issued to a person by
24 the Parks and Wildlife Department [or
25      [(8) any other form of identification prescribed by
26 the secretary of state].
27     SECTION 11. Subsection (a), Section 63.011, Election Code,

7

S.B. No. 362

1 is amended to read as follows:

2     (a) A person to whom Section 63.001(g) [63.008(b) or
3 63.009(a)] applies may cast a provisional ballot if the person
4 executes an affidavit stating that the person:

5        (1) is a registered voter in the precinct in which the
6 person seeks to vote; and

7        (2) is eligible to vote in the election.

8     SECTION 12. Section 521.422, Transportation Code, is
9 amended by amending Subsection (a) and adding Subsection (d) to
10 read as follows:

11     (a) Except as provided by Subsection (d), the [The] fee for
12 a personal identification certificate is:

13        (1) $15 for a person under 60 years of age;

14        (2) $5 for a person 60 years of age or older; and

15        (3) $20 for a person subject to the registration
16 requirements under Chapter 62, Code of Criminal Procedure.

17     (d) The department may not collect a fee for a personal
18 identification certificate issued to a person who states that the
19 person is obtaining the personal identification certificate for the
20 sole purpose of satisfying Section 63.001(b)(1), Election Code,
21 and:

22        (1) who is a registered voter in this state and
23 presents a valid voter registration certificate; or

24        (2) who is eligible for registration under Section
25 13.001, Election Code, and submits a registration application to
26 the department.

27     SECTION 13. Effective January 1, 2010, Sections 63.008 and

S.B. No. 362

1  63.009, Election Code, are repealed.

2  SECTION 14.  As soon as practicable after the effective date
3  of this Act:

4  (1)  the secretary of state shall adopt the training
5  standards and develop the training materials required to implement
6  the change in law made by this Act to Section 32.111, Election Code;
7  and

8  (2)  the county clerk of each county shall provide a
9  session of training under Section 32.114, Election Code, using the
10 standards adopted and materials developed to implement the change
11 in law made by this Act to Section 32.111, Election Code.

12 SECTION 15.  (a)  Except as provided by Subsection (b) of
13 this section, this Act takes effect January 1, 2010.

14 (b)  The changes in law made by Sections 1, 2, 3, 4, and 14 of
15 this Act take effect September 1, 2009.