others, making it the very first bill filed for the new session: HB 16. The bill requires one form of photo ID or two forms of non-photo ID in order to vote in Texas.

"Voter ID has got to be one of the top priorities of the legislature this session." Riddle said. "It passed in the House two session ago and was stalled by politics in the Senate It passed in the Senate last year and then was stalled by politics in the House. There are no more excuses left this time around."

Seven other bills rounded out the first day of Riddle's early filings: HB 18, imposing sanctions for municipalities that allow "sanctuary cities;" HB 19, which seeks to imprison unlicensed drivers who cause serious accidents; HJR 16 and HB 23, which allow counties to set their own appraisal caps; HB 22, requiring all state agencies to determine and report their costs related to illegal aliens; HB 21, requiring school districts to report the number of illegal aliens attending their schools; and HB 20, increasing the penalty for burglary of a motor vehicle to a state jail felony. -30-

## Fwd: Voter ID & Highlights: OK to share?

From: **Dan Patrick** (danpatrick700@gmail.com)
Sent: Thu 3/29/12 12:17 PM
To: Logan Spence (loganspence@hotmail.com)

---------- Forwarded message ----------
From: **Dan Patrick** <danpatrick700@gmail.com>
Date: Tue, Jan 25, 2011 at 11:52 PM
Subject: Re: Voter ID & Highlights: OK to share?
To: Robin Lennon <kwteaparty@gmail.com>

sure--I actually thought I sent it to everyone on our list, so send the entire e-mail out---not the last one about campaign issues, state, etc, the first one I sent to you about e-mails, voter I.D update etc.

On Tue, Jan 25, 2011 at 11:50 PM, Robin Lennon <kwteaparty@gmail.com> wrote:

> OK to pass along your update on Voter ID and Highlights (the part I made boldface) to my board and members after removing email address and comments directed to TPAC?
>
> Thanks,
>
> Robin

2:13-cv-193
09/02/2014
DEF0760
exhibitsticker.com




> **From:** Dan Patrick [mailto:danpatrick700@gmail.com]

**Sent:** Tuesday, January 25, 2011 11:36 PM
**To:** Robin Lennon
**Cc:** JoAnn Fleming; leslie.haight@beecreek.net; greg@teapartyconservative.com; philburton@sbcglobal.net; fcravens@houstontps.org; rgonzo8@verizon.net; sharonhall2755@sbcglobal.net; gpendergras1@borderappraisal.com; hagenbaks@aol.com; chuck@marketinganddata.com; tcorsaut@yahoo.com; julie@hounddogranch.com; katpierson@gmail.com
**Subject:** Re: Robin's NEW EMAIL ADDRESS & Fleming - Strategy

I sent each of you my private e-mail. Please feel free to contact me anytime. Please know during session it could be the next day, or very late, before I can respond. e.g we anticipate being on the floor between 11 am and maybe 4 or 5 am tomorrow on voter I.D. I can get a hundred or so e-mails behind pretty quickly. But, you all are very important and I will get back to you as soon as practical.

The only thing I ask is to always **blind copy** me to help keep my personal e-mail from accidentally getting out to a huge list. It's for you so we can stay in contact with each other.

**Update on voter I.d Catherine Engelbrecht who trained volunteers to poll watch came in to testify on voter I.D tonight after waiting about 10 hours to testify, and did a great job. A Democrat asked her about these stories of voter intimidation and she firmly answered that it was the Democrat party that created these false reports and that the county attorney, a Democrat, found no evidence whatsoever of wrong doing by King Street Patriots.**

**We go back in session at 11 a.m. but because of a 24 hour rule to take up a bill on a another day, we cannot take up the voter I.D. bill again until 9:20 p.m tomorrow night (we adjourned at 9:20 tonight) There are 25 plus amendments and if each one averages 20 minutes to debate we could be there until 5-8am the next morning. We will get the bill voted out by Thursday sometime and pass it to the House.**

**Highlights of the bill:**

**1. If you 69 or under you must present a photo I.D to vote that is an official government photo**

**2. 70 and over you must have your voter registration with you.**

**3. If 69 or under and you do not have a photo with you, you will be able to vote a provisional ballot and then that person will have 6 days to bring a valid photo I.D.**

**I believe all of the Republicans have co-authored the bill, if not, all will vote for it and it will pass along party lines 19 to 12. Good thing we set aside the blocker bill, 21 vote rule to bring a bill to the floor, for this bill, or we would not be able to get it passed. As you know my goal was to change the 21 vote to either a simple majority, or to reduce the two thirds to 60%, similar to the U.S Senate. That would only require 19 votes to bring a bill to the floor. We have 19 Republicans.**

**Dan**

On Tue, Jan 25, 2011 at 7:48 AM, Robin Lennon <kwteaparty@gmail.com> wrote:

Joann,

HIGHLY CONFIDENTIAL

You are so focused, but going exactly where I believe we need to go. Please keep us all posted.

In order to keep all of TPAC's emails from getting lost in my overextended email box, I have created a new email address just for this group.

SHARON & ALL: Please change my email address to robin.tpac@gmail.com . Thank you.

Would you mind sending the candidates and potential candidates for KBH's seat as you have found them. If we have a website, could we also have a place in it where we could post various candidates and particulars about them and their histories that we know or discover, and substantiate as true?

That way we'll know who to cultivate and get to know so we can bring their names before our groups and familiarize ourselves and our members with CONSERVATIVE candidates who may be running.

I am very excited to be working with all of you and believe that for the first time in generations we may be able to make some positive change back toward more localized government.

Cordially,

Robin

Robin Lennon

Kingwood TEA Party

KWTEAParty@gmail.com

robin.tpac@gmail.com

832-748-8035

KINGWOOD
TEA
PARTY

REMEMBER in NO-VEMBER!

HIGHLY CONFIDENTIAL

JoAnn

I have researched the issues you sent me. Here is a brief follow up..

1. No more social services to illegals- under federal law illegals are not supposed to get Medicaid or Medicare or other non emergency service, but we know they do. It was not germane to SB 9 and Gov has not put this specific issue on the call.

2. Tracking and reporting costs of services for illegals- Health & Human attempts tracking it now, TDCJ (jails) collect it now, schools not allowed to ask

3. Ending in state tuition- Birdwell amendment that was pulled down before a vote. It is not germane to be brought up on sanctuary SB 9 and Gov has not put on the call

4. Mandating the use of e-verify- We have inquired about Nelson's bill, or a new bill, is not germane to SB 9 because it violates the two subject rule. We would need the Gov to specifically add this to the call. He has said in the past he supports E-verify. House has filed some bills as you noted, but unless Gov adds to the call they will not pass on the floor. (bills can be passed out of committee as TSA bill was today, but unless Gov puts on the call, it can't pass) We are talking to the Gov office about adding bills to the call.

5. Prohibiting sanctuary cities- in SB 9 We will pass that tonight

6. Prohibiting drivers' licenses to illegals- in SB 9. We will pass tonight
Issues you did not mention but have or will pass:
Secure communities in SB 9 requires all city and county jails to check legal status of anyone arrested. The largest county in the state, Harris, does verify the legal status of each inmate, but others do not.
Bills that passed during session that directly or indirectly impact illegal immigrants
1. HB 260 Hilderbran/Patrick : Enhances penalties & makes it easier to prosecute those who smuggle illegals into this country. (currently only 4 people out of 150,000 in Texas prisons have been prosecuted for this crime. This will make it easier to arrest and get a conviction
2. HB 1856 by Woolley/Patrick increases penalty on tampering with witnesses (this is an issue with gang related crimes)
3. SB 14 Photo Voter ID
4. SB 24 Van De Putte/Patrick enhances penalties on human trafficking
5. SB 844/Hunter Enhancing penalties for the offense of escaping from custody (those who run from the police)
There may bee other bills that passed that address this issue on some level, but these are the ones I'm personally familiar with as I either was an author, sponsor, co-sponsor or co- author on.
I have not heard back on your possible appointment. Governor is on the road.
Dan

## Fwd: VIDEO: LET'S VOTE STRAUS OUT OF THE TEXAS HOUSE -- 5.24.11

From: **Dan Patrick** (danpatrick700@gmail.com)
Sent: Thu 3/29/12 12:48 AM
To: Logan Spence (loganspence@hotmail.com)

---------- Forwarded message ----------
From: **Donna Garner** <donnaggarner@gmail.com>
Date: Tue, May 24, 2011 at 6:15 PM
Subject: VIDEO: LET'S VOTE STRAUS OUT OF THE TEXAS HOUSE -- 5.24.11
To: Donna Garner <wgarner1@hot m.com>

**"Video: Let's Vote Straus out of the Texas House"**

**by Donna Garner**

HIGHLY CONFIDENTIAL