---------- Forwarded message ----------
From: JoAnn Fleming <jafleming3@juno.com>
Date: Wed, Jun 15, 2011 at 2:45 PM
Subject: Fleming reply Re: amendments to SB 9 and other issues
To: danpatrick700@gmail.com

You could be right about the next Pres. Dan, thank you for putting in the good word for us. You made it happen, and we appreciate it greatly.

The Advisory Committee is supposed to meet in Austin on Sunday, June 26 @ 2 PM. If you are still in Austin, you are welcome to come by and tell us what's on your mind. We'd love to have you join us for either the first part or the second half of our meeting. We have not yet decided on a place, but I can get that to you.

All the best,

JoAnn

**JoAnn Fleming, Executive Director (volunteer)
Grassroots America - We the People** www.gawtp.com
(903) 894-7204 home office or (903) 360-2858 cell
"I love the man that can smile in trouble, that can gather strength from distress, and grow brave by reflection. 'Tis the business of little minds to shrink; but he whose heart is firm, and whose conscience approves his conduct, will pursue his principles unto death.' --Thomas Paine, The Crisis, 1776
*Who is John Galt?*

Where applicable, a political advertisement paid for by the GAWTP PAC, PO Box 130012,Tyler, TX 75713, Jimmie Taylor, PAC Treasurer.

---------- Original Message ----------
From: Dan Patrick <danpatrick700@gmail.com>
To: JoAnn Fleming <jafleming3@juno.com>
Subject: Re: amendments to SB 9 and other issues
Date: Wed, 15 Jun 2011 10:41:52 -0500

Glad it got worked out. You may be meeting with the next Pres

Sent from my iPhone



2:13-cv-193
09/02/2014
**DEF0761**

On Jun 15, 2011, at 1:50 PM, "JoAnn Fleming" <jafleming3@juno.com> wrote:

> Dan, was in meeting last night with candidate for state rep. Too late to return your call. Thanks for these specifics. It helps us know how to handle meeting w/Gov which is being scheduled for Tues June 28. JoAnn
>
> **JoAnn Fleming, Executive Director (volunteer)
> Grassroots America - We the People** www.gawtp.com
> (903) 894-7204 home office or (903) 360-2858 cell
> "I love the man that can smile in trouble, that can gather strength from distress, and grow brave by reflection. 'Tis the business of little minds to shrink; but he whose heart is firm, and whose conscience approves his conduct, will pursue his principles unto death." --Thomas Paine, The Crisis, 1776
> *Who is John Galt?*
>
> Where applicable, a political advertisement paid for by the GAWTP PAC, PO Box 130012,Tyler, TX 75713, Jimmie Taylor, PAC Treasurer.
>
> ---------- Original Message ----------
> From: Dan Patrick <danpatrick700@gmail.com>
> To: Joanne Fleming <jafleming3@juno.com>
> Subject: Fwd: amendments to SB 9 and other issues
> Date: Tue, 14 Jun 2011 20:18:00 -0500

Δ π EXHIBIT 1
Deponent Patrick
Date 7/11/14 Rptr. JN
WWW.DEPOBOOK.COM