# I STAND WITH DAN TO STOP THE ILLEGAL INVASION

**DANPATRICK.ORG**

2:13-cv-193
09/02/2014

**DEF0763**



Δ π EXHIBIT 9
Deponent
Date   Rptr.
WWW.DEPOBOOK.COM