test

**From:** LOGAN SPENCE [loganspence@hotmail.com]
**Sent:** Thursday, May 10, 2012 2:38 PM
**To:** Logan Spence
**Subject:** FW: Voter I D.

---

Date: Wed, 9 May 2012 00:28:17 -0500
Subject: Fwd: Voter I D.
From: danpatrick700@gmail.com
To: loganspence@hotmail.com

---------- Forwarded message ----------
**From: Danpatrick** <danpatrick700@gmail.com>
Date: Thu, Feb 24, 2011 at 11:45 AM
Subject: Voter I D.
To: "catherine@kingstreetpatriots.org" <catherine@kingstreetpatriots.org>

2:13-cv-193
09/02/2014
**DEF0764**

I had an opportunity to get a clarification today from Senator Patrick on the amendment that passed 31-0 on the Senate Photo voter I. D.

Catherine,

The amendment exempted disabled voters from having a photo I.D If they vote in person. As you know, currently any person can simply check a box saying they are disabled and cast their vote by mail. However, there are some voters who are disabled who prefer to vote in person, but who do not have a CHL, a military I.D., or a drivers license.

In addition, there are 77 counties that do not have a DPS office. DPS is the location where voters, without any photo identification, can go to get a free photo I.D. Some disabled voters may not be able to travel great distances to get their free photo I.D., but who can travel a few short blocks to their local precinct to vote in person. The purpose of the amendment was to address that issue, as well as any disabled person, in any area, who does not have a photo I. D and who would face an undue burden to get one in order to vote. Even in that circumstance that voter would need a letter from a doctor verifying they are disabled to qualify to vote without a photo.

The number of 500,000 people, who have a hangar for their car to park in handicapped spaces, with few exceptions, already have a drivers license with a photo. The intent of the amendment would not be to exempt those voters, because they already have a photo and therefore do not need the exemption. This language can be clarified moving through the legislative process as the Senate and House work on the final language.

After many years of trying we will finally have one of the best voter I. D bills in the country. We must also be sure we pass a bill that will survive any possible court challenges that may come. We have worked hard to ensure all voters have an equal opportunity to vote. I believe we have done so. This issue is part of that process. I hope this clarifies this issue.

I appreciate the great work of Kingstreet Patriots. Your work underscored how important this issue is.
Senator Dan Patrick

Catherine if you want to add a line about how I am one of your strongest allies and how I am always open on the radio and in office to bring transparency to issues - I will leave to you

1

Δ π EXHIBIT 10
Deponent Patrick
Date 9/11/14  Rptr. JN
WWW.DEPOBOOK.COM

HIGHLY CONFIDENTIAL

TX_00261256

Thanks and call me anytime- few people have my personal e-mail and cell. I gave it to you so you can stay informed and ask questions

P.s. Please do a spell and grammar check on my response. I don't have time to do so

HIGHLY CONFIDENTIAL

TX_00261257