**test**

From:          LOGAN SPENCE [loganspence@hotmail.com]
Sent:          Thursday, May 10, 2012 2:38 PM
To:            Logan Spence
Subject:       FW: Voter I.D disabled persons exemption explanation

Date: Wed, 9 May 2012 00:29:08 -0500
Subject: Fwd: Voter I.D disabled persons exemption explanation
From: danpatrick700@gmail.com
To: loganspence@hotmail.com

---------- Forwarded message ----------
From: **Dan Patrick** <danpatrick700@gmail.com>
Date: Tue, Feb 1, 2011 at 12:44 AM
Subject: Voter I.D disabled persons exemption explanation
To: Paul Bettencourt <PBettencourt@btanow.com>

Paul  - Confidential  **NOT FOR DISCUSSION ON AIR**--except if asked a short comment that disabled people can still vote by mail by checking off a box as they do now, and this is an area likely to be closely reviewed by the DOJ and courts.  We wouldn't want the bill to be thrown out because of this issue.  **I WOULD NOT BRING UP UNLESS ASKED.**

**DO NOT FORWARD E-MAIL   JUST DISCUSS THE HIGH POINTS --THANKS**

My office got a long call from Hammerline and Ed Johnson today about the amendment on disabled being exempted from photo I.D.  Paul, please call these guys and ask them to relax and not make this an issue.

Here's the bottom line.  If we did not give this exemption the courts would likely strike down our law.  If we place any undue burden on anyone trying to vote we may lose in court.  Our bill is similar to Indiana law that was approved by the courts.  They have this clause in their bill, plus religious exemptions.  (there is a community of Mennonites in Indiana who don't believe in photographs)

Here is the deal on the disabled in Texas.

1. If a person does not have a drivers license, CHL, passport, or military ID, they must get an official I.D from the closest DPS office.  They have to go there for a photo. Many disabled person would not have one of those 3 forms of I.D.

2. 77 counties in Texas do not have a DPS office,  Therefore, a disabled person may be able to get a ride to their local precinct, but not a ride over 75 miles if they live in one of these counties to get the photo I.D   It could even be a burden in a suburban or urban area.  e.g there is not a single DPS office inside the loop.

3. For a disabled person to get an exemption from voting in person without a photo they must send in a letter from a doctor to the voting registrar and sign, subject to perjury, that they are disabled.  No large groups are going to try to take advantage of this exemption.

4. As you know currently all a person has to do is check a box that they are disabled to get a mail in ballot.  They can still do that.

Summary



2:13-cv-193
09/02/2014
DEF0765
exhibitsticker.com

1

HIGHLY CONFIDENTIAL

Δ π EXHIBIT
Deponent
Date          Rptr.
WWW.DEPOBOOK.COM

TX_00261258

We had to add this to insure that the courts would not strike down our bill.  Secondly, its the right thing to do for someone who is severely disabled, who would have a burden to travel a long distance to get a photo at the nearest DPS. Thirdly, we are not talking about that many disabled people.  Most vote by mail, which is an entire different issue we need to address separately.

So, please call Stan, George and Ed and explain.  They don't need to be stirring up the pot saying this needs to be out of the bill.  Let's celebrate a big victory with one of the best photo voter I.D bills in the country and not be complaining about this issue.  Let's not sacrifice a very good bill for perfect-especially if perfect for some gets us thrown out by the courts.

Thanks
Dan

2

HIGHLY CONFIDENTIAL

TX_00261259