

# DAN PATRICK
### SENATOR ★ DISTRICT 7

FOR IMMEDIATE RELEASE  
May 26, 2007

Contact: Court Koenning  
Phone: (512) 463-0107 or (713) 876-4444

## SENATOR PATRICK: "HOUSE ANTICS KILLS VOTER IDENTIFICATION"

*An opportunity presented itself to amend HB 2823 with voter identification language; House insurgent's tactics advance personality disputes over the people's business*

AUSTIN – Senator Dan Patrick (R-Houston) this afternoon revealed a plan to amend HB 2823 with voter identification language from HB 218. The voter identification bill, HB 218, was killed after weeks of delay tactics by Senate Democrats. Had the Texas House's coup D'etat attempt not prevented consideration of the amended HB 2823, the Texas Senate would soon be debating the merits of voter identification.

Upon the demise of the plan, Senator Patrick offered the following statement:

"The actions in the Texas House in the last 48 hours has prevented the majority from advancing on an opportunity to move voter identification forward in the Texas Senate. Lt. Governor David Dewhurst signed off on the plan and we collected enough signatures on the conference committee report to move forward. It became obvious the House insurgents, made up of a handful of Republicans and nearly all the Democrats, were intent on stopping anything advanced by conservatives.

"We are witnessing the sacrificing of significant legislation so as to advance individual member's personality disputes. This will not end should Speaker Craddick be removed, as opponents of the next Speaker will be embolden by the actions of these insurgents. Speaker elections happen in the first days, not the final days of a legislative session. While these insurgents play politics with parliamentary procedure, points of order and personalities, the people's business suffers.

"When opponents demand proof of illegal voting, I point them to the fact the 'Texas Railroad Killer' (Angel Resendez Ramirez) voted at least twice under various assumed names. And because the games of these House insurgents, we can't prevent others who seek to manipulate our election system by voting under false pretenses."

In addition to the voter identification legislation, Senator Patrick released a list of other Senate bills killed by the actions of the House insurgents. That list is attached to this release.

###



2:13-cv-193  
09/02/2014  
**DEF0767**

State Capitol ★ Room 3S.3 ★ Austin, Texas 78711 ★ (512) 463-0107 ★ (512) 463-8810 (fax)  
District Office ★ 11451 Katy Freeway, Suite 209 ★ Houston, Texas 77079 ★ (713) 464-0282 ★ (713) 461-0108 (fax)

CONFIDENTIAL                                                                                              LEG00000033