4/15/2009

«Mailing_Name»
«Title»
«Business_Department»
«Business_Name»
«Address_Line_1»
«Address_Line_2»
«Address_Line_3»
«City_State_Zip»

Dear «Salutation»:

Thank you for your letter regarding the need for voter identification legislation. During the past legislative session, HB 218 would have required voters to present proof of identification in order to vote in an election. Despite passage in the House, this measure died in the Senate by a vote of 20-11. The vote was made directly along party lines with all Republicans voting in favor of the bill and all Democrats voting against it.

After this bill died, I championed again to change the 2/3rds rule that requires a supermajority of the senator s to vote in favor of a measure to secure its passage. This unnecessarily burdens the system and fails to represent the will of the people. Such was the case involving HB 218.

This session, Senate Bill 362, to require a voter to present proof of identification, was passed in the Senate after the 2/3rds rule was changed for this particular bill that is now waiting to be heard in the House.

If you have additional questions about other legislation being considered during this legislation session, be sure to check the following website to see where bills are in the process and for more information about the bills:
www.capitol.state.tx.us

If you have any questions, please contact my office, and my staff will be happy to assist you. It is an honor to serve you in the Texas Senate.

May God bless,

DP/ap




2:13-cv-193
09/02/2014
DEF0768

CONFIDENTIAL

LEG00000042