

**Moving Forward**

February 24, 2011 - Issue 2

There has been a whirlwind of activity since our last newsletter. Here's a quick look at what has already passed the Senate:

- Voter Photo ID - Co-Author

- Eminent Domain - Co-Author (additional property rights protection)

- Sonogram - Author (see below)

- Resolution Requiring a Federal Balanced Budget - Co-Author



I have authored several bills so far covering many critical issues for Texans. Below I have listed some of my key bills addressing criminal justice issues as well as military voting rights.

Sen. Patrick with CFISD FFA students on FFA Day at the Capitol

Click to see all the bills I have filed

First let me thank my colleagues and so many of my fellow citizens for helping with the passage of my Sonogram Bill, SB 16, in the Senate. I am encouraged that women in Texas may finally have the opportunity to be fully informed before making the life-changing decision of having an abortion.

Learn how to follow bills online

**DWI Stats**

- In 2009 Harris County had the most DWI related or alcohol related fatalities per capita for the top 10 largest populations in the U.S. Four fatalities per 100,000 residents.*

**Military Ballots**

**Military Ballot (SB 904):**

- Ensures that military and other persons temporarily

- In 2009 Harris County had 12,217 DWI cases**

2:13-cv-193
09/02/2014
**DEF0769**

