## Fwd: voter ID event

From: **Dan Patrick** (danpatrick700@gmail.com)
Sent: Thu 3/29/12 12:24 PM
To: Logan Spence (loganspence@hotmail.com)

---------- Forwarded message ----------
From: **Dan Patrick** <danpatrick700@gmail.com>
Date: Fri, Mar 4, 2011 at 1:47 AM
Subject: Re: voter ID event
To: "Jared R. Woodfill" <jwoodfill@woodfill-pressler.com>

I didn't hear back from you

On Wed, Mar 2, 2011 at 8:32 AM, Dan Patrick <danpatrick700@gmail.com> wrote:

> I will pay the $500 list me as Co-author of the bill and event host.
>
> If anyone asks. I added the amendment that allows CHL holders and amendment that allowed disabled people without any photo I'd to vote - if asked it has nothing to do with parking disabled placards that the chronicle and dime e-mails quoted - these people already have drivers license photo or ate over 70 and not effected anyway. It was for a small group of disabled who do not have any photo ID and primarily live in one of the 77 counties that do not have a DPS office whee they can easily get a free photo ID. We needed to be sure that the courts did not throw out the bill because we made it difficult fir those folks to vote as one lawsuit could throw out the bill. Harless tightened up that issue in the House as we planned - those e-mails were based on incorrect information put out by someone based primarily on the false Chronicle story. Ed Johnson helped out as well
>
> Sorry I missed you
>
>
> Sent from my iPhone
>
> On Mar 2, 2011, at 8:15 AM, "Jared R. Woodfill" <jwoodfill@woodfill-pressler.com> wrote:
>
>> $500 for the facility fee. I hope to have 100-500. I am turning on the auto dialer to about 20,000. I stopped by your office in Austin. It looks great. Donna gave me a tour. Keep up the great work!
>>
>> Jared
>>
>> Sent from my iPhone
>>
>> On Mar 2, 2011, at 1:00 AM, Dan Patrick <danpatrick700@gmail.com> wrote:
>>
>>> Jared,
>>>
>>> How much to be a sponsor of your voter ID town hall ? How many people do you expect ?
>>>
>>> Dan



2:13-cv-193
09/02/2014
**DEF0771**

## Fwd: Voter I.D Passed

From: **Dan Patrick** (danpatrick700@gmail.com)
Sent: Thu 3/29/12 12:25 PM
To: Logan Spence (loganspence@hotmail.com)

