Westlaw

V.T.C.A., Transportation Code § 521.142

Page 1

c

**Effective: September 28, 2011**

Vernon's Texas Statutes and Codes Annotated Currentness
  Transportation Code (Refs & Annos)
    Title 7. Vehicles and Traffic (Refs & Annos)
      Subtitle B. Driver's Licenses and Personal Identification Cards
        Chapter 521. Driver's Licenses and Certificates (Refs & Annos)
          Subchapter G. License Application Requirements
            →→ **§ 521.142. Application for Original License**

(a) An application for an original license must state the applicant's full name and place and date of birth. This information must be verified by presentation of proof of identity satisfactory to the department. An applicant who is not a citizen of the United States must present to the department documentation issued by the appropriate United States agency that authorizes the applicant to be in the United States before the applicant may be issued a driver's license. The department must accept as satisfactory proof of identity under this subsection an offender identification card or similar form of identification issued to an inmate by the Texas Department of Criminal Justice if the applicant also provides supplemental verifiable records or documents that aid in establishing identity.

(b) The application must include:

(1) the thumbprints of the applicant or, if thumbprints cannot be taken, the index fingerprints of the applicant;

(2) a photograph of the applicant;

(3) the signature of the applicant; and

(4) a brief description of the applicant.

(c) The application must state:

(1) the sex of the applicant;

2:13-cv-193
09/02/2014
**DEF0774**

(2) the residence address of the applicant, or if the applicant is a federal judge, a state judge,



or the spouse of a federal or state judge using the procedure developed under Section 521.121(c), the street address of the courthouse in which the applicant or the applicant's spouse serves as a federal judge or a state judge;

(3) whether the applicant has been licensed to drive a motor vehicle before;

(4) if previously licensed, when and by what state or country;

(5) whether that license has been suspended or revoked or a license application denied;

(6) the date and reason for the suspension, revocation, or denial;

(7) whether the applicant is a citizen of the United States; and

(8) the county of residence of the applicant.

(d) If the applicant is under 21 years of age, the application must state whether the applicant has completed a driver education course required by Section 521.1601.

(e) The application must include any other information the department requires to determine the applicant's identity, residency, competency, and eligibility as required by the department or state law.

(f) Information supplied to the department relating to an applicant's medical history is for the confidential use of the department and may not be disclosed to any person or used as evidence in a legal proceeding other than a proceeding under Subchapter N. [FN1] This subsection does not apply to information provided by an applicant under Subsection (h).

(g) The department may require an applicant to provide the applicant's social security number only for a purpose permitted by Section 521.044.

(h) The application must provide space for the applicant to voluntarily list any health condition that may impede communication with a peace officer as evidenced by a written statement from a licensed physician.

(i) The application must provide space for the applicant:

(1) to voluntarily list any military service that may qualify the applicant to receive a license

with a veteran's designation under Section 521.1235; and

(2) to include proof required by the department to determine the applicant's eligibility to receive that designation.

CREDIT(S)

Acts 1995, 74th Leg., ch. 165, § 1, eff. Sept. 1, 1995. Amended by Acts 1999, 76th Leg., ch. 556, § 78, eff. Sept. 1, 1999; Acts 1999, 76th Leg., ch. 640, § 3, eff. Sept. 1, 1999; Acts 2003, 78th Leg., ch. 1335, § 2, eff. Jan. 1, 2004; Acts 2005, 79th Leg., ch. 1108, § 5, eff. Sept. 1, 2005; Acts 2005, 79th Leg., ch. 1218, § 4, eff. Sept. 1, 2005; Acts 2009, 81st Leg., ch. 316, § 4, eff. Sept. 1, 2009; Acts 2009, 81st Leg., ch. 1146, §§ 13A.04, 14.01, eff. Sept. 1, 2009; Acts 2009, 81st Leg., ch. 1253, § 9, eff. Sept. 1, 2009; Acts 2009, 81st Leg., ch. 1413, § 1, eff. March 1, 2010; Acts 2011, 82nd Leg., ch. 91 (S.B. 1303), § 24.011, eff. Sept. 1, 2011; Acts 2011, 82nd Leg., ch. 273 (H.B. 1514), § 2, eff. Sept. 1, 2011; Acts 2011, 82nd Leg., 1st C.S., ch. 4 (S.B. 1), § 72.06, eff. Sept. 28, 2011.

[FN1] V.T.C.A., Transportation Code § 521.291 et seq.

Current through the end of the 2013 Third Called Session of the 83rd Legislature

(C) 2014 Thomson Reuters. No Claim to Orig. US Gov. Works.

END OF DOCUMENT

© 2014 Thomson Reuters. No Claim to Orig. US Gov. Works.