| | |
|---|---|
| From: | Rodriguez, Tony |
| To: | 'Wroe Jackson' |
| CC: | Watkins, Paul; Peters, Joe; Bell, Stephen |
| Sent: | 10/2/2013 10:53:52 AM |
| Subject: | FW: Commissioner's Facebook page |
| Attachments: | Screenshot_2013-10-02-10-32-19.png |

Wroe,
This one is squarely in your court.

v/r

Tony Rodriguez
Customer Operations Senior Manager - South and West
Driver License Division
Texas Department of Public Safety
tony.rodriguez@dps.texas.gov
512.424.5657 (O)
512.739.9709 (C)
512.424.5233 (F)

-----Original Message-----
From: Carlsson, Lori
Sent: Wednesday, October 02, 2013 10:52 AM
To: Rodriguez, Tony
Cc: Hubbard, Barbara
Subject: FW: Commissioner's Facebook page

Tony;

Per our telephone conversation, Commissioner Sergio "Chico" Rodriguez spoke with the CSR's issuing EIC at Bexar County, Justice of the Peace, Precinct #1 and stated that he did not feel his constituents had enough notice to be able to be ready for the Election certificate issuance. He spoke with Jackie Callanen in the Elections office and she told him that we were tentatively set to be back on October 25 and October 28. She told him that she would be back with him on October the 16th and confirm this information so that he could have a press conference to let his constituents know. Also I have attached a screen shot of his facebook page.

I spoke with Commissioner Rodriguez and told him that he could express his concerns with the Secretary of State.

Please let me know if you have any questions.

Lori Carlsson
Assistant Manager, Region 6A
Texas Department of Public Safety
7410 Huebner Road
San Antonio, Texas 78240
office: (210) 531-1001
cell: (210) 265-7356
fax: (210) 684-2239 or (210) 684-2232
lori.carlsson@dps.texas.gov

-----Original Message-----
From: Munoz, Victoria
Sent: Wednesday, October 02, 2013 10:39 AM
To: Carlsson, Lori
Subject: Commissioner's Facebook page

Lori:

Attached is the shot of Commissioner Rodriguez's Facebook page.

2:13-cv-193
09/02/2014
DEF0783

Peters
EXHIBIT NO. 41
Kim Seibert

TEX049079

Victoria

TEX049079