**From:** Ann McGeehan
**Sent:** Tuesday, February 01, 2011 10:00 AM
**To:** Ann McGeehan; Karen Richards
**Cc:** Lee Guyette; John Mendoza
**Subject:** RE: Query to identify voters with no TDL/ID - compare to DPS records
**Attachments:** Voters without TDL-ID.doc

Talked with John, and he confirmed that the voters with SSN records only were included in the group of voters that had no TDL/ID. Attached is a draft summary that I will send to Coby and John so that they can distribute to legislative folk. Can you please review before I send it out? Thanks.

Ann McGeehan
Director of Elections
Office of the Texas Secretary of State
amcgeehan@sos.state.tx.us
512-463-9871

---

**From:** Ann McGeehan
**Sent:** Tuesday, February 01, 2011 9:18 AM
**To:** Karen Richards
**Cc:** Lee Guyette; John Mendoza
**Subject:** RE: Query to identify voters with no TDL/ID - compare to DPS records

I am typing up a summary of this comparison to provide to legislative staff. Did the group of voters with no TDL/ID issued by DPS also include those voters who provided an SSN only?

Ann McGeehan
Director of Elections
Office of the Texas Secretary of State
amcgeehan@sos.state.tx.us
512-463-9871

---

**From:** Karen Richards
**Sent:** Thursday, January 27, 2011 2:35 PM
**To:** Ann McGeehan
**Cc:** Lee Guyette; John Mendoza
**Subject:** Query to identify voters with no TDL/ID - compare to DPS records

The following statistics represent those voters identified on the state database of registered voters who do not have a Texas driver's license or ID number issued by the Department of Public Safety (DPS). The voter set was compared against the database of driver/ID records supplied to the Secretary of State's Office by DPS in October of 2010.

The queries performed used different matching criterion to compare the voter data to the DPS data in an attempt to identify the most effective search and obtain the most optimum results. The results demonstrate what fields matched between the two data sets. It should be anticipated that a margin of matches could be false; resulting in different persons with the same data elements.

1

Peters
EXHIBIT NO. 43
Kim Seibert

TX_00107733

2:13-cv-193
09/02/2014
DEF0785

Total Voters in the State: 12,657,884

### Query 1
**Matching Criterion:** Last Name, First Name, Date of Birth and Same County

|  |  | % to State # | % to no TDL/ID |
|---|---|---|---|
| # of Voters with no TDL/ID Number: | 2,814,965 | 22% | |
| # of Voters that Matched a DPS Record: | 1,970,252 | 16% | 70% |
| # of Voters that did not match a DPS Record | 844,713 | 7% | 30% |

### Query 2
**Matching Criterion:** Last Name, First Name, Date of Birth, Same County; Exempt 70+

|  |  | % to State # | % to no TDL/ID |
|---|---|---|---|
| # of Voters with no TDL/ID Number: | 2,096,699 | 17% | |
| # of Voters that Matched a DPS Record: | 1,577,185 | 12% | 75% |
| # of Voters that did not match a DPS Record | 519,514 | 4% | 25% |

### Query 3
**Matching Criterion:** Last Name, Date of Birth and Same County

|  |  | % to State # | % to no TDL/ID |
|---|---|---|---|
| # of Voters with no TDL/ID Number: | 2,814,216 | 22% | |
| # of Voters that Matched a DPS Record: | 2,135,656 | 17% | 76% |
| # of Voters that did not match a DPS Record | 678,560 | 5% | 24% |

### Query 4
**Matching Criterion:** Last Name, Date of Birth, Same County; Exempt 70+

|  |  | % to State # | % to no TDL/ID |
|---|---|---|---|
| # of Voters with no TDL/ID Number: | 2,096,705 | 17% | |
| # of Voters that Matched a DPS Record: | 1,592,334 | 13% | 76% |
| # of Voters that did not match a DPS Record | 504371 | 4% | 24% |

### Query 5
**Matching Criterion:** Last Name, First Name and Date of Birth

|  |  | % to State # | % to no TDL/ID |
|---|---|---|---|
| # of Voters with no TDL/ID Number: | 2,814,210 | 22% | |
| # of Voters that Matched a DPS Record: | 2,083,730 | 16% | 74% |
| # of Voters that did not match a DPS Record | 730,480 | 6% | 26% |

### Query 6
**Matching Criterion:** Last Name, First Name, Date of Birth; Exempt 70+

|  |  | % to State # | % to no TDL/ID |
|---|---|---|---|
| # of Voters with no TDL/ID Number: | 2,096,789 | 17% | |
| # of Voters that Matched a DPS Record: | 1,475,889 | 12% | 70% |
| # of Voters that did not match a DPS Record | 650,900 | 5% | 30% |

TX_00107734

Question:

How many registered voters have not been issued a driver's license or personal identification card by the Texas Department of Public Safety?

Discussion:

The Office of the Secretary of State cannot answer this question precisely, but we can provide an estimated range of the number of voters who appear not to have been issued TDL/personal identification card by the DPS. Prior to 2006, providing a TDL/ID number was optional on the application to register to vote. Beginning January 2006, a TDL/ID number was required on the application to register to vote, if the applicant had been issued such a number. We can provide an estimate of the number of voters without TDL/ID cards by comparing the group of voters in the official state file without a TDL/ID card against the copy of the DPS driver/personal identification card database maintained by our office. The number of voters in the official state file of voters without a TDL/ID is 2,814,965. Our copy of the DPS database contains only those data fields relevant for voter registration: TDL number; Last Name; First Name; Middle Name; Name Suffix; Date of Birth; Date Created; Last Modified; and Transaction Type.

We performed two queries to obtain the estimated range of voters that have not been issued a TDL/ID number. First, we queried based on the matching criteria of Last Name, First Name, Date of Birth and Same County. This query resulted in a total of 844,713 voter records that did not have a match in the TDL/ID file. Currently there are 12,657,884 registered voters in the state so based on this query, roughly 6.7% of the registered voters have not been issued a TDL/ID card by DPS.

The second query matched on Last Name, Date of Birth, and Same County. The matching criteria for this query is not quite as tight as the first query, but it will catch matches when the first name field is slightly different between the DPS file and the SOS file. For example, under the first query, a voter named Bob Smith in the SOS data base would not match against a Robert Smith in the DPS database even thought date of birth and county fields may match. The second query generated a total of 678,560 voters that did not have a match in the DPS file. Based on the current number of registered voters in the state, the second query shows that roughly 5.3% of voters have not been issued a TDL or ID card.

Conclusion:

Based on the information available to the Office of the Secretary of State, we can estimate that between 844,713 to 678,560 of the 12,657,884 registered voters may not have been issued a TDL/ID by the DPS.