Westlaw.

37 TAC § 15.46 Page 1

Tex. Admin. Code tit. 37, § 15.46

c

Texas Administrative Code Currentness
  Title 37. Public Safety and Corrections
    Part 1. Texas Department of Public Safety
      Chapter 15. Driver License Rules
        Subchapter B. Application Requirements--Original, Renewal, Duplicate, Identification Certificates
          →→ § 15.46. Citizenship Status and County of Residence

An applicant for an original, renewal, or duplicate of a Texas driver license or personal identification certificate must provide information relating to their United States citizenship and provide their county of residence at the time of application.

**Source:** The provisions of this § 15.46 adopted to be effective June 29, 2000, 25 TexReg 6154.

37 TAC § 15.46, 37 TX ADC § 15.46

Current through 39 Tex.Reg. No. 2390, dated March 28, 2014, as effective on or before March 31, 2014

Copr. (C) 2014. All rights reserved.

END OF DOCUMENT



Peters
EXHIBIT NO. 45
Kim Seibert

2:13-cv-193
09/02/2014
**DEF0787**

© 2014 Thomson Reuters. No Claim to Orig. US Gov. Works.