

| | A | B | C | D |
|---|---|---|---|---|
| 1 | COST TO IMPLEMENT SB 14 | | | |
| 2 | qty/hours | unit cost | total | |
| 3 | 1560 | $ 130.00 | $ 202,800.00 | DLS Application modification (requirements, design, development, QA, UAT) |
| 4 | 400 | $ 130.00 | $ 52,000.00 | PMO project Manager |
| 5 | 3 | $ 25,132.00 | $ 75,396.00 | Customer Service Representative's IT Contact Center |
| 6 | 1 | $ 117,000.00 | $ 117,000.00 | L1 Application modification (Image Capture, Image Verification, production file modification and new card design) |
| 7 | 1 | $ 3,481.70 | $ 3,481.70 | Training development and materials |
| 8 | 57834 | $ 0.60 | $ 34,700.40 | card cost |
| 9 | 57834 | $ 0.46 | $ 26,603.64 | card processing (processing, supplies and postage) |
| 10 | | | $ 511,981.74 | TOTAL COST |
| 11 | | | | |
| 12 | POTENTIAL REVENUE LOSS | | | |
| 13 | 46846 | $ 15.00 | $ 702,690.00 | Based on 13% of current ID card applicants registering to vote (81% 18-64 yoa) |
| 14 | 10988 | $ 5.00 | $ 54,940.00 | Based on 13% of current ID card applicants registering to vote (19% 65 + yoa) |
| 15 | | | $ 757,630.00 | POTENTIAL LOSS |
| 16 | | | | |
| 17 | | | | |
| 18 | Implementation costs include modifications to the Driver License System, Image Capture System, Image Verification System and | | | |
| 19 | | | | |
| 20 | It is unlikely that someone will forfeit a Texas driver license for a Voter ID; however there is the potential that a customer could | | | |

2:13-cv-193
09/02/2014
DEF0788

TX_00220420
TEX00220420

TX_00220421

TEX00220421

1. SB 14 – Fiscal Note Requirements – High level requirements
2. DLS Updates Changes:
3. - Create new card type – voter id
4. - Create issuance transaction for voter id
5.   o Need new numbering schematic that will be system generated, details will be determined after meeting with SOS – assume 15-20 digit alpha/numeric field
7.   o Last Name, First Name, Middle and Suffix (use DLS field requirements)
8.   o Date of birth (use DLS field requirements)
9.   o Residence Address (use DLS field requirements)
10.  o Mailing Address (use DLS field requirements)
11.  o Voter registration fields (existing in DLS)
12.  o Citizenship (yes or no – if no stop issuance transaction)
13.  o Must meet identity requirements (existing in DLS)
14.  o No fee processing
15.  o Real time query to Crime Records to determine if applicant is eligible based on criminal history. (NEED INPUT FROM LAW ENFORCEMENT SUPPORT)
17.  o If return from criminal history is not eligible, stop issuance transaction.
18. - Modify ICS program – capture portrait and signature only – L1
19. - Portrait image will be enrolled in IVS following same criteria as dl/id
20. - Create new card production file (DLS to L1) (NEED INPUT FROM L1)
21.  o Contain voter id cards only
22.  o Provide mag stripe and 2D barcode data
23. - Create new card – L1
24.  o Potentially use white teslin
25.  o Portrait layout
26.  o Header text and color different from all dl/id card types
27.  o Data displayed
28.    ▪ Last, first, middle name and suffix
29.    ▪ Residence address
30.    ▪ Date of birth
31.    ▪ Voter id number
32.    ▪ Portrait
33.    ▪ Signature
34. - Create new post production file (from L1 to DLS) (NEED INPUT FROM L1)
35.  o Populate post production information into card production table
36. - Modify create voter registration extract file to include new applications from voter id transaction
37. - Create new interface that will allow Secretary of State to provide cancellation information (NEED INPUT FROM SOS)
38. - Create new interface that will allow realtime validation of existing voter registrations (NEED INPUT FROM SOS)
39. - Modify create file for validating address (FIS mail file) to include voter id information.

| | A |
|---|---|
| 1 | **Voter ID Cost Estimates** |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | 13% of ID holders who expressed interest in registering to vote |
| 8 | % of ID holders over 65 yoa |
| 9 | |
| 10 | |
| 11 | |
| 12 | **Maximum revenue loss to Mobility Fund if all eligible ID holders elected to get a free ID*** |
| 13 | 444,879 x 81% = 360,352 x $15 = |
| 14 | (over 65 yoa) 19% = 10,989 x $5 = |
| 15 | **Total** |
| 16 | |
| 17 | **Minimum loss to Mobility Fund if only the current 13% of ID holders who registered to vote** |
| 18 | **at time of application elected to get a free ID** |
| 19 | |
| 20 | 57,834 x 81% = 46,846 x $15 = |
| 21 | (over 65 yoa) 57,834 x 19% = 10,989 x $5 = |
| 22 | **Total** |
| 23 | |
| 24 | **Impact to DPS' budget** |
| 25 | $1.67 = DPS' cost to produce and mail ID card |
| 26 | MAX — 444,879 x $1.67 = |
| 27 | MIN — 57,843 x $1.67 = |
| 28 | |
| 29 | * This maximum is mitigated if free IDs are issued to customers who don't already have identification suitable to meet the 63.0101 (Election Code) requirements |

TX_002220422

TEX00220422

TX_00220423
TEX00220423

| | B | C | D | E |
|---|---|---|---|---|
| 1 | | | | |
| 2 | | | | |
| 3 | # of ID's issued in 2010 | | 473,275 | |
| 4 | % of ID holders under 18 yoa/Temp Vis | | - 6% or 28,396 | |
| 5 | # of ID's issued less ID holders under 18 yoa/Temp Vis | | 444,879 | |
| 6 | | | | |
| 7 | | | 57,834 | |
| 8 | | | 19% or 89,922 | |
| 9 | | | | |
| 10 | | | | |
| 11 | | | | |
| 12 | | | | |
| 13 | | $5,405,280 | | |
| 14 | | $54,945 | | |
| 15 | | **$5,460,225** | | |
| 16 | | | | |
| 17 | | | | |
| 18 | | | | |
| 19 | | $702,683 | | |
| 20 | | $54,945 | | |
| 21 | | | | |
| 22 | | **$757,628** | | |
| 23 | | | | |
| 24 | | | | |
| 25 | | | | |
| 26 | | $742,948 | | |
| 27 | | $96,583 | | |
| 28 | | | | |
| 29 | | | | |