EXHIBIT NO. 47 Peters — Kim Seibert

2:13-cv-193 09/02/2014 **DEF0789**

| City | County | # of Employees | *Scheduled Office | Region | Hours | **2012 Estimated County Population | Available Public Transportation | Queuing |
|---|---|---|---|---|---|---|---|---|
| New Boston | Bowie | 1 | | 1A | 8:30-5:00 M,T,W,Th,F | 93,148 | | |
| Texarkana | Bowie | 3 | | 1A | 8:00-5:00 M,T,W,Th,F | 93,148 | | |
| Atlanta | Cass | 1 | | 1A | 8:30-5:00 M,T,W,Th,F | 30,166 | | |
| Jacksonville | Cherokee | 2 | | 1A | 8:00-5:00 M,T,W,Th,F | 51,206 | | |
| Dallas-Garland (Mega) | Dallas | 57 | | 1A | 8:00-5:00 M,W,TH,F  8:00-7:00 T | 2,453,843 | X | X |
| Carrollton | Dallas | 9 | | 1A | 8:00-5:00 M,W,TH,F  8:00-7:00 T | 2,453,843 | X | X |
| Cedar Hill | Dallas | 9 | | 1A | 8:00-5:00 M,T,W,Th,F | 2,453,843 | | X |
| Dallas East | Dallas | 19 | | 1A | 8:00-5:00 M,T,Th,F  8:00-7:00 W | 2,453,843 | X | X |
| Dallas Southwest | Dallas | 11 | | 1A | 8:00-5:00 M,T,Th,F  8:00-7:00 W | 2,453,843 | X | X |
| Garland | Dallas | 22 | | 1A | 8:00-5:00 M,T,W,F  8:00-7:00 Th | 2,453,843 | X | X |
| Grand Prairie | Dallas | 7 | | 1A | 8:00-5:00 M,T,W,F  8:00-7:00 Th | 2,453,843 | | X |
| Irving | Dallas | 11 | | 1A | 8:00-5:00 M,T,W,F  8:00-7:00 Th | 2,453,843 | X | X |
| Longview | Gregg | 6 | | 1A | 8:00-5:00 M,T,W,F  8:00-6:00 Th | 122,658 | X | X |
| Marshall | Harrison | 3 | | 1A | 8:00-5:00 M,T,W,Th,F | 67,450 | | |
| Sulphur Springs | Hopkins | 2 | | 1A | 8:00-5:00 M,T,W,Th,F | 35,469 | | |
| Greenville | Hunt | 4 | | 1A | 8:00-5:00 M,T,W,Th,F | 87,079 | | |
| Terrell | Kaufman | 4 | | 1A | 8:00-5:00 M,T,W,Th,F | 106,753 | | |
| Daingerfield | Morris | 1 | | 1A | 8:30-5:00 M,T,W,Th,F | 12,787 | | |
| Carthage | Panola | 1 | | 1A | 8:00-4:30 M, W, F | 24,020 | | |
| Emory | Rains | 0 | X | 1A | Every Wed 9:00-4:00, 1st & 3rd Thurs 9:00-4:00 | 10,943 | | |
| Clarksville | Red River | 1 | | 1A | 8:00-4:30 M,T,W,Th,F | 12,694 | | |
| Rockwall | Rockwall | 4 | | 1A | 8:00-5:00 M,T,W,Th,F | 83,021 | | |
| Henderson | Rusk | 2 | | 1A | 8:00-5:00 M,T,W,Th,F | 54,026 | | |
| Tyler | Smith | 9 | | 1A | 8:00-5:00 M,T,W,F  8:00-6:00 Th | 214,821 | | X |
| Mount Pleasant | Titus | 2 | | 1A | 8:00-5:00 M,T,W,Th,F | 32,663 | | |
| Gilmer | Upshur | 2 | | 1A | 8:00-5:00 M,T,W,Th,F | 39,995 | | |
| Canton | Van Zandt | 2 | | 1A | 8:00-5:00 M,T,W,Th,F | 52,427 | | |

| City | County | # of Employees | *Scheduled Office | Region | Hours | **2012 Estimated County Population | Available Public Transportation | Queuing |
|---|---|---|---|---|---|---|---|---|
| Quitman | Wood | 2 | | 1A | 8:00-5:00 M,T,W,Th,F | 42,022 | | |
| Palestine | Anderson | 2 | | 1B | 8:00-5:00 M,T,W,Th,F | 58,190 | X | |
| McKinney | Collin | 11 | | 1B | 8:00-5:00 M,T,W,Th,F | 834,642 | X | X |
| Plano | Collin | 17 | | 1B | 7:30-5:00 T,W,Th,F | 834,642 | X | X |
| Gainesville | Cook | 2 | | 1B | 8:00-5:00 M,T,W,Th,F | 38,688 | | |
| Denton | Denton | 8 | | 1B | 8:00-5:00 M,T,W,Th,F | 707,304 | | X |
| Lewisville | Denton | 8 | | 1B | 8:00-5:00 M,T,W,Th,F | 707,304 | X | X |
| Waxahachie | Ellis | 7 | | 1B | 8:00-5:00 M,T,W,Th,F | 153,969 | X | X |
| Stephenville | Erath | 2 | | 1B | 8:00-5:00 M,T,W,Th,F | 39,321 | | |
| Bonham | Fannin | 1 | | 1B | 8:30-5:00 M,T,W,Th,F | 33,831 | X | |
| Sherman | Grayson | 5 | | 1B | 8:00-5:00 M,T,W,Th,F | 121,935 | | |
| Athens | Henderson | 3 | | 1B | 8:00-5:00 M,T,W,Th,F | 79,094 | X | |
| Granbury | Hood | 2 | | 1B | 8:00-5:00 M,T,W,Th,F | 52,044 | | |
| Cleburne | Johnson | 5 | | 1B | 8:00-5:00 T,W,Th,F | 153,441 | | |
| Paris | Lamar | 2 | | 1B | 8:00-5:00 M,T,W,Th,F | 49,811 | | |
| Corsicana | Navarro | 2 | | 1B | 8:00-5:00 M,T,W,Th,F | 47,979 | X | |
| Mineral Wells | Palo Pinto | 2 | | 1B | 8:00-5:00 M,T,W,Th,F | 27,856 | | |
| Weatherford | Parker | 5 | | 1B | 8:00-5:00 M,T,W,Th,F | 119,712 | | |
| Fort Worth (Mega) | Tarrant | 14 | | 1B | 7:30-6:00 M,T,W,Th 7:30-5:00 F | 1,880,153 | X | X |
| Arlington | Tarrant | 16 | | 1B | 7:30-5:00 T,W,Th,F | 1,880,153 | X | X |
| Fort Worth South | Tarrant | 12 | | 1B | 7:30-5:00 T,W,Th,F | 1,880,153 | | |
| Hurst | Tarrant | 16 | | 1B | 7:30-5:00 T,W,Th,F | 1,880,153 | X | X |
| Lake Worth | Tarrant | 12 | | 1B | 7:30-5:00 T,W,Th,F | 1,880,153 | | X |
| Decatur | Wise | 4 | | 1B | 8:00-5:00 M,T,W,Th,F | 60,432 | | |
| Bryan | Brazos | 10 | | 2A | 8:00-5:00 M,T,W,F | 200,665 | X | X |
| Caldwell | Burleson | 0 | X | 2A | Every Tues, 8:30-4:30 | 17,251 | | |
| Columbus | Colorado | 2 | | 2A | 8:00-5:00 M,T,W,Th,F | 20,696 | | |
| Houston-Rosenberg (Mega) | Fort Bend | 73 | | 2A | 7:30-6:00 M,T,W,Th 7:30-5:00 F | 627,293 | | X |
| Houston-Gessner (Mega) | Harris | 71 | | 2A | 7:30-6:00 M,T,W,Th 7:30-5:00 F | 4,253,700 | X | X |
| Houston Dacoma | Harris | 17 | | 2A | 8:00-5:00 M,W,TH,F 8:00-7:00 T | 4,253,700 | X | X |
| Houston Grant Road | Harris | 15 | | 2A | 8:00-5:00 M,T,Th,F 8:00-7:00 W | 4,253,700 | X | X |

TEX0479585.xlsx

2

| City | County | # of Employees | *Scheduled Office | Region | Hours | **2012 Estimated County Population | Available Public Transportation | Queuing |
|---|---|---|---|---|---|---|---|---|
| Houston Townhurst | Harris | 17 | | 2A | 8:00-5:00 M,T,W,F | 4,253,700 | X | X |
| Houston Vantage Parkway East | Harris | 13 | | 2A | 8:00-5:00 M,W,TH,F<br>8:00-7:00 T | 4,253,700 | X | X |
| Centerville | Leon | 0 | X | 2A | Every Wed and Thurs, 8:30-4:30 | 16,916 | | |
| Bay City | Matagorda | 2 | | 2A | 8:00-5:00 M,T,W,Th,F | 36,547 | | |
| Hempstead | Waller | 3 | | 2A | 8:00-5:00 M,T,W,Th,F | 44,357 | | |
| Brenham | Washington | 2 | | 2A | 8:00-5:00 M,T,W,Th,F | 34,093 | | |
| Pierce | Wharton | 2 | | 2A | 8:00-5:00 M,T,W,Th,F | 41,285 | | |
| Houston-Spring (Mega) | Harris | 46 | | 2B | 7:30-6:00 M,T,W,Th<br>7:30-5:00 F | 4,253,700 | | X |
| Baytown | Harris | 8 | | 2B | 8:00-5:00 M,T,W,Th,F | 4,253,700 | | X |
| Houston Winkler | Harris | 15 | | 2B | 8:00-5:00 M,T,W,Th,F | 4,253,700 | X | X |
| Houston East | Harris | 8 | | 2B | 8:00-5:00 M,W,Th, F<br>8:00-6:00 T | 4,253,700 | | X |
| Humble | Harris | 10 | | 2B | 8:00-5:00 M,T,Th,F<br>8:00-7:00 W | 4,253,700 | | X |
| Pasadena | Harris | 10 | | 2B | 8:00-5:00 M,T,W,Th,F | 4,253,700 | | X |
| Clear Lake | Harris | 10 | | 2B | 8:00-5:00 M,W,Th, F<br>8:00-6:00 T | 4,253,700 | | X |
| Lufkin | Angelina | 4 | | 2B | 8:00-5:00 M,T,W,Th,F | 87,597 | X | |
| Alvin | Brazoria | 5 | | 2B | 8:00-5:00 M,T,W,Th,F | 324,769 | | |
| Angleton | Brazoria | 4 | | 2B | 8:00-5:00 M,T,W,Th,F | 324,769 | | |
| Wallisville | Chambers | 2 | | 2B | 8:00-4:30 M,T,W,Th,F | 36,196 | | |
| Galveston | Galveston | 3 | | 2B | 8:00-5:00 M,T,W,Th,F | 300,484 | X | |
| Texas City | Galveston | 6 | | 2B | 8:00-5:00 M,T,W,Th,F | 300,484 | X | X |
| Kountze | Hardin | 0 | X | 2B | Every Tues, 9:00-4:00 | 55,246 | | |
| Crockett | Houston | 1 | | 2B | 8:30-5:00 M,T,W,Th,F | 23,161 | | |
| Jasper | Jasper | 3 | | 2B | 8:00-5:00 M,T,W,Th,F | 35,923 | | |
| Beaumont | Jefferson | 7 | | 2B | 8:00-5:00 M,T,W,F<br>8:00-6:00 Th | 251,813 | | X |
| Port Arthur | Jefferson | 3 | | 2B | 8:00-5:00 M,T,W,Th,F | 251,813 | X | |
| Cleveland | Liberty | 3 | | 2B | 8:00-5:00 M,T,W,Th,F | 76,571 | | |
| Liberty | Liberty | 2 | | 2B | 8:00-5:00 M,T,W,Th,F | 76,571 | | |
| Conroe | Montgomery | 13 | | 2B | 8:00-5:00 M,T,W,Th,F | 485,047 | | X |
| Nacogdoches | Nacogdoches | 3 | | 2B | 8:00-5:00 M,T,W,Th,F | 66,034 | X | |
| Orange | Orange | 3 | | 2B | 8:00-5:00 M,T,W,Th,F | 82,977 | X | |

TEX0479585.xlsx

| City | County | # of Employees | *Scheduled Office | Region | Hours | **2012 Estimated County Population | Available Public Transportation | Queuing |
|---|---|---|---|---|---|---|---|---|
| Livingston | Polk | 2 | | 2B | 8:00-5:00 M,T,W,Th,F | 45,656 | | |
| Center | Shelby | 1 | | 2B | 8:00-4:30 M,T,W,Th,F | 26,019 | | |
| Woodville | Tyler | 0 | X | 2B | Every Wed and Thurs, 9:00-4:00 | 21,666 | | |
| Huntsville | Walker | 3 | | 2B | 8:00-5:00 M,T,W,Th,F | 68,408 | | |
| Beeville | Bee | 2 | | 3 | 8:00-5:00 M,Th,F 8:30-5:30 T,W | 32,527 | | |
| Falfurrias | Brooks | 0 | X | 3 | Every Tues, 9:00-3:30 | 7,222 | | |
| Brownsville | Cameron | 9 | | 3 | 8:00-5:00 M,T,W,Th,F | 415,557 | X | X |
| Harlingen | Cameron | 6 | | 3 | 8:00-5:00 M,T,Th,F 8:00-7:00 W | 415,557 | X | |
| Edinburg | Hidalgo | 7 | | 3 | 8:00-5:00 M,T,W,Th,F | 806,552 | | |
| McAllen-TEMP CLOSED (remodel) | Hidalgo | | | 3 | | 806,552 | X | |
| Mission | Hidalgo | 2 | | 3 | 8:00-5:00 M,T,W,Th,F | 806,552 | | |
| Weslaco | Hidalgo | 5 | | 3 | 8:00-5:00 M,T,W,Th,F | 806,552 | | X |
| Alice | Jim Wells | 3 | | 3 | 8:00-5:00 M,T,W,Th,F | 41,754 | | |
| Kingsville | Kleberg | 2 | | 3 | 8:00-5:00 M,W,Th,F 8:30-5:00 T | 32,025 | | |
| George West | Live Oak | 0 | X | 3 | Every Tues and Wed, 9:00-4:00 | 11,664 | | |
| Eagle Pass | Maverick | 3 | | 3 | 8:00-5:00 M,T,W,Th,F | 55,365 | | |
| Corpus Christi | Nueces | 15 | | 3 | 8:00-5:00 M,T,Th,F 8:00-7:00 W | 347,691 | X | X |
| Aransas Pass city in 3 counties, office actually in San Patricio, but most of the city is in Aransas | San Patricio | 2 | | 3 | 8:00-5:00 M,T,W,Th,F | 23,818 | | |
| Sinton | San Patricio | 1 | | 3 | 8:30-5:00 M,T,W,Th,F | 65,600 | | |
| Rio Grande City | Starr | 2 | | 3 | 8:00-5:00 M,T,W,Th,F | 61,615 | | |
| Uvalde | Uvalde | 2 | | 3 | 8:00-5:00 M,W,Th,F 8:30-5:00 T | 26,752 | | |
| Del Rio | Val Verde | 3 | | 3 | 8:00-5:00 M,T,W,Th,F | 48,705 | | |
| Laredo | Webb | 10 | | 3 | 8:00-5:00 M,T,W,Th,F | 259,172 | X | X |
| Zapata | Zapata | 1 | | 3 | 8:30-5:00 M,T,W,Th,F | 14,290 | | |
| Crystal City | Zavala | 1 | | 3 | 8:00-4:30 M,T,W,Th,F | 11,961 | | |
| Andrews | Andrews | 1 | | 4 | 8:30-5:00 M,T,W,Th,F | 16,117 | | |
| Alpine | Brewster | 1 | | 4 | 8:30-5:00 M,T,W,Th,F closed 2nd T | 9,316 | X | |

| City | County | # of Employees | *Scheduled Office | Region | Hours | **2012 Estimated County Population | Available Public Transportation | Queuing |
|---|---|---|---|---|---|---|---|---|
| Crane | Crane | 0 | X | 4 | Every Mon, Tues, and Fri, 8:30-5:00 | 4,562 | | |
| Van Horn | Culberson | 0 | X | 4 | Every Thurs, 9:00-5:00 | 2,290 | | |
| Lamesa | Dawson | 1 | | 4 | 8:30-5:00 M,T,W,Th,F | 13,640 | X | |
| Odessa | Ector | 7 | | 4 | 8:00-5:00 M,T,Th,F  8:00-6:00 W | 144,325 | | X |
| El Paso-Gateway | El Paso | 13 | | 4 | 7:00-6:00 | 827,398 | X | X |
| El Paso-Hondo Pass | El Paso | 7 | | 4 | 8:00-5:00 M,T,W,F  7:00-6:00 Th | 827,398 | X | X |
| El Paso-Northwest | El Paso | 8 | | 4 | 8:00-5:00 M,T,W,F  7:00-6:00 Th | 827,398 | X | X |
| El Paso-Scott Simpson | El Paso | 13 | | 4 | 7:30-5:00 M,T,W,F  7:00-6:00 Th | 827,398 | X | X |
| Fort Bliss | El Paso | 3 | | 4 | 7:30-5:00 M,T,W,Th,F | 827,398 | X | |
| Seminole | Gaines | 1 | | 4 | 8:30-5:00 M,T,W,Th,F | 18,413 | X | |
| Big Spring | Howard | 2 | | 4 | 9:15-3:45 M, T, W, Th, F | 35,408 | | |
| Stanton | Martin | 0 | X | 4 | Every Tues, 9:00-4:00 | 5,017 | | |
| Brady | McCulloch | 1 | | 4 | 8:30-5:00 M,T,W,Th,F | 8,313 | | |
| Midland | Midland | 7 | | 4 | 8:00-5:00 M,T,Th,F  8:00-6:00 W | 146,645 | | X |
| Fort Stockton | Pecos | 1 | | 4 | 8:30-5:00 M,T,W,Th,F | 15,619 | X | |
| Presidio | Presidio | 1 | | 4 | 8:30-5:00 M,T,W,Th,F | 7,525 | X | |
| Big Lake | Reagan | 0 | X | 4 | Every Wed and Thurs, 9:15-3:45 | 3,475 | | |
| Pecos | Reeves | 0 | X | 4 | Every Mon, Tues, Wed, and Fri 8:30-5:00 | 13,798 | X | |
| Sonora | Sutton | 0 | X | 4 | Every Thurs, 9:30-3:15 | 3,950 | | |
| San Angelo | Tom Green | 6 | | 4 | 8:00-5:00 M,T,Th,F  8:00-6:00 W | 113,281 | X | X |
| Monahans | Ward | 0 | X | 4 | Every Mon, Tues, Thurs, and Fri 8:30-5:00 | 10,879 | X | |
| Kermit | Winkler | 0 | X | 4 | Every Wed 8:30-4:15 and Thurs 9:00-3:45 | 7,330 | X | |
| Muleshoe | Bailey | 1 | | 5 | 8:30-5:00 M,T,W,Th,F | 7,130 | X | |
| Seymour | Baylor | 0 | X | 5 | Every Tues 9:15-3:45 | 3,623 | X | |
| Brownwood | Brown | 2 | | 5 | 8:00-5:00 M,T,W,Th,F | 37,825 | X | |
| Baird | Callahan | 0 | X | 5 | 1st, 3rd, 5th Wed 9:00-4:00 | 13,517 | X | |
| Panhandle | Carson | 0 | X | 5 | 1st, 3rd, 5th Tues 9:00-4:00 | 6,157 | X | |
| Dimmitt | Castro | 0 | X | 5 | Every Mon, Thurs, and Fri 8:30-5:00 | 8,164 | X | |
| Childress | Childress | 2 | | 5 | 8:00-5:00 M,T,W,Th,F | 7,029 | X | |
| Coleman | Coleman | 0 | X | 5 | Every Mon, Thurs, and Fri 8:30-5:00 | 8,675 | X | |

| City | County | # of Employees | *Scheduled Office | Region | Hours | **2012 Estimated County Population | Available Public Transportation | Queuing |
|---|---|---|---|---|---|---|---|---|
| Comanche | Comanche | 1 | | 5 | 8:30-5:00 T,W,Th,F | 13,765 | X | |
| Crosbyton | Crosby | 1 | | 5 | 8:30-5:00 M,T,W,Th,F closed 1st Th | 6,126 | X | |
| Dalhart | Dallam | 0 | X | 5 | Every Tues 9:00-4:00 | 6,996 | X | |
| Hereford | Deaf Smith | 2 | | 5 | 8:30-5:00 M,T,W,Th,F | 19,360 | X | |
| Clarendon | Donley | 0 | X | 5 | Every Thurs 9:00-3:45 | 3,598 | | |
| Eastland | Eastland | 2 | | 5 | 8:00-5:00 M,F 8:30-5:00 T,W,Th | 18,421 | X | |
| Roby | Fisher | 0 | X | 5 | 1st, 3rd, 5th Wed 9:00-4:00 | 3,844 | | |
| Floydada | Floyd | 1 | | 5 | 8:30-5:00 M,T,W,Th,F closed 2nd & 4th Th | 6,367 | X | |
| Pampa | Gray | 2 | | 5 | 8:00-5:00 M,T,W,Th,F | 22,978 | X | |
| Plainview | Hale | 3 | | 5 | 8:00-5:00 M,T,W,Th,F | 36,385 | X | |
| Quanah | Hardeman | 0 | X | 5 | 2nd, 3rd, 4th, 5th Tues 9:00-4:00 | 4,082 | | |
| Haskell | Haskell | 0 | X | 5 | Every Mon, Thurs 8:30-5:00 and Fri 8:00-4:30 | 5,901 | X | |
| Canadian | Hemphill | 0 | X | 5 | 2nd and 5th Tues and every Wed 9:00-4:00 | 4,080 | X | |
| Levelland | Hockley | 2 | | 5 | 8:30-5:00 M,T,W,Th,F | 23,072 | X | |
| Borger | Hutchinson | 2 | | 5 | 8:00-5:00 M,T,W,Th,F | 21,922 | X | |
| Anson | Jones | 0 | X | 5 | 8:30-5:00 M,T,F 2nd & 4th W | 19,972 | X | |
| Munday | Knox | 0 | X | 5 | Every Wed 8:30-4:15 | 3,789 | X | |
| Littlefield | Lamb | 1 | | 5 | 8:30-5:00 M,T,W,Th,F | 14,008 | X | |
| Lubbock | Lubbock | 13 | | 5 | 8:00-5:00 M,T,W,F 8:00-7:00 Th | 285,760 | X | X |
| Colorado City | Mitchell | 0 | X | 5 | Every Mon 8:30-5:00 and Fri 8:30-1:00 | 9,336 | | |
| Bowie | Montague | 2 | | 5 | 8:00-5:00 M,T,W,Th,F | 19,565 | | |
| Dumas | Moore | 0 | X | 5 | Every Mon, Wed, Thurs, and Fri 8:00-5:00 | 22,313 | X | |
| Sweetwater | Nolan | 1 | | 5 | 8:30-5:00 M,T,W,Th,F | 14,924 | X | |
| Perryton | Ochiltree | 2 | | 5 | 8:00-5:00 M,T,W,Th,F | 10,728 | X | |
| Friona | Parmer | 0 | X | 5 | Every Tues and Wed 9:00-4:30 | 10,183 | | |
| Amarillo | Randall | 11 | | 5 | 8:00-5:00 M,T,W,F 8:00-7:00 Th | 125,082 | X | X |
| Ballinger | Runnels | 0 | X | 5 | Every Tues and Wed 8:45-4:15 | 10,449 | X | |
| Snyder | Scurry | 0 | X | 5 | Every Tues, Wed, and Thurs 8:30-5:00 | 17,126 | | |
| Breckenridge | Stephens | 0 | X | 5 | Every Tues 1:30-5:00, Wed and Thurs 8:30-5:00 | 9,464 | X | |
| Tulia | Swisher | 0 | X | 5 | Every Tues and Wed 8:30-4:30 | 7,891 | X | |

| City | County | # of Employees | *Scheduled Office | Region | Hours | **2012 Estimated County Population | Available Public Transportation | Queuing |
|---|---|---|---|---|---|---|---|---|
| Abilene | Taylor | 8 | | 5 | 8:00-5:00 M,T,Th,F<br>8:00-6:00 W | 133,473 | X | X |
| Brownfield | Terry | 1 | | 5 | 8:30-5:00 M,T,W,Th,F | 12,613 | X | |
| Wichita Falls | Wichita | 8 | | 5 | 8:00-5:00 M,T,W,F<br>8:00-7:00 Th | 131,559 | X | X |
| Vernon | Wilbarger | 2 | | 5 | 8:00-5:00 M,W,F<br>8:30-5:00 T | 13,258 | X | |
| Denver City | Yoakum | 1 | | 5 | 8:30-5:00 M,T,W,Th,F | 8,075 | X | |
| Graham | Young | 2 | | 5 | 8:30-5:00 M,T,W,Th,F | 18,339 | X | |
| Jourdanton | Atascosa | 2 | | 6A | 8:00-5:00 M,T,W,Th,F | 46,446 | | |
| Bastrop | Bastrop | 4 | | 6A | 8:00-5:00 M,T,W,Th,F | 74,763 | | |
| San Antonio-Leon Valley (Mega) | Bexar | 47 | | 6A | 7:30-6:00 M,T,W,Th<br>7:30-5:00 F | 1,785,704 | X | X |
| San Antonio-Babcock | Bexar | 19 | | 6A | 8:00-5:00 M,T,Th,F<br>8:00-7:00 W | 1,785,704 | X | X |
| San Antonio-General McMullen | Bexar | 12 | | 6A | 8:00-5:00 M,W,Th,F<br>8:00-6:00 T | 1,785,704 | X | X |
| San Antonio-South East | Bexar | 12 | | 6A | 8:00-5:00 M,W,Th,F<br>8:00-6:00 T | 1,785,704 | X | X |
| San Antonio-Pat Booker | Bexar | 12 | | 6A | 8:00-5:00 M,T,Th,F<br>8:00-7:00 W | 1,785,704 | | X |
| Port Lavaca | Calhoun | 19 | | 6A | 8:30-5:00 M,T,W,Th,F | 21,609 | | |
| New Braunfels | Comal | 1 | | 6A | 8:00-5:00 M,T,W,Th,F | 114,384 | | |
| Cuero | DeWitt | 5 | | 6A | 8:30-5:00 M,T,W,Th,F | 20,465 | | |
| Fredericksburg | Gillespie | 1 | | 6A | 8:30-5:00 M,T,W,Th,F | 25,153 | | |
| Gonzales | Gonzales | 1 | | 6A | 8:30-5:00 M,T,W,Th,F | 20,045 | | |
| Seguin | Guadalupe | 2 | | 6A | 8:00-5:00 M,T,W,Th,F | 139,841 | | |
| San Marcos | Hays | 3 | | 6A | 8:00-5:00 M,T,W,Th,F | 168,990 | X | |
| Boerne | Kendall | 5 | | 6A | 8:00-5:00 M,T,W,Th,F | 35,956 | | |
| Kerrville | Kerr | 3 | | 6A | 8:30-5:00 M,T,W,Th,F | 49,786 | | |
| Hallettsville | Lavaca | 0 | X | 6A | Every Tues and Wed 9:00-4:00 | 19,468 | | |
| Giddings | Lee | 0 | X | 6A | Every Tues and Wed 8:30-4:15 | 16,601 | | |
| Victoria | Victoria | 5 | | 6A | 8:00-5:00 M,T,W,Th,F | 89,269 | X | |
| Floresville | Wilson | 2 | | 6A | 8:30-5:00 M,T,W,Th,F | 44,370 | | |
| Hondo | Medina | 2 | | 6A | 8:00-5:00 M,T,Th,F | 46,765 | | |
| Fort Hood | Bell | 2 | | 6B | 8:30-5:00 M,T,W | 323,037 | | |

| City | County | # of Employees | *Scheduled Office | Region | Hours | **2012 Estimated County Population | Available Public Transportation | Queuing |
|---|---|---|---|---|---|---|---|---|
| Killeen | Bell | 1 | | 6B | 8:00-5:00 M,T,Th,F<br>8:00-6:00 W | 323,037 | | |
| Temple | Bell | 7 | | 6B | 8:00-5:00 T,W,Th,F<br>8:00-6:00 M | 323,037 | | |
| Meridian | Bosque | 0 | X | 6B | Every Wed and Thurs 9:00-4:00 | 18,125 | | |
| Burnet | Burnet | 0 | X | 6B | Every Mon, Tues, and Fri, 8:30-5:00 | 43,448 | | |
| Marble Falls | Burnet | 1 | | 6B | 8:30-5:00 M,T,W,Th,F | 43,448 | | |
| Copperas Cove | Coryell | 2 | | 6B | 8:00-5:00 M,T,W,Th,F | 77,231 | | |
| Gatesville | Coryell | 2 | | 6B | 8:30-5:00 M,T,W,Th,F | 77,231 | | |
| Fairfield | Freestone | 0 | X | 6B | Every Wed 9:00-4:00 | 19,515 | | |
| Hamilton | Hamilton | 0 | X | 6B | Every Wed 9:00-4:00 | 8,307 | | |
| Hillsboro | Hill | 1 | | 6B | 8:00-5:00 M,T,W,Th,F | 35,115 | | |
| Lampasas | Lampasas | 0 | X | 6B | Every Tues, Wed, and Thurs 8:30-5:00 | 20,107 | | |
| Groesbeck | Limestone | 0 | X | 6B | Every Mon, Tues, Thurs, and Fri 8:30-5:00 | 20,107 | | |
| Llano | Llano | 0 | X | 6B | Every Tues and Thurs 9:00-4:00 | 19,085 | | |
| Waco | McClennon | 0 | | 6B | 8:00-5:00 M,W,TH,F<br>8:00-7:00 T | 238,707 | X | X |
| Cameron | Milam | 0 | X | 6B | Every Mon, Thurs, and Fri 8:30-5:00 | 24,157 | | |
| Goldwaithe | Mills | 0 | X | 6B | Every Thurs 9:00-4:00 | 4,828 | | |
| Austin-Pflugerville (Mega) | Travis | 47 | | 6B | 7:30-6:00 M,T,W,Th<br>7:30-5:00 F | 1,095,584 | X | X |
| Austin-North Lamar - TEMP CLOSED (remodel) | Travis | | | 6B | | 1,095,584 | X | |
| Austin-Northwest | Travis | 15 | | 6B | 8:00-5:00 M,T,Th,F<br>8:00-7:00 W | 1,095,584 | | X |
| Austin-South | Travis | 22 | | 6B | 8:00-5:00 M,T,W,F<br>8:00-7:00 Th | 1,095,584 | X | X |
| Georgetown | Williamson | 11 | | 6B | 8:00-5:00 M,T,W,Th,F | 456,232 | | X |
| Taylor | Williamson | 5 | | 6B | 8:30-5:00 M,T,W,Th,F | 456,232 | | |

\* Scheduled offices are staffed by home office employees
\*\* http://quickfacts.census.gov/qfd/states/48/48159.html

Counties Served 175
Scheduled Offices 46

TEX0479585.xlsx

| County | Region |
|---|---|
| Delta | 1A |
| Franklin | 1A |
| Camp | 1A |
| Marion | 1A |
| Somervell | 1B |
| Robertson | 2A |
| Madison | 2A |
| Grimes | 2A |
| Austin | 2A |
| San Augustine | 2B |
| Sabine | 2B |
| Newton | 2B |
| San Jacinto | 2B |
| Trinity | 2B |
| Aransas | 3 |
| Edwards | 3 |
| Kinney | 3 |
| Real | 3 |
| Dimmit | 3 |
| La Salle | 3 |
| McMullen | 3 |
| Duval | 3 |
| Jim Hogg | 3 |
| Willacy | 3 |
| Kenedy | 3 |
| Refugio | 3 |
| Hudspeth | 4 |
| Loving | 4 |
| Jeff Davis | 4 |
| Terrell | 4 |
| Crockett | 4 |
| Schleicher | 4 |
| Kimble | 4 |
| Mason | 4 |
| Menard | 4 |
| Concho | 4 |
| Irion | 4 |
| Upton | 4 |
| Glasscock | 4 |
| Sterling | 4 |
| Coke | 4 |
| Borden | 4 |
| Sherman | 5 |
| Hansford | 5 |
| Lipscomb | 5 |
| Hartley | 5 |

9

| County | Region |
|---|---|
| Roberts | 5 |
| Oldham | 5 |
| Potter | 5 |
| Wheeler | 5 |
| Armstrong | 5 |
| Collingsworth | 5 |
| Briscoe | 5 |
| Hall | 5 |
| Motley | 5 |
| Cottle | 5 |
| Foard | 5 |
| Cochran | 5 |
| Dickens | 5 |
| King | 5 |
| Archer | 5 |
| Clay | 5 |
| Jack | 5 |
| Throckmorton | 5 |
| Stonewall | 5 |
| Kent | 5 |
| Garza | 5 |
| Lynn | 5 |
| Shackelford | 5 |
| Bandera | 6A |
| Frio | 6A |
| Karnes | 6A |
| Goliad | 6A |
| Jackson | 6A |
| Fayette | 6A |
| Caldwell | 6A |
| San Saba | 6B |
| Blanco | 6B |
| Falls | 6B |
| Total | 79 |

TEX0479585.xlsx