

2:13-cv-193
09/02/2014
DEF0790


Peters
EXHIBIT NO. 48
Kim Seibert



Texas Department of Public Safety
Driver License Division
Driver License Offices
50-Mile Radius

- DL Office
- 50 Miles from DL Office

Percentage of Population within
50Miles of DL Office
2010 Census: 99.87%
2012 Projected: 99.88%
2017 Projected: 99.88%

Data: Texas State University, Government Partnerships Program, 2013
Graphic: Texas Department of Public Safety, 2013