**From:** Bodisch, Robert
**To:** Bodisch, Robert; MacGregor Stephenson
**CC:** Peters, Joe
**Sent:** 9/23/2013 8:15:11 PM
**Subject:** Fwd: Voter ID Information requested-1 of 2
**Attachments:** ATT00001.htm; ATT00002.htm; image001.png; TX DL Office Information 070313.xlsx

Confirmed numbers, 79 counties with no DL office is the correct number. What OAG might not understand is that we are currently pulling trained customer service representatives out of busy DL offices to fill the 25 mobile teams. We have had to order 137 CSRs to work on Saturdays because they are not interested in working overtime. Lots of internal grumbling about waste of tax dollars. Not sure where will get 175 trained CSRs to man the 79 counties where the numbers aren't. This also doesn't address the equipment, transportation and overtime costs. We do not have the funds for what we are currently doing. Pulling all the CSRs out of existing DL offices will severely degrade our DL mission. Legislators will be fuming when their constituents start calling them and complain about the lines wrapped around the DL offices. Steve is traveling to the border with couple of Senators and cannot make the meeting. I will be there. See attached

Robert J. Bodisch
Assistant Director/Chief of Staff,
Texas Homeland Security
Texas Dept. of Public Safety
512-424-2368 w

Begin forwarded message:

**From:** "Nolte, Candace" <Candace.Nolte@dps.texas.gov>
**Date:** September 19, 2013 at 17:34:50 CDT
**To:** "Bodisch, Robert" <Robert.Bodisch@dps.texas.gov>
**Subject: FW: Voter ID Information requested-1 of 2**

No counties list included.


Peters
EXHIBIT NO. 49
Kim Seibert

2:13-cv-193
09/02/2014
DEF0791