| | |
|---|---|
| **From:** | Hale, Lynn |
| **To:** | Bell, Stephen; Miller, Connie; Daughtry, Lisa; Spinks, Margaret; Heselmeyer, Diane; Sandeen, Sara; Fowler, Cynthia (LRS); Vasquez, Esther; Hodges, Cari; Arldt, Julie |
| **CC:** | Rodriguez, Tony; Mastracchio, JoeAnna; Gipson, Sheri; Buster, Marguerite; Stempelmann, Susan; Hale, Lynn |
| **Sent:** | 6/21/2013 3:16:49 PM |
| **Subject:** | |
| **Attachments:** | 32 Job Aid Election Certificate.docx; 32 Texas Election Certificate.docx |

Greetings Driver License Staff!

Circumstances have come up whereby we may need to begin issuing the Election certificates as early as Monday. Because of this possibility, we are holding a WebEx refresher training at **4PM today.** This will be a review of the training that was initially given last year and in 2011. The training document is attached to this email. Please only print enough for those attending the WebEx. Further copies can be printed if the decision comes down to actually issue the Election Certificates.

**Access information follows below:**

Topic: ELECTION CERTIFICATE
Date: **Friday, June 21, 2013**
Time: **4:00 pm**, Central Daylight Time (Chicago, GMT-05:00)
Meeting Number: **498 516 135**
Meeting Password: (This meeting does not require a password.)
Host number: not displayed

---------------------------------------------------------
To join the online meeting (Now from mobile devices!)
---------------------------------------------------------

1. Go to https://txdps.webex.com/txdps/j.php?ED=20940523&UID=60702583&RT=MiM3
2. If requested, enter your name and email address.
3. If a password is required, enter the meeting password: (This meeting does not require a password.)
4. Click "Join".
5. Follow the instructions that appear on your screen.

To view in other time zones or languages, please click the link:
https://txdps.webex.com/txdps/j.php?ED=20940523&UID=60702583&ORT=MiM3

---------------------------------------------------------
To join the teleconference only
---------------------------------------------------------

Call-in toll-free number: 1-866-5689431  (US)
Call-in number: 1-224-4446694  (US)
Leader PIN: 9151
Conference Code: 610 339 56

2:13-cv-193
09/02/2014
**DEF0793**

Peters
**EXHIBIT NO. 51**
**Kim Seibert**



TEX0478

*Lynn M. Hale*

Lynn M. Hale
Training Specialist V
Policy and Business Improvement
Driver License Division
Texas Department of Public Safety
O-512.437.4745
C-512.571.7759
lynn.hale@dps.texas.gov

TEX0478

# Election Certificate Issuance Procedures

**Steps for Issuing an Original Election Certificate**

1. Search for applicant on DLS **Search Applicant** screen.  Search the records by entering the name and date of birth of the applicant. (Figure 1)
   a. If record is found determine if applicant has a driver license or identification card which may be used  as a photo identification for election purposes.
   b. If no record is found, select the Election Certificate tab located in the blue bar in DLS.



2. Search for the on the **Search Election Certificate** screen.  Search the record again by entering the name and date of birth of the applicant and select the *Search Election Certificate* button located at the bottom of the screen. (Figure 2)



   a. If a record is found it will appear on the **Election Certificate Search Results** page and indicates the person has previously been issued an election certificate.  Ask for proper identification and select the *GO* button to view the record and reissue the election certificate. (Fig. 2A) (A demo on reissuance procedures is later in this document.)

TEX04781

# Election Certificate Issuance Procedures



Fig. 2a

b. If the **Election Certificate Search Results** shows no record is found proceed to the next screen by selecting the *Search Election Certificate* button located at the bottom of the screen to initiate the process of issuing an original election certificate. (Figure 2b)



Fig. 2b

3. Type in the required information on the **Applicant Information** screen.
   a. The fields which include a red asterisk (*) must be filled, i.e. name, dob, physical address. (Figure 3a)



Fig. 3a

b. Mailing address, physical description, and other information.  U.S. citizen must be "YES" to be eligible for an election certificate. (Figure 3b)

TEX04781

# Election Certificate Issuance Procedures



Fig. 3b

| Mailing Address: ☐ (Same as physical) | |
|---|---|
| Address 1 : | |
| Address 2: | |
| City : | |
| State : | TEXAS ▾ |
| Zip : | . |
| COUNTRY : | UNITED STATES ▾ |

**Physical Description Information**

| | |
|---|---|
| Sex : | ▾ |
| Eye Color : | ▾ |
| Hair Color : | ▾ |
| Race : | ▾ |
| Height : | |
| Weight : | |

**Other Information**

| | |
|---|---|
| US Citizen : | NO ▾ ⬅ |
| Voter Registration: | YES / NO |

[Next]

c.  If applicant is registering to vote, select the *Voter Registration* box and select the *Voter Status* from the drop-down menu that applies to the applicant.  Select the *Next* button to proceed to the image capture screen. (Figure 3c)



Fig. 3c

| Voter Registration: | ☑ |
|---|---|
| Voter Status : | ▾ ⬅ |
| Election Judge: | |

CHANGE / NEW / REPLACEMENT

[Next]

4.  In the Digimarc program capture the applicant's signature, thumbprints and portrait. (Not shown) Complete the image capture and proceed to the next page; **Signature, Thumbprints, Photograph** refresh.  Select the Refresh *button* to proceed to the **Scan Documents** screen. (Figure 4)

| DLS | TASKS | SEARCH | PDPS | CDLIS | MISC | ELECTION CERTIFICATE |
|---|---|---|---|---|---|---|

## Photo, Fingerprints, and Signature

Fig. 4

Please click 'Refresh' after completing Image Capture Process

[Refresh] ⬅

TEX0478

# Election Certificate Issuance Procedures

5. The **Scan Documents** screen is the <u>only</u> location during the process where the documents presented, i.e. election certificate application, proof of identity and U.S. citizenship documents can be scanned into the system. However, all documents <u>must</u> be scanned at this point. (Figure 5)
   a. If the transaction needs to be cancelled, select the *Cancel Transaction* button.
   b. Select the *Continue* button to proceed with the transaction.



6. On the **Transaction Completed Successfully**
   a. Select the *Print Temporary EC Card* to cue the printer to print a temporary election certificate card.
   b. Select the *Continue* button after the temporary election certificate has been successfully printed.



TEX04781

# Election Certificate Issuance Procedures



7. Ask the applicant to review the information, i.e. name and mailing address and confirm the information is correct.  Applicant and employee will sign the temporary election certificate. Inform the applicant the temporary election certificate can be used as photo identification for voting purposes until they receive the card in the mail.



Rev. 12/19/2011                                                                                                    Page 5

TEX04781

# Election Certificate Issuance Procedures

**Steps to Re-Issue an Election Certificate**

Follow the steps 1 and 2 listed above to search for the applicant.  If the applicant has an election certificate on record and wants to replace a lost card select Go and proceed to the applicant's election certificate record screen

*To re-issue a lost election certificate*

1. In the *Transaction Eligibility* box select the <u>Re-Issue Election Certificate</u> and follow the steps outlined above to issue the election certificate.

*To remake a card*

1. Follow steps 1 and 2 to search for the applicant.
2. When the applicant's record is found on the Election Certificate  select the link; <u>View Transaction History.</u>



TEX0478

# Election Certificate Issuance Procedures

| DLS | TASKS | SEARCH | POPS | CDLIS | MISC | ELECTION CERTIFICATE |
|-----|-------|--------|------|-------|------|----------------------|

Selected Applicant: FOUR, VOTER

## Edit Applicant Information

### Card Information

| | |
|---|---|
| Election Certificate Number: | 34295604 |
| Election Certificate Expiration Date: | 02/04/2018 |

### Name

| | |
|---|---|
| Last Name : | FOUR |
| First Name: | VOTER |
| Middle Name: | |
| Suffix: | |
| No First Name: | |

### Personal Info

| | |
|---|---|
| DOB : | 02/04/1958 |
| SSN: | |

### Physical Address

| | |
|---|---|
| Address 1 : | 5805 N LAMAR |
| Address 2: | |
| City : | AUSTIN |
| County : | TRAVIS |
| State: | TEXAS |
| Zip : | 78752 |
| Country | UNITED STATES |

TEX0478

# Election Certificate Issuance Procedures

**Mailing Address:** ☐ (Same as physical)

| | |
|---|---|
| **Address 1 :** | |
| **Address 2:** | |
| **City :** | |
| **State :** | ▼ |
| **Zip :** | · |
| **COUNTRY :** | ▼ |

**Physical Description Information**

| | |
|---|---|
| **Sex :** | MALE ▼ |
| **Eye Color :** | BROWN ▼ |
| **Hair Color :** | BROWN ▼ |
| **Race :** | OTHER ▼ |
| **Height :** | 5' 10" |
| **Weight :** | 185 |

**Other Information**

| | |
|---|---|
| **US Citizen :** | YES ▼ |
| **Voter Registration:** | ☑ |
| **Voter Status :** | NEW ▼ |
| **Election Judge:** | ☐ |

[Continue]



DLS   TASKS   SEARCH   PDPS   CDLIS   MISC   ELECTION CERTIFICATE

Selected Applicant:  FOUR. VOTER

## Edit Card Request Confirmation

Please click the  Confirm  button to process the Edit

[Confirm]   [Back]

TEX04781

# Election Certificate Issuance Procedures







TEX0478

# Election Certificate Issuance Procedures



TEX04781

TEXAS DEPARTMENT OF PUBLIC SAFETY/DRIVER LICENSE DIVISION

# #32 Texas Election Certificate

## Pending Judicial Review

**DPS/DLD/PBI**

**7/12/2012**

*Disclaimer: This training material was developed by Policy and Business Improvement (PBI). The laws, rules, and policies referenced in this material are current as of the date of this publication; however, recent changes in State law and internal DPS policies may not be accurately reflected as that information was not available at the time of printing. As a result of these unforeseen changes, always refer to the "Driver License Manual" posted on the intranet under the Driver License section for the most current information. This policy is pending judicial review.*



Slide 1



**Course # 32**

TEXAS ELECTION CERTIFICATES

Course #32 Texas Election Certificate

Slide 2

Abstract

2

This course details the requirements needed for
an applicant to be eligible for an Election
Certificate.  It will outline the steps necessary to
apply for and receive the Election Certificate.

Driver License Division    7/13/2012

**Abstract**

This course details the requirements needed for an applicant to be eligible for an Election Certificate.  It will outline the steps necessary to apply for and receive the Election Certificate.

2

Slide 3



The Texas Voter ID law is currently under judicial review and we cannot issue Election Certificates until the court decision is rendered. No Election Certificates shall be issued until you receive official notification.

Slide 4

Course Objectives

□ Introduce the requirements for the Texas Election Certificate.

□ List the steps to apply for the Election Certificate.

Driver License Division    7/13/2012

**Course Objectives**

• Introduce the requirements for the Texas Election Certificate.

• List the steps to apply for the Election Certificate.



TEX0478

Slide 5



**Texas Election Certificate Overview**
• The Department of Public Safety is prepared to issue Texas Election Certificates to persons who are obtaining one for the purpose of voting and do not have another form of photo identification acceptable for election purposes.

Slide 6



• The Texas Election Certificate is to be used for election purposes only and **cannot be used as an identification card.**

• The Texas Election Certificate will be issued at no charge to applicants who meet the eligibility requirements.



Slide 7

## Persons Not Eligible

☐ **Persons who have been issued any of the following documents which may be used for election purposes:**

◻ Texas driver license (includes occupational license with photograph) – unexpired or expired less than 60 days;

◻ Texas identification card – unexpired or expired less than 60 days;

Driver License Division   7/13/2012

**Persons Not Eligible**

• Persons who have been issued any of the following documents which may be used for election purposes:

    • Texas driver license (includes occupational license with photograph) – unexpired or expired less than 60 days;

    • Texas identification card – unexpired or expired less than 60 days;

Slide 8

## Persons Not Eligible

◻ Texas concealed handgun license – unexpired or expired less than 60 days;

◻ United States military identification card containing the person's photograph;

◻ United States passport – unexpired or expired less than 60 days;

Driver License Division   7/13/2012

5

- Texas concealed handgun license – unexpired or expired less than 60 days;
- United States military identification card containing the person's photograph;
- United States passport – unexpired or expired less than 60 days;

Slide 9

## Persons Not Eligible

◻ United States citizenship certificate containing the person's photograph; or

◻ Persons who are **not** United States citizens (i.e. permanent residents, asylees, refugees or temporary visitors).



Driver License Division   7/13/2012

- United States citizenship certificate containing the person's photograph; or
- Persons who are **not** United States citizens (i.e. permanent residents, asylees, refugees or temporary visitors).

Slide 10

## Persons Who Are Eligible

◻ The department shall issue an election certificate upon request to persons who **do not** have one of the forms of acceptable photo identification listed above, and are:

◻ a registered voter in Texas and present a valid voter registration card, or are eligible to vote and submit a voter registration application to the department

Driver License Division   7/13/2012



TEX0478I

**Persons Who Are Eligible**
• The department shall issue an election certificate upon request to persons who **do not** have one of the forms of acceptable photo identification listed above, and are:
      • A registered voter in Texas and present a valid voter registration card, or are eligible to vote and submit a voter registration application to the department

Slide 11



• A United States citizen;
• A resident of Texas; who is age 18 or above.  (To be eligible to apply for voter registration, a person must, on the date the application is submitted to the registrar, be at least 17 years and 10 months of age.)

Slide 12





**How to Apply for Election Certificate**

To apply for the Texas Election Certificate the person must:

- Visit a Texas driver license office;
- Bring documents to verify U.S. citizenship;
- Bring documents that meet the department's identification policy;  and
- Request and complete an application for the Texas Election Certificate.

Slide 13



**Election Certificate Application Form**

The person applying for the Texas Election Certificate will complete and sign front page of form DL-14C. The back of the application includes eligibility requirements for obtaining the Election Certificate.

TEX0478

## APPLICATION FOR TEXAS ELECTION CERTIFICATE
### FOR ELECTION PURPOSES ONLY; CANNOT BE USED AS AN IDENTIFICATION CARD

**FOR DEPARTMENT USE ONLY**

NOTICE: All information on this application must be completed in INK.

ASSIGNED # _____

### APPLICANT INFORMATION
LAST NAME:

FIRST NAME:

MIDDLE NAME:

SUFFIX:

MAIDEN NAME:

DATE OF BIRTH (mm/dd/xxxx):

SSN:

SEX: (Circle One)   Male     Female

EYE COLOR:                    HAIR COLOR:

RACE:

HEIGHT: ft                        in

WEIGHT: lbs

UNITED STATES CITIZEN:   yes        no

If you are not a US citizen, you are not eligible for an Election Certificate.

PLACE OF BIRTH: CITY:                    COUNTY:               STATE:        COUNTRY:

FATHER'S LAST NAME:                          MOTHER'S MAIDEN NAME:

### CONTACT INFORMATION
HOME PHONE:

OTHER PHONE:

EMAIL:

### ADDRESS INFORMATION
RESIDENCE ADDRESS:

CITY:                                        STATE:

ZIP CODE:                  COUNTY:

MAILING ADDRESS:

CITY:                                        STATE:

ZIP:             COUNTY:

### INFORMATION REQUIRED FROM ALL APPLICANTS

| | YES | NO | |
|---|---|---|---|
| 1. | ☐ | ☐ | Are you presenting a voter registration card today? |
| 2. | ☐ | ☐ | Are you registering to vote today? |
| 3. | ☐ | ☐ | Do you have a Texas driver license or instruction permit (unexpired, or expired for no more than 60 days)? |
| 4. | ☐ | ☐ | Do you have a Texas personal identification card (unexpired, or expired for no more than 60 days)? |
| 5. | ☐ | ☐ | Do you have a Texas concealed handgun license (unexpired, or expired for no more than 60 days)? |
| 6. | ☐ | ☐ | Do you have a US passport (unexpired, or expired for no more than 60 days)? |
| 7. | ☐ | ☐ | Do you have a US citizenship certificate that contains your photograph? |
| 8. | ☐ | ☐ | Do you have a US military identification card that contains your photograph (unexpired, or expired for no more than 60 days)? |

If answering "yes" to questions 3 through 8, you are not eligible to receive a Texas Election Certificate.

### CERTIFICATION
I do solemnly swear, affirm, or certify that I am the person named herein and that the statements on this application are true and correct.

X_____   Date: _____

### VERIFICATION
Sworn to and subscribed before me this _____ day of _____ _____

_____
Notary Public in and for the State of Texas or Authorized Officer

### FOR DEPARTMENT USE ONLY
Document Presented_____   Document Number_____   Issuing Agency_____

Document Presented_____   Document Number_____   Issuing Agency_____

Document Presented_____   Document Number_____   Issuing Agency_____

SAMPLE

9

TEX04781

Slide 14



Search for applicant on DLS **Search Applicant** screen.  Search the records by entering the name and date of birth of the applicant. (Figure 1) If record is found determine if applicant has a driver license or identification card which may be used as photo identification for election purposes. If no record is found, select the <u>Election Certificate</u> tab located in the blue bar in DLS.



10

Slide 15



Search for the on the **Search Election Certificate** screen.   Search the record again by entering the name and date of birth of the applicant and select the *Search Election Certificate* button located at the bottom of the screen. (Figure 2)



11

Slide 16



If a record is found it will appear on the **Election Certificate Search Results** page and indicates the person has previously been issued an election certificate.  Ask for proper identification and select the *GO* button to view the record and reissue the election certificate. (Fig. 2A) (A demo on reissuance procedures is later in this document.)



12

Slide 17



If the **Election Certificate Search Results** shows no record is found proceed to the next screen by selecting the *Search Election Certificate* button located at the bottom of the screen to initiate the process of issuing an original election certificate. (Figure. 2b)



TEX0478

Slide 18



Type in the required information on the **Applicant Information** screen.

- The fields which include a red asterisk (*) must be filled, i.e. name, DOB, physical address. (Figure 3a)



TEX04781

Slide 19



• Mailing address, physical description, and other information.  U.S. citizen must be "YES" to be eligible for an election certificate. (Figure  3b)



TEX04781

Slide 20



• If applicant is registering to vote, select the *Voter Registration* box and select the *Voter Status* from the drop-down menu that applies to the applicant.  Select the *Next* button to proceed to the image capture screen. (Figure 3c)



Fig. 3c

Slide 21



TEX0478

In the Digimarc program capture the applicant's signature, thumbprints and portrait. (Not shown) Complete the image capture and proceed to the next page; **Signature, Thumbprints, Photograph** refresh.  Select the Refresh *button* to proceed to the **Scan Documents** screen. (Figure 4)

Slide 22



The **Scan Documents** screen is the <u>only</u> location during the process where the documents presented, i.e. election certificate application, proof of identity and U.S. citizenship documents can be scanned into the system.  However, all documents <u>must</u> be scanned at this point. (Figure 5)
>    •If the transaction needs to be cancelled, select the *Cancel Transaction* button (a).
>    •Select the *Continue* button (b) to proceed with the transaction.



TEX04781

Slide 23



On the **Transaction Completed Successfully**
> • Select the *Print Temporary EC Card* (a) to cue the printer to print a temporary election certificate card.
> •Select the *Continue* button (a) after the temporary election certificate has been successfully printed.



18

Slide 24



Ask the applicant to review the information, i.e. name and mailing address and confirm the information is correct. Applicant and employee will sign the temporary election certificate.

Inform the applicant the temporary election certificate can be used as photo identification for voting purposes until they receive the card in the mail.

Slide 25



TEX0478

The Texas Voter ID law is currently under judicial review and we cannot issue Election Certificates until the court decision is rendered. No Election Certificates shall be issued until you receive official notification.

Slide 26



TEX0478