| | |
|---|---|
| From: | Myers, Bob |
| To: | Lopez, Elizabeth; McIntyre, Theresa; Ortega, Arturo; Ortega, Carlos Jr; Beck, Johnie; Carr, Tana; Carrillo, Annette; Cook, Richard; Delgado, Noemi; Dixon, Sonja; Fry, Morgan; Garcia, Yolanda; Harris, LaToya; Hidalgo, Angie; Mires, Robbie (Rob); Nowlin, Cristina; Pitzer, Kimberly; Player, Jacob; Robinson, Bethel; Schmidt, Wendy; Silva, Deanna; Stewart, Joanna; Weems, Angie; Arriaga, Laura; Boatman, Raymond; Boyd, Benita; Carrender, Jamey; Coleman, Nikita; Combs, Lee S; Cordell, Lisa; Creed, Heather; Darrow, Caryn; Decker, Leigh; Duke, Emily; Formoso, Bonnie; Fowler-Ockletree, Latresha; Franco, Maria; Garcia, Gabriela; Glover, BreAunna; Goff, Tammie; Gonzalez, Ann; Gonzalez, Teresa; Gracia, Michele; Hammett, Sheila; Haynes, Lawakah; Hinojos, Patricia; Huddleson, Lawrence; Jackson, Gwendolyn; Jenson, Sonia; Johnson, Tanika; Krauel, Carol; Lambert, Janeen; LeBlanc, Walter; Lego, Misty; Lindsey, Jessica A; Lopez, Liza; Lucio, Sandra; Magallanez, Diane; Martinez, Naida; Martinez, Veronica; Marves, Karen; McIver, Michael; Melott, Peggy; Miller, Shelley; Millican, Teresa; Navarro, Gilbert; Nunez, Erica; Nutting, Denise; Polo, Annalee; Rangel, Rosangelica; Reyes, Annette; Rose, Stephanie; Snow, Rhonda; Tan, Soo; Torres, Alma; Urcuyo, Karen; Valencia, Marina; Vargas-Moreno, Lisa; Villalobos, Luis; Williams, Devenn; Wilson, Teri |
| CC: | Rodriguez, Tony; Bell, Stephen; Mastracchio, JoeAnna; Hale, Lynn |
| Sent: | 6/24/2013 5:48:46 PM |
| Subject: | Election Certificate refresher |
| Attachments: | 32 Election certificate Question Answer 06212013.docx; 32 Job Aid Election Certificate.docx |

Hello All,

In order to ensure that all employees in all offices are prepared to issue the election certificates if the Department is given the go ahead, Lynn and I would like to schedule a Web ex for Tues. June 25th at 3:00 p.m. (CST) for all facilitators. We will be reviewing the election certificate training documents. Please alert your immediate supervisor about this session.

We've attached the documents with this email and ask that you take time to review them before the presentation and be prepared to share your questions (those not covered in the training documents) upon the conclusion of the training.

All supervisors were given training last Friday and if you participated in that session it will not be necessary for you to attend Tuesday's session.

The WebEx invitation will be sent tomorrow morning.

Thanks all.

Bob

Robert Myers,
Training Specialist V
Driver License Division
Texas Department of Public Safety

5805 N Lamar Blvd.
Austin, TX 78752

bob.myers@dps.texas.gov
Office: (512) 424-5538
Mobile: (512) 239-9256

We are creating a faster, easier and friendlier driver license experience and a safer Texas.

EXHIBIT NO. 52
Peters
Kim Seibert

2:13-cv-193
09/02/2014
DEF0794

TEX0511

# Eligibility Requirements for Issuance of Texas Election Certificate

The Department of Public Safety will be prepared to issue Texas election certificates to persons who are obtaining one for the purpose of voting and **do not** have another form of photo identification acceptable for election purposes (see eligibility below).

### Who is NOT eligible to apply for a Texas Election Certificate?
- Persons who have been issued any of the following documents, which may be used for voter identification purposes:
    - Texas driver license (includes occupational license with photograph) – unexpired or expired less than 60 days;
    - Texas identification card – unexpired or expired less than 60 days;
    - Texas concealed handgun license – unexpired or expired less than 60 days;
    - United States military identification card containing the person's photograph; unexpired or expired less than 60 days
    - United States passport – unexpired or expired less than 60 days;
    - United States citizenship certificate containing the person's photograph; or
- Persons who are **not** United States citizens (i.e. permanent residents, asylees, refugees or temporary visitors).

### Who IS eligible to apply for a Texas Election Certificate?
The department shall issue an election certificate upon request to persons who **do not** have one of the forms of acceptable photo identification listed above, and are:
- a registered voter in Texas and present a valid voter registration card, or are eligible to vote and submit a voter registration application to the department;
- a United States citizen;
- a resident of Texas; and
- age 18 or above. (To be eligible to apply for voter registration, a person must, on the date the application is submitted to the registrar, be at least 17 years and 10 months of age.)

### How does a person apply for a Texas Election Certificate?
- visit a Texas driver license office;
- bring documents to verify U.S. citizenship;
- bring documents that meet the department's identification policy; and
- request and complete an application for the election certificate.

Section 521A of the Texas Transportation Code states that:
- an election certificate may not be used or accepted as a personal identification certificate;
- the department may not collect a fee for an election certificate or to reissue an election certificate issued under this section;
- the department may require each applicant for an original or renewal election certificate to furnish to the department proof of identification and U.S. citizenship; and
- the department may cancel and require surrender of an election certificate after determining that the holder was not entitled to, or gave incomplete information in the application for, the election certificate.

Rev. 07/27/2012

1

TEX0511

## Texas Election Certificate (Features)

Election certificates will be issued to expire in 6 years. The certificate will not expire for persons age 70 and above.

Election certificates are produced in a vertical format and do **not** include:
- the card holder's signature *(The card holder will sign the temporary election certificate.)*;
- address of the card holder. *(The temporary receipt will include card holder's mailing address and will be accepted for election purposes.)*

**Note:** The election certificate is **NOT** acceptable to establish proof of identity as a primary, secondary or supporting document when applying for a Texas driver license or identification card.



Texas Election Certificate (front)



Texas Election Certificate (back)



Texas Election Certificate (Temporary)

Rev. 07/27/2012

2

TEX05114

## Procedures for Election Identification Certificate Issuance

The procedures for issuing an election certificate are very similar to those used to issue a driver license or identification card. Similarities include:
- verifying the person's identify and lawful presence (U.S. citizenship) documents;
- entering the person's personal data:
  - name,
  - date of birth,
  - address (physical and mailing)
  - physical description
  - U.S. citizenship
  - voter registration
- collecting images, photo, thumbprints and signature; and
- scanning documents

There are procedures that only apply to the issuance of an election certification. When issuing an election certificate, it is also important to keep in mind the following:
- there is never a fee charged to issue an election certificate;
- there are no duplicate or modify transactions when issuing an election certificate. When an election certificate is lost or expires, re-issue the card and the expiration date will be extended to six years from the date the card was re-issued;
- there is an option to "edit" personal data on the election certificate;
- the option to "remake" the election certificate without changes to the record is available;
- there are two different search engines in DLS; the current one for driver license and identification cards and a new one for election certificates. No election certificate results will be found when searching in the driver license and identification card *Search Applicant* screen and no driver license or identification card records will be found when using the *Search Election Certificate* screen;
- documents scanned for an election certificate will not be available for review by customer operations employees in either the election certificate application or DLS. For this reason it is important to inform the person that if they choose to apply for a driver license or identification card in the future, they will be required to provide the same documents before a driver license or identification card will be issued;
- a social security card is not required for an election certificate and social security online verification (SSOLV) will not be performed;
- PDPS, CDLIS, and TCIC/NCIC external checks will not be performed for an election certificate

### Prior to Issuance of an Election Certificate.

1. Conduct a search in DLS to determine if the applicant has an unexpired Texas driver license or identification card on record. When searching for a record in DLS:
   - enter the person's name and date of birth and/or social security number and select the "*Search Applicant*" button at the bottom of the screen.

   **Do not** issue an election certificate if a matching record is found under the following circumstances:
   - the dl/id is unexpired or expired less than 60 days. The person has a card on file which can be re-issued and used for election purposes.
   - DLS indicates the person is ineligible (i.e. suspended, revoked, cancelled or denied) if the person maintains the card in their possession.

2. Review the documents presented by the applicant to verify identity and U.S. citizenship.

3. Process the election certificate application and issue a temporary receipt.

### Questions/Answers regarding Election Certificate

1. **What is the reason for issuing an election certificate?**
   *The law was designed as a measure to prevent voter fraud without denying those that cannot afford photo ID the right to vote.*

2. **Will a person whose driver license or identification card that has been expired more than 60 days, be eligible to apply for the election certificate?**
   *Yes. The rule states a person is NOT eligible if the dl/id has not expired or expired less than 60 days. Therefore, an election certificate may be issued to a person if their dl/id card is expired more than 60 days. Remember, the person must request the photo ID for voting purposes.*

3. **If a person has lost their unexpired driver license or identification card are they eligible to apply for an election certificate?**
   *No. Again the rule states a person is NOT eligible if the dl/id is unexpired or is expired less than 60 days. Apologize to the customer for the situation and invite them to apply for a renewal or duplicate of their driver license or identification card which can be used as photo identification for election purposes.*

4. **What if the person tells you they do not have money to pay for a replacement identification card or driver license? Can we inform them of the election certificate?**
   *Yes. Confirm that the person is obtaining the document to vote and make sure they understand that the election certificate is only acceptable for voting purposes and cannot be used as identification. Take care to avoid offending the person and be sensitive to their situation. Make sure the customer is aware that they will be voluntarily surrendering their DL or ID in order to obtain the Election Certificate. If you are unsure whether to issue the election card seek assistance from your supervisor.*

5. **Will the occupational license with a photo included on the card be considered an acceptable form of photo id for voting purposes?**
   *Yes. It is for all purposes a driver license.*

6. **Will we issue election certificates to homebound applicants?**
   *No. If homebound applicants can prove disability to the Secretary of State they are exempt from the ID requirement. Also, if a person is homebound they will most likely be voting by mail and an ID is not required for mail-in ballots.*

7. **Can the election certificate be used as an acceptable form of identification to apply for a Texas driver license or identification card?**
   *No. The election certificate is not acceptable as proof of identification when applying for a TX dl or id because the statute clearly states that the card is for election purposes only and cannot be used as identification so the individual would not be eligible for an election certificate.*

8. **Does a person have to surrender an election certificate if they wish to apply for a TX driver license or identification card?**
   *No. A person will not be required to surrender an election certificate before being issued a TX driver license or identification card.*

9. **Is an expired U.S. Passport acceptable to verify proof of U.S. citizenship for persons applying for an election certificate?**
   *Yes. The U.S. Passport can be used to verify U.S. citizenship for those applying for an EC. However, if the U.S. Passport has not been expired more than 60 days, it may be accepted for election purposes.*

10. **Can a person apply for a replacement of an election certificate?**
    *Yes. A person can apply for a replacement of an EC by presenting one of documents from the list of acceptable forms of identification. No fee will be charged for the transaction. The new certificate will be issued for a six-year term, so a replacement will be treated more like a renewal.*

11. **When an election certificate holder moves or relocates, are they required to change the address on their card?**
    *No. Because an address is not included on an election certificate, there is no need to apply for a change of address. The person can update their voter registration address with the Secretary of State.*

12. **When a person is issued an election certificate does this mean they are automatically registered to vote?**
    *No. The Secretary of State is responsible for voter registration. The information collected on the election certificate application will be sent electronically to the Secretary of State to approve the card holder's voter registration application.*

13. **Will renewal notices for an election certificate will sent to card holders?**
    *No. It will be the card holder's responsibility to renew the election certificate.*

14. **Does a person applying for an election certificate have to provide documentation verifying they are Texas residents?**
    *No. The Texas residency policy does not apply to the election certificates.*

15. **Can an election certificate be issued to a person who loses their occupational license?**
    *Yes, if they want to voluntarily surrender their driving privilege. Encourage the customer to contact Enforcement and Compliance Service to replace their occupational license in order to continue driving.*

## Suggested responses to customer inquiries concerning apply for the Texas Election Certificate

If a customer comes in and requests the election certificate prior the US District Court ruling, provide the following information:

*At this time, the Department of Public Safety is not issuing the election certificate. However, we are prepared to comply with the law passed during the last legislative session and begin issuing election certificates to U.S. citizens who are eligible to vote in Texas and do not have another form of acceptable photo identification as soon as it receives final approval. You are welcome to come back any time after that date and apply for the election certificate.* (At this point you may also provide information on the requirements and determine their eligibility to prepare them for their next visit.)

It may be helpful to interview persons requesting an identification card to clarify whether they wish to apply for a Texas ID card or the Texas Election Certificate. Options to begin the conversation:

| | |
|---|---|
| Employee: | *How may I help you?* |
| Customer: | "I'm here for an ID?" |
| Employee: | *An identification card is $16 and requires proof of identity and lawful presence.* |
| Customer: | "No, I thought the ID was free." |
| Employee: | *There is no charge for the Texas Election Certificate which is only used for voting purposes. Are you seeking photo identification for voting purposes?* |



## Election Certificate Processing Agreement

I have attended training to inform me of qualifications, for issuance of an election certificate in compliance with Section 521A.001 of the Texas Transportation Code adopted during the 82nd Legislative session.

I have also been provided with a job aid that includes information regarding the process and procedures for the issuance of an election certificate.

As a result of the training, I am prepared to:
- disseminate accurate and consistent information regarding the requirements for an election certificate to my customers; and/or
- issue election certificates to customers in compliance with state legislative requirements.

For Customer Operations Employees:

I understand and agree that I **shall not** begin to process or issue an election certificate to anyone prior to it being approved by the US District Court.

| EMPLOYEE SIGNATURE | REGION/SERVICE/SECTION | SUPERVISOR |

| PRINTED NAME | | DATE OF TRAINING |

Rev. 07/27/2012

7

TEX05114

TEX05114

Rev. 07/27/2012

8

# Election Certificate Issuance Procedures

### Steps for Issuing an Original Election Certificate

1. Search for applicant on DLS **Search Applicant** screen. Search the records by entering the name and date of birth of the applicant. (Figure 1)
    a. If record is found determine if applicant has a driver license or identification card which may be used as a photo identification for election purposes.
    b. If no record is found, select the Election Certificate tab located in the blue bar in DLS.



Fig. 1

2. Search for the on the **Search Election Certificate** screen. Search the record again by entering the name and date of birth of the applicant and select the *Search Election Certificate* button located at the bottom of the screen. (Figure 2)



Fig. 2

    a. If a record is found it will appear on the **Election Certificate Search Results** page and indicates the person has previously been issued an election certificate. Ask for proper identification and select the *GO* button to view the record and reissue the election certificate. (Fig. 2A) (A demo on reissuance procedures is later in this document.)

## Election Certificate Issuance Procedures



Fig. 2a

b. If the **Election Certificate Search Results** shows no record is found proceed to the next screen by selecting the *Search Election Certificate* button located at the bottom of the screen to initiate the process of issuing an original election certificate. (Figure. 2b)



Fig. 2b

3. Type in the required information on the **Applicant Information** screen.
   a. The fields which include a red asterisk (*) must be filled, i.e. name, dob, physical address. (Figure 3a)



Fig. 3a

b. Mailing address, physical description, and other information. U.S. citizen must be "YES" to be eligible for an election certificate. (Figure 3b)

## Election Certificate Issuance Procedures



Fig. 3b

c. If applicant is registering to vote, select the *Voter Registration* box and select the *Voter Status* from the drop-down menu that applies to the applicant. Select the *Next* button to proceed to the image capture screen. (Figure 3c)



Fig. 3c

4. In the Digimarc program capture the applicant's signature, thumbprints and portrait. (Not shown) Complete the image capture and proceed to the next page; **Signature, Thumbprints, Photograph** refresh. Select the Refresh *button* to proceed to the **Scan Documents** screen. (Figure 4)

Fig. 4

Rev. 12/19/2011

Page 3

TEX05114

## Election Certificate Issuance Procedures

5. The **Scan Documents** screen is the only location during the process where the documents presented, i.e. election certificate application, proof of identity and U.S. citizenship documents can be scanned into the system. However, all documents must be scanned at this point. (Figure 5)
    a. If the transaction needs to be cancelled, select the *Cancel Transaction* button.
    b. Select the *Continue* button to proceed with the transaction.



Fig. 5

6. On the **Transaction Completed Successfully**
    a. Select the *Print Temporary EC Card* to cue the printer to print a temporary election certificate card.
    b. Select the *Continue* button after the temporary election certificate has been successfully printed.



Fig. 6

## Election Certificate Issuance Procedures



7. Ask the applicant to review the information, i.e. name and mailing address and confirm the information is correct. Applicant and employee will sign the temporary election certificate. Inform the applicant the temporary election certificate can be used as photo identification for voting purposes until they receive the card in the mail.



Rev. 12/19/2011

Page 5

## Election Certificate Issuance Procedures

### Steps to Re-Issue an Election Certificate

Follow the steps 1 and 2 listed above to search for the applicant. If the applicant has an election certificate on record and wants to replace a lost card select Go and proceed to the applicant's election certificate record screen

*To re-issue a lost election certificate*
1. In the *Transaction Eligibility* box select the Re-Issue Election Certificate and follow the steps outlined above to issue the election certificate.

*To remake a card*
1. Follow steps 1 and 2 to search for the applicant.
2. When the applicant's record is found on the Election Certificate select the link; View Transaction History.



# Election Certificate Issuance Procedures

**DLS**    TASKS    SEARCH    PDPS    CDLIS    MISC    ELECTION CERTIFICATE

Selected Applicant: FOUR, VOTER

## Edit Applicant Information

**Card Information**
- Election Certificate Number: 34295604
- Election Certificate Expiration Date: 02/04/2018

**Name**
- Last Name: FOUR
- First Name: VOTER
- Middle Name:
- Suffix:
- No First Name: ☐

**Personal Info**
- DOB: 02/04/1958
- SSN:

**Physical Address**
- Address 1: 5805 N LAMAR
- Address 2:
- City: AUSTIN
- County: TRAVIS
- State: TEXAS
- Zip: 78752 -
- Country: UNITED STATES

## Election Certificate Issuance Procedures

**Mailing Address:** ☐ (Same as physical)

| | |
|---|---|
| Address 1: | |
| Address 2: | |
| City: | |
| State: | ▼ |
| Zip: | - |
| COUNTRY: | ▼ |

**Physical Description Information**

| | |
|---|---|
| Sex: | MALE ▼ |
| Eye Color: | BROWN ▼ |
| Hair Color: | BROWN ▼ |
| Race: | OTHER ▼ |
| Height: | 5' 10" |
| Weight: | 185 |

**Other Information**

| | |
|---|---|
| US Citizen: | YES ▼ |
| Voter Registration: | ☑ |
| Voter Status: | NEW ▼ |
| Election Judge: | ☐ |

[Continue]

---

DLS    TASKS    SEARCH    PDPS    CDLIS    MISC    ELECTION CERTIFICATE

Selected Applicant: FOUR, VOTER

### Edit Card Request Confirmation

Please click the 'Confirm' button to process the Edit

[Confirm] [Back]

## Election Certificate Issuance Procedures







# Election Certificate Issuance Procedures

