## Scanning Documents

- From the scanner touch screen select:
  - Scan

  - Computer Name:
    - EIC_ADMIN-PC

  - Save as PDF

  - Start Scan





## End of Process with Customer



- Return receipt and all original documents **except** the signature card and EIC application to the customer.

- Signature card, application, will be transported back to the driver license office.

- Explain that this receipt is good for 30 days and if their application and transaction are confirmed they will receive their EIC shortly in the mail.













### Transport of EIC Data

- **Issued EIC's**
  - A Trooper will transport the flashdrive, EIC applications (DL-14C/CS), signature cards, and the EIC County Statistic Tracking Sheet to a DPS driver license office.

- **EIC Inquiries only**
  - Statistic tracking sheet will be faxed to a DPS Regional Office. *(Refer to Appendix C)*

- **No Inquiries or Issued EIC's**
  - No action needed



### Data Deletion (Appendix D)

- Laptop
  - Delete after successful data upload to flashdrive

- Camera
  - Delete photos at the end of each day

- Flashdrive
  - Delete upon return to County Clerk



