

# Election Identification Certificate

# County Set-up & Issuance Training

Version <1.2>

<10/11/2013>



Peters

EXHIBIT NO. 56

Kim Seibert

2:13-cv-193
09/02/2014

DEF0798

## Table of Contents

1.0 Objective ...................................................................................................................3
1.1 Background and Scope ...............................................................................................3
    1.2 POINTS OF CONTACT – REGIONAL COMMUNICATION CENTERS .................................. 3
2.0 Mobile Lite Set up ...................................................................................................3
    2.1 ELECTRONICS ....................................................................................................... 3
    2.2 SIGNAGE .............................................................................................................. 3
    2.3 DATA AND DEVICE SECURITY ................................................................................. 3
    2.4 MISCELLANEOUS .................................................................................................. 3
    2.5 REPLACEMENT SUPPLIES ....................................................................................... 4
3.0 Instructions .............................................................................................................4
    3.1 EQUIPMENT SET-UP ............................................................................................. 4
    3.2 DAILY OPERATION ................................................................................................ 4
    3.3 BIRTH RECORDS ................................................................................................... 4
    3.4 FLASHDRIVE UPLOAD AND TRANSPORT .................................................................. 4
    3.5 CUSTOMER QUESTIONS ......................................................................................... 5
4.0 Reporting .................................................................................................................5
    4.1 DAILY STATISTICS ................................................................................................ 5
    4.2 NO ISSUANCES ..................................................................................................... 5
5.0 Electronic Data Deletion .........................................................................................5
    5.1 DELETING PHOTOS FROM CAMERA .......................................................................... 5
    5.2 DELETING EIC DATA FROM LAPTOP ......................................................................... 5
    5.3 DELETING DATA FROM THE FLASHDRIVE ................................................................. 5
APPENDIX A: On Site Job Aid .......................................................... Error! Bookmark not defined.
APPENDIX B: EIC Statistics Tracking Sheet ...................................... Error! Bookmark not defined.
APPENDIX C: In Office Job Aid ......................................................... Error! Bookmark not defined.
APPENDIX D: Data Deletion Instructions .......................................... Error! Bookmark not defined.
APPENDIX E: EIC Daily Verification Log ........................................... Error! Bookmark not defined.
APPENDIX F: EIC Unit Check List ..................................................... Error! Bookmark not defined.
APPENDIX G: EIC Equipment Tracking Log ....................................... Error! Bookmark not defined.
APPENDIX H: Securing EIC Data ...................................................... Error! Bookmark not defined.
APPENDIX I: Instructions for Printer set -up ..................................... Error! Bookmark not defined.
APPENDIX J: Log on Procedures ...................................................... Error! Bookmark not defined.
APPENDIX K: EIC Fax Cover Sheet ................................................... Error! Bookmark not defined.

*Election Identification Certificate*

## 1.0 Objective

To deploy/set up fixed EIC stations in certain County Clerk offices to enable them to screen individuals, answer inquiries and issue Election Identification Certificates to eligible Texas residents who need identification in order to vote.

### 1.1 Background and Scope

The Office of the Texas Secretary of State and the Texas Department of Public Safety have joined in partnership to offer Election Identification Certificates (EICs) at mobile stations across the state. Election Identification Cards are available to qualified voters who do not otherwise have an approved form of photo ID for voting. EIC applicants will need to bring evidence of citizenship and identity.

### 1.2 Points of Contact – Regional Communication Centers

| Region | Name | Contact Number |
|--------|------|----------------|
| 1 | Garland | 214-861-2040 |
| 2 | Houston | 281-517-1300 |
| 3 | Weslaco | 956-984-5621 |
| 4 | El Paso | 915-849-4080 |
| 5 | Lubbock | 806-472-2794 |
| 6 | San Antonio | 210-531-2280 |

## 2.0 Mobile Lite Set up

### 2.1 Electronics

Each EIC County set includes a laptop computer, a digital camera, and a printer/scanner. No other data besides EIC transaction data will be stored on the computer or the flashdrives. The camera will only be used for EIC photos!

### 2.2 Signage

County EIC set will include one large EIC banner to be displayed at every county location.

### 2.3 Data and Device Security

Users of the EIC sets understand and agree they are accountable for safeguarding data collected, stored and processed for the issuance of the Election Identification Certificate and that they may be held liable in administrative, civil, or criminal proceedings for any unauthorized actions found to be intentional, malicious, or negligent. All County Clerks utilizing the EIC sets will read and sign the *Securing EIC Data and Devices Form* (Appendix H).

### 2.4 Miscellaneous

Each set will include needed forms, standard office supplies, replacement ink cartridges, paper and items to perform the duties necessary to issue Election Identification Certificates.

TEX I.R.000274

*Election Identification Certificate*

### 2.5 Replacement Supplies

Forms may be printed from the "Forms" folder on the computer desktop. Printer ink cartridges must be reordered locally by the county. Signature cards (DL-25) must be reordered by contacting the Driver license office that processes the counties EIC's and requesting them.

## 3.0 Instructions

### 3.1 Equipment Set-up

Each County Clerk's office will have a designated location for the EIC equipment. The computer, laptop, camera and backdrop will be setup as demonstrated in training. The equipment unit number (i.e. unit # 50) will be recorded on the top of each EIC application that is processed.

### 3.2 Daily Operation

Each County Clerk will turn on the EIC equipment and logon to the computer (Appendix J). If any issues are encountered with the printer setup, refer to Appendix I. Any technical problems may be directed the DPS Helpdesk at 1-512-424-5432. Clerks will utilize the EIC Daily Verification Log (Appendix E) at the beginning and end of the day to verify equipment and supplies. EIC customers may now be processed if eligible (Appendices A & G). County Clerks will call the DPS Regional Communication Centers (see section 1.2 for phone numbers) to confirm or deny the existence of a valid Driver license or Identification Card. When done processing transactions for the day, upload all EIC data to the flashdrive. Ensure that all transactions and inquiries are recorded on the Texas County EIC tracking Sheet. This sheet must accompany the flashdrive, the signature cards, and the applications to the Driver License office. If customers wish to surrender a valid Texas driver license or identification card they will be required to complete a voluntary surrender form (DL-174). County Clerks must explain that the EIC cannot be used for identification purposes. If customer still wishes to surrender their DL or ID card they must complete the form and physically surrender the card if it is in their possession before the EIC can be processed. The DL-174 and the surrendered card will accompany the flashdrive, the signature cards, and the applications to the Driver License office.

### 3.3 Birth Records

The Secretary of State and the Department of State Health Services (DSHS) have partnered to provide a no cost solution for birth records in the EIC issuance process. The Texas Dept. of State Health Services (DSHS) will issue certified birth records at no charge to persons who are seeking them for the purpose of obtaining an Election Identification Certificate. DSHS will mark the birth certificates that are issued for EIC's that they are for election purposes only. These birth certificates may be used to verify proof of U.S. citizenship and as a secondary document to establish a person's identity to only when applying for an EIC.

### 3.4 Flashdrive Upload and transport

Prior to the end of the day, the County Clerk will ensure contact has been made with the State Trooper designated to pick up and transport the flashdrive to the nearest Driver license office for processing. It is highly recommended that a lanyard, identifying the county be attached to the flashdrive before transporting to avoid loss or misplacement. All the documents, including the flashdrive should be placed in a folder with the name of the county identified on the outside. If there are no transactions please inform the trooper.

TEX I.R.000275

*Election Identification Certificate*

### 3.5 Customer Questions

Customers having questions that the County Clerks are unable to answer may be directed to the following numbers:

State Election Official Hotline - 1-800-252-8683

County Election Official Hotline - 1-800-252-2216

## 4.0 Reporting

### 4.1 Daily Statistics

County Clerks will track all inquiries and issuance of all EIC's by filling out the Texas EIC Tracking Sheet (Appendix B). These sheets will be included with the flashdrive, applications, signature cards, and if applicable the DL-174 with any surrendered items that are sent with the DPS Trooper to the Driver License office.

### 4.2 No Issuances

If no EIC's are issued but there are EIC inquires that are logged on the EIC Tracking Sheet. This sheet must be faxed to any Driver License Regional Manager, (See Appendix C).

## 5.0 Electronic Data Deletion

To ensure the information that has been collected during the EIC transaction remains confidential, a protocol has been established to delete the data from the stand alone devices used during the offsite application process.

### 5.1 Deleting Photos from Camera

All photos are deleted from the cameras SIM card on a daily basis after completing the EIC transactions in DLS. This is completed on the same day to maintain security of the data.  (See Appendix D for instructions)

### 5.2 Deleting EIC data from Laptop

All EIC data will be deleted from the laptops after uploading the data to the flashdrive. This is completed on the same day to maintain security of the data. (See Appendix D for instructions)

### 5.3 Deleting data from the Flashdrive

It is important to maintain the data on the flashdrive until the **DAY AFTER** the EIC transactions have been processed and verified in DLS. This is not an issue for the counties since you have multiple flashdrives and will not receive the first flashdrive back until the 3rd day.  This is to ensure that the data is not lost and that all qualified individuals are processed in a timely manner. The flashdrive will be deleted in so that it may be reused without compromising the data for future transactions. (See Appendix D for instructions)

TEX I.R.000276



## Birth Certificate for Election Identification Certificate

Effective October 21, 2013, the Department of State Health Services (DSHS) will begin issuing a standardized EIC Birth Certificate. The attached documents are examples. DSHS will charge $3 for the EIC Birth Certificate. When this change goes into effect on October 21st, the screen print currently being provided will no longer be accepted to obtain an EIC, (see example on page 3).

Please be aware that if the statement "FOR ELECTION PURPOSES ONLY CANNOT BE USED AS IDENTIFICATION" is hand written, the document may still be accepted.

### ACCEPTABLE BIRTH CERTIFICATE



TEX I.R.000277

## Birth Certificate for Election Identification Certificate

**ACCEPTABLE BIRTH CERTIFICATE**



TEX I.R.000278

## Birth Certificate for Election Identification Certificate

**NOT ACCEPTABLE** (Beginning October 21st, 2013)



TEX I.R.000279

### Election Identification Certificate (EIC)
### County Clerk Office Instructions

The Department of Public Safety in cooperation with the Secretary of State's Office is prepared to issue Texas Election Identification Certificates (EIC) to persons who are obtaining one for the purpose of voting and **do not** have another form of photo identification acceptable for election purposes (see eligibility below).

**Who is NOT eligible for a Texas Election Identification Certificate?**
- Persons who are not United States citizens.
- Persons who have been issued any of the following documents, which may be used for voter identification purposes:
    - Texas driver license (includes occupational license with photograph) –unexpired or expired no longer than 60 days at the time of voting;
    - Texas identification card – unexpired or expired no longer than 60 days at the time of voting;
    - Texas concealed handgun license (CHL) – unexpired or expired no longer than 60 days at the time of voting;
    - U.S. Military identification card containing the person's photograph - unexpired or expired no longer than 60 days at the time of voting;
    - U.S. Passport - unexpired or expired no longer than 60 days at the time of voting;
    - U.S. Passport card - unexpired or expired no longer than 60 days at the time of voting;
    - U.S. Citizenship Certificate or Certificate of Naturalization containing the persons photograph

**Who IS eligible to apply for a Texas Election Identification Certificate?**
To qualify for an EIC, a customer must:
- Bring documentation to verify U.S. citizenship and identity (County Appendix G)
- Be eligible to vote in Texas (Bring a valid voter registration card or submit a voter registration application )
- Be a Texas resident; and
- Be 17 years and 10 months or age or older.

If the customer is eligible have them fill out the DL 14C/CS. Once they have completed the application, review it for completeness. For tracking purposes, record the EIC unit number listed on the equipment (i.e. #50) at the top of the EIC application. The county employee will call the DPS Regional Communications Center (numbers included in training material) to confirm whether a customer has an existing driver license or identification card. Be prepared to provide the following information to the communications representative:
- Your name and county you represent;
- Customer's
    - Full name;
    - DOB
    - Social Security number(if presented)

TEX I.R.000280

## Election Identification Certificate (EIC)
## County Clerk Office Instructions

If the Regional Communication Center reports the customer has a DL/ID number, record the number on the application and politely inform the customer they are not eligible because they have an acceptable form of ID. If the customer has any questions, please refer them to one of the following phone numbers:

State Election Official Hotline _ 1-800-252-8683

County Election Official Hotline 1-800-252-2216

If there is no DL/ID found, record the date and time of the request on the application and record the information on the County EIC Tracking Sheet (Appendix B) with the customer's name and date of birth.

**Begin the process to capture the image and signature of the customer as outlined in the following steps:**

**Step 1:** Make sure camera is not plugged into laptop
**Step 2:** Capture Portrait - must be in portrait format, cannot take landscape
**Step 3:** Plug USB cable into Camera

**Step 4:** Click on the Explorer Icon  in the taskbar - the following screen will appear:



Step 5: Double-Click "Canon Power Shot" - the screen below will appear

---

TEX I.R.000281

### Election Identification Certificate (EIC)
### County Clerk Office Instructions



Step 6: Double-click Removable storage - the screen below will appear



Step 7: Double-click DCIM folder - the screen below will appear

---

County Appendix A

TEX I.R.000282

## Election Identification Certificate (EIC)
### County Clerk Office Instructions



Step 8: Double-click 101_01 folder



County Appendix A

Page 4

TEX I.R.000283

# Election Identification Certificate (EIC)
## County Clerk Office Instructions



Step 9: Click on portrait and drag to "Pictures" folder on Desktop



Step 10: Portrait will appear in "Picture" folder - Double-click "Picture" folder from Desktop - the following screen will appear

TEX I.R.000284

## Election Identification Certificate (EIC)
## County Clerk Office Instructions



Step 11: Rename Portrait "FirstnameLastname_Portrait. This is done by "right clicking on portrait and selecting 'rename'



Step 12: Once portrait is renamed, open the portrait by double clicking it.

TEX I.R.000285

TEX I.R.0002286

## Election Identification Certificate (EIC)
## County Clerk Office Instructions



Step 13: Select the clockwise rotate arrow button.



Step 14: Image will now be displayed correctly - close window

County Appendix A

Page 7

### Election Identification Certificate (EIC)
### County Clerk Office Instructions

Step 15: Ask the Customer to place their signature on the signature card within the yellow box. Only the signature will be placed in the signature block. NO OTHER DESIGNATION WILL BE ALLOWED such as, UCC 1308 without prejudice, XOXO, ☺, ©:).Only the signature may be placed in this box. No smiley faces, hearts or other statements.



Step 16: Open the"Temp Card TEMPLATE by double clicking the icon on the Desktop to open the EIC spreadsheet.



County Appendix A

TEX I.R.000287

### Election Identification Certificate (EIC)
### County Clerk Office Instructions



Step 17: Click the Options button at the top of the spreadsheet - the screen below will appear



Step 18: Select "Enable this content" radio button and click the "OK" button

TEX I.R.000288

## Election Identification Certificate (EIC)
## County Clerk Office Instructions

**Step 19:** Type the customer's Name (Last, First), Date of Birth, and Mailing Address on EIC Temporary Receipt. (**Must enter last name first.**) The name should be entered using all capital letters. Example: LAST NAME, FIRST NAME

**Step 20:** Move the cursor out of the cells and click the "Import Portrait" button.



**Step 21:** Browse to Desktop and double-click Pictures folder.



**Step 22:** To import the portrait into the EIC temporary receipt, double-click the Portrait that matches the customer or single click the portrait and select the "Open" button.

TEX I.R.000289

## Election Identification Certificate (EIC)
### County Clerk Office Instructions





TEX I.R.000290

# Election Identification Certificate (EIC)
## County Clerk Office Instructions

Step 23: Save spreadsheet in Receipts folder on Desktop by selecting "Save As" from the drop down



menu from the Office Button                    and saving as "FirstnameLastname_Receipt".



Step 24: Print the Receipt. The County Clerk will sign the receipt on the Employee line.  The customer will sign on the Signature line.

Step 25: Scan documents:
   a.  Place the following documents face up on scanner:
      o  Application
      o  ID Docs
      o  Citizenship Docs

TEX I.R.000291

Election Identification Certificate (EIC)
County Clerk Office Instructions

b. From the scanner- touch screen select:
- o  Scan
- o  Computer Name: EIC_ADMIN-PC
- o  Save as PDF
- o  Start Scan

c. The following screen will appear



TEX I.R.000292

### Election Identification Certificate (EIC)
### County Clerk Office Instructions

a. Click on pdf called "Scan" and drag to the "Documents folder on the desktop.



b. Rename the scanned document pdf to FirstnameLastname_Documents.



TEX I.R.000293

## Election Identification Certificate (EIC)
## County Clerk Office Instructions

Step 26: Give the receipt and all original documents **except the signature card** and **EIC application** (DL-14C/CS) to the customer. Attach the signature card to the DL-14C/CS as both documents will be transported (by the trooper) back to the driver license office for processing Explain to the customer that this receipt is good for 30 days and if their application and transaction are confirmed they will receive their Texas Election Identification Certificate in the mail.

**At the end of the day:**

Step 27: Transfer all EIC data from the laptop to the designated flashdrive by following the steps below:

    a.  Ensure no other devices are plugged in the computer. Plug the flashdrive into the laptop to transfer the pictures, documents and receipt files from the laptop to the flashdrive.

    b.  Enter the password (Monday@01) and click the "Unlock" button.



    c.  The following screen will display. Click the red "X" to close the window.

TEX I.R.000294