| DPS HOME | SERVICES | EMPLOYMENT | ABOUT US |

Search DPS 

Driver License & ID Card
- Driver License Home
- Renew
- Change Address
- Office Locations
- Mega Centers
- Customer Service Center

# Election Identification Certificates (EIC) – Documentation Requirements

To apply for an EIC, you must visit a driver license office and complete an Application for Texas Election Certificate (DL-14C).

**To qualify for an EIC, you must:**

- **Bring documentation** to verify **U.S. Citizenship**
- **Bring documentation** to verify **Identity**
- Be eligible to vote in Texas *(**Bring a valid voter registration card**, or submit a voter registration application to the Texas Department of Public Safety)
- Be a Texas resident
- Be 17 years and 10 months or older

## Acceptable forms of required documentation

### U.S. Citizenship

An applicant who is a U.S. citizen must present one of the following documents for verification through the U.S. Department of Homeland Security.

A. U.S. passport book or card; or
B. Birth certificate issued by a U.S. state, U.S. territory or District of Columbia; or
C. For U.S. citizens born abroad—Certificate of Report of Birth (DS-1350 or FS-545) or Consular Report of Birth (FS-240) issued by the U.S. Department of State; or
D. U.S. Certificate of Citizenship or Certificate of Naturalization (N-560, N-561, N-645, N-550, N-55G, N-570 or N-578); or
E. U.S. Department of Justice Immigration and Naturalization Service U.S. Citizen ID Card (Form I-197 or I-179)

### Identity

An applicant for an Election Identification Certificate (EIC) must provide documents satisfactory to the department to verify their identity. All documents must be verifiable.

There are three ways an individual can verify his/her identity when applying for an EIC:

A. Bring one item listed in the primary identification category; or
B. Bring two items listed in the secondary identification category; or
C. Bring one item listed in the secondary identification category, plus two items listed in the supporting identification category.



Peters
EXHIBIT NO. 57
Kim Seibert

2:13-cv-193
09/02/2014
DEF0799

**Primary Identification**

Applicants can present one primary document.

A Texas driver license or personal identification card issued to the person that has been expired for 60 days and is within two years of expiration date may be presented as primary identification.

**Secondary identification**

Applicants who do not have a primary document can present two secondary documents.

These items are recorded governmental documents (United States, one of the 50 states, a United States territory, or District of Columbia).

Secondary identity documents include:

A. Original or certified copy of a birth certificate issued by the appropriate State Bureau of Vital Statistics or equivalent agency;
B. Original or certified copy of United States Department of State Certification of Birth (issued to United States citizens born abroad);
C. Original or certified copy of court order with name and date of birth (DOB) indicating an official change of name and/or gender; or
D. U.S. citizenship or naturalization papers without identifiable photo.

**Supporting identification**

Applicants who do not have a primary document or two secondary documents can provide one secondary document (from the list above) and two supporting documents.

Supporting identity documents include:

A. voter registration card;
B. school records;
C. insurance policy (at least two years old);
D. Texas vehicle or boat title or registration;
E. military records;
F. unexpired military dependant identification card;
G. original or certified copy of marriage license or divorce decree;
H. Social Security card;
I. pilot's license;
J. unexpired photo DL or photo ID issued by another (United States) state, U.S. territory, the District of Columbia;
K. expired photo DL or photo ID issued by another (United States) state, U.S. territory, or the District of Columbia that is within two years of the expiration date;
L. an offender identification card or similar form of identification issued by the Texas Department of Criminal Justice;
M. forms W-2 or 1099;
N. Numident record from the Social Security Administration;
O. expired Texas driver license or personal identification certificate

(expired more than two years);
- P. professional license issued by Texas state agency;
- Q. identification card issued by government agency;
- R. parole or mandatory release certificate issued by the Texas Department of Criminal Justice;
- S. federal inmate identification card;
- T. federal parole or release certificate;
- U. Medicare or Medicaid card;
- V. Selective Service card;
- W. immunization records;
- X. tribal membership card from federally recognized tribe;
- Y. Certificate of Degree of Indian Blood;
- Z. Veteran's Administration card;
- AA. hospital issued birth record; or
- AB. any document that may be added to §15.24 of this title (relating to Identification of Applicants) other than those issued to persons who are not citizens of the U.S.

*Applicants for an EIC must also be eligible to vote in Texas. That means you will have to **bring your valid voter registration card** to the office, or you will have to submit a voter registration application through the Texas Department of Public Safety at the office.*



**Note:** links to [PDF] files require Adobe Reader or another PDF viewer.

| Accessibility | Site Policies | TRAIL | TSIEC | Report Fraud, Waste or Abuse | American Recovery and Reinvestment ACT |
| Outlook Web Access | ETA Time Entry | Texas Homeland Security | Public Information Act | Compact with Texans | Espanol |
| The Governor's Committee on People with Disabilities | Personnel Complaint Process (Espanol) | Customer Survey |
| Texas Veterans Portal | Texas Fusion Center Privacy Policy | texas.gov |

© 2000-2011 Texas Department of Public Safety.