# Election Identification Certificates Available Here



**VOTETEXAS.GOV**
POWERED BY THE TEXAS SECRETARY OF STATE







2:13-cv-193
09/02/2014
**DEF0800**

TEX LR 000017