**Media/Public Outreach: Election Identification Certificates**
*Texas Department of Public Safety*
August 30, 2012 – February 14, 2014

| | |
|---|---|
| **Aug 2012 – Present** | DPS Media and Communications Office fielded a variety of media inquiries related to election identification certificates (EIC) |
| **MONTH 2012** | Posted language on DPS website explaining the status of SB14, in that it was pending litigation. |
| **06.25.13** | DPS issues statewide <u>press release</u> announcing EICs will be available at all driver license offices beginning 6.26.13. Press release explains that a photo id is now required for voting in elections in Texas; explains eligibility, application process and requirements; and other facts regarding the issuance and use of the EIC |
| **06.25.13 – Present** | SE Troopers conduct various interviews regarding EIC availability |
| 06.25.13 | DPS issues Tweet related to EICs |
| 08.02.13 | DPS issues Tweet related to EICs |
| 08.07.13 | DPS issues Tweet related to EICs |
| 08.21.13 | DPS issues Tweet related to EICs |
| 09.04.13 | DPS issues Tweet related to EICs |
| **09.13.13** | DPS issues statewide <u>press release</u>: "Select Driver License Offices Open Saturdays to Issue Election Identification Certificates" |
| 09.13.13 | DPS issues Tweet related to EICs |
| 09.13.13 | DPS issues Facebook post related to EICs |
| **09.24.13** | DPS issues statewide <u>press release</u>: "Mobile Stations to Issue Election Identification Certificates Across Texas Beginning Oct. 1" |
| 09.20.13 | DPS issues Tweet related to EICs |
| 09.24.13 | DPS issues Tweet related to EICs |
| 09.25.13 | DPS issues Facebook post related to EICs |
| 10.08.13 | DPS issues Tweet related to EICs |
| 10.21.13 | DPS issues Tweet related to EICs |

2:13-cv-193
09/02/2014
DEF0802
exhibitsticker.com

Peters
EXHIBIT NO.60
Kim Seibert

TEX I.R.000023

**Media/Public Outreach: Election Identification Certificates**
*Texas Department of Public Safety*
August 30, 2012 – February 14, 2014

| | |
|---|---|
| 10.22.13 | DPS issues Tweet related to EICs |
| 10.22.13 | DPS issues Tweet related to EICs |
| 10.23.13 | DPS issues Tweet post related to EICs |
| 10.23.13 | DPS issues Tweet post related to EICs |
| 10.23.13 | DPS issues Facebook post related to EICs |
| 10.24.13 | DPS issues Tweet post related to EICs |
| 10.24.13 | DPS issues Facebook post related to EICs |
| **10.25.13** | DPS issues statewide <u>press release</u>: "REMINDER: Select Driver License Offices Open Saturdays to Issue Election Identification Certificates; *Certificates also available at mobile stations, select county locations throughout the state"* |
| **10.25.13 – 11.05.13** | **DPS issues local press releases announcing county-run EIC operations, providing county contact information** |
| **10.25.13 – 11.05.13** | **DPS issues local press releases announcing DPS mobile station locations / schedules in counties w/o a DL Office** |
| **10.25.13 – 11.05.13** | DPS issues "In Case You Missed It" press releases highlighting Secretary of State press releases, announcing 25 mobile station locations/schedules in select areas of the state |
| 10.25.13 | DPS issues Tweet related to EICs |
| 10.25.13 | DPS issues Tweet related to EICs |
| 10.25.13 | DPS issues Facebook post related to EICs |
| 10.25.13 | DPS issues Facebook post related to EICs |
| 10.28.13 | DPS issues Tweet related to EICs |
| 10.29.13 | DPS issues Tweet related to EICs |
| 10.29.13 | DPS issues Facebook post related to EICs |
| 10.30.13 | DPS issues Tweet related to EICs |

TEX I.R.000024

**Media/Public Outreach: Election Identification Certificates**
*Texas Department of Public Safety*
August 30, 2012 – February 14, 2014

| | |
|---|---|
| 10.31.13 | DPS issues Tweet related to EICs |
| 10.31.13 | DPS issues Facebook post related to EICs |
| 11.04.13 | DPS issues Tweet related to EICs |
| 11.04.13 | DPS issues Facebook post related to EICs |
| **01.29.14** | DPS issues statewide <u>press release</u>: "DPS Reminds Texans: Election Identification Certificates Available at Driver License Offices" |
| 01.29.14 | DPS issues Tweet related to EICs |
| 01.29.14 | DPS issues Facebook post related to EICs |
| 01.29.14 | DPS issues Facebook post related to EICs |
| 01.29.14 | DPS issues Facebook post related to EICs |
| **02.03.14** | DPS issues statewide <u>press release</u>: "Select Driver License Offices Open Saturdays to Issue Election Identification Certificates; *Certificates also available at mobile stations, select county locations*" |
| 02.03.14 | DPS issues Tweet related to EICs |
| 02.03.14 | DPS issues Facebook post related to EICs |
| **02.03.14 – 03.04.14** | **DPS issues local press releases announcing county-run EIC operations, providing county contact information** |
| **02.03.14– 03.04.14** | **DPS issues local press releases announcing DPS mobile station locations / schedules in counties w/o a DL Office** |
| 02.05.14 | DPS issues Tweet related to EICs |
| 02.06.14 | DPS issues Tweet related to EICs |
| 02.06.14 | DPS issues Tweet related to EICs |
| 02.06.14 | DPS issues Facebook post related to EICs |
| 02.10.14 | DPS issues Tweet related to EICs |
| 02.10.14 | DPS issues Facebook post related to EICs |

TEX I.R.000025

**Media/Public Outreach: Election Identification Certificates**
*Texas Department of Public Safety*
August 30, 2012 – February 14, 2014

| 02.12.14 | DPS issues Tweet related to EICs |
| 02.14.14 | DPS issues Tweet related to EICs |
| 02.14.14 | DPS issues Facebook post related to EICs |