DL-14C (Rev. 3/14)

## APPLICATION FOR TEXAS ELECTION IDENTIFICATION CERTIFICATE
FOR ELECTION PURPOSES ONLY; CANNOT BE USED AS AN IDENTIFICATION CARD

**FOR DEPARTMENT USE ONLY**

ASSIGNED # _____

2:13-cv-193
09/02/2014
**DEF0803**

NOTICE: All information on this application must be completed in INK.

**APPLICANT INFORMATION**
LAST NAME: _____
FIRST NAME: _____
MIDDLE NAME: _____
SUFFIX: _____
MAIDEN NAME: _____
DATE OF BIRTH (mm/dd/yyyy): ____ - ____ - _____
SSN: _____ - ____ - _____
SEX: (Circle One)   Male   Female
EYE COLOR: _____   HAIR COLOR: _____
RACE/ETHNICITY: _____   (I) American Indian/Alaska Native
(A) Asian/Pacific Islander  (B) Black  (H) Hispanic  (O) Other  (W) White
HEIGHT: ft. ____ in. ____
WEIGHT: lbs. ____
UNITED STATES CITIZEN:   yes ____   no ____
If you are not a US citizen, you are not eligible for an Election Identification Certificate.
PLACE OF BIRTH: CITY: _____ COUNTY: _____ STATE: ____ COUNTRY: _____
FATHER'S LAST NAME: _____

**CONTACT INFORMATION**
HOME PHONE: _____
OTHER PHONE: _____
EMAIL: _____

**ADDRESS INFORMATION**
RESIDENCE ADDRESS: _____
CITY: _____ STATE: ____
ZIP CODE: _____ COUNTY: _____
MAILING ADDRESS: _____
CITY: _____ STATE: ____
ZIP CODE: _____ COUNTY: _____

MOTHER'S MAIDEN NAME: _____

**INFORMATION REQUIRED FROM ALL APPLICANTS:**

YES  NO
1. ☐ ☐  Are you presenting a voter registration card today?
2. ☐ ☐  If not, are you registering to vote?
   By providing my electronic signature, I understand the personal information on my application form and my electronic signature will be used for submitting my voter's registration application to the Texas Secretary of State's office. Wanting to register to vote, I authorize the Department of Public Safety to transfer this information to the Texas Secretary of State.
3. ☐ ☐  Do you have a Texas driver license or learner license (unexpired, or expired for no more than 60 days)?
4. ☐ ☐  Do you have a Texas identification card (unexpired, or expired for no more than 60 days)?
5. ☐ ☐  Do you have a Texas concealed handgun license (unexpired, or expired for no more than 60 days)?
6. ☐ ☐  Do you have a US passport (unexpired, or expired for no more than 60 days)?
7. ☐ ☐  Do you have a US citizenship certificate that contains your photograph?
8. ☐ ☐  Do you have a US military identification card that contains your photograph (unexpired, or expired for no more than 60 days)?

If answering "yes" to questions 3 through 8, you are not eligible to receive a Texas Election Identification Certificate.

**CERTIFICATION**
I do solemnly swear, affirm, or certify that I am the person named herein and that the statements on this application are true and correct.

X _____   Date: _____

**VERIFICATION**
Sworn to and subscribed before me this ____ day of _____, _____

Notary Public in and for the State of Texas or Authorized Officer

Peters
EXHIBIT NO. 101
Kim Seibert

FRONT

DL-14C (Rev. 3/14)

### Who IS eligible to apply for a Texas Election Identification Certificate?

The department shall issue an election identification certificate upon request to persons who **do not** have one of the forms of acceptable photo identification listed above, and are:

- A registered voter in Texas and present a valid voter registration, or are eligible to vote and submit a voter registration application to the Department.
- A United States citizen.
- A resident of Texas.
- At least 17 years and 10 months of age.

### Who is NOT eligible to apply for a Texas Election Identification Certificate?

Any persons issued one of the following documents are not eligible for an election identification certificate:

- Texas driver license (includes occupational license with photograph) – unexpired, or expired less than 60 days.
- Texas identification card – unexpired, or expired less than 60 days.
- Texas concealed handgun license – unexpired, or expired less than 60 days.
- United States military identification card containing the person's photograph.
- United States passport – unexpired, or expired less than 60 days.
- United States citizenship certificate containing the person's photograph.
- Persons who are **not** United States citizens (i.e. permanent residents, asylees, refugees or temporary visitors).

### Section 521A of the Texas Transportation Code states that:

- An election identification certificate may not be used or accepted as a personal identification certificate.
- The department may not collect a fee for an election identification certificate or a duplicate election identification certificate issued under this section.
- The department may require each applicant for an original or renewal election identification certificate to furnish to the department proof of identification and US citizenship.
- The department may cancel and require surrender of an election identification certificate after determining that the holder was not entitled to, or gave incomplete information in the application for, the election identification certificate.

### SOCIAL SECURITY NUMBER COLLECTION DISCLOSURE

Disclosure of your social security account number is mandatory for driver license applicants, but voluntary for identification card and election identification certificate applicants. This information is solicited pursuant to 42 U.S.C 405(c)(2)(C)(i), 42 U.S.C. 666(a)(13)(A); 49 C.F.R. 383.153, Texas Family Code Section 231.302(c)(1) and Texas Transportation Code Sections 522.021 and 521.142. The Department will use social security account number information for identification purposes and will only release the number to the Child Support Enforcement Division of the Attorney General's Office, the U.S Selective Service Administration, the Texas Secretary of State and the Health and Human Services Commission for statutorily authorized purposes pursuant to Texas Transportation Code Section 521.044.