Demographics Charts








Analysis - Issuance

| Station Type | Count |
| --- | --- |
| ? | 2 |
| DL Mobile | 21 |
| DL Office | 30 |
| **Grand Total** | **53** |

Applicant Demographics

| Race | Count |
|---|---|
| BLACK | 20 |
| WHITE | 17 |
| HISPANIC | 13 |
| AMERICAN INDIAN/ALASKAN NATIVE | 2 |
| OTHER | 1 |
| **Grand Total** | **53** |

| Gender | Count |
|---|---|
| F | 25 |
| M | 28 |
| (blank) |  |
| **Grand Total** | **53** |

| Age | Count |
|---|---|
| <20 or (blank) | 5 |
| 20-29 | 5 |
| 30-39 | 3 |
| 40-49 | 11 |
| 50-59 | 15 |
| 60-69 | 7 |
| 70-79 | 2 |
| 80-89 | 2 |
| 90-100 | 3 |
| **Grand Total** | **53** |

| County | Count |
|---|---|
| ANDERSON | 2 |
| BEE | 1 |
| CAMERON | 2 |
| CHEROKEE | 1 |
| DALLAS | 12 |
| EL PASO | 3 |
| GRIMES | 1 |
| HARRIS | 8 |
| HIDALGO | 2 |
| LAMPASAS | 1 |
| SCURRY | 1 |
| TARRANT | 9 |
| TRAVIS | 2 |
| UVALDE | 1 |
| WALLER | 2 |
| WEBB | 4 |
| ZAVALA | 1 |
| **Grand Total** | **53** |

Issuance Tracking Data

| App Count | EIC # | Name of Applicant | Location Issued | Type of Station | Wk # | Application Date | LRS Validated | Mailed | Packet to OGC | Age | Race | Sex | Zip Code | County |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 37421940 | Luthy, Preston Williamson | Dallas - East | DL Office | 27 | 7/5/2013 | 7/8/2013 | 7/15/2013 | | 18 | WHITE | M | 75214 | DALLAS |
| 2 | 37436619 | Machen, Nolan Orval | Lampasas | DL Office | 28 | 7/10/2013 | 7/11/2013 | 7/16/2013 | | 90 | WHITE | M | 76550 | LAMPASAS |
| 3 | 37463029 | Horn, Lottie D | Jacksonville | DL Office | 29 | 7/16/2013 | 7/17/2013 | 7/22/2013 | | 92 | BLACK | F | 75766 | CHEROKEE |
| 4 | 37478594 | Stubenthal, Michael Ryan | Beeville | DL Office | 29 | 7/18/2013 | 7/19/2013 | 7/26/2013 | | 58 | WHITE | M | 78389 | BEE |
| 5 | 37498207 | Benitez, Novella Goswick | Snyder | DL Office | 30 | 7/23/2013 | 8/1/2013 | 8/7/2013 | | 90 | WHITE | F | 79549 | SCURRY |
| 6 | 37503720 | Barron, Robert James | Austin - Northwest | DL Office | 30 | 7/24/2013 | 7/25/2013 | 7/30/2013 | | 74 | WHITE | M | 78732 | TRAVIS |
| 7 | 37553432 | Huntsberger, Robin Derek | Carrollton | DL Office | 32 | 8/5/2013 | 8/8/2013 | 8/12/2013 | | 28 | WHITE | M | 75234 | DALLAS |
| 8 | 37628296 | Samora, Maria Ines | Uvalde | DL Office | 34 | 8/21/2013 | 8/22/2013 | 8/27/2013 | | 49 | HISPANIC | F | 78801 | UVALDE |
| 9 | 37703621 | Jernigan, Donna Belle | Hurst | DL Office | 37 | 9/12/2013 | 9/13/2013 | 9/20/2013 | | 81 | WHITE | F | 76021 | TARRANT |
| 10 | 37710873 | Delgado, Monica | Dallas - Southwest | DL Office | 37 | 9/14/2013 | Not Valid | Not mailed | | 18 | HISPANIC | F | 75211 | DALLAS |
| 11 | 37734307 | Thompson, Charles | Garland North | DL Office | 38 | 9/21/2013 | 9/24/2013 | 9/27/2013 | | 61 | WHITE | M | 75243 | DALLAS |
| 12 | 37734308 | Bible, Herbert Michael | Fort Worth | DL Office | 38 | 9/21/2013 | 9/24/2013 | 9/27/2013 | | 58 | WHITE | M | 76104 | TARRANT |
| 13 | 37747932 | Pecina, Jorge Antonio | Weslaco | DL Office | 39 | 9/25/2013 | 9/26/2013 | 9/30/2013 | | 37 | HISPANIC | M | 78596 | HIDALGO |
| 14 | 37753136 | Clark, Arthur Vernon | Austin - South | DL Office | 39 | 9/27/2013 | 10/7/2013 | 10/11/2013 | | 55 | BLACK | M | 78723 | TRAVIS |
| 15 | 37757880 | Figueroa, Jose Luis | Harlingen | DL Office | 39 | 9/28/2013 | 7/25/2013 | 10/7/2013 | | 60 | HISPANIC | M | 78552 | CAMERON |
| 16 | 37757881 | Allee, Bethlyn Gay | Spring | DL Office | 39 | 9/28/2013 | 10/2/2013 | 10/3/2013 | | 52 | WHITE | F | 77389 | HARRIS |
| 17 | 37766194 | Johnson, Rickey | Fort Worth - South | DL Office | 40 | 10/1/2013 | 10/2/2013 | 10/4/2013 | | 54 | BLACK | M | 76116 | TARRANT |
| 18 | 37766737 | Garcia, Daisy Elizabeth | El Paso - Scott Simp | DL Office | 40 | 10/1/2013 | 10/2/2013 | 10/3/2013 | | 18 | HISPANIC | F | 79935 | EL PASO |
| 19 | 37766298 | Cannon, Joy Stansberry | Fort Worth - South | DL Office | 40 | 10/1/2013 | 10/2/2013 | 10/3/2013 | | 57 | BLACK | F | 76107 | TARRANT |
| 20 | 37766614 | Lambert, Leon II | Arlington | DL Office | 40 | 10/1/2013 | 10/2/2013 | 10/3/2013 | | 32 | BLACK | M | 76134 | TARRANT |
| 21 | 37766530 | Flemons, Jaqueline R | Arlington | DL Office | 40 | 10/1/2013 | 10/2/2013 | 10/3/2013 | | 49 | BLACK | F | 76105 | TARRANT |
| 22 | 37766587 | Duggan, Martha Irene | El Paso - Gateway | DL Mobile | 40 | 10/1/2013 | 10/3/2013 | 10/3/2013 | | 43 | HISPANIC | F | 79905 | EL PASO |
| 23 | 37770909 | Casuil, Vivian | El Paso - Northwest | DL Mobile | 40 | 10/2/2013 | 10/3/2013 | 10/3/2013 | | 57 | OTHER | F | 79912 | EL PASO |
| 24 | 37772411 | Dubose, Karen Alice | Houston - Gessner | DL Office | 40 | 10/3/2013 | 10/7/2013 | 10/7/2013 | | 51 | WHITE | F | 77036 | HARRIS |
| 25 | 37775477 | Carter, Keith Devon | Dallas - East | DL Mobile | 40 | 10/3/2013 | 10/4/2013 | 10/7/2013 | | 47 | BLACK | M | 75216 | DALLAS |
| 26 | 37775476 | Davis, Horace Earl | Dallas - East | DL Mobile | 40 | 10/3/2013 | 10/4/2013 | 10/7/2013 | | 51 | BLACK | M | 75216 | DALLAS |
| 27 | 37780786 | McDowell, Gary Lynn | Hurst | DL Mobile | 40 | 10/5/2013 | 10/7/2013 | 10/10/2013 | 10/10/2013 | 59 | WHITE | M | 76180 | TARRANT |
| 28 | 37780785 | Robledo, Mark Anthony | Weslaco | DL Office | 40 | 10/5/2013 | 10/7/2013 | 10/10/2013 | 10/10/2013 | 21 | HISPANIC | M | 78596 | HIDALGO |
| 29 | 37781777 | Hargis, Glen Edward | Dallas - East | ? | 41 | 10/7/2013 | 10/10/2013 | 10/14/2013 | 10/14/2013 | 67 | WHITE | M | 75081 | DALLAS |
| 30 | 37785467 | Baquet Williams, Brigette | Region 1 | DL Mobile | 41 | 10/7/2013 | 10/10/2013 | 10/10/2013 | 10/10/2013 | 52 | BLACK | F | 75241 | DALLAS |
| 31 | 37783739 | McNerney, Marie Mae | Palestine | DL Office | 41 | 10/7/2013 | 10/7/2013 | 10/10/2013 | 10/14/2013 | 85 | WHITE | F | 75839 | ANDERSON |
| 32 | 37783449 | Grainger, Carol Sue | Palestine | DL Office | 41 | 10/7/2013 | 10/14/2013 | 10/14/2013 | 10/14/2013 | 66 | WHITE | F | 75803 | ANDERSON |
| 33 | 37784946 | Kyles, Marlon Dion | Houston - Gessner | DL Mobile | 41 | 10/7/2013 | 10/11/2013 | 10/11/2013 | 10/14/2013 | 44 | BLACK | M | 77029 | HARRIS |
| 34 | 37788222 | Beaver, Ricky | Fort Worth | DL Office | 41 | 10/8/2013 | 10/11/2013 | 10/11/2013 | 10/14/2013 | 45 | INDIAN/ALASH | M | 76001 | TARRANT |
| 35 | 37789737 | Hardemon, Johnny Frank | Carrollton | ? | 41 | 10/8/2013 | 10/14/2013 | 10/14/2013 | 10/16/2013 | 43 | BLACK | M | 75215 | DALLAS |
| 36 | 37789097 | Duncan, Angel Danielle | Region 2 | DL Mobile | 41 | 10/8/2013 | 10/9/2013 | 10/10/2013 | 10/10/2013 | 20 | BLACK | F | 77446 | WALLER |
| 37 | 37789244 | Lebeauf, Sidney Edward | Region 2 | DL Mobile | 41 | 10/8/2013 | 10/9/2013 | 10/10/2013 | 10/10/2013 | 20 | BLACK | M | 77446 | WALLER |
| 38 | 37789266 | Gandara, Ralph | Region 2 | DL Mobile | 41 | 10/8/2013 | 10/9/2013 | 10/10/2013 | 10/10/2013 | 61 | INDIAN/ALASH | M | 77093 | HARRIS |
| 39 | 37789210 | Rojas, Amber Marie | Brownsville Public L | DL Mobile | 41 | 10/8/2013 | 10/10/2013 | 10/10/2013 | | 18 | HISPANIC | F | 78521 | CAMERON |
| 40 | 37789483 | Rich, Stephanie Regina | Arlington | DL Office | 41 | 10/8/2013 | 10/10/2013 | 10/10/2013 | 10/15/2013 | 44 | BLACK | F | 76006 | TARRANT |
| 41 | 37790708 | Covington, Olinda Hardy IX | Houston - Winkler | DL Office | 41 | 10/9/2013 | 10/10/2013 | 10/14/2013 | 10/14/2013 | 64 | BLACK | M | 77099 | HARRIS |
| 42 | 37797318 | Bennett, Earnest Lee | Navasota | DL Mobile | 41 | 10/10/2013 | 10/11/2013 | 10/15/2013 | | 72 | BLACK | M | 77868 | GRIMES |
| 43 | 37797747 | Cook, Cameron Camille | Dallas - East | DL Mobile | 41 | 10/10/2013 | 10/15/2013 | 10/15/2013 | | 22 | BLACK | F | 75215 | DALLAS |
| 44 | 37798305 | Tucker, Joyce Elaine | Garland | DL Mobile | 41 | 10/11/2013 | 10/16/2013 | 10/16/2013 | | 59 | BLACK | F | 75203 | DALLAS |
| 45 | 37803028 | Marlin, Christina | Harris County North | DL Mobile | 41 | 10/11/2013 | 10/15/2013 | Not Mailed | | 39 | BLACK | F | 77016 | HARRIS |
| 46 | 37803351 | Martinez, Emillio | Laredo | DL Mobile | 41 | 10/11/2013 | 10/14/2013 | 10/15/2013 | | 44 | HISPANIC | M | 78040 | WEBB |
| 47 | 37803352 | Vela, Sandra | Laredo | DL Mobile | 41 | 10/11/2013 | 10/16/2013 | 10/16/2013 | | 52 | HISPANIC | F | 78046 | WEBB |
| 48 | 37803353 | Martinez, Abel | Laredo | DL Mobile | 41 | 10/11/2013 | 10/16/2013 | 10/16/2013 | | 40 | HISPANIC | M | 78043 | WEBB |
| 49 | 37803354 | Salinas, Raymundo | Laredo | DL Mobile | 41 | 10/11/2013 | | | | 42 | HISPANIC | M | 78043 | WEBB |
| 50 | 37803357 | Surratt, Marla | Dallas - East | DL Office | 41 | 10/12/2013 | 10/15/2013 | 10/16/2013 | | 50 | WHITE | F | 75180 | DALLAS |
| 51 | 37803355 | Mack, Richard III | Region 2 | DL Mobile | 41 | 10/12/2013 | 10/16/2013 | 10/16/2013 | | 55 | BLACK | M | 77099 | HARRIS |
| 52 | 37806442 | Allison, Dorthy Catherine | Region 2 | DL Mobile | 42 | 10/14/2013 | 10/16/2013 | 10/16/2013 | | 66 | WHITE | F | 77065 | HARRIS |
| 53 | 37809513 | Aguirre, Anita Marie | Crystal City | DL Office | 42 | 10/15/2013 | | | | 18 | HISPANIC | F | 78839 | ZAVALA |

| # Applied | 53 |
|---|---|
| # In Process | 2 |
| # Not Valid | 3 |
| # Validated | 48 |

As of 15:01 Oct 16, 2013

Validation packet for EIC #

0697_TEX00478635.xlsx

Data Dictionary

| Column Name | Explaination | Source |
|---|---|---|
| App Count | Provides a running count of the number of applications received by DLD | |
| EIC # | Unique Document number assigned to the Election Certificate | |
| Name of Applicant | Name used on application by an applicant for an EIC | |
| Location Issued | Gives a geographic location either by specific site or region an EIC application is processed | |
| Type of Station | One of three options: DL Office - Established office which conducts normal DLD transaction processing, DL Mobile - Location set up specifically for EIC issuance outside a normal DL office, or County - station operated by employees of a county and NOT DL employees | |
| Wk # | Indicates the week of the year in which an application was received (Week 1 is the first 4-day week of the calendar year. Sunday is the first day of the week) | |
| Application Date | Indicates the date an application was received by an EIC station | |
| LRS Validated | Indicates the date an application was reviewed at HQ for validity. May also indicate that an application, upon review at HQ, did not meet requirements and is not valid. | |
| Mailed | Indicates the date an EIC was mailed after being validated. May also indicate that, due to being an invalid application, that the EIC was not mailed. Dates are approximate due to procedural changes in processing. | |
| Packet to OGC | Indicates that the documentation for valid issuances got sent to OGC | |
| Age | Indicates the applicant's age at the time of application | |
| Race | Indicates the applicant's race | |
| Sex | Indicates the applicant's gender | |
| Zip Code | Indicates the zip code of the applicant's physical address | |
| County | Indicates the name of the county for the applicant's physical address | |

Demographics

| App Count | EIC # | Date of Applic | Name of Applicant | DOB | Age | Race | Sex | Street 1: | Street 2: | City: | State: | Zip Code: | County: |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 37421940 | 7/5/2013 | Luthy, Preston Williamson | 4/21/1995 | 18 | WHITE | M | 714 DUMONT ST | | DALLAS | TX | 75214 | DALLAS |
| 2 | 37436619 | 7/10/2013 | Machen, Nolan Orval | 2/25/1923 | 90 | WHITE | M | 8958 N US HWY 281 | | LAMPASAS | TX | 76550 | LAMPASAS |
| 3 | 37463029 | 7/16/2013 | Horn, Lottie D | 3/30/1921 | 92 | BLACK | F | 305 BONITA ST | | JACKSONVILLE | TX | 75766 | CHEROKEE |
| 4 | 37478594 | 7/18/2013 | Stubenthal, Michael Ryan | 11/6/1954 | 58 | WHITE | M | 6450 HWY 181 | | SKIDMORE | TX | 78389 | BEE |
| 5 | 37498207 | 7/23/2013 | Benitez, Novella Goswick | 2/18/1923 | 90 | WHITE | F | 204 34TH ST | | SNYDER | TX | 79549 | SCURRY |
| 6 | 37503720 | 7/24/2013 | Barron, Robert James | 8/9/1939 | 74 | WHITE | M | 12501 LONGHORN PKWY | | AUSTIN | TX | 78732 | TRAVIS |
| 7 | 37553432 | 8/5/2013 | Huntsberger, Robin Derek | 4/8/1985 | 28 | WHITE | M | 13671 HEARTSIDE PL | | FARMERS BRANCH | TX | 75234 | DALLAS |
| 8 | 37628296 | 8/21/2013 | Samora, Maria Ines | 7/13/1964 | 49 | HISPANIC | F | 553 FLORES ST | | UVALDE | TX | 78801 | UVALDE |
| 9 | 37703621 | 9/12/2013 | Jernigan, Donna Belle | 12/12/1931 | 81 | WHITE | F | 2616 SHADY GROVE DR | | BEDFORD | TX | 76021 | TARRANT |
| 10 | 37734307 | 9/21/2013 | Thompson, Charles | 4/4/1952 | 61 | WHITE | M | 9355 FOREST LN # 126 | | DALLAS | TX | 75243 | DALLAS |
| 11 | 37734308 | 9/21/2013 | Bible, Herbert Michael | 5/21/1955 | 58 | WHITE | M | 802 S MAIN ST | | FORT WORTH | TX | 76104 | TARRANT |
| 12 | 37747932 | 9/25/2013 | Pecina, Jorge Antonio | 4/3/1976 | 37 | HISPANIC | M | 101 N. PINO | | WESLACO | TX | 78596 | HIDALGO |
| 13 | 37753136 | 9/27/2013 | Clark, Arthur Vernon | 9/18/1958 | 55 | BLACK | M | 4803 LOYOLA LN #215 | | AUSTIN | TX | 78723 | TRAVIS |
| 14 | 37757880 | 9/28/2013 | Figueroa, Jose Luis | 12/7/1952 | 60 | HISPANIC | M | 2801 CALLE CONDESA | | HARLINGEN | TX | 78552 | CAMERON |
| 15 | 37757881 | 9/28/2013 | Allee, Bethlyn Gay | 12/14/1960 | 52 | WHITE | F | 22831 MOSSY OAKS | | SPRING | TX | 77389 | HARRIS |
| 16 | 37766194 | 10/1/2013 | Johnson, Rickey | 8/3/1959 | 54 | BLACK | M | 2332 RIDGMAR BLVD | APT #167 | FORT WORTH | TX | 76116 | TARRANT |
| 17 | 37766737 | 10/1/2013 | Garcia, Daisy Elizabeth | 12/25/1994 | 18 | HISPANIC | F | 3021 JARVIS | | EL PASO | TX | 79935 | EL PASO |
| 18 | 37766298 | 10/1/2013 | Cannon, Joy Stansberry | 4/18/1956 | 57 | BLACK | F | 5308 BLACKMORE AVE | | FORT WORTH | TX | 76107 | TARRANT |
| 19 | 37766614 | 10/1/2013 | Lambert, Leon II | 12/11/1980 | 32 | BLACK | M | 1100 CASTLE SPRINGS RD | | FORT WORTH | TX | 76134 | TARRANT |
| 20 | 37766530 | 10/1/2013 | Flemons, Jaqueline R | 8/21/1964 | 49 | BLACK | F | 4324 CRENSHAW AVE | | FORT WORTH | TX | 76105 | TARRANT |
| 21 | 37766587 | 10/1/2013 | Duggan, Martha Irene | 7/2/1970 | 43 | HISPANIC | F | 3216 RIVERA APT 5 | | EL PASO | TX | 79905 | EL PASO |
| 22 | 37770909 | 10/2/2013 | Casull, Vivian | 1/22/1956 | 57 | OTHER | F | 601 S MESA HILLS APT 1213 | | EL PASO | TX | 79912 | EL PASO |
| 23 | 37772411 | 10/3/2013 | Dubose, Karen Alice | 1/30/1962 | 51 | WHITE | F | 9840 BISSONNET ST | | HOUSTON | TX | 77036 | HARRIS |
| 24 | 37775477 | 10/3/2013 | Carter, Keith Devon | 10/26/1965 | 47 | BLACK | M | 1254 HARLANDALE | | DALLAS | TX | 75216 | DALLAS |
| 25 | 37775476 | 10/3/2013 | Davis, Horace Earl | 11/12/1961 | 51 | BLACK | M | 4135 ELKHORN TRAIL | | DALLAS | TX | 75216 | DALLAS |
| 26 | 37780786 | 10/5/2013 | McDowell, Gary Lynn | 1/13/1954 | 59 | WHITE | M | 7000 MEADOW PARK DR S | | N RICHLAND HILLS | TX | 76180 | TARRANT |
| 27 | 37780785 | 10/5/2013 | Robledo, Mark Anthony | 4/12/1992 | 21 | HISPANIC | M | 2604 S BRIDGE | | WESLACO | TX | 78596 | HIDALGO |
| 28 | 37781777 | 10/7/2013 | Hargis, Glen Edward | 10/7/1946 | 67 | WHITE | M | 1115 E SPRING VALLEY | | RICHARDSON | TX | 75081 | DALLAS |
| 29 | 37785467 | 10/7/2013 | Baquet Williams, Brigette | 11/10/1960 | 52 | BLACK | F | 5185 CARDIFF ST | | DALLAS | TX | 75241 | DALLAS |
| 30 | 37783739 | 10/7/2013 | McNerney, Marie Mae | 9/26/1928 | 85 | WHITE | F | 216 JONES RD | | ELKHART | TX | 75839 | ANDERSON |
| 31 | 37783449 | 10/7/2013 | Grainger, Carol Sue | 1/22/1947 | 66 | WHITE | F | 2289 N STATE HWY 19 | | PALESTINE | TX | 75803 | ANDERSON |
| 32 | 37784946 | 10/7/2013 | Kyles, Marion Dion | 7/14/1969 | 44 | BLACK | M | 1410 DEMAREE LN | | HOUSTON | TX | 77029 | HARRIS |
| 33 | 37788222 | 10/8/2013 | Beaver, Ricky | 4/8/1968 | 45 | AMERICAN IN | M | 6016 S COOPER #109 | | ARLINGTON | TX | 76001 | TARRANT |
| 34 | 37789737 | 10/8/2013 | Hardemon, Johnny Frank | 2/26/1970 | 43 | BLACK | M | 3333 EDGEWOOD ST 1204 | | DALLAS | TX | 75215 | DALLAS |
| 35 | 37789097 | 10/8/2013 | Duncan, Angel Danielle | 10/28/1992 | 20 | BLACK | F | UNIVERSITY VIEW 313B | | PRAIRIE VIEW | TX | 77446 | WALLER |
| 36 | 37789244 | 10/8/2013 | Lebeauf, Sidney Edward | 6/6/1993 | 20 | BLACK | M | UNIVER VILLAGE PHASE 3 RM 2932 | | PRAIRIE VIEW | TX | 77446 | WALLER |
| 37 | 37789266 | 10/8/2013 | Gandara, Ralph | 3/14/1952 | 61 | AMERICAN IN | M | 1903 SKINNER ROAD | | HOUSTON | TX | 77093 | HARRIS |
| 38 | 37789210 | 10/8/2013 | Rojas, Amber Marie | 7/1/1995 | 18 | HISPANIC | F | 3038 E 21ST | | BROWNSVILLE | TX | 78521 | CAMERON |
| 39 | 37789483 | 10/8/2013 | Rich, Stephanie Regina | 11/27/1968 | 44 | BLACK | F | 906 ELLSWORTH LANE | APT 7301 | ARLINGTON | TX | 76006 | TARRANT |
| 40 | 37790708 | 10/9/2013 | Covington, Olinda Hardy IX | 9/24/1949 | 64 | BLACK | F | 9008 WILCREST DR | | HOUSTON | TX | 77099 | HARRIS |
| 41 | 37799318 | 10/10/2013 | Bennett, Earnest Lee | 8/23/1941 | 72 | BLACK | M | 1104 CENTER STREET | | NAVASOTA | TX | 77868 | GRIMES |
| 42 | 37793747 | 10/10/2013 | Cook, Cameron Camille | 1/18/1991 | 22 | BLACK | F | 2843 SOUTHLAND ST | | DALLAS | TX | 75215 | DALLAS |
| 43 | 37798305 | 10/10/2013 | Tucker, Joyce Elaine | 6/13/1954 | 59 | BLACK | F | 1036 CORINTHE RD #A | | DALLAS | TX | 75203 | DALLAS |
| 44 | 37803028 | 10/11/2013 | Marlin, Christina | 7/24/1974 | 39 | BLACK | F | 7170 PARKER ROAD APT 300 | | HOUSTON | TX | 77016 | HARRIS |
| 45 | 37803351 | 10/11/2013 | Martinez, Emillio | 6/19/1969 | 44 | HISPANIC | M | 3105 CHACON HWY 359 | | LAREDO | TX | 78040 | WEBB |
| 46 | 37803352 | 10/11/2013 | Vela, Sandra | 5/12/1961 | 52 | HISPANIC | F | 5606 SAINT DAVID LN #1428 | | LAREDO | TX | 78046 | WEBB |
| 47 | 37803353 | 10/11/2013 | Martinez, Abel | 6/3/1973 | 40 | HISPANIC | M | 4301 JAIME ZAPATA MEMORIA HWY | | LAREDO | TX | 78043 | WEBB |
| 48 | 37803354 | 10/11/2013 | Salinas, Raymundo | 1/21/1971 | 42 | HISPANIC | M | 3403 LYON ST | | LAREDO | TX | 78043 | WEBB |
| 49 | 37803357 | 10/12/2013 | Surratt, Maria | 11/8/1962 | 50 | WHITE | F | 11818 ELEANOR | | BALCH SPRINGS | TX | 75180 | DALLAS |

☐ Application not validated & not included in external demographic data.

▨ Information excluded from external demographic reports

As of 11:08 Oct 14, 2013