**HIGHLY CONFIDENTIAL**



Penny Pope
J.P. # 2
**Galveston County Justice Center**
If this card is found, please call 409.766.2322 to return

CHERYL E. JOHNSON
VOTER REGISTRAR
Galveston (409) 766-2280
Toll Free  (888) 976-2280
P.O. BOX 1169
GALVESTON, TX 77553

Secretary of State's Office
Elections Division
1-800-252-VOTE (8683)

PRESORTED
FIRST CLASS MAIL
U.S. POSTAGE PAID
LUBBOCK, TEXAS
PERMIT #30
T42/P42243

1032569317

RETURN SERVICE REQUESTED

**VOTER REGISTRATION CERTIFICATE**
(Certificado de Registro Electoral)
GALVESTON COUNTY (Condado)

| VUID | Gender (Sexo) | Valid from (Válido desde) |
|---|---|---|
| 1032569317 | F | 01/01/2014 |
| Year of Birth | Prec. No. | thru (hasta) |
|  | 314 | 12/31/2015 |

| USREP | STSEN | STREP | COMM | JP |
|---|---|---|---|---|
| 14 | 11 | 23 | 3 | 3 |
| CITY | SCHOOL | COLG |  |  |
| C302 | S104 | J010 |  |  |

POPE, PENNY LYNNE

X 

PENNY LYNNE POPE

VOTER MUST PERSONALLY SIGN HIS/HER NAME IMMEDIATELY UPON RECEIPT, IF ABLE
(El votante debe firmar esta tarjeta personalmente al recibirla, si puede)

2:13-cv-193
09/02/2014
**DEF0806**


EXHIBIT NO. 2
Pope
07-24-14

Veasey00019

File ▾ | Voter ▾ | Task ▾ | Utilities ▾ | Help ▾ **Voter Registratio**

## Voter View

**State:** TX **Plan:** STATEPLAN25

**Voter County Record:** 03/01/1983 - GALVESTON [Go] **VUID:** 1032569317

[Data Entry] [Previous Screen]

**Valid From:** 01/01/2014 **Status:** Active **Home Precinct:**

**Name**
POPE, PENNY LYNNE

**Residential Address**
1614 AVE O
GALVESTON, TX 77550
GALVESTON

**Mailing Address**
See Residential.

**Misc.**
ID: [redacted]
SSN:
DOB: 11/07/1952
Reg Date: 01/30/1983
Gender: Female
EDR: 03/01/1983
Suppressed: No
Stat Chg: 11/29/2005

[Edit Street Index] [Recheck Address]

Elections | Activity | Districts | Notes

**Election:** [Go] **Ballot Style:** **Ballot Type:**

**Election Name:**

Election Day Polling Place
**Name:**
**Location:**
**Address:**
**Accessibility:**

1-21 of 21 Items — Ballot Activity

| Name | Envelope ID | Date |
|---|---|---|
| ED | | 05/10/2008 |
| ED | | 12/16/2009 |
| ED | | 11/08/2011 |
| ED | | 03/12/2002 |
| ED | | 03/09/2004 |
| ED | | 11/02/2004 |
| ED | | 11/02/2010 |
| ED | | 05/29/2012 |
| ED | | 11/08/2005 |
| ED | | 03/07/2006 |
| ED | | 04/11/2006 |
| ED | | 11/07/2006 |
| ED | | 05/12/2007 |
| ED | | 03/14/2008 |
| ED | | 11/04/2008 |
| ED | | 04/13/2010 |
| ED | | 11/05/2013 |
| ED | | 06/19/2010 |
| ED | | 03/04/2014 |
| EV | | 02/26/2010 |
| EV | | 10/23/2012 |

EXHIBIT NO. 3
Pope
07-24-14
jmsteno.com

