# Texas Politics
Voter Identification (February 2011)



Do you agree or disagree that registered voters should be required to present a government-issued photo ID before they can be allowed to vote? (February 2011)

The MOE for the sample (n=797) is +/- 3.47

- Agree: 75%
- Disagree: 17%
- Don't know: 8%

Mouse-over for notes about the data

2:13-cv-193 09/02/2014 DEF0812


EXHIBIT NO. 8
Pope
07-24-14

file:///G:/USER/SSC1/Voter%20I.D/VOTER%20ID%202013/VEASEY%20-%20LEAD%20CASE/Discovery/Depositions/Deposition%20Materials/Non-Leg%20Depos/Texas%20Politics%20Slides/Texas%20Politics... 1/1

# Texas Politics
Voter Identification (February 2011)



