DL-14C (Dec 2011)

# APPLICATION FOR TEXAS ELECTION CERTIFICATE
### FOR ELECTION PURPOSES ONLY; CANNOT BE USED AS AN IDENTIFICATION CARD

**FOR DEPARTMENT USE ONLY**

ASSIGNED # _____

**NOTICE:** All information on this application must be completed in INK.

**APPLICANT INFORMATION**

LAST NAME:

FIRST NAME:

MIDDLE NAME:

SUFFIX:

MAIDEN NAME:

DATE OF BIRTH (mm/dd/yyyy): ___ - ___ - ___

SSN: ___ - ___ - ___

SEX: (Circle One)   Male       Female

EYE COLOR: _____   HAIR COLOR: _____

RACE:

HEIGHT: ft. ___   in. ___

WEIGHT: lbs. ___

UNITED STATES CITIZEN:   yes ___   no ___

If you are not a US citizen, you are not eligible for an Election Certificate

PLACE OF BIRTH: CITY: ___   COUNTY: ___   STATE: ___   COUNTRY: ___

FATHER'S LAST NAME: ___

**CONTACT INFORMATION**

HOME PHONE:

OTHER PHONE:

EMAIL:

**ADDRESS INFORMATION**

RESIDENCE ADDRESS:

CITY: ___   STATE: ___

ZIP CODE: ___   COUNTY: ___

MAILING ADDRESS:

CITY: ___   STATE: ___

ZIP CODE: ___   COUNTY: ___

MOTHER'S MAIDEN NAME: ___

**INFORMATION REQUIRED FROM ALL APPLICANTS:**

| | YES | NO | |
|---|---|---|---|
| 1. | ☐ | ☐ | Are you presenting a voter registration card today? |
| 2. | ☐ | ☐ | Are you eligible and registering to vote today? |
| 3. | ☐ | ☐ | Do you have a Texas driver license or instruction permit (unexpired, or expired for no more than 60 days)? |
| 4. | ☐ | ☐ | Do you have a Texas identification card (unexpired, or expired for no more than 60 days)? |
| 5. | ☐ | ☐ | Do you have a Texas concealed handgun license (unexpired, or expired for no more than 60 days)? |
| 6. | ☐ | ☐ | Do you have a US passport (unexpired, or expired for no more than 60 days)? |
| 7. | ☐ | ☐ | Do you have a US citizenship certificate that contains your photograph? |
| 8. | ☐ | ☐ | Do you have a US military identification card that contains your photograph (unexpired, or expired for no more than 60 days)? |

If answering "yes" to questions 3 through 8, you are not eligible to receive a Texas Election Certificate.

## CERTIFICATION

I do solemnly swear, affirm, or certify that I am the person named herein and that the statements on this application are true and correct.

X_____   Date: _____

## VERIFICATION

Sworn to and subscribed before me this _____ day of _____, _____

Notary Public in and for the State of Texas or Authorized Officer

## FOR DEPARTMENT USE ONLY

Document Presented:_____   Document Number:_____   Issuing Agency:_____

Document Presented:_____   Document Number:_____   Issuing Agency:_____

Document Presented:_____   Document Number:_____   Issuing Agency:_____

FRONT

2:13-cv-193
09/02/2014
**DEF0814**


Rodriguez
EXHIBIT NO. 104
Kim Seibert

TX_00214307

TEX00214307

DL-14C (Dec 2011)

## Who IS eligible to apply for a Texas Election Certificate?

The department shall issue an election certificate upon request to persons who **do not** have one of the forms of acceptable photo identification listed above, and are:

- o A registered voter in Texas and present a valid voter registration, or are eligible to vote and submit a voter registration application to the Department.
- o A United States citizen.
- o A resident of Texas.
- o At least 17 years and 10 months of age.

## Who is NOT eligible to apply for a Texas Election Certificate?

Any persons issued one of the following documents are not eligible for an election certificate:

- o Texas driver license (includes occupational license with photograph) – unexpired, or expired less than 60 days.
- o Texas identification card – unexpired, or expired less than 60 days.
- o Texas concealed handgun license – unexpired, or expired less than 60 days.
- o United States military identification card containing the person's photograph.
- o United States passport – unexpired, or expired less than 60 days.
- o United States citizenship certificate containing the person's photograph.
- o Persons who are **not** United States citizens (i.e. permanent residents, asylees, refugees or temporary visitors).

## Section 521A of the Texas Transportation Code states that:

- o An election certificate may not be used or accepted as a personal identification certificate.
- o The department may not collect a fee for an election certificate or a duplicate election certificate issued under this section.
- o The department may require each applicant for an original or renewal election certificate to furnish to the department proof of identification and US citizenship.
- o The department may cancel and require surrender of an election certificate after determining that the holder was not entitled to, or gave incomplete information in the application for, the election certificate.

### SOCIAL SECURITY NUMBER COLLECTION DISCLOSURE

Disclosure of your social security account number is mandatory for driver license applicants, but voluntary for identification card and election certificate applicants. This information is solicited pursuant to 42 U.S.C 405(c)(2)(C)(i), 42 U.S.C. 666(a)(13)(A); 49 C.F.R. 383.153, Texas Family Code Section 231.302(c)(1) and Texas Transportation Code Sections 522.021 and 521.142. The Department will use social security account number information for identification purposes and will only release the number to the Child Support Enforcement Division of the Attorney General's Office, the U.S Selective Service Administration and the Texas Secretary of State for statutorily authorized purposes pursuant to Texas Transportation Code Section 521.044.

BACK

TX_00214308

TEX00214308