**From:** Peters, Joe
**To:** Watkins, Paul; Rodriguez, Tony; Bell, Stephen
**Sent:** 9/5/2013 5:18:56 PM
**Subject:** FW: Election Identification Certificate (DL-14CS)

FYI – Can we make all offices aware of the availability of the DL 14CS ASAP?

**From:** Spinks, Margaret
**Sent:** Thursday, September 05, 2013 5:09 PM
**To:** Mastracchio, JoeAnna; Gipson, Sheri; Peters, Joe
**Subject:** Election Identification Certificate (DL-14CS)

All,

The Spanish version of the EIC is on the Internet and Intranet thanks to Dain Petersen, Ellen Kennedy (Reprographics) and Cindy Vo (IT).

Thank You,
Margaret Spinks, Manager
Driver License Division
License and Record Service
512-424-7243
margaret.spinks@dps.texas.gov

We are creating a faster, easier and friendlier driver license experience and a safer Texas




TEX0500666