| | |
|---|---|
| From: | Rodriguez, Tony |
| To: | Albus, Gary |
| CC: | Hubbard, Barbara; Wells, Charles; Hunt, Regina; Carlsson, Lori; Watkins, Paul; Peters, Joe |
| Sent: | 9/25/2013 5:40:27 PM |
| Subject: | Mobile Election Identification Certificate (EIC) Operations |
| Attachments: | Mobile Light System.pptx |

CDR Albus,

I apologize for the short notice, but I wanted you to know that DPS/DL has been directed by the Secretary of State (SOS) to conduct EIC operations outside of "brick-and-mortar" offices in Regions 1, 2 and 4 beginning next week. While this does not immediately affect your region, we expect to be directed to issue EICs using mobile systems we have built in Region 6 as early as the 7th of October. As soon as I receive a list from SOS of locations, I will forward to you.

SOS has purchased enough equipment (computers, scanners, cameras…) to build 25 "Mobile Light" systems for use in issuing EICs only. Region 6 will receive four of the twenty-five systems (see attachment). IT has configured these computers to protect the PII of the customers and we (DL) developed a business model for our employees to use. Because of security reasons, these units do not have internet access and our employees will not be able to verify customer eligibility on site. In order to overcome this, AD Skylor Hearn has determined that our personnel can use the Regional Communications Centers to run a 10-27 on the applicants to verify their eligibility to receive an EIC (we will not run a warrant check). We have loaded all six regional numbers into the cell phones that are included in the kits. While some technical issues remain, we are planning to issue the equipment tomorrow and train our personnel to use the systems.

The initial distribution plan is:
Region 1A - 4 Sets
Region 1B - 4 Sets
Region 2A - 2 Sets
Region 2B - 2 Sets
Region 4 - 4 Sets
**Region 6A - 4 Sets**

v/r

*Tony Rodriguez*

Customer Operations Senior Manager – South and West
Driver License Division
Texas Department of Public Safety
tony.rodriguez@dps.texas.gov
512.424.5657 (O)
512.739.9709 (C)
512.424.5233 (F)



Rodriguez
EXHIBIT NO. 67
Kim Seibert

2:13-cv-193
09/02/2014
DEF0817

TEX0479467