**From:** Flores, Amelia
**To:** Rodriguez, Tony
**Sent:** 10/24/2013 2:40:15 PM
**Subject:** RE: EIC applications from out of state college students

Sigh L Already contacted Texas A&M this morning.

**From:** Rodriguez, Tony
**Sent:** Thursday, October 24, 2013 2:33 PM
**To:** Flores, Amelia
**Subject:** RE: EIC applications from out of state college students

Ja

v/r

*Tony Rodriguez*

Customer Operations Senior Manager – South and West
Driver License Division
Texas Department of Public Safety
tony.rodriguez@dps.texas.gov
512.424.5657 (O)
512.739.9709 (C)
512.424.5233 (F)

**From:** Flores, Amelia
**Sent:** Thursday, October 24, 2013 2:33 PM
**To:** Rodriguez, Tony
**Subject:** RE: EIC applications from out of state college students

Bryan?

**From:** Rodriguez, Tony
**Sent:** Thursday, October 24, 2013 1:57 PM
**To:** GRP_Region 1A_DLD; GRP_Region 1B_DLD; GRP_Region 2A_DLD; GRP_Region 2B_DLD; GRP_Region 3_DLD; GRP_Region 4_DLD; GRP_Region 5_DLD; GRP_Region 6A_DLD; GRP_Region 6B_DLD
**Cc:** Watkins, Paul; Bell, Stephen
**Subject:** EIC applications from out of state college students
**Importance:** High

Team,

This is to clarify an issue regarding EIC applications from college students who reside in Texas and hold out of state DL/ID. Apparently one of our offices advised an out of state college student they would have to surrender their (out of state) DL to obtain an EIC.

Students who live in Texas but hold an out of state DL/ID are **NOT** required to surrender their out of state license when they apply for an EIC.

One of the seven forms of acceptable ID for voting is a Texas DL, an out of state DL is not one of them. <u>The out of state student may keep their DL AND get an EIC.</u>

v/r



2:13-cv-193
09/02/2014
**DEF0818**



Rodriguez
EXHIBIT NO. 68
Kim Seibert

TEX0500609