| | |
|---|---|
| From: | Rodriguez, Tony |
| To: | Winkley, Salestus |
| Sent: | 6/27/2013 7:40:28 AM |
| Subject: | Re: Election Certificates |

Zero is a good number. Let me know again at 1100. Thnx

M.A. Rodriguez
Sent from my iPad

On Jun 27, 2013, at 7:39, "Winkley, Salestus" <Salestus.Winkley@dps.texas.gov> wrote:

Zero.

**From:** Rodriguez, Tony
**Sent:** Wednesday, June 26, 2013 1:45 PM
**To:** Carter, Thomas; Bergman, Kathy; Winkley, Salestus; Berkley, Johnnie; Silva, Samuel; Valenzuela, Estella; Valdez, Tomas; Hubbard, Barbara; Garcia, Joseph
**Cc:** Wells, Charles; Hunt, Regina; Watkins, Paul; Bell, Stephen
**Subject:** Election Certificates
**Importance:** High

Folks: Election Certificates will be a big deal for the next week to ten days. Expect to be peppered with requests regarding the number of certificates we have issued and if there are any problems with issuance. We should expect this as part of the normal course of events.

I would ask you to institute the following in your regions:
- Have your offices report anyone asking for an EIC to you, and in turn pass this to me.
- Daily at 11:00 and again at 4:00, please send me a note about any EIC requests/issuances.

I know this sounds redundant... and you are right, but trust me on this one – I will need negative activity reports to feed the machine up here.

Thank you for your patience

v/r

*Tony Rodriguez*
Customer Operations Senior Manager – South and West
Driver License Division
Texas Department of Public Safety
tony.rodriguez@dps.texas.gov
512.424.5657 (O)
512.739.9709 (C)
512.424.5233 (F)

The Driver License Division is committed to quality and excellence in customer service. Please share your thoughts with us via our online customer service survey at: http://www.survey.utexas.edu/txdps/

2:13-cv-193
09/02/2014
DEF0820


Rodriguez
EXHIBIT NO. 70
Kim Seibert

TEX0484755