From:       Carter, Thomas
To:         Rodriguez, Tony
Sent:       7/5/2013 6:05:35 PM
Subject:    Re: Daily EIC Reports

None

---

From: Rodriguez, Tony
Sent: Friday, July 05, 2013 03:58 PM
To: Carter, Thomas
Subject: RE: Daily EIC Reports

No inquires either?  This is getting better by the day...

v/r

*Tony Rodriguez*

Customer Operations Senior Manager – South and West
Driver License Division
Texas Department of Public Safety
tony.rodriguez@dps.texas.gov
512.424.5657 (O)
512.739.9709 (C)
512.424.5233 (F)

The Driver License Division is committed to quality and excellence in customer service. Please share your thoughts
with us via our online customer service survey at: http://www.survey.utexas.edu/txdps/

---

From: Carter, Thomas
Sent: Friday, July 05, 2013 3:45 PM
To: Rodriguez, Tony
Subject: FW: Daily EIC Reports

Negative today.

Tom

**2:13-cv-193**
**09/02/2014**
**DEF0821**
exhibitsticker.com

---

From: Rodriguez, Tony
Sent: Friday, July 05, 2013 8:42 AM
To: Winkley, Salestus; Berkley, Johnnie; Carter, Thomas; Bergman, Kathy; Silva, Samuel; Valenzuela, Estella; Valdez, Tomas;
Hubbard, Barbara; Garcia, Joseph
Cc: Bell, Stephen
Subject: Daily EIC Reports

Team,
Just a follow-up on the note I sent on Friday:  I only need your EIC reports once a day at 4:00.

v/r

*Tony Rodriguez*

Customer Operations Senior Manager – South and West
Driver License Division
Texas Department of Public Safety
tony.rodriguez@dps.texas.gov
512.424.5657 (O)


Rodriguez
EXHIBIT NO. 11
Kim Seibert

TEX0498740