**From:** Crawford, John
**To:** Rodriguez, Tony
**Sent:** 6/27/2013 5:10:16 PM
**Subject:** RE: EIC Status.docx

Tony,
I can confirm that zero EICs have been requested. We're monitoring the database so we'll know if we get any; good to know that our numbers match yours. The only 4 that show up since Tuesday are the 4 that Lynne and Karol generated.

Regards,
John C.

**From:** Rodriguez, Tony
**Sent:** Thursday, June 27, 2013 4:15 PM
**To:** Peters, Joe
**Cc:** Watkins, Paul; Bell, Stephen; Winkley, Salestus; Berkley, Johnnie; Silva, Samuel; Valenzuela, Estella; Valdez, Tomas; Hubbard, Barbara; Garcia, Joseph; Smith, Janie; Melcher, Lori; Gomez, Enrique; Mastracchio, JoeAnna; Ron Grahovec; Crawford, John
**Subject:** EIC Status.docx

Sir we continue our clean sweep; no EICs issued. We have had a close call in Vantage Park, but the customer opted out and left the office.

v/r

*Tony Rodriguez*

Customer Operations Senior Manager – South and West
Driver License Division
Texas Department of Public Safety
tony.rodriguez@dps.texas.gov
512.424.5657 (O)
512.739.9709 (C)
512.424.5233 (F)

The Driver License Division is committed to quality and excellence in customer service. Please share your thoughts with us via our online customer service survey at: http://www.survey.utexas.edu/txdps/


Rodriguez EXHIBIT NO. 23
Kim Seibert

2:13-cv-193
09/02/2014
**DEF0823**

TEX0491142