**From:** Rodriguez, Tony
**To:** O'Connor, Ryan
**Sent:** 10/29/2013 11:27:28 AM
**Subject:** FW: CORRECTION.....FW: EIC Region 3 Weekly Report (21 Oct - 26 Oct)
**Attachments:** EIC Region 3 Weekly Report (21 Oct - 26 Oct).xls

v/r

*Tony Rodriguez*

Customer Operations Senior Manager – South and West
Driver License Division
Texas Department of Public Safety
tony.rodriguez@dps.texas.gov
512.424.5657 (O)
512.739.9709 (C)
512.424.5233 (F)

**From:** Silva, Samuel
**Sent:** Monday, October 28, 2013 9:51 AM
**To:** Rodriguez, Tony; Krueger, Kristopher; Daughtry, Lisa; O'Connor, Ryan
**Cc:** Flores, Maria; Ramirez, Raquel
**Subject:** CORRECTION.....FW: EIC Region 3 Weekly Report (21 Oct - 26 Oct)
**Importance:** High

Please note the CORRECTION for the number of Inquiries.
The numbers should be:
Issuance: 26
Inquiry: 209

Thank you.
Sam.

2:13-cv-193
09/02/2014
DEF0824

Rodriguez
EXHIBIT NO. 74
Kim Seibert

| 3 | Issuance | 26 | (5) Hidalgo County:<br>La Joya City Hall Unit #17: EIC # 37826757, Gonzalez, Selina Ludivina<br>Weslaco Business & Visitor Center Unit #17:<br>    EIC # 37835211, Serna, Selina Edith<br>    EIC # 37835290, Gonzalez, Adrian<br>Mercedes City Hall Unit #20: EIC # 37826530, Macias, Diana Victoria<br>City of San Juan Unit #15: EIC # 37830715, Bustamante, Adrian<br>(2) Starr County:<br>Roma Library Unit #16: EIC # 37844672, Salinas, Juan Carlos<br>La Rosita Unit #15: EIC # 37844638, Sepulveda, Guillermo<br>(1) Kinney County:<br>Kinney Co Courthouse Unit #72, EIC # 37844676, Gomez, Javier Mateo<br><br>(1) Corpus Christi (Station 301): EIC # 37844947, Krack, Mathew Micah<br>(1) Harlingen (Station 308): EIC # 37841065, Rodriguez, Kamie Ranae<br>(16) Weslaco (Station 321):<br>    EIC # 37823391, Carranza, Elizabeth Ayala<br>    EIC # 37827900, Martinez, Vanessa Lee<br>    EIC # 37833298, Gonzalez, Juan<br>    EIC # 37833192, Cantu, Oralia |
|---|---|---|---|

| | | |
|---|---|---|
| | | EIC # 37836385, Cantu, Ricardo Jr.<br>EIC # 37836697, Gonzlalez, Oralia Ann<br>EIC # 37836612, Gonzalez, Daniella Lynn<br>EIC # 37836801, Tovias, David<br>EIC # 37837172, Castillo, Jesse<br>EIC # 37837405, Rodriguez, Blas<br>EIC # 37837662, Segura, Joseph Dylan<br>EIC # 37837712, Castillo, Juan David<br>EIC # 37838523, Rojas, Laura Celina<br>EIC # 37832655, Loysoya, Fernando<br>EIC # 37842437, Aguirre III, Benito<br>EIC # 37834617, Alaniz, Brandon Lee |
| Inquiry | 209 | **Hidalgo County:**<br>**Inquiry had valid ID/DL**<br>17 - McAllen City Hall Unit #15<br>15 - Mercedes City Hall Unit #20<br>7 - La Joya City Hall Unit #17<br>57 - Hidalgo City Hall Unit #17<br>4 - Edinburg City Hall Unit #15<br>11 - Weslaco Business & Visitor Center Unit #17<br>7 - City of San Juan Unit #15<br>**Inquiry for information only**<br>1 - La Joya City Hall Unit #17, Customer was needing supporting document<br>1 - Weslaco Business & Visitor Center Unit #17, Customer was needing Birth Certificate<br>**Starr County:**<br>**Inquiry had Valid DL/ID**<br>3 - Nutrition Center, Rio Grande Unit #15<br>20 - Starr County Courthouse Annex Unit #17<br>16 - Starr County Courthouse Unit #20<br>7 - Roma Library Unit #16<br>6 - La Rosita Library Unit #15<br>**Inquiry for information only**<br>1 - Rosita Library Unit #15, Customer needed birth certificate<br>2 - Roma Library Unit #16, Customer needed birth certificate<br>1 - Roma Library Unit #16, Applicant was not a US Citizen<br>1 - Starr Co Courthouse Unit #20, Qualified but missing documents<br><br>**Nueces County:**<br>**Inquiry had valid DL/ID**<br>4 - Greenwood Sr Center Unit #24, Individuals had valid Driver License.<br>**Inquiry for information only**<br>1 - Nueces Co Courthouse Unit #21, Applicants were just asking for information.<br>1 - Flour Bluff ISD Unit #23: Individual asked for explaination of EICs.<br>1 - Greenwood Sr Center Unit #24, Individual did not have birth certificate. |

TEX0478736

San Patricio County:
Inquiry for information only
1 - City Hall Annex Unit #22, Customer inquired about required documentation for EIC.  Said he would return.
Kinney County:
Inquiry had valid DL/ID/Passport
1 - Kinney Co Courthouse Unit #72, Applicant was in possession of passport.
Inquiry for information only
1 - Kinney Co Courthouse Unit #72, Applicant was not old enough.
1 - Kinney Co Courthouse Unit #72, Individual was just inquiring for information.
Edwards County:
Inquiry had valid DL/ID
1 - Sherriff's Office Unit #75, Individual was in possession of TXDL.

Region 3:
12 - Inquiry had valid DL/ID
3 - Inquiry did not have proof of citizenship
5 - Inquiry for information only

DLD Vision:  We are creating a faster, easier, and friendlier driver license experience and a safer Texas.
Samuel J. Silva
Driver License Regional Manager
O: (956) 565-7210
M: (956) 369-4517

From: Silva, Samuel
Sent: Monday, October 28, 2013 9:15 AM
To: Rodriguez, Tony; Daughtry, Lisa; O'Connor, Ryan
Cc: Flores, Maria; Ramirez, Raquel
Subject: EIC Region 3 Weekly Report (21 Oct - 26 Oct)
Importance: High

EIC Region 3 Weekly Report for Mon-Sat, October 21 to October 26, 2013.  Below and attached.
Sam.


DLD Vision:  We are creating a faster, easier, and friendlier driver license experience and a safer Texas.
Samuel J. Silva
Driver License Regional Manager
O: (956) 565-7210
M: (956) 369-4517