| | |
|---|---|
| From: | Hubbard, Barbara |
| To: | Rodriguez, Tony |
| CC: | Carlsson, Lori; Hunt, Regina; Wells, Charles; Marie, Yvette |
| Sent: | 11/4/2013 8:44:33 AM |
| Subject: | EIC Report Region 6A |
| Attachments: | EIC Report 110413.xlsx |

Attached is the EIC report for Region 6A dated 11-04-13 for operations for the week of October 28, 2013 through November 2, 2013.

*Barbara Hubbard*
Senior Regional Manager
Region 6A San Antonio, Customer Operations
(O) 210.531.2231
(C) 210.241.7329
(F) 210.531.2278
barbara.hubbard@dps.texas.gov



Rodriguez
EXHIBIT NO. 75
Kim Seibert

2:13-cv-193
09/02/2014
**DEF0825**

TEX0478960

## 10/28/2013-11/02/2013 Mobile Stations (Victoria County)

### INQUIRIES

| Number of inquiries that did not qualify | Remarks |
|---|---|
| 1 | Did not meet ID policy |

### ISSUANCES

| Number of inquiries that did qualify and were issued | EIC Number(s) | Customer Name |
|---|---|---|
| 0 | | |

## 10/28/2013-11/02/2013 Mobile Stations (Karnes County)

### INQUIRIES

| Number of inquiries that did not qualify | Remarks |
|---|---|
| 1 | Inquired for individual who was not present |

### ISSUANCES

| Number of inquiries that did qualify and were issued | EIC Number(s) | Customer Name |
|---|---|---|
| 0 | | |

## 10/28/2013-11/02/2013 Mobile Stations (Bandera County)

### INQUIRIES

| Number of inquiries that did not qualify | Remarks |
|---|---|
| 1 | Inquired for individual who was not present |
| 3 | All had valid Texas Driver License |

### ISSUANCES

| Number of inquiries that did qualify and were issued | EIC Number(s) | Customer Name |
|---|---|---|
| 0 | | |
| 0 | | |

## 10/28/2013-11/02/2013 Region 6A

### INQUIRIES

| Number of inquiries that did not qualify | Remarks |
|---|---|
| 2 | Elderly couple decided to get Texas ID's instead |
| 1 | Customer took an EIC application however did not return |

### ISSUANCES

| Number of inquiries that did qualify and were issued | EIC Number(s) | Customer Name |
|---|---|---|
| 1 | 37865079 | Hill, Leon Mitchell |
| 0 | | |