| From: | Silva, Samuel |
|---|---|
| To: | Rodriguez, Tony |
| Sent: | 9/15/2013 2:07:30 PM |
| Subject: | EIC Saturday 9-14-2013 Region 3 Standard Format Report |
| Attachments: | EIC Region 3 Weekly Report Saturday 9-14-2013.xls |

Tony,

Here is the standard EIC format for Saturday's Report 9-14-2013. It is also attached as excel file. Region 3 had ZERO Issuances and only 2 Inquiries, both in Weslaco.

| | | | 09/14/2013 Saturday EIC Report |
|---|---|---|---|
| 3 | Issuance | 0 | None |
| | Inquiry | 2 | 09/14/2013 - Weslaco (Station 321): Customer wanted a voter registration card, not an EIC. |
| | | | 09/14/2013 - Weslaco (Station 321): Customer wanted an EIC. His Driver License expired February 2013. He stated he has never had a US Birth Certificate. Customer could not be processed due to lack of documentation. |

Sam.

DLD Vision: We are creating a faster, easier, and friendlier driver license experience and a safer Texas.
Samuel J. Silva
Driver License Regional Manager
O: (956) 565-7210
M: (956) 369-4517

-----Original Message-----
From: Rodriguez, Tony
Sent: Saturday, September 14, 2013 1:43 PM
To: Silva, Samuel; Valenzuela, Estella; Hubbard, Barbara; Garcia, Joseph
Subject: (EIC)

Folks if this is a repeat, please forgive me; at the end of today's ops, please send your report in the standard format - and also in a regular email. I only have an iPad and so cannot use excel for the this.
Monday morning I will have my regular computer and can do all the fancy formatting for the formal report. Thanks.

Tony Rodriguez
Senior Manager
Office: 512.424.5657
Cell: 512.739.9709



Rodriguez EXHIBIT NO. 76  Kim Seibert

2:13-cv-193
09/02/2014
DEF0826

TEX0478741