**List of Valid EIC Issuances**
**February 3, 2014**

Rodriguez EXHIBIT NO. 77 — Kim Seibert

| EIC # | Name of Applicant | Location Issued | Type of Station |
|---|---|---|---|
| 37421940 | Luthy, Preston Williamson | Dallas - East | DL Office |
| 37436619 | Machen, Nolan Orval | Lampasas | DL Office |
| 37463029 | Horn, Lottie D | Jacksonville | DL Office |
| 37478594 | Stubenthal, Michael Ryan | Beeville | DL Office |
| 37498207 | Benitez, Novella Goswick | Snyder | DL Office |
| 37503720 | Barron, Robert James | Austin - Northwest | DL Office |
| 37553432 | Huntsberger, Robin Derek | Carrollton | DL Office |
| 37628296 | Samora, Maria Ines | Uvalde | DL Office |
| 37703621 | Jernigan, Donna Belle | Hurst | DL Office |
| 37734307 | Thompson, Charles | Garland North | DL Office |
| 37734308 | Bible, Herbert Michael | Fort Worth | DL Office |
| 37747932 | Pecina, Jorge Antonio | Weslaco | DL Office |
| 37753136 | Clark, Arthur Vernon | Austin - South | DL Office |
| 37757880 | Figueroa, Jose Luis | Harlingen | DL Office |
| 37757881 | Allee, Bethlyn Gay | Spring | DL Office |
| 37766194 | Johnson, Rickey | Fort Worth - South | DL Office |
| 37766737 | Garcia, Daisy Elizabeth | El Paso - Scott Simpson | DL Office |
| 37766298 | Cannon, Joy Stansberry | Fort Worth - South | DL Office |
| 37766614 | Lambert, Leon II | Arlington | DL Office |
| 37766530 | Flemons, Jaqueline R | Arlington | DL Office |
| 37766587 | Duggan, Martha Irene | El Paso - Gateway | DL Mobile |
| 37770909 | Casull, Vivian | El Paso - Northwestern | DL Mobile |
| 37772411 | Dubose, Karen Alice | Houston - Gessner | DL Office |
| 37775477 | Carter, Keith Devon | Dallas - East | DL Mobile |
| 37775476 | Davis, Horace Earl | Dallas - East | DL Mobile |
| 37780786 | McDowell, Gary Lynn | Hurst | DL Mobile |
| 37780785 | Robledo, Mark Anthony | Weslaco | DL Office |
| 37781777 | Hargis, Glen Edward | Dallas - East | DL Office |
| 37785467 | Baquet Williams, Brigette | 2020 W. Wheatland Road, Dallas, Texas 75232 | DL Mobile |
| 37783449 | Grainger, Carol Sue | Palestine | DL Office |
| 37784946 | Kyles, Marlon Dion | Houston - Gessner | DL Mobile |
| 37788222 | Beaver, Ricky | Fort Worth | DL Office |
| 37789737 | Hardemon, Johnny Frank | Carrollton | DL Mobile |
| 37789097 | Duncan, Angel Danielle | 100 University DR, Hempstead, TX 77445 | DL Mobile |
| 37789244 | Lebeauf, Sidney Edward | 100 University DR, Hempstead, TX 77445 | DL Mobile |
| 37789266 | Gandara, Ralph | 9720 Spaulding ST, Houston, TX 77016 | DL Mobile |
| 37789210 | Rojas, Amber Marie | Brownsville Public Library | DL Mobile |
| 37789483 | Rich, Stephanie Regina | Arlington | DL Office |
| 37790708 | Covington, Olinda Hardy IX | Houston - Winkler | DL Office |
| 37797318 | Bennett, Earnest Lee | Navasota | DL Mobile |
| 37793747 | Cook, Cameron Camille | Dallas - East | DL Mobile |
| 37803028 | Marlin, Christina | Harris County Northeast Multiservice Center | DL Mobile |
| 37803351 | Martinez, Emillio | Laredo | DL Mobile |
| 37803352 | Vela, Sandra | Laredo | DL Mobile |

2:13-cv-193   09/02/2014   DEF0827

TEX I.R.000411

List of Valid EIC Issuances
February 3, 2014

| | | | |
|---|---|---|---|
| 37803353 | Martinez, Abel | Laredo | DL Mobile |
| 37803357 | Surratt, Marla | Dallas - East | DL Office |
| 37803355 | Mack, Richard III | Gessner Mega Center | DL Mobile |
| 37806442 | Allison, Dorthy Catherine | 4141 Victory Drive, Houston, Texas 77088 | DL Mobile |
| 37809513 | Aguirre, Anita Marie | Crystal City | DL Office |
| 37809993 | Sanchez, Hector Manuel | Camaron County | DL Mobile |
| 37813493 | Young, Bradley Glen | Tyler | DL Office |
| 37817352 | Rainey, Tiara Unique | Region 1A (Tyler) | DL Mobile |
| 37817564 | McGee, David Earl | Region 1A (Tyler) | DL Mobile |
| 37817552 | Green, Charles | Region 1A (Tyler) | DL Mobile |
| 37817535 | Laughlin, Steven Slay | Region 1A (Tyler) | DL Mobile |
| 37816691 | Estes, Darryl | 722 Moody Avenue, Galveston, TX | DL Mobile |
| 37817109 | Harvell, Deina | Big Spring, TX | DL Mobile |
| 37822575 | Menges, Ray Jr. | Big Spring, TX | DL Mobile |
| 37819022 | Noyola, Alonzo | Palmview | DL Office |
| 37819205 | Trainer-Burrell, Pamela Kay | Port Arthur | DL Office |
| 37822651 | Wilson, Lois | Longview | DL Mobile |
| 37822649 | Rector, Francis | Longview | DL Mobile |
| 37822648 | McNew, Mildred Onita | Longview | DL Mobile |
| 37822647 | Cunningham, Betsy | Longview | DL Mobile |
| 37822410 | Lopez, Linda | Hidalgo County | DL Mobile |
| 37822695 | Hall, Ursula Antoinette | Houston - Winkler | DL Office |
| 37822694 | Lee, Zachary McKinley | Houston - Vantage | DL Office |
| 37823391 | Carranza, Elizabeth Ayala | Weslaco | DL Office |
| 37826640 | Williams, Irene | 118 S Cage BLVD, Pharr, TX 78577 | DL Mobile |
| 37826405 | Osore, Angelina | 101 West Church, Livingston, Texas | DL Mobile |
| 37826757 | Gonzalez, Selina Ludivina | Hidalgo County | DL Mobile |
| 37826530 | Macias, Diana Victoria | Hidalgo County | DL Mobile |
| 37828918 | Kindell, James Charles | San Antonio - Pat Booker | DL Office |
| 37830586 | Whiteside, Samual Thomas | Fort Worth - South | DL Office |
| 37830355 | Bond, Robert | 101 West Church, Livingston, Texas | DL Mobile |
| 37830662 | Maroney, Bruce Wayne | 3501 Holman, HoustonTexas 77004 | DL Mobile |
| 37827900 | Martinez, Vanessa Lee | Weslaco | DL Office |
| 37830715 | Bustamante, Ruben | Hidalgo County | DL Mobile |
| 37832410 | Bowen, Joseph Duane | Austin, TX | DL Office |
| 37830684 | Thomas, Dameon | Region 1 | DL Mobile |
| 37835029 | Wright, Theresa | Region 1 | DL Mobile |
| 37835362 | Burnet, Sandra Zane | Clay County | DL Mobile |
| 37835290 | Gonzalez, Adrian | Hidalgo County | DL Mobile |
| 37835211 | Serna, Selina Edith | Hidalgo County | DL Mobile |
| 37833533 | Miller, Joseph Edward | Houston | DL Office |
| 37841065 | Rodriquez, Kamie Ranae | Harlingen | DL Office |
| 37833192 | Cantu, Oralia | Weslaco | DL Office |
| 37836385 | Cantu, Ricardo Jr. | Weslaco | DL Office |
| 37836697 | Gonzlalez, Oralia Ann | Weslaco | DL Office |
| 37836612 | Gonzalez, Daniella Lynn | Weslaco | DL Office |
| 37836801 | Tovias, David | Weslaco | DL Office |
| 37837172 | Castillo, Jesse | Weslaco | DL Office |

List of Valid EIC Issuances
February 3, 2014

| ID | Name | Location | Type |
|---|---|---|---|
| 37837405 | Rodriguez, Blas | Weslaco | DL Office |
| 37837662 | Segura, Joseph Dylan | Weslaco | DL Office |
| 37837712 | Castillo, Juan Diego | Weslaco | DL Office |
| 37838523 | Rojas, Laura Celina | Weslaco | DL Office |
| 37832655 | Loysoya, Fernando | Weslaco | DL Office |
| 37842437 | Aguirre III, Benito | Weslaco | DL Office |
| 37834617 | Alaniz, Brandon Lee | Weslaco | DL Office |
| 37844638 | Sepulveda, Guillermo | Starr County | DL Mobile |
| 37844672 | Salinas, Juan Carlos | Starr County | DL Mobile |
| 37844506 | Wilson, Elise | 4141 Victory Drive, Houston, Texas 77088 | DL Mobile |
| 37844325 | Settles, Jennifer Louise | 3501 Holman, Houston, Texas 77004 | DL Mobile |
| 37844944 | Harbes, William Theodore | Temple | DL Office |
| 37844947 | Krack, Mathew Micah | Corpus Christi | DL Office |
| 37844946 | Hahn, Evelyn | Fort Worth - South | DL Office |
| 37845125 | Sills, Graciela Eliana | Austin-Northwest | DL Office |
| 37849306 | Winheim, John | Livingston | DL Office |
| 37845862 | Lacour, Leah Micelle | Rosenberg | DL Office |
| 37853837 | Buchanan, James Parker | Grimes County | Co. Mobile |
| 37853101 | Bunch, James William | Hempstead | DL Office |
| 37844676 | Gomez, Javier Mateo | Kinney CO. Courthouse | DL Mobile |
| 37854039 | Hood, Eugene Clyde | Ozona | DL Mobile |
| 37849413 | Lynam, Marshall Joseph | Real County Courthouse Unit 76 | DL Mobile |
| 37857843 | Thomas, Joseph Rayquale | 3501 Holman, Houston, Texas 77004 | DL Mobile |
| 37846528 | Solis, Efrain Jr | Weslaco | DL Office |
| 37844553 | Thompson, Patrick Neil | Austin - Northwest | DL Office |
| 37857745 | Jimenez, Juan Carlos | Seco Mines Community Center | DL Mobile |
| 37859241 | Barlow, Avis Marie | Rosenberg | DL Office |
| 37854027 | Smith, Joe Mark | Crowell- Unit-57B | DL Mobile |
| 37851645 | Bowman, Kelly Edgar | Denton | DL Office |
| 37852050 | Lopez, Fernando | Weslaco | DL Office |
| 37851939 | Lozano, Jesus Jr | Weslaco | DL Office |
| 37861529 | Johnson, Rebecca | Spaulding Mobile Unit #18 | DL Mobile |
| 37858079 | DeLeon, Jesus Manuel | La Salle Co. Courthouse | DL Mobile |
| 37858072 | Cortez, Amalia Velasquez | La Salle Co. Courthouse | DL Mobile |
| 37863222 | Rodriguez, Reneal Justine | Weslaco | DL Office |
| 37866669 | Tekell, Deborah | Arlington | DL Office |
| 37866686 | Warren, Sylvester | Houston - Gessner | DL Office |
| 37858333 | Palacios, Matthew | Houston - Vantage | DL Office |
| 37865079 | Hill, Leon Mitchell | San Marcos | DL Office |
| 37849291 | Barrett, Vena | Dickens Unit-56A | DL Mobile |
| 37848245 | Sulivan, James | Weatherford | DL Office |
| 37863561 | Uecker, Betty Tucker | Lewisville | DL Office |
| 37866687 | Legvold, Sara | Hurst | DL Office |
| 37866664 | Butterfield, Heather | Hurst | DL Office |
| 37870688 | Williams, Ariana | Holman | DL Mobile |
| 37870722 | Monday, Dominique | Holman | DL Mobile |
| 37852180 | Carpenter, Julia Ann | Gonzales | DL Mobile |
| 37874847 | Braun Dadey, Tiffany | Austin South | DL Office |

List of Valid EIC Issuances
February 3, 2014

|  | | | |
|---|---|---|---|
|  | Catherine |  |  |
| 37871752 | Rodriguez, Atzlan Jose Jesus | Weslaco | DL Office |
| 37873308 | Garcia, Maria Reveca | Weslaco | DL Office |
| 37877573 | Smith, Lela King | Grimes County | Co. Mobile |
| 37877460 | Smith, Charles Lynn | Grimes County | Co. Mobile |
| 37879048 | Bell, Beverly Dianne | Holman Street Baptist Church | DL Mobile |
| 37868506 | Horn, Phyllis Jeanette | Austin South | DL Office |
| 37868292 | Murphy, Brian Keith | Austin South | DL Office |
| 37867111 | Reeder, Nancy Ann | Palmview | DL Office |
| 37880056 | Finley, Ellen Kate | Cleburne | DL Office |
| 37874766 | Mackaly, Jean | Garland | DL Office |

List of Invalid Applications
February 3, 2014

| Name of Applicant | Application Location | Reason for Invalidation |
|---|---|---|
| Delgado, Monica | Dallas - Southwest | Already Had Valid ID |
| McNerney, Marie Mae | Palestine | Insufficient Supporting Documentation |
| Tucker, Joyce Elaine | Garland | Insufficient Supporting Documentation |
| Salinas, Raymundo | Laredo | Insufficient Supporting Documentation |
| Gamez, Silverio Jr. | Cleburne | Insufficient Supporting Documentation |
| Taylor, Jack Lamar | Hurst | Insufficient Supporting Documentation |
| Tillman, Adrienne Bernadette | 3501 Holman, Houston, Texas 77004 | Already Had Valid ID |
| Gonzalez, Juan | Weslaco | Insufficient Supporting Documentation |
| Hornsberry, Nicholas Lawrence | Austin - South | Insufficient Supporting Documentation |
| Mendoza, Juana Veronica | Pflugerville | Insufficient Supporting Documentation |
| Garcia, Daniel | Weslaco | Insufficient Supporting Documentation |
| Williams, Natasha Lynn | Houston - Winkler | Already Had Valid ID |
| De Los Santos, Manuel | Houston - Winkler | Already Had Valid ID |
| Reynolds, Marquette | Paris | Insufficient Supporting Documentation |
| Dickerson, Douglas | Paris | Insufficient Supporting Documentation |
| Burton, Joe | Lubbock | Insufficient Supporting Documentation |