# Election Identification Certificate
## Application Overview

### Issuance Status
As of Oct 21, 2013

| | | |
|---|---|---|
| # Validated | 50 | Application passed QA and sent to customer |
| # In Process | 20 | Application being reviewed at Headquarters |
| # Not Valid | 4 | Did not pass QA at Headquarters |
| # Applied | 74 | Application for EIC recived at EIC Station |

### Applications by Month

| Month | Count |
|---|---|
| Jul | 6 |
| Aug | 2 |
| Sep | 8 |
| Oct | 58 |
| Grand Total | 74 |

### Applications by Week

| Week # | Count |
|---|---|
| 27 | 1 |
| 28 | 1 |
| 29 | 2 |
| 30 | 2 |
| 32 | 1 |
| 34 | 1 |
| 37 | 2 |
| 38 | 2 |
| 39 | 4 |
| 40 | 12 |
| 41 | 23 |
| 42 | 23 |
| Grand Total | 74 |

### Applications by Day of Week

| Day of Week | Count |
|---|---|
| Mon | 8 |
| Tue | 18 |
| Wed | 7 |
| Thu | 15 |
| Fri | 15 |
| Sat | 11 |
| Grand Total | 74 |

### Applications by Station Type

| Station Type | Count |
|---|---|
| DL Mobile | 36 |
| DL Office | 38 |
| Grand Total | 74 |



Rodriguez EXHIBIT NO. 28
Kim Seibert

2:13-cv-193  09/02/2014  DEF0828



# Election Identification Certificate
## Demographics

Charts: Number of Applications by Month; Number of Applications by Race; Number of Applications by Age Group; Number of Applications by Week.