





### Applications by Month

| Month | Count |
|---|---|
| **2013** | |
| Jul | 6 |
| Aug | 2 |
| Sep | 8 |
| Oct | 122 |
| Nov | 29 |
| **2014** | |
| Jan | 2 |
| Feb | 72 |
| Mar | 24 |
| Apr | 5 |
| May | 1 |
| **Grand Total** | **271** |

### Applications by Week

| Week # | Count |
|---|---|
| **2013** | |
| 27 | 1 |
| 28 | 1 |
| 29 | 2 |
| 30 | 2 |
| 32 | 1 |
| 34 | 1 |
| 37 | 2 |
| 38 | 2 |
| 39 | 4 |
| 40 | 12 |
| 41 | 24 |
| 42 | 22 |
| 43 | 43 |
| 44 | 30 |
| 45 | 16 |
| 46 | 1 |
| 47 | 3 |
| **2014** | |
| 3 | 1 |
| 5 | 1 |
| 6 | 3 |
| 7 | 11 |
| 8 | 26 |
| 9 | 36 |
| 10 | 18 |
| 11 | 1 |
| 12 | 1 |
| 15 | 2 |
| 16 | 1 |
| 17 | 1 |
| 18 | 2 |
| **Grand Total** | **271** |

### Applications by Day of Week

| Day of Week | Count |
|---|---|
| **2013** | |
| Monday | 26 |
| Tuesday | 39 |
| Wednesday | 22 |
| Thursday | 30 |
| Friday | 29 |
| Saturday | 21 |
| **2014** | |
| Monday | 19 |
| Tuesday | 16 |
| Wednesday | 16 |
| Thursday | 29 |
| Friday | 14 |
| Saturday | 10 |
| **Grand Total** | **271** |

### Applications by Station Type & Status

| | Count of EIC Number |
|---|---|
| **2013** | |
| Invalid | **13** |
|   DL Office | 11 |
|   Mobile | 2 |
| Valid | **154** |
|   DL Office | 96 |
|   Mobile | 58 |
| **2014** | |
| Invalid | **6** |
|   DL Office | 6 |
| Valid | **98** |
|   DL Office | 64 |
|   Mobile | 24 |
|   County Office | 10 |
| **Grand Total** | **271** |

## Applications by Day of the Week by Week

| Week/Day Day | 3 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 15 | 16 | 17 | 18 | 27 | 28 | 29 | 30 | 32 | 34 | 37 | 38 | 39 | 40 | 41 | 42 | 43 | 44 | 45 | 46 | 47 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **2013** | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Monday | | | | | | | | | | | | | | | | | 1 | | | | | | | 6 | 2 | 4 | 7 | 6 | | | 26 |
| Tuesday | | | | | | | | | | | | | | | 1 | 1 | | | | | | | 6 | 7 | 3 | 6 | 8 | 6 | 1 | | 39 |
| Wednesday | | | | | | | | | | | | | 1 | | | | | 1 | | | | | | 1 | 1 | 10 | 4 | 2 | | | 22 |
| Thursday | | | | | | | | | | | | | | | | 1 | | | 1 | | | | | 3 | 4 | 6 | 10 | 2 | 2 | 1 | 30 |
| Friday | | | | | | | | | | | | 1 | | | | | | | | | | 1 | | | 5 | 8 | 9 | 3 | | 2 | 29 |
| Saturday | | | | | | | | | | | | | | | | | | | | 1 | 2 | 2 | 2 | 2 | 2 | 4 | 6 | | | | 21 |
| **2014** | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Monday | | | | 3 | | 5 | 7 | | 1 | 1 | 1 | 1 | | | | | | | | | | | | | | | | | | | 19 |
| Tuesday | | | | 1 | 3 | 3 | 8 | 1 | | | | | | | | | | | | | | | | | | | | | | | 16 |
| Wednesday | | | | 2 | 5 | 8 | 1 | | | | | | | | | | | | | | | | | | | | | | | | 16 |
| Thursday | | 1 | 2 | 1 | 11 | 11 | 1 | | 1 | | 1 | 1 | | | | | | | | | | | | | | | | | | | 29 |
| Friday | 1 | | | 2 | 4 | 5 | 1 | | | | | | 1 | | | | | | | | | | | | | | | | | | 14 |
| Saturday | | | 1 | | 2 | 3 | 4 | | | | | | | | | | | | | | | | | | | | | | | | 10 |
| **Total** | 1 | 1 | 3 | 11 | 26 | 36 | 18 | 1 | 1 | 2 | 1 | 1 | 2 | 1 | 1 | 2 | 1 | 1 | 2 | 2 | 2 | 4 | 12 | 24 | 22 | 43 | 30 | 16 | 1 | 3 | 271 |





| Race | Count |
|---|---|
| African American | 63 |
| Hispanic | 93 |
| Native American | 2 |
| Other | 1 |
| White | 112 |
| **Grand Total** | **271** |

| Gender | Count |
|---|---|
| Female | 130 |
| Male | 141 |
| **Grand Total** | **271** |

| Row Labels | Count of Age |
|---|---|
| <20 | 47 |
| 20-29 | 31 |
| 30-39 | 21 |
| 40-49 | 40 |
| 50-59 | 48 |
| 60-69 | 34 |
| 70-79 | 10 |
| 80-89 | 24 |
| 90-101 | 16 |
| **Grand Total** | **271** |

| County | Count | Zip Code | Count |
|---|---|---|---|
| Anderson | 3 | 75007 | 2 |
| Angelina | 7 | 75043 | 5 |
| Bastrop | 1 | 75218 | 8 |
| Bee | 1 | 75237 | 2 |
| Bell | 1 | 75766 | 1 |
| Bexar | 6 | 75803 | 3 |
| Brazoria | 2 | 76016 | 6 |
| Brazos | 2 | 76053 | 7 |
| Brooks | 2 | 76120 | 1 |
| Cameron | 4 | 76133 | 5 |
| Cherokee | 1 | 76550 | 1 |
| Clay | 1 | 77071 | 4 |
| Collin | 1 | 77379 | 2 |
| Comanche | 1 | 78102 | 1 |
| Crane | 1 | 78550 | 3 |
| Crockett | 2 | 78596 | 30 |
| Dallas | 22 | 78745 | 7 |
| Delta | 1 | 78750 | 4 |
| Denton | 3 | 78801 | 1 |
| Dickens | 1 | 79325 | 1 |
| Duval | 5 | 79549 | 1 |
| Ector | 1 | 79912 | 2 |
| El Paso | 6 | 79936 | 2 |
| Ellis | 2 | (blank) | |
| Foard | 1 | 78521 | 1 |
| Fort Bend | 3 | 77017 | 4 |
| Galveston | 2 | 77868 | 1 |
| Goliad | 1 | 77016 | 2 |
| Gregg | 4 | 78040 | 1 |
| Grimes | 5 | 78046 | 1 |
| Harris | 30 | 78043 | 4 |

| County | | ZIP | |
|---|---|---|---|
| Hays | 1 | 77099 | 1 |
| Hidalgo | 40 | 77065 | 1 |
| Howard | 2 | 76033 | 2 |
| Jefferson | 1 | 78839 | 1 |
| Jim Hogg | 9 | 75707 | 1 |
| Jim Wells | 3 | 75701 | 1 |
| Johnson | 2 | 75702 | 2 |
| Kenedy | 1 | 75771 | 1 |
| Kinney | 1 | 77550 | 1 |
| Kleberg | 1 | 77096 | 1 |
| Lamar | 2 | 79720 | 2 |
| Lampasas | 1 | 78572 | 2 |
| LaSalle | 4 | 77640 | 1 |
| Lavaca | 1 | 75605 | 4 |
| Lubbock | 2 | 77032 | 2 |
| Maverick | 3 | 77087 | 1 |
| Nueces | 3 | 77351 | 4 |
| Parker | 1 | 78560 | 1 |
| Polk | 4 | 78570 | 1 |
| Real | 2 | 78148 | 2 |
| Rockwall | 2 | 77033 | 1 |
| Scurry | 1 | 78589 | 1 |
| Smith | 5 | 78758 | 1 |
| Starr | 1 | 76063 | 1 |
| Stephens | 1 | 76112 | 2 |
| Tarrant | 23 | 76305 | 1 |
| Travis | 11 | 78582 | 1 |
| Trinity | 2 | 78584 | 1 |
| Uvalde | 1 | 77014 | 1 |
| Waller | 3 | 77045 | 1 |
| Washington | 1 | 76502 | 1 |
| Webb | 6 | 78416 | 2 |
| Williamson | 4 | 77494 | 1 |
| Zapata | 2 | 77830 | 1 |

| Zip | Count |
|---|---|
| 77445 | 1 |
| 78832 | 1 |
| 76943 | 2 |
| 78873 | 1 |
| 77051 | 1 |
| 78852 | 3 |
| 77471 | 2 |
| 79227 | 1 |
| 76209 | 1 |
| 78014 | 1 |
| 78019 | 3 |
| 78660 | 1 |
| 78666 | 1 |
| 79370 | 1 |
| 76086 | 1 |
| 75067 | 2 |
| 77021 | 3 |
| 77995 | 1 |
| 77831 | 2 |
| 78574 | 1 |
| 75460 | 2 |
| 79401 | 2 |
| 77446 | 1 |
| 78332 | 3 |
| 77802 | 2 |
| 77070 | 1 |
| 78542 | 2 |
| 00000 | 1 |
| 76432 | 1 |
| 75087 | 2 |
| 78602 | 1 |
| 76442 | 1 |
| 77338 | 2 |
| 78226 | 1 |

| | |
|---|---|
| Zavala | 1 |
| **Grand Total** | **271** |

| ZIP | Count |
|---|---|
| 75104 | 1 |
| 75165 | 2 |
| 78752 | 1 |
| 78401 | 1 |
| 75862 | 2 |
| 78833 | 1 |
| 78240 | 2 |
| 78076 | 2 |
| 78353 | 1 |
| 78107 | 1 |
| 78703 | 1 |
| 78384 | 4 |
| 79731 | 1 |
| 78355 | 1 |
| 76107 | 1 |
| 78357 | 1 |
| 79904 | 1 |
| 77833 | 1 |
| 78361 | 9 |
| 76424 | 1 |
| 75060 | 1 |
| 78364 | 1 |
| 75041 | 2 |
| 78201 | 1 |
| 77515 | 2 |
| 75904 | 7 |
| 79763 | 1 |
| 78599 | 1 |
| 75023 | 1 |
| 77520 | 1 |
| 78385 | 1 |
| 77554 | 1 |
| **Grand Total** | **268** |

| Categories | Values | |
|---|---|---|
| | Total Cost | Total Miles |
| Supplies | 971.68 | |
| Travel | 2140.63 | 19627.02 |
| Equipment | 2552.45 | |
| Food | 233.07 | |
| Lodging | 729.25 | |
| Grand Total | 6627.08 | 19627.02 |

| Row Labels | Sum of Miles Traveled |
|---|---|
| DPS Fleet | 18199.88 |
| Personal | 1427.14 |
| Grand Total | 19627.02 |



Miles Traveled