


# Birth Certificate Affidavit

Additional information on back of form

To qualify for an election certificate, you must prove your identity. If you cannot provide the required documents, you may use this affidavit in lieu of an original or certified birth certificate or certificate of birth abroad.

*Acceptable election identification documents are in the Texas Administrative Code (37 TAC § 15.182)

The applicant for a Texas election certificate must complete Sections A, B, and C.

## A. Applicant Information

Name

Date of Birth

City of Birth

State of Birth

County of Birth

## B. Parent Information

Full Name of Father

Full Name of Mother (include mother's maiden name)

## C. Certification

I certify that the information provided above is true and correct. I understand that according to Penal Code, Section 37.10, a person commits an offense when knowingly making a false entry in, or false alteration of, a governmental record. I also understand an offense under this section is a Class A misdemeanor unless the intent is to defraud or harm another, in which the offense is a state jail felony.

Applicant's Signature

Date

### Department of Public Safety Use Only

Sworn to and subscribed before me this _____ day of _____, _____.

_____
Notary Public in and for the State of Texas/Authorized Officer



Rodriguez EXHIBIT NO. 81
Kim Seibert

2:13-cv-193
09/02/2014
DEF0831

DL-9 (00-0712)

TEX0487344

## Additional Information

The applicant must sign and provide this affidavit in lieu of an original or certified copy of their birth certificate or certificate of birth abroad. This form and any documents presented do not guarantee the issuance of a Texas election certificate. DPS determines if submitted documents are acceptable and has the authority to reject or require additional evidence to verify eligibility.

At the time of application for a Texas election certificate, an applicant must present either of the following:
- One piece of primary identification
- Two pieces of secondary identification
- One piece of secondary identification and two pieces of supporting identification

**Acceptable primary identification documents:**
- Expired Texas driver license or identification card that has been expired for 60 days and is within two years of expiration date

**Acceptable secondary identification documents:**
- Original or certified copy of a birth certificate issued by the appropriate State Bureau of Vital Statistics or equivalent agency, or original or certified copy of United States (US) Department of State Certification of Birth (issued to US citizens born abroad), or birth certificate affidavit
- Original or certified copy of a court order with the name and date of birth of the applicant indicating an official change of name and/or gender
- United States citizenship or naturalization papers without an identifiable photo

**Acceptable supporting identification documents:**
- Voter registration card
- School records
- Insurance policy that is at least two years old
- Texas title or registration for a vehicle or boat
- Military records
- Unexpired military dependent identification card
- Original or certified copy of marriage license or divorce decree
- Social security card
- Pilot's license
- Unexpired photo driver license or identification card issued by another state, United States territory, or the District of Columbia
- Expired photo driver license or identification card issued by another state, United States territory, or the District of Columbia that is within two years of the expiration date
- Texas driver license or identification card expired more than two years
- Offender identification card or similar form of Texas Department of Criminal Justice (TDCJ) identification
- W-2 or 1099
- Professional license issued by a Texas state agency
- Parole or mandatory release certificate issued by TDCJ
- Federal inmate identification card
- Federal parole or release certificate
- Medicare or Medicaid card
- Selective Service card
- Immunization records
- Tribal membership card from federally recognized tribe
- Certificate of Degree of Indian Blood
- Veteran's Administration card
- Hospital issued birth record

DL-9 (00-0712)

TEX0487345