2:13-cv-193
09/02/2014
DEF0832
exhibitsticker.com

| Modified | Modified By | Office | Region | County | Summary | Inquiry Description | Zip Code | Area | Week Number | Date |
|---|---|---|---|---|---|---|---|---|---|---|
| 2/25/2014 15:32 | Petersen, Dain | Weslaco | 3 | Hidalgo | | General Information | 78596 | DL Office | 7 | 2/12/14 |
| 4/2/2014 11:55 | Buitron, Anabel | Weslaco | 3 | Hidalgo | Customer had a valid TX ID | Had other form of ID | 78596 | DL Office | 14 | 4/2/14 |
| 2/28/2014 16:30 | Crosley, Ava | Edinburg | 3 | Hidalgo | Inquiring whether the Dallas SW office will be open 03/01/2014 to issue election id certificates. Verified with Nancy at sta 110, the office will be open 03/01/14 from 11am-2pm.  Address given. | General Information | 78542 | DL Contact Center | 9 | 2/28/14 |
| 2/28/2014 8:41 | Castor, Ana | Edinburg | 3 | Hidalgo | | Had other form of ID | | DL Office | 9 | 2/28/14 |
| 2/7/2014 8:44 | Jaime, Anna | Crystal City | 3 | Zavala | Pedro Contreras came into the office on 1/28/2014 around 4.00pm inquiring about the EIC for his friends and was concerned with how much it cost. I went over all requirements and informed him that the card has no cost. He informed me that he wil have them co SERGIO SIFUENTEZ CAME INTO THE OFFICE AND  WANTED TO APPLY FOR AN EIC. I WENT OVER THE REQUIREMENTS AND DISCOVERED HE HAD A VALID ID, WHICH HE LOST.  I DID LET HIM KNOW THAT HE CAN REPLACE IT FOR $11.00. Id # 13404462 | General Information | 78839 | DL Office | 5 | 1/28/14 |
| 4/29/2014 16:10 | Jaime, Anna | Crystal City | 3 | Zavala | Mrs. Rena Belic Bowles came in to the Lubbock Drivers License office to obtain a Texas Election ID. After advising Mrs. Bowles and her daughter that it would only be used for voting purposes only, they decided to apply for a Texas ID. | Had other form of ID | 78839 | DL Office | 18 | 4/29/14 |
| 2/19/2014 12:03 | Leon-Guerrero, Amy | Lubbock | 5 | Lubbock | APPLICANT CAME INTO OFFICE TO GET A VOTER ID CARD, BUT HE ALREADY HAD A DL THAT WAS NOT EXPIRED MORE THAN 60 DAYS. | Chose to get ID | 79401 | DL Office | 8 | 2/19/14 |
| 3/1/2014 10:45 | McGee, Angelika | Dallas - Southwest | 1A | Dallas | APPLICANT HAD AN EXPIRED DL MORE THAN 60 DAYS, BUT DID NOT BRING IN DOCUMENTS TO VERIFY U.S. CITIZENSHIP | Doesn't meet ID Policy | 75237 | DL Office | 9 | 3/1/14 |
| 3/1/2014 11:20 | McGee, Angelika | Dallas - Southwest | 1A | Dallas | | Doesn't meet ID Policy | 75237 | DL Office | 9 | 3/1/14 |
| 2/21/2014 16:52 | Ramon, Asiria | Dallas | 3 | HIDALGO | Customer had a valid Texas Driver License | Had other form of ID | 78599 | DL Mobile Station | 8 | 2/21/14 |
| 2/25/2014 16:40 | Rodriguez, Belinda | Laredo | 3 | Webb | | Doesn't meet ID Policy | 78043 | DL Office | 9 | 2/25/14 |
| 2/26/2014 12:10 | Krizan, Amy | Garland DL Center | 1A | Dallas | Applicant did not have her birth certificate with her and stated she had no way to get it.  Brought in her expired DL (exp 2007) and voter registration card only. | Doesn't meet D-Policy | 75041 | DL Office | 9 | 2/26/14 |
| 4/24/2014 17:58 | Torres, Alejandro | El Paso - Gateway | 4 | El Paso | Customer came into the office wanting an Election Certificate.  Customer did not meet ID Policy. Customer is a Naturalized citizen, he hail a copy of the certificate of naturalization.  He had a DL on file over 2 yrs.  I let him know how to obtain an ID o | Doesn't meet ID Policy | 79915 | DL Office | 17 | 4/24/14 |
| 2/19/2014 16:33 | Weems, Amber M | Weatherford | 1B | Parker | Michael Jennings  inquired about ways for his 90yo, blind, deaf father to have proper identifications for voting purposes.  Mr. Art Henery Rutledge will try to have a homebound visit in order to acquire a state id card. | General Information | 76086 | DL Office | 8 | 2/19/14 |
| 2/25/2014 16:12 | Zaleshy, Ashley | Killeen | 6B | Bell | CUSTOMER CAME IN ASKING ABOUT THE VOTING ID HE SAW ON THE TV. I ASKED IF HE HAD ANY OF THE ID FORMS THAT WOULD DISQUALIFY HIM, HE DID NOT. WHEN I TOLD HIM WHAT HE NEEDED HE DID NOT HAVE HIS PROOF OF CITIZENSHIP. HE ALSO SAID HE WAS LOOKING AT SOMETHING TH | Doesn't meet ID Policy | 76541 | DL Office | 7 | 2/25/14 |
| 2/15/2014 10:15 | Petroski, Barbara | Lake Worth | 1B | Tarrant | Just needed to register to vote. Had DL. | Had other form of ID | 76135 | DL Office | 7 | 2/15/14 |
| 2/24/2014 15:28 | Petroski, Barbara | Lake Worth | 1B | Tarrant | Applicant wanted to vote. Lost his current drivers license. Already had voter registration card. ID card was made. | General Information | 76135 | DL Office | 9 | 2/24/14 |
| 2/28/2014 17:10 | Ramirez, Belen | Weslaco | 3 | Hidalgo | Customer applied for a Texas State ID instead. | General Information | 78596 | DL Office | 9 | 2/28/14 |
| 2/27/2014 16:55 | Toran, Betty | | 2B | | Customer came into office did not have proper documents (copy of birth certificate) | Doesn't meet ID Policy | | DL Mobile Station | 9 | 2/27/14 |
| 2/11/2014 14:39 | Arpero, Claudia | | | | Customer calling in to ask how to obtain EIC. Answered questions and then directed to DPS website. | General Information | | DL Contact Center | 7 | 2/11/14 |
| 2/24/2014 7:28 | Fisher, Cheri | Plano | 1B | Collin | Decided to renew TX Permit | Had other form of ID | 75023 | DL Office | 8 | 2/22/14 |
| 2/15/2014 11:48 | Godinez, Cynthia | Fort Worth | 1B | Tarrant | Had valid Texas DL. | Had other form of ID | 76133 | DL Office | 7 | 2/15/14 |
| 2/27/2014 9:03 | Guillory, Candice | | | | | | | DL Customer Support | 9 | 2/27/14 |
| 2/18/2014 21:56 | Nowlin, Cristina | | 3 | REAL | INQUIRE ON THE EXPIRATION DATE OF AN ELECTION CERTIFICATE AND WHAT IS IS USED FOR. | General Information | 78873 | DL Mobile Station | 8 | 2/18/14 |


Rodriguez
EXHIBIT NO. 82
Kim Seibert

| Name / Date-Time | City | County | No. | Narrative | Category | ZIP | Location | No. | Date |
|---|---|---|---|---|---|---|---|---|---|
| 2/24/2014 18:25 Nowlin, Cristina | | Real | 3 | Customer had a valid TX Driver License and did not wish to disclose her information. She did not want to surrender her License to get an EIC. | Had other form of ID | 78873 | DL Mobile Station | 9 | 2/24/14 |
| 2/21/2014 9:12 Ortega, Carlos Jr | Alpine | Brewster | 4 | Alpine #403: Sylvia Vega with tax office called DL office and wanted to know who would be eligible for a voter card. Leandria, CSR, went over policy that if they already had an ID or DL, passport or other acceptable photo ID, they would not be eligible for | General Information | 79831 | DL Office | 8 | 2/20/14 |
| 2/25/2014 8:29 Ortega, Carlos Jr | Alpine | Brewster | 4 | Alpine #403 2:00 pm: Customer came in office with note that read EIC and Driver License office, like someone wrote where he needed to go. The customer came in with another person and was needing information on how to obtain an EIC. CSR was not able to loc | General Information | 79831 | DL Office | 9 | 2/24/14 |
| 2/26/2014 13:03 Ortega, Carlos Jr | Alpine | Brewster | 4 | Alpine #403 4:20 pm, customer inquiring about EIC. He wanted to know if the EIC had a picture and how long it would take to come in and if it was the same as an ID. CSR explained that EIC was for voting purposes only. CSR gave information on how to obtain | General Information | 79831 | DL Office | 9 | 2/25/14 |
| 2/28/2014 16:05 Ortega, Carlos Jr | Alpine | CROCKETT | 4 | | Had other form of ID | 76943 | DL Mobile Station | 9 | 2/28/14 |
| 2/12/2014 11:12 Segundo, Carolina | Weslaco | Hidalgo | 3 | A customer telephoned the Weslaco office inquiring about finding a way to get an EIC mobile unit to the city of Falfurrias. It was explained that the Alice Driver License is scheduled to go to Falfurrias every Thursday from 9:00 a.m. to 4:00 p.m. and that | General Information | 78596 | DL Office | 7 | 2/12/14 |
| 3/10/2014 11:06 Sraton, Cheri | Temple | Bell | 6B | CUSTOMER HAD DL THAT WAS EXPIRED OVER 2 YEARS. HE DID NOT WANT AN ID CARD. HE STATED THAT HE WANTED AND ELECTION ID. HE DID NOT HAVE THE TWO DOCUMENTS WITH FULL ADDRESS ON THEM. THE ELECTION ID WAS NOT PROCESSED. HE WENT HOME TO GET THE OTHER DOCUMENT F | General Information | 76502 | DL Office | 11 | 3/10/14 |
| 2/25/2014 15:32 Petersen, Dain | Mission | Hidalgo | 3 | Customer came to ask about the EIC card but does not qualify due to have a current DL | Doesn't meet ID Policy | 78572 | DL Office | 9 | 2/24/14 |
| 3/7/2014 16:21 Wooten, Charity | Angleton | Brazoria | 28 | CUSTOMER WENT AHEAD AND RENEWED HIS TXDL INSTEAD OF GETTING THE EIC | Chose to get ID | 77515 | DL Office | 10 | 3/7/14 |
| 3/7/2014 16:22 Wooten, David | Angleton | Brazoria | 28 | CUSTOMER WAS UNABLE TO BRING IN HER MARRIAGE LICENSE TO SHOW THE DIFFERENCE IN HER NAME FROM THE BIRTH CERTIFICATE TO EIC SUPPORTING DOCUMENTS | Doesn't meet ID Policy | 77515 | DL Office | 10 | 3/7/14 |
| 2/12/2014 9:11 Barber, David | | Hudspeth | 4 | Applicant requesting information | General Information | 79851 | DL Mobile Station | 7 | 2/11/14 |
| 2/12/2014 9:12 Barber, David | | Hudspeth | 4 | Applicant requesting information | General Information | 79851 | DL Mobile Station | 7 | 2/11/14 |
| 2/13/2014 9:18 Barber, David | | Hudspeth Co. | 4 | One Inquiry | General Information | 79851 | DL Mobile Station | 7 | 2/12/14 |
| 2/21/2014 9:12 Barber, David | | El Paso | 4 | El Paso Co. Court House with SOS Representative — One of Ten | Had other form of ID | 79904 | DL Mobile Station | 8 | 2/20/14 |
| 2/21/2014 9:14 Barber, David | | El Paso | 4 | El Paso Co. Court House with SOS Representative — Two of Ten | Had other form of ID | 79904 | DL Mobile Station | 8 | 2/20/14 |
| 2/21/2014 9:15 Barber, David | | El Paso | 4 | El Paso Co. Court House with SOS Representative — Three of Ten | Had other form of ID | 79904 | DL Mobile Station | 8 | 2/20/14 |
| 2/21/2014 9:16 Barber, David | | El Paso | 4 | El Paso Co. Court House with SOS Representative — Four of Ten | Had other form of ID | 79904 | DL Mobile Station | 8 | 2/20/14 |
| 2/21/2014 9:17 Barber, David | | El Paso | 4 | El Paso Co. Court House with SOS Representative — Five of Ten | Had other form of ID | 79904 | DL Mobile Station | 8 | 2/20/14 |
| 2/21/2014 9:18 Barber, David | | El Paso | 4 | El Paso Co. Court House with SOS Representative — Six of Ten | Had other form of ID | 79904 | DL Mobile Station | 8 | 2/20/14 |
| 2/21/2014 9:19 Barber, David | | El Paso | 4 | El Paso Co. Court House with SOS Representative — Seven of Ten | Had other form of ID | 79904 | DL Mobile Station | 8 | 2/20/14 |
| 2/21/2014 9:20 Barber, David | | El Paso | 4 | El Paso Co. Court House with SOS Representative — Eight of Ten | Had other form of ID | 79904 | DL Mobile Station | 8 | 2/20/14 |
| 2/21/2014 9:21 Barber, David | | El Paso | 4 | El Paso Co. Court House with SOS Representative — Nine of Ten | Had other form of ID | 79904 | DL Mobile Station | 8 | 2/20/14 |
| 2/21/2014 9:22 Barber, David | | El Paso | 4 | El Paso Co. court house with SOS Representative — Ten of Ten | Had other form of ID | 79904 | DL Mobile Station | 8 | 2/20/14 |
| 2/23/2014 10:51 Barber, David | | El Paso | 4 | El Paso Co. Court House with SOS representative — One of Three | Had other form of ID | 79904 | DL Mobile Station | 8 | 2/21/14 |

| Date/Time & Name | Office | No. | County | Notes | Category | ZIP | Facility | No. | Date |
|---|---|---|---|---|---|---|---|---|---|
| 2/23/2014 10:53 Barber, David | | 4 | El Paso | El Paso Co. Court House with SOS representative Two of Three | Had other form of ID | 79904 | DL Mobile Station | 8 | 2/21/14 |
| 2/23/2014 10:54 Barber, David | | 4 | El Paso | El Paso Co. Court House with SOS representative | Had other form of ID | 79904 | DL Mobile Station | 8 | 2/21/14 |
| 2/27/2014 17:17 Barber, David | | 4 | Crockett | Three of three | Had other form of ID | 76943 | DL Mobile Station | 9 | 2/27/14 |
| 2/27/2014 17:18 Barber, David | | 4 | Crockett | | General Information | 76943 | DL Mobile Station | 9 | 2/27/14 |
| 2/18/2014 17:11 Terrell, Darnette | | 5 | archer | Did not produce enough identification | Had other form of ID | 76351 | DL Office | 8 | 2/18/14 |
| 2/20/2014 19:43 Terrell, Darnette | Breckenridge | 5 | Stephens | DL EXPIRED OVER 2 YEARS AND HAD NO OTHER IDENTIFICATION | Doesn't meet ID Policy | 76424 | DL Office | 8 | 2/20/14 |
| 2/20/2014 19:46 Terrell, Darnette | Breckenridge | 5 | Stephens | DID NOT HAVE ALL OF IDENTIFICATION NEEDED BUT DECIDED SHE WANTED TO GET TX ID INSTEAD. DID NOT HAVE A CERTIFIED BIRTH CERTIFICATE AND FIRST NAME ON OTHER DOCUMENTS DID NOT MATCH BIRTH CERTIFICATE NAME | Chose to get ID | | DL Office | 8 | 2/20/14 |
| 2/20/2014 19:48 Terrell, Darnette | | 5 | ARCHER | | Doesn't meet ID Policy | | DL Mobile Station | 8 | 2/20/14 |
| 2/24/2014 16:58 Terrell, Darnette | | 5 | ARCHER | Customer wanted information | Doesn't meet ID Policy | 76705 | DL Office | 9 | 2/24/14 |
| 4/24/2014 12:59 Jennings, Debbie | Waco | 68 | McLennan | customer had question on the hours of dl office was available for eic. | General Information | 76705 | DL Contact Center | 17 | 4/24/14 |
| 2/20/2014 11:55 Martinez, Denise | | | | asking about renewal of dl | General Information | | DL Office | 8 | 2/20/14 |
| 2/8/2014 10:50 Ochoa, Denise | Leon Valley DL Center | 6A | Bexar | general drivers license information wanted | General Information | 78240 | DL Office | 6 | 2/8/14 |
| 2/12/2014 8:11 Petersen, Dain | Leon Valley DL Center | 6A | Bexar | phone call for information about changing address | General Information | 78240 | DL Office | 6 | 2/8/14 |
| 2/8/2014 11:27 Ochoa, Denise | Leon Valley DL Center | 6A | Bexar | general information only | General Information | 78240 | DL Customer Support | 6 | 2/8/14 |
| 2/8/2014 11:36 Ochoa, Denise | | | | drivers licence information only | General Information | | DL Contact Center | 6 | 2/8/14 |
| 2/8/2014 11:37 Ochoa, Denise | | | | wanting change of address information | General Information | | DL Customer Support | 6 | 2/8/14 |
| 2/8/2014 11:52 Ochoa, Denise | Leon Valley DL Center | 6A | Bexar | address change information wanted | General Information | 78240 | DL Office | 6 | 2/8/14 |
| 2/8/2014 12:04 Ochoa, Denise | Leon Valley DL Center | 6A | Bexar | wanting driver testing information | General Information | 78240 | DL Office | 6 | 2/8/14 |
| 2/8/2014 12:42 Ochoa, Denise | | | | | General Information | | DL Office | 6 | 2/8/14 |
| 2/19/2014 8:05 Petersen, Dain | | 3 | Hidalgo | MOBILE EIC UNIT WAS SET UP AT THE UNIVERSITY OF PAN AM FROM THE WESLACO OFFICE. HAD 8 INQUIRIES FOR GENERAL INFORMATION ON VOTING OR VOTER CARDS AND INFORMATION ON EIC. | General Information | 78542 | DL Mobile Station | 8 | 2/19/14 |
| 2/19/2014 8:06 Petersen, Dain | | 3 | Hidalgo | ALL APPLICANTS HAD A DL/ID. MOBILE EIC UNIT WAS SET UP AT THE UNIVERSITY OF PAN AM FROM THE WESLACO OFFICE. HAD 8 INQUIRIES FOR GENERAL INFORMATION ON VOTING OR VOTER CARDS AND INFORMATION ON EIC. | General Information | 78542 | DL Mobile Station | 8 | 2/18/14 |
| 2/19/2014 8:06 Petersen, Dain | | 3 | Hidalgo | ALL APPLICANTS HAD A DL/ID. MOBILE EIC UNIT WAS SET UP AT THE UNIVERSITY OF PAN AM FROM THE WESLACO OFFICE. HAD 8 INQUIRIES FOR GENERAL INFORMATION ON VOTING OR VOTER CARDS AND INFORMATION ON EIC. | General Information | 78542 | DL Mobile Station | 8 | 2/18/14 |
| 2/19/2014 8:07 Petersen, Dain | | 3 | Hidalgo | ALL APPLICANTS HAD A DL/ID. MOBILE EIC UNIT WAS SET UP AT THE UNIVERSITY OF PAN AM FROM THE WESLACO OFFICE. HAD 8 INQUIRIES FOR GENERAL INFORMATION ON VOTING OR VOTER CARDS AND INFORMATION ON EIC. | General Information | 78542 | DL Mobile Station | 8 | 2/18/14 |
| 2/19/2014 8:07 Petersen, Dain | | 3 | Hidalgo | ALL APPLICANTS HAD A DL/ID. MOBILE EIC UNIT WAS SET UP AT THE UNIVERSITY OF PAN AM FROM THE WESLACO OFFICE. HAD 8 INQUIRIES FOR GENERAL INFORMATION ON VOTING OR VOTER CARDS AND INFORMATION ON EIC. | General Information | 78542 | DL Mobile Station | 8 | 2/18/14 |
| 2/19/2014 8:07 Petersen, Dain | | 3 | Hidalgo | ALL APPLICANTS HAD A DL/ID. MOBILE EIC UNIT WAS SET UP AT THE UNIVERSITY OF PAN AM FROM THE WESLACO OFFICE. HAD 8 INQUIRIES FOR GENERAL INFORMATION ON VOTING OR VOTER CARDS AND INFORMATION ON EIC. | General Information | 78542 | DL Mobile Station | 8 | 2/18/14 |
| 2/19/2014 8:08 Petersen, Dain | | 3 | Hidalgo | ALL APPLICANTS HAD A DL/ID. MOBILE EIC UNIT WAS SET UP AT THE UNIVERSITY OF PAN AM FROM THE WESLACO OFFICE. HAD 8 INQUIRIES FOR GENERAL INFORMATION ON VOTING OR VOTER CARDS AND INFORMATION ON EIC. | General Information | 78542 | DL Mobile Station | 8 | 2/18/14 |
| 2/19/2014 8:08 Petersen, Dain | | 3 | Hidalgo | ALL APPLICANTS HAD A DL/ID. | General Information | 78542 | DL Mobile Station | 8 | 2/18/14 |
| 2/24/2014 7:16 Stanley, Debra | Orange | 2B | Orange | Customer inquired about EIC, informed customer of requirements and gave printed documentation on policy and DL-14C. Customer did not have Birth Cert. | Doesn't meet ID Policy | 77630 | DL Office | 8 | 2/21/14 |
| 2/27/2014 7:50 Stanley, Debra | Beaumont | 2B | Jefferson | | Doesn't meet ID Policy | 77708 | DL Office | 9 | 2/26/14 |
| 3/3/2014 8:07 Stanley, Debra | Beaumont | 2B | Jefferson | | General Information | 77708 | DL Office | 9 | 2/28/14 |
| 3/4/2014 7:45 Stanley, Debra | Beaumont | 2B | Jefferson | | Doesn't meet ID Policy | 77708 | DL Office | 10 | 3/3/14 |

| Date/Time & Name | Location | Region | County | Notes | Category | ZIP | Office | # | Date |
|---|---|---|---|---|---|---|---|---|---|
| 3/3/2014 16:21 Silva, Deanna | Leon Valley DL Center | 6A | Bexar | Applicant presented photocopy of the birth certificate. Had a previous TX Voter registration card and an out of state driver license that she did not want to surrender. She already registered online to renew the voter card. | Doesn't meet ID Policy | 78240 | DL Office | 10 | 3/3/14 |
| 2/21/2014 15:21 Torres, Deanna | Fort Worth DL Center | 1B | Tarrant | Came in to get an EIC - had a valid US Passport. | Had other form of ID | 76120 | DL Office | 8 | 2/21/14 |
| 2/27/2014 9:40 Torres, Deanna | Fort Worth DL Center | 1B | Tarrant | | General Information | 76120 | DL Office | 0 | 2/27/14 |
| 2/13/2014 12:25 Longoria, Evette | Alice | 3 | Jim Wells | CUSTOMER INQUIRING DID NOT QUALIFY FOR EIC DUE TO HAVING A VALID TEXAS ID. | Had other form of ID | 78332 | DL Office | 7 | 2/13/14 |
| 2/19/2014 10:18 Longoria, Evette | Alice | 3 | Jim Wells | CUSTOMER CAME UP TO THE COUNTER STATING SHE NEEDED AN ID FOR HER HUSBAND TO GO VOTE. AFTER A FEW QUESTIONS, SHE STATED SHE ALSO NEEDED IT FOR OTHER THINGS AND I ADVISED HER THAT THE ELECTION CERTIFICATE CAN NOT BE USED FOR ANY OTHER PURPOSE OTHER THAN VOT | Chose to get ID | 78332 | DL Office | 8 | 2/19/14 |
| 3/1/2014 13:59 Williams, Erika | Grand Prairie | 1A | Dallas | Just requested information. | Had other form of ID | 75051 | DL Office | 9 | 3/1/14 |
| 2/6/2014 12:03 Valenzuela, Estella | Concho | 4 | Concho | Region 4 Andrews DL office | General Information | 76837 | DL Mobile Station | 6 | 2/3/14 |
| 3/4/2014 15:22 Petersen, Dain | Andrews | 4 | Andrews | EIC inquiry Form would not allow us to enter Region or Office | Doesn't meet ID Policy | 79714 | DL Office | 10 | 3/4/14 |
| 2/24/2014 9:54 Anderson, Fannie | Lewisville | 1B | Denton | Customer stated she has residence in two states and would like to vote here in Texas. Customer was given the requirements for a Voter identification but was unable to present a Birth Certificate. | Doesn't meet ID Policy | 75067 | DL Office | 8 | 2/22/14 |
| 2/24/2014 9:55 Anderson, Fannie | Lewisville | 1B | Denton | CUSTOMER: ISABEL YVONNE LOPEZ DOB: 11/12/1979 | Had other form of ID | 75067 | DL Office | 8 | 2/22/14 |
| 2/26/2014 9:11 Garcia, Felipe | Laredo | 3 | Webb | CUSTOMER WAS UNAWARE THAT ID WAS FOR ELECTION PURPOSES ONLY. CHOSE TO GET IDENTIFICATION CARD. | Chose to get ID | 78043 | DL Office | 9 | 2/26/14 |
| 2/13/2014 16:30 McFarland, Frankie | Nacogdoches | 2B | Nacogdoches | Mom called about getting her 19yr old son an EIC, instead she chose to get him a texas identification card. | Chose to get ID | 75964 | DL Office | 7 | 2/13/14 |
| 2/13/2014 16:34 McFarland, Frankie | Center | 2B | Shelby | Tax office called and spoke to Supervisor Norman to get general information on obtaining an EIC card. | General Information | 75935 | DL Office | 7 | 2/11/14 |
| 3/3/2014 14:56 McFarland, Frankie | Lufkin | 2B | Angelina | APPLICANT HAD VALID TX ID IN THE SYSTEM | Had other form of ID | 75904 | DL Office | 10 | 3/3/14 |
| 3/4/2014 16:40 Volk, Frances | Fort Worth | 1B | Tarrant | | Had other form of ID | 76133 | DL Office | 10 | 3/4/14 |
| 2/26/2014 12:41 Eveland, Gina | | | | | Customer Support | 77379 | DL Customer Support | 8 | 2/26/14 |
| 2/19/2014 16:19 Howord, Gail | Spring DL Center | 2B | Harris | He ask about the documents needed to get an EIC card | General Information | 77379 | DL Office | 8 | 2/19/14 |
| 2/22/2014 11:20 Johnson, Gwendolyn | Fort Worth | 1B | Tarrant | Client requested general information / reference requirements for free EIC card. | General Information | 76133 | DL Office | 8 | 2/22/14 |
| 2/19/2014 16:43 Olivo, George | | 3 | Cameron | | General Information | 78520 | DL Mobile Station | 8 | 2/19/14 |
| 2/19/2014 16:44 Olivo, George | | 3 | Cameron | | General Information | 78520 | DL Mobile Station | 8 | 2/19/14 |
| 2/19/2014 16:46 Olivo, George | | 3 | Cameron | Brownsville Office: client does not qualify for a free EIC card, because the customer doesn't have the proper identification policy. | Doesn't meet ID Policy | 78520 | DL Mobile Station | 8 | 2/19/14 |
| 3/4/2014 15:28 Washington, George | Austin - North (Closed) | 6B | Travis | Mrs. Holt called looking for an EIC station in the Temple area for her husband. | General Information | 78752 | DL Contact Center | 10 | 3/4/14 |
| 4/9/2014 12:30 Hampton, Heather | Dallas - East | 1A | Dallas | Alturo Crespo came in but only had his voter registration card and no birth certificate. | Doesn't meet ID Policy | 75218 | DL Office | 15 | 4/9/14 |
| 3/1/2014 10:23 Connor, Jana | Dallas - East | 1A | Dallas | Thought this was a polling place. | Had other form of ID | 75218 | DL Office | 9 | 3/1/14 |
| 3/1/2014 11:52 Connor, Jana | | | | | General Information | | DL Office | 9 | 3/1/14 |
| 4/24/2014 11:44 Garcia, Joseph | Waco | 6B | McLennan | Zavier Charvie Deandre Strother, DOB 07-09-1995; Wanted EIC for general identification use; was advised EIC use was limited to voting purpose only, chose not to get any ID document. | General Information | 76705 | DL Office | 17 | 4/24/14 |
| 2/21/2014 16:06 Triplett, Josie | Brownfield | 5 | Terry | | Chose to get ID | 79316 | DL Office | 8 | 2/21/14 |
| 2/12/2014 16:46 Mathis, Jackie | | | | customer asked question about EIC | General Information | | | 7 | 2/12/14 |
| 2/24/2014 11:50 Moore, Jacqueline | Sabine County | 2B | Sabine County | Request for general information concerning ID documents needed to get EIC. | General Information | 75948 | DL Mobile Station | 8 | 2/18/14 |
| 2/28/2014 16:07 Matisi, Joshua | | | | Just asking if he needed an EIC, he has a DL | General Information | | DL Contact Center | 9 | 2/28/14 |
| 4/10/2014 16:22 Patterson, Janet | Granbury | 1B | Hood | License not eligible, asking about options for identification that could be used for voting | General Information | 76048 | DL Office | 15 | 4/10/14 |

| Date/Time/Name | Office / Center | Region | County | Office Type | ZIP | Category | Comment | Count | Date |
|---|---|---|---|---|---|---|---|---|---|
| 3/1/2014 12:50 Padilla, John | Leon Valley DL Center | 6A | Bexar | DL Office | 78240 | General Information | Customer called to inquire information on our office hours. | 0 | |
| 3/1/2014 12:51 Padilla, John | Leon Valley DL Center | 6A | Bexar | DL Office | 78240 | General Information | Customer called to inquire information on how to obtain a permit. | 0 | |
| 2/18/2014 8:20 Petersen, Dain | Garland DL Center | 1A | Dallas | DL Office | 75041 | Had other form of ID | Customer's name did not match on DL and voter card. Came in to get EIC with name to match voter card. Customer will return next business day to change name on ID. | 7 | 2/15/14 |
| 2/22/2014 12:18 Stevens, Kimberley | Garland DL Center | 1A | Dallas | DL Office | 75041 | Doesn't meet ID Policy | Customer will return at later date with birth certificate and marriage license. applicant did not have birth certificate, TX DL expired in 2012, will return Monday with residency docs to apply for TX ID | 8 | 2/22/14 |
| 3/1/2014 12:35 Stevens, Kimberley | Garland DL Center | 1A | Dallas | DL Office | 75041 | Doesn't meet ID Policy | Applicant is an Alzheimer's patient. Her son brought her to get an EIC because he is trying to get her SS benefits and they told him | 9 | 3/1/14 |
| 3/1/2014 13:14 Stevens, Kimberley | Garland DL Center | 1A | Dallas | DL Office | 75041 | Doesn't meet ID Policy | Applicant had record of birth, will be back with birth certificate. | 9 | 3/1/14 |
| 2/26/2014 16:57 Sarabia, Leticia | Odessa | 4 | Ector | DL Office | 79763 | Doesn't meet ID Policy | Individual did not have any documents on her to obtain EIC card. DL # 08817166 over 2 years expired. | 9 | 2/26/14 |
| 2/28/2014 17:36 Sarabia, Leticia | Crane | 4 | Crane | DL Office | 79731 | Chose to get ID | Customer wanted and ID to vote and for identification purposes as well and went with ID instead | 9 | 2/28/14 |
| 4/8/2014 16:37 Sarabia, Leticia | Odessa | 4 | Ector | DL Office | 79763 | Doesn't meet ID Policy | Customer dl was suspended and customer did not have a birth certificate with him. | 15 | 4/8/14 |
| 3/7/2014 12:10 Combs, Lee S | Gatesville | 6B | Coryell | DL Office | 76528 | General Information | Printed out information off of Texas.gov web site and issued copies of the DL-14c to 2 customers. | 10 | 3/7/14 |
| 2/19/2014 18:04 Gutierrez, Leslie | Zapata | 3 | Zapata | DL Office | 78076 | General Information | COUNTY CLERK CAME IN FOR INFORMATION AND REQUESTED SOME APPLICATIONS. | 8 | 2/19/14 |
| 2/20/2014 17:32 Gutierrez, Leslie | Zapata | 3 | Zapata | DL Office | 78076 | Doesn't meet ID Policy | DID NOT MEET ID POLICY. WAS NOT ABLE TO PROVIDE A BIRTH CERTIFICATE TO GET AN ID. SAID THEY JUST NEEDED IT FOR VOTING. TOLD HER WE STILL NEEDED TO MEET IDENTIFICATION REQUIREMENTS. COMPLETED THIS FORM FOR ALYSSA LUNA/ HRLY EMPLOYEE | 8 | 2/20/14 |
| 2/28/2014 16:34 Gill, Lisa | Beeville | 3 | Bee | DL Office | 78102 | Doesn't meet ID Policy | General questions on EIC and Personal ID costs and locations, I provided info to cust and also link but cust stated that did not provide the information that he needed: http://www.txdps.state.tx.us/DriverLicense/electionID.htm , cust then argued stating t | 9 | 2/28/14 |
| 3/26/2014 8:05 Hodge, Lawn Ya | | | | DL Contact Center | | General Information | CUSTOMER CAME IN TO RENEW DL AFTER SUSPENSION. WE RENEWED DL. AFTER TRANSACTION WAS COMPLETE, CUSTOMER ASKED WHAT SHE NEEDED TO DO TO VOTE AS FAR AS EIC WAS CONCERNED. INFORMED CUSTOMER AT THIS TIME SHE IS NOT ELIGIBLE FOR EIC BECAUSE WE HAVE ALREADY RENE | 13 | 3/26/14 |
| 2/14/2014 13:45 Hale, Lacy L | Texarkana | 1A | Bowie | DL Office | 75503 | Had other form of ID | CUSTOMER STATES SHE DIDNT WANT TO FILL OUT PAPERWORK TO TRANSFER CDL TO TX, BUT WANTS TO VOTE IN TEXAS, SO SHE NEEDS EIC. DID NOT WANT TO SURRENDER AR CDL. | 7 | 2/14/14 |
| 2/27/2014 15:59 Hale, Lacy L | Texarkana | 1A | Bowie | DL Office | 75503 | Doesn't meet ID Policy | Customer came into office to apply for an EIC. I asked him for identification and he presented a valid TX driver license, a valid US passport and a voter card from Laredo. I exaplained to him that he would not qualify for an election certificate by the | 9 | 2/27/13 |
| 2/15/2014 10:42 Lopez, Laura (DLD) | San Antonio - District | 6A | Bexar | DL Office | 78223 | General Information | Customer did not qualify due to had another form of ID. | 7 | 2/15/14 |
| 3/3/2014 17:35 Lopez, Lisa | Brownsville | 3 | Cameron | DL Office | 78576 | Had other form of ID | Customer interested in obtaining ID but already has a valid driver license. | 10 | 3/3/14 |
| 2/8/2014 12:58 Paz, Lisa | San Antonio Pat Booker | 6A | Bexar | DL Office | 78148 | Had other form of ID | Customer met qualification for EIC but did not have the document to prove his citizenship with him. Stated he would return with documents but did not. | 6 | 2/8/14 |
| 3/7/2014 7:57 Spencer, Lillian | Pflugerville DL Center | 6B | Travis | DL Office | 78660 | General Information | Customer came to PDLC inquiring about Saturday EIC openings on behalf of an 80 y.o Veteran; the Veteran had an issue voting in the election with his current identification. Explained that currently, we are no longer open on Saturday, but encouraged them t | 10 | 3/6/14 |
| 2/28/2014 16:38 Pitre, Laura | Baytown | 2B | Harris | DL Office | 77520 | General Information | renewal info | 9 | 2/8/14 |
| 2/8/2014 10:53 Palkin, Lisa | Leon Valley DL Center | 6A | Bexar | DL Office | 78240 | General Information | renewal info | 6 | 2/8/14 |
| 2/8/2014 11:06 Palkin, Lisa | Leon Valley DL Center | 6A | Bexar | DL Office | 78240 | General Information | renewal info | 6 | 2/8/14 |
| 2/8/2014 11:21 Palkin, Lisa | Leon Valley DL Center | 6A | Bexar | DL Office | 78240 | General Information | renewal | 6 | 2/8/14 |
| 2/8/2014 11:26 Palkin, Lisa | Leon Valley DL Center | 6A | Bexar | DL Office | 78240 | General Information | renewal | 6 | 2/8/14 |
| 2/8/2014 11:52 Palkin, Lisa | Leon Valley DL Center | 6A | Bexar | DL Office | 78240 | General Information | CDL exams | 6 | 2/8/14 |
| 2/8/2014 12:03 Palkin, Lisa | Leon Valley DL Center | 6A | Bexar | DL Office | 78240 | General Information | questions | 6 | 2/8/14 |

| Date/Time & Operator | Office Location | Region | County | Notes | Disposition | Zip | Office Type | # | Date |
|---|---|---|---|---|---|---|---|---|---|
| 2/8/2014 12:06 Palkin, Lisa | Leon Valley DL Center | 6A | Bexar | address change | General Information | 78240 | DL Office | 6 | 2/8/14 |
| 2/8/2014 12:22 Palkin, Lisa | Leon Valley DL Center | 6A | Bexar | online payment | Had other form of ID | 78240 | DL Office | 6 | 2/8/14 |
| 2/8/2014 12:29 Palkin, Lisa | Leon Valley DL Center | 6A | Bexar | learners dl | Had other form of ID | 78240 | DL Office | 6 | 2/8/14 |
| 3/1/2014 10:29 Palkin, Lisa | Leon Valley DL Center | 6A | Bexar | lost items | General Information | 78240 | DL Office | 9 | 3/1/14 |
| 3/1/2014 10:30 Palkin, Lisa | Leon Valley DL Center | 6A | Bexar | lost license plate | General Information | 78240 | DL Office | 9 | 3/1/14 |
| 3/1/2014 10:33 Palkin, Lisa | Leon Valley DL Center | 6A | Bexar | lost license | General Information | 78240 | DL Office | 9 | 3/1/14 |
| 3/1/2014 10:41 Palkin, Lisa | Leon Valley DL Center | 6A | Bexar | wanted permit | General Information | 78240 | DL Office | 9 | 3/1/14 |
| 3/1/2014 11:06 Palkin, Lisa | Leon Valley DL Center | 6A | Bexar | surcharges | General Information | 78240 | DL Office | 9 | 3/1/14 |
| 3/1/2014 11:10 Palkin, Lisa | Leon Valley DL Center | 6A | Bexar | surcharges | General Information | 78240 | DL Office | 9 | 3/1/14 |
| 3/1/2014 11:42 Palkin, Lisa | Leon Valley DL Center | 6A | Bexar | ADE | General Information | 78240 | DL Office | 9 | 3/1/14 |
| 3/1/2014 12:38 Palkin, Lisa | Leon Valley DL Center | 6A | Bexar | ade driver license | General Information | 78240 | DL Office | 9 | 3/1/14 |
| 3/1/2014 12:48 Palkin, Lisa | Leon Valley DL Center | 6A | Bexar | active miltary oodl | General Information | 78240 | DL Office | 9 | 3/1/14 |
| 3/1/2014 12:50 Palkin, Lisa | Leon Valley DL Center | 6A | Bexar | walk in for renewal | General Information | 78240 | DL Office | 9 | 3/1/14 |
| 3/1/2014 12:51 Palkin, Lisa | Leon Valley DL Center | 6A | Bexar | DL books walk-in | General Information | 78240 | DL Office | 9 | 3/1/14 |
| 3/1/2014 13:43 Palkin, Lisa | Leon Valley DL Center | 6A | Bexar | DL books | General Information | 78240 | DL Office | 9 | 3/1/14 |
| 3/1/2014 13:55 Palkin, Lisa | Leon Valley DL Center | 6A | Bexar | renewal | General Information | 78240 | DL Office | 9 | 3/1/14 |
| 2/12/2014 14:25 Torres, Laura | Humble | 2B | Harris | Customer called and wanted to know what were the id cards a person can get if they dont have a dl or id and cannot afford one | General Information | 77338 | DL Contact Center | 7 | 2/12/14 |
| 2/10/2014 14:19 Williams, Loretha | Houston - Tidwell | 2B | Harris | advised caller that would be EIC. This is not for identification purposes, its only used for voting | Had other form of ID | 77029 | DL Office | 6 | 2/6/14 |
| 2/24/2014 7:43 Derokey, Mona | Weslaco | 3 | Hidalgo | Customer had an expired DL and elected to return during normal business hours to renew his driver license. | Had other form of ID | 78596 | DL Office | 8 | 2/22/14 |
| 2/25/2014 15:32 Petersen, Dain | Weslaco | 3 | Hidalgo | CUSTOMER WANTED INFORMATION AS TO WHO IS ELIGIBLE TO OBTAIN AN ELECTION CARD AND WHAT IS THE PROCESS. | General Information | 78596 | DL Office | 9 | 2/24/14 |
| 4/29/2014 11:07 Guerra, Margarita | Weslaco | 3 | Hidalgo | CUSTOMER LOST HER ID THAT HAD AN INDEF EXP.DATE. SHE WAS INFORMED SHE COULD APPLY FOR AN ELECTION CARD BUT WOULD HAVE TO CANCEL HER ID. CUSTOMER CHOSED TO GET A DUPLICATE OF HER ID. | Had other form of ID | 78596 | DL Office | 18 | 4/29/14 |
| 2/15/2014 13:52 Gutierrez, Monique | Edinburg | 3 | Hidalgo | Two customers walked in and asked why the office was open | General Information | 78542 | DL Office | 7 | 2/15/14 |
| 2/22/2014 13:52 Gutierrez, Monique | Edinburg | 3 | Hidalgo | 1. Didn't present valid birth certificate 2. Question regarding driving appointment 3. Question on driver license renewal | General Information | 78542 | DL Office | 8 | 2/22/14 |
| 2/25/2014 15:32 Petersen, Dain | Edinburg | 3 | Hidalgo | Applicant inquired on obtaining an Election Certificate, but he had a current driving permit. | Had other form of ID | 78542 | DL Office | 7 | 2/14/14 |
| 2/24/2014 15:58 Ruiz, Melba | Alice | 3 | Jim Wells | RICHARD GRAVES INQUIRED ABOUT ELECTION CERTIFICATE. HE DID NOT MEET ID POLICY AS HE DID NOT HAVE A BIRTH CERTIFICATE | General Information | 78332 | DL Office | 9 | 2/24/14 |
| 2/18/2014 13:18 Carlstrom, Nils | Fort Worth | 18 | Tarrant | Did not have birth certificate Name of Customer: Betina-Sari Ochoa Garcia Date of Birth: 06/03/1988 TX ID No.: 24619713 | Had other form of ID | 76133 | DL Office | 8 | 2/18/14 |
| 3/11/2014 15:56 Carlstrom, Nils | Fort Worth | 18 | Tarrant |  | Doesn't meet ID Policy | 76133 | DL Office | 11 | 3/11/14 |
| 2/19/2014 10:39 Camarillo, Norma | Crystal City | 3 | Zavala | Customer inquired on an EIC, after record search, customer did have a TX ID in the system that was expired over the 60 days. However, she did not have the requi | Chose to get ID | 78839 | DL Office | 8 | 2/19/14 |

Name of Customer inquiring: Martina Delgado
Name of Customer's Son: Herman Delgado, Jr.
DOB: 04/30/1993

| Date/Time & Name | City | Reg. | County | Notes | Category | Source | Zip | Wk | Date |
|---|---|---|---|---|---|---|---|---|---|
| 4/16/2014 15:34 Camarillo, Norma | Crystal City | 3 | Zavala | Today, April 16th, at 3:10 p.m., Mrs. Martina Delgado visited our office to inquire only on the requirements necessary to apply for an EIC for her son. CUSTOMER CAME TO THE WESLACO DRIVER LICENSE OFFICE INQUIRING ON HOW TO REGISTER TO VOTE. THEY INQUIRED ON THE ELECTION CERTIFICATE REQUIREMENTS. THE APPLICANT HAD A TEXAS ID. | General Information | DL Office | 78839 | 16 | 4/16/14 |
| 2/10/2014 14:08 Delgado, Noemi | | 3 | | MOBILE EIC UNIT WAS SET AT THE UNIVERSITY OF PAN AM FROM THE WESLACO OFFICE. HAD 8 INQUIRIES FOR GENERAL INFORMATION ON VOTING OR VOTER CARDS AND INFORMATION ON EIC. ALL APPLICANTS HAD A DL/ID. | General Information | DL Office | | 7 | 2/10/14 |
| 2/25/2014 15:32 Petersen, Dain | Edinburg | 3 | Hidalgo | Applicant was inquiring about EIC. At this time she did not have all the required documents to issue the EIC. Applicant was missing the birth certificate. | General Information | DL Office | 78542 | 8 | 2/18/14 |
| 2/25/2014 15:33 Petersen, Dain | Weslaco | 3 | Hidalgo | Phone inquiry for general information regarding issuance of an EIC | Doesn't meet ID Policy | DL Office | 78596 | 8 | 2/20/14 |
| 2/13/2014 16:56 Martinez, Naida | Kingsville | 3 | Kleberg | | General Information | DL Office | 78364 | 7 | 2/13/14 |
| 2/15/2014 10:22 McHolland-Ward, Nathan I | Arlington | 1B | Tarrant | | Had other form of ID | DL Office | 76216 | 7 | 2/14/14 |
| 2/15/2014 10:27 McHolland-Ward, Nathan I | Arlington | 1B | Tarrant | | General Information | DL Office | 76216 | 7 | 2/15/14 |
| 2/15/2014 11:55 McHolland-Ward, Nathan I | Arlington | 1B | Tarrant | | General Information | DL Office | 76216 | 7 | 2/15/14 |
| 2/15/2014 12:16 McHolland-Ward, Nathan I | Arlington | 1B | Tarrant | | Had other form of ID | DL Office | 76216 | 7 | 2/15/14 |
| 2/15/2014 13:13 McHolland-Ward, Nathan I | Arlington | 1B | Tarrant | | General Information | DL Office | 76216 | 8 | 2/22/14 |
| 2/22/2014 12:25 McHolland-Ward, Nathan I | Arlington | 1B | Tarrant | | Chose to get ID | DL Office | 76216 | 9 | 3/1/14 |
| 3/1/2014 10:57 Thomas, Nancy (DLD) | Humble | 2B | Harris | Customer came in for EIC, no birth certificate. | Doesn't meet ID Policy | DL Office | 77338 | 7 | 2/10/14 |
| 2/10/2014 15:28 Davis, Petrice | | | | Applicant asked question about obtaining EIC. Answered question and directed them to DPS web site. | General Information | DL Contact Center | | 7 | 2/13/14 |
| 2/25/2014 15:33 Petersen, Dain | Weslaco | 3 | Hidalgo | Mrs. Jeanette Tafolla currently has a valid TX ID 28045510 and valid TX DL 10296449. She was informed both of those documents are valid for voting purposes. | Had other form of ID | DL Office | 78596 | 11 | 3/10/14 |
| 3/10/2014 14:12 Lane, Priscilla | Weslaco | 3 | Hidalgo | CUSTOMER INQUIRED ABOUT ELECTION CARD. HE ALREADY HAD A VALID TX DL. | Had other form of ID | DL Office | 78596 | 7 | 2/12/14 |
| 2/12/2014 18:20 Salinas, Patricia H | | | | | General Information | DL Contact Center | | 10 | 3/4/14 |
| 3/4/2014 11:42 Turnage, Pamela | | | | Customer called to see if son could obtain an Election Card at the Weslaco DL office. | General Information | DL Contact Center | | 10 | 3/4/14 |
| 3/4/2014 11:43 Turnage, Pamela | | | | I advised yes. | General Information | DL Contact Center | | 10 | 3/4/14 |
| 3/4/2014 11:45 Turnage, Pamela | | | | Customer also asked if card would be received that day. | General Information | DL Contact Center | | 10 | 3/4/14 |
| 3/4/2014 11:45 Turnage, Pamela | | | | I advised no. However, son would receive a temporary EIC. I also advised that the card if fo Customer had TDCJ inmate card and Ss Card. I explained that the County Clerk would provide a birth certificate for proof of identity. I printed the information available on "How to Apply" and the gentleman was very upset that he did not have what he nee | General Information | DL Contact Center | | 8 | 2/19/14 |
| 2/19/2014 13:26 Bolton, Ronna | Waxahachie | 1B | Ellis | Customer wanted a Voter Registration Card or an EIC. She misunderstood a comment she heard concerning what is needed in order to vote. | Doesn't meet ID Policy | DL Office | 75165 | 7 | 2/15/14 |
| 2/15/2014 13:26 Cook, Richard (DLD) | San Antonio - Babcock | 6A | Bexar | Customer came in and wanted to get an election certificate because he had his license taken away. He did not have the money to apply for an ID card or replacement Driver License. I explained to him that if he wanted an Election Certificate that it would | Had other form of ID | DL Office | 78201 | 15 | 4/10/14 |
| 4/10/2014 16:51 Beck, Rachel | Granbury | 1B | Hood | A customer came into the office today and asked about the need for an EIC and was told that she did not need it because she had a current DL in the system. | Chose to get ID | DL Office | 76048 | 7 | 2/15/14 |
| 2/15/2014 14:09 Mcado, Kevin | Carrollton | 1A | Dallas | | Had other form of ID | DL Office | 75007 | | |

| Date/Time & Name | City | Region | County | Description | Category | Zip | Location | # | Date |
|---|---|---|---|---|---|---|---|---|---|
| 2/22/2014 14:07 Meade, Kevin | Carrollton | 1A | Dallas | Did not have all necessary documents to meet I.D. requirements.  Will try to come again later. | Doesn't meet ID Policy | 75007 | DL Office | 8 | 2/22/14 |
| 2/22/2014 14:08 Meade, Kevin | Cedar Hill | 1A | Dallas | Individual inquired but had a valid DL in the system. | Had other form of ID | 75104 | DL Office | 8 | 2/22/14 |
| 2/22/2014 14:09 Meade, Kevin | Cedar Hill | 1A | Dallas | Individual called the office to inquire on general information to get an EIC. | General Information | 75104 | DL Office | 8 | 2/22/14 |
| 2/27/2014 8:46 Meade, Kevin | Dallas - East | 1A | Dallas | After further discussions with the customer, the individual decided it would be best to have the ID instead of the EIC. | Chose to get ID | 75218 | DL Office | 9 | 2/26/14 |
| 2/20/2014 18:11 Najar, Ruben | Brooks | 3 | Brooks | Customer  (Jose Sanchez) did not have birth certificate or US Passport, therefore did not meet ID policy. | Doesn't meet ID Policy | 78355 | DL Mobile Station | 8 | 2/20/14 |
| 2/20/2014 18:16 Najar, Ruben | Brooks | 3 | Brooks | Customer did not bring any documents with him. | Doesn't meet ID Policy | 78355 | DL Mobile Station | 8 | 2/20/14 |
| 2/24/2014 15:28 Najar, Ruben | BROOKS | 3 | BROOKS | CUSTOMER REQUESTED VOTING ID CARD BUT DID NOT MEET ID POLICY. | Doesn't meet ID Policy | 78355 | DL Mobile Station | 8 | 2/21/14 |
| 2/24/2014 15:29 Najar, Ruben | BROOKS | 3 | BROOKS | CUSTOMER REQUESTED VOTING ID CARD, HOWEVER DID NOT MEET ID POLICY. | Doesn't meet ID Policy | 78355 | DL Mobile Station | 8 | 2/21/14 |
| 2/24/2014 15:31 Najar, Ruben | BROOKS | 3 | BROOKS | CUSTOMER REQUESTED PHOTO ID FOR VOTING, BUT DID NOT MEET ID POLICY. | Doesn't meet ID Policy | 78355 | DL Mobile Station | 8 | 2/21/14 |
| 2/27/2014 17:17 Rangel, Rosangelica | | 3 | | Customer came get information as how to get a EIC.  Was missing documents so would be coming back. | General Information | | DL Mobile Station | 9 | 2/27/14 |
| 3/3/2014 17:11 Rangel, Rosangelica | Laredo | 3 | Webb | applicant was applying for a texas dl and inquired about obtaining an EIC as well.  when explained the he could use his DL to vote he opted to complete DL application process and not obtain and EIC | General Information | 78043 | DL Office | 10 | 3/3/14 |
| 2/25/2014 15:33 Peterson, Dain | Weslaco | 3 | Hidalgo | Ivy, from the City of Cleburne, called inquiring on the procedures of obtaining an Election Certificate for a customer who had a expired out of state identification and a Texas Voter Registration Card. | Chose to get ID | 78596 | DL Office | 3 | 1/15/14 |
| 5/1/2014 14:18 West, Rachel | Cleburne | 1B | Johnson | Information was conveyed along with directions to th | General Information | 76033 | DL Office | 18 | 5/1/14 |
| 4/29/2014 17:38 Edwards, Sheila | El Paso - Gateway | 4 | El Paso | Customer came into the office to inquire about getting an EIC as a second form of  identification. He | Had other form of ID | 79915 | DL Office | 18 | 4/28/14 |
| 2/25/2014 15:33 Petersen, Dain | Mission | 3 | Hidalgo | did not qualify due to the fact that he has a valid Texas ID. | Had other form of ID | 78572 | DL Office | 7 | 2/13/14 |
| 2/28/2014 8:33 Gonzalez, Sonia | Mission | 3 | Hidalgo | | Doesn't meet ID Policy | 78572 | DL Office | 9 | 2/28/14 |
| 2/14/2014 11:02 Gonzalez, San Juanita | | | | I need to renew my ID to vote.  ***can apply for an EIC in the DPS office*** | General Information | | DL Contact Center | 7 | 2/14/14 |
| 2/21/2014 11:34 Hernandez, Suzanna | | | | Roxanne Martinez from Webb Co elections office 956-523-4048  Q: How can we determine if the paper temporary permit is authentic from the DL office? A few customers had temps with blue signatures and some in red from the Laredo office. | | | | 8 | 2/21/14 |
| 2/10/2014 16:51 Nuncio, Samantha | | | | A: Typically they are | General Information | | DL Contact Center | 7 | 2/10/14 |
| 2/27/2014 9:21 Nuncio, Samantha | | | | CUSTOMER ASKED QUESTION ABOUT OBTAINING EIC.  CAN MY BROTHER GET AN EIC IF HE DOESN'T HAVE A VALID ID RIGHT NOW FOR VOTING? | General Information | | DL Contact Center | 9 | 2/27/14 |
| 2/25/2014 15:33 Petersen, Dain | Mission | 3 | Hidalgo | Asked about getting one for his son | General Information | 78572 | DL Office | 7 | 2/14/14 |
| 2/25/2014 15:33 Petersen, Dain | Mission | 3 | Hidalgo | Applicant came in to try to renew his DL.  No EIC inquiries | General Information | 78572 | DL Office | 7 | 2/15/14 |
| 3/1/2014 13:47 Obregon, Susana | Mission | 3 | Hidalgo | No inquiries today  Karen Paris Williamson  DL#07853531 | General Information | 78572 | DL Office | 9 | 3/1/14 |
| 2/19/2014 7:50 Phillips, Yvonne | Stephenville | 1B | Erath | DL expired over two years  Did not have proper ID documents | Doesn't meet ID Policy | 76401 | DL Office | 8 | 2/18/14 |
| 2/28/2014 16:33 Phillips, Yvonne | Cleburne | 1B | Johnson | Had DL on file and waiting for occupational license.  Opted for identification card  REGION 3  UVALDE DL OFFICE | Had other form of ID | 76033 | DL Office | 9 | 2/28/14 |
| 3/4/2014 15:21 Petersen, Dain | Uvalde | 3 | Uvalde | PERSON CALLED TO INQUIRE ABOUT EIC ON BEHALF OF ANOTHER PERSON.  HOWEVER, AFTER REVIEWING REQUIREMENTS, ETC. PERSON JUST NEEDED TO REPLACE THEIR DL. | Had other form of ID | 78801 | DL Office | 10 | 3/4/14 |
| 2/18/2014 13:17 Turner, Shelli | Austin - South Congress | 6B | Travis | | Had other form of ID | 78745 | DL Office | 8 | 2/18/14 |
| 2/28/2014 13:55 Turner, Shelli | Austin - South Congress | 6B | Travis | | Had other form of ID | 78745 | DL Office | 9 | 2/28/14 |

| Date/Time | Name | City | County | Region | Notes | ID Status | ZIP | Office Type | # | Date |
|---|---|---|---|---|---|---|---|---|---|---|
| 2/27/2014 13:39 | Waterman, Sandra | San Antonio - District | Bexar | 6A | Christopher Munoz came into the office with his father seeking to obtain an Election Certificate. During a search in DLS, it was discovered that he had a Texas identification card valid until 2018 and was not eligible for an EIC. Customer's father becam | Had other form of ID | 78223 | DL Office | 9 | 2/27/14 |
| 2/19/2014 18:26 | Williams, Sirena | | TRINITY | 2B | | Had other form of ID | 75862 | DL Mobile Station | 8 | 2/19/14 |
| 2/19/2014 18:27 | Williams, Sirena | | TRINITY | 2B | | Doesn't meet ID Policy | 75862 | DL Mobile Station | 8 | 2/19/14 |
| 2/19/2014 18:28 | Williams, Sirena | | TRINITY | 2B | | Had other form of ID | 75862 | DL Mobile Station | 8 | 2/19/14 |
| 2/19/2014 18:29 | Williams, Sirena | | TRINITY | 2B | | Doesn't meet ID Policy | 75862 | DL Mobile Station | 8 | 2/19/14 |
| 2/20/2014 18:51 | Williams, Sirena | | TRINITY | 2B | | General Information | 75862 | DL Mobile Station | 8 | 2/20/14 |
| 2/20/2014 18:52 | Williams, Sirena | | TRINITY | 2B | ALREADY HAD ID | Had other form of ID | 75862 | DL Mobile Station | 8 | 2/20/14 |
| 2/20/2014 18:53 | Williams, Sirena | | TRINITY | 2B | ONLY BROUGHT 2 ID DOCS | Doesn't meet ID Policy | 75862 | DL Mobile Station | 8 | 2/20/14 |
| 2/20/2014 18:54 | Williams, Sirena | | TRINITY | 2B | NEEDED 1 SUPPORTING AND MARRIAGE CERT | Doesn't meet ID Policy | 75862 | DL Mobile Station | 8 | 2/20/14 |
| 2/20/2014 18:55 | Williams, Sirena | | TRINITY | 2B | NO DOCUMENTS | Doesn't meet ID Policy | 75862 | DL Mobile Station | 8 | 2/20/14 |
| 2/20/2014 18:56 | Williams, Sirena | | TRINITY | 2B | HAD DL | Had other form of ID | 75862 | DL Mobile Station | 8 | 2/20/14 |
| 2/20/2014 18:57 | Williams, Sirena | | TRINITY | 2B | NO DOCUMENTS | Doesn't meet ID Policy | 75862 | DL Mobile Station | 8 | 2/20/14 |
| 2/20/2014 18:58 | Williams, Sirena | | TRINITY | 2B | NEEDED 2 DOCS | Doesn't meet ID Policy | 75862 | DL Mobile Station | 8 | 2/20/14 |
| 2/20/2014 18:59 | Williams, Sirena | | TRINITY | 2B | WAS MISSING MARRIAGE/DIVORCE CERTS. | Doesn't meet ID Policy | 75862 | DL Mobile Station | 8 | 2/20/14 |
| 2/20/2014 19:00 | Williams, Sirena | | TRINITY | 2B | HAD ID, NEED DUPLICATE | Had other form of ID | 75862 | DL Mobile Station | 8 | 2/20/14 |
| 2/20/2014 19:01 | Williams, Sirena | | TRINITY | 2B | NEEDED 2 MORE ID DOCS | Doesn't meet ID Policy | 75862 | DL Mobile Station | 8 | 2/20/14 |
| 2/20/2014 19:02 | Williams, Sirena | | TRINITY | 2B | ALREADY HAS DL | Had other form of ID | 75862 | DL Mobile Station | 8 | 2/20/14 |
| 2/14/2014 12:07 | Warron, Stephanie | Lake Worth | Tarrant | 1B | Had a valid Texas DL (17728276) expiration date 2016. | Had other form of ID | 76135 | DL Office | 7 | 2/14/14 |
| 2/14/2014 7:34 | Carter, Thomas | | Austin | 2A | Had valid Driver License | Had other form of ID | 77418 | DL Mobile Station | 7 | 2/20/14 |
| 2/11/2014 13:56 | Gonzalez, Teresa | Wichita Falls | Wichita | 5 | No inquiries/Isuances for Region 5A06 | | 76306 | DL Office | 7 | 2/11/14 |
| 3/7/2014 17:38 | Smith, Timothy | Tyler | Smith | 1A | Today at 4:15pm we had an applicant for and Election Identification Certificate come into the Tyler office. The applicants name was Gore, Lucille Amanda DOB 02/05/1981. She was not eligible for the EIC because she had no form of ID and only one su | Doesn't meet ID Policy | 75707 | DL Office | 10 | 3/7/14 |
| 3/3/2014 16:19 | Franklin, Valerie | Waco | McLennan | 6B | customer requested voter ID card, but had military ID and voter registration card. | Had other form of ID | 76705 | DL Office | 10 | 3/3/14 |
| 2/27/2014 15:27 | Garcia, Victoria | Laredo | Webb | 3 | CUSTOMER ALREADY HAS A VALID TEXAS IDENTIFICATION CARD | Had other form of ID | 78043 | DL Office | 9 | 2/15/14 |
| 2/15/2014 13:32 | Haas, Valerie | Hurst | Tarrant | 1B | | Had other form of ID | 76053 | DL Office | 9 | 3/1/14 |
| 3/1/2014 10:56 | Haas, Valerie | Hurst | Tarrant | 1B | | General Information | 76053 | DL Office | 9 | 3/1/14 |
| 3/1/2014 12:43 | Haas, Valerie | Hurst | Tarrant | 1B | | General Information | 76053 | DL Office | 9 | 3/1/14 |
| 3/1/2014 13:28 | Haas, Valerie | Hurst | Tarrant | 1B | | General Information | 76053 | DL Office | 9 | 3/1/14 |
| 3/1/2014 13:35 | Haas, Valerie | Hurst | Tarrant | 6A | Asked about the EIC program. | General Information | 78237 | DL Office | 9 | 3/1/14 |
| 2/27/2014 8:05 | Reed, Victoria | | Bexar | 6A | Asked what an EIC was. | General Information | 78237 | DL Mobile Station | 9 | 2/26/14 |
| 2/27/2014 8:05 | Reed, Victoria | | Bexar | 6A | Customer I had a valid US Passport, and therefore did not qualify for a EIC. | General Information | 78237 | DL Mobile Station | 9 | 2/26/14 |
| 4/3/2014 10:25 | Reed, Victoria | Leon Valley DL Center | Bexar | 6A | Applicant came in to apply for an election certificate. He only had an expired TXDL (exp 12/13) and the hospital birth certificate. He stated that he no longer wishes to drive and only need | Had other form of ID | 78240 | DL Office | 14 | 4/3/14 |
| 2/18/2014 11:26 | Munoz, Victoria | San Antonio Pat Booker | Bexar | 6A | identification to vote. He stated he would return with the certif | Doesn't meet ID Policy | 78148 | DL Office | 8 | 2/18/14 |
| 2/14/2014 11:32 | Whitted, Veronica | Killeen | Bell | 6B | Customer came in asking about how to obtain EIC for her parents. They do not hold passports, valid Texas IDs or DLs. She asked for 10 applications as she has church members interested as well. She stated they would probably be in to get the IDs to vote in | General Information | 76541 | DL Office | 7 | 2/13/14 |
| 2/18/2014 16:38 | Coleman, Wynell | Corpus Christi | Nueces | 3 | Mother and son came into DPS asking about a EIC. They had all the documents ready for a regular TX ID, except, that on the birth cert. the son's last name was incorrect and they were waiting for the new birth cert to arrive from Austin. Advised them the | Doesn't meet ID Policy | 78401 | DL Mobile Station | 8 | 2/18/14 |
| 2/27/2014 16:45 | Dunn, Wilson | Edinburg | Hidalgo | 3 | | General information | 78542 | DL Office | 9 | 2/27/14 |
| 2/15/2014 10:24 | Loaiza, Wilmer | Hurst | Tarrant | 1B | | | 76053 | DL Office | 7 | 2/15/14 |
| 2/15/2014 12:29 | Loaiza, Wilmer | Hurst | Tarrant | 1B | | General Information | 76053 | DL Office | 7 | 2/15/14 |
| 2/15/2014 12:29 | Loaiza, Wilmer | Hurst | Tarrant | 1B | | Had other form of ID | 76053 | DL Office | 7 | 2/15/14 |

| Date/Time / Name | City | Code | County | Notes | Category | Zip | Office | # | Date |
|---|---|---|---|---|---|---|---|---|---|
| 2/15/2014 12:33 Loaiza, Wilmer | Hurst | 1B | Tarrant | General information inquired. Renewal of DL | General Information | 76053 | DL Office | 7 | 2/15/14 |
| 2/15/2014 12:33 Loaiza, Wilmer | Hurst | 1B | Tarrant | Customer inquired ID renewal. | General Information | 76053 | DL Office | 7 | 2/15/14 |
| 2/15/2014 12:34 Loaiza, Wilmer | Hurst | 1B | Tarrant | Applicant inquired for a duplicate DL | General Information | 76053 | DL Office | 7 | 2/15/14 |
| 2/15/2014 12:35 Loaiza, Wilmer | Hurst | 1B | Tarrant | renewal of license | General Information | 76053 | DL Office | 7 | 2/15/14 |
| 2/22/2014 13:14 Loaiza, Wilmer | Hurst | 1B | Tarrant | customer called to see what to take in with them for an elections certificate. | Had other form of ID | 76053 | DL Office | 8 | 2/22/14 |
| 5/5/2014 11:45 Patrolia, Wendi | | | | | | | DL Customer Support | 0 | |
| 2/14/2014 9:14 Schmidt, Wendy | Hempstead | 2A | Waller | | General Information | 77445 | DL Office | 7 | 2/12/14 |
| 2/21/2014 16:21 Anzures, Yesenia | Denver City | 5 | Yoakum | | Chose to get ID | 79323 | DL Office | 8 | 2/21/14 |
| 4/22/2014 9:21 Cardenas, Yvette | | | | | Had other form of ID | | DL Office | 0 | |
| 3/4/2014 15:18 Petersen, Dain | Eagle Pass | 3 | Maverick | ONLY INQUIRED ON GENERAL INFORMATION ON HOW TO ACQUIRE AN EIC ID...YG16049 STATION 413 | General Information | 78852 | DL Office | 10 | 3/3/14 |