Rodriguez
EXHIBIT NO. 83
Kim Seibert

2:13-cv-193
09/02/2014
DEF0833