| | |
|---|---|
| From: | Rodriguez, Tony |
| To: | Barber, David; Bergman, Kathy; Berkley, Johnnie; Garcia, Joseph; Hubbard, Barbara; Hunter, Stephanie; Muniz, Barbara; Segundo, Carolina; Silva, Samuel; Carter, Thomas; Valdez, Tomas; Valenzuela, Estella; Wells, Charles; Winkley, Salestus |
| CC: | Watkins, Paul; Bell, Stephen; Murphy, Kathleen |
| Sent: | 8/28/2013 1:33:13 PM |
| Subject: | EIC Reporting information Requirements |

Folks,

EICs are becoming a big deal now and the information requirements are tightening up. Starting this Friday I will need the following information (which some of you have been providing) formatted as shown: **Date - Office Name (Station Number): Narrative**

Example:
8/23/2013 - Lubbock (Station 501): One person came into the Lubbock office for an EIC, however, he decided to get an identification card. No other inquiries were made.

The clearer you make this up front, the fewer follow-up phone calls we have to have.

v/r

*Tony Rodriguez*

Customer Operations Senior Manager – South and West
Driver License Division
Texas Department of Public Safety
tony.rodriguez@dps.texas.gov
512.424.5657 (O)
512.739.9709 (C)
512.424.5233 (F)

The Driver License Division is committed to quality and excellence in customer service. Please share your thoughts with us via our online customer service survey at: http://www.survey.utexas.edu/txdps/



Rodriguez EXHIBIT NO. 84 — Kim Seibert

2:13-cv-193  09/02/2014  DEF0834

TEX0511323