| | |
|---|---|
| From: | Krueger, Kristopher |
| To: | Rodriguez, Tony |
| Sent: | 9/10/2013 1:45:31 PM |
| Subject: | DL Offices Population 25 and 50 miles TXSTATE Data.pptx |
| Attachments: | DL Offices Population 25 and 50 miles TXSTATE Data.pptx |

Please find attached the graphics for the population information of 25 and 50 mile radius from a DL office.

Kris



2:13-cv-193
09/02/2014
DEF0835

TEX0478989



Data: Texas State University, Government Partnerships Program, 2013
Graphic: Texas Department of Public Safety, 2013

TEX00478990



Texas Department of Public Safety
Driver License Division
Driver License Offices
50-Mile Radius

- DL Office
- 50 Miles from DL Office

Data: Texas State University, Government Partnerships Program, 2013
Graphic: Texas Department of Public Safety, 2013

**Percentage of Population within 50Miles of DL Office**
2010 Census: 99.87%
2012 Projected: 99.88%
2017 Projected: 99.88%

TEX00478990