**From:** Rodriguez, Tony
**To:** Myers, Bob; Hale, Lynn
**Sent:** 9/27/2013 8:53:52 AM
**Subject:** FW: 79 Counties
**Attachments:** 79 Counties Final.xlsx; ATT00001.htm

v/r

*Tony Rodriguez*

Customer Operations Senior Manager -- South and West
Driver License Division
Texas Department of Public Safety
tony.rodriguez@dps.texas.gov
512.424.5657 (O)
512.739.9709 (C)
512.424.5233 (F)

**From:** Bodisch, Robert
**Sent:** Thursday, September 26, 2013 2:30 PM
**To:** Peters, Joe; Rodriguez, Tony
**Subject:** 79 Counties

**Robert J. Bodisch**
**Assistant Director/Chief of Staff**
**Texas Homeland Security**
**Texas Department of Public Safety**
P. O. Box 4087
Austin, Texas 78773
512-424-2368
robert.bodisch@dps.texas.gov
robert.bodisch.sle@dhs.sgov.gov



**From:** Keith Ingram [mailto:KIngram@sos.texas.gov]
**Sent:** Wednesday, September 25, 2013 4:35 PM
**To:** Bodisch, Robert
**Subject:** Fwd: 79 Counties

Sent from my iPhone

Begin forwarded message:

Rodriguez EXHIBIT NO. 86 Kim Seibert

2:13-cv-193
09/02/2014
DEF0836

TEX0511235

From: Jennifer Templeton <JTempleton@sos.texas.gov>
Date: September 25, 2013 at 3:52:02 PM CDT
To: Keith Ingram <KIngram@sos.texas.gov>
Subject: **79 Counties**

Keith

<u>79 - Summary</u>
    55 - Counties are interested
    24 - Counties are outstanding with a response
     0 - Counties have not flat out said No.

In the matrix, the counties with a 1 in front of them have acknowledged interest with hosting a temporary office for DPS to issue EIC for voters without a photo ID. Also, I have highlighted counties in which there is a temporary DPS office set-up already in the county with contact information if available for that office.

Jen

TEX0511236

| COUNTY | Full Name | Email | Office Title | Phone | Comments |
|---|---|---|---|---|---|
| 1 ARANSAS | Peggy L. Friebele - contact: Michelle | pfriebele@aransas.org; mbennett@a | Aransas Clerk | (361) 790-0122 | |
| 1 ARCHER | Vicki Wright | vicki.wright@co.archer.tx.us | Archer Elections Administrator | (940) 574-4224 | |
| 1 ARMSTRONG | Patricia Sherrill | clerk@co.armstrong.tx.us | Armstrong District & Clerk | (806) 226-2081 | Sgt. Ward, DPS 806-874-3825/3335 - located Clarendon |
| 1 AUSTIN | Marcus Pena | mpena@austin.com | Austin Tax Assessor-Collector | (979) 865-8633 | |
| 1 BANDERA | Toba Perez-Wright | banderaelections@indian-creek.net | Bandera Elections Administrator | (830) 796-8146 | |
| 1 BORDEN | Benny Ray Allison | | Borden Sheriff/Tax Assessor-Collector | (806) 756-4311 | |
| 1 BORDEN | Joyce Herridge | bordenco@poka.com | Borden District & Clerk | (806) 756-4324 | |
| 1 CALDWELL | Pam Ohlendorf | pamela.ohlendorf@co.caldwell.tx.us | Caldwell Elections Administrator | (512) 668-4347 | |
| 1 CAMP | Gale Burns | camptac@sbcglobal.net | Camp Tax Assessor-Collector | (903) 856-3391 | |
| 1 COKE | Mary Grim | marylgclerk@juno.com | Coke District & Clerk | (325) 453-2631 | |
| 1 CROCKETT | Rhonda Shaw- Michelle Medley, Chief Deputy | rshaw1025@aol.com; mmmedley3@ | Crockett Tax Assessor-Collector | (325) 392-2674 | |
| 1 DICKENS | Winona Humphreys | coclerk@caprock-spur.com | Dickens District & Clerk | (806) 623-5531 | |
| 1 DIMMIT | Mario Zuvia Garcia | mzgarcia75@yahoo.com | Dimmit Clerk | (830) 876-4209 | |
| 1 DUVAL | Ana Bazan | ana.bazan@co.duval.tx.us | Duval Elections Administrator | (361) 279-6278 | |
| 1 FALLS | Nicket Peoples-Taylor | nicket.taylor@co.falls.tx.us | Falls Elections Administrator | (254) 883-1521 | |
| 1 FAYETTE | Dina Bell | dina.bell@co.fayette.tx.us | Fayette Elections Administrator | (979) 968-6563 | |
| 1 FRANKLIN | Sue Ann Harper | sharper@co.franklin.tx.us | Franklin Tax Assessor-Collector | (903) 537-2358 | |
| 1 FRIO | Anna Alaniz | friotac@sbcglobal.net | Frio Tax Assessor-Collector | (830) 334-2152 | |
| 1 GARZA | Nancy Wallace | nancy.wallace@co.garza.tx.us | Garza Tax Assessor-Collector | (806) 495-4448 | |
| 1 GLASSCOCK | Nancy Hillger | gctax@crcom.net | Glasscock Tax Assessor-Collector | (432) 354-2489 | |
| 1 GOLIAD | Michelle D. Garcia; Kristi Boehmer | mgarcia@goliad tx.gov | Goliad Tax Assessor-Collector | (361) 645-3354 | |
| 1 GRIMES | Rebecca Duff | grimesvoters@yahoo.com | Grimes Elections Administrator | (936) 873-4424 | |
| 1 HANSFORD | Kim V. Vera | kvera.cdc@co.hansford.tx.us | Hansford District & Clerk | (806) 659-4110 | |
| 1 HANSFORD | Linda Cummings | Linda.cummings@co.hansford.tx.us | Hansford Tax Assessor-Collector | (806) 659-4120 | |
| 1 KARNES | Karen Opiela | karen.opiela@co.karnes.tx.us | Karnes Elections Administrator | (830)780-2246 Cell: (210)394-7337 | |
| 1 KENEDY | Noel Pena | nnpena@gmail.com | Kenedy Elections Administrator | (361) 294-5255 | |
| 1 KINNEY | Martha Pena Padron | kinneycotac@sbcglobal.net | Kinney Tax Assessor-Collector | (830) 563-2688 | |
| 1 LIPSCOMB | Kathy Fry | taxac@amaonline.com | Lipscomb Tax Assessor-Collector | (806) 862-2911 | |
| 1 LOVING | Billy B. Hopper | sheriff@co.loving.tx.us | Loving Sheriff/Tax Assessor-Collector | (432) 377-2411 | |
| 1 MADISON | Earl C. Parker, Jr. | earl.parker@madison tx.org | Madison Elections Administrator | (936) 349-0132 | |
| 1 MARION | Karen G. Jones | karen.jones@co.marion.tx.us | Marion Tax Assessor-Collector | (903) 665-3281 | |

| COUNTY | Full Name | Email | Office Title | Phone | Comments |
|---|---|---|---|---|---|
| 1 MCMULLEN | Angel Bostwick; Bessie Guerrero | taxofc@granderiver.net | McMullen Tax Assessor-Collector | (361) 274-3233; 361-274-3638 | |
| 1 MENARD | Timothy Royce Powell | menardtac@hotmail.com | Menard Tax Assessor-Collector | (325) 396-4523 | |
| 1 MOTLEY | Jo Elaine Hart | motleycotac@yahoo.com | Motley Tax Assessor-Collector | (806) 347-2252 | Old DPS office space in courthouse still available. |
| 1 OLDHAM | Linda Brown | taxac@co.oldham.tx.us | Oldham Tax Assessor-Collector | (806) 267-2280 | |
| 1 POTTER | Knoxie Mathes | knoxiemathes@co.potter.tx.us | Potter Elections Administrator | (806) 379-2299 | |
| 1 REAL | Bella A. Rubio | realcl@hctc.net | Real District & Clerk | (830) 232-5202 | |
| 1 REAL | Donna Brice | dbrice@co.real.tx.us | Real Tax Assessor-Collector | (830) 232-6210 | |
| 1 REFUGIO | Rachael B. Garcia | rachael.garcia@co.refugio.tx.us | Refugio Elections Administrator | (361) 526-2151 | |
| 1 ROBERTS | DeAnn Williams | deann.williams@co.roberts.tx.us | Roberts Tax Assessor-Collector | (806) 868-5281 | Judge - Office about open room across |
| 1 ROBERTSON | Trudy R. Hancock | thancock@valornet.com | Robertson Elections Administrator | (979) 828-5726 | |
| 1 SAN AUGUSTINE | Deborah K. Woods | deborah.woods@co.san-augustine.tx | San Augustine Elections Administrator | (936) 275-0989 | |
| 1 SAN JACINTO | Sherryl Evans | sherryl.evans@co.san-jacinto.tx.us | San Jacinto Elections Administrator | (936) 653-5804 | |
| 1 SAN SABA | Stephen Boyd | ssctac@co.san-saba.tx.us | San Saba Sheriff/Tax Assessor-Collector | (325) 372-5551 | |
| 1 SCHLEICHER | Brenda Mayfield | electionadm_bkm@verizon.net | Schleicher Elections Administrator | (325) 853-2302 | |
| 1 SHERMAN | Valerie McAlister | valerie.mcalister@co.sherman.tx.us | Sherman Tax Assessor-Collector | (806) 366-2150 | |
| 1 SOMERVELL | Cathy Thomas | elections@co.somervell.tx.us; cathy_ | Somervell Elections Administrator | (254) 897-9470 | |
| 1 STERLING | Susan Wyatt | sswyatt@verizon.net | Sterling District & Clerk | (325) 378-5191 | |
| 1 STONEWALL | Jim Ward | jim.stoco.tax@srcaccess.net | Stonewall Tax Assessor-Collector | (940) 989-2633 | |
| 1 SUTTON | Erica Nicole Berry | rachel@sonoratx.net | Sutton Tax Assessor-Collector | (325) 387-2342 | Sherrifs Office Bldg has DPS office & Courthouse has DPS office every Open Thursday ph 325-387-2443 |
| 1 TERRELL | William "Clint" McDonald | terrell.co.tac@usa.com | Terrell Sheriff/Tax Assessor-Collector | (432) 345-2525 | |
| 1 TRINITY | Lindy Warren | lindylou54@valornet.com | Trinity Tax Assessor-Collector | (936) 642-1637 | |
| 1 UPTON | Mary Martha Arana | electionsupton@yahoo.com; m2aran | Upton Elections Administrator | (432) 693-2014 | |
| 1 WHEELER | Lewis "Scott" Porter | lewis.porter@co.wheeler.tx.us | Wheeler Tax Assessor-Collector | (806) 826-3131 | |
| 1 WILLACY | Hugo Leyva | elections.administrator@co.willacy.t | Willacy Elections Administrator | (956) 689-2387 | |
| BLANCO | Karen Newman | knewman@co.blanco.tx.us | Blanco Clerk | (830) 868-7357 | |
| BLANCO | Hollis W. Boatright | hollisboatright@yahoo.com | Blanco Tax Assessor-Collector | (830) 868-7178 | |
| BRISCOE | Bena Hester | coclerk@midplains.coop | Briscoe District & Clerk | (806) 823-2134 | |
| BRISCOE | Jon Etta Ziegler | bctac@midplains.coop | Briscoe Tax Assessor-Collector | (806) 823-2136 | |
| CLAY | Sasha Kelton | ccclerk@clay.tx.com | Clay Clerk | (940) 538-4631 | |
| CLAY | Maribel Longoria | tac@clay.tx.com | Clay Tax Assessor-Collector | (940) 538-4356 | |
| COCHRAN | Cheryl Butler | cheryl.butler@co.cochran.tx.us | Cochran Elections Administrator | (806) 266-5181 | |
| COCHRAN | Rita Tyson | | Cochran District & Clerk | (806) 266-5450 | |

| COUNTY | Full Name | Email | Office Title | Phone | Comments |
|---|---|---|---|---|---|
| COLLINGSWORTH | Jackie Johnson | collingsworthclerk@hotmail.com | Collingsworth District & Clerk | (806) 447-2408 | |
| COLLINGSWORTH | Genarah Manuel | gmanuel@amaonline.com | Collingsworth Tax Assessor-Collector | (806) 447-5606 | |
| CONCHO | Barbara K. Hoffman | barbara.hoffman@co.concho.tx.us | Concho District & Clerk | (325) 732-4322 | |
| COTTLE | Jan Irons | cottledcclerk@gmail.com | Cottle District and Clerk | (806) 492-3823 | |
| COTTLE | Nakia Dawn Hargrave | cottletac@gmail.com | Cottle Tax Assessor-Collector | (806) 492-3345 | |
| DELTA | Jane Jones | deltaclerk@delta tx.com | Delta District & Clerk | (903) 395-4400 | |
| DELTA | Dawn Stewart | deltatac@koyote.com | Delta Tax Assessor-Collector | (903) 395-4400 | |
| EDWARDS | Olga Lydia Reyes | clerk@swtexas.net | Edwards District & Clerk | (830) 683-2235 | |
| EDWARDS | Mark Bean | edwardstax4@swtexas.net | Edwards Tax Assessor-Collector | (830) 683-2337 | |
| FOARD | Debra Hopkins | foard clerk@hotmail.com | Foard District & Clerk | (940) 684-1365 | |
| FOARD | Mike Brown | sheriffbrown@live.com | Foard Sheriff/Tax Assessor-Collector | (940) 684-1501 | |
| HALL | Raye Bailey | cclerk@amaonline.com | Hall District & Clerk | (806) 259-2627 | |
| HALL | Maribel C. Gonzales | hallcotac@gmail.com | Hall Tax Assessor-Collector | (806) 259-2125 | |
| HARTLEY | Franky Scott | sheriff@co.hartley.tx.us | Hartley Sheriff/Tax Assessor-Collector | (806) 235-3142 | |
| HARTLEY | Melissa Mead | melissa.mead@co.hartley.tx.us | Hartley District & Clerk | (806) 235-3582 | |
| HUDSPETH | Virginia Doyal | virginia.doyal@yahoo.com | Hudspeth District & Clerk | (915) 369-2301 | |
| HUDSPETH | Kay Scarbrough | kay1@valornet.com | Hudspeth Tax Assessor-Collector | (915) 369-2331 | |
| IRION | Molly Criner | irionclerk@gmail.com | Irion District & Clerk | (325) 835-2421 | |
| IRION | Joyce Gray | irion @verizon.net | Irion Tax Assessor-Collector | (325) 835-7771 | |
| JACK | Janice C. Robinson | jrobinson@jack .org | Jack Clerk | (940) 567-2111 | |
| JACK | Sharon Robinson | srobinson@jack .org | Jack Tax Assessor-Collector | (940) 567-2352 | |
| JACKSON | Barbara Williams | b.williams@co.jackson.tx.us | Jackson Clerk | (361) 782-3563 | |
| JACKSON | Donna Atzenhoffer | d.atzenhoffer@co.jackson.tx.us | Jackson Tax Assessor-Collector | (361) 782-3473 | |
| JEFF DAVIS | Jennifer Wright | jdc.cdclerk@yahoo.com | Jeff Davis District & Clerk | (432) 426-3251 | |
| JEFF DAVIS | Rick McIvor | 122taxoffice@sbcglobal.net | Jeff Davis Sheriff/Tax Assessor-Collector | (432) 426-3213 | |
| JIM HOGG | Zonia G. Morales | zonia.morales@co.jim-hogg.tx.us | Jim Hogg District & Clerk | (361) 527-4031 | |
| JIM HOGG | Norma Liza S. Hinojosa | jhctac@hotmail.com | Jim Hogg Tax Assessor-Collector | (361) 527-3237 | |
| KENT | Craig Harrison | kcdclerk@caprock-spur.com | Kent District & Clerk | (806) 237-3881 | |
| KENT | William Scogin | sheriff@kent sherifftx.com | Kent Sheriff/Tax Assessor-Collector | (806) 237-3746 | |
| KIMBLE | Haydee C. Torres | haydee.torres@co.kimble.tx.us | Kimble District & Clerk | (325) 446-3353 | |
| KING | Jammye D. Timmons | kcdclerk@gmail.com | King District & Clerk | (806) 596-4412 | |
| KING | Sadie Piper Spitzer | kingtac1@caprock-spur.com | King Tax Assessor-Collector | (806) 596-4318 | |
| LA SALLE | Russ Towers | rtowers@co.lamar.tx.us | Lamar Election Administrator | (903) 782-1160 | |
| LYNN | Susan Tipton | susan.tipton@co.lynn.tx.us | Lynn Clerk | (806) 561-4750 | |
| LYNN | Donna Willis | donna.willis@co.lynn.tx.us | Lynn Tax Assessor-Collector | (806) 561-4112 | |
| MASON | Buster Nixon | mcsobuster600@verizon.net | Mason Sheriff/Tax Assessor-Collector | (325) 347-5252 | no space - LM with Judge Beardon |
| NEWTON | Sandra Kay Duckworth | duckworth75932@yahoo.com | Newton Clerk | (409)379-5341 | |
| NEWTON | Melissa Burks | melissa.burks@co.newton.tx.us | Newton Tax Assessor-Collector | (409) 379-4241 | busy |
| SABINE | Janice McDaniel | sabinecc@yahoo.com | Sabine Clerk | (409) 787-3786 | |

| COUNTY | Full Name | Email | Office Title | Phone | Comments |
|---|---|---|---|---|---|
| SABINE | Martha M. Stone | sabine@valornet.com | Sabine Tax Assessor-Collector | (409) 787-2257 | busy |
| SHACKELFORD | Cheri Hawkins | cdclerk@sbcglobal.net | Shackelford District & Clerk | (325) 762-2232 | |
| SHACKELFORD | Edward "Ed" Miller | deputy2@shackelford texas.com | Shackelford Sheriff/Tax Assessor-Collector | (325) 762-2000 | |
| THROCKMORTON | Dianna Moore | throckclerk@gmail.com | Throckmorton District & Clerk | (940) 849-2501 | |

55

TEX0511237