| | |
|---|---|
| From: | Rodriguez, Tony |
| To: | Winkley, Salestus; Carter, Thomas; Berkley, Johnnie; Bergman, Kathy; Silva, Samuel; Valenzuela, Estella; Valdez, Tomas; Garcia, Joseph; Hubbard, Barbara |
| CC: | Meade, Kevin; Smith, Timothy; Souder, Richard; Wilcox, Robert |
| BCC: | Murphy, Kathleen |
| Sent: | 9/10/2013 12:08:18 PM |
| Subject: | RE: Saturday EIC Issue Offices |

Folks,
Salestus asked three questions I wanted to share with you:

1. Will the report schedule change?
    - There is a meeting at 1:00PM.  Joe will propose the following:
        - We provide the standard Friday afternoon information for the EIC Report as usual
        - Saturday after we close operations, we provide information for another report
        - Change the reporting cycle and move the report day from Friday to Mondays
2. Will EICs be the only transactions processed on Saturdays?
    - Yes
3. How many weekends will we be open?
    - Right now we expect to be open through the November elections

As soon as I find out more information from the 1:00 meeting I will pass it out.

v/r

*Tony Rodriguez*
Customer Operations Senior Manager – South and West
Driver License Division
Texas Department of Public Safety
tony.rodriguez@dps.texas.gov
512.424.5657 (O)
512.739.9709 (C)
512.424.5233 (F)



**From:** Winkley, Salestus
**Sent:** Tuesday, September 10, 2013 10:31 AM
**To:** Rodriguez, Tony
**Cc:** Meade, Kevin; Smith, Timothy; Souder, Richard; Wilcox, Robert
**Subject:** RE: Saturday EIC Issue Offices

Tony, this may have been already been answered, but I will use my absence as an excuse to ask.  Will ECs be the only transactions processed on Saturdays?  How many weekends will we be open?

I just met with Commander Webster regarding this topic.  We discussed trooper support.

**From:** Rodriguez, Tony
**Sent:** Tuesday, September 10, 2013 9:43 AM
**To:** Winkley, Salestus
**Cc:** Meade, Kevin; Smith, Timothy; Souder, Richard; Wilcox, Robert
**Subject:** RE: Saturday EIC Issue Offices



Good question.  Let me go to my next meeting and sort it out.  Stand by.

v/r

TEX0511359

*Tony Rodriguez*
Customer Operations Senior Manager – South and West
Driver License Division
Texas Department of Public Safety
tony.rodriguez@dps.texas.gov
512.424.5657 (O)
512.739.9709 (C)
512.424.5233 (F)

---

**From:** Winkley, Salestus
**Sent:** Tuesday, September 10, 2013 9:43 AM
**To:** Rodriguez, Tony
**Cc:** Meade, Kevin; Smith, Timothy; Souder, Richard; Wilcox, Robert; Winkley, Salestus
**Subject:** RE: Saturday EIC Issue Offices

The 1A offices will be open. Do we wait until Fridays to report statistical capture?

---

**From:** Rodriguez, Tony
**Sent:** Tuesday, September 10, 2013 9:28 AM
**To:** Winkley, Salestus; Meade, Kevin; Berkley, Johnnie; Carter, Thomas; Bergman, Kathy
**Cc:** Bell, Stephen; Watkins, Paul
**Subject:** Saturday EIC Issue Offices
**Importance:** High

Folks,
I know that Steve talked to you last night about the office openings that will occur this Saturday. I would like you to please confirm that the offices I have listed are in your areas and that you plan to have them open.

As of this email, I do not have any additional information about the openings or the possible use of the mobile units.

| EIC Response Open County Offices |||
|---|---|---|
| Staffing for the offices listed below: <br> • MegaCenters – 5 employees <br> • All other offices – 2 employees <br> Hours are 10:00 – 2:00 PM <br> We will design a banner here, but you will need to have them made locally (Find a sign maker now) <br> The offices are open for EICs only |||
| **DPS Region** | **Counties** | **Offices** |
| 1A | Dallas | Garland Mega Center <br> Carrolton <br> Cedar Hill <br> Dallas East <br> Dallas Southwest <br> Garland <br> Grand Prairie <br> Irving |
| 1B | Collin | McKinney <br> Plano |
| | Denton | Denton <br> Lewisville |
| | Tarrant | Ft Worth MegaCenter <br> Arlington <br> Fort Worth South <br> Hurst |

| | | |
|---|---|---|
| | | · Lake Worth |
| 2A | Harris | · Spring MegaCenter<br>· Baytown<br>· Dacoma<br>· East<br>· Grant Road<br>· Townhurst<br>· Vantage<br>· Gessner Mega Center<br>· Humble<br>· Pasadena<br>· Webster |
| | Fort Bend | · Rosenberg MegaCenter |
| 2B | Harris | · Winkler |
| | | · |

v/r

*Tony Rodriguez*

Customer Operations Senior Manager – South and West
Driver License Division
Texas Department of Public Safety
tony.rodriguez@dps.texas.gov
512.424.5657 (O)
512.739.9709 (C)
512.424.5233 (F)

TEX0511361