**From:** Keith Ingram
**To:** Wroe Jackson
**Sent:** 10/8/2013 5:45:51 PM
**Subject:** Fwd: DPS Request & Questions

Sent from my iPhone

Begin forwarded message:

**From:** Janie Ramon <gramon@valverdecounty.org>
**Date:** October 8, 2013 at 5:43:37 PM CDT
**To:** 'Keith Ingram' <KIngram@sos.texas.gov>
**Subject: RE: DPS Request & Questions**
**Reply-To:** <gramon@valverdecounty.org>

Plaza del Sol Mall will be Mary Martinez @ 830-774-3634 and email is Mary Martinez mmartinez@levcor.com
Wal-Mart will be Mary Garcia, Store Manager, telephone is 830-765-2804 and her fax number is 830-774-6094 (no email available)
Will coordinate dates and times once we know how many locations we get. Later...



Rodriguez
EXHIBIT NO. 90
Kim Seibert

cid:image002

**GENEROSA (JANIE) GRACIA-RAMON**
**VAL VERDE COUNTY CLERK**
P.O. BOX 1267
DEL RIO, TEXAS 78841-1267
TELEPHONE: 830-774-7564
FAX: 830-774-7608
gramon@valverdecounty.org



2:13-cv-193
09/02/2014
**DEF0840**

**From:** Keith Ingram [mailto:KIngram@sos.texas.gov]
**Sent:** Tuesday, October 08, 2013 5:34 PM
**To:** gramon@valverdecounty.org
**Subject:** RE: DPS Request & Questions

Thanks Janie. I will forward onward to DPS. Do you have site contacts that I can pass along as well?

**From:** Janie Ramon [mailto:gramon@valverdecounty.org]
**Sent:** Tuesday, October 08, 2013 5:31 PM
**To:** Keith Ingram
**Subject:** RE: DPS Request & Questions

Keith: I have two locations so far for October 31st and November 1, 2013: Plaza del Sol Mall, 2205 Veterans Blvd. Del Rio, Texas and Wal-Mart, 2410 Dodson Avenue. The Mall has requested the attached Agreement be executed. Please let me know and/or return executed copy once you review. Still working on some more sites.



*GENEROSA (JANIE) GRACIA-RAMON*
**VAL VERDE COUNTY CLERK**
P.O. BOX 1267
DEL RIO, TEXAS 78841-1267
TELEPHONE: 830-774-7564
FAX: 830-774-7608
gramon@valverdecounty.org

**From:** Keith Ingram [mailto:KIngram@sos.texas.gov]
**Sent:** Monday, October 07, 2013 11:35 AM
**To:** gramon@valverdecounty.org
**Subject:** RE: DPS Request & Questions

If you would let me know of up to four locations for these two days, then I will let DPS know. We need them as soon as you can so the publicity can begin.

**From:** Janie Ramon [mailto:gramon@valverdecounty.org]
**Sent:** Monday, October 07, 2013 11:08 AM
**To:** Keith Ingram
**Subject:** RE: DPS Request & Questions

Wow! This is great. I had not heard about a mobile unit even being available. Who do I contact about the mobile EIC



*GENEROSA (JANIE) GRACIA-RAMON*
**VAL VERDE COUNTY CLERK**
P.O. BOX 1267
DEL RIO, TEXAS 78841-1267
TELEPHONE: 830-774-7564
FAX: 830-774-7608
gramon@valverdecounty.org

**From:** Keith Ingram [mailto:KIngram@sos.texas.gov]
**Sent:** Monday, October 07, 2013 11:03 AM
**To:** gramon@valverdecounty.org
**Cc:** John Steen
**Subject:** RE: DPS Request & Questions

Janie,

Thank you for letting us know of your request to DPS. We don't have any ability to request Saturday openings in Val Verde County, but we are scheduled to bring Mobile EIC units to your county on October 31 and November 1. Please let us know of places where DPS can set up on these two days in order to offer the EIC's to your voters.

The Hart form needed one small change which we have told them about. It should be done soon.

TEX00462138

Keith

**From:** Janie Ramon [mailto:gramon@valverdecounty.org]
**Sent:** Monday, October 07, 2013 10:18 AM
**To:** Keith Ingram
**Cc:** John Steen
**Subject:** DPS Request & Questions

Keith/Secretary Steen:

Would like to request your assistance. I had sent the attached request to the local DPS office; however, I was informed on Friday that the request needed to be made directly to the Secretary of State's Office. I understand that this has to be approved by SOS. We are currently trying to get some Saturday openings of the local DPS office for Election Certificates. [Possible Saturday dates: October 12th, 19th, 26th and November 2nd 2013.] See letter attached.

On another note, our poll book vendor, HART tells me they submitted a "proposed new combo form" which includes the required "Affidavit of Same Person" for the voter with name questions. In checking with them, they have informed us that they are waiting on your approval of the form. If the Affidavit was to be included on the form and they could initial the box, it would make it easier for the clerks. One less piece of paper for them to handle. Please check on status of this please.

cid:image002

*GENEROSA (JANIE) GRACIA-RAMON*
**VAL VERDE COUNTY CLERK**
P.O. BOX 1267
DEL RIO, TEXAS 78841-1267
TELEPHONE: 830-774-7564
FAX: 830-774-7608
gramon@valverdecounty.org

TEX00462139