

# DRIVER LICENSE DIVISION



The listed Driver License offices will be open the following Saturdays:
*May 10, 17 & 24, 2014, from 10 a.m. – 2 p.m.*, for
Election Identification Certificates ONLY
**This card cannot be used for identification purposes other than voting.**

Esta oficina estará abierta los sábados de 10am - 2pm hasta el 10, 17, 24 de mayo de 2014
<u>SOLAMENTE</u> para Certificados de Elección Esta tarjeta no puede utilizarse para propósitos de identificación distintos de votación.

### Bell County

Killeen Office
302 Priest Drive
Killeen, TX 76541
512-424-2600

Temple Office
6612 South General Bruce
Temple, TX 76502-5832
254-770-6734

### Bexar County

San Antonio-Babcock Office
1258 Babcock Road
San Antonio, TX 78201
210-737-1911

San Antonio-General McMullen Office
1803 South General McMullen
San Antonio, TX 78226
210-436-6611

San Antonio-Leon Valley Mega Center
7410 Huebner Road
Leon Valley, TX 78240
210-531-1000

San Antonio-Pat Booker Office
1633 Pat Booker Road
Universal City, TX 78148
210-945-1900

San Antonio-Southeast Office
6502 S. New Braunfels Avenue
San Antonio, TX 78223
210-531-2240

### Cameron County

Brownsville Office
2901 Paredes Line Road
Brownsville, TX 78525
956-983-1920

Harlingen Office
1630 N. 77 Sunshine Strip
Harlingen, TX 78550
956-440-6725

### Collin County

McKinney Office
400 Powerhouse Street
McKinney, TX 75071
214-733-5350

Plano Office
2109 W. Parker Road #224
Plano, TX 75023
972-867-4221

### Dallas County

Carrollton Office
2625 Old Denton Road
Carrollton, TX 75007
972-245-5800

Cedar Hill Office
116 W. Beltline #2
Cedar Hill, TX 75104
469-272-9301

Dallas-East Office
11411 E. NW Highway #111
Dallas, TX 75218
214-553-0033

Dallas-Garland Mega Center
4445-A Saturn Road
Garland, TX 75041
214-861-3700

Dallas-Southwest Office
5610 Red Bird Center Drive #500
Dallas, TX 75237
214-330-3958

Garland Office
350 W. I-30
Garland, TX 75043
214-861-2125

Grand Prairie Office
550 S. Carrier Parkway #570
Grand Prairie, TX 75051
972-264-6598

Irving Office
1003 W. 6th Street
Irving, TX 75060
972-253-4171

### Denton County

Denton Office
820 N. Loop 288
Denton, TX 76209
940-484-6666

Lewisville Office
190 N. Valley Parkway, Suite 201
Lewisville, TX 75067
972-221-8081

### El Paso County

El Paso-Gateway Office
7300 Gateway East
El Paso, TX 79915
915-598-3487

El Paso-Hondo Pass Office
4505 Hondo Pass
El Paso, TX 79904
915-751-6455

El Paso-Northwestern Office
1854 Northwestern
El Paso, TX 79912
915-877-1647

El Paso-Scott Simpson Office
11612 Scott Simpson Drive
El Paso, TX 79936
915-849-4100

### Fort Bend County

Houston-Rosenberg Mega Center
28000 SW Freeway, Suite A
Rosenberg, TX 77471
281-517-1630

### Harris County

Baytown Office
5420 Decker Drive
Baytown, TX 77520
281-424-3669

Houston-East Office
11039 East Freeway I-10, #B
Houston, TX 77029
713-633-9872

*continued*



2:13-cv-193
09/02/2014
DEF0841

Rodriguez
EXHIBIT NO. 91
Kim Seibert

### Harris County

Houston-Dacoma Office
4545 Dacoma
Houston, TX 77092
713-683-0541

Houston-Gessner Mega Center
12220 S. Gessner
Houston, TX 77071
713-219-4100

Houston-Grant Road Office
10503 Grant Road
Houston, TX 77070
281-890-5440

Houston-Townhurst Office
1601 Townhurst
Houston, TX 77043
713-465-8462

Houston-Spring Mega Center
4740 Spring Cypress, #100
Spring, TX 77379
281-517-1620

Houston-Vantage Parkway Office
15403 Vantage Parkway E., Suite 300
Houston, TX 77032
281-449-2685

Houston-Winkler Office
9206 Winkler
Houston, TX 77017
713-943-0631

Humble Office
7710 Will Clayton Parkway
Humble, TX 77338
281-446-3391

Pasadena Office
2783 Red Bluff Road #100
Pasadena, TX 77503
713-473-3232

Webster Office
111 Tristar Drive
Webster, TX 77598
281-486-8242

### Hidalgo County

McAllen Office
1414 Bicentennial
McAllen, TX 78501
956-565-7200

Mission Office
722 N. Breyfogle, Suite A
Mission, TX 78572
956-205-7070

Weslaco Office
2525 N. International Blvd.
Weslaco, TX 78599
956-565-7200

### Nueces County

Corpus Christi Office
1922 S. Padre Island Drive
Corpus Christi, TX 78416
361-698-5625

### Tarrant County

Arlington Office
3901 W. Arkansas Lane #111
Arlington, TX 76016
817-274-1818

Fort Worth-East Office
3500 Miller Avenue
Ft. Worth, TX 76119
817-413-6318

Fort Worth-Mega Center
8301 Brentwood Stair Road
Fort Worth, TX 76120
817-285-1900

Fort Worth-South Office
6413 Woodway Drive
Fort Worth, TX 76133
817-294-1075

Hurst Office
624 NE Loop 820
Hurst, TX 76053
817-299-1426

### Travis County

Austin-North Lamar Office
6121 North Lamar Blvd.
Austin, TX 78752
512-424-2076

Austin-Northwest Office
13730 Research Blvd.
Austin, TX 78750
512-506-2835

Austin-Pflugerville Mega Center
216 E. Wells Branch Parkway
Pflugerville, TX 78660
512-486-2800

Austin-South Office
6425 South IH-35, #180
Austin, TX 78744
512-444-5241

---

**The listed Driver License offices will be open the following Saturdays:**
*May 10, 17 & 24, 2014, from 10 a.m. – 2 p.m.*, for
Election Identification Certificates ONLY
**This card cannot be used for identification purposes other than voting.**

Esta oficina estará abierta los sabádos de 10am - 2pm hasta el 10, 17, 24 de mayo de 2014 SOLAMENTE para Certificados de Elección Esta tarjeta no puede utilizarse para propósitos de identificación distintos de votación.

For more information regarding EICs, including eligibility guidelines and necessary documentation, visit
http://www.dps.texas.gov/DriverLicense/electionID.htm