| | |
|---|---|
| From: | Pitzer, Deborah |
| To: | Myers, Bob |
| CC: | Cardenas, Lynne; Watkins, Paul; Rodriguez, Tony; Mastracchio, JoeAnna; Gipson, Sheri; Peters, Joe; Berkley, Johnnie; Bell, Stephen; Hale, Lynn |
| Sent: | 9/24/2013 3:46:40 PM |
| Subject: | Re: Mobile Light EIC Units |

Facilitators attending will be Deborah Pitzer and Latresha Fowler Ockletree.

Deborah Pitzer
Assistant Manager
Driver License Division
Region 1B
817.304.8167 (cell)
817.299.1433 (fax)


Rodriguez
EXHIBIT NO. 93
Kim Seibert

**From**: Myers, Bob
**Sent**: Tuesday, September 24, 2013 02:40 PM
**To**: Bell, Stephen; Meade, Kevin; Smith, Timothy; Souder, Richard; Wilcox, Robert; Winkley, Salestus; Berkley, Johnnie; Hartline, Candice; Parker, Stanley; Patterson, Janet; Pitzer, Deborah; Carter, Thomas; Flores, Amelia; Ford, Carolyn; Guerra, Sylvia; Jones, Patricia; Alexander, Alan; Bergman, Kathy; Corbett, Melissa; Manning, Diann; Mulligan, Charlotte; Flores, Maria; Ramirez, Raquel; Silva, Samuel; Aranda-Sarabia, Leticia; Barber, David; Valenzuela, Estella; Garcia, Pablo; Soto, Adriana; Valdez, Tomas; Carlsson, Lori; Hubbard, Barbara; Hunt, Regina; Wells, Charles; Garcia, Joseph; Gomez, Frances; Prince, Nancy; Spencer, Lillian
**Cc**: Cardenas, Lynne; Cardenas, Lynne; Watkins, Paul; Rodriguez, Tony; Mastracchio, JoeAnna; Gipson, Sheri; Peters, Joe
**Subject**: RE: Mobile Light EIC Units

Hello All,

Training on the use of the mobile EIC units has been scheduled for this Thursday Sept. 26th from 1p.m. to 5p.m. at Austin Headquarters. Distribution and sign out for the EIC equipment will occur at the conclusion of the class. If you have not already done so, please send the names of the Asst. Manager and facilitator from your Region who will attend this training to Lynn and Bob.
Thanks and we appreciate your patience.
Bob

Robert Myers,
Training Specialist V
Driver License Division
Texas Department of Public Safety

5805 N Lamar Blvd.
Austin, TX 78752

bob.myers@dps.texas.gov
Office: (512) 424-5538
Mobile:(512) 239-9256

2:13-cv-193
09/02/2014
**DEF0843**

We are creating a faster, easier and friendlier driver license experience and a safer Texas.

**From**: Bell, Stephen
**Sent**: Friday, September 20, 2013 3:23 PM
**To**: Meade, Kevin; Smith, Timothy; Souder, Richard; Wilcox, Robert; Winkley, Salestus; Berkley, Johnnie; Hartline, Candice;

TEX0511590

Parker, Stanley; Patterson, Janet; Pitzer, Deborah; Carter, Thomas; Flores, Amelia; Ford, Carolyn; Guerra, Sylvia; Jones, Patricia; Alexander, Alan; Bergman, Kathy; Corbett, Melissa; Manning, Diann; Mulligan, Charlotte; Flores, Maria; Ramirez, Raquel; Silva, Samuel; Aranda-Sarabia, Leticia; Barber, David; Valenzuela, Estella; Garcia, Pablo; Soto, Adriana; Valdez, Tomas; Carlsson, Lori; Hubbard, Barbara; Hunt, Regina; Wells, Charles; Garcia, Joseph; Gomez, Frances; Prince, Nancy; Spencer, Lillian
**Cc:** bobcole@kokefm.com; Myers, Bob; Cardenas, Lynne; Cardenas, Lynne; Watkins, Paul; Rodriguez, Tony; Mastracchio, JoeAnna; Gipson, Sheri; Peters, Joe
**Subject:** Mobile Light EIC Units

Regional Managers,

We are going to be required by the SoS office to deploy up to 25 Mobile Light EIC Units. This deployment (do not have a finalized list of sites) will occur throughout the State and probably effect every Region. We believe that we will be conducting training and initial distribution of the first 20 next Thursday (or Friday). This is a warning order to you be prepared to send an Assistant Manager and a Facilitator to Austin on that day for training and to pick up the units (if they are going to spend the night get their travel cards now). Stella, Tom and Sam you may want to consider sending both, your call. Regions with a Mega Center, Tony and I believe that it makes the most sense for the Mega Centers to be the ones to staff the mobiles so the AM and facilitator from each Mega would need to attend (Tom C that is both Megas). Again your call if you send someone else. More to follow on exact times and dates as we figure it out. Please send the names to Bob and Lynn in training.


v/r
Stephen W. Bell
Customer Operations Senior Manager– North and East
Driver License Division
Texas Department of Public Safety
stephen.bell@dps.texas.gov
512-550-7064 (C)
512-424-2768 (O)



*The Driver License Division is committed to quality and excellence in customer service. Please share your thoughts with us via our online customer service survey at:* http://www.survey.utexas.edu/txdps/

TEX0511591