| | |
|---|---|
| From: | Roberts, Rebecca |
| To: | Hale, Lynn; Greenall, Harry; Carlisle, Andrea; Cardenas, Lynne; Rodriguez, Tony; Roberts, Rebecca; Jarmon, Karol; Stubbings, Tiffany; Woods, Charlene; McCradic, Danielle; Myers, Bob; Lee, Kim; Bell, Stephen; Ramchand, Esther; Garcia, Ricardo L(DL); Scott, Miguel |
| CC: | Keith, Elaine; Kilchenstein, Jim; Steele, Joanne; Gipson, Sheri; Weise, Melanie; Isaac, Brian; Watkins, Paul; Cook, Tony |
| Sent: | 9/25/2013 12:25:22 PM |
| Subject: | EIC Meeting Minutes - 9/25 |

**Attendees**
Harry Greenall; Ricardo Garcia; Kim Lee; Charlene Woods; Rebecca Roberts; Andrea Carlisle; Tony Rodriguez; Lynne Cardenas; Stephen Bell; Lynn Hale, Bob Myers, Danielle McCradic, Miguel Scott,

**Action Items**
- Miguel to run security test on configured laptop
- Miguel to send updated asset logs to DL
- Andrea to add exception paths to business process and review with Tiffany
- Harry to provide next 2 configured laptops to Andrea

**Status of EIC initiative in progress**
- 21 assistant managers and facilitators scheduled for training Thursday. Up to 4 others may be added in response to 79 counties initiative.
- Steve obtained the 25 laptop bags
- Anticipate keeping the equipment for a week after the election because of provisional ballots
- (Voters without photo id cast provisional ballots; they'll have 6 days under law to return to a DL office with photo id to make their vote count)

*Testing*
- Tiffany completed QA of configuration ("smoke test")
- Tiffany provided screen prints for EIC mobile process for 3 different scenarios
- Miguel to run security test on same machine

*Documentation*
- Process for happy path reviewed by Andrea
- Tiffany and Andrea working to complete process for exception paths
- Tiffany provided documentation on how to erase data from flash drive/laptop when complete

*Configuration*
- With QA complete, Harry started configuring remaining 23 laptops
- Andrea has requested the next two configured laptops
- Harry will release the rest as they are finished
- Keep Renee Cardwell in the loop – need to communicate the asset tag to her

**Field Support**
Each office's training facilitator is Tier One support
1. When issues encountered, CSR to call Facilitator first
2. If Facilitator can't solve the problem, Facilitator calls the help desk
3. Help Desk will engage IT Services if needed using normal ticket process
4. Training group will provide a copy of training documents to help desk

**Additional Initiative in the works: seventy nine counties**
*Summary*
- Seventy nine counties in Texas do not have a DL office
- Secretary of State would like to offer an EIC mobile light unit to each county



2:13-cv-193
09/02/2014
**DEF0844**

Rodriguez
EXHIBIT NO. 94
Kim Seibert

- DL would assemble EIC kits and deliver to regional centers.
- Interested counties would send employees to regional centers for training.
- Once trained, county employees would bring laptop and EIC kits and *multiple* encrypted flash drives back to the county.
- Laptop and EIC kits would stay in the county, while flash drive and paperwork would be transported (daily? weekly?) to the nearest DL office to process.

*Considerations*

- Attorney General's office would purchase the equipment for the 79 counties (including laptop bags J)
- Using state troopers to transport the data from county to DL office is a possibility
- Brian Lane is having discussions with SOS office about the security requirements for non-DPS people gathering EIC data (background checks, training)
- If county employees don't want to run mobile EIC station, ask HHSC employees?
- How many counties are interested?
- Start planning for this to be operational in 10 days to 2 weeks.
- Pam is reviewing MOUs for OTC. Counties must assume responsibility for loss of laptops or flash drives.
- DL already has agreements with County Commissioner's court to enter data into DLS.

Rebecca Roberts
Texas Department of Public Safety | Information Technology | Governance
Rebecca.Roberts@dps.texas.gov
(512) 424-7476 / 8-7476

Use the links to learn more about IT Governance , Project Management Office , Business Analysis , and the services we provide.



TEX0511200