| | |
|---|---|
| From: | Bell, Stephen |
| To: | Carlisle, Andrea; Cardwell, Renee (DL); Hale, Lynn; Cardenas, Lynne; 'bob.myers@txdps.state.tx.us' |
| Sent: | 9/25/2013 4:50:31 PM |
| Subject: | FW: EICmobile(web master list).docx |
| Attachments: | EICmobile(web master list).docx |

FYI.

v/r
Stephen W. Bell
Customer Operations Senior Manager– North and East
Driver License Division
Texas Department of Public Safety
stephen.bell@dps.texas.gov
512-550-7064 (C)
512-424-2768 (O)




Rodriguez
EXHIBIT NO. 95
Kim Seibert

*The Driver License Division is committed to quality and excellence in customer service. Please share your thoughts with us via our online customer service survey at:* http://www.survey.utexas.edu/txdps/

---

**From:** Bell, Stephen
**Sent:** Wednesday, September 25, 2013 4:50 PM
**To:** Steen, Philip; Webster, Jack
**Cc:** Winkley, Salestus; Berkley, Johnnie; Carter, Thomas; Bergman, Kathy; Rodriguez, Tony; Bradberry, Michael; Mathis, Dwight
**Subject:** FW: EICmobile(web master list).docx

Commanders,

Sorry I did not share this sooner but we are in a tail spin with this EIC Mobile deployment. Fort Worth is the first location to go live on Monday. Houston will follow on Tuesday. The guidance to the Managers is they will have an Assistant Manager at every location during the initial opening. I will be the area on both days in case there are start up issues. Training will occur here in Austin tomorrow and kits will be issue at that time. We are trying to rework the hours from 8-5 to 9-4 for any future deployments.

The initial distribution plan is:
Region 1A - 4 Sets
Region 1B - 4 Sets
Region 2A - 2 Sets
Region 2B - 2 Sets
Region 4 - 4 Sets
Region 6A - 4 Sets

The one Regional issue I want to insure you are aware of is these units will not have internet access and we will not have the ability verify eligibility on site. AD Skyor Hearn made the call that we will use the Regional Communications Centers to run a 10-27 on the applicant to verify eligibility. We are loading all six regional numbers into the cell phones that will be sent out with the kits. When I have more information I will pass it on.


2:13-cv-193
09/02/2014
DEF0845

TEX0511902



A kit packed in the boxes and one set up for use.



TEX0511903

v/r
Stephen W. Bell
Customer Operations Senior Manager– North and East
Driver License Division
Texas Department of Public Safety
stephen.bell@dps.texas.gov
512-550-7064 (C)
512-424-2768 (O)



*The Driver License Division is committed to quality and excellence in customer service. Please share your thoughts with us via our online customer service survey at:* http://www.survey.utexas.edu/txdps/

---

**From:** Peters, Joe
**Sent:** Tuesday, September 24, 2013 11:32 AM
**To:** Watkins, Paul; Rodriguez, Tony; Bell, Stephen
**Subject:** Fwd: EICmobile(web master list).docx

FYI

Joe Peters
Assistant Director
Texas Department of Public Safety
Driver License Division
P.O. Box 4087
Austin, TX. 78773
512-424-5899

Begin forwarded message:

**From:** "Cesinger, Katherine" <Katherine.Cesinger@dps.texas.gov>
**Date:** September 23, 2013, 10:12:47 PM CDT
**To:** "Bodisch, Robert" <Robert.Bodisch@dps.texas.gov>, "Peters, Joe" <Joe.Peters@dps.texas.gov>
**Subject: Fwd: EICmobile(web master list).docx**

I'm not sure this will actually be final until it is up on their website, so we probably shouldn't forward this on yet. But I wanted to send to y'all asap for situational awareness and planning purposes at least.

Thx.

Sent from my iPhone

Begin forwarded message:

**From:** Alicia Pierce <APierce@sos.texas.gov>
**Date:** September 23, 2013 9:23:09 PM CDT
**To:** Keith Ingram <KIngram@sos.texas.gov>, Wroe Jackson <SJackson@sos.texas.gov>, Coby Shorter <CShorter@sos.texas.gov>, "Cesinger, Katherine (Katherine.Cesinger@dps.texas.gov)" <Katherine.Cesinger@dps.texas.gov>
**Cc:** James Nino <JNino@sos.texas.gov>
**Subject: EICmobile(web master list).docx**

Attached is the schedule I have so far for week 1. Sorry for the lack of formatting. I'm trying to keep it simple so James can easily format as a webpage and add to VoteTexas.Gov. We will receive Bexar County's locations in the morning and see if Hayes county is available. I will also add Travis county when I get that via email.

On the homepage of VoteTexas.gov and also on the photo ID FAQ we will add the following: Don't have a photo ID for voting? Election Identification Certificates are available from DPS driver license offices during regular business hours, on Saturdays at select locations, and at EIC mobile stations traveling throughout the state. Find mobile station locations here. (link to page with date and location info.)

TEX0511905