**From:** Keith Ingram
**To:** Alicia Pierce; Wroe Jackson
**Sent:** 9/24/2013 3:56:58 PM
**Subject:** FW: Mobile EIC

Here is what I told her.

---

**From:** Keith Ingram
**Sent:** Tuesday, September 24, 2013 3:52 PM
**To:** 'Joyce Cowan'
**Subject:** RE: Mobile EIC

Excellent. The times are basically up to you. we think during business hours is better. A table for the computer and printer and a place to plug in for electricity.

---

**From:** Joyce Cowan [mailto:joyce@co.hays.tx.us]
**Sent:** Tuesday, September 24, 2013 3:49 PM
**To:** Keith Ingram
**Subject:** RE: Mobile EIC
**Importance:** High

I have booked the Government Center, San Marcos Activity Center, Rm. 1 and I am checking on Southside Community Center. Most places are asking times and what is needed, i.e. chairs, tables, etc.
Still calling and checking on other available sites.

*Joyce A. Cowan*
**Elections Administrator**
712 S. Stagecoach Trail, Suite 1045
San Marcos, TX 78666-9914
(512) 393-7310
(512) 393-2248 FAX
www.co.hays.tx.us/elections

---

**From:** Keith Ingram [mailto:KIngram@sos.texas.gov]
**Sent:** Tuesday, September 24, 2013 2:52 PM
**To:** Joyce Cowan
**Cc:** Wroe Jackson; Alicia Pierce
**Subject:** Mobile EIC

Joyce,

All of Hays County has 5700 or so non matches, but San Marcos has most of them. If you could find some locations (up to four) where DPS could set up shop for two days on the first and second next week, that would be very helpful. We also need some Volunteer Deputy Registrars to work the same locations in case any of the people needing EICs also need to register.

SAN MARCOS          78666     3,883




Rodriguez
EXHIBIT NO. 97
Kim Seibert

TEX00462079