**From:** Bergman, Kathy
**To:** Rodriguez, Tony; Krueger, Kristopher
**CC:** Bell, Stephen; Hale, Lynn; Myers, Bob; McCradic, Danielle
**Sent:** 10/15/2013 12:00:24 PM
**Subject:** FW: EIC MOU

Sabine County will not participate in the training. I will keep that unit (#98) here and use it for when we set up out there.

I have made arrangements to set up in the County Clerk's office from October 21-25th from 9am to 4pm daily. The office is located at 280 Main Street, Hemphill. Contact is Janice McDaniel 409-787-3786.

*Kathy Bergman*
Regional Manager
Region 2B
Texas Department of Public Safety
Driver License Division
#2 Hilbig, Conroe, TX 77301
936-442-2829

---

**From:** Janice McDaniel [mailto:sabinecc@yahoo.com]
**Sent:** Tuesday, October 15, 2013 10:26 AM
**To:** Bergman, Kathy
**Subject:** Re: EIC MOU

Ms. Bergman,
Judge Watson and I have discussed the EIC participation and we don't feel we have the staff to commit to this. I am short an employee plus I have early voting starting next Monday.
Thank you,
Janice McDaniel
Sabine County Clerk

On Monday, October 14, 2013 3:20 PM, "Bergman, Kathy" <Kathy.Bergman@dps.texas.gov> wrote:
Here is the information on the Election Identification Certificate training. I will follow up tomorrow morning with you. Please call me if you have any questions.

Sam Houston State University
816 17th Street, Huntsville, Texas 77340
College of Criminal Justice Building, Texas Room, 2nd Floor, A217, Bates Room

Campus Map: http://www.shsu.edu/map/ Section 9 on map
Building Map: http://www.shsu.edu/dotAsset/34e2e525-dbbb-4397-a2e4-7b8890fcb88e.pdf
Parking Information: http://www.shsu.edu/~upd_www/garage/

Training Date and Time: October 17, 9:00 a.m. to 3:00 p.m.

Kathy Bergman
Regional Manager
Region 2B
Texas Department of Public Safety
Driver License Division
#2 Hilbig, Conroe, TX 77301
936-442-2829



2:13-cv-193
09/02/2014
**DEF0848**



Rodriguez
EXHIBIT NO. 98
Kim Seibert

**From:** Bergman, Kathy
**Sent:** Friday, October 11, 2013 11:22 AM
**To:** 'charles.watson@co.sabine.tx.us'
**Cc:** 'sabinecc@yahoo.com'
**Subject:** FW: EIC MOU

Judge Watson,

I have attached a copy of the Interlocal Cooperation Contract regarding Election Identification Certificates that we spoke about yesterday. As the County Judge, you will need to be the person who signs this for your county and return it to DPS.

We have tentative training scheduled for Thursday, October 17th in Huntsville. Once I know the firm date, time and place, I will call you.

I hope that Sabine County is able to participate in this project. As I stated yesterday, if your county employees can be trained to process these Election Identification Certificates, it will benefit the residents of your county by having the availability of issuance daily instead of just the few times DPS will be able to be out there. It will also benefit DPS by not having to short a Driver License Office an employee to come to Newton County to man the Election Identification Certificate unit.

Please get back with me as soon as possible so that we can confirm your decision to participate. If you have any questions, please don't hesitate to call.

Thank you,

Kathy Bergman
Regional Manager
Region 2B
Texas Department of Public Safety
Driver License Division
#2 Hilbig, Conroe, TX 77301
936-442-2829

---

**From:** Krueger, Kristopher
**Sent:** Friday, October 11, 2013 10:58 AM
**To:** Bergman, Kathy; Watkins, Paul
**Subject:** EIC MOU

The EIC MOU is attached.

Kristopher Krueger
Strategic Operations Analyst
Driver License Division

kristopher.krueger@dps.texas.gov
512-424-5061 (office)
512-705-7169 (mobile)

TEX0511239