| | |
|---|---|
| From: | Election_Identification_Certificates |
| To: | 'Lindy Warren' |
| BCC: | Wroe Jackson; Hale, Lynn; Myers, Bob |
| Sent: | 10/7/2013 9:47:19 AM |
| Subject: | RE: Mobile Election Identification Certificate (EIC) Program |

There are two programs being run by the DPS. The first is a pilot program to provide county employees with the training and equipment to issue Texas Driver Licenses and ID cards. The second is a program that DPS is running at the request of the Secretary of State's office to provide county employees training and equipment to issue Election Identification Certificates. We will remove Trinity county from the list. If you have ay further questions please don't hesitate to contact me again

v/r

*Tony Rodriguez*

Customer Operations Senior Manager – South and West
Driver License Division
Texas Department of Public Safety
512.424.5657 (O)
512.739.9709 (C)
512.424.5233 (F)


Rodriguez EXHIBIT NO. 99 Kim Seibert

**From:** Lindy Warren [mailto:lindylou54@valornet.com]
**Sent:** Monday, October 07, 2013 9:01 AM
**To:** Election_Identification_Certificates
**Subject:** Re: Mobile Election Identification Certificate (EIC) Program

After the initial email regarding this pilot program, I responded because our county does not have a Licensing Department for drivers licenses. The next email stated this was going to be handled by the DPS office along with providing workers to do this task. If this is correct, please remove my name from the pilot program. Trinity County is a small county and in turn I have a small staff to provide service that we already offer. Please clarify if I am perceiving this incorrectly.

Thank you,
Lindy Madden Warren, TAC/VR
Trinity County
----- Original Message -----
**From:** Election_Identification_Certificates
**Sent:** Friday, October 04, 2013 4:35 PM
**Subject:** Mobile Election Identification Certificate (EIC) Program

Thank you for your interest in partnering with the Texas Secretary of State and the Texas Department of Public Safety in our Mobile Election Identification Certificate (EIC) program. Attached, please a series of documents that provide information on the program, the upcoming training and EIC operation:

- An Interlocal Cooperation Contract (ICC): While the Department of Public Safety will provide the training without a signed Interlocal Cooperation Contract, we must have a copy of the ICC signed by the County Judge after receiving authorization by the Commissioners Court before we can process a county's EICs.

- A training plan that lists the training locations,

- A document that provides points of contact for each training site.

- This hyperlink will allow you to view and download the EIC training packet: Click here to view EIC documents

2:13-cv-193
09/02/2014
**DEF0849**

TEX0511298

The EIC kits DPS personnel will provide contain all the items required to process EICs immediately, except the printer paper. These kits will be issued the same day as the training.

v/r

*Tony Rodriguez*

Customer Operations Senior Manager – South and West
Driver License Division
Texas Department of Public Safety

TEX0511299