


| EIC Number | Name Of Applicant | Location Issued | Type Of Station | Application Date | Issuance Status | LRS Validation Date | Age | Race | Sex | Zip Code | County |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 38204104 | POLANCO, MANUEL | Kingsville | DL Office | 2014-02-27 | Valid | 2014-02-27 | 55 | Hispanic | Male | 78364 | Kleberg |
| 38160957 | Vasquez, Victoria | S.A. - General McMullen | DL Office | 2014-02-14 | Valid | 2014-02-15 | 20 | Hispanic | Female | 78226 | Bexar |
| 38221201 | MICHELLE MARIE GARCIA | | DL Office | 2014-03-04 | Valid | 2014-03-04 | 18 | Hispanic | Female | 78599 | Hidalgo |
| 38177405 | ELSIE LEE EASTER | Lubbock | DL Office | 2014-02-20 | Valid | 2014-02-20 | 87 | White | Female | 79401 | Lubbock |
| 38214497 | TROTTER, VERA | Dallas - Southwest | DL Office | 2014-03-01 | Invalid | 2014-03-03 | 73 | African American | Female | 75237 | Dallas |
| 38205505 | Elizabeth Marie Hinnant | Garland DL Center | DL Office | 2014-02-27 | Valid | 2014-02-27 | 20 | White | Female | 75041 | Dallas |
| 38220825 | Loni Nicole Albrecht | Garland DL Center | DL Office | 2014-03-04 | Valid | 2014-03-04 | 19 | White | Female | 75041 | Dallas |
| 38147717 | aleyn albers voss | Bastrop | DL Office | 2014-02-11 | Valid | 2014-02-12 | 90 | White | Female | 78602 | Bastrop |
| 38214492 | BEDNARZ, KATHARINE ELIZABETH | Plano | DL Office | 2014-03-01 | Valid | 2014-03-04 | 23 | White | Female | 75023 | Collin |
| 38113001 | Rodriguez,Davvon Shukel | | County Office | 2014-02-10 | Valid | 2014-02-04 | 18 | African American | Male | 76432 | Delta |
| 37943953 | Sims, Ronald Mack | | County Office | 2014-02-10 | Valid | 2014-02-04 | 57 | African American | Male | 75087 | Rockwall |
| 37703621 | Jernigan, Donna Belle | Hurst | DL Office | 2014-02-10 | Invalid | 2014-02-18 | 82 | White | Female | 76053 | Tarrant |
| 37875039 | Williams, James Obadiah | Arlington | DL Office | 2013-11-05 | Invalid | 2013-11-14 | 44 | African American | Male | 76016 | Tarrant |
| 37703621 | Jernigan, Donna Belle | Hurst | DL Office | 2013-09-12 | Invalid | | 82 | White | Female | 76053 | Tarrant |
| 38073940 | Hoffman, Claire Graeber | Garland | DL Office | 2014-01-17 | Invalid | 2014-01-17 | 93 | White | Female | 75043 | Dallas |
| 38168849 | RUTH SWEETEN RAWLINGS | | Mobile | 2014-02-18 | Valid | 2014-02-19 | 91 | White | Female | 78833 | Real |
| 38179375 | RACHEL MARIA LOPEZ | Rockwall | DL Office | 2014-02-20 | Valid | 2014-02-25 | 18 | Hispanic | Female | 75087 | Rockwall |
| 38197643 | MORROW, MARY LUE | | Mobile | 2014-02-25 | Valid | 2014-02-26 | 65 | White | Female | 76943 | Crockett |
| 38222846 | CARRIEANNE CLINTON | Garland | DL Office | 2014-03-04 | Valid | 2014-03-05 | 37 | White | Female | 75043 | Dallas |
| 38234768 | JACK HERNY LIPPMAN | Angleton | DL Office | 2014-03-07 | Valid | 2014-03-07 | 80 | White | Male | 77515 | Brazoria |
| 38186115 | Roberts, Bronwyn Kathleen | El Paso - Scott Simpson | DL Office | 2014-02-22 | Valid | 2014-02-24 | 18 | White | Female | 79936 | El Paso |
| 38428556 | COCKERHAM, JENNY LEE | Palestine | DL Office | 2014-04-28 | Valid | 2014-04-28 | 18 | White | Female | 75803 | Anderson |
| 38154097 | WILLIAM MICHAEL WEEMS | Comanche | DL Office | 2014-02-13 | Valid | 2014-02-14 | 68 | White | Male | 76442 | Comanche |
| 37436619 | Machen, Nolan Orval | Lampasas | DL Office | 2013-07-10 | Valid | 2013-07-11 | 90 | White | Male | 76550 | Lampasas |
| 37421940 | Luthy, Preston Williamson | Dallas - East | DL Office | 2013-07-05 | Valid | 2013-07-08T00:00:00 | 18 | White | Male | 75218 | Dallas |
| 37463029 | Horn, Lottie D | Jacksonville | DL Office | 2013-07-16 | Valid | 2013-07-17T00:00:00 | 92 | African American | Female | 75766 | Cherokee |
| 37478594 | Stubenthal, Michael Ryan | Beeville | DL Office | 2013-07-18 | Valid | 2013-07-19T00:00:00 | 58 | White | Male | 78102 | Bee |
| 37498207 | Benitez, Novella Goswick | Snyder | DL Office | 2013-07-23 | Valid | 2013-08-01T00:00:00 | 90 | White | Female | 79549 | Scurry |
| 37503720 | Barron, Robert James | Austin - Northwest | DL Office | 2013-07-24 | Valid | 2013-07-25T00:00:00 | 74 | White | Male | 78750 | Williamson |
| 37553432 | Huntsberger, Robin Derek | Carrollton | DL Office | 2013-08-05 | Valid | 2013-08-08T00:00:00 | 28 | White | Male | 75007 | Dallas |
| 37628296 | Samora, Maria Ines | Uvalde | DL Office | 2013-08-21 | Valid | 2013-08-22T00:00:00 | 49 | Hispanic | Female | 78801 | Uvalde |
| 37710873 | Delgado, Monica | Dallas - Southwest | DL Office | 2013-09-14 | Invalid | | 18 | Hispanic | Female | 75237 | Dallas |
| 37734307 | Thompson, Charles | Garland | DL Office | 2013-09-21 | Valid | 2013-09-24T00:00:00 | 61 | White | Male | 75043 | Dallas |
| 37734308 | Bible, Herbert Michael | Fort Worth | DL Office | 2013-09-21 | Valid | 2013-09-24T00:00:00 | 58 | White | Male | 76133 | Tarrant |
| 37747932 | Pecina, Jorge Antonio | Weslaco | DL Office | 2013-09-25 | Valid | 2013-09-26 | 37 | Hispanic | Male | 78596 | Hidalgo |
| 37753136 | Clark, Arthur Vernon | Austin - South Congress | DL Office | 2013-09-27 | Valid | 2013-10-07T00:00:00 | 55 | African American | Male | 78745 | Travis |
| 37757880 | Figueroa, Jose Luis | Harlingen | DL Office | 2013-09-28 | Valid | 2013-10-02T00:00:00 | 60 | Hispanic | Male | 78550 | Cameron |
| 37757881 | Allee, Bethlyn Gay | Spring DL Center | DL Office | 2013-09-28 | Valid | 2013-10-02T00:00:00 | 52 | White | Female | 77379 | Harris |
| 37766194 | Johnson, Rickey | Fort Worth | DL Office | 2013-10-01 | Valid | 2013-10-02T00:00:00 | 54 | African American | Male | 76133 | Tarrant |
| 37766737 | Garcia, Daisy Elizabeth | El Paso - Scott Simpson | DL Office | 2013-10-01 | Valid | 2013-10-02T00:00:00 | 18 | Hispanic | Female | 79936 | El Paso |
| 37766298 | Cannon, Joy Stansberry | Fort Worth | DL Office | 2013-10-01 | Valid | 2013-10-02T00:00:00 | 57 | African American | Female | 76133 | Tarrant |
| 37766614 | Lambert, Leon II | Arlington | DL Office | 2013-10-01 | Valid | 2013-10-02T00:00:00 | 32 | African American | Male | 76016 | Tarrant |
| 37766530 | Flemons, Jaqueline R | Arlington | DL Office | 2013-10-01 | Valid | 2013-10-02T00:00:00 | 49 | African American | Female | 76016 | Tarrant |
| 37766587 | Duggan, Martha Irene | El Paso - Gateway | DL Office | 2013-10-02 | Valid | 2013-10-03T00:00:00 | 43 | Hispanic | Female | 79325 | El Paso |
| 37770909 | Casull, Vivian | El Paso - Northwest | DL Office | 2013-10-02 | Valid | 2013-10-03T00:00:00 | 57 | Other | Female | 79912 | El Paso |
| 37772411 | Dubose, Karen Alice | Houston-Gessner DL Ctr | DL Office | 2013-10-03 | Valid | 2013-10-07T00:00:00 | 51 | White | Female | 77071 | Harris |
| 37775477 | Carter, Keith Devon | Dallas - East | DL Office | 2013-10-03 | Valid | 2013-10-04T00:00:00 | 47 | African American | Male | 75218 | Dallas |
| 37775476 | Davis, Horace Earl | Dallas - East | DL Office | 2013-10-03 | Valid | 2013-10-04T00:00:00 | 51 | African American | Male | 75218 | Dallas |
| 37780786 | McDowell, Gary Lynn | Hurst | DL Office | 2013-10-05 | Valid | 2013-10-07T00:00:00 | 59 | White | Male | 76053 | Tarrant |
| 37780785 | Robledo, Mark Anthony | Weslaco | DL Office | 2013-10-05 | Valid | 2013-10-07 | 21 | Hispanic | Male | 78596 | Hidalgo |
| 37781777 | Hargis, Glen Edward | Dallas - East | DL Office | 2013-10-07 | Valid | 2013-10-10T00:00:00 | 67 | White | Male | 75218 | Dallas |
| 37785467 | Baquet Williams, Brigette | | Mobile | 2013-10-07 | Valid | 2013-10-10T00:00:00 | 52 | African American | Female | | Dallas |

| ID | Name | City | Type | Date | Status | Date2 | Age | Race | Gender | Num | County |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 37783739 | McNerney, Marie Mae | Palestine | DL Office | 2013-10-07 | Valid | 2013-10-10 | 85 | White | Female | 75803 | Anderson |
| 37783449 | Grainger, Carol Sue | Palestine | DL Office | 2013-10-07 | Valid | 2013-10-14T00:00:00 | 66 | White | Female | 75803 | Anderson |
| 37784946 | Kyles, Marlon Dion | Houston-Gessner DL Ctr | DL Office | 2013-10-07 | Valid | 2013-10-11T00:00:00 | 44 | African American | Male | 77071 | Harris |
| 37788222 | Beaver, Ricky | Fort Worth DL Center | DL Office | 2013-10-08 | Valid | 2013-10-11T00:00:00 | 45 | Native American | Male | 76120 | Tarrant |
| 37789737 | Hardemon, Johnny Frank | Carrollton | DL Office | 2013-10-08 | Valid | 2013-10-14T00:00:00 | 43 | African American | Male | 75007 | Dallas |
| 37789097 | Duncan, Angel Danielle | | Mobile | 2013-10-08 | Valid | 2013-10-09T00:00:00 | 20 | African American | Female | | Waller |
| 37789244 | Lebeauf, Sidney Edward | | Mobile | 2013-10-08 | Valid | 2013-10-09 | 20 | African American | Male | 77446 | Waller |
| 37789266 | Gandara, Ralph | | Mobile | 2013-10-08 | Valid | 2013-10-09T00:00:00 | 61 | Native American | Male | | Harris |
| 37789210 | Rojas, Amber Marie | | Mobile | 2013-10-08 | Valid | 2013-10-10 | 18 | Hispanic | Female | 78521 | Cameron |
| 37789483 | Rich, Stephanie Regina | Arlington | DL Office | 2013-10-08 | Valid | 2013-10-10 | 44 | African American | Female | 76016 | Tarrant |
| 37790708 | Covington, Olinda Hardy IX | Houston - Winkler | DL Office | 2013-10-10 | Valid | 2013-10-10 | 64 | African American | Male | 77017 | Harris |
| 37797318 | Bennett, Earnest Lee | | Mobile | 2013-10-10 | Valid | 2013-10-11 | 72 | African American | Male | 77868 | Grimes |
| 37793747 | Cook, Cameron Camille | Dallas - East | DL Office | 2013-10-10 | Valid | 2013-10-15 | 22 | African American | Female | 75218 | Dallas |
| 37798305 | Tucker, Joyce Elaine | Garland | DL Office | 2013-10-10 | Invalid | | 59 | African American | Female | 75043 | Dallas |
| 37803028 | Martin, Christina | | Mobile | 2013-10-11 | Valid | 2013-10-15 | 39 | African American | Female | 77016 | Harris |
| 37803351 | Martinez, Emilio | | Mobile | 2013-10-11 | Valid | 2013-10-14 | 44 | Hispanic | Male | 78040 | Webb |
| 37803352 | Vela, Sandra | | Mobile | 2013-10-11 | Valid | 2013-10-16 | 52 | Hispanic | Female | 78046 | Webb |
| 37803353 | Martinez, Abel | | Mobile | 2013-10-11 | Valid | 2013-10-16 | 40 | Hispanic | Male | 78043 | Webb |
| 37803354 | Salinas, Raymundo | | Mobile | 2013-10-11 | Invalid | | 42 | Hispanic | Male | 78043 | Webb |
| 37803357 | Surratt, Marla | Dallas - East | DL Office | 2013-10-12 | Valid | 2013-10-15 | 50 | White | Female | 75218 | Dallas |
| 37803355 | Mack, Richard | | Mobile | 2013-10-12 | Valid | 2013-10-16 | 50 | African American | Male | 77099 | Harris |
| 37806442 | Allison, Dorthy Catherine | | Mobile | 2013-10-14 | Valid | 2013-10-16 | 66 | White | Female | 77065 | Harris |
| 37804260 | Gamez, Silverio Jr. | Cleburne | DL Office | 2013-10-14 | Valid | 2013-10-22 | 25 | Hispanic | Male | 76033 | Johnson |
| 37809513 | Aguirre, Anita Marie | Crystal City | DL Office | 2013-10-15 | Valid | 2013-10-22 | 18 | Hispanic | Female | 78839 | Zavala |
| 37808160 | Taylor, Jack Lamar | Hurst | DL Office | 2013-10-15 | Invalid | | 18 | African American | Male | 76053 | Tarrant |
| 37816691 | Sanchez, Hector Manuel | | Mobile | 2013-10-15 | Valid | 2013-10-21 | 66 | Hispanic | Male | 77550 | Galveston |
| 37809993 | Young, Bradley Glen | Tyler | DL Office | 2013-10-16 | Valid | 2013-10-21 | 56 | White | Male | 75707 | Smith |
| 37813493 | Rainey, Tiara Unique | | Mobile | 2013-10-17 | Valid | 2013-10-21 | 18 | African American | Female | 75701 | Smith |
| 37817352 | McGee, David Earl | | Mobile | 2013-10-17 | Valid | 2013-10-21 | 58 | African American | Male | 75702 | Smith |
| 37817564 | Green, Charles | | Mobile | 2013-10-17 | Valid | 2013-10-21 | 59 | African American | Male | 75771 | Smith |
| 37817552 | Lauglin, Stevan Slay | | Mobile | 2013-10-07 | Valid | 2013-10-21 | 52 | White | Male | 75702 | Smith |
| 37817535 | Estes, Darryl | | Mobile | 2013-10-17 | Valid | 2013-10-21 | 47 | White | Male | 77550 | Galveston |
| 37817364 | Tillman, Adrienne Bernadette | | Mobile | 2013-10-17 | Invalid | | 31 | African American | Female | 77096 | Harris |
| 37817109 | Harvell, Deina | | Mobile | 2013-10-17 | Valid | 2013-10-22 | 82 | White | Female | 79720 | Howard |
| 37822575 | Menges, Ray Jr. | | Mobile | 2013-10-18 | Valid | 2013-10-22 | 86 | White | Male | 79720 | Howard |
| 37819022 | Noyola, Alonzo | Mission | DL Office | 2013-10-18 | Valid | 2014-02-18 | 47 | Hispanic | Male | 78572 | Hidalgo |
| 37819205 | Trainer-Burrell, Pamela Kay | Port Arthur | DL Office | 2013-10-18 | Valid | 2013-10-18 | 50 | African American | Female | 77640 | Jefferson |
| 37822651 | Wilson, Lois | | Mobile | 2013-10-18 | Valid | 2013-10-21 | 87 | White | Female | 75605 | Gregg |
| 37822649 | Rector, Francis | | Mobile | 2013-10-18 | Valid | 2013-10-21 | 96 | White | Female | 75605 | Gregg |
| 37822648 | McNew, Mildred Onita | | Mobile | 2013-10-18 | Valid | 2013-10-22 | 92 | White | Female | 75605 | Gregg |
| 37822647 | Cunningham, Betsy | | Mobile | 2013-10-18 | Valid | 2013-10-21 | 82 | White | Female | 75605 | Gregg |
| 37822410 | Lopez, Linda | | Mobile | 2013-10-18 | Valid | 2013-10-22 | 19 | Hispanic | Female | 78596 | Hidalgo |
| 37822695 | Hall, Ursula Antoinette | Houston - Winkler | DL Office | 2013-10-19 | Valid | 2013-10-21 | 47 | African American | Female | 77017 | Harris |
| 37822694 | Lee, Zachary McKinley | Houston -Vantage Pkwy | DL Office | 2013-10-19 | Valid | 2013-10-21 | 18 | African American | Male | 77032 | Harris |
| 37823391 | Carranza, Elizabeth Ayala | Weslaco | DL Office | 2013-10-21 | Valid | 2013-10-21 | 43 | Hispanic | Female | 78596 | Hidalgo |
| 37826640 | Williams, Irene | | Mobile | 2013-10-21 | Valid | 2013-10-21 | 60 | Hispanic | Female | 77087 | Harris |
| 37826405 | Osore, Angelina | | Mobile | 2013-10-21 | Valid | 2013-10-24 | 42 | African American | Female | 77351 | Polk |
| 37826757 | Gonzalez, Selina Ludivina | | Mobile | 2013-10-24 | Valid | 2013-10-24 | 22 | Hispanic | Female | 78560 | Hidalgo |
| 37826530 | Macias, Diana Victoria | | Mobile | 2013-10-21 | Valid | 2013-10-24 | 18 | Hispanic | Female | 78570 | Hidalgo |
| 37828918 | Kindell, James Charles | San Antonio Pat Booker | DL Office | 2013-10-22 | Valid | 2013-10-22 | 92 | White | Male | 78148 | Bexar |
| 37830586 | Whiteside, Samual Thomas | Fort Worth | DL Office | 2013-10-22 | Valid | 2013-10-24 | 74 | White | Male | 76133 | Tarrant |
| 37830355 | Bond, Robert | | Mobile | 2013-10-22 | Valid | 2013-10-24 | 49 | White | Male | 77351 | Polk |
| 37830662 | Maroney, Bruce Wayne | | Mobile | 2013-10-22 | Valid | 2013-10-25 | 61 | African American | Male | 77033 | Harris |

| ID | Name | City | Type | Date | Status | Age | Race | Gender | ZIP | County |
|---|---|---|---|---|---|---|---|---|---|---|
| 37827900 | Martinez, Vanessa Lee | Weslaco | DL Office | 2013-10-22 | Valid | 21 Hispanic | | Female | 78596 | Hidalgo |
| 37830715 | Bustamante, Ruben | | Mobile | 2013-10-22 | Valid | 83 Hispanic | | Male | 78589 | Hidalgo |
| 37832410 | Bowen, Joseph Duane | | DL Office | 2013-10-23 | Valid | 23 White | | Male | 78758 | Travis |
| 37830684 | Thomas, Dameon | | Mobile | 2013-10-23 | Valid | 45 African American | | Male | 76063 | Tarrant |
| 37835029 | Wright, Theresa | | Mobile | 2013-10-23 | Valid | 85 African American | | Female | 76112 | Tarrant |
| 37835362 | Burnet, Sandra Zane | | Mobile | 2013-10-23 | Valid | 67 White | | Female | 76305 | Clay |
| 37835290 | Gonzalez, Adrian | | Mobile | 2013-10-23 | Valid | 33 Hispanic | | Male | 78596 | Hidalgo |
| 37835211 | Serna, Selina Edith | | Mobile | 2013-11-01 | Valid | 19 Hispanic | | Female | 78596 | Hidalgo |
| 37833533 | Miller, Joseph Edward | Houston-Gessner DL Ctr | DL Office | 2013-10-23 | Valid | 45 White | | Male | 77071 | Harris |
| 37841065 | Rodriguez, Karrie Ranae | Harlingen | DL Office | 2013-10-25 | Valid | 18 Hispanic | | Female | 78550 | Cameron |
| 37833298 | Gonzalez, Juan | Weslaco | DL Office | 2013-10-23 | Invalid | 66 Hispanic | | Male | 78596 | Hidalgo |
| 37833192 | Cantu, Oralia | Weslaco | DL Office | 2013-10-23 | Valid | 36 Hispanic | | Female | 78596 | Hidalgo |
| 37836385 | Canut, Ricardo Jr. | Weslaco | DL Office | 2013-10-24 | Valid | 18 Hispanic | | Male | 78596 | Hidalgo |
| 37836697 | Gonzalez, Oralia Ann | Weslaco | DL Office | 2013-10-24 | Valid | 18 Hispanic | | Female | 78596 | Hidalgo |
| 37836612 | Gonzalez, Daniella Lynn | Weslaco | DL Office | 2013-10-24 | Valid | 19 Hispanic | | Female | 78596 | Hidalgo |
| 37836801 | Tovias, David | Weslaco | DL Office | 2013-10-24 | Valid | 18 Hispanic | | Male | 78596 | Hidalgo |
| 37837172 | Castillo, Jesse | Weslaco | DL Office | 2013-10-24 | Valid | 19 Hispanic | | Male | 78596 | Hidalgo |
| 37837405 | Rodriguez, Blas | Weslaco | DL Office | 2013-10-24 | Valid | 55 Hispanic | | Male | 78596 | Hidalgo |
| 37837662 | Segura, Joseph Dylan | Weslaco | DL Office | 2013-10-24 | Valid | 19 Hispanic | | Male | 78596 | Hidalgo |
| 37837712 | Castillo, Juan Diego | Weslaco | DL Office | 2013-10-24 | Valid | 18 Hispanic | | Male | 78596 | Hidalgo |
| 37838523 | Rojas, Laura Celina | Weslaco | DL Office | 2013-10-24 | Valid | 25 Hispanic | | Female | 78596 | Hidalgo |
| 37832655 | Loysoya, Fernando | Weslaco | DL Office | 2013-10-23 | Valid | 48 Hispanic | | Male | 78596 | Hidalgo |
| 37842437 | Aguirre III, Benito | Weslaco | DL Office | 2013-10-25 | Valid | 19 Hispanic | | Male | 78596 | Hidalgo |
| 37834617 | Alaniz, Brandon Lee | Weslaco | DL Office | 2013-11-06 | Valid | 20 Hispanic | | Male | 78596 | Hidalgo |
| 37844638 | Sepulveda, Guillermo | | Mobile | 2013-10-28 | Valid | 65 Hispanic | | Male | 78582 | Hidalgo |
| 37844672 | Salinas, Juan Carlos | | Mobile | 2013-10-25 | Valid | 18 Hispanic | | Male | 78584 | Starr |
| 37844506 | Wilson, Elise | | Mobile | 2013-10-29 | Valid | 27 African American | | Female | 77014 | Harris |
| 37844325 | Settles, Jennifer Louise | | Mobile | 2013-10-25 | Valid | 20 African American | | Female | 77045 | Harris |
| 37844944 | Harbes, William Theodore | Temple | DL Office | 2013-10-26 | Valid | 48 White | | Male | 76502 | Bell |
| 37844945 | Hornsberry, Nicholas, Lawrence | Austin - South Congress | DL Office | 2013-10-26 | Invalid | 24 African American | | Male | 78745 | Travis |
| 37844947 | Krack, Mathew Micah | Corpus Christi | DL Office | 2013-10-28 | Valid | 18 White | | Male | 78416 | Nueces |
| 37844946 | Hahn, Evelyn | Fort Worth | DL Office | 2013-10-26 | Valid | 94 White | | Female | 76133 | Tarrant |
| 37845125 | Sills, Graciela Eliana | Austin - Northwest | DL Office | 2013-10-28 | Valid | 17 Hispanic | | Female | 78750 | Williamson |
| 37849306 | Winheim, John | Livingston | DL Office | 2013-10-28 | Valid | 42 White | | Male | 77351 | Polk |
| 37845862 | Lacour, Leah Micelle | Rosenberg DL Center | DL Office | 2013-10-28 | Valid | 46 White | | Female | 77494 | Fort Bend |
| 37853837 | Buchanan, James Parker | | Mobile | 2013-10-29 | Valid | 67 African American | | Male | 77830 | Grimes |
| 37853101 | Bunch, James William | Hempstead | DL Office | 2013-11-01 | Valid | 48 White | | Male | 77445 | Waller |
| 37844676 | Gomez, Javier Mateo | | Mobile | 2013-10-25 | Valid | 18 Hispanic | | Male | 78832 | Kinney |
| 37854039 | Hood, Eugene Clyde | | Mobile | 2013-10-29 | Valid | 54 White | | Male | 76943 | Crockett |
| 37849413 | Lynam, Marshall Joseph | | Mobile | 2013-10-28 | Valid | 30 White | | Male | 78873 | Real |
| 37857843 | Thomas, Joseph Rayquale | | Mobile | 2013-10-30 | Valid | 18 African American | | Male | 77051 | Harris |
| 37846528 | Solis, Efrain Jr | Weslaco | DL Office | 2013-10-28 | Valid | 37 Hispanic | | Male | 78596 | Hidalgo |
| 37844553 | Thompson, Patrick Neil | Austin - Northwest | DL Office | 2013-10-25 | Valid | 65 White | | Male | 78750 | Williamson |
| 37857745 | Jimenez, Juan Carlos | | Mobile | 2013-10-30 | Valid | 33 Hispanic | | Male | 78852 | Maverick |
| 37859241 | Barlow, Avis Marie | Rosenberg DL Center | DL Office | 2013-10-31 | Valid | 82 African American | | Female | 77471 | Fort Bend |
| 37854027 | Smith, Joe Mark | | Mobile | 2013-10-29 | Valid | 55 White | | Male | 79227 | Foard |
| 37851645 | Bowman, Kelly Edgar | Denton | DL Office | 2013-10-29 | Valid | 81 White | | Male | 76209 | Denton |
| 37852050 | Lopez, Fernando | Weslaco | DL Office | 2013-10-29 | Valid | 19 Hispanic | | Male | 78596 | Hidalgo |
| 37851939 | Lozano, Jesus Jr | Weslaco | DL Office | 2013-10-29 | Valid | 40 Hispanic | | Male | 78596 | Hidalgo |
| 37861529 | Johnson, Rebecca | | Mobile | 2013-10-31 | Valid | 74 African American | | Female | 77016 | Harris |
| 37858079 | DeLeon, Jesus Manuel | | Mobile | 2013-10-30 | Valid | 63 Hispanic | | Male | 78014 | LaSalle |
| 37858072 | Cortez, Amalia Velasquez | | Mobile | 2013-10-30 | Valid | 84 Hispanic | | Female | 78019 | LaSalle |
| 37863222 | Rodriguez, Reneal Justine | Weslaco | DL Office | 2013-11-01 | Valid | 18 Hispanic | | Female | 78596 | Hidalgo |

| ID | Name | City | Location Type | Date1 | Status | Date2 | Age | Race | Gender | Zip | County |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 37866669 | Tekell, Deborah | Arlington | DL Office | 2013-11-02 | Valid | 2013-11-06 | 18 White | | Female | 76016 | Tarrant |
| 37866686 | Warren, Sylvester | Houston-Gessner DL Ctr | DL Office | 2013-11-02 | Valid | 2013-11-07 | 60 African American | | Male | 77071 | Harris |
| 37858333 | Palacios | Houston -Vantage Pkwy | DL Office | 2013-11-02 | Valid | 2013-11-05 | 18 White | | Male | 77032 | Harris |
| 37866685 | Mendoza, Juana Veronica | Pflugerville DL Center | DL Office | 2013-11-02 | Invalid | | 34 Hispanic | | Female | 78660 | Travis |
| 37865079 | Hill, Leon Mitchell | San Marcos | DL Office | 2013-11-01 | Valid | 2013-11-05 | 95 White | | Male | 78666 | Hays |
| 37849291 | Barrett, Vena | | Mobile | 2013-10-28 | Valid | 2013-10-13 | 81 White | | Female | 79370 | Dickens |
| 37848245 | Sulivan, James | Weatherford | DL Office | 2013-10-28 | Valid | 2013-11-05 | 62 White | | Male | 76086 | Parker |
| 37863561 | Uecker, Betty Tucker | Lewisville | DL Office | 2013-11-01 | Valid | 2013-11-05 | 88 White | | Female | 75067 | Denton |
| 37866687 | Legvold, Sara | Hurst | DL Office | 2013-11-02 | Valid | 2013-11-07 | 59 White | | Female | 76053 | Tarrant |
| 37866664 | Butterfield, Heather | Hurst | DL Office | 2013-11-02 | Valid | 2013-11-07 | 18 White | | Female | 76053 | Tarrant |
| 37870688 | Williams, Ariana | | Mobile | 2013-11-04 | Valid | 2013-11-07 | 23 African American | | Female | 77021 | Harris |
| 37870722 | Monday, Dominique | | Mobile | 2013-11-04 | Valid | 2013-11-07 | 25 African American | | Male | 77021 | Harris |
| 37852180 | Carpenter, Julia Ann | | Mobile | 2013-10-29 | Valid | 2013-11-05 | 69 White | | Female | 77995 | Lavaca |
| 37833447 | Garcia, Daniel | Weslaco | DL Office | 2013-11-04 | Invalid | | 61 Hispanic | | Male | 78596 | Hidalgo |
| 37874847 | Braun Dadey, Tiffany Catherine | Austin - South Congress | DL Office | 2013-11-05 | Valid | 2013-11-12 | 42 White | | Female | 78745 | Travis |
| 37871752 | Rodriguez, Atzlan Jose Jesus | Weslaco | DL Office | 2013-11-05 | Valid | 2013-11-08 | 19 Hispanic | | Male | 78596 | Hidalgo |
| 37873308 | Garcia, Maria Reveca | Weslaco | DL Office | 2013-11-05 | Valid | 2013-11-13 | 33 Hispanic | | Female | 78596 | Hidalgo |
| 37874850 | Williams, Natasha Lynn | Houston - Winkler | DL Office | 2013-11-05 | Invalid | | 30 African American | | Female | 77017 | Harris |
| 37877573 | Smith, Lela King | | Mobile | 2013-11-06 | Valid | 2013-11-13 | 77 White | | Female | 77831 | Grimes |
| 37877460 | Smith, Charles Lynn | | Mobile | 2013-11-06 | Valid | 2013-11-13 | 80 White | | Male | 77831 | Grimes |
| 37879048 | Bell, Beverly Dianne | | Mobile | 2013-11-07 | Valid | 2013-11-12 | 67 African American | | Female | 77021 | Harris |
| 37868506 | Horn, Phyllis Jeanette | Austin - South Congress | DL Office | 2013-11-04 | Valid | 2013-11-07 | 82 White | | Female | 78745 | Travis |
| 37868292 | Murphy, Brian Keith | Austin - South Congress | DL Office | 2013-11-04 | Valid | 2013-11-07 | 51 African American | | Male | 78745 | Travis |
| 37867111 | Reeder, Nancy Ann | | DL Office | 2013-11-04 | Valid | 2013-11-07 | 61 White | | Female | 78574 | Hidalgo |
| 37880056 | Finley, Ellen Kate | Cleburne | DL Office | 2013-11-07 | Valid | 2013-11-03 | 21 White | | Female | 76033 | Johnson |
| 37874766 | Mackaly, Jean | Garland | DL Office | 2013-11-05 | Valid | 2013-11-13 | 86 White | | Female | 75043 | Dallas |
| 37896775 | De Los Santos, Manuel | Houston - Winkler | DL Office | 2013-11-14 | Invalid | | 18 Hispanic | | Male | 77017 | Harris |
| 37923625 | Reynolds, Marquette | Paris | DL Office | 2013-11-22 | Valid | 2014-02-05 | 19 African American | | Male | 75460 | Lamar |
| 37923528 | Dickerson, Douglas | Paris | DL Office | 2013-11-22 | Valid | 2013-12-18 | 61 African American | | Male | 75460 | Lamar |
| 37912011 | Burton, Joe | Lubbock | DL Office | 2013-11-19 | Valid | 2013-11-21 | 82 White | | Male | 79401 | Lubbock |
| 38185407 | Anthony Donald Stergar | | Mobile | 2014-02-21 | Valid | 2014-02-24 | 70 White | | Male | 76107 | Tarrant |
| 38185925 | Dudley Jerome Feaster | | Mobile | 2014-02-21 | Valid | 2014-02-24 | 62 African American | | Male | 76112 | Tarrant |
| 38402136 | Michele Marie Kalva | Galveston | DL Office | 2014-04-21 | Valid | 2014-04-21 | 22 White | | Female | 77554 | Galveston |
| 38195844 | Morusty, Douglas Michael | | DL Office | 2014-02-25 | Valid | 2014-02-27 | 54 White | | Male | 77338 | Harris |
| 38201267 | Perez, Daniel Carrillo | El Paso - Hondo Pass | DL Office | 2014-02-26 | Valid | 2014-02-26 | 51 Hispanic | | Male | 79904 | El Paso |
| 38191631 | CONE, JOHN PAUL | Lewisville | DL Office | 2014-02-24 | Invalid | | 51 White | | Male | 75067 | Denton |
| 38215995 | ARMSTRONG, JOHN FERRELL | Lufkin | DL Office | 2014-03-03 | Valid | 2014-03-03 | 43 White | | Male | 75904 | Angelina |
| 38215959 | SKINNER, JOE EDWARD | Lufkin | DL Office | 2014-03-03 | Valid | 2014-03-04 | 64 African American | | Male | 75904 | Angelina |
| 38217272 | JENNINGS, KENNETH WAYNE | Lufkin | DL Office | 2014-03-03 | Valid | 2014-03-03 | 69 White | | Male | 75904 | Angelina |
| 38218350 | DIVINS, SHERRY RENEE | Lufkin | DL Office | 2014-03-03 | Valid | 2014-03-04 | 50 White | | Female | 75904 | Angelina |
| 38218509 | SCOGIN, SYBLE CHRISTINE | Lufkin | DL Office | 2014-03-03 | Valid | 2014-03-04 | 45 White | | Female | 75904 | Angelina |
| 38218490 | JOHNSON, KRISTY RENEE | Lufkin | DL Office | 2014-03-03 | Valid | 2014-03-04 | 50 White | | Female | 75904 | Angelina |
| 38298423 | CLIFTON, TERRELL DESHAWN DUPREE | Lufkin | DL Office | 2014-03-21 | Valid | 2014-03-24 | 19 African American | | Male | 75904 | Angelina |
| 38202941 | HARRIE STELLBERG | Brenham | County Office | 2014-02-26 | Valid | 2014-02-27 | 59 White | | Male | 77833 | Washington |
| 38178848 | James Edward Rejino | Leon Valley DL Center | DL Office | 2014-02-20 | Valid | 2014-02-21 | 30 Hispanic | | Male | 78240 | Bexar |
| 38214495 | Rickey, Rhodes | Edinburg | DL Office | 2014-03-01 | Valid | 2014-03-03 | 56 White | | Male | 78542 | Hidalgo |
| 38186116 | Robert, Blackmer | Rosenberg DL Center | DL Office | 2014-02-22 | Valid | 2014-02-24 | 60 White | | Male | 77471 | Fort Bend |
| 38190571 | Julie Anne Howard | Bryan | DL Office | 2014-02-24 | Valid | 2014-02-25 | 27 White | | Female | 77802 | Brazos |
| 38221318 | Newton, Joe Jr. | Bryan | DL Office | 2014-03-04 | Valid | 2014-03-04 | 58 African American | | Male | 77802 | Brazos |
| 38377416 | Ryan Wittig | Dallas - East | DL Office | 2014-04-14 | Valid | 2014-04-14 | 32 White | | Male | 75218 | Dallas |
| 38351726 | JUAN ALMARAZ | El Paso - Northwest | DL Office | 2014-04-07 | Valid | 2014-04-07 | 64 Hispanic | | Male | 79912 | El Paso |
| 38178622 | Delia Rios | | County Office | 2014-02-20 | Valid | 2014-02-21 | 45 Hispanic | | Female | 78107 | Goliad |
| 38183177 | Boyd, Stephen Lowe | Crane | DL Office | 2014-02-21 | Valid | 2014-02-24 | 38 White | | Male | 79731 | Crane |

| ID | Name | First | City | Location | Date1 | Status | Date2 | Age | Ethnicity | Gender | Zip | County |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 38214026 | Peterson, Pamela Louise | | Odessa | DL Office | 2014-02-28 | Valid | 2014-03-03 | 53 | African American | Female | 79763 | Ector |
| 38367754 | MARGARET PATE | | Livingston | DL Office | 2014-04-10 | Valid | 2014-04-10 | 74 | White | Female | 77351 | Polk |
| 38179318 | MARIA DANIELA BENAVIDES | | Zapata | DL Office | 2014-02-20 | Valid | 2014-02-21 | 18 | Hispanic | Female | 78076 | Zapata |
| 38179586 | SAN JUANITA JELINA GARCIA | | Zapata | DL Office | 2014-02-21 | Valid | 2014-02-21 | 28 | Hispanic | Female | 78076 | Zapata |
| 38219743 | FRANKIE RICHEY | | Baytown | DL Office | 2014-03-04 | Valid | 2014-03-04 | 60 | White | Female | 77520 | Harris |
| 38214380 | DEBORAH GAY CARTER | | | Mobile | 2014-02-28 | Valid | 2014-03-03 | 49 | White | Female | 78752 | Travis |
| 38248446 | LEONARDO QUINTERO | | Austin - Northwest | DL Office | 2014-03-11 | Valid | 2014-03-11 | 40 | Hispanic | Male | 78750 | Williamson |
| 38440391 | MERRILL B. POUNDS | | Austin - South Congress | DL Office | 2014-05-01 | Valid | 2014-05-01 | 20 | African American | Male | 78745 | Travis |
| 38205246 | BASS, JAMES DELBERT | | Angleton | DL Office | 2014-02-27 | Valid | 2014-02-28 | 54 | White | Male | 77515 | Brazoria |
| 38231307 | DOROTHY MAE SCHILL | | Weslaco | DL Office | 2014-03-06 | Valid | 2014-03-06 | 101 | White | Female | 78596 | Hidalgo |
| 38171671 | REINA HARDY | | Austin - North (Closed) | DL Office | 2014-02-19 | Valid | 2014-02-19 | 32 | White | Female | 78703 | Travis |
| 38133023 | CASTILLO, GRACIELA MARIE | | Alice | DL Office | 2014-02-06 | Valid | 2014-02-10 | 37 | Hispanic | Female | 78332 | Jim Wells |
| 38168817 | MORGAN, WALTER JIM | | Alice | DL Office | 2014-02-18 | Valid | 2014-02-19 | 55 | Hispanic | Male | 78332 | Jim Wells |
| 38168843 | RAMIREZ,RAMIRO JR | | Alice | DL Office | 2014-02-18 | Valid | 2014-02-19 | 53 | Hispanic | Male | 78332 | Jim Wells |
| 38183721 | MALDONADO,NOE | | | County Office | 2014-02-21 | Valid | 2014-02-24 | 44 | Hispanic | Male | 78384 | Duval |
| 38191917 | TREVINO,ARNOLDO OLIPO | | | County Office | 2014-02-24 | Valid | 2014-02-25 | 48 | Hispanic | Male | 78357 | Duval |
| 38202664 | PEREZ,NORMA LINDA | | | County Office | 2014-02-26 | Valid | 2014-02-27 | 45 | Hispanic | Female | 78384 | Duval |
| 38209099 | RAMIREZ, ISRAEL | | | County Office | 2014-02-28 | Valid | 2014-02-28 | 49 | Hispanic | Male | 78384 | Duval |
| 38214420 | RANGEL,LYDIA GARZA | | | County Office | 2014-02-28 | Valid | 2014-03-03 | 84 | Hispanic | Female | 78384 | Duval |
| 38228559 | BROWN,SHANNON PAIGE | | | County Office | 2014-03-05 | Valid | 2014-03-06 | 21 | White | Female | 78385 | Kenedy |
| 38219850 | LEOPOLDO RAMIREZ | | Laredo | DL Office | 2014-03-04 | Valid | 2014-03-04 | 61 | Hispanic | Male | 78043 | Webb |
| 38178154 | TORRES, WENYI CASSANDRA | | Weslaco | DL Office | 2014-02-20 | Valid | 2014-02-20 | 21 | Hispanic | Female | 78596 | Hidalgo |
| 38214483 | Ralph Mcelroy | | Arlington | DL Office | 2014-03-01 | Invalid | 2014-03-03 | 82 | White | Male | 76016 | Tarrant |
| 38139036 | JASON MATTHEW ISON | | Houston -Grant Road | DL Office | 2014-02-08 | Invalid | 2014-02-10 | 40 | White | Male | 77070 | Harris |
| 38220754 | RODRIGUEZ, MONICA NICOLE | | Eagle Pass | DL Office | 2014-03-04 | Valid | 2014-03-04 | 18 | Hispanic | Female | 78852 | Maverick |
| 38207102 | krumm, philip | | San Antonio - Babcock | DL Office | 2014-02-27 | Valid | 2014-02-27 | 72 | White | Male | 78201 | Bexar |
| 38163275 | Berg, Jordan Sierra | | Cedar Hill | DL Office | 2014-02-15 | Valid | 2014-02-18 | 18 | White | Female | 75104 | Dallas |
| 38186117 | Matthew Mazzei | | Dallas - East | DL Office | 2014-02-22 | Valid | 2014-02-24 | 27 | White | Male | 75218 | Dallas |
| 38203829 | Herman Weaver | | Irving | DL Office | 2014-02-27 | Valid | 2014-02-27 | 75 | White | Male | 75060 | Dallas |
| 38179798 | Martin Olivarez | | | Mobile | 2014-02-20 | Valid | 2014-02-21 | 49 | Hispanic | Male | 78353 | Brooks |
| 38186114 | RUBEN CAMPOS | | Corpus Christi | DL Office | 2014-02-24 | Valid | 2014-02-25 | 18 | Hispanic | Male | 78416 | Nueces |
| 38186113 | HECTOR VIDAL HERNANDEZ | | | Mobile | 2014-02-24 | Valid | 2014-02-25 | 27 | Hispanic | Male | 78355 | Brooks |
| 38152008 | JESUS BUSTAMANTE GOMEZ | | | Mobile | 2014-02-12 | Valid | 2014-02-12 | 36 | Hispanic | Male | 78019 | LaSalle |
| 38151904 | GILBERTO B GOMEZ JR | | | Mobile | 2014-02-12 | Valid | 2014-02-13 | 45 | Hispanic | Male | 78019 | LaSalle |
| 38201902 | ROSE MARIE TORRES | | | Mobile | 2014-02-26 | Valid | 2014-02-26 | 28 | Hispanic | Female | 78361 | Jim Hogg |
| 38201981 | DIEGO MONTALVO | | | Mobile | 2014-02-26 | Valid | 2014-02-26 | 38 | White | Male | 78361 | Jim Hogg |
| 38202118 | MARICELA GUARDIAN | | | Mobile | 2014-02-26 | Valid | 2014-02-26 | 54 | Hispanic | Female | 78361 | Jim Hogg |
| 38202064 | JOSE LUIS GUTIERREZ | | | Mobile | 2014-02-26 | Valid | 2014-02-26 | 56 | Hispanic | Male | 78361 | Jim Hogg |
| 38207862 | CLARISSA JIMENEZ | | Laredo | DL Office | 2014-02-27 | Valid | 2014-02-27 | 18 | Hispanic | Female | 78043 | Webb |
| 38207536 | TERRY JOSE VILLANUEVA | | | Mobile | 2014-02-27 | Valid | 2014-02-28 | 18 | White | Male | 78361 | Jim Hogg |
| 38207943 | monica e segovia | | | Mobile | 2014-02-27 | Valid | 2014-02-28 | 37 | Hispanic | Female | 78361 | Jim Hogg |
| 38207642 | maria amelia vela | | | Mobile | 2014-02-27 | Valid | 2014-02-28 | 64 | Hispanic | Female | 78361 | Jim Hogg |
| 38207775 | norma vela | | | Mobile | 2014-02-27 | Valid | 2014-02-28 | 65 | Hispanic | Female | 78361 | Jim Hogg |
| 38207883 | RAFAELA SALAZAR | | | Mobile | 2014-02-27 | Valid | 2014-02-28 | 91 | Hispanic | Female | 78361 | Jim Hogg |
| 38134530 | Dunham, Steve Edward | | Edinburg | DL Office | 2014-02-06 | Valid | 2014-02-10 | 59 | White | Male | 78542 | Hidalgo |
| 38158896 | WARNER, CHARLOTTE KEY | | Humble | DL Office | 2014-02-14 | Valid | 2014-02-14 | 57 | White | Female | 77338 | Harris |
| 38210708 | CHRISTIAN HERNANDEZ | | Mission | DL Office | 2014-02-28 | Valid | 2014-02-28 | 21 | Hispanic | Male | 78572 | Hidalgo |
| 38174136 | DOROTHY OSHMAN | | | Mobile | 2014-02-19 | Valid | 2014-02-20 | 92 | White | Female | 78401 | Nueces |
| 38216538 | Daube, Briana Marie | | | Mobile | 2014-03-03 | Valid | 2014-03-03 | 20 | White | Female | 78745 | Travis |
| 38174171 | SABRA WOODS | | Austin - South Congress | DL Office | 2014-02-19 | Valid | 2014-02-20 | 41 | African American | Female | 75862 | Trinity |
| 38179788 | Harris, Eugene | | | Mobile | 2014-02-20 | Valid | 2014-02-21 | 50 | African American | Male | 75862 | Trinity |
| 38179793 | CHISOLM, SHERRY | | Spring DL Center | Mobile | 2014-02-20 | Valid | 2014-02-21 | 56 | African American | Female | 77379 | Harris |
| 38170873 | MCCOWAN, GERRY TYREE | | Waxahachie | DL Office | 2014-02-19 | Valid | 2014-02-19 | 53 | African American | Male | 75165 | Ellis |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 38171536 | PEARLIE MAE MASON BRANCH | Waxahachie | DL Office | 2014-02-19 | Valid | 2014-02-19 | 58 African American | Female | 75165 | Ellis |
| 38201917 | GLENNA RAE LASATER | Breckenridge | DL Office | 2014-02-26 | Valid | 2014-02-26 | 80 White | Female | 76424 | Stephens |
| 38112171 | Thomas Hollis Godfrey | | Mobile | 2014-01-30 | Valid | 2014-02-03 | 83 White | Male | 00000 | Grimes |
| 38163274 | JOSEPHINE JOHNSTON SMITH | Hurst | DL Office | 2014-02-15 | Valid | 2014-02-18 | 91 White | Female | 76053 | Tarrant |
| 38196944 | Shelia Howard | Leon Valley DL Center | Mobile | 2014-02-25 | Valid | 2014-02-26 | 52 African American | Female | 78240 | Bexar |
| 38176411 | Cowart, Ada Bernice | San Antonio Pat Booker | DL Office | 2014-02-20 | Valid | 2014-02-21 | 90 White | Female | 78148 | Bexar |
| 38220725 | Rodriguez, Sydney Dakota | Eagle Pass | DL Office | 2014-03-04 | Valid | 2014-03-04 | 18 Hispanic | Female | 78852 | Maverick |