| # | EICN | Last Name | First Name | Middle Name | Appl Date | 90 period | Station | Sta Name | Empl | Name | Documents Provided | Items Pending | Not Valid | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 37808160 | Taylor | Jack | | 10/15/2013 | 12/14/2013 | 114 | Hurst | SH14551 | Hale, Sarina | Exp DL | Proof of US and identity | | |
| 2 | 37817964 | Tillman | Adrienne | | 10/17/2013 | 12/16/2013 | 207 | Houston Gessner | DG13774 | Guy, Derrick | | | Valid DL 22310001-exp 2016 | Not Eligible SR Reinstatement Fee Req. under the name with only B for middle name |
| 3 | 37803354 | Salinas | Raymundo | | 10/11/2013 | 12/10/2013 | 310 | Laredo | AC05357 | Castillo, Alma | | | | Tracking sheet - did not have proper docs - Issued an EIC |
| 4 | 37833298 | Gonzalez | Juan | | 10/23/2013 | 12/22/2013 | 321 | Weslaco | MG09322 | Gutierrez, Monique | B/C & Medicaid | | | Used son's voter card as supportin doc to obtain EIC |
| 5 | 37833447 | Garcia | Daniel | | 10/23/2013 | 12/22/2013 | 321 | Weslaco | SC15801 | Castillo, Sarah | | | Valid DL 07600910 -exp 2013 | Not Eligible SR Reinstatement Fee Req. |
| 6 | 37874850 | Williams | Natasha | | 11/5/2013 | 1/20/2014 | 201 | Houston Dover | EC00213 | Nunez, Erica | B/C SSCard TDCJ card | | Valid DL 27578617-exp 2014 | Not Eligible SR Reinstatement Fee Req. |
| 7 | 37844945 | Hornsberry | Nicholas | | 10/26/2013 | 12/25/2013 | 605 | Austin S Congress | AW07423 | Gaines, Aisha | B/C Illinois DL exp14 | needs a supporting doc | | |
| 8 | 37799305 | Tucker | Joyce | | 10/10/2013 | 12/9/2013 | 111 | Garland | WW06611 | Wells, Warren | | no docs submitted | Expired ID 2007 18957826 | Customer did not want another ID - Notes from Asst. Mgr Meade |
| 9 | 37866685 | Medoza | Veronica | | 11/2/2013 | 1/1/2014 | 660 | Pflugerville | KM15722 | Mahmud, Kazi | voter card | need b/c | Expired ID 2012 37866685 | Application no birthplace. Brian R. -appl must fillout |
| 10 | 37875039 | Williams | James | | 11/5/2013 | 1/4/2014 | 101 | Arlington | NU00308 | Underwood, Nita | NY B/C, Virginia DL exp 2017 | see comments | | Application no birthplace. Brian R. -appl must fillout |
| 12 | 37819022 | Noyola | Alonzo | | 10/18/2013 | 12/17/2013 | 329 | Mission | SO14628 | Obregon, Susana | SSN card/ B/C, medicare | No application | Expired DL 1992 07573494 | |
| 13 | 37896775 | DelosSantos | Manuel | | 11/16/2013 | 1/12/2014 | 201 | Houston Dover | JN07232 | Nelson, Jamie Ray | SSN card/ B/C, medicare | | Valid DL 37897417 - exp 2020 | |
| 14 | 37710873 | Delgado | Monica | | 9/14/2013 | 11/13/2013 | 110 | Dallas SW | AM15090 | McGee, Angelika | | | | Has a valid passport |
| 15 | 37703601 | Jernigan | Donna | Belle | 9/12/2013 | 11/11/2013 | 114 | Hurst | JG07954 | Griggs-Mcleod, Jaclyn | | | | Has a valid passport |
| 16 | 37703621 | Jernigan | Donna | Belle | 2/10/2014 | 4/11/2014 | 114 | Hurst | MR14892 | Reaves, Margaret | | | | Has a valid passport - Supv. Deidra Hopkins sent ltr 2/11/2014 treated as D send ltr |
| 17 | | | | | | | | | | | | | | |



EXHIBIT NO. 108
Kim Seibert

2:13-cv-193
09/02/2014
**DEF0852**

elgado

| | EICN | Last Name | First Name | Middle Name | Application Date | Location | ACID | Employee | Documents Provided | Pending | Not Valid | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 38214497 | Trotter | Vera | | 3/1/2014 | Dallas - Southwest | AM15090 | Angelica McGee | Voter Card/ expired since 2012 TXDL/Medicaid Card | | has valid TXID w/INDEF expiration | |
| 2 | 38073940 | Hoffman | Claire | Graeber | 1/17/2014 | Garland | JP15092 | Jacqueline Parker | no docs | | has valid TXID w/INDEF expiration | |
| 3 | 38191631 | Cone | John | Paul | 2/24/2014 | Lewisville | CP07762 | Cynthia Jackson | no docs | all docs | | unable to contact customer |
| 4 | 38214483 | Mcelroy | Ralph | | 3/1/2014 | Arlington | LB14556 | Lorraine Berry | Voter Card/expired since 2009 TXDL/BC | | | incomplete application |
| 5 | 38139036 | Matthew | Jason | Ison | 2/8/2014 | Houston-Grant Road | NW00648 | Neshell Williams | BC/Voter Card/SSN | | | BC illegible/customer said he would return and pursue TXID; no longer wanted EIC per Tom Carter 03/03/14 |