

Election Identification Certificates County Participation

- County processing EICs (51) — MOU signed, Staff Trained, Equipment working
- County has not returned MOU (0)
- County to be trained (0)
- County trained, but experiencing equipment issues (0)
- County covered by DL Employees (27) — Bandera (after Primary)(MOU pending 3/13), Hudspeth (after Primary)

Current as of 2/27/2014 February 2014

EXHIBIT NO. 103 Kim Seibert

2:13-cv-193 09/02/2014 DEF0853



Election Identification Certificates — County Participation

Updated: Mar 6, 2014

EIC approved and issued: 245
EIC approval pending: 0
EIC not approved: 19
EIC Transactions: 264
(243 / 1 / 19 / 263)

- County processing EICs (51) — MOU signed, Staff Trained, Equipment working
- County has not returned MOU
- County to be trained (0)
- County trained, but experiencing equipment issues (0)
- County covered by DL Employees (27) — Bandera (after Primary)(MOU pending 3/13), Hudspeth (after Primary)



Election Identification Certificates State and County Participation

Updated: Mar 26, 2014

EIC approved and issued: 246
EIC approval pending: 0
EIC not approved: 19
EIC Transactions: 265
(246 / 0 / 19 / 265)

County processing EICs (51)
MOU signed, Staff Trained, Equipment working

County trained but has not returned MOU (2)
Bandera, Hudspeth

County to be trained (0)

County trained, but experiencing equipment issues (0)

County covered by DL Employees (18)
*Number of EICs issued since 18 Jan, 2014 reflected beneath county name

County to be covered by HHSC (7) – training pending
Archer, Blanco, Falls, Garza, Potter, Sabine, San Saba





Updated: April 24, 2014



## Upcoming County Services
## 1 Week Out

| Date | Time | Region | County City | Building | Verified by DLD |
|---|---|---|---|---|---|
| Monday April 28 | No County Services | | | | |
| Tuesday April 29 | 9a-4p | 5 | Armstrong County Claude | Courthouse Basement | ✓ |
| | 9a-4p | 5 | Briscoe County Silverton | Sheriff's Office | ✓ |
| | 9a-4p | 5 | Clay County Henrietta | Commissioners Court Room | ✓ |
| | 9a-4p | 5 | Dickens County Dickens | North Dickens Senior Citizens Center | ✓ |
| | 9a-4p | 5 | Roberts County Miami | County Courthouse | ✓ |

Updated: April 24, 2014



# Upcoming County Services
## 1 Week Out

| Date | Time | Region | County City | Building | Verified by DLD |
|---|---|---|---|---|---|
| Wednesday April 30 | 9a-4p | 5 | Armstrong County Claude | Courthouse Basement | ✓ |
| | 9a-4p | 5 | Briscoe County Silverton | Sheriff's Office | ✓ |
| | 9a-4p | 5 | Clay County Henrietta | Commissioners Court Room | ✓ |
| | 9a-4p | 5 | Dickens County Dickens | North Dickens Senior Citizens Center | ✓ |
| | 9a-4p | 5 | Roberts County Miami | County Courthouse | ✓ |

Election Identification Certificates
State and County Participation

Updated: April 24, 2014



# Upcoming County Services
## 1 Week Out

Election Identification Certificates — State and County Participation

| Date | Time | Region | County City | Building | Verified by DLD |
|---|---|---|---|---|---|
| Thursday May 1 | 9a-4p | 5 | Armstrong County Claude | Courthouse Basement | ✓ |
| | 9a-4p | 5 | Briscoe County Silverton | Sheriff's Office | ✓ |
| | 9a-4p | 5 | Clay County Henrietta | Commissioners Court Room | ✓ |
| | 9a-4p | 5 | Dickens County Dickens | North Dickens Senior Citizens Center | ✓ |
| | 9a-4p | 5 | Roberts County Miami | County Courthouse | ✓ |
| Friday May 2 | No County Services | | | | |

Updated: April 24, 2014

# Upcoming County Services
## 2 Weeks Out



**Election Identification Certificates — State and County Participation**

| Date | Time | Region | County City | Building | Verified by DLD |
|---|---|---|---|---|---|
| Monday May 5 | No County Services | | | | |
| Tuesday May 6 | 9a-4p | 4 | Glasscock County Garden City | Glasscock Community Center | ✓ |
| | 9a-4p | 5 | Collingsworth County | County Courthouse | ✓ |
| | 9a-4p | 5 | Foard County Crowell | Sheriff's Conference Room | ✓ |
| | 9a-4p | 5 | Hartley County Channing | County Courthouse | ✓ |
| | 9a-4p | 5 | Motley County Matador | County Courthouse, 2nd Floor | ✓ |
| | 9a-4p | 5 | Stonewall County Aspermont | County Courthouse | ✓ |
| | 9a-4p | 5 | Wheeler County Shamrock | County Courthouse | ✓ |

Updated: April 24, 2014



# Upcoming County Services
## 2 Weeks Out

**Election Identification Certificates — State and County Participation**

| Date | Time | Region | County City | Building | Verified by DLD |
|---|---|---|---|---|---|
| Wednesday May 7 | 9a-4p | 4 | Glasscock County, Garden City | Glasscock Community Center | ✓ |
| | 9a-4p | 5 | Collingsworth County | County Courthouse | ✓ |
| | 9a-4p | 5 | Foard County, Crowell | Sheriff's Conference Room | ✓ |
| | 9a-4p | 5 | Hartley County, Channing | County Courthouse | ✓ |
| | 9a-4p | 5 | Motley County, Matador | County Courthouse, 2nd Floor | ✓ |
| | 9a-4p | 5 | Stonewall County, Aspermont | County Courthouse | ✓ |
| | 9a-4p | 5 | Wheeler County, Shamrock | County Courthouse | ✓ |
| | 9a-4p | 6B | Blanco County, Johnson City | Johnson City Courthouse | ✓ |

Updated: April 24, 2014



# Upcoming County Services
## 2 Weeks Out

| Date | Time | Region | County City | Building | Verified by DLD |
|---|---|---|---|---|---|
| Thursday May 8 | 9a-4p | 4 | Glasscock County Garden City | Glasscock Community Center | ✓ |
| | 9a-4p | 5 | Collingsworth County | County Courthouse | ✓ |
| | 9a-4p | 5 | Foard County Crowell | Sheriff's Conference Room | ✓ |
| | 9a-4p | 5 | Hartley County Channing | County Courthouse | ✓ |
| | 9a-4p | 5 | Motley County Matador | County Courthouse, 2nd Floor | ✓ |
| | 9a-4p | 5 | Stonewall County Aspermont | County Courthouse | ✓ |
| | 9a-4p | 5 | Wheeler County Shamrock | County Courthouse | ✓ |
| Friday May 9 | No County Services | | | | |



Updated: April 24, 2014

**Election Identification Certificates**
**State and County Participation**

# Weekly County Services
## By Region – Week beginning 4/28

| Dates | Region/Agency | County | Time | Location |
|---|---|---|---|---|
| Tues 4/29<br>Wed 4/30<br>Thur 5/1 | 5 | Armstrong | 9A-4P | Armstrong County Courthouse<br>Claude, TX |
| | | Briscoe | 9A-4P | 415 Main St<br>Silverton, TX |
| | | Clay | 9A-4P | Commissioners Courtroom<br>Henrietta, TX |
| | | Dickens | 9A-4P | North Dickens County Senior Center<br>Dickens, TX |
| | | Roberts | 9A-4P | 300 East Commercial<br>Miami, TX |

Updated: April 24, 2014

# Weekly County Services

## By Region – Week beginning 5/5

**Election Identification Certificates — State and County Participation**

| Dates | Region/Agency | County | Time | Location |
|---|---|---|---|---|
| Tues 5/6<br>Wed 5/7<br>Thur 5/8 | 4 | Glasscock | 9A-4P | Glasscock Community Center<br>Garden City, TX |
| Wed 5/7 | 6B | Blanco | 9A-4P | County Courthouse<br>Johnson City, TX |

Updated: April 24, 2014

# Weekly County Services

**Election Identification Certificates — State and County Participation**

## By Region – Week beginning 5/12

| Dates | Region/Agency | County | Time | Location |
|---|---|---|---|---|
| Tues 5/13<br>Wed 5/14<br>Fri 5/16 | 4 | Concho | 9A-4P | City Council Chambers<br>Eden, TX |
| | | Collingsworth | 9A-4P | County Courthouse<br>Wellington, TX |
| | | Foard | 9A-4P | Sheriff's Conference Room<br>Crowell, TX |
| Tues 5/13<br>Wed 5/14<br>Fri 5/16 | 5 | Hartley | 9A-4P | County Courthouse<br>Channing, TX |
| | | Motley | 9A-4P | 2nd Floor, County Courthouse<br>Matador, TX |
| | | Stonewall | 9A-4P | County Courthouse<br>Aspermont, TX |
| | | Wheeler | 9A-4P | County Courthouse<br>Shamrock, TX |
| Wed 5/14 | 6B | Blanco | 9A-4P | Blanco County Courthouse<br>Johnson City, TX |
| Wed 5/14 | S.O.S | El Paso | 10A-4P | Bassett Place<br>El Paso, TX |
| Thur 5/15 | S.O.S | El Paso | 10A-4P | El Paso County Courthouse<br>El Paso, TX |

Updated: April 24, 2014

# Weekly County Services
## By Region – Week beginning 5/19

**Election Identification Certificates State and County Participation**

| Dates | Region/Agency | County | Time | Location |
|---|---|---|---|---|
| Wed 5/21<br>Thur 5/22<br>Fri 5/23 | 3 | Real | 9A-4P | Real County Courthouse<br>Leakey, TX |
| Tues 5/20<br>Wed 5/21<br>Thur 5/22 | 4 | Hudspeth | 9A-4P | Hudspeth County Sheriff's Office<br>Sierra Blanca, TX |
| | | Mason | 9A-4P | Mason County Museum<br>Mason, TX |
| Wed 5/21 | 6B | Blanco | 9A-4P | Blanco County Courthouse<br>Johnson City, TX |



Updated: April 28, 2014

# Weekly County Services
## By Region – Week beginning 4/28

**Election Identification Certificates**
**State and County Participation**

| Dates | Region/Agency | County | Time | Location |
|---|---|---|---|---|
| | | Armstrong | 9A-4P | Armstrong County Courthouse Claude, TX |
| | | Briscoe | 9A-4P | 415 Main St Silverton, TX |
| Tues 4/29 Wed 4/30 Thur 5/1 | 5 | Clay | 9A-4P | Commissioners Courtroom Henrietta, TX |
| | | Dickens | 9A-4P | North Dickens County Senior Center Dickens, TX |
| | | Roberts | 9A-4P | 300 East Commercial Miami, TX |

Updated: April 28, 2014

# Weekly County Services
## By Region – Week beginning 5/5



Election Identification Certificates
State and County Participation

| Dates | Region/Agency | County | Time | Location |
|---|---|---|---|---|
| Tues 5/6<br>Wed 5/7<br>Thur 5/8 | 4 | Glasscock | 9A-4P | Glasscock Community Center<br>Garden City, TX |
| Wed 5/7 | 6B | Blanco | 9A-4P | County Courthouse<br>Johnson City, TX |