Updated: April 28, 2014

# Weekly County Services
## By Region – Week beginning 5/12

**Election Identification Certificates — State and County Participation**

| Dates | Region/Agency | County | Time | Location |
|---|---|---|---|---|
| Tues 5/13 Wed 5/14 Fri 5/16 | 4 | Concho | 9A-4P | City Council Chambers Eden, TX |
| | | Collingsworth | 9A-4P | County Courthouse Wellington, TX |
| | | Foard | 9A-4P | Sheriff's Conference Room Crowell, TX |
| Tues 5/13 Wed 5/14 Fri 5/16 | 5 | Hartley | 9A-4P | County Courthouse Channing, TX |
| | | Motley | 9A-4P | 2nd Floor, County Courthouse Matador, TX |
| | | Stonewall | 9A-4P | County Courthouse Aspermont, TX |
| | | Wheeler | 9A-4P | County Courthouse Shamrock, TX |
| Wed 5/14 | 6B | Blanco | 9A-4P | Blanco County Courthouse Johnson City, TX |
| Wed 5/14 | S.O.S | El Paso | 10A-4P | Bassett Place El Paso, TX |
| Thur 5/15 | S.O.S | El Paso | 10A-4P | El Paso County Courthouse El Paso, TX |

Updated: April 28, 2014

# Weekly County Services
## By Region – Week beginning 5/19

**Election Identification Certificates — State and County Participation**

| Dates | Region/Agency | County | Time | Location |
|---|---|---|---|---|
| Wed 5/21<br>Thur 5/22<br>Fri 5/23 | 3 | Real | 9A-4P | Real County Courthouse<br>Leakey, TX |
| | | Hudspeth | 9A-4P | Hudspeth County Sheriff's Office<br>Sierra Blanca, TX |
| Tues 5/20<br>Wed 5/21<br>Thur 5/22 | 4 | Mason | 9A-4P | Mason County Museum<br>Mason, TX |
| Wed 5/21 | 6B | Blanco | 9A-4P | Blanco County Courthouse<br>Johnson City, TX |



As of April 29, 2014

# Weekly County Services
## By Region – Week beginning 4/28

Election Identification Certificates
State and County Participation

| Dates | Region/Agency | County | Time | Location |
|---|---|---|---|---|
| Tues 4/29 Wed 4/30 Thur 5/1 | 5 | Armstrong | 9A-4P | Armstrong County Courthouse Claude, TX |
| | | Briscoe | 9A-4P | 415 Main St Silverton, TX |
| | | Clay | 9A-4P | Commissioners Courtroom Henrietta, TX |
| | | Dickens | 9A-4P | North Dickens County Senior Center Dickens, TX |
| | | Roberts | 9A-4P | 300 East Commercial Miami, TX |

As of April 29, 2014

**Election Identification Certificates**
**State and County Participation**

## Weekly County Services
## By Region – Week beginning 5/5

| Dates | Region/Agency | County | Time | Location |
|---|---|---|---|---|
| Tues 5/6  Wed 5/7  Thur 5/8 | 4 | Glasscock | 9A-4P | Glasscock Community Center  Garden City, TX |
| Wed 5/7 | 6B | Blanco | 9A-4P | County Courthouse  Johnson City, TX |

As of April 29, 2014

# Weekly County Services
## Election Identification Certificates
### State and County Participation
## By Region – Week beginning 5/12

| Dates | Region/Agency | County | Time | Location |
|---|---|---|---|---|
| Tues 5/13<br>Wed 5/14<br>Fri 5/16 | 4 | Concho | 9A-4P | City Council Chambers<br>Eden, TX |
| | | Collingsworth | 9A-4P | County Courthouse<br>Wellington, TX |
| | | Foard | 9A-4P | Sheriff's Conference Room<br>Crowell, TX |
| Tues 5/13<br>Wed 5/14<br>Fri 5/16 | 5 | Hartley | 9A-4P | County Courthouse<br>Channing, TX |
| | | Motley | 9A-4P | 2nd Floor, County Courthouse<br>Matador, TX |
| | | Stonewall | 9A-4P | County Courthouse<br>Aspermont, TX |
| | | Wheeler | 9A-4P | County Courthouse<br>Shamrock, TX |
| Wed 5/14 | 6B | Blanco | 9A-4P | Blanco County Courthouse<br>Johnson City, TX |
| Wed 5/14 | S.O.S | El Paso | 10A-4P | Bassett Place<br>El Paso, TX |
| Thur 5/15 | S.O.S | El Paso | 10A-4P | El Paso County Courthouse<br>El Paso, TX |

As of April 29, 2014

# Weekly County Services
## By Region – Week beginning 5/19

**Election Identification Certificates — State and County Participation**

| Dates | Region/Agency | County | Time | Location |
|---|---|---|---|---|
| Wed 5/21<br>Thur 5/22<br>Fri 5/23 | 3 | Real | 9A-4P | Real County Courthouse<br>Leakey, TX |
| Tues 5/20<br>Wed 5/21<br>Thur 5/22 | 4 | Hudspeth<br><br>Mason | 9A-4P<br><br>9A-4P | Hudspeth County Sheriff's Office<br>Sierra Blanca, TX<br>Mason County Museum<br>Mason, TX |
| Wed 5/21 | 6B | Blanco | 9A-4P | Blanco County Courthouse<br>Johnson City, TX |

4/29/2014 4:17 PM



As of April 30, 2014

**Election Identification Certificates
State and County Participation**

# Weekly County Services
## By Region – Week beginning 4/28

| Dates | Region/Agency | County | Time | Location |
|---|---|---|---|---|
| Tues 4/29<br>Wed 4/30<br>Thur 5/1 | 5 | Armstrong | 9A-4P | Armstrong County Courthouse<br>Claude, TX |
| | | Briscoe | 9A-4P | 415 Main St<br>Silverton, TX |
| | | Clay | 9A-4P | Commissioners Courtroom<br>Henrietta, TX |
| | | Dickens | 9A-4P | North Dickens County Senior Center<br>Dickens, TX |
| | | Roberts | 9A-4P | 300 East Commercial<br>Miami, TX |

As of April 30, 2014

# Weekly County Services

## By Region – Week beginning 5/5

Election Identification Certificates
State and County Participation

| Dates | Region/Agency | County | Time | Location |
|---|---|---|---|---|
| Tues 5/6<br>Wed 5/7<br>Thur 5/8 | 4 | Glasscock | 9A–4P | Glasscock Community Center<br>Garden City, TX |
| Wed 5/7 | 6B | Blanco | 9A–4P | County Courthouse<br>Johnson City, TX |

As of April 30, 2014

# Weekly County Services
## By Region – Week beginning 5/12

**Election Identification Certificates — State and County Participation**

| Dates | Region/Agency | County | Time | Location |
|---|---|---|---|---|
| Tues 5/13<br>Wed 5/14<br>Fri 5/16 | 4 | Concho | 9A-4P | City Council Chambers<br>Eden, TX |
|  |  | Collingsworth | 9A-4P | County Courthouse<br>Wellington, TX |
|  |  | Foard | 9A-4P | Sheriff's Conference Room<br>Crowell, TX |
| Tues 5/13<br>Wed 5/14<br>Fri 5/16 | 5 | Hartley | 9A-4P | County Courthouse<br>Channing, TX |
|  |  | Motley | 9A-4P | 2nd Floor, County Courthouse<br>Matador, TX |
|  |  | Stonewall | 9A-4P | County Courthouse<br>Aspermont, TX |
|  |  | Wheeler | 9A-4P | County Courthouse<br>Shamrock, TX |
| Wed 5/14 | 6B | Blanco | 9A-4P | Blanco County Courthouse<br>Johnson City, TX |
| Wed 5/14 | S.O.S | El Paso | 10A-4P | Bassett Place<br>El Paso, TX |
| Thur 5/15 | S.O.S | El Paso | 10A-4P | El Paso County Courthouse<br>El Paso, TX |

As of April 30, 2014

# Weekly County Services
## By Region – Week beginning 5/19

**Election Identification Certificates**
**State and County Participation**

| Dates | Region/Agency | County | Time | Location |
|---|---|---|---|---|
| Wed 5/21<br>Thur 5/22<br>Fri 5/23 | 3 | Real | 9A-4P | Real County Courthouse<br>Leakey, TX |
| Tues 5/20<br>Wed 5/21<br>Thur 5/22 | 4 | Hudspeth | 9A-4P | Hudspeth County Sheriff's Office<br>Sierra Blanca, TX |
| | | Mason | 9A-4P | Mason County Museum<br>Mason, TX |
| Wed 5/21 | 6B | Blanco | 9A-4P | Blanco County Courthouse<br>Johnson City, TX |

4/30/2014 4:32 PM



As of May 1, 2014

# Weekly County Services

## Election Identification Certificates
### State and County Participation

### By Region – Week beginning 4/28

| Dates | Region/Agency | County | Time | Location |
|---|---|---|---|---|
| Tues 4/29 Wed 4/30 Thur 5/1 | 5 | Armstrong | 9A-4P | Armstrong County Courthouse Claude, TX |
| | | Briscoe | 9A-4P | 415 Main St Silverton, TX |
| | | Clay | 9A-4P | Commissioners Courtroom Henrietta, TX |
| | | Dickens | 9A-4P | North Dickens County Senior Center Dickens, TX |
| | | Roberts | 9A-4P | 300 East Commercial Miami, TX |

As of May 1, 2014

# Weekly County Services
## By Region – Week beginning 5/5

Election Identification Certificates
State and County Participation

| Dates | Region/Agency | County | Time | Location |
|---|---|---|---|---|
| Tues 5/6<br>Wed 5/7<br>Thur 5/8 | 4 | Glasscock | 9A-4P | Glasscock Community Center<br>Garden City, TX |
| Wed 5/7 | 6B | Blanco | 9A-4P | County Courthouse<br>Johnson City, TX |

As of May 1, 2014

# Weekly County Services
## By Region – Week beginning 5/12

**Election Identification Certificates — State and County Participation**

| Dates | Region/Agency | County | Time | Location |
|---|---|---|---|---|
| Tues 5/13<br>Wed 5/14<br>Fri 5/16 | 4 | Concho | 9A-4P | City Council Chambers<br>Eden, TX |
| | | Collingsworth | 9A-4P | County Courthouse<br>Wellington, TX |
| | | Foard | 9A-4P | Sheriff's Conference Room<br>Crowell, TX |
| | | Hartley | 9A-4P | County Courthouse<br>Channing, TX |
| Tues 5/13<br>Wed 5/14<br>Fri 5/15 | 5 | Motley | 9A-4P | 2nd Floor, County Courthouse<br>Matador, TX |
| | | Stonewall | 9A-4P | County Courthouse<br>Aspermont, TX |
| | | Wheeler | 9A-4P | County Courthouse<br>Shamrock, TX |
| Wed 5/14 | 6B | Blanco | 9A-4P | Blanco County Courthouse<br>Johnson City, TX |
| Wed 5/14 | S.O.S | El Paso | 10A-4P | Bassett Place<br>El Paso, TX |
| Thur 5/15 | S.O.S | El Paso | 10A-4P | El Paso County Courthouse<br>El Paso, TX |

As of May 1, 2014

# Weekly County Services
## By Region – Week beginning 5/19

Election Identification Certificates
State and County Participation

| Dates | Region/Agency | County | Time | Location |
|---|---|---|---|---|
| Wed 5/21<br>Thur 5/22<br>Fri 5/23 | 3 | Real | 9A-4P | Real County Courthouse<br>Leakey, TX |
| Tues 5/20<br>Wed 5/21 | 4 | Hudspeth | 9A-4P | Hudspeth County Sheriff's Office<br>Sierra Blanca, TX |
| Thur 5/22 | 4 | Mason | 9A-4P | Mason County Museum<br>Mason, TX |
| Wed 5/21 | 6B | Blanco | 9A-4P | Blanco County Courthouse<br>Johnson City, TX |

5/1/2014 4:16 PM