Driver License Division Customer Operations, Region 1A

**EXHIBIT NO. 104 — Kim Seibert**

**2:13-cv-193  09/02/2014  DEF0854**

Regional Manager: Salesus Winkley (0F107289)
Assistant Manager: Adriana Soto (0F107201)
Assistant Manager: Timothy Smith (0F107292)
Assistant Manager: Richard Souder (0F108499)
Administrative Assistant: Cherice Vivion (0F107387)
Administrative Assistant: Imognie Favors (0F107354)
Administrative Assistant: Wendi Minnich (0F107448)

Office Supervisors:
- 1A04 Jenila Washington (0F107303) — Dallas Southwest
- 1A15 Yaritza Ortiz Luna (0F110034) — Dallas Downtown
- 1A05 Maria De Leon (0F107304) — Carrollton
- 1A06 Martha Sandoval (0F107305) — Irving
- 1A07 Warren Wells (0F107299) — Grand Prairie
- 1A08 Patricia DiGirolomo (0F107306) — Cedar Hill
- 1A09 Luke Silverman (0F107359) — Longview
- 1A10 Sherry Johnson-Roberson (0F107302) — Tyler
- 1A11 Joy Rhea (0F107307) — Mount Pleasant
- 1A12 Kimberley Stevens (0F108500) — Garland Mega Center
- 1A13 Utanah Hoermann (0F108502) — Garland Mega Center
- 1A14 Amy Krizan (0F108501) — Garland Mega Center

# Driver License Division, Customer Operations, Region 1B

**Stephen Berkley** — Regional Manager — 0F107460

- **Adrienne Trevino** — Administrative Assistant — 0F107508
- **Stephanie Hunter** — Administrative Assistant — 0F107608
- **Candice Hartline** — Assistant Manager — 0F107461
- **Deborah Pitzer** — Assistant Manager — 0F108692
- **Janet Patterson** — Assistant Manager — 0F107463
- **Kathy Stallings** — Administrative Assistant — 0F107601

## Candice Hartline reports

### Talia Paul — Office Supervisor — 0F107473 — 1B4 — Weatherford (4-0)

| ID | Name |
|---|---|
| 0F107509 | Berkins, Anna |
| 0F107511 | Graham, Katie |
| 0F107502 | Looney, Dana |
| 0F107625 | Marcoux, Shana |
| 0F108549 | Palacios, Evangelina |

### Cheri Fisher — Office Supervisor — 0F107474 — 1B5 — Plano (12-2)

| ID | Name |
|---|---|
| 0F107618 | Gregorski, Bonnie |
| 0F107541 | Adams, Rebecca |
| 0F107529 | Pennington, Clark |
| 0F107609 | Abu Ghaifabo |
| 0F107559 | Beechy, Debra |

### Mineral Wells (2-0)

| ID | Name |
|---|---|
| 0F108529 | Carroll, Tonya |
| 0F107574 | Rios, Marcela |
| 0F107537 | Chan, Esther |

### Decatur (3-0)

| ID | Name |
|---|---|
| 0F107567 | Trammell, Margaret |
| 0F107589 | Fonte, Robert |
| 0F107492 | Biondo, Michelle |
| 0F108533 | Barker, Isabelle |
| 0F107466 | Hill, Geralynn |
| 0F107611 | Biss, Christine |
| 0F107543 | Kellogg, Garrett |
| 0F107623 | McDowell, Robin |
| 0F107545 | Lampkin, Eddie |
| 0F102597 | Mitchell, Jordan |
| 0F107603 | Tan, Xia |
| | Barber, Jo Dee — 0F107599 |
| | Berkhout, Candice — 0F107616 |

### Paris (2-0)

| ID | Name |
|---|---|
| | Hartline, Teresa — 0F107599 |
| | Lopez, Paula — 0F107815 |
| | Valdez, Rosalinda — BF109528 |

### Lisa Knight — Office Supervisor — 0F107472 — 1B6 — McKinney (8-1)

| ID | Name |
|---|---|
| 0F107475 | Kellogg, Karen |
| 0F107512 | Adrian, Stephanie |
| 0F107503 | Creel, Heather |
| 0F107518 | Barnes, Kathy |
| 0F107514 | Denniston, Christine |
| 0F107553 | Ellis, Kenesha |
| 0F107578 | Eure, Judy |
| 0F108513 | Goodwin, Debbie |
| 0F107520 | Hilborn, Maria |
| 0F107572 | Maher, Vicki |
| 0F107565 | Reyna, Susanna |
| 0F107521 | Shepherd, William |
| 0F108528 | Sunoo, Joseph |
| 0F107519 | Tan, Xia |

### Bonham (1-0)

| ID | Name |
|---|---|
| 0F107616 | Maynard, Rebecca |

### Paris (2-0)

| ID | Name |
|---|---|
| 0F107533 | Keefe, Leslie |
| 0F107542 | Widner, Michelle |

### Robert Dean — Office Supervisor — 0F107470 — 1B7 — Denton (4-1)

| ID | Name |
|---|---|
| 0F107504 | Guest, Christy |
| 0F107485 | Marcalik, Rebecca |
| 0F107610 | Bishop, Pamela |
| 0F107560 | Crawford, Corey |
| 0F107493 | Jenkins, Judith |
| 0F107582 | Reynolds, Jamie |
| 0F107570 | Ringler, David |
| 0F107548 | Smith, Roberta |
| 0F107617 | Torres, Quarry |
| 0F107515 | Williams, Jessica |

### Gainesville (2-0)

| ID | Name |
|---|---|
| 0F107619 | Johnson, Amanda |
| 0F108516 | Lemond, Rory |
| 0F107524 | Stevens, Martha |
| 0F107546 | Jackson, Linda |
| | Michael, Ronald |

### Fannie Anderson — Office Supervisor — 0F107466 — 1B8 — Lewisville (6-1)

| ID | Name |
|---|---|
| 0F107506 | Allen, Tanyma |
| 0F107467 | Collins, D'Andree |
| 0F107523 | Eppis, Randy |
| 0F107564 | Hargrove, Brittney |
| 0F107591 | Hodges, Keri |
| 0F108518 | Jackson, Cynthia |
| 0F107505 | Bornemeier, Janis |
| 0F107510 | Pearson, Emily |
| 0F107516 | Reed, Katy |
| 0F108519 | Shepherd, Nadine |
| 0F107606 | Washington, Dayshun |

### Sherman (4-0)

| ID | Name |
|---|---|
| 0F107547 | Meade, Jennifer |
| 0F107596 | Adams, Michael |
| 0F107630 | Drake, Katheryn |
| 0F107540 | Williams, Wendy |

### Mary Stables — Office Supervisor — 0F107469 — 1B9 — Waxahachie (8-1)

| ID | Name |
|---|---|
| 0F107477 | Bolton, Ronna |
| 0F107489 | Carver, Denita |
| 0F107490 | Jeter, Valerie |
| 0F107491 | Berry, Lorraine |
| 0F107613 | Gorman, Kristi |
| 0F107558 | Johnson, Timka |
| 0F107605 | McHolland-Ward, Nathan |
| 0F107621 | Kempschafer, Kristine |
| 0F107619 | Sullivan, Casey |
| 0F107571 | Valdez, Nancy |
| — | VACANT |

### Athens (3-0)

| ID | Name |
|---|---|
| 0F107532 | Rios, Tammy |
| 0F107607 | Shouchunes, Chad |
| 0F107497 | — |

### Corsicana (2-0)

| ID | Name |
|---|---|
| 0F107528 | Lively, Danna |
| 0F107626 | Loftin, Cecilia |
| 0F107639 | McClanahan, Camille |

### Palestine (2-0)

| ID | Name |
|---|---|
| 0F107496 | Flores, Rebecca |
| 0F107595 | Franklin, Deborah |

### Janet Lamp — Office Supervisor — 0F107471 — 1B10 — Arlington (10-1)

| ID | Name |
|---|---|
| 0F107476 | VACANT |
| 0F107481 | Akimen, Heather |
| 0F107496 | Ballard, Debra |
| 0F107576 | Brown, Janice |
| 0F107583 | McDonald, Heather |
| 0F107581 | Shirley, Regina |
| 0F107538 | West, Rachel |

### Granbury (2-0)

| ID | Name |
|---|---|
| 0F107602 | Beck, Rachel |
| 0F107590 | Jackson, Rosie |
| 0F107531 | Eastmond, Jeremy |
| 0F107832 | Glaser, Kari |

### Stephenville (2-0)

| ID | Name |
|---|---|
| 0F107601 | Martin, Sherri |
| 0F107552 | Underwood, Nita |
| 0F107600 | Welch, Charlotte |

### Sylvia Phillips — Office Supervisor — 0F107465 — 1B11 — Cleburne (6-0)

| ID | Name |
|---|---|
| 0F107566 | Tomes, Deanna |
| 0F108520 | Fowler-Ockletree, Latreshe |
| 0F108532 | Allen, Christopher |
| 0F107585 | Bates, Jason |
| 0F109529 | Ball, Amanda |
| 0F109962 | Bullard, Brandi |
| 0F107538 | Cenzuros, Rosa |
| 0F108614 | Chambers, Janice |
| 0F107627 | Citontz, Carolyn |
| 0F109960 | Keelon, Keesha |
| 0F108530 | Kendricks, William |
| 0F106521 | Lucien, Tammy |
| 0F109504 | Malone, Sheryl |
| 0F108534 | Mayo Jr, Cleveland |
| 0F108614 | Lim, Charlani |

### Angela Kimbrough — Office Supervisor — 0F108503 — 1B12 — Mega Center (11-3)

| ID | Name |
|---|---|
| 0F108526 | Kimbrough, Angela |
| 0F108524 | Lopez, ZaQueshala |
| 0F109961 | Roquemore, Estee |
| 0F108526 | McKinney, Debra |
| 0F109630 | Stephenson, Mary |
| 0F108512 | Mejia, Yvette |
| 0F109531 | Mettler, Christine |
| 0F108531 | Stokes, Catie |
| 0F109963 | Walker, Debbra |

### Venus Munoz — Office Supervisor — 0F108504 — 1B13 — Mega Center (11-2)

| ID | Name |
|---|---|
| 0F108544 | Clear, Shera |
| 0F108546 | Dell, Barbara |
| 0F108542 | Dirton, Gloria |
| 0F109965 | Gerrsike-Redmond, Adrian |
| 0F109533 | Hass, Malcolm |
| 0F109532 | Hall, Karni |
| 0F108548 | Hollie, Kristi |
| 0F109964 | Jefferson, Natasha |
| 0F108547 | Keelon, Keesha |
| 0F108535 | Kendricks, William |
| 0F108536 | Thrasher, Deanna |
| 0F108538 | Tircutt, Brittany |
| 0F109535 | Vera, Yoanna |
| 0F108541 | Whittaker, Alon |
| 0F109963 | Woodruff, Lambretta |

### Fort Worth East (2-0)

| | |
|---|---|
| Region 1B Offices | Total |
| Full Time DLS Offices | 23 |
| Scheduled DLS Offices | 1 |
| **TOTAL** | **24** |

Driver License Division Customer Operations, Region 2A

## Management

- **Thomas Carter** — Regional Manager — 0F207633
  - **Martyn Dunham** — Administrative Assistant — 0F207714
  - **Rosa Trevino** — Administrative Assistant — 0F207671
  - **Carolyn Ford** — Assistant Manager — 0F207636
    - **Michelle Williams** — Office Supervisor — 0F207642 — 2A03 — Pankonien
    - **Kathy Cullen** — Office Supervisor — 0F207641 — 2A04 — Vantage (8-2)
    - **Wendy Schmidt** — Office Supervisor — 0F207776 — 2A10 — Columbus (2-0)
  - **Patricia Jones** — Assistant Manager — 0F207637
    - **Magda Bailey** — Administrative Assistant — 0F207775
    - **Ebony Lemora** — Office Supervisor — 0F207647 — 2A05 — Gessner (8-6)
    - **Thu Hang Nguyen** — Office Supervisor — 0F207639 — 2A06 — Gessner (11-0)
    - **Maria Mayfield** — Office Supervisor — 0F207644 — 2A07 — Gessner (13-0)
  - **Sylvia Guerra** — Assistant Manager — 0F208592
    - **Sara Smith** — Office Supervisor — 0F207638 — 2A08 — Rosenberg MegaCenter
    - **Hector Alvarado** — Office Supervisor — 0F208586 — 2A09 — Rosenberg MegaCenter
    - **Morgan Fry** — Office Supervisor — 0F208596 — 2A12 — Rosenberg MegaCenter

## Staff Rosters by Office

### 2A03 Pankonien — Townhurst (7-2) — Supv: Michelle Williams

| Name | ID |
|---|---|
| Jones, Michelle | 0F207675 / 0F207655 |
| Bell, Brandon | 0F207719 / 0F207781 |
| Dilworth, Delassan | 0F208585 / 0F207658 |
| Faniel, Leonetta | 0F208568 / 0F207634 |
| Godinez, M Pilar | 0F207391 / 0F207595 |
| Halladay, Bridget | 0F207674 / 0F207755 |
| Ham, Ruby | 0F207775 / 0F207779 |
| Hollis, Evelyn | 0F207709 / 8F210036 |
| Jolivette, Stephanie | 0F207666 / 0F207736 |
| Jones, Lubertha | 8F207726 / 0F207773 |
| Magallanez, Diane | 0F207789 / 0F207663 |
| McLaughlin, Deborah | 0F207777 / 0F207782 |
| Morton, Anthony 2/3 | — / 0F207744 |
| Starr, Andrea | 0F208584 / 0F207790 |
| Taylor, Brittany 2/3 | — / 0F207780 |
| Ulm, Jack | — / 0F207729 |
| Williams, Joseph .5 | — / 0F207800 |

### 2A04 Vantage (8-2) — Supv: Kathy Cullen — 0F207641

| Name | ID |
|---|---|
| Crass, Amanda | 0F207672 |
| Aguilar, August | 0F207745 |
| Alexander, Dorothy | 0F207771 |
| Colston, Janice | 0F207770 |
| DeLeon, Semedina | 0F207683 |
| Garcia, Sendy | 0F207715 |
| Harden, Antonia | 0F207754 |
| Krausi, Carol | 0F207668 |
| Lewis, Joyce | 0F207734 |
| Lucas, Marilyn | 0F207670 |
| Mercadel, Brad | 0F207694 |
| Ontiveros, Jemima | 0F207747 |
| Platan, Lydia | 0F207738 |
| Turner, Birtha | 0F207765 |
| Webster, Pamela | 0F207760 |

### 2A10 Columbus (2-0) — Supv: Wendy Schmidt — 0F207776

| Name | ID |
|---|---|
| Alkey, Stacy | 0F207676 |
| Parker, Shelba | 0F207792 |

**Brenham (2-0)**

| Brooks, Geneva | 0F207722 |
| James, Leah | 0F207710 |
| Schroeder, Doris | 0F207711 |

**Hempstead (2-0)**

| Graves, Phyllis | 0F207725 |
| Miller, Shelley | 0F207707 |
| Hull, Bonnie | 0F207768 |
| Vacant 4/16/14 | — |
| Santee, Deedre | 0F207730 |

**Pierce (2-0)**

| Nelson, Kendra | 0F207787 |
| Humphres-Robles, Latisha | — |
| Parker, Kyla | — |
| Polanco, Mechelle | 0F207784 |
| Mayen, Felix | 0F207718 |
| Slade, Debra | — |

**Bay City (2-0)**

| Rowe, Susan | 0F207720 |
| Sandles, Tiffany | 0F207673 |
| Garcia, Mary L | — |
| Vacant 3/17/14 | — |

### 2A05 Gessner (8-6) — Supv: Ebony Lemora — 0F207647

| Name | ID |
|---|---|
| Rhodes, Danne | 0F207676 |
| Black, Sheila | 8F209975 |
| Bounds, Tarah | 0F207751 |
| Burnokwer, Klokpah | 8F209981 |
| Colin, Luis | 0F207660 |
| Gomez, Yolanda | 0F207711 |
| Lim, Angela | 8F209974 |
| McCormick, Monique | 8F209543 |
| Harris, LaToya | 0F207762 |
| Holley, Cathresha | 8F209545 |
| Jimenez, Susy | 0F207761 |
| Morton, Idali | — |
| Oliver, Ruthie | 0F207656 |
| Paisley, David | 8F209539 |
| Rasmus, Sharonda | 0F207698 |
| Rodriguez, Jasmin | 0F207788 |
| Smith, LaWanda | 8F209556 |
| Times, Jonathan | 0F207793 |
| Tudor, Tasha | 0F207691 |
| Tillis, Emily | 0F207798 |
| Vu, Dee Dee | 0F207705 |
| Wilson, Kelley | 0F207697 |
| Vacant 3/4/14 | — |

### 2A06 Gessner (11-0) — Supv: Thu Hang Nguyen — 0F207639

| Name | ID |
|---|---|
| Berry, Deborah | 0F207651 |
| Blackmon-Garner, Tiffany | 0F207753 |
| Clark, Beaunica | 0F207700 |
| Fiest, Christopher | 8F209547 |
| Franklin, Lillie | 0F207684 |
| Kelley, Eloise | 0F207725 |
| Cooper, Kenneth | 0F207767 |
| Cruz, Sheeba | 0F207732 |
| Douglas, Able | 8F209540 |
| DuVernay, Vanessa | 0F207733 |
| Guerrero, Toni | 0F207692 |
| Guy, Derrick | 0F207764 |
| Hamilton, Vanessa | 0F207682 |
| Jones, Doris | 0F207703 |
| Nervis, Paula | 8F209546 |
| Robinson, Bethel | 0F207657 |
| Rogers, Japhae | 0F207762 |
| Solomon, Trenise | 06207757 |
| Switzer, Nicole | 8F209541 |
| Tan, Soo | 0F207544 |
| Williams, Yolanda | 8F209976 |
| Woodson, Rosie | 0F207654 |
| Vacant 4/14/14 | 0F207659 |

### 2A07 Gessner (13-0) — Supv: Maria Mayfield — 0F207644

| Name | ID |
|---|---|
| Bazan, Annette | 0F207677 / 8F209542 |
| Brown, Jeannette | 0F207783 |
| Burleson, Arlaka | 0F207748 |
| Caldiz, Sonja | 0F207799 |
| Castle, Cleopatra | 8F209547 |
| Garza, Se-ish | 0F207797 |
| Gibbs, Sabina | 8F209977 |
| Hannah, Richard | 0F207778 |
| Hassan, Zeenat | 8F209540 |
| Iqbal, Homayra | 0F207733 |
| Kaharek, Brenda | 0F207692 |
| Kyser, Nicole | 0F207764 |
| McKeown, Leslie | 0F207682 |
| Miranda, Raymond | 0F207703 |
| Mohamoud, Yolanda | 0F207794 |
| Molczyk, Robert | 8F209546 |
| Parikh, Mehul | 0F207762 |
| Stewart, Andrnai | 0F207667 |
| Torres, Alma | 0F207689 |
| Taimijinis, Consuela | 0F207664 |
| Tyler, Melissa | 0F207693 |
| Urcuyo, Karen | 0F207743 |
| Vacant 3/31/14 | 0F207706 |

### 2A08 Rosenberg MegaCenter — Supv: Sara Smith — 0F207638

| Name | ID |
|---|---|
| Howard, Nicole | 0F208590 |
| Carmona, Mary Ann | 0F207652 |
| Eiserman, Dale | 0F207679 |
| Garcia, Yolanda | 0F207680 |
| Garza, Tanya | 0F208607 |
| Harrell, Lyshunda | 0F208623 |
| Haynes, Dontrell | 0F208635 |
| Howard, Stephanie | 0F207643 |
| McDaniel-Mackey, Jeromy | 0F208616 |
| Meitoft, Peggy | 0F207708 |
| Miller, Clara | 0F207712 |
| Morgan, Roshandria | 0F208634 |
| Munoz, Petrina | 8F209969 |
| Ortega, Sara | 0F207713 |
| Padilla, Valerie | 0F207721 |
| Rogers, LaQunta | 8F209966 |
| Ross, Deidre | 0F206611 |
| Ruiz, Denise | 8F209973 |
| Shurtz, Cindy | 0F208627 |
| Smith, Nina | 0F207727 |
| Vacant.5 DPS02863 4/1/14 | 8F207145 |
| Vacant.5 DPS02863 12/7/14 | 8F209537 |

### 2A09 Rosenberg MegaCenter — Supv: Hector Alvarado — 0F208586

| Name | ID |
|---|---|
| Ahmad, Aejaz | 8F209971 |
| Barron, Anthony | 0F208612 |
| Blake, Candice | 0F208609 |
| Burke, Wynell | 0F207728 |
| Davis, Tanya | 0F208636 |
| Guerrero, Marilyn | 0F208628 |
| Haynes, Lawakah | 0F208633 |
| Johnson, Nicole | 0F208614 |
| Kelly, Shirley | 0F208616 |
| Marquez, Martin | 0F208817 |
| Montgomery, Rebecca | 0F208606 |
| Nieto, Juan | 0F208613 |
| Olaseni, Hattie | 8F209970 |
| Rowe, Mary L | 0F208589 |
| Sabian, Kimberlyn | 0F208619 |
| Sims, Janet | 0F208629 |
| Washington, Lisa | 8F209554 |
| Watkins, Samone | 0F208611 |
| Wright, Howard | 8F209967 |
| Vacant DPS02590 3/1/14 | 0F208518 |
| Vacant DPS02590 4/9/14 | 0F208582 |
| Vacant DPS02590 1/14 | 0F208631 |

### 2A12 Rosenberg MegaCenter — Supv: Morgan Fry — 0F208596

| Name | ID |
|---|---|
| Avril, Shelina | 8F209971 |
| Bedford, Nola | 0F208610 |
| Cockrell, Stacy** | 8F209072 |
| French, Ginger | 8F209651 |
| Giles, Stacy | 8F209557 |
| Guerrero, Marilyn | 0F208630 |

## Region 2A Offices

| REGION 2A OFFICES | OPEN |
|---|---|
| Full Time DLS Offices | 12 |
| Scheduled DLS Offices | 2 |
| TOTAL | 14 |
| DPS-owned Offices | 10 |

**SCHEDULED OFFICES**

| 2A11 Caldwell | Tuesday 8:30 - 4:30 |
| 2A11 Centerville | W-Th 8:30 - 4:30 |

## Mega Center Gains / Losses

**MEGA CENTER LOSSES**
- Alvarado, Martha - Gessner
- *CSR-Sirena Williams [2A1]
- *Lead-Wendy Schmidt [2A2]
- Lead-Hector Alvarado [2A]
- **CSR-Natasha Daily [2A11]
- *CSR-Carol Sapp [2A7]
- CSR Sonja Dixon [2A2]
- CSR Deborah McLaughlin [2A5]
- *Lead-Danna Rhodes [2A3]
- *CSR-Annabell Patino [2A11]
- *CSR-Karen Urcuyo [2A3]

**MEGA CENTER GAINS**
- Sylvia Guerra - 2A
- Fry, Morgan [2A10]

*Spring-Cypress  **San Antonio*

Custodian: Cordell Cheeks

**VACANCY STATUS / OVERSTRENGTH**

pending transfer
- DPS02590
- DPS02589, DPS02418, DPS02565

Overstrength: 0

# Driver License Division Customer Operations, Region 2B

## Management

- **Kathy Bergman** — Regional Manager (Conroe)
- **Jayme Johnson** — Administrative Assistant 207861
- **Diann Manning** — Assistant Manager 207804 (Webster-Clear Lake)
- **Shereen Santiago** — Administrative Assistant 207860
- **Alan Alexander** — Assistant Manager 207802 (Lufkin)
- **Debra Bennett** — Administrative Assistant 207858
- **Melissa Corbett** — Assistant Manager 208583

## Supervisors / Offices

### 2B04 — Johnny Ward, Office Supervisor 207815 — WINKLER (9 - 1)

| Emp # | Name |
|---|---|
| 207842 | Nunez, Erica |
| 207907 | Faultry, Ella |
| 207912 | Finley, Isaac |
| 207908 | Gressett, Alicia |
| 207926 | Izquierre, Oliva |
| 208623 | Johnson, Kayla |
| 207910 | Montano, Sally |
| 207931 | Nelson, Jamesay |
| 207891 | Nelson, Tiffany |
| 210044 | Paris, Karyn |
| 207823 | Perez, Rosemary |
| 207882 | Perkins, Cassandra |
| 207852 | Ramirez, Sonya |
| 207903 | Valdez, Sylvie |
| 207929 | White, Brenda |
| 207847 |  |

Overstrengths: 1, 2, 12

### 2B05 — Tina Weir, Office Supervisor 207809 — PASADENA (6-1)

| Emp # | Name |
|---|---|
| 207826 | Bates, Kelly |
| 207820 | Fuentes, Gloey |
| 207857 | Garcia, Carolyn |
| 207904 | Guzman, Laura |
| 207853 | Medrigal, Irma |
| 207915 | Miller, Vanessa |
| 207817 | Perez, Juan |
| 207848 | Chapman, Tina |
| 207897 | Escobedo, Virginia |
| 207846 | Palinaras, Caroliria |
| 207833 |  |

Overstrengths: 1, 1, 5, 3

### 2B06 — Erica Cardenas, Office Supervisor 207812 — TEXAS CITY (6 - 1)

| Emp # | Name |
|---|---|
| 207874 | Dutton, Karen |
| 207824 | Broussard, Preston |
| 207818 | Davalos, Norma |
| 207825 | Garza, Graciela |
| 207921 | Jones, Debra |
| 207859 | Vela, Angelita |
| 207831 | Woods, Carrie |
| 207927 | Hoit, Brenda |
| 207880 | Davalos, Naomi |
| 207916 | Pegues, Rita |

GALVESTON (2 - 0): Hoit, Brenda; Davalos, Naomi

Overstrengths: 1, 8, 1

### 2B07 — Margaret Hunter, Office Supervisor 207806 — CLEAR LAKE (5 - 1)

| Emp # | Name |
|---|---|
| 207893 | Wilson, Teri |
| 208639 | Arredondo, Lilionda |
| 207892 | Harris, Charlotte |
| 207871 | Gutierrez, Candace |
| 207866 | Lopez, Genesis |
| 207862 | Peoples, Alberta |
| 207856 | Mills, Michelle |
| 207844 | Saucedo, Richard |
| 207924 | Porter, Oja |
| 207946 | Purwaski, Vestica |
| 207879 | Tran, Anh |
| 207934 |  |

Overstrengths: 1, 6, 3

### 2B08 — Linda Hightower, Office Supervisor 207808 — ALVIN (4 - 0)

| Emp # | Name |
|---|---|
| 207836 | Gil, Della |
| 207917 | Gentu, Teresa |
| 207906 | Holloway, Jeannette |
| 207913 | Jackson, Diane |
| 207943 | Minnard, Patti |
| 207870 | Winters, Dottie |
| 207864 | Polo, Annalee |
| 207898 | Rezlaff, Dana |
| 207854 | Robertson, Rita |
| 207878 | Robichaux, Danielle |
| 207886 | Sophia, Roxanne |
| 207922 | Wooten, Cherity |
| 207936 |  |

ANGLETON (4 - 0)

Overstrengths: 1, 8

### 2B09 — Kerri LeLeux, Office Supervisor 207810 — BEAUMONT (6 - 1)

| Emp # | Name |
|---|---|
| 207836 | Stanley, Debra |
| 207923 | McFarland, Frankie |
| 207918 | Asher, Deborah |
| 207929 | Clark, Belinda |
| 207925 | Dinoto, Jini |
| 207920 | Havard, Kimbra |
| 207943 | Millican, Teresa |
| 207883 | Winkelmann, Janet |
| 207895 |  |

CROCKETT (1 - 0)

ORANGE (3 - 0)
- 207839 Simon, Mary
- 207872 Pitre, Laura
- 207886 Decker, Leigh
- 207867 Barnada, Kacy
- 207936 Gains, Naomi
- 207888 Robertson, Helen
- 207884

NACOGDOCHES (4 - 0)

CENTER (2 - 0)
- 208669 Johnson, Ashley
- 207930 VACANCY
- 207877 VACANCY
- 207933 Harris, Cyndi
- 207830 Ward, Jerica

LIVINGSTON (2 - 0): 207863 Redford, Jeannette; 207835 Jones, Collette

PT. ARTHUR (4 - 0)

JASPER (2 - 0)
- 207828 Cochran, Erin
- 207899 Holmes, Shennan
- 207911 Navarrette, Jessica

WOODVILLE (1 - 0)
- 207899 Worked Out of Jasper
- Wed. & Thurs.

KOUNTZE (1-0)
- 207899 Worked Out of Jasper
- Tues.

Overstrengths: 1, 1, 14, 1

### 2B10 — Jennifer Norman, Office Supervisor 207813 — LUFKIN (5 - 0)

### 2B11 — Portia Dukes, Office Supervisor 207811 — BAYTOWN (7-1)

| Emp # | Name |
|---|---|
| 207869 | Reynolds, Linda |
| 207880 | Alleman, Johnnie |
| 207938 | Boutwell, Rose |
| 207944 | Dial, Midred |
| 207849 | Dresch, Donna |
| 208615 | Garcia, Jacob |
| 207941 | Herrera, Carol |
| 208640 | Holt, Monica |
| 207865 | Howard, Gail |
| 207964 | Komegay, Cameron |
| 207876 | Bellinger, Laura |
| 207887 | Taylor, Rochelle |

WALLISVILLE (2 - 0)

### 2B12 — Michael Kent McIver, Office Supervisor 208587 — MEGA (SPRING)

| Emp # | Name |
|---|---|
| 208646 | Cheeks, Nicole |
| 8F209983 | Brooks, Melanie |
| 208658 | Ceriker, Shera |
| 8F209968 | Dominguez, James |
| 208607 | Crumpton, Robin |
| 208815 | Egbert, Jennifer |
| 208644 |  |
| 208642 |  |
| 208599 |  |
| 208656 |  |
| 8F209562 | Lockett, LeTerica |
| 8F209985 | Murphy, Delesia |
| 8F209563 | Palmer, Stella |
| 8F209561 | Pearce, Regina |
| 208643 | Preston, Tikay |
| 208649 | Moore, Jacqueline |
| 208648 | Petrino, Anabel |
| 208660 | Smith, Shemecha |
| 8F209564 | Toren, Betty |
| 208654 | Thomas, Chesitti |
| 208601 | Williams, Sirena |
| 208653 | Wiltz, Brittany |

### 2B13 — Martha Alvarado, Office Supervisor 208588 — MEGA (SPRING)

| Emp # | Name |
|---|---|
| 208600 | Stewart, Joanna |
| 208605 | Bartenfield, Holly |
| 8F209984 | Clark, Georgena |
| 208657 | Dominguez, James |
| 208655 | Brown, Crystal |
| 208642 | Food, Shamika |
| 8F209565 | Jackson, Elvia |
| 8F209566 | James, Monique |
| 8F209560 | Money, Pherrice |
| 208624 | Napoli, Alicia |
| 8F209966 | Nguyen, Trang |
| 208647 | Peyton, Marquette |
| 208661 | Ramos, Jennifer |
| 208541 | Shakoor, Sheik |
| 8F209987 |  |
| 208650 |  |
| 208651 | Rightout, Syreeta |
| 208665 | Ryan, Tammy |
| 208662 | Sapp, Carol |
| 8F209559 | Williams, Kirsten |
| 208659 |  |
| 208666 | Wyatt, Debra |

### 2B14 — Keiba Holt, Office Supervisor 210050 — HOUSTON NORTH

| Emp # | Name |
|---|---|
| 210051 | Gonzalez, Ann Marie |
| 210038 | Anthony, John |
| 210042 | Bagley, Quinton |
| 210039 | Brooks, Audriel |
| 210046 |  |
| 210040 |  |
| 210037 |  |
| 210041 |  |
| 210049 |  |
| 210043 |  |
| 210045 |  |
| 210048 |  |
| 210047 |  |

13

22 | 21

## Region 2B Offices

| REGION 2B OFFICES | TOTAL |
|---|---|
| Full Time DLS Offices | 25 |
| Scheduled DLS Offices | 2 |
| TOTAL | 27 |

| VACANCY STATUS | OVERSTRENGTHS |
|---|---|
| 0 | 1 |

# Driver License Division Customer Operations, Region 3

**Raquel Ramirez** — Assistant Manager — 0F307949 — Weslaco

**Samuel J. Silva** — Regional Manager — 0F307948 — Weslaco

**Carolina Segundo** — Administrative Assistant — 0F307963

**Maria Flores** — Assistant Manager — 0F307950 — Corpus Christi

**Roxanne Uribe** — Administrative Assistant — 0F308023

## Office Supervisors

| Supervisor | ID | Office |
|---|---|---|
| George Olivo | 0F307953 | 3A03 |
| Belinda Rodriguez | 0F307956 | 3A04 |
| Elizabeth Lopez | 0F307954 | 3A05 |
| Oralia Garcia | 0F307951 | 3A06 |
| Maria Rivas | 0F307952 | 3A07 |

### 3A03 — Brownsville 304 (7-1)

| ID | Name |
|---|---|
| 0F307959 | Zarate, Estella |
| 0F307963 | Escobar, Natalie |
| 0F308015 | Allen, Harry |
| 0F308000 | Barrera, Sandy |
| 0F307995 | Beltran, Raul |
| 0F308029 | Estrada, Diana |
| 0F308674 | Lopez, Liza |
| 0F308028 | Trevino, Norma Reyes |
| 0F308020 | Garza, Elizabeth |
| 0F308032 | Prazelini, Jo Ann |

#### Harlingen 308 (4-0)

| ID | Name |
|---|---|
| 0F308035 | Alvarez, Hector Allan |
| 0F308036 | Davis, Maria Del Rosario |
| 0F307968 | Garcia, Sylvia |
| 0F308041 | Gonzalez, Jessica |
| 0F307991 | Reyna, Carmen |
| 0F307986 | Romero, Catherine |

### 3A04 — Laredo 310 (5-2)

| ID | Name |
|---|---|
| 0F307965 | Rangel, Rosangelica |
| 0F307976 | Cruz, Jose M |
| 0F308002 | Degollado, Araceli |
| 0F307964 | Garcia, Felipe |
| 0F307974 | Rangel, Miguel |
| 8F310079 | VACANT |
| 8F310080 | VACANT |
| 8F310081 | VACANT |
| 0F308677 | Bautista, Jane |
| 0F307990 | Garcia, Jesus A |
| 0F307993 | Quintero, Maribel |
| 0F308013 | Rios, Maria S. |
| 0F307984 | Negrete, Genevieve |
| 0F308019 | Villasenor, Mary |

#### Zapata 394 (1-0)

| ID | Name |
|---|---|
| 0F307982 | Gutierrez, Leslie |

### 3A05 — Corpus Christi 301 (9-1)

| ID | Name |
|---|---|
| 0F307958 | Lucio, Sandra |
| 0F307966 | Flores, Jennifer |
| 0F307973 | Gracia, Michele |
| 0F307977 | Steed, Jennifer |
| 0F308045 | Ruiz, Melba |
| 0F308670 | VACANT |
| 0F308043 | Benavides, Alyssa |
| 0F308001 | VACANT |
| 8F309991 | Armadillo, Bobby |
| 0F307978 | Arredondo, Juan Jose |
| 0F308044 | Coleman, Wynell |
| 8F309569 | Fuentes, Gloria |
| 0F307992 | Gonzalez, Velma |
| 0F307996 | Guidry, Jovana |
| 8F309989 | Kopycinski, Jessica Neil |
| 8F309568 | Lopez, Brandi |
| 8F309900 | Mcchester, Catrina |
| 0F307979 | Mendez, Angie |
| 8F309567 | Najar, Ruben |
| 0F308008 | Tellez, Jewlie M. |
| 0F308037 | West, Chase Mathew |
| 0F308031 | Nunez, Misty |

### 3A06

#### Alice 302 (3-0)

#### Falfurrias 376 (1-0)

| ID | Name |
|---|---|
| 0F307970 | Martinez, Naida |

#### Eagle Pass 413 (4-0)

| ID | Name |
|---|---|
| 0F308671 | Navarette, Mariselda |
| 0F308040 | Trevino, Gloria Ann |
| 0F308046 | Nowlin, Chris |
| 0F307991 | Ledezma, Yadira |

#### Kingsville 309 (2-0)

| ID | Name |
|---|---|
| 0F308011 | Negrete, Gladys |
| 0F307967 | Salazar, Patricia |

#### Sinton 317 (1-0)

| ID | Name |
|---|---|
| 0F308004 | Ortiz, Norma |

#### Aransas Pass 325 (2-0)

| ID | Name |
|---|---|
| 0F308027 | Albert, Rosario |
| 0F308038 | Belton, Carla |

#### Beeville 303 (2-0)

| ID | Name |
|---|---|
| 0F308014 | Gill, Lisa Uhley |
| 0F308034 | Mendez, Clarissa |

### 3A07

#### Del Rio 412 (4-0)

| ID | Name |
|---|---|
| 0F307989 | Cooper, Mark |
| 0F308010 | Ortiz, Jessica |
| 0F307988 | Rivera, Maite |
| 0F307962 | Kimbrell, Kathryn |
| 0F308003 | Benavides, Alyssa |
| 0F307980 | Salazar, Patricia |

#### Uvalde 318 (2-0)

| ID | Name |
|---|---|
| 0F307972 | Saenz, Sandra |
| 0F308030 | Rincones, Sandra |

#### Crystal City 305 (2-0)

| ID | Name |
|---|---|
| 0F308021 | Camarillo, Norma |

## REGION 3A OFFICES

| | TOTAL |
|---|---|
| Full Time DLS Offices | 18 |
| Scheduled DLS Offices | 2 |
| TOTAL | 20 |

### SCHEDULED OFFICES

| Office | Hours |
|---|---|
| 3A06 Falfurrias | Thursday 9:00 - 11:00 2:00-4:00 |
| 3A06 George West | Tues, Wed 9:00 - 11:00 & 2:00 - 4:00 |

## VACANCIES / OVERSTRENGTH / MEGA CENTER

| VACANCIES | | OVERSTRENGTH | | MEGA CENTER LOSSES | MEGA CENTER GAINS |
|---|---|---|---|---|---|
| 0 | | | 1 | | |
| 0 | | | 3 | | |
| 0 | | | 17 | | |
| 0 | | | 0 | | |
| 3 | | | 1 | | |
| 4 | | | | | |
| 0 | | | 1 | | |
| 0 | | | 0 | | |
| 0 | | | 7 | | |
| 1 | | | 0 | | |
| 2 | | | 0 | | |
| 11 | | | 2 | | |
| 0 | | | | | |
| 2 | | | | | |
| 7 | | | 0 | | |

### VACANCY STATUS

3A04: Awaiting approval from HRHQTS to post CSR IV's CDL testers, and locations.

3A05: Corpus Christi CSR (3) are pending conditional job offer (1) job announcement closes 5/6/14

# Driver License Division Customer Operations, Region 4

**Midland**
Estella Valenzuela
Regional Manager
408048

Dawn Calbillo
Administrative Assistant
408088

**4 East**
Leticia Aranda-Sarabia
Assistant Manager
408050
Midland

Martha Hernandez — Office Supervisor — 408055
Sheila Edwards — Office Supervisor — 408057
Annette Reyes — Office Supervisor — 408059
Lisa Escovedo — Office Supervisor — 408056
Carlos Ortega Jr. — Office Supervisor — 408058
Cyndee Stevens — Office Supervisor — 408052

| 4A03 | | 4A04 | | 4A05 | | 4A06 | | 4A07 | | 4A08 | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| El Paso - Northwestern (5-1) | | El Paso Gateway (6-1) | | Midland (4-1) | | Odessa (5-1) | | Ft Stockton (1) | | San Angelo (4-1) | |
| Kimberlye | 408071 | Torres, Alejandro | 408065 | Gonzales, Sonya | 408072 | Mendoza, Maria | 408097 | Rangel, Melissa | 408092 | Kemp, Kathy | 408093 |
| s, Susana | 408061 | Craven, Susan | 408060 | Boatman, Raymond | 408127 | Bailey, Christopher | 408126 | Monahans (1) | | Salazar, Armandina | 408100 |
| ro, Gilbert | 408089 | Arbogast Jr, Lewis | 409993 | Coyle, Jeri | 408117 | Hinojos, Patricia | 408682 | Weaver, Lani | 408135 | Box, Kagen | 408123 |
| ts, Monica | 408070 | Banda, Silvia | 408082 | Uranga, Yuridia | 408051 | Cordova, Rebecca Joy | 408074 | Pecos (1) | | Huddleson, Lawrence | 408094 |
| bos, Luis | 408110 | Fierro, Cynthia | 408099 | Alvarez, Crystal | 408679 | Baeza, Vanessa | 408137 | Pereyra, Jaime | 408118 | Loika, Vickie | 408098 |
| o, Guadalupe | 409591 | Garcia, Desirae | 408678 | Leyva, Lilybeth | 408134 | Puente, Silvia | 408681 | Presidio (1) | | Johnson, Katherine | 408066 |
| z, Jenna | 408062 | Holliday, Patricia | 408108 | Morales, Ciria | 408880 | Rizo-Bucksath, Adriana | 408120 | Martin, Alma | 408067 | Brady (1) | |
| Aracely | 408103 | Juarez, Sonia | 409992 | Osbourn, Kathleen | 408119 | Vargas, Catherine | 408122 | Alpine (1) | | Huffman, Tracie | 408068 |
| ente-Garcia, Juliet | 408107 | Kinnon, Myrtice | 408111 | Wetmore, Phyliss | 408130 | VACANCY | 408133 | Ramirez, Leandra | 408132 | Sonora (0) | |
| NCY | 410082 | Loera, Monica | 408087 | VACANCY | 408114 | Crane (1) | | Kermit (0) | | Ozona (1) | |
| | | Mendez, Juana | 408090 | Andrews (1) | | Valerio, Victoria | 408129 | | | VACANCY | 408073 |
| 1 | | Monarrez, Monica A. | 408083 | Mendoza, Graciela | 408136 | Big Lake (0) | | | | | |
| 5 | | Rodriguez, Andrea | 408109 | Seminole (1) | | | | 5 | | | |
| 4 | | Reza, Daniel | 408106 | Box, LaDeana | 408075 | | | | | 1 | |
| | | Rodriguez, Diana | 408091 | Big Spring (2) | | | | | | 1 | |
| | | Saucedo, Sigifredo | 409994 | Gonzales, Katherine | 408131 | | | | | 6 | |
| | | Lugo, Michael | 408115 | Mendoza, Rosanna | 408095 | | | | | | |
| | | Van Horn (0) | | Lamesa (1) | | | | | | | |
| | | | | Arguijo, Cristina | 408125 | 1 | | | | | |
| | | | | Stanton (0) | | 3 | | | | | |
| | | 1 | | | | 6 | | | | | |
| | | 1 | | 1 | | | | | | | |
| | | 14 | | 3 | | | | | | | |
| | | 1 | | 11 | | | | | | | |

| REGION 4 OFFICES | TOTAL |
|---|---|
| Full Time DLS Offices | 17 |
| Scheduled DLS Offices | 8 |
| TOTAL | 25 |
| **SCHEDULED OFFICES** | |
| 4A06 Big Lake | Wed & Thurs 9:15 - 3:45 |
| 4A06 Crane | M, T & F 8:30 - 5:00 |
| 4A07 Kermit | Wed 8:30 - 4:15 Thurs 9 - 3:45 |
| 4A07 Monahans | M, T, Th, F 8:30 - 5:00 |
| 4A07 Pecos | M, T, W, F 8:30 - 5:00 |
| 4A08 Sonora | Thursday 9:30 - 3:15 |
| 4A05 Stanton | Tuesday 9:00 - 4:00 |
| 4A04 Van Horn | Thursday 9:00 - 5:00 (CST) |

ATKINS, DAD, ONE OF ODESSA'S FTE'S MOVED TO OZONA TO FILL VACANCY FOR NEW OFFICE ESTABLISHED THERE

| VACANCIES | VACANCY STATUS | OVERSTRENGTH | MEGA CENTER LOSSES | MEGA CENTER GAINS |
|---|---|---|---|---|
| 0 | | | | |
| 0 | | | | |
| 0 | | | | |
| 0 | | | | |
| 1 | | | | |
| 5 | | | | |
| 0 | | | | |
| 0 | | | | |
| 0 | | | | |
| 6 | | 0 | | |

# Driver License Division Customer Operations, Region 5

**Christian Sledge** — Assistant Manager — 0F508140
**Tomas Valdez** — Regional Manager — 0F508139
**Barbara Muniz** — Administrative Assistant — F0508137
**Pablo Garcia** — Assistant Manager — 0F0508141
**Bethany Challis** — Administrative Assistant — 0F0508217

## Region 5 - Scheduled Offices

| Office | Schedule |
|---|---|
| Anson (5A08) | Mon/Tues & Thur. 8:30-5:00 and 2nd & 4th Wed.Closed 1st, 3rd, 5th Wed |
| Baird (5A07) * | Wed (1,3,5) 9-4 |
| Ballinger (5A07) | Tues. Wed 8:45 - 4:15 |
| Breckenridge (5A07) | Tuesday 1:30-5:00, Wed. & Thurs. 8:30-5:00 |
| Canadian (5A05) * | Tues..(2,5) 9-4, Wed 9-4 |
| Clarendon (5A06) * | Thurs., 9-3:45 |
| Coleman (5A07) | Mon/Thurs & Fri. 8:30-5 |
| Colorado City (5A08) | Mon. 8:30-5 & Fri., 8:30-1 |
| Dalhart (5A05) | Tues 9:00-4:00 |
| Dimmitt (5A02) | Mon., Thurs. & Fri., 8:30-5 |
| Dumas (5A05) | Mon., Wed.-Fri. 8:00-5:00 |
| Friona (5A02) | Tues. & Wed., 9:00-4:30 |
| Haskell (5A07) | Mon & Thurs 8:30-5 Fri 8:00-4:30 |
| Munday (5A07) * | Wed. 8:30-4:15 |
| Panhandle (5A05) * | Tues (1,3,5) 9 - 4 |
| Quanah (5A06) * | Tues (2,3,4,5) 9:00-4:00 |
| Roby (5A08) * | Wed (1,3,5) 9-4 |
| Seymour (5A07) * | Tues 9:15-3:45 |
| Snyder (5A08) | Tues.-Thurs B:30 - 5 |
| Tulia (5A02) | Tues., & Wed., 8:30-4:30 |

* Those with asteriks are mobile offices

## Staffing

**Mary Vanover** — Office Supervisor — 0F508145

### 5A03 AMARILLO — Amarillo (7-1)
- Hertestritt, Patti — 0F508150
- Miller, Cynthia — 0F508157
- Taylor, Carolyn — 0F508154
- Arreola, Nancy — 0F508764
- Flores, Ruben — BF508995
- Hetrick, Marisa — BF509996
- Hill, Charley — BF508571
- Jones, Paula — BF508987
- Lindsey, Jessica — 0F508690
- Martinez, Cristina — BF509570
- Marshall, Deborah — 0F508209
- Mediano, Monica — 0F508199
- Morales, Yesenia — BF509572
- Paresh, Madhavi — 0F508214
- Riley, Michael — 0F508193
- Trollinger, Bobby — 0F508219
- Whisenhunt, Marcie — 0F508166
- Willon, Margaret — 0F508211

**Josie Triplett** — Office Supervisor — 0F508147

### 5A04 BROWNFIELD — Brownfield (2-0)
- Van Hoose, Edith — 0F508187
- Denver City (2-0)
- Villarreal, Adriana — 0F508198
- Anzures, Yesenia — 0F508225
- Levelland (2-0)
- Lykins, Lois — 0F508170
- Thrasher, Christie — 0F508222

**Gina Minyard** — Office Supervisor — 0F508148

### 5A05 PAMPA — Pampa (2-0)
- Johnson, Christy — 0F508181
- Sims, Kristal — 0F508226
- Perryton (2-0)
- Anderson, Deborah — 0F508201
- VACANT — 0F508169
- Borger (2-0)
- Coleman, Betty Ann — 0F508183
- Sparks, Connie — 0F508204
- Dumas (2-0)
- Flores, Angela — 0F508229
- Mata, Amber — 0F508227
- Dalhart (1-0)
- Canadian (0-0)
- Anderson, Deborah OF 0F508201
- Campbell, Dorothy — 0F508169
- Panhandle (0-0)

**Bobby Gonzales** — Office Supervisor — 0F508144

### 5A06 WICHITA FALLS — Wichita Falls (6-1)
- Gonzalez, Teresa — 0F508168
- Garcia, Maria — 0F508202
- Aldridge, Yolanda — 0F508182
- Boydston, Lisa — 0F508888
- Jones, Cestie — 0F508228
- Jones, Stephanie — 0F508185
- Ohmstede, George — 0F508198
- Russell, Kimberly — 0F508223
- Trahan, Dee Ann — 0F508195
- Bowie (2-0)
- Gallin, Casey — 0F508232
- Hopson, Tammie — 0F508175
- Childress (2-0)
- DeArmond, Dinah — 0F508152
- Smith, Beverly — 0F508224
- Vernon (2-0)
- Goins, Sharon — 0F508172
- Slaugenhop, Gayla — 0F508192
- Clarendon (0-0)
- DeArmond, Dinah OR 0F508152
- Smith, Beverly — 0F508224
- Quanah (0-0)

**Cindy Ballew** — Office Supervisor — 0F508143

### 5A07 — Graham (2-0)
- Carr, Tana — 0F508209
- Terrell, Dannette — 0F508212
- Brownwood (2-0)
- Keese, Darla — 0F508165
- Payne, Pamela — 0F508155
- Breckenridge (1-0)
- Hartfield, Melinda — 0F508231
- Comanche (1-0)
- Gilbert, Wanda — 0F508174
- Eastland (2-0)
- Courtney, Glenda — 0F508179
- Gandy, Theda — 0F508173
- Haskell (1-0)
- Sedike, Bobbye — 0F508162
- Coleman (1-0)
- Houndshell, Dashielle — 0F508181
- Ballinger (1-0)
- Baird (0-0)
- Courtney, Glenda OR 0F508179
- Gandy, Theda — 0F508173
- Munday (0-0)
- Seymour (0-0)

**Vacant** — Office Supervisor — 0F508142

### 5A08 — Abilene (6-1)
- Baird, Rebecca — 0F508159
- Collins, Amber — 0F508160
- Daniels, Vickie — 0F508191
- Lego, Misty — 0F508186
- Massey, Nicole — 0F508213
- Ibarra, Jessica — 0F508216
- Sosa, Breanna — 0F508215
- Roberts, Christina — 0F508190
- Paredes, Lydia — 0F508197
- Anson (1-0)
- Winset, Shirley — 0F508663
- Colorado City (1-0
- Bullard, Julie — 0F508176
- Snyder (1-0)
- Sweetwater (1-0)
- Deleon, Juanita — 0F508196
- Roby (0-0)

## Vacancies

| | |
|---|---|
| Amarillo | 1 |
|  | 2 |
|  | 14 |
|  | 0 |
|  | 1 |
| Brownfield | 0 |
|  | 0 |
|  | 3 |
|  | 0 |
|  | 1 |
| Pampa | 0 |
|  | 1 |
|  | 0 |
|  | 0 |
|  | 0 |
| Wichita Falls | 1 |
|  | 1 |
|  | 12 |
|  | 0.5 |
|  | 0 |
| 5A07 | 1 |
|  | 0 |
|  | 8 |
|  | 0.5 |
|  | 0 |
| 5A08 | 1 |
|  | 1 |
|  | 10 |
|  | 0 |
|  | 0 |

| VACANCY STATUS | OVERSTRENGTH | MEGA CENTER LOSSES | MEGA CENTER GAINS |
|---|---|---|---|
| 2 CDLCSIFq( T-8F5T0083 temp assigned to Region 6B) 1 Perryton vac- pending background investigation, 1 Ofc. Supervisor-Abilene | | | |
| 3 | 0 | | |

# Driver License Division Customer Operations, Region 6A

**San Antonio**

- Lori Carlson, Regional Manager, 0F608344
  - VACANCY, Administrative Assistant, 0F608372
  - Jessica Robles, Administrative Assistant, 0F608430
  - Charles Wells, Assistant Manager, 0F608345
  - VACANCY, Assistant Manager, 0F608346
  - Kathleen Taylor, Assistant Manager, 0F608696
    - VACANCY, Assistant Manager, 0F608691

## Supervisors

| Office Supervisor | Richard Cook 0F608350 | Lisa Vargas-Moreno 0F608353 | Annette Carrillo 0F608352 | Irma Guerrero 0F608349 | Buronica Pickens 0F608351 | Roxane Beard 0F608348 | Paul Esquivel 0F608347 |
|---|---|---|---|---|---|---|---|
| Office | 6A04 | 6A07 | 6A02 | 6A05 | 6A06 | 6A08 | 6A09 / 6A10 |

### 6A04 Babcock (10-2)
| Employee | ID |
|---|---|
| Boyd, Benita | 0F608393 |
| Cortinas, Angela | 0F608436 |
| Daily, Natasha | 0F608356 |
| Fernandez, Rodrigo | 0F608373 |
| Garcia, Elizabeth | 0F606395 |
| Garcia, Ruben | 0F608360 |
| Guerra-Moya, Jeanette | 0F608426 |
| Gonzales, Alice | 0F608355 |
| Gonzalez, Lisa | 0F608433 |
| Guajardo, Elizabeth | 0F608391 |
| Keilholz, Anna | 0F608431 |
| Montalvo, Sarah | 0F608361 |
| Moore, Aliba | 0F608421 |
| Rodriguez, Sally | 0F608387 |
| Toyosima, Raul | 0F608392 |
| Alvarado, Diane | 0F608386 |
| Gonzalez, Dahlia | 0F608383 |

### 6A07 Victoria (4-0)
| Employee | ID |
|---|---|
| Balderaz, Michelle | 0F608449 |
| Cormier, Tonia | 0F608456 |
| Rutherford, Krystal | 0F608416 |
| Saenz, "Sue" Sufema | 0F608401 |
| Tisdell, Linda | 0F608419 |

Port Lavaca (1-0)
| Grantland, Gail | 0F608370 |

Cuero (1-0)
| Diebel, Meri | 0F608371 |

### 6A02 Pat Booker (16-2)
| Employee | ID |
|---|---|
| Camarillo, Constance | 0F608438 |
| Campbell, Tammy | 0F608440 |
| Cleveland, Airam | 0F608445 |
| Dizon-Gast, Yvette | 0F608382 |
| Duelm, Carl | 0F608442 |
| Fernandez, Florencio | 0F608384 |
| Garza, Yolanda | 0F608360 |
| Guerra, Liska | 0F608443 |
| Hadley, Martha | 0F608437 |
| Lampkin Talika | 0F608422 |
| Milanovich, Marcia | 0F608378 |
| Munoz, Victoria | 0F608357 |
| Paz, Lisa | 0F608423 |
| Storch, Mark | 0F608428 |
| Whigham, Francine | 0F608394 |
| Guerra, Rose | 0F608414 |
| Kelly, Krystal | 0F608385 |
| Martinez, Yolanda | 0F608417 |
| Sanchez, Julie | 0F608375 |

Floresville
| Garcia-Castillo, Erma | 0F608377 |
| Rocha, Eva | 0F608402 |

### 6A05 New Braunfels (3-0)
| Employee | ID |
|---|---|
| VACANCY | 0F608448 |
| Alvarez, Linda | 0F608368 |
| McCoy Gaye | 0F608379 |
| Nathaniel, Allonia | 0F608455 |
| Tooke, Virginia | 0F608363 |

Seguin (3-0)
| Hernandez-Soto, Aida | 0F608450 |
| Korenek-Flowers, Cynthia | 0F608404 |
| Sepulveda, Brittany | 0F608453 |

Gonzales (2-0)
| Haldeman, Cindy | 0F608452 |
| Law, Robin | 0F608366 |

Halletsville (1-0)

### 6A06 San Marcos (3)
| Employee | ID |
|---|---|
| Baggett, William | 0F608369 |
| Mendoza, Martha | 0F608398 |
| Rodriguez, Maggie | 0F608365 |
| Salazar, Barbara | 0F608400 |
| Nelson, Kimberly | 0F608444 |

Bastrop (2-0)
| Bechtol, Claudia | 0F608405 |
| Miller, Craig | 0F608364 |
| Minjarez, Sylvia | 0F608367 |
| Martin, Consuelo | 0F608413 |

Giddings (1-0)

### 6A08 Kerrville (2-0)
| Employee | ID |
|---|---|
| VACANCY | 0F608446 |
| Castillo, Rebecca | 0F608418 |
| Leitha, Sherry | 0F608376 |

Fredericksburg (2-0)
| Nichols, Lindsey | 0F608451 |

Boerne (2-0)
| Crockett, Barbara | 0F610001 |
| Hamilton, Regina | 0F608412 |
| Espinosa, Angel | 0F608750 |
| Flores, Marisol | 0F609574 |
| Martinez, Valerie | 0F608447 |

Junction (2-0)
| Tucker, Debra | 0F608403 |

### 6A09 San Antonio Mega Center
| Employee | ID |
|---|---|
| VACANCY | 0F608749 |
| VACANCY | 0F608745 |
| Aguilar, Eric | 0F608753 |
| Arnold, Jill | 0F609999 |
| Arismendez, Catherine | 0F608748 |
| Duncan, Christin | 0F608744 |
| Gonzales-Buso, Crystal | 0F608717 |
| Gonzalez, Norberto | 0F609576 |
| Graco, Donna | 0F609575 |
| Hinonosa, Chelsea | 0F608746 |
| Hobbs, Kennedy | 0F608760 |
| Jeffries, Phyllis | 0F608751 |
| Medlock-McCutcheon, Tierra | 0F608712 |
| Michaud, Carrie | 0F608747 |
| Reed, Victoria | 0F609998 |
| Rodriguez, Aimee | 0F608743 |
| Rodriguez, Gloria | 0F608699 |
| Silva, Deanna | 0F608699 |
| Thomas, Christina | 0F609573 |
| Villarreal, Marisa | 0F608762 |
| West, Verleen | 0F608700 |

### 6A10 San Antonio Mega Center
| Employee | ID |
|---|---|
| VACANCY | 8F609578 |
| Antu, Enrique | 0F608715 |
| Brooks, Amanda | 8F610002 |
| Bustillo, Sonia | 8F609577 |
| Butcher, Barbara | 0F608761 |
| Cavanagh, Joseph "Trey" | 0F609590 |
| Dean, Denise | 0F608763 |
| Dixon, Sonja | 0F608714 |
| Espinoza, Tracy | 8F610000 |
| Garza, Sandra | 0F608716 |
| Hernandez, Patricia | 8F609580 |
| Hewitt, Franklin | 0F608757 |
| Johnson, Benita | 0F608703 |
| Mayo, Stephanie | 8F610003 |
| Minor, Stephanie | 0F608707 |
| Ochoa, Denise | 0F608752 |
| Patkin, Lisa | 0F608759 |
| Peterson, Donald | 0F608702 |
| Romero, Marina | 8F609579 |
| Saenz, Amanda | 0F608755 |
| Silvas, Martin | 0F608756 |
| Tanguma, Delia | 0F608704 |
| Tufono, Regina-Marie | 0F608758 |

## Summary

| VACANCIES | VACANCY STATUS | OVERSTRENGTH | MEGA CENTER LOSSES | MEGA CENTER GAINS | REGION 6A OFFICES | TOTAL |
|---|---|---|---|---|---|---|
| 0 | | 1 | | 1 | Full Time DLS Offices | 19 |
| 2 | | 3 | | 0 | Scheduled DLS Offices | 3 |
| 0 | | 13 | | 22 | TOTAL | 22 |
| 0 | | 0 | | 0 | SCHEDULED OFFICES | |
| 7 | | 4 | | 0 | 6A06 Giddings | Tuesday/Wednesday 8:30 - 4:15 |
| 0 | | | | | 6A07 Hallettsville | Tuesday/Wednesday 9:00 - 4:00 |
| 0 | | | | | 6A08 Junction | 2nd & 4th /Thursday 9:00 - 4:00 |
| 1 | | | | | | |
| 3 | | | | | | |
| 11 | | | | | | |
| 0 | | | | | | |
| 2 | | | | | | |
| **10** | | **0** | | | | |

Revised: 10/30/2013
Regional Update 5/1/14

# Driver License Division Customer Operations, Region 6B

## Organizational Chart

- **Nancy, Manager** (235)
- **Garcia, Joseph — Regional Manager** (Waco)
  - **Slaughter, Paulette** — Administrative Assistant
  - **Lynds, Wanda** — Administrative Assistant
  - **Gomez, Frances** — Assistant Manager (0F608236) — Austin
  - **Spencer, Lillian** — Assistant Manager (0F608693) — Pflugerville

### Supervisors

| | Jackson, Gwendolyn | Garcia, Irene | Andrada, Estella | Turner, Shelli | True, Terri | Lloyd, Mary | Choice, Shontel |
|---|---|---|---|---|---|---|---|
| Office Supervisor ID | 0F608241 | 0F608242 | 0F608240 | 0F608237 | 0F608239 | 0F608695 | 0F608694 |
| Office | 6B03 | 6B04 | 6B05 | 6B06 | 6B07 | 6B08 | 6B09 |
| Location | GEORGETOWN 613 (4) | NW AUSTIN 639 (8-1) | N. AUSTIN 604 (12-1) | S. AUSTIN 605 (12-1) | DENSON 699 | Pflugerville Mega Center | Pflugerville Mega Center |

### Staff by Office

**GEORGETOWN 613 (4)** — Jackson, Gwendolyn
- 0F608252 Holmes, Evelyn
- 0F608294 Baxter, Jayne
- 0F608289 Franks, Michael
- 0F608290 Jarmon, Kim
- 0F608256 Navarro, Rebecca

**LAMPASAS 670 (1)**
- 0F608334 —

**CAMERON 669 (1)**
- 0F608250 Rhyan, Mary — 0F608297
- 0F608337 Vaculin, Judy — 0F608251

**TAYLOR 623 (1)**
- 0F608292 Armstrong, Jane — 0F608291

**MARBLE FALLS 682 (2)**
- 0F608342 Cisneros, Michael — 0F608274
- 0F608332
- 0F608295 Caughlin, Scott — 0F608258
- 0F606686 Liscum, Sherry — 0F608339

**BURNET 685 (2)**
- 0F608338
- 0F608310 Balzen, Jessica — 0F608262

**LLANO 622**
- 0F608336

**NW AUSTIN 639 (8-1)** — Garcia, Irene
- 0F608244 Sherry, Dane
- 0F608266 Arriaga, Laura
- 0F608270 Castillo, Alma
- 0F608279 Damani, Kamiesh
- 0F608316 Dawson, Edna
- 0F608307 Doebbler, Cheryl
- 0F608269 Dunaway (Evans), Eloisa
- 0F608254 Garcia, Sylvia
- 0F608275 Rogers, Keith (moved 11/18/13)
- 0F608327 Schechter, Mark
- 0F608330 Wilson, Carolyn L
- 0F608312 Straub, Daniel

**N. AUSTIN 604 (12-1)** — Andrada, Estella
- 0F608268 Rose, Stephanie
- 0F608286 DeHoyos, Jessica
- 0F608248 Mayers, Leslie
- 0F608283 Arevalo, Rose
- 0F608277 Berryman, Megan
- 0F608276 Blackwell, Tami
- 0F608333 Bora, Shaffik
- 0F608323 Bores, Jeana
- 0F608325 Hampton, Heather
- 0F608317 Hinojosa, Susan
- 0F608264 Huber, Shelby
- 0F608319 Hooks, Steven
- 0F608273 Johnson, Barbara
- 0F608324 Kilchenstein, Matthew
- 0F608313 Miller, Terry
- 0F608326 Morgan, Tracie
- 0F608320 Reid, James
- 0F608315 Robledo, Katherine
- 0F608326 Thompson, Joseph
- 0F608321 Walker, Jeff
- 0F608285 Williams, Rhonda
- 0F608329 Ybarra, Brandi

**S. AUSTIN 605 (12-1)** — Turner, Shelli
- 0F608705 Lambert, Janeen
- 0F608331 Alfaro, Marcus
- 0F608267 Ellsworth, Matthew
- 0F608281 Flair, Jessica
- 0F608265 Garcia, Homero
- 0F608272 Grumbles, Linda
- 0F608322 Long, Kristi
- 0F608318 Marshall, Gloria
- 0F608266 Medina, Jessica
- 0F608287 Navarro, Phillip
- 0F608271 Recendez, Esteban
- 0F608280 Smith, Chad
- 0F608278 Thompson, Jennifer
- 0F608255 Torres, Lisa
  - Awaiting PCN (K. Rogers moved to NW Austin)

**AUSTIN-CAPITOL 555 (1)**
- 0F608284 Mikulencak, Irene

**DENSON 699** — True, Terri
- 0F608282 Johnson-Foley, Shumeka
- 0F608245 Norman, Joyce (3)
- 0F608246 Poston, Penny (0)

**Pflugerville Mega Center** — Lloyd, Mary (6B08)
- 0F608731 Brown, Peggy
- 0F608741 Coats, Staci
- 0F608727 Freeman, Monique
- 0F608738 Harris, Nekebra
- 0F608732 Henderson, Donald
- 0F608721 Hill (Alders), Crecia
- 0F608725 Jessup, Sheri Jo
- 0F608736 LaBouve, Victor
- 0F608713 McGinley, Brian
- 0F608734 Muehlbrad, Jacquelyn
- 0F608729 Panduro, Elizabeth
- 0F608742 Parker, Roy
- 0F608701 Rundberg-Collins, Tracy
- 0F608710 Rhodes, Sharon
- 0F608723 Shelton, Nadine
- 0F608709 Thomas, Pamela
- VACANT 0F608718
- 8F610006 Clark, Iesha
- 8F609585 Crawford, Lisa
- 8F609584 Guerin, Catherine
- 8F609586 Jones, Alec'zander
- 8F610007 Bent (Richardson), Geanir
- 8F609583 Vela, Christina

**Pflugerville Mega Center** — Choice, Shontel (6B09)
- 0F608698 Chatfield, David
- 0F608708 Beck, Johnie
- 0F608719 Chiesa, Mark
- 0F608740 Gonzalez-Parker, Lesli
- 0F608726 Haywood, Shahadah
- 0F608728 Magee, Kim
- 0F608722 Mahmud, Kazi
- 0F608733 Mitchell, Anthony
- 0F608724 Ornelas, Naomi
- 0F608737 Romo, Gemini
- 0F608735 Sifuentes, Ruben
- 0F608720 Washington, Dominique
- 0F608730 Wendell, Barbara
- 0F608739 VACANT
- 0F608711 VACANT
- 0F608706 Graviey, Sandy (3/19)
- 8F610008 Burst, Detrice
- 8F609582 Cantu, Bertha
- 8F609587 Garcia, Santana
- 8F610004 Matthews, Lie
- 8F610005 Rodriguez, Hortencia
- 8F609581 White, Danetta
- 8F610009 Rodriguez, Noraiva
- 8F609588 Ruocco, Jaclyn

### Region 6B Offices

| REGION 6B OFFICES | TOTAL |
|---|---|
| Fulltime DLS Offices | 16 |
| Scheduled DLS Offices | 9 |
| **TOTAL** | **25** |

**SCHEDULED OFFICES:**
- Meridian — Open Wed. & Thurs., 9A-4P
- Cameron — Open Mon, Thurs, & Fri, 8:30A-5P
- Fairfield — Open Wed. 9A-4P
- Hamilton — Open Wed. 9A-4P
- Goldthwaite — Open Thurs., 9A-4P
- Llano — Tues. & Thurs., 9A-4P
- Lampasas — Open Tues., Wed., Thurs., 8:30A-6P
- Groesbeck — Open Mon, Tues., Thurs., Fri, 8:30A-5P
- Burnet — Open Mon, Wed, Fri, 8:30A-5P

### Vacancy / Overstrength Summary

| POSITIONS | VACANCIES | VACANCY STATUS | OVERSTRENGTH |
|---|---|---|---|
| 19 (4) | 0 | | |
| | 0 | | |
| | 0 | | |
| | 0 | | |
| | 0 | | |
| 16 (4) | 4 | 3: Pflugerville; 1:Waco | 1: Hillsboro |
| | 0 | | |
| | 0 | | |
| | 0 | | |
| VE 628 (2) | | | |
| | 1 | | |
| 36 (1) | 1 | | |
| 0F608335 | 11 | | |
| 612 (1) | 0 | | |
| 0F608260 | | | |
| 0F608261 | | | |
| TE 633 | | | |
| 633 | 4 | | |

Totals: 9+1=10 / 1 / 2 / 19 / 15-1=14 / 0 / 23 / 0 / 22 / 1