## DRIVER LICENSE CUSTOMER OPERATIONS
## REGION 1A - GARLAND

| | | | | |
|---|---|---|---|---|
| **SALESTUS WINKLEY, MANAGER** | | PHONE | 214-861-2115 | 350 W. I-30 |
| | | CELL | 469-585-0238 | GARLAND 75043 |
| | | | | |
| CHERICE VIVION, ADMIN. ASST. | | PHONE | 214-861-2123 | |
| | | FAX | 214-861-2103 | |
| | | | | |
| IMOGENE FAVORS, ADMIN. ASST. | | PHONE | 214-861-2119 | |
| | | FAX | 214-861-2103 | |
| | | | | |
| **KEVIN MEADE, ASST. MANAGER** (1A1-1A4) | | PHONE | 214-861-2117 | 350 W. I-30 |
| | | CELL | 469-251-6296 | GARLAND 75043 |
| | | | | |
| **ADRIANO SOTO, ASST. MANAGER** (1A5-1A8) | | PHONE | 214-861-2116 | 350 W. I-30 |
| | | CELL | 469-251-6295 | GARLAND 75043 |
| | | | | |
| **TIMOTHY SMITH, ASST. MANAGER** (1A9-1A11) | | PHONE | 903-939-6017 | 4700 UNIVERSITY BLVD. |
| | | CELL | 903-245-5215 | BOX 130040 |
| | | | | TYLER 75713 |
| WENDI MINDT, ADMIN. ASST. | | PHONE | 903-939-6011 | |
| | | FAX | 903-939-6105 | |
| | | | | |
| **RICHARD SOUDER, ASST. MANAGER** (1A12-1A14) | | PHONE | 214-861-3701 | 4445-A SATURN ROAD |
| | | CELL | 214-226-5873 | GARLAND 75041 |

### OFFICE SUPERVISORS:

| | | | | |
|---|---|---|---|---|
| **AMY BOVIS** (GARLAND) | 1A1 | PHONE | 214-861-2118 | 350 W. I-30 |
| | | CELL | 469-203-0449 | GARLAND 75043 |
| **CHARLES PEREZ** | LEAD | CELL | 214-549-2744 | |
| | | | | |
| **BONNIE FORMOSO** (TERRELL, ROCKWALL, GREENVILLE, CANTON, EMORY) | 1A2 | PHONE | 972-551-7758 | 111 TEJAS DRIVE |
| | | CELL | 469-203-0648 | TERRELL 75160 |
| **CARA COVINGTON** | LEAD | CELL | 214-250-9944 | |
| | | | | |
| **KRISTI HARRIS** (DALLAS EAST) | 1A3 | PHONE | 214-503-1484 | 11411 E. NW HWY #111 |
| | | CELL | 214-213-8374 | DALLAS 75218 |
| **DIANA ESCAMILLA** | LEAD | CELL | 214-385-8222 | |
| | | | | |
| **JENITA WASHINGTON** (DALLAS SOUTHWEST) | 1A4 | PHONE | 214-339-7336 | 5610 RED BIRD CENTER DR. #500 |
| | | CELL | 214-592-2169 | DALLAS 75237 |
| **SARA BENNETT** | LEAD | CELL | 469-401-6462 | |
| | | | | |
| **MARIA DE LEON** (CARROLLTON) | 1A5 | PHONE | 972-245-6096 | 2625 OLD DENTON ROAD #464 |
| | | CELL | 214-592-2496 | CARROLLTON 75007 |
| **ERIKA THEODORE** | LEAD | CELL | 214-250-8571 | |

Rodriguez EXHIBIT NO. 105 Kim Seibert

2:13-cv-193
09/02/2014
DEF0855

## OFFICE SUPERVISORS:

| Name (Office) | Code | | Number | Address |
|---|---|---|---|---|
| **MARTHA SANDOVAL** (IRVING) | 1A6 | PHONE<br>CELL | 972-259-1091<br>214-226-5841 | 1003 WEST 6TH STREET<br>IRVING  75060 |
| **VERONICA GUTIERREZ-MAR'** | LEAD | CELL | 214-674-7905 | |
| **WARREN WELLS** (GRAND PRAIRIE) | 1A7 | PHONE<br>CELL | 972-264-0031<br>214-592-7894 | 550 S. CARRIER PKWY #570<br>GRAND PRAIRIE  75051 |
| **ROCHELLE KIRBY** | LEAD | CELL | 214-549-4480 | |
| **PATRICIA DIGIROLOMO** (CEDAR HILL) | 1A8 | PHONE<br>CELL | 469-272-9196<br>972-533-0175 | 116 W. BELTLINE RD. #2<br>CEDAR HILL  75104 |
| **KIMBERLY ZAMORA** | LEAD | CELL | 214-676-3641 | |
| **LUKE SILVERMAN** (LONGVIEW, MARSHALL, GILMER, HENDERSON, CARTHAGE) | 1A9 | PHONE<br>CELL | 903-758-1788<br>903-241-8735 | 416 LAKE LAMOND ROAD<br>LONGVIEW  75604 |
| **CAROLYN PAGE** | LEAD | CELL | 903-220-8731 | |
| **SHERRY ROBERSON** (TYLER, QUITMAN, JACKSONVILLE) | 1A10 | PHONE<br>CELL | 903-939-6086<br>903-253-1260 | 4700 UNIVERSITY BLVD.<br>BOX 130040<br>TYLER  75713 |
| **JARROD BOCKMON** | LEAD | CELL | 903-245-9851 | |
| **JOY RHEA** (MOUNT PLEASANT, TEXARKANA, SULPHUR SPRINGS, DAINGERFIELD, NEW BOSTON, ATLANTA, CLARKSVILLE) | 1A11 | PHONE<br>CELL | 903-575-5360<br>214-205-2796 | 1906 N. JEFFERSON<br>MT. PLEASANT  75456 |
| **SHANNON MANASCO** | LEAD | CELL | 903-239-2109 | |
| **KIMBERLEY STEVENS** (GARLAND DL CENTER) | 1A12 | PHONE<br>CELL | 214-861-3702<br>214-578-7957 | 4445-A SATURN ROAD<br>GARLAND  75041 |
| **CECILIA WOODS** | LEAD | CELL | 214-549-8549 | |
| **UTANAH HOERMANN** (GARLAND DL CENTER) | 1A13 | PHONE<br>CELL | 214-861-3703<br>469-203-0574 | 4445-A SATURN ROAD<br>GARLAND  75041 |
| **CECILIA WOODS** | LEAD | CELL | 214-549-8549 | |
| **AMY KRIZAN** (GARLAND DL CENTER) | 1A14 | PHONE<br>CELL | 214-861-3704<br>972-822-9239 | 4445-A SATURN ROAD<br>GARLAND  75041 |
| **CECILIA WOODS** | LEAD | CELL | 214-549-8549 | |

Last Update: 5/7/2014

REGION 1A-GARLAND

| OFFICE | STATION # | AREA | DAYS OPEN | HOURS | CONTACT NUMBERS |
|---|---|---|---|---|---|
| **ATLANTA** <br> 310 N. LOUISE <br> POLICE STATION <br> 75551 | 102 | 1A11 | *This office is closed until further notice 1.10.2014* <br> MON--FRI <br> CLOSED LUNCH | 8:30 -5:00 <br> 11:45 - 1:00 | 903-796-3301 <br> 903-796-6103 FAX |
| **CANTON** <br> 1601 N. TRADE DAYS BLVD. <br> 75103 | 104 | 1A2 | MON - FRI <br> CLASS C PRESCHEDULED DRIVE TESTS CONDUCTED MON, WED <br> CDL PRESCHEDULED DRIVE TESTS CONDUCTED TUES, THURS | 8:00 - 5:00 | 903-567-2346 <br> 903-567-6765 FAX |
| **CARROLLTON** <br> 2625 OLD DENTON RD. #464 <br> 75007 | 108 | 1A5 | MON - FRI <br> TUESDAY | 8:00 - 5:00 <br> 8:00 - 6:00 | 972-245-5800 <br> 972-323-1842 FAX |
| **CARTHAGE** <br> 110 SOUTH SYCAMORE <br> COURTHOUSE ROOM #101 <br> 75633 | 105 | 1A9 | MON - FRI <br> CLOSED LUNCH <br> NO DRIVE TESTS AT THIS LOCATION | 8:00 - 4:30 <br> 11:45 - 1:00 | 903-693-3261 <br> 903-693-4871 FAX |
| **CEDAR HILL** <br> 116 W. BELTLINE #2 <br> 75104 | 116 | 1A8 | MON - FRI <br> TUESDAY | 8:00 - 5:00 <br> 8:00 - 6:00 | 469-272-9301 <br> 469-272-9308 FAX |
| **CLARKSVILLE** <br> 500 N. CEDAR <br> 75426 | 106 | 1A11 | MON - FRI <br> CLOSED LUNCH | 8:00 - 4:30 <br> 11:45 - 1:00 | 903-427-2931 <br> 903-427-5139 FAX |
| **DAINGERFIELD** <br> 500 BROADNAX SUITE G <br> COURTHOUSE <br> 75638 | 136 | 1A11 | MON - FRI <br> CLOSED LUNCH | 8:30 - 5:00 <br> 11:45 - 1:00 | 903-645-2363 <br> 903-645-5729 FAX |
| **DALLAS EAST** <br> 11411 E. NW HWY. #111 <br> 75218 | 109 | 1A3 | MON - FRI <br> TUESDAY | 8:00 - 5:00 <br> 8:00 - 6:00 | 214-553-0033 <br> 214-221-8590 FAX |
| **DALLAS SOUTHWEST** <br> 5610 RED BIRD CNTR. DR. #500 <br> 75237 | 110 | 1A4 | MON - FRI <br> TUESDAY | 8:00 - 5:00 <br> 8:00 - 6:00 | 214-330-3958 <br> 214-339-7437 FAX |
| **EMORY** <br> 109 WOOD <br> 75440 | 174 <br> (GREENVILLE) | 1A2 | WEDNESDAY <br> 1st & 3rd THURSDAY <br> CLOSED LUNCH | 9:00-4:00 <br> 9:00-4:00 | 903-473-2804 |
| **GARLAND** <br> 350 W. I-30 <br> 75043 | 111 | 1A1 | MON - FRI <br> TUESDAY | 8:00 - 5:00 <br> 8:00 - 6:00 | 214-861-2125 <br> 214-861-2160 FAX |
| **GARLAND DL CENTER** <br> 4445-A SATURN ROAD <br> 75041 | 161 | 1A12 <br> 1A13 <br> 1A14 | MON - THUR <br> FRIDAY | 7:30 - 6:00 <br> 7:30 - 5:00 | 214-861-3700 <br> 214-861-3707 FAX |
| **GILMER** <br> 713 HIGHWAY 155 NORTH <br> 75644 | 118 | 1A9 | MON - FRI <br> CLASS C TESTS CONDUCTED MON., WED., FRI. <br> CDL CONDUCTED ON TUES. & THURS. | 8:00 - 5:00 | 903-797-2751 <br> 903-797-6127 FAX |
| **GRAND PRAIRIE** <br> 550 S. CARRIER PKWY. #570 <br> 75051 | 133 | 1A7 | MON - FRI <br> TUESDAY | 8:00 - 5:00 <br> 8:00 - 6:00 | 972-264-6598 <br> 972-262-2593 FAX |

| OFFICE | STATION # | AREA | DAYS OPEN | HOURS | CONTACT NUMBERS |
|---|---|---|---|---|---|
| **GREENVILLE** 2801 STUART STREET #408 75401 | 119 | 1A2 | MON - FRI CLASS C TESTS CONDUCTED ON MON., WED., FRI. CDL TESTS CONDUCTED ON TUES. & THURS. | 8:00 - 5:00 | 903-453-6916 903-453-6920 FAX |
| **HENDERSON** 325 FAIR PARK 75654 | 120 | 1A9 | MON - FRI CLASS C TESTS CONDUCTED MON., WED., FRI. CDL CONDUCTED ON TUES. & THURS. | 8:00 - 5:00 | 903-657-6095 903-657-8652 FAX |
| **IRVING** 1003 W. 6TH STREET 75060 | 112 | 1A6 | MON - FRI TUESDAY | 8:00 - 5:00 8:00 - 6:00 | 972-253-4171 972-259-3180 FAX |
| **JACKSONVILLE** 506 E. PINE 75766 | 614 | 1A10 | MON - FRI CLASS C TESTS CONDUCTED MON., WED., FRI. CDL CONDUCTED ON TUES. & THURS. | 8:00 - 5:00 | 903-586-5631 903-589-3305 FAX |
| **LONGVIEW** 416 LAKE LAMOND ROAD 75604 | 121 | 1A9 | MON - FRI TUESDAY CLASS C TESTS CONDUCTED MON., WED., FRI. CDL CONDUCTED ON TUES. & THURS. | 8:00 - 5:00 8:00 - 6:00 | 903-758-1788 903-758-8714 FAX |
| **MARSHALL** 5215 W. LOOP 390 N 75670 | 122 | 1A9 | MON - FRI CLASS C TESTS CONDUCTED MON., WED., FRI. CDL CONDUCTED ON TUES. & THURS. | 8:00 - 5:00 | 903-938-2171 903-938-9269 FAX |
| **MOUNT PLEASANT** 1906 N. JEFFERSON 75455 | 124 | 1A11 | MON - FRI | 8:00 - 5:00 | 903-575-5383 903-575-5395 FAX |
| **NEW BOSTON** 710 JAMES BOWIE 75570 | 125 | 1A11 | MON - FRI CLOSED LUNCH | 8:30 - 5:00 11:45 - 1:00 | 903-628-6822 903-628-6314 FAX |
| **QUITMAN** 211 W. BERMUDA 75783 | 127 | 1A10 | MON - FRI CLASS C TESTS CONDUCTED MON., WED., FRI. CDL CONDUCTED ON TUES. & THURS. | 8:00 - 5:00 | 903-763-4212 903-763-5795 FAX |
| **ROCKWALL** 915 WHITMORE DRIVE, SUITE C 75087 | 182 | 1A2 | MON - FRI NO DRIVE TESTS CONDUCTED AT THIS OFFICE | 8:00 - 5:00 | 214-861-2029 972-722-5943 FAX |
| **SULPHUR SPRINGS** 1528 E. SHANNON ROAD 75482 | 129 | 1A11 | MON - FRI | 8:00 - 5:00 | 903-885-1825 903-885-1868 FAX |
| **TERRELL** 111 TEJAS DRIVE 75160 | 130 | 1A2 | MON - FRI CLASS C TESTS CONDUCTED MON., WED., FRI. CDL CONDUCTED ON TUES. & THURS. | 8:00 - 5:00 | 972-551-7700 972-551-6060 FAX |
| **TEXARKANA** 1516 HAMPTON ROAD 75503 | 131 | 1A11 | MON - FRI | 8:00 - 5:00 | 903-255-5750 903-255-5768 FAX |
| **TYLER** 4700 UNIVERSITY BLVD. 75707 | 132 | 1A10 | MON - FRI TUESDAY CLASS C TESTS CONDUCTED MON., WED., FRI. CDL CONDUCTED ON TUES. & THURS. | 8:00 - 5:00 8:00 - 6:00 | 903-939-6015 903-939-6105 FAX |

Last Update: 5/7/2014

REGION 1A-GARLAND

## DRIVER LICENSE CUSTOMER OPERATIONS
## REGION 1B - HURST

| Name | Unit | | Number | Address |
|---|---|---|---|---|
| **STEPHEN BERKLEY, MANAGER** | | PHONE | 817-285-1911 | 8301 BRENTWOOD STAIR RD. |
| | | CELL | 817-304-2827 | FORT WORTH, TX  76120 |
| ADRIENNE TREVINO, ADMIN. ASST. AND | | PHONE | 817-285-1912 | |
| SENIOR TIMEKEEPER FOR REGIONS 1A,1B,2A | | FAX | 817-285-1909 | |
| STEPHANIE HUNTER, ADMIN. ASST. | | PHONE | 817-285-1913 | |
| | | FAX | 817-285-1909 | |
| **STANLEY PARKER, ASST. MANAGER** | | PHONE | 817-294-0473 | 6413 WOODWAY DR. |
| **(1B1-1B4)** | | CELL | 817-304-4167 | FORT WORTH 76133 |
| **CANDICE HARTLINE, ASST. MANAGER** | | PHONE | 972-867-5170 | 2109 W. PARKER RD. #224 |
| **(1B5-1B8)** | | CELL | 817-304-2740 | PLANO  75023 |
| KATHY STALLINGS, ADMIN. ASST. | | PHONE | 972-867-5170 | |
| | | FAX | 972-769-8081 | |
| **JANET PATTERSON, ASST. MANAGER** | | PHONE | 972-923-6781 | 1720 E. MAIN |
| **(1B9-1B11)** | | FAX | 682-429-0526 | WAXAHACHIE 75165 |
| **DEBORAH PITZER, ASST. MANAGER** | | PHONE | 817-285-1901 | 8301 BRENTWOOD STAIR ROAD |
| **(1B12; 1B13)** | | CELL | 817-304-8167 | FORT WORTH  76120 |

### OFFICE SUPERVISORS:

| Name | Unit | | Number | Address |
|---|---|---|---|---|
| **DEIDRA HOPKINS** | 1B1 | PHONE | 817-299-1438 | 624 NE LOOP 820 |
| (HURST) | | CELL | 817-666-7594 | HURST  76053 |
| **WILMER LOAIZA** | LEAD | CELL | 817-694-1316 | |
| **NILS CARLSTROM** | 1B2 | PHONE | 817-294-0473 | 6413 WOODWAY DR. |
| (FORT WORTH SOUTH) | | CELL | 817-584-8039 | FT. WORTH  76133 |
| **FRANCES VALLE** | LEAD | CELL | 972-336-3492 | |
| **DOROTHY HART** | 1B3 | PHONE | 817-238-9197 | 6316 LAKE WORTH BLVD |
| (LAKE WORTH) | | CELL | 817-694-1389 | LAKE WORTH  76135 |
| **CAROL ARMENDARIZ** | LEAD | CELL | 972-336-3493 | |
| **TATIA PAUL** | 1B4 | PHONE | 817-599-7631 | 1309 S. BOWIE DR. |
| (WEATHERFORD, DECATUR | | CELL | 817-694-9675 | WEATHERFORD  76086 |
| MINERAL WELLS) | | | | |
| **MICHELLE BIONDO** | LEAD | CELL | 972-336-3491 | 2000 S. TRINITY |
| | | | | DECATUR 76234 |
| **CHERI FISHER** | 1B5 | PHONE | 972-867-5170 | 2109 W. PARKER RD. #224 |
| (PLANO) | | CELL | 214-592-6739 | PLANO  75023 |
| **BONNIE GREGORSKI** | LEAD | CELL | 214-600-4595 | |

Last Update:5/7/2014                                                                                                            REGION 1B-HURST

## OFFICE SUPERVISORS:

| Name | Office | Contact | Number | Address |
|---|---|---|---|---|
| **LISA KNIGHT** (MCKINNEY, BONHAM, PARIS) | 1B6 | PHONE CELL | 214-733-5365 214-842-7011 | 400 POWERHOUSE ST. MCKINNEY  75071 |
| **KAREN KELLOG** | LEAD | CELL | 972-336-3495 | |
| **ROBERT DEAN** (DENTON, GAINESVILLE) | 1B7 | PHONE CELL | 940-484-6431 214-600-4793 | 820 N. LOOP 288 DENTON  76209 |
| **CHRISTY GUEST** | LEAD | CELL | 972-336-3496 | |
| **FANNIE ANDERSON** (LEWISVILLE, SHERMAN) | 1B8 | PHONE CELL | 972-221-0153 214-205-1476 | 190 N. VALLEY PKWY STE. 201 LEWISVILLE  75067 |
| **JENNIFER MEADE** | LEAD | CELL | 972-336-3498 | 1413 TEXOMA PKWY. SHERMAN 75090 |
| **MARY STABLES** (WAXAHACHIE, ATHENS CORSICANA, PALESTINE) | 1B9 | PHONE CELL | 972-923-6766 972-268-0028 | 1720 E. MAIN WAXAHACHIE  75165 |
| **RONNA BOLTON** | LEAD | CELL | 214-980-9216 | |
| **JANET LAMP** (ARLINGTON) | 1B10 | PHONE CELL | 817-861-0600 817-584-7982 | 3901 W. ARKANSAS #111 ARLINGTON  76016 |
| **ROBERT ACOSTA** | LEAD | CELL | 214-632-8962 | |
| **SYLVIA PHILLIPS** (CLEBURNE, GRANBURY, STEPHENVILLE) | 1B11 | PHONE CELL | 817-202-2656 817-202-5413 | 600 W. KILPARTICK CLEBURNE  76033 |
| **VACANT** | LEAD | | | |
| **ANGELA KIMBROUGH** FORT WORTH MEGA CENTER | 1B12 | PHONE CELL | 817-285-1903 214-980-8478 | 8301 BRENTOOD STAIR ROAD FORT WORTH  76120 |
| **DEANNA TORRES** | LEAD | CELL | 817-304-6410 | |
| **VENUS MUNOZ** (FORT WORTH MEGA CENTER) | 1B13 | PHONE CELL | 817-285-1902 682-459-4005 | 8301 BRENTOOD STAIR ROAD FORT WORTH  76120 |
| **DEANNA TORRES** | LEAD | CELL | 817-304-6410 | |

| OFFICE | STATION # | AREA | DAYS OPEN | HOURS | CONTACT NUMBERS |
|---|---|---|---|---|---|
| ARLINGTON<br>3901 W. ARKANSAS LN. #111<br>76016 | 101 | 1B10 | MON - FRI<br>TUESDAY<br>NO CLASS A DRIVE TESTS | 8:00 - 5:00<br>8:00 - 6:00 | 817-274-1818<br>817-795-3365 FAX |
| ATHENS<br>511 US HWY 175 W.<br>75751 | 603 | 1B9 | MON - FRI | 8:00 - 5:00 | 903-675-6091<br>903-675-7801 FAX |
| BONHAM<br>1203 E. SAM RAYBURN<br>75418 | 103 | 1B6 | MON - FRI<br>CLOSED LUNCH<br>DRIVE TESTS<br>TUES. - THURS. ONLY | 8:00 - 4:30<br>12:00 - 1:00<br><br>8:00 - 10:00 | 903-583-5613<br>903-583-5262 FAX |
| CLEBURNE<br>600 W. KILPATRICK<br>76033 | 608 | 1B11 | MON - FRI<br>NO CLASS A DRIVE TESTS | 8:00 - 5:00 | 817-202-2650<br>817-202-2693 FAX |
| CORSICANA<br>3030 US 287<br>75109 | 609 | 1B9 | MON - FRI | 8:00 - 5:00 | 903-872-5631<br>903-874-4122 FAX |
| DECATUR<br>2000 S. TRINITY<br>76234 | 509 | 1B4 | MON - FRI | 8:00 - 5:00 | 940-627-5694<br>940-626-4220 FAX |
| DENTON<br>820 N. LOOP 288<br>76209 | 113 | 1B7 | MON - FRI<br>CDL DRIVE TESTS<br>THURS ONLY | 8:00 - 5:00 | 940-484-6666<br>940-381-5479 FAX |
| FORT WORTH SOUTH<br>6413 WOODWAY DR.<br>76133 | 135 | 1B2 | MON - FRI<br>TUESDAY<br>NO CLASS A<br>CDL DRIVE TESTS | 8:00 - 5:00<br>8:00 - 6:00 | 817-294-1075<br>817-294-5271 FAX |
| FORT WORTH EAST<br>3500 MILLER AVE.<br>CHARLES F. GRIFFIN SUB COURTHOUSE<br>76119 | 159 | 1B12<br>1B13 | TUES-THURS<br>NO DRIVE TESTS<br>NO CDL WRITTEN TESTS | 8:00 - 4:30 | 817-413-6318<br>817-413-6319 |
| FORT WORTH MEGA CENTER<br>8301 BRENTWOOD STAIR ROAD<br>76120 | 160 | 1B12<br>1B13 | MON - THURS<br>FRIDAY | 7:30 - 6:00<br>7:30 - 5:00 | 817-285-1900<br>817-285-1907 |
| GAINESVILLE<br>206 W. CALIFORNIA<br>76240 | 117 | 1B7 | MON - FRI<br>CDL DRIVE TESTS<br>TUESDAY ONLY | 8:00 - 5:00 | 940-665-3924<br>940-665-6140 FAX |
| GRANBURY<br>1402 W. PEARL ST.<br>76048 | 625 | 1B11 | MON - FRI | 8:00 - 5:00 | 817-573-7381<br>817-573-2212 FAX |
| HURST<br>624 NE LOOP 820<br>76053 | 114 | 1B1 | MON - FRI<br>TUESDAY | 8:00 - 5:00<br>8:00 - 6:00 | 817-299-1426<br>817-299-1427 FAX |
| LAKE WORTH<br>6316 LAKE WORTH BLVD.<br>76135 | 115 | 1B3 | *Temporarily Closed;*<br>*Reopening Summer 2014* | | |
| LEWISVILLE<br>190 N. VALLEY PKWY STE 201<br>75067 | 141 | 1B8 | MON - FRI<br>CDL DRIVE TESTS<br>TUES & THURS<br>ONLY | 8:00 - 5:00 | 972-221-8081<br>972-221-0291 FAX |

Last Update: 5/7/2014

REGION 1B-HURST

| OFFICE | STATION # | AREA | DAYS OPEN | HOURS | CONTACT NUMBERS |
|---|---|---|---|---|---|
| MCKINNEY<br>400 POWERHOUSE ST.<br>75071 | 123 | 1B6 | MON - FRI<br>CDL DRIVE TESTS<br>TUES & THURS<br>ONLY | 8:00 - 5:00 | 214-733-5350<br>214-733-5362 FAX |
| MINERAL WELLS<br>600 FM 1821 N<br>76067 | 520 | 1B4 | MON - FRI | 8:00 - 5:00 | 940-325-0227<br>940-325-2177 FAX |
| PALESTINE<br>1900 W SPRING<br>75803 | 617 | 1B9 | MON - FRI | 8:00 - 5:00 | 903-661-5030<br>903-661-5042 FAX |
| PARIS<br>2885 N MAIN ST<br>75460 | 126 | 1B6 | MON - FRI<br>CDL DRIVE TESTS<br>WED ONLY | 8:00 - 5:00 | 903-784-3800<br>903-784-1132 FAX |
| PLANO<br>2109 W. PARKER RD #224<br>75023 | 140 | 1B5 | MON - FRI<br>TUESDAY<br>CDL DRIVE TESTS<br>TUES & THURS ONLY | 8:00 - 5:00<br>8:00 - 6:00 | 972-867-4221<br>972-985-4680 FAX |
| SHERMAN<br>1413 TEXOMA PKWY<br>75090 | 128 | 1B8 | MON - FRI<br>CDL DRIVE TESTS<br>TUES & THURS ONLY | 8:00 - 5:00 | 903-813-3420<br>903-813-3469 FAX |
| STEPHENVILLE<br>850 EAST RD.<br>76401 | 624 | 1B11 | MON - FRI | 8:00 - 5:00 | 254-965-7894<br>254-965-5371 FAX |
| WAXAHACHIE<br>1720 E. MAIN<br>75165 | 620 | 1B9 | MON - FRI | 8:00 - 5:00 | 972-923-6780<br>972-923-6691 FAX |
| WEATHERFORD<br>1309 S. BOWIE DR<br>76086 | 528 | 1B4 | MON - FRI | 8:00 - 5:00 | 817-599-7631<br>817-598-0812 FAX |

# DRIVER LICENSE CUSTOMER OPERATIONS
## REGION 2A - HOUSTON

| | | | | |
|---|---|---|---|---|
| **THOMAS CARTER, MANAGER** | | PHONE | 281-517-1378 | 12230 WEST ROAD #224 |
| | | CELL | 832-390-7782 | HOUSTON 77065-4523 |
| | | | | |
| MARILYN BURNOM, ADMIN. ASST. | | PHONE | 281-517-1377 | |
| | | FAX | 281-517-1264 | |
| ROSA TREVINO, ADMIN. ASST. | | PHONE | 281-517-1370 | |
| | | | | |
| **CAROLYN FORD, ASST MANAGER** | | PHONE | 281-517-1372 | 12230 WEST ROAD #224 |
| (2A3-2A4; 2A10) | | CELL | 832-247-5698 | HOUSTON 77065-4523 |
| | | | | |
| **PATRICIA JONES, ASST MANAGER** | | PHONE | 713-219-4101 | 12220 SOUTH GESSNER |
| (2A5; 2A6; 2A7) | | CELL | 281-460-3036 | HOUSTON 77071 |
| | | | | |
| MAGDALENE BAILEY, ADMIN. ASST. | | PHONE | 713-219-4104 | |
| | | FAX | 713-219-4172 | |
| | | | | |
| **AMELIA FLORES, ASST MANAGER** | | PHONE | 281-517-1379 | 12230 WEST ROAD #224 |
| (2A1; 2A2; 2A11) | | CELL | 832-244-5013 | HOUSTON 77065-4523 |
| | | | | |
| **SYLVIA GUERRA, ASST. MANAGER** | | PHONE | 281-517-1630 x268 | 28000 SW FRWY. #A |
| (2A08; 2A09; 2A12) | | CELL | 281-814-5737 | ROSENBERG 77471 |

### OFFICE SUPERVISORS:

| | | | | |
|---|---|---|---|---|
| **URSHULA JONES** | 2A01 | PHONE | 713-683-0541 | 4545 DACOMA |
| (DACOMA) | | CELL | 713-876-0463 | HOUSTON 77092 |
| **STEPHANIE GOFFNEY** | LEAD | CELL | 281-536-2532 | |
| | | | | |
| **NESHELL WILLIAMS** | 2A02 | PHONE | 281-890-7838 | 10503 GRANT ROAD |
| (GRANT) | | CELL | 713-876-7394 | HOUSTON 77070 |
| **VERONICA ESPINOZA** | LEAD | CELL | 713-904-0276 | |
| | | | | |
| **MICHELLE WILLIAMS** | 2A03 | PHONE | 713-461-0980 | 1601 TOWNHURST |
| (TOWNHURST) | | CELL | 713-461-7532 | HOUSTON 77043 |
| **MICHELLE JONES** | LEAD | CELL | 713-904-0290 | |
| | | | | |
| **KATHY CULLEN** | 2A04 | PHONE | 281-449-5717 | 15403 VANTAGE PKWY, STE 300 |
| (VANTAGE PKWY) | | CELL | 713-876-8139 | HOUSTON 77032 |
| **AMANDA CRASS** | LEAD | CELL | 832-477-7115 | |
| | | | | |
| **EBONY LEMORA** | 2A05 | PHONE | 713-219-4109 | 12220 SOUTH GESSNER |
| (GESSNER) | | CELL | 713-962-2167 | HOUSTON 77071 |
| **DANNA RHODES** | LEAD | CELL | 281-546-5488 | |

| | | OFFICE SUPERVISORS: | | |
|---|---|---|---|---|
| **THU HANG NGUYEN** (GESSNER) | 2A06 | PHONE CELL | 713-219-4107 713-876-9162 | 12220 SOUTH GESSNER HOUSTON 77071 |
| **DANNA RHODES** | LEAD | CELL | 281-546-5488 | |
| **MARLA MAYFIELD** (GESSNER) | 2A07 | PHONE CELL | 713-219-4108 713-876-7963 | 12220 SOUTH GESSNER HOUSTON 77071 |
| **DANNA RHODES** | LEAD | CELL | 281-546-5488 | |
| **SARA SMITH** (ROSENBERG DL CENTER) | 2A08 | PHONE CELL | 281-517-1630, x268 832-477-7118 | 28000 SW FRWY. #A ROSENBERG 77471 |
| **NICOLE HOWARD** | LEAD | PHONE CELL | 281-517-1630, x26824 832-361-0413 | |
| **HECTOR ALVARADO** (ROSENBERG DL CENTER) | 2A09 | PHONE CELL | 218-517-1630, x268 281-352-7923 | 28000 SW FRWY. #A ROSENBERG 77471 |
| **NICOLE HOWARD** | LEAD | PHONE CELL | 281-517-1630, x26824 832-361-0413 | |
| **MORGAN FRY** (ROSENBERG DL CENTER) | 2A12 | PHONE CELL | 281-633-5400 832-361-0785 | 28000 SW FRWY. #A ROSENBERG 77471 |
| **NICOLE HOWARD** | LEAD | PHONE CELL | 281-517-1630, x26824 832-361-0413 | |
| **WENDY SCHMIDT** (BAY CITY, COLUMBUS, PIERCE BRENHAM, HEMPSTEAD) | 2A10 | PHONE CELL | 979-732-3451, x120 281-630-9531 | 3229 COLUMBUS LOOP COLUMBUS 78934 |
| **SHELLEY MILLER** | LEAD | CELL | 979-451-5696 | |
| **JOLENE PANKONIEN** (BRYAN, CENTERVILLE, CALDWELL) | 2A11 | PHONE CELL | 979-776-3115 979-204-7563 | 2571 N EARL RUDDER FRWY BRYAN 77803 |
| **CHERYL CAMPBELL** | LEAD | PHONE CELL | 979-776-3110 979-241-2065 | |

| OFFICE | STATION # | AREA | DAYS OPEN | HOURS | CONTACT NUMBERS |
|---|---|---|---|---|---|
| BAY CITY<br>510 AVENUE F<br>77414 | 203 | 2A10 | MON - FRI | 8:00 - 5:00 | 979-245-9353<br>979-245-9200<br>979-245-9202 FAX |
| BRENHAM<br>975 HIGHWAY 290 WEST<br>77833<br>Mail: BOX 116<br>77833 | 208 | 2A10 | MON - FRI | 8:00 - 5:00 | 979-836-2020<br>979-277-9349<br>979-836-4754 FAX |
| BRYAN<br>2571 N EARL RUDDER FRWY<br>77803 | 607 | 2A11 | MON - FRI<br>TUESDAY | 8:00 - 5:00<br>8:00 - 6:00 | 979-776-3110<br>979-776-3115<br>979-776-3114 FAX |
| CALDWELL<br>BURLESON COUNTY COURT<br>100 WEST BUCK, ROOM 106<br>75633 | 674<br>(CAMERON) | 2A11 | TUESDAY<br>CLOSED LUNCH | 8:30 - 4:30<br>12:00 - 1:00 | 979-567-2315 |
| CENTERVILLE<br>125 E. MAIN<br>75833 | 676 | 2A11 | WED - THURS<br>CLOSED LUNCH<br>AND AFTERNOON<br>DRIVE TESTS | 8:00 - 5:00 | 903-536-3095 |
| COLUMBUS<br>3229 COLUMBUS LOOP<br>78934 | 211 | 2A10 | MON - FRI<br>WED - DRIVE TESTS | 8:00 - 5:00 | 979-732-3451<br>979-732-2320 FAX |
| DACOMA<br>4545 DACOMA<br>77092 | 219 | 2A01 | MON - FRI<br>TUESDAY | 8:00 - 5:00<br>8:00 - 6:00 | 713-683-0541<br>713-683-1407 FAX |
| GESSNER<br>12220 S GESSNER<br>77071 | 207<br>295 | 2A05<br>2A06<br>2A07 | MON - THUR<br>FRIDAY | 7:30 - 6:00<br>7:30 - 5:00 | 713-219-4100<br>713-219-4101<br>713-219-4108<br>713-219-4109<br>713-219-4172 FAX |
| GRANT<br>10503 GRANT RD<br>77070 | 206 | 2A02 | MON - FRI<br>TUESDAY | 8:00 - 5:00<br>8:00 - 6:00 | 281-890-5440<br>281-890-7838<br>281-890-6076 FAX |
| HEMPSTEAD<br>235 HIGHWAY 290 EAST<br>77445 | 251 | 2A10 | MON - FRI | 8:00 - 5:00 | 979-826-7649<br>979-826-7648 FAX |
| PIERCE<br>19692 US HWY 59, EL CAMPO<br>77467<br>Mail: PO BOX 599<br>77467 | 230 | 2A10 | MON - FRI | 8:00 - 5:00 | 979-541-4590<br>979-541-4565 FAX |
| ROSENBERG DL CENTER<br>28000 SW Freeway, Suite A<br>77471<br>Mail: P O BOX 240<br>77406 | 231 | 2A08 | MON - THUR<br>FRIDAY | 7:30 - 6:00<br>7:30 - 5:00 | 281-517-1630 ext. 26811<br>281-633-5456 FAX |

Last Update: 5/7/2014                                                                                                REGION 2A-HOUSTON

| OFFICE | STATION # | AREA | DAYS OPEN | HOURS | CONTACT NUMBERS |
|---|---|---|---|---|---|
| TOWNHURST<br>1601 TOWNHURST DR<br>77043 | 217 | 2A03 | MON - FRI<br>TUESDAY | 8:00 - 5:00<br>8:00 - 6:00 | 713-465-8462<br>713-984-9206 FAX |
| VANTAGE<br>15403 VANTAGE PKWY E., STE. 300<br>77032 | 216 | 2A04 | MON - FRI<br>TUESDAY | 8:00 - 5:00<br>8:00 - 6:00 | 281-449-2685<br>281-449-5443 FAX |

| OFFICE | STATION # | AREA | DAYS OPEN | HOURS | CONTACT NUMBERS |
|---|---|---|---|---|---|
| TOWNHURST | | | | | |

## DRIVER LICENSE CUSTOMER OPERATIONS
## REGION 2B - CONROE

| | | | | |
|---|---|---|---|---|
| **KATHY BERGMAN, MANAGER** | | PHONE | 936-442-2829 | #2 HILBIG |
| | | CELL | 281-851-7959 | CONROE 77301 |
| | | | | |
| JAYME JOHNSON, ADMIN. ASST. | | PHONE | 936-442-2848 | |
| | | FAX | 936-442-2881 | |
| | | | | |
| **CHARLOTTE MULLIGAN, ASST. MGR** | | PHONE | 936-442-2825 | #2 HILBIG |
| **(2B1-2B4)** | | CELL | 936-689-3669 | CONROE 77301 |
| | | | | |
| **DIANN MANNING, ASST. MANAGER** | | PHONE | 281-286-7968 | 111 TRISTAR |
| **(2B5-2B8)** | | CELL | 281-685-9175 | WEBSTER 77598 |
| | | | | |
| SHEREEN SANTIAGO, ADMIN. ASST. | | PHONE | 281-286-7307 | |
| | | FAX | 281-486-8370 | |
| | | | | |
| **ALAN ALEXANDER, ASST. MANAGER** | | PHONE | 936-699-7315 | 2809 S. JOHN REDDITT |
| **(2B9-2B11)** | | CELL | 936-208-1690 | LUFKIN 75904 |
| | | | | |
| DEBRA BENNETT, ADMIN. ASST. | | PHONE | 936-699-7336 | |
| | | FAX | 936-699-7383 | |
| | | | | |
| **MELISSA STEVENS, ASST. MANAGER** | | PHONE | 832-634-0471 | 4740 SPRING CYPRESS ROAD, #100 |
| **(2B12-2B13)** | | CELL | 713-876-0634 | SPRING 77379 |
| | | FAX | 713-876-0634 | |

### OFFICE SUPERVISORS:

| | | | | |
|---|---|---|---|---|
| **REBECCA SANTIAGO** | 2B1 | PHONE | 281-446-8105 | 7710 WILL CLAYTON |
| (HUMBLE, CLEVELAND) | | CELL | 281-814-0347 | HUMBLE 77338 |
| **LORETHA WILLIAMS** | LEAD | CELL | 713-397-3607 | |
| | | | | |
| **SHEIKH OBAIDULLAH** | 2B2 | PHONE | 936-442-2813 | #2 HILBIG |
| (CONROE, HUNTSVILLE) | | CELL | 936-827-8769 | CONROE 77301 |
| **LAURI BOEN** | LEAD | CELL | 936-900-6935 | |
| | | | | |
| **MONA DEROKEY** | 2B3 | PHONE | 713-633-9872 | 11039 EAST FREEWAY, #B |
| (HOUSTON EAST, LIBERTY) | | CELL | 713-516-6879 | HOUSTON 77029 |
| **ESMERALDA REYES** | LEAD | CELL | 713-409-0375 | |
| | | | | |
| **JOHNNY WARD** | 2B4 | PHONE | 713-943-0631 | 9206 WINKLER |
| (HOUSTON WINKLER) | | CELL | 832-314-6721 | HOUSTON 77017 |
| **ERICA NUNEZ** | LEAD | CELL | 713-416-7278 | |

## OFFICE SUPERVISORS:

| Name | Code | Type | Number | Address |
|---|---|---|---|---|
| **TINA WEIR** (PASADENA) | 2B5 | PHONE / CELL | 713-473-3232 / 713-301-7106 | 2783 RED BLUFF #100 PASADENA 77503 |
| **KELLY BATES** | LEAD | CELL | 713-417-0587 | |
| **ERICA CARDENAS** (TEXAS CITY, GALVESTON) | 2B6 | PHONE / CELL | 409-933-1136 / 936-391-9683 | 1325 AMBURN RD. TEXAS CITY 75979 |
| **KAREN DUTTON** | LEAD | CELL | 409-200-5267 | |
| **MARGARET HUNTER** (WEBSTER-CLEAR LAKE) | 2B7 | PHONE / CELL | 281-486-8242 / 713-591-4103 | 111 TRISTAR WEBSTER 77598 |
| **TERI WILSON** | LEAD | CELL | | |
| **LINDA HIGHTOWER** (ALVIN, ANGLETON) | 2B8 | PHONE / CELL | 281-585-4525 / 281-793-4176 | 109 WEST COOMBS ALVIN 77511 |
| **DELFA GIL** | LEAD | CELL | 713-417-3898 | |
| **KERRI LELEUX** (BEAMONT, PORT ARTHUR, ORANGE, KOUNTZE, JASPER, WOODVILLE) | 2B9 | PHONE / CELL | 409-924-5448 / 409-273-1296 | 7200 EASTEX FRWY. BEAUMONT 77708 |
| **DEBRA STANLEY** | LEAD | CELL | 409-767-5492 | |
| **JENNIFER NORMAN** (LUFKIN CENTER, LIVINGSTON, NACOGODCHES, CROCKETT) | 2B10 | PHONE / CELL | 936-699-7366 / 936-689-0680 | 2809 S. JOHN REDDITT LUFKIN 75904 |
| **FRANKIE MACFARLAND** | LEAD | CELL | 936-404-6259 | |
| **PORTIA DUKES** (BAYTOWN, WALLISVILLE) | 2B11 | PHONE / CELL | 281-424-1339 / 713-301-5819 | 5420 DECKER DRIVE BAYTOWN 77520 |
| **LINDA REYNOLDS** | LEAD | CELL | 713-449-1531 | |
| **MICHAEL KENT McIVER** (SPRING DL CENTER) | 2B12 LEAD | PHONE / CELL | 832-634-0473 / 281-908-6039 | 4740 SPRING CYPRESS ROAD, #100 SPRING 77379 |
| **MARTHA ALVARADO** (SPRING DL CENTER) | 2B13 | PHONE / CELL | 832-634-0472 / 281-908-5092 | 4740 SPRING CYPRESS ROAD, #100 SPRING 77379 |
| **JOANNA STEWART** | LEAD | CELL | 281-546-4462 | |
| **KEIBA HOLT** (HOUSTON DOWNTOWN NOT YET OPEN) | 2B14 | PHONE / CELL | / 281-660-2403 | 4740 SPRING CYPRESS ROAD, #100 SPRING 77379 |

| OFFICE | STATION # | AREA | DAYS OPEN | HOURS | CONTACT NUMBERS |
|---|---|---|---|---|---|
| ALVIN<br>109 WEST COOMBS<br>77511 | 232 | 2B8 | MON - FRI | 8:00 - 5:00 | 281-585-4525<br>281-331-8253 FAX |
| ANGLETON<br>501 S. VELASCO<br>77515 | 202 | 2B8 | MON - FRI | 8:00 - 5:00 | 979-849-5711<br>979-849-5707 FAX |
| BAYTOWN<br>5420 DECKER DRIVE<br>77520 | 204 | 2B11 | MON - FRI | 8:00 - 5:00 | 281-424-1339<br>281-424-3669<br>281-424-8978 FAX |
| BEAUMONT<br>7200 EASTEX FREEWAY<br>77708 | 205 | 2B9 | MON - FRI<br>TUESDAY | 8:00 - 5:00<br>8:00 - 6:00 | 409-924-5400<br>409-924-5421 FAX |
| CENTER<br>1281 SOUTHVIEW CIRCLE<br>75935 | 209 | 2B10 | MON - FRI | 8:00 - 4:30 | 936-598-6152<br>936-591-9745 FAX |
| CLEAR-LAKE WEBSTER<br>111 TRISTAR<br>77598 | 299 | 2B7 | MON - FRI<br>TUESDAY | 8:00 - 5:00<br>8:00 - 6:00 | 281-486-8242<br>281-486-8370 FAX |
| CLEVELAND<br>304 CAMPBELL RD., 123<br>77327 | 210 | 2B1 | MON - FRI | 8:00 - 5:00 | 281-592-5983<br>281-592-1334 FAX |
| CONROE<br>#2 HILBIG<br>77301 | 212 | 2B2 | MON - FRI | 8:00 - 5:00 | 936-442-2810<br>936-442-2881 FAX |
| CROCKETT<br>1125 E. LOOP 304<br>75835 | 627 | 2B10 | MON - FRI | 8:30 - 5:00 | 936-544-5917<br>936-544-5917 FAX |
| GALVESTON<br>6812 BROADWAY<br>77554 | 214 | 2B6 | MON - FRI | 8:00 - 5:00 | 409-740-0031<br>409-740-0031 FAX |
| HOUSTON EAST<br>11039 EAST FREEWAY, #B<br>77029 | 215 | 2B3 | MON - FRI<br>TUESDAY | 8:00 - 5:00<br>8:00 - 6:00 | 713-633-9872<br>713-633-7795 FAX |
| HOUSTON-WINKLER<br>9206 WINKLER<br>77017 | 201 | 2B4 | MON - FRI<br>TUESDAY | 8:00 - 5:00<br>8:00 - 6:00 | 713-943-0631<br>713-943-9351 FAX |
| HUMBLE<br>7710 WILL CLAYTON PARKWAY<br>77338 | 218 | 2B1 | MON - FRI<br>TUESDAY | 8:00 - 5:00<br>8:00 - 6:00 | 281-446-3391<br>281-446-8105<br>281-548-0735 FAX |
| HUNTSVILLE<br>523 STATE HWY 75 N<br>77320 | 221 | 2B2 | MON - FRI | 8:00 - 5:00 | 936-295-1578<br>936-291-6315 FAX |

| OFFICE | STATION # | AREA | DAYS OPEN | HOURS | CONTACT NUMBERS |
|---|---|---|---|---|---|
| JASPER<br>2398 W. GIBSON<br>75951 | 234 | 2B9 | MON - FRI | 8:00 - 5:00 | 409-384-5712<br>409-384-7047 FAX |
| KOUNTZE<br>440 W. MONROE<br>77625 | 269 | 2B9 | MON & TUES<br>CLOSED FOR LUNCH<br>DRIVE TESTS MON.<br>DRIVE TESTS TUES.<br>NO CDL DRIVE TESTS | 9:00 - 4:00<br>12:00 - 1:00<br>9:00 - 12:00<br>1:00 - 4:00 | 409-246-3662 |
| LIBERTY<br>2103 COS<br>77575 | 223 | 2B3 | MON - FRI<br>CLOSED | 8:00 - 5:00<br>12:00 - 1:00 | 936-336-7343<br>936-336-4565 FAX |
| LIVINGSTON<br>1737 N. WASHINGTON<br>77351 | 283 | 2B10 | MON - FRI | 8:00 - 5:00 | 936-327-6806<br>936-327-6840 FAX |
| LUFKIN<br>2809 S. JOHN REDDITT<br>75904 | 224 | 2B10 | MON - FRI | 8:00 - 5:00 | 936-699-7331<br>936-699-7389 FAX |
| NACOGDOCHES<br>5407 US HWY 59<br>75964 | 225 | 2B10 | MON - FRI | 8:00 - 5:00 | 936-560-5826<br>936-560-4682 FAX |
| ORANGE<br>711 HWY 87<br>77631 | 226 | 2B9 | MON - FRI | 8:00 - 5:00 | 409-883-0273<br>409-883-0275 FAX |
| PASADENA<br>2783 RED BLUFF #100<br>77503 | 227 | 2B5 | MON - FRI<br>TUESDAY | 8:00 - 5:00<br>8:00 - 6:00 | 713-473-3232<br>713-473-3708 FAX |
| PORT ARTHUR<br>900 4TH STREET<br>77640 | 228 | 2B9 | MON - FRI | 8:00 - 5:00 | 409-982-1131<br>409-982-3297 FAX |
| SPRING DL CENTER<br>4740 SPRING CYPRESS, #100<br>77379 | 240 | 2B12<br>2B13 | MON - THUR<br>FRIDAY | 7:30 - 6:00<br>7:30 - 5:00 | 281-517-1620<br>832-634-0479 FAX |
| TEXAS CITY<br>1325 AMBURN RD.<br>77591-2469 | 229 | 2B6 | MON - FRI | 8:00 - 5:00 | 409-933-1130<br>409-933-1169 FAX |
| WALLISVILLE<br>20906 IH-10<br>77597 | 273 | 2B11 | MON - FRI | 8:00 - 4:30 | 409-389-2491<br>409-389-2680 FAX |
| WOODVILLE<br>1001 W. BLUFF<br>75979 | 279 | 2B9 | WED & THURS<br>CLOSED FOR DRIVE TES | 9:00 - 4:00<br>1:00 - 4:00 | 409-283-7757<br>409-283-5967 FAX |

## DRIVER LICENSE CUSTOMER OPERATIONS
## REGION 3 - WESLACO

| Name | Code | | Number | Address |
|---|---|---|---|---|
| **SAM SILVA, MANAGER** | | PHONE | 956-565-7210 | 2525 N INTERNATIONAL BLVD |
| | | CELL | 956-369-4517 | WESLACO 78599 |
| CAROLINA SEGUNDO, ADMIN. ASST. | | PHONE | 956-565-7211 | |
| | | FAX | 956-565-7205 | |
| **RAQUEL RAMIREZ, ASST. MANAGER** (3A1-3A4) | | PHONE | 956-565-7212 | 2525 N INTERNATIONAL BLVD |
| | | CELL | 956-605-3141 | WESLACO 78599 |
| **MARIA A. FLORES, ASST. MANAGER** (3A5-3A8) | | PHONE | 361-698-5620 | 1922 S PADRE ISLAND DR. |
| | | CELL | 361-850-0894 | CORPUS CHRISTI 78416 |
| ROXANNE URIBE, ADMIN. ASST. | | PHONE | 361-698-5624 | |
| | | FAX | 361-698-5557 | |

### OFFICE SUPERVISORS:

| Name | Code | | Number | Address |
|---|---|---|---|---|
| **REBECCA VASQUEZ** (MCALLEN, MISSION, RIO GRANDE CITY) | 3A01 | PHONE | 956-565-7200 ext. 35751 | 1414 N. BICENTENNIAL BLVD. |
| | | CELL | 956-532-7904 | MCALLEN 78501 |
| **REBECCA LLANAS** | LEAD | CELL | 956-246-7197 | |
| **ANNA MARIE HERNANDEZ** (WESLACO) | 3A02 | PHONE | 956-565-7213 | 2525 N INTERNATIONAL BLVD |
| | | CELL | 956-802-6796 | WESLACO 78599 |
| **MARGARITA GUERRA** | LEAD | CELL | 956-246-7198 | |
| **GEORGE OLIVO** (BROWNSVILLE, HARLINGEN) | 3A03 | PHONE | 956-983-1936 | 2901 PAREDES LINE RD |
| | | CELL | 956-572-6253 | BROWNSVILLE 78526 |
| **ESTELLA ZARATE** | LEAD | CELL | 956-243-1368 | |
| **BELINDA RODRIGUEZ** (LAREDO, ZAPATA) | 3A04 | PHONE | 956-728-2305 | 1901 BOB BULLOCK LOOP |
| | | CELL | 956-202-1000 | LAREDO 78043 |
| **ROSANGELICA RANGEL** | LEAD | CELL | 956-693-9864 | |
| **ELIZABETH LOPEZ** (CORPUS CHRISTI) | 3A05 | PHONE | 361-698-5629 | 1922 S PADRE ISLAND DR. |
| | | CELL | 361-537-2091 | CORPUS CHRISTI 78416 |
| **SANDRA LUCIO** | LEAD | CELL | 361-331-0477 | |
| **ORALIA GARCIA** (ALICE, ARANSAS PASS, KINGSVILLE, BEEVILLE, SINTON, FALFURRIAS, GEORGE WEST) | 3A06 | PHONE | 361-664-2113 | 300 S JOHNSON ST |
| | | CELL | 361-215-5529 | ALICE 78332 |
| **NAIDA MARTINEZ** | LEAD | CELL | 361-227-9864 | |
| **MARIA RIVAS** (DEL RIO, EAGLE PASS, UVALDE, CRYSTAL CITY) | 3A07 | PHONE | 830-703-1274 | 2012 VETERANS BLVD |
| | | CELL | 830-513-6566 | DEL RIO 78840 |
| **CHRISTINA NOWLIN** | LEAD | CELL | 830-513-6024 | 32 FOSTER-MALDONADO BLVD. EAGLE PASS, TX 78852 |

Last Upate: 5/7/2014

REGION 3-WESLACO

| OFFICE | STATION # | AREA | DAYS OPEN | HOURS | CONTACT NUMBERS |
|---|---|---|---|---|---|
| ALICE<br>300 S JOHNSON<br>78332 | 302 | 3A6 | MON - FRI | 8:00 - 5:00 | 361-664-2113<br>361-664-0330 FAX |
| ARANSAS PASS<br>913 S. COMMERCIAL<br>78336 | 325 | 3A6 | MON - FRI<br>NO CDL DRIVE TESTS | 8:00 - 5:00 | 361-758-8680<br>361-758-1557 FAX |
| BEEVILLE<br>400 HILLSIDE DRIVE<br>78102 | 303 | 3A6 | MON - FRI | 8:00 - 5:00 | 361-358-6272<br>361-362-1232 FAX |
| BROWNSVILLE<br>2901 PAREDES LINE ROAD<br>78526 | 304 | 3A3 | MON, WED - FRI<br>TUESDAY | 8:00 - 5:00<br>8:00 - 6:00 | 956-983-1920<br>956-983-1968 FAX |
| CORPUS CHRISTI<br>1922 S. PADRE ISLAND DR<br>78416 | 301 | 3A5 | MON - THUR<br>FRIDAY | 7:30 - 6:00<br>7:30 - 5:00 | 361-698-5626<br>361-698-5579 FAX |
| CRYSTAL CITY<br>200 UVALDE ST, STE 6 (COURT)<br>78839 | 305 | 3A7 | MON - FRI<br>CLOSED LUNCH | 8:00-4:30<br>12:00 - 1:15 | 830-374-2222<br>830-374-9639 FAX |
| DEL RIO<br>2012 VETERANS BLVD.<br>78840 | 412 | 3A7 | MON - FRI | 8:00 - 5:00 | 830-703-1225<br>830-774-0227 FAX |
| EAGLE PASS<br>32 FOSTER-MALDONADO BLVD<br>78852 | 413 | 3A7 | MON - FRI | 8:00 - 5:00 | 830-773-5050<br>830-757-5028 FAX |
| FALFURRIAS<br>217 E MILLER<br>BROOKS CO. - BLUMER BLDG.<br>78355 | 376<br>(KINGSVILLE) | 3A6 | THURSDAY<br>CLOSED FOR DRIVE TEST LUNCH | 9:00 - 4:00<br>11:00 - 2:00 | 361-325-4500 EXT. 3 |
| GEORGE WEST<br>301 HOUSTON<br>LIVE OAK COURTHOUSE ANNEX ROOM 14<br>78022 | 373<br>(BEEVILLE) | 3A6 | TUES & WED<br>CLOSED FOR DRIVE TEST LUNCH | 9:00 - 4:00<br>11:00 - 1:00 | 361-449-2733<br>EXT. 1023 |
| HARLINGEN<br>1630 N 77 SUNSHINE STRIP<br>78550 | 308 | 3A3 | MON, WED - FRI<br>TUESDAY<br>CDL WRITTEN TESTS THAT **DO NOT REQUIRE** A ROAD EXAM ARE GIVEN AT THIS LOCATION<br>NO CDL DRIVE TESTS | 8:00 - 5:00<br>8:00 - 6:00 | 956-440-6725<br>956-440-6798 FAX |
| KINGSVILLE<br>725 E. YOAKUM AVE., KLEBERG CTY COURTHOUSE, ED LOPEZ BLDG<br>78363 | 309 | 3A6 | MON - FRI | 8:00 - 5:00 | 361-592-1911<br>361-592-3512 FAX |
| LAREDO<br>1901 BOB BULLOCK LOOP<br>78043 | 310 | 3A4 | MON, WED - FRI<br>TUESDAY | 8:00 - 5:00<br>8:00 - 6:00 | 956-728-2301<br>956-728-2276 FAX |