| OFFICE | STATION # | AREA | DAYS OPEN | HOURS | CONTACT NUMBERS |
|---|---|---|---|---|---|
| **MCALLEN** <br> 1414 N BICENTENNIAL BLVD <br> 78501 | 320 | 3A1 | MON, WED-FRI <br> TUESDAY | 8:00 - 5:00 <br> 8:00 - 6:00 | 956-565-7200 <br> FAX |
| | | | CDL WRITTEN TESTS THAT **DO NOT REQUIRE** A ROAD EXAM ARE GIVEN AT THIS LOCATION | | |
| | | | NO CDL DRIVE TESTS | | |
| **MISSION** <br> 722 N. BREYFOGLE STE A <br> 78572 | 329 | 3A1 | MON - FRI <br> RENEWALS/ <br> DUPLICATES ONLY | 8:00 - 5:00 | 956-205-7070 <br> **NO FAX YET** |
| **RIO GRANDE CITY** <br> 100 FM 3167 STE 218 <br> 78582 - New DL facility estimated completion date is Unknown | 324 | 3A1 | MON - FRI <br> NO CDL DRIVE TESTS | 8:00 - 5:00 | 956-716-4844 <br> 956-716-8154 FAX |
| **SINTON** <br> 120 E. FULTON <br> 78387 | 317 | 3A6 | MON - FRI <br> CLOSED LUNCH | 8:30 - 5:00 <br> 12:00 - 1:15 | 361-364-1956 <br> 361-364-3121 FAX |
| | | | DRIVE TESTS THURSDAY-APPOINTMENT ONLY; NO CDL DRIVE TESTS | | |
| **UVALDE** <br> 2901 E. MAIN <br> 78801 | 318 | 3A7 | MON-FRI | 8:00-5:00 | 830-278-5630 <br> 830-278-3732 FAX |
| **WESLACO** <br> 2525 N INTERNATIONAL BLVD <br> 78599 | 321 | 3A2 | MON, WED - FRI <br> TUESDAY | 8:00 - 5:00 <br> 8:00 - 6:00 | 956-565-7200 <br> 956-565-7205 FAX |
| **ZAPATA** <br> 607 N. US HIGHWAY 83, STE F <br> 78076 | 394 | 3A4 | MON - FRI <br> CLOSED LUNCH <br> NO CDL DRIVE TESTS | 8:30 - 5:00 <br> 12:00 - 1:15 | 956-765-9917 <br> 956-765-9989 FAX |

Last Upate: 5/7/2014

REGION 3-WESLACO

## DRIVER LICENSE CUSTOMER OPERATIONS
## REGION 4 - MIDLAND

| | | | | |
|---|---|---|---|---|
| **ESTELLA VALENZUELA, MANAGER** | | PHONE<br>CELL | 432-498-2351<br>432-553-6968 | 2405 S LOOP 250 WEST<br>MIDLAND 79703 |
| DAWN CALBILLO, ADMIN. ASST. | | PHONE<br>FAX | 432-498-2350<br>432-498-2374 | |
| **DAVID BARBER, ASST. MGR**<br>4A01-4A04 | | PHONE<br>CELL | 915-849-4150<br>915-342-6319 | 11612 SCOTT SIMPSON<br>EL PASO 79936 |
| BARBARA SHERWOOD, ADMIN. ASST. | | PHONE<br>FAX | 915-849-4140<br>915-849-4114 | |
| **LETICIA ARANDA-SARABIA, ASST. MGR**<br>(4A5-4A8) | | PHONE<br>CELL | 432-363-7424<br>432-553-7062 | 1910 IH-20 WEST<br>ODESSA 79763 |

### OFFICE SUPERVISORS:

| | | | | |
|---|---|---|---|---|
| **BERTHA MONTELONGO**<br>(EL PASO - SCOTT SIMPSON)<br>**MANDIE BARRAZA** | 4A1<br><br>LEAD | PHONE<br>CELL | 915-849-4151<br>915-309-2859 | 11612 SCOTT SIMPSON<br>EL PASO 79936 |
| **MARIA (CHRIS) FRANCO**<br>(EL PASO - HONDO PASS, FORT BLISS)<br>**JUAN HIDALGO** | 4A2<br><br>LEAD | PHONE<br>CELL | 915-751-6455<br>915-217-5928 | 4505 HONDO PASS<br>EL PASO 79904 |
| **MARTHA HERNANDEZ**<br>(EL PASO - NORTHWESTERN)<br>**KIMBERLYE ORTIZ** | 4A3<br><br>LEAD | PHONE<br>CELL | 915-877-1647<br>915-261-5437 | 1854 NORTHWESTERN<br>EL PASO 79912 |
| **SHEILA EDWARDS**<br>(EL PASO - GATEWAY EAST,<br>VAN HORN)<br>**ALEJANDRO TORRES** | 4A4<br><br><br>LEAD | PHONE<br>CELL | 915-598-3487<br>915-309-4681 | 7300 GATEWAY EAST<br>EL PASO 79915 |
| **ANNETTE REYES**<br>(MIDLAND, ANDREWS,<br>BIG SPRING, LAMESA<br>SEMINOLE, STANTON)<br>**SONYA GONZALES** | 4A5<br><br><br><br>LEAD | PHONE<br>CELL<br><br><br>CELL | 432-498-2353<br>432-559-7263<br><br><br>432-270-8147 | 2405 S LOOP 250 WEST<br>MIDLAND 79703 |
| **LISA ESCOVEDO**<br>(ODESSA, CRANE,<br>BIG LAKE)<br>**MARIA MENDOZA** | 4A6<br><br><br>LEAD | PHONE<br>CELL<br><br>CELL | 432-363-7450<br>432-270-8002<br><br>432-770-8014 | 1910 IH-20 WEST<br>ODESSA 79763 |

## OFFICE SUPERVISORS:

| Name | Code | Type | Number | Address |
|---|---|---|---|---|
| **CARLOS ORTEGA, JR.** (ALPINE, FORT STOCKTON, KERMIT, MONAHANS, PECOS, PRESIDIO) | 4A7 | PHONE / CELL | 432-336-5001 / 432-923-3295 | 2302 W DICKINSON, FORT STOCKTON 79735 |
| **CYNDEE STEVENS** (SAN ANGELO, BRADY, SONORA) | 4A8 | PHONE / CELL | 325-223-6852 / 325-315-8038 | 1600 W LOOP 306, SAN ANGELO 76904 |
| **KATHY KEMP** | LEAD | CELL | 325-340-2151 | |

Case 2:13-cv-00193 Document 753-13 Filed on 11/18/14 in TXSD Page 4 of 20

| OFFICE | STATION # | AREA | DAYS OPEN | HOURS | NUMBERS |
|---|---|---|---|---|---|
| ALPINE<br>3500 N HWY 118<br>79830 | 403 | 4A7 | MON - FRI | 8:30 - 5:00 | 432-837-7580<br>432-837-7563 FAX |
| ANDREWS<br>201 N MAIN  # 210<br>ANDREWS   CO COURTHOUSE<br>79714 | 404 | 4A5 | MON - FRI<br>CLOSED LUNCH | 8:30 - 5:00<br>1:00 - 2:00 | 432-524-1425<br>432-524-1443 FAX |
| BIG LAKE<br>COURTHOUSE ANNEX<br>300 PLAZA<br>76932 | 487<br>(CRANE) | 4A6 | WED & THUR | 9:15 - 3:45 | 325-884-2301<br>325-884-4110 FAX |
| BIG SPRING<br>5725 IH 20 WEST<br>PO BOX 2888<br>79721 | 407 | 4A5 | MON - FRI<br>1st, 3rd & 5th TUESDA | 8:30 - 5:00<br>8:30 - 5:00 | 432-267-5671<br>432-263-1040 FAX |
| BRADY<br>306 W LOCKHART ST<br>76825 | 635 | 4A8 | MON - FRI<br>CLOSED LUNCH | 8:30 - 5:00<br>12:00 - 1:00 | 325-597-1188<br>325-597-1188 FAX |
| CRANE<br>1212 S ALFORD<br>79731 | 481 | 4A6 | MON, TUES & FRI | 8:30 - 5:00 | 432-558-3292<br>432-558-1196 FAX |
| EL PASO - SS<br>11612 SCOTT SIMPSON<br>79936 | 426 | 4A1 | MON - FRI<br>TUESDAY | 8:00 - 5:00 (MST)<br>8:00 - 6:00 | 915-849-4100<br>915-849-4114 FAX<br>915-849-4009 FAX |
| EL PASO - HONDO PASS<br>4505 HONDO PASS<br>79904 | 416 | 4A2 | MON - FRI<br>TUESDAY | 8:00 - 5:00 (MST)<br>8:00 - 6:00 | 915-751-6455<br>915-751-6456<br>915-755-0575 FAX |
| EL PASO - N'WESTERN<br>1854 NORTHWESTERN<br>79912 | 405 | 4A3 | MON - FRI<br>TUESDAY | 8:00 - 5:00 (MST)<br>8:00 - 6:00 | 915-877-1647<br>915-877-1657<br>915-877-2364 FAX |
| EL PASO-GATEWAY<br>7300 GATEWAY EAST<br>79915 | 415 | 4A4 | MON - FRI | 7:00 - 6:00 (MST) | 915-598-3487<br>915-598-3488<br>915-598-1149 FAX |
| FORT BLISS<br>505 PERSHING RD, RM A154<br>79916 | 440 | 4A2 | MON - FRI<br>NO DRIVING<br>EXAMS | 7:00 - 4:00 (MST) | 915-568-8631<br>915-568-8625<br>915-568-8626 FAX |
| FORT STOCKTON<br>2302 W DICKINSON<br>79735 | 417 | 4A7 | MON - FRI | 8:30 - 5:00 | 432-336-5001<br>432-336-3414<br>432-336-6811 FAX |

Last Update: 5/7/2014                                                                                                                         REGION 4-MIDLAND

| OFFICE | STATION # | AREA | DAYS OPEN | HOURS | NUMBERS |
|---|---|---|---|---|---|
| KERMIT<br>401 S PINE ST<br>79745 | 418 | 4A7 | WEDNESDAY<br>THURSDAY | 8:30 - 4:15<br>9:00 - 3:45 | 432-586-3134<br>432-586-3134 FAX |
| LAMESA<br>608 N MAIN<br>79331 | 419 | 4A5 | MON - FRI<br>CLOSED LUNCH | 8:30 - 5:00<br>12:30 - 1:30 | 806-872-8675<br>806-872-9494<br>806-872-5065 FAX |
| MIDLAND<br>2405 S LOOP 250 W<br>79703 | 401 | 4A5 | MON - FRI<br>TUESDAY | 8:00 - 5:00<br>8:00 - 6:00 | 432-498-2355<br>432-498-2374 FAX |
| MONAHANS<br>3600 S STOCKTON<br>79756 | 420 | 4A7 | MON, TUES,<br>THURS, FRI | 8:30 - 5:00 | 432-943-4701<br>432-943-5857<br>432-943-4701 FAX |
| ODESSA<br>1910 IH-20 WEST<br>79763 | 421 | 4A6 | MON - FRI<br>TUESDAY | 8:00 - 5:00<br>8:00 - 6:00 | 432-332-0637<br>432-363-7470 FAX |
| | | | CDL driving exams will be temporarily administered in the Midland driver license office (4/24/2014) | | |
| PECOS<br>148 N FRONTAGE RD.,<br>I-20 WEST<br>79772 | 422 | 4A7 | MON, TUES,<br>WED, FRI | 8:30 - 5:00 | 432-447-3532<br>432-447-3533<br>432-447-3535 FAX |
| PRESIDIO<br>800- A N BUS. HWY 67<br>PO BOX 806<br>79845 | 448 | 4A7 | MON - FRI | 8:30 - 5:00 | 432-229-3768<br>432-229-3768 FAX |
| SAN ANGELO<br>1600 W LOOP 306<br>76904 | 423 | 4A8 | MON - FRI<br>TUESDAY | 8:00 - 5:00<br>8:00 - 6:00 | 325-223-6903<br>325-223-6936 FAX |
| SEMINOLE<br>101 S MAIN, ROOM 105<br>79360 | 424 | 4A5 | MON - FRI<br>CLOSED LUNCH | 8:30 - 5:00<br>12:00 - 1:00 | 432-758-3112<br>Ext. 4001 |
| SONORA<br>CTY COURTHOUSE<br>102 N WATER AVE<br>76950 | 482<br>(SAN ANGELO) | 4A8 | THURSDAY<br>CLOSED LUNCH | 9:30 - 3:15<br>12:00 - 1:00 | 325-387-5701 |
| STANTON<br>301 ST PETER STREET<br>79782 | 474<br>(BIG SPRING) | 4A5 | TUESDAY<br>CLOSED LUNCH | 9:00 - 4:00<br>1:00 - 2:00 | 432-607-3511<br>432-756-3336 FAX |
| VAN HORN<br>1300 N FRONTAGE RD, IH-10<br>79855 | 428<br>(EL P - GATEWAY) | 4A4 | THURSDAY | 9:00 - 5:00  (CST) | 432-283-2039<br>432-283-2741<br>432-283-9072 FAX |

## DRIVER LICENSE CUSTOMER OPERATIONS
## REGION 5 - LUBBOCK

| | | | | |
|---|---|---|---|---|
| **TOMAS VALDEZ, MANAGER** | | PHONE | 806-740-8956; 58956 | 1404 LUBBOCK BUSINESS PARK BLVD. |
| | | CELL | 806-470-0255 | LUBBOCK 79403 |
| | | | | |
| BARBARA MUNIZ, ADMIN. ASST. | | PHONE | 806-740-8954; 58954 | |
| | | FAX | 806-740-8993 | |
| | | | | |
| **CHRISTIAN SLEDGE, ASST. MANAGER** | | PHONE | 806-740-8955; 58955 | 1404 LUBBOCK BUSINESS PARK BLVD. |
| (5A1-5A5) | | CELL | 806-319-2535 | LUBBOCK 79403 |
| | | | | |
| **PABLO GARCIA, ASST. MANAGER** | | PHONE | 940-851-5640 | 5505 N CENTRAL EXPRESSWAY |
| (5A6-5A8) | | CELL | 940-235-9268 | WICHITA FALLS 76306 |
| | | | | |
| BETHANY CHALLIS, ADMIN. ASST. | | PHONE | 940-851-5648 | |
| | | FAX | 940-851-5625 | |

### OFFICE SUPERVISORS:

| | | | | |
|---|---|---|---|---|
| **GINGER LAWTON** (LUBBOCK) | 5A1 | PHONE | 806-740-8948 | 1404 LUBBOCK BUSINESS PARK BLVD. LUBBOCK 79403 |
| **CHRISTINA MICKLEY** | LEAD | | | |
| | | | | |
| **VANESSA KELLEY** (PLAINVIEW, CROSBYTON, DIMMITT, FLOYDADA, FRIONA, HEREFORD, LITTLEFIELD, MULESHOE, TULIA) | 5A2 | PHONE | 806-293-2508, Ext. 5521 | 1108 S. COLUMBIA |
| | | CELL | 806-224-5965 | PLAINVIEW 79072 |
| **ANGIE WEEMS** | LEAD | CELL | | |
| | | | | |
| **MARY VANOVER** (AMARILLO) | 5A3 | PHONE | 806-468-1450; ext. 51450 | 4200 CANYON DRIVE |
| | | CELL | | AMARILLO 79109 |
| **PATTI HERBSTRITT** | LEAD | CELL | | |
| | | | | |
| **JOSEFA (JOSIE) TRIPLETT** (BROWNFIELD, DENVER CITY LEVELLAND) | 5A4 | PHONE | 806-637-3625, Ext. 5002 | 802 N BALLARD |
| | | CELL | 806-392-4792 | BROWNFIELD 79316 |
| | | | | |
| **GINA MINYARD** (PAMPA, BORGER, CANADIAN, DUMAS DALHART, PANHANDLE, PERRYTON | 5A5 | PHONE | 806-665-7160 | 2909 PERRYTON PRWY |
| | | CELL | 806-663-9129 | PAMPA 79065 |
| **BETTY ANN COLEMAN** | LEAD | CELL | | |

Last Update: 5/7/2014

## OFFICE SUPERVISORS:

| Name | Code | Type | Number | Address |
|---|---|---|---|---|
| **BOBBY GONZALES** (WICHITA FALLS, BOWIE CHILDRESS, CLARENDON, VERNON QUANAH) | 5A6 | PHONE CELL | 940-851-5641 940-447-7393 | 5505 N CENTRAL EXPRESSWAY WICHITA FALLS 76306 |
| **TERESA GONZALEZ** | LEAD | PHONE | 940-851-5643 | |
| **CINDY BALLEW** (GRAHAM, BAIRD, BALLINGER, BRECKENRIDGE, BROWNWOOD, COLEMAN, COMANCHE, EASTLAND, HASKELL MUNDAY, SEYMOUR) | 5A7 | PHONE CELL | 940-549-1490 817-565-6369 | 142 ELM GRAHAM 76450 |
| **TANA CARR** | LEAD | PHONE | 940-549-1490 | |
| **VACANT** (ABILENE, ANSON, COLORADO CITY, ROBY SNYDER, SWEETWATER) | 5A8 | PHONE CELL | 325-695-0988, Ext. 5424 325-232-1913 | 4649 S 1ST ST ABILENE 79605 |
| **JULIE BULLARD** | LEAD | PHONE | 325-573-5631, Ext. 50325 | |

| OFFICE | STATION # | AREA | DAYS OPEN | HOURS | CONTACT NUMBERS |
|---|---|---|---|---|---|
| **ABILENE** <br> 4649 SOUTH 1ST ST <br> 79605 | 402 | 5A8 | MON - FRI <br> TUESDAY | 8:00 - 5:00 <br> 8:00 - 6:00 | 325-695-0988 (54237) <br> 325-695-0970 FAX |
| **AMARILLO** <br> 4200 CANYON DRIVE <br> 79109 | 502 | 5A3 | MON - THUR <br> FRIDAY | 7:30 - 6:00 <br> 7:30 - 5:00 | 806-468-1400; 51460 <br> 806-468-1445 FAX |
| **ANSON** <br> 1110 W. COURT PLAZA <br> 79501 | 473 | 5A8 | MON, TUES, THURS <br> WED 2ND & 4TH <br> CLOSED LUNCH | 8:30 - 5:00 <br> <br> 12:00 - 1:00 | 325-823-3631 <br> 325-823-2460 FAX |
| **BAIRD** <br> 100 W 4th STREET <br> CALLAHAN CO COURT <br> 79504 | 477 <br> (EASTLAND) | 5A7 | WEDNESDAY <br> 1ST, 3RD, 5TH <br> CLOSED LUNCH | 9:00 - 4:00 <br> <br> 12:00 - 1:00 | 325-854-5844 |
| **BALLINGER** <br> RUNNELS CO. COURT ANNEX <br> 602 STRONG <br> 76821 | 406 <br> (COLEMAN) | 5A7 | TUES - WED <br> CLOSED LUNCH | 8:45 - 4:15 <br> 12:00 - 1:00 | 325-365-2161 |
| **BORGER** <br> 3249 FAIRLANES BLVD <br> 79007 | 503 | 5A5 | MON - FRI <br> TUES 1ST 3RD 5TH <br> CLOSED LUNCH 1ST, 3RD, 5TH TUES | 8:00 - 5:00 <br> 8:30 - 5:00 | 806-273-2453 |
| **BOWIE** <br> 603 DECATUR ST <br> 76230 | 504 | 5A6 | MON - TUES <br> WED-FRI <br> CLOSED LUNCH | 9:00 - 5:00 <br> 8:00 - 5:00 <br> 12:00 - 1:00 | 940-872-1496 <br> 940-872-6480 FAX |
| **BRECKENRIDGE** <br> STEPHENS CO COURTHOUSE <br> 200 W WALKER <br> 76424 | 408 | 5A7 | TUES <br> WED & THURS <br> CLOSED LUNCH WED/TH | 1:30 - 5:00 <br> 8:30 - 5:00 <br> 12:00 - 1:00 | 254-599-2664 |
| **BROWNFIELD** <br> 802 N BALLARD <br> 79316 | 505 | 5A4 | MON - FRI <br> CLOSED LUNCH | 8:30 - 5:00 <br> 12:00 - 1:00 | 806-637-3625 ext. 50023 <br> 806-637-3050 FAX |
| **BROWNWOOD** <br> 1516 MARKET PLACE BLVD <br> 76801 | 409 | 5A7 | MON - FRI | 8:00 - 5:00 | 325-646-0180 <br> 325-646-0978 FAX |
| **CANADIAN** <br> HEMPILL CO COURTHOUSE <br> 400 MAIN <br> 79014 | 583 <br> (PERRYTON) | 5A5 | 2nd & 5th TUES <br> WEDNESDAY <br> CLOSED LUNCH | 9:00 - 4:00 <br> 9:00 - 4:00 <br> 12:00 - 1:00 | 806-323-9898 |
| **CHILDRESS** <br> 1700 AVE F NW, SUITE A <br> 79201 | 507 | 5A6 | MON-WED & FRI <br> THURSDAY <br> CLOSED LUNCH | 8:00 - 5:00 <br> 8:30 - 5:00 <br> 12:00 - 1:00 | 940-937-2560 <br> ext. 50823 & 50824 |
| **CLARENDON** <br> 723 W 2ND STREET <br> 79226 | 574 <br> (CHILDRESS) | 5A6 | THURSDAY <br> CLOSED LUNCH | 9:00 - 3:45 <br> 12:00 - 1:00 | 806-874-5188 |
| **COLEMAN** <br> 112 NORTH CONCHO <br> 76834 | 410 <br> (BROWNWOOD) | 5A7 | MON, THURS, FRI <br> CLOSED LUNCH | 8:30 - 5:00 <br> 12:00 - 1:00 | 325-625-2600 |
| **COLORADO CITY** <br> 333 PINE STREET <br> 79512 | 411 | 5A8 | MONDAY <br> CLOSED LUNCH <br> FRIDAY | 8:30 - 5:00 <br> 1:00 - 2:00 <br> 8:30 - 1:00 | 325-728-5214 <br> <br> REGION 5-LUBBOCK |

Last Update: 5/7/2014

| OFFICE | STATION # | AREA | DAYS OPEN | HOURS | CONTACT NUMBERS |
|---|---|---|---|---|---|
| **COMANCHE**<br>211 S AUSTIN<br>76442 | 634 | 5A7 | MON - FRI<br>CLOSED LUNCH | 8:30 - 5:00<br>12:00 - 1:00 | 325-356-3222 |
| **CROSBYTON**<br>215 S. BERKSHIRE<br>P O BOX 525<br>79322 | 508 | 5A2 | MON - FRI<br>CLOSED LUNCH | 8:30 - 5:00<br>12:00 - 1:00 | 806-675-2131 |
| **DALHART**<br>402 DENVER AVE.<br>79022 | 541 | 5A5 | TUESDAY<br>CLOSED LUNCH | 9:00 - 4:00<br>12:00 - 1:00 | 806-244-4332 |
| **DENVER CITY**<br>412 W 5TH STREET<br>79323 | 506 | 5A4 | MON - FRI<br>CLOSED LUNCH | 8:30 - 5:00<br>12:30 - 1:30 | 806-592-2873<br>806-592-3322 FAX |
| **DIMMITT**<br>COUNTY COURTHOUSE<br>100 E. BEDFORD, RM 110<br>79027 | 511 | 5A2 | MON, THURS, FRI<br>CLOSED LUNCH | 8:30 - 5:00<br>12:00 - 1:00 | 806-647-4350<br>806-647-2189 FAX |
| **DUMAS**<br>817 S. BLISS AVENUE<br>P O BOX 1025<br>79029 | 512 | 5A5 | MON, WED-FRI<br>CLOSED TUES<br>CLOSED LUNCH | 8:00 - 5:00<br><br>12:00 - 1:00 | 806-935-5058 |
| **EASTLAND**<br>1002 LAGO VISTA<br>P O BOX 711<br>76448 | 414 | 5A7 | MON & FRI<br>TUE, WED, THURS<br>CLOSED LUNCH | 8:00 - 5:00<br>8:30 - 5:00<br>12:00 - 1:00 | 254-629-8383 (50401)<br>254-629-8271 FAX |
| **FLOYDADA**<br>COUNTY COURTHOUSE<br>105 S. MAIN, RM 107<br>79235 | 513 | 5A2 | MON - FRI<br>CLOSED LUNCH | 8:30 - 5:00<br>12:00 - 1:00 | 806-983-2217<br>806-983-5913 FAX |
| **FRIONA**<br>102 E. 8TH STREET<br>79035 | 514 | 5A2 | TUES - WED<br>CLOSED LUNCH | 9:00 - 4:30<br>12:00 - 1:00 | 806-250-2711 |
| **GRAHAM**<br>142 N ELM<br>76450 | 515 | 5A7 | MON - FRI<br>CLOSED LUNCH | 8:30 - 5:00<br>12:00 - 1:00 | 940-549-1490<br>940-549-2407 FAX |
| **HASKELL**<br>COUNTY COURTHOUSE<br>1 NORTH AVE D<br>79521 | 516 | 5A7 | MON, THURS<br>FRIDAY<br>CLOSED LUNCH | 8:30 - 5:00<br>8:00 - 4:30<br>12:00 - 1:00 | 940-864-2448<br>940-864-2533 FAX |
| **HEREFORD**<br>807 W. 15TH STREET<br>79045 | 517 | 5A2 | MON - FRI<br>CLOSED LUNCH | 8:30 - 5:00<br>12:00 - 1:00 | 806-364-6481<br>806-364-3878 FAX |

| OFFICE | STATION # | AREA | DAYS OPEN | HOURS | CONTACT NUMBERS |
|---|---|---|---|---|---|
| LEVELLAND<br>1212 HOUSTON ST, SUITE 4<br>79336 | 518 | 5A4 | MON - FRI<br>CLOSED LUNCH | 8:30 - 5:00<br>12:00 - 1:00 | 806-894-7026<br>806-894-2353 FAX |
| LITTLEFIELD<br>LAMB COUNTY COURTHOUSE<br>100 6TH DRIVE, ROOM B-06<br>79339 | 519 | 5A2 | MON - FRI<br>CLOSED LUNCH | 8:30 - 5:00<br>12:00 - 1:00 | 806-385-5679<br>806-385-5449 FAX |
| LUBBOCK<br>1404 LUBBOCK BUSINESS PARK BLVD. #100<br>79403 | 501 | 5A1 | MON - FRI<br>TUESDAY | 8:00 - 5:00<br>8:00 - 6:00 | 806-742-8700, x58950 |
| MUNDAY<br>CITY HALL<br>121 E. MAIN<br>76371 | 579<br>(HASKELL) | 5A7 | WEDNESDAY<br>CLOSED | 8:30 - 4:15<br>12:00 - 1:00 | 940-422-4331 |
| MULESHOE<br>300 S. 1 STREET, RM 302<br>79347 | 521 | 5A2 | MON - FRI<br>CLOSED LUNCH | 8:30 - 5:00<br>12:00 - 1:00 | 806-272-3860<br>806-272-7715 FAX |
| PAMPA<br>2909 PERRYTON PKWY<br>79065 | 523 | 5A5 | MON - FRI | 8:00 - 5:00 | 806-665-7160<br>806-665-1133 FAX |
| PANHANDLE<br>CARSON CO COURTHOUSE<br>501 MAIN<br>79068 | 571<br>(BORGER) | 5A5 | 1ST, 3RD & 5TH<br>TUESDAY<br>CLOSED LUNCH | 9:00 - 4:00<br>12:00 - 1:00 | 806-537-3622 ext. 233 |
| PERRYTON<br>101 SW 4TH STREET<br>79070 | 524 | 5A5 | MON, TUES, THURS, FR<br>CLOSED WEDNESDAY<br>CLOSED LUNCH 2ND<br>& 5TH TUES. | 8:00 - 5:00<br>12:00 - 1:00 | 806-435-4642<br>806-435-5038 FAX |
| PLAINVIEW<br>1108 S. COLUMBIA<br>79072 | 525 | 5A2 | MON - FRI | 8:00 - 5:00 | 806-293-2508<br>806-293-0545 FAX |
| QUANAH<br>HARDEMAN CO COURTHOUSE A<br>210 MERCER STREET<br>79252 | 585<br>(VERNON) | 5A6 | TUESDAY<br>2ND, 3RD, 4TH, 5TH<br>CLOSED LUNCH | 9:00 - 4:00<br>12:00 - 1:00 | 940-663-2235 |
| ROBY<br>112 NORTH CONCHO<br>COUNTY COURTHOUSE<br>79543 | 473<br>(ANSON) | 5A8 | 1ST, 3RD & 5TH<br>WEDNESDAY | 9:00 - 4:00 | 325-776-3276 |
| SEYMOUR<br>BAYLOR CO COURTHOUSE<br>101 S. WASHINGTON, STE #1<br>76380 | 579<br>(HASKELL) | 5A7 | TUESDAY<br>CLOSED LUNCH | 9:15 - 3:45<br>12:00 - 1:00 | 940-889-2426 |
| SNYDER<br>501 EAST 37TH STREET<br>79549 | 425 | 5A8 | TUES - THURS<br>CLOSED LUNCH | 8:30 - 5:00<br>12:00 - 1:00 | 325-573-5631 (50325)<br>325-573-7674 FAX |

| OFFICE | STATION # | AREA | DAYS OPEN | HOURS | CONTACT NUMBERS |
|---|---|---|---|---|---|
| SWEETWATER<br>600 NW GEORGIA<br>79556 | 427 | 5A8 | MON - FRI<br>CLOSED LUNCH | 8:30 - 5:00<br>12:00 - 1:00 | 325-235-2662<br>325-235-5961 FAX |
| TULIA<br>310 W. BROADWAY, STE 137<br>79088 | 530 | 5A2 | TUES & WED<br>CLOSED LUNCH | 8:30 - 4:30<br>12:00 - 1:00 | 806-995-3813<br>806-995-3343 FAX |
| VERNON<br>WILBARGER CO COURTHOUSE<br>1700 WILBARGER, ROOM B6<br>76384 | 527 | 5A6 | MON; WED - FRI<br>TUESDAY<br>CLOSED TUES | 8:00 - 5:00<br>8:30 - 5:00<br>12:00 - 1:00 | 940-552-6372<br>940-553-2313 FAX |
| WICHITA FALLS<br>5505 N. CENTRAL FREEWAY<br>76306 | 529 | 5A6 | MON - FRI<br>TUESDAY | 8:00 - 5:00<br>8:00 - 6:00 | 940-851-5647<br>940-851-5625 FAX |

## DRIVER LICENSE CUSTOMER OPERATIONS
## REGION 6A - SAN ANTONIO

| Name | Unit | Contact | Number | Address |
|---|---|---|---|---|
| **LORI CARLSSON, MANAGER** | | PHONE | 210-531-2231 | 6502 S NEW BRAUNFELS |
| | | CELL | 210-265-7356 | SAN ANTONIO  78223 |
| VACANT, ADMIN. ASST. | | PHONE | 210-531-2243 | |
| | | FAX | 210-531-2278 | |
| **VACANT, ASST. MANAGER** | | PHONE | 210-531-2232 | 6502 S NEW BRAUNFELS |
| (6A1; 6A3-6A4;6A7) | | CELL | 210-259-3872 | SAN ANTONIO  78223 |
| **CHARLES WELLS, ASST. MANAGER** | | PHONE | 210-945-1910 | 1633 PAT BOOKER |
| (6A2; 6A5-6A6; 6A8) | | CELL | 210-260-4730 | UNIVERSAL CITY  78148 |
| JESSICA ROBLES, ADMIN. ASST. AND | | PHONE | 210-945-1919 | |
| SENIOR TIMEKEEPER FOR REGIONS 3,4,5,6A,6B | | FAX | 210-945-1935 | |
| **VACANT, ASST. MANAGER** | | PHONE | 210-531-1001 | 7410 HUEBNER ROAD |
| (6A09-6A10) | | CELL | | LEON VALLEY 78240 |
| | | FAX | 210-684-2232 | |

### OFFICE SUPERVISORS:

| Name | Unit | Contact | Number | Address |
|---|---|---|---|---|
| **SANDY WATERMAN** | 6A1 | PHONE | 210-531-2234 | 6502 S NEW BRAUNFELS |
| (SAN ANTONIO SOUTHEAST, JOURDANTON) | | CELL | 210-216-3728 | SAN ANTONIO  78223 |
| **LAURA LOPEZ** | LEAD | CELL | 210-268-7317 | |
| **ANNETTE CARRILLO** | 6A2 | PHONE | 210-945-1915 | 1633 PAT BOOKER |
| (PAT BOOKER, FLORESVILLE) | | CELL | 210-737-4352 | UNIVERSAL CITY  78148 |
| **VICTORIA MUNOZ** | LEAD | CELL | 210-601-2184 | |
| **JACOB PLAYER** | 6A3 | PHONE | 210-435-5481 | 1803 S GENERAL MCMULLEN |
| (GENERAL MCMULLEN, HONDO) | | CELL | 210-262-9979 | SAN ANTONIO  78226 |
| **NOEMI GARZA** | LEAD | CELL | 210-275-2891 | |
| **RICHARD COOK** | 6A4 | PHONE | 210-737-2272 | 1258 BABCOCK RD |
| (BABCOCK) | | CELL | 210-701-6675 | SAN ANTONIO  78201 |
| **ALICE GONZALES** | LEAD | CELL | 210-556-8855 | |
| **IRMA GUERRERO** | 6A5 | PHONE | 830-625-8111 | 3003 INTERSTATE 35 SOUTH |
| (SEGUIN, GONZALES, HALLETSVILLE, NEW BRAUNFELS) | | CELL | 830-433-0027 | NEW BRAUNFELS  78130 |
| **VIRGINIA TOOKE** | LEAD | CELL | 830-358-8432 | |
| **BURONICA PICKENS** | 6A6 | PHONE | 512-353-2770 | 1400 INTERSTATE 35 NORTH |
| (SAN MARCOS, BASTROP, GIDDINGS) | | CELL | 210-837-0649 | SAN MARCOS  78666 |
| **MAGGIE RODRIGUEZ** | LEAD | CELL | 512-738-3022 | |

| OFFICE SUPERVISORS: | | | | |
|---|---|---|---|---|
| **LISA VARGAS-MORENO** (VICTORIA, PORT LAVACA, CUERO) | 6A7 | PHONE CELL | 361-578-3467 210-216-8619 | 8802 N NAVARRO VICTORIA  77904 |
| **SULEMA SAENZ** | LEAD | CELL | 361-648-6784 | |
| **ROXANE BEARD** (KERRVILLE, JUNCTION, FREDERICKSBURG, BOERNE) | 6A8 | PHONE CELL | 830-258-5750 830-928-7967 | 311 SYDNEY BAKER ST SOUTH KERRVILLE  78028 |
| **VACANT** | LEAD | CELL | | |
| **PAUL ESQUIVEL** SAN ANTONIO MEGA CENTER | 6A09 | PHONE CELL | 210-531-1002 210-701-6674 210-684-2232 FAX | 7410 HUEBNER ROAD LEON VALLEY 78240 |
| **DEANNA SILVA** | LEAD | | 210-556-8856 | |
| **KATHY TAYLOR** SAN ANTONIO MEGA CENTER | 6A10 | PHONE | 210-531-1003 210-262-9608 | 7410 HUEBNER ROAD LEON VALLEY 78240 |
| **SONJA DIXON** | LEAD | CELL | 210-601-1817 | |

Last Update: 5/7/2014                                                                                          REGION 6A-SAN ANTONIO

| OFFICE | STATION # | AREA | DAYS OPEN | HOURS | CONTACT NUMBERS |
|---|---|---|---|---|---|
| BABCOCK<br>1258 BABCOCK<br>78201 | 312 | 6A4 | MON - FRI<br>TUESDAY | 8:00 - 5:00<br>8:00 - 6:00 | 210-737-1911<br>210-737-2068 FAX |
| BASTROP<br>305 ESKEW ST<br>78602 | 668 | 6A6 | MON - FRI | 8:00 - 5:00 | 512-581-7152<br>512-581-7153 FAX |
| BOERNE<br>1415 EAST BLANCO RD, STE 2<br>78006 | 638 | 6A8 | *TEMPORARILY CLOSED* | | 830-249-6335<br>830-249-8667 FAX |
| CUERO<br>208 E. LIVE OAK ST.<br>77954 | 322 | 6A7 | MON - FRI | 8:30 - 5:00 | 361-275-6154<br>361-275-3199 FAX |
| FLORESVILLE<br>800 10TH STREET #3<br>78114 | 395 | 6A5 | MON - FRI<br>CLOSED FOR LUNCH | 8:30 - 5:00<br>12 - 1:15 | 830-393-7216<br>830-393-3172 FAX<br>Internal #395 (Cisco) |
| FREDERICKSBURG<br>125 W MAIN STREET #L30<br>78624 | 680 | 6A8 | MON - FRI<br>TUESDAY DRIVE TESTS ONLY<br>CLOSED FOR LUNCH | 8:30 - 5:00<br>12 - 1:15 | 830-997-1932<br>830-990-8852 FAX |
| GENERAL MCMULLEN<br>1803 SOUTH GENERAL MCMULLEN<br>78226 | 326 | 6A3 | MON - FRI<br>TUESDAY | 8:00 - 5:00<br>8:00 - 6:00 | 210-436-6611<br>210-436-2031 FAX |
| GIDDINGS<br>170 E. INDUSTRY<br>78942 | 673<br>(BASTROP) | 6A6 | TUES, WED | 8:30 - 4:15 | 979-542-0246 |
| GONZALES<br>1709 SARAH DEWITT DRIVE<br>78629 | 307 | 6A5 | MON - FRI<br>CLOSED FOR LUNCH | 8:30 - 5:00<br>12:00 - 1:15 | 830-672-3328<br>830-672-7725 FAX |
| HALLETSVILLE<br>412 TEXANA<br>77964 | 375<br>(GONZALES) | 6A5 | TUES, WED<br>CLOSED FOR LUNCH | 9:00 - 4:00<br>12 - 1:00 | 361-798-9398 |
| HONDO<br>702 HARPER<br>78861 | 397 | 6A3 | MON - FRI | 8:00 - 5:00 | 830-426-8975<br>830-426-8975 FAX |
| JOURDANTON<br>1102 CAMPBELL<br>78026 | 396 | 6A1 | MON - FRI<br>DRIVE TESTS TUES., WED. & FRI. | 8:00 - 5:00 | 830-769-2277 |
| JUNCTION<br>501 MAIN STREET/COURTHOUSE<br>76849 | 678<br>(FBURG) | 6A8 | 2nd & 4th THURS<br>CLOSED FOR LUNCH | 9:00 - 4:00<br>12:00 - 1:00 | NONE |
| KERRVILLE<br>311 SIDNEY BAKER SOUTH<br>78028 | 615 | 6A8 | MON - FRI | 8:30 - 5:00 | 830-258-5750<br>830-258-5799 FAX |
| NEW BRAUNFELS<br>3003 INTERSTATE 35 S.<br>78130 | 311 | 6A5 | MON - FRI | 8:00 - 5:00 | 830-625-8111<br>830-626-7768 FAX |
| PAT BOOKER<br>1633 PAT BOOKER<br>78148 | 314 | 6A2 | MON - FRI<br>TUESDAY | 8:00 - 5:00<br>8:00 - 6:00 | 210-945-1900<br>210-945-1935 FAX |

| OFFICE | STATION # | AREA | DAYS OPEN | HOURS | CONTACT NUMBERS |
|---|---|---|---|---|---|
| PORT LAVACA<br>201 W. AUSTIN ST<br>77979 | 315 | 6A7 | MON - FRI | 8:30 - 5:00 | 361-552-5046<br>361-552-7053 FAX |
| SAN ANTONIO LEON VALLEY<br>7410 HUEBNER ROAD<br>LEON VALLEY 78240 | 645 | 6A09<br>6A10 | MON - THUR<br>FRI | 7:30 - 6:00<br>7:30 - 5:00 | 210-531-1000<br>210-684-2232 FAX |
| SAN MARCOS<br>1400 N. IH 35<br>78666 | 618 | 6A6 | MON - FRI | 8:00 - 5:00 | 512-353-2770<br>512-353-0175 FAX |
| SEGUIN<br>1440 EAST KINGSBURY<br>78155 | 316 | 6A5 | MON - FRI | 8:00 - 5:00 | 830-379-6802<br>830-372-1496 FAX |
| SAN ANTONIO SOUTHEAST<br>6502 S NEW BRAUNFELS AVENUE<br>78223 | 313 | 6A1 | MON - FRI<br>TUESDAY | 8:00 - 5:00<br>8:00 - 6:00 | 210-531-2241<br>210-531-2278 FAX |
| VICTORIA<br>8802 NORTH NAVARRO<br>77904 | 319 | 6A7 | MON - FRI | 8:00 - 5:00 | 361-578-3450<br>361-571-3402 FAX |

| DRIVER LICENSE CUSTOMER OPERATIONS |
|---|
| **REGION 6B - WACO** |

| | | | | |
|---|---|---|---|---|
| **JOSEPH J. GARCIA, MANAGER** | | PHONE | 254-759-7124 | 1617 E. CREST DR. |
| | | CELL | 254-224-7849 | WACO 76705 |
| | | | | |
| PAULETTE SLAUGHTER, ADMIN. ASST. | | PHONE | 254-759-7116 | |
| | | FAX | 254-759-7198 | |
| | | | | |
| **NANCY L. PRINCE, ASST. MANAGER** | | PHONE | 254-759-7125 | 1617 E. CREST DR. |
| (6B1-6B3) | | CELL | 254-424-3586 | WACO 76705 |
| | | | | |
| FLORINA NUTT - ADMIN. ASST. | | PHONE | 254-759-7137 | |
| | | FAX | 254-759-7198 | |
| | | | | |
| **FRANCES GOMEZ, ASST. MANAGER** | | PHONE | 512-424-7880 | 6121 N. LAMAR |
| (6B4-6B7) | | CELL | 512-484-9342 | AUSTIN 78752 |
| | | | | |
| WANDA LYNDS, ADMIN. ASST. | | PHONE | 512-424-7882 | |
| | | FAX | 512-424-5763 | |
| | | | | |
| **LILLIAN SPENCER, ASST. MANAGER** | | PHONE | 512-486-2801 | 216 E. WELLS BRANCH PARKWAY |
| (6B8-6B9) | | CELL | 512-466-5764 | PFLUGERVILLE 78660 |
| | | FAX | 512-486-2807 | |

| OFFICE SUPERVISORS: |
|---|

| | | | | |
|---|---|---|---|---|
| **VALERIE FRANKLIN** | 6B1 | PHONE | 254-759-7126 | 1617 E. CREST DR |
| (WACO, GROESBECK, HILLSBORO, MERIDIAN, FAIRFIELD) | | CELL | 254-495-9231 | WACO 76705 |
| **DEBBIE JENNINGS** | LEAD | CELL | 254-218-0796 | |
| | | | | |
| **ANN MCNIEL** | 6B2 | PHONE | 254-770-6741 | 6612 SOUTH GENERAL BRUCE DR. |
| (TEMPLE, COPPERAS COVE, GATESVILLE, HAMILTON, KILLEEN, FORT HOOD, GOLDTHWAITE) | | CELL | 254-931-7028 | TEMPLE 76502 |
| **CHERYL ARLDT** | LEAD | CELL | 254-231-7212 | |
| | | | | |
| **GWENDOLYN JACKSON** | 6B3 | PHONE | 512-930-3369 | 515 PINE ST. |
| (GEORGETOWN, LAMPASAS, CAMERON, TAYLOR, MARBLE FALLS, BURNET, LLANO) | | CELL | 512-818-9256 | GEORGETOWN 78626 |
| **EVELYN HOLMES** | LEAD | CELL | 512-818-7339 | |
| | | | | |
| **IRENE GARCIA** | 6B4 | PHONE | 512-464-3760 | 13730 RESEARCH BLVD |
| (AUSTIN-NORTHWEST) | | CELL | 512-963-4055 | AUSTIN 78750 |
| **DANE SHERRY** | LEAD | CELL | 512-826-3926 | |
| | | | | |
| **ESTELLA ANDRADA** | 6B5 | PHONE | 512-424-7881 | 6121 N. LAMAR |
| (AUSTIN-NORTH) | | CELL | 512-466-9515 | AUSTIN 78752 |
| **STEPHANIE ROSE** | LEAD | CELL | 512-239-9714 | |

## OFFICE SUPERVISORS:

| | | | | |
|---|---|---|---|---|
| **SHELLI TURNER** (AUSTIN-SOUTH, AUSTIN CAPITOL) | **6B6** | PHONE CELL | 512-444-5291 512-468-9343 | 6425 SOUTH IH-35, #180 AUSTIN 78744 |
| **JANEEN LAMBERT** | **LEAD** | CELL | 512-810-3659 | |
| **TERRI TRUE** (AUSTIN-DENSON) | **6B7** | PHONE CELL | 512-424-2822 512-818-9462 | 108 W. DENSON AUSTIN 78752 |
| **MARY LLOYD** (PFLUGERVILLE MEGA CENTER) | **6B8** | PHONE CELL FAX | 512-486-2803 512-914-4048 512-486-2807 | 216 E. WELLS BRANCH PARKWAY PFLUGERVILLE 78660 |
| **DAVID CHATFIELD** | **LEAD** | CELL | 512-815-4325 | |
| **SHONTEL CHOICE** (PFLUGERVILLE MEGA CENTER) | **6B9** | PHONE CELL | 512-486-2802 512-963-4029 | 216 E. WELLS BRANCH PARKWAY PFLUGERVILLE 78660 |
| **DAVID CHATFIELD** | **LEAD** | CELL | 512-815-4325 | |

| OFFICE | STATION # | AREA | DAYS OPEN | HOURS | CONTACT NUMBERS |
|---|---|---|---|---|---|
| AUSTIN -NORTH<br>6121 N. LAMAR<br>78752 | 604 | 6B5 | MON - FRI<br>TUESDAY | 8:00 - 5:00<br>8:00 - 6:00 | 512-424-2076<br>512-424-5763 FAX |
| AUSTIN-SOUTH<br>6425 SOUTH IH-35, #180<br>78744 | 605 | 6B6 | MON - FRI<br>TUESDAY | 8:00 - 5:00<br>8:00 - 6:00 | 512-444-5291<br>512-444-4296 FAX |
| AUSTIN-NORTHWEST<br>13730 RESEARCH BLVD.<br>78750 | 639 | 6B4 | MON - FRI<br>TUESDAY | 8:00 - 5:00<br>8:00 - 6:00 | 512-464-3763<br>512-464-3766<br>512-464-3792 FAX |
| AUSTIN-DENSON<br>108 W. DENSON<br>78752 | 699 | 6B7 | MON - FRI | 8:00 - 5:00 | 512-424-7619<br>512-424-2843 FAX |
| BURNET<br>COURTHOUSE ANNEX<br>1701 E. POLK<br>78611 | 685 | 6B3 | MON, WED, FRI.<br>CLOSED FOR LUNCH AND DRI<br>CDL TESTS ON FRI. ONLY | 8:30 - 5:00<br>12:00 - 3:00 | 512-756-5405<br>512-715-5202 FAX |
| CAMERON<br>512 N. JEFFERSON AVE<br>SUITE E<br>76520 | 669 | 6B3 | MON, THURS, FRI | 8:30 - 5:00 | 254-697-2956<br>254-697-7068 FAX |
| COPPERAS COVE<br>201 S. 2ND ST. SUITE 5<br>76522 | 628 | 6B2 | MON - FRI | 8:00 - 5:00 | 254-547-9130<br>254-547-5320 FAX |
| FAIRFIELD<br>118 E. COMMERCE,STE.101<br>75840 | 626 | 6B1 | WEDNESDAY | 9:00 - 4:00 | 903-389-5050<br>903-389-6228 FAX |
| FORT HOOD<br>HOOD ROAD BLDG. 69012<br>76544 | 636 | 6B2 | MON - FRI<br>RENEWALS/<br>DUPLICATES ONLY | 8:30 - 5:00 | 254-532-9786<br>254-532-9785 FAX |
| GATESVILLE<br>606B LEON ST.<br>76528 | 612 | 6B2 | MON, TUES, FRI<br>WED, THUR<br>LUNCH WED, THUR | 8:00 - 5:00<br>8:30 - 5:00<br>NOON - 1:00 | 254-865-2444<br>254-865-7572 FAX |
| GEORGETOWN<br>515 PINE ST.<br>78626 | 613 | 6B3 | MON - FRI | 8:00 - 5:00 | 512-863-5816<br>512-930-3369<br>512-930-3116 FAX |
| GOLDTHWAITE<br>1011 4TH ST., ROOM 303<br>76844 | 633<br>(GATESVILLE) | 6B2 | THURSDAY<br>LUNCH<br>SCHEDULED DRIVING EXAMS | 9:00 - 1:00<br>1:00 - 2:00<br>2:00 - 4:00 | 325-648-2266 |
| GROESBECK<br>1221 E. YEAGUA<br>76642 | 632 | 6B1 | MON, TUES,<br>THURS, FRI | 8:30 - 5:00 | 254-729-5554<br>254-729-5554 FAX |
| HAMILTON<br>101 W. HENRY<br>76531 | 633<br>(GATESVILLE) | 6B2 | WEDNESDAY | 9:00 - 4:00 | 254-386-3789<br>254-386-4788 FAX |
| HILLSBORO<br>126 S. COVINGTON<br>76645 | 621 | 6B1 | MON - FRI | 8:00 - 5:00 | 254-582-5044<br>254-582-7421 FAX |
| KILLEEN<br>302 PRIEST DR.<br>76541 | 616 | 6B2 | MON - FRI<br>TUESDAY | 8:00 - 5:00<br>8:00 - 6:00 | 254-634-1919<br>254-554-8489 FAX |

| OFFICE | STATION # | AREA | DAYS OPEN | HOURS | CONTACT NUMBERS |
|---|---|---|---|---|---|
| LAMPASAS<br>1690 N US HWY 281<br>76550 | 670 | 6B3 | TUES, WED, FRI<br>CLOSED NOON - 3 P.M. FOR LUNCH & DRIVE TESTS<br>CDL DRIVE TESTS WED. ONLY | 8:30 - 5:00 | 512-556-6871<br>512-556-6390<br>512-556-4135 FAX |
| LLANO<br>100 W SANDSTONE, RM 200<br>COURTHOUSE ANNEX<br>78643 | 622 | 6B3 | TUES & THURS | 9:00 - 4:00 | 325-247-5488<br>325-247-5205 FAX |
| MARBLE FALLS<br>810 STEVE HAWKINS PKWY<br>COURTHOUSE ANNEX, BOX 5<br>78654 | 682 | 6B3 | MON - FRI<br>NO CDL TESTS ON TUESDAYS | 8:30 - 5:00 | 830-798-3222<br>830-798-3221 FAX |
| MERIDIAN<br>500 State Hwy. 174<br>76665 | 631<br>(HILLSBORO) | 6B1 | THURS | 9:00 - 4:00 | 254-435-2913<br>254-435-2913 FAX |
| PFLUGERVILLE DL CENTER<br>216 E. WELLS BRANCH PKWY<br>78660 | 660 | 6B8<br>6B9 | MON - THUR<br>FRIDAY | 7:30 - 6:00<br>7:30 - 5:00 | 512-486-2804<br>512-486-2807 FAX |
| TAYLOR<br>412 VANCE #2<br>76574 | 623 | 6B3 | MON - FRI | 8:00 - 5:00 | 512-238-2160<br>512-238-2156<br>512-238-2162 FAX |
| TEMPLE<br>6612 S. GENERAL BRUCE DR<br>76502 | 619 | 6B3 | MON - FRI<br>TUESDAY | 8:00 - 5:00<br>8:00 - 6:00 | 254-770-6734<br>254-770-6742 INTERNAL<br>254-770-6766 FAX |
| WACO<br>1617 E. CREST DR.<br>76705 | 602 | 6B1 | MON - FRI<br>TUESDAY | 8:00 - 5:00<br>8:00 - 6:00 | 254-759-7121<br>254-759-7198 FAX |