TRANSCRIPT OF PROCEEDINGS BEFORE

THE SENATE OF THE STATE OF TEXAS

EIGHTY-FIRST LEGISLATURE

(COMMITTEE OF THE WHOLE SENATE)

AUSTIN, TEXAS

IN RE:                          §
                                §
CONSIDERATION OF                §
SENATE BILL 362                 §

### COMMITTEE OF THE WHOLE SENATE

#### TUESDAY, MARCH 10, 2009

BE IT REMEMBERED THAT AT 12:38 p..m., on

Tuesday, the 10th day of March 2009, the above-

entitled matter was heard at the Texas State Capitol

Senate Chamber, Austin, Texas, before the Committee of

the Whole Senate; and the following proceedings were

reported by Aloma J. Kennedy, a Certified Shorthand

Reporter of:

VOLUME 1A                            PAGES 1 - 208

KENNEDY

REPORTING

SERVICE

*a record of excellence*

1801 Lavaca  •  Suite 115  •  Austin, Texas  78701  •  512-474-2233



ORIGINAL

2:13-cv-193
09/02/2014
DEF0864

TX_00003867
JA_003280

655

```
 1    process.
 2                    So with that said, please know that
 3    whatever deliberations and whatever bills you pass
 4    related to elections, we look forward to working with
 5    you and helping you to -- helping you in terms of
 6    implementing the bills that you pass.
 7                    With that, I would ask that since I am a
 8    resource, that I'm here to answer questions.  We also
 9    have, Mr. Chairman, our General Counsel John Sepehri
10    here to answer questions as well, but we are open now
11    to any questions we may -- you may have for us today,
12    this morning.
13                QUESTIONS FROM SENATE FLOOR
14                    SEN. DUNCAN:  The Chair recognizes
15    Sen. Fraser.
16                    SEN. FRASER:  Deputy Secretary Shorter,
17    thank you for being here.  We -- it doesn't escape us
18    that you've been sitting over here since ten o'clock
19    this morning being available to this body.  And as
20    someone that serves the state, we appreciate you being
21    here.
22                    The questions that I have today for you
23    are -- I think I want some clarification, making sure
24    that the bill that I'm laying out that I am
25    understanding correctly the interpretation of someone
```

TX_00004544

Case 2:13-cv-00193 Document 753-18 Filed on 11/18/14 in TXSD Page 3 of 32
Case 1:12-cv-00128-RMC-DST-RLW Document 210-3 Filed 06/20/12 Page 184 of 265

656

```
 1    that fills out an application, sends it in, receives a
 2    registration card and then takes that registration
 3    card and attempts to vote with that.
 4              MR. SHORTER:  Yes, sir.
 5              SEN. FRASER:  And I guess the first
 6    question I would have is the election code is under
 7    Chapter 63 and, in fact, the start of that is
 8    Section 63.001, the Regular Procedure for Accepting a
 9    Voter.  Do you happen to have that --
10              MR. SHORTER:  Yes, sir, I do.
11              SEN. FRASER:  -- that law in front of
12    you?  And I would ask you -- if possible I'd like to
13    walk through and make sure I understand the Texas law
14    and what provides for the ability for someone to vote.
15              Here in my hand I have the voter
16    registration card that I believe that is issued.  Is
17    that correct?  It is issued to a voter.  It looks like
18    it is mailed out, and this would be the card that I
19    would use when I would walk into the --
20              MR. SHORTER:  Senator, that does appear
21    to be our voter registration card.
22              SEN. FRASER:  And it looks like -- it
23    says "Except as otherwise provided, acceptance of
24    voters shall be conducted as provided" under this
25    section.  "(b) On offering to vote, a voter must
```

657

```
 1    present the voter's voter registration certificate to
 2    an election officer at the polling place." So it
 3    appears to me that if I walk in a polling place and I
 4    take this voting card and I show it to the person at
 5    the polling place, the first thing they're going to do
 6    is accept this card that I'm offering.
 7               MR. SHORTER:  That is correct, sir.
 8               SEN. FRASER:  Okay.  "(c) On
 9    presentation of a registration certificate, an
10    election officer shall determine whether the voter's
11    name is on the registration certificate is on the list
12    of registered voters for the precinct." So I'm
13    assuming that after I hand him the card, if I remember
14    correctly, they've got a list in front them, they look
15    and find my name on the list, they look at my address
16    and they determine am I voting in the right precinct.
17    I think -- is that what they're looking for?
18               MR. SHORTER:  Yes, sir.
19               SEN. FRASER:  Okay.  "(d) If the voter's
20    name on the precinct list of registered voters, the
21    voter shall be accepted for voting."
22               MR. SHORTER:  That is correct.
23               SEN. FRASER:  Now, is that what happens?
24               MR. SHORTER:  Yes, sir, that is the --
25    what it's going to say on that.
```

TX_00004546

Case 2:13-cv-00193 Document 753-18 Filed on 11/18/14 in TXSD Page 5 of 32
Case 1:12-cv-00128-RMC-DST-RLW Document 210-3 Filed 06/20/12 Page 186 of 265

658

```
 1              SEN. FRASER:  Okay.  I want to clarify.
 2   On this card, there's several other things on the
 3   card.  One of them is, it has date of birth.  Now, is
 4   the person that I'm giving this to looking at that
 5   date of birth, and has it been reflected in state law
 6   that that's something they check?
 7              MR. SHORTER:  According to state law
 8   right now, as it is written now, date of birth is not
 9   something that is checked.
10              SEN. FRASER:  On this card, it has an
11   area for my sex.  We've had a lot of fun today with
12   the sex change argument, but on the card it says that
13   there is a registration for someone's sex.  My card
14   says "male," and I put it there.  Is that something
15   when I hand this card to the registration person that
16   they would be verifying on the card?
17              MR. SHORTER:  They would not be
18   verifying it under current law.
19              SEN. FRASER:  Okay.  So let me -- let me
20   make sure I understand the way this works.  I have a
21   card in my possession.  I walk in and I give this to
22   the person.  They look at the list, they determine I'm
23   in the right precinct.  If I'm on the list and I'm in
24   the right precinct, they hand me my card back, and
25   they hand me a ballot, and I go over and vote.  Is
```

Case 2:13-cv-00193 Document 753-18 Filed on 11/18/14 in TXSD Page 6 of 32
Case 1:12-cv-00128-RMC-DST-RLW Document 210-3 Filed 06/20/12 Page 187 of 265

659

```
 1   that correct?

 2              MR. SHORTER:  Yes, sir.

 3              SEN. FRASER:  Okay.  Well, I'm a little

 4   confused about how -- what could happen because let me

 5   continue this questioning here.  I live in Horseshoe

 6   Bay, Texas.  It is a small community, a retirement

 7   community, which by the way, most of them are AARP

 8   members.  And the retirement people there that still

 9   are going to vote, when they walk in, the people in

10   the polling place, they know me as their Senator.  And

11   if I walked in and I brought my voting card and I put

12   it in, they'd say "Senator, it's good to have you

13   today," and I would register and I would vote and then

14   I would walk back out to my car.

15              But what would happen after I voted

16   that -- in my car I had my brother Steve's voter

17   registration card, and I walked back into that polling

18   place that I just left and I laid Steve Fraser's

19   voting card down and said "I'm here to vote."  Now,

20   the registrar probably would say "Well, Senator, you

21   were just here, and you just voted."  And I said "No,

22   I'm Steve Fraser.  I'm his twin brother.  I'd like to

23   vote."  What authorization under state law does that

24   polling place person have to tell me that I am not

25   authorized to vote?
```

Case 2:13-cv-00193  Document 753-18  Filed on 11/18/14 in TXSD  Page 7 of 32
Case 1:12-cv-00128-RMC-DST-RLW  Document 210-3  Filed 06/20/12  Page 188 of 265

660

1    MR. SHORTER:  Under current state law,

2  there is no authorization to prevent that polling

3  person from --

4    SEN. FRASER:  So if I present my

5  brother's card and even though they know or they

6  suspect -- greatly suspect that I am not Steve Fraser,

7  do they have the authorization under state law to stop

8  me from voting?

9    MR. SHORTER:  I don't think -- based on

10  my understanding of state law and based on my

11  consultation with our staff, they don't have the

12  authorization to stop you.

13    SEN. FRASER:  Okay.  Let me -- let me

14  carry it a step further.  Let's say that I'm not in

15  Horseshoe Bay.  I'm in Houston, Texas.  And in

16  Houston, Texas if I was voting, probably they wouldn't

17  have any idea who I was.  And I walked in the voting

18  booth and I didn't have my card or my brother's card,

19  I had my wife Linda's card, and I went in to vote.

20  And my name -- Linda Fraser's name was on the list in

21  the precinct.  They would check and see if her name

22  was there, and they would check the address, and I'm

23  in the right place, would they hand me a ballot and

24  allow me to vote?  Is there anything under state law

25  that they would check the person verifying the -- you

Case 2:13-cv-00193 Document 753-18 Filed on 11/18/14 in TXSD Page 8 of 32
Case 1:12-cv-00128-RMC-DST-RLW Document 210-3 Filed 06/20/12 Page 189 of 265

661

```
 1    know, that I'm not Linda Fraser in that?  Is there
 2    anything under state law that would cause them or
 3    allow them not to allow me to vote?
 4              MR. SHORTER:  Senator, under these
 5    provisions of the law as they are, there are no
 6    provisions that would prevent that.
 7              SEN. FRASER:  Okay.  Let's carry it a
 8    step further.  There was a case that was represented
 9    to me this week -- there have been a lot of these now
10    that we've been working on this -- this happened in
11    Plano.  A poll worker in Plano had a lady came in,
12    bright red hair, big blue hat, feathers on the hat,
13    one of those people you would remember when they came
14    in.  She voted.  An hour later she came back in with
15    somebody else's registration card, went down to the
16    next poll person and was registering to vote.
17              The person she just voted with went to
18    the election judge and said "This person was just
19    here.  They just voted.  She's trying to vote again,"
20    and the election judge told them "I'm sorry.  We have
21    nothing under state law to stop them.  You have to
22    allow them to vote."  Now, is that -- under current
23    law could that have happened?
24              MR. SHORTER:  Under current law as it is
25    written, that could have happened, yes, sir.
```

Case 2:13-cv-00193  Document 753-18  Filed on 11/18/14 in TXSD  Page 9 of 32
Case 1:12-cv-00128-RMC-DST-RLW  Document 210-3  Filed 06/20/12  Page 190 of 265

662

1    SEN. FRASER: Okay. Let's carry it a
2  step further. Let's assume there's an unscrupulous
3  person that has the address of someone that they know
4  was a registered voter and that person has passed
5  away. Let me back up and ask the question.
6    My understanding is that when someone
7  dies that your office requests death records, and that
8  you now have the ability to try to take people off the
9  roll. Is that correct?
10    MR. SHORTER: Well, Senator, what
11  happens on a weekly basis, the Bureau of Vital
12  Statistics submits to our office their records on
13  deceased individuals, and we forward that information
14  to the counties for that person to be taken off the
15  roll.
16    SEN. FRASER: How long does it take for
17  that data to -- to have the person deceased till you
18  get it and you get them taken off, what is the time
19  lag?
20    MR. SHORTER: Senator, I don't know the
21  exact timeline that it takes, but the challenge that
22  we sometimes have is that the information that is
23  forwarded to our office from vital statistics, there's
24  a lag between the time that we get it and the time the
25  individual sometimes actually has expired.

Case 2:13-cv-00193   Document 753-18   Filed on 11/18/14 in TXSD   Page 10 of 32
Case 1:12-cv-00128-RMC-DST-RLW   Document 210-3   Filed 06/20/12   Page 191 of 265

663

1            SEN. FRASER:  I've been told it's six

2     months.  Is that the average time that it takes to

3     remove them off the roll?

4            MR. SHORTER:  We do have instances of

5     knowing it has taken six months.

6            SEN. FRASER:  Okay.  If it took six

7     months and if someone died and if someone sent in a

8     letter of a change of address and said that person

9     just died, asked for a new registration card to be

10    sent to X address and they did that with every one

11    that died during that period, and there were as many

12    as 30 or 40 or 50 of these people and the same

13    address -- request change that went to the same

14    address, do you have the ability or does the County

15    Clerk have the ability to catch that under our current

16    system?

17            MR. SHORTER:  If they all went to the

18    same address?

19            SEN. FRASER:  If someone sent in a

20    change of address --

21            MR. SHORTER:  Yes, sir.

22            SEN. FRASER:  -- of a valid voter and

23    said "Send me their registration card and send it to

24    this address" --

25            MR. SHORTER:  Yes, sir.

664

```
 1            SEN. FRASER:  -- and whether it was one
 2   or two or ten or thirty or fifty, that they change
 3   that address, if someone sends you in a change of
 4   address, would you likely send it to that address?
 5            MR. SHORTER:  Yes, sir, we would.
 6            SEN. FRASER:  So it's possible that
 7   someone could collect, could harvest multiple cards at
 8   this address.  Hypothetically is it possible they
 9   could hand them out to random people that didn't
10   belong to the card, and that person -- the random
11   person could walk in with the fake card and give it to
12   the person at the polling place and vote that card?
13            MR. SHORTER:  Hypothetically, yes,
14   Senator.
15            SEN. FRASER:  Well, hypothetically if it
16   could happen and someone could do it, we have to
17   assume that somebody has thought about that, and that
18   some of these people that we've heard on these stories
19   of people that were dead that voted multiple times
20   possibly that could have been what happened.  Is that
21   correct?
22            MR. SHORTER:  Yes, sir.
23            SEN. FRASER:  Okay.  If Senate Bill 362
24   was in place and that person that stole that
25   identification or stole the card or the Troy Fraser
```

Case 2:13-cv-00193   Document 753-18   Filed on 11/18/14 in TXSD   Page 12 of 32
Case 1:12-cv-00128-RMC-DST-RLW   Document 210-3   Filed 06/20/12   Page 193 of 265

665

```
 1    that was voting Steve Fraser's card, if they had to
 2    come in and show either a photo ID proving who they
 3    were or they had other means of identification that
 4    they would have to show, would that not give us a lot
 5    better chance of identifying that that person is
 6    fraudulently voting?
 7              MR. SHORTER:  Yes, sir, if you could
 8    verify that.
 9              SEN. FRASER:  Okay.  Well, let's change
10    this for a second.  I have the -- your voter
11    registration card here in front of me.  I know it
12    looks like it's got a lot of spaces for things to fill
13    out, but down at the bottom it's got a place to fill
14    in your driver's license number, and there's another
15    place that says your social security card number.
16              MR. SHORTER:  Yes, sir.
17              SEN. FRASER:  The data that I received
18    from you it looked like that because of motor voter
19    we're receiving about -- I think the number is
20    somewhere in the high 80s.  You know, 75 to 80 percent
21    of people right now are using their driver's license
22    number.  There is a smaller number, you know, 10,
23    15 percent uses a social security number, but there
24    were a number of people -- I think there were 3,700
25    people in Texas last year -- 37,000 people in Texas
```

Case 2:13-cv-00193  Document 753-18  Filed on 11/18/14 in TXSD  Page 13 of 32
Case 1:12-cv-00128-RMC-DST-RLW  Document 210-3  Filed 06/20/12  Page 194 of 265

666

1  last year that used neither. They said "I don't have

2  a driver's license. I don't have a social security

3  card," and they turned this in.

4         Now, if they turn this in to the

5  Secretary of State or to the registrar in Houston, the

6  guy that was just up, once they do that, would this be

7  processed, and will they be issued -- even though they

8  have no forms of identification, they don't give you a

9  driver's license number or a social security card, all

10  they gave you was just a blank card, will they be

11  issued a voter registration card?

12         MR. SHORTER: Senator, they will be

13  issued a voter registration card if they sign the

14  affirmation statement at the bottom.

15         SEN. FRASER: If they sign the bottom

16  saying "I'm who I say I am" on the bottom, they send

17  this in, they're going to get a registration card?

18         MR. SHORTER: That is correct.

19         SEN. FRASER: Okay. But I also

20  understand that when they go to vote there's going to

21  be a flag on that, and when they come in they've got

22  to show something to prove that they are who just

23  signed up. Is that correct?

24         MR. SHORTER: Yes, sir, they will have

25  to --

Case 2:13-cv-00193  Document 753-18  Filed on 11/18/14 in TXSD  Page 14 of 32
Case 1:12-cv-00128-RMC-DST-RLW  Document 210-3  Filed 06/20/12  Page 195 of 265

667

1          SEN. FRASER:  Okay.  But you also -- if
2    I understood the person from Houston, is that when
3    they fill this out, they mail them a notice that
4    they're going to have to provide some kind of
5    identification.  And if they took that letter that
6    they just mailed them in and said "Here is my proof of
7    identification.  They just mailed this to me,"
8    basically they could game the system by showing no
9    identification, mail it to the address, take that as
10   their form of identification, and they could use --
11   and let me give you kind of a ridiculous case.  But if
12   I filled this out as Mickey Mouse and it was 103
13   Lighthouse Drive and I sent it in, would you send me a
14   card for Mickey Mouse?
15          MR. SHORTER:  You would get a card,
16   Senator, if you have a -- have signed the affirmation.
17          SEN. FRASER:  If I sign the bottom of
18   it, you're going to send me a card for Mickey Mouse.
19   Okay.  Now I've got a registration card that says
20   Mickey Mouse.  I'm going to walk in to my precinct
21   with that card, and you've also sent me a notice
22   saying I've got to show other identification.  I take
23   the letter you just mailed me, walk in to my polling
24   place, I lay down my Mickey Mouse card, I also lay
25   down the letter you just mailed me, if I give them

Case 2:13-cv-00193   Document 753-18   Filed on 11/18/14 in TXSD   Page 15 of 32
Case 1:12-cv-00128-RMC-DST-RLW   Document 210-3   Filed 06/20/12   Page 196 of 265

668

```
 1    that, are they going to allow me to vote?
 2              MR. SHORTER:  If you're using that
 3    letter -- if we're talking about the letter from the
 4    government agency, it will be counted as a form of
 5    identification.
 6              SEN. FRASER:  Okay.  So if someone is
 7    unscrupulous and they know how to do this, let's say
 8    some random group like ACORN that decided they wanted
 9    to try to use something to register people to try to
10    get a card and to game the system and then to go in
11    and vote and falsify that vote by not giving the
12    proper identification, the scenario that I just laid
13    out, is that possible under current law?
14              MR. SHORTER:  It is possible, Senator.
15              SEN. FRASER:  Okay.  In the this last
16    election cycle -- and I'm sorry.  I'm not going to ask
17    you that question there.  We should have asked the
18    registrar because of the people that voted late in
19    this last election cycle I have been told that they
20    suspected thousands and thousands of that scenario
21    that I just suggested.
22              But if I took that Mickey Mouse voter ID
23    and I laid it in front of the person, would the person
24    say "Thank you, Mr. Mouse.  Here is your card," and
25    they would allow me to vote?  Is that not correct?
```

Case 2:13-cv-00193  Document 753-18  Filed on 11/18/14 in TXSD  Page 16 of 32
Case 1:12-cv-00128-RMC-DST-RLW  Document 210-3  Filed 06/20/12  Page 197 of 265

669

```
 1              MR. SHORTER:  Theoretically, Senator,
 2   that -- that could happen.
 3              SEN. FRASER:  Okay.  So I guess what I'm
 4   trying to establish with you is that it sounds like
 5   today if I want to game the system and I want to
 6   cheat, it's very difficult for either the Secretary of
 7   the State or that election clerk or that election
 8   judge to identify that I'm cheating and know for sure.
 9   Is that correct?  Especially if I'm voting in Houston
10   or Dallas or someplace where they have no reason to
11   know who I am, is it difficult -- would you say that
12   it is difficult for them to identify, to determine for
13   sure, that that person representing themself as Mickey
14   Mouse really is Mickey Mouse?
15              MR. SHORTER:  Senator, I would say that
16   there may be -- they may have an opportunity to
17   identify it.  However, to do something about it based
18   on what is currently in statute would be difficult.
19              SEN. FRASER:  Okay.  Well, actually that
20   was the next question.  It's difficult to identify,
21   but it sounds like it's even more difficult to proceed
22   to prosecute because if you can't identify it, you
23   don't have the authority to ask them questions to
24   prove who they are.  And even if you think you know
25   that it's the wrong person, if you accuse them of
```

Case 2:13-cv-00193 Document 753-18 Filed on 11/18/14 in TXSD Page 17 of 32
Case 1:12-cv-00128-RMC-DST-RLW Document 210-3 Filed 06/20/12 Page 198 of 265

670

```
 1    doing that, there's really nothing under current law
 2    to allow you to do that, is there?
 3                 MR. SHORTER:  Well, they're a registrar
 4    who has some concerns, has reasonable concerns, does
 5    have the capacity to challenge, but there's not
 6    provisions for once those challenges are made for you
 7    to do much with it.
 8                 SEN. FRASER:  Okay.  Under current law,
 9    as we say here, even if there's a challenge -- and
10    let's say that -- let's go back to the Horseshoe
11    Bay -- let's go to the Horseshoe Bay example.
12                 MR. SHORTER:  Yes, sir.
13                 SEN. FRASER:  If I voted twice there,
14    they'd know it was me and probably they would say it's
15    a challenge, and they probably could call the D.A. and
16    say "The Senator just voted twice.  We need to check
17    into it."  But the question is, I just voted twice, I
18    just placed two ballots, what would happen to those
19    ballots?  Would they be put in the pile to be counted?
20                 MR. SHORTER:  Yes.
21                 SEN. FRASER:  Okay.  So I just voted
22    illegally.  You knew I voted illegally.  You're going
23    to report me to the D.A., but I just voted.  And if
24    that is a close election, that County Commissioner
25    that I voted for, and they're going to be within one
```

Case 2:13-cv-00193   Document 753-18   Filed on 11/18/14 in TXSD   Page 18 of 32
Case 1:12-cv-00128-RMC-DST-RLW   Document 210-3   Filed 06/20/12   Page 199 of 265

671

1    or two votes, I just impacted an election by voting

2    illegally.

3              MR. SHORTER:   Would you allow me to

4    defer to my general counsel on whether or not that

5    actual vote would count twice?

6              SEN. FRASER:   I'm sorry.   I didn't say

7    it was going to count twice.   I voted twice.   I'm

8    saying I voted as Troy Fraser and I voted as Steve

9    Fraser, and both of those votes I voted under current

10   law.   The vote, my understanding is, and I've asked

11   the registrar of these counties what they would do, if

12   someone comes and votes and they place a vote, they

13   have to put it in the pile to count.   But even if

14   there's appeal, they could pursue it and possibly get

15   an indictment.   But I think what you're saying is if

16   it's hard to catch them, it's even much harder to

17   prosecute.

18             MR. SHORTER:   And, Senator, on that --

19   on that particular question, I think my best response

20   to you is for you to allow me the opportunity to

21   research that one and get back with you as soon as

22   possible --

23             SEN. FRASER:   Okay.   Okay.   That's good.

24             MR. SHORTER:   -- because I'm really not

25   clear on that one.

672

1          SEN. FRASER:  The other question I would

2   ask you and that I want to clarify, if someone

3   suspects the scenario that we just talked about where

4   they suspect somebody has voted illegally, it got put

5   in the pile to count and they think that they voted

6   twice like the lady with the big hat, if that is

7   referred to someone to check it out, if it happens in

8   Dallas, probably that's going to go to the District

9   Attorney, or they could send it to -- directly to the

10  Attorney General, or it's possible it could be sent to

11  you, but if they send it to you, aren't you going to

12  refer it to the District Attorney and the AG?  Is that

13  correct?

14          MR. SHORTER:  If a complaint is sent to

15  the Secretary of State's Office, our office looks at

16  the complaint, and there's a general assumption among

17  the staff and the Secretary of State's Office and that

18  assumption is if the information that is being

19  presented on that -- on that complaint is actually

20  considered true, and if it's true we -- of course

21  understand, Senator, our office does not do the

22  investigation.  But if the allegations as presented

23  would present a crime under the elections code, our

24  office would refer it to the Attorney General's

25  Office.

Case 2:13-cv-00193   Document 753-18   Filed on 11/18/14 in TXSD   Page 20 of 32
Case 1:12-cv-00128-RMC-DST-RLW   Document 210-3   Filed 06/20/12   Page 201 of 265

673

```
 1              SEN. FRASER:  Okay.  And I guess the
 2   follow-up question to that is if it's hard to identify
 3   and it's hard to prosecute and there's two other
 4   sources, the assumption is that the number of these
 5   going to your office probably -- is it great?  If
 6   they're having trouble identifying it and they're
 7   having trouble prosecuting it, do you --
 8              MR. SHORTER:  Correct.  Senator, the
 9   number -- in terms of -- I can give you some
10   statistics.  In terms of the Secretary of State's
11   Office since September 1, 2007, there were 50 written
12   complaints sent to our office, and those -- those
13   were -- our office looked through those.  We looked at
14   them to see if there was merit.  Actually related
15   to -- complaints related to voter impersonation, we
16   found about seven of those complaints.  Two of them
17   were actually referred, one was not referred, and one
18   is pending.  One is pending with our office now to be
19   actually referred to the AG's Office.
20              SEN. FRASER:  Thank you, Mr. Shorter.  I
21   do appreciate the information.
22              SEN. DUNCAN:  Sen. Van de Putte or --
23   Sen. Van de Putte?  And the court reporter has been
24   going for about almost two hours.  If we could -- you
25   take as long as you need, but I would propose that we
```

Case 2:13-cv-00193  Document 753-18  Filed on 11/18/14 in TXSD  Page 21 of 32
Case 1:12-cv-00128-RMC-DST-RLW  Document 210-3  Filed 06/20/12  Page 202 of 265

674

```
 1   let her take a break in about ten minutes, if we
 2   could.
 3                 SEN. VAN de PUTTE:  Thank you,
 4   Mr. Chairman, and thank you very much for being here
 5   particularly in the late -- excuse me -- the early
 6   hour that we're in now in the next day.
 7                 I wanted to ask a few of the questions
 8   earlier yesterday.  In speaking to Sen. Fraser when he
 9   laid out the bill, I asked several questions at that
10   time.  He said that the Secretary of State's Office
11   would be the most appropriate.  So the questions that
12   I'm asking you are actually the ones that Sen. Fraser
13   had asked me to ask.
14                 You.  And please give our regards to my
15   dear friend and fellow San Antonian Hope Andrade.
16                 I wanted to ask you if you would just
17   take a look at the bill, and hopefully you have a copy
18   of that or your general counsel has that for you.  On
19   the first page in Section 15.005 --
20                 MR. SHORTER:  Uh-huh.
21                 SEN. VAN de PUTTE:  -- there's a
22   timeline between the requirements when each voter
23   registration certificate issued under Section 13.142
24   or renewal registration certificate issued under
25   Section 14.001.  In the Senate Bill that is proposed,
```

Case 2:13-cv-00193 Document 753-18 Filed on 11/18/14 in TXSD Page 22 of 32
Case 1:12-cv-00128-RMC-DST-RLW Document 210-3 Filed 06/20/12 Page 203 of 265

675

```
 1    we have to do a lot of changes to educate our election
 2    judges and our clerks.  What happens in the timeframe
 3    between the people with current registrations that are
 4    caught between the renewal for purposes of education?
 5              MR. SHORTER:  For purposes of
 6    education of --
 7              SEN. VAN de PUTTE:  Yeah.
 8              MR. SHORTER:  -- of the new bill?
 9              SEN. VAN de PUTTE:  Yeah.
10              MR. SHORTER:  Well, Senator, what we
11    would do -- what our office is planning on doing for
12    all elections-related bills, we're in the process
13    right now of doing the long-term planning for voter
14    education for our office.  And voter education in our
15    office deals with some specific things.  Voter
16    education in our office deals with we want -- we want
17    to talk about where to vote, how to vote, what do you
18    need to vote, what are the items that you need to
19    vote, all the resources.  So we're planning that now.
20              If this bill were passed or any other
21    bill that you would pass related to changes in a
22    requirement for voting, as we continue to develop our
23    module for voter education, we would be able to put
24    the requirements that this bill or any other bill has
25    into our planning module for voter education that
```

Case 2:13-cv-00193   Document 753-18   Filed on 11/18/14 in TXSD   Page 23 of 32
Case 1:12-cv-00128-RMC-DST-RLW   Document 210-3   Filed 06/20/12   Page 204 of 265

676

1   we're currently developing.

2              SEN. VAN de PUTTE:  Since the proposed

3   regulations and rules would be greatly changed from

4   the process that Texas voters have used in the past

5   several years with the requirements of the voter

6   certificate and a photo identification, how would the

7   Secretary of State's Office propose to inform voters

8   of these changes?

9              MR. SHORTER:  Senator, we would inform

10  through the existing process that we have, which is a

11  pretty extensive process.  For instance, during the

12  last year on voter education, it was a $3 million

13  process that we undertook to inform voters of what's

14  going to be going on in the election cycle that ended

15  in November of 2008.  We're doing that now.

16              It would mean that our office would have

17  to make sure that all of the changes are implemented,

18  and implementation would mean all notifications that

19  would need to be made, we would have to get that done.

20  All training for county Election Officials through our

21  current -- through our current system of educating

22  county workers, election workers, which we hold

23  periodically through the year, we would implement or

24  make sure that this new information is a part of that

25  process.  Poll worker training, which we're looking at

TX_00004565

677

```
 1    right now, we would also make sure that those things
 2    within the bill that actively affect poll workers,
 3    those changes will be put into what we're doing now or
 4    what we're planning to do.
 5                  Generally after -- during a session when
 6    a session is over, there are a lot of election bills
 7    that are passed, and our pattern of preparing for
 8    coming out of session, going into a season of getting
 9    ready for elections, we start looking at what bills
10    have been passed.  We're putting together the
11    structure now on what we're doing on voter education
12    and then fit those into the model.  Sometimes when
13    there are major changes like this, it does require
14    more work on our -- a heavier workload on our staff,
15    but the staff at the agency has proven time after time
16    that they're capable of doing it.
17                  SEN. VAN de PUTTE:  Well, I believe that
18    the Secretary of State's Office and particularly this
19    Secretary of State, is more than willing and it's been
20    shown.  My concern is that -- have you seen the fiscal
21    note that is attached to the implementation of this
22    bill?
23                  MR. SHORTER:  Yes, ma'am, I have.
24                  SEN. VAN de PUTTE:  According to the
25    fiscal note, your -- the Office of the Secretary of
```

TX_00004566

Case 2:13-cv-00193   Document 753-18   Filed on 11/18/14 in TXSD   Page 25 of 32
Case 1:12-cv-00128-RMC-DST-RLW   Document 210-3   Filed 06/20/12   Page 206 of 265

678

1    State.

2                MR. SHORTER:  Uh-huh.

3                SEN. VAN de PUTTE:  -- is to absorb the

4    cost.  Given that, how do you plan to notify each of

5    the voters, given that in Indiana and Georgia

6    individual mailings were made to each registered voter

7    informing them of the change in voter ID?  And since

8    we have no legal, I guess, basis, at least in our

9    fiscal note, for the Secretary of State to implement

10   that, how would the Secretary of State's Office plan

11   to inform each voter, which were the requirements that

12   they felt under -- to get pre-clearance under the

13   Voting Rights Act, how would you-all achieve that with

14   zero money?

15               MR. SHORTER:  Senator, we would -- we

16   would achieve that by using the funds that we've been

17   using to do it in the past.  We would use the HAVA

18   Funds that have been set aside for voter education.  I

19   remember your asking this question earlier about the

20   zero fiscal note that our office put on it.  We put it

21   on there, and when this bill -- when a similar bill

22   was filed like this in the previous session, staff

23   shared with me that there was a zero fiscal note on it

24   as well, and it was because HAVA dollars were able to

25   be used.

Case 2:13-cv-00193 Document 753-18 Filed on 11/18/14 in TXSD Page 26 of 32
Case 1:12-cv-00128-RMC-DST-RLW Document 210-3 Filed 06/20/12 Page 207 of 265

679

```
 1              SEN. VAN de PUTTE:  I believe the fiscal
 2    note for the voter ID bill in the 80th Legislative
 3    Session that was passed by the House was at $600,000,
 4    and so we --
 5              MR. SHORTER:  Yes, ma'am.
 6              SEN. VAN de PUTTE:  So that's what I
 7    wanted to ask is that -- I know that Hope is very good
 8    at squeezing dollars, but how do you -- how does the
 9    Secretary of State's Office plan to inform -- and it's
10    not just the training.  From what we understand of all
11    voter ID laws that have been passed, each of those
12    Secretaries of State have done an individual mailing,
13    not just posting on the Web, not that.  Do you plan to
14    send an individual mailing to each voter with or
15    without the passage of this bill?
16              MR. SHORTER:  That -- first of all, that
17    would be, of course, Secretary Andrade's decision.
18              As for that $600,000 fiscal note in the
19    previous bill, that was not a fiscal note that was
20    put on by the Secretary of State's Office.  My
21    understanding is that was a fiscal note that was put
22    on by DPS.  Even though that fiscal note was $600,000
23    put on by DPS, our fiscal note on that previous bill,
24    if I'm understanding correctly, is that it was still
25    zero because we were not looking at those funds to --
```

Case 2:13-cv-00193  Document 753-18  Filed on 11/18/14 in TXSD  Page 27 of 32
Case 1:12-cv-00128-RMC-DST-RLW  Document 210-3  Filed 06/20/12  Page 208 of 265

680

1          SEN. VAN de PUTTE:  Okay.

2          MR. SHORTER:  -- and we do still now.

3   For instance, right now in voter education, in HAVA

4   dollars, we still have $2 million left.  Our staff, in

5   anticipation of bills coming out of the session, we've

6   been working with the EAC already to see -- make sure

7   that bills that are passing through the House and

8   through the Senate or through the Legislature of Texas

9   would be able to -- we would be able to use HAVA

10  dollars for that.  We feel comfortable that we can,

11  but we don't want to get towards the end of the

12  session and find out that we were incorrect.

13         SEN. VAN de PUTTE:  Thank you.  I would

14  also ask the questions that I asked Sen. Fraser that

15  they said that the Secretary's Office would be more

16  appropriate.  With regard to naturalized citizens,

17  what is the difference between a certificate -- a

18  citizenship certificate, which is in the first section

19  of the bill that's allowable with the photo ID, and

20  citizenship papers, which is allowed under the second

21  part of the bill?

22         MR. SHORTER:  Senator, I remember your

23  asking that question earlier today, and I asked our

24  staff today to help me and answer that question.  They

25  have not gotten back to me, of course, at four o'clock

Case 2:13-cv-00193   Document 753-18   Filed on 11/18/14 in TXSD   Page 28 of 32
Case 1:12-cv-00128-RMC-DST-RLW   Document 210-3   Filed 06/20/12   Page 209 of 265

681

1    this morning.  But if you would allow me to get you

2    the answer to that in a few hours, I will provide that

3    for you.

4              SEN. VAN de PUTTE:  Thank you.  That

5    would be helpful to us since we have 56,000

6    naturalized citizens.  And I believe the certificate

7    is the eight by eleven certificate that is issued at

8    the time of naturalization, which has a photo, but in

9    the case of many of our constituents who have been

10   naturalized it is a photo of them when they were a

11   young child or a young adult, and the citizenship

12   papers may be the little wallet size card.  So it

13   doesn't have a photo.

14             MR. SHORTER:  Yes, ma'am.

15             SEN. VAN de PUTTE:  But I think because

16   of the language and since it's each of those

17   documents, it would be very helpful to us.

18             And I know that there are probably some

19   more questions from other members, but I know that our

20   Stenographer has been there, but when you come back, I

21   know that some of the questions, if I have the chance

22   to ask, or maybe one of the other members, is the

23   statistical and demographic data of our current Texas

24   voters and who are registered.

25             MR. SHORTER:  Yes, ma'am.

Case 2:13-cv-00193   Document 753-18   Filed on 11/18/14 in TXSD   Page 29 of 32
Case 1:12-cv-00128-RMC-DST-RLW   Document 210-3   Filed 06/20/12   Page 210 of 265

682

1                 SEN. VAN de PUTTE:  So I will stop at

2     this point the questions so that we can take a break,

3     but just to let you know that's probably coming up.

4                 MR. SHORTER:  Thank you.

5                 SEN. VAN de PUTTE:  Thank you,

6     Mr. Chairman.  I'll proceed after.

7                 SEN. DUNCAN:  Do you want to maintain

8     the floor when you come back?

9                 SEN. VAN de PUTTE:  I would love to

10    maintain the floor after just to continue, but I don't

11    want to go beyond the 4:40 a.m.

12                SEN. DUNCAN:  Okay.  We will then --

13    Members, with that we will stand at ease for ten

14    minutes and be back at 4:50.

15                (Recess:  4:41 a.m. to 4:53 a.m.)

16                SEN. DUNCAN:  Okay.  Members, we'll come

17    back to order.  Sen. Van de Putte has the floor.

18                Before she begins again, we'll have -- I

19    need to make this announcement to the folks who are in

20    the gallery or who are waiting to be in public

21    testimony.  The Chair would request that anyone

22    wishing to testify return to the registration desk and

23    check in with the clerk.  This will allow the clerk to

24    pull the relevant witness cards, and we can proceed

25    through public testimony more efficiently.  All

Case 2:13-cv-00193   Document 753-18   Filed on 11/18/14 in TXSD   Page 30 of 32
Case 1:12-cv-00128-RMC-DST-RLW   Document 210-3   Filed 06/20/12   Page 211 of 265

683

1    witness information will be entered into the record
2    and witnesses present and testifying will be noted as
3    such.   Those who do not testify will be entered into
4    the record as nontestifying but registering their
5    position for or against the Senate Bill 362.   We think
6    this will be a way to help facilitate those and also
7    give us a little better idea of how to manage yours
8    and our time.
9                    Sen. Van de Putte, you're recognized.
10                    SEN. VAN de PUTTE:   Thank you,
11   Mr. Chairman.
12                    Thank you.   It's good to be back with
13   you again.   Before I ask some of the demographic data,
14   there was one part that I forgot to ask that I had
15   asked Sen. Fraser and wanted to reiterate.   Under the
16   proposed bill, we have two different types of military
17   ID as well:   Those military IDs that have a photograph
18   and the military IDs that do not have a photograph,
19   and they are listed, I think, in two different
20   sections of the bill.
21                    My question is having to deal with the
22   inconsistencies of addresses with our military
23   members, not veterans.   Once they're veterans, they're
24   living in Texas and not here because of the duty
25   station.   Under the provisions of this bill or maybe

684

```
 1   even currently, but currently our military members do
 2   not have to show a photo identification.  Under this
 3   bill they would.  How would a clerk or election judge
 4   treat the inconsistencies in nonalignment of address
 5   on the photo ID with the -- with the certificate?
 6              MR. SHORTER:  Senator, I don't have that
 7   answer, but I will get it for you, and that would
 8   involve -- and I'll tell you what I will go through:
 9   Asking my staff and also visiting with the clerks to
10   see have they seen this, is this something that has
11   happened already, or based on this particular
12   bill would it happen.
13              SEN. VAN de PUTTE:  Well, I don't think
14   we know because they don't have to show a photo ID.
15              MR. SHORTER:  Correct; you're right;
16   you're right; absolutely.
17              SEN. VAN de PUTTE:  And because many of
18   those members that are here still have their own
19   state's driver's license because -- or they're issued
20   the DOD license on some installations, it doesn't
21   reconcile with the voter certificate.
22              MR. SHORTER:  Right.
23              SEN. VAN de PUTTE:  And particularly for
24   those career military who then become civilian, they
25   keep their -- that because they may be going to
```

TX_00004573

Case 2:13-cv-00193   Document 753-18   Filed on 11/18/14 in TXSD   Page 32 of 32
Case 1:12-cv-00128-RMC-DST-RLW   Document 210-3   Filed 06/20/12   Page 213 of 265

685

```
 1   retire, and it's particular.  So if you would do that?
 2                 MR. SHORTER:  Yes, ma'am.
 3                 SEN. VAN de PUTTE:  And in that also how
 4   would, under the proposed bill, we treat the
 5   inconsistencies in addresses in college students who
 6   may still keep their primary place of residence, which
 7   is their home and the home of their parents, for
 8   purposes of their driver's license because that's
 9   their permanent address and they are only temporary,
10   yet choose to register in the town that they are now
11   going to college.  So the photo identification or
12   driver's license does not match up with the
13   certificate.  So those are two instances where how
14   would that -- those be treated.
15                 MR. SHORTER:  Yes, ma'am.
16                 SEN. VAN de PUTTE:  My other question
17   is -- we know from some of the data that the affected
18   groups and what we -- what is the state's burden to
19   prove at the Department of Justice is the availability
20   for African-Americans, Hispanics, language groups to
21   be afforded the same ability, in other words, no
22   discrimination?  Can you tell us of the 13 million
23   plus voters, do we know how many voters are
24   African-American in the State of Texas?
25                 MR. SHORTER:  Senator, we don't know
```