Case 2:13-cv-00193  Document 753-19  Filed on 11/18/14 in TXSD  Page 1 of 21
Case 1:12-cv-00128-RMC-DST-RLW  Document 210-3  Filed 06/20/12  Page 214 of 265

686

1   because that data is not tracked on race and ethnicity

2   right now.  The only thing that is tracked is we

3   can -- based on our new TEAM system, we can

4   cross-reference Hispanic surnames, but that's

5   inconclusive, so --

6                   SEN. VAN de PUTTE:  Van de Putte.

7                   MR. SHORTER:  Exactly.  So the answer is

8   right now there's not a mechanism to track race or

9   ethnicity.

10                  SEN. VAN de PUTTE:  So how would we be

11  able -- if we don't know -- if we're not capturing the

12  data, the data is not available as a base point of how

13  many registered voters we have who are

14  African-American or Latino or Spanish speaking, how

15  can we benchmark and prove up to the Justice

16  Department and support litigation that there will not

17  be a negative effect since we have no data?

18                  MR. SHORTER:  I would assume that our

19  staff has been using some other means to do that.  I

20  don't know what that is, but I will find out for you.

21                  SEN. VAN de PUTTE:  Okay.  So what I

22  have so far is that you will get back to us on

23  certificate versus papers --

24                  MR. SHORTER:  Yes, ma'am.

25                  SEN. VAN de PUTTE:  -- for naturalized

Case 2:13-cv-00193   Document 753-19   Filed on 11/18/14 in TXSD   Page 2 of 21
Case 1:12-cv-00128-RMC-DST-RLW   Document 210-3   Filed 06/20/12   Page 215 of 265

687

```
 1   citizens --
 2                MR. SHORTER:  Yes, ma'am.
 3                SEN. VAN de PUTTE:   -- since the other
 4   states that have passed this so far do not have nearly
 5   the degree of those naturalized citizens as we do; and
 6   that you will also check on the incongruencies of
 7   address for both our military members and college
 8   students.
 9                MR. SHORTER:  Yes, ma'am.
10                SEN. VAN de PUTTE:  And you will also
11   get back with us the data, if it exists, of how many
12   voters we have that are indeed African-American and
13   Hispanic so that we can have a benchmark.  We need
14   that data to be able to prove that.  So those are the
15   things that you are going to be helping us with.
16                MR. SHORTER:  Yes, ma'am, I will; we
17   will.  John and I will be notifying staff so they can
18   get on it and hopefully give you an answer before the
19   end of the day.
20                SEN. VAN de PUTTE:  Well, thank you, but
21   I know you haven't gone to sleep yet, so I appreciate
22   the hard work of your staff.  And again, my regards to
23   my dear friend, our Secretary of State.
24                MR. SHORTER:  Thank you.
25                SEN. VAN de PUTTE:  Thank you.
```

Case 2:13-cv-00193   Document 753-19   Filed on 11/18/14 in TXSD   Page 3 of 21
Case 1:12-cv-00128-RMC-DST-RLW   Document 210-3   Filed 06/20/12   Page 216 of 265

688

```
 1              SEN. WENTWORTH:  The Chair recognizes
 2   Sent. Whitmire.  Sen. Whitmire?  John?  The Chair
 3   recognizes Sen. Whitmire.
 4              SEN. WHITMIRE:  No, I'll pass
 5   (inaudible) I've got a quick question, quick, quick,
 6   quick.  You were responding to Sen. Fraser's
 7   hypotheticals, and he was talking about if he ran in
 8   and voted and then he went back out and got his
 9   brother's card and voted again that nothing could be
10   done.  Is it not true, sir, that the election officer
11   is in total control of his precinct?  I've seen folks
12   be arrested for handing out cards too close, poll
13   watchers for harassing voters.  Isn't it true that if
14   you try to go in and vote twice in the same timeframe
15   that you could be arrested for voter fraud at that
16   moment and maybe even have a mental warrant served on
17   you if you tried to do it like he described it?  So
18   aren't we -- aren't we really being a little
19   ridiculous at five in the morning with some of our
20   hypotheticals?
21              MR. SHORTER:  Sir, I'm not --
22              SEN. WHITMIRE:  You were being awful
23   nice.  I realize you're in a difficult position, but I
24   don't -- is it realistic that someone, the same person
25   could vote twice within a 30-minute timeframe?
```

689

```
 1                  MR. SHORTER:  It's possible, sir.
 2    Whether --
 3                  SEN. WHITMIRE:  It's possible to get
 4    arrested for doing it, too, is it not?
 5                  MR. SHORTER:  That is correct.
 6                  SEN. WHITMIRE:  Okay.  That's all I
 7    wanted to clear up because -- and I could go through
 8    his other hypotheticals.
 9                  What really concerns us and I guess it's
10    been somewhat addressed is the cost and the commitment
11    to educate the public.
12                  MR. SHORTER:  Yes, sir.
13                  SEN. WHITMIRE:  Have you been in any
14    planning sessions where you're going to have the
15    resources and you have the spots, as Sen. Williams
16    pointed out?  I mean, are we really serious and ready
17    to go with that, or is that a hypothetical, too?
18                  MR. SHORTER:  No, sir.  Our office is
19    actively planning our voter education program for the
20    next cycle now.
21                  SEN. WHITMIRE:  Well, that's great, but
22    what's the provisions for doing a voter ID plan?
23                  MR. SHORTER:  What we're doing now is
24    looking at -- because this is one of our new bills
25    that we're working on and that has been brought to us
```

Case 2:13-cv-00193   Document 753-19   Filed on 11/18/14 in TXSD   Page 5 of 21
Case 1:12-cv-00128-RMC-DST-RLW   Document 210-3   Filed 06/20/12   Page 218 of 265

690

```
 1    for us to look at, we're looking at what costs would
 2    be associated with doing those things within the bill
 3    and fitting those into the funds that we have
 4    available.  Based on the fact that it is not a
 5    Presidential Election year, we feel that the funds
 6    that we have available now we could -- we could
 7    theoretically -- we could undertake this.
 8              There are -- in terms of training for --
 9    training for elections and new initiatives, that's
10    already -- we're already directed to do that.  So our
11    agency as a whole is -- there's some things you
12    anticipate and you know and you plan for, and we're
13    already there, sir.  Because what we will have to do
14    is we'll have to prioritize in terms of maybe some new
15    initiatives versus -- that are not legislatively
16    mandated versus those that you-all mandate to us.
17              SEN. WHITMIRE:  Okay.  I yield at this
18    time.
19              SEN. DUNCAN:  Sen. Watson, you're
20    recognized.
21              SEN. WATSON:  Thank you, Mr. Chair, and
22    thank you for being here.  I know it's been very long.
23              And, Members, one bit of information.
24    Yesterday, not today, but yesterday, although it feels
25    like one day, was his ten-year old son's birthday, and
```

Case 2:13-cv-00193   Document 753-19   Filed on 11/18/14 in TXSD   Page 6 of 21
Case 1:12-cv-00128-RMC-DST-RLW   Document 210-3   Filed 06/20/12   Page 219 of 265

691

1    he stayed with us all during that period of time,

2    snuck away I think briefly to wish him a happy

3    birthday, but we really appreciate your being with

4    us --

5             MR. SHORTER:   Thank you.

6             SEN. WATSON:   -- and hope you will tell

7    him we said happy birthday.

8             Just a couple of quick questions.   One

9    is you shared with me some numbers on a piece of

10    paper, and I don't know what the paper was created

11    for, but it has at the top of the page the number 5,

12    and then it says "Number of voters who have registered

13    since 2006 without a driver's license number."   What

14    was this document created for?

15             MR. SHORTER:   Sir, this document was

16    created -- Senator, this document was created in a

17    response to questions that were asked of our staff

18    last week by House Elections.

19             SEN. WATSON:   Okay.   And in that, what

20    you did is you created two sets of numbers:   One was a

21    set of numbers of voters who registered since

22    January 1, 2006.   And explain for me again why that's

23    an important number date.

24             MR. SHORTER:   When the Help America Vote

25    Act was passed in 2002, there was a requirement put in

692

1    the provisions of the Help America Vote Act for
2    uniformity standard purposes for the driver's license
3    to be a required form of ID in terms of registration.
4    Prior to January 1, 2006, it was optional as to
5    whether or not you included your driver's license on
6    your voter registration application.
7                  The voter registration application
8    now -- the first thing it asks for in Section 8 is
9    either your driver's license and your Texas -- or your
10   Texas ID, and that's a requirement if you have one.
11   Prior to January 1, 2006 it was optional.
12                 SEN. WATSON:  Okay.  So the numbers you
13   came up with you demonstrated -- and I think we had
14   had some conversation -- Sen. Fraser and I had had
15   some conversation earlier in the day.  And when you
16   look at those who have registered since January 1,
17   2006, the key date that you mentioned, and you look at
18   those numbers, about 91.9 percent have registered
19   using a driver's license.  Is that correct?
20                 MR. SHORTER:  Using a driver's license
21   or social security number.
22                 SEN. WATSON:  Well, here is the way --
23   let's make sure we're clear on this.  The first
24   category of numbers who registered with a driver's
25   license, and I guess that's with a driver's license

TX_00004581

Case 2:13-cv-00193   Document 753-19   Filed on 11/18/14 in TXSD   Page 8 of 21
Case 1:12-cv-00128-RMC-DST-RLW   Document 210-3   Filed 06/20/12   Page 221 of 265

693

```
 1    exclusively.  Is that correct?
 2              MR. SHORTER:  That is correct, sir.
 3              SEN. WATSON:  And then the second
 4    category is those who registered with a social
 5    security number, and that would be exclusively with a
 6    social security number?
 7              MR. SHORTER:  That is correct.
 8              SEN. WATSON:  And then the third
 9    category would be those who did something you don't
10    really have to do, but they did it, and they filled in
11    both driver's license and social security?
12              MR. SHORTER:  That is correct.
13              SEN. WATSON:  So if I wanted to identify
14    the number of people who registered with a Texas
15    driver's license and get a total number, I would add
16    Category 1 and Category 3?
17              MR. SHORTER:  That is correct, Senator.
18              SEN. WATSON:  Now, something else you
19    did in response to the question from House Elections
20    was you said "In addition agency staff queried the
21    entire statewide file which reflects the following
22    breakdowns concerning identification numbers for all
23    voters."  So that would be folks with voter
24    registration certificates, voter registration
25    certificates including those from before January 1,
```

694

1   2007?

2                   MR. SHORTER:  That is correct.  That's

3   everyone in our vote registration system.

4                   SEN. WATSON:  And those folks weren't

5   required, as you've said, to utilize a driver's

6   license or social security number?

7                   MR. SHORTER:  Yes, sir.

8                   SEN. WATSON:  And that -- when we look

9   at those numbers, and you have the same categories,

10  you have number of voters with a driver's license,

11  again exclusively, number of voters with a social

12  security number exclusively, number of voters with

13  both and the number of voters with neither.  When we

14  put those numbers together, we know that about

15  25 percent of the population that have voter

16  registration certificates don't indicate that they

17  have -- that they didn't use a Texas driver's license

18  to get that.  Is that right?

19                  MR. SHORTER:  Yes, sir.

20                  SEN. WATSON:  Now, you also would have

21  no way of knowing in either of those that have been

22  registered since January 1, 2006 or those that have

23  been registered since well before that time who might

24  have lost their driver's license during that period of

25  time?

695

```
 1                    MR. SHORTER:  No, sir.

 2                    SEN. WATSON:  And the Secretary of

 3      State's Office wouldn't have any way of knowing whose

 4      driver's license might have been expired for over two

 5      years now?

 6                    MR. SHORTER:  If they already have their

 7      voter registration card.

 8                    SEN. WATSON:  Right.  So, for example,

 9      if I registered to vote, let's say ten years ago, just

10      to use a round number, I wouldn't have been required

11      to use a driver's license to register.  Is that

12      correct?

13                    MR. SHORTER:  Correct.

14                    SEN. WATSON:  And if I continue to vote

15      on a regular basis, as I understand it, I am

16      re-registered each time I register to vote or I go

17      vote.  Right?

18                    MR. SHORTER:  Yes, sir.

19                    SEN. WATSON:  So if I lost my driver's

20      license nine years ago but I continue to register, I

21      might be a registered voter in the State of Texas

22      maybe even use my driver's license when I registered,

23      but I no longer would have a driver's license?

24                    MR. SHORTER:  That's a possibility, sir.

25                    SEN. WATSON:  No one has asked the
```

Case 2:13-cv-00193   Document 753-19   Filed on 11/18/14 in TXSD   Page 11 of 21
Case 1:12-cv-00128-RMC-DST-RLW   Document 210-3   Filed 06/20/12   Page 224 of 265

696

1   Secretary of State's Office to do any sort of studies
2   or provide any information demonstrating whether there
3   are certain populations or demographic groups in Texas
4   that are less likely to have a driver's license and
5   use their driver's license when they apply for a voter
6   registration certificate, have they?
7             MR. SHORTER:  To my knowledge, no, sir.
8             SEN. WATSON:  And the truth is you
9   wouldn't have any way of putting that data together,
10  would you?
11            MR. SHORTER:  Not as an agency alone.
12            SEN. WATSON:  Well, if I told you that
13  the Texas Department -- you'd have to go to DPS?
14            MR. SHORTER:  Probably.  That's one of
15  the agencies that pops into my head.
16            SEN. WATSON:  And I think we talked a
17  little bit earlier today -- I think I showed you an
18  answer that DPS has given.  You wouldn't be surprised
19  to know that DPS is not aware of any studies regarding
20  a way to demonstrate whether certain populations or
21  demographic groups are less likely to secure a
22  driver's license than others, you weren't surprised
23  when I shared that with you earlier today, were you?
24            MR. SHORTER:  No, sir.  I recall.
25            SEN. WATSON:  Yeah.  Thank you very

Case 2:13-cv-00193   Document 753-19   Filed on 11/18/14 in TXSD   Page 12 of 21
Case 1:12-cv-00128-RMC-DST-RLW   Document 210-3   Filed 06/20/12   Page 225 of 265

697

| | |
|---|---|
| 1 | much, and I really do appreciate it along with |
| 2 | everybody that you've given us so much time. |
| 3 | SEN. DUNCAN:  Thank you, Sen. Watson. |
| 4 | The Chair recognizes Sen. Patrick. |
| 5 | SEN. PATRICK:  Thank you, Mr. Chairman. |
| 6 | Just a quick question.  There was an earlier comment |
| 7 | made that it was very unlikely that someone would vote |
| 8 | twice in 30 minutes.  But the truth is if someone did |
| 9 | fraudulently get, let's just say ten voter |
| 10 | registrations, and they didn't send in a name like |
| 11 | Mickey Mouse but sent in a very normal name that |
| 12 | wouldn't catch anyone's attention.  And if I had ten |
| 13 | cards or that person had ten cards, they could go to |
| 14 | one precinct and vote, and they could go down the |
| 15 | street to another precinct and vote -- |
| 16 | MR. SHORTER:  (Nodded) |
| 17 | SEN. PATRICK:  -- and another precinct |
| 18 | and vote because they'd go in over a different |
| 19 | registration card each time. |
| 20 | MR. SHORTER:  Okay. |
| 21 | SEN. PATRICK:  So a person could, if |
| 22 | they wanted to, or they could register in the same |
| 23 | precinct and go back three days later if they started |
| 24 | during early voting.  Right? |
| 25 | MR. SHORTER:  Repeat your -- repeat the |

698

1    last part of your question.

2              SEN. PATRICK:  The last part of the

3    question, if you had registrations in the same

4    precinct, you could go back over a period of multiple

5    days if you were willing to take that risk and vote.

6    So a person could vote more than once.  I mean, it's

7    not an extreme thought that someone could register

8    under several different names.

9              MR. SHORTER:  It's a hype -- it is one

10   of those hypotheticals that could happen.

11             SEN. PATRICK:  All right.  Thank you.

12             SEN. DUNCAN:  Thank you, Sen. Patrick.

13   The Chair recognizes Senator -- do you want to go

14   ahead, Sen. Watson, and enter -- you've got a document

15   you want to enter?

16             SEN. WATSON:  Yeah, let me just ask a

17   quick question.  I should have done that.  Do you have

18   a clean copy of the sheet that has Question No. 5, the

19   answer from the House Elections Committee that we

20   could make an exhibit for our record?

21             MR. SHORTER:  Yes, sir.

22             SEN. WATSON:  Okay.  We'll wait until

23   you're done, but if you'll just remind me of that,

24   we'll attach that after your testimony.

25             MR. SHORTER:  Yes, sir.

Case 2:13-cv-00193   Document 753-19   Filed on 11/18/14 in TXSD   Page 14 of 21
Case 1:12-cv-00128-RMC-DST-RLW   Document 210-3   Filed 06/20/12   Page 227 of 265

699

```
 1                     SEN. WATSON:   Thank you very much.
 2     Thank you, Mr. Chair, for letting me do that out of
 3     order.
 4                     SEN. DUNCAN:   The Chair recognizes
 5     Sen. Davis.
 6                     SEN. DAVIS:   Good morning.
 7                     MR. SHORTER:   Good morning.
 8                     SEN. DAVIS:   I join my colleagues in
 9     saying thank you to you for staying so long with us.
10     And I have a very quick question for you.  I apologize
11     if you've already asked -- been asked this question
12     and answered it, but what is the amount of money that
13     the Secretary of State has set aside in anticipation
14     of the possibility of having to educate our voter
15     community about the requirements -- the new
16     requirements that would be placed upon them under the
17     Senate Bill that we're looking at today?
18                     MR. SHORTER:   We haven't determined the
19     actual amount, Senator.  We are looking at all of our
20     opportunities and looking at the available resources
21     we already existed -- already have.  We know right
22     now -- if there were no other funding, we know that we
23     have access to $2 million through our current HAVA
24     Funds for voter education.
25                     What we need to do now is -- and we feel
```

700

1    comfortable based on the projections -- being that it
2    is not a Presidential Election year, we feel
3    comfortable that we can do what needs to be done
4    within that window.  There are also some opportunities
5    potentially for us to maybe draw down some additional
6    HAVA Funds.  We're not -- we're investigating that as
7    well.
8            So what we're looking at is if this bill
9    is passed as it is, staff is looking at, based on
10   access to HAVA dollars, what would it cost to do this,
11   to implement this, to do the training, to do the voter
12   education statewide.  We don't have those figures yet.
13   However, based on past precedent within the agency and
14   with the access to those federal funds, we feel like
15   we can do it with those funds and be consistent with
16   how we've done it every year.
17            SEN. DAVIS:  Let's say we weren't
18   examining the issue that's before us right now and we
19   weren't going to create any kind of new voter ID
20   requirement in the State of Texas.  What would the
21   Secretary of State's Office have used that $2 million
22   amount for?  What kind of educational programs do you
23   typically engage in?
24            MR. SHORTER:  Well, we don't -- we don't
25   anticipate this particular bill consuming all of

TX_00004589

Case 2:13-cv-00193   Document 753-19   Filed on 11/18/14 in TXSD   Page 16 of 21
Case 1:12-cv-00128-RMC-DST-RLW   Document 210-3   Filed 06/20/12   Page 229 of 265

701

```
 1    that -- those funds.  For instance, our entire effort
 2    last year would focused on some key things.  And if
 3    you don't mind, I'd like to kind of just --
 4                 SEN. DAVIS:  I'd appreciate that.
 5                 MR. SHORTER:  -- share with you some of
 6    the ideas from talking with our staff on voter
 7    education.  In 2008 we have what's called a Vote Texas
 8    Program.  That's our voter education program.  That
 9    focuses on newspaper, radio, TV, PSAs, interactive
10    Web.  It allows us an opportunity to be creative to
11    reach the people where they are, and we do several
12    things:  We focus on the basics of education.  Number
13    one, how to vote, what needs to happen to vote, where
14    to vote, where are you going to vote, what do you
15    bring -- what do you need to bring with you to vote.
16    If this were -- if this bill were to pass, what would
17    you need to bring to vote would be the -- it would
18    change.
19                 We're at a point in our development
20    where we can now make those changes.  Theoretically
21    what happens in the Secretary of State's Office is we
22    get through with the session, we look at all of the
23    changes and we use the summer months -- we use the
24    spring to answer all your questions and start
25    planning.  We have certainty after the session as to
```

Case 2:13-cv-00193 Document 753-19 Filed on 11/18/14 in TXSD Page 17 of 21
Case 1:12-cv-00128-RMC-DST-RLW Document 210-3 Filed 06/20/12 Page 230 of 265

702

1    what you as a legislative body have given us, the

2    mandates and directions you have given us.  We use

3    that time then to start implementing, plugging in.

4              One of the other things we do is what is

5    the process and -- what is the actual process and then

6    what are the rights of the voters.  So based on that,

7    it seems very plausible that we would be able to take

8    the directives of this bill or any bill that you as a

9    legislature provide and fit it into that formula and

10   meet HAVA requirements for what we are mandated to do

11   in terms of educating our voters.

12             SEN. DAVIS:  And in the past when you've

13   implemented a program like that, and I gather from

14   what you're saying you've engaged in exactly this kind

15   of --

16             MR. SHORTER:  Yes, ma'am.

17             SEN. DAVIS:  -- education effort before,

18   what would the cost be in a typical election cycle for

19   you to administer that program?

20             MR. SHORTER:  Last year we -- last

21   year -- the last election cycle was $3 million.

22             SEN. DAVIS:  It was $3 million.  And

23   that's $3 million educating a voter group that has for

24   many years been operating under the same rules

25   repeatedly.  Correct?

Case 2:13-cv-00193 Document 753-19 Filed on 11/18/14 in TXSD Page 18 of 21
Case 1:12-cv-00128-RMC-DST-RLW Document 210-3 Filed 06/20/12 Page 231 of 265

703

```
 1              MR. SHORTER:  Yes, if there were -- I
 2   came to the agency during the middle of that process.
 3   If there were legislative changes during the last
 4   legislative cycle, those changes were intertwined into
 5   the voter education process.  I'm not -- I'll have to
 6   go back and ask what changes were made during the last
 7   legislative session that would have affected how we
 8   rolled out this particular -- last year's initiative.
 9              For instance, within all of that,
10   there's also the Project Vote where we start -- the
11   education process of educating voters starts also at
12   the age of educating our school-aged kids.
13   1.1 million people -- 1.1 million students in over 300
14   school districts last year participated in Project
15   Vote.  So those were some extra things that we've
16   always done even with legislation like this we will
17   still be able to do because we have it down to a
18   science now on how to do it, and we've been able to
19   bring those costs down.
20              SEN. DAVIS:  And now that you have it
21   down to a science and in the last election cycle given
22   that you have it down to a science, you've spent, you
23   said, about $3 million on the program.  Could you
24   anticipate a scenario where with a new voter ID
25   requirement, one that is, well, quite lengthy in terms
```

Case 2:13-cv-00193 Document 753-19 Filed on 11/18/14 in TXSD Page 19 of 21
Case 1:12-cv-00128-RMC-DST-RLW Document 210-3 Filed 06/20/12 Page 232 of 265

704

1  of the amount of paper that it this takes up on the
2  bill that's been proposed, could you anticipate given
3  the need to educate on so many new features of a voter
4  program that it might cost you more than $3 million to
5  educate Texans on that program?
6            MR. SHORTER: Senator, based on past
7  precedent, I think it will be highly unlikely that the
8  expenses would increase that much because many of the
9  things that this bill is requiring us to do we're
10 already doing it on legislation that has existed for a
11 long time.
12            When we have a poll -- when we have the
13 poll worker training or the training for Election
14 Officials, it's very detailed information, and there
15 are little tweaks that the legislature makes, and
16 these are not 30-minute trainings. These are
17 generally two- to three-day trainings. So it's not
18 like if we -- if this bill were implemented the
19 training needs would be -- or the training modules
20 that will be developed would be any different than the
21 modules that we are already developing because the
22 ones we're developing now are pretty extensive.
23            SEN. DAVIS: And did the $3 million
24 figure that you -- that you cited a moment ago on your
25 voter outreach program in the last election cycle, did

705

```
 1    that include the costs of training poll workers on
 2    whatever tweaks came in the last legislative session?
 3                 MR. SHORTER:  It is my understanding
 4    that it did, but, Senator, I don't mind verifying that
 5    for you to make sure that it's all-inclusive.
 6                 SEN. DAVIS:  I would appreciate that.
 7    And if you could provide us with information in terms
 8    of exactly what that poll training looked like, the
 9    poll worker training looked like, I would appreciate
10    that.
11                 MR. SHORTER:  Senator, we're very
12    excited about our poll worker training because we have
13    two aspects:  It can be done in person, but we also
14    have poll worker training now that can be done on
15    line.  And one of the things we're really trying to
16    do -- and with the hope of encouraging more people to
17    volunteer or sign up to be poll workers.
18                 SEN. DAVIS:  Would you anticipate that a
19    bill suggesting the changes of this magnitude might be
20    a more complex training program -- that might require
21    a more complex training program than you've had to
22    engage in in the past where the legislature may have
23    tweaked, to use your word, the voter requirements?
24                 MR. SHORTER:  And maybe, Senator, using
25    the word "tweaked" was not probably the appropriate
```

TX_00004594

Case 2:13-cv-00193   Document 753-19   Filed on 11/18/14 in TXSD   Page 21 of 21
Case 1:12-cv-00128-RMC-DST-RLW   Document 210-3   Filed 06/20/12   Page 234 of 265

706

```
 1    word to use.  I don't see anything at this point that
 2    would cause me as the operations person within the
 3    agency to be alarmed.
 4              SEN. DAVIS:  Okay.  Thank you.  I
 5    appreciate it.
 6              SEN. DUNCAN:  All right.  Thank you,
 7    Sen. Davis.  There are no other members in the queue
 8    to ask questions.  So, Mr. Shorter, you are excused.
 9    Thank you for your testimony.
10              MR. SHORTER:  Thank you, Mr. Chairman.
11              TESTIMONY BY DENNIS BOREL
12              SEN. DUNCAN:  The Chair calls Dennis
13    Borel.  Mr. Borel, do you have written testimony?
14              MR. BOREL:  (Inaudible)
15              SEN. DUNCAN:  Do you have pictures for
16    us?  All right.  We'll need to get those marked at the
17    right time.
18              MR. BOREL:  Good morning.  My name is
19    Dennis Borel with the Coalition of Texans with
20    Disabilities.  Yes, I am from the Texas --
21              SEN. DUNCAN:  Hang on just a minute.
22              MR. BOREL:  Sure.
23              SEN. DUNCAN:  We need to get your timer
24    started.
25              MR. BOREL:  Okay.
```