

Chapter 123

S.B. No. 14



1                          AN ACT

2    relating to requirements to vote, including presenting proof of

3    identification; providing criminal penalties.

4         BE IT ENACTED BY THE LEGISLATURE OF THE STATE OF TEXAS:

5         SECTION 1.  Section 13.002, Election Code, is amended by

6    adding Subsection (i) to read as follows:

7         (i)  An applicant who wishes to receive an exemption from the

8    requirements of Section 63.001(b) on the basis of disability must

9    include with the person's application:

10             (1)  written documentation:

11                 (A)  from  the  United  States  Social  Security

12   Administration evidencing the applicant has been determined to have

13   a disability; or

14                 (B)  from the United States Department of Veterans

15   Affairs evidencing the applicant has a disability rating of at

16   least 50 percent; and

17             (2)  a statement in a form prescribed by the secretary

18   of state that the applicant does not have a form of identification

19   acceptable under Section 63.0101.

20        SECTION 2.  Section 15.001, Election Code, is amended by

21   adding Subsection (c) to read as follows:

22        (c)  A  certificate  issued  to  a  voter  who  meets  the

23   certification requirements of Section 13.002(i) must  contain an

24   indication that the voter is exempt from the requirement to present

2:13-cv-193
09/02/2014
DEF0866

Defendant's Exhibit #
424

DE-004180

S.B. No. 14

1  identification other than the registration certificate before

2  being accepted for voting.

3      SECTION 3.  Effective September 1, 2011, Subchapter A,

4  Chapter 15, Election Code, is amended by adding Section 15.005 to

5  read as follows:

6      Sec. 15.005.  NOTICE  OF  IDENTIFICATION  REQUIREMENTS.

7  (a)  The voter registrar of each county shall provide notice of the

8  identification requirements for voting prescribed by Chapter 63 and

9  a detailed description of those requirements with each voter

10  registration certificate issued under Section 13.142 or renewal

11  registration certificate issued under Section 14.001.

12      (b)  The secretary of state shall prescribe the wording of

13  the notice to be included on the certificate under this section.

14      SECTION 4.  Subsection (a), Section 15.022, Election Code,

15  is amended to read as follows:

16      (a)  The registrar shall make the appropriate corrections in

17  the registration records, including, if necessary, deleting a

18  voter's name from the suspense list:

19          (1)  after receipt of a notice of a change in

20  registration information under Section 15.021;

21          (2)  after receipt of a voter's reply to a notice of

22  investigation given under Section 16.033;

23          (3)  after receipt of a registration omissions list and

24  any affidavits executed under Section 63.006 [63.007], following an

25  election;

26          (4)  after receipt of a voter's statement of residence

27  executed under Section 63.0011;

2

Defendant's Exhibit #
424

DE-004181

S.B. No. 14

1           (5)  before the effective date of the abolishment of a
2   county election precinct or a change in its boundary;

3           (6)  after  receipt  of  United  States  Postal  Service
4   information indicating an address reclassification;

5           (7)  after receipt of a voter's response under Section
6   15.053; or

7           (8)  after  receipt  of  a  registration  application  or
8   change of address under Chapter 20.

9       SECTION 5.  Effective  September  1,  2011,  Subchapter  A,
10  Chapter 31, Election Code, is amended by adding Section 31.012 to
11  read as follows:

12      Sec. 31.012.  VOTER  IDENTIFICATION  EDUCATION.      (a)  The
13  secretary of state and the voter registrar of each county that
14  maintains a website shall provide notice of the identification
15  requirements for voting prescribed by Chapter 63 on each entity's
16  respective website in each language in which voter registration
17  materials are available.  The secretary of state shall prescribe
18  the wording of the notice to be included on the websites.

19      (b)  The secretary of state shall conduct a statewide effort
20  to educate voters regarding the identification requirements for
21  voting prescribed by Chapter 63.

22      (c)  The  county  clerk  of  each  county  shall  post  in  a
23  prominent location at the clerk's office a physical copy of the
24  notice prescribed under Subsection (a) in each language in which
25  voter registration materials are available.

26      SECTION 6.  Effective  September  1,  2011,  Section  32.111,
27  Election Code, is amended by adding Subsection (c) to read as

Defendant's Exhibit #                    DE-004182
424

1 follows:

2     (c)  The training standards adopted under Subsection (a)

3 must include provisions on the acceptance and handling of the

4 identification presented by a voter to an election officer under

5 Section 63.001.

6     SECTION 7.  Effective September 1, 2011, Subsection (a),

7 Section 32.114, Election Code, is amended to read as follows:

8     (a)  The county clerk shall provide one or more sessions of

9 training using the standardized training program and materials

10 developed and provided by the secretary of state under Section

11 32.111 for the election judges and clerks appointed to serve in

12 elections ordered by the governor or a county authority.  Each

13 election judge shall complete the training program.  Each election

14 clerk shall complete the part of the training program relating to

15 the acceptance and handling of the identification presented by a

16 voter to an election officer under Section 63.001.

17     SECTION 8.  Chapter 62, Election Code, is amended by adding

18 Section 62.016 to read as follows:

19     Sec. 62.016.  NOTICE OF ACCEPTABLE IDENTIFICATION OUTSIDE

20 POLLING PLACES. The presiding judge shall post in a prominent place

21 on the outside of each polling location a list of the acceptable

22 forms of identification. The list must be printed using a font that

23 is at least 24-point.  The notice required under this section must

24 be posted separately from any other notice required by state or

25 federal law.

26     SECTION 9.  Section 63.001, Election Code, is amended by

27 amending Subsections (b), (c), (d), and (f) and adding Subsections

4

Defendant's Exhibit #

424

DE-004183

S.B. No. 14

1  (g) and (h) to read as follows:

2    (b)  Except as provided by Subsection (h), on [On] offering

3  to vote, a voter must present to an election officer at the polling

4  place one form of identification described by Section 63.0101 [the

5  voter's voter registration certificate to an election officer at

6  the polling place].

7    (c)  On presentation of the documentation required under

8  Subsection (b) [a registration certificate], an election officer

9  shall determine whether the voter's name on the documentation

10  [registration certificate] is on the list of registered voters for

11  the precinct.  If in making a determination under this subsection

12  the election officer determines under standards adopted by the

13  secretary of state that the voter's name on the documentation is

14  substantially similar to but does not match exactly with the name on

15  the list, the voter shall be accepted for voting under Subsection

16  (d) if the voter submits an affidavit stating that the voter is the

17  person on the list of registered voters.

18    (d)  If, as determined under Subsection (c), the voter's name

19  is on the precinct list of registered voters and the voter's

20  identity can be verified from the documentation presented under

21  Subsection (b), the voter shall be accepted for voting.

22    (f)  After determining whether to accept a voter, an election

23  officer  shall  return  the  voter's  documentation  [registration

24  certificate] to the voter.

25    (g)  If the requirements for identification prescribed by

26  Subsection (b) are not met, the voter may be accepted for

27  provisional voting only under Section 63.011.  For a voter who is

5

Defendant's Exhibit #

DE-004184

424

S.B. No. 14

1  not accepted for voting under this section, an election officer

2  shall:

3          (1)  inform the voter of the voter's right to cast a

4  provisional ballot under Section 63.011; and

5          (2)  provide the voter with written information, in a

6  form prescribed by the secretary of state, that:

7              (A)  lists the requirements for identification;

8              (B)  states  the  procedure  for  presenting

9  identification under Section 65.0541;

10             (C)  includes a map showing the location where

11  identification must be presented; and

12             (D)  includes notice that if all procedures are

13  followed and the voter is found to be eligible to vote and is voting

14  in the correct precinct, the voter's provisional ballot will be

15  accepted.

16     (h)  The  requirements  for  identification  prescribed  by

17  Subsection (b) do not apply to a voter who is disabled and presents

18  the  voter's  voter  registration  certificate  containing  the

19  indication described by Section 15.001(c) on offering to vote.

20     SECTION 10.  Subsection (a), Section 63.0011, Election Code,

21  is amended to read as follows:

22     (a)  Before a voter may be accepted for voting, an election

23  officer shall ask the voter if the voter's residence address on the

24  precinct list of registered voters is current and whether the voter

25  has changed residence within the county.  If the voter's address is

26  omitted from the precinct list under Section 18.005(c), the officer

27  shall ask the voter if the voter's residence, if [as] listed, on

6

Defendant's Exhibit #          DE-004185
424

S.B. No. 14

1   identification presented by the voter under Section 63.001(b) [the

2   voter's voter registration certificate] is current and whether the

3   voter has changed residence within the county.

4        SECTION 11.  Effective  September  1,  2011,  Chapter  63,

5   Election Code, is amended by adding Section 63.0012 to read as

6   follows:

7        Sec. 63.0012.  NOTICE  OF  IDENTIFICATION  REQUIREMENTS  TO

8   CERTAIN VOTERS.  (a)  An election officer shall distribute written

9   notice of the identification that will be required for voting

10  beginning  with  elections  held  after  January  1,  2012,  and

11  information on obtaining identification without a fee under Chapter

12  521A, Transportation Code, to each voter who, when offering to

13  vote, presents a form of identification that will not be sufficient

14  for acceptance as a voter under this chapter beginning with those

15  elections.

16       (b)  The secretary of state shall prescribe the wording of

17  the notice and establish guidelines for distributing the notice.

18       (c)  This section expires September 1, 2017.

19       SECTION 12.  Section 63.006, Election Code, is amended to

20  read as follows:

21       Sec. 63.006.  VOTER  WITH  REQUIRED  DOCUMENTATION  [CORRECT

22  CERTIFICATE] WHO IS NOT ON LIST.  (a)  A voter who, when offering to

23  vote, presents the documentation required under Section 63.001(b)

24  [a voter registration certificate indicating that the voter is

25  currently registered in the precinct in which the voter is offering

26  to vote,] but whose name is not on the precinct list of registered

27  voters[,] shall be accepted for voting if the voter also presents a

7

Defendant's Exhibit #

424

DE-004186

S.B. No. 14

1  voter registration certificate indicating that the voter is
2  currently registered:
3             (1)  in the precinct in which the voter is offering to
4  vote; or
5             (2)  in a different precinct in the same county as the
6  precinct in which the voter is offering to vote and the voter
7  executes an affidavit stating that the voter:
8                  (A)  is a resident of the precinct in which the
9  voter is offering to vote or is otherwise entitled by law to vote in
10 that precinct;
11                 (B)  was a resident of the precinct in which the
12 voter is offering to vote at the time the information on the voter's
13 residence address was last provided to the voter registrar;
14                 (C)  did   not   deliberately   provide   false
15 information to secure registration in a precinct in which the voter
16 does not reside; and
17                 (D)  is voting only once in the election.
18      (b)  After the voter is accepted, an election officer shall:
19           (1)  indicate beside the voter's name on the poll list
20 that the voter was accepted under this section; and
21           (2)  enter  the  voter's  name  on  the  registration
22 omissions list.
23      SECTION 13.  Section 63.009, Election Code, is amended to
24 read as follows:
25      Sec. 63.009.  VOTER WITHOUT CERTIFICATE WHO IS NOT ON LIST.
26 A [(a)  Except as provided by Subsection (b), a] voter who does not
27 present a voter registration certificate when offering to vote, and

8

Defendant's Exhibit #                    DE-004187
                424

S.B. No. 14

1   whose name is not on the list of registered voters for the precinct
2   in which the voter is offering to vote, shall be accepted for
3   provisional voting if the voter executes an affidavit in accordance
4   with Section 63.011.
5           [(b)  If an election officer can determine from the voter
6   registrar that the person is a registered voter of the county and
7   the person presents proof of identification, the affidavits
8   required by Sections 63.007 and 63.008 are substituted for the
9   affidavit required by Section 63.011 in complying with that
10  section.  After the voter is accepted under this subsection, an
11  election officer shall also indicate beside the voter's name on the
12  poll list that the voter was accepted under this section.]
13          SECTION 14.  Section 63.0101, Election Code, is amended to
14  read as follows:
15          Sec. 63.0101.  DOCUMENTATION OF PROOF OF IDENTIFICATION.
16  The following documentation is an acceptable form [as proof] of
17  photo identification under this chapter:
18              (1)  a  driver's  license,  election  identification
19  certificate, or personal identification card issued to the person
20  by the Department of Public Safety that has not [or a similar
21  document issued to the person by an agency of another state,
22  regardless of whether the license or card has] expired or that
23  expired no earlier than 60 days before the date of presentation;
24              (2)  a United States military identification card that
25  contains the person's photograph that has not expired or that
26  expired no earlier than 60 days before the date of presentation
27  [form of identification containing the person's photograph that

9

Defendant's Exhibit #
424

DE-004188

S.B. No. 14

1  establishes the person's identity];

2          (3)  a [birth certificate or other document confirming

3  birth that is admissible in a court of law and establishes the

4  person's identity;

5          [(4)] United States citizenship certificate [papers]

6  issued to the person that contains the person's photograph;

7          (4) [(5)] a United States passport issued to the

8  person that has not expired or that expired no earlier than 60 days

9  before the date of presentation; or

10         (5)  a license to carry a concealed handgun issued to

11  the person by the Department of Public Safety that has not expired

12  or that expired no earlier than 60 days before the date of

13  presentation

14         [(6)  official mail addressed to the person by name

15  from a governmental entity;

16         [(7)  a copy of a current utility bill, bank statement,

17  government check, paycheck, or other government document that shows

18  the name and address of the voter; or

19         [(8)  any other form of identification prescribed by

20  the secretary of state].

21     SECTION 15.  Section 63.011, Election Code, is amended by

22  amending Subsections (a) and (b) and adding Subsection (b-1) to

23  read as follows:

24     (a)  A person to whom Section 63.001(g) [63.008(b)] or 63.009

25  [63.009(a)] applies may cast a provisional ballot if the person

26  executes an affidavit stating that the person:

27         (1)  is a registered voter in the precinct in which the

10

Defendant's Exhibit #                    DE-004189
424

S.B. No. 14

1  person seeks to vote; and

2            (2)  is eligible to vote in the election.

3       (b)  A form for an affidavit required by this section must

4  [shall] be printed on an envelope in which the provisional ballot

5  voted by the person may be placed and must include:

6            (1)  a space for entering the identification number of

7  the provisional ballot voted by the person; and

8            (2)  a space for an election officer to indicate

9  whether the person presented a form of identification described by

10  Section 63.0101.

11       (b-1)  The affidavit form may include space for disclosure of

12  any necessary information to enable the person to register to vote

13  under Chapter 13.  The secretary of state shall prescribe the form

14  of the affidavit under this section.

15       SECTION 16.  Subsection (b), Section 64.012, Election Code,

16  is amended to read as follows:

17       (b)  An offense under this section is a felony of the second

18  [third] degree unless the person is convicted of an attempt.  In

19  that case, the offense is a state jail felony [Class A misdemeanor].

20       SECTION 17.  Subsection (b), Section 65.054, Election Code,

21  is amended to read as follows:

22       (b)  A provisional ballot shall [may] be accepted [only] if

23  the board determines that:

24            (1)  [,] from the information in the affidavit or

25  contained in public records, the person is eligible to vote in the

26  election and has not previously voted in that election;

27            (2)  the person:

11

Defendant's Exhibit #                    DE-004190
424

S.B. No. 14

1           (A)  meets  the  identification  requirements  of

2    Section 63.001(b) at the time the ballot was cast or in the period

3    prescribed under Section 65.0541;

4           (B)  notwithstanding Chapter 110, Civil Practice

5    and Remedies Code, executes an affidavit under penalty of perjury

6    that  states  the  voter  has  a  religious  objection  to  being

7    photographed  and  the  voter  has  consistently  refused  to  be

8    photographed for any governmental purpose from the time the voter

9    has held this belief; or

10          (C)  executes  an  affidavit  under  penalty  of

11   perjury that states the voter does not have any identification

12   meeting the requirements of Section 63.001(b) as a result of a

13   natural disaster that was declared by the president of the United

14   States or the governor, occurred not earlier than 45 days before the

15   date the ballot was cast, and caused the destruction of or inability

16   to access the voter's identification; and

17          (3)  the voter has not been challenged and voted a

18   provisional  ballot  solely  because  the  voter  did  not  meet  the

19   requirements for identification prescribed by Section 63.001(b).

20       SECTION 18.  Subchapter  B,  Chapter  65,  Election  Code,  is

21   amended by adding Section 65.0541 to read as follows:

22       Sec. 65.0541.  PRESENTATION OF IDENTIFICATION FOR CERTAIN

23   PROVISIONAL BALLOTS.  (a)  A voter who is accepted for provisional

24   voting under Section 63.011 because the voter does not meet the

25   identification requirements of Section 63.001(b) may, not later

26   than the sixth day after the date of the election:

27          (1)  present  a  form  of  identification  described  by

12

Defendant's Exhibit #                    DE-004191
424

S.B. No. 14

1  Section 63.0101 to the voter registrar for examination; or

2            (2)  execute  an  affidavit  described  by  Section

3  65.054(b)(2)(B) or (C) in the presence of the voter registrar.

4       (b)  The secretary of state shall prescribe procedures as

5  necessary to implement this section.

6       SECTION 19.  Section 66.0241, Election Code, is amended to

7  read as follows:

8       Sec. 66.0241.  CONTENTS OF ENVELOPE NO. 4.  Envelope no. 4

9  must contain:

10            (1)  the precinct list of registered voters;

11            (2)  the registration correction list;

12            (3)  the registration omissions list;

13            (4)  any statements of residence executed under Section

14  63.0011; and

15            (5)  any affidavits executed under Section 63.006

16  [63.007] or 63.011.

17       SECTION 20.  Subtitle B, Title 7, Transportation Code, is

18  amended by adding Chapter 521A to read as follows:

19       CHAPTER 521A.  ELECTION IDENTIFICATION CERTIFICATE

20       Sec. 521A.001.  ELECTION    IDENTIFICATION    CERTIFICATE.

21  (a)  The  department  shall  issue  an  election  identification

22  certificate to a person who states that the person is obtaining the

23  certificate  for  the  purpose  of  satisfying Section  63.001(b),

24  Election Code, and does not have another form of identification

25  described by Section 63.0101, Election Code, and:

26            (1)  who  is  a  registered  voter  in  this  state  and

27  presents a valid voter registration certificate; or

Defendant's Exhibit #
424

DE-004192

S.B. No. 14

1    (2) who is eligible for registration under Section
2 13.001, Election Code, and submits a registration application to
3 the department.

4    (b)  The department may not collect a fee for an election
5 identification certificate or a duplicate election identification
6 certificate issued under this section.

7    (c)  An election identification certificate may not be used
8 or accepted as a personal identification certificate.

9    (d)  An election officer may not deny the holder of an
10 election identification certificate the ability to vote because the
11 holder has an election identification certificate rather than a
12 driver's license or personal identification certificate issued
13 under this subtitle.

14    (e)  An election identification certificate must be similar
15 in form to, but distinguishable in color from, a driver's license
16 and a personal identification certificate.  The department may
17 cooperate with the secretary of state in developing the form and
18 appearance of an election identification certificate.

19    (f)  The department may require each applicant for an
20 original or renewal election identification certificate to furnish
21 to the department the information required by Section 521.142.

22    (g)  The department may cancel and require surrender of an
23 election identification certificate after determining that the
24 holder was not entitled to the certificate or gave incorrect or
25 incomplete information in the application for the certificate.

26    (h)  A certificate expires on a date specified by the
27 department, except that a certificate issued to a person 70 years of

14

Defendant's Exhibit #
424

DE-004193

S.B. No. 14

1   age or older does not expire.

2       SECTION 21.   Sections 63.007 and 63.008, Election Code, are
3   repealed.

4       SECTION 22.   Effective September 1, 2011:

5           (1)  as soon as practicable, the secretary of state
6   shall  adopt  the  training  standards  and  develop  the  training
7   materials required to implement the change in law made by this Act
8   to Section 32.111, Election Code; and

9           (2)  as soon as practicable, the county clerk of each
10   county shall provide a session of training under Section 32.114,
11   Election Code, using the standards adopted and materials developed
12   to implement the change in law made by this Act to Section 32.111,
13   Election Code.

14      SECTION 23.   The change in law made by this Act in amending
15   Subsection (b), Section 64.012, Election Code, applies only to an
16   offense committed on or after January 1, 2012. An offense committed
17   before January 1, 2012, is covered by the law in effect when the
18   offense was committed, and the former law is continued in effect for
19   that purpose. For purposes of this section, an offense is committed
20   before January 1, 2012, if any element of the offense occurs before
21   that date.

22      SECTION 24.   Effective  September  1,  2011,  state  funds
23   disbursed under Chapter 19, Election Code, for the purpose of
24   defraying expenses of the voter registrar's office in connection
25   with voter registration may also be used for additional expenses
26   related  to  coordinating  voter  registration  drives  or  other
27   activities designed to expand voter registration.  This section

15

Defendant's Exhibit #

424

DE-004194

S.B. No. 14

1  expires January 1, 2013.

2       SECTION 25. Every  provision  in  this  Act  and  every

3  application of the provisions in this Act are severable from each

4  other.   If any application of any provision in this Act to any

5  person or group of persons or circumstances is found by a court to

6  be invalid, the remainder of this Act and the application of the

7  Act's provisions to all other persons and circumstances may not be

8  affected.   All constitutionally valid applications of this Act

9  shall be severed from any applications that a court finds to be

10  invalid, leaving the valid applications in force, because it is the

11  legislature's intent and priority that the valid applications be

12  allowed to stand alone. Even if a reviewing court finds a provision

13  of this Act invalid in a large or substantial fraction of relevant

14  cases, the  remaining  valid  applications  shall  be  severed  and

15  allowed to remain in force.

16       SECTION 26.   Except as otherwise provided by this Act, this

17  Act takes effect January 1, 2012.

Defendant's Exhibit #

424

DE-004195

S.B. No. 14

_____          _____
President of the Senate                          Speaker of the House

I hereby certify that S.B. No. 14 passed the Senate on January 26, 2011, by the following vote: Yeas 19, Nays 11; April 5, 2011, Senate refused to concur in House amendments and requested appointment of Conference Committee; April 11, 2011, House granted request of the Senate; May 9, 2011, Senate adopted Conference Committee Report by the following vote: Yeas 19, Nays 12.

_____
Secretary of the Senate

I hereby certify that S.B. No. 14 passed the House, with amendments, on March 24, 2011, by the following vote: Yeas 101, Nays 48, one present not voting; April 11, 2011, House granted request of the Senate for appointment of Conference Committee; May 16, 2011, House adopted Conference Committee Report by the following vote: Yeas 98, Nays 46, one present not voting.

_____
Chief Clerk of the House

Approved:

27 MAY '11
_____
Date

Rick Perry
_____
Governor

FILED IN THE OFFICE OF THE
SECRETARY OF STATE
7:00PM O'CLOCK

MAY 27 2011
_____
Secretary of State

17

Defendant's Exhibit #

424

DE-004196