**From:** Ann McGeehan [AMcGeehan@sos.state.tx.us]
**Sent:** Monday, January 24, 2011 7:41 PM
**To:** Jennifer Fagan
**Subject:** Re: data

The only ethnic data SOS or any county voter registrar has is the number of voters that have Hispanic surnames because ethnicity is not requested on the voter registration application. We obtain a list of Hispanic surnames from the US Census and then run it against the state wide list of voters. It is not a perfect indicator, as some folks may have an Hispanic surname that are not Hispanic and vice-versa. I can get you the current number of Hispanic surname voters in the morning if you need it.

**From:** Jennifer Fagan <Jennifer.Fagan@senate.state.tx.us>
**To:** Ann McGeehan
**Sent:** Mon Jan 24 18:54:51 2011
**Subject:** data

Does the SOS or any of the local election officials collect ethnicity information on voters?

Jennifer Fagan
Committee Director/General Counsel
Senate Committee on State Affairs
Senator Robert Duncan, Chairman
(512) 463-0380 tele
(512) 463-0342 fax




2:13-cv-193
09/02/2014
DEF0868

HIGHLY CONFIDENTIAL

TX_00204754