TRANSCRIPT OF PROCEEDINGS BEFORE

THE SENATE OF THE STATE OF TEXAS

EIGHTY-SECOND LEGISLATURE

(COMMITTEE OF THE WHOLE SENATE)

AUSTIN, TEXAS

IN RE:                          §
                                §
CONSIDERATION OF                §
SENATE BILL 14                  §





COMMITTEE OF THE WHOLE SENATE

TUESDAY, JANUARY 25, 2011

BE IT REMEMBERED THAT AT 8:05 a.m., on
Tuesday, the 25th day of January 2011, the above-
entitled matter continued at the Texas State Capitol,
Senate Chamber, Austin, Texas, before the Committee of
the Whole Senate. The following proceedings were
reported by Aloma J. Kennedy, Lorrie A. Schnoor and Kim
Pence, Certified Shorthand Reporters.

VOLUME 2                          PAGES 20 - 542

2:13-cv-193
09/02/2014
DEF0869
exhibitsticker.com

436

CONSIDERATION OF SENATE BILL 14 1/25/2011

1           CHAIRMAN DUNCAN:  All right.  Thank you,
2   Ms. McGeehan.
3           The Chair recognizes Senator Davis.
4           QUESTIONS FROM SENATE FLOOR
5           SEN. DAVIS:  Hello.  Good evening.  Thank
6   you so much for being here with us to provide answers
7   for our questions.  I know you've had a long day.
8           I just want to ask you a few questions
9   about the current state of voter education as its taking
10  place today in the Secretary of State's Office.  Can you
11  describe for us the use of the HAVA funds and how those
12  are currently being used today?
13          MS. McGEEHAN:  We received -- when
14  Congress passed the Help America Vote Act, the state of
15  Texas received a set amount of funds.  And pursuant to
16  the Help America Vote Act, there are certain purpose
17  areas that we can use those funds for, and one of the
18  purpose areas is voter education.  So since two -- we
19  have conducted three statewide education -- voter
20  education programs, one in 2006, one in 2008 and one in
21  2010 using those federal dollars.  And they have been --
22  we've worked with a public education firm to do
23  research, and then they develop creative material.  We
24  run PSAs on TV, radio.  In this last cycle, 2010, we
25  used the Internet quite a bit as well.

438

CONSIDERATION OF SENATE BILL 14 1/25/2011

1           SEN. DAVIS:  That's the amount that was
2   given to the state of Texas?
3           MS. McGEEHAN:  Yes.
4           SEN. DAVIS:  Okay.  And so of that amount,
5   how much have we spent so far?
6           MS. McGEEHAN:  Let's see here.  We -- I
7   think we have spent $177,798,488.
8           SEN. DAVIS:  Okay.  And you described
9   spending about $3 million over the last three two-year
10  cycles.  How have we spent the balance of that?
11          MS. McGEEHAN:  Well, I mean, the bulk of
12  the money or about half of the money went to counties to
13  obtain HAVA compliant voting systems, electronic voting
14  systems that made -- that complied with HAVA and allowed
15  disabled voters to vote independently.  So let's see.
16  $140 million went to the counties for that purpose.
17          The other program areas are for developing
18  a statewide voter registration system.  We've spent
19  25 million on that.  And then as far as the
20  administrative expenses, we've spent about 2.8 million
21  on that.  For voter education, we've spent 9.5 million
22  so far.
23          SEN. DAVIS:  And what are the -- setting
24  aside the requirements of the bill that's being
25  introduced today, what are the intended plans for the

CONSIDERATION OF SENATE BILL 14 1/25/2011

1  budget that I discussed is following that state plan.

2          SEN. DAVIS:  Okay.  And under that state

3  plan right now, what portion of funding remains for

4  voter education?

5          MS. McGEEHAN:  For voter -- okay.  And

6  actually to be more precise, what the -- the purpose

7  area for voter education is for voter education and also

8  for election official and poll worker training; that's

9  grouped.  And the amount remaining is between 5 and

10  $7 million.

11          SEN. DAVIS:  Okay.  And that is expected

12  to extend us or to take us through the next how many

13  years under that plan?

14          MS. McGEEHAN:  It will -- again, it's

15  going to depend how extensive our next few voter

16  education programs are because that's what the bulk of

17  the money has been spent on, voter education programs.

18  The average is about 3 million.  So I guess the hope

19  might be for at least two other statewide voter

20  education programs.

21          SEN. DAVIS:  Okay.  And I'm sure you've

22  seen the fiscal note that was a part of this bill.  And

23  by the way, I think it would be very helpful if you

24  would enter that state plan into the record as an

25  exhibit for our further use.

CONSIDERATION OF SENATE BILL 14 1/25/2011

1  but it's hard for me to say today exactly how much that
2  may take away from future voter education efforts.
3              SEN. DAVIS:  When was the last time in the
4  state of Texas we made any changes of significance to
5  the voter rules?
6              MS. McGEEHAN:  Probably the -- when we had
7  to implement the federal Help America Vote Act.  That's
8  when provisional voting became a requirement.  There
9  were significant changes to voter registration as to
10 what's required to become a registered voter, and that's
11 why we have these HAVA dollars for voter education.
12             SEN. DAVIS:  And that began in '06.
13 Correct?
14             MS. McGEEHAN:  Correct.
15             SEN. DAVIS:  Okay.  In '06, the Texas
16 voter registration application form changed in
17 accordance with those requirements, it's my
18 understanding, and that's when we began to collect this
19 data that requested a driver's license number or a
20 social security number.  Is that's correct?
21             MS. McGEEHAN:  That's correct.
22             SEN. DAVIS:  Okay.  So we have data, I
23 guess, only from '06, and that would -- would that only
24 be then for new registrants from '06?  If I had already
25 registered to vote prior to that, you wouldn't have that

CONSIDERATION OF SENATE BILL 14 1/25/2011

1   percent number, but the actual number is 2.3 million
2   since 2006.  Since January 1, 2006 through December 31,
3   2010, 2.3 million, when they registered, provided their
4   driver's license number.
5            SEN. DAVIS:  What's the total number of
6   applications in that time period?
7            MS. McGEEHAN:  And the total number -- I
8   think it's going to be just under 3 million, and I'm
9   doing math on the fly.  I might have to -- I'd prefer to
10  give that --
11           SEN. DAVIS:  Can you provide that
12  information --
13           MS. McGEEHAN:  Yes.
14           SEN. DAVIS:  -- to us?
15           MS. McGEEHAN:  Yes.
16           SEN. DAVIS:  That would be appreciated.
17           So what's the number of people who are not
18  filling out either the driver's license number or the
19  social security number in Section 8 but instead are
20  going to Section 9 and signing the attestation clause of
21  Section 9?
22           MS. McGEEHAN:  And that's the attestation
23  clause saying they have not been issued either form of
24  ID?
25           SEN. DAVIS:  (Nodded)

CONSIDERATION OF SENATE BILL 14 1/25/2011

1   was optional.  It was on the form.

2             SEN. DAVIS:  Uh-huh.  Okay.  So we really

3   don't know how many of that group were answering the

4   question voluntarily because they have the number versus

5   those who were not answering it, not because they chose

6   to, but because they did have their driver's license

7   number?

8             MS. McGEEHAN:  Yes, you are correct.

9   That's right.

10            SEN. DAVIS:  So when we're putting

11  together an estimate of what the cost to educate our

12  voters is going to be and when we think about how

13  significant the changes are that are addressed in this

14  bill, what's your -- what's your process been to try to

15  determine how many people will be impacted and what that

16  voter education is going to need to look like?

17            MS. McGEEHAN:  Well, we -- I mean, to be

18  very honest, we haven't done much planning yet.  We

19  prepared this fiscal note on Friday.  That would be

20  obviously a very important component is trying to

21  identify who the appropriate audiences are, who you need

22  to get the information out to.

23            Senator Williams had approached us earlier

24  today to see if we could do some comparisons to try and

25  further focus in on who those registered voters are that

1  what's required in order to vote in the state of Texas.
2  Why is the number to educate -- on such a sweeping
3  change for what will likely be a much larger group of
4  impacted people in the state of Texas, why is that
5  number so much lower than the $3 million number that's
6  currently being spent for voter education?
7         MS. McGEEHAN:  Well, if the -- if a
8  $2 million program is added into an existing $3 million
9  program, then you've got a $5 million program.  I mean,
10 our voter education under HAVA is directed to all
11 registered voters.  And so, you know, a new voter -- a
12 new photo ID requirement would also need to be directed
13 to all registered voters because it's a change for all
14 voters.
15        SEN. DAVIS:  So we're talking about -- I'm
16 sorry to interrupt you.  We're talking a $2 million
17 addition to the $3 million that was already intended for
18 voter education in this next two-year cycle.
19        MS. McGEEHAN:  Possibly, possibly.  I
20 mean, we -- you know, we've got a communications
21 director that would have some input on that.  This
22 fiscal note represented what we thought might be a
23 reasonable fiscal note.  If we have, you know,
24 legislative direction to take it a different way or do
25 additional outreach, that's fine.  But based on the way

1  really nice to have them to do that.  We never had that
2  kind of funding before.  So if there's a desire to do
3  voter education programs of this -- of this type, then
4  we would need state appropriation.
5            SEN. DAVIS:  So these federal funds will
6  take us basically through a one-time voter education
7  drive on the requirements of this new law, but it's not
8  going to take us further than that?
9            MS. McGEEHAN:  Not if we use it all,
10  not -- it could possibly use up the remainder of the
11  voter education funds.
12            SEN. DAVIS:  Okay.  So we've talked about
13  the voter education.  Talk to us a little bit about the
14  costs of training the poll workers and the registrars.
15            MS. McGEEHAN:  We currently have several
16  training programs for -- well, we have training programs
17  for the county election officials and then other
18  training programs for the poll workers.  We have an
19  online training program.  We have a video.  We have
20  handbooks.  So we would have to update all of those --
21  all those different formats of training.
22            SEN. DAVIS:  And what's the anticipated
23  costs for updating all those forms of training?
24            MS. McGEEHAN:  We don't usually put a
25  fiscal note when there's a change in state law and we

CONSIDERATION OF SENATE BILL 14 1/25/2011

1          MS. McGEEHAN:  It's my understanding that
2   when we've been asked to prepare fiscal notes for these
3   kinds of issues, we have not added a fiscal impact for
4   something that's already a statutory duty.  As we
5   analyze HB 1, maybe we're going to have to revise that,
6   but at least our standing policy was if it was a
7   statutory duty that we're already charged to do, that we
8   don't put an additional fiscal note on it.
9          SEN. DAVIS:  Are you concerned that you're
10  going to find yourselves fairly flatfooted in terms of
11  not being prepared with the resources that you need, to
12  train election workers and to train county
13  administrators on the requirements of this new law
14  facing the budget cuts that you're facing without a
15  fiscal note that's going to add resources to your
16  department for purposes of carrying out these
17  requirements?
18          MS. McGEEHAN:  I think all state agencies
19  in the state have concerns about providing the services
20  they are charged to provide in light of significant
21  budget cuts.  But on the issue of training, the analysis
22  was that that was not going to cost anything additional
23  as to what we've already been appropriated.
24          SEN. DAVIS:  And do you agree with that,
25  that it's not going to cost anything additional for your

CONSIDERATION OF SENATE BILL 14 1/25/2011

1  numbered year, we hold four seminars, and we have very
2  good attendance from our county election officials.  So
3  I would be certain that our August county election
4  official seminar will be heavily -- if this passes will
5  heavily emphasize these new rules.

6           To go back to the federal funds, which we
7  know are limited, the grant for voter education also
8  includes election official training and poll worker
9  training.  So if there are any remaining HAVA dollars in
10 that category that we don't use on voter education, we
11 could perhaps use to additional -- to develop additional
12 training materials.

13           SEN. DAVIS:  Yes, and we talked about that
14 a moment ago, and you did state on the record that that
15 category of 5 to $7 million that's remaining is the
16 entirety of the federal resource that you have available
17 to you right now, both for voter education and for
18 training purposes.  And we've also talked about the fact
19 that the expectation and the demand on that particular
20 fund for public education is going to take the
21 significant balance that remains there.  Correct?

22           MS. McGEEHAN:  Right.  Well, just to be
23 clear, the remaining balance in the HAVA is all we have
24 for voter education, but there are some state funds -- I
25 don't think it's a lot -- but that would go towards

1    MS. McGEEHAN:  Okay.  I think that what
2  that is referring to is that at the end of Senate
3  Bill 14, there's a reference that says county voter
4  registrars can use Chapter 19 funds to defray costs in
5  conducting a voter registration drive.  But I don't see
6  anything -- and I may have missed it -- but I don't see
7  anything in Senate Bill 14 that requires a voter
8  registration drive.  I think it's -- what that section
9  in the bill is doing is trying to make clear that these
10  funds, which are -- go to county voter registrars to
11  enhance voter registration could be used to do voter
12  registration drives, but I don't see anything that
13  requires a voter registration drive in Senate Bill 14.

14    SEN. DAVIS:  What resources currently are
15  expected of our local governments in carrying out the
16  training and the public awareness programs under our
17  election code.

18    MS. McGEEHAN:  The -- there's no state law
19  requirement to do voter education by the county
20  officials.  Most of them do it as a public service
21  because they want to, but there's not a mandate under
22  state law to do that.

23    Under Senate Bill 14, there's required
24  training of poll workers on the new photo ID
25  requirements.  And I may have missed part of your

CONSIDERATION OF SENATE BILL 14 1/25/2011

1    currently on the roll because I've married or I've
2    divorced, how is that situation handled today?
3                    MS. McGEEHAN:   State law doesn't directly
4    address it.  So I think that as a practical matter
5    what's happening is the poll workers are making judgment
6    calls as they qualify those voters for voting.
7                    SEN. DAVIS:  But they are not being given
8    guidance or rules or requirements in terms of how they
9    are to deal with that situation today?
10                   MS. McGEEHAN:  No.
11                   SEN. DAVIS:  It's within their discretion?
12                   MS. McGEEHAN:  At this point.  I mean,
13   state law is silent on it, and our office has not issued
14   any guidance on it.  So we're hearing a lot about that
15   today.  That's definitely something we'll probably need
16   to look into, but right now there is no rule or statute
17   on that issue.
18                   SEN. DAVIS:  Okay.  And today if I go to
19   vote and my identification that I use for purposes of
20   voting has a different address on it than is listed on
21   the precinct roll, I think it's the interpretation today
22   under 2004 Secretary of State opinion that I am asked
23   for my correct address, and I am to be believed if I say
24   that my address is the address that's on the precinct
25   list as opposed to what might be on my ID?

460

CONSIDERATION OF SENATE BILL 14 1/25/2011

1            SEN. DAVIS:  And what steps would the
2  Secretary of State's Office engage in to assure that the
3  ID wasn't being used to establish an understanding of
4  the voter's residency?

5            MS. McGEEHAN:  Would definitely, I think,
6  be included in our training materials to emphasize that.

7            SEN. DAVIS:  Currently, is there any
8  information that the Secretary of State's Office gathers
9  that breaks down by category voters in the state?  And
10 when I say "by category," I mean by race, by gender, by
11 disability, by age.

12           MS. McGEEHAN:  We have some information.
13 We have -- we have age for sure.  On gender -- we have
14 some information on gender, but it's not conclusive
15 because gender is now -- it used to be a required
16 element on the voter registration application.  In 1995,
17 it was taken -- or it became optional after the National
18 Voter Registration Act.  So we have some data on gender,
19 but, again, it's not complete.

20           Regarding ethnicity, we really -- we don't
21 have any information like that because it's not
22 collected when a person applies to register to vote.
23 The only data that we do have is we do have the number
24 of voters that have an Hispanic surname.  And so we can
25 run the list of registered voters against this list of

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
1   to have some way to collect it.  So we could revisit
2   putting that question or adding that as a question to
3   the voter registration application.  I'd be happy to
4   visit on ways where we could try and collect that, but
5   right now we would not have the tools that we would need
6   to be able to collect that data.
7                SEN. DAVIS:  It seems rather important as
8   implementation of this law advances that that
9   information be made available for the Justice Department
10  review as well as any judicial review that might occur
11  in terms of the impact of the implementation of the law.
12                I believe that's all the questions I have
13  for you.  Thank you so much.
14                MS. McGEEHAN:  Thank you.
15                CHAIRMAN DUNCAN:  The Chair recognizes
16  Senator West.
17                SEN. WEST:  Thank you very much,
18  Mr. Chairman.  Many of the questions Senator Davis has
19  already asked, but have you had a chance to look at the
20  bill as introduced?
21                MS. McGEEHAN:  Yes.
22                SEN. WEST:  Okay.  Do you happen to have
23  it there in front of you?
24                MS. McGEEHAN:  Yes, I do.
25                SEN. WEST:  Okay.  Great.  Before I get
```

CONSIDERATION OF SENATE BILL 14 1/25/2011

1           MS. McGEEHAN:  That's correct.  And just
2   an example of that, the cost that Bexar County put in
3   the fiscal note was -- I think their assumption was that
4   the certificate, the voter registration certificate
5   would have to increase in size.  And I don't see
6   anything in the bill that requires that.  And the
7   Secretary of State prescribes the form.  So once that's
8   explained to the county, they might withdraw that
9   fiscal --

10          SEN. FRASER:  I want to make sure that
11  that's clear, is that some of these assumptions are
12  possibly the-sky-is-falling assumptions that this is --
13  you know, this expense is going to be put on us, and I
14  don't think that's been discussed.  And some of this, I
15  think, can be done by ruling of the Secretary of State,
16  directing them.  And there is a real good chance that a
17  lot of these expenses go away that can be absorbed
18  through the Secretary of State.  And that is correct,
19  isn't it?

20          MS. McGEEHAN:  Yes.

21          SEN. FRASER:  Okay.  I wanted to clear
22  that up.  Thank you so much.

23          CHAIRMAN DUNCAN:  The Chair recognizes
24  Senator Williams.

25          SEN. WILLIAMS:  Thank you, Mr. Chairman.

CONSIDERATION OF SENATE BILL 14 1/25/2011

```
1   had talked earlier about the project that I asked you to
2   do, to cross-reference the driver's licenses and the
3   voter registration.  How is that coming along?  I know I
4   only asked today, but I just --
5                MS. McGEEHAN:  Yes.
6                SEN. WILLIAMS:  -- but what is a
7   reasonable expectation for us to get that information?
8                MS. McGEEHAN:  I would hope by the end of
9   the week.  One thing that our IT folks and our election
10  experts are trying to struggle with is like matching
11  criteria --
12               SEN. WILLIAMS:  Right.
13               MS. McGEEHAN:  -- you know, which we won't
14  have a TLD number, so we're working through some of
15  that.  But I would expect by the end of the week we
16  would have it, if not earlier.
17               SEN. WILLIAMS:  Okay.  So do you need any
18  further direction from us?  For instance, if we wanted
19  to target that universe of people that we know are out
20  there and maybe make a little extra effort to make sure
21  that they understood they were going to have a new
22  requirement when they went to vote as far as getting a
23  photo ID, if they didn't already have one -- and we've
24  identified who they are -- if we gave legislative intent
25  as a part of the bill tomorrow, would that be sufficient
```

CONSIDERATION OF SENATE BILL 14 1/25/2011

1        MS. McGEEHAN:  That's correct.  And just
2  an example of that, the cost that Bexar County put in
3  the fiscal note was -- I think their assumption was that
4  the certificate, the voter registration certificate
5  would have to increase in size.  And I don't see
6  anything in the bill that requires that.  And the
7  Secretary of State prescribes the form.  So once that's
8  explained to the county, they might withdraw that
9  fiscal --

10        SEN. FRASER:  I want to make sure that
11  that's clear, is that some of these assumptions are
12  possibly the-sky-is-falling assumptions that this is --
13  you know, this expense is going to be put on us, and I
14  don't think that's been discussed.  And some of this, I
15  think, can be done by ruling of the Secretary of State,
16  directing them.  And there is a real good chance that a
17  lot of these expenses go away that can be absorbed
18  through the Secretary of State.  And that is correct,
19  isn't it?

20        MS. McGEEHAN:  Yes.

21        SEN. FRASER:  Okay.  I wanted to clear
22  that up.  Thank you so much.

23        CHAIRMAN DUNCAN:  The Chair recognizes
24  Senator Williams.

25        SEN. WILLIAMS:  Thank you, Mr. Chairman.

1  had talked earlier about the project that I asked you to
2  do, to cross-reference the driver's licenses and the
3  voter registration.  How is that coming along?  I know I
4  only asked today, but I just --
5              MS. McGEEHAN:  Yes.
6              SEN. WILLIAMS:  -- but what is a
7  reasonable expectation for us to get that information?
8              MS. McGEEHAN:  I would hope by the end of
9  the week.  One thing that our IT folks and our election
10 experts are trying to struggle with is like matching
11 criteria --
12             SEN. WILLIAMS:  Right.
13             MS. McGEEHAN:  -- you know, which we won't
14 have a TLD number, so we're working through some of
15 that.  But I would expect by the end of the week we
16 would have it, if not earlier.
17             SEN. WILLIAMS:  Okay.  So do you need any
18 further direction from us?  For instance, if we wanted
19 to target that universe of people that we know are out
20 there and maybe make a little extra effort to make sure
21 that they understood they were going to have a new
22 requirement when they went to vote as far as getting a
23 photo ID, if they didn't already have one -- and we've
24 identified who they are -- if we gave legislative intent
25 as a part of the bill tomorrow, would that be sufficient