TEXAS HOUSE OF REPRESENTATIVES

82ND LEGISLATURE

SELECT COMMITTEE ON VOTER IDENTIFICATION

AND VOTER FRAUD HEARING

MARCH 1, 2011

VOLUME II OF II

Transcribed by Rhonda Howard, CSR

April 11, 2011







Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com


2:13-cv-193
09/02/2014
DEF0872

Voter Fraud Hearing - Volume 2                March 1, 2011

277

```
 1                    JOHN WOODS:  Thank you very much.
 2                    CHAIRMAN BONNEN:  Ann McGeehan, the
 3       Elections Division of the Secretary of State,
 4       testifying neutral on Committee Substitute to Senate
 5       Bill 14.
 6                    ANN MCGEEHAN:  Good afternoon.  Ann
 7       McGeehan with the Office of the Texas Secretary of
 8       State.
 9                    CHAIRMAN BONNEN:  Questions, Members?
10       I think Mr. Veasey has questions.
11                    REPRESENTATIVE VEASEY:  I -- I --
12       I -- I'm sorry.  Let me turn on the microphone.  I
13       do have questions for you.
14               I was concerned about the fiscal note.
15       Can you talk a little bit about the fiscal note that
16       you all came up with?  Because other smaller states,
17       states that are significantly smaller with -- than
18       ours, with a lot less television markets, came up
19       with much higher figures than you did.  So that --
20       that number sort of startled me a little bit.
21                    ANN MCGEEHAN:  Sure.  Yeah.  I would
22       be happy to explain how we arrived at that figure.
23               Since the Help America Vote Act passed at
24       the federal level in 2002, the states have been
25       given some funds for voter education.  So the
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
—Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

278

```
 1      Secretary of State's office has done a statewide
 2      voter education effort in 2006, eight and ten.  And
 3      the average cost for those statewide voter education
 4      efforts has been 2.5 million dollars.  So I can tell
 5      you that for the 2010 cycle what we did was we spent
 6      $2.5 million, and it included upgrades to our
 7      website.  We created a new website called
 8      VoteTX.org, or actually redesigned it.  It had been
 9      created previously.  We did traditional advertising
10      in television, did some PSAs in television, radio
11      newspaper, experimented a little bit on the Internet
12      with FaceBook and Twitter, and also did some ads on
13      public transportation.
14              We did seven telethons in -- in the
15      Valley, Austin, Dallas and Houston, four on Spanish
16      T.V. stations and three on English.  And then we
17      also did a face-to-face outreach where we traveled
18      to 23 cities around the State and interacted
19      personally with more than 15,000 Texans.  So that's
20      what -- that's kind of the model of what we've done.
21              So when we were asked to prepare a fiscal
22      note, we looked at our past voter education efforts.
23      We also looked at in 2009, when the Senate passed a
24      voter I.D. bill that contained, I think, almost the
25      same language as what's in the current Committee
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

Voter Fraud Hearing - Volume 2                    March 1, 2011

279

1        Substitute, Senate Finance put a rider on the bill
2        for $2 million, which to us indicated that that at
3        least -- at least on the Senate side, that's what
4        they thought was appropriate for the voter education
5        program.
6                    REPRESENTATIVE VEASEY:  What was --
7        what was their methodology?  I'm sorry --
8                    ANN MCGEEHAN:  The Senate's?
9                    REPRESENTATIVE VEASEY:  -- for
10       arriving at that figure?
11                   ANN MCGEEHAN:  I don't know.
12                   REPRESENTATIVE VEASEY:  Did they --
13       did they share any with you?
14                   ANN MCGEEHAN:  Not with me.
15                   REPRESENTATIVE VEASEY:  The -- it's
16       just a number they -- they put out there?
17                   ANN MCGEEHAN:  Yes, I don't know how
18       they arrived at that number.
19                   REPRESENTATIVE VEASEY:  Okay.  Yeah.
20       Because I -- in Missouri it looks like the bill cost
21       a lot more than in Texas, and they have -- you know,
22       their biggest market was No. 20th.  And of course
23       Dallas/Fort Worth is No. 5, and Houston is No. 7,
24       San Antonio, 30, Austin, 42, El Paso, 46.  How --
25       how many -- how many television ads in the Metroplex



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

1     could you buy with $750,000?

2                    ANN MCGEEHAN:  Well, I know in

3     two-point -- I'm sorry, in 2010 we spent 1.8 million

4     just on purchasing the advertising.

5                    REPRESENTATIVE VEASEY:  Okay.

6                    ANN MCGEEHAN:  So I'm sure we could

7     get you the breakdown to show how much in each media

8     market, but the bulk was spent on purchasing the

9     advertising.

10                    REPRESENTATIVE VEASEY:  Purchasing

11    all forms of advertising?

12                    ANN MCGEEHAN:  Yeah.  That included

13    T.V., radio --

14                    REPRESENTATIVE VEASEY:  Yeah.

15                    ANN MCGEEHAN:  -- and newspaper.

16                    REPRESENTATIVE VEASEY:  Do you know

17    how many spots you all were running like in the

18    Metroplex?

19                    ANN MCGEEHAN:  We can get you the

20    detail on that, because I know the company we

21    contracted with I think gave us a detailed report of

22    exactly where it was aired and if we got any

23    earned -- earned media, things like that.  We can

24    get you that.

25                    REPRESENTATIVE VEASEY:  Okay.



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

Case 2:13-cv-00193   Document 753-27   Filed on 11/18/14 in TXSD   Page 6 of 34

```
1                      CHAIRMAN BONNEN:   Representative
2       Anchia.
3                      REPRESENTATIVE ANCHIA:   Mr. Chairman,
4       I wanted to dovetail on a question -- the line of
5       questioning of Representative Veasey.
6                      Again, Missouri had a two-year,
7       $9.5 million estimate for their voter I.D. bill in
8       2006, including the cost of free I.D.s, poll worker
9       training and the production of -- of voter education
10      material.  Missouri is a state one-fourth the size
11      of Texas.  Wisconsin, that has a population less
12      than one-point -- 5.6 million people, less than
13      one-fourth the size of the State of Texas, had an
14      annual fiscal note on their bill of 2.3 million.  So
15      biannual, it would be 4.6 in lost revenue due to the
16      provision of free I.D.s.
17                     Maryland has a population of 5.6 million
18      where they provide free I.D.s only in limited
19      circumstances, projecting a $1.6 million annual
20      fiscal note.  In 2010, Indiana, which was later --
21      which was after -- after the initial passage of the
22      bill, which was required to provide free I.D.s, they
23      have a population of 6.4 million, about a quarter of
24      the size of the State of Texas.  They spent 1.3
25      million to provide free I.D.s.
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

Voter Fraud Hearing - Volume 2                          March 1, 2011

282

```
1                    In that $2 million figure, do you have
2          any -- do you have any -- any data on the provision
3          of free I.D.s, or is it exclusively your marketing
4          budget?
5                    ANN MCGEEHAN:   2 million was
6          exclusively for the voter education effort.
7                    UNIDENTIFIED REPRESENTATIVE:   Okay.
8                    ANN MCGEEHAN:   And as far as the
9          other states and -- like Missouri, I know that we --
10         we tried to get a little information, because
11         Senator Gallegos asked that question at the Senate
12         hearing.
13                   UNIDENTIFIED REPRESENTATIVE:   Right.
14                   ANN MCGEEHAN:   And one thing that was
15         different about their bill, which I think was later
16         struck down -- I don't think they ever implemented
17         the 2006 legislation --
18                   UNIDENTIFIED REPRESENTATIVE:   Uh-huh.
19                   ANN MCGEEHAN:   -- was that they were
20         actually having to install equipment throughout the
21         State to issue photo I.D.s for purposes of the
22         legislation, which is not in this bill.
23                   So I -- I don't know about Wisconsin and
24         Maryland.  You know, each -- it depends on what the
25         bill says.
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

Case 2:13-cv-00193   Document 753-27   Filed on 11/18/14 in TXSD   Page 8 of 34

1           UNIDENTIFIED REPRESENTATIVE:  I'll

2    talk a little bit about the media markets in

3    Missouri.  St. Louis and Kansas City are the two

4    largest.  They spent significantly more in

5    marketing.  You're basing -- same -- same thing with

6    other states.

7           You're -- you're -- you're basing your

8    estimate on T.V. commercials, print and I guess some

9    radio, $300,000 worth of radio on a -- an estimate

10   that -- of last year's expenditure, I guess, or a

11   prior year's expenditure with a significant change

12   if this bill passed.  Would you agree it's a pretty

13   significant change to current law?

14           ANN MCGEEHAN:  Yeah.

15           UNIDENTIFIED REPRESENTATIVE:  Okay.

16   Do you think -- do you think that the same -- the

17   same budget that you would use last time around with

18   no significant change in state law would be

19   appropriate for a voter education program with a

20   significant change in state law?

21           ANN MCGEEHAN:  Well, it's -- and I'll

22   try to state this clearly, because I don't know that

23   I explained it so well on the Senate side.  But we

24   · do have plans, I guess, to have continuing voter

25   education programs, because we still have HABA



ESQUIRE
DEPOSITION SOLUTIONS

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

284

1       funds.  So when we were asked to prepare this fiscal

2       note, we were assuming we're going to continue to do

3       our statewide education effort.  So we looked at how

4       do we weave in the new voter I.D. requirements into

5       a statewide voter education program.  So I can't

6       tell you exactly what that's going to end up being,

7       but if we're just asked for purposes of this fiscal

8       note to say what does it cost to educate on voter

9       I.D., that was our best guess, because we -- we will

10      integrate it with, you know, whatever voter

11      education program we do for 2012.  So if we do

12      2.5 million effort in 2012, you know, some of that

13      will cover voter education, maybe will go to a

14      little higher than that.  But I guess the point is

15      we have federal dollars to educate voters on the

16      process to vote and get registered. And so we will

17      incorporate and enhance it to include education on

18      the new voter I.D. requirements.

19                   UNIDENTIFIED REPRESENTATIVE:  And

20      would that -- would that education occur over a

21      year, two years?  Would it be ongoing?  The bill --

22      the bill doesn't specify.  What's -- what's your

23      view and what do the HABA dollars come in?

24                   ANN MCGEEHAN:  The -- the bill I

25      think says that we have to start preparing the



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

Voter Fraud Hearing - Volume 2

March 1, 2011

285

1    training and the voter education as soon as

2    possible.  Our fiscal note assumes that it would

3    just be for one cycle, so I think we put it all for

4    the 2012 fiscal year.

5              We have $7 million left in the State

6    Treasury that's earmarked for voter education and

7    poll worker training, election official training.

8              UNIDENTIFIED REPRESENTATIVE:  Those

9    are HABA funds?

10             ANN MCGEEHAN:  Those are the HABA

11   funds, and they don't expire.  I don't think the

12   federal government can take them back, but we are

13   hearing that they're not -- they don't have any

14   plans to issue any more funds.  So, essentially,

15   that's all we've got.

16             UNIDENTIFIED REPRESENTATIVE:  In the

17   new -- on the significant change in legislation for

18   one election cycle, essentially for the 2012

19   election cycle?

20             ANN MCGEEHAN:  Well, based on the

21   language that's in the bill.

22             UNIDENTIFIED REPRESENTATIVE:  Based

23   on language that's in the bill?

24             ANN MCGEEHAN:  Right.

25             UNIDENTIFIED REPRESENTATIVE:  Okay.


ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

Voter Fraud Hearing - Volume 2                    March 1, 2011

286

1       How -- for major changes in legislation -- well, let
2       me back up a step.
3               What's your evaluation of poll worker
4       training currently in the -- in the counties?
5               ANN MCGEEHAN:  In the counties?  I
6       think that there are a variety of tools counties can
7       use to educate poll workers.  We -- with our HABA
8       dollars, we created an online poll worker training
9       that's free for all counties to use.  Some counties
10      have used their HABA funds to create their own
11      specific online training.  Most counties do some
12      form of in-person training, where they require
13      workers to come in, you know, see the machines,
14      learn how to operate the machines.  We, the
15      Secretary of State's office, has a 30-minute video
16      that we do, and we update usually every two years.
17      That's also free of charge.  So there's some
18      different ways.
19              UNIDENTIFIED REPRESENTATIVE:  You
20      answered a different question, though.
21              ANN MCGEEHAN:  Oh.
22              UNIDENTIFIED REPRESENTATIVE:  You
23      answered what resources are available, which I
24      appreciate.  But what's your -- what's your
25      assessment of the quality of poll worker training?



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

Voter Fraud Hearing - Volume 2                    March 1, 2011

287

1       And I know it's difficult to get poll workers.
2       There's turnover frequently.  We pay them very
3       little.  I believe that they're volunteers.
4            When you have a -- a change in the
5       Election Code, just a minor change, by way of
6       example, it doesn't immediately filter down to all
7       poll workers, does it?  I mean, ensuring practice
8       and implementation, it's something that takes time?
9                 ANN MCGEEHAN:  Sure.
10                UNIDENTIFIED REPRESENTATIVE:  Isn't
11      that right?
12                ANN MCGEEHAN:  That's right.
13                UNIDENTIFIED REPRESENTATIVE:  I mean,
14      because I hear from poll workers all the time and,
15      you know, they didn't know the law had changed.  I
16      tried to do some continuing education myself, having
17      sat on the Elections Committee in the past, to bring
18      people up to speed.  And I'm always very impressed
19      at how earnest the poll workers are, but also
20      sometimes very surprised -- you know, they're not
21      Election Code experts and it does take some time for
22      changes in the Election Code to filter down to them.
23           For a change of this magnitude, do you
24      think it will take some time for folks to be aware
25      of the law?



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

1              ANN MCGEEHAN:  I think it will take

2     some time.  I think the bill has some very strict

3     requirements in there, though, that requires all

4     judges and clerks to take the Secretary of

5     State-prescribed training.  So it -- it sounds to me

6     like it's a mandate that they have to take that

7     training, whereas right now in many elections it's

8     optional.

9              UNIDENTIFIED REPRESENTATIVE:  How

10    much is that going to cost for everybody to take the

11    training?

12             ANN MCGEEHAN:  Our plans will be to

13    update our video and to update the online training.

14    So that would be two free for, you know, counties to

15    use and for citizens to use on top of whatever the

16    counties may be using, as well.

17             UNIDENTIFIED REPRESENTATIVE:  Do you

18    think with a mandate like that, would that mandate

19    be satisfied by watching the video?

20             ANN MCGEEHAN:  I think it could be.

21    Currently, that is used for poll worker training.

22             UNIDENTIFIED REPRESENTATIVE:  Uh-huh.

23    So that would be enough?

24             ANN MCGEEHAN:  Unless the statute is

25    changed.  But as currently written, I think that



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

1    would satisfy the bill.

2                    UNIDENTIFIED REPRESENTATIVE:  Okay.

3    Does it surprise you that people -- that poll

4    workers are already asking for photo I.D. despite

5    the training that occurs?  Does that surprise you?

6                    ANN MCGEEHAN:  We have heard that

7    before, yes.

8                    UNIDENTIFIED REPRESENTATIVE:  Quite a

9    bit.  Even in the district that I represent we've

10   got folks that are asking for photo I.D. currently.

11         A lot of people have been talking about a

12   600,000 registered voter figure.  These people --

13   these are people who apparently registered without

14   using some form -- either their Social Security

15   number or a -- a driver's license number.

16         Isn't the use even bigger than that?  I

17   mean, I see a figure here that for people who did

18   not register without a driver's license number --

19   pardon me, for people who registered without their

20   driver's license ensuring the figure is more like

21   2.8 million.

22                    ANN MCGEEHAN:  That's true when you

23   look at the entire voter database.

24                    UNIDENTIFIED REPRESENTATIVE:  This is

25   your HABA-compliant database.



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

```
1                    ANN MCGEEHAN:   Right.  But, you know,
2       prior to January 1, 2006, you could register to vote
3       without providing your driver's license or Social
4       Security number.  So people that were registered
5       before 2006 may not have provided one of those.
6       That doesn't necessarily mean that they don't have
7       one, but they didn't have to provide one to get
8       registered to vote.
9                    UNIDENTIFIED REPRESENTATIVE:  Well,
10      we don't know whether they did or not, because it
11      wasn't listed.  Correct?
12                  Have you all done a match to determine
13      with the driver's license file as to whether these
14      folks have driver's licenses or not?
15                   ANN MCGEEHAN:  Uh-huh.  We've been
16      asked to do that and we're looking at this to make
17      sure that -- looking at the official list of voters
18      in the Secretary of State's office, trying to
19      compare that to DPS.  And our IT Department is
20      looking at that, trying to get good matching
21      criteria, because without that unique identifying
22      number of the TDL, it can be sometimes difficult to
23      make sure you have the right match.
24                   UNIDENTIFIED REPRESENTATIVE:
25      Somebody came up and said there was 600 -- you have
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

1       that $600,000 person figure.  Where does that come

2       from?  Do you have a frame of reference for that

3       figure that there were 600,000 people who did not

4       list after [sic] driver's license number or Social

5       Security number?

6                   ANN MCGEEHAN:  I think they're all

7       coming from the same place, which that is -- and

8       I -- you know, when we have shared information with

9       the Legislature before, we've sort of shared two

10      sets of information.  One is -- that shows how many

11      people have stated they don't have a TDL number or

12      SSN number since January 1, because since --

13      January 1, 2006, because since January 1, 2006, it's

14      been required.  So since that time, we show 34,506

15      voters out of almost 4 million that stated they did

16      not have I.D.

17                  UNIDENTIFIED REPRESENTATIVE:  Since

18      2006?

19                  ANN MCGEEHAN:  Yes.

20                  UNIDENTIFIED REPRESENTATIVE:  And is

21      there -- is there a provision -- provision in this

22      bill to identify that use of voters as possibly not

23      having I.D.?

24                  ANN MCGEEHAN:  I'm sorry.  I didn't

25      understand.



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

```
 1              UNIDENTIFIED REPRESENTATIVE:  So, I
 2       mean, if you're looking at possible uses of voters
 3       that may not have the requisite I.D. to comply with
 4       this bill, is there anything in the bill that would
 5       require you to identify those folks, seek them out,
 6       determine whether they have I.D. or not?
 7              ANN MCGEEHAN:  No, I don't believe
 8       so.
 9              CHAIRMAN BONNEN:  Okay.  Let's
10       talk -- we talked, I know, briefly about training of
11       poll workers.
12              Under this bill, what new duties will poll
13       workers perform, what new duties?
14              ANN MCGEEHAN:  Let's see.  Of course,
15       the qualification process will change as far as what
16       they will, you know, require of a voter before
17       they're permitted to vote.  I can't really think of
18       any new.  They -- if a voter doesn't have I.D.
19       today, they vote provisionally.  So that will be the
20       same.
21              I guess the main change will be voters
22       that have filed a disability exemption with the
23       Voter Registrar.  Those voters aren't going to have
24       to show I.D.
25              A voter who is 70 years of age on or
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

1    before January 2012 won't have to show I.D.  So
2    those will be some new decisions they'll have to
3    make.
4                    UNIDENTIFIED REPRESENTATIVE:  Talk to
5    me about how you would administer those two
6    exceptions, the disability and the age?
7                    ANN MCGEEHAN:  Well, we're going to
8    have to come up with detailed training.  So I
9    don't -- I don't -- I can't tell you exactly how
10   that's going to work.  You know, we'll try to be
11   very thoughtful about that and look to other states
12   for best practices.  But we'll have to revise our
13   handbooks, all our training, our online training,
14   video, to include guidance for the poll workers on
15   how to handle those new duties.
16                   CHAIRMAN BONNEN:  With respect to the
17   disability exemption, is there a document that the
18   person would put on file to receive that type of
19   exemption?
20                   ANN MCGEEHAN:  Yes.  The -- the
21   Committee Substitute -- and that document would be
22   filed with the Voter Registrar, not with the -- not
23   at the polling place.  And it allows written
24   documentation from the United States Social Security
25   Administration that evidence that the voter has a



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

```
1        disability or written documentation from the United
2        States Department of Veterans Affairs.
3                    UNIDENTIFIED REPRESENTATIVE:  So
4        those are the only two ways to get the exemption?
5                    ANN MCGEEHAN:  Correct.
6                    UNIDENTIFIED REPRESENTATIVE:  Okay.
7        Okay.
8                    CHAIRMAN BONNEN:  Representative
9        (inaudible).
10                   UNIDENTIFIED REPRESENTATIVE:  Yeah,
11       yeah.
12                   CHAIRMAN BONNEN:  I was going to
13       allow Members of the Committee to ask questions.
14       And I see two of them have their lights on and have
15       for some time.  So, I mean, if you have more
16       questions, I'll come back to you, but I'd like to
17       let the Members of the Committee go ahead.
18       Representative Harless.
19                   REPRESENTATIVE HARLESS:  Hi.  How are
20       you?
21                   ANN MCGEEHAN:  I'm good.  Thank you.
22                   REPRESENTATIVE HARLESS:  Could you
23       tell us a little bit about the ongoing training that
24       the Secretary of State does as a part of their job
25       anyway?
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

Voter Fraud Hearing - Volume 2                    March 1, 2011

295

1      ANN MCGEEHAN:  We -- we have several

2    formats of training.  We have had a 30-minute video

3    that we've had probably since the late '80s.  And we

4    update that regularly, usually after a Legislative

5    session.  We have detailed handbooks that are to be

6    used inside polling places.  We have now an online

7    voter -- online training process, and we also do

8    schools and seminars.  So we have an annual seminar

9    every summer for county officials.

10      REPRESENTATIVE HARLESS:  This is --

11    this is something that you continue to do every

12    year --

13      ANN MCGEEHAN:  Yes.

14      REPRESENTATIVE HARLESS:  -- as part

15    your budget?

16      Can you tell me -- we've talked a lot

17    about the Help America Vote Act fund.  How much

18    money was that originally?

19      ANN MCGEEHAN:  I have my note on that

20    somewhere.  Well, I think overall we've received

21    total for all the mandates in HABA about

22    $200 million and -- okay.  I -- I found it now.  I'm

23    sorry.  $227 million dollars.

24      REPRESENTATIVE HARLESS:  And how much

25    of that money have we spent?



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

Voter Fraud Hearing - Volume 2                    March 1, 2011

296

```
1                    ANN MCGEEHAN:  We have spent about 80
2        percent of that money.  What is remaining now is
3        about $47 million.
4                    REPRESENTATIVE HARLESS:  And how much
5        money in the base budget that we received in the
6        House under the Secretary of State was in that base
7        budget appropriated for HABA money for federal
8        election training?
9                    ANN MCGEEHAN:  I -- I believe in
10       House Bill 1 -- I don't think it's broken down by
11       purpose areas within HABA, but I think overall it
12       was about $37 million or --
13                   REPRESENTATIVE HARLESS:  43, maybe?
14       It says under B1.4, "Strategy, elections
15       improvement, administration of federal Help America
16       Act -- Vote Act."
17                   ANN MCGEEHAN:  I defer to you.  That
18       sounds right.
19                   REPRESENTATIVE HARLESS:  So of the
20       $2 million it is likely, once this bill is passed,
21       that we can request that funds from the -- from the
22       Help America Vote Act to be appropriated to spend
23       additional monies as needed to train and get up to
24       speed on the photo I.D.?
25                   ANN MCGEEHAN:  Right.  I mean, I
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

Voter Fraud Hearing - Volume 2                    March 1, 2011

297

1      guess, just to be clear, we already have drawn that

2      money down based on our State plan.

3                      REPRESENTATIVE HARLESS:  We have it

4      set up in our base budget that we started with that

5      that Pitts (phonetic) laid out?

6                      ANN MCGEEHAN:  Yes.

7                      REPRESENTATIVE HARLESS:  There's been

8      a lot of conversation today about the 690,000 that

9      we're talking about.  And I know Representative

10     Anchia mentioned to the 2.8 million or 5.2.

11                     There's two sets of numbers we're working

12     with, two universes.  The first universe is

13     registered voters that are from January 1st of 2006

14     to December 31st, 2010.  Correct?

15                     ANN MCGEEHAN:  Right.

16                     REPRESENTATIVE HARLESS:  How many are

17     in that universe?

18                     ANN MCGEEHAN:  Total of all?

19                     REPRESENTATIVE HARLESS:  In that 2000

20     and -- January 1st, 2006 to December 31st, 2010.

21                     ANN MCGEEHAN:  I think the total --

22     the amount of voters that were registered during

23     that period is right under 4 million.

24                     REPRESENTATIVE HARLESS:  And those

25     are voters that, one, have a driver's license or



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

1      I.D.; that's about 2.3 million.

2                   ANN MCGEEHAN:  Right.

3                   REPRESENTATIVE HARLESS:  Then there's

4      voters that have registered with the last four of

5      their Social Security number, which is about

6      294,000.

7                   ANN MCGEEHAN:  Right.

8                   REPRESENTATIVE HARLESS:  Then there's

9      voters that registered with both, which is 1.3

10     million.  And then there's a number of people that

11     registered that said they didn't have either.

12                  ANN MCGEEHAN:  Correct.

13                  REPRESENTATIVE HARLESS:  No Social

14     Security, no I.D., driver's license.  So that's

15     34,000.

16          Of that 3.9 million, that's .8 percent of

17     that universe from January 1st until December 31st.

18     Do I understand that correctly?

19                  ANN MCGEEHAN:  Yes, that's correct.

20                  REPRESENTATIVE HARLESS:  Okay.  So

21     now if we take all the statewide voters that are

22     registered, all of them, even the ones prior to

23     2006, which I would fall into that category, because

24     I haven't changed my address and I still have my

25     original voter registration that gets renewed every



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

Voter Fraud Hearing - Volume 2                    March 1, 2011

299

1        couple years, that I did not provide a Social

2        Security last four or my I.D.

3              Of that number, how many do we have?

4                    ANN MCGEEHAN:  Of -- of that number

5        we have 5.2 million that showed TDL I.D.  We have

6        2.1 million that have a -- a Social Security number

7        on file.  And then the number of voters that have

8        both is 4.6 million.

9                    REPRESENTATIVE HARLESS:  Which totals

10       in -- in the ones that have neither numbers?

11                   ANN MCGEEHAN:  One with neither is

12       the 690,000 insuring 698,087.

13                   REPRESENTATIVE HARLESS:  The total

14       universes of registered voters that we have as the

15       last numbers we've received is 12 million about

16       655,000.

17             Now, of that 690,000 do we think all of

18       those people don't have either Social Security, I.D.

19       or driver's license?

20                   ANN MCGEEHAN:  I want to -- I want to

21       be careful on that, because, you know, we -- we

22       don't have direct evidence.  But we can say that

23       before 2006 it wasn't required.  So presumably, if

24       it wasn't required, people wouldn't give it.

25       Doesn't mean they didn't have it.



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

Voter Fraud Hearing - Volume 2                    March 1, 2011

300

```
1                    REPRESENTATIVE HARLESS:   So
2     presumably some of those 690,000 people have
3     driver's license or I.D. cards or Social Securitys
4     [sic], they just did not have to require it at the
5     time?
6                    ANN MCGEEHAN:   I think that would be
7     a fair statement.
8                    REPRESENTATIVE HARLESS:  All right.
9     Another question about the fiscal note that we've
10    talked about.  Some of the counties attached, you
11    know, small amounts of money that it would cost for
12    their county.  Aren't most -- how -- explain that to
13    me.  How can...
14                   ANN MCGEEHAN:  Well, I know on the
15    Senate side there may have been some confusion
16    regarding the voter registration certificate,
17    because the bill requires that the new voter I.D.
18    requirements appear on the back of the voter
19    registration certificate.  And I think that in
20    conversations with some county officials they were
21    thinking if you had to put it on the front of the
22    certificate there wouldn't be space.  So they
23    thought the certificate might need to be increased
24    in size, which would increase postage, but I don't
25    think that's necessarily required.  The bill doesn't
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

1    say that.  It just says that it goes directly on the

2    certificate.

3             I think another cost -- Tarrant County, I

4    think, had another cost for changing of the

5    provisional ballot affidavit form, some cost for

6    that.

7             REPRESENTATIVE HARLESS:  Now, there's

8    some assumptions that the Secretary of State

9    typically doesn't do a lot of this work.  But isn't

10   it true that they already do a lot of the work for

11   the training?  So those can be absorbed as part of

12   your normal expense of your budget.

13            ANN MCGEEHAN:  Right, right.  We

14   would -- you know, after every session we normally

15   have to revise our training materials.

16            REPRESENTATIVE HARLESS:  And can you

17   talk just a little - and I'll quit so everyone else

18   can ask their questions - but we've had some

19   questions about different last names and different

20   addresses.

21            What provisions will the Secretary of

22   State make on that, and is there training done for

23   that?

24            ANN MCGEEHAN:  Currently, there's no

25   training on that, because the law is silent on the



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

1     issue of what happens if the names don't match.  But

2     the Senate Bill 14, the engrossed version and the

3     Committee Substitute, contains some language about

4     as long as the names are substantially similar.  So

5     our training would have to include some standards

6     on, you know, what an election judge or clerk would

7     need to look for and what would be considered

8     substantially similar.

9            The addresses don't have to match right

10    now.  And that -- and that doesn't change under

11    Senate Bill 14.  You don't have to show, I don't

12    believe, that the -- the addresses have to -- you --

13    you're -- you have to ask every voter if they've

14    moved, but they don't have to show their -- their

15    identification doesn't have to show where they live.

16                  REPRESENTATIVE HARLESS:  Thank you so

17    much --

18                  ANN MCGEEHAN:  Sure.

19                  REPRESENTATIVE HARLESS:  -- for

20    waiting all day and being patient.

21                  ANN MCGEEHAN:  You're welcome.

22                  CHAIRMAN BONNEN:  Representative

23    Aliseda.

24                  REPRESENTATIVE ALISEDA:  What -- what

25    is the current state or federal law for purging



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

Voter Fraud Hearing - Volume 2                    March 1, 2011

303

1        voter lists.  Do you know?

2                    ANN MCGEEHAN:  Yes.  That's covered

3        under the National Voter Registration Act, and there

4        are some requirements associated with that.  For

5        instance, you can't purge voters within so many days

6        of a November general election.  You can't purge

7        voters if you suspect that they've moved until

8        you've actually reached out to those voters and sent

9        them a mailing.  If they don't respond to that

10       mailing, their name goes to an inactive list or what

11       we call in Texas a suspect -- a suspense list.  And

12       they stay on that list for a period of two federal

13       general elections.  And if they don't vote or if

14       they don't correspond or communicate with the Voter

15       Registrar, their name would get purged on

16       November 30th of the second federal election.

17                    REPRESENTATIVE ALISEDA:  Well, I'm

18       trying to understand how that particular law

19       interfaces with individuals who do not have an

20       identification of some sort.  You stated that since

21       2006 we have 34,000 of those individuals that have

22       indicated they don't have any form of

23       identification, but prior to 2006, we had an

24       additional 600,000 that didn't have to provide that

25       information.



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

Voter Fraud Hearing - Volume 2                    March 1, 2011

304

```
 1                 So when would this purging require some
 2       kind of follow-up on identification?
 3                 ANN MCGEEHAN:  Well, I don't --
 4       nothing -- there's nothing in the State law or -- or
 5       the federal law or this bill that would require
 6       somebody that registered to vote before 2006 to now
 7       provide a driver's license number or Social Security
 8       number.  When they present themselves for voting
 9       they're going to have to show a photo I.D.  But they
10       won't be required to provide that data to the Voter
11       Registrar.
12                 REPRESENTATIVE ALISEDA:  As far as
13       the cost of education on this issue, does the State
14       allow for public service announcements by
15       broadcasting companies that have -- have --
16       frequently do some kind of voter -- voter education?
17                 ANN MCGEEHAN:  Yes.  We definitely
18       try to make full use of that with our PSAs.
19                 REPRESENTATIVE ALISEDA:  But it's not
20       figured into that two million or the --
21                 ANN MCGEEHAN:  No, no.  That would
22       be --
23                 REPRESENTATIVE ALISEDA:  -- 20
24       million or whatever it is you say we spend on
25       education?
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

Voter Fraud Hearing - Volume 2                    March 1, 2011

305

1          ANN MCGEEHAN:  Right.  I mean, that's

2    something that we look for, but we'll probably go

3    out on bid to -- to -- for a company to help us form

4    this education program.  And that's something we

5    look at is what companies can promise that earned

6    media so that we only pay for this much, but then we

7    get it aired more times --

8          REPRESENTATIVE ALISEDA:  Are these

9    hearings earned media in a sense in that we have

10   some public interest in this and I assume people are

11   following it?

12         UNIDENTIFIED REPRESENTATIVE:  We

13   shouldn't flatter ourselves.

14         REPRESENTATIVE ALISEDA:  No further

15   questions.

16         CHAIRMAN BONNEN:  Representative

17   Anchia, do you have more questions?

18         REPRESENTATIVE ANCHIA:  Just a couple

19   more, Mr. Chairman.  Thank you.

20         CHAIRMAN BONNEN:  Take your time.  I

21   just --

22         REPRESENTATIVE ANCHIA:  I appreciate

23   that.  I appreciate that.

24         The statement was made earlier in that

25   600,000-people universe that -- that there were --



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

306

```
 1        that that equaled fraudulent voters.  Do you share
 2        that belief?
 3                     ANN MCGEEHAN:  I have no reason to
 4        think that those voters are fraudulent.
 5                     REPRESENTATIVE ANCHIA:  Okay.  Okay.
 6        What happens to the voter registration certificate
 7        if this bill's passed in its current form?
 8                     ANN MCGEEHAN:  It continues to exist,
 9        and so it will be sent out and it will now contain
10        information on the identification requirements.  And
11        then voters who are 70 -- 70 as of January 2012 and
12        the voters that have the disability exemption, they
13        will be able to use their certificate as their forms
14        of I.D.
15                     REPRESENTATIVE ANCHIA:  Okay.  But it
16        will be sent to all registered voters.  Right?
17                     ANN MCGEEHAN:  Yes.
18                     REPRESENTATIVE ANCHIA:  We have
19        13 million, roughly, 12 --
20                     ANN MCGEEHAN:  A little under
21        13 million today.
22                     REPRESENTATIVE ANCHIA:  12.6, 12.6?
23                     ANN MCGEEHAN:  Yeah.  Yeah.
24                     REPRESENTATIVE ANCHIA:  What --
25        what -- what other functional purpose would it
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

1    serve?  I mean, if you're not -- if you're not 70,
2    you don't have the disability exemption.
3              ANN MCGEEHAN:  I guess at this point
4    it's going to serve more as a -- an informational
5    tool to the voter.  It will tell them what districts
6    they're registered in, you know, which Congressional
7    district, which State Senatorial District.  I think
8    there's five districts that have to be districts on
9    the certificate.
10             Tell them their county election precinct
11   number, which might help them find out where they
12   need to go vote.  So I guess it would be more for
13   the voter's benefits and information.
14             REPRESENTATIVE ANCHIA:  An
15   alternative approach that we've discussed many times
16   in this committee is simply adding a person's
17   picture to the voter registration certificate and --
18   which would be a pretty easy fix.  I think it -- the
19   technology certainly exists.  I mean, we might want
20   to import some late 1990 -- '80s technology to -- to
21   implement that very simple act, I mean, through a
22   bubble jet printer or something like that, if you
23   can find those.
24             Have you done a feasibility analysis on
25   that approach as opposed to this approach?



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

```
1                  ANN MCGEEHAN:  I think there's one or
2     two bills filed this session that kind of play that
3     kind of approach.  So I think we've tried to do some
4     research to -- for purpose of responding to the
5     fiscal note as to what they would take.
6                  REPRESENTATIVE ANCHIA:  Because it
7     seems to me that would be the easiest fix here, just
8     to add someone's photo.  And there will be a
9     universe of people who don't have a photo on file.
10    Right?  So if it was possible, for example, to work
11    with Commander Deese (phonetic) at DPS and merge the
12    TDL database photos down and -- and do a match
13    with -- with the HABA-compliant --
14                 ANN MCGEEHAN:  Right.
15                 REPRESENTATIVE ANCHIA:  -- statewide
16    voter registration database, and then you dump down
17    the State I.D. photos, the non-TDL photos --
18                 ANN MCGEEHAN:  Uh-huh.
19                 REPRESENTATIVE ANCHIA:  -- and then
20    you dump down maybe a CHL universe, you -- you --
21    you probably hit a pretty significant number.  It
22    wouldn't be complete.  I mean, you would have to
23    have some sort of mechanism at the polls to gather
24    people's photos or an outreach.  But can you --
25    we've had these suggestions around for a couple
```



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

1    sessions now.  Can you talk about some of the -- the

2    opportunities there or the challenges?

3                    ANN MCGEEHAN:  You know, we've --

4    we've done some preliminary analysis.  I think the

5    effort there would -- would be one of, you know,

6    equipment and whether it would be the State issuing

7    these cards or whether it would be the county,

8    whether we'd give the -- you know, if -- if the

9    State wanted to fund the county to have the

10   equipment necessary to capture the pictures for

11   those people that aren't --

12                   REPRESENTATIVE ANCHIA:  Sounds like

13   we have HABA funds for this, though.  Right?

14                   ANN MCGEEHAN:  Well, HABA funds --

15   HABA, you know, has certain express purposes.  Voter

16   education is one.  I don't think we could use HABA

17   to implement voter I.D.

18                   REPRESENTATIVE ANCHIA:  Say that

19   again.

20                   ANN MCGEEHAN:  Well, HABA had -- has

21   very express requirements in the federal law.

22                   REPRESENTATIVE ANCHIA:  But you just

23   said you don't think you can use HABA funds to

24   implement voter I.D.

25                   ANN MCGEEHAN:  Well, meaning what



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS