**From:** Colby Beuck <Colby.Beuck@house.state.tx.us>
**To:** Patricia Harless <phar77379@aol.com>
**Subject:** Conference Issues
**Date:** Fri, Apr 8, 2011 6:05 pm

Some thoughts on these amends after looking closely at them. Waiting to hear from OAG and SOS Monday morning. Naomi G's office is getting the info on tribal IDs.

### Alonzo Amend FA 20, Sec 14

Adds as an acceptable ID , and ID card that contains the person's photograph and is issued or approved by the state.

http://www.house.state.tx.us/video-audio/chamber/ on the 3/23 tape around 7:06. Moves away from the 6 recognizable standard IDs. "Approved by the state" is broad, and not sure what that means?

### Gonzales Amendment FA 26, Section 15

On tape around 7:47

The amendment language applies only to affidavits executed when people are claiming the indigent/religious exemption. Under the amendment, someone could sign an affidavit at the polling place the day of election stating they don't have ID be because indigent/religious objection, and then vote provisionally. In practice, it would be a valid vote with no cure (no second trip). The Senate Bill requires the person to go to the voter registrar to cure the provisional ballot. However the amendment conflicts with the Harper-Brown Amendment which striped out the indigent/religious exemption (there is no Section 65.054(b)(2)(B) as the bill passed the House).

Senate Version: Affidavit must be executed in the presence of the voter registrar.

House Version: Affidavit may be executed at polling place in presence of election official or in the presence of the voter registrar.
=

2:13-cv-193
09/02/2014
**DEF0873**



HIGHLY CONFIDENTIAL                                                                TX_00006974