From:        Keith Ingram
To:          Wroe Jackson; Alicia Pierce; Coby Shorter
Sent:        10/16/2013 8:51:34 AM
Subject:     Fwd: Attachment included
Attachments: 3806_001.pdf; ATT00001.htm

Sent from my iPhone

Begin forwarded message:

From: <Elections@sos.state.tx.us>
Date: October 16, 2013 at 8:49:30 AM CDT
To: Keith Ingram <kingram@sos.texas.gov>
Subject: Attachment included





2:13-cv-193
09/02/2014

DEF0876

TEX00462132



# BRUCE ELFANT
TAX ASSESSOR · COLLECTOR
VOTER REGISTRAR

October 13, 2013

Mr. Keith Ingram
Director of Elections
Texas Secretary of State
208 E. 10th St., 3rd Floor
Austin, TX 78701

Dear Keith:

I am writing to update you about our four days of community outreach with DPS regarding the new voter ID law. As you are aware the eight sites selected were located as close to the geographic areas of highest concern based on data provided by your office. In the week and a half we had to prepare for the outreach locations, the City of Austin and Travis County;

- developed a KeepCalmVoteOn.com website that contained Voter ID information and outreach locations.
- provided hundreds of community leaders, organizations and elected officials with information about our outreach efforts and urged them to distribute widely.
- partnered with Capitol Metro and local taxi cab companies to advertise the KeepCalmVoteOn.com website
- Senator Watson sent out 43,000 robo-calls into areas of highest concern
- conducted news conference to inform the community about Voter ID outreach efforts with the County Clerk, Tax Assessor and Councilmember Mike Martinez
- authorized Travis County Veterans Services Office to accept Voter ID disability exemptions

Our efforts to encourage people to go to one of the mobile locations yielded 224 contacts;

- 95 - new voter registrations
- 10 - name changes
- 28 - address updates
- 2 - disabled exemption applications
- 89 - general inquiries
- 0 - election identification certificates issued

5501 AIRPORT BLVD. AUSTIN, TEXAS 78751    512 854-9473    BRUCE.ELFANT@CO.TRAVIS.TX.US

TEX00462133

Mr. Keith Ingram
October 15, 2013
Page 2

We have learned from this effort that it is more difficult to reach this population than we expected. This outreach effort might have been more effective if as we suggested, the mobile locations could have been open weekends or evenings to accommodate people who work. If weekends or evenings for future efforts are not possible, I'm not sure that attempting further mobile locations M-F, 8-5 would yield any better results.

While this strategy failed to produce the results we had hoped to achieve, and since this is uncharted territory for Texas I believe we were obligated to try. We do appreciate the efforts of SOS and of so many individuals and organizations who worked with no money and very little time to help educate our community about the Voter ID requirements.

Since the data which guided our approach is composed of about 37,000 Travis County registered voters who may not possess state issued IDs, a more effective approach might be for your office to mail postcards specifically to these voters to inform them of the new voter ID requirements and how they can obtain election identification certificates. Should you decide to do so, we would be happy to assist.

Our common interest is that all voters should be able to cast their votes and have them count. We stand ready to assist your office in any way we can to help voters obtain the proper IDs, update their names to match their photo IDs and provide disability exemptions for those who qualify.

Sincerely,

Bruce Elfant
Travis County Tax Assessor Collector and Voter Registrar

TEX00462134