| | |
|---|---|
| From: | Wroe Jackson |
| To: | Bodisch, Robert (Robert.Bodisch@dps.texas.gov) |
| CC: | Coby Shorter; Keith Ingram (kingram@sos.texas.gov); 'macgregor.stephenson@gov.texas.gov'; John Scott (john.scott@texasattorneygeneral.gov) |
| Sent: | 9/27/2013 1:11:24 PM |
| Subject: | Final Information - 79 Counties |
| Attachments: | 79 Counties Final.xlsx |

Mr. Bodisch,

Following an extensive outreach program by the Office of the Secretary of State's Elections Division, we are able to provide the attached list of those counties in which there is not a DPS DL facility and their willingness to participate in an EIC mobile station program.

While the attached spreadsheet is self-explanatory, I wanted to draw your attention to a few items.

First, we will not be hearing anything from Cochran County until Monday as key staff is not available until then.

Second, Blanco, Briscoe, and Concho Counties have declined the use of these mobile stations in their county facilities and will not make staff available. Most other counties who originally declined, as discussed below, have some concerns along these lines, but have agreed to work with DPS in order to make this happen either through facilities or staffing. Therefore, it may be necessary in these three counties to work on alternate locations staffed by DPS CSR's.

Similarly, Foard, Collingsworth, Edwards, Jackson, and King Counties have requested some assistance with staffing, but have pledged available space. Some counties have also advised that a DPS facility exists in their county and asked if that could be used to host the mobile stations (even though that facility is not a DL facility): Armstrong, Hudspeth, and Motley. Also, I'll note that Sutton and Kimble Counties are listed, but do have "scheduled" DL facilities.

The remaining counties on the list have agreed to participate, but may need additional time to clear the issue with their commissioners court or county judge. The initial contact for our office has been listed by county. It is worth noting that our feeling is that some of these counties may be nervous about the increased responsibility that the EIC program will give to their already over-burdened staff, but I think some frank discussion and reassurance from DPS would be most helpful.

Ideally, SOS would like to send a communication to our county contacts letting them know that DPS will be their contact going forward, specifically regarding the equipment and training. If there is a specific contact on this project for them, please let me know as soon as possible and we can alert the counties to that fact.

Thanks to DPS for all the hard work on identifying these areas. Please let anyone in our office know if you have questions regarding the counties or the information provided.

Sincerely,
Wroe Jackson



Wroe Jackson
General Counsel
Texas Secretary of State
512/463-5770 (w), 512/475-2761 (f)
wjackson@sos.texas.gov

*This communication may be privileged and confidential. Any copying, use, or distribution of any information or materials by or to anyone other than the recipients listed above is prohibited without express authorization from the sender.*

*Please note my new email address effective immediately: wjackson@sos.texas.gov*



TEX00300600