| | |
|---|---|
| From: | Bodisch, Robert |
| To: | MacGregor Stephenson; Kathy Walt |
| CC: | Bodisch, Robert; McCraw, Steven; Coby Shorter; Peters, Joe; Rodriguez, Tony; Watkins, Paul |
| Sent: | 2/10/2014 10:59:03 AM |
| Subject: | EIC Update |
| Attachments: | EIC Counties Not Participating List (2).docx; EIC County Participation Master Matrix.xlsx |

MacGregor, Kathy: Since my February 4 update, and relative to the counties without a permanent driver license office, we have picked up two more counties, Goliad and Karnes, which now gets us down to 31 counties that DPS will staff. (**We have also been successful in securing agreements with three additional counties, Crockett, Hudspeth & Upton, but only after the Primary at their request.) Meetings/negotiations continue with the remaining 28 counties and I will update as we secure additional agreements. (See attached)

I have also attached the Master Matrix which reflects the dates, times, locations of the DPS staffed locations. We will add additional days to the matrix to make up for office closures due to severe weather days.

Last week we trained (23) Secretary of State personnel who will assist in the Special Mobile EIC effort. DPS will pair a trained driver license/EIC person to work with the SOS folks the first time they deploy to ensure they are comfortable with the processes. As of this morning we do not have a request for a mobile EIC. The SOS is handling these requests and DPS stands ready to respond.

As of this morning, there have been 151 EICs issued, with 4 pending approval.

We are conducting synchronization meetings every morning at 0830 hrs which includes all driver license senior staff and the regional driver license managers.

Late Friday we were also informed that James Bass, Interim Executive Director TxDOT, has agreed to meet with me and Coby Shorter to discuss EIC assistance from his agency. We are working an appointment for early this week. Will keep you posted on the outcome of this meeting.


Robert J. Bodisch
Assistant Director/Chief of Staff
Texas Homeland Security
Texas Department of Public Safety
P. O. Box 4087
Austin, Texas 78773
512-424-2368
robert.bodisch@dps.texas.gov
robert.bodisch.sle@dhs.sgov.gov







TEX0524004