From: Hodge, Daniel
To: Bodisch, Robert; 'CShorter@sos.state.tx.us'
Sent: 6/28/2013 10:50:41 AM
Subject: Re: Fwd: RollUp

Good info. Thanks for passing along.

DH

From: Bodisch, Robert [mailto:Robert.Bodisch@dps.texas.gov]
Sent: Thursday, June 27, 2013 04:49 PM
To: Hodge, Daniel; Coby Shorter <cshorter@sos.state.tx.us>
Subject: Fwd: RollUp

FYI

Robert J. Bodisch
Assistant Director/Chief of Staff,
Texas Homeland Security
Texas Dept. of Public Safety
512-424-2368 w
robert.bodisch@dps.texas.gov


Begin forwarded message:

From: "Peters, Joe" <Joe.Peters@dps.texas.gov>
Date: June 27, 2013, 16:47:52 CDT
To: "McCraw, Steven" <Steven.McCraw@dps.texas.gov>, "MacBride, Cheryl" <Cheryl.MacBride@dps.texas.gov>, "Bodisch, Robert" <Robert.Bodisch@dps.texas.gov>, "Nolte, Candace" <Candace.Nolte@dps.texas.gov>
Subject: FW: RollUp

The below EIC totals are cumulative from 8:00 a.m. 26 Jun through 4:00 p.m. today.

Joe

Joe Peters
Assistant Director
Driver License Division
Texas Department of Public Safety
P.O. Box 4087
Austin, TX 78773
Office: 512-424-5899
joe.peters@dps.texas.gov

cid:image003.pr





2:13-cv-193
09/02/2014
DEF0880

TEX0508188