| | |
|---|---|
| From: | Keith Ingram |
| To: | Coby Shorter; Wroe Jackson |
| CC: | Alicia Pierce |
| Sent: | 9/30/2013 5:10:21 PM |
| Subject: | Fwd: No EICs issued today at Tarrant mobile sites |

FYI

Sent from my iPhone

Begin forwarded message:

**From:** Steve Raborn <SRRaborn@TarrantCounty.com>
**Date:** September 30, 2013 at 5:08:55 PM CDT
**To:** "Keith Ingram (KIngram@sos.texas.gov)" <KIngram@sos.texas.gov>
**Subject: No EICs issued today at Tarrant mobile sites**

I am told there were a number of inquiries, but no EIC's issued. At two of the sites I visited, there were potential applicants that had arrived without the necessary documents (such as birth certificate). One said he/she would return to a different mobile site tomorrow, one said he/she would go to DPS because they really wanted a state ID rather than an EIC.

Steve Raborn
Tarrant County Elections Administrator
2700 Premier Street
Fort Worth, Texas 76111
817.831.6480
srraborn@tarrantcounty.com



EXHIBIT 19

2:13-cv-193  09/02/2014  DEF0881

TEX00462176