From: Coby Shorter
To: Wroe Jackson
Sent: 7/12/2013 11:32:30 AM
Subject: Fwd: 11 July EIC Report


Coby Shorter, III

Begin forwarded message:

From: "Bodisch, Robert" <Robert.Bodisch@dps.texas.gov>
Date: July 11, 2013, 5:00:50 PM CDT
To: "daniel.hodge@oag.state.tx.us" <daniel.hodge@oag.state.tx.us>, "cshorter@sos.state.tx.us" <cshorter@sos.state.tx.us>
Subject: FW: 11 July EIC Report

FYSA

**Robert J. Bodisch**
**Assistant Director/Chief of Staff**
**Texas Homeland Security**
**Texas Department of Public Safety**
**P. O. Box 4087**
**Austin, Texas 78773**
**512-424-2368**
robert.bodisch@dps.texas.gov
robert.bodisch.sle@dhs.sgov.gov



Zero issuances today
Three inquiries statewide

| | | 11 July EIC Report | |
|---|---|---|---|
| 1A | Issuance | 0 | |
| | Inquiry | 0 | |
| 1B | Issuance | 0 | |
| | Inquiry | 0 | |
| 2A | Issuance | 0 | |
| | Inquiry | 0 | |
| 2B | Issuance | 0 | |
| | Inquiry | 0 | |
| 3 | Issuance | | |

2:13-cv-193
09/02/2014
**DEF0882**

EXHIBIT 20

TEX00462879