# EIC Dashboard

| Issuance Status | |
|---|---|
| EIC Transactions | 285 |
| EIC's Not Approved | 19 |
| EIC Approval Pending | 0 |
| EIC's Approved and Issued | 266 |

| Inquiry Status 2014 | |
|---|---|
| Total Inquiries | 294 |

| Inquiry Status 2013 | |
|---|---|
| Total Inquiries | 1482 |



Number of Applicants by Week

Applicants by Month

Applicants by Day of Week

Inquiries by Week

Description of Inquiries



EXHIBIT



2:13-cv-193
09/02/2014

DEF0883

exhibitsticker.com

## Applications by Month

| Month | Count |
|---|---|
| **2013** | |
| Jul | 6 |
| Aug | 2 |
| Sep | 8 |
| Oct | 122 |
| Nov | 29 |
| **2014** | |
| Jan | 2 |
| Feb | 72 |
| Mar | 24 |
| Apr | 5 |
| May | 15 |
| **Grand Total** | **285** |

## Applications by Week

| Week # | Count |
|---|---|
| **2013** | |
| 27 | 1 |
| 28 | 1 |
| 29 | 2 |
| 30 | 2 |
| 32 | 1 |
| 34 | 1 |
| 37 | 2 |
| 38 | 2 |
| 39 | 4 |
| 40 | 12 |
| 41 | 24 |
| 42 | 22 |
| 43 | 43 |
| 44 | 30 |
| 45 | 16 |
| 46 | 1 |
| 47 | 3 |
| **2014** | |
| 3 | 1 |
| 5 | 1 |
| 6 | 3 |
| 7 | 11 |
| 8 | 26 |
| 9 | 36 |
| 10 | 18 |
| 11 | 1 |
| 12 | 1 |
| 15 | 2 |
| 16 | 1 |
| 17 | 1 |
| 18 | 2 |
| 19 | 11 |
| 20 | 2 |
| 21 | 1 |
| **Grand Total** | **285** |

## Applications by Day of Week

| Day of Week | Count |
|---|---|
| **2013** | |
| Monday | 26 |
| Tuesday | 39 |
| Wednesday | 22 |
| Thursday | 30 |
| Friday | 29 |
| Saturday | 21 |
| **2014** | |
| Monday | 20 |
| Tuesday | 18 |
| Wednesday | 20 |
| Thursday | 33 |
| Friday | 14 |
| Saturday | 13 |
| **Grand Total** | **285** |

## Applications by Station Type & Status

| | Count of EIC Number |
|---|---|
| **2013** | |
| Invalid | 13 |
| DL Office | 11 |
| Mobile | 2 |
| Valid | 154 |
| DL Office | 96 |
| Mobile | 58 |
| **2014** | |
| Invalid | 6 |
| DL Office | 6 |
| Valid | 112 |
| DL Office | 75 |
| Mobile | 24 |
| County Office | 12 |
| (blank) | 1 |
| **Grand Total** | **285** |

## Applications by Day of the Week by Week

| Week/Day | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Day | 3 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 27 | 28 | 29 | 30 | 32 | 34 | 37 | 38 | 39 | 40 | 41 | 42 | 43 | 44 | 45 | 46 | 47 | Total |
| **2013** | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Monday | | | | | | | | | | | | | | | | | | | | | | 1 | | | | | 6 | 2 | 4 | 7 | 6 | | | 26 |
| Tuesday | | | | | | | | | | | | | | | | | | 1 | 1 | | | | | | | 6 | 7 | 3 | 6 | 8 | 6 | | 1 | 39 |
| Wednesday | | | | | | | | | | | | | | | | | 1 | | | 1 | | | | 1 | 1 | 3 | 1 | 6 | 10 | 4 | 2 | | | 22 |
| Thursday | | | | | | | | | | | | | | | | | | | | 1 | 1 | | 1 | | 4 | | 6 | 1 | 10 | 2 | 2 | 1 | | 30 |
| Friday | | | | | | | | | | | | | | | | | | 1 | | | | | | | | 5 | 8 | 6 | 9 | 3 | 2 | | 2 | 29 |
| Saturday | | | | | | | | | | | | | | | | | | | 1 | 2 | | | 1 | 2 | 2 | 2 | 2 | 2 | 4 | 6 | | | | 21 |
| **2014** | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Monday | | | | 3 | | 5 | 7 | | | 1 | | 1 | 1 | 1 | | | | | | | | | | | | | | | | | | | | 20 |
| Tuesday | | | 1 | 3 | 3 | 8 | | | 1 | | | | | 1 | | 1 | | | | | | | | | | | | | | | | | | 18 |
| Wednesday | | | 2 | 5 | 8 | 1 | | | | 1 | | | 4 | | | | | | | | | | | | | | | | | | | | | 20 |
| Thursday | 1 | 2 | 1 | 11 | 11 | 1 | | 1 | | 1 | | 1 | 1 | 2 | 2 | | | | | | | | | | | | | | | | | | | 33 |
| Friday | | 1 | | 2 | 4 | 5 | | 1 | | | 1 | | | | | | | | | | | | | | | | | | | | | | | 14 |
| Saturday | | 1 | | 2 | 3 | 4 | | | | | | | 3 | | | | | | | | | | | | | | | | | | | | | 13 |
| **Total** | 1 | 1 | 3 | 11 | 26 | 36 | 18 | 1 | 1 | 2 | 2 | 1 | 1 | 2 | 11 | 2 | 1 | 1 | 1 | 2 | 2 | 1 | 1 | 2 | 4 | 12 | 24 | 22 | 43 | 30 | 16 | 1 | 3 | 285 |



| Categories | Values Total Cost | Total Miles |
|---|---|---|
| Supplies | 1060.17 | |
| Travel | 2437.2 | 22924.65 |
| Equipment | 3214.95 | |
| Food | 233.07 | |
| Lodging | 729.25 | |
| **Grand Total** | **7674.64** | **22924.65** |

| Row Labels | Sum of Miles Traveled |
|---|---|
| DPS Fleet | 20911.51 |
| Personal | 2013.14 |
| **Grand Total** | **22924.65** |



| Race | Count |
|---|---|
| African American | 65 |
| Hispanic | 96 |
| Native American | 2 |
| Other | 1 |
| White | 121 |
| Grand Total | 285 |

| Gender | Count |
|---|---|
| Female | 137 |
| Male | 148 |
| Grand Total | 285 |

| Row Labels | Count of Age |
|---|---|
| <20 | 49 |
| 20-29 | 33 |
| 30-39 | 22 |
| 35 | 1 |
| 35 | 1 |
| 40-49 | 41 |
| 50-59 | 49 |
| 60-69 | 39 |
| 70-79 | 10 |
| 80-89 | 25 |
| 90-101 | 16 |
| Grand Total | 285 |

| County | Count |
|---|---|
| Anderson | 3 |
| Angelina | 7 |
| Bastrop | 1 |
| Bee | 1 |
| Bell | 1 |
| Bexar | 6 |
| Brazoria | 2 |
| Brazos | 2 |
| Brooks | 2 |
| Cameron | 4 |
| Cherokee | 1 |
| Clay | 1 |
| Collin | 1 |
| Comanche | 1 |
| Crane | 1 |
| Crockett | 2 |
| Dallas | 24 |
| Delta | 1 |
| Denton | 3 |
| Dickens | 1 |
| Duval | 5 |
| Ector | 1 |
| El Paso | 6 |
| Ellis | 2 |
| Foard | 1 |
| Fort Bend | 3 |
| Galveston | 2 |
| Goliad | 1 |
| Gregg | 4 |
| Grimes | 5 |
| Harris | 30 |
| Hays | 2 |
| Hidalgo | 42 |
| Howard | 2 |
| Jefferson | 1 |
| Jim Hogg | 9 |
| Jim Wells | 3 |
| Johnson | 2 |
| Kenedy | 1 |
| Kinney | 1 |
| Kleberg | 1 |
| Lamar | 2 |
| Lampasas | 1 |
| LaSalle | 5 |
| Lavaca | 1 |
| Limestone | 3 |
| Lubbock | 2 |
| Maverick | 3 |
| Montgomery | 1 |
| Nueces | 3 |
| Parker | 1 |
| Polk | 4 |
| Real | 2 |
| Rockwall | 2 |
| Scurry | 1 |
| Smith | 6 |
| Starr | 1 |
| Stephens | 1 |
| Tarrant | 24 |
| Travis | 12 |
| Trinity | 2 |
| Uvalde | 1 |
| Waller | 3 |
| Washington | 1 |
| Webb | 6 |
| Williamson | 5 |
| Zapata | 2 |
| Zavala | 1 |
| Grand Total | 285 |

| Zip Code | Count |
|---|---|
| 75007 | 2 |
| 75043 | 5 |
| 75218 | 8 |
| 75237 | 3 |
| 75766 | 1 |
| 75803 | 3 |
| 76016 | 7 |
| 76053 | 7 |
| 76120 | 1 |
| 76133 | 5 |
| 76550 | 1 |
| 77071 | 4 |
| 77379 | 2 |
| 78102 | 1 |
| 78550 | 3 |
| 78596 | 32 |
| 78745 | 7 |
| 78750 | 5 |
| 78801 | 1 |
| 79325 | 1 |
| 79549 | 1 |
| 79912 | 2 |
| 79936 | 2 |
| (blank) | |
| 78521 | 1 |
| 77017 | 4 |
| 77868 | 1 |
| 77016 | 2 |
| 78040 | 1 |
| 78046 | 1 |
| 78043 | 4 |
| 77099 | 1 |
| 77065 | 1 |
| 76033 | 2 |
| 78839 | 1 |
| 75707 | 2 |
| 75701 | 1 |
| 75702 | 2 |
| 75771 | 1 |
| 77550 | 1 |
| 77096 | 1 |
| 79720 | 2 |
| 78572 | 2 |
| 77640 | 1 |
| 75605 | 4 |
| 77032 | 2 |
| 77087 | 1 |
| 77351 | 4 |
| 78560 | 1 |
| 78570 | 1 |
| 78148 | 2 |
| 77033 | 1 |
| 78589 | 1 |
| 78758 | 1 |
| 76063 | 1 |
| 76112 | 2 |
| 76305 | 1 |
| 78582 | 1 |
| 78584 | 1 |
| 77014 | 1 |
| 77045 | 1 |
| 76502 | 1 |
| 78416 | 2 |
| 77494 | 1 |
| 77830 | 1 |
| 77445 | 1 |
| 78832 | 1 |
| 76943 | 2 |
| 78873 | 1 |
| 77051 | 1 |

| Race | Count | Gender | Count | Row Labels | Count of Age | County | Count | Zip Code | Count |
|------|-------|--------|-------|------------|--------------|--------|-------|----------|-------|
| | | | | | | | | 78852 | 3 |
| | | | | | | | | 77471 | 2 |
| | | | | | | | | 79227 | 1 |
| | | | | | | | | 76209 | 1 |
| | | | | | | | | 78014 | 2 |
| | | | | | | | | 78019 | 3 |
| | | | | | | | | 78660 | 1 |
| | | | | | | | | 78666 | 2 |
| | | | | | | | | 79370 | 1 |
| | | | | | | | | 76086 | 1 |
| | | | | | | | | 75067 | 2 |
| | | | | | | | | 77021 | 3 |
| | | | | | | | | 77995 | 1 |
| | | | | | | | | 77831 | 2 |
| | | | | | | | | 78574 | 1 |
| | | | | | | | | 75460 | 2 |
| | | | | | | | | 79401 | 2 |
| | | | | | | | | 77446 | 1 |
| | | | | | | | | 78332 | 3 |
| | | | | | | | | 77802 | 2 |
| | | | | | | | | 77070 | 1 |
| | | | | | | | | 78542 | 2 |
| | | | | | | | | 00000 | 1 |
| | | | | | | | | 76432 | 1 |
| | | | | | | | | 75087 | 2 |
| | | | | | | | | 78602 | 1 |
| | | | | | | | | 76442 | 1 |
| | | | | | | | | 77338 | 2 |
| | | | | | | | | 78226 | 1 |
| | | | | | | | | 75104 | 1 |
| | | | | | | | | 75165 | 2 |
| | | | | | | | | 78752 | 2 |
| | | | | | | | | 78401 | 1 |
| | | | | | | | | 75862 | 2 |
| | | | | | | | | 78833 | 1 |
| | | | | | | | | 78240 | 2 |
| | | | | | | | | 78076 | 2 |
| | | | | | | | | 78353 | 1 |
| | | | | | | | | 78107 | 1 |
| | | | | | | | | 78703 | 1 |
| | | | | | | | | 78384 | 4 |
| | | | | | | | | 79731 | 1 |
| | | | | | | | | 78355 | 1 |
| | | | | | | | | 76107 | 1 |
| | | | | | | | | 78357 | 1 |
| | | | | | | | | 79904 | 1 |
| | | | | | | | | 77833 | 1 |
| | | | | | | | | 78361 | 9 |
| | | | | | | | | 76424 | 1 |
| | | | | | | | | 75060 | 1 |
| | | | | | | | | 78364 | 1 |
| | | | | | | | | 75041 | 2 |
| | | | | | | | | 78201 | 1 |
| | | | | | | | | 77515 | 2 |
| | | | | | | | | 75904 | 7 |
| | | | | | | | | 79763 | 1 |
| | | | | | | | | 78599 | 1 |
| | | | | | | | | 75023 | 1 |
| | | | | | | | | 77520 | 1 |
| | | | | | | | | 78385 | 1 |
| | | | | | | | | 77554 | 1 |
| | | | | | | | | 76642 | 3 |
| | | | | | | | | 77301 | 1 |
| | | | | | | | | 75051 | 1 |
| | | | | | | | | Grand Total | 282 |

| Name | Modified | Modified By | EIC Number | Name Of Applicant | Location Issued | Type Of Station | Application Date | Day of Week | Month | Week | Year | Issuance Status | LRS Validation Date | Age | Race | Sex | Zip Code | County | Item Type | Path | plicant Zip Code |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| am1509092014-03-01T12_08_31.xml | 3/3/14 | Vasquez, Esther | 38214497 | TROTTER, VERA | Dallas - Southwest | DL Office | 2014-03-01 | Saturday | Mar | 9 | 2014 | Invalid | 2014-03-03 | 73 | African American | Female | 75237 | Dallas | Item | sites/dl/EIC Form Submissions | 75212 |
| cf003172014-02-11T13_09_46.xml | 2/18/14 | Fowler, Cynthia (LRS) | 37703621 | Jernigan,Donna Belle | Hurst | DL Office | 2014-02-10 | Monday | Feb | 7 | 2014 | Invalid | 2014-02-18 | 82 | White | Female | 76053 | Tarrant | Item | sites/dl/EIC Form Submissions | 76021 |
| cf003172014-02-18T14_33_49.xml | 2/19/14 | Daughtry, Lisa | 37875039 | Williams, James Obadiah | Arlington | DL Office | 2013-11-05 | Tuesday | Nov | 45 | 2013 | Invalid | 2013-11-14 | 44 | African American | Male | 76016 | Tarrant | Item | sites/dl/EIC Form Submissions | 76012 |
| cf003172014-02-18T15_26_38.xml | 2/18/14 | Fowler, Cynthia (LRS) | 37703621 | Jernigan, Donna Belle | Hurst | DL Office | 2013-09-12 | Thursday | Sep | 37 | 2013 | Invalid | | 82 | White | Female | 76053 | Tarrant | Item | sites/dl/EIC Form Submissions | |
| cf003172014-02-25T17_12_49.xml | 3/11/14 | Petersen, Dain | 38073940 | Hoffman, Claire Graeber | Garland | DL Office | 2014-01-17 | Friday | Jan | 3 | 2014 | Invalid | 2014-01-17 | 93 | White | Female | 75043 | Dallas | Item | sites/dl/EIC Form Submissions | 75251 |
| dp141342014-02-05T08_01_16.xml | 2/5/14 | Petersen, Dain | 37710873 | Delgado, Monica | Dallas - Southwest | DL Office | 2013-09-14 | Saturday | Sep | 37 | 2013 | Invalid | | 18 | Hispanic | Female | 75237 | Dallas | Item | sites/dl/EIC Form Submissions | |
| dp141342014-02-05T10_46_40.xml | 2/5/14 | Petersen, Dain | 37798305 | Tucker, Joyce Elaine | Garland | DL Office | 2013-10-10 | Thursday | Oct | 41 | 2013 | Invalid | | 59 | African American | Female | 75043 | Dallas | Item | sites/dl/EIC Form Submissions | |
| dp141342014-02-05T11_06_57.xml | 2/5/14 | Petersen, Dain | 37803354 | Salinas, Raymundo | | Mobile | 2013-10-11 | Friday | Oct | 41 | 2013 | Invalid | | 42 | Hispanic | Male | 78043 | Webb | Item | sites/dl/EIC Form Submissions | |
| dp141342014-02-05T11_40_50.xml | 2/6/14 | Petersen, Dain | 37808160 | Taylor, Jack Lamar | Hurst | DL Office | 2013-10-15 | Tuesday | Oct | 42 | 2013 | Invalid | | 18 | African American | Male | 76053 | Tarrant | Item | sites/dl/EIC Form Submissions | |
| dp141342014-02-05T11_54_37.xml | 2/5/14 | Petersen, Dain | 37817364 | Tillman, Adrienne Bernadette | | Mobile | 2013-10-17 | Thursday | Oct | 42 | 2013 | Invalid | | 31 | African American | Female | 77096 | Harris | Item | sites/dl/EIC Form Submissions | |
| dp141342014-02-05T14_48_11.xml | 2/25/14 | Petersen, Dain | 37833298 | Gonzalez, Juan | Weslaco | DL Office | 2013-10-23 | Wednesday | Oct | 43 | 2013 | Invalid | | 66 | Hispanic | Male | 78596 | Hidalgo | Item | sites/dl/EIC Form Submissions | |
| dp141342014-02-05T15_15_43.xml | 2/5/14 | Petersen, Dain | 37844945 | Hornsberry, Nicholas, Lawrence | Austin - South Congress | DL Office | 2013-10-26 | Saturday | Oct | 43 | 2013 | Invalid | | 24 | African American | Male | 78745 | Travis | Item | sites/dl/EIC Form Submissions | |
| dp141342014-02-05T07_59_10.xml | 2/6/14 | Petersen, Dain | 37866685 | Mendoza, Juana Veronica | Pflugerville DL Center | DL Office | 2013-11-02 | Saturday | Nov | 44 | 2013 | Invalid | | 34 | Hispanic | Female | 78660 | Travis | Item | sites/dl/EIC Form Submissions | |
| dp141342014-02-06T08_15_35.xml | 3/11/14 | Petersen, Dain | 37833447 | Garcia, Daniel | Weslaco | DL Office | 2013-11-04 | Monday | Nov | 45 | 2013 | Invalid | | 61 | Hispanic | Male | 78596 | Hidalgo | Item | sites/dl/EIC Form Submissions | 78538 |
| dp141342014-02-06T08_20_05.xml | 3/11/14 | Petersen, Dain | 37874850 | Williams, Natasha Lynn | Houston - Winkler | DL Office | 2013-11-05 | Tuesday | Nov | 45 | 2013 | Invalid | | 30 | African American | Female | 77017 | Harris | Item | sites/dl/EIC Form Submissions | 77002 |
| dp141342014-02-06T08_31_40.xml | 3/11/14 | Petersen, Dain | 37896775 | De Los Santos, Manuel | Houston - Winkler | DL Office | 2013-11-14 | Thursday | Nov | 46 | 2013 | Invalid | | 18 | Hispanic | Male | 77017 | Harris | Item | sites/dl/EIC Form Submissions | 77587 |
| fa062762014-02-26T12_18_31.xml | 3/6/14 | Fowler, Cynthia (LRS) | 38191631 | CONE, JOHN PAUL | Lewisville | DL Office | 2014-02-24 | Monday | Feb | 9 | 2014 | Invalid | 2014-02-26 | 51 | White | Male | 75067 | Denton | Item | sites/dl/EIC Form Submissions | 75067 |
| NM16006a2014-03-01T10_31_50.xml | 3/6/14 | Vasquez, Esther | 38214483 | Ralph Mcelroy | Arlington | DL Office | 2014-03-01 | Saturday | Mar | 9 | 2014 | Invalid | 2014-03-03 | 82 | White | Male | 76016 | Tarrant | Item | sites/dl/EIC Form Submissions | 76013 |
| nw006492014-02-08T13_41_43.xml | 3/3/14 | Vasquez, Esther | 38139036 | JASON MATTHEW ISON | Houston -Grant Road | DL Office | 2014-02-08 | Saturday | Feb | 6 | 2014 | Invalid | 2014-02-10 | 40 | White | Male | 77070 | Harris | Item | sites/dl/EIC Form Submissions | 77086 |

**Table 1**

| Name | Modified | Modified By | Region | County | Office | Summary | Zip Code | Area | Item Type | Path | Week Number | Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| a161206 2014-04-29T16.10.27.xml | 4/29/2014 16:10 | Jaime, Anna | 3 | Zavala | Crystal City | SERGIO SIFUENTEZ CAME INTO THE OFFICE AND WANTED TO APPLY FOR AN EIC. I WENT OVER THE Had other form of ID | 78839 | DL Office | Item | sites/dl/EIC Inquiry Form | 18 | 4/29/14 |
| a5C7243 2014-04-24T17.58.44.xml | 4/24/2014 17:58 | Torres, Alejandro | 4 | El Paso | El Paso - Gateway | Customer came into the office wanting an Election Certificate. Customer did not meet ID Policy. C: Doesn't meet ID Policy | 79915 | DL Office | Item | sites/dl/EIC Inquiry Form | 17 | 4/24/14 |
| d5d5967 2014-04-24T12.59.06.xml | 4/24/2014 12:59 | Jennings, Debbie | 6B | McLennan | Waco | Customer wanted information   General Information | 76705 | DL Office | Item | sites/dl/EIC Inquiry Form | 17 | 4/24/14 |
| a0963b2 2014-04-24T11.44.16.xml | 4/24/2014 11:44 | Garcia, Joseph | 6B | McLennan | Waco | Xavier Charvle Deandre Strother, DOB 07-09-1995. Wanted EIC for general Identification use, was as General Information | 76705 | DL Office | Item | sites/dl/EIC Inquiry Form | 17 | 4/24/14 |
| bec00862 2014-04-29T11.07.51.xml | 4/29/2014 11:07 | Guerra, Margarita | 3 | Hidalgo | Weslaco | CUSTOMER LOST HER ID THAT HAD AN INDEF EXP DATE. SHE WAS INFORMED SHE COULD APPLY F: Had other form of ID | 78596 | DL Office | Item | sites/dl/EIC Inquiry Form | 18 | 4/29/14 |
| be07794 2014-04-29T17.38.39.xml | 4/29/2014 17:38 | Edwards, Sheila | 4 | El Paso | El Paso - Gateway | Customer came into the office to inquire about getting an EIC as a second form of Identification. H: Had other form of ID | 79915 | DL Office | Item | sites/dl/EIC Inquiry Form | 18 | 4/28/14 |

**Table 2**

| County | Item Type | Path | Applied Zip Code |
|---|---|---|---|
| Kleberg | Item | sites/dl/EIC Form Submissions | 78363 |
| Hiway | Item | sites/dl/EIC Form Submissions | 78210 |
| Hidalgo | Item | sites/dl/EIC Form Submissions | 78543 |
| Lubbock | Item | sites/dl/EIC Form Submissions | 79424 |
| Dallas | Item | sites/dl/EIC Form Submissions | 75212 |
| Dallas | Item | sites/dl/EIC Form Submissions | 75402 |
| Hays | Item | sites/dl/EIC Form Submissions | 75204 |
| Bastrop | Item | sites/dl/EIC Form Submissions | 78676 |
| Collin | Item | sites/dl/EIC Form Submissions | 78945 |
| Delta | Item | sites/dl/EIC Form Submissions | 75075 |
| Rockwall | Item | sites/dl/EIC Form Submissions | 76432 |
| | Item | sites/dl/EIC Form Submissions | 75087 |
| Tarrant | Item | sites/dl/EIC Form Submissions | 76621 |
| Tarrant | Item | sites/dl/EIC Form Submissions | 76612 |
| Tarrant | Item | sites/dl/EIC Form Submissions | |
| Dallas | Item | sites/dl/EIC Form Submissions | 75251 |
| Limestone | Item | sites/dl/EIC Form Submissions | |
| Limestone | Item | sites/dl/EIC Form Submissions | |
| Montgomery | Item | sites/dl/EIC Form Submissions | 75845 |
| Real | Item | sites/dl/EIC Form Submissions | 78833 |
| Rockwall | Item | sites/dl/EIC Form Submissions | 75189 |
| Crockett | Item | sites/dl/EIC Form Submissions | 76943 |
| Dallas | Item | sites/dl/EIC Form Submissions | 75181 |
| Brazoria | Item | sites/dl/EIC Form Submissions | 77566 |
| El Paso | Item | sites/dl/EIC Form Submissions | 79936 |
| Anderson | Item | sites/dl/EIC Form Submissions | 75839 |
| Comanche | Item | sites/dl/EIC Form Submissions | 76442 |
| Lampasas | Item | sites/dl/EIC Form Submissions | 76550 |
| Dallas | Item | sites/dl/EIC Form Submissions | |
| Cherokee | Item | sites/dl/EIC Form Submissions | |
| Bee | Item | sites/dl/EIC Form Submissions | |
| Scurry | Item | sites/dl/EIC Form Submissions | |
| Williamson | Item | sites/dl/EIC Form Submissions | |
| Dallas | Item | sites/dl/EIC Form Submissions | |
| Uvalde | Item | sites/dl/EIC Form Submissions | |
| Dallas | Item | sites/dl/EIC Form Submissions | |
| Dallas | Item | sites/dl/EIC Form Submissions | |
| Tarrant | Item | sites/dl/EIC Form Submissions | |
| Hidalgo | Item | sites/dl/EIC Form Submissions | |
| Travis | Item | sites/dl/EIC Form Submissions | |
| Cameron | Item | sites/dl/EIC Form Submissions | |
| Harris | Item | sites/dl/EIC Form Submissions | |
| Tarrant | Item | sites/dl/EIC Form Submissions | |
| El Paso | Item | sites/dl/EIC Form Submissions | |
| Tarrant | Item | sites/dl/EIC Form Submissions | |
| Tarrant | Item | sites/dl/EIC Form Submissions | |
| El Paso | Item | sites/dl/EIC Form Submissions | |
| Harris | Item | sites/dl/EIC Form Submissions | |
| Dallas | Item | sites/dl/EIC Form Submissions | |
| Dallas | Item | sites/dl/EIC Form Submissions | |
| Tarrant | Item | sites/dl/EIC Form Submissions | |
| Hidalgo | Item | sites/dl/EIC Form Submissions | |
| Dallas | Item | sites/dl/EIC Form Submissions | |
| Anderson | Item | sites/dl/EIC Form Submissions | |
| Anderson | Item | sites/dl/EIC Form Submissions | |
| Harris | Item | sites/dl/EIC Form Submissions | |
| Tarrant | Item | sites/dl/EIC Form Submissions | |
| Dallas | Item | sites/dl/EIC Form Submissions | |
| Walker | Item | sites/dl/EIC Form Submissions | |
| Waller | Item | sites/dl/EIC Form Submissions | |
| Harris | Item | sites/dl/EIC Form Submissions | |
| Cameron | Item | sites/dl/EIC Form Submissions | |
| Tarrant | Item | sites/dl/EIC Form Submissions | |
| Harris | Item | sites/dl/EIC Form Submissions | |
| Grimes | Item | sites/dl/EIC Form Submissions | |
| Dallas | Item | sites/dl/EIC Form Submissions | |
| Harris | Item | sites/dl/EIC Form Submissions | |
| Webb | Item | sites/dl/EIC Form Submissions | |
| Webb | Item | sites/dl/EIC Form Submissions | |
| Webb | Item | sites/dl/EIC Form Submissions | |
| Dallas | Item | sites/dl/EIC Form Submissions | |
| Harris | Item | sites/dl/EIC Form Submissions | |
| Harris | Item | sites/dl/EIC Form Submissions | |
| Johnson | Item | sites/dl/EIC Form Submissions | |
| Zavala | Item | sites/dl/EIC Form Submissions | |
| Tarrant | Item | sites/dl/EIC Form Submissions | |
| Cameron | Item | sites/dl/EIC Form Submissions | |
| Smith | Item | sites/dl/EIC Form Submissions | |
| Smith | Item | sites/dl/EIC Form Submissions | |
| Smith | Item | sites/dl/EIC Form Submissions | |
| Smith | Item | sites/dl/EIC Form Submissions | |
| Galveston | Item | sites/dl/EIC Form Submissions | |
| Harris | Item | sites/dl/EIC Form Submissions | |
| Howard | Item | sites/dl/EIC Form Submissions | |
| Howard | Item | sites/dl/EIC Form Submissions | |

| ID | Name | Location | Type | Date | Day | Month | Num | Status | Date | Date | Race | Gender | Num | County | Item | Submission | Zip |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 38112171 | Thomas Hollis Godfrey | | Mobile | 2014-01-30 | Thursday | Jan | 5 2014 | Valid | 2014-02-03 | 2014-02-03 | 83 White | Male | 00000 | Grimes | Item | sites/d/EIC Form Submissions | 77830 |
| 38488775 | Michelle Danielle Schlau | Tyler | DL Office | 2014-05-15 | Thursday | May | 20 2014 | Valid | 2014-05-16 | 2014-05-19 | 34 White | Female | 75707 | Smith | Item | sites/d/EIC Form Submissions | 75792 |
| 38163274 | JOSEPHINE JOHNSTON SMITH | Hurst | DL Office | 2014-02-15 | Saturday | Feb | 7 2014 | Valid | 2014-02-18 | 2014-02-26 | 91 White | Female | 76053 | Tarrant | Item | sites/d/EIC Form Submissions | 76180 |
| 38136944 | Shelia Howard | Leon Valley DL Center | Mobile | 2014-02-25 | Tuesday | Feb | 9 2014 | Valid | 2014-02-26 | 2014-02-27 | 52 African American | Female | 78240 | Bexar | Item | sites/d/EIC Form Submissions | 78218 |
| 38453337 | Samuel Leonel Aviles | Grand Prairie | DL Office | 2014-05-05 | Monday | May | 19 2014 | Valid | 2014-05-07 | 2014-05-07 | 18 Hispanic | Male | 75051 | Dallas | Item | sites/d/EIC Form Submissions | 75052 |
| 38176411 | Cowart, Ada Bernice | San Antonio Pat Booker | DL Office | 2014-02-20 | Thursday | Feb | 8 2014 | Valid | 2014-02-21 | 2014-02-24 | 90 White | Female | 78148 | Bexar | Item | sites/d/EIC Form Submissions | 78232 |
| 38220725 | Rodriguez, Sydney Dakota | Eagle Pass | DL Office | 2014-03-04 | Tuesday | Mar | 10 2014 | Valid | 2014-03-04 | 2014-03-06 | 18 Hispanic | Female | 78852 | Maverick | Item | sites/d/EIC Form Submissions | 78852 |