| | |
|---|---|
| **From:** | Bodisch, Robert |
| **To:** | McCraw, Steven; Bodisch, Robert; Coby Shorter |
| **Sent:** | 9/18/2013 3:49:15 PM |
| **Subject:** | Warrant Checks |

Additionally, we will ensure that the applicant EIC process is complete and regardless of whether or not they are taken into custody, they will be issued an EIC if eligible.

**Robert J. Bodisch**
**Assistant Director/Chief of Staff**
**Texas Homeland Security**
**Texas Department of Public Safety**
**P. O. Box 4087**
**Austin, Texas 78773**
**512-424-2368**
**robert.bodisch@dps.texas.gov**
**robert.bodisch.sle@dhs.sgov.gov**



**From:** Bodisch, Robert
**Sent:** Wednesday, September 18, 2013 3:44 PM
**To:** McCraw, Steven
**Subject:** Warrant Checks
**Importance:** High

Just learned we do have the ability to run warrant checks on all applicants for Mobile EICs. A special internal call in number has been set up for the CSRs to call and check applicants so that we can give them their receipt at the time they apply and not have to wait a day or two to process back at a DL office.

**Robert J. Bodisch**
**Assistant Director/Chief of Staff**
**Texas Homeland Security**
**Texas Department of Public Safety**
**P. O. Box 4087**
**Austin, Texas 78773**
**512-424-2368**
**robert.bodisch@dps.texas.gov**
**robert.bodisch.sle@dhs.sgov.gov**





2:13-cv-193
09/02/2014
**DEF0884**



EXHIBIT
22

TEX0507628