EXAMPLE 5

Information on poll book:

Name:     Isa Villareal
DOB:      08/13/1990
Address:  2802 Commerce Street, Houston, TX 77003

Information on driver's license:

Name:     Isabella Johnson
DOB:      08/13/1990
Address:  4015 Garrow Street, Houston, TX 77003


DEPOSITION EXHIBIT
6-17-14
PENGAD 800-631-6989


2:13-cv-193
09/02/2014
DEF0886

EXAMPLE 6

Information on poll book:

| | |
|---|---|
| Name: | Elizabeth Murphy |
| DOB: | 09/15/1974 |
| Address: | 531 W 32nd Street, Houston, TX 77018 |

Information on driver's license:

| | |
|---|---|
| Name: | Elizabeth Burton |
| DOB: | 09/15/1974 |
| Address: | 2614 Delwood Pl, Austin, TX 78703 |

2

EXAMPLE 7

Information on poll book:

Name:      Christine Barrow
DOB:       04/08/1965
Address:   531 W 32nd Street, Houston, TX 77018

Information on U.S. Passport:

Name:      Christine Alexander
DOB:       04/08/1965

3

EXAMPLE 8

Information on poll book:

Name:      Christopher Johnson
DOB:       11/11/1911
Address:   14800 Henry Road, Houston, TX 77060

Information on driver's license:

Name:      Chris Johnson
DOB:       08/22/1994
Address:   14800 Henry Road, Houston, TX 77060

4

EXAMPLE 9

Information on poll book:

Name:      Christopher Johnson
DOB:       11/03/1984
Address:   14800 Henry Road, Houston, TX 77060


Information on military ID card:

Name:      Chris Johnson

EXAMPLE 10

Information on poll book:

Name:      Elizabeth Smith
DOB:       06/30/1978
Address:   14800 Henry Road, Houston, TX 77060

Information on military ID card:

Name:      Elizabeth Johnson

6