XXXXXXX
XXXX
XXX, Texas 7XXXX

Dear XXXXXXX:

Thank you for contacting me with your concerns regarding Senate Bill 14 and voting by mail.

Senate Bill 14 passed the Senate on January 26, 2011. The Select House Committee on Voter Identification and Voter Fraud heard testimony on Senate Bill 14 March 1, 2011. You are correct that Senate Bill 14 will not specifically address potential fraud with regard to mail-in-ballots.

The 82nd Legislature convened on January 11, 2011. To date there has been no legislation filed to address potential fraud related to mail-in-ballots. The deadline to file legislation for this session is March 11, 2011.

I encourage you to contact your state representative, the Honorable XXXXX so that they will be aware of your views on this issue. His contact information is as follows:

> The Honorable XXXXX
> XXXXXX
> XXXX, Texas 7XXXX
> (XXX) XXX-XXXX

Thank you again for sharing your thoughts with me. I will keep them in mind throughout the next legislative session. Please don't hesitate to contact my office if I may be of assistance.

Sincerely,

Joe Straus
Speaker

JRS/mdf




Straus
EXHIBIT NO. 2
K. FISHER

Highly Confidential

LEG00004179