Dear Mrs. Peters:

Thank you for your correspondence regarding legislation relating to voter fraud, voter identification and citizenship requirements. I appreciate having the benefit of your views.

As you are aware, state and federal law both require all voters to be citizens, but current state law requires no photo identification or proof of citizenship when registering to vote or when voting. I agree that we need to revise our current Texas voting laws to ensure that only U.S. citizens who are Texas residents are voting in our Texas elections.

During both the 79th and 80th Legislative sessions, several bills were filed addressing voter identification requirements, including HB 218 and HB 626 in 2007. HB 218 requires voters to provide photo identification when voting. While this bill passed the House on April 24, 2007, it was never debated by the full Senate. The amended version of HB 626 would require confirmation of a voter's citizenship by the Secretary of State's Office when registering a voter or changing a voter's registration. This bill passed the House on May 2, 2007, but was never scheduled for consideration by the Senate.

As you know, similar legislation has been filed for the consideration of the 81st legislative session. Once the legislation is introduced for discussion, I will be certain to keep your comments and concerns in mind. Please rest assured that I will continue to work to ensure the legitimacy of our elections.

Again, thank you for contacting my office. If I can be of further assistance to you on this or any other issue, please do not hesitate to contact me.

Sincerely,

JOE STRAUS
Speaker





Straus
EXHIBIT NO. 3
K. FISHER

file://capitol/texas/O0665_2/CMS/Email/2009-02-11-17.07.16.738420/Message2009-02-...   12/10/2013

Highly Confidential

LEG0000370?

Dear Ms. Lewis:

Thank you for your correspondence regarding your concerns over legislation relating to voter fraud, voter identification and citizenship requirements. I appreciate having the benefit of your views.

As you are aware, state and federal law both require all voters to be citizens, but current state law requires no photo identification or proof of citizenship when registering to vote or when voting.

During both the 79th and 80th Legislative sessions, several bills were filed addressing voter identification requirements, including HB 218 and HB 626 in 2007. HB 218 requires voters to provide photo identification when voting. While this bill passed the House on April 24, 2007, it was never debated by the full Senate. The amended version of HB 626 would require confirmation of a voter's citizenship by the Secretary of State's Office when registering a voter or changing a voter's registration. This bill passed the House on May 2, 2007, but was never scheduled for consideration by the Senate.

As you know, similar legislation has been filed for the consideration of the 81st legislative session. Once the legislation is introduced for discussion, I will be certain to keep your comments and concerns in mind as I work continue to work with my colleagues towards serving the interests of citizens of our great state.

Again, thank you for contacting my office. If I can be of further assistance to you on this or any other issue, please do not hesitate to contact me.

Sincerely,

JOE STRAUS
Speaker

Highly Confidential                                         LEG00003705

Dear Mr. Powers:

Thank you for your e-mail regarding legislation relating to voter fraud and voter identification. I appreciate having the benefit of your views.

As you are aware, state and federal law both require all voters to be citizens, but current state law requires no photo identification or proof of citizenship when registering to vote or when voting. I agree that we need to revise our current Texas voting laws to ensure that only U.S. citizens who are Texas residents are voting in our Texas elections.

During both the 79th and 80th Legislative sessions, several bills were filed addressing voter identification requirements, including HB 218 and HB 626 in 2007. HB 218 requires voters to provide photo identification when voting. While this bill passed the House on April 24, 2007, it was never debated by the full Senate. The amended version of HB 626 would require confirmation of a voter's citizenship by the Secretary of State's Office when registering a voter or changing a voter's registration. This bill passed the House on May 2, 2007, but was never scheduled for consideration by the Senate.

As the current legislative session progresses, it is likely that this legislation will be introduced on this issue, and I will be certain to keep your comments and concerns in mind. Please rest assured that I will continue to work to ensure the legitimacy of our elections.

Again, thank you for contacting my office. If I can be of further assistance to you on this or any other issue, please do not hesitate to contact me.

Sincerely,

JOE STRAUS
Speaker

Highly Confidential

LEG00003709

Dear Mrs. Cooper:

Thank you for your correspondence regarding legislation relating to voter fraud, voter identification and citizenship requirements. I appreciate having the benefit of your views.

As you are aware, state and federal law both require all voters to be citizens, but current state law requires no photo identification or proof of citizenship when registering to vote or when voting. I agree that we need to revise our current Texas voting laws to ensure that only U.S. citizens who are Texas residents are voting in our Texas elections.

During both the 79th and 80th Legislative sessions, several bills were filed addressing voter identification requirements, including HB 218 and HB 626 in 2007. HB 218 requires voters to provide photo identification when voting. While this bill passed the House on April 24, 2007, it was never debated by the full Senate. The amended version of HB 626 would require confirmation of a voter's citizenship by the Secretary of State's Office when registering a voter or changing a voter's registration. This bill passed the House on May 2, 2007, but was never scheduled for consideration by the Senate.

As the current legislative session progresses, it is likely that this legislation will be introduced on this issue, and I will be certain to keep your comments and concerns in mind. Please rest assured that I will continue to work to ensure the legitimacy of our elections.

Again, thank you for contacting my office. If I can be of further assistance to you on this or any other issue, please do not hesitate to contact me.

Sincerely,

JOE STRAUS
Speaker

Highly Confidential                                                              LEG0000371(


## Outgoing Correspondence Report

| | | |
|---|---|---|
| **Type:** Letter | **Date Sent:** | **Staff Assigned:** J. Stribling |
| **Description:** Response | **Date Sent To Speaker:** | **Mail Merge Description:** |
| **Hyperlink:** X:\Mail Room\Constituent Mail\Issue Letters\voter i.d\Kalter.3-9-09.doc | **File Location:** | **No. of Recipients:** 1 |
| **Status:** Sent | **Last Action Date:** 3/26/2009 09:11 PM | |

**Summary:** Thank you for your correspondence regarding legislation relating to voter fraud, voter identification and citizenship requirements. I appreciate having the benefit of your views.

As you are aware, state and federal law both require all voters to be citizens, but current state law requires no photo identification or proof of citizenship when registering to vote or when voting. I agree that we need to revise our current Texas voting laws to ensure that only U.S. citizens who are Texas residents are voting in our Texas elections.

During both the 79th and 80th Legislative sessions, several bills were filed addressing voter identification requirements, including HB 218 and HB 626 in 2007. HB 218 requires voters to provide photo identification when voting. While this bill passed the House on April 24, 2007, it was never debated by the full Senate. The amended version of HB 626 would require confirmation of a voter's citizenship by the Secretary of State's Office when registering a voter or changing a voter's registration. This bill passed the House on May 2, 2007, but was never scheduled for consideration by the Senate.

As you know, similar legislation has been filed for the consideration of the 81st legislative session. Both HB 127 and HB 373, dealing with voter identification, have been referred to the House Committee on Elections. The committee chairman of the House Committee on Elections has discretion over whether or not to grant this bill a public hearing, which will be the next step in the legislative process for this measure. Following the committee review, the bills will be presented to the full House for consideration.

I will keep your comments in mind when this issue is presented to the Texas House of Representatives. Please rest assured that I will continue to work to ensure the legitimacy of our elections. Again, thank you for contacting my office. If I can be of further assistance to you on this or any other issue, please do not hesitate to contact me.

**Recipients:** Kalter, Mrs. Cheryl
13807 Jess Gardens
San Antonio, Texas 78232-4976

**Incoming Summary:** constituent: oppose voter id bill

LEG0000371


## Outgoing Correspondence Report

| | | |
|---|---|---|
| **Type:** Letter | **Date Sent:** | **Staff Assigned:** J. Stribling |
| **Description:** Response | **Date Sent To Speaker:** | **Mail Merge Description:** |
| **Hyperlink:** X:\Mail Room\Constituent Mail\Issue Letters\voter i.d\Forrest.3-13-09.doc | **File Location:** | **No. of Recipients:** 1 |
| **Status:** Sent | **Last Action Date:** 5/4/2009 12:37 PM | |

**Summary:** Thank you for your correspondence regarding legislation relating to voter fraud, voter identification and citizenship requirements. I appreciate having the benefit of your views.

As you are aware, state and federal law both require all voters to be citizens, but current state law requires no photo identification or proof of citizenship when registering to vote or when voting.

During both the 79th and 80th Legislative sessions, several bills were filed addressing voter identification requirements, including HB 218 and HB 626 in 2007. HB 218 requires voters to provide photo identification when voting. While this bill passed the House on April 24, 2007, it was never debated by the full Senate. The amended version of HB 626 would require confirmation of a voter's citizenship by the Secretary of State's Office when registering a voter or changing a voter's registration. This bill passed the House on May 2, 2007, but was never scheduled for consideration by the Senate.

As you know, similar legislation has been filed for the consideration of the 81st legislative session. HB 125 and HB 373 have both been referred to the House Committee on Elections. The committee chairman has discretion over whether or not to grant these bills a public hearing.

Once the legislation is introduced for discussion of the full House, I will be certain to keep your comments and concerns in mind. Please rest assured that I will continue to work to ensure the legitimacy of our elections.

Again, thank you for contacting my office. If I can be of further assistance to you on this or any other issue, please do not hesitate to contact me.

Sincerely,

**Recipients:** Forrest, Mr. Hank
15307 Mount Eagle St
San Antonio, Texas 78232-4027

**Incoming Summary:** constituent: support the voter id bill

Highly Confidential

LEG0000371



## Outgoing Correspondence Report

| | | |
|---|---|---|
| **Type:** Letter | **Date Sent:** | **Staff Assigned:** J. Stribling |
| **Description:** Response | **Date Sent To Speaker:** | **Mail Merge Description:** |
| **Hyperlink:** X:\Mail Room\Constituent Mail\Issue Letters\voter i.d\Felan.3-13-09.doc | **File Location:** | **No. of Recipients:** 1 |
| **Status:** Sent | **Last Action Date:** 5/4/2009 12:37 PM | |

**Summary:** Thank you for your correspondence regarding legislation relating to voter fraud, voter identification and citizenship requirements. I appreciate having the benefit of your views.

As you are aware, state and federal law both require all voters to be citizens, but current state law requires no photo identification or proof of citizenship when registering to vote or when voting.

During both the 79th and 80th Legislative sessions, several bills were filed addressing voter identification requirements, including HB 218 and HB 626 in 2007. HB 218 requires voters to provide photo identification when voting. While this bill passed the House on April 24, 2007, it was never debated by the full Senate. The amended version of HB 626 would require confirmation of a voter's citizenship by the Secretary of State's Office when registering a voter or changing a voter's registration. This bill passed the House on May 2, 2007, but was never scheduled for consideration by the Senate.

As you know, similar legislation has been filed for the consideration of the 81st legislative session. HB 125 and HB 373 have both been referred to the House Committee on Elections. The committee chairman has discretion over whether or not to grant these bills a public hearing.

Once the legislation is introduced for discussion of the full House, I will be certain to keep your comments and concerns in mind. Please rest assured that I will continue to work to ensure the legitimacy of our elections.

Again, thank you for contacting my office. If I can be of further assistance to you on this or any other issue, please do not hesitate to contact me.

Sincerely,

**Recipients:** Felan, Ms. Blanche
PO Box 200991
San Antonio, Texas 78220

**Incoming Summary:** support voter id legislation

Highly Confidential

LEG0000371



## Outgoing Correspondence Report

| | | |
|---|---|---|
| **Type:** Letter | **Date Sent:** | **Staff Assigned:** J. Stribling |
| **Description:** Response | **Date Sent To Speaker:** | **Mail Merge Description:** |
| **Hyperlink:** X:\Mail Room\Constituent Mail\Issue Letters\voter i d\Castaneda.3-9-09.doc | **File Location:** | **No. of Recipients:** 1 |
| **Status:** Sent | **Last Action Date:** 3/26/2009 09:11 PM | |

**Summary:** Thank you for your correspondence regarding legislation relating to voter fraud, voter identification and citizenship requirements. I appreciate having the benefit of your views.

As you are aware, state and federal law both require all voters to be citizens, but current state law requires no photo identification or proof of citizenship when registering to vote or when voting. I agree that we need to revise our current Texas voting laws to ensure that only U.S. citizens who are Texas residents are voting in our Texas elections.

During both the 79th and 80th Legislative sessions, several bills were filed addressing voter identification requirements, including HB 218 and HB 626 in 2007. HB 218 requires voters to provide photo identification when voting. While this bill passed the House on April 24, 2007, it was never debated by the full Senate. The amended version of HB 626 would require confirmation of a voter's citizenship by the Secretary of State's Office when registering a voter or changing a voter's registration. This bill passed the House on May 2, 2007, but was never scheduled for consideration by the Senate.

As you know, similar legislation has been filed for the consideration of the 81st legislative session. Both HB 127 and HB 373, relating to voter identification, have been referred to the House Committee on Elections. The committee chairman of the House Committee on Elections has discretion over whether or not to grant this bill a public hearing, which will be the next step in the legislative process for this measure. Following the committee review, the bills will be presented to the full House for consideration.

I will keep your comments in mind when this issue is presented to the Texas House of Representatives. Please rest assured that I will continue to work to ensure the legitimacy of our elections. Again, thank you for contacting my office. If I can be of further assistance to you on this or any other issue, please do not hesitate to contact me.
On Voter Rights

**Recipients:** Castaneda, Mr. Carlos
1107 Old Lake
San Antonio, Texas 78245

**Incoming Summary:** oppose voter id bill

Highly Confidential   LEG0000371

Dear Ms. Lewis:

Thank you for your correspondence regarding your concerns over legislation relating to voter fraud, voter identification and citizenship requirements. I appreciate having the benefit of your views.

As you are aware, state and federal law both require all voters to be citizens, but current state law requires no photo identification or proof of citizenship when registering to vote or when voting.

During both the 79th and 80th Legislative sessions, several bills were filed addressing voter identification requirements, including HB 218 and HB 626 in 2007. HB 218 requires voters to provide photo identification when voting. While this bill passed the House on April 24, 2007, it was never debated by the full Senate. The amended version of HB 626 would require confirmation of a voter's citizenship by the Secretary of State's Office when registering a voter or changing a voter's registration. This bill passed the House on May 2, 2007, but was never scheduled for consideration by the Senate.

As you know, similar legislation has been filed for the consideration of the 81st legislative session. Once the legislation is introduced for discussion, I will be certain to keep your comments and concerns in mind as I work continue to work with my colleagues towards serving the interests of citizens of our great state.

Again, thank you for contacting my office. If I can be of further assistance to you on this or any other issue, please do not hesitate to contact me.

Sincerely,

JOE STRAUS
Speaker

Highly Confidential                                            LEG0000371


Incoming Correspondence Report

| | | |
|---|---|---|
| Date Received: 3/23/2009 AM | Name: Kennedy, Mrs. Pat | Address Type: Home — Address: 3705 W. Louisiana, Midland, Texas 79703-5521 |
| Type: E-mail | Date Written: | Staff Assigned: H. Loomis |
| Description: | Status: Closed | Response Required: No |
| Priority: | File Location: | No. of Responses: |
| Origin Office: | Date Closed: 3/23/2009 10:08:00AM | Closed By: H. Loomis |

Summary: House Speaker Straus:

A lot of Texans are so angry at not only the politicians in Washington.....but the politicians in Austin!!!

Where is the support for immigration legislation THIS SESSION in Austin??? The news Texans are getting is that immigration legislation will not go forward this session. Immigration bills have been filed....so pass them!!!

WHAT IN THE HECK IS GOING ON?????

Texas legislators MUST step up and take control.....or go find another job!! This is ridiculous that our own state legislators don't have the backbone to step up and enforce EXISTING LAWS that could close down the sanctuary cities in Texas; pass Voter ID in Texas; mandate the E-Verify program in Texas; declare English the official language of Texas; train and put local law enforcement out on the streets in Texas to apprehend and deport illegal foreigners and criminals and stop all Texas welfare benefits to noncitizens!!!!

WHAT IN THE HECK IS GOING ON IN AUSTIN?????

STOP WAITING ON WASHINGTON TO "TAKE CARE OF BUSINESS".....BECAUSE WASHINGTON HAS NO INTENTIONS OF "TAKING CARE OF BUSINESS"....because they are too busy pouring our tax dollars down a black hole!!!!

Washington is so messed up that those Demwits don't know which way is up.....and they certainly have no idea or don't care that our country has been invaded by illegal foreigners who are draining our economy and killing our citizens with drugs and violence!! There is a war going on in the United States.....but evidently someone forgot to tell Washington!!!

Washington and Austin leaders are catering and pandering to the open borders activists (LaRaza, MELDEF, LULAC, Chambers of Commerce, Catholic churches and businesses who want cheap labor)... who are intent on turning our country into a third-world country!! If you don't believe it's happening....look around!! American citizens are fast turning into a minority population!!!

HELLO-O-O AUSTIN!!!!! IS ANYONE IN CHARGE?....or is everyone still too busy feuding amongst yourselves to do the job you were elected to do by the citizens of Texas???

TEXANS WANT IMMIGRATION LEGISLATION ACTION....AND THEY WANT IT NOW!!!! IF AUSTIN LEGISLATORS DON'T STEP UP AND TAKE CONTROL.....WHO WILL??? CERTAINLY NOT WASHINGTON!!!!!

Dear Mrs                                                                                                                  Page 1 of 1

Dear Mrs. Peters:

Thank you for your correspondence regarding legislation relating to voter fraud, voter identification and citizenship requirements. I appreciate having the benefit of your views.

As you are aware, state and federal law both require all voters to be citizens, but current state law requires no photo identification or proof of citizenship when registering to vote or when voting. I agree that we need to revise our current Texas voting laws to ensure that only U.S. citizens who are Texas residents are voting in our Texas elections.

During both the 79th and 80th Legislative sessions, several bills were filed addressing voter identification requirements, including HB 218 and HB 626 in 2007. HB 218 requires voters to provide photo identification when voting. While this bill passed the House on April 24, 2007, it was never debated by the full Senate. The amended version of HB 626 would require confirmation of a voter's citizenship by the Secretary of State's Office when registering a voter or changing a voter's registration. This bill passed the House on May 2, 2007, but was never scheduled for consideration by the Senate.

As you know, similar legislation has been filed for the consideration of the 81st legislative session. Once the legislation is introduced for discussion, I will be certain to keep your comments and concerns in mind. Please rest assured that I will continue to work to ensure the legitimacy of our elections.

Again, thank you for contacting my office. If I can be of further assistance to you on this or any other issue, please do not hesitate to contact me.

Sincerely,

JOE STRAUS
Speaker

Highly Confidential                                                                                                       LEG00003707

Dear Mrs. McCann:

Thank you for contacting me with your concerns regarding voter identification.

Several bills addressing the issue of voter identification have been filed for the consideration of the 81st Legislature, including HB 125, HB 373, and SB 362. Due to procedural deadlines near the end of the legislative session, it is not possible for HB 125 and HB 373 to pass the House of Representatives. On May 11, 2009 SB 362 passed the House Committee on Elections by a narrow margin (5-4) and has now been placed on the Major State Calendar.

I believe that the state Texas should establish an election process that ensures the security and legitimacy of our elections without disenfranchising voters. As relevant voter identification bills and SB 362 are presented to the House of Representatives I will be sure to keep your concerns in mind.

Again, thank you for your correspondence. I value your input. If I can be of further assistance to you on this or any other issue, please do not hesitate to contact me.

Sincerely,

JOE STRAUS
Speaker

Highly Confidential

LEG00003671