NEW (for Dem support)

① 63.001 (g) reqs detailed info be given to voters re: provisional voting.

② 63.0101 (a)(6) allows public or private college ID cards

③ increased penalty for illegal voting

④ allows ballot board to verify signature on provisional ballot or voter to return w/ ID w/in 2 business days. (no separate sig verification committee)

⑤ 31.012 and transition reg/allow voter registration efforts and education efforts

⑥ 2011 instead of 2010



Straus
EXHIBIT NO. 7
K. FISHER

2:13-cv-193
09/02/2014
DEF0894

HIGHLY CONFIDENTIAL

TX_00012065