

# Building People Power in the Rio Grande Valley

## OUR MEMBERS

LUPE's strength is found in our 7,000+ membership base from which leaders and volunteers are transforming their communities. LUPE members pay membership fees on an annual basis. These fees pay for the services and leadership development practices of each LUPE Office.

LUPE engages its membership in devising and conducting campaigns to achieve the mission of the organization. In order to have a positive impact on the lives of immigrant and Latino families, LUPE members develop into community leaders. LUPE members are empowered to impact change for themselves and their communities. Membership dues serve to represent their commitment to this process, as well as off-set costs incurred by LUPE to support communities that seek social change.

## THE MEMBERSHIP:

Costs: $40.00 per person or $60.00 for a married couple and remains valid for one year.
*Special student rate: $20.00

**Members receive the following services at low cost:**
- Tax Preparation (Electronic Income Tax)
- Immigration Services
- Notary Services
- Birth Certificate and Marriage Certificate Translations

**Other FREE and discounted benefits:**
- $5.00 discount on renewal of individual membership, or $10.00 for a married couple, within 30 days before or after the expiration date.
- $10 discount on any service
- Free Citizenship Classes in English and Spanish
- Free Basic English Classes
- Free Accidental Death Insurance up to value of $3,000
- Doctor, Clinic, and Attorney References

Click here to view the office closest to you to become a member!



2:13-cv-193
09/02/2014
DEF0908



DEPOSITION EXHIBIT
Cox 3
Sylvia Kerr, CSR, CRR, RPR, TCRR