**Juanita Valdez-Cox**

From: juanitavc@lupenet.org
Sent: Friday, August 31, 2012 2:22 PM
To: jvcoffice@lupenet.org
Subject: Fwd: press statement please review

Sent from my HTC smartphone on the Now Network from Sprint!

----- Forwarded message -----
From: "Michael Seifert" <seifertjamesmichael@gmail.com>
To: "Juanita Valdez" <juanitavc@lupenet.org>
Subject: press statement please review
Date: Thu, Aug 30, 2012 10:23 pm

here you go:



**Equal Voice for America's Families**
*Rio Grande Valley Network*
1225 N. Baseline Rd • Mercedes, Tx 78570

**For Immediate Release: Thursday August 30, 2012**
Contact: Cristela Gomez, Civic Engagement Co-Chair: (cgomez.bchc@tachc.org) 956-453-7640
Ramona Garza, Civic Engagement Co-Chair (ariseadvocacy@att.net) 956-309-9467
Michael Seifert – Network Coordinator; (956) 459-6827 or networkweaverrgv@gmail.com

RE: Court Decisions on Voter ID and Redistricting

Statement:

The Rio Grande Equal Voice Network celebrates this week's victories in federal court in favor of civic participation. The two decisions were ratifications of the American ideal of democracy—a community who takes responsibility and participates in the forging of our shared future.

The Washington DC's district court found that the State of Texas' elections' maps clearly intended to limit the participation of minorities in the election process. Instead of strengthening Texas' position in the United States as a strong, diverse community, the maps proposed by the state ignored this reality, promoting an illusion that nothing has changed over the past ten years.

2:13-cv-193
09/02/2014
DEF0909


DEPOSITION EXHIBIT
Cox 4
Sylvia Kerr, CSR, CRR, RPR, TCRR

1

The voter ID law was found to discriminate against minorities and conflicts with the federal Voting Rights Act. The Equal Voice Network felt that the voter id law would have placed extraordinary burdens on the poor, the elderly, and the Hispanic.

"The courts' actions affirmed what we have always promoted—the full participation of all citizens in the democratic process," said Ramona Casas of ARISE. "These rulings are victories for our communities in the Valley, for our sister communities in Texas, as well as for the entire nation.

Equal Voice and other voter advocacy groups realized that there are many in our communities who are unlikely to possess any of the six forms of acceptable government-issued photo ID required under the law.

"The decision by the court reminds us that we stand on the shoulders of those who came before us and who made it the law of the nation that no one can have their right to vote diminished. We are grateful that our right to vote is a sacred right," said Cristela Gomez, director of Mano a Mano in Brownsville.

Likewise, the Equal Voice Network views the rejection of Texas' voting maps as a reaffirmation of the community's right to choose its representatives, and that those representatives be from our community.

Daniel Diaz, an organizer with LUPE, sees these decisions are going far beyond the Valley and even the state of Texas. "In the past, it was the federal courts that saved minorities' right to vote. These decisions this week mean that our government remains of the people, by the people and for the people." LUPE served as an organizational plaintiff in the lawsuit on voter ID, with Executive Director Juanita Valdez-Cox offering testimony that clearly established the harm that the law would cause to low-income and elderly citizens of the Rio Grande Valley.

*Rio Grande Valley Equal Voice Member Organizations:*
ARISE – A Resource in Service Equality (Alamo) • BCHC – Brownsville Community Health Center (Brownsville)
Casa de Proyecto Libertad (Harlingen) • La Unión del Pueblo Entero LUPE (San Juan) • Proyecto Azteca (San Juan)
Proyecto Juan Diego (Cameron Park/Brownsville)
The START Center- South Texas Adult Resource and Training Center (San Benito)
South Texas Civil Rights Project (Alamo) • Texas Organizing Project (Edinburg)

http://rgvequalvoicenetwork.blogspot.com/

Michael Seifert
Equal Voice Network

Rio Grande Valley, Texas

http://alongsideaborder.blogspot.com/
http://rgvequalvoicenetwork.blogspot.com/


On Thu, Aug 30, 2012 at 9:10 PM, Juanita Valdez <juanitavc@lupenet.org> wrote:
Mike can you please send me the press statement as revised?

Thank you for your work on this!

Juanita

---

**From:** Michael Seifert [mailto:seifertjamesmichael@gmail.com]
**Sent:** Thursday, August 30, 2012 8:10 PM
**To:** Juanita Valdez-Cox
**Subject:** Re: press statement please review

thanks, I added it to the last paragraph. I think that it is a great point you make. I left your mom out, but added the content of your testimony.
On Aug 30, 2012, at 6:13 PM, Juanita Valdez-Cox wrote:

Hi Mike,

I think we should mention that LUPE a member of the Equal Voice Network was an Organizational Plaintiff in the lawsuit on voter ID. I provided testimony about the harm it would do to low-income and elderly citizens, one of which is my mom who is 91 years old. You do not have to mention about my testimony or my mom but I do believe that LUPE being a Plaintiff is an important mention, since it demonstrates that the member organizations of our Network are committed to not only express an opinion but to step up when it matters. In this case it was LUPE next time it could be one or more of the other nonprofits.

Let me know what you think.

Thank you,
Juanita Valdez-Cox
LUPE Executive Director
P O Box 188
San Juan TX 78589
(956) 782-6655

*"Once Social Change begins, it cannot be reversed. You cannot un-educate the person who has learned to read. You cannot humiliate the person who feels pride. You cannot oppress the people who are not afraid anymore."* Cesar E. Chavez

**From:** Michael Seifert [mailto:seifertjamesmichael@gmail..com]
**Sent:** Thursday, August 30, 2012 4:46 PM
**To:** Ann Cass; Chris Gomez; Corinna Spencer-Scheurich; David Hall; Emily Rickers; Josie Cortez; Juanita Valdez Cox; Lourdes Flores Mendoza; Paula S. Gomez; Peter Bloch Garcia; Phylis Peters; Rodolfo Sanchez; Rogelio Nunyez; Ron

Rogers; Ron Rogers
**Subject:** press statement please review

(note that TRLA is NOT signed on to this)

**For Immediate Release: Thursday August 30, 2012**
Contact: Cristela Gomez, Civic Engagement Co-Chair: (cgomez.bchc@tachc.org) 956-453-7640
Ramona Garza, Civic Engagement Co-Chair (ariseadvocacy@att.net) 956-309-9467
Michael Seifert – Network Coordinator; (956) 459-6827 or networkweaverrgv@gmail.com

RE: Court Decisions on Voter ID and Redistricting

Statement:

The Rio Grande Equal Voice Network celebrates this week's victories in federal court in favor of civic participation. The two decisions were ratifications of the American ideal of democracy—a community who takes responsibility and participates in the forging of our shared future.

The Washington DC's district court found that the State of Texas' elections' maps clearly intended to limit the participation of minorities in the election process. Instead of strengthening Texas' position in the United States as a strong, diverse community, the maps proposed by the state ignored this reality, promoting an illusion that nothing has changed over the past ten years.

The voter ID law was found to discriminate against minorities and conflicts with the federal Voting Rights Act. The Equal Voice Network felt that the voter id law would have placed extraordinary burdens on the poor, the elderly, and the Hispanic.

"The courts' actions affirmed what we have always promoted—the full participation of all citizens in the democratic process," said Ramona Casas of ARISE. "These rulings are victories for our communities in the Valley, for our sister communities in Texas, as well as for the entire nation.

Equal Voice and other voter advocacy groups realized that there are many in our communities who are unlikely to possess any of the six forms of acceptable government-issued photo ID required under the law.

"The decision by the court reminds us that we stand on the shoulders of those who came before us and who made it the law of the nation that no one can have their right to vote diminished. We are grateful that our right to vote is a sacred right," said Cristela Gomez, director of Mano a Mano in Brownsville.

Likewise, the Equal Voice Network views the rejection of Texas' voting maps as a reaffirmation of the community's right to choose its representatives, and that those representatives be from our community.

4

Daniel Diaz, an organizer with LUPE, sees these decisions are going far beyond the Valley and even the state of Texas. "In the past, it was the federal courts that saved minorities' right to vote. These decisions this week mean that our government remains of the people, by the people and for the people."

*Rio Grande Valley Equal Voice Member Organizations:*
ARISE – A Resource in Service Equality (Alamo) • BCHC – Brownsville Community Health Center (Brownsville)
Casa de Proyecto Libertad (Harlingen) • La Unión del Pueblo Entero LUPE (San Juan) • Proyecto Azteca (San Juan)
Proyecto Juan Diego (Cameron Park/Brownsville)
The START Center- South Texas Adult Resource and Training Center (San Benito)
South Texas Civil Rights Project (Alamo) • Texas Organizing Project (Edinburg)

http://rgvequalvoicenetwork.blogspot.com/


Michael Seifert
Equal Voice Network
Rio Grande Valley, Texas

http://alongsideaborder.blogspot.com/
http://rgvequalvoicenetwork.blogspot.com/

Michael Seifert
Equal Voice Network
Rio Grande Valley, Texas

http://alongsideaborder.blogspot.com/
http://rgvequalvoicenetwork.blogspot.com/