🏠 Home    🔔 Notifications    # Discover    👤 Me                🐦

Search 🔍



FWD   **FWD.us** ✔
        @FWD_us                                    ⚙ +👤 Follow

# 88% of likely voters support a pathway to citizenship for #DREAMers. #timeisnow #ready4reform

↩ Reply    🔁 Retweet    ★ Favorite    ••• More

DEPOSITION EXHIBIT
Cox 5
Sylvia Kerr, CSR, CRR, RPR, TCRR

2:13-cv-193
09/02/2014
**DEF0910**

6/24/14

Twitter / FWD_us: 88% of likely voters support ...



Twitter / FWD_us: 80% of likely voters support ...