

# Texas Politics

## Voter Identification (February 2011)

Voter ID Preferences
Breakdown by Party ID
Breakdown by Race
Do you agree or disagree that registered voters should be required to present a government-issued photo ID before they can be allowed to vote? (February 2011)
The MOE for the sample (n=797) is +/- 3.47
100
80
60
40
20
0
Percentage
75%
17%
8%
Agree
Disagree
Don't know
Mouse-over for notes about the data

2:13-cv-193
09/02/2014
DEF0911
exhibitsticker.com

DEPOSITION EXHIBIT
Sylvia Kerr, CSR, CRR, RPR, TCRR

# Texas Politics

Voter Identification (February 2011)

# Texas Politics

## Voter Identification (February 2011)

Voter ID Preferences
Breakdown by Party ID
Breakdown by Race
Do you agree or disagree that registered voters should be required to present a government-issued photo ID before they can be allowed to vote? (February 2011)
100
80
60
40
20
0
Percentage
80%
63%
68%
28%
22%
12%
8%
9%
11%
Agree
Disagree
Don't know
White
African American
Latino