

# Texas Politics

## Voter ID Law Support (October 2012)

Voter ID Support | by Party Identification | by Ideology | by Race

**Do you agree or disagree with the idea that registered voters should be required to present a government issued photo ID at the polls before they can be allowed to vote? (October 2012)**

The MOE for the sample (n=800) is +/- 3.46

Mouse-over for notes about the data

2:13-cv-193
09/02/2014
DEF0912
exhibitsticker.com

DEPOSITION EXHIBIT
Cox 7
Sylvia Kerr, CSR, CRR, RPR, TCRR





