Amend CSSB 14 (house committee printing) as follows:

(1)  In SECTION 9 of the bill, in added Section 63.001(h)(1), Election Code (page 6, line 20), strike "<u>or</u>".

(2)  In SECTION 9 of the bill, following added Section 63.001(h)(2), Election Code (page 6, line 23), between "<u>15.001(c)</u>" and the period, insert the following:

<u>; or</u>

<u>(3)  executes an affidavit under penalty of perjury stating that the voter is the same person named on the list of registered voters for the precinct</u>

1


