Amend **CSSB 14** as follows:

(1) In SECTION 14 of the bill, in amended Section 63.0101, Election Code (page 10, line 13), strike "<u>or</u>".

(2) In SECTION 14 of the bill, in amended Section 63.0101, Election Code, following added Subdivision (5) (page 10, line 17), insert the following:

<u>; or</u>

<u>(6) a valid employee identification card that contains the person's photograph and is issued by an employer of the person in the ordinary course of the employer's business</u>

1

2:13-cv-193
09/02/2014
DEF0919


EXHIBIT 6
8-13-14