



**Roland Reports**
@RolandReports

+ Follow

## RIght now on @tvonetv #NewsOneNow, Rep. @MarcVeasey joins us to discuss voting rights and #GOP efforts to suppress the vote.

↩ Reply   ♺ Retweet   ★ Favorite   ••• More

RETWEETS
**2**



8:04 AM - 25 Mar 2014

Reply to @RolandReports @tvonetv @MarcVeasey

## Trends

#DontKillSeanBean ↗ Promoted by LegendsTNT   Iraq   Lauren Bacall   #tcot   ISIS   Robin Williams   Simone Camilli   #auspol   #FreshmanAdvice   #SharkWeek

© 2014 Twitter   About   Help   Ads info

2:13-cv-193
09/02/2014
**DEF0922**



EXHIBIT
9
8-13-14