# TEXAS SECRETARY OF STATE
## NANDITA BERRY

**Maintenance Notice:** Our **website**, **SOSDirect**, and various applications will be temporarily unavailable Saturday, August 16, from 7:00 a.m. until Monday, August 18, at 7:00 a.m. due to scheduled maintenance. The Texas Election Administration Management (**TEAM**) application will not be affected. We apologize for any inconvenience this may cause.

Note - Navigational menus along with other non-content related elements have been removed for your convenience. Thank you for visiting us online.

# Turnout and Voter Registration Figures (1970-current)

| 2014 - Primary Runoff, May (Gubernatorial) Republican | |
|---|---:|
| Registered Voters | 13,601,324 |
| Voting Age Population (VAP) | 18,915,297 |
| Percentage of VAP Registered | 71.91% |
| Turnout | 752,780 |
| Percent of Turnout to Registered Voters | 5.53% |
| Percent of Turnout to VAP | 3.98% |
| **2014 - Primary Runoff, May (Gubernatorial) Democratic** | |
| Registered Voters | 13,601,324 |
| Voting Age Population (VAP) | 18,915,297 |
| Percentage of VAP Registered | 71.91% |
| Turnout | 201,283 |
| Percent of Turnout to Registered Voters | 1.48% |
| Percent of Turnout to VAP | 1.06% |
| **2014 - Primary, March (Gubernatorial) Republican** | |
| Registered Voters | 13,601,324 |
| Voting Age Population (VAP) | 18,915,297 |
| Percentage of VAP Registered | 71.91% |
| Turnout | 1,358,074 |
| Percent of Turnout to Registered Voters | 9.98% |
| Percent of Turnout to VAP | 7.18% |
| **2014 - Primary, March (Gubernatorial) Democratic** | |
| Registered Voters | 13,601,324 |
| Voting Age Population (VAP) | 18,915,297 |
| Percentage of VAP Registered | 71.91% |
| Turnout | 560,033 |
| Percent of Turnout to Registered Voters | 4.12% |

2:13-cv-193
09/02/2014
**DEF0923**



EXHIBIT 10
8-13-14

| | |
|---|---:|
| Percent of Turnout to VAP | 2.96% |
| **2013 - November (Constitutional)** | |
| Registered Voters | 13,445,285 |
| Voting Age Population (VAP) | 18,710,830 |
| Percentage of VAP Registered | 71.86% |
| Turnout | 1,149,337 |
| Percent of Turnout to Registered Voters | 8.55% |
| Percent of Turnout to VAP | 6.14% |
| **2012 - November (Presidential)** | |
| Registered Voters | 13,646,226 |
| Voting Age Population (VAP) | 18,279,737 |
| Percentage of VAP Registered | 74.65 |
| Turnout | 7,993,851 |
| Percent of Turnout to Registered Voters | 58.58 |
| Percent of Turnout to VAP | 43.73 |
| **2012 - Primary Runoff, July (Presidential) Republican** | |
| Registered Voters | 13,065,425 |
| Voting Age Population (VAP) | 18,279,737 |
| Percentage of VAP Registered | 71.47 |
| Turnout | 1,111,938 |
| Percent of Turnout to Registered Voters | 8.51 |
| Percent of Turnout to VAP | 6.08 |
| **2012 - Primary Runoff, July (Presidential) Democratic** | |
| Registered Voters | 13,065,425 |
| Voting Age Population (VAP) | 18,279,737 |
| Percentage of VAP Registered | 71.47 |
| Turnout | 236,305 |
| Percent of Turnout to Registered Voters | 1.81 |
| Percent of Turnout to VAP | 1.29 |
| **2012 - Primary, May (Presidential) Republican** | |
| Registered Voters | 13,065,425 |
| Voting Age Population (VAP) | 18,279,737 |
| Percentage of VAP Registered | 71.47 |
| Turnout | 1,449,477 |
| Percent of Turnout to Registered Voters | 11.09 |
| Percent of Turnout to VAP | 7.93 |
| **2012 - Primary, May (Presidential) Democratic** | |

| | |
|---|---:|
| Registered Voters | 13,065,425 |
| Voting Age Population (VAP) | 18,279,737 |
| Percentage of VAP Registered | 71.47 |
| Turnout | 590,164 |
| Percent of Turnout to Registered Voters | 4.52 |
| Percent of Turnout to VAP | 3.23 |
| **2011 - November (Constitutional)** | |
| Registered Voters | 12,841,808 |
| Voting Age Population (VAP) | 18,279,737 |
| Percentage of VAP Registered | 70.25 |
| Turnout | 690,052 |
| Percent of Turnout to Registered Voters | 5.37 |
| Percent of Turnout to VAP | 3.77 |
| **2010 - November (Gubernatorial)** | |
| Registered Voters | 13,269,233 |
| Voting Age Population (VAP) | 18,789,238 |
| Percentage of VAP Registered | 71 |
| Turnout | 4,979,870 |
| Percent of Turnout to Registered Voters | 38 |
| Percent of Turnout to VAP | 27 |
| **2010 - Primary, March (Gubernatorial) Republican** | |
| Registered Voters | 13,023,358 |
| Voting Age Population (VAP) | 18,789,238 |
| Percentage of VAP Registered | 69.31 |
| Turnout | 1,484,542 |
| Percent of Turnout to Registered Voters | 11.4 |
| Percent of Turnout to VAP | 8.0 |
| **2010 - Primary, March (Gubernatorial) Democratic** | |
| Registered Voters | 13,023,358 |
| Voting Age Population (VAP) | 18,789,238 |
| Percentage of VAP Registered | 69.31 |
| Turnout | 680,548 |
| Percent of Turnout to Registered Voters | 5.2 |
| Percent of Turnout to VAP | 3.6 |
| **2009 - November (Constitutional)** | |
| Registered Voters | 12,952,562 |
| Voting Age Population (VAP) | 18,362,951 |

| | |
|---|---:|
| Percentage of VAP Registered | 70.53 |
| Turnout | 1,058,986 |
| Percent of Turnout to Registered | 8.18 |
| Percent of Turnout to VAP | 5.77 |
| **2008 - November (Presidential)** | |
| Registered Voters | 13,575,062 |
| Voting Age Population (VAP) | 17,735,442 |
| Percentage of VAP Registered | 76.54 |
| Turnout | 8,077,795 |
| Percent of Turnout to Registered | 59.50 |
| Percent of Turnout to VAP | 45.55 |
| **2008 - Primary, March (Presidential) Republican** | |
| Registered Voters | 12,752,417 |
| Voting Age Population (VAP) | 17,735,442 |
| Percentage of VAP Registered | 71.90 |
| Turnout | 1,362,322 |
| Percent of Turnout to Registered Voters | 10.68 |
| Percent of Turnout to VAP | 7.68 |
| **2008 - Primary, March (Presidential) Democratic** | |
| Registered Voters | 12,752,417 |
| Voting Age Population (VAP) | 17,735,442 |
| Percentage of VAP Registered | 71.90 |
| Turnout | 2,874,986 |
| Percent of Turnout to Registered Voters | 22.54 |
| Percent of Turnout to VAP | 16.21 |
| **2007 - Special, November (Constitutional)** | |
| Registered Voters | 12,587,501 |
| Voting Age Population (VAP) | 17,352,424 |
| Percentage of VAP Registered | 72.54 |
| Turnout | 1,096,410 |
| Percent of Turnout to Registered Voters | 8.71 |
| Percent of Turnout to VAP | 6.31 |
| **2006 - November (Gubernatorial)** | |
| Registered Voters | 13,074,279 |
| Voting Age Population (VAP) | 16,636,742 |
| Percentage of VAP Registered | 78.58 |
| Turnout | 4,399,068 |

| | |
|---|---:|
| Percent of Turnout to Registered Voters | 33.64 |
| Percent of Turnout to VAP | 26.44 |
| **2006 - Primary, March (Gubernatorial) Republican** | |
| Registered Voters | 12,722,671 |
| Voting Age Population (VAP) | 16,636,742 |
| Percentage of VAP Registered | 76.47 |
| Turnout | 655,919 |
| Percent of Turnout to Registered Voters | 5.15 |
| Percent of Turnout to VAP | 3.94 |
| **2006 - Primary, March (Gubernatorial) Democratic** | |
| Registered Voters | 12,722,671 |
| Voting Age Population (VAP) | 16,636,742 |
| Percentage of VAP Registered | 76.47 |
| Turnout | 508,602 |
| Percent of Turnout to Registered Voters | 3.99 |
| Percent of Turnout to VAP | 3.05 |
| **2005 - Special, November (Constitutional)** | |
| Registered Voters | 12,577,545 |
| Voting Age Population (VAP) | 16,351,396 |
| Percentage of VAP Registered | 76.92 |
| Turnout | 2,260,695 |
| Percent of Turnout to Registered Voters | 17.97 |
| Percent of Turnout to VAP | 13.82 |
| **2004 - General, November (Presidential)** | |
| Registered Voters | 13,098,329 |
| Voting Age Population (VAP) | 16,071,153 |
| Percentage of VAP Registered | 81.50 |
| Turnout | 7,410,765 |
| Percent of Turnout to Registered Voters | 56.57 |
| Percent of Turnout to VAP | 46.11 |
| **2004 - Primary, March (Presidential) Republican** | |
| Registered Voters | 12,264,663 |
| Voting Age Population (VAP) | 16,071,153 |
| Percentage of VAP Registered | 76.31 |
| Turnout | 687,615 |
| Percent of Turnout to Registered Voters | 5.60 |
| Percent of Turnout to VAP | 4.27 |

| 2004 - Primary, March (Presidential) Democratic | |
|---|---:|
| Registered Voters | 12,264,663 |
| Voting Age Population (VAP) | 16,071,153 |
| Percentage of VAP Registered | 76.3 |
| Turnout | 839,231 |
| Percent of Turnout to Registered Voters | 6.84 |
| Percent of Turnout to VAP | 5.22 |
| **2003 - Special, September (Constitutional)** | |
| Registered Voters | 12,041,793 |
| Voting Age Population (VAP) | 15,790,838 |
| Percentage of VAP Registered | 76.25 |
| Turnout | 1,470,443 |
| Percent of Turnout to Registered Voters | 12.21 |
| Percent of Turnout to VAP | 9.31 |
| **2002 - General, November (Gubernatorial)** | |
| Registered Voters | 12,563,459 |
| Voting Age Population (VAP) | 15,514,289 |
| Percentage of VAP Registered | 80.97 |
| Turnout | 4,553,979 |
| Percent of Turnout to Registered Voters | 36.24 |
| Percent of Turnout to VAP | 29.35 |
| **2002 - Primary, March (Gubernatorial) Republican** | |
| Registered Voters | 12,218,164 |
| Voting Age Population (VAP) | 15,514,289 |
| Percentage of VAP Registered | 78.75 |
| Turnout | 622,423 |
| Percent of Turnout to Registered Voters | 5.09 |
| Percent of Turnout to VAP | 4.01 |
| **2002 - Primary, March (Gubernatorial) Democratic** | |
| Registered Voters | 12,218,164 |
| Voting Age Population (VAP) | 15,514,289 |
| Percentage of VAP Registered | 78.75 |
| Turnout | 1,003,388 |
| Percent of Turnout to Registered Voters | 8.21 |
| Percent of Turnout to VAP | 6.46 |
| **2001 - Special, November (Constitutional)** | |
| Registered Voters | 12,066,242 |

| | |
|---|---:|
| Voting Age Population (VAP) | 14,965,061 |
| Percentage of VAP Registered | 80.62 |
| Turnout | 834,846 |
| Percent of Turnout to Registered Voters | 6.91 |
| Percent of Turnout to VAP | 5.57 |
| **2000 - General** | |
| Registered Voters | 12,365,235 |
| Voting Age Population (VAP) | 14,479,609 |
| Percentage of VAP Registered | 85.39 |
| Turnout | 6,407,637 |
| Percent of Turnout to Registered Voters | 51.81 |
| Percent of Turnout to VAP | 44.25 |
| **2000 - Primary Runoff Republican** | |
| Registered Voters | 11,612,761 |
| Voting Age Population (VAP) | 14,479,609 |
| Percentage of VAP Registered | 80.20 |
| Turnout | 224,472 |
| Percent of Turnout to Registered Voters | 1.93 |
| Percent of Turnout to VAP | 1.55 |
| **2000 - Primary Runoff Democratic** | |
| Registered Voters | 11,612,761 |
| Voting Age Population (VAP) | 14,479,609 |
| Percentage of VAP Registered | 80.20 |
| Turnout | 245,350 |
| Percent of Turnout to Registered Voters | 2.11 |
| Percent of Turnout to VAP | 1.68 |
| **2000 - Primary, March (Presidential) Republican** | |
| Registered Voters | 11,612,761 |
| Voting Age Population (VAP) | 14,479,609 |
| Percentage of VAP Registered | 80.20 |
| Turnout | 1,126,757 |
| Percent of Turnout to Registered Voters | 9.70 |
| Percent of Turnout to VAP | 7.78 |
| **2000 - Primary, March (Presidential) Democratic** | |
| Registered Voters | 11,612,761 |
| Voting Age Population (VAP) | 14,479,609 |
| Percentage of VAP Registered | 80.20 |

| | |
|---|---:|
| Turnout | 786,890 |
| Percent of Turnout to Registered Voters | 6.78 |
| Percent of Turnout to VAP | 5.43 |
| **1999 - Special, November (Constitutional)** | |
| Registered Voters | 11,405,562 |
| Voting Age Population (VAP) | 14,284,092 |
| Percentage of VAP Registered | 79.85 |
| Turnout | 956,303 |
| Percent of Turnout to Registered Voters | 8.38 |
| Percent of Turnout to VAP | 6.69 |
| **1998 - Primary, March (Gubernatorial) Republican** | |
| Registered Voters | 11,159,845 |
| Voting Age Population (VAP) | 14,088,872 |
| Percentage of VAP Registered | 79.21 |
| Turnout | 596,839 |
| Percent of Turnout to Registered Voters | 5.35 |
| Percent of Turnout to VAP | 4.24 |
| **1998 - Primary, March (Gubernatorial) Democratic** | |
| Registered Voters | 11,159,845 |
| Voting Age Population (VAP) | 14,088,872 |
| Percentage of VAP Registered | 79.21 |
| Turnout | 664,532 |
| Percent of Turnout to Registered Voters | 5.95 |
| Percent of Turnout to VAP | 4.72 |
| **1998 - November General** | |
| Registered Voters | 11,538,235 |
| Voting Age Population (VAP) | 14,088,872 |
| Percentage of VAP Registered | 81.90 |
| Turnout | 3,738,078 |
| Percent of Turnout to Registered Voters | 32.40 |
| Percent of Turnout to VAP | 26.53 |
| **1997 - Special, August (Constitutional)** | |
| Registered Voters | 10,648,846 |
| Voting Age Population (VAP) | 13,893,465 |
| Percentage of VAP Registered | 76.65 |
| Turnout | 739,141 |
| Percent of Turnout to Registered Voters | 6.94 |

| | |
|---|---:|
| Percent of Turnout to VAP | 5.32 |
| **1997 - Special, November (Constitutional)** | |
| Registered Voters | 11,066,181 |
| Voting Age Population (VAP) | 13,893,465 |
| Percentage of VAP Registered | 79.65 |
| Turnout | 1,173,313 |
| Percent of Turnout to Registered Voters | 10.60 |
| Percent of Turnout to VAP | 8.45 |
| **1996 - Primary, March (Presidential) Republican** | |
| Registered Voters | 9,698,506 |
| Voting Age Population (VAP) | 13,698,284 |
| Percentage of VAP Registered | 70.80 |
| Turnout | 1,019,803 |
| Percent of Turnout to Registered Voters | 10.52 |
| Percent of Turnout to VAP | 7.44 |
| **1996 - Primary, March (Presidential) Democratic** | |
| Registered Voters | 9,698,506 |
| Voting Age Population (VAP) | 13,698,284 |
| Percentage of VAP Registered | 70.80 |
| Turnout | 921,256 |
| Percent of Turnout to Registered Voters | 9.50 |
| Percent of Turnout to VAP | 6.73 |
| **1996 - Primary Runoff Republican** | |
| Registered Voters | 9,698,506 |
| Voting Age Population (VAP) | 13,698,284 |
| Percentage of VAP Registered | 70.80 |
| Turnout | 234,029 |
| Percent of Turnout to Registered Voters | 2.41 |
| Percent of Turnout to VAP | 1.71 |
| **1996 - Primary Runoff Democratic** | |
| Registered Voters | 9,698,506 |
| Voting Age Population (VAP) | 13,698,284 |
| Percentage of VAP Registered | 70.80 |
| Turnout | 481,856 |
| Percent of Turnout to Registered Voters | 4.97 |
| Percent of Turnout to VAP | 3.52 |
| **1996 - November General** | |

| | |
|---|---:|
| Registered Voters | 10,540,678 |
| Voting Age Population (VAP) | 13,698,284 |
| Percentage of VAP Registered | 76.95 |
| Turnout | 5,611,644 |
| Percent of Turnout to Registered Voters | 53.24 |
| Percent of Turnout to VAP | 40.97 |
| **1995 - November (Constitutional)** | |
| Registered Voters | 9,401,119 |
| Voting Age Population (VAP) | 13,320,323 |
| Percentage of VAP Registered | 70.58 |
| Turnout | 739,335 |
| Percent of Turnout to Registered Voters | 7.86 |
| Percent of Turnout to VAP | 5.55 |
| **1994 - Primary, March (Gubernatorial) Republican** | |
| Registered Voters | 9,041,906 |
| Voting Age Population (VAP) | 13,075,135 |
| Percentage of VAP Registered | 69.15 |
| Turnout | 557,340 |
| Percent of Turnout to Registered Voters | 6.16 |
| Percent of Turnout to VAP | 4.26 |
| **1994 - Primary, March (Gubernatorial) Democratic** | |
| Registered Voters | 9,041,906 |
| Voting Age Population (VAP) | 13,075,135 |
| Percentage of VAP Registered | 69.15 |
| Turnout | 1,036,944 |
| Percent of Turnout to Registered Voters | 11.47 |
| Percent of Turnout to VAP | 7.93 |
| **1994 - Primary Runoff Republican** | |
| Registered Voters | 9,041,906 |
| Voting Age Population (VAP) | 13,075,135 |
| Percentage of VAP Registered | 69.15 |
| Turnout | 201,439 |
| Percent of Turnout to Registered Voters | 2.23 |
| Percent of Turnout to VAP | 1.54 |
| **1994 - Primary Runoff Democratic** | |
| Registered Voters | 9,041,906 |
| Voting Age Population (VAP) | 13,075,135 |

| | |
|---|---:|
| Percentage of VAP Registered | 69.15 |
| Turnout | 746,641 |
| Percent of Turnout to Registered Voters | 8.26 |
| Percent of Turnout to VAP | 5.71 |
| **1994 - General Election November** | |
| Registered Voters | 8,641,848 |
| Voting Age Population (VAP) | 13,075,135 |
| Percentage of VAP Registered | 66.09 |
| Turnout | 4,396,242 |
| Percent of Turnout to Registered Voters | 50.87 |
| Percent of Turnout to VAP | 33.62 |
| **1993 - Special, May (Senatorial)** | |
| Registered Voters | 8,555,749 |
| Voting Age Population (VAP) | 13,111,971 |
| Percentage of VAP Registered | 65.25 |
| Turnout | 2,061,796 |
| Percent of Turnout to Registered Voters | 24.10 |
| Percent of Turnout to VAP | 15.72 |
| **1993 - Runoff Special, June (Senatorial)** | |
| Registered Voters | 8,555,749 |
| Voting Age Population (VAP) | 13,111,971 |
| Percentage of VAP Registered | 65.25 |
| Turnout | 1,765,254 |
| Percent of Turnout to Registered Voters | 20.63 |
| Percent of Turnout to VAP | 13.46 |
| **1993 - November (Constitutional Amendment)** | |
| Registered Voters | 8,869,159 |
| Voting Age Population (VAP) | 13,111,971 |
| Percentage of VAP Registered | 67.64 |
| Turnout | 1,116,875 |
| Percent of Turnout to Registered Voters | 12.59 |
| Percent of Turnout to VAP | 8.52 |
| **1992 - Primary, March (Presidential) Republican** | |
| Registered Voters | 7,986,219 |
| Voting Age Population (VAP) | 12,916,937 |
| Percentage of VAP Registered | 61.83 |
| Turnout | 797,146 |

| | |
|---|---:|
| Percent of Turnout to Registered Voters | 9.98 |
| Percent of Turnout to VAP | 6.17 |
| **1992 - Primary, March (Presidential) Democratic** | |
| Registered Voters | 7,986,219 |
| Voting Age Population (VAP) | 12,916,937 |
| Percentage of VAP Registered | 61.83 |
| Turnout | 1,482,075 |
| Percent of Turnout to Registered Voters | 18.56 |
| Percent of Turnout to VAP | 11.47 |
| **1992 - General Election, November** | |
| Registered Voters | 8,439,874 |
| Voting Age Population (VAP) | 12,916,937 |
| Percentage of VAP Registered | 65.34 |
| Turnout | 6,154,018 |
| Percent of Turnout to Registered Voters | 72.92 |
| Percent of Turnout to VAP | 47.64 |
| **1991 - November (Constitutional Amendment)** | |
| Registered Voters | 7,829,350 |
| Voting Age Population (VAP) | 12,721,331 |
| Percentage of VAP Registered | 61.55 |
| Turnout | 2,055,148 |
| Percent of Turnout to Registered Voters | 26.25 |
| Percent of Turnout to VAP | 16.16 |
| **1990 - Primary, March (Gubernatorial) Republican** | |
| Registered Voters | 8,285,307 |
| Voting Age Population (VAP) | 12,526,224 |
| Percentage of VAP Registered | 66.14 |
| Turnout | 855,231 |
| Percent of Turnout to Registered Voters | 10.32 |
| Percent of Turnout to VAP | 6.83 |
| **1990 - Primary, March (Gubernatorial) Democratic** | |
| Registered Voters | 8,285,307 |
| Voting Age Population (VAP) | 12,526,224 |
| Percentage of VAP Registered | 66.14 |
| Turnout | 1,487,260 |
| Percent of Turnout to Registered Voters | 17.95 |
| Percent of Turnout to VAP | 11.87 |

| 1990 - General Election, November | |
|---|---:|
| Registered Voters | 7,701,449 |
| Voting Age Population (VAP) | 12,526,224 |
| Percentage of VAP Registered | 61.48 |
| Turnout | 3,892,746 |
| Percent of Turnout to Registered Voters | 50.55 |
| Percent of Turnout to VAP | 31.08 |
| **1989 - November (Constitutional Amendment)** | |
| Registered Voters | 8,192,240 |
| Voting Age Population (VAP) | 12,395,782 |
| Percentage of VAP Registered | 66.09 |
| Turnout | 1,157,121 |
| Percent of Turnout to Registered Voters | 14.12 |
| Percent of Turnout to VAP | 9.33 |
| **1988 - Primary, March (Presidential) Republican** | |
| Registered Voters | 7,757,502 |
| Voting Age Population (VAP) | 12,239,280 |
| Percentage of VAP Registered | 63.38 |
| Turnout | 1,014,956 |
| Percent of Turnout to Registered Voters | 13.08 |
| Percent of Turnout to VAP | 8.29 |
| **1988 - Primary, March (Presidential) Democratic** | |
| Registered Voters | 7,757,502 |
| Voting Age Population (VAP) | 12,239,280 |
| Percentage of VAP Registered | 63.38 |
| Turnout | 1,767,045 |
| Percent of Turnout to Registered Voters | 22.78 |
| Percent of Turnout to VAP | 14.44 |
| **1988 - General Election, November** | |
| Registered Voters | 8,201,856 |
| Voting Age Population (VAP) | 12,239,280 |
| Percentage of VAP Registered | 67.01 |
| Turnout | 5,427,410 |
| Percent of Turnout to Registered Voters | 66.17 |
| Percent of Turnout to VAP | 44.34 |
| **1987 - November (Constitutional Amendment Election)** | |

| | |
|---|---:|
| Registered Voters | 7,340,638 |
| Voting Age Population (VAP) | 12,056,634 |
| Percentage of VAP Registered | 60.88 |
| Turnout | 2,243,239 |
| Percent of Turnout to Registered Voters | 30.56 |
| Percent of Turnout to VAP | 18.61 |
| **1986 - Primary, May (Gubernatorial) Republican** | |
| Registered Voters | 7,951,368 |
| Voting Age Population (VAP) | 11,847,825 |
| Percentage of VAP Registered | 67.11 |
| Turnout | 544,719 |
| Percent of Turnout to Registered Voters | 6.85 |
| Percent of Turnout to VAP | 4.60 |
| **1986 - Primary, May (Gubernatorial) Democratic** | |
| Registered Voters | 7,951,368 |
| Voting Age Population (VAP) | 11,847,825 |
| Percentage of VAP Registered | 67.11 |
| Turnout | 1,096,552 |
| Percent of Turnout to Registered Voters | 13.79 |
| Percent of Turnout to VAP | 9.26 |
| **1986 - General Election, November** | |
| Registered Voters | 7,287,173 |
| Voting Age Population (VAP) | 11,847,825 |
| Percentage of VAP Registered | 61.51 |
| Turnout | 3,441,460 |
| Percent of Turnout to Registered Voters | 47.23 |
| Percent of Turnout to VAP | 29.05 |
| **1985 - November (Constitutional Amendment Election)** | |
| Registered Voters | 7,942,831 |
| Voting Age Population (VAP) | 11,613,066 |
| Percentage of VAP Registered | 68.40 |
| Turnout | 956,909 |
| Percent of Turnout to Registered Voters | 12.05 |
| Percent of Turnout to VAP | 8.24 |
| **1984 - Primary, May (Presidential) Republican** | |
| Registered Voters | 6,859,334 |
| Voting Age Population (VAP) | 11,352,126 |