| | |
|---|---:|
| Percentage of VAP Registered | 60.42 |
| Turnout | 336,814 |
| Percent of Turnout to Registered Voters | 4.91 |
| Percent of Turnout to VAP | 2.97 |
| **1984 - Primary, May (Presidential) Democratic** | |
| Registered Voters | 6,859,334 |
| Voting Age Population (VAP) | 11,352,126 |
| Percentage of VAP Registered | 60.42 |
| Turnout | 1,463,449 |
| Percent of Turnout to Registered Voters | 21.34 |
| Percent of Turnout to VAP | 12.89 |
| **1984 - General Election, NOVEMBER** | |
| Registered Voters | 7,900,167 |
| Voting Age Population (VAP) | 11,352,126 |
| Percentage of VAP Registered | 69.59 |
| Turnout | 5,397,571 |
| Percent of Turnout to Registered Voters | 68.32 |
| Percent of Turnout to VAP | 47.55 |
| **1983 - November (Constitutional Amendment Election)** | |
| Registered Voters | 6,511,134 |
| Voting Age Population (VAP) | 11,065,220 |
| Percentage of VAP Registered | 58.84 |
| Turnout | 765,045 |
| Percent of Turnout to Registered Voters | 11.75 |
| Percent of Turnout to VAP | 6.91 |
| **1982 - Primary, May (Gubernatorial) Republican** | |
| Registered Voters | 6,093,632 |
| Voting Age Population (VAP) | 10,699,706 |
| Percentage of VAP Registered | 56.95 |
| Turnout | 265,794 |
| Percent of Turnout to Registered Voters | 4.36 |
| Percent of Turnout to VAP | 2.48 |
| **1982 - Primary, May (Gubernatorial) Democratic** | |
| Registered Voters | 6,093,632 |
| Voting Age Population (VAP) | 10,699,706 |
| Percentage of VAP Registered | 56.95 |
| Turnout | 1,318,663 |

| | |
|---|---:|
| Percent of Turnout to Registered Voters | 21.64 |
| Percent of Turnout to VAP | 12.32 |
| **1982 - General Election, November** | |
| Registered Voters | 6,414,988 |
| Voting Age Population (VAP) | 10,699,706 |
| Percentage of VAP Registered | 59.95 |
| Turnout | 3,191,091 |
| Percent of Turnout to Registered Voters | 49.74 |
| Percent of Turnout to VAP | 29.82 |
| **1981 - November (Constitutional Amendment Election)** | |
| Registered Voters | 6,629,092 |
| Voting Age Population (VAP) | 10,308,552 |
| Percentage of VAP Registered | 64.31 |
| Turnout | 832,266 |
| Percent of Turnout to Registered Voters | 12.55 |
| Percent of Turnout to VAP | 8.07 |
| **1980 - Primary, May (Presidential) Republican** | |
| Registered Voters | 5,367,973 |
| Voting Age Population (VAP) | 9,971,392 |
| Percentage of VAP Registered | 53.83 |
| Turnout | 526,769 |
| Percent of Turnout to Registered Voters | 9.81 |
| Percent of Turnout to VAP | 5.28 |
| **1980 - Primary, May (Presidential) Democratic** | |
| Registered Voters | 5,367,973 |
| Voting Age Population (VAP) | 9,971,392 |
| Percentage of VAP Registered | 53.83 |
| Turnout | 1,377,767 |
| Percent of Turnout to Registered Voters | 25.67 |
| Percent of Turnout to VAP | 13.82 |
| **1980 - General Election, November** | |
| Registered Voters | 6,639,661 |
| Voting Age Population (VAP) | 9,971,392 |
| Percentage of VAP Registered | 66.59 |
| Turnout | 4,541,637 |
| Percent of Turnout to Registered Voters | 68.40 |
| Percent of Turnout to VAP | 45.55 |

| | |
|---|---:|
| **1979 - November (Constitutional Amendment Election)** | |
| Registered Voters | 5,700,828 |
| Voting Age Population (VAP) | 9,643,927 |
| Percentage of VAP Registered | 59.11 |
| Turnout | 444,377 |
| Percent of Turnout to Registered Voters | 7.79 |
| Percent of Turnout to VAP | 4.61 |
| **1978 - Primary, May (Gubernatorial) Republican** | |
| Registered Voters | 5,069,267 |
| Voting Age Population (VAP) | 9,371,178 |
| Percentage of VAP Registered | 54.09 |
| Turnout | 158,403 |
| Percent of Turnout to Registered Voters | 3.12 |
| Percent of Turnout to VAP | 1.69 |
| **1978 - Primary, May (Gubernatorial) Democratic** | |
| Registered Voters | 5,069,267 |
| Voting Age Population (VAP) | 9,371,178 |
| Percentage of VAP Registered | 54.09 |
| Turnout | 1,812,896 |
| Percent of Turnout to Registered Voters | 35.76 |
| Percent of Turnout to VAP | 19.35 |
| **1978 - General Election, November** | |
| Registered Voters | 5,681,875 |
| Voting Age Population (VAP) | 9,371,178 |
| Percentage of VAP Registered | 60.63 |
| Turnout | 2,369,764 |
| Percent of Turnout to Registered Voters | 41.71 |
| Percent of Turnout to VAP | 25.29 |
| **1977 - November (Constitutional Amendment Election)** | |
| Registered Voters | 5,924,891 |
| Voting Age Population (VAP) | 9,097,491 |
| Percentage of VAP Registered | 65.13 |
| Turnout | 565,516 |
| Percent of Turnout to Registered Voters | 9.54 |
| Percent of Turnout to VAP | 6.22 |
| **1976 - Primary, May (Presidential) Republican** | |
| Registered Voters | 5,370,593 |

| | |
|---|---:|
| Voting Age Population (VAP) | 8,824,677 |
| Percentage of VAP Registered | 60.86 |
| Turnout | 356,307 |
| Percent of Turnout to Registered Voters | 6.63 |
| Percent of Turnout to VAP | 4.04 |
| **1976 - Primary, May (Presidential) Democratic** | |
| Registered Voters | 5,370,593 |
| Voting Age Population (VAP) | 8,824,677 |
| Percentage of VAP Registered | 60.86 |
| Turnout | 1,529,168 |
| Percent of Turnout to Registered Voters | 28.47 |
| Percent of Turnout to VAP | 17.33 |
| **1976 - General Election, November** | |
| Registered Voters | 6,281,149 |
| Voting Age Population (VAP) | 8,824,677 |
| Percentage of VAP Registered | 71.18 |
| Turnout | 4,071,884 |
| Percent of Turnout to Registered Voters | 64.83 |
| Percent of Turnout to VAP | 46.14 |
| **1974 - Primary, May (Gubernatorial) Republican** | |
| Registered Voters | 5,348,393* |
| Voting Age Population (VAP) | 8,278,089 |
| Percentage of VAP Registered | 64.61 |
| Turnout | 69,101 |
| Percent of Turnout to Registered Voters | 1.29 |
| Percent of Turnout to VAP | 0.83 |
| **1974 - Primary, May (Gubernatorial) Democratic** | |
| Registered Voters | 5,348,393* |
| Voting Age Population (VAP) | 8,278,089 |
| Percentage of VAP Registered | 64.61 |
| Turnout | 1,521,306 |
| Percent of Turnout to Registered Voters | 28.44 |
| Percent of Turnout to VAP | 18.38 |
| **1974 - General Election, November** | |
| Registered Voters | 5,348,393* |
| Voting Age Population (VAP) | 8,278,089 |
| Percentage of VAP Registered | 64.61 |

| | |
|---|---:|
| Turnout | 1,654,984 |
| Percent of Turnout to Registered Voters | 30.94 |
| Percent of Turnout to VAP | 19.99 |
| **1972 - Primary, May (Presidential/Gubernatorial) Rep** | |
| Registered Voters | 3,872,462* |
| Voting Age Population (VAP) | 7,731,571 |
| Percentage of VAP Registered | 50.09 |
| Turnout | 114,007 |
| Percent of Turnout to Registered Voters | 2.94 |
| Percent of Turnout to VAP | 1.47 |
| **1972 - Primary, May (Presidential/Gubernatorial) Dem** | |
| Registered Voters | 3,872,462* |
| Voting Age Population (VAP) | 7,731,571 |
| Percentage of VAP Registered | 50.09 |
| Turnout | 2,192,903 |
| Percent of Turnout to Registered Voters | 56.63 |
| Percent of Turnout to VAP | 28.36 |
| **1972 - General Election, November** | |
| Registered Voters | 3,872,462* |
| Voting Age Population (VAP) | 7,731,571 |
| Percentage of VAP Registered | 67.42 |
| Turnout | 3,471,281 |
| Percent of Turnout to Registered Voters | 66.59 |
| Percent of Turnout to VAP | 44.90 |
| **1970 - Primary, May (Gubernatorial) Republican** | |
| Registered Voters | 4,149,250* |
| Voting Age Population (VAP) | 7,185,274 |
| Percentage of VAP Registered | 57.75 |
| Turnout | 109,021 |
| Percent of Turnout to Registered Voters | 2.63 |
| Percent of Turnout to VAP | 1.52 |
| **1970 - Primary, May (Gubernatorial) Democratic** | |
| Registered Voters | 4,149,250* |
| Voting Age Population (VAP) | 7,185,274 |
| Percentage of VAP Registered | 57.75 |
| Turnout | 1,011,300 |

|  |  |
|---|---:|
| Percent of Turnout to Registered Voters | 24.37 |
| Percent of Turnout to VAP | 14.07 |
| **1970 - General Election, November** | |
| Registered Voters | 4,149,250* |
| Voting Age Population (VAP) | 7,185,274 |
| Percentage of VAP Registered | 57.75 |
| Turnout | 2,235,847 |
| Percent of Turnout to Registered Voters | 53.89 |
| Percent of Turnout to VAP | 31.12 |