## Photo ID Frequently Asked Questions (FAQ)

In considering whether a name is substantially similar, election officials will also look at whether information on the presented ID matches elements of the voter's information on the official list of registered voters such as the voter's residence address or date of birth.

**8. Does the new photo ID requirement apply to voting by mail?**

The new requirement does not change the process for voting by mail.

**9. Does the address on my photo identification have to match my address on the official list of registered voters at the time of voting?**

The new requirement makes no determination on voter address matching criteria; therefore, there is no address matching requirement.

**10. When is the DPS Election Identification Certificate going to be available?**

The Election Identification Certificate is now available. Information regarding how to obtain an election identification certificate can be found at www.dps.texas.gov. You may also contact DPS by telephone at (512) 424-2600 for more information. **Voters who already have an approved form of photo ID for voting are not eligible to apply for an Election Identification Certificate (EIC).**

**11. What happens if I refuse to show proof of identity?**

Voters who refuse to show proof of identity will be allowed to vote by provisional ballot. However, please be advised that a refusal to show ID is not a valid ground for casting a provisional ballot, and it is likely that the voter's ballot will be rejected by the ballot board.

For additional information, call 1-800-252-VOTE (8683)

The information in this brochure was obtained from the office of the Texas Secretary of State

---



## Remember, BRING YOUR PHOTO ID to the polls

Texas requires voters to present an approved form of photo identification to vote at the polls. To facilitate the voter qualification process when YOU go to the poll, YOU should:

1. Review the list of approved Photo IDs and make sure YOU have one
2. Make sure YOUR State Approved Photo ID is current; With the exception of the U.S. citizenship certificate, the Photo ID must be current or have expired no more than 60 days.
3. Verify that the name the Voter Registrar has on file for YOU matches the name on one of the State approved Photo IDs. YOU may visit https://txapps.texas.gov/tolapp/sos/SOSACManager to update YOUR 'Voter Name and Address'.

### APPROVED CREDENTIALS FOR VOTING


1. Texas driver license


4. Texas concealed handgun license


2. Texas Election Identification Certificate


5. U.S. Military Identification


6. U.S. Citizenship Certificate

3. Texas Personal ID


7. U.S. Passport



For more information: Phone - 713-274-8600 email - county.clerk@cco.hctx.net  Web - www.HarrisVotes.com

**STAN STANART**
Harris County Clerk

---



**FREQUENTLY ASKED QUESTIONS**

Remember,
BRING YOUR
PHOTO ID
to the polls
(FAQ)

**STAN STANART**

Harris County Clerk

www.HarrisVotes.com

---

HarrisCounty 000101

2:13-cv-193
09/02/2014
**DEF0937**


EXHIBIT NO. 14
HG 7/23/14

**1. When does the new photo identification law go into effect?**

The new photo identification requirement is effective immediately.

**2. What kind of identification will be required to qualify to vote in person under the new program?**

A voter will be required to show one of the following forms of photo identification at the polling location before the voter will be permitted to cast a vote.

- Texas driver license issued by the Texas Department of Public Safety (DPS)
- Texas Election Identification Certificate issued by DPS
- Texas personal identification card issued by DPS
- Texas concealed handgun license issued by DPS
- United States military identification card containing the person's photograph
- United States citizenship certificate containing the person's photograph
- United States passport

**3. My ID is expired. Will it still work?**

With the exception of the U.S. citizenship certificate, the identification must be current or have expired no more than 60 days before being presented for voter qualification at the polling place.

**4. But what if a voter does not have any of these forms of photo ID? Are there any exceptions?**

If a voter does not have a permanent disability exemption (addressed below) indicated on his or her voter registration certificate AND the voter does not have any of the photo identifications indicated above at the time of voting, the voter may cast a provisional ballot at the polls. However, in order to have the provisional ballot counted, the voter will be required to visit the voter registrar's office within six calendar days of the date of the election to either present one of the above forms of photo ID OR submit one of the temporary affidavits addressed below (e.g., religious objection or natural disaster) in the presence of the county voter registrar while attesting to the fact that he or she does not have any of the required photo IDs.

A **permanent exemption** is available for voters with documented disabilities. Voters with a disability may apply with the county voter registrar for a permanent exemption. The application must contain written documentation from either the U.S. Social Security Administration evidencing the applicant's disability, or from the U.S. Department of Veterans Affairs evidencing a disability rating of at least 50 percent. In addition, the applicant must state that he or she has no valid form of photo identification. Those who obtain a disability exemption will be allowed to vote by presenting a voter registration certificate reflecting the exemption.

Affidavits are available for voters who have a consistent religious objection to being photographed and for voters who do not have any photo identification as a result of certain natural disasters as declared by the President of the United States or the Texas Governor within 45 days of the day the ballot was cast.

**5. If I have a government-issued ID that contains my photo and it is not on the list above, may I use it?**

If you do not have one of the forms of photo IDs listed above and your voter registration certificate does not have a disability exemption noted, you will only be eligible to cast a provisional ballot.

**6. My name on my approved photo ID does not exactly match my name on my voter registration card. Can I still vote?**

Election officials will review the ID and if a name is "substantially similar" to the name on their list of registered voters, you will still be able to vote, but you will also have to submit an affidavit stating that you are the same person on the list of registered voters.

**7. What does "substantially similar" mean?**

A voter's name is considered substantially similar if one or more of the following circumstances applies:

1. The name on the ID is slightly different from one or more of the name fields on the official list of registered voters.
2. The name on the voter's ID or on list of registered voters is a customary variation of the voter's formal name. For example, Bill for William, or Beto for Alberto.
3. The voter's name contains an initial, middle name, or former name that is either not on the official list of registered voters or on the voter's ID.
4. A first name, middle name, former name or initial of the voter's name occupies a different field on the presented ID document than it does on the list of registered voters.

HarrisCounty 000102

## Photo ID Frequently Asked Questions (FAQ)

In considering whether a name is substantially similar, election officials will also look at whether information on the presented ID matches elements of the voter's information on the official list of registered voters such as the voter's residence address or date of birth.

**8. Does the new photo ID requirement apply to voting by mail?**

The new requirement does not change the process for voting by mail.

**9. Does the address on my photo identification have to match my address on the official list of registered voters at the time of voting?**

The new requirement makes no determination on voter address matching criteria; therefore, there is no ad-dress matching requirement.

**10. When is the DPS Election Identification Certificate going to be available?**

The Election Identification Certificate is now available. Information regarding how to obtain an election identi-fication certificate can be found at www.dps.texas.gov. You may also contact DPS by telephone at (512) 424-2600 for more information. **Voters who already have an approved form of photo ID for voting are not eligi-ble to apply for an Election Identification Certificate (EIC).**

**11. What happens if I refuse to show proof of identity?**

Voters who refuse to show proof of identity will be al-lowed to vote by provisional ballot. However, please be advised that a refusal to show ID is not a valid ground for casting a provisional ballot, and it is likely that the voter's ballot will be rejected by the ballot board.

For additional information, call 1-800-252-VOTE (8683)

The information in this brochure was obtained from the office of the Texas Secretary of State, http://www.sos.state.tx.us/elections/

## Remember, BRING YOUR PHOTO ID to the polls

Texas requires voters to present an approved form of photo identifica-tion to vote at the polls. To facilitate the voter qualification process when YOU go to the poll, YOU should:

1. Review the list of approved Photo IDs and make sure YOU have one
2. Make sure YOUR State Approved Photo ID is current; With the excep-tion of the U.S. citizenship certificate, the Photo ID must be current or have expired no more than 60 days.
3. Verify that the name the Voter Registrar has on file for YOU matches the name on one of the State approved Photo IDs. YOU may visit https://txapps.texas.gov/tolapp/sos/SOSACManager to update YOUR 'Voter Name and Address'.

### APPROVED CREDENTIALS FOR VOTING



1. Texas driver license
2. Texas Election Identification Certificate
3. Texas Personal ID
4. Texas concealed handgun license
5. U.S. Military Identification
6. U.S. Citizenship Certificate
7. U.S. Passport

For more information. Phone: 713-274-4590, email: county.clerk@cco.hctx.net. Web: www.HarrisVotes.com

**STAN STANART**
Harris County Clerk



**FREQUENTLY ASKED QUESTIONS**

# Remember, BRING YOUR PHOTO ID to the polls (FAQ)

## *Congressman* AL GREEN 9th District

In conjunction with:

Congressman Gene Green, Congresswoman Sheila Jackson-Lee, Senator Rodney Ellis, Senator Sylvia Garcia, Senator John Whitmire, Rep. Alma Allen, Rep. Jessica Farrar, Rep. Ron Reynolds, Rep. Mary Ann Perez, Rep. Senfronia Thompson, Rep. Sylvester Turner, Rep. Gene Wu, Houston Councilwoman Wanda Adams, Houston Councilman Larry Green, Missouri City Councilman Don Smith

HarrisCounty 000103

**1. When does the new photo identification law go into effect?**

The new photo identification requirement is effective immediately.

**2. What kind of identification will be required to qualify to vote in person under the new program?**

A voter will be required to show one of the following forms of photo identification at the polling location before the voter will be permitted to cast a vote.

- Texas driver license issued by the Texas Department of Public Safety (DPS)
- Texas Election Identification Certificate issued by DPS
- Texas personal identification card issued by DPS
- Texas concealed handgun license issued by DPS
- United States military identification card containing the person's photograph
- United States citizenship certificate containing the person's photograph
- United States passport

**3. My ID is expired. Will it still work?**

With the exception of the U.S. citizenship certificate, the identification must be current or have expired no more than 60 days before being presented for voter qualification at the polling place.

**4. But what if a voter does not have any of these forms of photo ID? Are there any exceptions?**

If a voter does not have a permanent disability exemption (addressed below) indicated on his or her voter registration certificate AND the voter does not have any of the photo identifications indicated above at the time of voting, the voter may cast a provisional ballot at the polls. However, in order to have the provisional ballot counted, the voter will be required to visit the voter registrar's office within six calendar days of the date of the election to either present one of the above forms of photo ID OR submit one of the temporary affidavits addressed below (e.g., religious objection or natural disaster) in the presence of the county voter registrar while attesting to the fact that he or she does not have any of the required photo IDs.

A **permanent exemption** is available for voters with documented disabilities. Voters with a disability may apply with the county voter registrar for a permanent exemption. The application must contain written documentation from either the U.S. Social Security Administration evidencing the applicant's disability, or from the U.S. Department of Veterans Affairs evidencing a disability rating of at least 50 percent. In addition, the applicant must state that he or she has no valid form of photo identification. Those who obtain a disability exemption will be allowed to vote by presenting a voter registration certificate reflecting the exemption.

Affidavits are available for voters who have a consistent religious objection to being photographed and for voters who do not have any photo identification as a result of certain natural disasters as declared by the President of the United States or the Texas Governor within 45 days of the day the ballot was cast.

**5. If I have a government-issued ID that contains my photo and it is not on the list above, may I use it?**

If you do not have one of the forms of photo IDs listed above and your voter registration certificate does not have a disability exemption noted, you will only be eligible to cast a provisional ballot.

**6. My name on my approved photo ID does not exactly match my name on my voter registration card. Can I still vote?**

Election officials will review the ID and if a name is "substantially similar" to the name on their list of registered voters, you will still be able to vote, but you will also have to submit an affidavit stating that you are the same person on the list of registered voters.

**7. What does "substantially similar" mean?**

A voter's name is considered substantially similar if one or more of the following circumstances applies:

1. The name on the ID is slightly different from one or more of the name fields on the official list of registered voters.
2. The name on the voter's ID or on list of registered voters is a customary variation of the voter's formal name. For example, Bill for William, or Beto for Alberto.
   The voter's name contains an initial, middle name, or former name that is either not on the official list of registered voters or on the voter's ID.
   A first name, middle name, former name or initial of the voter's name occupies a different field on the presented ID document than it does on the list of registered voters.

## Photo ID Frequently Asked Questions (FAQ)

In considering whether a name is substantially similar, election officials will also look at whether information on the presented ID matches elements of the voter's information on the official list of registered voters such as the voter's residence address or date of birth.

**8. Does the new photo ID requirement apply to voting by mail?**

The new requirement does not change the process for voting by mail.

**9. Does the address on my photo identification have to match my address on the official list of registered voters at the time of voting?**

The new requirement makes no determination on voter address matching criteria; therefore, there is no address matching requirement.

**10. When is the DPS Election Identification Certificate going to be available?**

The Election Identification Certificate is now available. Information regarding how to obtain an election identification certificate can be found at www.dps.texas.gov. You may also contact DPS by telephone at (512) 424-2600 for more information. Voters who already have an approved form of photo ID for voting are not eligible to apply for an Election Identification Certificate (EIC).

**11. What happens if I refuse to show proof of identity?**

Voters who refuse to show proof of identity will be allowed to vote by provisional ballot. However, please be advised that a refusal to show ID is not a valid ground for casting a provisional ballot, and it is likely that the voter's ballot will be rejected by the ballot board.

For additional information, call 1-800-252-VOTE (8683) or send an email to elections@sos.state.tx.us.

The information in this brochure was obtained from the office of the Texas Secretary of State.

---

## Remember, BRING YOUR PHOTO ID to the polls

Texas requires voters to present an approved form of photo identification to vote at the polls. To facilitate the voter qualification process when YOU go to the poll, YOU should:

1. Review the list of approved Photo IDs and make sure YOU have one
2. Make sure YOUR State Approved Photo ID is current; With the exception of the U.S. citizenship certificate, the Photo ID must be current or have expired no more than 60 days.
3. Verify that the name the Voter Registrar has on file for YOU matches the name on one of the State approved Photo IDs. YOU may visit https://txapps.texas.gov/tolapp/sos/SOSACManager to update YOUR 'Voter Name and Address'.

### APPROVED CREDENTIALS FOR VOTING



1. Texas driver license
2. Texas Election Identification Certificate
3. Texas Personal ID
4. Texas concealed handgun license
5. U.S. Military Identification
6. U.S. Citizenship Certificate
7. U.S. Passport

For more information. Phone: 713-274-9550
email: county.clerk@cco.hctx.net   Web: www.HarrisVotes.com

**STAN STANART**
Harris County Clerk

---



# FREQUENTLY ASKED QUESTIONS

# Remember, BRING YOUR PHOTO ID to the polls (FAQ)

## El Franco Lee

Harris County Commissioner

**Precinct One**

http://hcp1.net

HarrisCounty 000105

**1. When does the new photo identification law go into effect?**

The new photo identification requirement is effective immediately.

**2. What kind of identification will be required to qualify to vote in person under the new program?**

A voter will be required to show one of the following forms of photo identification at the polling location before the voter will be permitted to cast a vote.

- Texas driver license issued by the Texas Department of Public Safety (DPS)
- Texas Election Identification Certificate issued by DPS
- Texas personal identification card issued by DPS
- Texas concealed handgun license issued by DPS
- United States military identification card containing the person's photograph
- United States citizenship certificate containing the person's photograph
- United States passport

**3. My ID is expired. Will it still work?**

With the exception of the U.S. citizenship certificate, the identification must be current or have expired no more than 60 days before being presented for voter qualification at the polling place.

Photo ID Frequently Asked Questions (FAQ)

**4. But what if a voter does not have any of these forms of photo ID? Are there any exceptions?**

If a voter does not have a permanent disability exemption (addressed below) indicated on his or her voter registration certificate AND the voter does not have any of the photo identifications indicated above at the time of voting, the voter may cast a provisional ballot at the polls. However, in order to have the provisional ballot counted, the voter will be required to visit the voter registrar's office within six calendar days of the date of the election to either present one of the above forms of photo ID OR submit one of the temporary affidavits addressed below (e.g., religious objection or natural disaster) in the presence of the county voter registrar while attesting to the fact that he or she does not have any of the required photo IDs.

A permanent exemption is available for voters with documented disabilities. Voters with a disability may apply with the county voter registrar for a permanent exemption. The application must contain written documentation from either the U.S. Social Security Administration evidencing the applicant's disability, or from the U.S. Department of Veterans Affairs evidencing a disability rating of at least 50 percent. In addition, the applicant must state that he or she has no valid form of photo identification. Those who obtain a disability exemption will be allowed to vote by presenting a voter registration certificate reflecting the exemption.

Affidavits are available for voters who have a consistent religious objection to being photographed and for voters who do not have any photo identification as a result of certain natural disasters as declared by the President of the United States or the Texas Governor within 45 days of the day the ballot was cast.

Photo ID Frequently Asked Questions (FAQ)

**5. If I have a government-issued ID that contains my photo and it is not on the list above, may I use it?**

If you do not have one of the forms of photo IDs listed above and your voter registration certificate does not have a disability exemption noted, you will only be eligible to cast a provisional ballot.

**6. My name on my approved photo ID does not exactly match my name on my voter registration card. Can I still vote?**

Election officials will review the ID and if a name is "substantially similar" to the name on their list of registered voters, you will still be able to vote, but you will also have to submit an affidavit stating that you are the same person on the list of registered voters.

**7. What does "substantially similar" mean?**

A voter's name is considered substantially similar if one or more of the following circumstances applies:

1. The name on the ID is slightly different from one or more of the name fields on the official list of registered voters.
2. The name on the voter's ID or on list of registered voters is a customary variation of the voter's formal name. For example, Bill for William, or Beto for Alberto.
3. The voter's name contains an initial, middle name, or former name that is either not on the official list of registered voters or on the voter's ID.
4. A first name, middle name, former name or initial of the voter's name occupies a different field on the presented ID document than it does on the list of registered voters.

At least 30 days prior to the deadline to register to vote, voters should check with the voter registrar office to ensure their name on the official list of registered voters matches the name on one of the approved credentials for voting.

HarrisCounty 000106