## Voting in Harris County is now Easier, Faster, and More Secure



### The Ways Eligible Texans May Vote

**1) Early Voting by Mail**

Qualified voters may vote by mail if:
- Away from Harris County on Election Day and during the early voting period;
- Sick or disabled;
- 65 years of age or older on Election Day; or
- Confined in jail, but eligible to vote.

Applications for a ballot by mail must be submitted to the early voting clerk on, or after, the 60th day before Election Day and before the close of business on the 9th day before Election Day. If the 9th day is a weekend, the last day to submit an application is the preceding Friday.

Ballot by mail request may be submitted by:
- Regular mail: Stan Stanart, Harris County Clerk, Attn: Elections Division, P.O. Box 1148, Houston, TX 77251-1148
- Common or contract carrier: 1001 Preston St, Room 440, Houston, TX 77002; or
- FAX to 713.755.4983.

**Exception:**
A ballot by mail request may be submitted in person to the early voting clerk if the request is submitted in the period between the 60th day before Election Day and before the start of early voting by personal appearance.

**2) Early Voting in Person**

Registered voters may vote early at any one of the approved Harris County early voting locations. Early voting in person starts 17 days before each election unless the first day falls on the weekend, then early voting begins on the following Monday and ends 4 days before each election. The official early voting hours and locations can be found on http://www.harrisvotes.com or by calling 713.755.6965.

*Election Day voting hours are 7:00 a.m. to 7:00 p.m.*

**3) Election Day Voting**

On Election Day, voters must vote at the precinct where they are registered to vote. For information regarding Election Day polling locations, voters may call 713.755.6965 or visit http://www.harrisvotes.com.

**4) Curbside Voting**

This procedure is available to voters who have difficulty walking or standing for long periods. The election official will bring your ballot to your car outside the polling place. Curbside voting is available during early voting and on Election Day.

**5) Voting from Abroad**

Voters temporarily out of the country who wish to vote by mail may complete the Federal Post Card Application (FPCA). This type of application is limited to:
- A member of the U.S. Armed Forces, their spouse or a dependent;
- A member of the U.S. Merchant Marines, their spouse or a dependent;
- A U.S. citizen domiciled in Texas but temporarily living outside the territorial limits of the United States;

FPCAs qualify U.S. citizens who are temporarily outside of the country to receive a ballot for all elections in which they qualify to vote for a period of one calendar year.

The Harris County Clerk's office responds to overseas ballot by mail requests beginning 45 days prior to Election Day to allow adequate time for mail delivery. Ballots returned from overseas must be postmarked by Election Day and received by the 5th day after Election Day. For additional information on the FPCA process, voters may visit the Federal Voting Assistance Program's website at http://www.fvap.gov.

### YOU CAN HELP!

The County Clerk needs civic-minded citizens to volunteer to serve as poll workers (stipend $80 to $100) especially Spanish, Vietnamese, and Chinese bilingual speakers.
Apply online at http://www.harrisvotes.com/PollWorker

## Important Notices

**What if I am turned away from the polls?**

Under Texas Law, each voter is required to have the opportunity to vote a provisional ballot before being turned away from the polling location.

Provisional voting is an opportunity for a voter to cast a ballot on Election Day. After the provisional ballot is cast, the Harris County Clerk and Harris County Voter Registrar will review the documentation provided to determine if the voter is eligible to vote. If the voter is deemed eligible, the provisional ballot will count in the election. If the voter is deemed ineligible, the voter's provisional ballot will be rejected. After Election Day, all provisional voters will be notified as to whether their ballot was accepted or rejected.

In some instances, voters will be notified by the polling place official that their provisional ballot will be rejected. This is done to provide notice to the voter that an additional step is necessary for the provisional ballot to be properly reviewed.

Provisional voting is not a fail-safe method of voting. If a voter is informed that the ballot will be rejected, the voter is encouraged to take the steps necessary to comply with Texas law to vote a regular ballot or to have the provisional ballot properly considered.

**If I need assistance, can I bring someone to the polling place to assist me?**

Disabled voters or voters requiring assistance due to a limited English proficiency may bring someone of their own choosing to the polling place. The person providing assistance cannot be the voter's employer or labor union representative. For more information, please contact 713.274.9550.

**Whom do I contact if I felt intimidated during the voting process or feel that my voting rights were infringed upon?**

Aggrieved voters may contact the Harris County Clerk's office directly at 713.755.6965 or via e-mail at info@harrisvotes.com. In addition, voters may contact the Texas Secretary of State's office at 800.252.8683 (VOTE).



## Recording the Major Events of Your Life

### STAN STANART
Harris County Clerk

## VOTER GUIDE

www.cclerk.hctx.net

HarrisCounty 000117



PW
EXHIBIT NO. 15
HG 7/23/14

2:13-cv-193
09/02/2014
DEF0938



Dear Harris County Voter:

As chief elections officer of the county, I encourage all citizens to be attentive. At least one election may be taking place in your community annually. So it is very important for all citizens to become familiar with the basic principles that guide elections.

The goal of this Voter Guide is to enhance the understanding of elections and facilitate access to the voting process. The exceptional nature of the American political process stems from a well-informed and involved citizenry. As voters, candidates and volunteers, engaged citizens characterize the unique participatory nature of the American democratic republic.

Civic-minded citizens ensure the vitality of the American political process. More importantly, I sincerely believe that active citizens ensure its integrity.

Sincerely,
**STAN STANART**
Harris County Clerk

## Registering to Vote

### Requirements
- Be a United States citizen;
- Be a legal resident of Harris County;
- Be at least 18 years old on Election Day (voters 17 years, 10 months of age may pre-register for an election);
- Be not a convicted felon (you may be eligible to vote if you have completed your sentence, probation, and parole);
- Not been declared by a court exercising probate jurisdiction to be either totally mentally incapacitated or partially mentally incapacitated without the right to vote.

### How and where to register?
In Harris County, you may register to vote:
In person:
- At the Office of the Harris County Tax Assessor-Collector, who is also the Voter Registrar; or
- When you apply for or renew your driver's license; or

By mail:
- By contacting the Harris County Voter Registrar to request an application to be mailed to you; or
- By picking up a voter registration application at your local library or government agency and simply mailing it in.

### Where do I obtain a Voter Registration Application?
You may request an application from:
- The Harris County Voter Registrar's office
  http://www.hcvoter.net
  713.368.2200
  Harris County Tax Assessor-Collector
  P.O. Box 3527, Houston, TX 77253-3527
- The Secretary of State's office
  http://www.sos.state.tx.us
  1.800.252.8683
- Public libraries
- Post offices
- Other area government agency offices

### What do I do if I move within the county?
If you move within the same county, promptly notify the Voter Registrar by completing and submitting a new voter registration application form and checking the box indicating "change."

If you have a copy of your voter registration certificate, you may also complete the back with your new address, sign it, and mail it to the Voter Registrar.

If you have moved but did not update your address in time for the election, you may still vote. During the early voting period, you may vote at any early voting location. However, on Election Day, you must vote at the precinct associated with your old address.

### What do I do if I move within the state?
Any time you move from one county to another in the State of Texas, you must re-register to vote to be able to vote a full ballot. If you did not re-register to vote in your new county, the law allows you to vote a limited ballot during the early voting period at the main early voting polling location, 1001 Preston, 1st Floor, Houston, TX 77002. If you did not re-register to vote in your new county and decide to vote on Election Day, you may vote a provisional ballot; however, your provisional ballot will not count. For early voting information, call 713.755.6965 or visit http://www.harrisvotes.com.

### What type of identification do I need to vote?
Here is a list of the approved forms of photo ID:
- Texas driver license issued by the Texas Department of Public Safety (DPS)
- Texas Election Identification Certificate issued by DPS
- Texas personal identification card issued by DPS
- Texas concealed handgun license issued by DPS
- United States military identification card containing the person's photograph
- United States citizenship certificate containing the person's photograph
- United States passport

With the exception of the U.S. citizenship certificate, the identification must be current or have expired no more than 60 days before being presented for voter qualification at the polling place.

**THE DEADLINE TO REGISTER TO VOTE IS 30 DAYS BEFORE AN ELECTION**

## Most Common Elections

For many citizens who are new to the voting process, one of the questions that always arises is "what am I voting for?" On an annual basis, citizens may be voting for candidates who are vying for elected positions at every level of government. The following is a list of the most common:

**Federal Election**: voters elect a National Government, including a President and Members of the United States House of Representatives and the Senate.

**State Election**: voters elect a Governor, members of State House of Representatives, State Senate, and other State offices.

**County Election**: voters elect a county government, including a County Judge, Commissioner's Court, County Clerk, Tax Assessor-Collector, County Treasurer, District Clerk, Justices of the Peace, Sheriff, Constables, County Attorney, District Attorney and Civil and Criminal Court Judges.

**City Election**: voters elect a mayor and members to the city council of a local municipality. The City of Houston conducts its election in November of odd-numbered years.

**School Board Election**: voters elect members to the board of their local Independent School or community college district.

## Uniform Election Dates

By law, most elections in Texas are held on one of the following dates:
1) The first Saturday in May;
2) The first Tuesday after the first Monday in November.

The Uniform Election Dates do not apply to:
1) Run-off Elections;
2) An election for the issuance or assumption of school bonds;
3) An election to resolve a tied vote;
4) An election held under an order of a court or other tribunal;
5) An emergency election;
6) An expedited election to fill a vacancy in the legislature;
7) An election held under a statute that expressly provides that the Uniform Election Dates does not apply to the election.

HarrisCounty 000118