



EXHIBIT NO. 16

2:13-cv-193
09/02/2014
**DEF0939**

