I certify this to be a true and correct copy of the indicated document as referred or transmitted to committee.

Chief Clerk of the House

By: *Betty Brown*

FILED NOV 1 4 2006

H.B. No. 218

A BILL TO BE ENTITLED

1 AN ACT
2 relating to requiring a voter to present proof of identification.
3     BE IT ENACTED BY THE LEGISLATURE OF THE STATE OF TEXAS:
4     SECTION 1.  Section 63.001, Election Code, is amended by
5 amending Subsections (b), (c), (d), and (f) and adding Subsection
6 (g) to read as follows:
7     (b)  On offering to vote, a voter must present <u>to an election</u>
8 <u>officer at the polling place</u> the voter's voter registration
9 certificate <u>and either:</u>
10     <u>(1)  one form of identification listed in Section</u>
11 <u>63.0101(a); or</u>
12     <u>(2)  two different forms of identification listed in</u>
13 <u>Section 63.0101(b)</u> [~~to an election officer at the polling place~~].
14     (c)  On presentation of <u>the documentation required by</u>
15 <u>Subsection (b)</u> [~~a registration certificate~~], an election officer
16 shall determine whether the voter's name on the registration
17 certificate is on the list of registered voters for the precinct.
18     (d)  If the voter's name is on the precinct list of
19 registered voters <u>and the voter's identity can be verified from the</u>
20 <u>proof presented</u>, the voter shall be accepted for voting.
21     (f)  After determining whether to accept a voter, an election
22 officer shall return the voter's <u>documentation</u> [~~registration~~
23 ~~certificate~~] to the voter.
24     <u>(g)  If the requirements for identification prescribed by</u>

80R1644 JRJ-F      1



TX_00206300

TEX00206300

2:13-cv-193
09/02/2014
DEF0946

1  Subsection (b) are not met, the voter may be accepted for
2  provisional voting only under Section 63.011.
3      SECTION 2.  Section 63.006(a), Election Code, is amended to
4  read as follows:
5      (a)  A voter who, when offering to vote, presents a voter
6  registration certificate indicating that the voter is currently
7  registered in the precinct in which the voter is offering to vote,
8  but whose name is not on the precinct list of registered voters,
9  shall be accepted for voting if the voter's identity can be verified
10 from the proof presented.
11     SECTION 3.  Section 63.007(a), Election Code, is amended to
12 read as follows:
13     (a)  A voter who, when offering to vote, presents a voter
14 registration certificate indicating that the voter is currently
15 registered in a different precinct from the one in which the voter
16 is offering to vote, and whose name is not on the precinct list of
17 registered voters, shall be accepted for voting if the voter's
18 identity can be verified from the proof presented and the voter
19 executes an affidavit stating that the voter:
20         (1)  is a resident of the precinct in which the voter is
21 offering to vote or is otherwise entitled by law to vote in that
22 precinct;
23         (2)  was a resident of the precinct in which the voter
24 is offering to vote at the time that information on the voter's
25 residence address was last provided to the voter registrar;
26         (3)  did not deliberately provide false information to
27 secure registration in a precinct in which the voter does not

80R1644 JRJ-F                   2

```
 1   reside; and
 2            (4)  is voting only once in the election.
 3       SECTION 4.  Section 63.008(a), Election Code, is amended to
 4   read as follows:
 5       (a)  A voter who does not present a voter registration
 6   certificate when offering to vote, but whose name is on the list of
 7   registered voters for the precinct in which the voter is offering to
 8   vote, shall be accepted for voting if the voter executes an
 9   affidavit stating that the voter does not have the voter's voter
10   registration certificate in the voter's possession at the polling
11   place at the time of offering to vote and the voter's identity can
12   be verified from the proof presented [voter presents proof of
13   identification in a form described by Section 63.0101].
14       SECTION 5.  Section 63.0101, Election Code, is amended to
15   read as follows:
16       Sec. 63.0101.  DOCUMENTATION OF PROOF OF IDENTIFICATION.
17   (a) The following documentation is an acceptable form [as proof] of
18   photo identification under this chapter:
19            (1)  a driver's license or personal identification card
20   issued to the person by the Department of Public Safety that has not
21   expired or that expired no earlier than two years before the date of
22   presentation [or a similar document issued to the person by an
23   agency of another state, regardless of whether the license or card
24   has expired];
25            (2)  a United States military identification card that
26   contains the person's photograph [form of identification
27   containing the person's photograph that establishes the person's
```

80R1644 JRJ-F                            3

TX_00206302

TEX00206302

```
 1  identity];
 2          (3)  a valid employee identification card that contains
 3  the person's photograph and is issued by an employer of the person
 4  in the ordinary course of the employer's business [birth
 5  certificate or other document confirming birth that is admissible
 6  in a court of law and establishes the person's identity];
 7          (4)  a United States citizenship certificate [papers]
 8  issued to the person that contains the person's photograph;
 9          (5)  a United States passport issued to the person;
10          (6)  a student identification card issued by a public
11  or private institution of higher education located in Texas that
12  contains the person's photograph [official mail addressed to the
13  person by name from a governmental entity]; or
14          (7)  a license to carry a concealed handgun issued to
15  the person by the Department of Public Safety.
16     (b)  The following documentation is acceptable as proof of
17  identification under this chapter:
18          (1)  a copy of a current utility bill, bank statement,
19  government check, paycheck, or other government document that shows
20  the name and address of the voter;
21          (2)  official mail addressed to the person by name from
22  a governmental entity;
23          (3)  a certified copy of a birth certificate or other
24  document confirming birth that is admissible in a court of law and
25  establishes the person's identity;
26          (4)  United States citizenship papers issued to the
27  person;
```

80R1644 JRJ-F                    4

```
1            (5)  an original or certified copy of the person's
2   marriage license or divorce decree;
3            (6)  court records of the person's adoption, name
4   change, or sex change;
5            (7)  an identification card issued to the person by a
6   governmental entity of this state or the United States for the
7   purpose of obtaining public benefits, including veteran's
8   benefits, Medicaid, or Medicare;
9            (8)  a temporary driving permit issued to the person by
10  the Department of Public Safety;
11           (9)  a pilot's license issued to the person by the
12  Federal Aviation Administration or another authorized agency of the
13  United States;
14           (10) a library card that contains the person's name
15  issued to the person by a public library located in this state; or
16           (11) a hunting or fishing license issued to a person by
17  the Parks and Wildlife Department [or
18           [(8)  any other form of identification prescribed by
19  the secretary of state].
20       SECTION 6.  Section 63.011(a), Election Code, is amended to
21  read as follows:
22       (a)  A person to whom Section 63.001(g), 63.008(b), or
23  63.009(a) applies may cast a provisional ballot if the person
24  executes an affidavit stating that the person:
25           (1)  is a registered voter in the precinct in which the
26  person seeks to vote; and
27           (2)  is eligible to vote in the election.
```

80R1644 JRJ-F                         5

```
1        SECTION 7.  Section 521.422, Transportation Code, is amended
2   by amending Subsection (a) and adding Subsection (d) to read as
3   follows:
4        (a)  Except as provided by Subsection (d), the [The] fee for
5   a personal identification certificate is:
6             (1)  $15 for a person under 60 years of age;
7             (2)  $5 for a person 60 years of age or older; and
8             (3)  $20 for a person subject to the registration
9   requirements under Chapter 62, Code of Criminal Procedure.
10       (d)  The department may not collect a fee for a personal
11  identification certificate issued to a person who executes an
12  affidavit stating that the person is financially unable to pay the
13  required fee and:
14            (1)  who is a registered voter in this state and
15  presents a valid voter registration certificate; or
16            (2)  who is eligible for registration under Section
17  13.001, Election Code, and submits a registration application to
18  the department.
19       SECTION 8.  This Act takes effect September 1, 2007.
```

TX_00206305

TEX00206305