By _____                                      S.R. No. _____

R E S O L U T I O N

    BE IT RESOLVED by the Senate of the State of Texas, That the Rules of the Senate of the 80th Legislature are adopted as the Permanent Rules of the Senate of the 81st Legislature with the following modifications:

1.    Amend Rule 5.11 to read as follows:

SPECIAL ORDERS

    Rule 5.11. (a) Any bill, resolution, or other measure may on any day be made a special order for a future time of the session by an affirmative vote of two-thirds of the members present.

    (b) A special order shall be considered at the time for which it is set and considered from day to day until disposed of, unless at the time so fixed there is pending business under a special order, but such pending business may be suspended by a two-thirds vote of all the members present. If a special order is not reached or considered at the time fixed, it shall not lose its place as a special order. All special orders shall be subject to any Joint Rules and Rule 5.10.

    (c) Upon the affirmative vote of four-fifths of the members present, a special order may be reset to an earlier time than previously scheduled.

    (d) Notwithstanding subsection (a), a bill or resolution relating to voter identification requirements reported favorably

1

CONFIDENTIAL

LEG00001811

2:13-cv-193
09/02/2014
DEF0952



from the Committee of the Whole Senate may be set as a special order for a time at least 24 hours after the motion is adopted by a majority of the members of the Senate.

2.   Amend Rule 6.15 to read as follows:

WHEN RECORD VOTE REQUIRED; CALLS FOR YEAS AND NAYS [REQUIRED]

   Rule 6.15.   (a) (1)   A vote on [Upon the] final passage of a bill, a resolution proposing or ratifying a constitutional amendment, or a resolution other than a resolution of a purely ceremonial or honorary nature shall be by record vote, with the vote of each member entered in the journal.

   (2) A vote on [all amendments proposed to the Constitution, all bills appropriating money or lands for any purpose, all bills containing an immediate effect clause,] all motions to suspend the constitutional three-day rule, [and] all questions requiring a vote of two-thirds of the members elected, all motions on whether to concur in House amendments to Senate bills, and all motions on whether to adopt a conference committee report shall be by record vote, with the vote of each member [the presiding officer shall call for the yeas and nays, and they shall be] entered in the journal.

   (3) Upon all other questions requiring a vote of two-thirds of the members present, including a motion to suspend the rules, the presiding officer shall determine if there is objection and, if so, call for the yeas and nays, but they shall not be entered into the journal unless required under Subsection (b) of this rule.  If no objection is made, the journal entry shall reflect a unanimous consent vote of the members present

CONFIDENTIAL

LEG00001812



without necessity of a roll call of yeas and nays.

(b) <u>On any other question, at</u> [At] the desire of any three members present, the yeas and nays shall be entered on the journal, and the names of the members present and not voting shall be recorded immediately after those voting in the affirmative and negative, and such members shall be counted in determining the presence of a quorum. (Constitution, Article III, Section 12)

(c)(1)   Any nonprocedural motion adopted by voice vote, without objection, or with unanimous consent shall be reflected in the journal by showing members present as "yea", unless a member registers otherwise with the Secretary of the Senate.

(2) The following statement shall be entered in the journal after each vote taken as provided in Subdivision (1) of this subsection:

"All members are deemed to have voted 'Yea' except as follows:

    Nays:

    PNV:

    Absent-Excused:

    Absent:"

(d) A member must be on the floor of the Senate or in an adjacent room or hallway on the same level as the Senate floor or gallery in order to vote; but a member who is out of the Senate when a record vote is taken and who wishes to be recorded shall be permitted to do so provided:

(1) the member was out of the Senate temporarily,

3

CONFIDENTIAL

LEG00001813

having been recorded earlier as present;

  (2) the vote is submitted to the Secretary of the Senate prior to adjournment or recess to another calendar day; and

  (3) the recording of the member's vote does not change the result as announced by the chair.

 (e) Once begun, a roll call may not be interrupted for any reason.

3. Amend Rule 16.07 as follows:

### MATTERS REQUIRING VOTE OF MAJORITY
### OF MEMBERS OF SENATE

Rule 16.07. A vote of the majority of the members of the Senate is required to:

  (1) pass a resolution initially adopting temporary or permanent rules of the Senate; Rule 21.01

  (2) adopt, amend, or rescind any Joint Rules of the two Houses; Rules 21.02 and 22.02

  (3) adopt resolution to suspend conference committee rules; Rule 12.08

  (4) commit or recommit bill, resolution, or petition to a committee; Rule 6.08

  (5) hold an executive session; Rule 15.02

  (6) pass a resolution amending the Rules of the Senate.

  (7) <u>set voter identification requirement bills for special order; Rule 5.11(d)</u>

CONFIDENTIAL  LEG00001814