


Chapter 123                                                       S.B. No. 14

```
 1                          AN ACT
 2  relating to requirements to vote, including presenting proof of
 3  identification; providing criminal penalties.
 4        BE IT ENACTED BY THE LEGISLATURE OF THE STATE OF TEXAS:
 5        SECTION 1.  Section 13.002, Election Code, is amended by
 6  adding Subsection (i) to read as follows:
 7        (i)  An applicant who wishes to receive an exemption from the
 8  requirements of Section 63.001(b) on the basis of disability must
 9  include with the person's application:
10              (1)  written documentation:
11                    (A)  from the United States Social Security
12  Administration evidencing the applicant has been determined to have
13  a disability; or
14                    (B)  from the United States Department of Veterans
15  Affairs evidencing the applicant has a disability rating of at
16  least 50 percent; and
17              (2)  a statement in a form prescribed by the secretary
18  of state that the applicant does not have a form of identification
19  acceptable under Section 63.0101.
20        SECTION 2.  Section 15.001, Election Code, is amended by
21  adding Subsection (c) to read as follows:
22        (c)  A certificate issued to a voter who meets the
23  certification requirements of Section 13.002(i) must contain an
24  indication that the voter is exempt from the requirement to present
```



2:13-cv-193
09/02/2014
**DEF0955**

S.B. No. 14

1 identification other than the registration certificate before
2 being accepted for voting.

3     SECTION 3. Effective September 1, 2011, Subchapter A,
4 Chapter 15, Election Code, is amended by adding Section 15.005 to
5 read as follows:

6     Sec. 15.005. NOTICE OF IDENTIFICATION REQUIREMENTS.
7 (a) The voter registrar of each county shall provide notice of the
8 identification requirements for voting prescribed by Chapter 63 and
9 a detailed description of those requirements with each voter
10 registration certificate issued under Section 13.142 or renewal
11 registration certificate issued under Section 14.001.

12     (b) The secretary of state shall prescribe the wording of
13 the notice to be included on the certificate under this section.

14     SECTION 4. Subsection (a), Section 15.022, Election Code,
15 is amended to read as follows:

16     (a) The registrar shall make the appropriate corrections in
17 the registration records, including, if necessary, deleting a
18 voter's name from the suspense list:

19         (1) after receipt of a notice of a change in
20 registration information under Section 15.021;

21         (2) after receipt of a voter's reply to a notice of
22 investigation given under Section 16.033;

23         (3) after receipt of a registration omissions list and
24 any affidavits executed under Section 63.006 [63.007], following an
25 election;

26         (4) after receipt of a voter's statement of residence
27 executed under Section 63.0011;

S.B. No. 14

1         (5) before the effective date of the abolishment of a
2 county election precinct or a change in its boundary;

3         (6) after receipt of United States Postal Service
4 information indicating an address reclassification;

5         (7) after receipt of a voter's response under Section
6 15.053; or

7         (8) after receipt of a registration application or
8 change of address under Chapter 20.

9     SECTION 5. Effective September 1, 2011, Subchapter A,
10 Chapter 31, Election Code, is amended by adding Section 31.012 to
11 read as follows:

12     Sec. 31.012. VOTER IDENTIFICATION EDUCATION. (a) The
13 secretary of state and the voter registrar of each county that
14 maintains a website shall provide notice of the identification
15 requirements for voting prescribed by Chapter 63 on each entity's
16 respective website in each language in which voter registration
17 materials are available. The secretary of state shall prescribe
18 the wording of the notice to be included on the websites.

19     (b) The secretary of state shall conduct a statewide effort
20 to educate voters regarding the identification requirements for
21 voting prescribed by Chapter 63.

22     (c) The county clerk of each county shall post in a
23 prominent location at the clerk's office a physical copy of the
24 notice prescribed under Subsection (a) in each language in which
25 voter registration materials are available.

26     SECTION 6. Effective September 1, 2011, Section 32.111,
27 Election Code, is amended by adding Subsection (c) to read as

S.B. No. 14

1  follows:
2  (c) The training standards adopted under Subsection (a)
3  must include provisions on the acceptance and handling of the
4  identification presented by a voter to an election officer under
5  Section 63.001.

6  SECTION 7. Effective September 1, 2011, Subsection (a),
7  Section 32.114, Election Code, is amended to read as follows:

8  (a) The county clerk shall provide one or more sessions of
9  training using the standardized training program and materials
10 developed and provided by the secretary of state under Section
11 32.111 for the election judges and clerks appointed to serve in
12 elections ordered by the governor or a county authority. Each
13 election judge shall complete the training program. Each election
14 clerk shall complete the part of the training program relating to
15 the acceptance and handling of the identification presented by a
16 voter to an election officer under Section 63.001.

17 SECTION 8. Chapter 62, Election Code, is amended by adding
18 Section 62.016 to read as follows:

19 Sec. 62.016. NOTICE OF ACCEPTABLE IDENTIFICATION OUTSIDE
20 POLLING PLACES. The presiding judge shall post in a prominent place
21 on the outside of each polling location a list of the acceptable
22 forms of identification. The list must be printed using a font that
23 is at least 24-point.' The notice required under this section must
24 be posted separately from any other notice required by state or
25 federal law.

26 SECTION 9. Section 63.001, Election Code, is amended by
27 amending Subsections (b), (c), (d), and (f) and adding Subsections



S.B. No. 14

1  (g) and (h) to read as follows:

2      (b)  Except as provided by Subsection (h), on [On] offering
3  to vote, a voter must present to an election officer at the polling
4  place one form of identification described by Section 63.0101 [the
5  voter's voter registration certificate to an election officer at
6  the polling place].

7      (c)  On presentation of the documentation required under
8  Subsection (b) [a registration certificate], an election officer
9  shall determine whether the voter's name on the documentation
10  [registration certificate] is on the list of registered voters for
11  the precinct. If in making a determination under this subsection
12  the election officer determines under standards adopted by the
13  secretary of state that the voter's name on the documentation is
14  substantially similar to but does not match exactly with the name on
15  the list, the voter shall be accepted for voting under Subsection
16  (d) if the voter submits an affidavit stating that the voter is the
17  person on the list of registered voters.

18      (d)  If, as determined under Subsection (c), the voter's name
19  is on the precinct list of registered voters and the voter's
20  identity can be verified from the documentation presented under
21  Subsection (b), the voter shall be accepted for voting.

22      (f)  After determining whether to accept a voter, an election
23  officer shall return the voter's documentation [registration
24  certificate] to the voter.

25      (g)  If the requirements for identification prescribed by
26  Subsection (b) are not met, the voter may be accepted for
27  provisional voting only under Section 63.011. For a voter who is

S.B. No. 14

1 not accepted for voting under this section, an election officer
2 shall:
3     (1) inform the voter of the voter's right to cast a
4 provisional ballot under Section 63.011; and
5     (2) provide the voter with written information, in a
6 form prescribed by the secretary of state, that:
7         (A) lists the requirements for identification;
8         (B) states the procedure for presenting
9 identification under Section 65.0541;
10         (C) includes a map showing the location where
11 identification must be presented; and
12         (D) includes notice that if all procedures are
13 followed and the voter is found to be eligible to vote and is voting
14 in the correct precinct, the voter's provisional ballot will be
15 accepted.
16     (h) The requirements for identification prescribed by
17 Subsection (b) do not apply to a voter who is disabled and presents
18 the voter's voter registration certificate containing the
19 indication described by Section 15.001(c) on offering to vote.
20     SECTION 10. Subsection (a), Section 63.0011, Election Code,
21 is amended to read as follows:
22     (a) Before a voter may be accepted for voting, an election
23 officer shall ask the voter if the voter's residence address on the
24 precinct list of registered voters is current and whether the voter
25 has changed residence within the county. If the voter's address is
26 omitted from the precinct list under Section 18.005(c), the officer
27 shall ask the voter if the voter's residence, if [as] listed, on



S.B. No. 14

1 identification presented by the voter under Section 63.001(b) [the
2 voter's voter registration certificate] is current and whether the
3 voter has changed residence within the county.

4   SECTION 11. Effective September 1, 2011, Chapter 63,
5 Election Code, is amended by adding Section 63.0012 to read as
6 follows:

7   Sec. 63.0012. NOTICE OF IDENTIFICATION REQUIREMENTS TO
8 CERTAIN VOTERS. (a) An election officer shall distribute written
9 notice of the identification that will be required for voting
10 beginning with elections held after January 1, 2012, and
11 information on obtaining identification without a fee under Chapter
12 521A, Transportation Code, to each voter who, when offering to
13 vote, presents a form of identification that will not be sufficient
14 for acceptance as a voter under this chapter beginning with those
15 elections.

16   (b) The secretary of state shall prescribe the wording of
17 the notice and establish guidelines for distributing the notice.

18   (c) This section expires September 1, 2017.

19   SECTION 12. Section 63.006, Election Code, is amended to
20 read as follows:

21   Sec. 63.006. VOTER WITH REQUIRED DOCUMENTATION [CORRECT
22 CERTIFICATE] WHO IS NOT ON LIST. (a) A voter who, when offering to
23 vote, presents the documentation required under Section 63.001(b)
24 [a voter registration certificate indicating that the voter is
25 currently registered in the precinct in which the voter is offering
26 to vote,] but whose name is not on the precinct list of registered
27 voters[,] shall be accepted for voting if the voter also presents a

S.B. No. 14

1 voter registration certificate indicating that the voter is
2 currently registered:
3   (1) in the precinct in which the voter is offering to
4 vote; or
5   (2) in a different precinct in the same county as the
6 precinct in which the voter is offering to vote and the voter
7 executes an affidavit stating that the voter:
8     (A) is a resident of the precinct in which the
9 voter is offering to vote or is otherwise entitled by law to vote in
10 that precinct;
11     (B) was a resident of the precinct in which the
12 voter is offering to vote at the time the information on the voter's
13 residence address was last provided to the voter registrar;
14     (C) did not deliberately provide false
15 information to secure registration in a precinct in which the voter
16 does not reside; and
17     (D) is voting only once in the election.
18  (b) After the voter is accepted, an election officer shall:
19   (1) indicate beside the voter's name on the poll list
20 that the voter was accepted under this section; and
21   (2) enter the voter's name on the registration
22 omissions list.
23  SECTION 13. Section 63.009, Election Code, is amended to
24 read as follows:
25  Sec. 63.009. VOTER WITHOUT CERTIFICATE WHO IS NOT ON LIST.
26 A [(a) Except as provided by Subsection (b), a] voter who does not
27 present a voter registration certificate when offering to vote, and

S.B. No. 14

1 whose name is not on the list of registered voters for the precinct
2 in which the voter is offering to vote, shall be accepted for
3 provisional voting if the voter executes an affidavit in accordance
4 with Section 63.011.

5 [(b) If an election officer can determine from the voter
6 registrar that the person is a registered voter of the county and
7 the person presents proof of identification, the affidavits
8 required by Sections 63.007 and 63.008 are substituted for the
9 affidavit required by Section 63.011 in complying with that
10 section. After the voter is accepted under this subsection, an
11 election officer shall also indicate beside the voter's name on the
12 poll list that the voter was accepted under this section.]

13 SECTION 14. Section 63.0101, Election Code, is amended to
14 read as follows:

15 Sec. 63.0101. DOCUMENTATION OF PROOF OF IDENTIFICATION.
16 The following documentation is an acceptable form [as proof] of
17 photo identification under this chapter:

18 (1) a driver's license, election identification
19 certificate, or personal identification card issued to the person
20 by the Department of Public Safety that has not [or a similar
21 document issued to the person by an agency of another state,
22 regardless of whether the license or card has] expired or that
23 expired no earlier than 60 days before the date of presentation;

24 (2) a United States military identification card that
25 contains the person's photograph that has not expired or that
26 expired no earlier than 60 days before the date of presentation
27 [form of identification containing the person's photograph that

9

S.B. No. 14

1 establishes the person's identity];
2     (3) a [birth certificate or other document confirming
3 birth that is admissible in a court of law and establishes the
4 person's identity;
5     [(4)] United States citizenship certificate [papers]
6 issued to the person that contains the person's photograph;
7     (4) [(5)] a United States passport issued to the
8 person that has not expired or that expired no earlier than 60 days
9 before the date of presentation; or
10     (5) a license to carry a concealed handgun issued to
11 the person by the Department of Public Safety that has not expired
12 or that expired no earlier than 60 days before the date of
13 presentation
14     [(6) official mail addressed to the person by name
15 from a governmental entity;
16     [(7) a copy of a current utility bill, bank statement,
17 government check, paycheck, or other government document that shows
18 the name and address of the voter; or
19     [(8) any other form of identification prescribed by
20 the secretary of state].
21   SECTION 15. Section 63.011, Election Code, is amended by
22 amending Subsections (a) and (b) and adding Subsection (b-1) to
23 read as follows:
24   (a) A person to whom Section 63.001(g) [63.008(b)] or 63.009
25 [63.009(a)] applies may cast a provisional ballot if the person
26 executes an affidavit stating that the person:
27     (1) is a registered voter in the precinct in which the

10



S.B. No. 14

1 person seeks to vote; and

2     (2) is eligible to vote in the election.

3   (b) A form for an affidavit required by this section must
4 [shall] be printed on an envelope in which the provisional ballot
5 voted by the person may be placed and must include:

6     (1) a space for entering the identification number of
7 the provisional ballot voted by the person; and

8     (2) a space for an election officer to indicate
9 whether the person presented a form of identification described by
10 Section 63.0101.

11   (b-1) The affidavit form may include space for disclosure of
12 any necessary information to enable the person to register to vote
13 under Chapter 13. The secretary of state shall prescribe the form
14 of the affidavit under this section.

15   SECTION 16. Subsection (b), Section 64.012, Election Code,
16 is amended to read as follows:

17   (b) An offense under this section is a felony of the second
18 [third] degree unless the person is convicted of an attempt. In
19 that case, the offense is a state jail felony [Class A misdemeanor].

20   SECTION 17. Subsection (b), Section 65.054, Election Code,
21 is amended to read as follows:

22   (b) A provisional ballot shall [may] be accepted [only] if
23 the board determines that:

24     (1) [,] from the information in the affidavit or
25 contained in public records, the person is eligible to vote in the
26 election and has not previously voted in that election;

27     (2) the person:

S.B. No. 14

1  (A) meets the identification requirements of
2 Section 63.001(b) at the time the ballot was cast or in the period
3 prescribed under Section 65.0541;
4  (B) notwithstanding Chapter 110, Civil Practice
5 and Remedies Code, executes an affidavit under penalty of perjury
6 that states the voter has a religious objection to being
7 photographed and the voter has consistently refused to be
8 photographed for any governmental purpose from the time the voter
9 has held this belief; or
10  (C) executes an affidavit under penalty of
11 perjury that states the voter does not have any identification
12 meeting the requirements of Section 63.001(b) as a result of a
13 natural disaster that was declared by the president of the United
14 States or the governor, occurred not earlier than 45 days before the
15 date the ballot was cast, and caused the destruction of or inability
16 to access the voter's identification; and
17  (3) the voter has not been challenged and voted a
18 provisional ballot solely because the voter did not meet the
19 requirements for identification prescribed by Section 63.001(b).
20  SECTION 18. Subchapter B, Chapter 65, Election Code, is
21 amended by adding Section 65.0541 to read as follows:
22  Sec. 65.0541. PRESENTATION OF IDENTIFICATION FOR CERTAIN
23 PROVISIONAL BALLOTS. (a) A voter who is accepted for provisional
24 voting under Section 63.011 because the voter does not meet the
25 identification requirements of Section 63.001(b) may, not later
26 than the sixth day after the date of the election:
27  (1) present a form of identification described by



S.B. No. 14

1  Section 63.0101 to the voter registrar for examination; or

2  (2) execute an affidavit described by Section
3  65.054(b)(2)(B) or (C) in the presence of the voter registrar.

4  (b) The secretary of state shall prescribe procedures as
5  necessary to implement this section.

6  SECTION 19.  Section 66.0241, Election Code, is amended to
7  read as follows:

8  Sec. 66.0241.  CONTENTS OF ENVELOPE NO. 4.  Envelope no. 4
9  must contain:

10  (1) the precinct list of registered voters;

11  (2) the registration correction list;

12  (3) the registration omissions list;

13  (4) any statements of residence executed under Section
14  63.0011; and

15  (5) any affidavits executed under Section 63.006
16  [63.007] or 63.011.

17  SECTION 20.  Subtitle B, Title 7, Transportation Code, is
18  amended by adding Chapter 521A to read as follows:

19  CHAPTER 521A. ELECTION IDENTIFICATION CERTIFICATE

20  Sec. 521A.001.  ELECTION IDENTIFICATION CERTIFICATE.
21  (a) The department shall issue an election identification
22  certificate to a person who states that the person is obtaining the
23  certificate for the purpose of satisfying Section 63.001(b),
24  Election Code, and does not have another form of identification
25  described by Section 63.0101, Election Code, and:

26  (1) who is a registered voter in this state and
27  presents a valid voter registration certificate; or

S.B. No. 14

1      (2)  who is eligible for registration under Section
2  13.001, Election Code, and submits a registration application to
3  the department.
4      (b)  The department may not collect a fee for an election
5  identification certificate or a duplicate election identification
6  certificate issued under this section.
7      (c)  An election identification certificate may not be used
8  or accepted as a personal identification certificate.
9      (d)  An election officer may not deny the holder of an
10 election identification certificate the ability to vote because the
11 holder has an election identification certificate rather than a
12 driver's license or personal identification certificate issued
13 under this subtitle.
14     (e)  An election identification certificate must be similar
15 in form to, but distinguishable in color from, a driver's license
16 and a personal identification certificate.  The department may
17 cooperate with the secretary of state in developing the form and
18 appearance of an election identification certificate.
19     (f)  The department may require each applicant for an
20 original or renewal election identification certificate to furnish
21 to the department the information required by Section 521.142.
22     (g)  The department may cancel and require surrender of an
23 election identification certificate after determining that the
24 holder was not entitled to the certificate or gave incorrect or
25 incomplete information in the application for the certificate.
26     (h)  A certificate expires on a date specified by the
27 department, except that a certificate issued to a person 70 years of



S.B. No. 14

1 age or older does not expire.

2     SECTION 21. Sections 63.007 and 63.008, Election Code, are
3 repealed.

4     SECTION 22. Effective September 1, 2011:

5     (1) as soon as practicable, the secretary of state
6 shall adopt the training standards and develop the training
7 materials required to implement the change in law made by this Act
8 to Section 32.111, Election Code; and

9     (2) as soon as practicable, the county clerk of each
10 county shall provide a session of training under Section 32.114,
11 Election Code, using the standards adopted and materials developed
12 to implement the change in law made by this Act to Section 32.111,
13 Election Code.

14     SECTION 23. The change in law made by this Act in amending
15 Subsection (b), Section 64.012, Election Code, applies only to an
16 offense committed on or after January 1, 2012. An offense committed
17 before January 1, 2012, is covered by the law in effect when the
18 offense was committed, and the former law is continued in effect for
19 that purpose. For purposes of this section, an offense is committed
20 before January 1, 2012, if any element of the offense occurs before
21 that date.

22     SECTION 24. Effective September 1, 2011, state funds
23 disbursed under Chapter 19, Election Code, for the purpose of
24 defraying expenses of the voter registrar's office in connection
25 with voter registration may also be used for additional expenses
26 related to coordinating voter registration drives or other
27 activities designed to expand voter registration. This section

S.B. No. 14

1  expires January 1, 2013.

2  SECTION 25. Every provision in this Act and every application of the provisions in this Act are severable from each other. If any application of any provision in this Act to any person or group of persons or circumstances is found by a court to be invalid, the remainder of this Act and the application of the Act's provisions to all other persons and circumstances may not be affected. All constitutionally valid applications of this Act shall be severed from any applications that a court finds to be invalid, leaving the valid applications in force, because it is the legislature's intent and priority that the valid applications be allowed to stand alone. Even if a reviewing court finds a provision of this Act invalid in a large or substantial fraction of relevant cases, the remaining valid applications shall be severed and allowed to remain in force.

16  SECTION 26. Except as otherwise provided by this Act, this Act takes effect January 1, 2012.