The resolution was read and was adopted.

### SENATE RESOLUTION 5

Senator Mauzy offered the following resolution:

BE IT RESOLVED by the Senate of the State of Texas, That the Rules of the Senate of the 67th Legislature are adopted as the Temporary Rules of the Senate of the 68th Legislature with the following modifications:

Subsections (a), (b), and (c) of Senate Rule 94 are revised to read as follows:

(a) At the beginning of each regular session, the President shall appoint the following standing committees and subcommittees with the number of Members indicated:

(1) Committee on Administration (7 members)
(2) Committee on Economic Development (9 members)
(3) Committee on Intergovernmental Relations (9 members)
(4) Committee on Education (11 members)
(5) Committee on Finance (13 members)
(6) Committee on Jurisprudence (11 members)
    Subcommittee on Civil Matters (5 members)
    Subcommittee on Criminal Matters (5 members)
(7) Committee on Human Resources (9 members)
    Subcommittee on Consumer Affairs (4 members)
    Subcommittee on Public Health (4 members)
(8) Committee on State Affairs (13 members)
    Subcommittee on Nominations (7 members)
(9) Committee on Natural Resources (11 members)
    Subcommittee on Agriculture (3 members)
    Subcommittee on Energy (3 members)
    Subcommittee on Water (3 members)


2:13-cv-193
09/02/2014
**DEF0964**


Δ π EXHIBIT
Deponent: Williams
Date: ...  Rptr.
WWW.DEPOBOOK.COM

(b)  The President shall designate the chair and vice-chair of each committee and subcommittee. For each committee with more than 10 members the President must appoint at least four Senators who served on the committee during the previous legislative session. A Senator may not serve on more than three standing committees and may chair only one committee. A Senator may serve on only one standing subcommittee within a standing committee.

(c)  The President may appoint special committees and subcommittees in addition to those listed in Subsection (a) of this section with the consent of two-thirds of the Members of the Senate.

The resolution was read and was adopted by the following vote: Yeas 31, Nays 0.