# RULES OF THE SENATE

## Table of Senate Rules

| Rule | | Page |
|---|---|---|
| 1. | Quorum | 1 |
| 2. | Absentees | 1 |
| 3. | Absences | 2 |
| 4. | Roll Call | 2 |
| | Call Of The Senate | 2 |
| | Senate's Right To Await Attendance Of All Absentees | 2 |
| 5. | Presiding Officer Of The Senate | 3 |
| 6. | Election Of President Pro Tempore | 4 |
| 7. | Election Of Officers | 4 |
| 8. | Open Doors | 5 |
| 9. | Order Of Business | 5 |
| 10. | Roll Call, Prayer By Chaplain, Reading Of Journal | 5 |
| 11. | Morning Call | 5 |
| 12. | Order Of Considering Bills And Resolutions | 6 |
| 13. | House Bill Days | 7 |
| 14. | Special Orders | 7 |
| 14.1. | Local And Uncontested Calendar | 8 |
| 14.2. | Intent Calendar | 9 |
| 15. | Rulings By President | 9 |
| 16. | Motions And Their Precedence | 10 |
| 17. | Limitation Of Debate | 13 |
| 18. | Written Motions | 14 |
| 19. | Withdrawal Of Motion | 14 |
| 20. | Motions To Fix Sum Or State Time | 14 |
| 21. | Division Of Question | 14 |
| 22. | Reason For Vote | 15 |
| 23. | Reconsideration | 15 |
| 24. | Spreading Motion To Reconsider On Journal | 17 |
| 25. | Reading Of Papers | 17 |
| 26. | Mode Of Stating And Voting Upon Questions | 18 |
| 27. | Lieutenant Governor To Give Casting Vote | 18 |
| 28. | Effect Of Tie Vote When Lieutenant Governor Absent | 18 |
| 29. | Calls For Yeas And Nays By Three Members | 18 |
| 30. | Members Refusing To Answer Recorded Present | 19 |
| 31. | Matters Requiring Vote Of Two-Thirds Of All Members | 19 |
| | Vetoed Bills | 19 |
| 32. | Matters Requiring Vote Of Two-Thirds Of Members Present | 20 |
| 32.1. | Adoption Of Rules | 21 |

2:13-cv-193
09/02/2014
**DEF0965**



| | | |
|---|---|---|
| 33. | Suspension Of Three-Day Rule | 21 |
| 34. | Elections | 21 |
| 35. | Elections | 21 |
| 36. | Nominations By The Governor | 22 |
| 37. | Nominations By The Governor | 22 |
| 38. | Nominations By The Governor | 22 |
| 39. | Nominations By The Governor | 22 |
| 40. | Secrecy Of Executive Session | 22 |
| 41. | Secrecy Of Executive Session | 22 |
| 42. | Secrecy Of Executive Session | 22 |
| 43. | Violation Of Secrecy | 23 |
| 44. | Messages To The House | 23 |
| 45. | Reception Of House Messages | 23 |
| 46. | Journal Of The Senate | 23 |
| 47. | Return Of Vetoed Senate Bills | 24 |
| 48. | Report To Governor Of Final Result Of Executive Session | 24 |
| 49. | Adjournment | 24 |
| | Adjournment Of Senate For More Than Three Days | 24 |
| 50. | When Senate Rules Are Silent | 25 |
| 51. | Previous Question | 25 |
| 52. | Demand For Immediate Ruling | 27 |
| 53. | Removal Of Senator From Chair | 27 |
| 54. | Decorum And Debate | 28 |
| 55. | Recognition Of Members In Debate | 28 |
| 56. | Speaking More Than Once In Single Debate | 29 |
| 57. | Member Called To Order | 29 |
| 58. | Refusal Of Member Called To Order To Be Seated | 29 |
| 59. | Interruption Of President | 30 |
| 60. | Interruption Of Member Speaking | 30 |
| 61. | Punishment For Misconduct | 32 |
| 62. | Obstructing Proceedings Of Senate—Punishment | 32 |
| 63. | Bribery | 33 |
| 64. | Admittance To Senate Chamber; Restrictions On Dress And Behavior | 33 |
| | Persons Lobbying Not Admitted | 33 |
| | Press Correspondents | 33 |
| | Forfeiture Of Admittance Privilege | 33 |
| | Suspension Of Admittance Rule | 34 |
| | Exceptions | 34 |
| 65. | No Eating Or Drinking In Senate Chamber | 35 |
| 66. | Persons Must Be Properly Attired In Senate Chamber | 35 |
| 67. | Consideration Of House Bill In Lieu Of Senate Bill On Same Subject | 35 |
| 68. | Procedure In Passage Of Bills | 36 |
| 69. | Announcement Of Stage Of Bill | 36 |

| | | |
|---|---|---|
| 70. | First Reading And Reference Of Bills | 36 |
| 71. | Motion To Pass Bill Is Not Necessary | 37 |
| 72. | Germaneness | 38 |
| 72.1. | Amendments To Tax Bills | 40 |
| 73. | Seventy-Two And Twenty-Four Hour Rules | 41 |
| 74. | Printing Of Bills | 41 |
| 74a. | Printing Of Bills (House Amendments) | 41 |
| 75. | Adoption Of Amendment On Final Passage Of Bill | 42 |
| 76. | Signing Of Bills And Resolutions By Presiding Officer | 42 |
| 77. | House Amendments To Senate Bills | 42 |
| 78. | Petitions And Resolutions | 42 |
| 79. | Congratulatory, Memorial, And Courtesy Resolutions | 44 |
| 80. | Amendments To The Constitution | 44 |
| 81. | Failure Of Joint Resolution To Be Adopted After Third Reading | 44 |
| 82. | Call For Yeas And Nays By Presiding Officer | 44 |
| 83. | Defeated Bill Or Resolution | 45 |
| 84. | Course Of Committee Substitute Bills | 45 |
| 85. | Custodian Of Bills And Resolutions | 45 |
| 86. | Periods For Introduction And Consideration Of Bills | 46 |
| 87. | Suspension Of Time Limit Rule | 46 |
| 88. | Introduction And Consideration Of Local Bills | 46 |
| | Meaning Of Term Local Bills As Used In Rules 86 And 88 | 46 |
| 89. | Suspension Of Rule Limiting Consideration Of Bills | 46 |
| 90. | Committee Reports | 47 |
| 91. | Recommendations Of Committees | 47 |
| 92. | Motions To Refer Or Commit | 48 |
| 93. | Committees | 48 |
| 94. | List Of Standing Committees | 48 |
| 94.1. | Limitation On Appropriations | 49 |
| 94.2. | Actuarial Analyses | 49 |
| 94.3. | Fiscal Notes | 51 |
| 94.4. | Format Of Bills And Resolutions Reported By Committees | 52 |
| 95. | Conference Committees | 52 |
| 96. | Instructions To Conference Committees | 53 |
| 97. | Committee Of The Whole | 56 |
| 98. | Chairman Of Committee Of The Whole | 56 |
| 99. | Right Of Lieutenant Governor To Speak And Vote In Committee Of The Whole | 56 |
| 100. | Procedure In Committee Of The Whole | 56 |
| 101. | Procedure In Committee Of The Whole | 56 |
| 101.1. | Rules Governing Committee Procedures | 57 |

| | | |
|---|---|---|
| 102. | Record Of Committee Attendance | 57 |
| 103. | Public Notice Of Committee Meetings | 57 |
| 104. | Minutes Of Committee Meetings | 57 |
| 105. | Public Hearings | 58 |
| 105.1. | Privileged Notice Of Hearing On Specific Bills (Tag Rule) | 59 |
| 106. | Quorum Of Committee | 60 |
| 107. | Committee Reports | 60 |
| 108. | Consideration Of Bills In Committees | 61 |
| 109. | Minority Reports | 61 |
| 110. | Referral Of Agency Rules | 62 |
| Appendix | | 63 |

RULE 1

# RULES OF THE SENATE OF THE 69TH TEXAS LEGISLATURE

### GENERAL PROCEDURE
### QUORUM

1. Two-thirds of all the Senators elected shall constitute a quorum, but a smaller number may adjourn (or recess) from day to day, and compel the attendance of absent members (Constitution, Article 3, Section 10).

*Editorial Note*

*The exact text of Section 10 of Article 3 of the State Constitution is as follows:*

*"Two-thirds of each House shall constitute a quorum to do business, but a smaller number may adjourn from day to day, and compel the attendance of absent members, in such manner and under such penalties as each House may provide."*

*Notes of Rulings*

*Twenty members of the Senate constitute a quorum when only 30 members have qualified (35 S.J. 2 C.S. 23, 32 (1917)).*

*A point of order that no quorum is present does not deter continued transaction of business by Senate if in fact a quorum is known by the presiding officer to be present and he so announces (50 S.J. Reg. 417 (1947)).*

*The raising of a point of order that no quorum is present justifies an order by the presiding officer that the roll be called to ascertain the presence or absence of a quorum (50 S.J. Reg. 417 (1947)).*

*Under Senate Rule No. 1 . . . a motion to recess (or adjourn) until a later time on the same day is a proper motion (61 S.J. Reg. 945 (1969)).*

*A quorum of the Senate is present when 21 members answer the roll call (61 S.J. Reg. 954 (1969)).*

*There is a quorum of the Senate present when the last roll call taken by the Secretary shows that a quorum was present (61 S.J. Reg. 1926 (1969)).*

### ABSENTEES

2. In case a less number shall convene, the members present may send the Sergeant-at-Arms, or any other person or persons, for any or all absent members.

*Notes of Rulings*

*The attendance of absentees may be enforced only on order of Senators present (48 S.J. Reg. 355 (1943)).*

- 1 -    1-28-85 SR 8

## HOUSE BILL DAYS

13. After the morning call has been concluded on calendar Wednesday and calendar Thursday of each week, House Joint Resolutions and House bills on special order and on third and second readings, respectively, and House Concurrent Resolutions, shall be taken up and considered until disposed of; provided in case one should be pending at adjournment on Thursday, it shall go over until the succeeding calendar Wednesday as unfinished business.

*Notes of Rulings*

*A House bill, by a two-thirds vote, may be taken up and considered by the Senate on any day of the week (46 S.J. Reg. 634-635 (1939)).*

*When the Senate adjourns on Thursday of any week with a House bill pending, the bill then pending, whether it is a special order or not, may not be further considered until Wednesday of the next succeeding week unless the Senate by a two-thirds vote agrees to consider it further prior to that day (46 S.J. Reg. 1704 (1939)).*

*House bills may be considered in Senate under a suspension of the regular order of business on days other than calendar Wednesday and calendar Thursday (48 S.J. Reg. 1051 (1943)).*

*When a member is discussing a Senate bill on calendar Monday or calendar Tuesday (which are considered Senate bill days in the Senate) and 12:01 o'clock a.m. Wednesday arrives (which is considered a House bill day in the Senate), no further discussion may be had on the Senate bill (61 S.J. Reg. 956 (1969)).*

## SPECIAL ORDERS

14. Any bill, resolution, or other measure may, on any day, be made a special order for a future time of the session by an affirmative vote of two-thirds of the members present.

A special order shall be considered at the time for which it is set and considered from day to day until disposed of, unless at the time so fixed there is pending business under a special order, but such pending business may be suspended by a two-thirds vote of all the members present. If a special order is not reached or considered at the time fixed, it shall not lose its place as a special order; provided further that all special orders shall be subject to the Joint Rules and Senate Rule 13.

*Editorial Notes*

*A bill once set as a special order does not lose its place on the calendar of special orders if not taken up at the hour for which it is set.*

*A special order, the hour for the consideration of which has arrived, takes precedence of the unfinished business unless the unfinished business is itself a special order.*

**RULE 14**

*Notes of Rulings*

*An affirmative vote of two-thirds of all Senators present including those who ask to be recorded as "present-not voting" is required to set a special order (49 S.J. Reg. 427 (1945)).*

*The motion to set a bill for a special order is not a proper substitute for a motion to suspend the regular order of business and take up a bill for immediate consideration (50 S.J. Reg. 1005 (1947)).*

*A bill being considered as a special order that is laid on the table subject to call is no longer a special order (43 S.J. Reg. 980 (1933)).*

*Refusal of Senate to set bill as special order for a certain hour does not prevent a motion's being made and adopted immediately thereafter to set the bill as a special order for a different specified hour (45 S.J. Reg. 860 (1937)).*

*The Senate, by a two-thirds vote, may take up a bill out of its regular order for immediate consideration although there is an unfinished special order on the President's table awaiting the Senate's consideration (49 S.J. Reg. 1053 (1945)).*

*When the business before the Senate is a special order, the order of business may be suspended in order to consider other business (61 S.J. Reg. 2034 (1969)).*

## LOCAL AND UNCONTESTED CALENDAR

14.1. (a) At times designated by the Senate, the Senate shall meet in session to consider local and uncontested bills and resolutions listed on a calendar certified by the Administration Committee.

(b) The committee may not consider a bill or resolution for placement on the calendar unless

(1) the sponsor of the legislation applies for the placement and submits 14 copies of the bill or resolution to the committee; and

(2) the chair of the standing committee from which the bill or resolution was reported submits a written request for the placement on the calendar.

The committee may set a time after which applications for a place on the calendar may not be accepted.

(c) The committee may not place a bill or resolution on the calendar if it

(1) creates a new department or subdivision of a department, unless the bill or resolution is purely local in nature and does not require the expenditure of state funds;

(2) contains an appropriation; or

## MEMBERS REFUSING TO ANSWER RECORDED PRESENT

30. Upon a roll call of the Senate, should any member who is in the Senate Chamber fail or refuse to answer when his name is called, the Secretary of the Senate shall, under the direction of the President of the Senate, record such member as present.

## MATTERS REQUIRING VOTE OF TWO-THIRDS OF ALL MEMBERS

31. (a) A vote of two-thirds of all members elected to the Senate shall be required:

(1) for the final passage of proposed amendments to the Constitution (Constitution, Article 17, Section 1);

(2) in cases of great public calamity to release the payment of taxes (Constitution, Article 8, Section 10);

(3) for the final passage of bills to reduce a county to a less area than nine hundred square miles (Constitution, Article 9, Section 1);

(4) for the passage of an address to the Governor for the removal of any civil officer (Constitution, Article 15, Section 8);

(5) to expel a member (Constitution, Article 3, Section 11).

*Note of Ruling*

*A vote of two-thirds of the members is not required for passage of bill to create flood control district and donate portion of taxes collected therein to the district (48 S.J. Reg. 1053 (1943)).*

## VETOED BILLS

(b) A vote of two-thirds of all members elected to the Senate shall be required for the passage of House bills that have been returned by the Governor with his objections, and a vote of two-thirds of the members of the Senate present shall be required for the passage of Senate bills that have been returned by the Governor with his objections (Constitution, Article 4, Section 14).

*Note of Ruling*

*A specific case in which the vote of yeas and nays did not pass the bill over the Governor's veto is found at 47 S.J. Reg. 2748 (1941).*

## MATTERS REQUIRING VOTE OF TWO-THIRDS OF MEMBERS PRESENT

32. (a) A vote of two-thirds of all members present shall be required:

(1) for the impeachment of any officer (Constitution, Article 15, Section 3);

(2) to excuse absentees;

(3) to adopt an amendment at third reading of a bill or a joint resolution;

**RULE 32**

(4)   to postpone or change the order of business;

(5)   to rescind or amend any rule of the Senate.

(b)   A Senate rule may be suspended by a vote of two-thirds of the members present unless the rule specifies a different majority.

(c)   A vote of two-thirds of the members present shall be required for the confirmation of any appointee of the Governor, unless otherwise directed by law (Constitution, Article 4, Section 12).

### Historical Notes

*The following rule was adopted by the Senate in 1911 (32 S.J. Reg. 790): "Rule 61a. It shall only require a majority vote of all Senators present to suspend pending business for the purpose of taking up and considering Senate Bill No. 1 and House Bill No. 226, any other rule or order to the contrary notwithstanding."*

*Rule 63 as adopted at the regular session in 1911 read as follows: "Any rule or order of the Senate may be rescinded by a majority vote of all members elected . . . ."*

*The following rule of the preceding legislature was eliminated from the 1911 Senate rules: "No standing rule or order of the Senate shall be rescinded or changed without one day's notice being given of the motion therefor."*

*The following is the text of the old rule on rescinding, which was adopted by the Senate of the 34th Legislature:*

*"(64) Any rule, order or act of the Senate may be rescinded or changed by a two-thirds vote of all Members present, except where otherwise provided by the Constitution or the laws" (34 S.J. Reg. 977 (1915)).*

*The rule was later amended to require two-thirds of all members to rescind or change a rule, and in 1939 the item (5) above was inserted in lieu of the old Rule 64.*

### Note of Ruling

*Pending consideration of a conference report, a motion to suspend its consideration and take up a Senate bill for immediate consideration is in order. The motion is divisible, since it involves the suspension of Rule 26 (now Rule 16) and also of Rule 13 (now Rule 12), 61st Leg. (51 S.J. Reg. 1555 (1949)).*

### Editorial Note

*This ruling and other late Senate precedents relative to suspending a pending question for the purpose of taking up another indicate that it has become the prevailing opinion of the Senate's presiding officers and its members that any pending debatable question, even a highly privileged one or one with high priority for consideration, may be suspended by a*