# RULES
## OF THE SENATE
### 71st Legislature
### Regular Session
### 1989

2:13-cv-193
09/02/2014

**DEF0967**

Δ π EXHIBIT 22
Deponent William
Date 7/29/14   Rptr. 73
WWW.DEPOBOOK.COM


## ARTICLE V
## SENATE PROCEDURAL RULES
### (Order of Business)

Rule 5.01 Presiding officer to assume chair .................................... 12
Rule 5.02 Quorum .............................................................. 12
Rule 5.03 Absences ............................................................ 13
Rule 5.04 Call of the Senate .................................................. 13
Rule 5.05 Roll call ........................................................... 15
Rule 5.06 Prayer by chaplain .................................................. 15
Rule 5.07 Reading of journal .................................................. 15
Rule 5.08 Morning call ........................................................ 15
Rule 5.09 Order of considering bills and resolutions .......................... 16
Rule 5.10 House bill days ..................................................... 17
Rule 5.11 Special orders ...................................................... 17
Rule 5.12 Regular order of business ........................................... 18
Rule 5.13 Suspension of the regular order of business ......................... 19
Rule 5.14 Intent calendar ..................................................... 19
Rule 5.15 Rulings by President ................................................ 19

## ARTICLE VI
## MOTIONS

Rule 6.01 Motions and their precedence ........................................ 20
Rule 6.02 Limitation of debate on motions ..................................... 23
Rule 6.03 Written motions ..................................................... 24
Rule 6.04 Withdrawal of motion ................................................ 24
Rule 6.05 Motions to fix sum or state time .................................... 25
Rule 6.06 Division of question ................................................ 25
Rule 6.07 Motion to table ..................................................... 25
Rule 6.08 Motions to refer or commit .......................................... 25
Rule 6.09 Previous question ................................................... 26
Rule 6.10 Reconsideration ..................................................... 27
Rule 6.11 Spreading motion to reconsider on journal ........................... 29
Rule 6.12 Demand for immediate ruling ......................................... 29
Rule 6.13 Suspense with reading of papers ..................................... 30
Rule 6.14 Mode of stating and voting upon questions ........................... 30
Rule 6.15 Calls for yeas and nays required .................................... 31
Rule 6.16 Members refusing to answer recorded present ......................... 31
Rule 6.17 Paired votes ........................................................ 31
Rule 6.18 Lieutenant Governor to give casting vote ............................ 32
Rule 6.19 Effect of tie vote when Lieutenant Governor absent .................. 32
Rule 6.20 Vetoed bills ........................................................ 32
Rule 6.21 Adjournment ......................................................... 32
Rule 6.22 Adjournment of Senate for more than three days ...................... 33

## ARTICLE VII
## INTRODUCTION AND PASSAGE OF BILLS

Rule 7.01 Custodian of bills and resolutions .................................. 34
Rule 7.02 Caption Rule ........................................................ 34
Rule 7.03 Announcement of stage of bill ....................................... 34

ii

Rule 10.02  Votes required to amend on third reading and to pass
constitutional amendments .............................................. 52
Rule 10.03  Failure of joint resolution to be adopted on third reading ............ 52

## ARTICLE XI
## COMMITTEES

Rule 11.01  Appointment of committees ............................................... 52
Rule 11.02  List of special and standing committees ........................... 52
Rule 11.03  Other special committees .................................................. 53
Rule 11.04  Chair and vice-chair of standing
committees and standing subcommittees ...................................... 53
Rule 11.05  Limitations on membership of standing
committees and standing subcommittees ...................................... 53
Rule 11.06  Appointment of subcommittees within a
standing committee ......................................................... 53
Rule 11.07  Recommendations of committees ................................... 54
Rule 11.08  Rules governing committee procedures ........................... 54
Rule 11.09  Record of committee attendance .................................... 54
Rule 11.10  Quorum of committee ..................................................... 54
Rule 11.11  Public notice of committee meetings ............................... 55
Rule 11.12  Minutes of committee meetings ..................................... 55
Rule 11.13  Committee reports .......................................................... 56
Rule 11.14  Consideration of bills in committees ............................... 56
Rule 11.15  Consideration of House bills ........................................... 56
Rule 11.16  Votes of committee required to report favorably ......................... 57
Rule 11.17  Unfavorable vote of committee ...................................... 57
Rule 11.18  Minority reports ............................................................ 57
Rule 11.19  Public hearings .............................................................. 58
Rule 11.20  Privileged notice of hearing on specific
bills (Tag Rule) ............................................................. 58
Rule 11.21  Subpoena and process ................................................... 60

## ARTICLE XII
## CONFERENCE COMMITTEES

Rule 12.01  Appointment of conference committees ........................... 60
Rule 12.02  Instructions to conference committees ........................... 61
Rule 12.03  Limitations on conference committee actions ............................... 61
Rule 12.04  Conference committees on appropriation bills ......................... 61
Rule 12.05  Conference committees on tax bills ............................... 62
Rule 12.06  Conference committees on reapportionment bills ..................... 63
Rule 12.07  Conference committees on recodification bills ......................... 63
Rule 12.08  Suspension of conference committee rules ......................... 64
Rule 12.09  Printing and notice of conference
committee reports .......................................................... 64
Rule 12.10  Section-by-section analysis ........................................... 64
Rule 12.11  Enforcement by President .............................................. 65

**RULE 5.10**

*A motion to suspend the regular order of business is not a debatable motion (61 S.J. Reg. 1101 (1969)).*

## HOUSE BILL DAYS

Rule 5.10. After the morning call has been concluded on calendar Wednesday and calendar Thursday of each week, House Joint Resolutions and House bills on special order and on third and second readings, respectively, and House Concurrent Resolutions shall be taken up and considered until disposed of; provided in case one should be pending at adjournment on Thursday, it shall go over until the succeeding calendar Wednesday as unfinished business. (Former Rule 13)

### Notes of Rulings

*A House bill, by a two-thirds vote, may be taken up and considered by the Senate on any day of the week (46 S.J. Reg. 634-635 (1939)).*

*When the Senate adjourns on Thursday of any week with a House bill pending, the bill then pending, whether it is a special order or not, may not be further considered until Wednesday of the next succeeding week unless the Senate by a two-thirds vote agrees to consider it further prior to that day (46 S.J. Reg. 1704 (1939)).*

*House bills may be considered in Senate under a suspension of the regular order of business on days other than calendar Wednesday and calendar Thursday (48 S.J. Reg. 1051 (1943)).*

*When a member is discussing a Senate bill on calendar Monday or calendar Tuesday (which are considered Senate bill days in the Senate) and 12:01 o'clock a.m. Wednesday arrives (which is considered a House bill day in the Senate), no further discussion may be had on the Senate bill (61 S.J. Reg. 956 (1969)).*

## SPECIAL ORDERS

Rule 5.11. Any bill, resolution, or other measure may on any day be made a special order for a future time of the session by an affirmative vote of two-thirds of the members present.

A special order shall be considered at the time for which it is set and considered from day to day until disposed of, unless at the time so fixed there is pending business under a special order, but such pending business may be suspended by a two-thirds vote of all the members present. If a special order is not reached or considered at the time fixed, it shall not lose its place as a special order. All special orders shall be subject to the Joint Rules and Senate Rule 5.10. (Former Rule 14)

1-30-89 SR 25

**RULE 5.12**

*Editorial Notes*

*A bill once set as a special order does not lose its place on the calendar of special orders if not taken up at the hour for which it is set.*

*A special order, the hour for the consideration of which has arrived, takes precedence of the unfinished business unless the unfinished business is itself a special order.*

*Notes of Rulings*

*An affirmative vote of two-thirds of all Senators present including those who ask to be recorded as "present-not voting" is required to set a special order (49 S.J. Reg. 427 (1945)).*

*The motion to set a bill for a special order is not a proper substitute for a motion to suspend the regular order of business and take up a bill for immediate consideration (50 S.J. Reg. 1005 (1947)).*

*A bill being considered as a special order that is laid on the table subject to call is no longer a special order (43 S.J. Reg. 980 (1933)).*

*Refusal of Senate to set bill as special order for a certain hour does not prevent a motion's being made and adopted immediately thereafter to set the bill as a special order for a different specified hour (45 S.J. Reg. 860 (1937)).*

*The Senate, by a two-thirds vote, may take up a bill out of its regular order for immediate consideration although there is an unfinished special order on the President's table awaiting the Senate's consideration (49 S.J. Reg. 1053 (1945)).*

*When the business before the Senate is a special order, the order of business may be suspended in order to consider other business (61 S.J. Reg. 2034 (1969)).*

## REGULAR ORDER OF BUSINESS

Rule 5.12. (a) Bills and resolutions shall be considered on second reading and shall be listed on the daily calendar of bills and resolutions on the President's table for second reading in the order in which the committee reports on them are submitted to the Senate. (Former Rule 91)

(b) Bills and resolutions shall be considered on third reading in the order in which they were passed on second reading.

*Editorial Notes*

*On the very important matter of the order of considering each of the several bills reported from committees, the rules of the Senate were silent until Senate Rule 5.12 was amended on June 6, 1947, to provide that bills be placed on the calendars of Senate and House bills on the President's table in the order in which the committee reports on the bills*

**RULE 16.06**

(5)   passage of an address to the Governor for the removal of any civil officer; (Constitution, Article XV, Section 8) (Former Rule 31)

(6)   expulsion of a member of the Senate; Rule 4.09 (Constitution, Article III, Section 11) (Former Rule 31)

(7)   passage of House bills that have been returned by the Governor with objections; Rule 6.20 (Constitution, Article IV, Section 14) (Former Rule 31(b))

(8)   authorization for the President to appoint special committees and subcommittees within committees. Rule 11.03 (Former Rule 94)

*Note of Ruling*

*A vote of two-thirds of the members is not required for passage of bill to create flood control district and donate portion of taxes collected therein to the district (48 S.J. Reg. 1053 (1943)).*

### MATTERS REQUIRING VOTE OF
### TWO-THIRDS OF MEMBERS PRESENT

Rule 16.06.   A vote of two-thirds of the members present shall be required to:

(1)   impeach any officer; (Constitution, Article XV, Section 3) (Former Rule 32)

(2)   pass a Senate bill that has been returned by the Governor with objections; Rule 6.20 (Constitution, Article IV, Section 14) (Former Rule 31) See note to Rule 6.20.

(3)   confirm an appointee of the Governor, unless otherwise directed by law; (Constitution, Article IV, Section 12) (Former Rule 32)

(4)   adopt an amendment at third reading of a bill or a joint resolution; Rules 7.20 and 10.02 (Former Rule 32)

(5)   suspend the floor privileges of a member of the Senate; Rule 4.07 (Former Rule 58)

(6)   suspend the regular order of business; Rule 5.13 (Former Rule 32)

(7)   excuse absentees; Rule 5.03 (Former Rule 32)

(8)   set a matter for special order; Rule 5.11 (Former Rule 14) See note to Rule 5.11.

(9)   place a minority report on the calendar; Rule 11.18 (Former Rule 109)

(10)   rerefer a bill to another committee; Rule 6.08 (Former Rule 92)