**From:** Libby Nezda_SC
**Sent:** Monday, January 24, 2011 6:27 PM
**To:** Amanda Montagne; Jason Baxter; Ryan LaRue_SC
**Subject:** Voter Registration Information

Here is a link for voter registration for each county from Nov. 2010. Might be useful to cross reference it with the counties that don't have driver's license offices, as far determining what areas are actually under served.

http://www.sos.state.tx.us/elections/historical/nov2010.shtml

Secretary of State's website has all kinds of useful voter registration information as well but I'm not quickly coming across information broken down by age groups. I'll keep looking.

Libby Nezda
Senate Committee on Transportation and Homeland Security
Tommy Williams, Chair
Telephone: (512) 463-0067
Fax: (512) 463-0097
libby.nezda_sc@senate.state.tx.us



2:13-cv-193
09/02/2014
**DEF0969**