## Talking Points Against Student ID Amendment

- There is no uniformity amongst Texas institutions of higher education for making student ID's.
    - Some do not have expiration dates.
    - Even after having SOS prescribe uniform requirements for student ID's, there is no guarantee that colleges and universities would comply.
    - This would make the student ineligible to vote even after relying on their institute of higher education.
- Students are still eligible to vote absentee in their home precinct.
- There is no assurance to the State that the persons who process student ID's are capable of providing the same type of security in issuing those ID's as the state or federal government would be in the types discussed in SB 14.
- Students should have the types of documents needed to procure a driver's license or ID card for attending their institution.
    - Birth certificate, DL, social security card, etc.
- Ease of forging student ID's.
- Allowing this type of identification would only cause confuse to poll workers because there are so many types.

***Flipside: out of state students would not be able to use their DLs.



2:13-cv-193
09/02/2014
**DEF0973**



CONFIDENTIAL

LEG00000795