

### Texas Politics
Support for Voter ID Requirement (July 2008)

Average Results     Breakdown by Race



Mouse-over for notes about the data



2:13-cv-193
09/02/2014

**DEF0974**



# Texas Politics

Support for Voter ID Requirement (July 2008)

*Average Results*    *Breakdown by Race*



Mouse-over for notes about the data

HIGHLY CONFIDENTIAL

TX_00009589

Long Description of The Feature

Broken down by race, support for legislation requiring a photo identification in order to vote remained strong across racial groups. Blacks/African Americans and Hispanic/Latinos supported such a measure somewhat less than Whites/Caucasians, but not by wide margins (73 percent for whites, 68 percent for blacks, 65 percent for Latinos).

Back

HIGHLY CONFIDENTIAL

TX_00009590

11% of respondents answered "don't know" to this question. Question asked in two parts. First, respondents were asked whether or not they support a law requiring individuals to present a government-issued photo id in order to be permitted to vote. Then, they were asked to gauge their strength of their support or opposition.

HIGHLY CONFIDENTIAL

TX_00009591