# Texas Politics

Views on Proposed Voter ID Requirement (June 2009)



http://www.laits.utexas.edu/txp_media/html/poll/features/200906_voter_id/slide1.html 1/1



# Texas Politics

Views on Proposed Voter ID Requirement (June 2009)





Table does not include the 14% of respondents who answered "don't know" to this question.

Respondents were asked: "Some people argue that requiring registered voters to present government-issued photo identification at the polls reduces voter fraud and does not place major obstacles on anyone who is legally entitled to vote. Other people argue that such a requirement has a negligible effect on voter fraud but places significant obstacles on elderly, low-income, disabled, and minority voters. Do you agree or disagree with the idea that registered voters should be required to present a government-issued photo id at the polls before they can be allowed to vote?"

They were given three choices:

1. Agree
2. Disagree
3. Don't Know