# Texas Politics
Voter ID Law Support (October 2012)





2:13-cv-193
09/02/2014
**DEF0977**

http://www.laits.utexas.edu/txp_media/html/poll/features/201210_voterid/slide1.html    7/25/2014

# Texas Politics

Voter ID Law Support (October 2012)





# Texas Politics
Voter ID Law Support (October 2012)



Do you agree or disagree with the idea that registered voters should be required to present a government issued photo ID at the polls before they can be allowed to vote? (October 2012)

| | White | African American | Hispanic |
|---|---|---|---|
| Agree | 71% | 33% | 75% |
| Disagree | 22% | 56% | 22% |
| Don't know | 7% | 11% | 2% |

Mouse-over for notes about the data