# TEXAS CONCEALED HANDGUN LICENSE (CHL) FEE TABLE

| Category | Description | Original | Renewal |
|---|---|---|---|
| **Standard** | Individuals who do not meet the requirements for any discount. | $140<br>GC §411.174 | $70<br>GC §411.185 |
| **Active Judicial Officer** | Individuals who are serving as judges or justices of the supreme court, the court of criminal appeals, a court of appeals, a district court, a criminal district court, a constitutional county court, a statutory county court, a justice court, or a municipal court; or a federal judge who is resident of Texas; or persons appointed and serving as associate judges. | $25<br>GC §411.201 | $25<br>GC §411.201<br>GC §411.185 |
| **Retired Judicial Officer** | Individuals who were serving as judges or justices of the supreme court, the court of criminal appeals, a court of appeals, a district court, a criminal district court, a constitutional county court, a statutory county court, a justice court, or a municipal court; or a federal judge who is resident of Texas; or persons appointed and serving as associate judges. | $25<br>GC §411.201 | $25<br>GC §411.201<br>GC §411.185 |
| **Active Military** | Individuals currently serving in the military OR who were **honorably** discharged within the last 365 days. | $0<br>GC §411.1951 | $0<br>GC §411.1951 |
| **Active Texas Peace Officer/Correctional Officer (Texas Department of Criminal Justice)** | Licensed peace officers under Chapter 1701, Occupations Code, and are employed as a peace officer by a Texas law enforcement agency; or TDCJ correctional officer. | $25<br>GC §411.1952<br>GC §411.1991 | $25<br>GC §411.1952<br>GC §411.1991 |
| **Honorably Retired Texas Peace Officer** | Individuals who were licensed as peace officers under Chapter 1701, Occupations Code and who had been employed full-time or a reserve peace officer by a Texas law enforcement agency. | $25<br>GC §411.199<br>GC §411.1992 | $25<br>GC §411.199<br>GC §411.1992 |
| **Retired Federal Officer** | Individuals who are retired Officers of the United States who were eligible to carry a firearm in the discharge of the officer's official duties. | $25<br>GC §411.199 | $25<br>GC §411.199 |
| **Senior Citizen** | Individuals who are at least 60 years of age at the time of application. | $70<br>GC §411.174<br>GC §411.195 | $35<br>GC §411.174<br>GC §411.185<br>GC §411.195 |
| **Indigent** | Individuals who fall below the poverty threshold as set forth by the Federal Poverty Guidelines. | $70<br>GC §411.174<br>GC §411.194 | $35<br>GC §411.174<br>GC §411.194<br>GC §411.185 |
| **Felony Prosecuting Attorney** | Individuals who are elected attorneys representing the state in the prosecution of felony cases who meet the requirements. | $0<br>GC §411.201(h) | $0<br>GC §411.201(h) |
| **Veteran (Honorably Discharged)** | Individuals **honorably** discharged from military service. | $25<br>GC §411.174<br>GC §411.1951 | $25<br>GC §411.174<br>GC §411.1951<br>GC §411.185 |
| **Other / Assistant Prosecutor** | Individuals who are prosecuting attorneys or assistant prosecuting attorneys. | $140<br>GC §411.174 | $70<br>GC §411.185 |
| **Instructor Certification** | Certified Instructors are individuals trained and certified by Texas Department of Public Safety to instruct Concealed Handgun Licensing training courses to the public. | $100<br>GC §411.190 | $100<br>GC §411.190 |

Revised 09/2013                                                                                      GC = Government

2:13-cv-193
09/02/2014
DEF0981



Z gabay
EXHIBIT NO. 42