THE OFFICIAL WEBSITE OF THE STATE OF TEXAS

# Texas Department of Public Safety – Regulatory Services DivisionConcealed Handgun Licensing

# Welcome to Concealed Handgun Licensing

Before you begin, please read the Texas Concealed Handgun Laws and Selected Statutes (download Adobe Reader). For detailed eligibility requirements, please refer to Texas GC §411.172. Please provide the following:

- Valid driver license or identification card,
- Current demographic, address, contact, and employment information,
- Residential and employment information for the last five years (new users only),
- Information regarding any psychiatric, drug, alcohol, or criminal history (new users only),
- Valid email address, and
- Valid credit card (Visa, Mastercard, Discover, or American Express) ALL FEES ARE NON-REFUNDABLE
- For detailed eligibility requirements, please refer to Texas GC §411.172

This online service is provided by Texas.gov, the official website of Texas. The price of this service includes funds that support the ongoing operations and enhancements of Texas.gov, which is provided by a third party in partnership with the State.

## New Users

Apply for:

- A new Concealed Handgun License
- A new Instructor Certification (for those who want to teach CHL training courses)

Apply

## Returning Users

Need to:

- Retrieve a saved application
- Renew your License or Instructor Certification
- Change your address
- Report a lost or stolen license
- Check the status of a current application
- Reprint a receipt

Login



For technical assistance regarding the website, please call 1-877-452-9060 or send an email to Texas.gov Help. For questions about your Concealed Handgun License Application, please contact the CHL Customer Relations Center.
Texas.gov Privacy Policy | © 2002 – 2011 Texas.gov; ALL RIGHTS RESERVED

https://txapps.texas.gov/txapp/txdps/chl/

2:13-cv-193
09/02/2014
**DEF0982**

EXHIBIT NO. 143
Kim Seibert

1/1