THE OFFICIAL WEBSITE OF THE STATE OF TEXAS

# Texas Department of Public Safety – Regulatory Services Division Concealed Handgun Licensing

## Information

Please have the following information on hand:

- Valid driver license or identification card,
- Current demographic, address, contact, and employment information,
- Residential and employment information for the last five years (new users only),
- Information regarding any psychiatric, drug, alcohol, or criminal history (new users only),
- Valid email address, and
- Valid credit card (Visa, Mastercard, Discover, or American Express) ALL FEES ARE NON-REFUNDABLE
- For detailed eligibility requirements, please refer to Texas GC §411.172

## Customer Authentication

You are required to provide information about yourself that will be verified before you will be allowed to continue.

If you hold a driver license from another state click here

- Identification Type*
  - ◉ Texas Driver License
  - ○ Texas ID Card

- Texas DL Number*



Driver License Number / Audit Number



Driver License Number / Audit Number

- Date of Birth*    mm/dd/yyyy (Include slashes)
- Texas DL/ID Audit Number*





- Continue
- Back



For technical assistance regarding the website, please call 1-877-452-9060 or send an email to Texas.gov Help. For questions about your Concealed Handgun License Application, please contact the CHL Customer Relations Center.

Texas.gov Privacy Policy | © 2002 - 2011 Texas.gov; ALL RIGHTS RESERVED