**Texas Department of Public Safety**
**Regulatory Services Division**
www.txdps.state.tx.us

- MUST USE MOST **CURRENT** FORM
- **PRINT** CLEARLY IN BLACK INK
- MAKE SURE ENTIRE CIRCLE IS **FILLED**

**CONCEALED HANDGUN LICENSING**

EXAMPLE:
Yes ● No ○

2:13-cv-193
09/02/2014
**DEF0984**
exhibitsticker.com

# ORIGINAL APPLICATION

## APPLICANT INFORMATION

Have you previously applied for a Texas Concealed Handgun License and/or Qualified Instructor Certification? (REGARDLESS IF ISSUED, TERMINATED, DENIED OR STILL VALID)     Yes ○   No ○

**I am applying for:** (*APPLICANTS FOR QUALIFIED INSTRUCTORS CERTIFICATION MUST ATTACH CHL-90 FORM)

○ Concealed Handgun License Only     ○ Qualified Instructor Certification Only (*SKIP *APPLICATION CONDITION* BELOW)     ○ Both

⌐ THE ABOVE SPACE IS RESERVED FOR OFFICE USE ONLY ⌐

**Application Condition**
(SEE INSTRUCTIONS FOR DETAILS)
○ Standard

○ Active Peace Officer
○ Retired Peace Officer
○ Retired Federal Officer

○ Active Military
○ Veteran/Retired Military
○ Active Judicial Officer

○ Retired Judicial Officer
○ Felony Prosecutor
○ Other Prosecutor

○ Indigent
○ Senior Citizen (60+ YEARS OLD AT TIME OF APPLICATION)

| Applicant Last Name (*AS APPEARS ON DL/ID) | First Name | M.I. | Suffix (IF ANY) |
|---|---|---|---|
| | | | |

| ○ Driver License  ○ ID Card | Issuing State? (2-LETTER CODE) | DL/ID Number (*PROVIDE COLOR COPY OF DL/ID) | Date of Birth (MM/DD/YYYY)   /  / | SSN   -  - |
|---|---|---|---|---|

| Place of Birth   (CITY) | (STATE) | (COUNTRY) | Born outside U.S. or U.S. Territory?   Yes ○  No ○ | *If YES, attach legal status documentation. |
|---|---|---|---|---|

## PERSONAL IDENTIFIERS

**Gender**   Male ○   Female ○

**Height**   Ft.   In.

**Weight**   Lbs.

**Race**
○ Asian/Pacific Islander
○ American Indian/Alaskan Native
○ Black
○ Other/Unknown
○ White/Hispanic

**Eyes** (*MATCH DL/ID)
○ Black        ○ Hazel
○ Blue         ○ Maroon
○ Brown        ○ Multicolor
○ Green        ○ Pink
○ Gray         ○ Unknown

**Hair** (*MATCH DL/ID)
○ Bald/Unknown        ○ Gray/Partially
○ Black               ○ Red/Auburn
○ Blonde/Strawberry   ○ Sandy
○ Brown               ○ White

## CONTACT INFORMATION

Residence Address (NO PO BOXES. MUST BE A PHYSICAL ADDRESS)

| City | State (2-LETTER CODE) | ZIP |
|---|---|---|
| | | |

Have you lived at this residence address for the previous 5 years and is this the only residence information for the previous 5 years (60 months)?     Yes ○   No ○   *If NO, please fill out and attach Supplement CHL-78B

Is your mailing address different from the Residence Address listed above?     Yes ○   No ○   *If YES, provide mailing address in space below

Mailing Address (IF APPLICABLE)

| City | State (2-LETTER CODE) | ZIP |
|---|---|---|
| | | |

Are you currently employed and do you have an employment address different from the address listed above?     Yes ○   No ○   *If YES, provide employment address in space below

Employer Name/Address

| City | State (2-LETTER CODE) | ZIP |
|---|---|---|
| | | |

Is this the only employment information for the previous 5 years (60 months)?     Yes ○   No ○   *If NO, please fill out and attach Supplement CHL-78B

| Applicant Contact Phone Number (   ) | Applicant Alternate Number (OPTIONAL) (   ) |
|---|---|

Applicant Email (ONLY FOR CONTACT PURPOSES REGARDING THIS APPLICATION)

THIS SIDE SPACE IS RESERVED FOR OFFICE USE ONLY

## REPORTED HISTORY

Have you ever been **arrested or charged** with a crime? (Regardless if pending, dismissed, committed as a juvenile, was long ago OR was in another state.)     Yes ○   No ○   *If YES, please fill out and attach Supplement CHL-78C

Have you ever been **treated and/or admitted** to a facility for drug, alcohol and/or psychiatric care; OR been **diagnosed** as suffering from a psychiatric disorder or condition that causes or is likely to cause substantial impairment in judgment, mood, perception, impulse control, or intellectual ability; OR **pled** innocent by reason of insanity; OR **been found** mentally incompetent; OR had court ordered outpatient treatment?     Yes ○   No ○   *If YES, please fill out and attach Supplement CHL-78C

I verify that the information provided is true and correct, and I understand that any required fee is **non-refundable.** I also understand that this is an **official Government record** and that any missing information and/or false statement made on this document or any other supplement provided to the Department will cause a **delay** in the processing of my application and may result in **criminal prosecution.**

Applicant Signature _____     Date ___/___/_____

CHL-78A (Rev. 08/2010)

FORM

Zgabay
EXHIBIT NO. 145
Kim Seibert