# INSTRUCTIONS FOR CHL-88
# REVOCATION AFFIDAVIT

## PURPOSE

The purpose for the Revocation Affidavit is to provide information to identify the grounds upon which a license may be revoked as set forth in Government Code Section 411.186.

1. The notarized affidavit, along with all attachments, must be sent within five (5) days after the affidavit is prepared to:  REGULATORY SERVICES DIVISION MSC 0245, TEXAS DEPARTMENT OF PUBLIC SAFETY, PO BOX 4087, AUSTIN TX 78773-0245.

2. A copy of the affidavit, along with attachments, must be sent to the license holder.

## FILLING OUT THE AFFIDAVIT PARAGRAPHS:

First blank:     Print or type the county where you filled out the affidavit.

Second blank:    Print or type your name.

Third blank:     Print or type your name.

Fourth blank:    Print or type the name of the agency that you work for.

Fifth blank:     Print or type either your badge number or employee number (use the number that is best to contact you) and specify whether it is a badge number or employee number.

Sixth blank:     Print or type the license holder's name.

Seventh blank:   Print or type Concealed Handgun License number, if the license holder is a Concealed Handgun Licensee.

Eighth blank:    Print or type the Instructor Certificate Number, if the license holder is a Certified Handgun Instructor.

Next:            Circle either TDL No. or Texas Identification No. to designate which number is provided in the Ninth Blank.

Ninth blank:     Print or type the Texas Driver's License Number or Texas Identification Number.

Tenth blank:     Print or type the license holder's date of birth, month, date and year. (Example:  November 1, 1910 would be written as 11-01-10.)

Eleventh blank:  Print or type the license holder's number, street, apartment number (if applicable), city, state and zip code.  (Example:  111 Robin Street, Apt. #3, San Antonio, Texas  70001-1110.)

Twelfth blank:   Print or type the license holder's telephone number, including area code. (Example:  (555) 111-2222)

2:13-cv-193
09/02/2014

DEF0985

exhibitsticker.com



EXHIBIT NO. 146

Kim Seibert

## FILLING OUT THE NUMBERED BLANKS:

Please put a check mark in the box(es) that apply and fill in the blanks for those items that have check marks beside them.

1.  Print or type an explanation of the reasons that the license holder was not entitled to the license at the time that it was issued. These reasons are contained in Government Code Section 411.172, ELIGIBILITY.

    FOR EXAMPLE: John Smith was indicted for a felony (murder) at the time that the license was issued on 09-01-95, in Cause #11111, in the 999th District Court of Travis County, Texas

2.  Print or type the false information that the license holder wrote on the license holder's application for a Concealed Handgun License and/or Instructor's Certificate.

3.  Print or type the reason that the license holder became ineligible for a license. These reasons are contained in Government Code Section 411.172, ELIGIBILITY.

    (See #1 above for an example.)

4.  First blank:          Print or type the cause number.

    Second blank:      Print or type the court number.

    Third blank:         Print or type the county and state where the court is located.

    Fourth blank:       Print or type the date that the license holder was convicted.

5.  Print or type the reason that the license holder was previously suspended twice.

A.  Check either the **Yes** or **No** box.

    If the license was surrendered, send the license, along with the affidavit and attachments to: REGULATORY SERVICES DIVISION MSC 0245, TEXAS DEPARTMENT OF PUBLIC SAFETY, PO BOX 4087, AUSTIN TX 78773-0245.

B.  Please list the exhibits that are attached. For example:

    Exhibit #1: Certified copy of indictment of John Smith for the offense of burglary of a habitation - 09-01-95; 1 page.

Sign (do **not** print) your name on the signature line for peace officer/affiant before a notary public.

Print or type your agency address and phone number in the spaces provided.

Have the notary date, sign, and place the seal in the spaces provided. Since the affidavit may need to be copied, please have the notary stamp the seal with a stamp that provides an inked (not pressed) seal.

CHl-89(rev.5/10)