H.B. No. 698

AN ACT

relating to certain procedures for submitting legible and classifiable fingerprints with an application for a license to carry a concealed handgun.

BE IT ENACTED BY THE LEGISLATURE OF THE STATE OF TEXAS:

SECTION 1. Subchapter H, Chapter 411, Government Code, is amended by adding Section 411.175 to read as follows:

Sec. 411.175. PROCEDURES FOR SUBMITTING FINGERPRINTS. The department shall establish procedures for the submission of legible and classifiable fingerprints by an applicant for a license under this subchapter who:

(1) is required to submit those fingerprints to the department, including an applicant under Section 411.199, 411.1991, or 411.201; and

(2) resides in a county having a population of 46,000 or less and does not reside within a 25-mile radius of a facility with the capability to process digital or electronic fingerprints.

SECTION 2. The change in law made by this Act applies only to an application for a license to carry a concealed handgun that is submitted to the Department of Public Safety on or after the effective date of this Act.

Page - 1 -




H.B. No. 698
SECTION 3.  This Act takes effect September 1, 2013.

H.B. No. 698

_____  _____
   President of the Senate        Speaker of the House

I certify that H.B. No. 698 was passed by the House on May 6, 2013, by the following vote: Yeas 139, Nays 5, 1 present, not voting.

_____
Chief Clerk of the House

I certify that H.B. No. 698 was passed by the Senate on May 20, 2013, by the following vote: Yeas 31, Nays 0.

_____
Secretary of the Senate

APPROVED: _____
          Date

_____
    Governor