Wednesday, July 11, 2012                                      For Additional Information:
FOR IMMEDIATE PRESS RELEASE                                   Clayton Stewart 512-217-0744

## General Election Poll Proves
## Democrat Wendy Davis Not Representing Senate District 10 Voters
## By Fighting the Voter ID Law in Federal Court

*Polling data shows strong support for Photo Voter ID requirement across partisan and ethnic groups in State Senate District 10*

Fort Worth, Texas--- Tomorrow Democrat State Senator Wendy Davis will testify in a Washington DC federal court against the new Texas Voter ID law, but a recent poll of voter viewpoints in her own district shows Davis will be contradicting her own constituents who strongly support the new state law.

According to a recent public opinion survey of 400 general election voters, the new voter law is strongly favored by all partisan and ethnic voter groups in Davis' own district. The survey found Republican primary voters, Democratic primary voters and Non-primary voting general election voters ALL strongly supporting the new photo voter identification requirement. Additionally, the survey found the new law strongly supported by White, Black and Hispanic voters. The survey was conducted in April with a +5% margin of error at a 95% level of confidence.

Davis' Republican opponent, Republican State Representative and physician Mark Shelton says "Davis will make a false statement in the federal court case if she claims her district does not support the new state photo voter ID bill. There is strong support for the new photo voter ID law among all partisan and ethnic voter groups in State Senate District 10."

Shelton also referenced a February 2012 Rice University Study (conducted by Mark Jones, Chairman of Rice's Political Science Department) of 684 nonpartisan State Senate roll call votes in the last legislative session. The study noted that Davis was one of the top two most "liberal" members of the Texas Senate and was "at the liberal edge of the Senate ideological spectrum" and was **out-of-step with the viewpoints of her own constituents** making her "an unabashed Texas liberal."   Source: http://www.texastribune.org/texas-legislature/texas-legislature/guest-columnist-how-partisan-are-texas-state-senat/

# # #

State Senate District 10 General Election Voter Survey
Question:   *"Do you favor or oppose requiring voters to provide a valid photo ID to vote?"*

<u>Republican Primary Voters</u>
Favor: 89%
Oppose: 9%
Undecided: 2%

<u>Democratic Primary Voters</u>
Favor: 57%
Oppose: 39%
Undecided: 4%

<u>Independent Voters</u>
Favor: 77%
Oppose: 21%
Undecided: 2%

<u>Black Voters</u>
Favor: 62%
Oppose: 38%

<u>Hispanic Voters</u>
Favor: 69%
Oppose: 31%

<u>White Voters</u>
Favor: 79%
Oppose: 19%
Undecided: 2%



Highly Confidential                                                                 LEG00004660



Highly Confidential

LEG00004661