

# Dan Patrick
### Senator ★ District 7

FOR IMMEDIATE RELEASE  Contact: Court Koenning
May 26, 2007  Phone: (512) 463-0107 or (713) 876-4444

## SENATE BILLS KILLED BY HOUSE ANTICS

- SB 1098- Adoption Incentive Program

- SB 1200- Improves integrity of lottery scratch off tickets.

- SB 1943- Allows private schools to enter into the UIL system as long as they comply with UIL rules and regulations.

- SB 666- Allows for an exemption to property taxes to 100 percent disabled soldiers on their homesteads.

- SB 407- Allows for sales taxes to pay down property taxes.

- SB 439- Extends the time for patients to be transferred to another hospital before being taken off of life support.

- SB 1604- Improves the regulation of radioactive waste.

- SB 1347- Allows law enforcement officers to gather DNA information on all felons.

- SB 1348- Liability immunity for police officers performing within the law in apprehending fleeing criminals.

- SB 999- Allows a military parent to designate an individual to exercise limited possession of a child during military deployment or mobilization.

- SB 920- Ultrasound for all women seeking abortion.

- SB 785- Abortion reporting to the state.

- SB 47- Establishing a marriage database in order to prevent fraudulent marriages.

2:13-cv-193
09/02/2014
**DEF0989**

State Capitol ★ Room 3S.3 ★ Austin, Texas 78711 ★ (512) 463-0107 ★ (512) 463-8810 (fax)
District Office ★ 11451 Katy Freeway, Suite 209 ★ Houston, Texas 77079 ★ (713) 464-0282 ★ (713) 461-0108 (fax)

Highly Confidential                                                                                              LEG00045687

- HB 3678- Relating to voluntary student expression of religious viewpoints in public schools.

- HB 13-- Relating to homeland security issues, including border security issues and law enforcement.

- SB 534- Prohibit an employer from penalizing or discriminating against an employee who has a concealed carry license.

- SB 1597- Improves the state's organ donation system.

- SB 1794- Prohibits DWI offenders from seeking occupational drivers licenses.

- SB 1901- Prevents Retail Theft.

- SB 537- Recognition of African American Legislators in Texas Cemetery.

- SB 826- Improved Appraisal Notices.

- SB 956- Prevention of Family Violence.

- SB 1361- Improved Wiretapping.

State Capitol ★ Room 3S.3 ★ Austin, Texas 78711 ★ (512) 463-0107 ★ (512) 463-8810 (fax)
District Office ★ 11451 Katy Freeway, Suite 209 ★ Houston, Texas 77079 ★ (713) 464-0282 ★ (713) 461-0108 (fax)

Highly Confidential                                                                                   LEG00045688