For Immediate Release                                                                      Contact:
March 15, 2011                                                                                   (512)


# Hispanic Republican Conference Unanimously Supports Voter ID Bill, Texas Must Assure Integrity of Elections

**AUSTIN** - The Hispanic Republican Conference of Texas (HRC) announced today its unanimous support of SB 14, the Voter ID bill. SB 14 was voted out of committee last week and is expected to be considered by the full House soon. The legislation is co-sponsored by the majority of the House, reflecting the overwhelming support of the public and the consensus on the importance of a fair and accurate election system.

The following quotes can be attributed to the stated member of the HRC:

*"The heart and soul of our Republic is the elections process. These results determine our policy makers and decisions which affect our everyday lives. It is imperative the voters of Texas have confidence in the integrity of our elections process. SB14 goes a very long way to accomplish and secure this confidence." – State Rep. Larry Gonzales*

"The founding fathers of the U.S. and Texas would be appalled by our current election systems and its shortfalls. As government officials, we owe it to the people of Texas to make sure their votes count." – State Rep. Jim Landtroop

*"As a former prosecutor who has actually prosecuted cases of voter fraud, I believe our citizens need measures like this to inspire confidence in the election system. Some people complain about the disenfranchisement of marginal voters… what about the disenfranchisement of voters who do not vote because they believe their vote will be watered-down by vote fraud?*

*We have counties in this state that have more registered voters than persons eligible to vote. We have groups like ACORN coming into our state to "register" voters. We have heard what they have been up to in other states. The opportunity for vote fraud is here. This measure will do much to close the door on that opportunity. You need an I.D. for everything you do in today's society… why not to vote?" – State Rep. Jose Aliseda*

"Voting is a sacred right provided by the constitution, and it should be protected by all available means." – State Rep. Dee Margo

*"Our political culture was formed around the one-person, one-vote philosophy. As government officials, we owe it to the people to make sure their vote counts, and that all voters are counted equally in the eyes of the government." – State Rep. Ken Legler*

"Republicans and Democrats both have agreed that election reform is a must in Texas, and asking voters to prove that they are who they say they are is the best way to start the conversation." – State Rep. Rodney Anderson



*"After hearing repeated complaints from election officials and more recently from poll watchers during the November election, it was clear that I needed to help pass Voter ID to make elections fair and transparent. We have to present ID for the most mundane things such as cashing a check or using a credit card. Showing an ID for something as critical as voting is only right and logical."*- State Rep. Connie Scott

"I fully support the wishes of my constituents who overwhelming approve of Voter ID." – State Rep. Raul Torres

*"To ensure the integrity of our election process, I am supporting the Voter ID bill along with other bills to ensure that candidates reside in their districts, to strengthen our voter registration system,  to protect military voter access to Texas elections and strengthening poll site regulations.  Voter ID is an important part of a much larger effort to strengthen all aspects of our election process."* - State Rep. John V. Garza

"The boss system is dead.  Texans are demanding fair elections, and as representatives of the people, we will deliver." – State Rep. Aaron Peña

The Hispanic Republican Conference was formed to provide a conservative viewpoint on issues concerning Hispanic communities in Texas, a growing segment of the Republican Party. Hispanic members and those representing districts with Hispanic populations above 40% are eligible to join the conference as voting members. Representatives of districts with over 30% Hispanic population qualify as associate members. Follow the Conference on Twitter @HRCofTexas and on Facebook.

###