Voter ID 81st Session

A measure requiring Texas voters to offer valid photographic or other evidence of their identity at election polls narrowly failed passage this session. The bill originated in the Senate where, after a 23 hour hearing, 19 Senators and the Lt. Governor supported the measure and sent the bill to the House.

Members of the House staged a five day filibuster to block the bill's passage. In the process, hundreds of important bills died, including voter id and my ultrasound bill. Ultimately, these actions disrupted the business of Texas and required a special legislative session to be called.

2:13-cv-193
09/02/2014
DEF0994
exhibitsticker.com

CONFIDENTIAL

LEG00000043