Democrats Intentionally Thwart the Legislative Process
"Anything but Voter ID"

Democrats are maneuvering once again. Rather than taking up the people's business in the order put forth by a bi-partisan committee and continue to proceed as the Legislature has historically done, democrats would like to make you believe they know what is most important to Texans.

Democrats idea of major state legislation includes anything BUT Voter ID. They have turned the House floor upside down in order to prevent legitimate debate on practical reform to our state's election process.

The Texas House has spent two days on a Local & Consent calendar that should have taken no longer than a half day to consider and pass. Instead, the democrats have chosen to debate *anything but Voter ID*.

Media outlets across the state have recognized and reported the democrats tactics to thwart the legislative process and bypass the elephant in the room- Voter ID.

One democrat member in particular is recorded from the back microphone to seek medical advice from Rep. Zerwas (R-), a physician, "I'm taking a Z-Pac for sinus congestion," the Democrat announced, seeking Zerwas' professional opinion.
The Democrat also said "My doctor says I have a large uvula."

These type of questions continue for a second day

2:13-cv-193
09/02/2014
DEF0995

CONFIDENTIAL                                           LEG00000609