# REPUBLICAN CAUCUS POLICY
# COMMITTEE POSITION ON VOTER ID

I am/we are closely monitoring the Voter ID bill. I/we are strongly committed to advancing a sound Voter ID bill.

Our/my principles concerning what the bill must contain include an open and accessible process for everyone to vote while protecting the integrity of the election.

I/We are all strongly encouraging Chairman Todd Smith and the other Representatives on the Elections Committee to present a bill which protects the integrity of the electoral process, is fully implemented at the next uniform election date and ensures a reasonable period of advanced registration to allow voter registrars the time to protect the integrity of the registration process as well.

2:13-cv-193
09/02/2014
DEF0998

CONFIDENTIAL                                           LEG00000688