## Patricia Harless

**From:** Patricia Harless
**Sent:** Wednesday, June 03, 2009 9:42 AM
**To:** 'Wilton Chalker'
**Subject:** RE: Legislative update

Dear Mr. Chalker:

Thank you for taking the time to email me regarding your perspective on the Voter ID issue. This legislation was of great concern to many constituents in District 126, and I appreciate hearing your opinion on this bill.

The University of Texas polled Texans from across the state on the issue of voter identification prior to this legislative session. In response, 70% of Texans believed that there should be some form of identification for voting, so I have not viewed voter id as a strictly partisan issue. You may review this University of Texas poll by logging on to http://texaspolitics.laits.utexas.edu/11_1_1.html . The voter id legislation filed this Session took lead from policies enacted by the State of Indiana. The Supreme Court has ruled that the photo identification policy of Indiana was reasonable and neutral with the intent to stop voter fraud and voter impersonation. Additionally, several other nations, such as Canada, Mexico, Germany, France, and Greece to name a few, require photo identification for voting to ensure that there is not repetitive or deceptive voting.

Another good source of information on the voter id issue is a recent article from the Austin American Statesman that may be accessed at http://www.statesman.com/news/content/region/legislature/stories/05/31/0531voterid.html . Throughout the session, my office received numerous emails and phone calls from constituents requesting support of a voter ID measure and a few constituents contacted me in opposition to this legislation. As bills are filed and debated on the House floor, I pay close attention to all correspondence from my constituents and weigh all the information both for and against the legislation.

The issue of guns on campus' has been an intense debate among Texans and legislators alike. As an advocate of gun rights myself, I support a citizen's right to bear arms. House Bill 1893 had both good points and bad points, but this bill did not make it to the House floor so I never saw the final version.

Again, thank you for contacting me regarding these issues. I hope that this information is helpful. It is an honor to represent you at the State Capitol, and I welcome your opinion on issues that are important to you. If you are interested in more information on the legislative process, please logon to www.capitol.state.tx.us . Please feel free to contact me if you have any additional questions or concerns.

Sincerely,

Patricia

*Patricia Harless*
*State Representative*
*District 126*
*512.463.0496 (Capitol office)*



CONFIDENTIAL

LEG00000703