## Patricia Harless

**From:** Patricia Harless
**Sent:** Monday, June 08, 2009 11:23 AM
**To:** JPr3982042@aol.com
**Subject:** RE: Legislative Update From Patricia Harless

Mr. Probst,

I received your email below. In response to your comment that Voter ID is a Republican Issue, I wanted to provide you with the following study; http://texaspolitics.laits.utexas.edu/11_1_1.html . The study, conducted by the University of Texas shows that 69% of Texans believe that identification should be shown when a person is voting. That percentage was also reflected in the number of calls, letters and emails my office received on this issue. The Voter ID bill that was to be taken up by the legislature was patterned after Indiana's law which the Supreme Court found to be reasonable and neutral with the intent to stop voter fraud and voter impersonation. The United States is one of the few countries that does not have a nation-wide policy requiring identification in order to vote. Canada, Mexico, Germany, France, Greece, and even Iraq require photo identification to ensure that there is not repetitive or deceptive voting.

Taking 5 days to complete the Local Calendar, not only killed Voter ID, but ultimately killed other bills of significant importance supported by both Democrats and Republicans. This article, http://www.statesman.com/news/content/region/legislature/stories/05/31/0531voterid.html which ran in the Austin American Statesman this past weekend, provides a good analysis of the situation.

When I sent my Legislative Update it was not my intention to make the Democrats the "scapegoat", but to explain what was happening in the House at the time, and the tactics that were being used. I believe it was an accurate representation, and have provided links to several articles from around the state which categorized the situation the same way.

It is my job as the State Representative of District 126 to represent my constituents in a manner that reflects their point of view. This is a responsibility that I take very seriously and work hard to make sure that I am informed on issues when I vote. I prefer to base my decisions on facts, and input from my constituents, not partisan politics or media spin. If you don't vote for me I hope that you make that decision based on having met me or informing yourself on my complete voting record, rather than my stance on one issue or the fact that I'm Republican.

*Corpus Christi Caller-Times/Associated Press*
Legislation big and small in peril
By Kelly Shannon
http://hosted.ap.org/dynamic/stories/T/TX_XGR_ARE_THEY_DEAD_YET_TXOL-?SITE=TXCOR&SECTION=HOME&TEMPLATE=DEFAULT&CTIME=2009-05-25-16-50-42
*Austin American Statesman Virtual Capitol*
Straus criticizes Dems tactics
By Corrie MacLaggan
http://www.statesman.com/blogs/content/shared-gen/blogs/austin/politics/entries/2009/05/25/straus_criticizes_dems_tactics.html
*San Antonio Express-News*
Democrats spend third straight day stalling the House
By Gary Scharrer
http://www.mysanantonio.com/news/politics/texas_legislature/Democrats_spend_third_straight_day_stalling
*Dallas Morning News*
Democrats' tactics take down voter ID bill in Texas House
By Emily Ramshaw
http://www.dallasnews.com/sharedcontent/dws/dn/latestnews/stories/052509dntswvoterid.4673223.html
*Quorum Report*



2:13-cv-193
09/02/2014
**DEF1000**

TIR Poll Suggests Price to Pay for Blocking TDI Sunset: Laying the groundwork for 2010?
May 25, 2009
www.quorumreport.com
*Associated Press*
Gridlock grips Texas Legislature in final days.
By Jay Root Associated Press Writer
http://www.chron.com/disp/story.mpl/ap/tx/6438783.html
*Dallas Morning News*
Standoff on voter ID bill tests House Speaker Joe Straus' leadership
By Christy Hoppe and Robert T. Garrett
http://www.dallasnews.com/sharedcontent/dws/news/politics/state/stories/052409dntswhouse.4799427.html


Sincerely,

*Patricia Harless*
*State Representative*
*District 126*
*512.463.0496 (Capitol office)*
*281.376.4114 (District office)*

---

**From:** JPr3982042@aol.com [mailto:JPr3982042@aol.com]
**Sent:** Wednesday, May 27, 2009 8:45 PM
**To:** Patricia Harless
**Subject:** Re: Legislative Update From Patricia Harless

Inresponse you your stateing the the D's atalled legislation. Let you advise you that Voter ID has been a Rep problem and citizens of TX do not see it as a problem.

Let's work toward why we elected you! (I did not!) Dem's are not the whole problem in this state. Jeez! Convenient scapegoat, tho. And then there's Dan Patrick! Yippee!
A CA transplant who loves Houston and the Gulf Coast.

In a message dated 5/27/2009 6:30:17 P.M. Central Daylight Time, Patricia.Harless@house.state.tx.us writes:



Dear Friends,

As you probably know, over the past several days the Democrats stalled consideration of the Voter ID bill by talking excessively about bills that normally would sail through the chamber without debate. While this tactic successfully stalled consideration of Voter ID for 5 days, and did achieve the goal of killing the measure, the actions also killed the following major pieces of legislation:

SB 14 - Texas Windstorm Insurance Program
SB 182 - Informed Consent Ultra-Sound Bill


6/16/2009

CONFIDENTIAL

LEG00000705