**Alexa Broyles**

| | |
|---|---|
| **From:** | Patricia Harless |
| **Sent:** | Wednesday, October 30, 2013 10:36 AM |
| **To:** | Lssimcox@yahoo.com |
| **Subject:** | RE: Provision of New Voter ID Law |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |
| **Categories:** | Red Category |

Dear Linda,

Thank you for your email regarding provisions of the Voter ID law. I appreciate you taking the time to share your concerns with me.

My staff contacted the Harris County Clerk's office to look into this issue. According to the County Clerk's office, they have received no complaints or had any problems implementing the Voter ID law. Their poll workers have been trained to check for name similarities. For instance, in your situation, if your first and last names matched up and the address was the same on your voter registration card and your driver's license, even if your "middle" name was different, you should have no trouble voting. If for any reason you did experience difficulties voting, please contact the County Clerks' office at 713-755-6411 and they should be able to straighten it out.

Again, thank you for taking the time to contact me. I always appreciate hearing from my constituents, and I am grateful for you taking the time to write. Please feel free to contact our office if you have further questions about this or any other matter.

Sincerely,

Patricia Harless
State Representative
District 126
512-463-0496 (Capitol office)
281-376-4114 (District office)

---

**From:** Lssimcox@yahoo.com
**Sent:** Tuesday, October 29, 2013 12:08:04 AM (UTC-06:00) Central Time (US & Canada)
**To:** District126 Harless
**Subject:** INETMAIL: Provision of New Voter ID Law

**Prefix:** Mrs
**First Name:** Linda
**Middle Name:**
**Last Name:** Simcox
**Suffix:**
**Title:**
**Business:**

**Address line 1:** 6423 Sutter Park Lane

2:13-cv-193
09/02/2014
**DEF1001**

1

CONFIDENTIAL                                                      LEG00000753

**Address line 2:**
**City:** Houston
**State:** TX
**Zipcode:** 77066
**Phone:** 832-6563041
**E-mail:** Lssimcox@yahoo.com

**Subject:**
Provision of New Voter ID Law

**Message:**
Dear Rep. Harless,

I was reading an article in the "Houston Chronicle" this evening about the new TX Voter ID Law. A TX judge was almost turned away from the polling place because her Driver's License had her first, maiden, and current last name, but her Voter Registration card had her first, given middle, and current last name on it. Some of the people supervising at the polling place said that her names on the 2 documents were NOT substantially similar and wanted her to cast a provisional ballot.

Because I have the same situation (maiden name used as middle name on my Driver's License and given middle name on my Voter Registration card), I looked up the provisions of the law. According to those, it seems like I should NOT have any trouble casting a regular ballot... except that polling place personnel have the final decision in such a case. That concerns me because of biases that some officials might have as to Party affiliation. I checked my Concealed Carry ID and on that one I only have my first and last names so I'm still in a bit of a quandary.

How would you recommend remedying this? What would be the least costly manner of resolving this issue? Can one get a Voter ID card from the Driver's License office specifically for voting purposes? I am not due to renew my driver's license for some time. OR, can the Voter Registration card be amended so as to reflect what is on my Driver's License? I chose to use my maiden name as my middle name on my Driver's License over 40 years ago to make it easier for DPS to track the change. In fact, I believe that was the law or, at least, regular practice, many years ago.

I'm sure that I'm not the only Republican woman in this situation, and I think this issue ought to be publicized before the next general statewide election or that polling place personnel should be trained to know exactly what the provisions of the law are.

I do plan to vote in the election now underway... partly to see how my situation plays out.

Leaders in the Republican Party need to educate those who vote, especially Republican women, that they need to have matching Voter Registration and Photo ID documentation, and they need instructions on how to accomplish that if their information isn't exactly the same.

I would appreciate any help you can provide.

Sincerely,
Linda Simcox

**ComputerIP:** 99.179.175.232

CONFIDENTIAL                                              LEG00000754