FOR IMMEDIATE RELEASE                                     Contact: name and phone number
(date)

# (Rep./Sen. ___) announces mobile election ID stations coming to (District Number or County Name)

**(City,TX)** – (Rep./Sen_____) announces Election Identification Certificates (EICs) will be available from mobile stations in (District Number or County Name) (start date) through (end date) .

(Insert quote from legislator)

EICs are available without charge to qualified Texas voters who do not already have an approved form of photo ID, which is now required for voting in person. The November 5 Election will be the first statewide election with photo ID requirements in effect.

EICs are available from DPS driver license offices across the state, but these mobile units will help bring EIC access closer to home. The stations are made possible through a partnership with the Texas Secretary of State and the Texas Department of Public Safety and working closely with (County election official).

Many Texans already have an approved form of ID and will not need or qualify for an EIC. Acceptable forms of ID in addition to an EIC are:

- Texas driver license issued by DPS
- Texas personal identification card issued by DPS
- Texas concealed handgun license issued by DPS
- United States military identification card containing the person's photograph
- United States citizenship certificate containing the person's photograph
- United States passport

Applicants for an EIC will need to present proof of <u>citizenship and identity</u>. For most applicants that means a birth certificate and two forms of supporting identification. A complete list of identification requirements is available at http://www.dps.texas.gov/DriverLicense/eicDocReqmnts.htm.

The schedule for (District Number or County Name) is below. Dates and times may be subject to change. Check www.VoteTexas.gov for the latest dates, locations and times.

(insert dates, times and locations)

### #

2:13-cv-193
09/02/2014
**DEF1012**

**Websites:** www.sos.state.tx.us     www.votetexas.gov
**Twitter:** https://twitter.com/TXsecofstate     https://twitter.com/votetexas     **Facebook**: http://www.facebook.com/votetexas

CONFIDENTIAL                                                                    LEG00002306