Outlook.com Print Message

Print                                                                                                    Close

# Press Release From State Representative Jose Aliseda

From: **Jose Aliseda** (jlaliseda@hotmail.com)
Sent:  Fri 2/11/11 3:41 PM
To:    Pleasanton Express (gblack@pleasantonexpress.com); Sandra (goliadnews@att.net); Gary
       Kent (reporter@mysoutex.com); Holly (ads@thecountywide.com); Joe Baker
       (editor@karnescountytimes.com); Ofelia Garcia Hunter
       (ofelia.hunter@aliceechonews.com); Lytle Leader (cornerstonenews@sbcglobal.net)
          1 attachment
          Jose Aliseda Press Release 2-9-11[1].pdf (714.7 KB)

AUSTIN, TX--Today Texas House Speaker Joe Straus announced committee assignments for the
82nd Legislative Session. Representative Jose Aliseda(R-Beeville) was appointed to serve on the
Select Committee on Voter Identification and Voter Fraud, the Environmental Regulations
Committee and the Criminal Jurisprudence Committee.

"I was very pleased to receive my committee assignments today" said Aliseda. "Speaker Straus took
into consideration my personal strengths and the issues important to House District 35 in appointing
me to these committees."

The Select Committee on Voter Identification and Voter Fraud is a newly created committee which
will handle Voter ID legislation that was declared an emergency issue by Governor Perry earlier this
session. "This committee will be a great opportunity for me to address voter fraud that occurs in our
state. I'm very happy to be serving on this committee where my past experience of prosecuting mail-
in voter fraud will help in crafting legislation to address this issue. We must protect the integrity of
the ballot and this select committee will have a significant part in doing that," said Aliseda.

Representative Aliseda will also serve on the Environmental Regulations Committee which has
jurisdiction over environmental issues such as air and water quality and uranium mining, and he will
serve on the Criminal Jurisprudence Committee which has jurisdiction over criminal law matters and
the penalties associated with criminal violations.

Earlier this week Representative Aliseda received the honor of being part of the escort committee
that escorted Governor Perry to the House chamber for the biannual state of the state address.
Aliseda said, "It was an honor to escort Governor Perry to the House chamber prior to his address. I
was able to spend several minutes with the governor discussing important issues for this session and
for my district and it was a very productive conversation."

Jose Aliseda is a first term representative from Beeville, Texas. House District 35 includes Bee,
Goliad, Karnes, Live Oak, Jim Wells, McMullen and Atascosa Counties.

###



2:13-cv-193
09/02/2014
**DEF1017**

CONFIDENTIAL                                                         LEG00002402