## Debby Hansard

**From:** Megan LaVoie
**Sent:** Monday, January 24, 2011 11:25 AM
**To:** Debby Hansard; Janis McCutchin; Jennifer Foster; John Stokes; Sarah Clifton
**Subject:** voter ID talking points

Here are some Voter ID talking points if you get some calls! Let me know if you need more information.

### Why is this issue moving so fast?
*Last Thursday, Governor Perry declared Voter ID an emergency issue which means the Senate can take up the issue within the first 60 days of the legislative session.
*Lt. Governor Dewhurst asked Duncan to Chair the Committee of the Whole so the Senate could take up the issue this week. Moving Voter ID this fast isn't Duncan's doing, although he believes it is an important issue and will vote for it.
*While Voter ID is a crucial issue, there are many major issues the legislature has to vote on this session including redistricting and the budget. Resolving this well debated issue at the beginning of session will help legislators turn their focus to those other major issues.

### Voter ID FYI
*The Voter ID bill will increase the security of our voting system.
*Voters at the polls will have to show one of 4 photo identifications to vote:
    1) Drivers license/DPS ID
    2) Military ID
    3) Passport
    4) Citizenship papers with photo ID
        *If you are 70 or over photo ID is not required (this will be phased out...you have to be 70 when the law is enacted)

### *Also important to convey:
    *There will be education and notice of the new law before the
    *As the bill is written now, the first election using this new law will be the 2012 primary election



1

Highly Confidential

LEG00005004