

Ben Stratmann <ben@brianbirdwell.net>

## True the Vote Prepares to Square Off with the DOJ in Texas

1 message

**granburynews@aol.com** <granburynews@aol.com> Thu, Jul 25, 2013 at 6:07 PM
To: granburynews@aol.com
Cc: accents@digitex.net, lpreston@almost-heaven.com, paulv@airmail.net, aklemer@gmail.com, cynthiajames1@yahoo.com, melindaray1@mac.com, khackett@swbell.net, fnb@fnbgranbury.com, sgpowers@live.com, granburyghosts@gmail.com, brazosmoon@sbcglobal.net, juliebears@charter.net, christinasstore@att.net, onapruitt@gmail.com, connies1@sbcglobal.net, richmerrill@sbcglobal.net, pamestespadget@aol.com, cathycasey@yahoo.com, printone@windstream.net, parrish@granburyhomes.com




**FOR IMMEDIATE RELEASE**

**CONTACT:**
**Logan Churchwell**
**media@truethevote.org**

Click here to download a PDF copy of this release.

## TRUE THE VOTE RESPONSE TO DOJ PLANS TO SUE TEXAS

**HOUSTON, TX. July 25, 2013** - True the Vote (TTV), the nation's leading voters' rights organization, responded today to **U.S. Attorney General Eric Holder's** plans to launch a wholesale attack against the State of Texas by filing federal lawsuits against Texas' **voter ID** law and election procedures.

"We will not sit idly by and allow the most politically charged Department of Justice in US history to set aside the US constitution and attempt to bully the people of Texas", True the Vote President **Catherine Engelbrecht** said. "We will meet Attorney General Holder in court and we will do whatever we need to do to advance the cause of voters' rights for all Americans."

"General Holder's announcement today demonstrates just how radical the DOJ has become. The same department that criminalizes journalism and fails to prosecute IRS agents who violate the rights of American taxpayers is promising to sue states with taxpayer dollars to block laws passed by elected legislators such as voter ID and citizenship verification.

2:13-cv-193
09/02/2014
DEF1020

"Every American voter deserves to have his or her vote counted - and not diluted by fraud or error. The DOJ just put itself between the voters of Texas and their guaranteed constitutional and civil rights.

"True the Vote has watched as Attorney General Eric Holder has repeatedly disregarded the rule of law," Engelbrecht continued. "We understand that this

Department of Justice does not believe that protection of voters' rights should be colorblind.

**"Texas will stand its ground in San Antonio - that's a promise."**

*True The Vote (TTV) a nonpartisan, nonprofit grassroots organization focused on preserving election integrity is operated by citizens for citizens, to inspire and equip volunteers for involvement at every stage of our electoral process. TTV empowers organizations and individuals across the nation to actively protect the rights of legitimate voters, regardless of their political party affiliation. For more information, please visit www.truethevote.org.*

*Voto Honesto (TTV) es una organización sin fines de lucro, no partidaria, enfocada en preservar la integridad en las elecciones y operada por ciudadanos para ciudadanos, ara inspirar y equipar a voluntarios para envolverse en cada una de las etapas del proceso electoral. TTT capacita a organizaciones e individuos a través de la nación para activamente proteger los derechos de los votantes legítimos, sin importar a que partido político perteneces. Para más información, por favor visite www.votohonesto.org.*

###

*PRESS KIT*

*Press Release (PDF)*



**Forward this email**

SafeUnsubscribe




TRUE the VOTE | 7232 Wynnwood Lane | Houston | TX | 77008