February 5, 2009

Brent Stroman
1101 Western Ridge Drive
Waco, Texas 76712

RE: Legislation

Doc appreciates hearing from you and showing an interest in our state laws.

Requiring a Photo ID to vote is strongly supported by Doc and you can expect him to definitely support the bill.

I believe there are several bills addressing the use and misuse of cell phones. Doc is monitoring the progress on these bills but prefers not to issue an opinion until the bill makes it through committee and then to the House.

Let me know if I can assist you further and thanks for supporting Doc.

Sincerely,


Nancy Bradley - Director of Constituent Services
For State Representative Charles "Doc" Anderson

2:13-cv-193
09/02/2014
DEF1023

Highly Confidential

LEG00041418

## Nancy Bradley

**From:** brentstroman@msn.com
**Sent:** Wednesday, February 04, 2009 9:41 PM
**To:** District56 Anderson
**Subject:** Legislation

**Name:** Mr. Brent Stroman
**Address:** 1101 Western Ridge Drive
**City:** Waco
**State:** Tx
**Zipcode:** 76712
**Phone:** 254-6662170
**E-mail:** brentstroman@msn.com

**Message:**
Hi Doc, just a quick note to let you know of a couple of issues I'd like to see addressed in the current legislative session.

1. Prohibit the use of cell phones (including hands free) while operating a motor vehicle on a public roadway. Reason- too much of a distraction to the driver and causes traffic violations and crashes.

2. Require photo identification to vote in any State, County, or local election. Reason- I could have voted twice this past November had I been so inclined by using my college son's card which was mailed to our home and my card at a later time. The current system can be circumvented by those who would choose to do so and impunes the integrity of one of our most precious individual rights.

I appreciate your service to our District and the State of Texas and request consideration of my suggestion.

Brent

**ComputerIP:** 63.20.26.3

2/5/2009