## YOUR DISTRICT 56 QUESTIONNAIRE RESULTS

*In the previous edition of this newsletter, I asked McLennan County residents your thoughts on important issues facing us as we prepared for the 82nd Texas Legislature. Below are your responses. I'm very appreciative of your responses; they were very helpful during the session!*

✔ A needed priority for the 83rd Legislature
★ Successful legislative action taken

| | YES | NO |
|---|---|---|
| ✔ 1. Do you think the state of Texas should consider [Arizona-type] immigration legislation? | 87% | 12% |
| *Legislation to prevent cities from denying law enforcement the ability to check immigration status of lawfully detained individuals passed the House in regular session but failed in the Senate. Similar legislation in the special session passed the Senate, but not the House.* | | |
| ★ 2. Do you favor increased state spending for border security? | 86% | 11% |
| *$219.5 million was provided for border security operations. This represents an increase of $108.5 million.* | | |
| ✔ 3. Do you think the State of Texas should require E-Verify for state contractors? | 90.5% | 09% |
| *Legislation to implement an E-verify system to determine eligibility to work legally in the US was introduced, but did not come out of committee.* | | |
| ★ 4. Do you favor legislation requiring a photo ID when voting? | 87% | 13% |
| *"Voter ID" legislation was passed and signed by the Governor.* | | |
| ★ 5. Do you favor placing a two-year freeze on college tuition rates? | 71% | 21% |
| *Gov. Perry initiated proposals to make college education more affordable; other legislative leaders have committed to comprehensive interim studies on higher ed.* | | |
| ★ 6. Eminent domain--would you favor an enhanced appeals process for property value determination? | 83% | 07% |
| *After passing a constitutional amendment in 2009 for better protection of property rights, the Legislature enacted SB 18 this session to put those protections in statute.* | | |
| ★ 7. Do you favor a more strict interpretation of the 10th Amendment to the US Constitution, which reserves broad powers to the states and not the federal government? | 83% | 10% |
| *The Legislature successfully passed an Interstate Health Care Compact Law designed to give Texas and other states the power to suspend federal health care laws which are inconsistent with the states' laws.* | | |
| | **A** | **B** |
| 8. Do you support A) targeted budget cuts or B) across the board? | 56% | 39% |
| *The budget was reduced by a historic 15 billion dollars. Some budget cuts were across the board; most were targeted.* | | |
| 9. Do you feel your local appraisal district is A) fairly or B) unfairly appraising the value of homes in your neighborhood? | 48% | 43% |
| ✔ 10. Do you favor making the local appraisal board A) elected or B) appointed? | 72% | 16% |
| *Legislation to add to elected positions to the appraisal board passed a late session committee vote, but did not make it to the floor in the House.* | | |




*Glad to be back in the district--Rep. Anderson, with the help of **Madison McKinney**, rides in the **Juneteenth Parade** hosted by the **CenTex African American Chamber of Commerce**.*



*Doc read a **State Resolution** and **Governor's Proclamation** to the Juneteenth crowd at **Heritage Square** in downtown Waco. Radio station 104.9 "The Beat" sponsored the event in celebration of Juneteenth.*

**God Bless Texas!**

---



**Rep. Charles "Doc" Anderson**
State Representative
District 56
P.O. Box 2910
Austin, Texas 78768-2910

PRSRT STD
U.S. Postage
**PAID**
Austin, Texas
Permit 2803

Official Business
**STATE of TEXAS**
State Penalty
For Private Use

2:13-cv-193
09/02/2014
**DEF1025**



### HONORARY PAGE PROGRAM

*Each session, I'm honored to host ambitious and inspired young adults on the House floor through the **Honorary Page Program**. **Taylor Spaudling** is one of several bright students from McLennan County who participated in the program during the 82nd Session. This program offers firsthand experience to students such as Taylor who wish to gain a greater knowledge of the legislative process.*

### AN AMERICAN HERO COMES BACK HOME



On December 6, 2010, Marine Pfc. Colton Rusk and his bomb-sniffing dog Eli were searching for hidden bombs in Afghanistan. Eli had been successful so far that day by sniffing out two bombs early--which is probably why they were targeted. A sniper fired on and killed Pfc. Rusk. Eli threw his body onto the fallen Marine and stayed with him until other Marines came to their aid.

When Pfc. Rusk died, his parents wanted to adopt Eli, the dog they had heard so much about. Considering Eli's extreme bravery and loyalty, Secretary of the Navy Doug Miller discharged him early and let him go home to his new family. This would only be the second time that a military dog was adopted by the family of a handler killed in combat. Eli went home to live with the Rusks in early February of this year.

Their story captured the attention of the Texas Legislature and many others around the state when my colleagues Rep. Jose Aliseda and Sen. Juan "Chuy" Hinojosa passed HCR 79 in honor of this pair of heroes. When I relayed this touching story to members of the Texas Veterinary Medical Foundation, and requested that the TVMF donate Eli's health and wellness care for the Rusk family to honor their fallen soldier, they graciously agreed.

Texans bear the memory of thousands of brave men and women who live their lives, and give their lives, such as Pfc. Rusk, protecting our freedoms. Eli can proudly stand with them.

*The Texas House of Representatives is an Equal Opportunity Employer and does not discriminate on the basis of race, color, national origin, sex, religion, age or disability in employment or the provision of services. This newsletter is available in alternate formats upon request. Please call 1-800-241-1163.*

---



# Charles "Doc" Anderson

## Capitol News Report
### Texas House District 56

**August 2011 Volume 13**

### TEXAS HOUSE OF REPRESENTATIVES



### CHARLES "DOC" ANDERSON
District 56

August 2011

Howdy Friends!

As always, it is an honor and a pleasure to serve you in Austin. However, after six months, it is great to be back in McLennan County.

The 82nd Texas Legislature was faced with perhaps the **biggest fiscal challenge to ever hit our great state**: rising costs, falling revenues, and the steepest economic decline in over 70 years due to the national and international recession. At the same time, voters sent a clear message -- an expectation of fiscal discipline and no new taxes -- by voting into office many new elected officials at all levels of government who shared those same fiscal values.

In the 140 days of the 82nd Texas Legislature, and the 30 day special session which immediately followed -- while not a perfect session -- Texas legislators accomplished the following tasks, again leading the nation in sensible policy to provide economic opportunity:

★ **Balanced the current budget** (2010-2011) through a combination of spending cuts and use of the Economic Stabilization (i.e., Rainy Day) Fund;
★ **Provided for essential state functions in the upcoming budget** (2012-2013) which raises **no new taxes, lives within our means, and does not further dip into the Rainy Day Fund**;
★ Addressed critical funding for **border security law enforcement**;
★ Avoided devastating cuts to our nursing homes;
★ **Reduced overall spending by 15 billion dollars** (reducing the size of state government), and also **reduced General Revenue Funds spending for the second session in a row** for the first time in Texas history;
★ Passed all four **redistricting** maps (US Cong. SBOE, St. Senate, and St. House), **another first in modern Texas history**;
★ **Measures to reduce frivolous lawsuits** by passing "loser pays" legislation;
★ **Passed photo ID requirement to vote** and other reforms to protect the integrity of the ballot, especially for military deployed overseas;
★ Required **proof of citizenship** for issuance of a Texas drivers' license;
★ Further action to defund taxpayer-financed abortions, which along with the sonogram bill makes this **the most pro-life session in Texas history**;
★ Protected and extended 2nd Amendment rights **(premises concealed carry)**;
★ Honored our **100% disabled veterans** by allowing their property tax exemptions to extend to their surviving spouses.

These are just a few of the many highlights of our service in Austin this session. You have asked Texas budget writers to be cognizant of economic realities, and not increase taxes. I am proud to have been involved in many of these key, historic decisions which have kept essential services operational--but on a real budget like we all face at home.

Thank you for the honor and privilege of serving as your voice in the Texas House of Representatives.

GOD BLESS TEXAS!

Many Thanks,

*Doc*

Doc
(254) 754-3892
(512) 463-0135

DISTRICT PHONE:
CAPITOL PHONE:
http://www.house.state.tx.us



LEG00041541