

# Charles "Doc" Anderson
## Capitol News Report
### Texas House District 56



**August 2011 Volume 13**

---

### TEXAS HOUSE OF REPRESENTATIVES



### CHARLES "DOC" ANDERSON
#### District 56

August 2011

Howdy Friends!

As always, it is an honor and a pleasure to serve you in Austin. However, after six months, it is great to be back in McLennan County.

The 82nd Texas Legislature was faced with perhaps the **biggest fiscal challenge to ever hit our great state**: rising costs, falling revenues, and the steepest economic decline in over 70 years due to the national and international recession. At the same time, voters sent a clear message -- an expectation of fiscal discipline and no new taxes -- by voting into office many new elected officials at all levels of government who shared those same fiscal values.

In the 140 days of the 82nd Texas Legislature, and the 30 day special session which immediately followed -- while not a perfect session -- Texas legislators accomplished the following tasks, again **leading the nation in sensible policy to provide economic opportunity**:

★ **Balanced the current budget** (2010-2011) through a combination of spending cuts and use of the Economic Stabilization (i.e., Rainy Day) Fund;

★ **Provided for essential state functions in the upcoming budget** (2012-2013) which raises **no new taxes, lives within our means**, and does not further dip into the Rainy Day Fund;

★ Addressed critical funding for **border security law enforcement**;

★ Avoided devastating cuts to our nursing homes;

★ **Reduced overall spending by 15 billion dollars** (reducing the size of state government), and also **reduced General Revenue Funds spending for the second session in a row** for the first time in Texas history;

★ Passed all four **redistricting** maps (US Cong. SBOE, St. Senate, and St. House), **another first in modern Texas history**;

★ **Measures to reduce frivolous lawsuits** by passing "loser pays" legislation;

★ **Passed photo ID requirement to vote** and other reforms to protect the integrity of the ballot, especially for military deployed overseas;

★ Required **proof of citizenship** for issuance of a Texas drivers' license;

★ Further action to defund taxpayer-financed abortions, which along with the sonogram bill makes this **the most pro-life session in Texas history**;

★ Protected and extended 2nd Amendment rights **(premises concealed carry)**;

★ Honored our **100% disabled veterans** by allowing their property tax exemptions to extend to their surviving spouses.

These are just a few of the many highlights of our service in Austin this session. You have asked Texas budget writers to be cognizant of economic realities, and not increase taxes. I am proud to have been involved in many of these key, historic decisions which have kept essential services operational--but on a real budget like we all face at home.

Thank you for the honor and privilege of serving as your voice in the Texas House of Representatives.

GOD BLESS TEXAS!

Many Thanks,

*Doc*

Doc

DISTRICT PHONE: (254) 754-3892
CAPITOL PHONE: (512) 463-0135
http://www.house.state.tx.us



LEG00041543

## BUDGET BALANCED WITHOUT RAISING TAXES

As we approached the 82nd legislative session, we faced a potential $27 billion budget shortfall as a result of the worst national recession in 70 years. Sales tax revenue in Texas -- generally, the most relied-upon indicator of economic and fiscal health in our state -- declined for 13 straight months in 2009 and 2010.

The State of Texas response was to stay within available revenues without raising taxes, because Texas families were faced with similar economy at home. Less than a year after our 2009 session, state leaders called for budget cuts to keep expenditures within available revenues -- first, a 5% reduction, and then another 2.5%. Agency personnel were also instructed to prepare their upcoming two-year budgets (2012-2013) with less, and no new taxes being provided by the Legislature when the budget was being drafted.

Even in lean times and during one of the most difficult budget challenges our state has ever faced, legislators made Texas schoolchildren our highest priority.

Texans may be surprised to learn that the state budget finalized during the regular 140-day session, and the 30-day special session, will provide $1.6 billion more dollars directly to our state's public schools than the last budget. Though we were not able to fund enrollment growth, in a year of real and deep budget cuts in most areas, our school districts will get a 5.6 percent increase in state funding, from $27.6 billion in the current two-year budget cycle to $29.2 billion for 2012-13.

However, overall general revenue spending is shrinking from $82 billion in 2010-11 to $80.6 billion in 2012-13, requiring real and large cuts in many other areas.

Other areas of the budget were reduced -- the natural resources budget was cut by 25 percent, general government operations by 19 percent, the judiciary by 13 percent, higher education by 9 percent, the Legislature by 9 percent, and public safety and criminal justice by 5 percent.

Every one of these reductions required hard choices, because the State of Texas simply can't spend more than it takes in.



*Anchors aweigh! Doc meets with **2009 Robinson High School graduate Brandon Davis**, son of **Ed Davis** and currently a MIDN 2-C at the **United States Naval Academy**.*

This year's budget was extraordinarily complicated. We all hope the economy recovers robustly, but with national unemployment back above 9 percent and recent headlines warning of "stalled growth," your state government must make prudent budget decisions.

With six months remaining in the current budget, cuts alone were not enough to balance the shortfall. Therefore, we used the rainy day fund to cover a deficit in the current (2010-11) budget cycle, caused by many factors, including lower-than-expected sales tax revenues. This is what the Rainy Day Fund was created for -- to cover revenue shortfalls in an already adopted, certified, and balanced budget.

Yet it was wise for the Legislature to preserve the fund's balance for what could be another difficult budget session in the next two years. Under federal laws that dictate much of the increasing health care spending, Texas may owe at least $4 billion more for federal entitlements in the next budget cycle than we have budgeted. Thus, if the economy does not dramatically improve, health care expenditures alone may require most of the remaining rainy day funds. Additionally, we must be prepared for possible hurricanes, tornadoes, and wildfires.

Texas is better positioned than most states to deal with fiscal challenges because of our constitutional requirement of a balanced budget, coupled with determination to bring government spending in line with economic reality.



*Rep. Anderson gave an economic outlook and budget briefing to members of the **Greater Waco Chamber of Commerce** during session in March.*

♦♦♦♦ *God Bless Texas!* ♦♦♦♦

# Legislature





*Doc welcomes **Baylor University President Ken Starr** and outreach Vice President **Tommye Lou Davis** to the Capitol for **Baylor Day** during session. Baylor Day is always a favorite for alumni and legislative alumni of Baylor.*

## ANDERSON CONSTITUTIONAL AMENDMENT ON NOVEMBER BALLOT

I was honored by the opportunity to author and pass SJR 14 to extend homestead property tax exemptions to the surviving spouse of veterans with 100%, service-connected disability. We passed both the constitutional amendment and the enabling legislation (SB 516).

On November 8th this year, voters will be able to vote on the amendment to the Texas Constitution and grant the homestead property tax exemption to the surviving spouses. This provision would continue as long as the spouse does not remarry.

"When Texans voted in 2007 to grant a property tax exemption for the homesteads of our disabled veterans, we were all pleased, but our job was not complete," said Rep. Anderson. "It took the Legislature until 2009 to put the working parts of that law into practice, and the bill to grant that exemption to the surviving spouse upon the death of a veteran got bogged down."

If this amendment is approved by Texas voters, widows and widowers of veterans who previously qualified for this homestead property tax exemption based upon their service-connected total disability will be able to apply for the continuation of that property tax exemption in the 2012 tax year.

As we remember our brave heroes who have given their lives to guard our freedoms, let us not forget the many who also endured unimaginable sacrifices in service to our country, and the spouses who have cared so much, and so long, for them. I ask all Texans to vote on this constitutional amendment in November.

## MCLENNAN COUNTY DELEGATION TEAMWORK PAYS OFF

I was pleased to work with Representative Marva Beck and Senator Brian Birdwell to preserve the Southern Trinity Groundwater Conservation District operation as a stand-alone entity. Gov. Perry signed the bill into law at the end of May.

The groundwater district, created in 2007, contained in its governing statute language which would have dissolved the district had McLennan County not joined up with one or more counties by September 1, 2011. Local stakeholders tried all avenues to bring other counties into the district, but all surrounding counties had joined water conservation districts in other regions.

Preserving the Southern Trinity Groundwater Conservation District was a top priority for all of us. Rep. Beck's co-authorship and key assistance on the House Natural Resources Committee, along with Senator Birdwell's timely work in the Senate, was a great first test of local teamwork, and passing that test was essential.

Sen. Birdwell said, "I'm so proud that this was the first of my bills to be signed into law on the Governor's desk. I felt it was imperative to see the legislature take action before the groundwater district was dissolved."

Rep. Marva Beck, who kept the bill from getting snagged in the House Natural Resources Committee, said, "This was the first bill I signed on to. It is important that we keep the Southern Trinity Groundwater District functioning in McLennan County. I stand with Sen. Birdwell and Doc Anderson as proud representatives of McLennan County." Great teamwork!!



*Rep. Anderson, a co-author of **HB 15 (sonogram bill)** appears with primary bill author **Rep. Sid Miller** and co-author **Rep. Bill Callegari** as **Governor Rick Perry** announces the signing of this significant and important legislation.*

◆◆◆◆ God Bless Texas! ◆◆◆◆



*"No man in the wrong can stand up to a fellow that's in the right and keeps on a-comin"*
*—Capt. Bill McDonald, Texas Rangers*

## REDISTRICTING

The Texas Constitution requires that legislators re-draw (re-apportion) district lines for state representative, state senate, US Congress, and State Board of Education maps after every 10-year census to reflect shifts and growth in population. While the number of state reps (150) and state senate (31) district remains constant, the number of federal Congressional seats is dictated by national population movement. Where many other states lost congressional seats due to dwindling populations, Texas gained, remarkably, 4 seats for a total of 36 members of Congress.

Given the various interests and considerations due to population shifts, drawing one map, let alone four maps, can prove a daunting task--and it's a task which has overwhelmed previous legislatures. However, the 82nd Legislature was able to draw new district lines for all four maps.

McLennan County impacts -- population changes have led to a new state representative district (District 12) in place of the old district (District 57). District 12 includes part of McLennan County, as well as part of Brazos County--along with all of Falls, Limestone, and Robertson counties. The



*During the legislative session, Rep. Anderson called a **Town Hall** meeting at the **Baylor University Law School**, to receive comments and answer questions from the home folks.*

70,000 people in McLennan County make up the largest population density of the district.

District 56 will include most of the western half of McLennan County, although the towns of Leroy, Ross, West, and Gholson will become part of the new District 12. District 56 picks up the city of Riesel.

## OTHER LOCAL HIGHLIGHTS

State and local leadership worked together to bring Coll Materials to Waco, a post-consumer plastics recycling company representing over 100 jobs and an estimated $5.9 million infusion into the regional economy, through a $550,000 investment by the Texas Enterprise Fund.

Critical structural funding for the TSTC Waco campus was secured by working with state budget writers, along with TSTC Waco President Elton Stuckly. Our office also passed legislation to enhance their administrative efficiency, and amended other legislation to keep bond-writing processes within the System working effectively.

Legislation was also passed to clarify functions and duties for the McLennan County Juvenile Board and the Waco Center for Youth.



*Doc was honored to appear with **Reneé Lynn Culpepper** at the dedication of the **David Culpepper Memorial Fire Station** in **Moody**, named in honor of the firefighter and great citizen of Moody who lost his battle with cancer.*

**COMING IN SEPTEMBER: an analysis of the Constitutional Amendments on the November 8th ballot.**

♦♦♦♦   *God Bless Texas!*   ♦♦♦♦

# YOUR DISTRICT 56 QUESTIONNAIRE RESULTS

*In the previous edition of this newsletter, I asked McLennan County residents your thoughts on important issues facing us as we prepared for the 82nd Texas Legislature. Below are your responses. I'm very appreciative of your responses; they were very helpful during the session!*

✔ A needed priority for the 83rd Legislature
★ Successful legislative action taken

|  | YES | NO |
|---|---|---|
| ✔ 1. Do you think the state of Texas should consider [Arizona-type] immigration legislation? | 87% | 12% |
| *Legislation to prevent cities from denying law enforcement the ability to check immigration status of lawfully detained individuals passed the House in regular session but failed in the Senate. Similar legislation in the special session passed the Senate, but not the House.* | | |
| ★ 2. Do you favor increased state spending for border security? | 86% | 11% |
| *$219.5 million was provided for border security operations. This represents an increase of $108.5 million.* | | |
| ✔ 3. Do you think the State of Texas should require E-Verify for state contractors? | 90.5% | 09% |
| *Legislation to implement an E-verify system to determine eligibility to work legally in the US was introduced, but did not come out of committee.* | | |
| ★ 4. Do you favor legislation requiring a photo ID when voting? | 87% | 13% |
| *"Voter ID" legislation was passed and signed by the Governor.* | | |
| ★ 5. Do you favor placing a two-year freeze on college tuition rates? | 71% | 21% |
| *Gov. Perry initiated proposals to make college education more affordable; other legislative leaders have committed to comprehensive interim studies on higher ed.* | | |
| ★ 6. Eminent domain--would you favor an enhanced appeals process for property value determination? | 83% | 07% |
| *After passing a constitutional amendment in 2009 for better protection of property rights, the Legislature enacted SB 18 this session to put those protections in statute.* | | |
| ★ 7. Do you favor a more strict interpretation of the 10th Amendment to the US Constitution, which reserves broad powers to the states and not the federal government? | 83% | 10% |
| *The Legislature successfully passed an Interstate Health Care Compact Law designed to give Texas and other states the power to suspend federal health care laws which are inconsistent with the states' laws.* | | |
|  | **A** | **B** |
| ★ 8. Do you support A) targeted budget cuts or B) across the board? | 56% | 39% |
| *The budget was reduced by a historic 15 billion dollars. Some budget cuts were across the board; most were targeted.* | | |
| 9. Do you feel your local appraisal district is A) fairly or B) unfairly appraising the value of homes in your neighborhood? | 48% | 43% |
| ✔ 10. Do you favor making the local appraisal board A) elected or B) appointed? | 72% | 16% |
| *Legislation to add to elected positions to the appraisal board passed a late session committee vote, but did not make it to the floor in the House.* | | |



*Glad to be back in the district–Rep. Anderson, with the help of **Madison McKinney**, rides in the **Juneteenth Parade** hosted by the **CenTex African American Chamber of Commerce**.*



*Doc read a **State Resolution** and **Governor's Proclamation** to the Juneteenth crowd at **Heritage Square** in downtown Waco. Radio station 104.9 "The Beat" sponsored the event in celebration of Juneteenth.*

◆◆◆◆   *God Bless Texas!*   ◆◆◆◆



**Rep. Charles "Doc" Anderson**
State Representative
District 56
P.O. Box 2910
Austin, Texas 78768-2910

PRSRT STD
U.S. Postage
**PAID**
Austin, Texas
Permit 2803

Official Business
**STATE of TEXAS**
State Penalty
For Private Use



# HONORARY PAGE PROGRAM

*Each session, I'm honored to host ambitious and inspired young adults on the House floor through the **Honorary Page Program**. **Taylor Spaudling** is one of several bright students from McLennan County who participated in the program during the 82nd Session. This program offers firsthand experience to students such as Taylor who wish to gain a greater knowledge of the legislative process.*

# AN AMERICAN HERO COMES BACK HOME

On December 6, 2010, Marine Pfc. Colton Rusk and his bomb-sniffing dog Eli were searching for hidden bombs in Afghanistan. Eli had been successful so far that day by sniffing out two bombs early--which is probably why they were targeted. A sniper fired on and killed Pfc. Rusk. Eli threw his body onto the fallen Marine and stayed with him until other Marines came to their aid.

When Pfc. Rusk died, his parents wanted to adopt Eli, the dog they had heard so much about. Considering Eli's extreme bravery and loyalty, Secretary of the Navy Doug Miller discharged him early and let him go home to his new family. This would only be the second time that a military dog was adopted by the family of a handler killed in combat. Eli went home to live with the Rusks in early February of this year.

Their story captured the attention of the Texas Legislature and many others around the state when my colleagues Rep. Jose Aliseda and Sen. Juan "Chuy" Hinojosa passed HCR 79 in honor of this pair of heroes. When I relayed this touching story to members of the Texas Veterinary Medical Foundation, and requested that the TVMF donate Eli's health and wellness care for the Rusk family to honor their fallen soldier, they graciously agreed.

Texans bear the memory of thousands of brave men and women who live their lives, and give their lives, such as Pfc. Rusk, protecting our freedoms. Eli can proudly stand with them.

The Texas House of Representatives is an Equal Opportunity Employer and does not discriminate on the basis of race, color, national origin, sex, religion, age or disability in employment or the provision of services. This newsletter is available in alternate formats upon request. Please call 1-800-241-1163.