

# Harvey Hilderbran
MEMBER

# The Texas House of Representatives

State Representative • District 53

### Hilderbran files bill requiring voters to show photo identification

AUSTIN – Rep. Harvey Hilderbran (R-Kerrville) has filed legislation to protect the integrity of the state's election system by requiring voters to show photo identification before casting a ballot.

"Voter identification requirements will fulfill the intent of the voter registration system by ensuring that only eligible individuals are participating in elections," Hilderbran said. "Deceptive voting practices aren't hypothetical. Voter fraud is occurring in our state, and Texans have called on the legislature to provide stronger safeguards for our elections."

Under House Bill 250, voters would need to show a current driver's license or photo identification card issued by the Texas Department of Public Safety, an unexpired military ID card, a US passport, or a US citizenship certificate.

Hilderbran said his legislation will allow Texans to obtain state-issued photo ID cards for voting purposes at no cost.

"We can no longer allow voter fraud to plague our state, but at the same time we don't want to create a system where anyone is disenfranchised," Hilderbran said.

The bill will also allow individuals not carrying photo identification to cast a provisional ballot. Voters must then provide proof of their identity within six days in order to have their vote counted.

- 30 -

*For immediate release: January 14, 2011*
*Contact: Isaac Albarado – 512.463.0536*



Highly Confidential                    LEG00041653