

2:13-cv-193
09/02/2014
DEF1034

Highly Confidential

LEG00042150