**Deterring Fraud**

- **Senator Fraser, isn't it true that the purpose of this legislation is to deter and detect fraud?**
    - **A: Yes.**

- **The United States Supreme Court has stated that events "documented throughout this nation's history by respected historians and journalists…demonstrate that not only is the risk of voter fraud very real, but that it could affect the outcome of a close election." (*Crawford*, 533 U.S. at 11-12.)**
    - **Does SB 14 provide the kind of safeguard against fraud that could be crucial in a close election?**
        - **A: Yes.**

- **Close elections of the kind referenced by the U.S. Supreme Court have happened right here in the Texas Legislature.**



Highly Confidential  LEG00042239

- o **In 2008, Rep. Linda Harper-Brown of Dallas County defeated her opponent by 19 votes - or .05% of the total votes cast in that race.**
- o **Currently, the election for State House District 48 is being contested; the final tally from the Secretary of State showed Rep. Donna Howard winning her seat by 12 votes - or .02% of the total votes cast in that race.**
- o **These two elections show how important it is to preserve the integrity of our elections and how important it is that every vote count.**
- o **Senator Fraser, does SB 14 provide safeguards to protect the reliability and integrity of Texas' voting system, especially in close elections like these?**
  - **A: Yes.**
- **Similarly, in Crawford v. Marion (pg. 10), the Supreme Court of the United States quoted the Carter-Baker report by stating:**

Highly Confidential

> "There is no evidence of *extensive* fraud in the U.S. election or of multiple voting, but both occur, and it could affect the outcome of a close election. The electoral system cannot inspire public confidence if no safeguards exit to deter or detect fraud or to confirm the identity of voters. Photo identification cards currently are needed to board a plane, enter federal buildings, and cash a check. Voting is equally important."

- o **Senator Fraser, is SB 14 designed to inspire public confidence in close elections like those mentioned above?**
    - A: Yes.

- **Senator Fraser, do you recall the testimony and exhibits provided in 2009 and now admitted as Exhibit 1 today detailing extensive fraud in Harris County and other areas of the State?**
    - A: Yes.

Highly Confidential

- o **Senator, having listened to what I read just a moment ago from the Carter-Baker Commission and adopted as language by the Supreme Court, are you aware how difficult it is not only to discover, but to prosecute voter fraud?**
    - A: Yes.
- o **Having said that, would you agree that voter fraud is widespread even though specific examples are difficult to point out?**
    - A: Yes.
- o **Senator Fraser, is SB 14 being offered so that the State of Texas will have an additional tool to detect and deter this type of voter fraud, inspiring confidence in the Texas voting system and making sure that Texas elections are of the utmost integrity and equity to all Texans?**
    - A: Yes.