**Motion In Writing**
by: Huffman

Mr. Chairman:

I move that the entire record and transcripts of the hearing relating to SB 362 heard by the Committee of the Whole, 81st Legislature, be included in the record as "Exhibit 1."

**TALKING POINTS**
Exhibit 1 shall include all invited, public, and written testimony, in addition to the all of the exhibits submitted by the members during the hearing on S.B. 362.

The previous testimony and debate on SB 362 is relevant because, then and now, the objective is to create legislation that protects the integrity and reliability of the electoral process.

- Includes 870 pages of transcribed testimony
    - Invited - 13, plus 2 resource
    - Public - 36
    - Written - 29



- **Includes all exhibits submitted by members during the 81st Legislative Session, Committee of the Whole**
    - **55 total exhibits**

Highly Confidential