Questions for Sen. Fraser
Crawford v. Marion County Election Board

1. According to the United States Supreme Court, laws that impose a burden on voters, however slight, must be justified by relevant and legitimate state interests "sufficiently weighty to justify" that burden.
    a. Does SB 14 strike a balance between the relevant and legitimate state interests expressed and the burden on Texas voters to present identification when voting?
        i. Yes

2. There are several interests that the United States Supreme Court has recognized as both relevant and legitimate to a State's interest in protecting the integrity and reliability of the electoral process. I want to make sure that SB 14 addresses these concerns.
    a. Does SB 14 address the relevant and legitimate concern of deterring and detecting voter fraud?
        i. Yes
    b. Does SB 14 address the relevant and legitimate concern of improving and modernizing the election procedures of Texas, fitting into a larger nation-wide scheme discussed in the Help America Vote Act and the National Voter Registration Act?
        i. Yes
    c. Does SB 14 address the relevant and legitimate concern of preventing voter fraud and counting only the votes of eligible Texans?
        i. Yes
    d. Does SB 14 address the relevant and legitimate state interest in safeguarding voter confidence, which has independent significance through

2:13-cv-193
09/02/2014
DEF1038

> encouraging citizen participation in the democratic process?
>   i. Yes

3. Is SB 14 a neutral and nondiscriminatory regulation of voting procedure that enhances the integrity of the system and emphasizes fairness and equity in Texas elections?
    i. Yes.

Highly Confidential