**SB 14 by Fraser**

**Highlights**

- Requires voters to show a photo ID, except that people 70 or older as of January 1, 2012, may continue to vote with just their voter registration card
- Acceptable photo ID includes an unexpired card issued by DPS (for most this will be driver's license), a military ID, a passport, or a citizenship certificate with photo
- Requires DPS to provide a free photo ID to any registered voter who requests an ID
- Allows a voter to cast a provisional ballot if he/she does not have a Photo ID and return within 6 days with Photo ID to have the ballot counted
- Requires SOS and voter registrars to educate the public and train election workers on the new requirements, including mailing notice to each voter and posting notice outside all polling places
- Increases criminal penalties for illegal voting (mandatory jail time)

**Why I made the law stronger:**
"When I filed SB 178 in November (and re-filed SB 14 this month), I decided that a true photo identification bill was a better solution than the bill I proposed last session.

We've had two additional years to see Photo ID laws working in other states and two additional years to see that voter fraud is still a problem.

Only a true photo id bill, can deter and detect fraud and can protect the public's confidence in elections. Plus, I believe it simpler and less confusing for the voters."

**What the Supreme Court Requires of Voter ID Legislation:**
- LEGITIMATE STATE INTERESTS
    - Deterring and detecting fraud
    - Improving and modernizing election procedures
    - Protecting against fraud enabled by inaccurate registration rolls
    - Counting only eligible voters' votes
    - Protecting public confidence in elections



2:13-cv-193
09/02/2014
DEF1040

- MEASURES <u>REQUIRED</u> TO OFFSET BURDENS ON VOTERS
    - Access to free photo ID cards (SECTION 18)

- o Availability of provisional ballots and absentee ballots (SECTIONS 7 & 16)
- o Ensure that obtaining ID is no more inconvenient or burdensome than usual act of voting (SECTION 18)

- **MEASURES <u>RECOMMENDED</u> TO OFFSET BURDENS ON VOTERS**
    - o Phase-in over 2 election cycles (Requirement effective 2012)
    - o Exception for certain elderly voters (SECTION 7)

Highly Confidential