## STUDENT ID CARD TALKING POINTS
## SB 14

- There is no uniformity amongst Texas institutions of higher education for making student ID's.

    o **Even after having SOS prescribe uniform requirements for student ID's, there is no guarantee that colleges and universities would comply.**

    o **This would make the student ineligible to vote even after relying on their institute of higher education.**

    o **Students are still eligible to vote absentee in their home precinct.**

- **There is no assurance to the State that the persons who process student ID's are capable of providing the same type of security in issuing those ID's as the state or federal government would be in the types discussed in SB 14.**

- **Students should have the types of documents needed to procure a driver's license or ID card for matriculating at their institution.**

    o **Birth certificate, DL, social security card, etc.**

- **Student IDs are not as secure as the other forms of identification currently acceptable in this bill.**

    o **Some do not have expiration dates.**

    o **There are over 100 public universities and community colleges in Texas.**



2:13-cv-193
09/02/2014
**DEF1041**

- **o Ease of forging student ID's.**

- **Allowing this type of identification would only cause confuse to poll workers. It would be hard for them to know if an ID is legitimate.**

- **This is not the class of voters who typically do not have a Driver's License, Identification card, or passport.**

Highly Confidential
LEG00043221