SB14 Amendment

This amendment creates a mechanism for verifying the citizenship of an applicant for voter registration.

**The Mechanics of the Amendment**

- Allows an applicant to provide proof of citizenship with their initial application for a voter registration.

- Requires the Secretary of State to verify the citizenship of all voter registrations with the Department of Public Safety

    o Why are you using the DPS Database?
        - DPS already has citizenship information in its database.
        - That database is becoming more extensive and more accurate with every driver's license renewal and application because of their required documentation
        - The Secretary of State already receives information from DPS regarding voter registrations, but the citizenship information is not currently communicated between parties.

- Then, if the citizenship of the applicant cannot be verified by using DPS data, the applicant has 90 days to provide proof of citizenship

    o Citizenship may be provided by submitting to the voter registrar via mail, electronic scan, fax, or in person showing
        - An unexpired, expired, or copy of a passport
        - An original or copy of a birth certificate along with a government issued photo ID or a copy of a government issued photo ID
        - A certificate or a copy of a certificate of naturalization along with a government issued photo ID or a copy of a government issued photo ID

- If the applicant does not provide this proof of citizenship within 90 days, the applicant will be purged from the roll of eligible voters and placed on a list of people ineligible to vote until proof of citizenship is provided.

I believe that this amendment creates a policy similar to the one approved in Georgia because rather than requiring someone to comply with the burden of providing proof initially we allow someone to do that but use existing data available to verify for those who don't voluntarily provide documentation.



2:13-cv-193
09/02/2014
**DEF1045**

Highly Confidential
LEG00044253