

# Albuquerque dog becomes registered voter

Posted at: 02/29/2012 10:16 PM
By: Danielle Todesco, KOB Eyewitness News 4



Buddy

An Albuquerque man says he successfully registered his dog to vote in Bernalillo County.

The dog owner said he saw a voter registration booth on the University of New Mexico's campus a few weeks ago and decided to see how easy it would be to register his dog to vote.

He said he was trying to expose the problems with the registration system. He said he just received the dog's voter registration card in the mail Wednesday, and it was way too easy.

"They should verify. Somebody should have verified this information and somebody should have come out and took a look at exactly who it was. But I made up a birth date, and I made up a social security number and I had a voter registration card in my hand for Buddy two weeks later," the dog owner said.

KOB Eyewitness News 4 contacted the Bernalillo County Clerk's Office. They said state law does not require proof of your social, your date of birth, or even your name. But they said what this man did is voter fraud.

They also said they strictly look over all the applications that come from third-party registration agencies before sending out registration cards. But this time, Buddy the dog made it through the system.

"We're going to have a lot of people that are registered to vote that shouldn't be able to vote," the dog owner said.

He said he has no intention of voting under Buddy's name.



2:13-cv-193
09/02/2014
**DEF1048**

Highly Confidential                                                      LEG00044462