# Election Law Center

http://electionlawcenter.com

# Tuesday, March 22, 2011

### Illegal alien arrested: voted in nine elections

Lake County, Illinois. Cypress Times has the full story.

"A subsequent investigation revealed that Azada allegedly voted nine times in primary, general and consolidated elections between 2003 and 2009. According to the arrest warrant, Azada allegedly falsely claimed to be a U.S. citizen on two Illinois Voter Registration applications."

The question, of course, is where is DOJ? These are quite possibly also federal crimes.

This case illustrates the close relationship between voter registration fraud, and voter fraud. Vote fraud deniers like the Brennan Center and Tova Wang at Demos concede that voter registration fraud occurs, but claim it has no relation to voter fraud. This case demonstrates that the seed of voter registration fraud sometimes grows into full scale voter fraud. Without one, there cannot be the other.

*From Trey Trainor*

2:13-cv-193
09/02/2014
**DEF1049**

# TheCypressTimes

Web | TheCypressTimes | Google Search

Home | Free_Classifieds | Directory | Mission_&_Belief | Calendar | Coupons | Contact_Us | Gallery | About_Us | Links
Archives | Ad_Rates_&_Site_Traffic | Shop_Now! | Cypress_Christian_School_ | Our_Authors

Text Size: Larger | Reset | Smaller       March 22, 2011   02:09PM CST       Control Panel Home | View Cart

**Austin Coupons**

**Ads by Google**

**Austin Coupons**
1 ridiculously huge coupon a day. It's like doing Austin at 90% off!
www.Groupon.com/Austin

**Criminal Defense Attorney**
I will protect your rights Compassion and Results
www.ChaconaLaw.com

**Texas Criminal Defense**
+27 years fighting criminal charges Former Judge & Aggie Class of '73
www.bankslawyers.com

**Life Partners Lawsuit**
Life partners investors may have been mislead. Free case review!
www.yourlawyer.com

**Criminal Law Specialist**
DWI, Felony & Misdemeanor Defense Hays, Travis, Comal & Bexar Co.
www.scotcourtney.com

**Subsections**
Local News
Texas News
National News
World News
Business & Employment
Honoring Our Military Comrades
Opinion & Editorial

follow us on twitter



**News**
Christian News
News
Faith
Sports
Columnists
Medical/Health

BOOKMARK

 16  1  0  Share

E-mail  PDF  Print

## ILLEGAL ALIEN ARRESTED, CHARGED WITH VOTER FRAUD

Published 03/21/2011 - 10:47 a.m. CST

LAKE COUNTY, IL - An illegal alien from the Philippines was arrested Thursday morning on a felony complaint charging her with 17 counts related to voter fraud in Lake County. The state charges resulted from a joint investigation conducted by U.S. Immigration and Customs Enforcement's (ICE) Homeland Security Investigations (HSI) and the Lake County State's Attorneys Office. U.S. Citizenship and Immigration Services (USCIS) also provided assistance.

Maria Azada, 53, of Grayslake, Ill., was arrested March 17 by ICE HSI agents and a Lake County State's Attorneys special investigator. Azada faces 17 felony counts in Lake County Circuit Court of perjury, mutilation of election materials, and tampering with voting machines in connection with illegal voting by a non-U.S. citizen.

The investigation began in February 2009 when Azada admitted to a USCIS officer during an interview for an immigration benefit that she had voted in an election. It is illegal for foreign nationals to vote in national or state elections in the United States.

A subsequent investigation revealed that Azada allegedly voted nine times in primary, general and consolidated elections between 2003 and 2009. According to the arrest warrant, Azada allegedly falsely claimed to be a U.S. citizen on two Illinois Voter Registration applications.

"Our nation's founders reserved the right to vote in this country for U.S. citizens," said Gary Hartwig, special agent in charge of ICE HSI in Chicago. "ICE HSI will work aggressively to investigate and bring to justice anyone who falsely claims to be a U.S. citizen so they can illegally vote in an election."

If convicted, Azada faces up to five years in state prison on each of the two perjury counts. She also faces up to three years on each of the six counts of tampering with voting machines, and each of the nine counts of mutilation of election materials.

The public is reminded that an indictment contains only charges and is not evidence of guilt. The defendant is presumed innocent and is entitled to a fair trial at which the government has the burden of proving guilt beyond a reasonable doubt.

**Austin Coupons**
1 ridiculously huge coupon a day. It's like doing Austin at 90% off!
www.Groupon.com/Austin

Ads by Google

Ads by Google
Immigration Office
Criminal Attorneys
Family Attorneys
Law Office

 Post A Comment

* Indicates required information

**Ads by Google**
Immigration Office
Criminal Attorneys
Family Attorneys
Law Office

**Reader Login**
Username:
Password:
☐ Save Login?
Login
Free Sign-up
Forgot Password?
Reader Control Panel

**Ads by Google**
Immigration Office
Criminal Attorneys
Family Attorneys
Law Office

**More National News**

- TREASURY TO BEGIN WIND DOWN OF ITS $142 BILLION MORTGAGE-BACKED SECURITIES PORTFOLIO

- SPACEBOUND BACTERIA INSPIRE EARTHBOUND REMEDIES

- JUSTICE DEPARTMENT ISSUES LETTER REGARDING ILLEGAL EXCLUSION OF INDIVIDUALS WITH HIV/AIDS FROM OCCUPATIONAL TRAINING AND STATE LICENSING

- CONGRESSMAN CANTOR UNVEILS PRO-GROWTH ECONOMIC PLAN AT STANFORD UNIVERSITY

- AAP UPDATES RECOMMENDATION ON CAR SEATS

- CHICAGO CBP SEIZES $52,340 IN CURRENCY BOUND FOR SYRIA

- ALABAMA COUPLE CHARGED WITH TAX EVASION AND CONSPIRACY

- FHWA LAUNCHES NEW BRIDGE SAFETY INITIATIVE

- KENNEDY EMPLOYEES FORM HUMAN SHUTTLE

- CITIES COMPETING TO WIN EPA'S GREEN POWER

- Schools
- Food
- Family Fun & Events
- House and Home
- Books & Reviews
- Real Estate
- Palace Of Poets
- Blogs

RSS

Comment Title:
* Comments:

Nickname:
* Validation: Click here to Validate

Add Your Comment

Comments                                                                 0 comments for this article

**COMMUNITY CHALLENGE**

**Our Newest Articles**

- EGYPTIAN CONSTITUTIONAL REFERENDUM PASSES AMID REPORTS OF VOTING IRREGULARITIES
- STUDY SAYS MOST PARENTS SUPPORT TESTING CHILDREN FOR TOBACCO SMOKE EXPOSURE
- MEMBERS OF FORT BEND ISD'S JUNIOR STUDENT LEADERSHIP PROGRAM EXPLORE BUSINESS COMMUNITY
- HALL TO BE FINAL GUEST ON ASTROLINE WEDNESDAY
- WHY AND HOW FAITH BELONGS IN POLITICS
- TREASURY TO BEGIN WIND DOWN OF ITS $142 BILLION MORTGAGE-BACKED SECURITIES PORTFOLIO
- GOV. PERRY APPOINTS ROHM TO TEXAS DEPARTMENT OF INFORMATION RESOURCES
- LONE STAR COLLEGE-CYFAIR LIBRARY CO-HOSTS EXHIBITION OF HOLOCAUST HEROES
- CPSC AND HUD ISSUE UPDATED REMEDIATION PROTOCOL FOR HOMES WITH PROBLEM DRYWALL
- HISD FOUNDATION TO RECEIVE $100,000 GIFT TO SUPPORT THE APOLLO 20 PROJECT

Copyright 2011 TheCypressTimes . All Rights Reserved.   V420   RSS

Home | Links | Calendar | Archives | Classifieds | Directory | Payments | Advertising | Donations | Admin

TheCypressTimes , 12320 Barker Cypress Road, #600-297,  Cypress, TX, USA 77429 Tel. 832.331.7553

Highly Confidential                                                                LEG00044465