**Brittany Eck**

| | |
|---|---|
| **From:** | Van Taylor [van@vantaylor.com] |
| **Sent:** | Tuesday, September 28, 2010 7:41 AM |
| **To:** | Brittany Eck |
| **Subject:** | FW: Who knows what evil lurks? |

Print this out for the file on this bill.

Do you have the 80th leg language yet?

Van

★★★ **VAN TAYLOR** ★★★
STATE REPRESENTATIVE | PLANO, TX
www.VanTaylor.com

PO Box 261676          214-642-0920 cell
Plano, TX 75026        972-403-7029 fax

---

**From:** Bryant Sewall [mailto:wsewall@verizon.net]
**Sent:** Tuesday, September 28, 2010 7:38 AM
**To:** Bryant Sewall
**Subject:** FW: Who knows what evil lurks?

**I am sure our good, honest Democrats wouldn't do anything illegal, would they? This sort of thing is much worse than the Watergate scandal.**

Texas Voters Registered by SEIU Member
*"The integrity of the voting rolls in Harris County appears to be under an organized & systematic attack..."*

**By Warner Todd Huston**
**Texas Insider Report: AUSTIN, Texas –**

Service Employees International Union (SEIU) member Steve Caddle of Houston, Texas has been caught registering 23,207 fake voters in Harris County alone due to the hard detective work of Catherine Engelbrecht and her "True the Vote" project.

This is one of the best examples of what good citizen activism inspired by Tea Party principles can do for their community.

Catherine Engelbrecht was sick and tired of the vote fraud perpetrated by unions and Democrats and set out to expose it herself. Along with many friends who donated their time, computers, and sweat, they've uncovered thousands upon thousands of illegal Democrat "voters" in Texas.

"The integrity of the voting rolls in Harris County, Texas, appears to be under an organized & systematic attack by the group operating under the name Houston Votes," the Harris voter registrar, Leo Vasquez, charged as he passed on the documentation to the district attorney.

2:13-cv-193
09/02/2014
**DEF1051**

1

Highly Confidential                                                                           LEG00044531

A spokesman for the DA's office declined to discuss the case. And a spokesman for Vasquez said that the DA has asked them to refrain from commenting on the case.
The union thug behind this particular criminal enterprise admitted only that there "had been mistakes made."

"Vacant lots had several voters registered on them. An eight-bed halfway house had more than 40 voters registered at its address," Engelbrecht said.
"We then decided to look at who was registering the voters."
The other registrations included:

- One of a woman who registered six times in the same day
- Registrations of non-citizens
- So many applications from 1 "Houston Voters" collector in 1 day that it was deemed to be beyond human capability, and
- 1,597 registrations that named the same person multiple times, often with different signatures.

Does anyone have any doubt that this sort of crime has been perpetrated by Democrats the nation over? How many millions of fake, dead, nonexistent, and/or fraudulent voters have Democrats foisted upon the voter rolls in
every corner of the nation?

Well, due to the excellent work of **Catherine Engelbrecht and her "True the Vote" project**, we see exposed at least some of the criminal behavior of Texas Democrats and Union thugs.
So what was the outcome of Engelbrecht's hard work?

All of Harris County's voting machines were torched in a three-alarm fire by person or persons unknown. Bet those shadowy firebugs hold SEIU membership cards, too!
Great work, Catherine. Now let's see this replicated in every city in the nation

*Probably an isolated incident that couldn't happen in your state?*

Highly Confidential                                                                                     LEG00044532