# VOTER VERIFICATION

(*) Initial draft of HB 626

missing element - should dl be
The voters registration card
must allow for transition period
below certain income level The cost is deferred
(Lone Star Card approved)

Compare w/ DMV DL records
burden is placed on DMV

Registered Voter

Tony Garza - mexican system is
a standard

voter confidence — { Mexico's voter Registration system
is more secure Than Texas

Bush official who set up voting
system in Iraqe

2:13-cv-193
09/02/2014
DEF1052

Best databases are credit bureaus