## What has True the Vote found?

When True the Vote began monitoring the elections last fall in Houston, they were shocked at the amount of fraud they discovered.

**Last spring and fall, King Street Patriots found that:**

- Precinct Judges often failed to check voter IDs
- Others Precinct judges had even filled out ballots to "help" people vote
- In May of 2010, True the Vote investigated ~3,800 voter registrations and found ~25% (938) registrations to be suspect. Specifically:

  a. ~1%   (39)    voters registered at a business as classified by *HCAD
  b. ~3%   (97)    voters whose address was non-existent or otherwise not found in *HCAD
  c. ~5%   (207)   voters registered at vacant lots
  d. ~16%  (595)   voters whose voter registration address did not match their *TDL address

- Out of 812 Voter Registration Application obtained by True the Vote, almost 10% were duplicate applicants. *See Appendix A for examples

*http://www.kingstreetpatriots.org/wp-content/legislation/AppendixA_1.PDF

*HCAD - Harris County Appraisal District

*TDL - Texas Drivers License

## Recommendations for the 82nd Legislative Session

**In order to prevent voter fraud, King Street Patriots believes that:**

Photo Voter ID and Comprehensive Election Code Reform is necessary

**King Street Patriots legislative recommendations Include:**

1. Require Photo ID to vote

**Intent:** To prevent voter fraud and disenfranchisement of legitimate voters

2. Prohibit payment of Deputy Registrars based on quota or number of registration applications

**Intent:** Remove incentive to submit fraudulent applications

3. Immediately terminate Deputy Registrars who submit incomplete or late registration applications



2:13-cv-193
09/02/2014
DEF1053

## What is the King Street Patriots group?

The King Street Patriots is a Houston based organization that has launched efforts to battle attempts by liberals in the last fifty years to further an agenda which they consider in opposition to the welfare of all Americans

**King Street Patriots is committed to:**

- Freedom
- Capitalism
- American Exceptionalism
- Constitutional Governance
- Civic Duty

**King Street Patriots believes that:**

Current political initiatives must be focused on mobilizing the conservative electorate

**To achieve this, King Street Patriots proposes two initiatives:**

- True the Vote
- Links

## What is True the Vote?

True the Vote is an initiative led by the King Street Patriots to promote and ensure free and fair elections in the State of Texas

**King Street Patriots believes that:**

Voter fraud attacks the heart of our political system and threatens our rights as citizens

**Components of True the Vote are:**

- Targeted Conservative voter registration efforts
- Absentee ballot outreach
- An awareness campaign to include a large scale mobilization of volunteers to work at polls and an aggressive public follow-up on reports of fraud

Highly Confidential
LEG00044659