

TEX I.R. 000039

Current as of 201625 October 2013