## Counties processing Election Identification Certificates

Members of the media:

Caldwell County will be issuing Election Identification Certificates (EIC) to Texans who do not already have an acceptable form of photo identification necessary to vote.

For locations, dates and times that EICs will be available in Caldwell County, contact:

Caldwell County
Pam Ohlendorf
pamela.ohlendorf@co.caldwell.tx.us
Caldwell Elections Administrator
512-668-4347

We appreciate your help in informing the public about EICs as well as when and where EICs are available in Caldwell County.

For more information regarding EICs, including eligibility guidelines and necessary documentation, visit
http://www.txdps.state.tx.us/director_staff/media_and_communications/pr092413a.htm



2:13-cv-193
09/02/2014
**DEF1059**

TEX I.R.000082