| | |
|---|---|
| **From:** | Randi Schultz |
| **To:** | Wroe Jackson |
| **Sent:** | 10/24/2013 3:23:37 PM |
| **Subject:** | EIC Mobile Stations October 21 through November 1 |
| **Attachments:** | EIC Mobile Stations October 21 through November 1.docx |

Wroe,

Attached: EIC Mobile Stations October 21 through November 1

Randi A. Schultz
Governmental Affairs
Office of the Texas Secretary of State
rschultz@sos.texas.gov
(512) 463-0431



2:13-cv-193
09/02/2014
DEF1060