# <u>EIC MOBILE STATIONS (October 21- November 1)</u>

## Monday, October 21

| Gregg County (all locations 9 a.m. to 4 p.m.) | | |
|---|---|---|
| Location | Senate District Representative | House District Representative |
| **Broughton Recreation Center**<br>801 S. Martin Luther King Blvd.<br>Longview, TX  75602 | Senate District 1--Senator Kevin Eltife | House District 7--Representative David Simpson |
| **Greggton Community Center**<br>3211 W. Marshall Ave<br>Longview, TX  75604 | Senate District 1--Senator Kevin Eltife | House District 7--Representative David Simpson |
| **Gladewater City Hall**<br>519 E. Broadway<br>Gladewater, TX  75647 | Senate District 1--Senator Kevin Eltife | House District 7--Representative David Simpson |
| **Kilgore Community Center**<br>622 Kay St.<br>Kilgore, TX  75662 | Senate District 1--Senator Kevin Eltife | House District 7--Representative David Simpson |
| Harris County (all locations 9 a.m. to 4 p.m.) | | |
| Location | Senate District Representative | House District Representative |
| **Lone Star College – Victory Center**<br>4141 Victory Drive<br>Houston, TX  77088 | Senate District 15--Senator John Whitmire | House District 139--Representative Sylvester Turner |
| **Holman Street Baptist Church**<br>3501 Holman<br>Houston, TX  77004 | Senate District 13--Senator Rodney Ellis | House District 147--Representative Garnet F. Coleman |
| Hidalgo County (all locations 9 a.m. to 4 p.m.) | | |
| Location | Senate District Representative | House District Representative |
| **McAllen City Hall (Disconnect Day)**<br>1300 W Houston Ave.<br>McAllen, TX  78501 | Senate District 27--Senator Eddie Lucio | House District 41--Representative R.D. "Bobby" Guerra |



2:13-cv-193
09/02/2014
**DEF1061**

| | | |
|---|---|---|
| **Mercedes City Hall**<br>400 S Ohio<br>Mercedes, TX  78570 | Senate District 27--Senator Eddie Lucio | House District 39--Representative Armando Martinez |
| **La Joya City Hall, Conference Room**<br>101 N Leo Ave.<br>La Joya, TX  78560 | Senate District 20--Senator Juan 'Chuy' Hinojosa | House District 35--Representative Oscar Longoria |

**Nueces County (all locations 9 a.m. to 4 p.m.)**

| Location | Senate District Representative | House District Representative |
|---|---|---|
| **Johnny S. Calderon County Building**<br>710 E. Main Street<br>Robstown, Texas  78380 | Senate District 20--Senator Juan 'Chuy' Hinojosa | House District 34--Representative Abel Herrero |
| **Flour Bluff ISD-Maintenance**<br>2510 Waldron Road<br>Corpus Christi, Texas  78418 | Senate District 20--Senator Juan 'Chuy' Hinojosa | House District 32--Representative Todd A. Hunter |
| **Greenwood Senior Citizens Center**<br>4040 Greenwood Drive<br>Corpus Christi, Texas  78416 | Senate District 20--Senator Juan 'Chuy' Hinojosa | House District 34--Representative Abel Herrero |
| **Nueces County Courthouse**<br>901 Leopard Street<br>Corpus Christi, TX  78401 | Senate District 20--Senator Juan 'Chuy' Hinojosa | House District 32--Representative Todd A. Hunter |

**Polk County (all locations 9 a.m. to 4 p.m.)**

| Location | Senate District Representative | House District Representative |
|---|---|---|
| **Old Courthouse, 1st floor**<br>101 West Church<br>Livingston, Texas  77351 | Senate District 3--Senator Robert Nichols | House District 19--Representative James White |
| **Tax Assessor satellite office**<br>Highway 190 West<br>Onalaska, Texas  77360 | Senate District 3--Senator Robert Nichols | House District 19--Representative James White |

## Tuesday, October 22

**Hale County (all locations 9 a.m. to 4 p.m.)**

| Location | Senate District Representative | House District Representative |
|---|---|---|
| **Hale County Courthouse Annex**<br>521 Broadway Street<br>Plainview, TX 79072-8097 | Senate District 28--Senator Robert L. Duncan | House District 88--Representative Ken King |
| **Harris County (all locations 9 a.m. to 4 p.m.)** | | |
| Location | Senate District Representative | House District Representative |
| **Lone Star College – Victory Center**<br>4141 Victory Drive<br>Houston, TX  77088 | Senate District 15--Senator John Whitmire | House District 139--Representative Sylvester Turner |
| **Holman Street Baptist Church**<br>3501 Holman<br>Houston, TX  77004 | Senate District 13--Senator Rodney Ellis | House District 147--Representative Garnet F. Coleman |
| **Hidalgo County (all locations 9 a.m. to 4 p.m.)** | | |
| Location | Senate District Representative | House District Representative |
| **City of San Juan Conference Room**<br>709 S Nebraska<br>San Juan, TX  78589 | Senate District 27--Senator Eddie Lucio | House District 39--Representative Armando Martinez |
| **City of Hidalgo**<br>704 E Texano Dr.<br>Hidlago, TX  78557 | Senate District 20--Senator Juan 'Chuy' Hinojosa | House District 36--Representative Sergio Muñoz |
| **Nueces County (all locations 9 a.m. to 4 p.m.)** | | |
| Location | Senate District Representative | House District Representative |
| **Johnny S. Calderon County Building**<br>710 E. Main Street<br>Robstown, Texas  78380 | Senate District 20--Senator Juan 'Chuy' Hinojosa | House District 34--Representative Abel Herrero |
| **Flour Bluff ISD-Maintenance**<br>2510 Waldron Road<br>Corpus Christi, Texas  78418 | Senate District 20--Senator Juan 'Chuy' Hinojosa | House District 32--Representative Todd A. Hunter |
| **Greenwood Senior Citizens Center**<br>4040 Greenwood Drive<br>Corpus Christi, Texas  78416 | Senate District 20--Senator Juan 'Chuy' Hinojosa | House District 34--Representative Abel Herrero |

| Nueces County Courthouse<br>901 Leopard Street<br>Corpus Christi, TX  78401 | Senate District 20--Senator Juan 'Chuy' Hinojosa | House District 32--Representative Todd A. Hunter |
|---|---|---|
| **Polk County (all locations 9 a.m. to 4 p.m.)** | | |
| Location | **Senate District Representative** | **House District Representative** |
| **Old Courthouse, 1st floor**<br>101 West Church<br>Livingston, Texas  77351 | Senate District 3--Senator Robert Nichols | House District 19--Representative James White |
| **Tax Assessor satellite office**<br>201 West Ben Franklin<br>Corrigan, Texas  75939 | Senate District 3--Senator Robert Nichols | House District 19--Representative James White |
| **Tarrant County (all locations 9 a.m. to 4 p.m.)** | | |
| Location | **Senate District Representative** | **House District Representative** |
| **Tarrant County Southwest Sub-Courthouse**<br>6551 Granbury Road<br>Fort Worth TX  76133 | Senate District 10--Senator Wendy Davis | House District 97--Representative Craig Goldman |
| **Charles F. Griffin Sub-Courthouse**<br>3212 Miller Avenue<br>Fort Worth TX  76119 | Senate District 10--Senator Wendy Davis | House District 90--Representative Lon Burnam |
| **Tarrant County Sub-Courthouse in Arlington**<br>700 E. Abram Street<br>Arlington TX 76010 | Senate District 9--Senator Kelly Hancock | House District 94--Representative Diane Patrick |
| **Tarrant County Northeast Sub-Courthouse**<br>201 Harwood Road, Suite 124<br>Bedford TX  76021 | Senate District 9--Senator Kelly Hancock | House District 92--Representative Jonathan Stickland |

## Wednesday, October 23

| **Harris County (all locations 9 a.m. to 4 p.m.)** | | |
|---|---|---|
| Location | **Senate District Representative** | **House District Representative** |
| **Lone Star College – Victory Center** | Senate District 15--Senator | House District 139-- |

| | | |
|---|---|---|
| 4141 Victory Drive<br>Houston, TX  77088 | John Whitmire | Representative Sylvester Turner |
| **Holman Street Baptist Church**<br>3501 Holman<br>Houston, TX  77004 | Senate District 13--Senator Rodney Ellis | House District 147--Representative Garnet F. Coleman |
| **Hidalgo County (all locations 9 a.m. to 4 p.m.)** | | |
| Location | **Senate District Representative** | **House District Representative** |
| **Community Room**<br>415 W. University Dr.<br>Edinburg, TX  78539 | Senate District 20--Senator Juan 'Chuy' Hinojosa | House District 40--Representative Terry Canales |
| Business & Visitors Center (Board Rm.)<br>275 S. Kansas Ave.<br>Weslaco, TX  78596 | Senate District 27--Senator Eddie Lucio | House District 39--Representative Armando Martinez |
| **Tarrant County (all locations 9 a.m. to 4 p.m.)** | | |
| Location | **Senate District Representative** | **House District Representative** |
| **Tarrant County Southwest Sub-Courthouse**<br>6551 Granbury Road<br>Fort Worth TX  76133 | Senate District 10--Senator Wendy Davis | House District 97--Representative Craig Goldman |
| **Charles F. Griffin Sub-Courthouse**<br>3212 Miller Avenue<br>Fort Worth TX  76119 | Senate District 10--Senator Wendy Davis | House District 90--Representative Lon Burnam |
| **Tarrant County Sub-Courthouse in Arlington**<br>700 E. Abram Street<br>Arlington TX 76010 | Senate District 9--Senator Kelly Hancock | House District 94--Representative Diane Patrick |
| **Tarrant County Northeast Sub-Courthouse**<br>201 Harwood Road, Suite 124<br>Bedford TX  76021 | Senate District 9--Senator Kelly Hancock | House District 92--Representative Jonathan Stickland |

**Thursday, October 24**

| |
|---|
| **Harris County (all locations 9 a.m. to 4 p.m.)** |

| Location | Senate District Representative | House District Representative |
|---|---|---|
| **Lone Star College – Victory Center**<br>4141 Victory Drive<br>Houston, TX  77088 | Senate District 15--Senator John Whitmire | House District 139--Representative Sylvester Turner |
| **Holman Street Baptist Church**<br>3501 Holman<br>Houston, TX  77004 | Senate District 13--Senator Rodney Ellis | House District 147--Representative Garnet F. Coleman |
| **Tarrant County (all locations 9 a.m. to 4 p.m.)** | | |
| Location | Senate District Representative | House District Representative |
| **Tarrant County Southwest Sub-Courthouse**<br>6551 Granbury Road<br>Fort Worth TX  76133 | Senate District 10--Senator Wendy Davis | House District 97--Representative Craig Goldman |
| **Charles F. Griffin Sub-Courthouse**<br>3212 Miller Avenue<br>Fort Worth TX  76119 | Senate District 10--Senator Wendy Davis | House District 90--Representative Lon Burnam |
| **Tarrant County Sub-Courthouse in Arlington**<br>700 E. Abram Street<br>Arlington TX 76010 | Senate District 9--Senator Kelly Hancock | House District 94--Representative Diane Patrick |
| **Tarrant County Northeast Sub-Courthouse**<br>201 Harwood Road, Suite 124<br>Bedford TX  76021 | Senate District 9--Senator Kelly Hancock | House District 92--Representative Jonathan Stickland |

# Friday, October 25

| **Harris County (all locations 9 a.m. to 4 p.m.)** | | |
|---|---|---|
| Location | Senate District Representative | House District Representative |
| **Lone Star College – Victory Center**<br>4141 Victory Drive<br>Houston, TX  77088 | Senate District 15--Senator John Whitmire | House District 139--Representative Sylvester Turner |

| Holman Street Baptist Church<br>3501 Holman<br>Houston, TX  77004 | Senate District 13--Senator Rodney Ellis | House District 147--Representative Garnet F. Coleman |

**Potter/Randall County (all locations 9 a.m. to 4 p.m.)**

| Location | Senate District Representative | House District Representative |
| --- | --- | --- |
| Santa Fe Building, Room 326<br>900 S. Polk St.<br>Amarillo, TX  79101 | Senate District 31--Senator Kel Seliger | House District 87--Representative Four Price |
| Early Voting location 2 – Old Dept of HHS<br>2406 SW 6th Avenue<br>Amarillo, TX  79106 | Senate District 31--Senator Kel Seliger | House District 87--Representative Four Price |
| Comanche Trail Church of Christ<br>2700 E. 34th Avenue<br>Amarillo, Texas  79103 | Senate District 31--Senator Kel Seliger | House District 86--Representative John T. Smithee |
| Randall County Finance Bldg, Second Floor<br>501 16th Street<br>Canyon, Texas  79105 | Senate District 31--Senator Kel Seliger | House District 86--Representative John T. Smithee |

**Victoria County (all locations 9 a.m. to 4 p.m.)**

| Location | Senate District Representative | House District Representative |
| --- | --- | --- |
| Victoria Fine Arts Center<br>1002 Sam Houston Drive<br>Victoria, Texas  77901 | Senate District 18--Senator Glenn Hegar | House District 30--Representative Geanie Morrison |
| Pattie Dodson Public Health Center<br>2805 N. Navarro, Classroom B<br>Victoria, Texas  77901 | Senate District 18--Senator Glenn Hegar | House District 30--Representative Geanie Morrison |
| Victoria County Courthouse<br>115 N. Bridge<br>Victoria, Texas  77901 | Senate District 18--Senator Glenn Hegar | House District 30--Representative Geanie Morrison |
| Victoria Mall<br>7800 N. Navarro | Senate District 18--Senator Glenn Hegar | House District 30--Representative Geanie |

| | | |
|---|---|---|
| Victoria, Texas  77904 | | Morrison |

## Monday, October 28

| Victoria County (all locations 9 a.m. to 4 p.m.) | | |
|---|---|---|
| Location | Senate District Representative | House District Representative |
| **Victoria Fine Arts Center**<br>1002 Sam Houston Drive<br>Victoria, Texas  77901 | Senate District 18--Senator Glenn Hegar | House District 30--Representative Geanie Morrison |
| **Pattie Dodson Public Health Center**<br>2805 N. Navarro, Classroom B<br>Victoria, Texas  77901 | Senate District 18--Senator Glenn Hegar | House District 30--Representative Geanie Morrison |
| **Victoria County Courthouse**<br>115 N. Bridge<br>Victoria, Texas  77901 | Senate District 18--Senator Glenn Hegar | House District 30--Representative Geanie Morrison |
| **Victoria Mall**<br>7800 N. Navarro<br>Victoria, Texas  77904 | Senate District 18--Senator Glenn Hegar | House District 30--Representative Geanie Morrison |
| **Potter/Randall County (all locations 9 a.m. to 4 p.m.)** | | |
| Location | Senate District Representative | House District Representative |
| **Santa Fe Building, Room 326**<br>900 S. Polk St.<br>Amarillo, TX  79101 | Senate District 31--Senator Kel Seliger | House District 87--Representative Four Price |
| **Early Voting location 2 – Old Dept of HHS**<br>2406 SW 6th Avenue<br>Amarillo, TX  79106 | Senate District 31--Senator Kel Seliger | House District 87--Representative Four Price |
| **Comanche Trail Church of Christ**<br>2700 E. 34th Avenue<br>Amarillo, Texas  79103 | Senate District 31--Senator Kel Seliger | House District 86--Representative John T. Smithee |
| **Randall County Finance Bldg, Second Floor**<br>501 16th Street | Senate District 31--Senator Kel Seliger | House District 86--Representative John T. Smithee |

| | | |
|---|---|---|
| Canyon, Texas  79105 | | |
| **Harris County (all locations 9 a.m. to 4 p.m.)** | | |
| **Location** | **Senate District Representative** | **House District Representative** |
| **Lone Star College – Victory Center**<br>4141 Victory Drive<br>Houston, TX  77088 | Senate District 15--Senator John Whitmire | House District 139--Representative Sylvester Turner |
| **Holman Street Baptist Church**<br>3501 Holman<br>Houston, TX  77004 | Senate District 13--Senator Rodney Ellis | House District 147--Representative Garnet F. Coleman |

| | | |
|---|---|---|
| **Harrison County (all locations 9 a.m. to 4 p.m.)** | | |
| **Location** | **Senate District Representative** | **House District Representative** |
| **Wiley College**<br>711 Wiley Ave.<br>Marshall, TX  75670 | Senate District 1--Senator Kevin Eltife | House District 9--Representative Chris Paddie |
| **East Texas Baptist University**<br>One Tiger Drive<br>Marshall, TX  75670 | Senate District 1--Senator Kevin Eltife | House District 9--Representative Chris Paddie |
| **Panola CollegeMarshall College Center**<br>1300 E. Pinecrest Drive<br>Marshall, TX  75672 | Senate District 1--Senator Kevin Eltife | House District 9--Representative Chris Paddie |
| **Marshall Public Library**<br>300 S. Alamo Blvd.<br>Marshall, TX  75670 | Senate District 1--Senator Kevin Eltife | House District 9--Representative Chris Paddie |

| | | |
|---|---|---|
| **Orange County (all locations 9 a.m. to 4 p.m.)** | | |
| **Location** | **Senate District Representative** | **House District Representative** |

| | | |
|---|---|---|
| **Orange Public Library**<br>220 N Fifth Street<br>Orange, TX  77630 | Senate District 3--Senator Robert Nichols | House District 21--<br>Representative Allan B. Ritter |
| **Bridge City Hall**<br>260 Rachal Ave<br>Bridge City, TX  77611 | Senate District 3--Senator Robert Nichols | House District 21--<br>Representative Allan B. Ritter |
| **Mauriceville First Baptist Church**<br>11540 Hwy 12<br>Orange, TX 77632 | Senate District 3--Senator Robert Nichols | House District 21--<br>Representative Allan B. Ritter |
| 355 Claiborne St.<br>Vidor, TX 77662 | Senate District 3--Senator Robert Nichols | House District 21--<br>Representative Allan B. Ritter |

## Tuesday, October 29, 2013

| Harris County (all locations 9 a.m. to 4 p.m.) | | |
|---|---|---|
| **Location** | **Senate District Representative** | **House District Representative** |
| **Lone Star College – Victory Center**<br>4141 Victory Drive<br>Houston, TX  77088 | Senate District 15--Senator John Whitmire | House District 139--<br>Representative Sylvester Turner |
| **Holman Street Baptist Church**<br>3501 Holman<br>Houston, TX  77004 | Senate District 13--Senator Rodney Ellis | House District 147--<br>Representative Garnet F. Coleman |

| Harrison County (all locations 9 a.m. to 4 p.m.) | | |
|---|---|---|
| **Location** | **Senate District Representative** | **House District Representative** |
| **Wiley College**<br>711 Wiley Ave.<br>Marshall, TX  75670 | Senate District 1--Senator Kevin Eltife | House District 9--<br>Representative Chris Paddie |
| **East Texas Baptist University**<br>One Tiger Drive<br>Marshall, TX  75670 | Senate District 1--Senator Kevin Eltife | House District 9--<br>Representative Chris Paddie |

| Panola College -Marshall College Center<br>1300 E. Pinecrest Drive<br>Marshall, TX  75672 | Senate District 1--Senator Kevin Eltife | House District 9--Representative Chris Paddie |
|---|---|---|
| Mt. Zion Community Church Family Activity Center<br>2200A Pemberton Street<br>Marshall, TX  75670 | Senate District 1--Senator Kevin Eltife | House District 9--Representative Chris Paddie |

| Orange County (all locations 9 a.m. to 4 p.m.) | | |
|---|---|---|
| Location | Senate District Representative | House District Representative |
| Orange Public Library<br>220 N Fifth Street<br>Orange, TX  77630 | Senate District 3--Senator Robert Nichols | House District 21--Representative Allan B. Ritter |
| Bridge City Hall<br>260 Rachal Ave<br>Bridge City, TX  77611 | Senate District 3--Senator Robert Nichols | House District 21--Representative Allan B. Ritter |
| Mauriceville First Baptist Church<br>11540 Hwy 12<br>Orange, TX  77632 | Senate District 3--Senator Robert Nichols | House District 21--Representative Allan B. Ritter |
| 355 Claiborne St<br>Vidor, TX  77662 | Senate District 3--Senator Robert Nichols | House District 21--Representative Allan B. Ritter |

**Wednesday, October 30, 2013**

| Harris County (all locations 9 a.m. to 4 p.m.) | | |
|---|---|---|
| Location | Senate District Representative | House District Representative |
| Lone Star College – Victory Center<br>4141 Victory Drive<br>Houston, TX  77088 | Senate District 15--Senator John Whitmire | House District 139--Representative Sylvester Turner |
| Holman Street Baptist Church<br>3501 Holman<br>Houston, TX  77004 | Senate District 13--Senator Rodney Ellis | House District 147--Representative Garnet F. |

|  |  | Coleman |
|---|---|---|

| Midland/ Ector County (all locations 9 a.m. to 4 p.m.) |||
|---|---|---|
| Location | Senate District Representative | House District Representative |
| **Cogdell Learning Center**<br>211 W Florida Ave.<br>Midland, TX  79701 | Senate District 31--Senator Kel Seliger | House District 82--Representative Tom Russell Craddick |
| **Midland County Annex Courtroom**<br>2110 North A Street<br>Midland, TX  79705 | Senate District 31--Senator Kel Seliger | House District 82--Representative Tom Russell Craddick |
| **Ector County Annex Building**<br>101 E. 8th Street<br>Odessa, TX  79761 | Senate District 31--Senator Kel Seliger | House District 81--Representative Tryon D. Lewis |
| **Medical Health Center**<br>840 W. Clements Street<br>Odessa, TX  79763 | Senate District 31--Senator Kel Seliger | House District 81--Representative Tryon D. Lewis |

## Thursday, October 31, 2013

| Midland/Ector County (all locations 9 a.m. to 4 p.m.) |||
|---|---|---|
| Location | Senate District Representative | House District Representative |
| **Cogdell Learning Center**<br>211 W Florida Ave.<br>Midland, TX  79701 | Senate District 31--Senator Kel Seliger | House District 82--Representative Tom Russell Craddick |
| **Midland County Annex Courtroom**<br>2110 North A Street<br>Midland, TX  79705 | Senate District 31--Senator Kel Seliger | House District 82--Representative Tom Russell Craddick |
| **Greater Ideal Baptist Church Family Life Center**<br>301 S Tyler St.<br>Midland, TX  79701 | Senate District 31--Senator Kel Seliger | House District 82--Representative Tom Russell Craddick |

| | | |
|---|---|---|
| **Ector County Annex Building**<br>101 E. 8th Street<br>Odessa, TX  79761 | Senate District 31--Senator Kel Seliger | House District 81--Representative Tryon D. Lewis |
| **Medical Health Center**<br>840 W. Clements Street<br>Odessa, TX  79763 | Senate District 31--Senator Kel Seliger | House District 81--Representative Tryon D. Lewis |

| Bowie County (all locations 9 a.m. to 4 p.m.) | | |
|---|---|---|
| Location | **Senate District Representative** | **House District Representative** |
| **Bowie County Courthouse**<br>710 James Bowie Drive<br>New Boston, TX  75570 | Senate District 1--Senator Kevin Eltife | House District 1--Representative George Lavender |
| **Bi-State Justice Building**<br>**West Side Entrance**<br>100 N. State Line Ave.<br>Texarkana, TX  75501 | Senate District 1--Senator Kevin Eltife | House District 1--Representative George Lavender |

| Harris County (all locations 9 a.m. to 4 p.m.) | | |
|---|---|---|
| Location | **Senate District Representative** | **House District Representative** |
| **Lone Star College – Victory Center**<br>4141 Victory Drive<br>Houston, TX  77088 | Senate District 15--Senator John Whitmire | House District 139--Representative Sylvester Turner |
| **Holman Street Baptist Church**<br>3501 Holman<br>Houston, TX  77004 | Senate District 13--Senator Rodney Ellis | House District 147--Representative Garnet F. Coleman |

| Liberty County (all locations 9 a.m. to 4 p.m.) | | |
|---|---|---|
| Location | | |
| **Liberty County Courthouse Annex**<br>**West Entrance**<br>1923 Sam Houston ST | Senate District 3--Senator Robert Nichols | House District 18--Representative John C. Otto |

| | | |
|---|---|---|
| Liberty, TX  77575 | | |
| **County Annex Building**<br>304 Campbell ST<br>Cleveland, TX  77327 | Senate District 3--Senator Robert Nichols | House District 18--Representative John C. Otto |

| Val Verde County (all locations 9 a.m. to 4 p.m.) | | |
|---|---|---|
| Location | | |
| **Plaza Del Sol Mall**<br>2205 Veterans Blvd.<br>Del Rio, TX  78840 | Senate District 19--Senator Carlos I. Uresti | House District 74--Representative Poncho Nevárez |
| **Wal-Mart**<br>2410 Dodson Avenue<br>Del Rio, TX  78840 | Senate District 19--Senator Carlos I. Uresti | House District 74--Representative Poncho Nevárez |
| **Val Verde Community Center**<br>1690 Cienegas Road<br>Del Rio, TX  78840 | Senate District 19--Senator Carlos I. Uresti | House District 74--Representative Poncho Nevárez |
| **Comstock School**<br>101 Sanderson Street<br>Comstock, TX  78837 | Senate District 19--Senator Carlos I. Uresti | House District 74--Representative Poncho Nevárez |

## Friday, November 1, 2013

| Bowie County (all locations 9 a.m. to 4 p.m.) | | |
|---|---|---|
| Location | | |
| **Bowie County Courthouse**<br>710 James Bowie Drive<br>New Boston, TX  75570 | Senate District 1--Senator Kevin Eltife | House District 1--Representative George Lavender |
| **Bi-State Justice Building**<br>**West Side Entrance**<br>100 N. State Line Ave. | Senate District 1--Senator Kevin Eltife | House District 1--Representative George Lavender |

| Texarkana, TX  75501 | | |

| Harris County (all locations 9 a.m. to 4 p.m.) | | |
|---|---|---|
| Location | Senate District Representative | House District Representative |
| **Lone Star College – Victory Center**<br>4141 Victory Drive<br>Houston, TX  77088 | Senate District 15--Senator John Whitmire | House District 139--Representative Sylvester Turner |
| **Holman Street Baptist Church**<br>3501 Holman<br>Houston, TX  77004 | Senate District 13--Senator Rodney Ellis | House District 147--Representative Garnet F. Coleman |

| Liberty County (all locations 9 a.m. to 4 p.m.) | | |
|---|---|---|
| Location | | |
| **Liberty County Courthouse Annex West Entrance**<br>1923 Sam Houston ST<br>Liberty,  TX 77575 | Senate District 3--Senator Robert Nichols | House District 18--Representative John C. Otto |
| **County Annex Building**<br>304 Campbell ST<br>Cleveland, TX  77327 | Senate District 3--Senator Robert Nichols | House District 18--Representative John C. Otto |

| Val Verde County (all locations 9 a.m. to 4 p.m.) | | |
|---|---|---|
| Location | | |
| **Plaza Del Sol Mall**<br>2205 Veterans Blvd.<br>Del Rio, TX  78840 | Senate District 19--Senator Carlos I. Uresti | House District 74--Representative Poncho Nevárez |
| **Wal-Mart**<br>2410 Dodson Avenue<br>Del Rio, TX  78840 | Senate District 19--Senator Carlos I. Uresti | House District 74--Representative Poncho Nevárez |
| **Casa De La Cultura** | Senate District 19--Senator | House District 74-- |

| | | |
|---|---|---|
| 302 W. Cantu Street<br>Brown Plaza<br>Del Rio, TX  78840 | Carlos I. Uresti | Representative Poncho Nevárez |
| **Val Verde County Courthouse**<br>400 Pecan Street<br>Del Rio, TX  78840 | Senate District 19--Senator Carlos I. Uresti | House District 74--<br>Representative Poncho Nevárez |

TEX00305088