| | |
|---|---|
| **From:** | Randi Schultz |
| **To:** | robert.nichols@senate.state.tx.us |
| **BCC:** | Wroe Jackson |
| **Sent:** | 10/7/2013 12:56:01 PM |
| **Subject:** | Election Identification Certificate Mobile Stations |
| **Attachments:** | EIC mobile release.docx |

Dear Senator Nichols,

The Office of the Secretary of State is pleased to announce that Department of Public Safety (DPS) Election Identification Certificate (EIC) mobile stations will be in your district to assist voters who need this form of ID, one of seven that will be accepted at the polls in November.

**The EIC Mobile Station will be at the following location during the following times:**
**Wednesday, October 9, 2013**
**9am – 3pm**
**Richards Volunteer Fire Department**
1136 FM 149 East
Richards, Texas 77873

For updates on the EIC mobile stations schedule, please visit www.VoteTexas.gov.

Please help us get the word out to your constituents! If you would like to publicize the mobile stations, a template press release is attached for your use.

As a reminder, Election Identification Certificates are available free of charge to qualified Texas voters who do not already have an approved form of photo ID, which is now required for voting in person.

Texans now have three convenient ways to obtain an EIC:
·    By visiting ANY driver license office during regular business hours;
·    By visiting one of nearly 50 driver license offices that are now open on Saturdays from 10 a.m. – 2 p.m. through November 2nd, specifically to issue EICs only;
·    And now, by visiting one of these EIC mobile stations, which will make it even more convenient for eligible Texas voters to obtain an EIC closer to home.

All applicants for an EIC will need to present proof of citizenship and identity.

Many Texans already have an approved form of ID, and will not need or qualify for an EIC.

Acceptable forms of ID in addition to an EIC are:
·    Texas driver license issued by DPS
·    Texas personal identification card issued by DPS
·    Texas concealed handgun license issued by DPS
·    United States military identification card containing the person's photograph
·    United States citizenship certificate containing the person's photograph
·    United States passport



Additionally, please note the list of DPS locations open on Saturdays for EICs, which is available to the public.

For more information about voting in Texas, you and your constituents may visit www.VoteTexas.gov.

Please do not hesitate to contact me or the Office of the Secretary of State if we can provide additional information.

Sincerely,
Randi Schultz

Randi A. Schultz
Governmental Affairs
Office of the Texas Secretary of State
rschultz@sos.texas.gov
(512) 463-0431

TEX00305137