| | |
|---|---|
| From: | Wroe Jackson |
| To: | Keith Ingram; Alicia Pierce; Jeff Hillery |
| CC: | Randi Schultz |
| Sent: | 10/28/2013 9:44:23 AM |
| Subject: | FW: EIC Report for Saturday, 26 Oct |

FYI.

Wroe Jackson
General Counsel
Texas Secretary of State

*This communication may be privileged and confidential. Any copying, use, or distribution of any information or materials by or to anyone other than the recipients listed above is prohibited without express authorization from the sender.*

Please note my new email address effective immediately: wjackson@sos.texas.gov

**From:** Rodriguez, Tony [mailto:Tony.Rodriguez@dps.texas.gov]
**Sent:** Saturday, October 26, 2013 4:39 PM
**To:** Rodriguez, Tony; Wroe Jackson; Adkins, Phillip; Barber, David; Bell, Stephen; Berkley, Johnnie; Bodisch, Robert; Carter, Thomas; Cesinger, Katherine; Crawford, John; Daughtry, Lisa; Davis, Robin; Garcia, Joseph; Gipson, Sheri; Gomez, Enrique; Grahovec, Ron; Hale, Lynn; Hubbard, Barbara; Hunter, Stephanie; MacBride, Cheryl; Martinez, Germaine; Mastracchio, JoeAnna; McCraw, Steven; Melcher, Lori; Muniz, Barbara; Murphy, Kathleen; Myers, Bob; Patterson, Janet; Peters, Joe; Riemenschneider, Brian; Segundo, Carolina; Silva, Samuel; Smith, Janie; Valdez, Tomas; Valenzuela, Estella; Vinger, Tom; Watkins, Paul; Wells, Charles; Winkley, Salestus
**Subject:** Re: EIC Report for Saturday, 26 Oct

EIC Report for Saturday 26 October 2013

4 Issuances

39 inquiries

Region 1a
 0 Issuances
 9 Inquiries

Region 1B
  1 issuance Evelyn Hahn with number not reported at Fort Worth South DLO
  2 Inquiries

Region 2A
0 issued
7 inquiries

Region 2B
  0 issuances
  4 inquiries



2:13-cv-193
09/02/2014
**DEF1063**

Region 3
Issuance: 1          Corpus Christi (Station 301) EIC # 37844947, Krack, Mathew Micah
Inquiry: 3

Region 4
0 Issuances
0 Inquires

Region 5: No Saturday operations

Region 6A
Issuances - 0
Inquiries -  9

Region 6B
2 Issuances:
    Temple (619) ; 37844944 ; William Theodore Harbes
    Austin South (605) ; 37844945 ; Nicolas Lawrence Hornsberry

5 Inquiries:
 - Austin South (605); 1 did not have original documentation,
- Austin South (605); 2 had valid photo identification (1 valid passport & 1 valid Texas DL)
- 2 Inquiries at Northwest (639) both had valid Texas DL's


Tony Rodriguez
Senior Manager
Office: 512.424.5657
Cell: 512.739.9709