FOR IMMEDIATE RELEASE                                      Contact: Darrell Frost
October 19, 2013                                                       512-463-0490

# Rep. James White announces mobile election ID stations coming to House District 19

WOODVILLE – State Representative James White announces Election Identification Certificates (EICs) will be available from mobile stations in Polk County Oct. 21 and 22 and in Newton County Tuesdays and Thursdays starting Oct. 22.

EICs are available without charge to qualified Texas voters who do not already have an approved form of photo ID, which is now required for voting in person. The November 5 Election will be the first statewide election with photo ID requirements in effect.

"I am proud of our state for the steps we have taken to protect the integrity of our election process and ensure every citizen has the opportunity to exercise his or her constitutional right to vote," said Rep. White. "I look forward to evaluating how this procedure is implemented, and my office would be happy to answer any questions constituents may have about it."

EICs are available from DPS driver license offices across the state, but these mobile units will help bring EIC access closer to home. The stations are made possible through a partnership with the Texas Secretary of State and the Texas Department of Public Safety and working closely with county election officials.

Many Texans already have an approved form of ID and will not need or qualify for an EIC. Acceptable forms of ID in addition to an EIC are:

- Texas driver license issued by DPS
- Texas personal identification card issued by DPS
- Texas concealed handgun license issued by DPS
- United States military identification card containing the person's photograph
- United States citizenship certificate containing the person's photograph
- United States passport

Applicants for an EIC will need to present proof of <u>citizenship and identity</u>. For most applicants that means a birth certificate and two forms of supporting identification. A complete list of identification requirements is available at http://www.dps.texas.gov/DriverLicense/eicDocReqmnts.htm.

The schedule for Polk and Newton County is below. Dates and times may be subject to change. Check www.VoteTexas.gov for the latest dates, locations and times.

<u>Polk</u>
- County Courthouse: 101 W. Church Street, Livingston (9 AM to 4 PM, Mon, Oct. 21 & Tues, Oct. 22)
- Onalaska Sub-Courthouse: 14115 US Highway 190 W. (9 AM to 4 PM, Mon, Oct. 21)
- Corrigan Sub-Courthouse: 201 W. Ben Franklin (9 AM to 4 PM, Tues, Oct. 22)

<u>Newton</u>
- County Tax Office: 113 Court Street, Newton (9 AM to 2 PM, Tuesdays & Thursdays starting Oct. 22)

# # #

2:13-cv-193
09/02/2014
**DEF1064**