# STATE OF TEXAS
## HOUSE OF REPRESENTATIVES



CORRECTIONS - VICE CHAIR

**JAMES WHITE**
DISTRICT 19

AGRICULTURE & LIVESTOCK

FOR IMMEDIATE RELEASE                                                October 18, 2013

### Representative White reminds voters of new photo ID requirement to cast ballot
Polk and Newton County to set up mobile stations to issue Election Identification Certificates

State Representative James White is reminding voters that a valid photo ID is now required to cast a ballot in person for all Texas elections. The first statewide election for which this requirement will be in effect is the state constitutional amendment election on November 5.

Texas voters are required to show one of the following forms of photo identification at the polling location before they are permitted to cast their vote:

- Texas driver license issued by the Texas Department of Public Safety (DPS)
- Texas Election Identification Certificate (EIC) issued by DPS
- Texas personal identification card issued by DPS
- Texas concealed handgun license issued by DPS
- United States military identification card containing the person's photograph
- United States citizenship certificate containing the person's photograph
- United States passport

With the exception of the U.S. citizenship certificate, the identification must be current or have expired no more than 60 days before being presented at the polling place.

Election Identification Certificates are available at no cost for voters who do not already have a required form of photo identification. To receive an EIC, voters must be registered to vote and present documentation verifying U.S. citizenship and identity at their driver license office. The Texas Department of Public Safety recently announced that select driver license offices are open Saturdays and several mobile stations are being set up across the state leading up to the November election solely to issue EICs. In House District 19, Polk and Newton County will have mobile stations at the following locations:

Polk
- County Courthouse: 101 W. Church Street, Livingston (9 AM to 4 PM, Mon, Oct. 21 & Tues, Oct. 22)
- Onalaska Sub-Courthouse: 14115 US Highway 190 W. (9 AM to 4 PM, Mon, Oct. 21)
- Corrigan Sub-Courthouse: 201 W. Ben Franklin (9 AM to 4 PM, Tues, Oct. 22)

Newton
- County Tax Office: 113 Court Street, Newton (9 AM to 2 PM, Tuesdays & Thursdays beginning Oct. 22)

To view a comprehensive list of mobile stations and driver license offices open Saturdays throughout the state, visit www.VoteTexas.gov.

"I am proud of our state for the steps we have taken to protect the integrity of our election process and ensure every citizen has the opportunity to exercise his or her constitutional right to vote," said Rep. White. "I look forward to evaluating how this procedure is implemented in upcoming elections, and my office would be happy to answer any questions constituents may have about it."

###

P.O. BOX 2910 • AUSTIN, TEXAS 78768-2910 • (512) 463-0490 • FAX (512) 463-9059
JAMES.WHITE@HOUSE.STATE.TX.US

TEX00305798