## Mobile EIC Stations Potter/Randall and Victoria County October 25th and 28th

### Friday, October 25

| Potter/Randall County (all locations 9 a.m. to 4 p.m.) | | |
|---|---|---|
| Location | | |
| **Santa Fe Building, Room 326**<br>900 S. Polk St.<br>Amarillo, TX  79101 | Senate District 31--Senator Kel Seliger | House District 87--Representative Four Price |
| **Early Voting location 2 – Old Dept of HHS**<br>2406 SW 6th Avenue<br>Amarillo, TX  79106 | Senate District 31--Senator Kel Seliger | House District 87--Representative Four Price |
| **Comanche Trail Church of Christ**<br>2700 E. 34th Avenue<br>Amarillo, Texas  79103 | Senate District 31--Senator Kel Seliger | House District 86--Representative John T. Smithee |
| **Randall County Finance Bldg, Second Floor**<br>501 16th Street<br>Canyon, Texas  79105 | Senate District 31--Senator Kel Seliger | House District 86--Representative John T. Smithee |

| Victoria County (all locations 9 a.m. to 4 p.m.) | | |
|---|---|---|
| Location | Address | Phone |
| **Victoria Fine Arts Center**<br>1002 Sam Houston Drive<br>Victoria, Texas  77901 | Senate District 18--Senator Glenn Hegar | House District 30--Representative Geanie Morrison |
| **Pattie Dodson Public Health Center**<br>2805 N. Navarro, Classroom B<br>Victoria, Texas  77901 | Senate District 18--Senator Glenn Hegar | House District 30--Representative Geanie Morrison |
| **Victoria County Courthouse**<br>115 N. Bridge<br>Victoria, Texas  77901 | Senate District 18--Senator Glenn Hegar | House District 30--Representative Geanie Morrison |
| **Victoria Mall**<br>7800 N. Navarro | Senate District 18--Senator Glenn Hegar | House District 30--Representative Geanie |



TEX00305820

| Victoria, Texas  77904 |  | Morrison |
|---|---|---|

**Monday, October 28**

| Potter/Randall County (all locations 9 a.m. to 4 p.m.) | | |
|---|---|---|
| **Location** |  |  |
| **Santa Fe Building, Room 326**<br>900 S. Polk St.<br>Amarillo, TX  79101 | Senate District 31--Senator Kel Seliger | House District 87--<br>Representative Four Price |
| **Early Voting location 2 – Old Dept of HHS**<br>2406 SW 6th Avenue<br>Amarillo, TX  79106 | Senate District 31--Senator Kel Seliger | House District 87--<br>Representative Four Price |
| **Comanche Trail Church of Christ**<br>2700 E. 34th Avenue<br>Amarillo, Texas  79103 | Senate District 31--Senator Kel Seliger | House District 86--<br>Representative John T. Smithee |
| **Randall County Finance Bldg, Second Floor**<br>501 16th Street<br>Canyon, Texas  79105 | Senate District 31--Senator Kel Seliger | House District 86--<br>Representative John T. Smithee |
| **Victoria County (all locations 9 a.m. to 4 p.m.)** | | |
| **Location** | **Address** | **Phone** |
| **Victoria Fine Arts Center**<br>1002 Sam Houston Drive<br>Victoria, Texas  77901 | Senate District 18--Senator Glenn Hegar | House District 30--<br>Representative Geanie Morrison |
| **Pattie Dodson Public Health Center**<br>2805 N. Navarro, Classroom B<br>Victoria, Texas  77901 | Senate District 18--Senator Glenn Hegar | House District 30--<br>Representative Geanie Morrison |
| **Victoria County Courthouse**<br>115 N. Bridge<br>Victoria, Texas  77901 | Senate District 18--Senator Glenn Hegar | House District 30--<br>Representative Geanie Morrison |

| | | |
|---|---|---|
| **Victoria Mall**<br>7800 N. Navarro<br>Victoria, Texas  77904 | Senate District 18--Senator Glenn Hegar | House District 30--Representative Geanie Morrison |

TEX00305822