| | |
|---|---|
| **From:** | weston martinez |
| **To:** | Courtney Hjaltman |
| **CC:** | Brian; forrest.miller@texasattorneygeneral.gov; weston martinez; Keith Ingram |
| **Sent:** | 5/14/2013 10:07:22 AM |
| **Subject:** | Urgent Voter Fraud data needed for SB554 |

All,
SB 554( Senator Campbell) which is the voter Fraud bill that was filed along with companion bill 1564 (Representative
Miller) is increasing the Penalty for stealing a mail ballot Envelopes. it increases the penalty to a 1st degree with the ability to be advanced to 3rd degree felony.

The bill has made it out of the Senate and has a solid chance to make it out of committee, in the house **today.**

Chief Of Staff Courtney Hjaltman,
is in need of other cases or **examples of Voter Fraud** to provide to the members of the Criminal Jurisprudence Committee. If one of you has a spreadsheet or tally.

This will be a legislative privileged request.

Again here are the links to the several of the news Stories, which id several cases of voter fraud.

As we all know the most prayed upon group is the elderly.

Links, bill , etc can be seen below.
http://www.woai.com/content/blogs/briancollister/story/Voter-fraud-allegations-persist-in-Bexar-balloting/kK1ewkr4cEKibY3xF6QLPw.cspx

http://www.youtube.com/watch?v=47xYsMiWCKY

http://www.kvue.com/news/state/Complaint-filed-Absentee-ballots-sent-to-San-Antonio-cemetery-177471861.html
(voter was in hospital, when records show voting in person)

http://www.bizjournals.com/sanantonio/poll/results/9109382


---------- Forwarded message ----------
From: **Courtney Hjaltman** <Courtney.Hjaltman@house.state.tx.us>
Date: Tue, May 14, 2013 at 8:36 AM
Subject: RE: SB 554
To: "weston1123@gmail.com" <weston1123@gmail.com>

2:13-cv-193
09/02/2014
**DEF1067**

Do we have any other info or complaints other than just the cemetery story?  I think the members of the committee are looking for more than just this one case, even though its multiple instances of theft.

**From:** weston1123@gmail.com [mailto:weston1123@gmail.com]
**Sent:** Tuesday, May 14, 2013 7:05 AM

**To:** Courtney Hjaltman
**Subject:** Re: SB 554

Helpful if I include the link.

### http://www.kvue.com/news/state/Complaint-filed-Absentee-ballots-sent-to-San-Antonio-cemetery-177471861.html

Thank you,

Weston Martinez

On May 14, 2013, at 7:04 AM, weston1123@gmail.com wrote:

Courtney,

This is another news agency that did a story on ballots that were requested from the owner of the cemetery.

These people, had ballots requested using the cemetery address, & someone "else" voted in person.

The true voters show copies of medical records showing they were in the hospital under doctors care.

The cemetery owner, threatened to sue the station if the ran the story. We forced the issue by holding the press conference at the cemetery.

I will be sending you a drop box link shortly.
The Ag said this is a classic case of ballot harvesting.

Thank you,

Weston Martinez

210.215.8785

On May 13, 2013, at 7:48 PM, Courtney Hjaltman <Courtney.Hjaltman@house.state.tx.us> wrote:

TEX00312805

The quicker we can get it to them the quicker we can get it voted out. can you pull something together by tomorrow?

---

**From:** weston1123@gmail.com [mailto:weston1123@gmail.com]
**Sent:** Monday, May 13, 2013 7:43 PM
**To:** Courtney Hjaltman
**Subject:** Re: SB 554

Yes. When do you need it ?

Thank you,

Weston Martinez

On May 13, 2013, at 7:25 PM, Courtney Hjaltman <Courtney.Hjaltman@house.state.tx.us> wrote:

Weston, we laid out SB 554 in committee on the House side this evening and it was requested that we try to find out some data about ballot theft. We talked about the example of SA and used the news article you provided me earlier this session, however do you have any other cases we can point to. Basically we are wanting to show that this is something that actually occurs more than just a rare occasion and thus we need the penalty increase.

Thanks

Courtney Moore Hjaltman

Chief of Staff

Rep. Rick Miller

District 26

TEX00312806