**From:** Keith Ingram
**To:** countyjudge2@countyjudgetx.com
**Sent:** 10/18/2013 1:27:31 PM
**Subject:** Delta county MOU
**Attachments:** EIC Interlocal with Counties (041451Oct13).docx


Ms. Hommel,

It was a pleasure to speak with you just now.  Attached is the document that DPS needs to be signed and returned.
Please scan it in and send it by email to:  eic@dps.texas.gov

If you have any questions or concerns, please let me know.

Keith
(512)463-1752


Keith Ingram
Director, Elections Division
Office of the Secretary of State
800-252-VOTE(8683)
www.sos.state.tx.us/elections/index.shtml
**For Voter Related Information, please visit:**



*The information contained in this email is intended to provide advice and assistance in election matters per §31.004 of the Texas Election Code.  It is not intended to serve as a legal opinion for any matter.  Please review the law yourself, and consult with an attorney when your legal rights are involved.*

2:13-cv-193
09/02/2014
**DEF1068**