| From: | Keith Ingram |
|---|---|
| To: | Grimes - Rebecca Duff (grimesvoters@yahoo.com) |
| Sent: | 10/8/2013 12:39:23 PM |
| Subject: | FW: Mobile Election Identification Certificate (EIC) Program |
| Attachments: | ATT00001.htm; ATT00002.htm; ATT00003.htm; EIC County Training Plan (04 1454 Oct 13).docx; EIC Interlocal with Counties (041451Oct13).docx; EIC Training Site Locations and Contacts (041455OCT13).docx |

Becky,

Here is what I have.

Keith


**From:** Election_Identification_Certificates <EIC@dps.texas.gov>
**Date:** October 4, 2013 at 4:35:12 PM CDT
**To:** Undisclosed recipients:;
**Subject: Mobile Election Identification Certificate (EIC)  Program**

Thank you for your interest in partnering with the Texas Secretary of State and the Texas Department of Public Safety in our Mobile Election Identification Certificate (EIC) program.  Attached, please a series of documents that provide information on the program, the upcoming training and EIC operation:

- An Interlocal Cooperation Contract (ICC): While the Department of Public Safety will provide the training without a signed Interlocal Cooperation Contract, we must have a copy of the ICC signed by the County Judge after receiving authorization by the Commissioners Court before we can process a county's EICs.

- A training plan that lists the training locations,

- A document that provides points of contact for each training site.

- This hyperlink will allow you to view and download the EIC training packet: Click here to view EIC documents

The EIC kits DPS personnel will provide contain all the items required to process EICs immediately, except the printer paper.  These kits will be issued the same day as the training.


v/r

*Tony Rodriguez*

Customer Operations Senior Manager – South and West
Driver License Division
Texas Department of Public Safety


2:13-cv-193
09/02/2014
DEF1070

TEX00462080