# EIC Training Site Locations & Contact Information

Garland
    <u>Garland Megacenter</u>
    4445-A Saturn RD, Garland, TX 75043
    October 9
    Note: Will need extension cords and power strips

Huntsville
    <u>Sam Houston State University</u>
    816 17th Street, Huntsville, TX 77340
    College of Criminal Justice Bldg, Bates Room, 2nd Flr, Main level Room A217
    October 9
    Ann Broussard – 936-294-1693
    Note: Will need extension cords and power strips

Beeville
    <u>Coastal Bend College</u>
    3800 Charco Rd, Beeville, TX 78102
    George F Elam Building, Room 116
    October 8
    Erica Castillo – 361-354-2522
    Note: Will need extension cords and power strips, possible $25 fee

San Angelo
    <u>Concho Valley Council Of Governments</u>
    2801 W Loop 306, Suite A, San Angelo, TX 76904
    October 8
    Bea Ramsey – O-325-944-9666, C-325-234-2453
    Note: Will need extension cords and power strips

El Paso
    <u>El Paso – Scott Simpson Driver License Office</u>
    11612 Scott Simpson, El Paso, TX 79936
    October 9
    Note: Will need extension cords and power strips

Lubbock
    <u>Texas Tech University Health Science Center</u>
    3601 4th Street, Lubbock, Texas 79430 (corner of Quaker AVE and Indiana AVE)
    Health Science Center Building, 2nd Floor, Room 2C221
    October 8
    Ann Herring – 806-743-2288
    Note: Will need extension cords and power strips


2:13-cv-193
09/02/2014
DEF1073

TEX00462092

Amarillo
    <u>Panhandle Regional Planning Commission</u>
    415 Southwest 8th AVE, Amarillo, TX 79105 (Corner of 8th and Jackson)
    3rd Floor meeting room
    October 9
    Shane Brown – (806) 372-3381
    Note: Will need extension cords and power strips, Will supply sodas and water

TEX00462093