| | |
|---|---|
| **From:** | Keith Ingram |
| **To:** | Wroe Jackson; Alicia Pierce; Coby Shorter |
| **Sent:** | 9/26/2013 10:54:52 AM |
| **Subject:** | Fwd: mobile EIC information |

Sent from my iPhone

Begin forwarded message:

**From:** Toni Pippins-Poole <Toni.Pippins-Poole@dallascounty.org>
**Date:** September 26, 2013 at 10:29:30 AM CDT
**To:** 'Keith Ingram' <KIngram@sos.texas.gov>
**Cc:** Robert Heard <Robert.Heard@dallascounty.org>
**Subject: RE: mobile EIC information**

Keith,
Per our telephone conversation yesterday, additional mobile EIC dates and locations are going to be assigned in Dallas County. We are trying to select locations in Dallas County for the 3rd and 4th and in order to not overlap and underserve an area, can you provide me with your list of locations assignments during the next two weeks of October?
 I believe that those days listed for Dallas County were October 7-18 Monday- Friday. Let me know if this is not correct.
We are trying to determine adequate locations and distribute this information to the public and on our website as soon as possible.
Thanks for your assistance.
Toni

**Toni Pippins-Poole,CERA,CCPA**
Elections Administrator
Dallas County Elections Department
2377 N. Stemmons Frwy., Suite 820
Dallas, Texas  75207
214.819.6335 Office
214.819.6382 Fax
tpippins@dallascounty.org
www.dallascounty.org

**From:** Keith Ingram [mailto:KIngram@sos.texas.gov]
**Sent:** Monday, September 23, 2013 3:04 PM
**To:** Toni Pippins-Poole
**Subject:** mobile EIC information

Here is the zip code information I discussed

| | | | |
|---|---|---|---|
| DALLAS | ADDISON | 75001 | 295 |
| DALLAS | CARROLLTON | 75006 | 1034 |
| DALLAS | CARROLLTON | 75007 | 73 |
| DALLAS | COPPELL | 75019 | 682 |



2:13-cv-193
09/02/2014
**DEF1074**

| County | City | ZIP | Count |
| --- | --- | --- | --- |
| DALLAS | IRVING | 75038 | 478 |
| DALLAS | IRVING | 75039 | 169 |
| DALLAS | GARLAND | 75040 | 1437 |
| DALLAS | GARLAND | 75041 | 671 |
| DALLAS | GARLAND | 75042 | 787 |
| DALLAS | GARLAND | 75043 | 1499 |
| DALLAS | GARLAND | 75044 | 858 |
| DALLAS | SACHSE | 75048 | 250 |
| DALLAS | GARLAND | 75048 | 1 |
| DALLAS | GRAND PRAIRIE | 75050 | 741 |
| DALLAS | GRAND PRAIRIE | 75051 | 808 |
| DALLAS | GRAND PRAIRIE | 75052 | 1230 |
| DALLAS | IRVING | 75060 | 1161 |
| DALLAS | IRVING | 75061 | 1107 |
| DALLAS | IRVING | 75062 | 1158 |
| DALLAS | IRVING | 75063 | 577 |
| DALLAS | LEWISVILLE | 75067 | 13 |
| DALLAS | RICHARDSON | 75080 | 1231 |
| DALLAS | RICHARDSON | 75081 | 1046 |
| DALLAS | RICHARDSON | 75082 | 96 |
| DALLAS | ROWLETT | 75088 | 498 |
| DALLAS | ROWLETT | 75089 | 466 |
| DALLAS | WYLIE | 75098 | 39 |
| DALLAS | DALLAS | 75102 | 1 |
| DALLAS | CEDAR HILL | 75104 | 1049 |
| DALLAS | DESOTO | 75115 | 1477 |
| DALLAS | DUNCANVILLE | 75116 | 677 |
| DALLAS | FERRIS | 75125 | 8 |
| DALLAS | LANCASTER | 75134 | 592 |
| DALLAS | DUNCANVILLE | 75137 | 632 |
| DALLAS | HUTCHINS | 75141 | 111 |
| DALLAS | LANCASTER | 75146 | 547 |
| DALLAS | MESQUITE | 75149 | 1605 |
| DALLAS | MESQUITE | 75150 | 1578 |
| DALLAS | GLENN HEIGHTS | 75154 | 192 |
| DALLAS | OVILLA | 75154 | 9 |
| DALLAS | SEAGOVILLE | 75159 | 358 |
| DALLAS | WILMER | 75172 | 112 |
| DALLAS | BALCH SPRINGS | 75180 | 624 |
| DALLAS | MESQUITE | 75181 | 484 |
| DALLAS | BALCH SPRINGS | 75181 | 7 |
| DALLAS | SUNNYVALE | 75182 | 121 |
| DALLAS | DALLAS | 75201 | 786 |
| DALLAS | DALLAS | 75202 | 56 |
| DALLAS | DALLAS | 75203 | 805 |
| DALLAS | DALLAS | 75204 | 917 |

| County | City | ZIP | Count |
|---|---|---|---|
| DALLAS | DALLAS | 75205 | 702 |
| DALLAS | DALLAS | 75206 | 955 |
| DALLAS | DALLAS | 75207 | 31 |
| DALLAS | DALLAS | 75208 | 1120 |
| DALLAS | DALLAS | 75209 | 674 |
| DALLAS | DALLAS | 75210 | 624 |
| DALLAS | DALLAS | 75211 | 2356 |
| DALLAS | DALLAS | 75212 | 1704 |
| DALLAS | DALLAS | 75214 | 1090 |
| DALLAS | DALLAS | 75215 | 1623 |
| DALLAS | DALLAS | 75216 | 4556 |
| DALLAS | DALLAS | 75217 | 2381 |
| DALLAS | DALLAS | 75218 | 719 |
| DALLAS | DALLAS | 75219 | 684 |
| DALLAS | DALLAS | 75220 | 724 |
| DALLAS | DALLAS | 75223 | 638 |
| DALLAS | DALLAS | 75224 | 1738 |
| DALLAS | DALLAS | 75225 | 727 |
| DALLAS | DALLAS | 75226 | 137 |
| DALLAS | DALLAS | 75227 | 1550 |
| DALLAS | DALLAS | 75228 | 1716 |
| DALLAS | DALLAS | 75229 | 1000 |
| DALLAS | DALLAS | 75230 | 743 |
| DALLAS | DALLAS | 75231 | 651 |
| DALLAS | DALLAS | 75232 | 1776 |
| DALLAS | DALLAS | 75233 | 466 |
| DALLAS | FARMERS BRANCH | 75234 | 866 |
| DALLAS | DALLAS | 75234 | 98 |
| DALLAS | DALLAS | 75235 | 588 |
| DALLAS | DALLAS | 75236 | 257 |
| DALLAS | DALLAS | 75237 | 433 |
| DALLAS | DALLAS | 75238 | 812 |
| DALLAS | DALLAS | 75240 | 486 |
| DALLAS | DALLAS | 75241 | 2842 |
| DALLAS | DALLAS | 75243 | 1537 |
| DALLAS | DALLAS | 75244 | 341 |
| DALLAS | FARMERS BRANCH | 75244 | 98 |
| DALLAS | DALLAS | 75246 | 83 |
| DALLAS | DALLAS | 75247 | 57 |
| DALLAS | DALLAS | 75248 | 1046 |
| DALLAS | DALLAS | 75249 | 350 |
| DALLAS | DALLAS | 75251 | 84 |
| DALLAS | DALLAS | 75252 | 44 |
| DALLAS | DALLAS | 75253 | 235 |
| DALLAS | DALLAS | 75254 | 502 |
| DALLAS | DALLAS | 75287 | 3 |