



From: **Dallas County Elections Department**
Toni Pippins-Poole, Elections Administrator, CERA, CCPA

**FOR IMMEDIATE RELEASE: Wednesday, OCTOBER 2, 2013**

### DALLAS COUNTY AND STATE TO PROVIDE ELECTION IDENTIFICATION CERTIFICATES TO DALLAS COUNTY RESIDENTS

**Dallas, TX** - The State of Texas recently implemented Voter Identification legislation that may affect the voting status of many Dallas residents. The Dallas County Elections Department (DCED) and the State of Texas are moving forward to assist voters that might be impacted by the requirements of this legislation. The Texas Department of Public Safety (DPS) and the Texas Secretary of State (SOS) (jointly referred to as "DPS-SOS" herein) have very recently begun coordinating with the DCED to schedule placement of equipment and manpower to provide Election Identification Certificates, (EIC's) to Dallas County residents.

Dallas County Election Department has scheduled several locations Dallas County residents may visit and apply for an EIC. These locations will be open from Thursday, October 3, 2013 through Friday, October 4, 2013; and, Monday, October 7, 2013 through Friday, October 11, 2013. A schedule of these locations, dates, and times for mobile locations is attached, and is available on DCED's website at, https://www.dallascountyvotes.org.

DPS will also open on Saturdays, October 5th,12th, and November 2nd from 10 a.m. – 2 p.m., and will be located at existing driver's license offices in Dallas County. A list of these Saturday-Only locations is also attached, and is available on DCED's website.

A voter may obtain an EIC at any of the sites if they have no other acceptable forms of photo identification for voting. Applicants must show proof of citizenship and identity to obtain an EIC.

**To qualify for an EIC at the sites, you must:**

- Bring documentation to verify U.S. Citizenship (Birth Certificate)
- Bring documentation to verify Identity
- Be eligible to vote in Texas *(Bring a valid voter registration card, or submit a voter registration application to the Dallas County Elections Department)
- Be a Texas resident
- Be 17 years and 10 months or older

The Dallas County Clerk will be on-site at the mobile locations to issue birth certificates for obtaining EIC's; fee will be waived.

# PLEASE DISPERSE AS MANY TIMES AS POSSIBLE

**2377 N. STEMMONS FRWY.     SUITE 820     DALLAS, TX     75207     (214) 819-6300**

TEX00462237



EIC Press Release
Page Two

**Acceptable forms of required documentation:**

<u>Document that Establish U.S. Citizenship</u>

An applicant who is a U.S. citizen must present one of the following documents for verification through the U.S. Department of Homeland Security.

A. U.S. passport book or card; or
B. Long or short-form Birth certificate issued by a U.S. state, U.S. territory or District of Columbia; or
C. For U.S. citizens born abroad—Certificate of Report of Birth (DS-1350 or FS-545) or Consular Report of Birth (FS-240) issued by the U.S. Department of State; or
D. U.S. Certificate of Citizenship or Certificate of Naturalization (N-560, N-561, N-645, N-550, N-55G, N-570 or N-578); or
E. U.S. Department of Justice Immigration and Naturalization Service U.S. Citizen ID Card (Form I-197 or I-179)

<u>Documents that Establish Identity</u>

An applicant for an Election Identification Certificate (EIC) must provide documents satisfactory to the department to verify their identity. All documents must be verifiable. There are three ways an individual can verify his/her identity when applying for an EIC:

A. **Bring one item listed in the primary identification category** (Texas-issued driver license or personal identification card that has been expired for 60 days and is within two years of expiration date) ; or
B. **Bring two items listed in the secondary identification category** (Original or certified copy of a birth certificate; a U.S. Department of State Certification of Birth; a court order showing name and date of birth for name changes; or U.S. citizenship or naturalization documents) ; or
C. **Bring one item listed in the secondary identification category, plus two items listed in the supporting identification category** (voter registration card; school records; insurance policy; military records; Texas vehicle or boat registration; social security card; unexpired driver license or identification issued by another state, and like state-issued or legal documents.

A complete list of documents that can be used to establish identity can be found at DPS' website, www.DPS.Texas.gov/DriverLicense/electionID.htm.

Texas DPS will not be taking Voter Registration Applications at the mobile sites; however, the Dallas County Elections Department will be there to provide that service. Texas DPS has stated that "Warrant Checks" will not be conducted on individuals applying for EIC's.

For more information on the requirements, exemptions, and the process for obtaining an Election Identification Certificate if you do not have another form of identification can be found at www.DPS.Texas.gov/DriverLicense/electionID.htm; at www.VoteTexas.gov; or, at www.dallascountyvotes.org.

2377 N. STEMMONS FRWY.   SUITE 820   DALLAS, TX   75207   (214) 819-6300

TEX00462238



EIC Press Release
Page Three

**MEDIA CONTACTS:**

Toni Pippins-Poole, CERA, CCPA
Elections Administrator
tpippins@dallascounty.org

Robert Heard, Sr.
Assistant Elections Administrator
robert.heard@dallascounty.org

**2377 N. STEMMONS FRWY.     SUITE 820     DALLAS, TX     75207     (214) 819-6300**

TEX00462239

**Schedule of Available Dallas County Locations for an Election Identification Certificate**

| THURSDAY OCTOBER 3RD | FRIDAY OCTOBER 4TH | MONDAY OCTOBER 7TH | TUESDAY OCTOBER 8TH | WEDNESDAY OCTOBER 9TH | THURSDAY OCTOBER 10TH | FRIDAY OCTOBER 11TH | SATURDAY ONLY |
|---|---|---|---|---|---|---|---|
| **Lakeside Activity Center** 101 Holley Park Drive Mesquite, TX 75159 8:00 a.m. – 5:00 p.m. | **Garland Government Center** 1791 W. Avenue D Garland, TX 75042 10:00 a.m. – 7:00 p.m. | **Friendship West Baptist Church** 2020 W. Wheatland Road Dallas, TX 75232 10:00 a.m. – 7:00 p.m. | **Tommie Allen Recreation Center** 7071 Bonnie View Road Dallas, TX 75241 10:00 a.m. – 7:00 p.m. | **North Dallas Government Center** 10056 Marsh Lane Dallas, TX 75241 10:00 a.m. – 7:00 p.m. | **Oak Cliff Sub-Courthouse** 410 S. Beckley Avenue Dallas, TX 75203 10:00 a.m. – 7:00 p.m. | **El Centro-Dallas West Campus** 3333 N. Hampton Road Dallas, TX 75212 8:00 a.m. – 5:00 p.m. | **OCTOBER 5TH OCTOBER 12TH NOVEMBER 2ND** **10:00 a.m. – 2:00 p.m.** **DALLAS COUNTY DPS LOCATIONS** |
| **Prairie Creek Library** 9609 Lake June Road Dallas, TX 75217 10:00 a.m. – 7:00 p.m. | **Josey Ranch Library** 1700 Keller Springs Carrollton, TX 75006 8:00 a.m. – 5:00 p.m. | **Richardson Civic Center** 411 W. Arapaho Road Richardson, TX 75080 10:00 a.m. – 7:00 p.m. | **Records Building** 509 Main Street Dallas, TX 75202 8:00 a.m. – 5:00 p.m. | **St. Luke Community Life Center** 6211 E. Grand Avenue Dallas, TX 75223 8:00 a.m. – 5:00 p.m. | **Cedar Hill Town Center** 285 Uptown Boulevard Cedar Hill, TX 75104 8:00 a.m. – 5:00 p.m. | **Valley Ranch Library** 401 Cimarron Trail Irving, TX 75063 8:00 a.m. – 5:00 p.m. | **Carrollton Office** 2625 Old Denton Road, Suite 464 Carrollton, Texas 75007 972.245.5800 **Cedar Hill Office** 116 W. Beltline, Suite 2 Cedar Hill, Texas 75104 469.272.9301 |
| **Lochwood Library** 11211 Lochwood Boulevard Dallas, TX 75218 8:00 a.m. – 5:00 p.m. | **Cimmaron Recreation Center** 201 Red River Trail Irving, TX 75063 10:00 a.m. – 7:00 p.m. | **Duncanville Library** 201 James Collins Duncanville, TX 75116 10:00 a.m. – 7:00 p.m. | **Grand Prairie Government Center** 106 W. Church Street Grand Prairie, TX 75050 8:00 a.m. – 5:00 p.m. | **Irving City Hall** 825 W. Irving Boulevard Irving, TX 75060 8:00 a.m. – 5:00 p.m. | **Park In the Woods Recreation Center** 6801 Mountain Creek Parkway Cedar Hill, TX 75104 8:00 a.m. – 5:00 p.m. | **Fretz Park Library** 6990 Belt Line Road Dallas, TX 75254 10:00 a.m. – 7:00 p.m. | **Dallas East Office** 11411 E. Northwest Highway, Suite 111 Dallas, Texas 75218 214.553.0033 **Dallas-Garland Mega Center** 4445-A Saturn Road Garland, Texas 75041 214.861.3700 |
| **Martin L. King Jr. Center** 2922 Martin Luther King Jr. Boulevard Dallas, TX 75215 10:00 a.m. – 7:00 p.m. | **Grauwyler Park Recreation Center** 7780 Harry Hines Boulevard Dallas, TX 75235 8:00 a.m. – 5:00 p.m. | **Martin Weiss Recreation Center** 1111 Martindell Avenue Dallas, TX 75211 8:00 a.m. – 5:00 p.m. | **City of Lancaster Library** 1600 Veterans Memorial Parkway Lancaster, TX 75134 8:00 a.m. – 5:00 p.m. | **DeSoto Town Center Library** 211 E. Pleasant Run Road DeSoto, TX 75115 10:00 a.m. – 7:00 p.m. | **Bethany Lutheran Church** 10101 Walnut Hill Lane Dallas, TX 75238 8:00 a.m. – 5:00 p.m. | **Paul Laurence Dunbar Lancaster-Kiest Library** 2008 E. Kiest Boulevard Dallas, TX 75216 10:00 a.m. – 7:00 p.m. | **Dallas Southwest Office** 5610 Red Bird Center Drive, Suite 500 Dallas, Texas 75237 214.330.3958 **Garland Office** 350 W. I-30 Garland, Texas 75043 214.861.2125 **Grand Prairie Office** 550 S. Carrier Parkway, Suite 570 Grand Prairie, Texas 75051 972.264.6598 **Irving Office** 1003 W. 6th Street Irving, Texas 75060 972.253.4171 |

TEX00462240