

De parte: **Del Departamento de Elecciones del Condado de Dallas**
Toni Pippins-Poole, Elections Administrator, CERA, CCPA

**PARA PUBLICACIÓN INMEDIATA: MIÉRCOLES, 02 DE OCTUBRE DE 2013**

**EL CONDADO DE DALLAS Y ESTADO SUMISTRARA CERTIFICADOS DE IDENTIFICACÍON A LOS RESIDENTES DEL CONDADO DE DALLAS**

Dallas, TX - el estado de Texas recientemente implementó leyes de identificación de votante que puedan afectar la situación electoral de muchos residentes de Dallas. El Departamento de elecciones del Condado de Dallas (DCED) y el estado de Texas están avanzando ayudar a los votantes que podrían ser impactados por los requisitos de esta legislación. El Departamento de seguridad pública de Texas (DPS) y el Secretario de estado de Texas (SOS) (conjuntamente denominados "DPS-SOS" adjunto) han comenzado ha coordinar con el DCED un horario para colocaciónar equipo y mano de obra para proporcionar certificados de identificación electoral, (EIC) a los residentes del Condado de Dallas.

El Departamento de elecciones del Condado de Dallas ha programado varios lugares donde los residentes del Condado de Dallas pueden visitar y solicitar un EIC. Estos lugares estarán abiertos de jueves, 03 de octubre de 2013 a través de viernes, 04 de octubre de 2013; y, lunes, 07 de octubre de 2013 a través de viernes, 11 de octubre de 2013. Se adjunta una lista de estos lugares, fechas y tiempos para ubicaciones móviles y está disponible tambien en el sitio web de DCED en,
https://www.dallascountyvotes.org

DPS se abrirá también los sábados, 5 de octubre y el 12, y 2 de noviembre de 10 a.m.–2 p.m. y se ubicará en las oficinas de licencia existentes en el Condado de Dallas. Una lista de estos lugares que habriran sólo el sábado también esta adjunta y está disponible en el sitio web de DCED

Un votante puede obtener un EIC en cualquiera de los sitios si no tienen ninguna otras formas aceptables de identificación con fotografía para votar. Los solicitantes deben mostrar prueba de ciudadanía e identidad para obtener un EIC

**Para calificar para un EIC en los sitios, usted debe:**

- Traer documentación para verificar la ciudadanía estadounidense (cetificado de nacimiento)
- Traer documentación para verificar la identidad
- Ser elegible para votar en Texas * (llevar un registro de votantes válidos de la tarjeta, o presentar una solicitud de registro de votantes para el Departamento de elecciones del Condado de Dallas)
- Ser residente de Texas
- Tener 17 años y 10 meses de edad



2:13-cv-193
09/02/2014
**DEF1079**

**POR FAVOR DISPERSAR TANTAS VECES SEA POSIBLE**

**2377 N. STEMMONS FRWY.    SUITE 820    DALLAS, TX    75207    (214) 819-6300**



EIC Comunicado de Prensa -Página dos

**Formas aceptables de la documentación requerida:**
**<u>Documentos que Establecen Ciudadanía estadounidense</u>**

Un solicitante que es un ciudadano de los EE.UU. debe presentar uno de los siguientes documentos para la verificación a través del Departamento de Seguridad Nacional de ESTADOS UNIDOS.

A. EE.UU. pasaporte o tarjeta; o
B. largo o corto formulario certificado de nacimiento emitido por un estado de ESTADOS UNIDOS, territorio DE LOS ESTADOS UNIDOS o en el Distrito de Columbia; o
C. por parte de los ciudadanos estadounidenses nacidos en el extranjero, Certificado de Informe de Nacimiento (DS-1350 o FS-545) o Reporte Consular de Nacimiento (FS-240) mitidos por el Departamento de Estado de los ESTADOS UNIDOS; o
D. EE.UU. Certificado de Ciudadanía o Certificado de Naturalización (N-560, N-561, N-645, N-550, N-55G, N-570 y N-578); o
E. Departamento de Justicia DE LOS ESTADOS UNIDOS Servicio de Inmigración y aturalización Ciudadano de los EE.UU. Tarjeta de identificación (Formulario I-197 o I-179)

**<u>Documentos que Establecen su Identidad</u>**

Para un certificado de identificación electoral (EIC) el solicitante debe mostrar documentos satisfactorios al Departamento para verificar su identidad. Todos los documentos deben ser verificables. Hay tres maneras que un individuo puede verificar su identidad cuando solicita un EIC:

A. **trae un elemento listado en la categoría principal identificación** ( emitida por el estado de Texas una licencia o tarjeta de identificación personal que ha sido vencido por 60 días y es dentro de dos años de la fecha de vencimiento; o
B. **traer dos artículos en la categoría de identificación secundaria** ( Original o copia de un certificado de nacimiento, un Estados Unidos Departamento de estado la certificación de nacimiento; una orden judicial mostrando nombre y fecha de nacimiento para cambios de nombre; o documentos de ciudadanía o naturalización de Estados Unidos); o
C. **llevar un artículo que aparece en la categoría de identificación secundaria**, **además de dos artículos en la categoría soporte de identificación** (credencial de elector, registros escolares póliza de seguros; registros militares; Registro de vehículo o embarcación Texas; tarjeta de seguro social; licencia vigente o identificación expedida por otro estado y al igual que documentos legales o emitida por el estado.

Esta información puede encontrarse en el sitio web de DPS, www.DPS.Texas.gov/DriverLicense/electionID.htm, o poniéndose en contacto con DCED al (214) 819-6300
DPS de Texas no va a tomar las solicitudes de registro de votantes en los sitios móviles; Sin embargo, el Departamento de elecciones del Condado de Dallas estará allí para brindar ese servicio. DPS de Texas ha declarado que "Ordenes de aresto" no se realizará en aquellas personas que soliciten de EIC.

2377 N. Stemmons Frwy.     Suite 820     Dallas, TX     75207     (214) 819-6300



EIC Comunicado de Prensa -Página Tres

Para obtener más información sobre los requisitos, las exenciones y el proceso para la obtención de un certificado de identificación electoral si no tiene otra forma de identificación pueden encontrarse en www.DPS.Texas.gov/DriverLicense/electionID.htm;; en www. www.VoteTexas.gov; o, en el www.dallascountyvotes.org.

**INFORMACIÓN DE CONTACTOS PARA MEDIOS DE COMUNICACIÓN:**

Toni Pippins-Poole, CERA, CCPA
Administrador de Elecciones
tpippins@dallascounty.org
214-819-6335


Robert Heard, Sr.
Assistente de Administador de Elecciones
robert.heard@dallascounty.org
214-819-6334

2377 N. S<small>TEMMONS</small> F<small>RWY</small>.    S<small>UITE</small> 820    D<small>ALLAS</small>, TX    75207    (214) 819-6300

TEX00462243

**Horario de localizaciones del Condado Dallas disponible para obtener un certificado de identificación electoral**

| THURSDAY OCTOBER 3RD | FRIDAY OCTOBER 4TH | MONDAY OCTOBER 7TH | TUESDAY OCTOBER 8TH | WEDNESDAY OCTOBER 9TH | THURSDAY OCTOBER 10TH | FRIDAY OCTOBER 11TH |
|---|---|---|---|---|---|---|
| **Lakeside Activity Center** 101 Holley Park Drive Mesquite, TX 75159 8:00 a.m. – 5:00 p.m. | **Garland Government Center** 1791 W. Avenue D Garland, TX 75042 10:00 a.m. – 7:00 p.m. | **Friendship West Baptist Church** 2020 W. Wheatland Road Dallas, TX 75232 10:00 a.m. – 7:00 p.m. | **Tommie Allen Recreation Center** 7071 Bonnie View Road Dallas, TX 75241 10:00 a.m. – 7:00 p.m. | **North Dallas Government Center** 10056 Marsh Lane Dallas, TX 75241 10:00 a.m. – 7:00 p.m. | **Oak Cliff Sub-Courthouse** 410 S. Beckley Avenue Dallas, TX 75203 10:00 a.m. – 7:00 p.m. | **El Centro-Dallas West Campus** 3333 N. Hampton Road Dallas, TX 75212 8:00 a.m. – 5:00 p.m. |
| **Prairie Creek Library** 9609 Lake June Road Dallas, TX 75217 10:00 a.m. – 7:00 p.m. | **Josey Ranch Library** 1700 Keller Springs Carrollton, TX 75006 8:00 a.m. – 5:00 p.m. | **Richardson Civic Center** 411 W. Arapaho Road Richardson, TX 75080 10:00 a.m. – 7:00 p.m. | **Records Building** 509 Main Street Dallas, TX 75202 8:00 a.m. – 5:00 p.m. | **St. Luke Community Life Center** 6211 E. Grand Avenue Dallas, TX 75223 8:00 a.m. – 5:00 p.m. | **Cedar Hill Town Center** 285 Uptown Boulevard Cedar Hill, TX 75104 8:00 a.m. – 5:00 p.m. | **Valley Ranch Library** 401 Cimarron Trail Irving, TX 75063 8:00 a.m. – 5:00 p.m. |
| **Lochwood Library** 11211 Lochwood Boulevard Dallas, TX 75218 8:00 a.m. – 5:00 p.m. | **Cimmaron Recreation Center** 201 Red River Trail Irving, TX 75063 10:00 a.m. – 7:00 p.m. | **Duncanville Library** 201 James Collins Duncanville, TX 75116 10:00 a.m. – 7:00 p.m. | **Grand Prairie Government Center** 106 W. Church Street Grand Prairie, TX 75050 8:00 a.m. – 5:00 p.m. | **Irving City Hall** 825 W. Irving Boulevard Irving, TX 75060 8:00 a.m. – 5:00 p.m. | **Park In the Woods Recreation Center** 6801 Mountain Creek Parkway Cedar Hill, TX 75104 8:00 a.m. – 5:00 p.m. | **Fretz Park Library** 6990 Belt Line Road Dallas, TX 75254 10:00 a.m. – 7:00 p.m. |
| **Martin L. King Jr. Center** 2922 Martin Luther King Jr. Boulevard Dallas, TX 75215 10:00 a.m. – 7:00 p.m. | **Grauwyler Park Recreation Center** 7780 Harry Hines Boulevard Dallas, TX 75235 8:00 a.m. – 5:00 p.m. | **Martin Weiss Recreation Center** 1111 Martindell Avenue Dallas, TX 75211 8:00 a.m. – 5:00 p.m. | **City of Lancaster Library** 1600 Veterans Memorial Parkway Lancaster, TX 75134 8:00 a.m. – 5:00 p.m. | **DeSoto Town Center Library** 211 E. Pleasant Run Road DeSoto, TX 75115 10:00 a.m. – 7:00 p.m. | **Bethany Lutheran Church** 10101 Walnut Hill Lane Dallas, TX 75238 8:00 a.m. – 5:00 p.m. | **Paul Laurence Dunbar Lancaster-Kiest Library** 2008 E. Kiest Boulevard Dallas, TX 75216 10:00 a.m. – 7:00 p.m. |

**SATURDAY ONLY**

OCTOBER 5TH
OCTOBER 12TH
NOVEMBER 2ND

**10:00 a.m. – 2:00 p.m.**

**DALLAS COUNTY DPS LOCATIONS**

**Carrollton Office**
2625 Old Denton Road, Suite 464
Carrollton, Texas 75007
972.245.5800

**Cedar Hill Office**
116 W. Beltline, Suite 2
Cedar Hill, Texas 75104
469.272.9301

**Dallas East Office**
11411 E. Northwest Highway, Suite 111
Dallas, Texas 75218
214.553.0033

**Dallas-Garland Mega Center**
4445-A Saturn Road
Garland, Texas 75041
214.861.3700

**Dallas Southwest Office**
5610 Red Bird Center Drive, Suite 500
Dallas, Texas 75237
214.330.3958

**Garland Office**
350 W. I-30
Garland, Texas 75043
214.861.2125

**Grand Prairie Office**
550 S. Carrier Parkway, Suite 570
Grand Prairie, Texas 75051
972.264.6598

**Irving Office**
1003 W. 6th Street
Irving, Texas 75060
972.253.4171

TEX00462244