**From:** Keith Ingram
**To:** Krueger, Kristopher
**CC:** Valdez, Tomas; Wroe Jackson
**Sent:** 10/15/2013 1:47:28 PM
**Subject:** RE: Counties for SOS to Contact

Garza County

Judge John Lee Norman is interested in hosting DPS for the EIC issuance at the former Driver License office in the Courthouse at 300 West Main, Post, Texas. His number is 806-495-4405. What he really wants is a DL satellite office and he is willing to entertain the notion of full time EIC equipment if it moves the ball down that field. Maybe DPS coming for a few days to issue the EICs would be a good opportunity to discuss Garza County doing it on a regular basis thereafter.

**From:** Krueger, Kristopher [mailto:Kristopher.Krueger@dps.texas.gov]
**Sent:** Tuesday, October 15, 2013 10:52 AM
**To:** Keith Ingram
**Cc:** Valdez, Tomas; Wroe Jackson
**Subject:** RE: Counties for SOS to Contact

Keith,
I show you have made contact with Kent, Roberts, Shackelford, and Stonewall Counties.

Have you had any luck with these:

Dickens County
Garza County
Hartley County
Jack County
King County
Throckmorton County

If you prefer, we can have Tom in the region cover any county you have not contacted.

Kristopher Krueger
Strategic Operations Analyst
Driver License Division

kristopher.krueger@dps.texas.gov
512-424-5061 (office)
512-705-7169 (mobile)

**From:** Keith Ingram [mailto:KIngram@sos.texas.gov]
**Sent:** Friday, October 11, 2013 1:48 PM
**To:** Krueger, Kristopher
**Cc:** Valdez, Tomas; Wroe Jackson
**Subject:** RE: Counties for SOS to Contact

Stonewall County

Lacy English in the Tax Assessor's (Jim Ward) office says that Mr. Ward wants to have the training and equipment in order to provide this service to Stonewall County voters. He was sad to have missed the training offered regionally. He is having knee surgery and will be out next week, but Ms. English is sure he wants you to come and train and said [she would make] arrangements.

[...]39-2633

2:13-cv-193
09/02/2014
**DEF1080**

TEX00462272

**From:** Krueger, Kristopher [mailto:Kristopher.Krueger@dps.texas.gov]
**Sent:** Friday, October 11, 2013 10:45 AM
**To:** Keith Ingram
**Cc:** Valdez, Tomas; Wroe Jackson
**Subject:** Counties for SOS to Contact

Keith,

If you could focus on the 10 counties listed below, we will work on some of the others. I think that will help increase efficiency:

Dickens County
Garza County
Hartley County
Jack County
Kent County
King County
Roberts County
Shackelford County
Stonewall County
Throckmorton County

I have your note about Jack County being interested in training. Just feel free to pass along updates to me as they become available.

Thanks,

Kris

Kristopher Krueger
Strategic Operations Analyst
Driver License Division

kristopher.krueger@dps.texas.gov
512-424-5061 (office)
512-705-7169 (mobile)