**From:** Keith Ingram
**To:** Krueger, Kristopher
**CC:** Valdez, Tomas; Wroe Jackson
**Sent:** 10/15/2013 10:59:20 AM
**Subject:** RE: Counties for SOS to Contact

Coincidentally, Sherry Hill from Dickens County just confirmed that they want the training. Her number is 806-623-5216

**From:** Krueger, Kristopher [mailto:Kristopher.Krueger@dps.texas.gov]
**Sent:** Tuesday, October 15, 2013 10:52 AM
**To:** Keith Ingram
**Cc:** Valdez, Tomas; Wroe Jackson
**Subject:** RE: Counties for SOS to Contact

Keith,
I show you have made contact with Kent, Roberts, Shackelford, and Stonewall Counties.

Have you had any luck with these:

Dickens County
Garza County
Hartley County
Jack County
King County
Throckmorton County

If you prefer, we can have Tom in the region cover any county you have not contacted.

Kristopher Krueger
Strategic Operations Analyst
Driver License Division

kristopher.krueger@dps.texas.gov
512-424-5061 (office)
512-705-7169 (mobile)

**From:** Keith Ingram [mailto:KIngram@sos.texas.gov]
**Sent:** Friday, October 11, 2013 1:48 PM
**To:** Krueger, Kristopher
**Cc:** Valdez, Tomas; Wroe Jackson
**Subject:** RE: Counties for SOS to Contact

Stonewall County

Lacy English in the Tax Assessor's (Jim Ward) office says that Mr. Ward wants to have the training and equipment in order to provide this service to Stonewall County voters. He was sad to have missed the training offered regionally. He is having knee surgery and will be out next week, but Ms. English is sure he wants you to come and train and said to call her to make arrangements.

Her number is 940-989-2633

From: ...pher [mailto:Kristopher.Krueger@dps.texas.gov]
...11, 2013 10:45 AM
...roe Jackson

2:13-cv-193
09/02/2014
DEF1081

**Subject:** Counties for SOS to Contact

Keith,

If you could focus on the 10 counties listed below, we will work on some of the others. I think that will help increase efficiency:

Dickens County
Garza County
Hartley County
Jack County
Kent County
King County
Roberts County
Shackelford County
Stonewall County
Throckmorton County

I have your note about Jack County being interested in training. Just feel free to pass along updates to me as they become available.

Thanks,

Kris

Kristopher Krueger
Strategic Operations Analyst
Driver License Division

kristopher.krueger@dps.texas.gov
512-424-5061 (office)
512-705-7169 (mobile)