| | |
|---|---|
| **From:** | Scott Jenkines |
| **To:** | Wroe Jackson |
| **Sent:** | 10/22/2013 9:08:37 AM |
| **Subject:** | RE: EIC Mobile Station Request |

Good Morning,

No problem...I know you have a lot going on right now.

I already told Rep. Martinez there might be a timing issue with having a mobile unit in Donna, but you were willing to work with him next year...he is/was very much appreciative of you working with him.

I'll make a note to get with you early next year to discuss possible locations.

Thank you for all you do.

Scott Jenkines
Chief of Staff
Office of State Representative Armando "Mando" Martinez
District 39
Texas State Capitol
Room E2.306
1400 Congress Avenue
Austin, Texas  78701
P. O. Box 2910
Austin, Texas 78768-2910
Office:  512.463.0530
FAX:     512.463.0849
scott.jenkines@house.state.tx.us



This message (including any attachments) is intended only for the use of the addressee(s) and may contain information that is privileged and confidential. If you are the intended recipient, further disclosures are prohibited without proper authorization. If you are not the intended recipient or an authorized representative of the intended recipient, the use, dissemination or reproduction of this communication is prohibited and may be a violation of federal or state law and regulations. If you have received this communication in error, please destroy all copies of the message and its attachments and notify the sender immediately.

**From:** Wroe Jackson [mailto:SJackson@sos.texas.gov]
**Sent:** Tuesday, October 22, 2013 9:01 AM
**To:** Scott Jenkines
**Subject:** RE: EIC Mobile Station Request

Scott,

I apologize for the late reply. Unfortunately, due to the timing of the units within Hidalgo County and around the State, it looks like we are not able to add a site in Donna today or tomorrow. However, as I stated below, when we are in the process of working on this project for the March 2014 primary election and the November 2014 general election, we would very much appreciate your input (along with that of Representative Martinez and the Hidalgo County elections department) in selecting locations that can best serve the citizens of Hidalgo County.

If I can provide any additional assistance or information on our program, please do not hesitate to let me know.

Best,
Wroe Jackson



2:13-cv-193
09/02/2014
**DEF1083**

Wroe Jackson
General Counsel
Texas Secretary of State
512/463-5770 (w), 512/475-2761 (f)
wjackson@sos.texas.gov

*The information contained in this email is for reference purposes ONLY and is not intended to serve as legal advice for any matter. Any copying, use, or distribution of any information or materials by or to anyone other than the recipients listed above is prohibited without express authorization from the sender.*

**Please note my new email address effective immediately: wjackson@sos.texas.gov**

---

**From:** Scott Jenkines [mailto:Scott.Jenkines@house.state.tx.us]
**Sent:** Monday, October 21, 2013 7:45 AM
**To:** Wroe Jackson
**Subject:** RE: EIC Mobile Station Request

Thank you!  Any assistance is greatly appreciated.

Scott Jenkines
Chief of Staff
Office of State Representative Armando "Mando" Martinez
District 39
Texas State Capitol
Room E2.306
1400 Congress Avenue
Austin, Texas  78701
P. O. Box 2910
Austin, Texas 78768-2910
Office:  512.463.0530
FAX:     512.463.0849
scott.jenkines@house.state.tx.us



This message (including any attachments) is intended only for the use of the addressee(s) and may contain information that is privileged and confidential. If you are the intended recipient, further disclosures are prohibited without proper authorization. If you are not the intended recipient or an authorized representative of the intended recipient, the use, dissemination or reproduction of this communication is prohibited and may be a violation of federal or state law and regulations. If you have received this communication in error, please destroy all copies of the message and its attachments and notify the sender immediately.

---

**From:** Wroe Jackson [mailto:SJackson@sos.texas.gov]
**Sent:** Friday, October 18, 2013 4:48 PM
**To:** Scott Jenkines
**Cc:** Randi Schultz
**Subject:** Re: EIC Mobile Station Request

Scott,

Thank you so much for your email. I apologize for the late response; I'm working remotely today.

We have worked with both DPS and Hidalgo County in setting up the locations for EIC mobile stations. I'm happy to check to see if there is a site to use in Donna, but with only three days next week of mobile stations planned in Hidalgo County, it may not be possible. I'll get back with you on Monday when I know more.

Regardless, we are planning on using mobile EIC stations in advance of both the March 2014 primaries and the November 2014 and can certainly work with you and Representative Martinez on how best to provide services to Hidalgo County.

Again, thank you for your email and I'll look forward to speaking with you on Monday.

Best,
Wroe

Wroe Jackson
General Counsel
Texas Secretary of State
512/475-2813 (w)
wjackson@sos.state.tx.us

Sent from my iPhone

On Oct 18, 2013, at 2:05 PM, "Scott Jenkines" <Scott.Jenkines@house.state.tx.us> wrote:

Hello Wroe,

First, thank you very much for setting up the mobile station at various locations in Rep. Martinez' district.

Rep. Martinez would like to see if a mobile station could also be set up in Donna. Donna is a town located between Weslaco and San Juan.

Please let me know if this is possible.

Also, if there is anything we can do to help facilitate this request, please let me know.

Thank you,

Scott Jenkines
Chief of Staff
Office of State Representative Armando "Mando" Martinez
District 39
Texas State Capitol
Room E2.306
1400 Congress Avenue
Austin, Texas  78701
P. O. Box 2910
Austin, Texas 78768-2910
Office:  512.463.0530
FAX:    512.463.0849
scott.jenkines@house.state.tx.us

<image001.jpg>

This message (including any attachments) is intended only for the use of the addressee(s) and may contain information that is privileged and confidential. If you are the intended recipient, further disclosures are prohibited without proper authorization. If you are not the intended recipient or an authorized representative of the intended recipient, the use, dissemination or reproduction of this communication is prohibited and may be a violation of federal or state law and regulations. If you have received this communication in error, please destroy all copies of the message and its attachments and notify the sender immediately.