| | |
|---|---|
| **From:** | Keith Ingram |
| **To:** | Gonzalez, Sylvia |
| **CC:** | Wroe Jackson; Monica Brown |
| **Sent:** | 11/15/2013 11:33:23 AM |
| **Subject:** | RE: EIC Mobile Stations- Texas Woman's University |

Thank you very much for your interest in hosting a mobile EIC unit at Texas Woman's. We will plan on including you and UNT in our program next year. I don't know if we will be able to do the 27th or not, but we will endeavor to do so and if it is going to have to be on another day, we will work with you on scheduling it with as much advance notice as we can manage.

We would like to have the EIC unit in the same location all day, but we could do back to back days at TWU and UNT if that works for you guys.

Stay in touch and thank you again.

Keith

-----Original Message-----
From: Gonzalez, Sylvia [mailto:sgonzalez7@mail.twu.edu]
Sent: Friday, November 15, 2013 9:29 AM
To: Keith Ingram
Subject: EIC Mobile Stations- Texas Woman's University

Good morning, Mr. Ingram,

I am Sylvia Gonzalez from Texas Woman's University; I am the president of the Pi Sigma Alpha Omega Mu chapter. Dr. Jennifer Danley-Scott has emailed you regarding an EIC unit coming to TWU. We are interested in having a mobile station come here on January 27th until 1:00 or 1:30. Would this be a possibility? Dr. Scott suggested that I contact UNT after I get a response from you so the EIC station can have a second stop in Denton for the afternoon. We were also wanting to know if the students living on campus can register to vote in Denton and get an EIC here as well or if they have to go to their counties. Thank you for taking the time to read this email.

Sylvia Gonzalez
Pi Sigma Alpha President
Texas Woman's University



2:13-cv-193
09/02/2014
DEF1084