| | |
|---|---|
| **From:** | Rodriguez, Tony |
| **To:** | Wroe Jackson |
| **CC:** | Keith Ingram; Coby Shorter; Watkins, Paul; Peters, Joe; Bodisch, Robert; Bell, Stephen |
| **Sent:** | 10/1/2013 5:42:20 PM |
| **Subject:** | Re: Request - Tarrant County |

1. We can shift an EIC to the senior center Friday, no problem.

2. 4 EICs were issued in Tarrant County today; 2 at the senior center.

3. We need to nail down the locations in the valley for next week pretty quick or there will continue to be coordination problems.


M.A. Rodriguez
Sent from my iPad

On Oct 1, 2013, at 17:28, "Wroe Jackson" <SJackson@sos.texas.gov> wrote:

Tony,

Sorry for the continuing emails. This one is pretty important, though...

I wondered if DPS might be able to reconsider our request about the Tarrant County seniors event this Friday. (Although it seems like days ago, you and I spoke about this earlier today and I had sent you an email about it Monday afternoon – attached.) I realize that it may stretch units and perhaps staffing, but we believe that it is important to attempt to attend this event. **We just received word that 5 EIC's were issued today in Tarrant County.** This definitely means a need exists. If there is something that we could do to make this happen, please let me know.

Friday, October 4 (8:30 AM to 1:30 PM)
Empowering Seniors 2013
FBCE Campus West
205 N. Industrial (corner Hwy 183 and N. Industrial)
Bedford, TX  76021

Thanks again for a great day today – again I apologize for overloading you with emails at the 5:00 hour. Talk to you tomorrow morning.

Best,
Wroe


Wroe Jackson
General Counsel
Texas Secretary of State
512/463-5770 (w), 512/475-2761 (f)
wjackson@sos.texas.gov



*This communication may be privileged and confidential. Any copying, use, or distribution of any information or materials by or to anyone other than the recipients listed above is prohibited without express authorization from the sender.*

**Please note my new email address effective immediately: wjackson@sos.texas.gov**

Tony,

TEX00462475

Tarrant County has requested that we use one of our reserve units to attend the "Empowering Seniors" countywide event THIS FRIDAY, October 4, 2013.

    Friday, October 4 (8:30 AM to 1:30 PM)

    Empowering Seniors 2013
    FBCE Campus West
    205 N. Industrial (corner Hwy 183 and N. Industrial)
    Bedford TX  76021

http://empoweringseniors.com/index.html

Would it be possible to have this event covered by DPS staff? (Note – this is in addition to the Dallas County locations that we *should have that day.)

Thank you for your consideration!

Best,
Wroe


Wroe Jackson
General Counsel
Texas Secretary of State
512/463-5770 (w), 512/475-2761 (f)
wjackson@sos.texas.gov

*This communication may be privileged and confidential. Any copying, use, or distribution of any information or materials by or to anyone other than the recipients listed above is prohibited without express authorization from the sender.*

**_Please note my new email address effective immediately: wjackson@sos.texas.gov_**

TEX00462476