| | |
|---|---|
| **From:** | Richard P Sanchez |
| **To:** | Wroe Jackson |
| **CC:** | Sergio Munoz |
| **Sent:** | 10/10/2013 3:53:41 PM |
| **Subject:** | RE: Steen Letter |

Wroe – Thanks again for your time. I did talk to Rep. Muñoz about hosting a press conference here in Hidalgo County with the intention of "marketing" the Mobile EICs, and he would be very pleased if Secretary Steen would be available to accompany him. We believe this would be very beneficial for our constituency and the state as a whole.

Let me know if the Secretary's schedule will allow him to be with us sometime next week… Thurs. 17 Oct is bad b/c the Rep. will be in Austin at the Water Development Board meeting.

I'll look forward to hearing back from you.

Take care.

**RICHARD P. SANCHEZ**
**Chief of Staff**
**Office of State Rep. Sergio Muñoz, Jr.**
The Capitol, Austin Texas  E1.508
richard.sanchez@house.state.tx.us
512-463-0704
512-463-5364 (fax)

**District Office**
121 E. Tom Landry
Mission, TX  78572
956-584-8999
956-584-7555 (fax)
956-369-1010 (cell)



---

**From:** Wroe Jackson [mailto:SJackson@sos.texas.gov]
**Sent:** Thursday, October 10, 2013 2:35 PM
**To:** Richard P Sanchez
**Subject:** FW: Steen Letter

Richard,

Thank you for your time on the phone today. Just to memorialize our conversation, I wanted to let you know that the Department of Public Safety and the Office of the Secretary of State are sending Election Identification Certificate (EIC) Mobile Stations to Hidalgo County from Wednesday, October 16 through Wednesday, October 23. We are working with the Hidalgo County Elections Department to coordinate the locations. Unfortunately, the locations are not completely set by the Elections Department, but we will let you know when they are. Additionally, we can provide you with materials to help publicize the Mobile Stations within the county.

I hope to be back in touch with you shortly. Please let me know if I can provide further information at this time.

Best,
Wroe



2:13-cv-193
09/02/2014
DEF1086

TEX00462480

Wroe Jackson
General Counsel
Texas Secretary of State
512/463-5770 (w), 512/475-2761 (f)
wjackson@sos.texas.gov

*The information contained in this email is for reference purposes ONLY and is not intended to serve as legal advice for any matter. Any copying, use, or distribution of any information or materials by or to anyone other than the recipients listed above is prohibited without express authorization from the sender.*

<u>Please note my new email address effective immediately: **wjackson@sos.texas.gov**</u>

---

**From:** Richard P Sanchez [mailto:Richard.Sanchez@house.state.tx.us]
**Sent:** Wednesday, October 09, 2013 4:35 PM
**To:** Monica Brown
**Subject:** Steen Letter

Monica - Thanks for taking my call today and assuring me that you will forward the attached letter to the proper office/person.

Take care.

**RICHARD P. SANCHEZ**
**Chief of Staff**
**Office of State Rep. Sergio Muñoz, Jr.**
The Capitol, Austin Texas  E1.508
richard.sanchez@house.state.tx.us
512-463-0704
512-463-5364 (fax)

**District Office**
121 E. Tom Landry
Mission, TX  78572
956-584-8999
956-584-7555 (fax)
956-369-1010 (cell)



TEX00462481