| | |
|---|---|
| **From:** | Watkins, Paul |
| **To:** | Wroe Jackson |
| **CC:** | Rodriguez, Tony; Krueger, Kristopher; Watkins, Paul |
| **Sent:** | 10/3/2013 11:35:42 AM |
| **Subject:** | RE: Webb County Locations for EIC Ops |

Wroe-
OK, I have confirmed we can support the 11-7p times at all four locations in Webb County on Friday, 10/11. The four locations there on Wednesday and Thursday, 10/09 and 10/10, will be open from 9a-4p. Paul


Paul B. Watkins
*Dep. Asst. Director*
*Driver License Division*
*Texas Department of Public Safety*

paul.watkins@dps.texas.gov
512-424-5413 (o)
512-284-4744 (c)

---

**From:** Wroe Jackson [mailto:SJackson@sos.texas.gov]
**Sent:** Thursday, October 03, 2013 10:12 AM
**To:** Watkins, Paul
**Subject:** FW: Webb County Locations for EIC Ops

Last communication regarding off-business hours for Webb County (Laredo), 11:00 a.m. – 7:00 p.m.


Wroe Jackson
General Counsel
Texas Secretary of State

*This communication may be privileged and confidential. Any copying, use, or distribution of any information or materials by or to anyone other than the recipients listed above is prohibited without express authorization from the sender.*

<u>**Please note my new email address effective immediately: wjackson@sos.texas.gov**</u>

---

**From:** Wroe Jackson
**Sent:** Wednesday, October 02, 2013 10:55 AM
**To:** 'Rodriguez, Tony'
**Subject:** RE: Webb County Locations for EIC Ops

Based on the latest communication I received from Keith, Webb Co. has agreed to 9 a.m. to 4 p.m. on 10/9 and 10/10, with their requested off-business hours on Friday, 10/11.

Wroe Jackson
General Counsel
Texas Secretary of State

2:13-cv-193
09/02/2014
**DEF1087**

*This communication may be privileged and confidential. Any copying, use, or distribution of any information or materials by or to anyone other than the recipients listed above is prohibited without express authorization from the sender.*

<u>**Please note my new email address effective immediately: wjackson@sos.texas.gov**</u>

---

**From:** Rodriguez, Tony [mailto:Tony.Rodriguez@dps.texas.gov]
**Sent:** Wednesday, October 02, 2013 10:53 AM
**To:** Wroe Jackson

TEX00462497

**Subject:** RE: Webb County Locations for EIC Ops

OK.  Do we know which day yet – No pressure, I'm just asking.

PS:  I am doing an interview and will be out of the office for a bit

v/r

*Tony Rodriguez*

Customer Operations Senior Manager – South and West
Driver License Division
Texas Department of Public Safety
tony.rodriguez@dps.texas.gov
512.424.5657 (O)
512.739.9709 (C)
512.424.5233 (F)

---

**From:** Wroe Jackson [mailto:SJackson@sos.texas.gov]
**Sent:** Wednesday, October 02, 2013 10:24 AM
**To:** Rodriguez, Tony
**Subject:** RE: Webb County Locations for EIC Ops

Thank you. Keith has already contacted them to request the change in hours from 9 a.m. to 4 p.m. with one day available for off-business hours, as we discussed.


Wroe Jackson
General Counsel
Texas Secretary of State

*This communication may be privileged and confidential. Any copying, use, or distribution of any information or materials by or to anyone other than the recipients listed above is prohibited without express authorization from the sender.*

*Please note my new email address effective immediately: wjackson@sos.texas.gov*

---

**From:** Rodriguez, Tony [mailto:Tony.Rodriguez@dps.texas.gov]
**Sent:** Wednesday, October 02, 2013 10:20 AM
**To:** Silva, Samuel
**Cc:** Krueger, Kristopher; Wroe Jackson; Hubbard, Barbara; Garcia, Joseph
**Subject:** Webb County Locations for EIC Ops
**Importance:** High

Sam,
Per phonecon here are the tentative locations for mobile ops next week.  While the requested times are 1100 – 1900, the Sec State is working to see if we can change the hours.  The good news is that each location has a POC for your folks to talk to.
Along this line, I want to start the coordination for the transfer of the EIC unist Friday/Saturday between you and Barbara and Joe.


| 9 October | 10 October | 11 October |
|---|---|---|
| Rio Bravo Community Center<br>1600 Orquidia Ln.<br>Rio Bravo, Texas<br>POC:  Vicky Ibarra, Interim Director | E. Salinas Community Center<br>917 N. Main, Mirando City<br>Mirando City, Texas<br>POC: Mario Garcia, Director | Billy Hall Administration Bldg.<br>1110 Washington St.<br>Laredo, Texas<br>POC:  Oscar Villarreal, E.A. |

| | | |
|---|---|---|
| Bruni Community Center<br>303 12th Street<br>Bruni, Texas<br>POC: Nelda Cortinas, Director | Laredo Specialty Hospital<br>2005 Bustamante St.<br>Laredo, Texas<br>POC: Hanna Huang, Marketing Coordinator | Providence Health Center<br>230 Calle Del Norte<br>Laredo, Texas<br>POC: Javier Compean, |
| Santa Teresita Community Center<br>15014 Hwy. 59 - 18 Mi OCL<br>Laredo, Texas<br>POC: Dina Garcia, Director | Doctors Hospital<br>10700 Mcpherson Rd.<br>Laredo, Texas<br>POC: Judy Martinez, Marketing Director | Laredo Medical Center<br>1700 E. Saunders St.<br>Laredo, Texas<br>POC: Priscilla Salinas, Marketing Director |
| F. A. Salinas Community Center<br>2600 Maryland<br>Laredo, Texas<br>POC: Jose Pantoja, Director | F & A Bruni Community Center<br>452 W. Rancho Peñitas Rd.<br>Laredo, Texas<br>POC: Javier Cavazos. Director | KLDO<br>222 Bob Bullock Loop<br>Laredo, Texas<br>POC: Danielle Martinez, Promotions Manager |

v/r

*Tony Rodriguez*

Customer Operations Senior Manager – South and West
Driver License Division
Texas Department of Public Safety
tony.rodriguez@dps.texas.gov
512.424.5657 (O)
512.739.9709 (C)
512.424.5233 (F)

TEX00462499