| | |
|---|---|
| **From:** | Alicia Pierce |
| **To:** | George Hammerlein - Office of Harris County Clerk Stan Stanart (ghammerlein@cco.hctx.net) |
| **CC:** | Wroe Jackson |
| **Sent:** | 10/16/2013 12:57:51 PM |
| **Subject:** | Releases on Harris County long-term EIC mobile stations |
| **Attachments:** | 131014HarrisCountyUntilEDay.doc; 131014HarrisCountyUntilEDay.pdf |

Attached please find the release about the long-term EIC mobile stations in both word and pdf format. Please distribute to your media contact list. Thanks!

**Alicia Phillips Pierce**
Communications Director
Texas Secretary of State
512-463-6116



TEX00462502