# The State of Texas



Executive Division
Capitol Building, 1E.8
P.O. Box 12697
Austin, Texas 78711-2697

Phone: 512-463-5770
Fax: 512-475-2761
Dial 7-1-1 For Relay Services
www.sos.state.tx.us

## John Steen
### Secretary of State

FOR IMMEDIATE RELEASE
October 16, 2013

Contact: Alicia Pierce (SOS)
512-463-6116

## Mobile election ID stations open in Harris County weekdays through Election Day

**Austin** – The Texas Secretary of State and the Texas Department of Public Safety (DPS) announced today that two mobile stations issuing election identification certificates (EIC) will remain in Harris County weekdays now through Election Day, Tuesday, Nov. 5.

The two locations are at Holman Street Baptist Church and Lone Star College's Victory Center.

Election Identification Certificates are available without charge to qualified Texas voters who do not already have an approved form of photo ID, which is now required for voting in person. The November 5 Election will be the first statewide election with photo ID requirements in effect.

On September 24, the Texas Secretary of State and DPS announced in Houston that 25 mobile stations would be deployed across the state to issue EICs. Mobile EIC stations have been in Harris County since October 1, the first official day of the program.

As the most populous county in Texas with the largest potential need, a continued presence in Harris County is important to help serve Texas voters. Only EICs will be issued from these mobile stations.

Many Texans already have an approved form of photo ID and will not need or qualify for an EIC. Acceptable forms of photo ID in addition to an EIC are:

•Texas driver license issued by DPS
•Texas personal identification card issued by DPS
•Texas concealed handgun license issued by DPS
•United States military identification card containing the person's photograph
•United States citizenship certificate containing the person's photograph
•United States passport

Applicants for an EIC will need to present proof of citizenship and identity. For most applicants that means a birth certificate and two forms of supporting identification. A complete list of documentation requirements is available at http://www.dps.texas.gov/DriverLicense/eicDocReqmnts.htm.

-more-

2:13-cv-193
09/02/2014

DEF1090

exhibitsticker.com

**Websites:** www.sos.state.tx.us    www.votetexas.gov
**Twitter:** https://twitter.com/TXsecofstate    https://twitter.com/votetexas    **Facebook**: http://www.facebook.com/votetexas

TEX00462505

See below for the Harris County schedule:

| Harris County Mobile Stations Open through November 5, 2013 (both locations open Monday – Friday from 9 a.m. to 4 p.m.) | | |
|---|---|---|
| **Location** | **Address** | **Phone** |
| Lone Star College – Victory Center | 4141 Victory Drive, Houston, Texas 77088 | 713-755-6965 |
| Holman Street Baptist Church | 3501 Holman, Houston, Texas 77004 | 713-755-6965 |

In addition to the EIC mobile stations, several DPS driver license offices in Harris County will also be open on Saturdays (in addition to their regular business hours) until the November 5th Election from 10 a.m. to 2 p.m. in order to issue EICs only. Dates and times of EIC mobile stations are subject to change. Check www.votetexas.gov for the latest dates, locations and times.

**Harris County DPS driver license offices open Saturdays now through Nov. 2 (10 a.m. to 2 p.m.) to issue EICs only are:**

- Dacoma Office 4545 DACOMA Houston, TX 77092 713-683-0541
- Gessner Mega Center 12220 GESSNER Houston, TX 7707 713-219-4100
- Grant Road Office 10503 GRANT RD Houston, TX 77070 281-890-5440
- Vantage Parkway Office 15403 VANTAGE PKWY E., STE. 300 Houston, TX 77032 281-449-2685
- Baytown Office 5420 DECKER DR. Baytown, TX 77520 281-424-3669
- Houston-East Office 11039 EAST FREEWAY (I-10), #B Houston, TXTX 7702977029 713-633-9872
- Humble Office 7710 WILL CLAYTON PKWY. Humble, TX 77338 281-446-3391
- Pasadena Office 2783 RED BLUFF RD. #100 Pasadena, TX 77503 713-473-3232
- Spring Mega Center 4740 SPRING CYPRESS, #100 Spring, TX 77379 281-517-1620
- Webster Office 111 TRISTAR DR. Webster, TX 77598 281-486-8242
- Houston-Winkler Office 9206 WINKLER Houston, TX 77017 713-943-0631

###

TEX00462506