| | |
|---|---|
| From: | Sonja Coleman |
| To: | Wroe Jackson |
| CC: | Toni Pippins-Poole; Robert Heard |
| Sent: | 10/2/2013 1:04:58 PM |
| Subject: | REVISED: Press Release Announcing DPS-SOS Mobile ID Units |
| Attachments: | Mobile EIC Location SCHEDULE FINAL.docx |

Hello Mr. Jackson,

I do apologize for not being clear in my original email. Please see the attached revised schedule, reflecting a location change on October 7th, from the Health and Human Services Building to the Martin Weiss Recreation Center.

Thank you for your patience in this matter.

*Sonja Coleman*
Accounting Clerk
Dallas County Elections Department
2377 N. Stemmons Frwy., Suite 820
Dallas, Texas  75207
( 214.819.6344    7 214.819.6301
* sonja.coleman@dallascounty.org

**Voter Registration. The "IN" thing.**
**"COUNT ME IN"**

---

**From:** Wroe Jackson [SJackson@sos.texas.gov]
**Sent:** Wednesday, October 02, 2013 1:02 PM
**To:** Sonja Coleman
**Cc:** Toni Pippins-Poole; Robert Heard
**Subject:** RE: Press Release Announcing DPS-SOS Mobile ID Units

Thank you, Ms. Coleman. I appreciate it.


Wroe Jackson
General Counsel
Texas Secretary of State

*This communication may be privileged and confidential. Any copying, use, or distribution of any information or materials by or to anyone other than the recipients listed above is prohibited without express authorization from the sender.*

**Please note my new email address effective immediately: wjackson@sos.texas.gov**

---

**From:** Sonja Coleman [mailto:Sonja.Coleman@dallascounty.org]
**Sent:** Wednesday, October 02, 2013 12:52 PM
**To:** Wroe Jackson
**Cc:** Toni Pippins-Poole; Robert Heard
**Subject:** Press Release Announcing DPS-SOS Mobile ID Units

Good Afternoon Mr. Jackson,

Please find attached the press release (English and Spanish versions) announcing the mobile ID units.

Please call if you have any questions,.

Thank you,
*Sonja Coleman*
Accounting Clerk
Dallas County Elections Department


2:13-cv-193
09/02/2014
**DEF1091**

2377 N. Stemmons Frwy., Suite 820
Dallas, Texas  75207
( 214.819.6344     7 214.819.6301
* <u>sonja.coleman@dallascounty.org</u>

**Voter Registration. The "IN" thing.**
**"COUNT ME IN"**

TEX00462508