

2:13-cv-193
09/02/2014
**DEF1094**

# The State of Texas



Executive Division
Capitol Building, 1E.8
P.O. Box 12697
Austin, Texas 78711-2697

Phone: 512-463-5770
Fax: 512-475-2761
Dial 7-1-1 For Relay Services
www.sos.state.tx.us

**John Steen**
Secretary of State

FOR IMMEDIATE RELEASE
October 25, 2013

Contact: Alicia Pierce or Jeff Hillery
(512) 463-5770

## Voter turnout far outpacing recent elections

**AUSTIN** – Today the Texas Secretary of State's office released early voting numbers showing that voter turnout for the Nov. 5 constitutional amendment election is on track to significantly outpace turnout in recent elections.

During early voting, the Secretary of State's office reports daily voting totals for the 15 most populous counties in the state. At the end of the fourth day of early voting, October 24, almost 95,000 Texans had cast a ballot at the polls in these counties. That is more than double the 45,379 voters who voted at the same point in 2011, the most recent constitutional amendment election. It is also more than double the 43,965 Texans who voted by the same point in the 2009 constitutional amendment election.

Early voting began Oct. 21 and runs through Nov. 1.

The Nov. 5 constitutional amendment election is the first statewide election since photo ID requirements for voting in person went into effect. To see voter turnout numbers for early voting in this and past elections visit:
http://www.sos.state.tx.us/elections/earlyvoting/index.shtml

| County | Reg Voters | # In Person On 10/24/2013 | Cumulative In-Person Voters | Cumulative % In-Person | Cumulative By Mail Voters | Cumulative In-Person And Mail Voters | Cumulative Percent Early Voting |
|---|---|---|---|---|---|---|---|
| Harris | 1,981,337 | 5,498 | 21,090 | 1.06% | 13,322 | 34,412 | 1.74% |
| Dallas | 1,157,507 | 1,316 | 5,314 | 0.46% | 335 | 5,649 | 0.49% |
| Tarrant | 956,876 | 1,610 | 6,663 | 0.70% | 276 | 6,939 | 0.73% |
| Bexar | 904,477 | 2,203 | 8,859 | 0.98% | 258 | 9,117 | 1.01% |
| Travis | 617,629 | 2,127 | 8,619 | 1.40% | 1,261 | 9,880 | 1.60% |
| Collin | 458,936 | 1,155 | 4,489 | 0.98% | 57 | 4,546 | 0.99% |
| El Paso | 387,358 | 412 | 1,508 | 0.39% | 75 | 1,583 | 0.41% |
| Denton | 382,616 | 838 | 3,403 | 0.89% | 52 | 3,455 | 0.90% |
| Fort Bend | 343,434 | 812 | 2,779 | 0.81% | 111 | 2,890 | 0.84% |
| Hidalgo | 303,706 | 879 | 4,411 | 1.45% | 250 | 4,661 | 1.53% |
| Montgomery | 265,825 | 364 | 1,395 | 0.52% | 68 | 1,463 | 0.55% |
| Williamson | 255,253 | 831 | 3,295 | 1.29% | 107 | 3,402 | 1.33% |
| Galveston | 183,988 | 277 | 1,237 | 0.67% | 27 | 1,264 | 0.69% |
| Nueces | 182,670 | 1,205 | 4,874 | 2.67% | 104 | 4,978 | 2.73% |
| Cameron | 179,851 | 164 | 579 | 0.32% | 6 | 585 | 0.33% |
| Total | 8,561,463 | 19,691 | 78,515 | 0.92% | 16,309 | 94,824 | 1.11% |

Websites: www.sos.state.tx.us   www.votetexas.gov
Twitter: https://twitter.com/TXsecofstate   https://twitter.com/votetexas   Facebook: http://www.facebook.com/votetexas

TEX00462524