| | |
|---|---|
| **From:** | Elections Internet |
| **To:** | Keith Ingram |
| **CC:** | Ashley Fischer |
| **Sent:** | 9/16/2013 11:21:27 AM |
| **Subject:** | DPS extended hours |

Hello Everyone,

I am writing to give you the heads up that DPS is opening its offices in your county on Saturdays beginning this past Saturday through the election on November 5. The offices will be open from 10-2 for the purposes of providing Election Identification Certificates only. The press releases below have more detailed information in them. Please help us spread the word about this additional opportunity for the voters in your county that may need an ID for voting. Thank you.

Keith

http://www.txdps.state.tx.us/director_staff/media_and_communications/pr091313.htm

http://sos.state.tx.us/about/newsreleases/2013/091313.shtml



2:13-cv-193
09/02/2014
DEF1095

TEX00462609