| | |
|---|---|
| **From:** | Keith Ingram |
| **To:** | Wroe Jackson |
| **Sent:** | 8/28/2013 8:28:24 AM |
| **Subject:** | FW: Report from Galveston |

Fyi.

---

**From:** Sargent, William [mailto:William.Sargent@co.galveston.tx.us]
**Sent:** Tuesday, August 27, 2013 9:20 PM
**To:** Ashley Fischer; Keith Ingram
**Cc:** Sullivan, Dwight
**Subject:** Report from Galveston

Ashley and Keith:

The final numbers are in!
**1,756** regular votes cast
    **24** provisional ballots
Of the 24 two are voters who did not have an acceptable form of ID

Similar Names:
    **524** similar name forms completed
That is about 33% of the total number of voters

Results may be found at
http://www.galvestonvotes.org/2013_Elections/GISD_AttendanceCredits_August/index.html

Hope this information is helpful

Sarge


William Sargent
Chief Deputy Clerk for Elections
Office of the County Clerk
600 59th Street, 2nd Floor
Galveston, TX 77551
409-770-5108
http://www.galvestonvotes.org



