| | |
|---|---|
| **From:** | Keith Ingram |
| **To:** | Ashley Fischer |
| **CC:** | Wroe Jackson |
| **Sent:** | 10/21/2013 9:57:31 AM |
| **Subject:** | FW: state ID card |

Who knew?

**From:** Rodriguez, Tony [mailto:Tony.Rodriguez@dps.texas.gov]
**Sent:** Monday, October 21, 2013 9:57 AM
**To:** Keith Ingram
**Subject:** RE: state ID card

ID cards for individuals 60 years of age and older do not expire.

http://www.txdps.state.tx.us/DriverLicense/renewal.htm


v/r

*Tony Rodriguez*
Customer Operations Senior Manager – South and West
Driver License Division
Texas Department of Public Safety
tony.rodriguez@dps.texas.gov
512.424.5657 (O)
512.739.9709 (C)
512.424.5233 (F)

**From:** Keith Ingram [mailto:KIngram@sos.texas.gov]
**Sent:** Monday, October 21, 2013 9:20 AM
**To:** Wroe Jackson; Rodriguez, Tony
**Subject:** state ID card

A question from Harris County.  Do Texas ID cards exist with INDEF instead of an expiration date?



2:13-cv-193
09/02/2014
DEF1098