TEXAS DEPARTMENT OF PUBLIC SAFETY/DRIVER LICENSE DIVISION

# #32 Texas Election Identification Certificate

DPS/DLD/PBI

7/12/2012

**Disclaimer:** This training material was developed by Policy and Business Improvement (PBI). The laws, rules, and policies referenced in this material are current as of the date of this publication; however, recent changes in State law and internal DPS policies may not be accurately reflected as that information was not available at the time of printing. As a result of these unforeseen changes, always refer to the "Driver License Manual" posted on the intranet under the Driver License section for the most current information. This policy is pending judicial review.



2:13-cv-193
09/02/2014
DEF1106

TEX0477490

**Slide 1** Texas Election Identification Certificate



#32 Texas Election Identification Certificate

**Slide 2**

Abstract

This course details the requirements needed for an applicant to be eligible for an Election Identification Certificate. It will outline the steps necessary to apply for and receive the Election Identification Certificate.

Driver License Division  7/13/2012

**Abstract**
This course details the requirements needed for an applicant to be eligible for an Election Identification Certificate. It will outline the steps necessary to apply for and receive the Election Identification Certificate.



Slide 3

### Course Objectives

☐ Introduce the requirements for the Texas Election Identification Certificate.

☐ List the steps to apply for the Election Identification Certificate.

Driver License Division   7/13/2012

**Course Objectives**
- Introduce the requirements for the Texas Election Identification Certificate.

- List the steps to apply for the Election identification Certificate.

Slide 4

### Texas Election IdentificationCertificate (EIC)

☐ The Department of Public Safety will issue EIC to persons who are obtaining one for the purpose of voting and **do not** have another form of photo identification acceptable for election purposes.



Driver License Division   7/13/2012



TEX0477492

**Texas Election Identification Certificate Overview**
• The Department of Public Safety will to issue Texas Election Identification Certificates to persons who are obtaining one for the purpose of voting and do not have another form of photo identification acceptable for election purposes.

**Slide 5**



• The Texas Election Identification Certificate is to be used for election purposes only and **cannot be used as an identification card.**

• The Texas Election Identification Certificate will be issued at no charge to applicants who meet the eligibility requirements.

**Slide 6**



TEX0477493

**Persons Not Eligible**
- Persons who have been issued any of the following documents which may be used for election purposes:
    - Texas driver license (includes occupational license with photograph) – unexpired or expired less than 60 days;
    - Texas identification card – unexpired or expired less than 60 days;

Slide 7



- Texas concealed handgun license – unexpired or expired less than 60 days;
- United States military identification card containing the person's photograph;
- United States passport – unexpired or expired less than 60 days;



Slide 8



- United States citizenship certificate containing the person's photograph; or
- Persons who are **not** United States citizens (i.e. permanent residents, asylees, refugees or temporary visitors).

Slide 9

**Persons Who Are Eligible**
• The department shall issue an Election Identification Certificate upon request to persons who **do not** have one of the forms of acceptable photo identification listed above, and are:

TEX0477495

- A registered voter in Texas and present a valid voter registration card, or are eligible to vote and submit a voter registration application to the department

Slide 10



- A United States citizen;
- A resident of Texas; who is age 18 or above. (To be eligible to apply for voter registration, a person must, on the date the application is submitted to the registrar, be at least 17 years and 10 months of age.)

Slide 11



**How to Apply for Election Identification Certificate**
To apply for the Texas Election Identification Certificate the person must:
- Visit a Texas driver license office;



TEX0477496

- Bring documents to verify U.S. citizenship;
- Bring documents that meet the department's identification policy; and
- Request and complete an application for the Texas Election Identification Certificate.

**Slide 12**



**Election Identification Certificate Application Form**
The person applying for the Texas Election Identification Certificate will complete and sign front page of form DL-14C. The back of the application includes eligibility requirements for obtaining the Election Identification Certificate.



DL-14C (Dec 2013)

## APPLICATION FOR TEXAS ELECTION CERTIFICATE
FOR ELECTION PURPOSES ONLY; CANNOT BE USED AS AN IDENTIFICATION CARD

**FOR DEPARTMENT USE ONLY**

ASSIGNED # _____

NOTICE: All information on this application must be completed in INK.

**APPLICANT INFORMATION**
- LAST NAME:
- FIRST NAME:
- MIDDLE NAME:
- SUFFIX:
- MAIDEN NAME:
- DATE OF BIRTH (mm/dd/yyyy):
- SSN:
- SEX: (Circle One)   Male   Female
- EYE COLOR:
- HAIR COLOR:
- RACE:
- HEIGHT: ft.   in.
- WEIGHT: lbs.
- UNITED STATES CITIZEN:  yes   no
- If you are not a US citizen, you are not eligible for an Election Certificate.
- PLACE OF BIRTH: CITY:   COUNTY:   STATE:   COUNTRY:
- FATHER'S LAST NAME:   MOTHER'S MAIDEN NAME:

**CONTACT INFORMATION**
- HOME PHONE:
- OTHER PHONE:
- EMAIL:

**ADDRESS INFORMATION**
- RESIDENCE ADDRESS:
- CITY:   STATE:
- ZIP CODE:   COUNTY:
- MAILING ADDRESS:
- CITY:   STATE:
- ZIP CODE:   COUNTY:

*SAMPLE*

**INFORMATION REQUIRED FROM ALL APPLICANTS**

| # | YES | NO | |
|---|---|---|---|
| 1. | ☐ | ☐ | Are you presenting a voter registration card today? |
| 2. | ☐ | ☐ | Are you applying and registering to vote today? |
| 3. | ☐ | ☐ | Do you have a Texas driver license or instruction permit (unexpired, or expired for no more than 60 days)? |
| 4. | ☐ | ☐ | Do you have a Texas identification card (unexpired, or expired for no more than 60 days)? |
| 5. | ☐ | ☐ | Do you have a Texas concealed handgun license (unexpired, or expired for no more than 60 days)? |
| 6. | ☐ | ☐ | Do you have a US passport (unexpired, or expired for no more than 60 days)? |
| 7. | ☐ | ☐ | Do you have a US citizenship certificate that contains your photograph? |
| 8. | ☐ | ☐ | Do you have a US military identification card that contains your photograph (unexpired, or expired for no more than 60 days)? |

If answering "yes" to questions 3 through 8, you are not eligible to receive a Texas Election Certificate.

**CERTIFICATION**

I do solemnly swear, affirm, or certify that I am the person named herein and that the statements on this application are true and correct.

X_____   Date: _____

**VERIFICATION**

Sworn to and subscribed before me this _____ day of _____, _____

Notary Public in and for the State of Texas or Authorized Officer

**FOR DEPARTMENT USE ONLY**

Document Presented: _____ Document Number: _____ Issuing Agency: _____
Document Presented: _____ Document Number: _____ Issuing Agency: _____
Document Presented: _____ Document Number: _____ Issuing Agency: _____


9

TEX0477498

Slide 13



Search for applicant on DLS **Search Applicant** screen. Search the records by entering the name and date of birth of the applicant. (Figure 1) If record is found determine if applicant has a driver license or identification card which may be used as photo identification for election purposes. If no record is found, select the Election Identification Certificate tab located in the blue bar in DLS.





Slide 14



Search for the on the **Search Election Identification Certificate** screen.   Search the record again by entering the name and date of birth of the applicant and select the *Search Election Identification Certificate* button located at the bottom of the screen. (Figure 2)



TEX0477500

Slide 15



If a record is found it will appear on the Election Identification Certificate **Search Results** page and indicates the person has previously been issued an Election Identification Certificate. Ask for proper identification and select the *GO* button to view the record and reissue the Election Identification Certificate. (Fig. 2A) (A demo on reissuance procedures is later in this document.)





Slide 16



If the Election Identification Certificate **Search Results** shows no record is found proceed to the next screen by selecting the *Search Election Identification Certificate* button located at the bottom of the screen to initiate the process of issuing an original Election Identification Certificate. (Figure. 2b)



TEX0477502

Slide 17



Type in the required information on the **Applicant Information** screen.

- The fields which include a red asterisk (*) must be filled, i.e. name, DOB, physical address. (Figure 3a)



TEX0477503

**Slide 18**

• Mailing address, physical description, and other information. U.S. citizen must be "YES" to be eligible for an Election Identification Certificate. (Figure 3b)

TEX0477504



Slide 19



•If applicant is registering to vote, select the *Voter Registration* box and select the *Voter Status* from the drop-down menu that applies to the applicant.  Select the *Next* button to proceed to the image capture screen. (Figure 3c)



Slide 20



In the Digimarc program capture the applicant's signature, thumbprints and portrait. (Not shown) Complete the image capture and proceed to the next page; **Signature, Thumbprints, Photograph** refresh.  Select the Refresh *button* to proceed to the **Scan Documents** screen. (Figure 4)



Slide 21



The **Scan Documents** screen is the only location during the process where the documents presented, i.e. Election Identification Certificate application, proof of identity and U.S. citizenship documents can be scanned into the system. However, all documents must be scanned at this point. (Figure 5)
• If the transaction needs to be cancelled, select the *Cancel Transaction* button (a).
• Select the *Continue* button (b) to proceed with the transaction.



Slide 22

TEX0477506



On the **Transaction Completed Successfully**
   • Select the *Print Temporary EC Card* (a) to cue the printer to print a temporary Election Identification Certificate card.
   •Select the *Continue* button (a) after the temporary Election Identification Certificate has been successfully printed.



TEX0477507

Slide 23



Ask the applicant to review the information, i.e. name and mailing address and confirm the information is correct. Applicant and employee will sign the temporary election identification certificate.
Inform the applicant the temporary election identification certificate can be used as photo identification for voting purposes until they receive the card in the mail.

Slide 25



TEX0477508

20

TEX0477509