| **From:** | Mastracchio, JoeAnna |
|---|---|
| **To:** | Spinks, Margaret; Carlisle, Andrea |
| **CC:** | Hibbs, Rebekah; Martinez, Germaine; Gipson, Sheri |
| **Sent:** | 9/9/2013 6:59:13 PM |
| **Subject:** | Saturday Opening for Election Certificates |
| **Attachments:** | EIC door and outdoor signage.pptx |

Margaret, Andrea,
It was briefed at today's staff meeting that there is a lot of political pressure to have some limited offices open on Saturdays for EIC's only until the election is over.   There will be 13 counties that are required to have all DLOs open $10:00 - 2:00$ (which is why John was developing a sign that is attached).  This will be required for this election and the one next Spring.

**We just got word this evening that this requirement is going to start this Saturday.**

Andrea,
Paul has requested that we have folk available that can deal with the DLS which means ITS folk.  He will also discuss with Dan tomorrow about having IT Help Desk support.

Margaret,
We are not sure how this will impact your folk, but Paul requested we have a couple people available for at least the first couple Saturdays to ensure there are no issues.  Maybe after that we provide an on call number to call for emergencies.  Thoughts?


*V/R Joe*
JoeAnna F. Mastracchio
*Dep. Asst. Director*
*Driver License Division*
*Texas Department of Public Safety*

joeanna.mastracchio@dps.texas.gov
o: 512-424-5415
c: 512-550-4784

---

**From:** Peyton, John
**Sent:** Monday, September 09, 2013 6:43 PM
**To:** Watkins, Paul; Mastracchio, JoeAnna; Rodriguez, Tony; Bell, Stephen; Peters, Joe; Famiglietti, Christina; Buster, Marguerite
**Subject:** EIC signage first draft

Hi all.

Attached it the rough draft of the EIC door and outdoor signage for the DL offices in the 13 counties.

I will finish this first thing in the morning with Spanish included and correct google QR code. I will then forward to reprographics for final draft for your review and approval.

Paul mentioned we can send the sign file(s) to the DL offices via email with printing and installation/display instructions and that the DL offices can have their signage made at their local print shops FedEx office, Office Max etc.

Joe M recommended the offices order the smaller outdoor coroplast real estate signage for easy display and removal.

Please review.

2:13-cv-193
09/02/2014
DEF1107
www.exhibitsticker.com

John

*John Peyton*
*Texas Department of Public Safety*
*Policy and Business Improvement / DLD*
*512.424.5493 (direct)*
*512.569.1766 (mobile)*
john.peyton@dps.texas.gov
www.dps.texas.gov



TEX0477561