| | |
|---|---|
| **From:** | Watkins, Paul |
| **To:** | Bodisch, Robert; Peters, Joe; Cesinger, Katherine |
| **CC:** | Vinger, Tom |
| **Sent:** | 8/2/2013 4:27:50 PM |
| **Subject:** | EIC Weekly Report |
| **Attachments:** | EIC Workbook (2).xlsx |

Paul B. Watkins
*Dep. Asst. Director*
*Driver License Division*
*Texas Department of Public Safety*

paul.watkins@dps.texas.gov
512-424-5413 (o)
512-748-1488 (c)

2:13-cv-193
09/02/2014
**DEF1108**

TEX0477565