| | |
|---|---|
| **From:** | O'Connor, Ryan |
| **To:** | Peters, Joe |
| **CC:** | Watkins, Paul; Rodriguez, Tony |
| **Sent:** | 10/11/2013 5:10:49 PM |
| **Subject:** | EIC Demographics 11 Oct 13.xlsx |
| **Attachments:** | EIC Demographics 11 Oct 13.xlsx |

Joe,
You'll find the latest demographic info on EIC applicants.
We've had 48 applications and waiting on info for 3 of them to be available via DLS.

Ryan O'Connor
Senior Business Analyst - Texas Department of Public Safety
Planning and Intelligence - Driver License Division
Office: 512-424-5549  ryan.o'connor@dps.texas.gov



2:13-cv-193
09/02/2014
DEF1110