| | |
|---|---|
| **From:** | Watkins, Paul |
| **To:** | Rodriguez, Tony |
| **Sent:** | 8/6/2013 11:18:17 AM |
| **Subject:** | FW: EIC Weekly Report |
| **Attachments:** | EIC Workbook (2).xlsx |

Paul B. Watkins
*Dep. Asst. Director*
*Driver License Division*
*Texas Department of Public Safety*

paul.watkins@dps.texas.gov
512-424-5413 (o)
512-748-1488 (c)

---

**From:** Watkins, Paul
**Sent:** Friday, August 02, 2013 4:28 PM
**To:** Bodisch, Robert; Peters, Joe; Cesinger, Katherine
**Cc:** Vinger, Tom
**Subject:** EIC Weekly Report


Paul B. Watkins
*Dep. Asst. Director*
*Driver License Division*
*Texas Department of Public Safety*

paul.watkins@dps.texas.gov
512-424-5413 (o)
512-748-1488 (c)



2:13-cv-193
09/02/2014
**DEF1113**

TEX0477907