| | |
|---|---|
| **From:** | Silva, Samuel |
| **To:** | Rodriguez, Tony |
| **CC:** | Daughtry, Lisa; O'Connor, Ryan; Silva, Samuel |
| **Sent:** | 11/2/2013 7:14:06 PM |
| **Subject:** | EIC Region 3 Weekly Report (Monday 28 Oct - Saturday 2 Nov) - Issuance: 7, Inquiry: 74 |
| **Attachments:** | EIC Region 3 Weekly Report (28 Oct - 2 Nov) (7&74).xls |

EIC Region 3 Weekly Report (Monday 28 Oct - Saturday 2 Nov) attached.



2:13-cv-193
09/02/2014
DEF1115

TEX0478047