| | |
|---|---|
| **From:** | Garcia, Joseph |
| **To:** | Rodriguez, Tony |
| **CC:** | Bell, Stephen; Gomez, Frances; Prince, Nancy; Slaughter, Paulette |
| **Sent:** | 11/4/2013 8:31:21 AM |
| **Subject:** | EIC - 10-28-13 thru 11-02-13 - 5 Inquiries 2 Issuances |
| **Attachments:** | EIC-6B-10-28 thru 11-02-2013-Report.xlsx |

Region 6B.  Joe

Joseph J. Garcia
Manager III

Texas Department of Public Safety
Driver License Division
Region 6B

2:13-cv-193
09/02/2014
DEF1117

TEX0478127