| | |
|---|---|
| **From:** | Hubbard, Barbara |
| **To:** | Rodriguez, Tony |
| **CC:** | Daughtry, Lisa; O'Connor, Ryan; Hunt, Regina |
| **Sent:** | 11/4/2013 8:40:58 AM |
| **Subject:** | EIC Issuance |

It was just confirmed this morning that an EIC was issued at Station 618, San Marcos on Friday, November 1, 2013.
EIC number – 37865079
EIC customer name – Leon Mitchell Hill

*Barbara Hubbard*
**Senior Regional Manager**
**Region 6A San Antonio, Customer Operations**
(O) 210.531.2231
(C) 210.241.7329
(F) 210.531.2278
barbara.hubbard@dps.texas.gov



2:13-cv-193
09/02/2014
DEF1119

TEX0478129