| | |
|---|---|
| **From:** | Winkley, Salestus |
| **To:** | Bell, Stephen; Rodriguez, Tony; Watkins, Paul |
| **CC:** | Meade, Kevin; Smith, Timothy; Souder, Richard; Wilcox, Robert; Winkley, Salestus |
| **Sent:** | 11/2/2013 2:55:36 PM |
| **Subject:** | EIC Recap Region 1A - Saturday, November 2, 2013 |

Region 1A had 5 EIC inquiries and 0 EIC Issuances today. However, we have not received an update from 1 of our offices. I visited the office and am confident that no issuances were made.

If this information changes, I will send out an update.

**Salestus Winkley**
Senior Regional Manager, Region 1
Driver License Division
Work: 214-861-2115
Cell: 469-585-0238
Salestus.winkley@dps.texas.gov



TEX0478130