| | |
|---|---|
| **From:** | Hunter, Stephanie |
| **To:** | Rodriguez, Tony |
| **CC:** | Berkley, Johnnie; Bell, Stephen |
| **Sent:** | 11/4/2013 8:48:52 AM |
| **Subject:** | EIC Region 1B |
| **Attachments:** | EIC 11.4.13.xls |

Stephanie Hunter

Administrative Assistant
Fort Worth Driver License Center
8301 Brentwood Stair Road
Fort Worth, TX 76120
(817) 285-1913

2:13-cv-193
09/02/2014
DEF1121

TEX0478131