**From:** Bergman, Kathy
**To:** Rodriguez, Tony
**Sent:** 11/2/2013 2:10:22 PM
**Subject:** EIC REGION 2B 11/2/13

```
Issuances - 0
Inquiries - 0
```



2:13-cv-193
09/02/2014
**DEF1123**

TEX0478133