| | |
|---|---|
| **From:** | Hubbard, Barbara |
| **To:** | Rodriguez, Tony |
| **CC:** | Carlsson, Lori; Hunt, Regina; Wells, Charles; Marie, Yvette |
| **Sent:** | 11/4/2013 8:44:33 AM |
| **Subject:** | EIC Report Region 6A |
| **Attachments:** | EIC Report 110413.xlsx |

Attached is the EIC report for Region 6A dated 11-04-13 for operations for the week of October 28, 2013 through November 2, 2013.

*Barbara Hubbard*
**Senior Regional Manager**
**Region 6A San Antonio, Customer Operations**
(O) 210.531.2231
(C) 210.241.7329
(F) 210.531.2278
barbara.hubbard@dps.texas.gov



TEX0478136