| | |
|---|---|
| **From:** | Carter, Thomas |
| **To:** | Rodriguez, Tony; Daughtry, Lisa; O'Connor, Ryan |
| **CC:** | Bell, Stephen |
| **Sent:** | 11/4/2013 7:00:39 AM |
| **Subject:** | EICs Issued Saturday |

The following EICs were issued on Saturday, November 2, 2013

Gessner Driver License Center;  EIC #37866686, Warren, Sylvester

Vantage Parkway DL Office:  EIC #37858333, Palacios, Matthew


Tom Carter
Regional Manager, Region 2A
281-517-1378 (Office)
832-390-7782 (Cell)

2:13-cv-193
09/02/2014
DEF1126

TEX0478138