| | |
|---|---|
| **From:** | Valenzuela, Estella |
| **To:** | Rodriguez, Tony |
| **Sent:** | 11/2/2013 3:07:32 PM |
| **Subject:** | Fw: EIC TOTALS EL PASO 11/2/2013 |

I made them check at exactly 2. No change to what was listed below. Only 1 EIC inquiry but had valid ID.

E.D. Valenzuela
Regional Manager
Driver License Division
Region Four - Midland
(432) 498-2351

---

**From:** Ortiz, Kimberlye
**Sent:** Saturday, November 02, 2013 02:49 PM Central Standard Time
**To:** Valenzuela, Estella; Barber, David
**Cc:** Hernandez, Martha
**Subject:** EIC TOTALS EL PASO 11/2/2013

**EIC totals for the El Paso Offices:**

**11/2/2013-Northwestern-station 405:** 5 walk ins, none relating to EIC. No phone calls.

**11/2/2013-Gateway- station 415:** 4 walk ins, 1 inquiry on EIC, however, did not qualify already has a current TX ID in the system. 6 phone calls, all inquiries on DL services.

**11/2/2013—Hondo Pass- station 416:** 1 walk in for DL info. No EIC inquiries. No phone calls.

**11/2/2013—Scott Simpson—station 426:** 7 walk ins for DL info only. No EIC inquiries. 7 phone calls info on DL services.

*[signature: Kim M. Ortiz]*

Kimberlye M. Ortiz
Customer Svc. Rep. V
Northwestern 405
915-877-1647 phone
915-877-2364 fax

2:13-cv-193
09/02/2014
**DEF1127**

TEX0478139