| | |
|---|---|
| **From:** | Sharon Berkley |
| **To:** | Rodriguez, Tony |
| **CC:** | Bell, Stephen; Berkley, Johnnie |
| **Sent:** | 11/2/2013 2:22:18 PM |
| **Subject:** | Saturday EIC Region 1B |

4 inquiries and 1 issuance (Deborah Tekell 37866667 Arlington)

2:13-cv-193
09/02/2014
DEF1129