| | |
|---|---|
| **From:** | Carter, Thomas |
| **To:** | Rodriguez, Tony; Daughtry, Lisa; O'Connor, Ryan |
| **CC:** | Bell, Stephen |
| **Sent:** | 12/9/2013 9:07:25 AM |
| **Subject:** | EIC Report - Week of 12/2/2013 |
| **Attachments:** | EIC Report Format Weekly Report.xlsx |

None issued in Region 2a, one inquiry.  See attached.

Tom Carter
Regional Manager, Region 2A
281-517-1378 (Office)
832-390-7782 (Cell)



2:13-cv-193
09/02/2014
DEF1130

TEX0478349