| | |
|---|---|
| **From:** | Winkley, Salestus |
| **To:** | Watkins, Paul; Bergman, Kathy; Berkley, Johnnie; Carter, Thomas; Garcia, Joseph; Hubbard, Barbara; Silva, Samuel; Valdez, Tomas; Valenzuela, Estella; Bell, Stephen; Rodriguez, Tony |
| **CC:** | Webster, Jack; Meade, Kevin; Smith, Timothy; Souder, Richard; Wilcox, Robert; Winkley, Salestus; Bovis, Amy L; DeLeon, Maria; Digirolomo, Patricia; Formoso, Bonnie; Harris, Kristi; Hoermann, Utanah; Krizan, Amy; Ortiz Luna, Yaritza M; Rhea, Joy; Roberson, Sherry; Sandoval, Martha; Silverman, Luke; Stevens, Kimberley; Washington, Jenita; Wells, Warren; Favors, Imogene; Mindt, Wendi; Vivion, Cherice |
| **Sent:** | 11/15/2013 2:18:18 PM |
| **Subject:** | RE: Information for a meeting with the Director |
| **Attachments:** | EICTracking11-15-2013Final.xlsx |

Paul,

The attached spreadsheet contains the information for Region 1A. We had approximately 113 team members that worked on the Election Identification Certificates Project. All total we worked approximately 3,251 hours on the project. Also, for the 8 Saturdays that we opened on Saturdays we had Troopers in our offices for approximately 256 hours of support by the Troopers.

**From:** Watkins, Paul
**Sent:** Thursday, November 14, 2013 4:37 PM
**To:** Bergman, Kathy; Berkley, Johnnie; Carter, Thomas; Garcia, Joseph; Hubbard, Barbara; Silva, Samuel; Valdez, Tomas; Valenzuela, Estella; Winkley, Salestus
**Subject:** Information for a meeting with the Director

Folks-
I apologize for asking this from you as an urgent message. I need to know from you how many people actually worked on the EIC project, even if it was only for a limited number of hours; everyone that did something to include the Saturdays and all the mobile units, whether Phase I or Phase III, drove a car or truck to transport equipment, and include yourselves and any managers as well. If you have access to the total hours worked on EICs, not just overtime hours, I need that as well. If you don't have the exact numbers, please estimate. For those of you who had HP troopers at your Saturday offices, please let me know how many of them were involved also.

I need this as soon as you can get it to me. Again, I apologize for the rush. Thanks, Paul


Paul B. Watkins
*Dep. Asst. Director*
*Driver License Division*
*Texas Department of Public Safety*

paul.watkins@dps.texas.gov
512-424-5413 (o)
512-284-4744 (c)



2:13-cv-193
09/02/2014
DEF1132

TEX0478472