| | |
|---|---|
| **From:** | Berkley, Johnnie |
| **To:** | O'Connor, Ryan |
| **CC:** | Berkley, Johnnie; Rodriguez, Tony; Bell, Stephen; Hunter, Stephanie |
| **Sent:** | 11/25/2013 9:47:17 AM |
| **Subject:** | Region 1B EIC Weekly Report |
| **Attachments:** | 1B EIC.xls |

Stephen Berkley, 1B Regional Manager
8301 Brentwood Stair Road
Fort Worth, Texas 76120
Cell: 817-304-2827

