| | |
|---|---|
| From: | Bodisch, Robert |
| To: | Peters, Joe; Rodriguez, Tony |
| Sent: | 9/26/2013 2:30:12 PM |
| Subject: | 79 Counties |
| Attachments: | 79 Counties Final.xlsx; ATT00001.htm |

**Robert J. Bodisch**
**Assistant Director/Chief of Staff**
**Texas Homeland Security**
**Texas Department of Public Safety**
**P. O. Box 4087**
**Austin, Texas 78773**
**512-424-2368**
**robert.bodisch@dps.texas.gov**
**robert.bodisch.sle@dhs.sgov.gov**



**From:** Keith Ingram [mailto:KIngram@sos.texas.gov]
**Sent:** Wednesday, September 25, 2013 4:35 PM
**To:** Bodisch, Robert
**Subject:** Fwd: 79 Counties


Sent from my iPhone

Begin forwarded message:

**From:** Jennifer Templeton <JTempleton@sos.texas.gov>
**Date:** September 25, 2013 at 3:52:02 PM CDT
**To:** Keith Ingram <KIngram@sos.texas.gov>
**Subject: 79 Counties**

Keith



2:13-cv-193
09/02/2014
**DEF1136**

<u>79 - Summary</u>
    55 -  Counties are interested
    24 - Counties are outstanding with a response
     0  - Counties have not flat out said No.

In the matrix, the counties with a 1 in front of them have acknowledged interest with hosting a temporary office for DPS to issue EIC for voters without a photo ID.  Also, I have highlighted counties in which there is a temporary DPS office set-up already in the county with contact information if available for that office.

Jen

TEX0478572