**County Participation**
All counties are trained or are receiving training to conduct EIC transactions

Aransas County
County Courthouse
301 N Live Oak ST,
Rockport, TX

Archer County
County Courthouse
100 S Center ST,
Archer City, TX

Armstrong County
Courthouse Basement
287 and Trice,
Claude, TX

Bandera County
Ray Mauer Annex
403 12th ST,
Bandera, TX

Blanco County
District Court Room #23 on 2nd Floor
101 E Pecan ST,
Johnson City, TX

Blanco County
Trinity Lutheran Church
703 N Main ST,
Blanco, TX

Borden County
County Courthouse
117 E Wassom,
Gail, TX

Briscoe County
415 Main,
Silverton, TX

Camp County
Camp County Annex Building
115 North AVE,
Pittsburg, TX
10 a.m. - 2 p.m.

2:13-cv-193
09/02/2014
**DEF1138**

Clay County
Commissioners Court Room
214 N Main,
Henrietta, TX

Coke County
County Courthouse
13 E 7th ST,
Robert Lee, TX

Collingsworth County
County Courthouse
800 West AVE,
Wellington, TX

Concho County
City Council Chambers
120 Paint Rock ST,
Eden, TX

Crockett County
County Courthouse
909 Avenue D,
Ozona, TX

Dickens County
North Dickens County Senior Center
511 Montgomery,
Dickens, TX

Edwards County
Sheriff's Office
404 W Austin,
Rock Springs, TX

Foard County
Sheriff's Office Conference Room
110 S First ST,
Crowell, TX

Franklin County
JP Court
502 E Main,
Mount Vernon, TX
10 a.m. - 2 p.m.

TEX0478582

Garza County
Old Driver License Office
300 W Main,
Post, TX

Glasscock County
Glasscock Community Center
117 S Myrl,
Garden City, TX

Goliad County
Tax Assessor Collectors Office
329 Franklin,
Goliad, TX

Hartley County
County Courthouse
900 Main ST,
Channing, TX

Hudspeth County
525 N Wilson ST,
Sierra Blanca, TX

Jack County
Law Enforcement Center
1432 Old Post Oak RD,
Jacksboro, TX

Jackson County
County Annex DPS Office
411 N Wells,
Edna, TX

Jeff Davis County
County Courthouse THP Office
100 N State ST,
Fort Davis, TX

Karnes County
County Courthouse
210 W Calvert,
Karnes City, TX

Kinney County
County Courthouse
501 S Ann ST,

Brackettville, TX

La Salle County
County Courthouse
101 Courthouse Square,
Cotulla, TX

Loving County
County Courthouse
100 Bell ST,
Mentone, TX

Mason County
Mason County Museum
505 Moody ST,
Mason, TX

Motley County
County 2nd Courthouse
701 Dundee,
Matador, TX

Potter County
Amarillo Central Library
413 SE 4th ST,
Amarillo, TX

Real County
County Courthouse
146 Highway 83 S,
Leakey, TX

Roberts County
300 E Commercial,
Miami, TX

Sabine County
County Administration Building
280 Main ST,
Hemphill, TX

San Saba County
TX Health and Human Services
423 E Wallace ST,
San Saba, TX

Somervell County
Somervell County Offices
107 Vernon,
Glen Rose, TX

Sterling County
County Courthouse
609 4th AVE,
Sterling City, TX

Upton County
Public Library
212 W 7th ST,
McCamey, TX

Wheeler County
County Courthouse
401 Main ST,
Wheeler, Texas

TEX0478585