**From:** Silva, Samuel
**To:** Rodriguez, Tony
**CC:** Bell, Stephen; Flores, Maria; Ramirez, Raquel
**Sent:** 9/30/2013 6:15:02 AM
**Subject:** EIC Region 3 Sept 23-28 Report (Mon-Sat)
**Attachments:** EIC Region 3 Sept 23-28 Report.xlsx

Tony,
Attached is the EIC Region 3 Weekly Report for Monday Sept 23 thru Saturday Sept 28.

### Region 3  EIC Summary:

**Mon-Fri:**  Issuance: 1   Inquiry: 24
**Saturday:** Issuance: 1   Inquiry: 10

**Mon-Sat:**  Issuance: 2   Inquiry: 34

Sam.



2:13-cv-193
09/02/2014
DEF1139

TEX0478654