| | |
|---|---|
| **From:** | Silva, Samuel |
| **To:** | Rodriguez, Tony |
| **CC:** | Silva, Samuel |
| **Sent:** | 10/14/2013 7:20:05 AM |
| **Subject:** | EIC Region 3 Weekly Report October 7 (Mon) - October 12 (Sat) |
| **Attachments:** | EIC Region 3 Report Oct 7-12.xls |

Tony,
Attached is the EIC Region 3 Report for Monday, October 7 through Saturday, October 12.  It is sorted by Date, then Station #.
Sam.

---

**From:** Silva, Samuel
**Sent:** Saturday, October 12, 2013 2:48 PM
**To:** Rodriguez, Tony
**Cc:** Silva, Samuel; Watkins, Paul; Bell, Stephen
**Subject:** EIC Region 3 Saturday's Weekly Summary

Tony,
Yesterday (Friday) Region 3 had 5 EIC Issuances at Mobile Stations; details noted below.  Also, the numbers for Mon-Fri, Sat, and Mon-Sat are shown below.  We will send you the full report Monday morning.  Have a great weekend.

**10/11/2013 - Mobile Station (Webb County)**

| EIC Number | Customer Name |
|---|---|
| 37803351 | Emilio Martinez |
| 37803352 | Sandra Vela |
| 37803353 | Abel Martinez |
| 37803354 | Raymundo Salinas |

**10/11/2013 - Mobile Station (Cameron County)**

| EIC Number | Customer Name |
|---|---|
| 37789210 | Amber Maria Rojas |

**EIC Region 3 Weekly Count Summary**

**Mon-Fri**
*Offices*
Issuance:  0
Inquiry:  6
*Mobiles:*
Issuance:  5
Inquiry:   131

**Saturday**
*Offices*
Issuance:  0
Inquiry: 8
*Mobiles (not open on Sat):*
Issuance:  0
Inquiry:  0

**Mon-Sat**
*Offices*
Issuance:  0
Inquiry:  14
*Mobiles:*
Issuance:  5
Inquiry:  131

2:13-cv-193
09/02/2014
DEF1141

TEX0478656

Thanks.
Sam.

TEX0478657