| | |
|---|---|
| **From:** | Silva, Samuel |
| **To:** | Rodriguez, Tony |
| **CC:** | Bell, Stephen; Flores, Maria; Ramirez, Raquel |
| **Sent:** | 10/7/2013 6:29:21 AM |
| **Subject:** | EIC Region 3 Weekly Report Sept 30 - Oct 5 |
| **Attachments:** | EIC Region 3 Report Sept 30 - Oct 5.xlsx |

Tony,
Attached is the EIC Region 3 Weekly Report for Monday Sept 30 thru Saturday Oct 5.

**Region 3 EIC Summary:**

**Mon-Fri:**   Issuance: 0   Inquiry: 11
**Saturday:** Issuance: 1   Inquiry:  8

**Mon-Sat:**  Issuance: 1   Inquiry: 19

Sam.

