| | |
|---|---|
| **From:** | Garcia, Joseph |
| **To:** | Rodriguez, Tony |
| **CC:** | Gomez, Frances; Prince, Nancy; Spencer, Lillian |
| **Sent:** | 10/21/2013 8:23:21 AM |
| **Subject:** | EIC - 6B - 10-14 thru 19-13- X Issuances X Inquiries |
| **Attachments:** | EIC-6B-10-14 thru 19-2013-Report.xlsx |

EIC Report, Region 6B, 10-14 thru 19-13.

1 Inquiry

0 Issuances


Joseph J. Garcia
Manager III

Texas Department of Public Safety
Driver License Division
Region 6B

2:13-cv-193
09/02/2014
DEF1145

TEX0478697