| **From:** | Hunter, Stephanie |
|---|---|
| **To:** | Rodriguez, Tony |
| **CC:** | Bell, Stephen; Berkley, Johnnie; Hunter, Stephanie |
| **Sent:** | 10/21/2013 9:33:17 AM |
| **Subject:** | EIC Report Region 1B |
| **Attachments:** | EIC 10.21.13.xls |

# Stephanie Hunter

Administrative Assistant
Fort Worth Driver License Center
8301 Brentwood Stair Road
Fort Worth, TX 76120
(817) 285-1913

2:13-cv-193
09/02/2014
DEF1149

TEX0478702