| | |
|---|---|
| **From:** | Wells, Charles |
| **To:** | Rodriguez, Tony; Bell, Stephen |
| **CC:** | Hubbard, Barbara |
| **Sent:** | 10/21/2013 9:50:51 AM |
| **Subject:** | EIC Report |
| **Attachments:** | EIC Report Template.xlsx |

Tony/Steve,

Find attached the EIC report for Region 6A for the time period 13 – 20 October 2013. If you have any questions/concerns, please call.

Thanks,

***CHARLES W. WELLS***
***Asst. Regional Manager, Region 6A South***
***Driver License Division***

***Office: (210)531-2232***
***Mobile: (210) 260-4730***
***Fax: (210) 531-2278***



TEX0478706