| | |
|---|---|
| **From:** | Muniz, Barbara |
| **To:** | Rodriguez, Tony; Bell, Stephen |
| **CC:** | Valdez, Tomas; Challis, Bethany |
| **Sent:** | 10/21/2013 9:13:33 AM |
| **Subject:** | EIC Week ending Oct 19 2013.xlsx |
| **Attachments:** | EIC Week ending Oct 19 2013.xlsx |

Please see attached EIC report for Region V.


*Thank you,*

*Barbara Muniz*

*Barbara Muniz*
*Regional Secretary*
*Lubbock Driver License- Region V*
*1302 Mac Davis Lane*
*Lubbock, TX 79401-1826*
*( 806-472-2852*
*7 806-472-2848*
*8 barbara.muniz@dps.texas.gov*

**EMAIL CONFIDENTIALITY STATEMENTS**
"This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail and delete the message. This e-mail contains the thoughts and opinions of the individual sender only and does not represent official Texas Department of Public Safety policy."



2:13-cv-193
09/02/2014
DEF1154

TEX0478708