| | |
|---|---|
| **From:** | Silva, Samuel |
| **To:** | Rodriguez, Tony |
| **Sent:** | 9/16/2013 10:02:22 AM |
| **Subject:** | FW: CORRECTION EIC Report |
| **Attachments:** | EIC Saturday 9-14-2013 Region 3 Standard Format Report |

```
Tony,
Sent you attached email yesterday, with details. Let me know if you need more.
Sam.

09/14/2013 Saturday EIC Report
3 Issuance 0 None
Inquiry 2 09/14/2013 - Weslaco (Station 321): Customer wanted a voter registration card, not
an EIC.
09/14/2013 - Weslaco (Station 321): Customer wanted an EIC. His Driver License expired
February 2013. He stated he has never had a US Birth Certificate. Customer could not be
processed due to lack of documentation.


The format of email you are using is limited with regards to copying tables and data. Just
saying. I am here if you need me.
Sam.


DLD Vision: We are creating a faster, easier, and friendlier driver license experience and a
safer Texas.
Samuel J. Silva
Driver License Regional Manager
O: (956) 565-7210
M: (956) 369-4517

-----Original Message-----
From: Rodriguez, Tony
Sent: Monday, September 16, 2013 8:57 AM
To: Silva, Samuel
Subject: FW: CORRECTION EIC Report
Importance: High

Sam: I see that Weslaco had 2 EIC Inquiries. Can you get me the details on these?

Barbara: I see that 6A had 3 EIC Inquiries. I will need the details on those as well.

v/r

Tony Rodriguez
Customer Operations Senior Manager - South and West Driver License Division Texas Department
of Public Safety tony.rodriguez@dps.texas.gov
512.424.5657 (O)
512.739.9709 (C)
512.424.5233 (F)


-----Original Message-----
From: Rodriguez, Tony
Sent: Saturday, September 14, 2013 4:02 PM
To: Watkins, Paul; Silva, Samuel; Valenzuela, Estella; Valdez, Tomas; Garcia, Joseph; Hubbard,
Barbara; Carter, Thomas; Berkley, Johnnie; Bergman, Kathy; Winkley, Salestus; Mastracchio,
JoeAnna; Bodisch, Robert; MacBride, Cheryl; Petersen, Dain; Cesinger, Katherine; Vinger, Tom;
Peters, Joe; Miller, Connie; Crawford, John; Peyton, John
Subject: CORRECTION EIC Report

2 issuances: Dallas SW and Irving
All other info stands

Tony Rodriguez
```



Senior Manager
Office: 512.424.5657
Cell: 512.739.9709

On Sep 14, 2013, at 15:52, "Rodriguez, Tony" <Tony.Rodriguez@dps.texas.gov> wrote:

> EIC Report for Saturday
>
> Statewide raw numbers:
> 1 issuance (Dallas -SW)
> 11 inquiries
>
> I will provide a detailed report Monday. Have a great weekend.
>
> Regional reports
> 1A- one issued Dallas Southwest and one at Irving. Election judge visited at Dallas Southwest just to see process.
>
> 1B four inquiries all dad no documents.
>
> 2A one general inquiry at Rosenberg did not ask for issuance.
>
> 2B one inquiry Houston East had a DL.
>
> 3
> 2 inquiries (Weslaco)
> 0 issuances
>
> 4
> 0 inquiries
> 0 issuances
>
> 6A
> 3 inquiries
> 0 issuances
>
> 6B
> 0 inquiries
> 0 issuances
>
>
> Tony Rodriguez
> Senior Manager
> Office: 512.424.5657
> Cell: 512.739.9709

TEX0478740