| | |
|---|---|
| **From:** | Valenzuela, Estella |
| **To:** | Rodriguez, Tony |
| **Sent:** | 9/30/2013 5:02:26 PM |
| **Subject:** | FW: Election Identification Certificate (EIC) Operations Next Week |
| **Attachments:** | Mobile Light System.pptx |

*Is this the one you wanted?*

**From:** Rodriguez, Tony
**Sent:** Wednesday, September 25, 2013 4:04 PM
**To:** Matthews, Carey
**Cc:** Valenzuela, Estella; Valenzuela, Estella; Watkins, Paul; Peters, Joe
**Subject:** Election Identification Certificate (EIC) Operations Next Week

2:13-cv-193
09/02/2014
DEF1160

Sir,
I apologize for the short notice, but I wanted you to know that DPS/DL has been directed by the Secretary of State (SOS) to conduct EIC operations outside of "brick-and-mortar" offices in El Paso beginning the 1st of Oct. To this end, SOS has purchased enough equipment (computers, scanners, cameras…) to build 25 "Mobile Light" systems for use in issuing EICs only. Region 4 will receive four of the twenty-five systems (see attachment). IT has configured these computers to protect the PII of the customers and we (DL) developed a business model for our employees to use. Because of security reasons, these units do not have internet access and our employees will not be able to verify customer eligibility on site. In order to overcome this, AD Skylor Hearn has determined that our personnel can use the Regional Communications Centers to run a 10-27 on the applicants to verify their eligibility to receive an EIC (we will not run a warrant check). We have loaded all six regional numbers into the cell phones that are included in the kits.

The SOS has worked to develop a list of locations in El Paso for DL to set up EIC operations. These are shown on the chart below. We have asked Dave Barber to check the locations out, and while employees at each of them have indicated that they were notified of our coming, the requirements were not spelled out (SOS told them we only needed a parking spot, not a table, chairs and access to power). I believe that Dave has resolved this with the POC at each location, and AD Peters is working this out with SOS today to make sure that we have everything we need in the future.

While some technical issues remain, we are planning to issue the equipment tomorrow and train our personnel to use the systems.

| 01 Oct - El Paso County (all locations 9 a.m. to 4 p.m.) | | | |
|---|---|---|---|
| El Paso County Courthouse (1st floor)<br>500 E. San Antonio<br>El Paso, Texas 79901<br>- | Hilos De Plata Senior Center<br>4451 Delta St.<br>El Paso, Texas 79905<br>915-533-3207 | Eastside Senior Center<br>3200 Fierro St.<br>El Paso, Texas 79935<br>915-591-4292<br>- | Father Martinez Senior Center<br>9311 Alameda Ave.<br>El Paso, Texas 79905<br>915-860-9131 |
| **02 Oct - El Paso County (all locations 9 a.m. to 4 p.m.)** | | | |
| El Paso County Courthouse (1st floor)<br>500 E. San Antonio<br>El Paso, Texas 79901 | Polly Harris Senior Center<br>650 Wallenberg St.<br>El Paso, Texas 79912<br>915-581-9525 | Horizon City Hall<br>14999 Darrington Rd.<br>Horizon City, Texas 79928<br>915-852-1056 | Carolina Recreation Center<br>563 N. Carolina St.<br>El Paso, Texas 79915<br>915-594-8934 |
| **03 Oct - El Paso County (all locations 9 a.m. to 4 p.m.)** | | | |
| El Paso County Courthouse (1st floor)<br>500 E. San Antonio<br>El Paso, Texas 79901 | Wellington Chew Senior Center<br>4430 Maxwell St.<br>El Paso, Texas 79904<br>915-757-2523 | Socorro City Council Chambers<br>860 N. Rio Vista Rd.<br>El Paso, Texas 79927<br>915-872-8673<br>- | Grandview Park Senior Center<br>3134 Jefferson Ave.<br>El Paso, Texas 79930<br>915-566-1217 |
| **04 Oct - El Paso County (all locations 9 a.m. to 4 p.m.)** | | | |
| Memorial Park Senior Center<br>1800 Byron St.<br>El Paso, Texas 79930<br>915-562-4260 | Canutillo Nutrition Center<br>7361 Bosque Rd.<br>El Paso, Texas 79835<br>915-877-2622 | San Juan Senior Center<br>5701 Tamburo Court<br>El Paso, Texas 79905<br>915-772-8365 | Gary Del Palacio Recreation Center<br>3001 Parkwood St.<br>El Paso, Texas 79925 |

915-629-7312

v/r

*Tony Rodriguez*

Customer Operations Senior Manager – South and West
Driver License Division
Texas Department of Public Safety
tony.rodriguez@dps.texas.gov
512.424.5657 (O)
512.739.9709 (C)
512.424.5233 (F)

TEX0478815