| | |
|---|---|
| **From:** | Rodriguez, Tony |
| **To:** | Silva, Samuel |
| **CC:** | Ramirez, Raquel |
| **BCC:** | Wroe Jackson |
| **Sent:** | 9/30/2013 7:35:03 PM |
| **Subject:** | RE: Cameron County EIC Mobile Station Dates |
| **Attachments:** | Mobile EIC Location Template (v2).xlsx |

Thanks for the heads up.  I have a telecon to discuss EICs tomorrow at 0830 and the Sec State will be on line.  We can start the coordination rolling then.

Attached is my tracking sheet FYSA.
v/r

*Tony Rodriguez*

Customer Operations Senior Manager – South and West
Driver License Division
Texas Department of Public Safety
tony.rodriguez@dps.texas.gov
512.424.5657 (O)
512.739.9709 (C)
512.424.5233 (F)

---

**From:** Silva, Samuel
**Sent:** Monday, September 30, 2013 5:26 PM
**To:** Rodriguez, Tony
**Cc:** Ramirez, Raquel
**Subject:** FW: Cameron County EIC Mobile Station Dates
**Importance:** High

Tony,
Please see Rachel's email below.
Sam.

*DLD Vision:  We are creating a faster, easier, and friendlier driver license experience and a safer Texas.*
*Samuel J. Silva*
*Driver License Regional Manager*
*O: (956) 565-7210*
*M: (956) 369-4517*

---

**From:** Ramirez, Raquel
**Sent:** Monday, September 30, 2013 5:23 PM
**To:** Silva, Samuel
**Subject:** Cameron County EIC Mobile Station Dates

Sam,

I spoke to Cameron County Elections Administrator Chris Davis this afternoon.  He informed me he had gotten word from Keith Ingram, Director of Election Division of the Secretary of State, that the dates for the mobile stations to be deployed in Cameron County are as follows:

Brownsville – October 7th – 9th
Harlingen – October 10th – 11th and
San Benito – October 14th – 15th



2:13-cv-193
09/02/2014
**DEF1162**

TEX0478934

Mr. Davis was wanting to know what we were needing to set up, how many personnel were going to staff the mobile stations and how many stations were going to be set up. I informed Mr. Davis, we had not heard of any dates for deployment yet and not sure of how many stations we would be able to set up. I did advise him we would need at least one table, 3-5 chairs and a power outlet.

Mr. Davis suggested of setting a mobile station at both Brownsville Libraries on October 7th and 8th. he was going to look into possible locations for the other Cities and get back with me tomorrow afternoon.

He also suggested I contact Yvonne Ramon, Hidalgo County Election Administrator, to see if she has received any dates for her County.

Thank You,
*Raquel Ramirez*
Assistant Manager
Driver License Division
Region 3 - Weslaco
(956) 565-7212

TEX0478935