| | |
|---|---|
| **From:** | Silva, Samuel |
| **To:** | Rodriguez, Tony |
| **CC:** | Hernandez, Cynthia; Travis, Margaret; Uribe, Roxanne; Segundo, Carolina |
| **Sent:** | 11/27/2013 10:31:16 AM |
| **Subject:** | EIC Region 3 Weekly Report - Issuance: 0, Inquiry: 0 |
| **Attachments:** | 11-27 EIC.xls |

Tony,
EIC Weekly Report for Region 3.  November 25 to November 27.
Issuance: 0
Inquiry: 0

Sam.

---

**From:** Uribe, Roxanne
**Sent:** Wednesday, November 27, 2013 8:24 AM
**To:** Silva, Samuel
**Cc:** Segundo, Carolina; Ramirez, Raquel; Flores, Maria
**Subject:** EIC Report

Sam,
Attached is this week's EIC report for Region 3.  Please let me know if you have any questions.

| 3 | Issuance | 0 | |
|---|---|---|---|
| | Inquiry | 0 | |

*Roxanne Uribe*
Customer Operations Secretary III
Drivers License -- Corpus Christi
Ph: (361) 698-5624 | Fax: (361) 698-5557
roxanne.uribe@dps.texas.gov



2:13-cv-193
09/02/2014
DEF1163

TEX0478954