| | |
|---|---|
| **From:** | Silva, Samuel |
| **To:** | Rodriguez, Tony; Bell, Stephen |
| **CC:** | Uribe, Roxanne; Segundo, Carolina |
| **Sent:** | 8/30/2013 4:08:54 PM |
| **Subject:** | EIC Region 3 Weekly Report 8/30/2013 |
| **Attachments:** | EIC Region 3 Weekly Report 8-30-2013.xls |

Region 3 EIC Weekly Report for the week ending Friday, August 30, 2013.  See attachment.
Have a great weekend.
Sam.

*DLD Vision:  We are creating a faster, easier, and friendlier driver license experience and a safer Texas.*
*Samuel J. Silva*
***Driver License Regional Manager***
*O: (956) 565-7210*
*M: (956) 369-4517*

2:13-cv-193
09/02/2014
**DEF1165**

TEX0478995