| | |
|---|---|
| **From:** | Nolte, Candace |
| **To:** | Bodisch, Robert |
| **Sent:** | 9/19/2013 5:33:38 PM |
| **Subject:** | FW: 25 Mile and 50 Mile Radius Maps Produced by Linda Prosperie |
| **Attachments:** | DL Offices Population 25 and 50 miles TXSTATE Data.pptx; DL Offices Population 25 and 50 miles.pptx |

**From:** Krueger, Kristopher
**Sent:** Friday, June 28, 2013 5:11 PM
**To:** Smith, Janie; Watkins, Paul; Rodriguez, Tony; Bell, Stephen
**Subject:** 25 Mile and 50 Mile Radius Maps Produced by Linda Prosperie

Attached are 2 sets of maps. One set includes the data found by Linda, the other is Linda's map with Texas State's calculations.

Kristopher Krueger
Strategic Operations Analyst
Driver License Division

kristopher.krueger@dps.texas.gov
512-424-5061 (office)
512-705-7169 (mobile)



2:13-cv-193
09/02/2014
**DEF1169**

TEX0479030