| | |
|---|---|
| **From:** | Spinks, Margaret |
| **To:** | Krueger, Kristopher |
| **CC:** | Mastracchio, JoeAnna; Gipson, Sheri; Daughtry, Lisa; Heselmeyer, Diane |
| **Sent:** | 11/22/2013 12:42:04 PM |
| **Subject:** | FW: EIC Operations After Action Review |
| **Attachments:** | EIC Operations AAR.docx; EIC Support Task Verification.docx; Support Task Equipment LRS 112013.docx; Support Task Equipment LRS 1120131.docx; Support Task ITLRS 2013.docx; Support Task ITLRS 20131.docx; The After Action Review.pptx |

Kris,

Many thanks for allowing License and Record Service to contribute to this very important effort. My employees were grateful for the opportunity to be able to work with folks from other areas and do something different. You will notice duplication, however certain tasks were dependent on each other.

Thank You,
Margaret Spinks, Manager
Driver License Division
License and Record Service
512-424-7243
margaret.spinks@dps.texas.gov

2:13-cv-193
09/02/2014
DEF1171

We are creating a faster, easier and friendlier driver license experience and a safer Texas

---

**From:** Krueger, Kristopher
**Sent:** Friday, November 15, 2013 6:35 PM
**To:** Watkins, Paul; Bell, Stephen; Rodriguez, Tony; Mastracchio, JoeAnna; Bracken, James; Carlisle, Andrea; Peyton, John; Flores, Amelia; Carlsson, Lori; Peters, Joe; Myers, Bob; Hale, Lynn; Cardwell, Renee (DL); Corbett, Melissa; Gomez, Frances; True, Terri; Truett, Saundra; Pitzer, Deborah; Spinks, Margaret; Daughtry, Lisa; Jarmon, Karol; Bergman, Kathy; Berkley, Johnnie; Carter, Thomas; Garcia, Joseph; Hubbard, Barbara; Silva, Samuel; Valdez, Tomas; Valenzuela, Estella; Winkley, Salestus
**Subject:** EIC Operations After Action Review

Thank you for you and your team's critical support in the success of EIC operations. The Driver License Division would like to take this opportunity to learn from its experience with Mobile EIC Operations. We have scheduled an After Action Review, or Lessons Learned, for Tuesday, December 10, 2013. We want you to be a part of the review. Simply put, an After Action Review is a professional conversation to learn more about what we did right and what we can do better for next time.

We know not everyone can be in the room on December 10. We are asking all Region Managers and support personnel at Headquarters to attend. Regional Managers should already be making arrangements to return EIC equipment on Monday, December 9. The AAR will be Tuesday morning, December 10. It will be over by lunch time.

To help you get ready for the AAR, I have attached several documents. The first to look at is a PowerPoint with an overview of an AAR, The After Action Review.pptx.

The next document to look at is specific AAR information for EIC Operations, title EIC Operations AAR.docx. This document is designed to help you begin preparing for the AAR on December 10.

The other documents are tasks we had to accomplish to complete EIC Operations. They are broken into region tasks and support tasks. Each provides space to document what we did well and what we can do better. Please take the time to go through these tasks over the next few weeks with your team and return them to me by Thursday, December 5. This information will help me prepare the AAR on December 10. If you find there are tasks that I missed, feel free to add them and send them on to me.

Since this is a new process for the division, I have been trying to find an example video of what an AAR looks like. I was able to find 2 links that may help if you have never been involved in an AAR before. Feel free to take a look at them, not so much for what is being said, but for how the AAR is being run. This first link is an example of how not to do an AAR: https://rdl.train.army.mil/catalog/view/100.ATSC/1EDEFDDA-46B2-4045-814A-34CFD7EF8FA4-1308748302093/AAR_Episode1_Web.wmv.  This link is an example of how to do an AAR: https://rdl.train.army.mil/catalog/view/100.ATSC/1EDEFDDA-46B2-4045-814A-34CFD7EF8FA4-1308748302093/AAR_Episode5_Web.wmv. While our AAR will be a more formal process, all of the same elements are there.

I will be speaking more to the AAR process during Tuesday mornings Regional Managers Daily Report call.

Kristopher Krueger
Strategic Operations Analyst
Driver License Division

kristopher.krueger@dps.texas.gov
512-424-5061 (office)
512-705-7169 (mobile)