

# Driver License Regional Weekly Review

Region 1A: Dallas Area

Week 20 2013: May 13 - May 17

## Customer Volume and Average Waits

## Performance by Transaction Type

| OfficeName | Customer Volume | | | Avg. Wait Time in Minutes | | |
|---|---|---|---|---|---|---|
| | Replace & Renew | Originals | Other Types | Replace & Renew | Originals | Other Types |
| Carrollton | 1,256 | 565 | 598 | 11 | 29 | 25 |
| Cedar Hill | 716 | 444 | 224 | 7 | 8 | 27 |
| Dallas - East | 1,209 | 610 | 361 | 17 | 43 | 25 |
| Dallas - Southwest | 744 | 474 | 305 | 25 | 26 | 23 |
| Garland | 809 | 391 | 147 | 12 | 24 | 15 |
| Grand Prairie | 611 | 425 | 208 | 13 | 16 | 17 |
| Irving | 767 | 462 | 617 | 5 | 12 | 15 |
| Longview | 535 | 250 | 93 | 25 | 27 | 24 |
| Tyler | 541 | 285 | 189 | 13 | 23 | 19 |

## Regional Map

2:13-cv-193
09/02/2014
DEF1181
exhibitsticker.com

# Driver License Regional Weekly Review

Region 1B: Fort Worth Area

Week 20 2013: May 13 - May 17

## Customer Volume and Average Waits

## Performance by Transaction Type

| OfficeName | Customer Volume: Replace & Renew | Customer Volume: Originals | Customer Volume: Other Types | Avg. Wait Time in Minutes: Replace & Renew | Avg. Wait Time in Minutes: Originals | Avg. Wait Time in Minutes: Other Types |
|---|---|---|---|---|---|---|
| Arlington | 812 | 297 | 259 | 24 | 43 | 26 |
| Denton | 516 | 179 | 331 | 42 | 46 | 33 |
| Fort Worth | 1,018 | 415 | 177 | 16 | 30 | 30 |
| Hurst | 1,171 | 430 | 432 | 22 | 24 | 21 |
| Lake Worth | 916 | 328 | 189 | 15 | 17 | 16 |
| Lewisville | 685 | 300 | 235 | 14 | 28 | 16 |
| McKinney | 752 | 419 | 167 | 35 | 55 | 24 |
| Plano | 1,247 | 439 | 940 | 53 | 70 | 50 |
| Waxahachie | 404 | 150 | 241 | 8 | 10 | 9 |

## Regional Map



# Driver License Regional Weekly Review

Region 2A: West Houston

Week 20 2013: May 13 - May 17

## Customer Volume and Average Waits

## Performance by Transaction Type

| OfficeName | Customer Volume: Replace & Renew | Customer Volume: Originals | Customer Volume: Other Types | Avg. Wait Time in Minutes: Replace & Renew | Avg. Wait Time in Minutes: Originals | Avg. Wait Time in Minutes: Other Types |
|---|---|---|---|---|---|---|
| Bryan | 667 | 264 | 198 | 30 | 40 | 27 |
| Houston - Gessn.. | 1,805 | 1,001 | 1,126 | 30 | 46 | 57 |
| Houston - Grant .. | 922 | 351 | 381 | 20 | 36 | 10 |
| Houston - Townh.. | 984 | 536 | 1,189 | 22 | 93 | 81 |
| Houston - Vantage | 668 | 291 | 209 | 16 | 19 | 9 |
| Houston Dacoma | 1,056 | 305 | 408 | 33 | 35 | 34 |

## Regional Map







# Driver License Regional Weekly Review

Region 2B: East Houston

Week 20 2013: May 13 - May 17

## Customer Volume and Average Waits

## Performance by Transaction Type

| OfficeName | Customer Volume: Replace & Renew | Customer Volume: Originals | Customer Volume: Other Types | Avg. Wait Time in Minutes: Replace & Renew | Avg. Wait Time in Minutes: Originals | Avg. Wait Time in Minutes: Other Types |
|---|---|---|---|---|---|---|
| Baytown | 486 | 249 | 225 | 27 | 46 | 33 |
| Beaumont | 609 | 158 | 208 | 22 | 39 | 23 |
| Clear Lake | 914 | 487 | 213 | 15 | 54 | 17 |
| Conroe | 660 | 235 | 258 | 19 | 28 | 24 |
| Houston - East | 474 | 362 | 312 | 11 | 30 | 27 |
| Houston - Winkler | 670 | 363 | 511 | 22 | 31 | 30 |
| Humble | 795 | 424 | 303 | 20 | 41 | 21 |
| Pasadena | 815 | 409 | 5 | 17 | 26 | 27 |
| Texas City | 614 | 314 | 172 | 14 | 25 | 28 |

## Regional Map

# Driver License Regional Weekly Review

Region 3: South Texas

Week 20 2013: May 13 - May 17

Year
2012
2013

## Customer Volume and Average Waits

## Performance by Transaction Type

| OfficeName | Customer Volume: Replace & Renew | Customer Volume: Originals | Customer Volume: Other Types | Avg. Wait Time in Minutes: Replace & Renew | Avg. Wait Time in Minutes: Originals | Avg. Wait Time in Minutes: Other Types |
|---|---|---|---|---|---|---|
| Brownsville | 701 | 277 | 246 | 27 | 16 | 24 |
| Corpus Christi | 822 | 363 | 442 | 24 | 38 | 38 |
| Laredo | 814 | 383 | 259 | 10 | 18 | 16 |
| Weslaco | 609 | 312 | 183 | 16 | 26 | 34 |

## Regional Map

# Driver License Regional Weekly Review

Region 4: West Texas

Week 20 2013: May 13 - May 17

## Customer Volume and Average Waits

## Performance by Transaction Type

| OfficeName | Customer Volume: Replace & Renew | Customer Volume: Originals | Customer Volume: Other Types | Avg. Wait Time in Minutes: Replace & Renew | Avg. Wait Time in Minutes: Originals | Avg. Wait Time in Minutes: Other Types |
|---|---|---|---|---|---|---|
| El Paso - Gateway | 845 | 365 | 167 | 17.6 | 16.9 | 10.3 |
| El Paso - Hondo Pa.. | 550 | 349 | 83 | 13.4 | 14.1 | 16.3 |
| El Paso - Northwest | 405 | 229 | 220 | 10.3 | 12.2 | 9.7 |
| El Paso - Scott Sim.. | 698 | 256 | 162 | 14.8 | 15.8 | 13.2 |
| Midland | 460 | 293 | 156 | 56.9 | 86.8 | 66.4 |
| Odessa | 515 | 193 | 171 | 32.5 | 47.8 | 41.7 |
| San Angelo | 450 | 166 | 158 | 10.8 | 21.3 | 21.8 |

## Regional Map



# Driver License Regional Weekly Review

Region 5: Panhandle

Week 20 2013: May 13 - May 17

## Customer Volume and Average Waits

## Performance by Transaction Type

| OfficeName | Customer Volume: Replace & Renew | Customer Volume: Originals | Customer Volume: Other Types | Avg. Wait Time in Minutes: Replace & Renew | Avg. Wait Time in Minutes: Originals | Avg. Wait Time in Minutes: Other Types |
|---|---|---|---|---|---|---|
| Abilene | 440 | 182 | 177 | 15 | 21 | 24 |
| Amarillo | 705 | 244 | 229 | 21 | 33 | 34 |
| Lubbock | 789 | 300 | 365 | 25 | 37 | 33 |
| Wichita Falls | 421 | 144 | 118 | 15 | 21 | 15 |

## Regional Map



# Driver License Regional Weekly Review

Region 6A: San Antonio

Week 20 2013: May 13 - May 17

## Customer Volume and Average Waits

## Performance by Transaction Type

| OfficeName | Customer Volume: Replace & Renew | Customer Volume: Originals | Customer Volume: Other Types | Avg. Wait Time in Minutes: Replace & Renew | Avg. Wait Time in Minutes: Originals | Avg. Wait Time in Minutes: Other Types |
|---|---|---|---|---|---|---|
| San Antonio - Pat Booker | 1,099 | 481 | 427 | 17 | 27 | 25 |
| San Antonio - General McMullen | 964 | 360 | 166 | 25 | 33 | 26 |
| San Antonio - Southeast | 755 | 285 | 353 | 58 | 62 | 37 |
| San Antonio- Babcock | 857 | 250 | 322 | 31 | 37 | 24 |

## Regional Map



# Driver License Regional Weekly Review

Region 6B: Austin and Waco

Week 20 2013: May 13 - May 17

## Customer Volume and Average Waits

## Performance by Transaction Type

| OfficeName | Customer Volume: Replace & Renew | Customer Volume: Originals | Customer Volume: Other Types | Avg. Wait Time in Minutes: Replace & Renew | Avg. Wait Time in Minutes: Originals | Avg. Wait Time in Minutes: Other Types |
|---|---|---|---|---|---|---|
| Austin - Northwest | 851 | 222 | 293 | 27 | 31 | 23 |
| Austin - South | 1,413 | 634 | 448 | 16 | 19 | 15 |
| Georgetown | 464 | 178 | 88 | 11 | 24 | 20 |
| Waco | 657 | 250 | 194 | 17 | 27 | 19 |

## Regional Map



**Driver License Regional Weekly Review**    Mega Centers    Week 20 2013: May 13 - May 17

## Customer Volume and Average Waits



## Performance by Transaction Type

| Office | Customer Volume | | | Avg Wait Time in Minutes | | |
| --- | --- | --- | --- | --- | --- | --- |
| | Replace & Renew | Originals | Other Types | Replace & Renew | Originals | Other Types |
| Fort Worth | 1,225 | 723 | 1,346 | 19 | 22 | 15 |
| Garland | 1,558 | 890 | 1,111 | 11 | 17 | 9 |
| Leon Valley | 1,973 | 960 | 541 | 6 | 9 | 4 |
| Pflugerville | 1,880 | 943 | 864 | 13 | 20 | 16 |
| Rosenberg | 2,250 | 912 | 1,076 | 8 | 12 | 11 |
| Spring | 1,723 | 930 | 165 | 30 | 49 | 29 |

## Mega Center Map

