

**Driver License Regional Weekly Review** — Region 1A: Dallas Area — Week 26 2013: June 24 - June 28

Customer Volume and Average Waits (Year: 2012, 2013)

Performance by Transaction Type

| OfficeName | Customer Volume | | | Avg. Wait Time in Minutes | | |
|---|---|---|---|---|---|---|
| | Replace & Renew | Originals | Other Types | Replace & Renew | Originals | Other Types |
| Carrollton | 1,120 | 776 | 563 | 8 | 28 | 28 |
| Cedar Hill | 550 | 492 | 193 | 9 | 20 | 20 |
| Dallas - East | 1,204 | 841 | 365 | 10 | 31 | 23 |
| Dallas - Southwest | 666 | 678 | 381 | 43 | 56 | 48 |
| Garland | 704 | 454 | 220 | 18 | 41 | 22 |
| Grand Prairie | 657 | 505 | 204 | 20 | 52 | 33 |
| Irving | 682 | 519 | 490 | 5 | 18 | 21 |
| Longview | 464 | 222 | 143 | 42 | 29 | 28 |
| Tyler | 513 | 302 | 165 | 17 | 27 | 22 |

Regional Map

2:13-cv-193 09/02/2014 DEF1182

TEX0479532





# Driver License Regional Weekly Review

Region 1B: Fort Worth Area

Week 26 2013: June 24 - June 28

Year
2012
2013

## Customer Volume and Average Waits

## Performance by Transaction Type

| OfficeName | Customer Volume | | | Avg. Wait Time in Minutes | | |
|---|---|---|---|---|---|---|
| | Replace & Renew | Originals | Other Types | Replace & Renew | Originals | Other Types |
| Arlington | 787 | 418 | 296 | 40 | 63 | 39 |
| Denton | 393 | 193 | 175 | 57 | 77 | 43 |
| Fort Worth | 899 | 591 | 232 | 16 | 28 | 22 |
| Hurst | 1,142 | 514 | 240 | 26 | 33 | 26 |
| Lake Worth | 585 | 305 | 232 | 18 | 33 | 26 |
| Lewisville | 638 | 395 | 234 | 26 | 43 | 26 |
| McKinney | 728 | 489 | 211 | 49 | 85 | 32 |
| Plano | 992 | 632 | 687 | 61 | 97 | 48 |
| Waxahachie | 421 | 200 | 341 | 21 | 31 | 26 |

## Regional Map

Driver License Regional Weekly Review

Region 2A: West Houston

Week 26 2013: June 24 - June 28

## Customer Volume and Average Waits

## Performance by Transaction Type

| OfficeName | Customer Volume: Replace & Renew | Customer Volume: Originals | Customer Volume: Other Types | Avg. Wait Time in Minutes: Replace & Renew | Avg. Wait Time in Minutes: Originals | Avg. Wait Time in Minutes: Other Types |
|---|---|---|---|---|---|---|
| Bryan | 417 | 174 | 272 | 50 | 75 | 47 |
| Houston - Grant Road | 924 | 482 | 325 | 20 | 43 | 12 |
| Houston - Townhurst | 891 | 724 | 1,035 | 34 | 112 | 90 |
| Houston - Vantage | 673 | 447 | 348 | 57 | 62 | 22 |
| Houston Dacoma | 1,346 | 512 | 84 | 20 | 28 | 25 |

## Regional Map



**Driver License Regional Weekly Review** — Region 2B: East Houston — Week 26 2013: June 24 - June 28

Year: 2012, 2013

### Customer Volume and Average Waits

(Bar chart of Wait Time in Minutes and Customer Volume by office: Baytown, Beaumont, Clear Lake, Conroe, Houston - East, Houston - Winkler, Humble, Pasadena, Texas City)

### Performance by Transaction Type

| OfficeName | Customer Volume | | | Avg. Wait Time in Minutes | | |
|---|---|---|---|---|---|---|
| | Replace & Renew | Originals | Other Types | Replace & Renew | Originals | Other Types |
| Baytown | 347 | 229 | 162 | 30 | 58 | 35 |
| Beaumont | 582 | 259 | 216 | 30 | 81 | 50 |
| Clear Lake | 828 | 591 | 243 | 24 | 62 | 11 |
| Conroe | 611 | 249 | 255 | 11 | 25 | 11 |
| Houston - East | 455 | 508 | 336 | 27 | 55 | 43 |
| Houston - Winkler | 793 | 492 | 486 | 19 | 28 | 20 |
| Humble | 540 | 411 | 210 | 12 | 31 | 21 |
| Pasadena | 555 | 493 | 162 | 15 | 39 | 23 |
| Texas City | 599 | 464 | 275 | 16 | 32 | 30 |

### Regional Map

Offices with Queuing Solution ▮  Other Offices ▯

TEX0479535



# Driver License Regional Weekly Review

Region 3: South Texas

Week 26 2013: June 24 - June 28

## Customer Volume and Average Waits

Year
2012
2013

## Performance by Transaction Type

| OfficeName | Customer Volume: Replace & Renew | Customer Volume: Originals | Customer Volume: Other Types | Avg. Wait Time in Minutes: Replace & Renew | Avg. Wait Time in Minutes: Originals | Avg. Wait Time in Minutes: Other Types |
|---|---|---|---|---|---|---|
| Brownsville | 630 | 370 | 229 | 21 | 25 | 20 |
| Corpus Christi | 851 | 496 | 402 | 24 | 31 | 35 |
| Laredo | 700 | 466 | 242 | 15 | 28 | 18 |
| Weslaco | 545 | 471 | 232 | 22 | 36 | 37 |

## Regional Map





# Driver License Regional Weekly Review

Region 4: West Texas

Week 26 2013: June 24 - June 28

## Customer Volume and Average Waits

## Performance by Transaction Type

| OfficeName | Customer Volume: Replace & Renew | Customer Volume: Originals | Customer Volume: Other Types | Avg. Wait Time in Minutes: Replace & Renew | Avg. Wait Time in Minutes: Originals | Avg. Wait Time in Minutes: Other Types |
|---|---|---|---|---|---|---|
| El Paso - Gateway | 800 | 711 | 204 | 18.0 | 17.6 | 12.6 |
| El Paso - Hondo Pa.. | 470 | 523 | 116 | 17.9 | 17.4 | 32.5 |
| El Paso - Northwest | 427 | 292 | 186 | 14.7 | 13.5 | 11.0 |
| El Paso - Scott Sim.. | 695 | 407 | 226 | 17.7 | 26.9 | 23.0 |
| Midland | 422 | 359 | 129 | 19.1 | 35.5 | 35.9 |
| Odessa | 486 | 343 | 160 | 30.0 | 39.3 | 31.4 |
| San Angelo | 381 | 177 | 173 | 6.0 | 11.5 | 12.4 |

## Regional Map

# Driver License Regional Weekly Review

Region 5: Panhandle

Week 26 2013: June 24 - June 28

## Customer Volume and Average Waits

## Performance by Transaction Type

| OfficeName | Customer Volume: Replace & Renew | Customer Volume: Originals | Customer Volume: Other Types | Avg. Wait Time in Minutes: Replace & Renew | Avg. Wait Time in Minutes: Originals | Avg. Wait Time in Minutes: Other Types |
|---|---|---|---|---|---|---|
| Abilene | 397 | 232 | 182 | 10 | 17 | 20 |
| Amarillo | 634 | 384 | 205 | 17 | 27 | 30 |
| Lubbock | 756 | 342 | 274 | 18 | 26 | 19 |
| Wichita Falls | 299 | 100 | 112 | 9 | 14 | 12 |

## Regional Map







# Driver License Regional Weekly Review

Region 6A: San Antonio

Week 26 2013: June 24 - June 28

## Customer Volume and Average Waits

## Performance by Transaction Type

| OfficeName | Customer Volume: Replace & Renew | Customer Volume: Originals | Customer Volume: Other Types | Avg. Wait Time in Minutes: Replace & Renew | Avg. Wait Time in Minutes: Originals | Avg. Wait Time in Minutes: Other Types |
|---|---|---|---|---|---|---|
| San Antonio - Pat Booker | 1,001.0 | 591.0 | 411.0 | 16.2 | 38.3 | 33.5 |
| San Antonio - General McMullen | 853.0 | 478.0 | 529.0 | 20.2 | 27.2 | 13.4 |
| San Antonio - Southeast | 690.0 | 341.0 | 357.0 | 33.3 | 45.4 | 33.3 |
| San Antonio- Babcock | 730.0 | 294.0 | 313.0 | 34.2 | 40.5 | 29.8 |

## Regional Map

# Driver License Regional Weekly Review

Region 6B: Austin and Waco

Week 26 2013: June 24 - June 28

## Customer Volume and Average Waits

## Performance by Transaction Type

| OfficeName | Customer Volume Replace & Renew | Customer Volume Originals | Customer Volume Other Types | Avg. Wait Time in Minutes Replace & Renew | Avg. Wait Time in Minutes Originals | Avg. Wait Time in Minutes Other Types |
|---|---|---|---|---|---|---|
| Austin - Northwest | 780 | 297 | 241 | 28 | 33 | 21 |
| Austin - South | 1,274 | 786 | 347 | 23 | 23 | 20 |
| Georgetown | 388 | 179 | 79 | 17 | 36 | 26 |
| Waco | 596 | 376 | 221 | 20 | 33 | 27 |

## Regional Map

**Driver License Regional Weekly Review**          Mega Centers          Week 26 2013: June 24 - June 28

## Customer Volume and Average Waits



## Performance by Transaction Type

| Office | Customer Volume | | | Avg Wait Time in Minutes | | |
| --- | --- | --- | --- | --- | --- | --- |
| | Replace & Renew | Originals | Other Types | Replace & Renew | Originals | Other Types |
| Fort Worth | 1,259 | 834 | 1,832 | 15 | 28 | 22 |
| Garland | 1,783 | 1,590 | 1,799 | 20 | 38 | 14 |
| Houston - Gessner | 2,932 | 2,015 | 1,727 | 36 | 116 | 44 |
| Leon Valley | 1,986 | 1,344 | 779 | 12 | 22 | 4 |
| Pflugerville | 1,685 | 1,164 | 954 | 15 | 23 | 15 |
| Rosenberg | 1,934 | 1,300 | 1,370 | 24 | 43 | 33 |
| Spring | 1,623 | 1,138 | 1,667 | 49 | 81 | 47 |

## Mega Center Map



TEX0479541