**From:** Krueger, Kristopher
**To:** Smith, Janie; Rodriguez, Tony; Watkins, Paul; Bell, Stephen
**Sent:** 6/28/2013 5:07:26 PM
**Subject:** FW: Texans within 25 miles of a driver license office
**Attachments:** Demographic and Income Profile - Drive Distance Area 25 Miles.pdf; Demographic and Income Profile - Drive Distince Area Beyond 25 Miles.pdf; Demographic and Income Profile - The Entire State of Texas.pdf; Summary of Texas Population within 25 Miles of a Driver License Office.pdf

Attached is the data produced by Texas State University answering the question:

What percentage of the population of Texas lives within 25 miles of a DLO?

I am going to follow-up with Texas State to generate the same data at a 50 mile radius. It will probably approach over 99.9%. Linda Prosperie found similar results.

Kristopher Krueger
Strategic Operations Analyst
Driver License Division

kristopher.krueger@dps.texas.gov
512-424-5061 (office)
512-705-7169 (mobile)

---

**From:** Pantuso, Matthew A [mailto:mp49@txstate.edu]
**Sent:** Friday, June 28, 2013 2:43 PM
**To:** Krueger, Kristopher
**Cc:** Larsen, Robert D; Stephenson, Dr. Ronald
**Subject:** Texans within 25 miles of a driver license office

Kris,

In response to the question: What percent of the Texas population lives within 25 miles of a driver license office?

For our analysis, a 25 mile driving distance polygon was created around each office (using current Texas roads). The population in these polygons was summed to find the total population of Texas within a 25 mile drive of a driver license office.

Attached are a couple of items.

In the Summary of Texas Population PDF you will find a basic summary of our results, which detail a percentage range of the Texas population within 25 miles (driving distance, not as the crow flies) of a DPS office. We gave you data for 3 years (2010 census, 2012 projections, and 2017 projections) .The reason we are giving you a percentage range instead of a total percentage is the result of using block groups (similar to ZIP codes, but quite a bit smaller) as our level of geography. When an entire block group is not contained by the 25 mile driving area, the percent of the block group's area covered by the 25 mile radius polygon is used to find what percent of that block group's population should be included. This creates some overlap which causes the total population to be more than 100% when adding the population within 25 miles and the population outside of 25 miles. This creates some overlap that causes the total population to be more than 100% when adding the population within 25 miles and the population outside of 25 miles. Therefore, we included minimum and maximum calculations

In the attached PDFs, you will find detailed demographic breakdowns for the following:

1) The entire Texas population
2) Texans within 25 miles (driving distance) of a driver license office
3) Texans further than 25 miles (driving distance) from a driver license office.



2:13-cv-193
09/02/2014
**DEF1183**

TEX0479542

Please let us know if you need any other information related to this request. We'd be happy to help!

Matt Pantuso
Government Partnerships Program
Texas State University
(512) 245-3561

TEX0479543