| Summary of Texas Population within 25 Miles of a Driver License Office | | | |
|---|---|---|---|
| | 2010 Census | 2012 Projected | 2017 Projected |
| Entire State of Texas Population | 25,145,561 | 25,906,038 | 27,900,967 |
| Minimum percentage within 25 miles of a DLO | 97.88% | 97.91% | 97.99% |
| Maximum percentage within 25 miles of a DLO | 98.52% | 98.54% | 98.62% |

2:13-cv-193
09/02/2014
**DEF1184**

TEX0479550