| | |
|---|---|
| **From:** | Peters, Joe |
| **To:** | DPS Government Relations; Nolte, Candace |
| **Sent:** | 10/29/2013 1:55:08 PM |
| **Subject:** | Harris County EIC Demographics for Sen Ellis |
| **Attachments:** | Harris County EIC Demographics Weekly Wk 43 .xlsx |

Harris County EIC Demographics for Senator Ellis.

Joe Peters
Assistant Director
Texas Department of Public Safety
Driver License Division
P.O. Box 4087
Austin, TX  78773
Office: 512-424-5899
joe.peters@dps.texas.gov



2:13-cv-193
09/02/2014
**DEF1185**

TEX0479591