| | |
|---|---|
| **From:** | Nolte, Candace |
| **To:** | 'Brandon Dudley' |
| **Sent:** | 7/11/2013 3:39:37 PM |
| **Subject:** | RE: Map of counties with no DPS office (please-asap) |
| **Attachments:** | Driver License Regions with Offices.pdf; No TX DL Office.xlsx |

Excel and Map included – red dot stands for DL office.

FYI – As of 4:48pm last night we have had 27 inquiries, 2 EICs issued.

---

**From:** Brandon Dudley [mailto:Brandon.Dudley@senate.state.tx.us]
**Sent:** Thursday, July 11, 2013 3:32 PM
**To:** Nolte, Candace
**Subject:** Map of counties with no DPS office (please-asap)

Candace,

You will save my life if you can send me something like this ASAP.   My boss is yelling at us asking for something

Brandon Dudley
Chief of Staff/Legal Counsel
Office of Texas State Senator Rodney Ellis
Capitol Office
512-463-0113
District Office
713-236-0306



2:13-cv-193
09/02/2014
DEF1190