

# Driver License Division Regions with Driver License Offices



2:13-cv-193
09/02/2014
**DEF1191**

TEX0479602