| | |
|---|---|
| **From:** | Nolte, Candace |
| **To:** | amber.hausenfluck@senate.state.tx.us |
| **CC:** | Harden, Pamela |
| **Sent:** | 11/6/2013 9:23:56 AM |
| **Subject:** | RE: DPS Drivers License Stations - Sen Van de Putte |
| **Attachments:** | Copy of TX DL Office Information 103013.xlsx; Driver License Regions with Offices.pdf |

Amber,

My sincerest apologies on this delayed response. In order to address your statements below, I have included an excel spreadsheet that includes information (scheduled offices and office hours) for DL offices across the state. Notice there are 2 tabs -- "DL Offices" and "Counties with no DLO". I have also attached a state map that includes DL Division Regions with DL offices for a visual representation.

There are also EIC mobile locations which are determined by the Secretary of State's office.
http://www.votetexas.gov/
Included on their site is a list of EIC mobile stations traveling throughout the state. Find mobile station locations here.

Please let me know if you have questions.

*Candace Nolte*
*Deputy Assistant Director*
*Office of Government Relations*
Texas Department of Public Safety
(512) 424-7272
5805 N. Lamar Blvd.
P.O. Box 4087
Austin, TX 78773-0170
candace.nolte@dps.texas.gov



2:13-cv-193
09/02/2014
DEF1192

**From:** Amber Hausenfluck [mailto:Amber.Hausenfluck@senate.state.tx.us]
**Sent:** Monday, October 21, 2013 10:38 AM
**To:** Harden, Pamela
**Subject:** DPS Drivers License Stations

Hi Pam,

Can you help me update the following numbers? I noticed today I have not updated these numbers since April 2012:

- **11 counties** do not have DPS stations
    - In January 2011, 13 counties do not have DPS stations -- Over 243,000 people live in these counties
- **74 counties** have no office with an OPEN Driver's License station (includes the 11 offices above)
    - In January 2011, 83 counties without an OPEN DPS station
- **223 offices that are open**
    - longest drive to DL is 50-55 minute drive out in Marfa.
- There are **17 Drivers License offices that are open one day a week or less**

TEX0479604

Since today is the first day that Voter ID is in effect, I am trying to prepare for the media calls and constituent calls we will be getting for the next two weeks.

Thanks,

Amber Hausenfluck
Deputy Legislative Director
Senator Van de Putte, R.Ph.
E1.610
512-463-0126
amber.hausenfluck@senate.state.tx.us

TEX0479605