| | |
|---|---|
| From: | Rodriguez, Tony |
| To: | Bodisch, Robert; MacGregor Stephenson |
| CC: | Watkins, Paul; Peters, Joe |
| Sent: | 10/24/2013 11:46:49 AM |
| Subject: | RE: EIC schedule |
| Attachments: | EIC County Participation Chart (231600OCT13) (2).ppt; Mobile EIC Operations Ph I (240934Oct13) (3).xlsx; Mobile EIC Operations Ph III (231600OCT13).xlsx |

Bottom line:  Everything is on track now

1. We are on track for Phase I see attachment Mobile EIC Operations Ph I (240934Oct13).xlsx
2. Phase II (County operated systems and county machines):  All 37 counties trained and equipped:  25 MOUs received/12 MOUs due in (SOS is working them)See attachment : EIC County Participation Chart (231600OCT13).pptx
3. We have 5 days of coverage for the remaining 41 counties before COB on 4 Nov. See attachment : Mobile EIC Operations Ph III (231600OCT13).xlsx
4. The 79th county (Kimble) has had a DL Office in Junction since September, and will be open for the full five days before the 4th of Nov.

v/r

*Tony Rodriguez*

Customer Operations Senior Manager – South and West
Driver License Division
Texas Department of Public Safety
tony.rodriguez@dps.texas.gov
512.424.5657 (O)
512.739.9709 (C)
512.424.5233 (F)

---

**From:** Bodisch, Robert
**Sent:** Thursday, October 24, 2013 10:48 AM
**To:** MacGregor Stephenson; Rodriguez, Tony
**Cc:** Watkins, Paul; Peters, Joe
**Subject:** RE: EIC schedule

All, Sent just a few minutes ago.

**Robert J. Bodisch**
**Assistant Director/Chief of Staff**
**Texas Homeland Security**
**Texas Department of Public Safety**
**P. O. Box 4087**
**Austin, Texas 78773**
**512-424-2368**
**robert.bodisch@dps.texas.gov**
**robert.bodisch.sle@dhs.sgov.gov**



2:13-cv-193
09/02/2014
**DEF1193**

TEX0479660

**From:** MacGregor Stephenson [mailto:macgregor.stephenson@governor.state.tx.us]
**Sent:** Thursday, October 24, 2013 10:38 AM
**To:** Rodriguez, Tony
**Cc:** Bodisch, Robert; Watkins, Paul; Peters, Joe
**Subject:** RE: EIC schedule

Good Morning,

I wanted to see if I could get a copy of the current EIC spreadsheet. I appreciate it.

MacGregor

---

**From:** Rodriguez, Tony [mailto:Tony.Rodriguez@dps.texas.gov]
**Sent:** Thursday, October 17, 2013 11:41 AM
**To:** MacGregor Stephenson
**Cc:** Bodisch, Robert; Watkins, Paul; Peters, Joe
**Subject:** RE: EIC schedule

Per request
Loving – 21/28 October
Glasscock – 30 Oct 6/7 Nov
Upton - 30/31 Oct



v/r

*Tony Rodriguez*
Customer Operations Senior Manager – South and West
Driver License Division
Texas Department of Public Safety
tony.rodriguez@dps.texas.gov
512.424.5657 (O)
512.739.9709 (C)
512.424.5233 (F)

---

**From:** MacGregor Stephenson [mailto:macgregor.stephenson@governor.state.tx.us]
**Sent:** Thursday, October 17, 2013 11:31 AM
**To:** Rodriguez, Tony
**Subject:** FW: EIC schedule



---

**From:** Bodisch, Robert [mailto:Robert.Bodisch@dps.texas.gov]
**Sent:** Thursday, October 17, 2013 11:19 AM
**To:** MacGregor Stephenson
**Cc:** Bodisch, Robert; Cesinger, Katherine
**Subject:** EIC schedule

Mac, this is the EIC schedule as of this morning's conference call with all our regional DL representatives.   We have update conference calls everyday at 8:30 am and 4:00 pm since things change and we remain flexible to meet changes or pursue alternate courses of action.

Right now things are on track.

I am in the Public Safety Commission meeting today but hope it won't go past 3:00 pm.

TEX0479661

Robert J. Bodisch
Assistant Director/Chief of Staff
Texas Homeland Security
Texas Department of Public Safety
5805 N. Lamar Blvd., Bldg. A
Austin, TX 78752
512-424-2368 w
robert.bodisch@dps.texas.gov

Begin forwarded message:

**From:** "Rodriguez, Tony" <Tony.Rodriguez@dps.texas.gov>
**Date:** October 17, 2013 at 11:11:59 AM CDT
**To:** "Bodisch, Robert" <Robert.Bodisch@dps.texas.gov>, "Peters, Joe" <Joe.Peters@dps.texas.gov>, "Watkins, Paul" <Paul.Watkins@dps.texas.gov>

Per Request

v/r

*Tony Rodriguez*
Customer Operations Senior Manager – South and West
Driver License Division
Texas Department of Public Safety
tony.rodriguez@dps.texas.gov
512.424.5657 (O)
512.739.9709 (C)
512.424.5233 (F)

TEX0479662