| | |
|---|---|
| From: | Wroe Jackson |
| To: | Bodisch, Robert |
| CC: | Coby Shorter |
| Sent: | 9/23/2013 2:55:20 PM |
| Subject: | DRAFT Mobile EIC Unit Schedule |
| Attachments: | DRAFT - Mobile EIC Units Schedule 092313.xlsx |

Mr. Bodisch,

Attached, please find a draft schedule for mobile EIC units. Please note that there will be some changes later in the schedule as we are attempting to visit more counties without a DPS driver license facility. I'm working on incorporating those changes currently. Please feel free to contact the Deputy Secretary or myself if you would like more information.

Best,
Wroe Jackson


Wroe Jackson
General Counsel
Texas Secretary of State
512/463-5770 (w), 512/475-2761 (f)
wjackson@sos.texas.gov

*This communication may be privileged and confidential. Any copying, use, or distribution of any information or materials by or to anyone other than the recipients listed above is prohibited without express authorization from the sender.*

**Please note my new email address effective immediately: wjackson@sos.texas.gov**



2:13-cv-193
09/02/2014
DEF1197