

**Figure 45.** Percent of population with daily Internet use by county.



**Figure 46.** Percent of population that made an online purchase within 30 days of Internet connectivity data collection by county.



**Figure 47.** Internet transactions as a percentage of total initiated transactions by county.

The correlation analysis showed statistically significant correlations between Internet initiated transaction percentages and two of the three Internet connectivity variables. The strongest correlation was between Internet initiated transactions and people who used the Internet daily at 0.539. The correlation between Internet initiated transactions and people who made an online purchase within 30 days of Internet connectivity data collection was the next strongest correlation at 0.471. The correlation between Internet initiated transactions and individuals that had Internet access was 0.119 and was not statistically significant (Table 10). The correlation analysis suggested that having access to the Internet was not connected to whether or not a customer used the Internet to initiate a transaction. Daily Internet usage and making purchases online were better indicators of populations that used the Internet for DL services.

## TRANSACTIONS FOR TEMPORARY VISITORS

The volume of initiated transactions for Temporary Visitors was 88,121. The 2010 DLS data contained initiated transactions for Temporary Visitors from 189 Countries of Origin. Country of Origin volumes of initiated transactions for Temporary Visitors ranged from 0 to 9,572. India was the most frequent Country of Origin with a volume of 9,572. Mexico had the second highest volume at 5,603 and El Salvador had the third highest volume at 4,159. Countries of Origin volumes for initiated transactions for Temporary Visitors are depicted in Figure 48 and Appendix A, Table 7A.

The United States was listed as the Country of Origin in 3,085 initiated transactions for Temporary Visitors. These transactions were removed from analysis, because, by defini-

|  |  | Percent Access to Internet | Percent Daily Internet Use | Percent Purchased Item Online |
|---|---|---|---|---|
| Internet Transactions | Correlation Coefficient | .119 | .539* | .471* |
| | Significance (2-tailed) | .058 | .000 | .000 |

*Correlation is significant at the 0.01 level (2-tailed)*

Table 10. Percent of Internet initiated transactions by county had a significant correlation with percent of people with daily Internet use and percent of people that made an online purchase within 30 days of Internet connectivity data collection. Percent of people who simply had access to Internet did not have a significant correlation with Internet initiated transactions.



**Figure 48.** Countries of Origin Volumes for initiated transactions for Temporary Visitors.

tion, these transactions are for customers not from the United States. It is not known why the United States was listed as the Country of Origin for these transactions. The complexity of initiated transactions for Temporary Visitors could have contributed to these errors in data entry. Safeguards against data entry errors, additional employee training, or limiting locations where initiated transactions for Temporary Visitors are issued could increase data accuracy and usability.

## DRIVER EDUCATION

Volume analyses and descriptive statistics analyses revealed inconsistencies in the DLS driver education data. Many transactions that were expected to have had driver education data did not. For example, only 38% of all Original DL transactions for 15- to 24-year-olds had driver education data. As a result of data inconsistencies and the likelihood of misleading results, no further analyses were completed on driver education.

Some of the inconsistencies in driver education data could be a result of weaknesses in the DLS and employee training. Currently, driver education documents must be scanned to complete a transaction requiring driver education information. However, the Driver Education Type field in the DLS is an op-

tional field and does not have to be filled-in to complete a transaction. As a result, some technicians may not have filled-in the driver education field. A solution to increase data accuracy and reduce the need for additional employee training is a change to the DLS that would make the Driver Education Type field a required field. This simple change in the DLS would prevent future driver education data inconsistencies and ensure that future data could be analyzed.

## VISION, KNOWLEDGE, AND ROAD TESTS

Inconsistencies were revealed in the DLS Dataset test data. Analysis revealed that test results were recorded cumulatively and followed a customer through all of his or her transactions. For example, if a customer took and passed four vision tests since their first ID/DL transaction, the vision test field would contain a four. This means that the data does not reveal whether a particular type of test was passed or failed for the specific initiated transaction being analyzed. Instead, the data only revealed how many tests were passed and how many were failed by an individual over the course of all of their transactions. Thus, tests administered in CY 2010 could not be uniquely identified. As a result, no further analyses were completed on test data. To improve the usability of test data, a new field could be added to the database to allow for the recording of test passes/fails for transaction specific tests in addition to having a field with cumulative test results.

## MODEL AND RISK EMPLOYEES

The greatest volume of transactions completed by an employee was 10,036. The lowest volume of transactions completed by an employee was 38 (Table 11).

Table 11. Model and risk employees by volume of transactions completed.

| | Rank | User ID of Employee | Site Code | Volume of Transactions Completed, 2010 |
|---|---|---|---|---|
| Model | 1 | SG00249 | 182 | 10,036 |
| | 2 | KW06101 | 212 | 9,481 |
| | 3 | JC06767 | 217 | 9,170 |
| | 4 | DC04889 | 639 | 8,012 |
| | 5 | RH07346 | 217 | 7,950 |
| | 6 | SG00539 | 141 | 7,789 |
| | 7 | MO00263 | 115 | 7,692 |
| | 8 | AT08786 | 299 | 7,681 |
| | 9 | SP08291 | 114 | 7,613 |
| | 10 | AP05251 | 205 | 7,609 |
| Risk | 1 | JB07561 | 402 | 38 |
| | 2 | RM03805 | 604 | 39 |
| | 3 | CM06756 | 215 | 42 |
| | 4 | KU10597 | 207 | 60 |
| | 5 | MV10600 | 207 | 60 |
| | 6 | JP09288 | 421 | 78 |
| | 7 | BF07123 | 402 | 78 |
| | 8 | UJ00379 | 219 | 83 |
| | 9 | TW10037 | 207 | 85 |
| | 10 | SD10857 | 206 | 88 |

The model and risk employees by processing time for each transaction type are listed in Table 12.

The cumulative time to complete all statewide transactions for the model employee would be 221,070 hours. The risk employee would complete them in 1,032,252 hours (Table 13). Of course, one employee would not be able to complete all the statewide transactions. However, this standardized measure allows all employees to be compared to highlight the large variation between the model and risk employees.

Table 12. Model and risk employees by transaction processing time for each transaction type.

|  | Rank | Duplicate ID | | | Original ID | | | Renew ID | | |
|---|---|---|---|---|---|---|---|---|---|---|
|  |  | User ID of Employee | Site Code | Average Processing Time | User ID of Employee | Site Code | Average Processing Time | User ID of Employee | Site Code | Average Processing Time |
| Model | 1 | KU10597 | 207 | 00:03:49 | SG00249 | 182 | 00:02:17 | CW02017 | 109 | 00:01:45 |
| Model | 2 | CC10481 | 299 | 00:02:48 | CW02017 | 109 | 00:02:18 | LG00663 | 299 | 00:01:47 |
| Model | 3 | LB05253 | 607 | 00:01:58 | RR00235 | 111 | 00:02:33 | MF02050 | 613 | 00:01:54 |
| Model | 4 | KO00428 | 405 | 00:01:42 | CR00779 | 308 | 00:02:40 | SG00249 | 182 | 00:01:55 |
| Model | 5 | AS06829 | 602 | 00:02:17 | KW06101 | 212 | 00:02:45 | CR00779 | 308 | 00:01:59 |
| Model | 6 | CM06769 | 204 | 00:02:42 | CO07960 | 111 | 00:02:45 | VM08808 | 314 | 00:01:59 |
| Model | 7 | ED06924 | 616 | 00:02:44 | KO00428 | 405 | 00:02:47 | KO00428 | 405 | 00:02:01 |
| Model | 8 | LA05500 | 313 | 00:02:07 | MF02050 | 613 | 00:02:48 | KW06101 | 212 | 00:02:05 |
| Model | 9 | BG07537 | 529 | 00:03:47 | SW07492 | 6956 | 00:02:51 | AJ01645 | 613 | 00:02:05 |
| Model | 10 | CO10319 | 421 | 00:02:14 | DG07271 | 232 | 00:02:51 | SW07492 | 216 | 00:02:06 |
| Risk | 1 | OR07964 | 406 | 00:05:41 | JB07561 | 402 | 00:10:31 | JB07561 | 402 | 00:10:47 |
| Risk | 2 | JB07561 | 402 | 00:03:18 | RM03805 | 604 | 00:10:09 | RM03805 | 604 | 00:08:43 |
| Risk | 3 | GM09648 | 523 | 00:03:37 | OR07964 | 406 | 00:09:27 | RS10469 | 299 | 00:07:11 |
| Risk | 4 | RM03805 | 604 | 00:07:34 | FL07416 | 101 | 00:08:41 | OR07964 | 406 | 00:06:43 |
| Risk | 5 | LP00803 | 401 | 00:04:23 | JF10462 | 607 | 00:08:37 | CG10003 | 504 | 00:06:38 |
| Risk | 6 | ED00783 | 303 | 00:04:49 | JP00149 | 115 | 00:08:29 | AM07241 | 448 | 00:06:30 |
| Risk | 7 | EL01039 | 301 | 00:04:14 | SD07481 | 403 | 00:08:28 | MV10600 | 207 | 00:06:30 |
| Risk | 8 | MQ07095 | 521 | 00:05:19 | CG10003 | 504 | 00:08:16 | BV10910 | 124 | 00:06:27 |
| Risk | 9 | BW00710 | 638 | 00:05:09 | BW00710 | 638 | 00:08:11 | CP10847 | 140 | 00:06:18 |
| Risk | 10 | CS00797 | 320 | 00:03:58 | MH07660 | 302 | 00:08:06 | MH08074 | 512 | 00:06:15 |

(continued)

(continued) **Table 12.** Model and risk employees by transaction processing time for each transaction type.

|  | | Duplicate DL | | | Modify DL | | |
|---|---|---|---|---|---|---|---|
|  | Rank | User ID of Employee | Site Code | Average Processing Time | User ID of Employee | Site Code | Average Processing Time |
| Model | 1 | SG00249 | 182 | 00:01:33 | DT09299 | 207 | 00:02:49 |
| Model | 2 | VM08808 | 314 | 00:01:41 | EM00209 | 108 | 00:03:31 |
| Model | 3 | CW02017 | 109 | 00:01:45 | ND07770 | 607 | 00:03:31 |
| Model | 4 | KO00428 | 405 | 00:01:47 | RF00218 | 312 | 00:03:38 |
| Model | 5 | JB00140 | 132 | 00:01:53 | CA04830 | 320 | 00:03:44 |
| Model | 6 | KW06101 | 212 | 00:01:53 | AL12262 | 205 | 00:03:47 |
| Model | 7 | CO07960 | 111 | 00:01:54 | BG07537 | 529 | 00:03:47 |
| Model | 8 | PH07239 | 405 | 00:01:55 | DR10939 | 605 | 00:03:48 |
| Model | 9 | CR00779 | 308 | 00:01:56 | RK00293 | 134 | 00:03:50 |
| Model | 10 | JG07954 | 114 | 00:01:56 | GB10942 | 212 | 00:03:54 |
| Risk | 1 | JC00359 | 206 | 00:05:35 | TH07494 | 635 | 00:47:49 |
| Risk | 2 | RM03805 | 604 | 00:05:26 | LL07669 | 396 | 00:38:41 |
| Risk | 3 | BS07806 | 219 | 00:05:21 | YA07425 | 506 | 00:34:24 |
| Risk | 4 | MA09670 | 216 | 00:05:18 | MV04870 | 502 | 00:34:07 |
| Risk | 5 | BJ06658 | 604 | 00:05:16 | LO09319 | 324 | 00:33:49 |
| Risk | 6 | MS08397 | 604 | 00:05:15 | MR00426 | 420 | 00:32:39 |
| Risk | 7 | FL07416 | 101 | 00:05:12 | DA09693 | 122 | 00:31:30 |
| Risk | 8 | MH07660 | 302 | 00:05:10 | CM09637 | 609 | 00:31:20 |
| Risk | 9 | OR07964 | 406 | 00:05:09 | DH05654 | 409 | 00:30:56 |
| Risk | 10 | PL00275 | 101 | 00:05:08 | MF02050 | 613 | 00:30:37 |

(continued)

The ideal employee, a composite of the model employee for each transaction type by processing time, could complete all statewide transactions in 191,323 hours (Table 13).

It is difficult to classify model and risk employees because there are many unknown factors that cannot be explained with the available data. When determining model

(continued) **Table 12.** Model and risk employees by transaction processing time for each transaction type.

|  | | Original DL | | | Renew DL | |
|---|---|---|---|---|---|---|
| | **Rank** | User ID of Employee | Site Code | Average Processing Time | User ID of Employee | Site Code | Average Processing Time |
| Model | 1 | CW02017 | 109 | 00:04:13 | SG00249 | 182 | 00:02:01 |
| | 2 | KH00232 | 108 | 00:04:31 | LG00663 | 299 | 00:02:16 |
| | 3 | EM00209 | 108 | 00:04:32 | KW06101 | 212 | 00:02:18 |
| | 4 | VE09815 | 206 | 00:04:32 | CW02017 | 109 | 00:02:24 |
| | 5 | MC07310 | 206 | 00:05:04 | AT08786 | 299 | 00:02:28 |
| | 6 | KW06101 | 212 | 00:05:09 | CR00779 | 308 | 00:02:30 |
| | 7 | RK00293 | 134 | 00:05:12 | VM08808 | 314 | 00:02:35 |
| | 8 | MN10422 | 616 | 00:05:19 | VE09815 | 206 | 00:02:35 |
| | 9 | SW07492 | 216 | 00:05:25 | AL12262 | 205 | 00:02:36 |
| | 10 | RV00525 | 141 | 00:05:28 | LL00292 | 182 | 00:02:37 |
| Risk | 1 | LG00303 | 299 | 00:45:30 | PT06835 | 699 | 00:09:32 |
| | 2 | JB07561 | 402 | 00:36:49 | OR07964 | 406 | 00:09:17 |
| | 3 | TH00517 | 504 | 00:34:02 | MH07660 | 302 | 00:07:36 |
| | 4 | MH07660 | 302 | 00:33:26 | TL01948 | 604 | 00:07:32 |
| | 5 | RL00309 | 307 | 00:33:22 | MB10486 | 426 | 00:07:25 |
| | 6 | DW05726 | 627 | 00:32:28 | MQ07095 | 521 | 00:07:22 |
| | 7 | NC03013 | 318 | 00:32:22 | MS08397 | 604 | 00:07:19 |
| | 8 | BT01668 | 508 | 00:31:56 | LG00303 | 394 | 00:07:13 |
| | 9 | LP00803 | 401 | 00:31:18 | DA00732 | 320 | 00:07:01 |
| | 10 | AM07241 | 448 | 00:30:36 | BW08779 | 604 | 00:06:57 |

and risk employees by transaction volume for example, 38 was the lowest volume of transactions completed by an employee. This employee could have been a supervisor who normally did not process transactions but may have filled in periodically when needed. In addition, the analysis did not consider the types of transactions each employee processed. Certain transaction types such as Original DLs take several minutes longer to process than other transaction types. Employees with short average transaction processing times may have been tasked with completing transaction types that had shorter

processing times. Therefore, it is misleading to classify a person as a model employee simply because he/she had low average processing times. This variation in transaction type processing times also has an influence on the volume of transactions an employee can process. Employees that processed transactions that had longer average processing times most likely had smaller volumes of processed transactions. Another factor that must be considered is location. An employee in a high volume DLO cannot be compared with an employee in a low volume DLO because the number of transactions being processed by the employee in the low volume DLO is not reflective of the employee's abilities but rather of customer demand.

Table 13. Model and risk employees by time that would be required to complete cumulative statewide transactions.

|  | Rank | User ID of Employee | Site Code | Time to Complete Cumulative Statewide Transactions (hours) |
|---|---|---|---|---|
| Model | 1 | CW02017 | 109 | 221,070 |
|  | 2 | LG00663 | 299 | 240,331 |
|  | 3 | EM00209 | 108 | 242,210 |
|  | 4 | KH00232 | 108 | 243,452 |
|  | 5 | DT09299 | 207 | 244,814 |
|  | 6 | VE09815 | 206 | 250,582 |
|  | 7 | SW07492 | 216 | 258,763 |
|  | 8 | CG00295 | 217 | 260,577 |
|  | 9 | RK00293 | 134 | 261,362 |
|  | 10 | JC06767 | 217 | 262,660 |
| Risk | 1 | LG00303 | 394 | 1,032,252 |
|  | 2 | OR07964 | 406 | 922,814 |
|  | 3 | RL00309 | 307 | 899,948 |
|  | 4 | JB07561 | 402 | 893,698 |
|  | 5 | NC00774 | 305 | 893,443 |
|  | 6 | MH07660 | 302 | 883,960 |
|  | 7 | TH00517 | 504 | 868,162 |
|  | 8 | YA07425 | 506 | 853,466 |
|  | 9 | NC03013 | 318 | 840,939 |
|  | 10 | TH07494 | 635 | 827,662 |

TEX0479923

# 4 Conclusions & Recommendations

The Business Intelligence Analysis report has provided a detailed view of 2010 statewide and regional transaction and demographic data to inform short-term and long-term decision-making aimed at improving the customer experience at DLOs across Texas. The most salient conclusions and recommendations are summarized below.

- Initiated transactions have temporal variation throughout the day, week, and year. Staffing and service decisions should consider these temporal variations.

- Among the seven transaction types, there is variation in the volume of initiated transactions and the average time spent processing each type of transaction. When targeting transaction types for processing time (transaction plus wait time) improvement, both transaction volume and processing time variation should be considered to achieve the greatest processing time improvement with the least cost.

- The seasonal peak and regional variation in initiated transactions for Temporary Visitors should be considered when staffing and offering services because of the specific requirements of this type of transaction.

- Overall, the Regions containing Austin (6A), San Antonio (6B), DFW (1A and 1B), and Houston (2A and 2B) were modeled an increased number of DLOs and FTEs. All other Regions were modeled fewer DLOs and FTEs. These results indicate a need for the redistribution of resources for the state to achieve equitable allocation of DLD services.

- Model reallocated FTEs and initiated transactions volumes by region and Mega Urban Study Area revealed that the placement of one Mega DLO in Austin, one in San Antonio, and two in both DFW and Houston would most equitably serve customers.

- The addition of six Mega DLOs will likely improve DLD services in Austin, San Antonio, DFW, and Houston. The addition of the potential Mega DLOs may alter customer demand at nearby existing DLOs. As this occurs, FTE

TEX0479924

- assignments will need to be modified at nearby DLOs to best serve customer demand.

- A New FTE Disparity remained at many existing DLOs and potential Mega DLOs after the FTE Assignment process was complete. To equalize New FTE Disparity, it is important that as employees leave (e.g. retire, resign) a DLO that has a positive New FTE Disparity, additional employees are not hired to filled the over allocated FTE positions. As these FTE positions become available from DLOs that were over allocated, the FTE positions should be transferred to DLOs that have a negative New FTE Disparity (FTE Need). Transferring FTE positions that become available from over allocated DLOs to DLOs with FTE Need would potentially allow for the newly available FTE(s) to have a positive impact on a greater number of customers.

- Over time, multiple DLOs could be closed with minimal disruption to employees and customers. The closure of some, or all, of these DLOs would make resources available for reallocation to other DLOs where they could have a positive impact on a greater number of customers.

- The high correlation between percentage of people who used Internet daily and Internet transactions as a percentage of total transactions can be used to target counties for marketing campaigns aimed at encouraging the use of online DLD services. Any counties with a low percentage of Internet transactions, but a high percentage of people who used Internet daily have the potential to increase Internet transaction volume. Increasing Internet transaction volume will reduce stress on DLOs.

- Model and risk employees can be determined using multiple methods. Although the results of these methods differ, they are all similar in that there is a large variation between the model and risk employees. Although it may not be reasonable to expect all employees to perform to the level of the model employees, they serve as a measure of what is possible for an employee.

- The discovery of data inconsistencies for both testing and driver education data, highlight the importance of collecting data in a way that can be meaningfully analyzed. This can be achieved by requiring the entry of data for certain fields for specific transaction types and by implementing data collection methods that record transaction specific information (not cumulative from multiple transactions).

- Future research, studies, and analyses should be explored to determine cost/savings estimates for DLO closures and openings, optimal number of statewide FTEs, and longer-term office location and staffing recommendations. These tasks are achievable after the acquisition and analysis of additional data including detailed arrival- and wait-time data.



# 5 References

Isett, C., G. Hegar, Jr., D. Flynn, L. Harper-Brown, L. Kolkhorst, R.J. McClendon, I. Sugg, R.F Deuell, C. Estes, J. Hinojosa, C McMahen. Texas Sunset Advisory Commission. 2009. Sunset Advisory Commission Final Report: Department of Public Safety, Private Security Board, Polygraph Examiners Board.

Texas Department of Public Safety. 2011a. Historical Development. http://www.txdps.state.tx.us/TexasRangers/HistoricalDevelopment.htm (last accessed 3 August 2011).

Texas Department of Public Safety. 2011b. What Will It Take to Fix Driver License?

Texas Sunset Advisory Commission. 2011. http://www.sunset.state.tx.us/ (last accessed 3 August 2011).

United States Census Bureau. 2011a. Glossary. http://factfinder.census.gov/home/en/epss/glossary_b.html (last accessed 30 July 2011).

---. 2011b. State & County QuickFacts. http://quickfacts.census.gov/qfd/index.html (last accessed 30 July 2011).

DRAFT

# Appendix A: Additional Tables

## Table of Tables

**Table 1A.** Driver License Office Usage and Processing Factors — A2

**Table 2A.** Offices within Three-Model and Two-Model Confluences — A9

**Table 3A.** FTE Assignments were recommended for every existing DLO and potential Mega DLO. Existing FTE Allocation, Model Reallocated FTEs, FTE Disparity, and FTE Carrying Capacity were used to recommend FTE Assignments. New FTE Disparity was calculated after FTE Assignments — A11

**Table 4A.** Tier 1 and Tier 2 Potential Driver License Office Closures with closure criteria and comments — A21

**Table 5A.** Monthly percentage of initiated transactions by 15- to 19-year-olds for each DLO averaged for CY 2010 — A22

**Table 6A.** Average percentage of initiated transactions by 15- to 19-year-olds by month — A26

**Table 7A.** Volume of initiated transactions for Temporary Visitors by Country of Origin — A27

Table 1A. Driver License Office Usage and Processing Factors.

|  | Initiated Transaction Volume | Usage | | Processing | |
|---|---|---|---|---|---|
|  |  | DLO | FTE | DLO | FTE |
| Abilene | 30,256 | 13.1 | 1.9 | 1.5 | 0.2 |
| Alice | 11,600 | 5.1 | 2.9 | 0.5 | 0.3 |
| Alpine | 2,320 | 1.1 | 1.2 | 0.1 | 0.1 |
| Alvin | 31,339 | 13.9 | 3.1 | 1.4 | 0.3 |
| Amarillo | 55,380 | 23.5 | 2.5 | 2.4 | 0.3 |
| Andrews | 3,297 | 1.8 | 1.8 | 0.2 | 0.2 |
| Angleton | 26,021 | 11.5 | 3.2 | 1.3 | 0.4 |
| Anson | 1,994 | 1.2 | 1.2 | 0.1 | 0.1 |
| Aransas Pass | 13,072 | 5.8 | 3.3 | 0.4 | 0.2 |
| Arlington | 83,014 | 34.1 | 2.6 | 3.8 | 0.3 |
| Athens | 15,294 | 6.8 | 2.5 | 0.7 | 0.3 |
| Atlanta | 3,962 | 2.2 | 2.2 | 0.2 | 0.2 |
| Austin - Capitol | 739 | 0.3 | 0.4 | 0.0 | 0.0 |
| Austin - Denson | 4,510 | 2.0 | 1.1 | 0.3 | 0.2 |
| Austin - North | 81,257 | 34.4 | 1.8 | 3.9 | 0.2 |
| Austin - Northwest | 62,581 | 26.5 | 2.8 | 2.7 | 0.3 |
| Austin - South Congress | 71,817 | 30.4 | 2.2 | 2.8 | 0.2 |
| Ballinger | 1,825 | 2.7 | 2.7 | 0.2 | 0.2 |
| Bastrop | 14,709 | 6.5 | 2.1 | 0.7 | 0.2 |
| Batch Processes (Mobile DLOs) | 10,770 | 2.6 | 2.6 | N/A | N/A |
| Bay City | 8,906 | 3.9 | 2.2 | 0.4 | 0.2 |
| Baytown | 41,064 | 18.2 | 2.6 | 1.8 | 0.3 |
| Beaumont | 43,927 | 19.0 | 3.1 | 1.6 | 0.3 |
| Beeville | 7,298 | 3.3 | 2.5 | 0.4 | 0.3 |
| Big Lake | 442 | 0.9 | 0.9 | 0.1 | 0.1 |
| Big Spring | 7,182 | 10.8 | 5.4 | 1.1 | 0.5 |
| Boerne | 22,765 | 10.1 | 3.8 | 1.0 | 0.4 |
| Bonham | 5,860 | 2.7 | 2.9 | 0.3 | 0.3 |
| Borger | 5,454 | 2.4 | 1.5 | 0.3 | 0.2 |

(continued)

(continued) Table 1A. Driver License Office Usage and Processing Factors.

|  | Initiated Transaction Volume | Usage | | Processing | |
|---|---|---|---|---|---|
|  |  | DLO | FTE | DLO | FTE |
| Bowie | 4,270 | 2.1 | 1.1 | 0.3 | 0.1 |
| Brady | 1,410 | 0.7 | 0.7 | 0.1 | 0.1 |
| Breckenridge | 2,071 | 2.2 | 2.2 | 0.2 | 0.2 |
| Brenham | 14,019 | 6.2 | 3.5 | 0.6 | 0.3 |
| Brownfield | 3,048 | 1.6 | 1.6 | 0.2 | 0.2 |
| Brownsville | 42,322 | 18.7 | 2.6 | 1.3 | 0.2 |
| Brownwood | 9,759 | 4.3 | 2.4 | 0.4 | 0.2 |
| Bryan | 42,783 | 18.1 | 2.1 | 1.4 | 0.2 |
| Cameron | 3,274 | 2.6 | 2.6 | 0.2 | 0.2 |
| Canton | 11,248 | 5.0 | 2.8 | 0.5 | 0.3 |
| Carrollton | 75,812 | 32.1 | 3.1 | 3.1 | 0.3 |
| Carthage | 4,324 | 2.0 | 2.2 | 0.1 | 0.1 |
| Cedar Hill | 39,806 | 16.8 | 2.2 | 1.5 | 0.2 |
| Center | 5,778 | 2.7 | 2.9 | 0.2 | 0.2 |
| Centerville | 2,709 | 1.3 | 1.3 | N/A | N/A |
| Childress | 2,856 | 1.3 | 0.8 | 0.1 | 0.1 |
| Clarksville | 2,068 | 1.1 | 1.1 | 0.1 | 0.1 |
| Clear Lake | 60,692 | 25.7 | 3.0 | 2.3 | 0.3 |
| Cleburne | 31,292 | 13.6 | 3.1 | 1.6 | 0.4 |
| Cleveland | 17,351 | 7.7 | 2.9 | 0.6 | 0.2 |
| Coleman | 1,346 | 1.3 | 1.3 | 0.1 | 0.1 |
| Colorado City | 1,154 | 1.4 | 1.4 | 0.1 | 0.1 |
| Columbus | 10,114 | 4.5 | 2.5 | 0.5 | 0.3 |
| Comanche | 2,312 | 1.2 | 1.2 | 0.1 | 0.1 |
| Conroe | 63,519 | 28.1 | 2.4 | 3.0 | 0.3 |
| Copperas Cove | 11,293 | 5.0 | 2.8 | 0.4 | 0.2 |
| Corpus Christi | 63,759 | 27.0 | 2.1 | 2.7 | 0.2 |
| Corsicana | 12,202 | 5.4 | 3.0 | 0.5 | 0.3 |
| Crane | 774 | 0.6 | 0.6 | 0.1 | 0.1 |

(continued)

(continued) **Table 1A.** Driver License Office Usage and Processing Factors.

|  | Initiated Transaction Volume | Usage | | Processing | |
|---|---|---|---|---|---|
|  |  | DLO | FTE | DLO | FTE |
| Crockett | 4,496 | 2.0 | 2.2 | 0.2 | 0.2 |
| Crosbyton | 1,420 | 0.8 | 0.8 | 0.1 | 0.1 |
| Crystal City | 3,849 | 1.8 | 1.9 | 0.2 | 0.2 |
| Cuero | 3,856 | 1.8 | 1.9 | 0.2 | 0.2 |
| Daingerfield | 2,909 | 1.6 | 1.6 | 0.2 | 0.2 |
| Dalhart | 978 | 2.7 | 2.7 | 0.2 | 0.2 |
| Dallas - Downtown | 37,924 | 16.8 | 3.1 | 0.9 | 0.2 |
| Dallas - East | 87,777 | 37.1 | 2.3 | 4.0 | 0.2 |
| Dallas - Southwest | 48,697 | 20.6 | 2.2 | 2.1 | 0.2 |
| Decatur | 15,881 | 7.0 | 2.0 | 0.8 | 0.2 |
| Del Rio | 10,829 | 4.8 | 1.8 | 0.5 | 0.2 |
| Denton | 44,663 | 19.8 | 2.8 | 1.9 | 0.3 |
| Denver City | 2,490 | 1.3 | 1.3 | 0.2 | 0.2 |
| Dimmitt | 1,308 | 1.2 | 1.2 | 0.1 | 0.1 |
| Dumas | 5,762 | 3.9 | 1.9 | 0.3 | 0.2 |
| Eagle Pass | 11,712 | 5.2 | 1.9 | 0.5 | 0.2 |
| Eastland | 4,372 | 2.0 | 1.1 | 0.2 | 0.1 |
| Edinburg | 31,743 | 14.1 | 2.3 | 1.0 | 0.2 |
| El Paso - Gateway | 51,192 | 18.5 | 2.0 | 1.7 | 0.2 |
| El Paso - Hondo Pass | 33,023 | 14.0 | 1.6 | 1.4 | 0.2 |
| El Paso - Northwest | 32,478 | 13.8 | 2.0 | 1.3 | 0.2 |
| El Paso - Scott Simpson | 50,396 | 20.5 | 2.0 | 2.1 | 0.2 |
| Fairfield | 1,648 | 4.5 | 4.5 | 0.5 | 0.5 |
| Floresville | 7,253 | 3.4 | 1.8 | 0.3 | 0.2 |
| Floydada | 940 | 0.5 | 0.5 | 0.0 | 0.0 |
| Fort Bliss | 1,917 | 0.8 | 0.3 | 0.1 | 0.0 |
| Fort Hood | 4,358 | 2.0 | 2.2 | 0.2 | 0.2 |
| Fort Stockton | 2,766 | 1.3 | 1.4 | 0.2 | 0.2 |
| Fort Worth | 69,311 | 28.5 | 2.9 | 3.1 | 0.3 |

(continued)

(continued) Table 1A. Driver License Office Usage and Processing Factors.

| | Initiated Transaction Volume | Usage | | Processing | |
|---|---:|---:|---:|---:|---:|
| | | DLO | FTE | DLO | FTE |
| Fredericksburg | 5,720 | 2.7 | 2.8 | 0.3 | 0.3 |
| Friona | 653 | 1.0 | 1.0 | 0.1 | 0.1 |
| Gainesville | 10,724 | 4.7 | 2.7 | 0.4 | 0.2 |
| Galveston | 4,188 | 1.9 | 0.7 | 0.5 | 0.2 |
| Garland | 70,994 | 30.1 | 1.7 | 3.6 | 0.2 |
| Gatesville | 5,168 | 2.4 | 2.6 | 0.2 | 0.2 |
| Georgetown | 40,410 | 17.9 | 4.0 | 1.9 | 0.4 |
| Gilmer | 7,619 | 3.4 | 2.0 | 0.4 | 0.2 |
| Gonzales | 5,419 | 2.5 | 1.6 | 0.3 | 0.2 |
| Graham | 5,012 | 2.7 | 1.3 | 0.3 | 0.1 |
| Granbury | 12,897 | 5.7 | 3.2 | 0.6 | 0.4 |
| Grand Prairie | 38,904 | 16.5 | 2.8 | 1.5 | 0.2 |
| Greenville | 16,311 | 7.2 | 2.1 | 0.7 | 0.2 |
| Groesbeck | 4,186 | 2.5 | 2.5 | 0.3 | 0.3 |
| Hamilton | 1,059 | 0.8 | 0.8 | 0.1 | 0.1 |
| Harlingen | 31,021 | 13.1 | 2.6 | 1.1 | 0.2 |
| Haskell | 954 | 1.3 | 1.3 | 0.2 | 0.2 |
| Hempstead | 20,896 | 9.3 | 3.5 | 0.8 | 0.3 |
| Henderson | 8,529 | 3.8 | 2.1 | 0.4 | 0.2 |
| Hereford | 4,953 | 2.6 | 1.3 | 0.2 | 0.1 |
| Hillsboro | 7,555 | 3.3 | 2.3 | 0.3 | 0.2 |
| Hondo | 7,039 | 3.9 | 2.0 | 0.4 | 0.2 |
| Houston - Dacoma | 78,517 | 33.2 | 2.3 | 2.3 | 0.2 |
| Houston - Gessner | 151,236 | 64.1 | 1.7 | 5.5 | 0.1 |
| Houston - Grant Road | 81,078 | 34.3 | 2.7 | 2.6 | 0.2 |
| Houston - Tidwell | 41,697 | 17.7 | 2.6 | 1.4 | 0.2 |
| Houston - Townhurst | 94,703 | 40.1 | 2.8 | 2.8 | 0.2 |
| Houston - Vantage Parkway | 56,519 | 23.9 | 2.0 | 1.5 | 0.1 |
| Houston - Winkler | 67,994 | 28.8 | 2.3 | 2.2 | 0.2 |

(continued)