(continued) **Table 1A.** Driver License Office Usage and Processing Factors.

| | Initiated Transaction Volume | Usage | | Processing | |
|---|---|---|---|---|---|
| | | DLO | FTE | DLO | FTE |
| Humble | 51,601 | 21.8 | 2.6 | 1.7 | 0.2 |
| Huntsville | 18,345 | 8.1 | 3.0 | 0.9 | 0.3 |
| Hurst | 99,217 | 40.8 | 3.1 | 4.0 | 0.3 |
| Irving | 51,545 | 21.9 | 2.3 | 2.0 | 0.2 |
| Jacksonville | 9,395 | 4.2 | 2.9 | 0.4 | 0.3 |
| Jasper | 9,694 | 4.3 | 1.9 | 0.3 | 0.1 |
| Jourdanton | 7,262 | 3.2 | 1.8 | 0.3 | 0.2 |
| Kermit | 1,010 | 1.4 | 1.4 | 0.2 | 0.2 |
| Kerrville | 14,070 | 6.6 | 2.3 | 0.7 | 0.2 |
| Killeen | 31,932 | 13.8 | 2.3 | 1.3 | 0.2 |
| Kingsville | 8,753 | 3.9 | 2.4 | 0.4 | 0.2 |
| Kountze | 409 | 2.1 | 2.1 | 0.2 | 0.2 |
| Lake Worth | 61,400 | 25.3 | 2.5 | 2.6 | 0.3 |
| Lamesa | 2,360 | 1.3 | 1.3 | 0.1 | 0.1 |
| Lampasas | 2,709 | 2.1 | 2.1 | 0.2 | 0.2 |
| Laredo | 48,095 | 21.3 | 2.2 | 2.0 | 0.2 |
| Levelland | 5,144 | 2.7 | 1.4 | 0.3 | 0.1 |
| Lewisville | 51,929 | 23.0 | 3.2 | 2.1 | 0.3 |
| Liberty | 12,070 | 5.3 | 3.0 | 0.6 | 0.3 |
| Littlefield | 2,867 | 1.5 | 1.5 | 0.1 | 0.1 |
| Livingston | 10,425 | 4.6 | 2.6 | 0.4 | 0.2 |
| Llano | 2,039 | 2.7 | 2.7 | 0.2 | 0.2 |
| Longview | 30,138 | 13.1 | 1.9 | 1.3 | 0.2 |
| Lubbock | 57,118 | 24.2 | 2.2 | 2.3 | 0.2 |
| Lufkin | 20,329 | 9.0 | 2.5 | 0.8 | 0.2 |
| Marble Falls | 9,090 | 4.3 | 2.4 | 0.4 | 0.2 |
| Marshall | 14,521 | 6.4 | 2.4 | 0.6 | 0.2 |
| Mason | 2,786 | 2.2 | 2.2 | 0.2 | 0.2 |
| McAllen | 54,362 | 23.0 | 2.5 | 1.9 | 0.2 |

(continued)

TEX0479932

(continued) **Table 1A.** Driver License Office Usage and Processing Factors.

| | Initiated Transaction Volume | Usage | | Processing | |
|---|---|---|---|---|---|
| | | DLO | FTE | DLO | FTE |
| McKinney | 54,617 | 24.2 | 2.5 | 2.4 | 0.2 |
| Meridian | 2,022 | 2.8 | 2.8 | 0.3 | 0.3 |
| Midland | 30,236 | 13.1 | 1.3 | 1.2 | 0.1 |
| Mineral Wells | 7,317 | 3.2 | 1.8 | 0.3 | 0.2 |
| Mission | 6,153 | 2.7 | 1.5 | 0.3 | 0.2 |
| Monahans | 2,641 | 1.6 | 1.6 | 0.2 | 0.2 |
| Mount Pleasant | 10,552 | 4.7 | 2.6 | 0.4 | 0.3 |
| Muleshoe | 1,325 | 0.7 | 0.7 | 0.1 | 0.1 |
| Nacogdoches | 13,773 | 6.1 | 2.3 | 0.6 | 0.2 |
| New Boston | 3,945 | 2.2 | 2.2 | 0.2 | 0.2 |
| New Braunfels | 28,117 | 12.4 | 2.8 | 1.2 | 0.3 |
| Odessa | 29,145 | 12.6 | 1.8 | 1.1 | 0.2 |
| Orange | 18,353 | 8.1 | 3.0 | 0.7 | 0.3 |
| Palestine | 10,369 | 4.6 | 2.6 | 0.4 | 0.2 |
| Pampa | 6,714 | 3.0 | 1.9 | 0.3 | 0.2 |
| Paris | 11,661 | 5.2 | 2.9 | 0.5 | 0.3 |
| Pasadena | 44,686 | 19.8 | 2.2 | 2.0 | 0.2 |
| Pecos | 2,473 | 1.4 | 1.4 | 0.1 | 0.1 |
| Perryton | 2,903 | 1.3 | 0.9 | 0.2 | 0.1 |
| Pierce | 11,293 | 5.0 | 2.8 | 0.6 | 0.3 |
| Plainview | 8,195 | 3.6 | 1.4 | 0.4 | 0.1 |
| Plano | 96,739 | 39.0 | 2.8 | 4.5 | 0.3 |
| Port Arthur | 21,426 | 9.5 | 3.6 | 0.9 | 0.3 |
| Port Lavaca | 5,322 | 2.5 | 2.7 | 0.2 | 0.2 |
| Presidio | 1,265 | 0.6 | 0.6 | 0.1 | 0.1 |
| Quitman | 7,984 | 3.5 | 2.0 | 0.4 | 0.2 |
| Rio Grande City | 11,049 | 4.9 | 2.8 | 0.5 | 0.3 |
| Rockwall | 30,744 | 13.6 | 5.1 | 1.0 | 0.4 |
| Rosenberg | 67,445 | 29.9 | 2.8 | 2.9 | 0.3 |

(continued)

TEX0479933

(continued) **Table 1A.** Driver License Office Usage and Processing Factors.

| | Initiated Transaction Volume | Usage | | Processing | |
|---|---|---|---|---|---|
| | | DLO | FTE | DLO | FTE |
| Rusk | 649 | 0.8 | 0.8 | 0.1 | 0.1 |
| San Antonio – Gen. McMullen | 72,885 | 30.8 | 3.0 | 3.1 | 0.3 |
| San Angelo | 28,067 | 12.1 | 2.2 | 1.2 | 0.2 |
| San Antonio – Babcock | 101,874 | 43.1 | 2.5 | 4.7 | 0.3 |
| San Antonio – District | 65,478 | 27.7 | 2.7 | 2.5 | 0.2 |
| San Antonio Pat Booker Rd. | 85,098 | 36.0 | 2.2 | 4.1 | 0.3 |
| San Marcos | 28,368 | 12.6 | 2.8 | 1.3 | 0.3 |
| Seguin | 15,349 | 6.8 | 2.5 | 0.7 | 0.3 |
| Seminole | 2,589 | 1.2 | 1.3 | 0.1 | 0.1 |
| Sherman | 26,314 | 11.6 | 2.6 | 1.0 | 0.2 |
| Sinton | 6,928 | 3.2 | 3.5 | 0.3 | 0.3 |
| Snyder | 3,368 | 2.9 | 2.9 | 0.2 | 0.2 |
| Stanton | 327 | 1.0 | 1.0 | 0.2 | 0.2 |
| Stephenville | 8,471 | 3.7 | 2.1 | 0.3 | 0.2 |
| Sulphur Springs | 9,308 | 4.1 | 2.3 | 0.4 | 0.2 |
| Sweetwater | 3,665 | 1.9 | 1.9 | 0.2 | 0.2 |
| Taylor | 9,407 | 4.2 | 4.7 | 0.4 | 0.4 |
| Temple | 27,343 | 11.9 | 2.7 | 1.0 | 0.2 |
| Terrell | 20,983 | 9.3 | 2.6 | 0.9 | 0.2 |
| Texarkana | 15,618 | 6.9 | 2.6 | 0.6 | 0.2 |
| Texas City | 42,713 | 18.9 | 3.5 | 1.5 | 0.3 |
| Tulia | 877 | 1.2 | 1.2 | 0.1 | 0.1 |
| Tyler | 38,331 | 16.6 | 2.1 | 1.5 | 0.2 |
| Uvalde | 6,572 | 2.9 | 1.6 | 0.3 | 0.2 |
| Van Horn | 462 | 1.2 | 1.2 | 0.2 | 0.2 |
| Vernon | 3,716 | 1.7 | 1.0 | 0.2 | 0.1 |
| Victoria | 22,532 | 10.0 | 2.5 | 0.9 | 0.2 |
| Waco | 44,291 | 18.7 | 2.0 | 2.0 | 0.2 |
| Wallisville | 5,967 | 2.8 | 1.5 | 0.4 | 0.2 |

(continued)

TEX0479934

(continued) **Table 1A.** Usage and Processing Factors by Office.

| | Initiated Transaction Volume | Usage | | Processing | |
|---|---|---|---|---|---|
| | | DLO | FTE | DLO | FTE |
| Waxahachie | 29,980 | 13.3 | 2.1 | 1.6 | 0.3 |
| Weatherford | 22,410 | 9.9 | 2.2 | 1.0 | 0.2 |
| Weslaco | 28,395 | 12.6 | 2.8 | 1.1 | 0.3 |
| Wichita Falls | 30,505 | 12.9 | 1.9 | 1.5 | 0.2 |
| Woodville | 2,484 | 3.0 | 3.0 | 0.3 | 0.3 |
| Zapata | 1,689 | 0.8 | 0.9 | 0.2 | 0.2 |

**Table 2A.** Driver License Offices within Three-Model or Two-Model Confluences.

| Three-Model Confluences | | Three-Model Confluences | |
|---|---|---|---|
| Driver License Office | Region | Driver License Office | Region |
| Alice | 3 | Brownwood | 5 |
| Alvin | 2B | Bryan | 2A |
| Amarillo | 5 | Carrollton | 1A |
| Arlington | 1B | Cedar Hill | 1A |
| Athens | 1B | Clear Lake | 2B |
| Austin - North | 6B | Cleburne | 1B |
| Austin - North West | 6B | Conroe | 2B |
| Austin - South Congress | 6B | Corpus Christi | 3 |
| Bastrop | 6A | Corsicana | 1B |
| Bay City | 2A | Dallas - East | 1A |
| Beaumont | 2B | Del Rio | 3 |
| Beeville | 3 | Denton | 1B |
| Boerne | 6A | Dumas | 5 |
| Bonham | 1B | El Paso - Hondo Pass | 4 |
| Bowie | 5 | El Paso - Northwest | 4 |
| Brenham | 2A | El Paso - Scott Simpson | 4 |
| Brownsville | 3 | Floresville | 6A |

(continued)

TEX0479935

(continued) **Table 2A.** Driver License Offices within Three-Model or Two-Model Confluences.

| Three-Model Confluences | | Three-Model Confluences | |
|---|---|---|---|
| **Driver License Office** | **Region** | **Driver License Office** | **Region** |
| Galveston | 2B | McKinney | 1B |
| Garland | 1A | Mineral Wells | 1B |
| Georgetown | 6B | Mt. Pleasant | 1A |
| Graham | 5 | NE Dallas | 1A |
| Granbury | 1B | New Braunfels | 6A |
| Grand Prairie | 1A | Odessa | 4 |
| Greenville | 1A | Palestine | 1B |
| Harlingen | 3 | Paris | 1B |
| Hillsboro | 6B | Pasadena | 2B |
| Houston - Dacoma | 2A | Plainview | 5 |
| Houston - Gessner | 2A | Plano | 1B |
| Houston - Grant Road | 2A | Rockwall | 1A |
| Houston - Townhurst | 2A | Rosenberg | 2A |
| Houston - Vantage Parkway | 2A | San Angelo | 4 |
| Houston - Winkler | 2B | San Antonio - District | 6A |
| Huntsville | 2B | San Antonio - Pat Booker Rd. | 6A |
| Irving | 1A | San Marcos | 6A |
| Jasper | 2B | Seminole | 4 |
| Kerrville | 6A | Sherman | 1B |
| Killeen | 6B | Temple | 6B |
| Laredo | 3 | Terrell | 1A |
| Leveland | 5 | Texarkana | 1A |
| Lewisville | 1B | Tyler | 1A |
| Livingston | 2B | Uvalde | 3 |
| Longview | 1A | Victoria | 6A |
| Lubbock | 5 | Waxahachie | 1B |
| Marshall | 1A | Weslaco | 3 |
| McAllen | 3 | Wichita Falls | 5 |

(continued)

TEX0479936

he

(continued) **Table 2A.** Driver License Offices within Three-Model or Two-Model Confluences.

| Two-Model Confluence | | Two-Model Confluence | |
|---|---|---|---|
| **Driver License Office** | **Region** | **Driver License Office** | **Region** |
| Angleton | 2B | Hurst | 1B |
| Ballinger | 5 | Jacksonville | 1A |
| Big Spring | 4 | Jourdanton | 6A |
| Brady | 4 | Lake Worth | 1B |
| Canton | 1A | Liberty | 2B |
| Cleveland | 2B | Lufkin | 2B |
| Daingerfield | 1A | Mission | 3 |
| Decatur | 1B | Monahans | 4 |
| Eastland | 5 | Nacogdoches | 2B |
| Ft. Worth | 1B | New Boston | 1A |
| Gainesville | 1B | Orange | 2B |
| Gatesville | 6B | Pampa | 5 |
| Henderson | 1A | Port Lavaca | 6A |
| Hondo | 6A | Weatherford | 1B |

**Table 3A.** FTE Assignments were recommended for every existing DLO and potential Mega DLO. Existing FTE Allocation, Model Reallocated FTEs, FTE Disparity, and FTE Carrying Capacity were used to recommend FTE Assignments. New FTE Disparity was calculated after FTE Assignments.

| Driver License Office | Region | Existing FTE Allocation | Modeled FTE Reallocation | FTE Disparity | FTE Carrying Capacity | FTEs Assigned | New FTE Disparity |
|---|---|---|---|---|---|---|---|
| **Abilene** | 5 | 8 | 7.0 | 1.0 | 12 | 8 | 1.0 |
| **Alice** | 3 | 2 | 2.3 | -0.3 | 2 | 2 | -0.3 |
| **Alpine** | 4 | 1 | 0.7 | 0.3 | 1 | 1 | 0.3 |
| **Alvin** | 2B | 5 | 6.8 | -1.8 | 7 | 5.5 | -1.3 |

*\* DLO with FTE Need, but limited Carrying Capacity, resulted in FTE(s) being assigned to a nearby DLO(s).*

*\* \* Additional FTE(s) assigned from nearby DLO(s) due to nearby DLO's limited Carrying Capacity.*

*Red Driver License Office continued to have FTE Need because it reached Carrying Capacity and no nearby DLO(s) could absorb FTE(s).*

(continued)

TEX0479937

(continued) **Table 3A.** FTE Assignments were recommended for every existing DLO and potential Mega DLO. Existing FTE Allocation, Model Reallocated FTEs, FTE Disparity, and FTE Carrying Capacity were used to recommend FTE Assignments. New FTE Disparity was calculated after FTE Assignments.

| Driver License Office | Region | Existing FTE Allocation | Modeled FTE Reallocation | FTE Disparity | FTE Carrying Capacity | FTEs Assigned | New FTE Disparity |
|---|---|---|---|---|---|---|---|
| Amarillo | 5 | 11 | 11.8 | -0.8 | 15 | 11 | -0.8 |
| Andrews | 4 | 1 | 0.8 | 0.2 | 1 | 1 | 0.2 |
| Angleton | 2B | 4 | 6.7 | -2.7 | 5 | 5 | -1.7 |
| Anson | 5 | 1 | 0.6 | 0.4 | 1 | 1 | 0.4 |
| Aransas Pass | 3 | 2 | 2.7 | -0.7 | 2 | 2 | -0.7 |
| Arlington** | 1B | 16 | 17.3 | -1.3 | 21 | 20.4 | 3.1 |
| Athens | 1B | 3 | 3.0 | 0.0 | 3 | 3 | 0.0 |
| Atlanta | 1A | 1 | 1.1 | -0.1 | 1 | 1 | -0.1 |
| Austin (Potential Mega) | 6B | 0 | 15.1 | -15.1 | 0 | 25 | 9.9 |
| Austin - North West | 6B | 11 | 13.9 | -2.9 | 14 | 12.6 | -1.3 |
| Austin - North** | 6B | 22 | 20.7 | 1.3 | 25 | 22.8 | 2.1 |
| Austin - South Congress* | 6B | 16 | 22.4 | -6.4 | 19 | 19 | -1.3 |
| Baird | 5 | 0 | 0.7 | -0.7 | 0 | 0 | -0.7 |
| Ballinger | 5 | 0 | 0.7 | -0.7 | 0 | 0 | -0.7 |
| Bastrop | 6A | 4 | 4.2 | -0.2 | 4 | 4 | -0.2 |
| Bay City | 2A | 2 | 1.9 | 0.1 | 2 | 2 | 0.1 |
| Baytown | 2B | 8 | 7.7 | 0.3 | 11 | 8 | 0.3 |
| Beaumont | 2B | 7 | 7.9 | -0.9 | 11 | 7 | -0.9 |
| Beeville | 3 | 2 | 2.1 | -0.1 | 2 | 2 | -0.1 |
| Big Lake | 4 | 0 | 0.3 | -0.3 | 0 | 0 | -0.3 |
| Big Spring | 4 | 2 | 1.8 | 0.2 | 2 | 2 | 0.2 |
| Boerne | 6A | 3 | 4.0 | -1.0 | 4 | 3 | -1.0 |
| Bonham | 1B | 1 | 1.6 | -0.6 | 1 | 1 | -0.6 |
| Borger | 5 | 2 | 1.1 | 0.9 | 2 | 2 | 0.9 |

\* DLO with FTE Need, but limited Carrying Capacity, resulted in FTE(s) being assigned to a nearby DLO(s).
\* \* Additional FTE(s) assigned from nearby DLO(s) due to nearby DLO's limited Carrying Capacity.
Red Driver License Office continued to have FTE Need because it reached Carrying Capacity and no nearby DLO(s) could absorb FTE(s).

(continued)

TEX0479938

(continued) **Table 3A.** FTE Assignments were recommended for every existing DLO and potential Mega DLO. Existing FTE Allocation, Model Reallocated FTEs, FTE Disparity, and FTE Carrying Capacity were used to recommend FTE Assignments. New FTE Disparity was calculated after FTE Assignments.

| Driver License Office | Region | Existing FTE Allocation | Modeled FTE Reallocation | FTE Disparity | FTE Carrying Capacity | FTEs Assigned | New FTE Disparity |
|---|---|---|---|---|---|---|---|
| Bowie | 5 | 2 | 1.3 | 0.7 | 2.5 | 2 | 0.7 |
| Brady | 4 | 1 | 0.7 | 0.3 | 1 | 1 | 0.3 |
| Breckenridge | 5 | 1 | 0.5 | 0.5 | 1 | 1 | 0.5 |
| Brenham | 2A | 2 | 2.0 | 0.0 | 3 | 2 | 0.0 |
| Brownfield | 5 | 1 | 0.7 | 0.3 | 2 | 1 | 0.3 |
| Brownsville | 3 | 8 | 11.4 | -3.4 | 11 | 10.1 | -1.3 |
| Brownwood | 5 | 2 | 2.0 | 0.0 | 3 | 2 | 0.0 |
| Bryan | 2A | 10 | 11.1 | -1.1 | 13 | 10 | -1.1 |
| Burnet | 6B | 1 | 0.9 | 0.1 | 1 | 1 | 0.1 |
| Cameron | 6B | 1 | 1.4 | -0.4 | 1 | 1 | -0.4 |
| Canadian | 5 | 0 | 0.3 | -0.3 | 0 | 0 | -0.3 |
| Canton | 1A | 2 | 2.7 | -0.7 | 3 | 2 | -0.7 |
| Carrollton* | 1A | 12 | 18.0 | -6.0 | 12 | 12 | -1.3 |
| Carthage | 1A | 1 | 1.2 | -0.2 | 1 | 1 | -0.2 |
| Cedar Hill** | 1A | 9 | 10.1 | -1.1 | 11 | 11 | 0.9 |
| Center | 2B | 1 | 1.8 | -0.8 | 2 | 1 | -0.8 |
| Centerville | 2A | 1 | 1.1 | -0.1 | 1 | 1 | -0.1 |
| Childress | 5 | 2 | 0.5 | 1.5 | 2 | 2 | 1.5 |
| Clarendon | 5 | 0 | 0.4 | -0.4 | 0 | 0 | -0.4 |
| Clarksville | 1A | 1 | 0.6 | 0.4 | 1 | 1 | 0.4 |
| Clear Lake* | 2B | 10 | 15.9 | -5.9 | 12 | 12 | -2.9 |
| Cleburne | 1B | 5 | 4.7 | 0.3 | 8 | 5 | 0.3 |
| Cleveland | 2B | 3 | 3.2 | -0.2 | 4 | 3 | -0.2 |
| Coleman | 5 | 0 | 0.4 | -0.4 | 0 | 0 | -0.4 |
| Colorado City | 5 | 1 | 0.5 | 0.5 | 1 | 1 | 0.5 |

* DLO with FTE Need, but limited Carrying Capacity, resulted in FTE(s) being assigned to a nearby DLO(s).
** Additional FTE(s) assigned from nearby DLO(s) due to nearby DLO's limited Carrying Capacity.
Red Driver License Office continued to have FTE Need because it reached Carrying Capacity and no nearby DLO(s) could absorb FTE(s).

(continued)

TEX0479939

(continued) **Table 3A.** FTE Assignments were recommended for every existing DLO and potential Mega DLO. Existing FTE Allocation, Model Reallocated FTEs, FTE Disparity, and FTE Carrying Capacity were used to recommend FTE Assignments. New FTE Disparity was calculated after FTE Assignments.

| Driver License Office | Region | Existing FTE Allocation | Modeled FTE Reallocation | FTE Disparity | FTE Carrying Capacity | FTEs Assigned | New FTE Disparity |
|---|---|---|---|---|---|---|---|
| Columbus | 2A | 2 | 1.6 | 0.4 | 2 | 2 | 0.4 |
| Comanche | 5 | 1 | 0.6 | 0.4 | 1 | 1 | 0.4 |
| Conroe | 2B | 13 | 10.9 | 2.1 | 16 | 13 | 2.1 |
| Copperas Cove** | 6B | 2 | 1.7 | 0.3 | 3 | 2 | 0.3 |
| Corpus Christi | 3 | 15 | 13.8 | 1.2 | 18 | 15 | 1.2 |
| Corsicana | 1B | 2 | 2.5 | -0.5 | 3 | 2 | -0.5 |
| Crane | 4 | 1 | 0.5 | 0.5 | 1 | 1 | 0.5 |
| Crockett | 2B | 1 | 1.2 | -0.2 | 1 | 1 | -0.2 |
| Crosbyton | 5 | 1 | 0.7 | 0.3 | 1 | 1 | 0.3 |
| Crystal City | 3 | 1 | 1.2 | -0.2 | 2 | 1 | -0.2 |
| Cuero | 6A | 1 | 1.0 | 0.0 | 2 | 1 | 0.0 |
| Daingerfield | 1A | 1 | 1.1 | -0.1 | 1 | 1 | -0.1 |
| Dalhart | 5 | 0 | 0.7 | -0.7 | 0.5 | 0 | -0.7 |
| Dallas - East* | 1A | 19 | 23.5 | -4.5 | 19 | 19 | -1.3 |
| Dallas - Southwest* | 1A | 11 | 21.1 | -10.1 | 12 | 12 | -8.2 |
| Decatur | 1B | 4 | 2.6 | 1.4 | 5 | 4 | 1.4 |
| Del Rio | 3 | 3 | 2.1 | 0.9 | 3 | 3 | 0.9 |
| Denton | 1B | 8 | 14.2 | -6.2 | 11 | 11 | -3.2 |
| Denver City | 5 | 1 | 0.6 | 0.4 | 1 | 1 | 0.4 |
| Dimmitt | 5 | 1 | 0.3 | 0.7 | 1 | 1 | 0.7 |
| Dumas | 5 | 2 | 1.1 | 0.9 | 3 | 2 | 0.9 |
| Eagle Pass | 3 | 3 | 2.4 | 0.6 | 4 | 3 | 0.6 |
| Eastland | 5 | 2 | 0.9 | 1.1 | 2 | 2 | 1.1 |
| Edinburg* | 3 | 7 | 9.5 | -2.5 | 7 | 7 | -1.6 |
| Edna | 6A | 0 | 0.7 | -0.7 | 0 | 0 | -0.7 |

*DLO with FTE Need, but limited Carrying Capacity, resulted in FTE(s) being assigned to a nearby DLO(s).*

**Additional FTE(s) assigned from nearby DLO(s) due to nearby DLO's limited Carrying Capacity.*

*Red Driver License Office continued to have FTE Need because it reached Carrying Capacity and no nearby DLO(s) could absorb FTE(s).*

(continued)

TEX0479940

(continued) **Table 3A.** FTE Assignments were recommended for every existing DLO and potential Mega DLO. Existing FTE Allocation, Model Reallocated FTEs, FTE Disparity, and FTE Carrying Capacity were used to recommend FTE Assignments. New FTE Disparity was calculated after FTE Assignments.

| Driver License Office | Region | Existing FTE Allocation | Modeled FTE Reallocation | FTE Disparity | FTE Carrying Capacity | FTEs Assigned | New FTE Disparity |
|---|---|---|---|---|---|---|---|
| El Paso - Gateway** | 4 | 13 | 8.9 | 4.1 | 16 | 13 | 4.1 |
| El Paso - Hondo Pass | 4 | 10 | 8.9 | 1.1 | 13 | 10 | 1.1 |
| El Paso - Northwest | 4 | 8 | 5.6 | 2.4 | 11 | 8 | 2.4 |
| El Paso - Scott Simpson* | 4 | 13 | 17.7 | -4.7 | 16 | 16 | -1.3 |
| Fairfield | 6B | 0 | 0.9 | -0.9 | 0 | 0 | -0.9 |
| Falfurrias | 3 | 0 | 0.7 | -0.7 | 0 | 0 | -0.7 |
| Floresville | 6A | 2 | 2.5 | -0.5 | 3 | 2 | -0.5 |
| Floydada | 5 | 1 | 0.4 | 0.6 | 1 | 1 | 0.6 |
| Fort Stockton | 4 | 1 | 0.9 | 0.1 | 1 | 1 | 0.1 |
| Fredericksburg | 6A | 1 | 1.0 | 0.0 | 1 | 1 | 0.0 |
| Friona | 5 | 0 | 0.3 | -0.3 | 0 | 0 | -0.3 |
| Ft. Worth* | 1B | 12 | 18.5 | -6.5 | 15 | 15 | -1.3 |
| Gainesville | 1B | 2 | 2.0 | 0.0 | 3 | 2 | 0.0 |
| Galveston | 2B | 3 | 3.2 | -0.2 | 4 | 3 | -0.2 |
| Garland** | 1A | 21 | 17.6 | 3.4 | 21 | 21 | 3.4 |
| Gatesville | 6B | 1 | 1.5 | -0.5 | 2 | 1 | -0.5 |
| George West | 3 | 0 | 0.5 | -0.5 | 0 | 0 | -0.5 |
| Georgetown | 6B | 5 | 6.1 | -1.1 | 7 | 5 | -1.1 |
| Gilmer | 1A | 2 | 2.0 | 0.0 | 2 | 2 | 0.0 |
| Goldthwaite | 6B | 0 | 0.4 | -0.4 | 0 | 0 | -0.4 |
| Gonzales | 6A | 2 | 1.1 | 0.9 | 3 | 2 | 0.9 |
| Graham | 5 | 2 | 1.2 | 0.8 | 3 | 2 | 0.8 |
| Granbury | 1B | 2 | 2.9 | -0.9 | 3 | 2 | -0.9 |
| Grand Prairie | 1A | 7 | 8.1 | -1.1 | 7 | 7 | -1.1 |
| Greenville | 1A | 4 | 3.8 | 0.2 | 5 | 4 | 0.2 |

*\* DLO with FTE Need, but limited Carrying Capacity, resulted in FTE(s) being assigned to a nearby DLO(s).*
*\*\* Additional FTE(s) assigned from nearby DLO(s) due to nearby DLO's limited Carrying Capacity.*
*Red Driver License Office continued to have FTE Need because it reached Carrying Capacity and no nearby DLO(s) could absorb FTE(s).*

(continued)

TEX0479941

(continued) **Table 3A.** FTE Assignments were recommended for every existing DLO and potential Mega DLO. Existing FTE Allocation, Model Reallocated FTEs, FTE Disparity, and FTE Carrying Capacity were used to recommend FTE Assignments. New FTE Disparity was calculated after FTE Assignments.

| Driver License Office | Region | Existing FTE Allocation | Modeled FTE Reallocation | FTE Disparity | FTE Carrying Capacity | FTEs Assigned | New FTE Disparity |
|---|---|---|---|---|---|---|---|
| Groesbeck | 6B | 1 | 1.4 | -0.4 | 1 | 1 | -0.4 |
| Hallettsville | 6A | 0 | 1.1 | -1.1 | 0 | 0 | -1.1 |
| Hamilton | 6B | 1 | 0.3 | 0.7 | 1 | 1 | 0.7 |
| Harlingen | 3 | 6 | 8.0 | -2.0 | 6 | 6 | -2.0 |
| Haskell | 5 | 1 | 0.2 | 0.8 | 1 | 1 | 0.8 |
| Hempstead | 2A | 3 | 3.0 | 0.0 | 3 | 3 | 0.0 |
| Henderson | 1A | 2 | 1.7 | 0.3 | 2 | 2 | 0.3 |
| Hereford | 5 | 2 | 1.0 | 1.0 | 3 | 2 | 1.0 |
| Hillsboro | 6B | 2 | 1.5 | 0.5 | 2 | 2 | 0.5 |
| Hondo | 6A | 2 | 2.1 | -0.1 | 3 | 2 | -0.1 |
| Houston – Dacoma* | 2A | 17 | 26.6 | -9.6 | 23 | 23 | -1.3 |
| Houston – Gessner | 2A | 44 | 41.2 | 2.8 | 54 | 44 | 2.8 |
| Houston – Grant Road* | 2A | 15 | 25.6 | -10.6 | 20 | 20 | -1.4 |
| Houston – Tidwell* | 2B | 8 | 13.3 | -5.3 | 11 | 11 | -1.3 |
| Houston – Townhurst** | 2A | 17 | 17.3 | -0.3 | 20 | 19.6 | 2.3 |
| Houston – Vantage Pkwy** | 2A | 14 | 11.2 | 2.8 | 17 | 14 | 2.8 |
| Houston – Winkler* | 2B | 15 | 22.1 | -7.1 | 18 | 18 | -2.6 |
| Humble | 2B | 10 | 12.8 | -2.8 | 14 | 11.4 | -1.4 |
| Huntsville | 2B | 3 | 4.7 | -1.7 | 6 | 3.3 | -1.4 |
| Hurst* | 1B | 16 | 24.1 | -8.1 | 22 | 22 | -1.3 |
| Irving | 1A | 11 | 15.9 | -4.9 | 15 | 14.6 | -1.3 |
| Jacksonville | 1A | 2 | 1.9 | 0.1 | 2 | 2 | 0.1 |
| Jasper | 2B | 3 | 2.0 | 1.0 | 3 | 3 | 1.0 |
| Jourdanton | 6A | 2 | 2.2 | -0.2 | 3 | 2 | -0.2 |
| Katy** (Potential Mega) | 2A | 0 | 18.7 | -18.7 | 0 | 25 | 6.3 |

*\* DLO with FTE Need, but limited Carrying Capacity, resulted in FTE(s) being assigned to a nearby DLO(s).*

*\* \* Additional FTE(s) assigned from nearby DLO(s) due to nearby DLO's limited Carrying Capacity.*

*Red Driver License Office continued to have FTE Need because it reached Carrying Capacity and no nearby DLO(s) could absorb FTE(s).*

(continued)

TEX0479942

(continued) **Table 3A.** FTE Assignments were recommended for every exiting DLO and potential Mega DLO. Existing FTE Allocation, Modeled FTE Reallocation, FTE Disparity, and FTE Carrying Capacity were used to recommend FTE Assignments. After FTE Assignments, New FTE Disparities were calculated.

| Driver License Office | Region | Existing FTE Allocation | Modeled FTE Reallocation | FTE Disparity | FTE Carrying Capacity | FTEs Assigned | New FTE Disparity |
|---|---|---|---|---|---|---|---|
| Kermit | 4 | 0 | 0.4 | -0.4 | 0 | 0 | -0.4 |
| Kerrville | 6A | 3 | 3.0 | 0.0 | 5 | 3 | 0.0 |
| Killeen* | 6B | 7 | 10.5 | -3.5 | 9 | 9 | -1.4 |
| Kingsville | 3 | 2 | 1.9 | 0.1 | 3 | 2 | 0.1 |
| Kountze | 2B | 0 | 2.0 | -2.0 | 0 | 0 | -2.0 |
| Lake Worth | 1B | 12 | 15.8 | -3.8 | 15 | 14.5 | -1.3 |
| Lamesa | 4 | 1 | 0.8 | 0.2 | 1 | 1 | 0.2 |
| Lampasas | 6B | 1 | 0.8 | 0.2 | 1 | 1 | 0.2 |
| Laredo | 3 | 11 | 11.7 | -0.7 | 12 | 11 | -0.7 |
| Levelland | 5 | 2 | 1.2 | 0.8 | 2 | 2 | 0.8 |
| Lewisville | 1B | 8 | 14.8 | -6.8 | 11 | 11 | -3.8 |
| Liberty | 2B | 2 | 2.2 | -0.2 | 3 | 2 | -0.2 |
| Littlefield | 5 | 1 | 0.6 | 0.4 | 1 | 1 | 0.4 |
| Livingston | 2B | 2 | 2.6 | -0.6 | 3 | 2 | -0.6 |
| Llano | 6B | 0 | 0.6 | -0.6 | 0 | 0 | -0.6 |
| Longview | 1A | 8 | 7.1 | 0.9 | 9 | 8 | 0.9 |
| Lubbock | 5 | 13 | 14.8 | -1.8 | 18 | 13.5 | -1.3 |
| Lufkin | 2B | 4 | 4.2 | -0.2 | 6 | 4 | -0.2 |
| Marble Falls | 6B | 2 | 2.1 | -0.1 | 2 | 2 | -0.1 |
| Marshall | 1A | 3 | 2.5 | 0.5 | 4 | 3 | 0.5 |
| McAllen** | 3 | 11 | 11.8 | -0.8 | 14 | 14 | 2.2 |
| McKinney | 1B | 11 | 11.8 | -0.8 | 14 | 11 | -0.8 |
| Meridian | 6B | 0 | 0.8 | -0.8 | 0 | 0 | -0.8 |
| Midland | 4 | 12 | 7.7 | 4.3 | 15 | 12 | 4.3 |
| Mineral Wells | 1B | 2 | 1.5 | 0.5 | 2 | 2 | 0.5 |

*DLO with FTE Need, but limited Carrying Capacity, resulted in FTE(s) being assigned to a nearby DLO(s).*
* *Additional FTE(s) assigned from nearby DLO(s) due to nearby DLO's limited Carrying Capacity.*
*Red Driver License Office continued to have FTE Need because it reached Carrying Capacity and no nearby DLO(s) could absorb FTE(s).*

(continued)

TEX0479943

(continued) **Table 3A.** FTE Assignments were recommended for every exiting DLO and potential Mega DLO. Existing FTE Allocation, Modeled FTE Reallocation, FTE Disparity, and FTE Carrying Capacity were used to recommend FTE Assignments. After FTE Assignments, New FTE Disparities were calculated.

| Driver License Office | Region | Existing FTE Allocation | Modeled FTE Reallocation | FTE Disparity | FTE Carrying Capacity | FTEs Assigned | New FTE Disparity |
|---|---|---|---|---|---|---|---|
| Mission* | 3 | 2 | 7.7 | -5.7 | 3 | 3 | -2.5 |
| Monahans | 4 | 1 | 0.5 | 0.5 | 1 | 1 | 0.5 |
| Mount Pleasant | 1A | 2 | 2.2 | -0.2 | 3 | 2 | -0.2 |
| Muleshoe | 5 | 1 | 0.5 | 0.5 | 3 | 1 | 0.5 |
| Munday | 5 | 0 | 0.2 | -0.2 | 1 | 0 | -0.2 |
| North Arlington** (Potential Mega) | 1B | 0 | 9.1 | -9.1 | 0 | 25 | 15.9 |
| Nacogdoches | 2B | 3 | 3.4 | -0.4 | 5 | 3 | -0.4 |
| Northeast Dallas** (Potential Mega) | 1A | 0 | 20.5 | -20.5 | 0 | 31 | 10.5 |
| New Boston | 1A | 1 | 1.5 | -0.5 | 2 | 1 | -0.5 |
| New Braunfels | 6A | 5 | 6.4 | -1.4 | 6 | 5.1 | -1.3 |
| Odessa | 4 | 8 | 7.5 | 0.5 | 11 | 8 | 0.5 |
| Orange | 2B | 3 | 3.1 | -0.1 | 5 | 3 | -0.1 |
| Palestine | 1B | 2 | 2.4 | -0.4 | 2 | 2 | -0.4 |
| Pampa | 5 | 2 | 1.1 | 0.9 | 2 | 2 | 0.9 |
| Panhandle | 5 | 0 | 0.3 | -0.3 | 0 | 0 | -0.3 |
| Paris | 1B | 2 | 2.1 | -0.1 | 2 | 2 | -0.1 |
| Pasadena** | 2B | 10 | 10.5 | -0.5 | 13 | 13 | 2.5 |
| Pecos | 4 | 1 | 0.8 | 0.2 | 1 | 1 | 0.2 |
| Perryton | 5 | 2 | 0.8 | 1.2 | 2 | 2 | 1.2 |
| Pierce | 2A | 2 | 1.6 | 0.4 | 3 | 2 | 0.4 |
| Plainview | 5 | 3 | 1.5 | 1.5 | 4 | 3 | 1.5 |
| Plano* | 1B | 17 | 25.9 | -8.9 | 22 | 22 | -1.3 |
| Port Arthur | 2B | 3 | 5.7 | -2.7 | 5 | 4.4 | -1.3 |

*\* DLO with FTE Need, but limited Carrying Capacity, resulted in FTE(s) being assigned to a nearby DLO(s).*
*\*\* Additional FTE(s) assigned from nearby DLO(s) due to nearby DLO's limited Carrying Capacity.*
*Red Driver License Office continued to have FTE Need because it reached Carrying Capacity and no nearby DLO(s) could absorb FTE(s).*

(continued)

TEX0479944

(continued) **Table 3A.** FTE Assignments were recommended for every exiting DLO and potential Mega DLO. Existing FTE Allocation, Modeled FTE Reallocation, FTE Disparity, and FTE Carrying Capacity were used to recommend  FTE Assignments. After FTE Assignments, New FTE Disparities were calculated.

| Driver License Office | Region | Existing FTE Allocation | Modeled FTE Reallocation | FTE Disparity | FTE Carrying Capacity | FTEs Assigned | New FTE Disparity |
|---|---|---|---|---|---|---|---|
| Port Lavaca | 6A | 1 | 1.1 | -0.1 | 1 | 1 | -0.1 |
| Presidio | 4 | 1 | 0.3 | 0.7 | 1 | 1 | 0.7 |
| Quanah | 5 | 0 | 0.2 | -0.2 | 0 | 0 | -0.2 |
| Quitman | 1A | 2 | 2.5 | -0.5 | 2 | 2 | -0.5 |
| Rio Grande City | 3 | 2 | 2.6 | -0.6 | 3 | 2 | -0.6 |
| Roby | 5 | 0 | 0.3 | -0.3 | 0 | 0 | -0.3 |
| Rockwall* | 1A | 3 | 9.0 | -6.0 | 5 | 5 | -3.0 |
| Rosenberg | 2A | 12 | 8.6 | 3.4 | 16 | 12 | 3.4 |
| Rusk | 1A | 0 | 1.0 | -1.0 | 0 | 0 | -1.0 |
| San Angelo | 4 | 7 | 6.0 | 1.0 | 9 | 7 | 1.0 |
| San Antonio - Babcock | 6A | 20 | 23.3 | -3.3 | 22 | 22 | -1.3 |
| San Antonio - District** | 6A | 12 | 11.7 | 0.3 | 14 | 14 | 2.3 |
| San Antonio - Gen. McMullen* | 6A | 12 | 18.9 | -6.9 | 14 | 14 | -2.6 |
| San Antonio (Potential Mega) | 6B | 0 | 16.4 | -16.4 | 0 | 25 | 8.6 |
| San Antonio - Pat Booker Rd. | 6A | 19 | 17.5 | 1.5 | 22 | 19 | 1.5 |
| San Marcos | 6A | 5 | 9.6 | -4.6 | 6 | 6 | -3.6 |
| Seguin | 6A | 3 | 2.7 | 0.3 | 4 | 3 | 0.3 |
| Seminole | 4 | 1 | 0.6 | 0.4 | 1 | 1 | 0.4 |
| Seymour | 5 | 0 | 0.2 | -0.2 | 0 | 0 | -0.2 |
| Shamrock | 5 | 0 | 0.4 | -0.4 | 0 | 0 | -0.4 |
| Sherman | 1B | 5 | 4.8 | 0.2 | 5 | 5 | 0.2 |
| Sinton | 3 | 1 | 2.1 | -1.1 | 2 | 1 | -1.1 |
| Snyder | 5 | 0 | 0.8 | -0.8 | 0 | 0 | -0.8 |
| Sonora | 4 | 0 | 0.7 | -0.7 | 1 | 0 | -0.7 |
| Spring** (Potential Mega) | 2B | 0 | 17.0 | -17.0 | 0 | 25 | 8.0 |

*DLO with FTE Need, but limited Carrying Capacity, resulted in FTE(s) being assigned to a nearby DLO(s).*

**Additional FTE(s) assigned from nearby DLO(s) due to nearby DLO's limited Carrying Capacity.*

Red Driver License Office continued to have FTE Need because it reached Carrying Capacity and no nearby DLO(s) could absorb FTE(s).

(continued)

TEX0479945

(continued) **Table 3A.** FTE Assignments were recommended for every exiting DLO and potential Mega DLO. Existing FTE Allocation, Modeled FTE Reallocation, FTE Disparity, and FTE Carrying Capacity were used to recommend FTE Assignments. After FTE Assignments, New FTE Disparities were calculated.

| Driver License Office | Region | Existing FTE Allocation | Modeled FTE Reallocation | FTE Disparity | FTE Carrying Capacity | FTEs Assigned | New FTE Disparity |
|---|---|---|---|---|---|---|---|
| Stanton | 4 | 0 | 0.3 | -0.3 | 0 | 0 | -0.3 |
| Stephenville | 1B | 2 | 1.8 | 0.2 | 2 | 2 | 0.2 |
| Sulphur Springs | 1A | 2 | 2.0 | 0.0 | 3 | 2 | 0.0 |
| Sweetwater | 5 | 1 | 0.7 | 0.3 | 1 | 1 | 0.3 |
| Taylor | 6B | 1 | 3.7 | -2.7 | 2 | 2 | -1.7 |
| Temple | 6B | 5 | 6.5 | -1.5 | 6 | 5.2 | -1.3 |
| Terrell | 1A | 4 | 6.1 | -2.1 | 4 | 4 | -2.1 |
| Texarkana | 1A | 3 | 3.1 | -0.1 | 4 | 3 | -0.1 |
| Texas City | 2B | 6 | 6.6 | -0.6 | 10 | 6 | -0.6 |
| Tulia | 5 | 0 | 0.4 | -0.4 | 0 | 0 | -0.4 |
| Tyler | 1A | 9 | 10.1 | -1.1 | 11 | 9 | -1.1 |
| Uvalde | 3 | 2 | 1.4 | 0.6 | 2 | 2 | 0.6 |
| Van Horn | 4 | 0 | 0.2 | -0.2 | 0.5 | 0 | -0.2 |
| Vernon | 5 | 2 | 0.8 | 1.2 | 2 | 2 | 1.2 |
| Victoria | 6A | 5 | 3.9 | 1.1 | 8 | 5 | 1.1 |
| Waco | 6B | 11 | 10.8 | 0.2 | 14 | 11 | 0.2 |
| Wallisville | 2B | 2 | 1.6 | 0.4 | 3 | 2 | 0.4 |
| Waxahachie | 1B | 7 | 6.3 | 0.7 | 11 | 7 | 0.7 |
| Weatherford | 1B | 5 | 4.4 | 0.6 | 6 | 5 | 0.6 |
| Weslaco** | 3 | 5 | 8.1 | -3.1 | 9 | 9 | 0.9 |
| Wichita Falls | 5 | 8 | 7.4 | 0.6 | 11 | 8 | 0.6 |
| Woodville | 2B | 0 | 0.8 | -0.8 | 0 | 0 | -0.8 |
| Zapata | 3 | 1 | 0.7 | 0.3 | 1 | 1 | 0.3 |

\* DLO with FTE Need, but limited Carrying Capacity, resulted in FTE(s) being assigned to a nearby DLO(s).

\*\* Additional FTE(s) assigned from nearby DLO(s) due to nearby DLO's limited Carrying Capacity.

Red Driver License Office continued to have FTE Need because it reached Carrying Capacity and no nearby DLO(s) could absorb FTE(s).

TEX0479946

**Table 4A.** Tier 1 and Tier 2 Potential Driver License Office Closures with closure criteria and comments.

| Driver License Office | Region | One | Two | Three | Four | Five | Sum | Comments* |
|---|---|---|---|---|---|---|---|---|
| Anson | 5 | | 1 | 1 | | | 2 | Customers can travel to Abilene (22 mi) or Haskell (30 mi). |
| Baird | 5 | | | 1 | | | 1 | |
| Burnet | 6B | | 1 | 1 | 1 | | 3 | Customers can travel to Marble Falls (14 mi) or Lampasas (21 mi). |
| Canadian | 5 | 1 | | | | | 1 | |
| Coleman | 5 | | 1 | 1 | | | 2 | Customers can travel to Ballinger (35 mi) or Brownwood (28 mi). |
| Colorado City | 5 | | 1 | 1 | | | 2 | Customers can travel to Sweetwater (27 mi). |
| Comanche | 5 | | 1 | 1 | | | 2 | Customers can drive to Stephenville (34 mi), Hamilton (33 mi), or Brownwood (25 mi). |
| Crane | 4 | | | | | | 0 | |
| Denver City | 5 | | 1 | 1 | | | 2 | Customers can travel to Brownfield (41 mi) and Seminole (21 mi). |
| Dimmitt | 5 | | 1 | | | | 1 | |
| Edna | 6A | | | 1 | | | 1 | |
| Fairfield | 6B | | 1 | 1 | | | 2 | Customers can travel to Palestine (35 mi), Corsicana (30 mi), or Groesbeck (35 mi). |
| Floydada | 5 | | | | | | 0 | |
| Friona | 5 | | | | | | 0 | |
| George West | 3 | | | 1 | | | 1 | |
| Goldthwaite | 6B | | | 1 | | | 1 | |
| Hallettsville | 6A | | | 1 | | | 1 | |
| Johnson City | 6B | | | | | | 0 | |
| Kermit | 4 | | 1 | | | | 1 | |
| Kountze | 2B | | | 1 | | | 1 | |
| Marfa | 4 | | | | | | 0 | |
| Munday | 5 | | | | | | 0 | |
| Panhandle | 5 | | | 1 | | | 1 | |
| Quanah | 5 | | | | | | 0 | |
| Roby | 5 | | | | | | 0 | |
| Rusk | 1A | | | 1 | | | 1 | |
| Stanton | 4 | | | | | | 0 | |
| Tulia | 5 | | | 1 | | | 1 | |

*(Left vertical label: TIER 1 POTENTIAL DLO CLOSURE)*

*(Column group header: Potential Closure Criteria — spanning One, Two, Three, Four, Five)*

*Only potential office closures fulfilling 2 or more criteria that are recommended closures have comments. Mileage is approximate.*

TEX0479947

(continued) **Table 4A.** Tier 1 and Tier 2 Potential Driver License Office Closures with closure criteria and comments.

| | Driver License Office | Region | Potential Closure Criteria | | | | | Sum | Comments* |
|---|---|---|---|---|---|---|---|---|---|
| | | | One | Two | Three | Four | Five | | |
| TIER 2 POTENTIAL DLO CLOSURE | Andrews | 4 | | 1 | 1 | | | 2 | Customers can travel to Odessa (36 mi) or Seminole (28 mi). |
| | Cameron | 6B | 1 | 1 | 1 | | | 3 | Customers can travel to Taylor (42 mi), Temple (33 mi), or Bryan (43 mi). |
| | Carthage | 1A | | 1 | 1 | | | 2 | Customers can travel to Marshall (29 mi), Henderson (27 mi), or Center (27 mi). |
| | Daingerfield | 1A | | 1 | 1 | | 1 | 3 | Customers can travel to Mt. Pleasant (17 mi) or Atlanta (33 mi). Daingerfield is losing population. |
| | Dalhart | 5 | 1 | | 1 | | | 2 | Had one of the lowest transaction volumes and customers can travel Dumas (39 mi). |
| | Littlefield | 5 | | 1 | 1 | | | 2 | Customers can travel to Levelland (23 mi) or Lubbock (37 mi). |
| | New Boston | 1A | | 1 | 1 | | 1 | 3 | Customers can travel to Texarkana (20 mi) or Clarksville (39 mi). 2010 data shows that many customers already drive to Texarkana. |
| | Woodville | 2B | | 1 | 1 | | | 2 | Customers can travel to Livingston (30 mi) or Jasper (20 mi). |

*Only potential office closures fulfilling 2 or more criteria that are recommended closures have comments. Mileage is approximate.*

**Table 5A.** Monthly percentage of initiated transactions by 15- to 19-year-olds for each DLO averaged for CY 2010.

| Driver License Office | Average Monthly Percentage | Driver License Office | Average Monthly Percentage |
|---|---|---|---|
| Abilene | 23% | Alvin | 31% |
| Alice | 23% | Amarillo | 21% |
| Alpine | 18% | Andrews | 26% |

(continued)

TEX0479948

(continued) **Table 5A.** Monthly percentage of initiated transactions by 15- to 19-year-olds for each DLO averaged for CY 2010.

| Driver License Office | Average Monthly Percentage | Driver License Office | Average Monthly Percentage |
|---|---|---|---|
| Angleton | 25% | Bryan | 19% |
| Anson | 21% | Burnet | 24% |
| Aransas Pass | 24% | Cameron | 24% |
| Arlington | 25% | Canton | 23% |
| Athens | 22% | Carrollton | 23% |
| Atlanta | 25% | Carthage | 21% |
| Austin - Capitol | 0% | Cedar Hill | 23% |
| Austin - Denson | 1% | Center | 19% |
| Austin - North | 14% | Centerville | 24% |
| Austin - Northwest | 24% | Childress | 25% |
| Austin - South Congress | 19% | Clarksville | 25% |
| Ballinger | 21% | Clear Lake | 23% |
| Bastrop | 25% | Cleburne | 24% |
| Bay City | 24% | Cleveland | 26% |
| Baytown | 22% | Coleman | 24% |
| Beaumont | 20% | Colorado City | 22% |
| Beeville | 22% | Columbus | 29% |
| Big Lake | 25% | Comanche | 23% |
| Big Spring | 23% | Conroe | 30% |
| Boerne | 31% | Copperas Cove | 21% |
| Bonham | 27% | Corpus Christi | 20% |
| Borger | 25% | Corsicana | 21% |
| Bowie | 23% | Crane | 31% |
| Brady | 23% | Crockett | 22% |
| Breckenridge | 23% | Crosbyton | 27% |
| Brenham | 24% | Crystal City | 23% |
| Brownfield | 17% | Cuero | 24% |
| Brownsville | 21% | Daingerfield | 24% |
| Brownwood | 22% | Dalhart | 27% |

(continued)

TEX0479949

(continued) **Table 5A.** Monthly percentage of initiated transactions by 15- to 19-year-olds for each DLO averaged for CY 2010.

| Driver License Office | Average Monthly Percentage | Driver License Office | Average Monthly Percentage |
|---|---|---|---|
| Dallas - Downtown | 5% | Gatesville | 26% |
| Dallas - East | 18% | Georgetown | 29% |
| Dallas - Southwest | 18% | Gilmer | 23% |
| Decatur | 25% | Gonzales | 25% |
| Del Rio | 19% | Graham | 23% |
| Denton | 23% | Granbury | 21% |
| Denver City | 22% | Grand Prairie | 20% |
| Dimmitt | 23% | Greenville | 23% |
| Dumas | 24% | Groesbeck | 24% |
| Eagle Pass | 16% | Hamilton | 21% |
| Eastland | 21% | Harlingen | 22% |
| Edinburg | 22% | Haskell | 26% |
| El Paso - Gateway | 17% | Hempstead | 34% |
| El Paso - Hondo Pass | 19% | Henderson | 22% |
| El Paso - Northwest | 21% | Hereford | 25% |
| El Paso - Scott Simpson | 24% | Hillsboro | 22% |
| Fairfield | 28% | Hondo | 26% |
| Floresville | 27% | Houston - Dacoma | 13% |
| Floydada | 23% | Houston - Gessner | 17% |
| Fort Bliss | 4% | Houston - Grant Road | 29% |
| Fort Hood | 6% | Houston - Tidwell | 16% |
| Fort Stockton | 21% | Houston - Townhurst | 22% |
| Fort Worth | 20% | Houston - Vantage Parkway | 20% |
| Fredericksburg | 23% | Houston - Winkler | 16% |
| Friona | 30% | Humble | 24% |
| Gainesville | 24% | Huntsville | 22% |
| Galveston | 24% | Hurst | 25% |
| Garland | 23% | Irving | 14% |

(continued)

TEX0479950

(continued) **Table 5A.** Monthly percentage of initiated transactions by 15- to 19-year-olds for each DLO averaged for CY 2010.

| Driver License Office | Average Monthly Percentage | Driver License Office | Average Monthly Percentage |
|---|---|---|---|
| Jacksonville | 24% | Monahans | 25% |
| Jasper | 18% | Mount Pleasant | 21% |
| Jourdanton | 23% | Muleshoe | 20% |
| Kermit | 28% | Nacogdoches | 19% |
| Kerrville | 20% | New Boston | 24% |
| Killeen | 20% | New Braunfels | 25% |
| Kingsville | 19% | Odessa | 20% |
| Kountze | 13% | Orange | 23% |
| Lake Worth | 23% | Palestine | 20% |
| Lamesa | 22% | Pampa | 22% |
| Lampasas | 29% | Paris | 23% |
| Laredo | 22% | Pasadena | 21% |
| Levelland | 24% | Pecos | 23% |
| Lewisville | 32% | Perryton | 28% |
| Liberty | 26% | Pierce | 24% |
| Littlefield | 26% | Plainview | 21% |
| Livingston | 18% | Plano | 25% |
| Llano | 21% | Port Arthur | 21% |
| Longview | 21% | Port Lavaca | 22% |
| Lubbock | 21% | Presidio | 25% |
| Lufkin | 22% | Quitman | 21% |
| Marble Falls | 24% | Rio Grande City | 28% |
| Marshall | 20% | Rockwall | 32% |
| McAllen | 24% | Rosenberg | 31% |
| McKinney | 32% | Rusk | 24% |
| Meridian | 24% | San Angelo | 21% |
| Midland | 24% | San Antonio - Babcock | 19% |
| Mineral Wells | 20% | San Antonio - District | 16% |
| Mission | 10% | San Antonio - Gen. McMullen | 20% |

(continued)

TEX0479951

(continued) **Table 5A.** Monthly percentage of initiated transactions by 15- to 19-year-olds for each DLO averaged for CY 2010.

| Driver License Office | Average Monthly Percentage | Driver License Office | Average Monthly Percentage |
|---|---|---|---|
| San Antonio - Pat Booker Rd. | 25% | Texas City | 22% |
| San Marcos | 22% | Tulia | 21% |
| Seguin | 21% | Tyler | 22% |
| Seminole | 26% | Uvalde | 20% |
| Sherman | 23% | VanHorn | 27% |
| Sinton | 27% | Vernon | 22% |
| Snyder | 20% | Victoria | 21% |
| Stanton | 25% | Waco | 21% |
| Stephenville | 22% | Wallisville | 27% |
| Sulphur Springs | 25% | Waxahachie | 27% |
| Sweetwater | 20% | Weatherford | 27% |
| Taylor | 27% | Weslaco | 23% |
| Temple | 23% | Wichita Falls | 22% |
| Terrell | 25% | Woodville | 27% |
| Texarkana | 21% | Zapata | 21% |

**Table 6A.** Average percentage of initiated transactions by 15- to 19-year-olds by month.

| Month of CY 2010 | Average Percentage | Month of CY 2010 | Average Percentage |
|---|---|---|---|
| January | 21% | July | 25% |
| February | 20% | August | 23% |
| March | 22% | September | 19% |
| April | 24% | October | 19% |
| May | 24% | November | 19% |
| June | 28% | December | 19% |

TEX0479952

**Table 7A.** Volume of initiated transactions for Temporary Visitors by Country of Origin.

| Country of Origin | Volume of Initiated Transactions | Country of Origin | Volume of Initiated Transactions |
|---|---|---|---|
| India | 9,572 | France | 347 |
| Mexico | 5,603 | Kenya | 296 |
| El Salvador | 4,159 | Malaysia | 212 |
| China | 3,810 | Spain | 201 |
| United States | 3,085 | Somalia | 199 |
| South Korea | 1,812 | Indonesia | 192 |
| Honduras | 1,370 | Peru | 183 |
| Vietnam | 1,183 | Australia | 182 |
| Myanmar | 820 | Bangladesh | 176 |
| Iraq | 819 | Cameroon | 167 |
| Nigeria | 748 | Russia | 155 |
| Philippines | 733 | Argentina | 148 |
| Nepal | 725 | Angola | 141 |
| Saudi Arabia | 620 | Italy | 141 |
| Cuba | 619 | Singapore | 133 |
| Pakistan | 605 | Guatemala | 129 |
| United Kingdom | 594 | Congo | 128 |
| Venezuela | 593 | Egypt | 127 |
| Bhutan | 579 | Norway | 124 |
| Canada | 573 | Jordan | 107 |
| Japan | 546 | Kazakhstan | 107 |
| Colombia | 502 | Congo, DRC | 105 |
| North Korea | 446 | Israel | 105 |
| Germany | 445 | South Africa | 100 |
| Brazil | 426 | Ghana | 97 |
| Thailand | 415 | Sri Lanka | 89 |
| Iran | 412 | Zimbabwe | 86 |
| Turkey | 375 | Kuwait | 84 |
| Ethiopia | 359 | Netherlands | 82 |

(continued)

TEX0479953

(continued) **Table 7A.** Volume of initiated transactions for Temporary Visitors by Country of Origin.

| Country of Origin | Volume of Initiated Transactions | Country of Origin | Volume of Initiated Transactions |
|---|---|---|---|
| Jamaica | 81 | Bulgaria | 35 |
| Eritrea | 79 | Finland | 35 |
| Burkina Faso | 73 | Afghanistan | 34 |
| Nicaragua | 72 | Rwanda | 34 |
| Chile | 68 | Syria | 34 |
| Ecuador | 66 | Uganda | 34 |
| Trinidad & Tobago | 65 | Belgium | 32 |
| Lebanon | 62 | New Zealand | 32 |
| Micronesia | 62 | Senegal | 32 |
| Romania | 60 | Cambodia | 30 |
| United Republic of Tanzania | 60 | Dominican Republic | 30 |
| Haiti | 59 | Greece | 29 |
| Burundi | 58 | Guinea | 28 |
| Ireland | 58 | Marshall Islands | 28 |
| Bolivia | 55 | Serbia | 27 |
| Ukraine | 53 | Grenada | 26 |
| Liberia | 52 | Hungary | 26 |
| Denmark | 50 | St. Lucia | 26 |
| Morocco | 50 | Zambia | 26 |
| Sweden | 48 | Belize | 25 |
| Costa Rica | 47 | Portugal | 23 |
| Libya | 47 | Switzerland | 21 |
| Cote d'Ivoire | 46 | Algeria | 20 |
| Gabon | 44 | Austria | 20 |
| Panama | 44 | Azerbaijan | 20 |
| United Arab Emirates | 44 | Turkmenistan | 20 |
| Poland | 41 | Palau | 19 |
| Sudan | 39 | Equatorial Guinea | 18 |
| Mali | 38 | Moldova | 17 |

(continued)

TEX0479954

(continued) **Table 7A.** Volume of initiated transactions for Temporary Visitors by Country of Origin.

| Country of Origin | Volume of Initiated Transactions | Country of Origin | Volume of Initiated Transactions |
|---|---|---|---|
| The Bahamas | 16 | Mauritania | 7 |
| Benin | 16 | Niger | 7 |
| Chad | 16 | Oman | 7 |
| Bosnia & Herzegovina | 15 | Antigua & Barbuda | 6 |
| Croatia | 15 | Armenia | 6 |
| Sierra Leone | 15 | Slovakia | 6 |
| Albania | 14 | Togo | 6 |
| Bahrain | 14 | Bermuda | 5 |
| Qatar | 14 | Macedonia | 5 |
| Czech Republic | 13 | Barbados | 4 |
| Laos | 13 | British Indian Ocean Territory | 4 |
| Mongolia | 13 | Estonia | 4 |
| Uzbekistan | 13 | Latvia | 4 |
| Dominica | 12 | Madagascar | 4 |
| Belarus | 11 | Namibia | 4 |
| Lithuania | 11 | Central African Republic | 3 |
| Malawi | 11 | American Samoa | 2 |
| Kyrgyzstan | 10 | Aruba | 2 |
| Botswana | 9 | Brunei | 2 |
| Guyana | 9 | Fiji | 2 |
| Paraguay | 9 | French Southern & Antarctic Lands | 2 |
| Tajikistan | 9 | Greenland | 2 |
| Tunisia | 9 | Mayotte | 2 |
| Uruguay | 9 | St. Kitts & Nevis | 2 |
| Yemen | 9 | Samoa | 2 |
| Cyprus | 8 | Slovenia | 2 |
| Georgia | 8 | Anguilla | 1 |
| Iceland | 8 | | |
| Mauritius | 8 | | |

(continued)

TEX0479955

(continued) **Table 7A.** Volume of initiated transactions for Temporary Visitors by Country of Origin.

| Country of Origin | Volume of Initiated Transactions | Country of Origin | Volume of Initiated Transactions |
|---|---|---|---|
| Christmas Island | 1 | Netherlands Antilles | 1 |
| Djibouti | 1 | Niue | 1 |
| French Guiana | 1 | Norfolk Island | 1 |
| Guadeloupe | 1 | St. Helena | 1 |
| Guam | 1 | St. Vincent & | |
| Kiribati | 1 | The Grenadines | 1 |
| Lesotho | 1 | Seychelles | 1 |
| Maldives | 1 | Suriname | 1 |
| Malta | 1 | Turks & Caicos Islands | 1 |
| Mozambique | 1 | Virgin Islands | 1 |

TEX0479956