# Appendix B: List of Acronyms

**CY**
Calendar Year

**DDL**
???

**DFW**
Dallas-Fort Worth

**DL**
Driver License

**DLD**
Driver License Division

**DLO**
Driver License Office

**DLS**
Driver License System

**ESRI**
Environmental Systems Research Institute

**FTE**
Full-time Equivalent

**GIS**
Geographic Information System

**GPP**
Government Partnerships Program

**ID**
Identification

**SPSS**
Statistical Package for the Social Sciences

**TOL IVR**
Texas Online Interactive Voice Recognition

**TOL WEB**
Texas Online Web

**TxDPS**
Texas Department of Public Safety

**TxState**
Texas State University-San Marcos

TEX0479957