# RFP 25

## Documents provided by the Media and Communications Office

2:13-cv-193
09/02/2014
**DEF1200**

**Trottier, Aidee**

| | |
|---|---|
| **From:** | Witt, Bryan |
| **Sent:** | Wednesday, October 23, 2013 11:27 AM |
| **To:** | Biddle, Frederick; Fulton, Tony; Gonzalez, John; Hawthorne, Daniel; Ray, Christopher |
| **Subject:** | Counties to send out information on |

Chris-Oldham, Sherman, Hansford
Dan-Sherman, Hansford
Fred-Throckmorton, Kent, Shackelford
Tony-King

Hall, Lipscomb, Lynn, Cochran have already been sent.

**Kenneth Bryan Witt, Sergeant**
**PIO/Media and Communications**
**1302 Mac Davis Lane**
**Lubbock, TX 79401**
**Office: (806) 472-2813**
**Cell: (806) 252-0130**

TEX0480769

**Trottier, Aidee**

| | |
|---|---|
| **From:** | Witt, Bryan |
| **Sent:** | Wednesday, October 23, 2013 1:37 PM |
| **To:** | 107.3 RADIO; abby reed-kcbd; adam young-kcbd; ann parker; Ashley Hinson; barrett welch; BETSY BLANEY (bblaney@ap.org); Castillo Ledón Tomás, Vladimir Alejandro; chris collins; clark; david barrera; El Editor; Eric Woods; fox 34; gabriel monte; golden gazette; jeff klotzman; Jennifer Loesch (jennifer.loesch@morris.com); Juan Carlos Llorca; kay boren; kejs; kfyo; kzzn-am; latino lubbock; Midland news; motley county tribune; paducah post news; post newspaper; R POTEET; ruben villarreal; russ poteet; shallowater sentinel; spur newspaper; terry greenberg |
| **Subject:** | Dickens County EIC's Location |

### DPS mobile stations processing Election Identification Certificates (EICs)

Members of the media:
As the election approaches, Election Identification Certificates (EICs) will be available at mobile stations in Dickens County for Texans who do not already have an acceptable form of photo identification necessary to vote. The Texas Department of Public Safety appreciates your help in informing the public about EICs and these convenient mobile stations.

The schedule for EIC mobile stations in Dickens County is as follows:
<u>Monday, October 28 - Friday, November 1 from 9 a.m. – 4 p.m.</u>

| Location | Address |
|---|---|
| Dickens County<br>North Dickens County Senior Center | Winona Humphreys<br>Dickens County District & Clerk<br>North Dickens County Senior Center<br>511 Montgomery<br>Dickens, TX 79229<br>806-623-5531<br>coclerk@caprock-spur.com |

For more information regarding EICs, including eligibility guidelines and necessary documentation, visit
http://www.txdps.state.tx.us/director_staff/media_and_communications/pr092413a.htm


**Kenneth Bryan Witt, Sergeant**
**PIO/Media and Communications**
**1302 Mac Davis Lane**
**Lubbock, TX 79401**
**Office: (806) 472-2813**
**Cell: (806) 252-0130**

1

TEX0480770

**Trottier, Aidee**

| | |
|---|---|
| **From:** | Witt, Bryan |
| **Sent:** | Wednesday, October 23, 2013 1:34 PM |
| **To:** | motley county tribune |
| **Subject:** | EIC Location in King County |

## Counties processing Election Identification Certificates

Members of the media:
King County will be issuing Election Identification Certificates (EIC) to Texans who do not already have an acceptable form of photo identification necessary to vote.

For locations, dates and times that EICs will be available in King County, contact:

King County
Duane Daniel
County Judge
kcjudge@caprock-spur.com
806-596-4411

For more information regarding EICs, including eligibility guidelines and necessary documentation, visit
http://www.txdps.state.tx.us/director_staff/media_and_communications/pr092413a.htm

We appreciate your help in informing the public about EICs as well as when and where EICs are available in King County.


**Kenneth Bryan Witt, Sergeant**
**PIO/Media and Communications**
**1302 Mac Davis Lane**
**Lubbock, TX 79401**
**Office: (806) 472-2813**
**Cell: (806) 252-0130**

TEX0480771

**Trottier, Aidee**

| | |
|---|---|
| **From:** | Blackwell, Summer |
| **Sent:** | Tuesday, October 29, 2013 12:04 PM |
| **To:** | Hernandez, Juan G (Weslaco) |
| **Subject:** | Val Verde EIC units |
| **Attachments:** | 131029ValVerdeMobileRelease.pdf |

### Hello, sir.

Here is another one, but it isn't as urgent.

Please send this press release out to your media outlets with the language below.  Please confirm after the releases have been sent to your local media.

Thanks,
*Summer Blackwell*
*Media and Communications*
*Senior Writer*
*Texas Department of Public Safety*
*summer.blackwell@dps.texas.gov*
*(512) 424-2083*


In Case You Missed It,

Please see the attached announcement from the Secretary of State's Office regarding the locations of mobile stations issuing Election Identification Certificates in our area this week. We appreciate your help in informing the public about EICs and these convenient mobile stations.

Thank you,

Your Name

1

TEX0480772

**Trottier, Aidee**

| | |
|---|---|
| **From:** | Hernandez, Juan G (Weslaco) |
| **Sent:** | Tuesday, September 10, 2013 11:47 AM |
| **To:** | Silva, Samuel |
| **Subject:** | RE: EIC - Offices that will open on Saturday |

Okay thanks Sam....


*Sgt. Johnny Hernandez*
*Texas Highway Patrol*
*2525 N International Blvd.*
*Weslaco Texas 78599*
*Office -956-565-7511*
*Cell -956-607-2131*


**From:** Silva, Samuel
**Sent:** Tuesday, September 10, 2013 11:44 AM
**To:** Hernandez, Juan G (Weslaco)
**Subject:** FW: EIC - Offices that will open on Saturday
**Importance:** High

Sergeant Hernandez,
I should have copied you on this email.  Fyi..
Sam.

*DLD Vision:  We are creating a faster, easier, and friendlier driver license experience and a safer Texas.*
**Samuel J. Silva**
**Driver License Regional Manager**
**O: (956) 565-7210**
**M: (956) 369-4517**


**From:** Silva, Samuel
**Sent:** Monday, September 09, 2013 6:21 PM
**To:** Flores, Maria; Ramirez, Raquel; Hernandez, Anna; Guerra, Margarita; Lopez, Elizabeth; Lucio, Sandra; Olivo, George; Zarate, Estella; Vasquez, Rebecca (DLD); Llanas, Becky
**Cc:** Ayers, Becky; Nowlin, Cristina; Garcia, Oralia; Martinez, Naida; Rodriguez, Belinda; Rangel, Rosangelica; Segundo, Carolina; Uribe, Roxanne; Rodriguez, Tony; Rodriguez, Jose III (Reg Cmdr); Lopez, Mario; Gray, Herman
**Subject:** FW: EIC - Offices that will open on Saturday
**Importance:** High

Team,
Please refer to the forwarded note below.
Edinburg, Mission, Weslaco, Brownsville, Harlingen, and Corpus Christi DL Offices will open for issuances of EICs on Saturdays, beginning this Saturday, September 14.
Each office must have 2 employees ready to serve EIC customers from 10:00 am to 2:00 pm.  Offices will be open for EICs Only.
You can use Hourly Employees.
Ensuring we make ourselves available to serve EIC customers is a priority, especially until our November elections.  Let's spread the word to our employees.  More to follow.

1

TEX0480773

| | | • Temple |
|---|---|---|

v/r

*Tony Rodriguez*

Customer Operations Senior Manager – South and West
Driver License Division
Texas Department of Public Safety
tony.rodriguez@dps.texas.gov
512.424.5657 (O)
512.739.9709 (C)
512.424.5233 (F)

3

TEX0480774

**Trottier, Aidee**

| | |
|---|---|
| **From:** | Hernandez, Juan G (Weslaco) |
| **Sent:** | Tuesday, October 22, 2013 7:41 PM |
| **To:** | Vinger, Tom |
| **Subject:** | RE: Five EIC releases Region 3 |

Taken care of media...

*Sgt. Johnny Hernandez*
*Texas Highway Patrol*
*2525 N International Blvd.*
*Weslaco Texas 78599*
*Office -956-565-7511*
*Cell -956-607-2131*

**From:** Vinger, Tom
**Sent:** Tuesday, October 22, 2013 6:45 PM
**To:** Hernandez, Juan G (Weslaco)
**Subject:** Five EIC releases Region 3
**Importance:** High

MC Sergeants and Media Troopers:

Please copy and paste the attachment into an email and send to the appropriate media outlets for each county as soon as possible.

**It is important that we send these notices to the media ASAP, as they are time sensitive.**

Also, for our records, please confirm via e-mail when the media has been notified for each release.  You can do this in one e-mail or as you send them out. Thanks for your assistance!

*Tom Vinger*
*Press Secretary*
*Texas Department of Public Safety*
*Media and Communications Office*
*(512) 424-2607*
*tom.vinger@dps.texas.gov**(Please note new email address.)*

1

TEX0480775

**Trottier, Aidee**

| | |
|---|---|
| **From:** | Hernandez, Juan G (Weslaco) |
| **Sent:** | Monday, October 14, 2013 5:17 PM |
| **To:** | Blackwell, Summer |
| **Subject:** | Re: 1 of 2: Jim Wells County mobile stations for EICs |

Okay will do, thanks

Sgt. Johnny Hernandez
Texas Highway Patrol
3A, Weslaco

**From:** Blackwell, Summer
**Sent:** Monday, October 14, 2013 05:15 PM Central Standard Time
**To:** Hernandez, Juan G (Weslaco)
**Subject:** 1 of 2: Jim Wells County mobile stations for EICs

Sgt. Hernandez,

Good afternoon. There are more EIC mobile units coming to your area. Can you please send or have the appropriate trooper send this out to media outlets in the area. You know the drill. Call me if you have any questions. Sorry for the short notice and late-in-the-day email, but these location took longer than usual to confirm. Thanks in advance.

*Summer Blackwell*
*Media and Communications*
*Senior Writer*
*Texas Department of Public Safety*
*summer.blackwell@dps.texas.gov*
*(512) 424-2083*

## NOTE THE ADDED DAY

MESSAGE:

Just as a reminder, there will be mobile stations in our area this week issuing Election Identification Certificates (EICs) for Texans who do not already have an accepted form of photo identification necessary to vote. The Texas Department of Public Safety appreciates your help in informing the public about EICs and these convenient mobile stations.

For more information regarding EICs, including eligibility guidelines and necessary documentation, please visit http://www.txdps.state.tx.us/director_staff/media_and_communications/pr092413a.htm.

Dates and times for mobile stations are subject to change. For the most up-to-date schedule, please visit www.voteTexas.gov.

See the following schedule for Jim Wells County locations and times:

1

TEX0480776

**Trottier, Aidee**

| | |
|---|---|
| **From:** | Hernandez, Juan G (Weslaco) |
| **Sent:** | Tuesday, October 15, 2013 9:13 AM |
| **To:** | Brownsville Heald Reagan (mreagan@brownsvilleherald.com); Channel 23 Email (News@kveo.com); Channel 4 News Room (producers@valleycentral.com); Channel 5 (news@krgv.com); Channel 5 (oscar@krgv.com); Channel 5 (web@krgv.com); Channel 5 Letty Garza (letty@krgv.com); Kurv- Sergio (sergio@kurv.com); Telemundo (news@telemundo40.com); The Brownsville Herald; The Monitor J Ficher (Jfischler@themonitor.com); The Monitor Poncho Ortiz (iortiz@themonitor.com); The Valley Morning Star News Paper; Univision 48 Marianela (maguirre@entravision.com); Univision 48 Marianela (noticias48@entravision.com); Univision/Fox News (newsroom@foxrio2.com) |
| **Subject:** | Hidalgo mobile stations for EICs |
| **Importance:** | High |

MESSAGE:

Just as a reminder, there will be mobile stations in our area this week issuing Election Identification Certificates (EICs) for Texans who do not already have an accepted form of photo identification necessary to vote. The Texas Department of Public Safety appreciates your help in informing the public about EICs and these convenient mobile stations.

For more information regarding EICs, including eligibility guidelines and necessary documentation, please visit http://www.txdps.state.tx.us/director_staff/media_and_communications/pr092413a.htm.

Dates and times for mobile stations are subject to change. For the most up-to-date schedule, please visit www.voteTexas.gov.

See the following schedule for Hidalgo County locations and times:

**Wednesday, Oct. 16 (all locations 9 a.m. – 4 p.m.)**

| Location | Address |
|---|---|
| Community Room – Mission City Hall | 1201 E. 8th Street, Mission, TX |
| Hidalgo County Tax Office | 100 N. Closner, Edinburg, TX |
| STC Mid Valley Campus | 400 N. Border, Weslaco, TX |

**Friday, Oct. 18 (all locations 9 a.m. – 4 p.m.)**

| Location | Address |
|---|---|
| | |

1

TEX0480777

**Trottier, Aidee**

| | |
|---|---|
| **From:** | Vinger, Tom |
| **Sent:** | Thursday, October 24, 2013 6:34 PM |
| **To:** | Hernandez, Juan G (Weslaco) |
| **Subject:** | FW: Starr County release Please send ASAP for Friday |
| **Attachments:** | 131023StarrMobileRelease.doc |

**Importance:**     High

Send with the following language.

In Case You Missed It,

Please see the attached announcement from the Secretary of State's Office regarding the locations of mobile stations issuing Election Identification Certificates in our area this week. We appreciate your help in informing the public about EICs and these convenient mobile stations.

Thank you,

Your Name

1

TEX0480778

**Trottier, Aidee**

| | |
|---|---|
| **From:** | Hernandez, Juan G (Weslaco) |
| **Sent:** | Monday, September 23, 2013 10:23 AM |
| **To:** | Hernandez, Juan G (Weslaco) |
| **Cc:** | Hernandez, Maria (THP) |
| **Subject:** | EIC's |

We just sent out the press release regarding Saturday hours at certain offices for issuing Election Identification Certificates (EICs). Feel free to conduct interviews based on information in the press release.  If you get any questions not addressed in the press release, please refer them to Austin.  This includes questions about the number of EICs that are issued over the weekend (tell them to call HQ MCO Monday for those numbers).

Also, remember the media protocol in DL offices.  Media can shot b-roll, but all interviews need to be conducted outside the building, and only DPS spokespersons are authorized to talk with the press.

Key messaging to stress from the press release below:

- No driver license transactions will be processed on Saturday, only EICs.
- Many people already have the necessary ID to vote and therefore do not need or qualify for an EIC.
- Urge residents to make sure they have the required documentation **before** coming to the office.
- Remind them that EICs can **only** be used for voting.
- DL offices will continue to issue EICs during normal business hours Monday – Friday

1

TEX0480779

**Counties processing Election Identification Certificates**

Members of the media:

Jim Hogg County will be issuing Election Identification Certificates (EIC) to Texans who do not already have an acceptable form of photo identification necessary to vote.

For locations, dates and times that EICs will be available in Jim Hogg County, contact:

    Jim Hogg County
    Norma Liza S. Hinojosa
    Jim Hogg Tax Assessor-Collector
    jhctac@hotmail.com
    361-527-3237

For more information regarding EICs, including eligibility guidelines and necessary documentation, visit
http://www.txdps.state.tx.us/director_staff/media_and_communications/pr092413a.htm

We appreciate your help in informing the public about EICs as well as when and where EICs are available in Jim Hogg County.

TEX0480780

**Trottier, Aidee**

| | |
|---|---|
| **From:** | Hernandez, Juan G (Weslaco) |
| **Sent:** | Thursday, October 24, 2013 10:51 PM |
| **To:** | Channel 5 Dina Herrera (dina@krgv.com); Channel 5 Shelly (Shelley@krgv.com) |
| **Subject:** | EIC's |
| **Attachments:** | 131023StarrMobileRelease.doc |
| **Importance:** | High |

In Case You Missed It,

Please see the attached announcement from the Secretary of State's Office regarding the locations of mobile stations issuing Election Identification Certificates in our area this week. We appreciate your help in informing the public about EICs and these convenient mobile stations.

Thank you,

Sgt. Johnny Hernandez
Texas Department of Public Safety
THP

1

**Trottier, Aidee**

| | |
|---|---|
| **From:** | Hernandez, Juan G (Weslaco) |
| **Sent:** | Tuesday, October 22, 2013 7:30 PM |
| **To:** | Alice Echo Newspaper; Caller Times Newspaper; KiiiTv ; Kristv; noticias28 Univision |
| **Subject:** | EIC's |
| **Attachments:** | Aransas County DPS mobile stations processing Election Identification Ce:...doc |

*Sgt. Johnny Hernandez*
*Texas Highway Patrol*
*2525 N International Blvd.*
*Weslaco Texas 78599*
*Office -956-565-7511*
*Cell -956-607-2131*

1

TEX0480782

**Trottier, Aidee**

| | |
|---|---|
| **From:** | Vinger, Tom |
| **Sent:** | Friday, September 13, 2013 1:40 PM |
| **To:** | Barney, Elizabeth; Barrera, Robbie; Baxter, Shawn; Biddle, Frederick; Bradford, Kyle; Bryant, Gerald; Burse, Erik; Carrasco, Santos Jr; Cockrell, Deon; Dark, Jean; Davis, Stephanie; Dean, Phillip; Fernandez, Noe; Flores, Anthony; Fulton, Bradley; Fulton, Tony; Gillum, Earl Jr; Gonzalez, John; Haschel, Lonny; Hawthorne, Daniel; Hendry, David; Hernandez, Juan G (Weslaco); Hernandez, Maria (THP); Hinojosa, Molly; Jennings, Sylvia; Madrigal, Maria; Medrano, Juan; Morgan, Jimmy; Myers, Harpin; Ramirez, Charlie; Ray, Christopher; Reyes, Jason; Rozzell, Gary; Sampa, John; Standifer, Richard; Tackett, Mark; Viramontes, Elena; Wilson, DL; Witt, Bryan; Woodard, Stephen |
| **Cc:** | Cesinger, Katherine; Blackwell, Summer; Albus, Gary; Matthews, Carey; Prince, Randall; Rodriguez, Jose III (Reg Cmdr); Steen, Philip; Webster, Jack |
| **Subject:** | EIC Press Release Information |
| **Importance:** | High |

Good afternoon,

We just sent out the press release regarding Saturday hours at certain offices for issuing Election Identification Certificates (EICs). Feel free to conduct interviews based on information in the press release.  If you get any questions not addressed in the press release, please refer them to Austin.  This includes questions about the number of EICs that are issued over the weekend (tell them to call HQ MCO Monday for those numbers).  It would be very helpful if you could reach out to some of the key media outlets in the affected areas to make sure they received the press release.

Also, remember the media protocol in DL offices.  Media can shot b-roll, but all interviews need to be conducted outside the building, and only DPS spokespersons are authorized to talk with the press.

Key messaging to stress from the press release below:
- No driver license transactions will be processed on Saturday, only EICs.
- Many people already have the necessary ID to vote and therefore do not need or qualify for an EIC.
- Urge residents to make sure they have the required documentation **before** coming to the office.
- Remind them that EICs can **only** be used for voting.
- DL offices will continue to issue EICs during normal business hours Monday – Friday.



**Texas**
**Department of Public Safety**

**FOR IMMEDIATE DISTRIBUTION**
**September 13, 2013**

**PRESS RELEASE**
**Media and Communications Office**
(512) 424-2080

# Select Driver License Offices Open Saturdays to Issue Election Identification Certificates

1

TEX0480783

For more information on the requirements, exemptions and process for obtaining an EIC, please visit: http://www.txdps.state.tx.us/DriverLicense/electionID.htm.

For more information on voting in Texas, visit the Secretary of State's website: www.votetexas.gov.

### (HQ 2013-113)

*Tom Vinger*
*Press Secretary*
*Texas Department of Public Safety*
*Media and Communications Office*
*(512) 424-2607*
tom.vinger@dps.texas.gov**(Please note new email address.)**

3

TEX0480784

**Trottier, Aidee**

| | |
|---|---|
| **From:** | Vinger, Tom |
| **Sent:** | Friday, September 13, 2013 1:40 PM |
| **To:** | Barney, Elizabeth; Barrera, Robbie; Baxter, Shawn; Biddle, Frederick; Bradford, Kyle; Bryant, Gerald; Burse, Erik; Carrasco, Santos Jr; Cockrell, Deon; Dark, Jean; Davis, Stephanie; Dean, Phillip; Fernandez, Noe; Flores, Anthony; Fulton, Bradley; Fulton, Tony; Gillum, Earl Jr; Gonzalez, John; Haschel, Lonny; Hawthorne, Daniel; Hendry, David; Hernandez, Juan G (Weslaco); Hernandez, Maria (THP); Hinojosa, Molly; Jennings, Sylvia; Madrigal, Maria; Medrano, Juan; Morgan, Jimmy; Myers, Harpin; Ramirez, Charlie; Ray, Christopher; Reyes, Jason; Rozzell, Gary; Sampa, John; Standifer, Richard; Tackett, Mark; Viramontes, Elena; Wilson, DL; Witt, Bryan; Woodard, Stephen |
| **Cc:** | Cesinger, Katherine; Blackwell, Summer; Albus, Gary; Matthews, Carey; Prince, Randall; Rodriguez, Jose III (Reg Cmdr); Steen, Philip; Webster, Jack |
| **Subject:** | EIC Press Release Information |
| | |
| **Importance:** | High |

Good afternoon,

We just sent out the press release regarding Saturday hours at certain offices for issuing Election Identification Certificates (EICs). Feel free to conduct interviews based on information in the press release. <u>If you get any questions not addressed in the press release, please refer them to Austin. This includes questions about the number of EICs that are issued over the weekend (tell them to call HQ MCO Monday for those numbers).</u> It would be very helpful if you could reach out to some of the key media outlets in the affected areas to make sure they received the press release.

Also, remember the media protocol in DL offices. Media can shot b-roll, but all interviews need to be conducted outside the building, and only DPS spokespersons are authorized to talk with the press.

Key messaging to stress from the press release below:
- No driver license transactions will be processed on Saturday, only EICs.
- Many people already have the necessary ID to vote and therefore do not need or qualify for an EIC.
- Urge residents to make sure they have the required documentation **before** coming to the office.
- Remind them that EICs can **only** be used for voting.
- DL offices will continue to issue EICs during normal business hours Monday – Friday.



**FOR IMMEDIATE DISTRIBUTION**
September 13, 2013

**PRESS RELEASE**
Media and Communications Office
(512) 424-2080

# Select Driver License Offices Open Saturdays to Issue Election Identification Certificates

1

TEX0480785

For more information on the requirements, exemptions and process for obtaining an EIC, please visit: http://www.txdps.state.tx.us/DriverLicense/electionID.htm.

For more information on voting in Texas, visit the Secretary of State's website: www.votetexas.gov.

### (HQ 2013-113)

*Tom Vinger*
*Press Secretary*
*Texas Department of Public Safety*
*Media and Communications Office*
*(512) 424-2607*
*tom.vinger@dps.texas.gov***(Please note new email address.)**

TEX0480786

**Trottier, Aidee**

| | |
|---|---|
| **From:** | Blackwell, Summer |
| **Sent:** | Monday, October 14, 2013 5:16 PM |
| **To:** | Hernandez, Juan G (Weslaco) |
| **Subject:** | 1 of 2: Jim Wells County mobile stations for EICs |

**Importance:** High

Sgt. Hernandez,

Good afternoon. There are more EIC mobile units coming to your area. Can you please send or have the appropriate trooper send this out to media outlets in the area. You know the drill. Call me if you have any questions. Sorry for the short notice and late-in-the-day email, but these location took longer than usual to confirm. Thanks in advance.

*Summer Blackwell*
*Media and Communications*
*Senior Writer*
*Texas Department of Public Safety*
*summer.blackwell@dps.texas.gov*
*(512) 424-2083*


# NOTE THE ADDED DAY

MESSAGE:

Just as a reminder, there will be mobile stations in our area this week issuing Election Identification Certificates (EICs) for Texans who do not already have an accepted form of photo identification necessary to vote. The Texas Department of Public Safety appreciates your help in informing the public about EICs and these convenient mobile stations.

For more information regarding EICs, including eligibility guidelines and necessary documentation, please visit http://www.txdps.state.tx.us/director_staff/media_and_communications/pr092413a.htm.

Dates and times for mobile stations are subject to change. For the most up-to-date schedule, please visit www.voteTexas.gov.

See the following schedule for Jim Wells County locations and times:

**Tuesday, Oct. 15, and Wednesday, Oct. 16 (all locations 8 a.m. – 12 p.m. and 1 p.m. – 5 p.m.)**

| Location | Address |
|---|---|
| Jim Wells County Courthouse | 200 N Almond St, Rm#104, Alice TX 78332 |
| Premont City Hall | 200 SW 1st St, Premont, TX |

1

TEX0480787

**Trottier, Aidee**

| | |
|---|---|
| **From:** | Blackwell, Summer |
| **Sent:** | Monday, October 14, 2013 5:16 PM |
| **To:** | Hernandez, Juan G (Weslaco) |
| **Subject:** | 1 of 2: Jim Wells County mobile stations for EICs |

**Importance:**      High

Sgt. Hernandez,

Good afternoon. There are more EIC mobile units coming to your area. Can you please send or have the appropriate trooper send this out to media outlets in the area. You know the drill. Call me if you have any questions. Sorry for the short notice and late-in-the-day email, but these location took longer than usual to confirm. Thanks in advance.

*Summer Blackwell*
*Media and Communications*
*Senior Writer*
*Texas Department of Public Safety*
*summer.blackwell@dps.texas.gov*
*(512) 424-2083*

# NOTE THE ADDED DAY

MESSAGE:

Just as a reminder, there will be mobile stations in our area this week issuing Election Identification Certificates (EICs) for Texans who do not already have an accepted form of photo identification necessary to vote. The Texas Department of Public Safety appreciates your help in informing the public about EICs and these convenient mobile stations.

For more information regarding EICs, including eligibility guidelines and necessary documentation, please visit http://www.txdps.state.tx.us/director_staff/media_and_communications/pr092413a.htm.

Dates and times for mobile stations are subject to change. For the most up-to-date schedule, please visit www.voteTexas.gov.

See the following schedule for Jim Wells County locations and times:

**Tuesday, Oct. 15, and Wednesday, Oct. 16 (all locations 8 a.m. – 12 p.m. and 1 p.m. – 5 p.m.)**

| Location | Address |
|---|---|
| Jim Wells County Courthouse | 200 N Almond St, Rm#104, Alice TX 78332 |
| Premont City Hall | 200 SW 1st St, Premont, TX |

TEX0480788

**Trottier, Aidee**

| | |
|---|---|
| **From:** | Hernandez, Juan G (Weslaco) |
| **Sent:** | Thursday, October 24, 2013 8:35 AM |
| **To:** | Del Rio News ; Eagle Pass News ; Laredo Daily News ; Laredo Times ; Pro 8 News Laredo Texas ; Univision 27 Laredo Texas (Noticias27@entravision.com); Uvalde Leader News |
| **Subject:** | CORRECTION EIC |
| **Attachments:** | LaSalle County DPS mobile stations processing Election Identification Ce....doc |
| | |
| **Importance:** | High |

*Sgt. Johnny Hernandez*
*Texas Highway Patrol*
*2525 N International Blvd.*
*Weslaco Texas 78599*
*Office -956-565-7511*
*Cell -956-607-2131*

1

TEX0480789

**DPS mobile stations processing Election Identification Certificates (EICs)**

Members of the media:

As the election approaches, Election Identification Certificates (EICs) will be available at mobile stations in LaSalle County for Texans who do not already have an acceptable form of photo identification necessary to vote. The Texas Department of Public Safety appreciates your help in informing the public about EICs and these convenient mobile stations.

The schedule for EIC mobile stations in LaSalle County is as follows:

Monday, October 28 – Friday, October 29 from 9 a.m. – 4 p.m.

Wednesday, October 30 from 9 a.m. – 4 p.m.

| Location | Address |
|---|---|
| La Salle County County Courthouse | Russ Towers Lamar Election Administrator La Salle County Courthouse 101 Courthouse Square Cotulla, TX 78014 903-782-1160 rtowers@co.lamar.tx.us |

For more information regarding EICs, including eligibility guidelines and necessary documentation, visit
http://www.txdps.state.tx.us/director_staff/media_and_communications/pr092413a.htm

TEX0480790

**Trottier, Aidee**

| | |
|---|---|
| **From:** | Haschel, Lonny |
| **Sent:** | Friday, November 01, 2013 10:36 AM |
| **To:** | Jennings, Sylvia |
| **Subject:** | RE: ref: EIC |

Here is a link to the press release on the Mobile Stations if you need it.

Lonny


http://www.txdps.state.tx.us/director_staff/media_and_communications/pr092413a.htm


Lonny Haschel, Sergeant
Texas Department of Public Safety
Texas Highway Patrol
Media and Communications
office 214-861-2351
cell 817-832-1342

This email, facsimile, or letter and any files or attachments transmitted may contain information that is confidential and privileged. This information is intended only for the use of the individual(s) and entity(ies) to whom it is addressed. If you are not the intended recipient, any disclosures are prohibited without proper authorization. If you are not the intended recipient, any disclosure, copying, printing, or use of this information is strictly prohibited and possibly a violation of federal or state law and regulations.
If you have received this information in error, please notify the Texas Department of Public Safety immediately at (512) 424-2000 or via email.The Texas DPS hereby claims all applicable privileges related to this information

**From:** Jennings, Sylvia
**Sent:** Friday, November 01, 2013 10:23 AM
**To:** Haschel, Lonny
**Subject:** ref: EIC


Morning Sgt.,

Questions on the EIC mobile units from the media, do we answer them or refer them to Austin??


Sylvia

1

TEX0480791

**Trottier, Aidee**

| | |
|---|---|
| **From:** | Haschel, Lonny |
| **Sent:** | Friday, November 01, 2013 10:32 AM |
| **To:** | Jennings, Sylvia |
| **Subject:** | RE: ref: EIC |

Sylvia,
I copied what Tom has approved for us to talk about. Anything other than what he covers below needs to be sent to them.

Lonny


*We just sent out the press release regarding Saturday hours at certain offices for issuing Election Identification Certificates (EICs). Feel free to conduct interviews based on information in the press release.* <u>*If you get any questions not addressed in the press release, please refer them to Austin. This includes questions about the number of EICs that are issued over the weekend (tell them to call HQ MCO Monday for those numbers).*</u> *It would be very helpful if you could reach out to some of the key media outlets in the affected areas to make sure they received the press release.*

*Also, remember the media protocol in DL offices. Media can shot b-roll, but all interviews need to be conducted outside the building, and only DPS spokespersons are authorized to talk with the press.*

*Key messaging to stress from the press release below:*
  * *No driver license transactions will be processed on Saturday, only EICs.*
  * *Many people already have the necessary ID to vote and therefore do not need or qualify for an EIC.*
  * *Urge residents to make sure they have the required documentation **before** coming to the office.*
  * *Remind them that EICs can **only** be used for voting.*
  * *DL offices will continue to issue EICs during normal business hours Monday – Friday.*


Lonny Haschel, Sergeant
Texas Department of Public Safety
Texas Highway Patrol
Media and Communications
office 214-861-2351
cell 817-832-1342

This email, facsimile, or letter and any files or attachments transmitted may contain information that is confidential and privileged. This information is intended only for the use of the individual(s) and entity(ies) to whom it is addressed. If you are not the intended recipient, any disclosures are prohibited without proper authorization. If you are not the intended recipient, any disclosure, copying, printing, or use of this information is strictly prohibited and possibly a violation of federal or state law and regulations.
If you have received this information in error, please notify the Texas Department of Public Safety immediately at (512) 424-2000 or via email.The Texas DPS hereby claims all applicable privileges related to this information

**From:** Jennings, Sylvia
**Sent:** Friday, November 01, 2013 10:23 AM
**To:** Haschel, Lonny
**Subject:** ref: EIC


Morning Sgt.,

TEX0480792

**Trottier, Aidee**

| | |
|---|---|
| **From:** | Haschel, Lonny |
| **Sent:** | Friday, November 01, 2013 8:33 AM |
| **To:** | Jennings, Sylvia |
| **Subject:** | RE: EIC mobile units coming to Bowie County |

Thanks again. You are correct, you did send the list. HQ wanted an email back from us indicating the outlets the release was sent to. Something for the Attorney General's Office for tracking purposes. Take care.

Lonny

Lonny Haschel, Sergeant
Texas Department of Public Safety
Texas Highway Patrol
Media and Communications
office 214-861-2351
cell 817-832-1342

This email, facsimile, or letter and any files or attachments transmitted may contain information that is confidential and privileged. This information is intended only for the use of the individual(s) and entity(ies) to whom it is addressed. If you are not the intended recipient, any disclosures are prohibited without proper authorization. If you are not the intended recipient, any disclosure, copying, printing, or use of this information is strictly prohibited and possibly a violation of federal or state law and regulations.
If you have received this information in error, please notify the Texas Department of Public Safety immediately at (512) 424-2000 or via email.The Texas DPS hereby claims all applicable privileges related to this information

**From:** Jennings, Sylvia
**Sent:** Wednesday, October 30, 2013 10:13 AM
**To:** Haschel, Lonny
**Subject:** RE: EIC mobile units coming to Bowie County

I apologize, I thought I had already sent you my media list.
Here it is.

Syl.

**From:** Haschel, Lonny
**Sent:** Tuesday, October 29, 2013 12:54 PM
**To:** Jennings, Sylvia
**Subject:** FW: EIC mobile units coming to Bowie County
**Importance:** High

Sylvia,
Thanks for doing this. Please send me a list of the media outlets you send this to. Take care
Lonny

Lonny Haschel, Sergeant
Texas Department of Public Safety
Texas Highway Patrol
Media & Communications
cell 817-832-1342
office 214-861-2351

1

**DPS mobile stations processing Election Identification Certificates (EICs)**

Members of the media:

As the election approaches, Election Identification Certificates (EICs) will be available at mobile stations in the following counties for Texans who do not already have an acceptable form of photo identification necessary to vote. The Texas Department of Public Safety appreciates your help in informing the public about EICs and these convenient mobile stations.

The schedule for EIC mobile stations in Archer County is as follows:

Monday, October 28 - Friday, November 1 from 9 a.m. – 4 p.m.

| Location | Address |
|---|---|
| Archer County<br>County Courthouse | Vicki Wright<br>Archer County Elections Administrator<br>100 S Center St.<br>Archer City, TX 76351<br>940-574-4224<br>vicki.wright@co.archer.tx.us |

The schedule for EIC mobile stations in Clay County is as follows:

Wednesday, October 23 - Friday, October 25 from 9a.m. – 4p.m.

| Location | Address |
|---|---|
| Clay County<br>Commissioners Court Room | Clay County Commissioners Court<br>214 N Main<br>Henrietta, TX 76365 |

TEX0480794



**FOR IMMEDIATE DISTRIBUTION**                                              **PRESS RELEASE**

**October 23, 2013**                                                         **Corporal John Gonzalez**

(806)472-2762-Office                                                         (806) 470-2581-Cell

DPS mobile stations processing Election Identification Certificates (EICs)

Members of the media:

As the election approaches, Election Identification Certificates (EICs) will be available at mobile
stations in Garza County for Texans who do not already have an acceptable form of photo
identification necessary to vote. The Texas Department of Public Safety appreciates your help in
informing the public about EICs and these convenient mobile stations.

The schedule for EIC mobile stations in Garza County is as follows:

Wednesday, October 23 - Friday, October 25 from 9 a.m. – 4 p.m.

| Location | Address |
|---|---|
| Garza County<br>Old Driver License Office | Garza County Old Driver License Office<br>300 W Main<br>Post, TX 79356 |

For more information regarding EICs, including eligibility guidelines and necessary
documentation, visit
http://www.txdps.state.tx.us/director_staff/media_and_communications/pr092413a.htm

**Trottier, Aidee**

| | |
|---|---|
| **From:** | Witt, Bryan |
| **Sent:** | Wednesday, October 23, 2013 11:27 AM |
| **To:** | Biddle, Frederick; Fulton, Tony; Gonzalez, John; Hawthorne, Daniel; Ray, Christopher |
| **Subject:** | Counties to send out information on |

Chris-Oldham, Sherman, Hansford
Dan-Sherman, Hansford
Fred-Throckmorton, Kent, Shackelford
Tony-King

Hall, Lipscomb, Lynn, Cochran have already been sent.

**Kenneth Bryan Witt, Sergeant**
**PIO/Media and Communications**
**1302 Mac Davis Lane**
**Lubbock, TX 79401**
**Office: (806) 472-2813**
**Cell: (806) 252-0130**

1

TEX0480796

**Trottier, Aidee**

| | |
|---|---|
| **From:** | Witt, Bryan |
| **Sent:** | Wednesday, October 23, 2013 1:37 PM |
| **To:** | 107.3 RADIO; abby reed-kcbd; adam young-kcbd; ann parker; Ashley Hinson; barrett welch; BETSY BLANEY (bblaney@ap.org); Castillo Ledón Tomás, Vladimir Alejandro; chris collins; clark; david barrera; El Editor; Eric Woods; fox 34; gabriel monte; golden gazette; jeff klotzman; Jennifer Loesch (jennifer.loesch@morris.com); Juan Carlos Llorca; kay boren; kejs; kfyo; kzzn-am; latino lubbock; Midland news; motley county tribune; paducah post news; post newspaper; R POTEET; ruben villarreal; russ poteet; shallowater sentinel; spur newspaper; terry greenberg |
| **Subject:** | Dickens County EIC's Location |

### DPS mobile stations processing Election Identification Certificates (EICs)

Members of the media:

As the election approaches, Election Identification Certificates (EICs) will be available at mobile stations in Dickens County for Texans who do not already have an acceptable form of photo identification necessary to vote. The Texas Department of Public Safety appreciates your help in informing the public about EICs and these convenient mobile stations.

The schedule for EIC mobile stations in Dickens County is as follows:
Monday, October 28 - Friday, November 1 from 9 a.m. – 4 p.m.

| Location | Address |
|---|---|
| Dickens County<br>North Dickens County Senior Center | Winona Humphreys<br>Dickens County District & Clerk<br>North Dickens County Senior Center<br>511 Montgomery<br>Dickens, TX 79229<br>806-623-5531<br>coclerk@caprock-spur.com |

For more information regarding EICs, including eligibility guidelines and necessary documentation, visit
http://www.txdps.state.tx.us/director_staff/media_and_communications/pr092413a.htm

**Kenneth Bryan Witt, Sergeant**
**PIO/Media and Communications**
**1302 Mac Davis Lane**
**Lubbock, TX 79401**
**Office: (806) 472-2813**
**Cell: (806) 252-0130**

1

**Trottier, Aidee**

| | |
|---|---|
| **From:** | Witt, Bryan |
| **Sent:** | Wednesday, October 23, 2013 1:34 PM |
| **To:** | motley county tribune |
| **Subject:** | EIC Location in King County |

### Counties processing Election Identification Certificates

Members of the media:
King County will be issuing Election Identification Certificates (EIC) to Texans who do not already have an acceptable form of photo identification necessary to vote.

For locations, dates and times that EICs will be available in King County, contact:

King County
Duane Daniel
County Judge
kcjudge@caprock-spur.com
806-596-4411

For more information regarding EICs, including eligibility guidelines and necessary documentation, visit
http://www.txdps.state.tx.us/director_staff/media_and_communications/pr092413a.htm

We appreciate your help in informing the public about EICs as well as when and where EICs are available in King County.

**Kenneth Bryan Witt, Sergeant**
**PIO/Media and Communications**
**1302 Mac Davis Lane**
**Lubbock, TX 79401**
**Office: (806) 472-2813**
**Cell: (806) 252-0130**

1

TEX0480798



**FOR IMMEDIATE DISTRIBUTION**
**October 29, 2012**

**PRESS RELEASE**
**Media and Communications Office**
(512) 424-2080

# DPS Announces Opening of First Driver License Mega Center
*Total of six mega centers to open by end of January 2013*

AUSTIN – The Texas Department of Public Safety (DPS) and Public Safety Commission (PSC) Chair Cynthia Leon were joined today by Pflugerville Mayor Jeff Coleman and other community leaders for a ribbon cutting ceremony at the new DPS Driver License Mega Center in Pflugerville. The new office, which will increase driver license capacity in the Austin metro area, will officially open to the public Tuesday, Oct. 30, at 8 a.m.

"This is a historic day for DPS, the citizens of Texas and the residents of Central Texas," said PSC Chair Leon. "This is the first of six high-capacity driver license centers made possible by funding from the Texas Legislature that are designed to relieve congestion in major metropolitan driver license offices. The new technology at the mega centers will also allow our customers to reserve a spot in line without stepping foot in the office."

The 82nd Legislature provided $63 million in funding to DPS to open six mega centers, hire 266 additional employees, and purchase equipment and technology to improve customer service and the efficiency of the state's driver license system. Two mega centers will be located in the Houston area, two in the Dallas-Fort Worth area, and one each in the San Antonio and Austin areas. All are scheduled to open by the end of January 2013.

"The Austin-Pflugerville Driver License Mega Center provides a much needed increase in services to our quickly growing region," said Texas State Senator Kirk Watson. "I am proud that the legislature, with the input of DPS, was able to bring these additional resources to Central Texas."

"Making available convenient access to state services is important," said Texas State Representative Dawnna Dukes. "With the opening of this new driver license center, with its combination of additional space and new technology, the residents of Central Texas will see improvement in services they receive."

The Austin-Pflugerville Mega Center is nearly 24,000 square feet, has 22 customer service stations, 36 employees and is expected to serve more than 700 customers a day.

**Read about DPS online at www.txdps.state.tx.us**

TEX0480799



**FOR IMMEDIATE DISTRIBUTION**
**December 18, 2012**

**PRESS RELEASE**
**Media and Communications Office**
(512) 424-2080

# DPS Announces Fourth Driver License Mega Center Office Opening in Garland

GARLAND, TX – Texas Department of Public Safety (DPS) Director Steven McCraw today was joined by Rep. Kenneth Sheets, Rep. Cindy Burkett, Rep. Angie Chen Button, and Garland Mayor Ronald E. Jones for a ribbon cutting ceremony at the new DPS Driver License Mega Center in Garland. The office, which will increase driver license capacity in the greater Dallas area, will officially open to the public Wednesday, Dec. 19, at 8 a.m.

"Today marks a milestone for driver license services in the Metroplex area," said Texas Public Safety Commissioner Ada Brown. "Not only are we adding a new office and new employees, but we're implementing new technology that will allow our customers to reserve a spot in line without stepping foot in the office. Thanks to funding from the Texas Legislature, these high-capacity, state-of-the-art mega centers should help relieve congestion at driver license offices in the surrounding area."

The 82nd Legislature provided $63 million in funding to DPS to open six mega centers, hire 266 additional employees, and purchase equipment and technology to improve customer service and the efficiency of the state's driver license system. DPS opened the first mega center in Pflugerville in October. Last week, DPS opened two additional offices in the Houston area – one in Spring and one in Rosenberg. The Fort Worth mega center and another in Leon Valley – near San Antonio – are projected to open by the end of January 2013.

"The legislature recognized a need for increased services in this part of our state," Sen. Bob Deuell said. "This center will allow folks to be served quickly and get on with their day."

"We are proud to have brought this state-of-the-art mega center to our community," said Rep. Kenneth Sheets. "The increased space and additional employees, combined with the latest technology will no doubt make for a faster and easier experience for all who walk through the door of this facility."

"This new driver license mega center represents a significant improvement in services available for Garland and North Texas," said Sen. Craig Estes. "Access to driver license services is extremely important, and we are proud to be expanding those resources in this area today."

**Read about DPS online at www.txdps.state.tx.us**

TEX0480800



**Texas**
**Department of Public Safety**

**FOR IMMEDIATE DISTRIBUTION**
December 13, 2012

**PRESS RELEASE**
**Media and Communications Office**
(512) 424-2080

# DPS Announces Driver License Mega Center Offices
# Opening in Spring, Rosenberg
*Total of six mega centers to open by end of January 2013*

HOUSTON – The Texas Department of Public Safety (DPS) Director Steven McCraw and Public Safety Commission (PSC) Chair Cynthia Leon this morning were joined by State Sen. Tommy Williams, State Rep. Debbie Riddle and Harris County Commissioner R. Jack Cagle for a ribbon cutting ceremony at the new DPS Driver License Mega Center in Spring. This afternoon, Director McCraw and Chair Leon were joined by Rosenberg Mayor Vincent Morales Jr. and other community leaders for a ribbon cutting ceremony at the DPS Driver License Mega Center in Rosenberg. The two new offices, which will increase driver license capacity in the greater Houston area, will officially open to the public Friday, Dec. 14, at 8 a.m.

"This is a great day for DPS, the citizens of Texas and the residents of the greater Houston area," said PSC Chair Leon. "These high-capacity driver license centers made possible by funding from the Texas Legislature are designed to relieve congestion in major metropolitan driver license offices. The new technology at the mega centers will also allow our customers to reserve a spot in line without stepping foot in the office."

The 82nd Texas Legislature provided $63 million in funding to DPS to open six mega centers, hire 266 additional employees, and purchase equipment and technology to improve customer service and the efficiency of the state's driver license system. DPS opened the first mega center in Pflugerville in October. Two other mega centers in the Dallas-Fort Worth area and another in the San Antonio area are scheduled to open by the end of January 2013.

The Spring Mega Center is nearly 24,000 square feet, has 22 customer service stations, 36 employees and has the capacity to serve more than 700 customers a day.

"The new Houston-Spring Driver License Mega Center is very welcome news," said Sen. Tommy Williams. "Beginning tomorrow, Texas residents living in North Houston and Montgomery County will experience shorter lines and up-to-date technology when they visit this new mega center to secure a driver license or identification card. We worked hard last legislative session to fund the building of this center, the one opening this afternoon serving the Houston-Rosenberg region and four others throughout Texas. It's great to see these centers now opening their doors to the public."

**Read about DPS online at www.txdps.state.tx.us**

TEX0480801

Both offices are open Monday through Friday from 8 a.m. to 5 p.m., with the exception of Tuesdays, when the offices stay open until 6 p.m.

DPS encourages eligible customers to utilize online services for their convenience, including renewals, duplicates and change of address. To view the various online services and for more information about Texas driver licenses and identification cards, please visit: http://www.txdps.state.tx.us/DriverLicense/OnlineServices.htm.

### (HQ 2012-139)

TEX0480802



**FOR IMMEDIATE DISTRIBUTION**
**January 18, 2013**

**PRESS RELEASE**
**Media and Communications Office**
(512) 424-2080

# DPS Announces Fifth Driver License Mega Center Office Opening in San Antonio Area

LEON VALLEY, TX – Texas Department of Public Safety (DPS) Director Steven McCraw, Public Safety Commission (PSC) Chair Cynthia Leon and PSC Commissioner Allan B. Polunsky were joined today by State Sen. Leticia Van de Putte, State Rep. Justin Rodriguez, State Rep. Ruth Jones McClendon and Leon Valley Mayor Pro Tem Kathy Hill for a ribbon cutting ceremony at the new DPS Driver License Mega Center in Leon Valley. The office, which will increase driver license capacity in the greater San Antonio area, will officially open to the public Tuesday, Jan. 22 at 8 a.m.

"Today, San Antonio joins other metropolitan areas in Texas already experiencing the benefits of increased driver license services offered by new mega centers," said PSC Chair Cynthia Leon. "Thanks to funding from the Texas Legislature, these high-capacity, state-of-the-art offices should help relieve congestion at driver license offices in the surrounding area. Not only are we adding a new office and additional employees, but we're implementing new technology that will allow our customers to reserve a spot in line without stepping foot in the office."

The 82nd Legislature provided $63 million in funding to DPS to open six mega centers, hire 266 additional employees, and purchase equipment and technology to improve customer service and the efficiency of the state's driver license system. DPS opened the first mega center in Pflugerville in October of 2012. Last month, DPS opened two additional offices in the Houston area – one in Spring and one in Rosenberg – and one in Garland near Dallas. The Fort Worth mega center is projected to open at the end of the month.

"This state-of-the-art Department of Public Safety diver license mega center will allow the people of Bexar County, especially those who live in Leon Valley and the Northwest area, better access to the services they need," said Sen. Leticia Van de Putte.

"I'm pleased to welcome the newest DPS Mega Center to Leon Valley and House District 125," said Rep. Justin Rodriguez. "The residents of this area deserve a quick and pleasant experience when they go to their driver license office, so I am happy to announce that the addition of this Mega Center, using innovative technology, will make it more convenient for all of us to renew or to get a driver license."

**Read about DPS online at www.txdps.state.tx.us**

TEX0480803



**Texas**
**Department of Public Safety**

**FOR IMMEDIATE DISTRIBUTION**
**January 31, 2013**

**PRESS RELEASE**
**Media and Communications Office**
(512) 424-2080

# DPS Announces Sixth Driver License Mega Center Office Opening in Fort Worth

FORT WORTH – Texas Department of Public Safety (DPS) Director Steven McCraw, Public Safety Commission (PSC) Chair Cynthia Leon, PSC Commissioner Ada Brown and PSC Commissioner Randy Watson were joined today by State Rep. Nicole Collier and Fort Worth City Councilmember Frank Moss for a ribbon cutting ceremony at the new DPS Driver License Mega Center in Fort Worth. The office, which will increase driver license capacity in the Metroplex area, will officially open to the public Friday, Feb. 1 at 7:30 a.m.

"Today, thanks to funding from the Texas Legislature, driver license services in the Metroplex area take another step forward by combining additional employees with new technology that allows our customers to reserve a spot in line without stepping foot in the office," said PSC Chair Cynthia Leon. "These high-capacity, state-of-the-art offices should help relieve congestion at driver license offices in the surrounding area and allow area residents to experience the benefits that are already offered by the other mega centers across Texas, including the one in Garland."

The 82nd Legislature provided $63 million in funding to DPS to open six mega centers, hire 266 additional employees, and purchase equipment and technology to improve customer service and the efficiency of the state's driver license system. DPS opened the first mega center in Pflugerville in October of 2012. Last month, DPS opened two additional offices in the Houston area – one in Spring and one in Rosenberg – and one in Garland near Dallas. Earlier this month, DPS opened the San Antonio-Leon Valley Mega Center.

"I'm proud to welcome the Department of Public Safety's Mega Center to Fort Worth," said State Sen. Wendy Davis. "The Driver's License Mega Center will be a major asset to our community. In addition to the many jobs it will provide for our local economy, the center is an important step toward meeting the huge demand for driver's license services for Tarrant County residents."

"The Fort Worth area was in need of this new DPS Mega Center that can help accommodate our rapidly growing population," said State Rep. Nicole Collier. "The increased number of Tarrant County residents served by the new facility of this size and magnitude will alleviate pressure throughout the area as drivers can more easily walk in and out with the help of full time staff and new technology."

**Read about DPS online at www.txdps.state.tx.us**

TEX0480804

**Weeks, Elliott**

| | |
|---|---|
| **From:** | Rodriguez, Tony |
| **Sent:** | Wednesday, October 09, 2013 3:00 PM |
| **To:** | Harden, Pamela; Weeks, Elliott |
| **Attachments:** | EIC Phase III County Contact Information.xlsx; Counties Participating in EIC Training (09 1006 October 2013).pptx |

Per conversation.

v/r

*Tony Rodriguez*

Customer Operations Senior Manager – South and West
Driver License Division
Texas Department of Public Safety
tony.rodriguez@dps.texas.gov
512.424.5857 (O)
512.738.9709 (C)
512.424.5233 (F)

1

TEX0480805

**Weeks, Elliott**

| | |
|---|---|
| **From:** | Cesinger, Katherine |
| **Sent:** | Monday, September 16, 2013 5:03 PM |
| **To:** | Weeks, Elliott |
| **Subject:** | FW: EIC tweets - for review |

Made changes to the text – incorporated below.
Let's discuss links below...

http://www.dps.texas.gov/DriverLicense/electionID.htm
http://www.dps.texas.gov/DriverLicense/documents/openCtyofcs.pdf

**From:** Weeks, Elliott
**Sent:** Monday, September 16, 2013 1:14 PM
**To:** Cesinger, Katherine
**Subject:** EIC tweets - for review

For Saturdays (up to Nov 4):

Select driver license offices are open today from 10am-2pm to issue Election Identification Certificates only

Select driver license offices are open today from 10am – 2pm to issue EICs only – free of charge

Do you need an Election Identification Certificate? Get yours today at select driver license offices - Learn more:

If you need an Election Identification Certificate before Nov 6, you can gets yours today! Click here to learn more

Non-Saturdays (included in the regular rotation) :

Select driver license offices will be open Saturdays through Nov 2 to issue EICs only

Select driver license offices will be open Saturdays from 10am-2pm to issue Election Identification Certificates only. Read More

DPS is now offering Saturday hours at select driver license offices to issue EICs (only) to #Texas #voters

**Elliott Weeks**
*Online and Social Media*
Media and Communications Office
Texas Department of Public Safety
*office* 512-424-2606

1

TEX0480806

## Weeks, Elliott

| | |
|---|---|
| **From:** | Weeks, Elliott |
| **Sent:** | Wednesday, August 21, 2013 3:55 PM |
| **To:** | Cesinger, Katherine |
| **Subject:** | EIC tweets |

**Aug 21**



**Texas DPS**
Election Identification Certificates are now available at no charge. For more info about EIC's click here bit.ly/17b7fdF

**Aug 7**



**Texas DPS**
Free voter ID's are now available. However, many Texans already have acceptable forms of ID. Learn more bit.ly/11F5kF7 VoteTexas
Collapse   Reply Delete Favorite More 

12     1     

**Aug 2**

**Texas DPS**
Election Identification Certificates are now available at no charge. For more info click here bit.ly/11F5kF7
Collapse Reply Delete Favorite More

12     1     

TxDPS

**Jun 25**

TEX0480807

**Weeks, Elliott**

| | |
|---|---|
| **From:** | Rodriguez, Tony |
| **Sent:** | Tuesday, October 22, 2013 3:22 PM |
| **To:** | Bergman, Kathy; Berkley, Johnnie; Carter, Thomas; Garcia, Joseph; Hubbard, Barbara; Silva, Samuel; Valdez, Tomas; Valenzuela, Estella; Winkley, Salestus; Hale, Lynn; Myers, Bob; Carlisle, Andrea; 'Scott, John'; Krueger, Kristopher; Bell, Stephen; Watkins, Paul; Flores, Amelia; Corbett, Melissa; Gomez, Frances; True, Terri; 'Wroe Jackson'; 'Keith Ingram'; Weeks, Elliott |
| **Subject:** | Mobile EIC Operations Ph I  (221520Oct 13).xlsx |
| **Attachments:** | Mobile EIC Operations Ph I  (221520Oct 13).xlsx |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

The most current version

TEX0480808

**Weeks, Elliott**

| | |
|---|---|
| **From:** | Rodriguez, Tony |
| **Sent:** | Wednesday, October 09, 2013 4:39 PM |
| **To:** | Weeks, Elliott |
| **Subject:** | RE: Texas Election Identification Card Equipment |

Sorry, didn't mean to "yell". I meant No

v/r

*Tony Rodriguez*
Customer Operations Senior Manager – South and West
Driver License Division
Texas Department of Public Safety
tony.rodriguez@dps.texas.gov
512.424.5657 (O)
512.739.9709 (C)
512.424.5233 (F)

**From:** Weeks, Elliott
**Sent:** Wednesday, October 09, 2013 4:38 PM
**To:** Rodriguez, Tony
**Subject:** RE: Texas Election Identification Card Equipment

Will do

-Elliott

**From:** Rodriguez, Tony
**Sent:** Wednesday, October 09, 2013 4:37 PM
**To:** Weeks, Elliott
**Subject:** RE: Texas Election Identification Card Equipment

NO, I am in a knife fight over the Phase III coverage by DPS personnel. If you can do it, I'd be appreciative.

v/r

*Tony Rodriguez*
Customer Operations Senior Manager – South and West
Driver License Division
Texas Department of Public Safety
tony.rodriguez@dps.texas.gov
512.424.5657 (O)
512.739.9709 (C)
512.424.5233 (F)

**From:** Weeks, Elliott
**Sent:** Wednesday, October 09, 2013 3:30 PM

1

TEX0480809

**Weeks, Elliott**

| | |
|---|---|
| **From:** | Election_Identification_Certificates |
| **Sent:** | Wednesday, October 09, 2013 3:24 PM |
| **To:** | Weeks, Elliott; Harden, Pamela |
| **Subject:** | FW: Mobile Election Identification Certificate (EIC) Program |

Two messages to give you some additional background:
1) This email went out over AD Peters' signature to all 79 counties:

*The Texas Department of Public Safety (DPS), in partnership with the Office of the Texas Secretary of State (SOS) is working to ensure that every eligible Texas voter has ample opportunity to obtain, as conveniently as possible, photo identification required to comply with the Texas voter photo identification law.*

*The effort to ensure accessibility and convenience for eligible voters includes deploying mobile Election Identification Certificate (EIC) stations across the state in counties where there is no DPS driver license office and to augment this service in those counties with high population concentrations. SOS has advised us that officials in your county have agreed to partner with us in this effort.*

*This communication is intended to clarify the roles and responsibilities of DPS and participating counties in providing EIC issuance service.*

*DPS responsibilities include:*
- *Assembling mobile EIC stations consisting of the computer hardware, software and peripheral equipment necessary to capture the information required to process EIC applications.*

- *Coordinating centralized training locations throughout the state to train county personnel on the application process and operation of the mobile EIC equipment.*

- *Providing the training for county personnel who will accept applications, verify eligibility, enter required data into the EIC system and issue receipts to eligible applicants.*

- *Upon successful completion of a six hour (estimated) training course, DPS will issue mobile EIC station equipment to county personnel for return to their respective counties.*

- *Providing on-call technical and operational support.*

- *Transporting encrypted customer data from the mobile sites to a DPS driver license facility for upload to the statewide EIC database.*

*County responsibilities include:*
- *Providing adequate electrical power and space, readily accessible to the public, for EIC equipment setup and operation.*

- *Supporting county staff time and travel to attend training in the setup and operation of EIC stations.*

- *Providing adequate DPS trained county staff to set up equipment, post informational signs, accept and process EIC applications, and print and provide receipts to eligible applicants during regular business hours or other hours by mutual agreement between county officials and SOS staff.*

*Should you have questions or require more information, please feel free to contact us.*

*Thank you in advance for your dedication to public service and for your help in ensuring all eligible Texas voters have the opportunity to participate in the election process.*

*Respectfully,*

1

TEX0480810

**Weeks, Elliott**

| | |
|---|---|
| **From:** | Rodriguez, Tony |
| **Sent:** | Tuesday, October 22, 2013 5:11 PM |
| **To:** | Bergman, Kathy; Berkley, Johnnie; Carter, Thomas; Garcia, Joseph; Hubbard, Barbara; Silva, Samuel; Valdez, Tomas; Valenzuela, Estella; Winkley, Salestus; Hale, Lynn; Myers, Bob; Carlisle, Andrea; 'Scott, John'; Krueger, Kristopher; Bell, Stephen; Watkins, Paul; Flores, Amelia; Corbett, Melissa; Gomez, Frances; True, Terri; 'Wroe Jackson'; 'Keith Ingram'; Weeks, Elliott |
| **Subject:** | EIC Ph I and Ph III |
| **Attachments:** | Mobile EIC Operations Ph I (221709Oct 13).xlsx; County Participation Master Schedule (221600OCT13).xlsx; EIC County Participation Chart (221600OCT13).ppt |

v/r

*Tony Rodriguez*

Customer Operations Senior Manager – South and West
Driver License Division
Texas Department of Public Safety
tony.rodriguez@dps.texas.gov
512.424.5657 (O)
512.739.9709 (C)
512.424.5233 (F)

1

**Weeks, Elliott**

| | |
|---|---|
| **From:** | Cesinger, Katherine |
| **Sent:** | Monday, October 21, 2013 4:50 PM |
| **To:** | Weeks, Elliott |
| **Subject:** | RE: EIC tweet for today? |

| | |
|---|---|
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Completed |

Good. Sorry…just saw this!

**From:** Weeks, Elliott
**Sent:** Monday, October 21, 2013 1:54 PM
**To:** Cesinger, Katherine
**Subject:** EIC tweet for today?

Early voting starts today and Texas voters will need to bring one of the many acceptable forms of photo ID to vote: http://bit.ly/18gjq84

Sent from my iPhone

1

TEX0480812

**Weeks, Elliott**

| | |
|---|---|
| **From:** | Cesinger, Katherine |
| **Sent:** | Monday, October 14, 2013 6:50 PM |
| **To:** | Weeks, Elliott |
| **Subject:** | FW: EIC tweets - for review |

Let's talk about more EIC tweets in the morning...
Til then, stay dry!

**From:** Weeks, Elliott
**Sent:** Monday, September 16, 2013 1:14 PM
**To:** Cesinger, Katherine
**Subject:** EIC tweets - for review

For Saturdays (up to Nov 4):

Select driver license offices are open today from 10am-2pm to issue Election Identification Certificates only

Select driver license offices are open today from 10am – 2pm to issue EICs

Do you need an Election Identification Certificate? Get yours today at select driver license offices - Learn more:

If you need an Election Identification Certificate before Nov 4 you can gets yours today! Click here to learn more

Non-Saturdays (included in the regular rotation) :

Select driver license offices will be open Saturdays Sept 14 – Nov 4 to issue EICs only

Select driver license offices will be open Saturdays from 10am-2pm to issue Election Identification Certificates only. Read More

DPS is now offering Saturday hours at select driver license offices to issue EICs to #Texas #voters

**Elliott Weeks**
*Online and Social Media*
Media and Communications Office
Texas Department of Public Safety
*office* 512-424-2606
*cell* 512-658-2446
Elliott.Weeks@dps.texas.gov

1

TEX0480813

**Weeks, Elliott**

| | |
|---|---|
| **From:** | Harden, Pamela |
| **Sent:** | Monday, October 14, 2013 2:41 PM |
| **To:** | Weeks, Elliott |
| **Subject:** | RE: EIC - Harden |

Sounds good.

Pamela Harden
Legislative Coordinator
Office of Government Relations
Texas Department of Public Safety
5805 N. Lamar Blvd
P.O. Box 4087
Austin, TX 78773
(512) 424-7272
pamela.harden@dps.texas.gov

**From:** Weeks, Elliott
**Sent:** Monday, October 14, 2013 2:40 PM
**To:** Harden, Pamela
**Subject:** RE: EIC - Harden

No, Friday I was told that I was no longer needed.

Thanks for asking.

-Elliott

**From:** Harden, Pamela
**Sent:** Monday, October 14, 2013 2:04 PM
**To:** Weeks, Elliott
**Subject:** RE: EIC - Harden

Elliott,

Just wanted to check to see if you needed additional help on this...?

1

TEX0480814

**Weeks, Elliott**

| | |
|---|---|
| **From:** | Peyton, John |
| **Sent:** | Thursday, October 24, 2013 1:07 PM |
| **To:** | Cesinger, Katherine |
| **Cc:** | Vinger, Tom; Weeks, Elliott; Mastracchio, JoeAnna |
| **Subject:** | RE: EIC pdfs for the web |
| **Attachments:** | 37 EIC County-run for web rev1.pdf; 41 EIC DPS-run for web rev1.pdf |

Corrections have been made.

Regarding the website, please see following four links and pages that contain EIC info and the existing EIC Saturday openings PDF.

Where exactly do you want the new attached EIC PDFs linked from?

http://www.dps.texas.gov
Should I request they make any change to the slide in the middle?...Mobile Stations to Issue...? Mobile Stations and Counties to issue?



http://www.txdps.state.tx.us/DriverLicense/
Should we edit the post-it to include not only the link to the Saturday offices PDF, but also the new PDFs as well?

1

TEX0480815



http://www.txdps.state.tx.us/DriverLicense/electionID.htm
and here?

3

TEX0480816

- <u>Please change the title:</u>

    ## DPS run counties processing Election Identification Certificates

    to

    ## DPS Mobile Stations Issuing Election Identification Certificates

- <u>Please change this one to reflect the accurate schedule (either the day of the week or number date is wrong)</u>

    **La Salle County**
    Monday, October 28 – ░░░░░, October ░░ from 9a.m. – 4p.m.

Everything else looks great. Once these edits are made, both documents are good to post.

Also, will you please send me the links once they're up, so I can add them to our press release for tomorrow?

Thanks again...excellent work on all of this, including the quick turnaround.

Kat

**From:** Peyton, John
**Sent:** Thursday, October 24, 2013 10:04 AM
**To:** Peyton, John; Cesinger, Katherine
**Cc:** Vinger, Tom; Weeks, Elliott; Mastracchio, JoeAnna
**Subject:** RE: EIC pdfs for the web

Please review and approve PDFs for web. -john

**From:** Peyton, John
**Sent:** Thursday, October 24, 2013 9:10 AM
**To:** Cesinger, Katherine
**Cc:** Vinger, Tom; Weeks, Elliott; Mastracchio, JoeAnna
**Subject:** RE: EIC pdfs for the web

Fantastic. I'm close to completing the 41 DPS-run. I will email the PDF asap. - john

**From:** Cesinger, Katherine
**Sent:** Wednesday, October 23, 2013 10:21 PM
**To:** Peyton, John
**Cc:** Vinger, Tom; Weeks, Elliott; Mastracchio, JoeAnna
**Subject:** Re: EIC pdfs for the web

This format is great. I'll take a closer look in the morning for any minor tweaks, but yes, go ahead an move forward with filling in info using these formats.
Thanks again for your help, John.

TEX0480817

## Weeks, Elliott

| | |
|---|---|
| **From:** | Cesinger, Katherine |
| **Sent:** | Tuesday, October 22, 2013 9:48 AM |
| **To:** | Weeks, Elliott |
| **Subject:** | please tweet this in at 11AM |

| | |
|---|---|
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Completed |

DPS mobile stations in Hale, Harris, Hidalgo, San Patricio & Tarrant counties Wed. to issue Election Identification Certificates. Details @ VoteTexas.gov

Thanks.

1

**Weeks, Elliott**

| | |
|---|---|
| **From:** | Cesinger, Katherine |
| **Sent:** | Tuesday, October 22, 2013 9:40 AM |
| **To:** | Weeks, Elliott |
| **Subject:** | please tweet asap. thanks. |

DPS mobile stations in Hale, Harris, Hidalgo, Nueces, Polk and Tarrant counties issuing Election Identification Certificates today! For details, visit VoteTexas.gov

TEX0480819



**Texas DPS**

Election identification certificates available June 26 <u>bit.ly/17bZUIF</u>

Expand     ← Reply   🗑 Delete   ★ Favorite   ••• More



**Texas DPS**

Election Identification Certificates are now available at no charge. For more info about EIC's click here  bit.ly/11FSkF7

Expand



**Texas DPS**

Free voter ID's are now available. However, many Texans already have acceptable forms of ID. Learn more bit.ly/11FSkF7 @VoteTexas

Expand



**Texas DPS**

Election Identification Certificates are now available at no charge. For more info about EIC's click here bit.ly/17bZUIF

Expand



**Texas DPS**

Texas voters will now need to show photo ID. Click here for more information bit.ly/17bZUIF

Expand



**Texas DPS**

Select driver license offices will be open Saturdays to issue Election Identification Certificates bit.ly/1ea1ujO

Expand

TEX0480820



**Texas DPS** 27 Oct
DPS mobile stations in Hale, Harris, Hidalgo, San Patricio & Tarrant
Co.s Wed. to issue EICs. Details @ VoteTexas.gov



**Texas DPS** 22 Oct
DPS mobile stations in Hale, Harris, Hidalgo, Nueces, Polk and
Tarrant Co.s issuing EICs today! For details, visit VoteTexas.gov



**Texas DPS** 11 Oct
Early voting starts today and Texas voters will need to bring one of the
many acceptable forms of photo ID to vote: bit.ly/18gjq84



**Texas DPS** 25 Oct
For current and upcoming mobile EIC locations, please visit:
VoteTexas.gov



**Texas DPS** 24 Oct
For current and upcoming mobile EIC locations, please visit:
VoteTexas.gov



**Texas DPS** 23 Oct
DPS mobile stations in Harris, San Patricio & Tarrant Co.s
Thurs. to issue EICs. Details @ VoteTexas.gov



**Texas DPS** 23 Oct
Select driver license offices will be open Saturdays through Nov
2 to issue EICs only bit.ly/1bfSkgL

TEX0480821

 **Texas Department of Public Safety** · 5,729 like this
November 4 at 10:52am ·

Monday, November 04, 2013

DPS mobile stations are currently in the following counties to issue Election Identification Certificates (EICs):

Coryell and Harris Counties

For more information please visit: http://votetexas.gov/



**Vote Texas**
votetexas.gov
The November uniform election will take place on Tuesday, November 5, 2013. Eligible Texans who are not registered to vote must register by October 7, 2013 to

Like · Comment · Share

---

 **Texas Department of Public Safety** shared a link.
October 31 ·

## Thursday, October 31, 2013

DPS mobile stations are currently in the following counties to issue Election Identification Certificates (EICs):

Bowie, Ector, Harris, Liberty, Midland and Val Verde Counties

For more information please visit: http://votetexas.gov/

**VOTETEXAS.GOV**
MAKE YOUR MARK ON TEXAS
POWERED BY THE TEXAS SECRETARY OF STATE

**Vote Texas**
votetexas.gov

The November uniform election will take place on Tuesday, November 5, 2013. Eligible Texans who are not registered to vote must register by October 7, 2013 to

TEX0480822

 **Texas Department of Public Safety** shared a link.
October 25

REMINDER: Select Driver License Offices Open Saturdays to
Issue Election Identification Certificates

Select offices are open on Saturdays from 10 a.m. – 2 p.m.
through November 2, to allow residents to apply for EICs only.
No other transactions will be conducted during Saturday business
hours.

**October 25th, REMINDER: Select Driver License Offices Open
Saturdays to Issue Election...**
www.txdps.state.tx.us

AUSTIN – The Texas Department of Public Safety (DPS) is reminding
Texans that nearly 50 driver license offices across the state are offering
Saturday hours to provide Election Identification Certificates (EIC) to

Like · Comment · Share                                    👍 14  💬 1

746 people saw this post                                   📣 Boost Post ▼

TEX0480823

 **Texas Department of Public Safety** shared a link.
4 hours ago

Thursday, October 24, 2013

DPS mobile stations are currently in the following counties to issue Election Identification Certificates (EICs):

Harris, San Patricio and Tarrant Counties

For more information please visit: http://votetexas.gov/

**VOTETEXAS.GOV**
MAKE YOUR MARK ON TEXAS
PONSORED BY THE TEXAS SECRETARY OF STATE

**Vote Texas**
votetexas.gov

The November uniform election will take place on Tuesday, November 5, 2013. Eligible Texans who are not registered to vote must register by October 7, 2013 to

 **Texas Department of Public Safety**
Yesterday

Wednesday, October 23, 2013

DPS mobile stations are currently in the following counties to issue Election Identification Certificates (EICs):

Hale, Harris, Hidalgo, San Patricio and Tarrant Counties

For more information please visit: VoteTexas.gov

TEX0480824