| | |
|---|---|
| From: | Cesinger, Katherine |
| To: | Peyton, John |
| CC: | Rodriguez, Tony; Vinger, Tom; Blackwell, Summer |
| Sent: | 10/17/2013 6:48:19 PM |
| Subject: | EIC MEDIA TEMPLATES - for counties w/o DL offices |
| Attachments: | COUNTY Team - EIC - Non-DL counties.doc; DPS Team - EIC - Non-DL counties.doc |

John,

Per our conversation, please see the attached media announcement templates.

As they are ready, please send them to me, Tom Vinger and Summer Blackwell. For organization purposes, please use some sort of standard subject line that indicates which county it is, and whether it's a DPS or County-run operation.

And please let me know if you have any questions.

Thanks again for your help.
Kat


**Katherine Cesinger**
*Deputy Assistant Director*
Media and Communications Office
Texas Department of Public Safety
512-424-2011 office
512-934-2446 cell
5805 N. Lamar Blvd.
P.O. Box 4087
Austin, TX 78773-0170
katherine.cesinger@dps.texas.gov



2:13-cv-193
09/02/2014
DEF1201

TEX0483262