EIC Availability in Counties w/o Driver License Offices
**COUNTY Team**

Members of the media:

XXXX County will be issuing Election Identification Certificates (EIC) to Texans who do not already have an acceptable form of photo identification necessary to vote.

For locations, dates and times that EICs will be available in XXXX County, contact:

> **ORGANIZATION/COUNTY CLERK/ETC.**
> **Phone #**
> **Email**
> **Address**

We appreciate your help in informing the public about EICs as well as when and where EICs are available in XXXX County.

For more information regarding EICs, including eligibility guidelines and necessary documentation, visit
http://www.txdps.state.tx.us/director_staff/media_and_communications/pr092413a.htm



2:13-cv-193
09/02/2014
**DEF1202**

TEX0483263