EIC Availability in Counties w/o Driver License Offices
**DPS Team**

Members of the media:

As the election approaches, Election Identification Certificates (EICs) will be available at mobile stations in XXXX County for Texans who do not already have an acceptable form of photo identification necessary to vote. The Texas Department of Public Safety appreciates your help in informing the public about EICs and these convenient mobile stations.

The schedule for EIC mobile stations in XXXX County is as follows:

**DAY, MONTH ## – DAY, MONTH ## from ## a.m. – ## p.m.**

| Location | Address |
|---|---|
| NAME OF ORGANIZATION/BUSINESS (i.e., Galveston County Courthouse) | STREET ADDRESS CITY, TX  ZIP CODE |

**DAY, MONTH ## – DAY, MONTH ## from ## a.m. – ## p.m.**

| Location | Address |
|---|---|
| NAME OF ORGANIZATION/BUSINESS (i.e., Galveston County Courthouse) | STREET ADDRESS CITY, TX  ZIP CODE |

For more information regarding EICs, including eligibility guidelines and necessary documentation, visit
http://www.txdps.state.tx.us/director_staff/media_and_communications/pr092413a.htm



2:13-cv-193
09/02/2014
**DEF1203**