| | |
|---|---|
| **From:** | Vinger, Tom |
| **To:** | Weeks, Elliott |
| **Sent:** | 10/22/2013 9:59:23 AM |
| **Subject:** | FW: EIC County press releases |
| **Attachments:** | ATT00001.htm; ATT00002.htm; ATT00003.htm; ATT00004.htm; ATT00005.htm; ATT00006.htm; ATT00007.htm; ATT00008.htm; ATT00009.htm; ATT00010.htm; ATT00011.htm; ATT00012.htm; ATT00013.htm; ATT00014.htm; ATT00015.htm; ATT00016.htm; ATT00017.htm; ATT00018.htm; ATT00019.htm; ATT00020.htm; ATT00021.htm; ATT00022.htm; ATT00023.htm; ATT00024.htm; ATT00025.htm; ATT00026.htm; ATT00027.htm; ATT00028.htm; ATT00029.htm; ATT00030.htm; Austin County Election Identification Certificates.doc; Caldwell County Election Identification Certificates.doc; Delta County Election Identification Certificates.doc; Dimmit County Election Identification Certificates.doc; Duval County Election Identification Certificates.doc; Falls County Election Identification Certificates.doc; Fayette County Election Identification Certificates.doc; Frio County Election Identification Certificates.doc; Grimes County Election Identification Certificates.doc; Hall County Election Identification Certificates.doc; Hansford County Election Identification Certificates.doc; Irion County Election Identification Certificates.doc; Jim Hogg County Election Identification Certificates.doc; King County Election Identification Certificates.doc; Lipscomb County Election Identification Certificates.doc; Lynn County Election Identification Certificates.doc; Marion County Election Identification Certificates.doc; McMullen County Election Identification Certificates.doc; Menard County Election Identification Certificates.doc; Newton County Election Identification Certificates.doc; Oldham County Election Identification Certificates.doc; Refugio County Election Identification Certificates.doc; Robertson County Election Identification Certificates.doc; San Augustine County Election Identification Certificates.doc; San Jacinto County Election Identification Certificates.doc; Schleicher County Election Identification Certificates.doc; Sherman County Election Identification Certificates.doc; Terrell County Election Identification Certificates.doc; Trinity County Election Identification Certificates.doc; Willacy County Election Identification Certificates.doc |

**From:** Cesinger, Katherine
**Sent:** Monday, October 21, 2013 8:47 PM
**To:** Vinger, Tom
**Subject:** Fwd: EIC County press releases

Let's chat in the AM about these. Thx

Sent from my iPhone

Begin forwarded message:

**From:** "Peyton, John" <John.Peyton@dps.texas.gov>
**Date:** October 21, 2013 6:27:51 PM CDT
**To:** "Cesinger, Katherine" <Katherine.Cesinger@dps.texas.gov>
**Cc:** "Mastracchio, JoeAnna" <JoeAnna.Mastracchio@dps.texas.gov>
**Subject: EIC County press releases**

Kat , attached are the EIC county press releases. I just received the DL Regions and will send those nlt tomorrow morning. Thanks, John

Caldwell County Election Identification Certificates.doc
Fayette County Election Identification Certificates.doc
Austin County Election Identification Certificates.doc
McMullen County Election Identification Certificates.doc
Frio County Election Identification Certificates.doc
Dimmit County Election Identification Certificates.doc
Refugio County Election Identification Certificates.doc



2:13-cv-193
09/02/2014
**DEF1206**

Jim Hogg County Election Identification Certificates.doc
Duval County Election Identification Certificates.doc
Willacy County Election Identification Certificates.doc
Falls County Election Identification Certificates.doc
Hall County Election Identification Certificates.doc
Oldham County Election Identification Certificates.doc
Sherman County Election Identification Certificates.doc
Lipscomb County Election Identification Certificates.doc
Hansford County Election Identification Certificates.doc
King County Election Identification Certificates.doc
Delta County Election Identification Certificates.doc
Lynn County Election Identification Certificates.doc
Marion County Election Identification Certificates.doc
Irion County Election Identification Certificates.doc
Schleicher County Election Identification Certificates.doc
San Augustine County Election Identification Certificates.doc
Menard County Election Identification Certificates.doc
Robertson County Election Identification Certificates.doc
Terrell County Election Identification Certificates.doc
Trinity County Election Identification Certificates.doc
San Jacinto County Election Identification Certificates.doc
Newton County Election Identification Certificates.doc
Grimes County Election Identification Certificates.doc


Note: To protect against computer viruses, e-mail programs may prevent sending or receiving certain types of file attachments. Check your e-mail security settings to determine how attachments are handled.