| | |
|---|---|
| **From:** | Krueger, Kristopher |
| **To:** | Mastracchio, JoeAnna |
| **CC:** | Rodriguez, Tony |
| **Sent:** | 10/22/2013 2:55:29 PM |
| **Subject:** | EIC County Interagency Cooperation Contracts |
| **Attachments:** | Region 1A Delta County EIC ICC.pdf; Region 3 Duval County EIC ICC.pdf; Region 5 Cottle County EIC ICC.pdf; Region 5 Lynn County EIC ICC.pdf |

Joe,
Please find attached 4 more EIC ICCs: Cottle, Delta, Duval, and Lynn Counties.

Thanks,

Kristopher Krueger
Strategic Operations Analyst
Driver License Division

kristopher.krueger@dps.texas.gov
512-424-5061 (office)
512-705-7169 (mobile)

2:13-cv-193
09/02/2014
DEF1207

TEX0484018