| | |
|---|---|
| **From:** | Hubbard, Barbara |
| **To:** | Rodriguez, Tony |
| **Sent:** | 9/24/2013 3:23:35 PM |
| **Subject:** | Re: Rumor Control - Election Certificates |

Lori and Paul

---

**From:** Rodriguez, Tony
**Sent:** Tuesday, September 24, 2013 03:18 PM
**To:** Silva, Samuel; Valenzuela, Estella; Valdez, Tomas; Hubbard, Barbara; Garcia, Joseph
**Cc:** Bell, Stephen; Watkins, Paul
**Subject:** Rumor Control - Election Certificates

Managers,
I am trying to control some rumors.  There is a change in the way we will do EIC operations that will impact your regions;

- There are 79 counties without DPS offices in them.
- To provide full coverage of the state we are getting 79 additional mobile Light EIC units.
- The plan is for these systems to be operated by county employees.
- DPS will have to train the employees using our facilitators at central locations around the state (I do not know where because I have not seen a list of these 79 counties yet).
- Your facilitators and Asst Mgrs will need to get trained by the ITS people on the new EIC system for the new computers.

v/r

*Tony Rodriguez*
Customer Operations Senior Manager – South and West
Driver License Division
Texas Department of Public Safety
tony.rodriguez@dps.texas.gov
512.424.5657 (O)
512.739.9709 (C)
512.424.5233 (F)



2:13-cv-193
09/02/2014
DEF1219

TEX0484738