| | |
|---|---|
| **From:** | Bergman, Kathy |
| **To:** | Rodriguez, Tony; Winkley, Salestus; Meade, Kevin; Berkley, Johnnie; Carter, Thomas |
| **CC:** | Bell, Stephen; Watkins, Paul |
| **Sent:** | 9/10/2013 9:32:31 AM |
| **Subject:** | RE: Saturday EIC Issue Offices |

Tony,

Spring, Baytown, East, Humble, Pasadena and Webster are all in 2B along with Winkler.

All 7 of these offices will be open from 10am to 2pm beginning this Saturday and each Saturday until further notice.

*Kathy Bergman*
Regional Manager
Region 2B
Texas Department of Public Safety
Driver License Division
#2 Hilbig, Conroe, TX 77301
936-442-2829

---

**From:** Rodriguez, Tony
**Sent:** Tuesday, September 10, 2013 9:28 AM
**To:** Winkley, Salestus; Meade, Kevin; Berkley, Johnnie; Carter, Thomas; Bergman, Kathy
**Cc:** Bell, Stephen; Watkins, Paul
**Subject:** Saturday EIC Issue Offices
**Importance:** High

Folks,
I know that Steve talked to you last night about the office openings that will occur this Saturday. I would like you to please confirm that the offices I have listed are in your areas and that you plan to have them open.

As of this email, I do not have any additional information about the openings or the possible use of the mobile units.

2:13-cv-193
09/02/2014
DEF1220

| EIC Response<br>Open County Offices ||||
|---|---|---|---|
| · Staffing for the offices listed below:<br>   o MegaCenters – 5 employees<br>   o All other offices – 2 employees<br>· Hours are 10:00 – 2:00 PM<br>· We will design a banner here, but you will need to have them made locally (Find a sign maker now)<br>· The offices are open for EICs only ||||
| **DPS Region** | **Counties** || **Offices** |
| 1A | Dallas || · Garland Mega Center<br>· Carrolton<br>· Cedar Hill<br>· Dallas East<br>· Dallas Southwest<br>· Garland<br>· Grand Prairie<br>· Irving |
| 1B | Collin || · McKinney<br>· Plano |

|  | County | Location |
|---|---|---|
|  | Denton | · Denton<br>· Lewisville |
|  | Tarrant | · Ft Worth MegaCenter<br>· Arlington<br>· Fort Worth South<br>· Hurst<br>· Lake Worth |
| 2A | Harris | · Spring MegaCenter<br>· Baytown<br>· Dacoma<br>· East<br>· Grant Road<br>· Townhurst<br>· Vantage<br>· Gessner Mega Center<br>· Humble<br>· Pasadena<br>· Webster |
|  | Fort Bend | · Rosenberg MegaCenter |
| 2B | Harris | · Winkler<br>·<br>· |

v/r

*Tony Rodriguez*

Customer Operations Senior Manager – South and West
Driver License Division
Texas Department of Public Safety
tony.rodriguez@dps.texas.gov
512.424.5657 (O)
512.739.9709 (C)
512.424.5233 (F)

TEX0484749