| | |
|---|---|
| **From:** | Bell, Stephen |
| **To:** | 'stephen.bell@txsg.state.tx.us' |
| **Sent:** | 9/20/2013 3:26:17 PM |
| **Subject:** | FW: EIC Opening Instructions |
| **Attachments:** | 32 Job Aid Election Identification Certificate.docx |

v/r
Stephen W. Bell
Customer Operations Senior Manager– North and East
Driver License Division
Texas Department of Public Safety
stephen.bell@dps.texas.gov
512-550-7064 (C)
512-424-2768 (O)



*The Driver License Division is committed to quality and excellence in customer service. Please share your thoughts with us via our online customer service survey at:* http://www.survey.utexas.edu/txdps/

---

**From:** Eads, Nick
**Sent:** Friday, September 20, 2013 2:58 PM
**To:** Bell, Stephen
**Cc:** Rodriguez, Tony; Watkins, Paul
**Subject:** EIC Opening Instructions
**Importance:** High

Team:

The Secretary of State has made the decision that no thumbprints are to be captured when issuing Election Identification Certificates (EIC's). Instructions for bypassing the thumbprint collection process are on pages 4 and 5 of the attached document titled "Election Identification Certificate Issuance Procedures".

EIC transaction are to be tracked (closed out) as Original Non-CDL's in both Nemo-Q and Qless, if your office utilizes one of these queuing solutions.

In addition, the following information is specific to offices using QLess (and was sent last week, but is being sent again as a reminder):

1) Since we will be issuing only EIC's tomorrow, QLess has configured the kiosks so that customers will not have to select a queue but will go directly to the page that says, "Please be sure you bring the correct documents…"
2) EIC Customers will display in the Original DL / ID queue in Queue Manager
3) The queues in Queue Manager will indicate they are closed because online home kiosk access has been deactivated (you will be able to summon, arrive, end transaction, and select type of service as usual)

Thank you again for providing support for the EIC opening on short notice and for your continued good work!



2:13-cv-193
09/02/2014
**DEF1221**

TEX0484909