# Election Identification Certificate Issuance Procedures

**Steps for Issuing an Original Election Identification Certificate (EIC)**

1. Search for applicant on DLS **Search Applicant** screen.  Search the records by entering the name and date of birth of the applicant. (Figure 1)
    a. If record is found determine if applicant has a driver license or identification card which may be used  as a photo identification for election purposes.
        i. If the applicant has a driver license or identification card on file they may not be eligible to apply for election identification unless the card has been expired more than 60 days.
    b. If no record is found, select the Election identification certificate tab located in the blue bar in DLS.



2. Search the **Search Election identification certificate** screen by entering the name and date of birth of the applicant and select the *"Search Election Certificate"* button located at the bottom of the screen. (Figure 2)



2:13-cv-193
09/02/2014
**DEF1222**

TEX0484910

# Election Identification Certificate Issuance Procedures



Fig. 2

a. If an EIC record is found it will appear on the **Election Certificate Search Results** page. This indicates the person has previously been issued an EIC.  Select the *"GO"* button to view the record and reissue the election identification certificate. (Fig. 2A) (A demo on reissuance procedures appears later in this document.)



Fig. 2a

b. If the **Election Certificate Search Results** shows no record is found, ask for proper identification and a voter registration card (or the applicant may apply to register to vote) and prove U.S. citizenship. After verifying the documents, proceed to the next screen by selecting the *""Issue Election Certificate"* button located at the bottom of the screen to initiate the process of issuing an original EIC. (Figure. 2b)

TEX0484911

# Election Identification Certificate Issuance Procedures



Fig. 2b

3. Type in the required information on the **Applicant Information** screen.
   a. The fields with a red asterisk (*) are required information, i.e. name, DOB, physical address. (Figure 3a)



Fig. 3a

   b. Mailing address, physical description, and other information.  U.S. citizen must be "YES" to be eligible for an election identification certificate. (Figure  3b)

TEX0484912

# Election Identification Certificate Issuance Procedures



c.  If the applicant is registering to vote, select the *Voter Registration* box and select the applicant's "*Voter Status*" from the drop-down menu.  Select the "*Next*" button to proceed to the image capture screen. (Figure 3c)

4.  When processing an EIC the thumbprints will **NOT** be captured. Only the applicant's signature and photograph are required.
    Follow the steps below to bypass the thumbprint collection process on systems used at **non- mega center** locations: (Figure 4a)
    a.  Select "No Left Print" from the drop down menu under the left print;
    b.  Select "No Right Print" from the drop down menu under the right print; and
    c.  Select the "Next" button and proceed to capture the applicant's photo and refresh the images captured. (Not shown)

TEX0484913

## Election Identification Certificate Issuance Procedures



Follow the steps below to bypass the thumbprint collection process on systems used at **mega center** locations: (Figure 4b)

    a.  Select "Dual Thumbs" from the drop down;

    b.  Select "Annotate"; and "Skip Unable to Print-UP"

    c.  Select the "*Next*" button on the left side of the screen and proceed to the next page.



TEX0484914

## Election Identification Certificate Issuance Procedures

After capturing the images (signature and photograph only), select the "Refresh" button to proceed to the the **Scan Documents** screen. (Figure 4c)



Fig. 4c

5.  The **Scan Documents** screen is the **only** location during the process where the documents will be scanned.All documents (i.e. election identification certificate application, proof of identity and U.S. citizenship) **must** be scanned at this point. (Figure 5)
    a.  If the transaction needs to be cancelled, select the *"Cancel Transaction"* button.
    b.  Select the *"Continue"* button to proceed with the transaction.



Fig. 5

6.  On the **Transaction Completed Successfully** screen:
    a.  Select the *"Print Temporary EIC Card" button* to cue the printer to print a temporary election identification certificate card; and
    b.  Select the *"Continue"* button after the Temporary EIC has been successfully printed. (Figure 6)

TEX0484915

## Election Identification Certificate Issuance Procedures



7.  Ask the applicant to review the information, i.e. name and mailing address and confirm the information is correct on the Temporary EIC.  The applicant and employee will sign the Temporary EIC.

    Inform the applicant the Temporary Election Identification Certificate can be used as photo identification for voting purposes until they receive the card in the mail.



TEX0484916

# Election Identification Certificate Issuance Procedures

**Steps to Re-Issue an Election identification certificate**

Follow the steps 1 and 2 listed above to search for the applicant. If the applicant has an election identification certificate on record and wants to replace a lost card select "*Go*" and proceed to the applicant's election identification certificate record screen

a. To re-issue a lost election identification certificate:
  In the *Transaction Eligibility* box select the Re-Issue Election identification certificate and follow the steps outlined above to re-issue the election identification certificate.

b. To remake a card
  Follow steps 1 and 2 to search for the applicant. When the applicant's record is found on the EIC, select the Remake Election Certificate link.



On the **Remake Card** screen, select the reason from the drop down menu.



TEX0484917

## Election Identification Certificate Issuance Procedures

Confirm the request and select the "Continue" button.



TEX0484918