| | |
|---|---|
| **From:** | Garcia, Joseph |
| **To:** | Rodriguez, Tony; Bell, Stephen |
| **Sent:** | 10/16/2013 9:18:27 AM |
| **Subject:** | FW: Election fraud |

FYI. Our checks and balances are working. Joe

---

**From:** Gomez, Frances
**Sent:** Wednesday, October 16, 2013 8:54 AM
**To:** Garcia, Joseph
**Subject:** FW: Election fraud

Fyi-FG

---

**From:** Strawn, Michael
**Sent:** Wednesday, October 16, 2013 8:54 AM
**To:** Reed, John
**Cc:** Garcia, Irene; Gomez, Frances
**Subject:** RE: Election fraud

Trp. Reed,

Thank you. We actually found this during our review of the EIC as well but appreciate your diligence in bringing the matter to our attention.

Respectfully,

*Michael Ford Strawn*
**Program Supervisor III**
**Record Verification**
**License and Record Service**
**Texas Department of Public Safety**
Work: (512)424-7096
michael.strawn@dps.texas.gov


2:13-cv-193
09/02/2014
DEF1223

---

**From:** Reed, John
**Sent:** Wednesday, October 16, 2013 8:47 AM
**To:** Strawn, Michael
**Cc:** Garcia, Irene; Gomez, Frances
**Subject:** Election fraud

Good Morning,

On 10/11/13 we issued an election certificate (#37803354)to a "Raymundo Salinas, H/M 01/21/1971". This transaction occurred in Laredo and it's my understanding the CSR could not access NDLS at the time. After further review, we already have a person with this name and DOB in the system.

Salinas, Raymundo
DL #33575394
ID #23121334
SS #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

The Photos do not match. If you could take a look, I'd like to stop the certificate in production if it was fraudulently obtained.

Thanks,
JR

TEX0485494