# County Clerk's Office
# Generosa Gracia-Ramón
# Val Verde County

Office (830) 774-7564
Fax (830) 774-7608
gramon@valverdecounty.org

400 Pecan Street
P.O. Box 1267
Del Rio, TX 78841-1267

**Janie Ramon**
County Clerk

October 1, 2013

Ms. Becky Ayers, Supervisor
Texas Department of Public Safety
2012 Avenue F
Del Rio, Texas 78840

Dear Ms. Ayers:

The Val Verde County Clerk's Office would like to request Saturday opening of your office to accommodate those voters seeking Election Identification Certificates for voting purposes.

We propose Saturday, October 5, 2013 and Saturday, November 2, 2013. Preferred hours would be 10:00 a.m. to 3:00 p.m. We will do our best to promote these dates so that voters may take advantage of the additional hours.

Please let me know if you can accommodate our request and/or if you have any questions.

Sincerely,

Generosa G. Ramon
Generosa G. Ramon
Val Verde County Clerk

ggr/a

2:13-cv-193
09/02/2014
DEF1224