




TEX0485684






TEX0485685



## Please select a service

 Renewals or Replacements

 Written / Driving Test or Add Endorsement

 Original DL / ID or Limited Term

 Service Not Listed   This page should not display

 ADA



(Back)   (Start Over)

TEX0485686



# Please be sure you bring the correct documents for your visit and fill out the forms from the Forms Desk.



TEX0485687