# Election Identification Certificate (EIC) and Voter Registration Mobile Drive

Monday, October 7, 2013 - Wednesday, October 9, 2013



|  | October 7 Monday | October 8 Tuesday | October 9 Wednesday |
|---|---|---|---|
| Mobile #1 | El Paso County Courthouse (1st floor) 500 E. San Antonio El Paso, Texas 79901 915-546-2154 | El Paso County Courthouse (1st floor) 500 E. San Antonio El Paso, Texas 79901 915-546-2154 | El Paso County Courthouse (1st floor) 500 E. San Antonio El Paso, Texas 79901 915-546-2154 |
| Mobile #2 | Pavo Real Recreation Center 9301 Alameda Ave. El Paso, Texas 79907 915-858-1929 | Rae Gilmore Recreation Center 8501 Diana Dr. El Paso, Texas 79904 915-751-4945 | Multipurpose Recreation Center 9031 Viscount Blvd. El Paso, Texas 79925 915-598-1155 |
| Mobile #3 | Nolan Richardson Recreation Center 4435 Maxwell St. El Paso, Texas 79904 915-755-7566 | Pat O'Rourke Recreation Center 901 Virginia St. El Paso, Texas 79902 915-533-1611 | San Juan Recreation Center 701 N. Glenwood St. El Paso, Texas 79905 915-779-2799 |
| Mobile #4 | Seville Recreation Center 6700 Sambrano El Paso, Texas 79905 915-778-6722 | Marty Robbins Recreation Center 11620 Vista Del Sol El Paso, Texas 79936 915-855-4147 | Don Haskins Recreation Center 7400 High Ridge El Paso, Texas 79912 915-587-1623 |

*SUBJECT TO CHANGE

## All Mobile Stations will be available October 7th through October 9th



2:13-cv-193
09/02/2014
**DEF1227**

epcountyvotes.com

TEX0485793

# Election Identification Certificate (EIC) and Voter Registration Mobile Drive



Monday, October 7, 2013 - Wednesday, October 9, 2013

from 9:00 a.m. to 4:00 p.m.

epcountyvotes.com

TEX0485794