| | |
|---|---|
| **From:** | Vinger, Tom |
| **To:** | Rodriguez, Tony |
| **Sent:** | 10/21/2013 4:15:55 PM |
| **Subject:** | RE: Weekly EIC Report 21 October |

The chart reflects the total, including those not issued and those pending QA. I will check with power that be, but I think we are going to what to stick to what have been approved, which according to this chart is 50. Are we able to tell how many of that number were issued at mobiles. I wouldn't need that today, because I won't give the media any new numbers except on Tuesday.

Also, are we no longer going to track the total number of inquiries?

You can call me if you prefer.

*Tom Vinger*
*Press Secretary*
*Texas Department of Public Safety*
*Media and Communications Office*
*(512) 424-2607*
*tom.vinger@dps.texas.gov*(Please note new email address.)

---

**From:** Rodriguez, Tony
**Sent:** Monday, October 21, 2013 3:21 PM
**To:** Vinger, Tom
**Subject:** RE: Weekly EIC Report 21 October

It's on the chart.

v/r

*Tony Rodriguez*

Customer Operations Senior Manager – South and West
Driver License Division
Texas Department of Public Safety
tony.rodriguez@dps.texas.gov
512.424.5657 (O)
512.739.9709 (C)
512.424.5233 (F)

---

**From:** Vinger, Tom
**Sent:** Monday, October 21, 2013 3:21 PM
**To:** Rodriguez, Tony
**Subject:** RE: Weekly EIC Report 21 October

Can you tell me how many of those 50 were at mobile stations?

2:13-cv-193
09/02/2014
**DEF1228**

---

**From:** Rodriguez, Tony
**Sent:** Monday, October 21, 2013 3:15 PM
**To:** Adkins, Phillip; Bodisch, Robert; Cesinger, Katherine; MacBride, Cheryl; McCraw, Steven; Peters, Joe; Rodriguez, Tony; Watkins, Paul; Barber, David; Bell, Stephen; Berkley, Johnnie; Carter, Thomas; Crawford, John; Daughtry, Lisa; Davis, Robin;

Garcia, Joseph; Gipson, Sheri; Gomez, Enrique; Grahovec, Ron; Hale, Lynn; Hubbard, Barbara; Hunter, Stephanie; Martinez, Germaine; Mastracchio, JoeAnna; Melcher, Lori; Muniz, Barbara; Murphy, Kathleen; Myers, Bob; Patterson, Janet; Riemenschneider, Brian; Segundo, Carolina; Silva, Samuel; Smith, Janie; Valdez, Tomas; Valenzuela, Estella; Vinger, Tom; Wells, Charles; Winkley, Salestus
**Subject:** Weekly EIC Report 21 October

The new format for EIC reporting is attached.  To date we have issued 50 EICs with an additional 20 in the validation process.  There are 4 EIC applications which are not valid.

Demographic information is included on the second slide.


v/r

*Tony Rodriguez*

Customer Operations Senior Manager – South and West
Driver License Division
Texas Department of Public Safety
tony.rodriguez@dps.texas.gov
512.424.5657 (O)
512.739.9709 (C)
512.424.5233 (F)