| | |
|---|---|
| **From:** | Vinger, Tom |
| **To:** | Cesinger, Katherine |
| **Sent:** | 9/12/2013 5:34:13 PM |
| **Subject:** | draft of EIC to SES e-mail |

Good morning,

We will be issuing the press release regarding Saturday hours for EICs momentarily.  Feel free to conduct interviews based on information in the press release.  <u>If you get any questions outside of the press release, please refer them to Austin.</u>

Some issues to stress include:
- No driver license transactions will be processed on Saturday, only EICs.
- Many people already have the necessary ID to vote and therefore do not need or qualify for an EIC.
- Urge residents to make sure they have the required documentation before coming to the office.
- Remind them that EICs can only be used for voting.
- DL offices will continue to issue EICs during normal Monday – Friday hours.

*Tom Vinger*
*Press Secretary*
*Texas Department of Public Safety*
*Media and Communications Office*
*(512) 424-2607*
tom.vinger@dps.texas.gov (Please note new email address.)



TEX0486833