| | |
|---|---|
| **From:** | Watkins, Paul |
| **To:** | Vinger, Tom; Rodriguez, Tony |
| **CC:** | Bell, Stephen |
| **Sent:** | 9/16/2013 11:52:08 AM |
| **Subject:** | RE: EICs proposed response |

Tom-
I would add that Saturdays are 10-2. Don't want folks thinking we are open all day Saturday. Paul


Paul B. Watkins
*Dep. Asst. Director*
*Driver License Division*
*Texas Department of Public Safety*

paul.watkins@dps.texas.gov
512-424-5413 (o)
512-748-1488 (c)

**From:** Vinger, Tom
**Sent:** Monday, September 16, 2013 10:42 AM
**To:** Rodriguez, Tony
**Cc:** Bell, Stephen; Watkins, Paul
**Subject:** FW: EICs proposed response

Tony, is the following information correct? Just double checking.

**From:** Vinger, Tom
**Sent:** Monday, September 16, 2013 10:40 AM
**To:** Cesinger, Katherine
**Subject:** EICs proposed response

Ten Election Identification Certificates (EICs) have been issued by DPS so far, including two this weekend, both in the Dallas area. DPS will continue to offer EICs to eligible individuals at Driver License offices across the state during normal business hours Monday – Friday, as well Saturdays at selected locations through November 2. For details, see: http://www.dps.texas.gov/director_staff/media_and_communications/pr091313.htm.

There were also 12 inquiries this weekend, bringing the total number of inquiries to approximately 130. Many of the individuals inquiring already had the necessary photo identification required to vote.

An important message for your readers/viewers to know is that **many Texans already have the necessary photo identification for voting**. For instance, if an individual has one of the following six documents, they do not need, and therefore, cannot apply for an Election Identification Certificate because they already have an acceptable form of photo identification to vote:

- Texas driver license – unexpired or expired less than 60 days

- Texas personal identification card – unexpired or expired less than 60 days

- U.S. passport book or card – unexpired or expired less than 60 days

- Texas concealed handgun license – unexpired or expired less than 60 days

- U.S. Military identification with photo – unexpired or expired less than 60 days

- U.S. Citizenship Certificate or Certificate of Naturalization with photo

2:13-cv-193
09/02/2014
**DEF1233**

TEX0487051

Tom Vinger  
Press Secretary  
Texas Department of Public Safety  
Media and Communications Office  
(512) 424-2607  
tom.vinger@dps.texas.gov (Please note new email address.)

TEX0487052