| | |
|---|---|
| **From:** | Soto, Adriana |
| **To:** | Rodriguez, Tony |
| **CC:** | Valdez, Tomas; Hale, Lynn; Myers, Bob |
| **Sent:** | 10/9/2013 10:08:19 AM |
| **Subject:** | Re: Amarillo EIC training correction |

Sorry had towns instead of counties

Hall
Lipscomb
Oldham
Hansford
Wheeler
Sherman
Adri Soto
Assistant Manager

----- Original Message -----
From: Soto, Adriana
Sent: Wednesday, October 09, 2013 09:30 AM
To: Rodriguez, Tony
Cc: Valdez, Tomas; Hale, Lynn; Myers, Bob
Subject: Amarillo EIC training

The following counties are attending training this morning:

LipsComb
Memphis
Vega
Spearman
Wheeler
Stratford
Adri Soto
Assistant Manager

----- Original Message -----
From: Adriana [mailto:adriamedr@sbcglobal.net]
Sent: Wednesday, October 09, 2013 09:28 AM
To: Soto, Adriana

2:13-cv-193
09/02/2014
DEF1234