| From: | Muniz, Barbara |
|---|---|
| To: | Rodriguez, Tony |
| CC: | Valdez, Tomas |
| Sent: | 9/6/2013 2:59:15 PM |
| Subject: | EIC Weekly Report-September 6, 2013 |

Tony,

Please see attached EIC for Region V.

| | | 6 September Weekly EIC Report | |
|---|---|---|---|
| 1A | Issuance | 0 | |
| | Inquiry | | |
| 1B | Issuance | 0 | |
| | Inquiry | | |
| 2A | Issuance | 0 | |
| | Inquiry | 0 | |
| 2B | Issuance | 0 | |
| | Inquiry | 0 | |
| 3 | Issuance | 0 | |
| | Inquiry | 0 | |
| 4 | Issuance | 0 | |
| | Inquiry | 0 | |
| 5 | Issuance | 0 | |
| | Inquiry | 3 | **Lubbock (501)-9/4/2013** One inquiry for EIC. The customer was informed that his valid driver license would be accepted for voting.<br>**Graham (515)-9/4/2013** One phone inquiry for EIC asking the requirements and cost, the information was given. The customer stated would call back for more information but never did.<br>**Abilene (402)- 9/6/2013** The Taylor County Election Office called inquiring information on the EIC.<br>The woman asked basic questions and I walked her through the website with EIC info.<br>She also asked if applicants applying for EIC would get processed ASAP and not have to wait in line. She said that is what she thought she heard. I said no, applicants will be treated like all applicants. She was thankful for the information. |
| 6A | Issuance | 0 | |
| | Inquiry | | |
| 6B | Issuance | 0 | |
| | Inquiry | | |
| Total EICs Issued Today | | 0 | |

2:13-cv-193
09/02/2014
**DEF1235**

TEX0487293

| | |
|---|---|
| Total EIC Inquiries Today | |
| Total EICs Issued to Date | |
| Total EIC Inquiries to Date | |

*Thank you,*

*Barbara Muniz*

*Barbara Muniz*
*Regional Secretary*
*Lubbock Driver License- Region V*
*1302 Mac Davis Lane*
*Lubbock, TX 79401-1826*
*☏ 806-472-2852*
*📠 806-472-2848*
*✉ barbara.muniz@dps.texas.gov*

**EMAIL CONFIDENTIALITY STATEMENTS**
*"This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail and delete the message. This e-mail contains the thoughts and opinions of the individual sender only and does not represent official Texas Department of Public Safety policy."*