| | |
|---|---|
| From: | Berkley, Johnnie |
| To: | Rodriguez, Tony; Bell, Stephen |
| CC: | Berkley, Johnnie |
| Sent: | 10/7/2013 12:04:42 PM |
| Subject: | EIC Report 1B (Correction) |

Corrections in red.

Stephen Berkley, 1B Regional Manager
8301 Brentwood Stair Road
Fort Worth, Texas 76120
Cell: 817-304-2827

**From:** Berkley, Johnnie
**Sent:** Monday, October 07, 2013 10:00 AM
**To:** Rodriguez, Tony; Bell, Stephen
**Cc:** Berkley, Johnnie; Hunter, Stephanie
**Subject:** EIC Report 1B

Mobile EIC activity:

- 49 inquiries that asked for information but did not want to be issued.
- 40 inquiries that did not qualify. ( 38 had driver license, 2 required documentation)
- 4 EICs issued:
  37766614 (Leon Lambert II issued Tarrant County Sub Courthouse Arlington on 10-01-13)
  37766530 (Jacqueline Flemons issued Griffin Sub Courthouse Fort Worth on 10-01-13)
  37766194 (Rickey Johnson issued JPS Health Center-Viola Pitts Como Fort Worth on 10-01-13)
  37766298 (Joy Cannon issued JPS Health Center-Viola Pitts Como Fort Worth on 10-01-13)

Saturday EIC activity:

- Inquiries that did not qualify: None
- Issuances: Hurst DLO (EIC# 37780786, Gary Lynn McDowell, DOB 01-13-54)
- Inquiries requesting information only: None

Daily EIC office activity:

- 09-30-13 Lake Worth DLO: Individual came in and asked to get an EIC. He did not qualify because he has a valid DL in the system.

2:13-cv-193
09/02/2014
**DEF1236**

- 10-01-13 Denton DLO: Individual came into the Denton office and inquired about an EIC, however he already had a Texas driver license.

- 10-02-13 McKinney DLO: Phone call; Individual stated she has a valid Texas driver license.  She also inquired about her disabled son getting an election certificate and it was determined that he also has a valid Texas driver license.


Stephen Berkley, 1B Regional Manager
8301 Brentwood  Stair Road
Fort Worth, Texas 76120
Cell: 817-304-2827