| | |
|---|---|
| **From:** | Rodriguez, Tony |
| **To:** | Bodisch, Robert |
| **CC:** | Peters, Joe; Watkins, Paul; Bell, Stephen |
| **BCC:** | Krueger, Kristopher |
| **Sent:** | 10/14/2013 5:31:24 PM |
| **Subject:** | |
| **Attachments:** | EIC Counties with No Drver License Office (14 Oct 2013).pdf |

Per conversation, Attached please find the current status of county participation in the EIC effort.  We have training scheduled for Thursday at various sites around the state.

v/r

*Tony Rodriguez*

Customer Operations Senior Manager – South and West
Driver License Division
Texas Department of Public Safety
tony.rodriguez@dps.texas.gov
512.424.5657 (O)
512.739.9709 (C)
512.424.5233 (F)



**2:13-cv-193**
**09/02/2014**
**DEF1237**
exhibitsticker.com

TEX0487333