

**Election Identification Certificates County Participation**

- 🟩 County processing EICs (27 Counties) 3 MOUs Received
- 🟦 DL Employees scheduled to provide coverage (38 Counties)
- 🟨 County employees to be trained to process EICs (13 Counties)
- ⬜ Kimble County, Junction Scheduled Office - Open for business

2:13-cv-193
09/02/2014
**DEF1238**

Current as of 141627 October 2013

TEX0487334