**MEDIA ADVISORY:  Secretary Steen to visit Amarillo for photo ID education tour**

| | |
|---|---|
| Who: | Texas Secretary of State John Steen, Potter County Elections Administrator Melynn Huntley, Randall County Elections Administrator Shannon Lackey, and Senior Trooper Chris Ray, Public Information Officer for DPS |
| What: | Meeting to discuss new photo ID requirements for voting in person |
| When: | Tuesday, October 22, 9:00 am |
| Where: | 900 S. Polk, 11th Floor Auditorium |

Texas Secretary of State John Steen will be in Amarillo to help voters prepare for the Nov. 5 elections. He will be available for questions/interviews following his comments at 9:00 a.m. Additionally, Senior Trooper Chris Ray will be on hand to discuss Election Identification Cards from the DPS as requested.

**Note:** Because of the security at the Santa Fe Building, we recommend that you come a few minutes early.

For more information, contact Melynn Huntley @ 379-2298.



2:13-cv-193
09/02/2014
DEF1239

TEX0488075