| | |
|---|---|
| **From:** | Winkley, Salestus |
| **To:** | GRP_Region 1A_DLD |
| **CC:** | Webster, Jack; Haschel, Lonny; Bell, Stephen; Rodriguez, Tony; Watkins, Paul |
| **Sent:** | 6/25/2013 1:19:19 PM |
| **Subject:** | Election Certificate Qualification Uncertainty |

If you have uncertainty on whether or not a person meets the qualifications to get an Election Certificate err on the side of caution and assume that they do meet the qualifications and issue the certificate. If necessary, rather than encounter public backlash, we will work our way through qualification issues that may arise.

**Salestus Winkley**
Senior Regional Manager, Region 1
Driver License Division
Work: 214-861-2115
Cell: 469-585-0238
Salestus.winkley@dps.texas.gov

2:13-cv-193
09/02/2014
DEF1240

TEX0488821