| | |
|---|---|
| **From:** | Rodriguez, Tony |
| **To:** | 'Wroe Jackson' |
| **Sent:** | 10/7/2013 12:50:51 PM |
| **Subject:** | RE: EIC availability. Mass Email to CC/VR/EA in 79 Counties without a DPS office (196) |

No problem.  I just need enough time to get someone out there

v/r

*Tony Rodriguez*

Customer Operations Senior Manager – South and West
Driver License Division
Texas Department of Public Safety
tony.rodriguez@dps.texas.gov
512.424.5657 (O)
512.739.9709 (C)
512.424.5233 (F)

---

**From:** Wroe Jackson [mailto:SJackson@sos.texas.gov]
**Sent:** Monday, October 07, 2013 9:51 AM
**To:** Rodriguez, Tony
**Subject:** RE: EIC availability. Mass Email to CC/VR/EA in 79 Counties without a DPS office (196)

Just FYI – we are going to try to schedule some reserve units for Caldwell towards the end of this month – maybe prior to our additional Travis County visit.


Wroe Jackson
General Counsel
Texas Secretary of State

*This communication may be privileged and confidential. Any copying, use, or distribution of any information or materials by or to anyone other than the recipients listed above is prohibited without express authorization from the sender.*

**Please note my new email address effective immediately: wjackson@sos.texas.gov**

---

**From:** Election_Identification_Certificates [mailto:EIC@dps.texas.gov]
**Sent:** Sunday, October 06, 2013 10:08 AM
**To:** Hale, Lynn; Wroe Jackson
**Subject:** FW: EIC availability. Mass Email to CC/VR/EA in 79 Counties without a DPS office (196)

Scratch Caldwell County.  See below.

v/r

*Tony Rodriguez*

Customer Operations Senior Manager – South and West
Driver License Division
Texas Department of Public Safety
tony.rodriguez@dps.texas.gov
512.424.5657 (O)
512.739.9709 (C)
512.424.5233 (F)

2:13-cv-193
09/02/2014
**DEF1241**

---

**From:** Pamela Ohlendorf [mailto:pamela.ohlendorf@co.caldwell.tx.us]

TEX0489085

**Sent:** Friday, October 04, 2013 4:51 PM
**To:** 'Keith Ingram'
**Cc:** Election_Identification_Certificates; Pamela Ohlendorf
**Subject:** RE: EIC availability. Mass Email to CC/VR/EA in 79 Counties without a DPS office (196)

Keith,

My staff and I were excited about attending the EIC training next Wednesday, however, our County Judge has denied our request to attend.

I am extremely disappointed with this decision, but don't see any other way my staff and I can attend on Wednesday.

I had already RSVP'd with Tony, but please accept my apologies that we will not be able to attend.

We were very excited about the program. Again, our apologies.

Pamela

---

**From:** Keith Ingram [mailto:KIngram@sos.texas.gov]
**Sent:** Tuesday, September 24, 2013 10:56 AM
**To:** Pamela Ohlendorf
**Subject:** RE: EIC availability. Mass Email to CC/VR/EA in 79 Counties without a DPS office (196)

Thank you.

---

**From:** Pamela Ohlendorf [mailto:pamela.ohlendorf@co.caldwell.tx.us]
**Sent:** Tuesday, September 24, 2013 10:55 AM
**To:** Keith Ingram
**Subject:** RE: EIC availability. Mass Email to CC/VR/EA in 79 Counties without a DPS office (196)

Keith,

Count Caldwell County in!

Pamela Ohlendorf

Caldwell County Elections Administrator

---

**From:** Keith Ingram [mailto:KIngram@sos.texas.gov]
**Sent:** Tuesday, September 24, 2013 10:44 AM
**To:** Keith Ingram
**Cc:** Wroe Jackson
**Subject:** EIC availability. Mass Email to CC/VR/EA in 79 Counties without a DPS office (196)

Hello Everyone,

We are working on a new initiative to make Election Identification Certificates (EIC) available in your counties. The State would like to provide to you all of the equipment and training so that there will be one station in each of your

TEX0489086

counties for procuring the EIC. You and your staff would be the ones who actually interact with members of the public who wish to procure an EIC.

Please let me know right away if you are interested in assisting with this project. Each of your counties has no Department of Public Safety presence, so it is important to make sure that your voters have the ability to procure the free EIC if they need an acceptable form of photo identification for voting because they do not have one of the other acceptable forms on the Election Code 63.0101 list.

Thank you for your prompt response. I need to hear from you today. My direct line is 512-463-9871.

Keith Ingram
Director, Elections Division
Office of the Secretary of State
800-252-VOTE(8683)
www.sos.state.tx.us/elections/index.shtml
**For Voter Related Information, please visit:**



*The information contained in this email is intended to provide advice and assistance in election matters per §31.004 of the Texas Election Code. It is not intended to serve as a legal opinion for any matter. Please review the law yourself, and consult with an attorney when your legal rights are involved.*