| | |
|---|---|
| **From:** | Blackwell, Summer |
| **To:** | Hernandez, Juan G (Weslaco) |
| **Sent:** | 10/8/2013 11:56:10 AM |
| **Subject:** | Laredo area EIC mobile units |

Sgt. Hernandez,

Can you please send this out local media or have another trooper send it to media. This will remind people that EIC mobile units will be in the area. Let me know if you have any questions. Thanks in advance,

*Summer Blackwell*
*Media and Communications*
*Senior Writer*
*Texas Department of Public Safety*
summer.blackwell@dps.texas.gov
(512) 424-2083

**MESSAGE:**

Just as a reminder, there will be mobile stations in our area this week issuing Election Identification Certificates (EICs) for Texans who do not already have an accepted form of photo identification necessary to vote. The Texas Department of Public Safety appreciates your help in informing the public about EICs and these convenient mobile stations.

For more information regarding EICs, including eligibility guidelines and necessary documentation, please visit http://www.dps.texas.gov/director_staff/media_and_communications/pr092413a.htm.

Dates and times for mobile stations are subject to change. For the most up-to-date schedule, please visit www.voteTexas.gov.

See the following schedule for Webb County locations and times:

**Wednesday, Oct. 9 (all locations 9 a.m. – 4 p.m.)**

| Location | Address |
|---|---|
| Rio Bravo Community Center | 1600 Orquidia Lane., Rio Bravo, Texas |
| Bruni Community Center | 303 12th Street, Bruni, Texas |
| Santa Teresita Community Center | 15014 Hwy. 59, Laredo, Texas |
| F. A. Salinas Community Center | 2600 Maryland, Laredo, Texas |

**Thursday, Oct. 10 (all locations 9 a.m. – 4 p.m.)**

| Location | Address |
|---|---|
| nity Center | 917 N. Main, Mirando City, Texas |

2:13-cv-193
09/02/2014
DEF1242

| | |
|---|---|
| Providence Health Center | 230 Calle Del Norte, Laredo, Texas |
| Doctors Hospital | 10700 McPherson Road., Laredo, Texas |
| F & A Bruni Community Center | 452 W. Rancho Peñitas Road., Laredo, Texas |

## Friday, Oct. 11 (all locations 4 a.m. – 9 p.m.)

| Location | Address |
|---|---|
| Billy Hall Administration Building | 1110 Washington St., Laredo, Texas |
| Laredo Specialty Hospital | 2005 Bustamante St., Laredo, Texas |
| Laredo Medical Center | 1700 E. Saunders St., Laredo, Texas |
| KLDO | 222 Bob Bullock Loop, Laredo, Texas |