| | |
|---|---|
| **From:** | Madipadga, Vanisree |
| **To:** | Moon, Charles; JMendoza@sos.state.tx.us |
| **CC:** | Martinez, Germaine; Gomez, Enrique |
| **Sent:** | 12/9/2011 8:45:02 AM |
| **Subject:** | RE: dls that are excluded from jury wheel |

Charles,
The file SOS_txt.exe successfully transferred to SOS this morning.

Thanks,
Vani

**From:** Moon, Charles
**Sent:** Friday, December 09, 2011 7:04 AM
**To:** Martinez, Germaine; Gomez, Enrique
**Cc:** Madipadga, Vanisree; Johnson, Lance
**Subject:** RE: dls that are excluded from jury wheel

The script ran last night with all filters but #1. It generated over 23M rows of data. I dumped it out to a text file and put it on FTP site for Vani to transport over to SOS. The file was too large for me to test it.

This is the conversion that I used for the output format. They asked me not to use the UNICODE.



a table. We can easily change the format of the extract. But I will not have access to VPN over

2:13-cv-193
09/02/2014
DEF1243

TEX0489370

Charles Moon
512-590-5443 (m)

TEX0489371