| | |
|---|---|
| **From:** | Krueger, Kristopher |
| **To:** | Mastracchio, JoeAnna |
| **CC:** | Rodriguez, Tony |
| **Sent:** | 10/22/2013 3:33:48 PM |
| **Subject:** | EIC Lipscomb County ICC |
| **Attachments:** | Region 5 Lipscomb County EIC ICC.pdf |

Joe,
Please find attached Lipscomb County's ICC. I pretty well have all them caught up. My intent is to send them to you no more than once per day at the end of the day as they come in from this point on.

Kristopher Krueger
Strategic Operations Analyst
Driver License Division

kristopher.krueger@dps.texas.gov
512-424-5061 (office)
512-705-7169 (mobile)



TEX0489414