

# DRIVER LICENSE DIVISION

## The listed DL offices are open Saturdays 10am - 2pm until November 6th 2013 for Election Certificates ONLY This card cannot be used for identification

Esta oficina estará abierta los sabádos de 10am - 2pm hasta el 6 de Noviembre de 2013
SOLAMENTE para Certificados de Elección Esta tarjeta no puede utilizarse como método identificación

**Dallas County**

Carrollton Office
Maria De Leon, Manager
2625 OLD DENTON RD. #464
Carrollton, TX 75007
972-245-5800

Cedar Hill Office
Patricia DiGirolomo, Manager
116 W. BELTLINE #2
Cedar Hill, TX 75104
469-272-9301

Dallas East Office
Kristi Harris, Manager
11411 E. NW HWY. #111
Dallas, TX 75218
214-553-0033

Dallas Southwest Office
Jenita Washington, Manager
5610 RED BIRD CNTR. DR. #500
Dallas, TX 75237
214-330-3958

Garland Mega Center
Amy Krizan, Manager
4445-A SATURN ROAD
Garland, TX 75043
214-861-3700

Garland Office
Amy Bovis, Manager
350 W. I-30
Garland, TX 75043
214-861-2125

Grand Prairie Office
Warren Wells, Manager
550 S. CARRIER PKWY. #570
Grand Prairie, TX 75051
972-264-6598

Irving Office
Martha Sandoval, Manager
1003 W. 6TH STREET
Irving, TX 75060
972-253-4171

**Collin County**

McKinney Office
Lisa Knight, Manager
400 POWERHOUSE ST.
McKinney, TX 75071
214-733-5350

**Collin County**

Plano Office
Cheri Fisher, Manager
2109 W. PARKER RD #224
Plano, TX 75023
972-867-4221

**Denton County**

Denton Office
Robert Dean, Manager
820 N. LOOP 288
Denton, TX 76209
940-484-6666

Lewisville Office
Fannie Anderson, Manager
190 N. VALLEY PKWY STE 201
Lewisville, TX 75067
972-221-8081

**Tarrant County**

Arlington Office
Donyale Harris, Manager
3901 W. ARKANSAS LN. #111
Arlington, TX 76016
817-274-1818

Fort Worth Mega Center
Angela Kimbrough, Manager
Venus Munoz, Manager
8301 BRENTWOOD STAIR ROAD
Fort Worth, TX 76120
817-285-1900

Fort Worth South Office
Nils Carlstrom, Manager
6413 WOODWAY DR.
Fort Worth, TX 76133
817-294-1075

Hurst Office
Deidra Hopkins, Manager
624 NE LOOP 820
Hurst, TX 76053
817-299-1426

Lake Worth Office
Dorothy Hart, Manager
6316 LAKE WORTH BLVD.
Lake Worth, TX 76135
817-299-1426

**Harris County**

Dacoma Office
Urshula Jones, Manager
4545 DACOMA
Dacoma, TX 77092
713-683-0541

Gessner Mega Center
Ebony Lemora, Manager
Thu Hang Nguyen, Manager
Maria Mayfield, Manager
12220 S GESSNER
Gessner, TX 77071
713-219-4100
713-219-4101
713-219-4108
713-219-4109

Grant Road Office
Neshell Williams, Manager
10503 GRANT RD
Houston, TX 77070
281-890-5440
281-890-7838

Vantage Parkway Office
Kathy Cullen, Manager
15403 VANTAGE PKY E., STE. 300
Houston, TX 77032
281-449-2685

Baytown Office
Portia Dukes, Manager
5420 DECKER DRIVE
Baytown, TX 77520
281-424-1339

Houston-East Office
Mona Derokey, Manager
11039 EAST FREEWAY, #B
Houston, TX 77029
713-633-9872

Humble Office
Rebecca Santiago, Manager
7710 WILL CLAYTON
Humble, TX 77338
281-446-3391
281-446-8105

2:13-cv-193
09/02/2014
**DEF1248**

TEX0489799

**Harris County**

Pasadena Office
Tina Weir, Manager
2783 RED BLUFF #100
Pasadena, TX 77503
713-473-3232

Spring Mega Center
Dwight Sweat, Manager
Martha Alvarado, Manager
4740 SPRING CYPRESS, #100
Spring, TX 77379
281-517-1620

Webster Office
Margaret Hunter, Manager
111 TRISTAR
Webster, TX 77598
281-486-8242

Winkler Office
Cecilia Lopez, Manager
9206 WINKLER
Houston, TX 77017
713-943-0631

**Fort Bend County**

Rosenberg Mega Center
Sara Smith, Manager
Hector Alvarado, Manager
Morgan Fry, Manager
28000 SW FREEWAY, STE A
Rosenberg, TX 77471
281-517-1630 ext. 26811

**Hidalgo County**

Edinburg Office
Rebecca Vasquez, Manager
1212 S 25TH STE B
Edinburg, TX 78542
956-383-3471

Mission Office
Rebecca Vasquez, Manager
722 N. BREYFOGLE STE A
Mission, TX 78572
956-205-7070

Weslaco Office
Anna M. Hernandez, Manager
2525 N INTERNATIONAL BLVD
Weslaco, TX 78599
956-565-7200

**Cameron County**

Brownsville Office
George Olivo, Manager
2901 PAREDES LINE ROAD
Brownsville, TX 78526
956-983-1920

Harlingen Office
George Olivo, Manager
1630 N 77 SUNSHINE STRIP
Harlingen, TX 78550
956-440-6725

**Nueces County**

Corpus Christi Office
Elizabeth Lopez, Manager
1922 S. PADRE ISLAND DR
Corpus Christi, TX 78416
361-698-5626

**El Paso County**

Gateway Office
Sheila Edwards, Manager
7300 GATEWAY EAST
El Paso, TX 79915
915-598-3487
915-598-3488

Hondo Pass Office
Maria Franco, Manager
4505 HONDO PASS
El Paso, TX 79904
915-751-6455
915-751-6456

Northwestern Office
Martha Hernandez, Manager
1854 NORTHWESTERN
El Paso, TX 79912
915-877-1647
915-877-1657

Scott Simpson Office
Bertha Montelongo, Manager
11612 SCOTT SIMPSON
El Paso, TX 79936
915-849-4100

**Bexar County**

San Antonio - Leon Valley Mega Center
Paul Esquivel, Manager
Kathleen Taylor, Manager
7410 HUEBNER ROAD
Leon Valley, TX 78240
210-531-1000

**Bexar County**

Babcock Office
Richard Cook, Manager
1258 BABCOCK
San Antonio, TX 78201
210-737-1191

General McMullen Office
Maria Rivas, Manager
1803 SOUTH GENERAL MCMULLEN
San Antonio, TX 78226

San Antonio Southeast Office
Sandra Waterman, Manager
6502 S NEW BRAUNFELS AVENUE
San Antonio, TX 78223
210-531-2241

Pat Booker Office
Annette Carrillo, Manager
1633 PAT BOOKER
Universal City, TX 78148
210-945-1900

**Travis County**

Austin-Northwest Office
Irene Garcia, Manager
13730 RESEARCH BLVD.
Austin, TX 78750

Austin-South Office
Shelli Turner, Manager
6425 SOUTH IH-35, #180
Austin, TX 78744
512-444-5291

Pflugerville Mega Center
Mary Lloyd, Manager
Shontel Choice, Manager
216 E. WELLS BRANCH PKWY
Pflugerville, TX 78660
512-486-2804

**Bell County**

Killeen Office
Ann McNeil, Manager
302 PRIEST DR.
Killeen, TX 76541
254-634-1919

Temple Office
Ann McNeil, Manager
6612 SOUTH GENERAL BRUCE
Temple, TX 76502-5832
254-770-6734

**The listed DL offices are open Saturdays 10am - 2pm until November 6th 2013 for Election Certificates ONLY This card cannot be used for identification**

Esta oficina estará abierta los sabádos de 10am - 2pm hasta el 6 de Noviembre de 2013
SOLAMENTE para Certificados de Elección Esta tarjeta no puede utilizarse como método identificación