| | |
|---|---|
| **From:** | Bell, Stephen |
| **To:** | Eads, Nick; Schmidt, Daniel(IT) |
| **CC:** | Calhoun, Melissa; Carlisle, Andrea; Saldivar, Sally; Rodriguez, Tony; Ray Hanes; Alexander, Alan; Bergman, Kathy; Corbett, Melissa; Manning, Diann; Mulligan, Charlotte; Carter, Thomas; Flores, Amelia; Ford, Carolyn; Guerra, Sylvia; Jones, Patricia; Berkley, Johnnie; Hartline, Candice; Parker, Stanley; Patterson, Janet; Pitzer, Deborah; Meade, Kevin; Smith, Timothy; Souder, Richard; Wilcox, Robert; Winkley, Salestus |
| **Sent:** | 9/13/2013 10:20:01 AM |
| **Subject:** | RE: Opening Queues on Saturday In-Office But Not Online |
| **Attachments:** | image002.jpg; image006.jpg; image008.jpg; image010.jpg |

Nick,

This is awesome. Thanks.

v/r
Stephen W. Bell
Customer Operations Senior Manager- North and East
Driver License Division
Texas Department of Public Safety
stephen.bell@dps.texas.gov
512-550-7064 (C)
512-424-2768 (O)

The Driver License Division is committed to quality and excellence in customer service. Please share your thoughts with us via our online customer service survey at:
http://www.survey.utexas.edu/txdps/

_____
From: Eads, Nick
Sent: Friday, September 13, 2013 10:04 AM
To: Schmidt, Daniel(IT)
Cc: Calhoun, Melissa; Carlisle, Andrea; Saldivar, Sally; Rodriguez, Tony; Bell, Stephen; Ray Hanes
Subject: FW: Opening Queues on Saturday In-Office But Not Online

Dan:

FYI – I am working with QLess to turn on the in-office kiosks for tomorrow's EIC opening at Mega Centers. Ray from QLess is going to be configuring the kiosks so that customers can only enter the Original DL / ID or Limited Term queue as this will be the queue used for EIC transactions. The vendor has told me that since customers will only be able to access one queue, the page in the third screenshot below (with an "X" through it) will not display. I do not anticipate any issues, but I wanted you to be aware of this plan since the DL offices will be calling Service Desk if there are issues / questions. Let me know if you need further clarification. Also, for specific details as to what we have requested of the vendor for tomorrow's EIC opening, please see beginning of the e-mail chain below. Thanks.

[cid:image002.jpg@01CEB068.9DC23180]
[cid:image006.jpg@01CEB068.9DC23180]
[cid:image008.jpg@01CEB068.9DC23180]
[cid:image010.jpg@01CEB068.9DC23180]

Nick Eads
DL System Support
(512) 462-6118

**2:13-cv-193**
**09/02/2014**
**DEF1249**

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to

TEX0489961

anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail and delete the message.


From: Eads, Nick
Sent: Friday, September 13, 2013 9:24 AM
To: 'Ray Hanes'
Cc: Carlisle, Andrea; 'Tim McCune'
Subject: RE: Opening Queues on Saturday In-Office But Not Online

Ray:

Would it be possible for you to implement the feature where only the Original DL / ID queue is available on the Garland Test site in-office kiosk (https://kiosk.qless.com/qless/consumer/kiosk/?queues=8292,8302,8312,8322,8332,9142) so we can see this and test the functionality?


Nick Eads
DL System Support
(512) 462-6118

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail and delete the message.


From: Eads, Nick
Sent: Friday, September 13, 2013 8:59 AM
To: support@qless.com<mailto:support@qless.com>
Cc: Carlisle, Andrea; Bell, Stephen; 'Ray Hanes'; Rodriguez, Tony; Watkins, Paul
Subject: Opening Queues on Saturday In-Office But Not Online
Importance: High

Ray:

Per our conversation yesterday where you indicated that QLess can open the in-office kiosk on Saturdays from 10:00 - 2:00pm, but close remote home kiosk access, I received approval for you to move forward with implementation of this. The only queue we would need for customers to be able to access on Saturdays is the Original DL / ID queue.

This should occur for only the Mega Center locations, not New Braunfels. So, these are the locations where you would need to turn on the in-office kiosks (but keep the home kiosks deactivated / unavailable) from 10:00am - 2:00pm on Saturdays beginning tomorrow (and, going forward, this needs to be done every Saturday until you are notified otherwise):

Garland Mega Center
Ft. Worth Mega Center
Gessner Mega Center
Rosenberg Mega Center
Spring Mega Center
Leon Valley Mega Center
Pflugerville Mega Center

Thanks. Let me know if you have any questions.

Nick Eads
DL System Support
(512) 462-6118

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail and delete the message.

From: Eads, Nick
Sent: Thursday, September 12, 2013 8:45 AM
To: 'Ray Hanes'
Cc: Carlisle, Andrea; Bell, Stephen
Subject: Opening Queues In-Office But Not Online
Importance: High

Ray:

We are opening a number of locations for 4 hours on Saturday because the Department is now issuing Election Certificates (Voter ID cards), but we will not be issuing driver licenses or ID cards during this time. So, since we do not want customers showing up for our usual services on Saturday, but would like to be able to use the in-office kiosk, we were wondering if there was a way to activate the in-office kiosk on Saturday from 10:00am – 2:00pm so customers can use that, but deactivate online access for customers. IS there a way to do this?

Nick Eads
DL System Support
(512) 462-6118

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail and delete the message.

TEX0489963