

# Please select a service

 **Renewals or Replacements**

 **Written / Driving Test or Add Endorsement**

 **Original DL / ID or Limited Term**

 **Service Not Listed**     This page should not display

 **ADA**



2:13-cv-193
09/02/2014

**DEF1251**