

# Please be sure you bring the correct documents for your visit and fill out the forms from the Forms Desk.





2:13-cv-193
09/02/2014
**DEF1252**

TEX0489967