| | |
|---|---|
| **From:** | Election_Identification_Certificates |
| **To:** | 'D Bell, Fayette County EA' |
| **BCC:** | Krueger, Kristopher |
| **Sent:** | 11/20/2013 2:10:51 PM |
| **Subject:** | RE: EIC equipment question |

I think that is a great idea.

v/r

Tony Rodriguez
Customer Operations Senior Manager - South and West
Driver License Division
Texas Department of Public Safety
tony.rodriguez@dps.texas.gov
512.424.5657 (O)
512.739.9709 (C)
512.424.5233 (F)


-----Original Message-----
From: D Bell, Fayette County EA [mailto:dina.bell@co.fayette.tx.us]
Sent: Wednesday, November 20, 2013 10:22 AM
To: Election_Identification_Certificates
Subject: EIC equipment question

Mr. Rodriguez,
My county is one of the "EIC Mobile Lite Units".

I am writing to ask if it would be permissible to take the equipment to Nursing Homes.

--
Regards,
Dina Bell
Fayette County Elections Administrator
P.O. Box 605 / 151 N. Washington St.; Room 108 La Grange, TX 78945
979-968-6563 / FAX 979-968-6426
"Confidentiality Note: This email and any attachment to it is confidential and protected by law and intended for the use of the individual(s) or entity named on the email. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination or distribution of this communication is prohibited. If you have received this communication in error, please notify the sender via return email and delete it completely from your email system. If you have printed a copy of the email, please destroy it immediately."



2:13-cv-193
09/02/2014
**DEF1253**

TEX0489970