| | |
|---|---|
| **From:** | Wroe Jackson |
| **To:** | Rodriguez, Tony |
| **CC:** | Keith Ingram; Coby Shorter |
| **Sent:** | 10/1/2013 5:28:40 PM |
| **Subject:** | Request - Tarrant County |
| **Attachments:** | Tarrant County 10/4/13 |

Tony,

Sorry for the continuing emails. This one is pretty important, though...

I wondered if DPS might be able to reconsider our request about the Tarrant County seniors event this Friday. (Although it seems like days ago, you and I spoke about this earlier today and I had sent you an email about it Monday afternoon – attached.) I realize that it may stretch units and perhaps staffing, but we believe that it is important to attempt to attend this event. **We just received word that 5 EIC's were issued today in Tarrant County.** This definitely means a need exists. If there is something that we could do to make this happen, please let me know.

Friday, October 4 (8:30 AM to 1:30 PM)
Empowering Seniors 2013
FBCE Campus West
205 N. Industrial (corner Hwy 183 and N. Industrial)
Bedford, TX  76021

Thanks again for a great day today – again I apologize for overloading you with emails at the 5:00 hour. Talk to you tomorrow morning.

Best,
Wroe


Wroe Jackson
General Counsel
Texas Secretary of State
512/463-5770 (w), 512/475-2761 (f)
wjackson@sos.texas.gov

*This communication may be privileged and confidential. Any copying, use, or distribution of any information or materials by or to anyone other than the recipients listed above is prohibited without express authorization from the sender.*

**Please note my new email address effective immediately: wjackson@sos.texas.gov**



2:13-cv-193
09/02/2014
**DEF1255**

TEX0490537