| | |
|---|---|
| From: | Wroe Jackson |
| To: | Rodriguez, Tony |
| Sent: | 9/30/2013 4:02:24 PM |
| Subject: | Tarrant County 10/4/13 |

Tony,

Tarrant County has requested that we use one of our reserve units to attend the "Empowering Seniors" countywide event THIS FRIDAY, October 4, 2013.

    Friday, October 4 (8:30 AM to 1:30 PM)

    Empowering Seniors 2013
    FBCE Campus West
    205 N. Industrial (corner Hwy 183 and N. Industrial)
    Bedford TX  76021
http://empoweringseniors.com/index.html

Would it be possible to have this event covered by DPS staff? (Note – this is in addition to the Dallas County locations that we *should have that day.)

Thank you for your consideration!

Best,
Wroe


Wroe Jackson
General Counsel
Texas Secretary of State
512/463-5770 (w), 512/475-2761 (f)
wjackson@sos.texas.gov

*This communication may be privileged and confidential. Any copying, use, or distribution of any information or materials by or to anyone other than the recipients listed above is prohibited without express authorization from the sender.*

**Please note my new email address effective immediately: wjackson@sos.texas.gov**



TEX0490538