



# DRIVER LICENSE DIVISION

## The listed DL offices are open Saturdays 10am - 2pm until November 6th 2013 for
### Election Identification Certificates ONLY This card cannot be used for identification

Esta oficina estará abierta los sabádos de 10am - 2pm hasta el 6 de Noviembre de 2013
SOLAMENTE para Certificados de Elección Esta tarjeta no puede utilizarse como método identificación

---

**Dallas County**

Carrollton Office
2625 OLD DENTON RD. #464
Carrollton, TX 75007
972-245-5800

Cedar Hill Office
116 W. BELTLINE #2
Cedar Hill, TX 75104
469-272-9301

Dallas East Office
11411 E. NW HWY. #111
Dallas, TX 75218
214-553-0033

Dallas Southwest Office
5610 RED BIRD CNTR. DR. #500
Dallas, TX 75237
214-330-3958

Dallas-Garland Mega Center
4445-A SATURN ROAD
Garland, TX 75041
214-861-3700

Garland Office
350 W. I-30
Garland, TX 75043
214-861-2125

Grand Prairie Office
550 S. CARRIER PKWY. #570
Grand Prairie, TX 75051
972-264-6598

Irving Office
1003 W. 6TH STREET
Irving, TX 75060
972-253-4171

**Collin County**

McKinney Office
400 POWERHOUSE ST.
McKinney, TX 75071
214-733-5350

---

**Collin County**

Plano Office
2109 W. PARKER RD #224
Plano, TX 75023
972-867-4221

**Denton County**

Denton Office
820 N. LOOP 288
Denton, TX 76209
940-484-6666

Lewisville Office
190 N. VALLEY PKWY STE 201
Lewisville, TX 75067
972-221-8081

**Tarrant County**

Arlington Office
3901 W. ARKANSAS LN. #111
Arlington, TX 76016
817-274-1818

Fort Worth Mega Center
8301 BRENTWOOD STAIR ROAD
Fort Worth, TX  76120
817-285-1900

Fort Worth South Office
6413 WOODWAY DR.
Fort Worth, TX 76133
817-294-1075

Hurst Office
624 NE LOOP 820
Hurst, TX 76053
817-299-1426

Lake Worth Office
6316 LAKE WORTH BLVD.
Lake Worth, TX 76135
817-238-9197

---

**Harris County**

Houston-Dacoma Office
4545 DACOMA
Houston, TX 77092
713-683-0541

Houston-Gessner Mega Center
12220 S GESSNER
Houston, TX 77071
713-219-4100

Houston-Grant Road Office
10503 GRANT RD
Houston, TX 77070
281-890-5440

Houston-Vantage Parkway Office
15403 VANTAGE PKWY E., STE. 300
Houston, TX 77032
281-424-3669

Baytown Office
5420 DECKER DRIVE
Baytown, TX 77520
281-424-3669

Houston-East Office
11039 EAST FREEWAY (I-10), #B
Houston, TX 77029
713-633-9872

Humble Office
7710 WILL CLAYTON PKWY.
Humble, TX 77338
281-446-3391

---

2:13-cv-193
09/02/2014

DEF1257

texexhibitsticker.com

TEX0490692

**Harris County**

Pasadena Office
2783 RED BLUFF RD. #100
Pasadena, TX 77503
713-473-3232

Houston-Spring Mega Center
4740 SPRING CYPRESS, #100
Spring, TX 77379
281-517-1620

Webster Office
111 TRISTAR DR.
Webster, TX 77598
281-486-8242

Houston-Winkler Office
9206 WINKLER
Houston, TX 77017
713-943-0631

**Fort Bend County**

Houston-Rosenberg Mega Center
28000 SW FREEWAY, STE A
Rosenberg, TX 77471
281-517-1630

**Hidalgo County**

Edinburg Office
1212 S 25TH STE B
Edinburg, TX 78542
956-383-3471

Mission Office
722 N. BREYFOGLE STE A
Mission, TX 78572
956-205-7070

Weslaco Office
2525 N INTERNATIONAL BLVD
Weslaco, TX 78599
956-565-7200

**Cameron County**

Brownsville Office
2901 PAREDES LINE ROAD
Brownsville, TX 78525
956-983-1920

Harlingen Office
1630 N 77 SUNSHINE STRIP
Harlingen, TX 78550
956-440-6725

**Nueces County**

Corpus Christi Office
1922 S. PADRE ISLAND DR
Corpus Christi, TX 78416
361-698-5625

**El Paso County**

El Paso-Gateway Office
7300 GATEWAY EAST
El Paso, TX 79915
915-598-3487

El Paso-Hondo Pass Office
4505 HONDO PASS
El Paso, TX 79904
915-751-6455

El Paso-Northwestern Office
1854 NORTHWESTERN
El Paso, TX 79912
915-877-1647

El Paso-Scott Simpson Office
11612 SCOTT SIMPSON DR.
El Paso, TX 79936
915-849-4100

**Bexar County**

San Antonio - Leon Valley Mega Center
7410 HUEBNER ROAD
Leon Valley, TX 78240
210-531-1000

**Bexar County**

San Antonio-Babcock Office
1258 BABCOCK RD.
San Antonio, TX 78201
210-737-1191

San Antonio-General McMullen Office
1803 SOUTH GENERAL MCMULLEN
San Antonio, TX 78226
210-436-6611

San Antonio Southeast Office
6502 S NEW BRAUNFELS AVENUE
San Antonio, TX 78223
210-531-2240

San Antonio-Pat Booker Office
1633 PAT BOOKER RD.
Universal City, TX 78148
210-945-1900

**Travis County**

Austin-Northwest Office
13730 RESEARCH BLVD.
Austin, TX 78750
512-506-2835

Austin-South Office
6425 SOUTH IH-35, #180
Austin, TX 78744
512-444-5241

Austin-Pflugerville Mega Center
216 E. WELLS BRANCH PKWY
Pflugerville, TX 78660
512-486-2800

**Bell County**

Killeen Office
302 PRIEST DR.
Killeen, TX 76541
254-424-2600

Temple Office
6612 SOUTH GENERAL BRUCE
Temple, TX 76502-5832
254-770-6734

## The listed DL offices are open Saturdays 10am - 2pm until November 6th 2013 for
**Election Identification Certificates ONLY This card cannot be used for identification**

Esta oficina estará abierta los sabádos de 10am - 2pm hasta el 6 de Noviembre de 2013
SOLAMENTE para Certificados de Elección Esta tarjeta no puede utilizarse como método identificación

TEX0490693