| EIC Response<br>Open County Offices (North/East) | | |
|---|---|---|
| • 29x offices in the North/East area<br>• Staffing for the offices listed below:<br>  ○ MegaCenters – 5 employees<br>  ○ All other offices – 2 employees<br>  ○ Area Total - 87<br>• Hours are 10:00 – 2:00 PM<br>• The offices are open for EICs only | | |
| **DPS Region**<br>(FTEs) | **Counties** | **Offices** |
| 1A<br>(21 FTEs) | Dallas | • Carrolton<br>• Cedar Hill<br>• Dallas East<br>• Dallas Southwest<br>• Garland MegaCenter<br>• Garland<br>• Grand Prairie<br>• Irving |
| 1B<br>(21 FTEs) | Collin | • McKinney<br>• Plano |
| | Denton | • Denton<br>• Lewisville |
| | Tarrant | • Arlington<br>• Ft Worth MegaCenter<br>• Fort Worth South<br>• Hurst<br>• Lake Worth |
| 2A<br>(21 FTEs) | Harris | • Dacoma<br>• Gessner MegaCenter<br>• Grant Road<br>• ~~Townhurst~~: Refresh<br>• Vantage Parkway |
| | Fort Bend | • Rosenberg MegaCenter |
| 2B<br>(24 FTEs) | Harris | • Baytown<br>• Houston-East<br>• Humble<br>• Pasadena<br>• Spring MegaCenter<br>• Webster<br>• Winkler |

2:13-cv-193
09/02/2014
DEF1258

TEX0490992

| EIC Response<br>Open County Offices (South/West) | | |
|---|---|---|
| <ul><li>20x Offices in the South/West area</li><li>Staffing for the offices listed below:<ul><li>MegaCenters – 5 employees</li><li>All other offices – 2 employees</li><li>Area Total - 51</li></ul></li><li>Hours are 10:00 – 2:00 PM</li><li>The offices are open for EICs only</li></ul> | | |
| **DPS Region**<br>(FTEs) | **Counties** | **Offices** |
| 3<br>(12 FTEs) | Hidalgo | <ul><li>Edinburg</li><li>Mission</li><li>Weslaco</li></ul> |
| | Cameron | <ul><li>Brownsville</li><li>Harlingen</li></ul> |
| | Nueces | <ul><li>Corpus Christi</li></ul> |
| 4<br>(12 FTEs) | El Paso | <ul><li>Gateway</li><li>Hondo Pass</li><li>Northwest</li><li>Scott Simpson</li></ul> |
| 6A<br>(13 FTEs) | Bexar | <ul><li>Leon Valley MegaCenter</li><li>Babcock</li><li>General Mac</li><li>San Antonio Southeast</li><li>Pat Booker</li></ul> |
| 6B<br>(14 FTEs) | Travis | <ul><li>Austin-Northwest</li><li>Austin-South</li><li>Pflugerville MegaCenter</li></ul> |
| | Bell | <ul><li>Killeen</li><li>Temple</li></ul> |

Total 138