| | |
|---|---|
| **From:** | Scott, John |
| **To:** | Rodriguez, Tony |
| **CC:** | Wilson, Anne; Clay, Reed; Whitley, David |
| **Sent:** | 10/17/2013 8:50:43 AM |
| **Subject:** | RE: County Inter Local Contracts |

Awesome.  Thank you.

---

**From:** Rodriguez, Tony [mailto:Tony.Rodriguez@dps.texas.gov]
**Sent:** Wednesday, October 16, 2013 6:28 PM
**To:** Scott, John
**Cc:** Wilson, Anne; Clay, Reed; Whitley, David
**Subject:** Re: County Inter Local Contracts

No worries.  We had an internal discussion during which we decided to add the counties we have not received MOUs from to the list of the DPS covered counties.  We will tell the regional managers about this tomorrow when they back-brief their plans.

M.A. Rodriguez
Sent from my iPad

On Oct 16, 2013, at 17:50, "Scott, John" <john.scott@texasattorneygeneral.gov> wrote:

Tony-

I was not doubting you.  I am very concerned that some counties may not have the EIC access.  I wanted to make sure that the outreach/follow up was ongoing given that the hard part was done (acquisition and training).  Please let me know what we can do to insure your hard work to date results in EIC's operating in all of the counties.

John

---

**From:** Rodriguez, Tony [mailto:Tony.Rodriguez@dps.texas.gov]
**Sent:** Wednesday, October 16, 2013 5:30 PM
**To:** Scott, John
**Cc:** Wilson, Anne; Clay, Reed; Whitley, David
**Subject:** RE: County Inter Local Contracts

Please note the date/time of the email to Wroe:

**From:** Rodriguez, Tony
**Sent:** Wednesday, October 16, 2013 4:38 PM
**To:** 'Wroe Jackson'
**Cc:** Watkins, Paul; Krueger, Kristopher
**Subject:** EIC Cut Sheet.xlsx

Wroe,
Per conversation please find the a list of counties that were trained and received equipment (Ph II), but have not returned their MOUs.  If Keith can call the POCs and get us a status it would be greatly appreciated.

Please ask them to scan/send the completed MOUs to eic@dps.texas.gov

v/r

*Tony Rodriguez*
Customer Operations Senior Manager – South and West
Driver License Division
Texas Department of Public Safety
tony.rodriguez@dps.texas.gov
512.424.5657 (O)
512.739.9709 (C)
512.424.5233 (F)


2:13-cv-193
09/02/2014
**DEF1259**

v/r

*Tony Rodriguez*

Customer Operations Senior Manager – South and West
Driver License Division
Texas Department of Public Safety
tony.rodriguez@dps.texas.gov
512.424.5657 (O)
512.739.9709 (C)
512.424.5233 (F)

**From:** Scott, John [mailto:john.scott@texasattorneygeneral.gov]
**Sent:** Wednesday, October 16, 2013 5:23 PM
**To:** Rodriguez, Tony
**Cc:** Wilson, Anne; Clay, Reed; Whitley, David
**Subject:** FW: County Inter Local Contracts


**From:** Keith Ingram [mailto:KIngram@sos.texas.gov]
**Sent:** Wednesday, October 16, 2013 5:14 PM
**To:** Wroe Jackson; Scott, John
**Cc:** Napier, Stacey; Dyer, Jay; Whitley, David; Clay, Reed; Wilson, Anne
**Subject:** RE: County Inter Local Contracts

BTW, an updated version of that presentation will be posted tomorrow along with an advisory being sent to the counties with the updated presentation.

**From:** Wroe Jackson
**Sent:** Wednesday, October 16, 2013 5:06 PM
**To:** Scott, John
**Cc:** Napier, Stacey; Dyer, Jay; Whitley, David; Clay, Reed; Wilson, Anne; Keith Ingram
**Subject:** RE: County Inter Local Contracts

John,

I am unadvised on the counties who have not returned MOU's. As you know, we are not involved with "Phase II" (in which counties get the equipment/training and sign the MOU with DPS) unless DPS specifically requests assistance in contacting a particular county. Just a few minutes ago, DPS requested SOS assistance in contacting the counties who have equipment but have not yet returned the MOU. Since we just received this request, I have no additional information. Keith will work on contacting those counties as he is able.

Regarding your second question, SOS has provided training to election judges and poll workers that detail the specific types of military ID's that they may see. This information was condensed for a presentation at the County Election Official Seminar earlier this fall. That presentation (by Elections Division Legal Director Ashley Fischer) is available on our website under the title "Acceptable Forms of Identification for Voting in Texas": http://www.sos.state.tx.us/elections/laws/seminars/speakers/index.shtml.

Please let me know what additional information I can provide.

Best,

Wroe

Wroe Jackson
General Counsel
Texas Secretary of State

*This communication may be privileged and confidential. Any copying, use, or distribution of any information or materials by or to anyone other than the recipients listed above is prohibited without express authorization from the sender.*

**Please note my new email address effective immediately: wjackson@sos.texas.gov**

---

**From:** Scott, John [mailto:john.scott@texasattorneygeneral.gov]
**Sent:** Wednesday, October 16, 2013 4:58 PM
**To:** Wroe Jackson
**Cc:** Napier, Stacey; Dyer, Jay; Whitley, David; Clay, Reed; Wilson, Anne
**Subject:** FW: County Inter Local Contracts

Wroe-

Two things.

The first relates to the email below. Any word on where the counties are on the MOU's that have not been returned?

The second relates to a legislative inquiry Jay received on the types of military id being accepted. Is there a location we can point to that lists all of the various types of military id that is acceptable as an EIC?

John

---

**From:** Rodriguez, Tony [mailto:Tony.Rodriguez@dps.texas.gov]
**Sent:** Wednesday, October 16, 2013 4:40 PM
**To:** Scott, John
**Cc:** Whitley, David; Wilson, Anne; Murphy, Kathleen; Clay, Reed; Murphy, Kathleen
**Subject:** RE: County Inter Local Contracts

Sorry, I was between meetings. Yes, of course I will provide the plan once I get it finalized.

We had not decided how to count the counties that had not responded. Right now we are just carrying them as "MOU not returned." The SOS will reach out to them and see if what the status of their MOU is.

v/r

*Tony Rodriguez*
Customer Operations Senior Manager – South and West
Driver License Division
Texas Department of Public Safety
tony.rodriguez@dps.texas.gov
512.424.5657 (O)
512.739.9709 (C)
512.424.5233 (F)

---

**From:** Scott, John [mailto:john.scott@texasattorneygeneral.gov]
**Sent:** Wednesday, October 16, 2013 3:22 PM
**To:** Rodriguez, Tony
**Cc:** Whitley, David; Wilson, Anne; Murphy, Kathleen; Clay, Reed
**Subject:** RE: County Inter Local Contracts

Thanks Tony. Will you forward those schedules to me after you get them? Will each county be included as an opt out

county until such time as they have an up and running EIC station?

---

**From:** Rodriguez, Tony [mailto:Tony.Rodriguez@dps.texas.gov]
**Sent:** Wednesday, October 16, 2013 3:00 PM
**To:** Scott, John
**Cc:** Whitley, David; Wilson, Anne; Murphy, Kathleen; Clay, Reed
**Subject:** RE: County Inter Local Contracts

- Yes, our regional managers are developing plans to cover the counties that have opted out from the EIC equipment/training program. We expect to have those plans completed by tomorrow evening.

- We do not have a deadline for the counties to return their MOUs.

v/r

*Tony Rodriguez*

Customer Operations Senior Manager – South and West
Driver License Division
Texas Department of Public Safety
tony.rodriguez@dps.texas.gov
512.424.5657 (O)
512.739.9709 (C)
512.424.5233 (F)

---

**From:** Scott, John [mailto:john.scott@texasattorneygeneral.gov]
**Sent:** Wednesday, October 16, 2013 2:45 PM
**To:** Rodriguez, Tony
**Cc:** Whitley, David; Wilson, Anne; Murphy, Kathleen; Clay, Reed
**Subject:** RE: County Inter Local Contracts

Tony-

Does DPS have a schedule for the counties (other than Jeff Davis) that have not agreed to take on the EIC program? Does DPS have a drop dead date on receiving the LCC from each county?

Thanks.

John

---

**From:** Rodriguez, Tony [mailto:Tony.Rodriguez@dps.texas.gov]
**Sent:** Tuesday, October 15, 2013 2:07 PM
**To:** Scott, John
**Cc:** Whitley, David; Wilson, Anne; Murphy, Kathleen
**Subject:** Re: County Inter Local Contracts

So far three counties have retuned their ICCs: San Augustine, Jim Hogg, and Hansford.  My manager for that region has a location set for Fort Davis (Jeff Davis County) on 16, 18, 25 October and 1 and 8 November.

M.A. Rodriguez
Sent from my iPad

On Oct 15, 2013, at 13:44, "Scott, John" <john.scott@texasattorneygeneral.gov> wrote:

Tony-

May I get an update on the progress of contracting with the counties?  Also, were y'all able to locate an office that can be used in Jeff Davis County?

John

John B. Scott
Deputy Attorney General
For Civil Litigation
Office of the Texas Attorney General
Post Office Box 12548
Austin, TX 78711-2548

Telephone: 512-475-0131 (Direct)
Facsimile: 512-936-0545
Email: john.scott@texasattorneygeneral.gov


This message and any attachment(s) may be confidential and/or privileged pursuant to
Government Code sections 552.101, 552.103, 552.107, and 552.111, and
should not be disclosed without the express authorization of the Attorney General of Texas.

TEX0491114