| | |
|---|---|
| **From:** | Bell, Stephen |
| **To:** | Vinger, Tom; Guerra, Sylvia (Sylvia.Guerra@dps.texas.gov); Carter, Thomas (thomas.carter@dps.texas.gov) |
| **Sent:** | 9/12/2013 9:30:50 AM |
| **Subject:** | RE: EIC- Offices that will open on Saturday |

Yes sir you are correct. Also just found out a local news crew was doing interviews at Rosenberg yesterday afternoon.


v/r
Stephen W. Bell
Customer Operations Senior Manager- North and East
Driver License Division
Texas Department of Public Safety
stephen.bell@dps.texas.gov
512-550-7064 (C)
512-424-2768 (O)

The Driver License Division is committed to quality and excellence in customer service. Please share your thoughts with us via our online customer service survey at:
http://www.survey.utexas.edu/txdps/
_____
From: Vinger, Tom
Sent: Thursday, September 12, 2013 8:02 AM
To: Bell, Stephen
Subject: FW: EIC- Offices that will open on Saturday

Stephen,

What happens if they say want an ID instead, which has been happening. Assuming based on this, they would have to come back?

From: Hubbard, Barbara
Sent: Tuesday, September 10, 2013 4:37 PM
To: Albus, Gary
Cc: Goetz, Casey; Tellez, Steven; Reyes, Jason; Booker, Charles; Suarez, Minerva; Cavazos, Thomas (Tommy)
Subject: EIC- Offices that will open on Saturday

For your information:
ELECTION IDENTIFICATION CERTIFICATE -SATURDAY PROCESSING
The word has come down that we open Driver License Offices in Bexar County where the Secretary of State thinks there are potential voters who do not possess ID. In Region 6A San Antonio all five locations will be open beginning this Saturday, September 14, 2013 and each Saturday prior to the November election date. The hours of operation will be from 10:00 am to 2:00 pm. The Mega Center (SA/Leon Valley) will be staffed with five employees and the remaining four San Antonio locations (Pat Booker/Universal City, General McMullen, Babcock and San Antonio Southeast) will be staffed with two employees. We will only process Election Identification Certificates, no other transactions will be processed on Saturday. Since the EIC is processed at no charge to the applicant there will be no money handling on Saturday. This is a statewide effort that will affect all Regions (attachment included).

We are requesting a Trooper be on duty at each location during these times. Please advise if this can be accomplished.

Thank you,

Barbara Hubbard
Senior Regional Manager
Region 6A San Antonio, Customer Operations


2:13-cv-193
09/02/2014
DEF1261

TEX0491354

```
(O) 210.531.2231
(C) 210.241.7329
(F) 210.531.2278
```
barbara.hubbard@dps.texas.gov<mailto:barbara.hubbard@dps.texas.gov>

<Open County Offices.docx>

TEX0491355