| | |
|---|---|
| **From:** | Vasquez, Esther |
| **To:** | Fowler, Cynthia (LRS) |
| **Sent:** | 10/29/2013 3:51:36 PM |
| **Subject:** | FW: EIC Region 3 Weekly Report (21 Oct - 26 Oct) |
| **Attachments:** | 20131029_CARRIER GOMEZ, JAVIER MATEO.pdf; 20131029_GOMEZ, JAVIER MATEO.pdf |

I have saved this on the P drive.  Thanks!

Respectfully,

Esther L. Vasquez
Program Supervisor III
License and Record Service
DLD, Texas Department of Public Safety
(512)424-5968
Esther.Vasquez@dps.texas.gov

We are creating a faster, easier and friendlier driver license experience and a safer Texas.

---

**From:** Vasquez, Esther
**Sent:** Tuesday, October 29, 2013 3:48 PM
**To:** Daughtry, Lisa
**Cc:** Fowler, Cynthia (LRS)
**Subject:** RE: EIC Region 3 Weekly Report (21 Oct - 26 Oct)

Lisa – EIC 37844676 Javier Mateo Gomez – docs and mail date attached.

Respectfully,

Esther L. Vasquez
Program Supervisor III
License and Record Service
DLD, Texas Department of Public Safety
(512)424-5968
Esther.Vasquez@dps.texas.gov

We are creating a faster, easier and friendlier driver license experience and a safer Texas.

---

**From:** Vasquez, Esther
**Sent:** Monday, October 28, 2013 2:41 PM
**To:** Daughtry, Lisa
**Subject:** RE: EIC Region 3 Weekly Report (21 Oct - 26 Oct)

Cyndee and I both spoke to Becky Ayers – Del Rio Office Supervisor – and she will forward additional docs to Cyndee within the next 45 minutes.  Upon receipt I'll verify and pull all docs as there were currently no docs in TOK.

Respectfully,

Esther L. Vasquez
Program Supervisor III
License and Record Service
DLD, Texas Department of Public Safety
(512)424-5968
Esther.Vasquez@dps.texas.gov

2:13-cv-193
09/02/2014
**DEF1263**

We are creating a faster, easier and friendlier driver license experience and a safer Texas.

TEX0491491

**From:** Daughtry, Lisa
**Sent:** Monday, October 28, 2013 11:04 AM
**To:** Vasquez, Esther
**Subject:** FW: EIC Region 3 Weekly Report (21 Oct - 26 Oct)
**Importance:** High

Please verify and pull docs for the highlighted person below – thanks.

Best regards,

Lisa Daughtry
Assistant Manager
License & Record Service
Driver License Division
(512) 424 -5973
lisa.daughtry@dps.texas.gov

---

**From:** Silva, Samuel
**Sent:** Monday, October 28, 2013 9:15 AM
**To:** Rodriguez, Tony; Daughtry, Lisa; O'Connor, Ryan
**Cc:** Flores, Maria; Ramirez, Raquel
**Subject:** EIC Region 3 Weekly Report (21 Oct - 26 Oct)
**Importance:** High

EIC Region 3 Weekly Report for Mon-Sat, October 21 to October 26, 2013.  Below and attached.
Sam.

| | | | | |
|---|---|---|---|---|
| 3 | Issuance | 26 | | **(5) Hidalgo County:**<br>La Joya City Hall Unit #17:  EIC # 37826757, Gonzalez, Selina Ludivina<br>Weslaco Business & Visitor Center Unit #17:<br>    EIC # 37835211, Serna, Selina Edith<br>    EIC # 37835290, Gonzalez, Adrian<br>Mercedes City Hall Unit #20:  EIC # 37826530, Macias, Diana Victoria<br>City of San Juan Unit #15:  EIC # 37830715, Bustamante, Adrian<br>**(2) Starr County:**<br>Roma Library Unit #16:  EIC # 37844672, Salinas, Juan Carlos<br>La Rosita Unit #15:  EIC # 37844638, Sepulveda, Guillermo<br>**(1) Kinney County:**<br>Kinney Co Courthouse Unit #72, EIC # 37844676, Gomez, Javier Mateo<br><br>**(1) Corpus Christi (Station 301):**  EIC # 37844947, Krack, Mathew Micah<br>**(1) Harlingen (Station 308):**  EIC # 37841065, Rodriguez, Kamie Ranae<br>**(16) Weslaco (Station 321):**<br>    EIC # 37823391, Carranza, Elizabeth Ayala<br>    EIC # 37827900, Martinez, Vanessa Lee<br>    EIC # 37833298, Gonzalez, Juan<br>    EIC # 37833192, Cantu, Oralia<br>    EIC # 37836385, Cantu, Ricardo Jr.<br>    EIC # 37836697, Gonzlalez, Oralia Ann<br>    EIC # 37836612, Gonzalez, Daniella Lynn<br>    EIC # 37836801, Tovias, David<br>    EIC # 37837172, Castillo, Jesse<br>    EIC # 37837405, Rodriguez, Blas<br>    EIC # 37837662, Segura, Joseph Dylan<br>    EIC # 37837712, Castillo, Juan David |

| | | | |
|---|---|---|---|
| | | | EIC # 37838523, Rojas, Laura Celina<br>EIC # 37832655, Loysoya, Fernando<br>EIC # 37842437, Aguirre III, Benito<br>EIC # 37834617, Alaniz, Brandon Lee |
| | **Inquiry** | 206 | **Hidalgo County:**<br>**Inquiry had valid ID/DL**<br>17 - McAllen City Hall Unit #15<br>15 - Mercedes City Hall Unit #20<br>7 - La Joya City Hall Unit #17<br>57 - Hidalgo City Hall Unit #17<br>4 - Edinburg City Hall Unit #15<br>11 - Weslaco Business & Visitor Center Unit #17<br>7 - City of San Juan Unit #15<br>**Inquiry for information only**<br>1 - La Joya City Hall Unit #17, Customer was needing supporting document<br>1 - Weslaco Business & Visitor Center Unit #17, Customer was needing Birth Certificate<br>**Starr County:**<br>**Inquiry had Valid DL/ID**<br>3 - Nutrition Center, Rio Grande Unit #15<br>20 - Starr County Courthouse Annex Unit #17<br>16 - Starr County Courthouse Unit #20<br>7 - Roma Library Unit #16<br>6 - La Rosita Library Unit #15<br>**Inquiry for information only**<br>1 - Rosita Library Unit #15, Customer needed birth certificate<br>2 - Roma Library Unit #16, Customer needed birth certificate<br>1 - Roma Library Unit #16, Applicant was not a US Citizen<br>1 - Starr Co Courthouse Unit #20, Qualified but missing documents<br><br>**Nueces County:**<br>**Inquiry had valid DL/ID**<br>4 - Greenwood Sr Center Unit #24, Individuals had valid Driver License.<br>**Inquiry for information only**<br>1 - Nueces Co Courthouse Unit #21, Applicants were just asking for information.<br>1 - Flour Bluff ISD Unit #23: Individual asked for explaination of EICs.<br>1 - Greenwood Sr Center Unit #24, Individual did not have birth certificate. |

|  |  |  |  |  |
|---|---|---|---|---|
|  |  |  |  | **San Patricio County:**<br>**Inquiry for information only**<br>1 - City Hall Annex Unit #22, Customer inquired about required documentation for EIC. Said he would return.<br>**Kinney County:**<br>**Inquiry had valid DL/ID/Passport**<br>1 - Kinney Co Courthouse Unit #72, Applicant was in possession of passport.<br>**Inquiry for information only**<br>1 - Kinney Co Courthouse Unit #72, Applicant was not old enough.<br>1 - Kinney Co Courthouse Unit #72, Individual was just inquiring for information.<br>**Edwards County:**<br>**Inquiry had valid DL/ID**<br>1 - Sherriff's Office Unit #75, Individual was in possession of TXDL.<br><br><br>**Region 3:**<br>12 - Inquiry had valid DL/ID<br>3 - Inquiry did not have proof of citizenship<br>5- Inquiry for information only |

*DLD Vision: We are creating a faster, easier, and friendlier driver license experience and a safer Texas.*
**Samuel J. Silva**
**Driver License Regional Manager**
*O: (956) 565-7210*
*M: (956) 369-4517*

TEX0491494