

**TEXAS DEPARTMENT OF PUBLIC SAFETY**
5805 N. LAMAR BLVD • BOX 4087 • AUSTIN, TEXAS 78773-0001
DRIVER LICENSE INFORMATION
www.dps.texas.gov
512/424-2600
EN ESPANOL 512/424-7181

JAVIER MATEO GOMEZ

**Attached is your new driver license/identification card/election certificate.**

Please check your new attached card very carefully. If you find any errors, email DriverLicenseErrors@dps.texas.gov or call the Contact Center at (512) 424-2600. If there are no errors it is very important that you destroy your previous driver license or identification card. It is a violation of Texas State Law to have more than one driver license or identification card in your possession. If you are receiving an election certificate, this means you have no other form of valid identification in your possession.

> Did you know you can….
> - Get your driver record immediately online at www.texas.gov
> - Pay Driver Responsibility Program surcharges at www.txsurchargeonline.com
> - Pay Driver License reinstatement fees at www.texas.gov/driver
>
> Did you know for a driver license or identification card you have….
> - 30 days to change your address when you move
> - An option to record an emergency contact phone number, directive to physician and allergic reactions to drugs on the reverse side of your card

Be the Frontline Protection for Texas
Become a Texas State Trooper
www.joindps.com

**2:13-cv-193**
**09/02/2014**
**DEF1264**

STATE OF TEXAS ELECTION CERTIFICATE
EC# 37844676
Date of Birth
Expiration Date 06/27/2020
GOMEZ JAVIER MATEO
FOR ELECTION PURPOSES ONLY CANNOT BE USED AS IDENTIFICATION

10/29/2013 ELV

TEX0491495