| | |
|---|---|
| **From:** | Vinger, Tom |
| **To:** | 'Ross Ramsey' |
| **CC:** | Julian Aguilar |
| **Sent:** | 9/19/2013 2:44:55 PM |
| **Subject:** | RE: EIC question |

Correct.

**From:** Ross Ramsey [mailto:rramsey@texastribune.org]
**Sent:** Thursday, September 19, 2013 2:13 PM
**To:** Vinger, Tom
**Cc:** Julian Aguilar
**Subject:** Re: EIC question

Tom:

Want to make sure I've got this right: You guys don't check warrants on EICs, so no EICs are denied for that reason. Correct?



Ross Ramsey
The Texas Tribune - Executive Editor
823 Congress Ave., Suite 1400 - Austin, TX 78701
www.texastribune.org

M (512) 750-6235  O (512) 716.8611  F (512) 716.8601

Twitter: @rossramsey
Facebook: ramsey57

On 19 Sep 2013, at 1:54 PM, "Vinger, Tom" <Tom.Vinger@dps.texas.gov> wrote:

Julian,

The answer is no.

The statement released yesterday noting that it is routine to check for outstanding warrants during transactions at Texas Driver License Offices only applies to driver licenses and personal ID cards; it does not apply to Election Identification Certificates.

*Tom Vinger*
*Press Secretary*
*Texas Department of Public Safety*
*Media and Communications Office*
*(512) 424-2607*
tom.vinger@dps.texas.gov(Please note new email address.)

2:13-cv-193
09/02/2014
**DEF1266**

**From:** Julian Aguilar [mailto:jaguilar@texastribune.org]
**Sent:** Wednesday, September 18, 2013 6:12 PM

TEX0491875

**To:** Vinger, Tom
**Subject:** EIC question

I know it's late and I don't expect a response this evening. Just wanted to get a head start on tomorrow.

Does the department check if an applicant for an EIC has warrants?

If so, is the applicant denied an EIC?

Julián Aguilar
jaguilar@texastribune.org
(214) 718-3332
1140 E. Rio Grande #C20
El Paso, Texas 79902

TEX0491876