| | |
|---|---|
| **From:** | Silva, Samuel |
| **To:** | Rodriguez, Tony |
| **CC:** | Daughtry, Lisa; O'Connor, Ryan |
| **Sent:** | 11/8/2013 4:52:04 PM |
| **Subject:** | EIC Region 3 Weekly Report (Monday 4 Nov - Friday 8 Nov) - Issuance: 3, Inquiry: 0 |

EIC Region 3 Weekly Report for Monday November 4 through Friday November 8. As expected, there is a big reduction in activity. Have a great weekend.

| | | | |
|---|---|---|---|
| **EIC Region 3 Weekly Report (Monday 11/04/13 - Friday 11/08/2013)** ||||
| **3** | **Issuance** | 3 | **Weslaco (Station 321)**<br>　　EIC # 37871752, Rodriguez, Atzlan Jose Luis<br>　　EIC # 37873308, Garcia, Maria Reveca<br>**Palmview (Station 329)**<br>　　EIC # 37867111, Reeder, Nancy Ann |
| | **Inquiry** | 0 | Zero inquiries. |

Sam.

*DLD Vision:  We are creating a faster, easier, and friendlier driver license experience and a safer Texas.*
*Samuel J. Silva*
*Driver License Regional Manager*
*O: (956) 565-7210*
*M: (956) 369-4517*



2:13-cv-193
09/02/2014
DEF1267

TEX0491894