| | |
|---|---|
| **From:** | Crawford, John |
| **To:** | Rodriguez, Tony |
| **Sent:** | 7/19/2013 4:06:09 PM |
| **Subject:** | RE: EIC Report CHANGE |

Tony,
As of 4 PM today, we're showing two certificates issued this week:  1 on 7/16 and 1 on 7/18.

Regards,
John Crawford

---

**From:** Rodriguez, Tony
**Sent:** Monday, July 15, 2013 5:37 PM
**To:** Rodriguez, Tony; Peters, Joe; Watkins, Paul; Bell, Stephen; Winkley, Salestus; Berkley, Johnnie; Silva, Samuel; Valenzuela, Estella; Valdez, Tomas; Hubbard, Barbara; Garcia, Joseph; Smith, Janie; Melcher, Lori; Gomez, Enrique; Mastracchio, JoeAnna; Ron Grahovec; Crawford, John; Vinger, Tom; Cesinger, Katherine; Hunter, Stephanie; Wells, Charles; Barber, David; Muniz, Barbara; Segundo, Carolina
**Subject:** EIC Report CHANGE

Ladies and gentlemen,
We are changing the reporting cycle for EIC reports from daily to a weekly report.  The next EIC report you will receive will be on Friday.  Regions will provide me a roll-up of issuances and inquiries by 4:00 and I will turn the report around by 5:00.

** I already have your information for today, please do not duplicate this information in your report(s) on Friday.

v/r

*Tony Rodriguez*

Customer Operations Senior Manager – South and West
Driver License Division
Texas Department of Public Safety
tony.rodriguez@dps.texas.gov
512.424.5657 (O)
512.739.9709 (C)
512.424.5233 (F)

The Driver License Division is committed to quality and excellence in customer service. Please share your thoughts with us via our online customer service survey at: http://www.survey.utexas.edu/txdps/

2:13-cv-193
09/02/2014
**DEF1268**

TEX0491969