| Driver License Customer Service Volumes | | | |
|---|---|---|---|
| Week of: | 10/28/13 - 11/01/13 | | |
| Office Name | Customer Volume | Average Wait: Renewal & Replacements | Average Wait: Original Transactions* |
| Houston - Dacoma | 2,026 | 0:13:14 | 0:14:27 |
| Houston - East | 1,336 | 0:12:41 | 0:22:36 |
| Houston - Gessner - Mega | 5,651 | 0:12:31 | 0:40:56 |
| Houston - Grant Road | 1,607 | 0:23:31 | 0:30:30 |
| Houston - Townhurst | 2,537 | 0:28:38 | 0:55:38 |
| Houston - Vantage Pkwy | 1,444 | 0:13:18 | 0:14:50 |
| Houston - Winkler | 1,668 | 0:17:04 | 0:22:11 |
| Baytown | 1,043 | 0:18:46 | 0:34:03 |
| Conroe | 1,281 | 0:08:05 | 0:17:02 |
| Humble | 1,426 | 0:26:43 | 0:55:33 |
| Pasadena | 1,381 | 0:20:21 | 0:20:00 |
| Spring - Mega | 3,281 | 0:12:21 | 0:11:14 |
| Rosenberg - Mega | 3,843 | 0:05:01 | 0:04:41 |

*Original Transactions take longer due to federal requirements.

Offices with NemoQ measure the time a customer waits from the time the customer receives a ticket to the time the customer is summoned by a Custmer Service Representative.

As of May 20, 2013, the Mega Centers in Spring, Rosenberg, and Gessner, are equipped with Qless technology. Qless allows customers to join the queue before they arrive at an office as well as once they arrive at an office. Wait time for these two offices is measured from the time a customer in the office joins the queue until they are called by a DL Customer Service Representative. The goal is to use newer queuing technology at all DL offices to enhance customer convenience and better reflect total wait times. These new technologies require increased internet bandwidth at the DL offices and the Department is working with service providers to deploy the new technology beginning with the offices with the largest volume of customers.

All locations designated as Mega Centers implemented an Extended Hours schedule on January 7th, 2013.
**These offices are open 7:30 AM - 6:00 PM Monday - Thursday and 7:30 AM - 5:00 PM on Fridays.**



2:13-cv-193
09/02/2014
DEF1269

TEX0492012