| | |
|---|---|
| From: | Witt, Bryan |
| To: | motley county tribune |
| Sent: | 10/23/2013 1:33:44 PM |
| Subject: | EIC Location in King County |

## Counties processing Election Identification Certificates

Members of the media:
King County will be issuing Election Identification Certificates (EIC) to Texans who do not already have an acceptable form of photo identification necessary to vote.

For locations, dates and times that EICs will be available in King County, contact:

King County
Duane Daniel
County Judge
kcjudge@caprock-spur.com
806-596-4411

For more information regarding EICs, including eligibility guidelines and necessary documentation, visit
http://www.txdps.state.tx.us/director_staff/media_and_communications/pr092413a.htm

We appreciate your help in informing the public about EICs as well as when and where EICs are available in King County.


**Kenneth Bryan Witt, Sergeant**
**PIO/Media and Communications**
**1302 Mac Davis Lane**
**Lubbock, TX 79401**
Office: (806) 472-2813
Cell: (806) 252-0130

