

# DRIVER LICENSE DIVISION

2:13-cv-193
09/02/2014
**DEF1272**

## The following DL offices are open Saturdays 10am - 2pm until November 6th 2013 for
## Election Certificates ONLY
### This card cannot be used for identification

Esta oficina estará abierta los sabádos de 10am - 2pm hasta el 6 de Noviembre de 2013
**SOLAMENTE para Certificados de Elección**
Esta tarjeta no puede utilizarse como método identificación

To apply, complete the Election Identification Certificate (EIC) application. Bring documentation with you to verify your: U.S. citizenship and Identity.

Para aplicar, llene la solicitud de certificado de identificación electoral (EIC).
Traiga con usted documentación para verificar su: identidad y ciudadanía estadounidense.



| DPS Region | Counties | Offices | DPS Region | Counties | Offices |
|---|---|---|---|---|---|
| 1A | Dallas | Carrolton<br>Cedar Hill<br>Dallas East<br>Dallas Southwest<br>Garland Mega Center<br>Garland<br>Grand Prairie<br>Irving | 3 | Hidalgo | Edinburg<br>Mission<br>Weslaco |
| 1B | Collin | McKinney<br>Plano | | Cameron | Brownsville<br>Harlingen |
| 1B | Denton | Denton<br>Lewisville | | Nueces | Corpus Christi |
| 1B | Tarrant | Arlington<br>Ft Worth Mega Center<br>Fort Worth South<br>Hurst<br>Lake Worth | 4 | El Paso | Gateway<br>Hondo Pass<br>Northwest<br>Scott Simpson |
| 2A | Harris | Dacoma<br>Gessner Mega Center<br>Grant Road<br>Vantage Parkway | 6A | Bexar | Leon Valley Mega Center<br>Babcock<br>General Mac<br>San Antonio Southeast<br>Pat Booker |
| 2B | Fort Bend | Rosenberg Mega Center | 6B | Travis | Austin-Northwest<br>Austin-South<br>Pflugerville Mega Center |
| 2B | Harris | Baytown<br>Houston-East<br>Humble<br>Pasadena<br>Spring Mega Center<br>Webster<br>Winkler | 6B | Bell | Killeen<br>Temple |

*Faster, easier, friendlier service*