### TEXAS DEPARTMENT OF STATE HEALTH SERVICES
### Vital Statistics Unit Search

User: FI⬛

| Child's Information | | Print this certificate | | | | |
|---|---|---|---|---|---|---|
| First Name | Middle Name | Last Name | Suffix | Date of Birth | County of Birth | Sex |
| ⬛ | | | | | | |

| Mother's Information | | | |
|---|---|---|---|
| First Name | Middle Name | | Maiden Name |
| ⬛ | | | |

| Father's Information | | | |
|---|---|---|---|
| First Name | Middle Name | Last Name | Suffix |
| ⬛ | | | |

Misc. Information
State File Number
⬛

Back | Return to Search Screen

To the right of "**Child's Information**" is information on printing this person's certificate.

If a button "Print this certificate" appears, click it to go to the print screen.

**Election Identification Certificate Use Only**



10/3/2013

dshs.state.tx.us/txthinsecurityapp/ui/Detail.aspx

2:13-cv-193
09/02/2014
**DEF1276**

TEX0492230