| | |
|---|---|
| **From:** | Arriaga, Amanda |
| **To:** | Watkins, Paul |
| **Sent:** | 10/3/2011 12:25:49 PM |
| **Subject:** | FW: Q & A re: DL |
| **Attachments:** | Houston Office Locations.png; Rosenberg Location Checklist Criteria.png; Spring MegaCenter Location Checklist.pdf |

Paul, I think I'm ready to send all the answers when you send me the DFW maps and checklists.

Thanks,
Amanda

---

**From:** Arriaga, Amanda
**Sent:** Sunday, October 02, 2011 7:06 AM
**To:** Davio, Rebecca; Terry, Michael; Watkins, Paul
**Subject:** Q & A re: DL

2:13-cv-193
09/02/2014
**DEF1281**

All,

We received several positive responses thanking us for the email we sent out re: DL. We ended up sending to all Houston, DFW, SA area legislators and our oversight committee chairs. We also received many questions. To make sure we didn't miss any questions, here is the comprehensive list of questions, along with the answers I saw come in. A few answers need some additional information. For the others, let me know if these are good to send.

Thanks,
AAA

<u>From Sen. Gallegos:</u>

Q: Thanks for keeping us informed of the changes at DPS due to enacted legislation. I did want to let you know that Senator Gallegos is concerned that the 2 MegaCenters designated for the Houston area are in Ft. Bend County - Richmond and far north Harris County in Spring, neither location would be accessible to individuals who use public transit. Could you share with us all the criteria used in selecting the locations, and is this decision final? Thanks.

A: In January 2011, DL entered into a contract with Texas State University (TSU) to do a Business Intelligence Analysis of the present and future office locations for DL. TSU was asked to look at the population density as it presently existed, look ahead using census data, and recommend where new offices should be located based on the population growth of Texas. In the Houston Metropolitan area, their recommendations were to place two MegaCenters, offices defined as having 25 or more employees, in the Katy area and in the Spring area north of Houston. These locations were picked based on their computer modeling of the population growth anticipated in the major Houston Metropolitan area.

The Texas Facilities Commission was provided these recommendations, along with the corresponding zip codes, and asked to find facilities preferably in the optimal areas as identified in the attached map. The closest location the TFC could find near Katy was in Rosenberg. The location was evaluated based on 14 criteria in the attached checklist and received high scores. We believe the location will provide expanded customer service to the Katy area, the southwest section of the Houston Metropolitan area, and pull customers from the overcrowded offices of Gessner and other northwest area offices.

The Spring location, located at Spring Cypress Rd. and Kuykendahl Rd. was evaluated using the same criteria. The location checklist for this site is also included.

We would be happy to provide a briefing to Sen. Gallegos on the TSU analysis and the TFC selection criteria at his convenience.

<u>From Rep. Burnam:</u>

Q: The requests are that we provide Craig with the information from the Business Intelligence that told us where to locate the two DFW mega centers and the list of possibilities the Facilities Commission provided us for those two locations.

A: In January 2011, DL entered into a contract with Texas State University (TSU) to do a Business Intelligence Analysis of the present and future office locations for DL. TSU was asked to look at the population density as it presently existed, look ahead using census data, and recommend where new offices should be located based on the population growth of Texas. In the DFW area, their recommendations were to place two MegaCenters, offices defined as having 25 or more employees, in the _____ area. These locations were picked based on their computer modeling of the population growth anticipated in the Metroplex area.

Need to provide the map of the DFW locations, similar to what we will provide to Sen. Gallegos about Houston. Also, I don't know if we have the list from TFC, or if they have to ask for it directly from them.

From Rep. Patrick:

Q: What will replace the ID's with "temporary visitor" notation? Will this be elsewhere on the ID or is the state eliminating ID's issued to temporary visitors?

A: The Limited Term license effectively replaces the "Temporary Visitor" license. The license is revised in the following manner:

These revisions include:
- Removal of all references to "Temporary Visitor" from the face of driver licenses and identification cards
- Modifying the expiration date of limited term driver licenses and identification cards to correspond to the expiration of customers lawful presence unless statute provides otherwise (i.e.; provisional driver licenses)
- Modifying the orientation of limited term licenses to a horizontal orientation, comparable to other driver licenses and identification cards, with the exception of Under 21 licenses

I think we also need to be specific that we have both limited term IDs and DLs. So, I recommend the first sentence of the answer be: Persons that previously held "temporary visitor" Identification cards will now receive a "limited term" identification card when it comes time for them to renew.

From Rep. Sheets:

Would like a briefing on DL issues this coming week. (Please note: he is actually interested in the status of the veteran's designation).


From Rep. Bohac:

Q: Thanks so much for passing this along. I really appreciate you keeping us in the loop as we do get questions from constituents on these issues. First question, what is a limited term driver's license? Second, from what I understand we are now going to require proof of citizenship to get and renew a driver's license. Is that correct? What are the ways that will be accepted to prove that? Any information that you could pass along would be great. Thanks for your help.

A: The limited term driver license allows foreign residents in Texas who are in the United States lawfully to operate a motor vehicle. The expiration date of the driver license corresponds to the expiration date of their lawful presence documents.

Yes, new applicants for a driver license or personal identification certificate are required to prove citizenship or lawful presence within the United States. The following is required to prove identity including citizenship status:

# Identification Requirements for a Texas Driver License or Identification Card

**NOTE:** This page only outlines the **identification** requirements for receiving a Texas driver license or identification card. **You must still meet all other requirements** for a driver license or ID card. Additional documents may be required for other requirements.

A driver license is no longer used solely as authorization to drive. The driver license or identification cards are the nationally accepted forms of identification, and both are used daily to establish identity. Therefore, the Department has the responsibility to correctly determine an applicant's identity before issuing a driver license or identification card.

To satisfy the **identity verification requirement** for a Texas driver license or identification card, every applicant must present either one piece of:

**Primary Identification:**
These items are recorded governmental documents (United States, one of the fifty states, a United States territory, District of Columbia, or Canadian province).

| **Primary identification** |
|---|
| **Must include full name, date of birth, and photo** |
| Accepted for identification without additional documentation |
| Texas driver license (DL) or identification certificate (ID) with photo and within two years of expiration date |
| Unexpired United States passport book or passport card |
| United States Citizenship Certificate or Certificate of Naturalization with identifiable photo (N-560, N-561, N-645, N-550, N-55G, N-570 or N-578) |
| Unexpired DHS or USCIS document The document must contain verifiable data and identifiable photo. Examples include:<br>• US Citizen Identification Card (I-179 or I-197)<br>• Permanent Resident Card (I-551)<br>• Temporary I-551 (immigrant visa endorsed with adit stamp) and foreign passport<br>• Temporary Resident Identification Card (I-688)<br>• Employment Authorization Card (I-766)<br>• U.S. Travel Document (I-327 or I-571)<br>• Advance Parole Document (I-512 or I-512L)<br>• I-94 stamped Sec. 208 Asylee with photo<br>• I-94 stamped Sec. 207 Refugee with photo<br>• American Indian Card (I-872)<br>• Northern Mariana card (I-873) |
| Foreign Passport, visa (valid or expired), and Form I-94 with an undefined expiration date (e.g., duration of status). |
| Foreign Passport, visa (valid or expired) and Form I-94 with a defined expiration date. |
| Unexpired United States military ID card for active duty, reserve, or retired personnel with identifiable photo. |
| **Secondary identification** |
| **Recorded governmental documents** |
| **(includes full name and date of birth)** |

TEX0492938

An applicant must present either: **two secondary documents** or **one secondary and two supporting documents**
to establish identity

Original or certified copy of a **birth certificate** issued by the appropriate State Bureau of Vital Statistics or equivalent agency from a U.S. state, U.S. territory, the District of Columbia, or a Canadian province. A birth record issued by a hospital is not acceptable under this category.

Original or certified copy of **U.S. Dept. of State Certification of Birth Abroad** (issued to U. S. citizens born abroad) (Form FS-240, DS-1350, or FS-545)

Original or certified copy of **court order** with name and date of birth (DOB) indicating an official change of name and/or gender from a U.S. state, U.S. territory, the District of Columbia, or Canadian province.

These items consist of other records or documents that aid examining personnel in establishing the identity of the applicant. The following items are not all inclusive. The examining or supervisory personnel may determine that an unlisted document meets the department's needs in establishing identity.

## Supporting identification

Additional records and documents that
aid in establishing identity

An applicant must present **one secondary and two supporting documents** to establish identity

**Social Security card** (actual card)

**Forms W-2** or **1099**

**Numident record** from the Social Security Administration

**Temporary receipt for a Texas driver license or ID** (actual receipt)

**Driver license or ID** issued by another U.S. state, U.S. territory, the District of Columbia, or Canadian province (unexpired or within two years of the expiration date) (actual card) *

**Expired Texas driver license** or **ID** (expired more than two years) (actual card)

**School records*** (e.g., report cards, photo ID cards)

**Military records** (e.g., Form DD-214)

Unexpired **U.S. military dependant identification card** (actual card)

Original or certified copy of **marriage license** or **divorce decree** (U.S. jurisdiction or foreign jurisdiction – if the document is not in English, a certified translation must accompany it)

**Voter registration card** (actual card)*

**Pilot's license** (actual card)*

**Concealed handgun license** (actual card)*

**Professional license** issued by Texas state agency

**ID card** issued by government agency*

A valid **consular document** issued by a state or national government

**Texas Inmate ID card** or similar form of ID issued by TDCJ

TDCJ **parole or mandatory release certificate**

**Federal inmate identification card**

**Federal parole or release certificate**

**Medicare or Medicaid card** (actual card)

**Selective Service card** (actual card)

**Immunization records***

**Tribal membership card** from federally-recognized tribe

**Certificate of Degree of Indian Blood**

Unexpired **foreign passport**

**Insurance policy** (e.g., auto, home, life) (valid continuously for the past two years)

**Texas Vehicle title** (TRC §521.144)

Current **Texas vehicle registration**

Current Texas **boat registration or title**

**Veteran's Administration card** (actual card)

**Hospital issued birth record***

*This document must be issued by an institution, entity, or government from a U.S. state, U.S. territory, the District of Columbia, or Canadian province.

TEX0492940