

**Legend**

- ▲ Actual Mega DLO Location
- ■ Recommended DLO Location
- ◯ Three Mile Search Area
- ◯ Five Mile Buffer

**2015 Weighted Population**

- ☐ 0 to 2,362

2:13-cv-193
09/02/2014

**DEF1282**

TEX0492941