| | |
|---|---|
| **From:** | Blackwell, Summer |
| **To:** | Hernandez, Juan G (Weslaco) |
| **Sent:** | 10/14/2013 5:22:06 PM |
| **Subject:** | FW: 2 of 2: Hidalgo mobile stations for EICs |

Update on this one…with correct link.

Sorry,

Summer

---

**From:** Blackwell, Summer
**Sent:** Monday, October 14, 2013 5:19 PM
**To:** Hernandez, Juan G (Weslaco)
**Subject:** 2 of 2: Hidalgo mobile stations for EICs
**Importance:** High

Sgt. Hernandez,

Good afternoon. There are more EIC mobile units coming to your area. Can you please send or have the appropriate trooper send this out to media outlets in the area today. You know the drill. Call me if you have any questions. Sorry for the short notice and late-in-the-day email, but these location took longer than usual to confirm. Thanks in advance.

*Summer Blackwell*
*Media and Communications*
*Senior Writer*
*Texas Department of Public Safety*
*summer.blackwell@dps.texas.gov*
*(512) 424-2083*

MESSAGE:

Just as a reminder, there will be mobile stations in our area this week issuing Election Identification Certificates (EICs) for Texans who do not already have an accepted form of photo identification necessary to vote. The Texas Department of Public Safety appreciates your help in informing the public about EICs and these convenient mobile stations.

For more information regarding EICs, including eligibility guidelines and necessary documentation, please visit http://www.txdps.state.tx.us/director_staff/media_and_communications/pr092413a.htm.

Dates and times for mobile stations are subject to change. For the most up-to-date schedule, please visit www.voteTexas.gov.

See the following schedule for Hidalgo County locations and times:

### Wednesday, Oct. 16 (all locations 9 a.m. – 4 p.m.)

| Location | Address |
|---|---|
| Community Room – Mission City Hall | 1201 E. 8th Street, Mission, TX |

2:13-cv-193
09/02/2014
**DEF1284**

TEX0493054

| | |
|---|---|
| Hidalgo County Tax Office | 100 N. Closner, Edinburg, TX |
| STC Mid Valley Campus | 400 N. Border, Weslaco, TX |

### Friday, Oct. 18 (all locations 9 a.m. – 4 p.m.)

| Location | Address |
|---|---|
| Palmview City Hall | 400 W. Veterans Blvd., Palmview, TX |
| Pharr City Hall | 118 S. Cage Blvd., Pharr, TX |
| Progreso Community Center | 510 N FM 1015, Progreso, TX |