| | |
|---|---|
| **From:** | Uribe, Roxanne |
| **To:** | Rodriguez, Tony |
| **CC:** | Daughtry, Lisa; O'Connor, Ryan; Silva, Samuel |
| **Sent:** | 12/6/2013 3:41:17 PM |
| **Subject:** | EIC Region 3 Weekly Report (Monday 02 Dec - Friday 06 Dec) - Issuance: 0, Inquiry: 0 |

Below is the EIC Region 3 Weekly Report for Monday December 2nd through Friday December 6th.
Have a great weekend.

| EIC Region 3 Weekly Report (Monday 12/02/13 – Friday 12/06/2013) | | | |
|---|---|---|---|
| **3** | **Issuance** | 0 | Zero issuances. |
| | **Inquiry** | 0 | Zero inquiries. |

*Roxanne Uribe*
Customer Operations Secretary III
Drivers License -- Corpus Christi
Ph: (361) 698-5624 | Fax: (361) 698-5557
roxanne.uribe@dps.texas.gov



TEX0493116