| | |
|---|---|
| From: | Bell, Stephen |
| To: | Vinger, Tom |
| Sent: | 7/22/2013 4:26:21 PM |
| Subject: | RE: |

We are tracking it. Tony is on his way out there. This is the guidance that was sent to everyone.

- Employees must understand if they have any doubt whether to accept request for issuance of an Election Identification Certificate contact a supervisor for assistance. Supervisors, CSRs, and CSAs will always err on the side of caution and issue certificate if in doubt.

v/r
Stephen W. Bell
Customer Operations Senior Manager– North and East
Driver License Division
Texas Department of Public Safety
stephen.bell@dps.texas.gov
512-550-7064 (C)
512-424-2768 (O)



The Driver License Division is committed to quality and excellence in customer service. Please share your thoughts with us via our online customer service survey at: http://www.survey.utexas.edu/txdps/

**From:** Vinger, Tom
**Sent:** Monday, July 22, 2013 3:54 PM
**To:** Rodriguez, Tony; Bell, Stephen
**Subject:** FW:

FYI

**From:** Witt, Bryan
**Sent:** Monday, July 22, 2013 3:49 PM
**To:** Vinger, Tom; Cesinger, Katherine
**Subject:**

FYI. I'm sure you are seeing this statewide but wanted to give ya'll a heads up when it will be in Lubbock. Bryan



TEX0493167