| | |
|---|---|
| **From:** | Fowler, Cynthia (LRS) |
| **To:** | Rodriguez, Tony |
| **CC:** | O'Connor, Ryan; Daughtry, Lisa; Vasquez, Esther; Goforth, Lydia; Garcia, Olivia; Trautman, Deanna R |
| **Sent:** | 11/6/2013 4:59:51 PM |
| **Subject:** | EIC Region 3 Weekly Report -Monday 28 Oct - Saturday 2 Nov |
| **Attachments:** | 20130611_TEKELL,DEBORAH JOYCE.pdf |

*Tony,*

*EIC #37866669 Tekell, Deborah Joyce - DL #37148762 expired since 9-03-2013, submitted a voluntary form DL-2 and DL - Valid Issuance - documents and mail date. attached.*


*Respectfully*

*Cynthia Fowler*
*License & Record Service*
*Cynthia.Fowler@dps.texas.gov*
*512-424-2744*
*We are creating a faster, easier and friendlier driver license experience and a safer Texas*

2:13-cv-193
09/02/2014
DEF1287