


# Test Summary Report

CR 6676

**December Release 2011:**

TEST SUMMARY REPORT

| QA Lead | Tiffany Stubbings / Darrell Kanak | Date: 12/20/11 |
|---|---|---|
| QA Manager | Phoebe Crouch | Date: 12/20/2011 |
| Customer Approval | | Date: |







## TABLE OF CONTENTS

1. Test Summary Report Identifier ........ 3
2. Summary ........ 3
3. Comprehensive Assessment ........ 5
4. Summary of Defects ........ 6
5. Risks ........ 7
6. Summary of System Test Activities ........ 7







# 1. Test Summary Report Identifier

*TSR.CR6676*

# 2. Summary

This test summary report summarizes the results of the designated testing activities and provides for evaluation based on those results.

The purpose of the December Release 2011 project is set to implement Veteran Initiatives and Election Certificate [formally Voter ID] passed during the 2011 legislative session. Veteran Initiatives addresses two legislative items: 1. Display "VETERAN" on the face of any DL where the applicant has requested to do so and has provided proof of Veteran status. 2. Provide free State Identification [ID] cards to Disabled Veterans who provide proof of Disabled Veteran status. The Election Certificate functionality will allow US Citizens who are Texas residents of voting age to receive free photo identification ONLY for the purpose of voting if they do not hold any other form of photo identification.

This project is made up of several tickets which affect various functional areas throughout DLS and external interfaces. Below is the list of Jira tickets and associated use cases.

| Jira Number | Use Cases Affected |
|---|---|
| DLS-788<br>Veteran Initiative | DLS Data Dictionary<br>Create Card Production File<br>Create Unlicensed Driver Record<br>Generate Transaction Receipt<br>Modify Driver License<br>Process Duplicate Driver License<br>Process Duplicate ID<br>Process Original Driver License<br>Process Original ID<br>Renew Driver License<br>Renew ID<br>Submit Combine Records<br>Update Record Information<br>View Basic Record |





| Jira Number | Use Cases Affected |
|---|---|
| DLS-789<br>Disabled Veteran ID | Collect Fee<br>Generate Renewal Notice<br>Process Authentication Request |
| DLS-792<br>Election Certificate | Assign Audit Number<br>Create Card Production File<br>Create DL Authentication File<br>Create Files for Validating Address Data<br>Create Voter Registration Extract File<br>Edit Election Certificate Record<br>Generate Transaction Receipt<br>Issue Election Certificate<br>Login to System<br>Perform ICS Inquiry<br>Receive Card production File Information<br>Remake Election Certificate<br>Search for Election Certificate Record<br>Update Record Information<br>View Election Certificate Record<br>View Election Certificate Transaction History |

Below is a breakdown of test results with the pass/fail percentage. All remaining failures were found within existing code and have corresponding deferred defects. After further investigation, some scenarios were deemed invalid based on delivered functionality and business rules. QA also scripted against functionality that has never been implemented in production. These scripts appear in a status of N/A.

All scope items were tested in the designated DLS QA1 environment against the F2 database [DLNDLF]. Test cases were written against the use cases listed in the table above.

| TEST EXECUTION METRICS - VETERAN INITIATIVES | Failed | N/A | No Run | Not Complete | Passed | TOTAL |
|---|---|---|---|---|---|---|
| Disabled Veteran ID | 0 | 3 | 0 | 0 | 59 | 62 |
| Veteran Indicator | 0 | 2 | 0 | 0 | 356 | 358 |
| Election Certificate | 10 | 29 | 0 | 0 | 1359 | 1398 |
| **TOTAL** | **10** | **34** | **0** | **0** | **1774** | **1818** |





**Pass: 97.58%**

**Fail: 0.55%**

**N/A: 1.87%**

**Not Complete: 0%**

**No Run: 0%**

# 3. Comprehensive Assessment

The QA team has completed functional, backend, and regression testing for all functional changes related to the December Release project. QA also conducted an end-to-end test with the card production (L1), TOAS, and mailing (FIS) external vendors. QA produced all necessary files and were provided physical cards to verify. These cards were then sent to FIS in San Antonio to run through their mail process. Also tested by QA was the authentication of records against TOAS through Texas.gov. We were able to run election certificate records through the Renewals and LDR websites. Texas.gov monitored their logs and verified the authentication was successful. See results below. Test cases and execution results are held in the DL Quality Center project. Defects were raised in the DLS Jira project.

TOAS Authentication Results

dps_dl_validation_log

VALIDATION_ID,APPLICATIONID,DL_NUMBER,STATUS,VALIDATION_TS,VALIDATION_CONTEXT,RECORD_KEY

305703,51,4C99A5DADBED0A2F,MATCH,12/19/2011 10:18:40.522229 AM,,34295606

VALIDATION_ID,APPLICATIONID,DL_NUMBER,STATUS,VALIDATION_TS,VALIDATION_CONTEXT,RECORD_KEY

305702,25,13610BDB436D017B,MATCH,12/19/2011 10:10:59.485078 AM,,34295780

The QA team has no involvement in UAT unless defects are discovered or batch runs are needed. If a defect is found during UAT, the QA team will be contacted to verify the defect. Once a fix is in place, QA will retest prior to delivering to the UAT team. QA also provided UAT with all batch output, such as letters. The Technology Solutions team will facilitate UAT.





Additional production defect fixes are included in this code base which are not associated to this release. These defects have been fully retested and verified. Regression testing around the affected area was also performed to insure code integrity.

# 4. Summary of Defects

Two outstanding items for the release are the following: "Veteran" indicator does not appear on DL's for applicants under the age of 21 [veritical cards]; Audit number does not appear on the Election Certificate card. It has been agreed by DL Business Sponsors and IT that these items are not showstoppers for the release to be deployed. The changes for these items are on the L1 side only and will be scheduled for correction sometime later in January 2012. Defects in the attached defect report were discovered while testing Veteran Initiatives and Election Certificate code. Defects discovered within existing code have been indicated by displaying "EXISTING" in the Comments column.

**DEFECT METRICS:** Below is a breakdown of defects by Severity with percentages. Also included are metrics for "Existing" defects [defects found in existing code and not caused by new code changes].

| DEFECT METRICS | NEW | OPEN | REOPEN | DEFERRED | FIXED | REJECTED | CLOSED | TOTAL |
|---|---|---|---|---|---|---|---|---|
| BLOCKER | 0 | 0 | 0 | 0 | 0 | 0 | 4 | 4 |
| CRITICAL | 0 | 0 | 0 | 1 | 0 | 1 | 11 | 13 |
| MAJOR | 0 | 0 | 0 | 3 | 0 | 10 | 35 | 48 |
| MINOR | 0 | 0 | 0 | 2 | 0 | 2 | 32 | 36 |
| TRIVIAL | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| TOTAL | 0 | 0 | 0 | 6 | 0 | 13 | 82 | 101 |

| % Blocker | 3.96% |
|---|---|
| % Critical | 12.87% |
| % Major | 47.52% |
| % Minor | 35.64% |
| % Trivial | 0.00% |

| % Existing Defects | 10.89% |
|---|---|







## 5. Risks

| Risk # | Probability | Risk description | Mitigation |
|---|---|---|---|
| 1 | Medium | High number of existing defects discovered during testing. This will increase testing and development time. | Review each defect with business and only fix defects which have a big impact on new and existing functionality |
| 2 | Medium | Change requests discovered and added last minute. This will increase testing and development time. | Change requests can be accommodated without drastically affecting the end date depending on discovery date and size of change. |
| 3 | Medium | QA resource availability due to other DL or non-DL work. | Prioritization of other DL projects so that additional resources can be pulled onto the December Release if needed. Also, write scripts so that other non-DL members within the QA group can assist. |
| 4 | High | QA and UAT efforts executing in parallel. | Separate environments have been setup for QA and UAT so there is no overlap in batch processes or corruption of data. |
| 5 | High | Texas.gov cannot accommodate changes for Disabled Veteran ID. Best/Dear contributions cannot be removed from Texas.gov website for DV ID renewals until after we deploy | QA has tested renewals of Disabled Veteran IDs including Best and Dear contributions. The correct amount is charged, the renewals batch handles the contributions but does not propogate to the next renewal of the same ID. This is a work-around until the contributions can be removed. |
| 6 | High | FIS for Election Certificates was out of scope for this project. | If time allows, some test cards will be sent to FIS to verify they can successfully scan the magnetic stripe in order to retrieve the mailing address of the applicant. |

## 6. Summary of System Test Activities

See December Release 2011 Project Plan

