| From: | Soto, Adriana |
|---|---|
| To: | Rodriguez, Tony |
| CC: | Valdez, Tomas; Muniz, Barbara |
| Sent: | 8/16/2013 3:26:33 PM |
| Subject: | EIC Weekly Report-August 16, 2013 |

Tom,

Please see attached EIC for Region V.

| | | 16 August Weekly EIC Report | |
|---|---|---|---|
| 1A | Issuance | 0 | |
| | Inquiry | | |
| 1B | Issuance | 0 | |
| | Inquiry | | |
| 2A | Issuance | 0 | |
| | Inquiry | 0 | |
| 2B | Issuance | 0 | |
| | Inquiry | 0 | |
| 3 | Issuance | 0 | |
| | Inquiry | 0 | |
| 4 | Issuance | 0 | |
| | Inquiry | 0 | |
| 5 | Issuance | 0 | |
| | Inquiry | 0 | There have been no inquiries |
| 6A | Issuance | 0 | |
| | Inquiry | | |
| 6B | Issuance | 0 | |
| | Inquiry | | |
| Total EICs Issued Today | | 0 | |
| Total EIC Inquiries Today | | | |
| Total EICs Issued to Date | | | |
| Total EIC Inquiries to Date | | | |

*Adri*

*Adriana Soto*
**Assistant Manager**
*1302 Mac Davis Lane*
*Lubbock, TX 79401-1826*
✆ *806-472-2851/ C: 806-319-2535*
7 *806-472-2848*
8 *adriana.soto@dps.texas.gov*



TEX0493778