**From:**      Rodriguez, Tony
**To:**       Berkley, Johnnie; Bell, Stephen
**Sent:**     10/7/2013 12:06:37 PM
**Subject:**   RE: EIC Report 1B (Correction)


Good to go

v/r

*Tony Rodriguez*

**Customer Operations Senior Manager – South and West**
**Driver License Division**
**Texas Department of Public Safety**
tony.rodriguez@dps.texas.gov
512.424.5657 (O)
512.739.9709 (C)
512.424.5233 (F)

---

**From:** Berkley, Johnnie
**Sent:** Monday, October 07, 2013 12:05 PM
**To:** Rodriguez, Tony; Bell, Stephen
**Cc:** Berkley, Johnnie
**Subject:** EIC Report 1B (Correction)


Corrections in red.


Stephen Berkley, 1B Regional Manager
8301 Brentwood  Stair Road
Fort Worth, Texas 76120
Cell: 817-304-2827

---

**From:** Berkley, Johnnie
**Sent:** Monday, October 07, 2013 10:00 AM
**To:** Rodriguez, Tony; Bell, Stephen
**Cc:** Berkley, Johnnie; Hunter, Stephanie
**Subject:** EIC Report 1B

2:13-cv-193
09/02/2014
DEF1294
exhibitsticker.com

       Mobile EIC activity:

·   49 inquiries that asked for information but did not want to be issued.
·   40 inquiries that did not qualify. ( 38 had driver license, 2 required documentation)
·   4 EICs issued:
     37766614 (Leon Lambert II issued Tarrant County Sub Courthouse Arlington on 10-01-13)
     37766530 (Jacqueline Flemons issued Griffin Sub Courthouse Fort Worth on 10-01-13)
     37766194 (Rickey Johnson issued JPS Health Center-Viola Pitts Como Fort Worth on 10-01-13)
     37766298 (Joy Cannon issued JPS Health Center-Viola Pitts Como Fort Worth on

TEX0493792

10-01-13)

Saturday EIC activity:

· Inquiries that did not qualify: None
· Issuances: Hurst DLO (EIC# 37780786, Gary Lynn McDowell, DOB 01-13-54)
· Inquiries requesting information only: None

   Daily EIC office activity:

· 09-30-13 Lake Worth DLO: Individual came in and asked to get an EIC.
  He did not qualify because he has a valid DL in the system.

· 10-01-13 Denton DLO: Individual came into the Denton office and
  inquired about an EIC, however he already had a Texas driver license.

· 10-02-13 McKinney DLO: Phone call; Individual stated she has a valid
  Texas driver license.  She also inquired about her disabled son getting
  an election certificate and it was determined that he also has a valid
  Texas driver license.

Stephen Berkley, 1B Regional Manager
8301 Brentwood  Stair Road
Fort Worth, Texas 76120
Cell: 817-304-2827

TEX0493793