| | |
|---|---|
| **From:** | Carter, Thomas |
| **To:** | Rodriguez, Tony; Daughtry, Lisa; O'Connor, Ryan |
| **Sent:** | 11/18/2013 3:43:17 PM |
| **Subject:** | EIC Weekly Report - Week of 11/11/13 |

Region 2A- No inquiries and none issued.

**Tom Carter**
**Regional Manager, Region 2A**
**281-517-1378 office**

thomas.carter@dps.texas.gov



*The Driver License Division is committed to quality and excellence in customer service. Please share your thoughts with us via our online customer service survey at:*
http://www.survey.utexas.edu/txdps/

2:13-cv-193
09/02/2014
DEF1295

TEX0493828