| From: | Muniz, Barbara |
|---|---|
| To: | Rodriguez, Tony |
| CC: | Valdez, Tomas |
| Sent: | 8/9/2013 2:49:40 PM |
| Subject: | EIC Weekly Report-August 9 2013 |

Tony,

Please see attached EIC for Region V.

<table>
<tr><td colspan="3">9 August Weekly EIC Report</td></tr>
<tr><td rowspan="2">1A</td><td>Issuance</td><td>0</td><td></td></tr>
<tr><td>Inquiry</td><td></td><td></td></tr>
<tr><td rowspan="2">1B</td><td>Issuance</td><td>0</td><td></td></tr>
<tr><td>Inquiry</td><td></td><td></td></tr>
<tr><td rowspan="2">2A</td><td>Issuance</td><td>0</td><td></td></tr>
<tr><td>Inquiry</td><td>0</td><td></td></tr>
<tr><td rowspan="2">2B</td><td>Issuance</td><td>0</td><td></td></tr>
<tr><td>Inquiry</td><td>0</td><td></td></tr>
<tr><td rowspan="2">3</td><td>Issuance</td><td>0</td><td></td></tr>
<tr><td>Inquiry</td><td>0</td><td></td></tr>
<tr><td rowspan="2">4</td><td>Issuance</td><td>0</td><td></td></tr>
<tr><td>Inquiry</td><td>0</td><td></td></tr>
<tr><td rowspan="2">5</td><td>Issuance</td><td>0</td><td></td></tr>
<tr><td>Inquiry</td><td>4</td><td>8/5/13 Lubbock had 1 inquiry. A gentleman came into the office and asked about the qualifications to obtain an EIC. He was given the information.<br>8/5/13 Dimmitt had 1 inquiry. A gentleman inquired about getting a voter registration card. He thought the card was a hard copy of the voter registration card instead of a paper copy. He has a TX ID that expires 2017.<br>8/5/13 Wichita Falls had 1 inquiry the customer opted for and ID card when they were told that it could only be used for election purposes and not for cashing checks.<br>8/8/13-Lubbock telephone inquiry. Caller requested the requirements to obtain an EIC, was given the information requested.</td></tr>
<tr><td rowspan="2">6A</td><td>Issuance</td><td>0</td><td></td></tr>
<tr><td>Inquiry</td><td></td><td></td></tr>
<tr><td rowspan="2">6B</td><td>Issuance</td><td>0</td><td></td></tr>
<tr><td>Inquiry</td><td></td><td></td></tr>
<tr><td colspan="2">Total EICs Issued Today</td><td>0</td><td></td></tr>
<tr><td colspan="2">Total EIC Inquiries Today</td><td></td><td></td></tr>
<tr><td colspan="2">Total EICs Issued to Date</td><td></td><td></td></tr>
<tr><td colspan="2">Total EIC Inquiries to Date</td><td></td><td></td></tr>
</table>

*Thank you,*



TEX0493937

*Barbara Muniz*

*Barbara Muniz*
*Regional Secretary*
*Lubbock Driver License- Region V*
*1302 Mac Davis Lane*
*Lubbock, TX 79401-1826*

*( 806-472-2852*

*7 806-472-2848*

*8 barbara.muniz@dps.texas.gov*

**EMAIL CONFIDENTIALITY STATEMENTS**
"This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail and delete the message. This e-mail contains the thoughts and opinions of the individual sender only and does not represent official Texas Department of Public Safety policy."

TEX0493938