TXDPS - PPPMO

# Drivers License Mega Centers Project

## Project Closeout Report

**PPPMO Program Manager:  Diana Burns**



2:13-cv-193
09/02/2014
**DEF1297**

TEX0493972

Project Name:  Mega Centers   v 0.05

# Contents

1. Enterprise Project Close Out  Report Approval ................................................................... 3
2. Closeout ............................................................................................................................. 5
    2.1 Closeout Report ........................................................................................................ 5
        2.1.1 Project Benefits ................................................................................................. 5
        2.1.2 Project Alignment ............................................................................................. 5
        2.1.3 Workload Drivers .............................................................................................. 6
        2.1.4 Timeline ............................................................................................................ 6
        2.1.5 Funding ............................................................................................................. 8
        2.1.6 Changes ............................................................................................................ 8
        2.1.7 Project Success Factors .................................................................................... 9
        2.1.8 Lessons Learned ................................................................................................ 9
    2.2 Approval to Close ..................................................................................................... 15
APPENDIX A – APPROVED PPP-1 AND PPP-2 .................. **Error! Bookmark not defined.**

Project Name:  Mega Centers   v 0.05

## 1. Enterprise Project Close Out Report Approval

Seek approval from all key leadership that should provide approval.  At a minimum, approval is required from the Program Sponsor, the Project Sponsor, any Assistant Director who had resources assigned to the project and/or that were identified as key stakeholders for the project, the PPPMO, and the Project Manager.

Approving the Close Out Report means that the signatory agrees with the content as presented here  and agrees that the project is closed.

| Approver Name | Approver Title | Approvers Role | Division | Approval Date | Approval Decision |
|---|---|---|---|---|---|
| Joe Peters | Assistant Director | Project Sponsor | DPS Driver License Division | [Enter the approval date] | [Specify a decision if the Enterprise Project Closeout Report is approved; if not approved, enter the reason] |
| Chris Sarandos | Assistant Director | Key Stakeholder | Information Technology | [Enter the approval date] | [Specify a decision if the Enterprise Project Closeout Report is approved; if not approved, enter the reason] |
| Wayne Mueller | Deputy Assistant Director | Key Stakeholder | Administration | [Enter the approval date] | [Specify a decision if the Enterprise Project Closeout Report is approved; if not approved, enter the reason] |
| Paul Watkins | Deputy Assistand Director | Key Stakeholder | Drivers License Division | [Enter the approval date] | [Specify a decision if the Enterprise Project Closeout Report is approved; if not approved, enter the reason] |
| Stephen Bell | Senior Manager | Key Stakeholder | Driver License Division | [Enter the approval date] | [Specify a decision if the Enterprise Project Closeout Report is approved; if not approved, enter the reason] |
| ~~Enrique Gomez~~ NO LONGER HERE | | [Enter the role of the individual who must approve ] | [Enter the Division] | [Enter the approval date] | [Specify a decision if the Enterprise Project Closeout Report is approved; if not approved, enter the reason] |

Project Name:  Mega Centers   v 0.05

| Approver Name | Approver Title | Approvers Role | Division | Approval Date | Approval Decision |
|---|---|---|---|---|---|
| Kenneth James | DLD Business Project Manager | [Enter the role of the individual who must approve ] | [Enter the Division] | [Enter the approval date] | [Specify a decision if the Enterprise Project Closeout Report is approved; if not approved, enter the reason] |
| Tavia Wendlandt | Facilities Manager | Key Stakeholder | Administration / Facilities | [Enter the approval date] | [Specify a decision if the Enterprise Project Closeout Report is approved; if not approved, enter the reason] |
| James "Eddie" King | Facilities Project Manager | Project Manager | Administration / Facilities | [Enter the approval date] | [Specify a decision if the Enterprise Project Closeout Report is approved; if not approved, enter the reason] |
| Terry Helton | IT Project Manager | Project Manager | Information Technology | [Enter the approval date] | [Specify a decision if the Enterprise Project Closeout Report is approved; if not approved, enter the reason] |
| Diana Burns | Program Manager | PPPMO Program Manager | PPPMO | [Enter the approval date] | [Specify a decision if the Enterprise Project Closeout Report is approved; if not approved, enter the reason] |
| Tony Rodriguez | Senior Manager | Key Stakeholder | Driver License Division | [Enter the approval date] | [Specify a decision if the Enterprise Project Closeout Report is approved; if not approved, enter the reason] |

## 2. Closeout

The Project Manager will notify the PPPMO by sending an email to PPPRequests when they believe they are ready to go into the closeout phase of the project. The PPPMO will be responsible for working with the Project Manager, Project Team, and Stakeholders to validate that scope was fulfilled, all required deliverables were completed, and release of resources occurs.

### 2.1   Closeout Report

The PPPMO will also be responsible for facilitating, gathering, and documenting the following data as part of the closeout report. The purpose is to document planned (from the PPP-1 and PPP-2) versus actual (below) for the project and to capture information that can be used to benefit future projects.

#### 2.1.1   Project Benefits

*List actual or current projected cost savings, time savings, FTE re-allocation, etc. realized by the project*

#### 2.1.2   Project Alignment

| Related To | Describe how the project benefitted or satisfied the DPS Goal. |
|---|---|
| Combat Terrorism and Crime | N/A |
| Enhance Public Safety | N/A |
| Strengthen Statewide Emergency Management | N/A |
| Provide Essential Services | Objective D.2. in the Agency's 2013 – 2017 Strategic Plan that Driver License Division will enhance Licensing and Regulatory Services by providing quality, timely, and essential services to law enforcement, criminal justice partners and eligible customers. The Mega Centers project enhances licensing and regulatory services through enhancement of the department's ability to provide essential services in an expedient manner by reducing wait times in driver license offices . This was done by implementing:<br>1. Larger facilities that are adequately staffed to process over 1000 customers per day.<br>2. Accurate measurement of total wait time by the DL Customer from entry to exit of a DL Facility.<br>3. Staff who have been trained to use the streamlined DLS workflow in a proficient manner.<br>4. Addition of self-service queuing stations to reduce customer initial wait time upon entering a DL office.<br>5. Improve customer experience by ensuring the customer has the proper documentation, prior to their visit, to perform the needed transaction(s) while at a DL Office . |

| Related To | Describe how the project benefitted or satisfied the DPS Goal. |
|---|---|
| Infrastructure | Part of the Statewide Technology Goal is to "Strengthen and Expand the Use of Enterprise Services and Infrastructure" through online applications for licensing and requests for information. For DL, the agency is tasked with the automation and shared services that enhances efficiencies and enables the licensing divisions to better support the public. In addition, implementation of this project allows legal sharing of information to help fight crime and to ensure services are offered through the state portal for License Applications, Driver License renewal, and access to Driver Records. |
| Human Capital | The opening of six mega centers with more than 361[1] new employees was completed. In addition to improved services, the Mega Centers implementation involved recruiting, hiring and placing new employees by September 2012. Skills required for these new positions as well as those that were existing, are more customer service oriented and obtained through specific training. Ultimately, the anticipated workload changes improved services in Driver License, including reclassification of the Customer Services Operation which serves those functions pertaining to Driver License issuance. |

### 2.1.3   Workload Drivers

| Related To | Describe how the project benefitted or satisfied the item. |
|---|---|
| Agency Strategic Objectives | The project was of benefit to the Agency Strategic Objectives by adding facilities, people and technology to improve Drivers License customer services . |
| Legislative Mandate | House Bill 1, Article IX, § 18.07 of the 82nd Legislative Session provided funding for the DL MegaCenter project. The Mega Centers project was to specifically open 6 new Mega Centers in the following locations:  Austin, San Antonio, Dallas, Ft. Worth, Spring and Rosenberg. The purpose of opening these offices was a significant overall reduction in DL Office wait times, by providing a self-service model and increased specialized staffing to support more service windows in each of the Centers. Ultimately these improvements resulted in re-allocation of DL Office FTEs from Information Desks to direct customer service roles. It is important to note that a new way to train all DL employees was established as a result of the implementation of this project. |
| Audit Finding | N/A |
| Other | N/A |

### 2.1.4   Timeline

Planned Project Start Date:  **10/01/2011**     Actual Project Start Date: **10/01/2011**

---

[1] Of the 361 positions legislativeley granted, 60 staff were allocated for the Contact Center, 35 staff were assigned to Accounting and IT positions to facilitate support of DL system requirements, and 266 staff were assigned to direct DL Customer Support positions.

TEX0493977

Project Name:  Mega Centers   v 0.05

Planned Project Completion Date: **06/30/2013**     Actual Finish Date: **09/30/2013**

| Milestone | Actual Completion Date |
| --- | --- |
| Project Kickoff | 10/10/2011 |
| System Solution and Architecture:  Existing Hardware | 1/27/2012 |
| Hardware Development and Testing | 3/5/2012 |
| Request for Proposals:  Biometric Capture Station | 3/30/2012 |
| System Solution and Architecture:  New Hardware | 6/2/2012 |
| DL Training Centers (3) | 8/20/12 |
| New Staff Hiring | 10/30/12 |
| Mega Center Staff Training | 10/30/12 |
| Substantial Completion:  Pflugerville | 7/9/2012 |
| Bring Pflugerville Mega Center online | 11/1/2012 |
| Substantial Completion:  Spring | 8/24/2012 |
| Bring Spring Mega Center online | 12/14/2012 |
| Substantial Completion:  Rosenberg | 9/11/2012 |
| Bring Rosenberg Mega Center online | 12/14/2012 |
| Substantial Completion:  Garland | 8/2/2012 |
| Bring Garland Mega Center online | 12/20/2012 |
| Substantial Completion:  San Antonio | 9/24/2012 |
| Bring San Antonio Mega Center online | 1/18/2013 |
| Substantial Completion:  Fort Worth | 12/6/2012 |
| Bring Fort Worth Mega Center online | 1/31/2013 |

| Milestone | Actual Completion Date |
|---|---|
| Bring New Braunfels Mega Center online[2] | 3/31/2013 |
| Bring Gessner Mega Center onine | 5/20/2013 |
| Complete Surveillance System installations | 9/16/2013 |
| Project Closeout | 9/30/2013 |

## 2.1.5  Funding

| Actual Amount | Index / PCA Number # | Appropriations Year (AY) | Agency Fund # | Seized Funds (Y or N) | Comp/Agency Object # | Capital Budget Project # | Grant End Date |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |

## 2.1.6  Change Requests

| Site | Number of Change Requests | Number of Approved Change Requests | Cost of Approved Change Requests |
|---|---|---|---|
| Pflugerville | 5 | 5 | $125,973.51 |
| Garland | 10 | 10 | $268,919.58 |
| Rosenberg | 4 | 4 | $293,869.23 |
| Fort Worth | 3 | 3 | $193,781.81 |
| Spring | 2 | 2 | $31,894.00 |
| San Antonio | 12 | 12 | $193,703.50 |
| **Totals:** | **36** | **36** | **$1,108,141.63** |

---

[2] New Braunfels was outside the original project scope. In this instance, QLESS was implemented outside the DPS Network to determine if the slowness in activities were related to the DPS Network or the QLESS application.

### 2.1.7 Project Success Factors

| Measurement | Description | Approach to Taking Measurement | Result |
|---|---|---|---|
| Improved Customer Wait Times | Customer wait times at non Mega Center sites is lengthy. Within the Mega Centers, customers are seen much more quickly. | Transactional queuing data | Areas around the Mega Centers experienced an improvement of 40% compared to the same time a year earlier. |
| Improved Facility Capacity | Transactions per hour per employee | Transaction database | Transactions per hour per employee in a mega center increased 2.5 times over DL existing large offices and 5 times greater than medium size offices |
| Increased availability of technology | New Technology included: QLess Queuing systems New Fingerprint capture system New Signature capture system | Downtime over available time | All new systems are currently exceeding availability standards set in contracts with vendors |
| Improved Customer Satisfaction | Customer compliments v. complaints | DL customer comments tracking database | Compliments increased 125% compared to the same time a year earlier before Mega Centers became operational. Complaints were only 12 for Feb 2013 just two months after the Mega Centers became operational |

### 2.1.8 Lessons Learned

#### 2.1.8.1 Issues Encountered - Project Overall

| Description of Issue, Challenge or Success | Recommendation for future Projects |
|---|---|
| • Project suffered delays for lack of capital funds with which to purchase equipment. | • Leadership must ensure funds allocated to the project are properly categorized. |
| • Floor plans were not properly evaluated before construction started to include process analysis of how the business flow will take place. | • Review and evaluate floor plans to prevent numerous change requests later in the project which will drive the cost of the facilities up. |
| • System changes were rushed without through analysis resulting in re-work efforts and increased cost. | • Develop requirements thoroughly before issuing development changes. |

TEX0493980

| Description of Issue, Challenge or Success | Recommendation for future Projects |
|---|---|
| • No testing of new systems was allowed in the project resulting in functionality not being satisfied and compromises being made for the sake of the schedule | • Allow time for testing solutions to ensure they meet the needs of the business. |
| • The contractual requirement for training was not adequately documented in the contract for the queuing system. | • Ensure training is well defined in the contract when training by the vendor is needed. |
| • Floor plan layouts did not fully meet the business needs at all sites. | • The business process flows need to be done early in the project prior to floor plan design so the building fits the business model. |
| • Change control was lacking in the project from the beginning creating re-work and increasing cost and time. | • Implement change control procedures early in the project with senior leadership direction and guidance. |
| • We haven't taken full advantage of media on the opening of a mega center.  The energy was placed on media day and follow-on was planned.  The result is there has been a slow build of customers at Pflugerville. | • Plan for follow on media to start driving customers to the new facilities. |
| • DL Staff buy in to the implementation of the Mega Centers. | • Needed to do a better job of documenting the "As Is" to better implement the "To Be" processes, If existing DL staff had worked through each process improvement, it would have provided better reasoning for the changes and therefore less reticence to implement the new processes<br>• Keep everyone impacted by the process changes in the loop as far as the lessons learned. Would ensure impacted staff had a common frame of reference as well as being a part of the solution |
| • Ensure results are measured and successful improvements are identified, with resulting lessons used to improve all sites' operations. | • A huge factor in the successful implementation of the Mega Centers was the ability to use the results of Mock Customer Training at each site. Once obtained, results were used to improve downline and retrofit sites with improved standards and processes |

### 2.1.8.2  Issues Encountered - Facility-Specific

| Description of Issue, Challenge or Success | Recommendation for future Projects |
|---|---|
| • Physical address changes caused AT&T work orders to be reissued, which resulted in restart of timelines | • On new facilities, it is very important to engage the 911 services so that a firm address can be established early in the construction |
| • Floor plans kept changing but new floor plans were not delivered | • Insist on updated floor plans. They are used for security, employee placement, and so on. Current floor plans are invaluable to the planning process. |
| • Construction delays were encountered and DPS had little leverage to work with the General Contractors | • Have penalties built into contract for construction for leverage in dealing with the General Contractors |
| • Signage created issues in the project, as lead times extended | • Plan for signage early in the project using business process flows to determine types and amounts of signage needed. |
| • Kept finding missed items on walk through inspections. Wrong colors, wrong tiles, most buildings seem to ignore specifications. | • Watch walk through check list carefully. Inspect frequently and do not expect the Texas Facilities Representatives to do this. |
| • Change control was nonexistent in the project creating numerous change orders to modify the facilities during the construction driving cost and time up. | • Implement strong change control mechanism and tracking early in the project |
| • Contracts issue: was unable to respond timely to changes in business needs because contracts were fixed and for a specific quantity of products. If those quantities changed a new contract had to be executed usually taking 6 to 8 weeks on a priority | • Set product deliverables in contracts at a point which will accommodate some level of future needs to avoid delays in opening new facilities |
| • Be realistic about setting expectations when things will happen. No mega center met published dates. | • Un-realistic schedules created issues and extra effort with no effective changes in dates. |
| • Risk was not managed in the project causing delays when things went wrong | • Develop a risk plan and a mitigation plan early in the process and keep it up to date. |

| Description of Issue, Challenge or Success | Recommendation for future Projects |
|---|---|
| • Lack of effective communication | • Develop communication plan to address all levels in the project.<br>• The daily 8am meeting involving the executives went a long way to helping people get on the same page and understand what needed to be done and where the issues were. |
| • Technical issues with the meeting in that most people on the conference call cannot hear over the phones and other ongoing activities. A conference phone is a must in meetings of this type. | • Provide appropriate equipment for these important conference calls so that everyone can participate. |
| • Follow-up is important for this project to make certain we do not repeat mistakes | • Conduct a lesson learn review at the end of each mega center implementation. |

### 2.1.8.3   Issues Encountered - Information Technology Specific

| Description of Issue, Challenge or Success | Recommendation for future Projects |
|---|---|
| • Equipment purchases were disjointed | • Ensure staff responsible for inventory control are kept abreast of all developments and requirements for purchase requests. |
| • Due to backlog in procurements, purchases had to be prioritized over other DPS-wide purchases | • Need senior level management insight and oversite to prioritize purchases. |
| • Insufficient testing time allowed on new equipment/technology | • Plan for adequate testing time to ensure projects meet DPS specification and customer needs |
| • Insufficient understanding of the bandwidth requirements for all applications and devices | • Ensure these are part of the technical requirements captured during the RFO process. |
| • Change control specific to the project was nonexistent creating numerous re-work situations | • Implement strong change control management early in the project |
| • Lack of understanding of the technology and it its impact created serious delays in the project | • Need a technical architecture review of the project and especially of any new technology being introduced |

| Description of Issue, Challenge or Success | Recommendation for future Projects |
|---|---|
| • There was little involvement by the IT security team and as a result delays were experienced when firewalls were closed | • Engage the Security team early and often in the project |
| • Technical Risk was not managed in the project causing delays when things went wrong | • Develop a risk plan and a mitigation plan early in the process and keep it up to date. |

### 2.1.8.4 Issues Encountered-Driver License Specific

| Description of Issue, Challenge or Success | Recommendation for future Projects |
|---|---|
| • Work with facilities on signage and placement using models from prior Mega Centers | • Plan signage early. It is too important for facilitating customer flow.<br>• The primary signage for the forms distribution should also be identified in Spanish.<br>• TCI is required to provide most of the signage and longer lead times should be planned for. |
| • Queuing training is not well defined in the contract so DPS needs to address much of the organization and delivery of training | • Lynn Hale will provide a checklist of items needed for training and a hand out on the queuing system for the trainees.<br>• Spring will be the site from which we will formulate the training structure.<br>• Supervisors will be trained first and Lillian Spencer from Pflugerville will assist.<br>• CSR's will be trained on the queuing system. |
| • Business process flows were done late in the project which pointed out issues in how customers move through the facility and where signage is needed to guide the customers | • Develop business process flows with thoughts of signage, placement of signage, where CSR agents would be best staged to support customer needs and placement for forms for the customers. |
| • L-1 cameras and fingering pads all must be installed and calibrated before the system go through integration testing. If L-1 equipment is moved, the systems will need re-testing | • Plan well for the L-1 equipment placement<br>• Do not move the L-1 equipment once it is installed<br>• A template of equipment placement has been developed for the next centers to follow. |

| Description of Issue, Challenge or Success | Recommendation for future Projects |
|---|---|
| • DLS requires unique configuration and special PC loads to work effectively. Tech Solutions needs 4 days to test equipment and set the system up. | • Ensure no CSR uses the systems before the required configuration and test time<br>• Work with tech solutions to schedule visit at the end of the PC and printer install to minimize the gap of time before the CSR's can start using the system. |
| • All agents need to be credentialed on all office PCs in advance of the opening | • Work with tech solutions to schedule visit for credentialing |
| • Once equipment arrived from the vendors we had no established method to move it to the field. The solution for staff to take that responsibility is not a desired solution. | • To preclude delays and possible loss of equipment, plan for logistics support with carriers to move equipment from storage to the sites when needed. |
| • A through test of the system is required to make certain everything is ready for opening day. | • Mock Customer processing was beneficial in assuring the signage is in the right places for the customers and that the CSR's are familiar with the business process flows and system functionality |
| • Integrate business process training into the queuing process training | • The training department is taking action to integrate this into the CSR lesson plans |
| • Having the site go live with trained CSRs<br>• (all the CSRs had finished training by 1 June 2012 and worked in other offices until the MCs opened. Consequently, all the CSRs were well trained before any of the MCs opened. This was not an issue) | • Train CSR's<br>• 5 workdays before media day, select CSR's to guide VIPs around facilities<br>• Provide the talking paper on the mega center for the CSRs who will escort visitors<br>• Allow CSR's to practice before media day |
| • Ensure Facilities are clean and ready for Media day events | • 2-3 days before media day engage cleaning services for a thorough cleaning of the facility<br>• 2-3 days before media day engage landlord for thorough trim up of the outside of the facilities<br>• Perform a walk through to ensure Facility Readiness |
| • Media day requires IT, Tech Solutions, and L-1 staff on site | • Communicate early and schedule IT, Tech Solutions, and L-1 staffing. |

TEX0493985

## 2.2     Outstanding Issues

The items listed below are outstanding requirements. They do not preclude closure of the project as they are not a primary deliverable, but an administrative issue. They are noted here for informational purposes.

| Description of Outstanding Deliverable/Issue | Planned Completion | POC |
|---|---|---|
| Installation of the Security System has been completed at all 6 Mega Centers; however, the final walkthrough and approval for the Rosenberg, San Antonio, Garland and Fort Worth Mega Centers remains outstanding. This does not impact the project's final closeout activities. | 10/18/13 | Kari Raesz |

TEX0493986

## 3.     Approval to Close

The PPPMO will review the project with the Program Sponsor and Director and obtain approval to close the project.

Date of Director Approval: [Insert mm/dd/yyyy]



Project Name:  Mega Centers   v 0.05

## APPENDIX A – Project Change Requests

*Insert List of approved Change Requests*

