| | | |
|---|---|---|
| **From:** | Ramirez, Raquel | |
| **To:** | Rodriguez, Tony | |
| **CC:** | Silva, Samuel; Segundo, Carolina; Uribe, Roxanne; Flores, Maria; O'Connor, Ryan; Daughtry, Lisa | |
| **Sent:** | 11/15/2013 4:54:56 PM | |
| **Subject:** | FW: EIC Weekly Report Region 3 11/12/13-11/15/2013 | |

Tony,

Per Sam's request, here is the EIC Region 3 Weekly Report for Tuesday, November 12th – Friday November 15th.

| | | EIC Report for 11/12/13-11/15/2013 | |
|---|---|---|---|
| **3** | Issuance | 0 | |
| | Inquiry | 0 | Had Valid DL/ID<br>Information Only.<br>One inquired but lacked a birth certificate. |

Thank You,
*Raquel Ramirez*
Assistant Manager, DLD
(956) 565-7212

2:13-cv-193
09/02/2014
DEF1298
texexhibitsticker.com