**From:** Mastracchio, JoeAnna
**To:** Rodriguez, Tony; Bell, Stephen; Watkins, Paul
**Sent:** 9/5/2013 5:19:42 PM
**Subject:** Fwd: Election Identification Certificate (DL-14CS)

Sent from my iPhone

Begin forwarded message:

**From:** "Spinks, Margaret" <Margaret.Spinks@dps.texas.gov>
**Date:** September 5, 2013, 5:09:11 PM CDT
**To:** "Mastracchio, JoeAnna" <JoeAnna.Mastracchio@dps.texas.gov>, "Gipson, Sheri"
<Sheri.Gipson@dps.texas.gov>, "Peters, Joe" <Joe.Peters@dps.texas.gov>
**Subject: Election Identification Certificate (DL-14CS)**

All,

The Spanish version of the EIC is on the Internet and Intranet thanks to Dain Petersen,  Ellen Kennedy
(Reprographics)  and Cindy Vo (IT).


Thank You,
Margaret Spinks, Manager
Driver License Division
License and Record Service
512-424-7243
margaret.spinks@dps.texas.gov

We are creating a faster, easier and friendlier driver license experience and a safer Texas



2:13-cv-193
09/02/2014
DEF1299

TEX0494235