**From:** Davis, Robin on behalf of Peters, Joe
**Sent:** 10/3/2013 2:33:51 PM
**Subject:** Mobile Election Identification Certificate Station Information
**Attachments:** EIC Letter to Counties.pdf; EIC Training Instructions.pdf

The Texas Department of Public Safety (DPS), in partnership with the Office of the Texas Secretary of State is working to ensure every eligible Texas voter has ample opportunity to obtain, as conveniently as possible, photo identification required to comply with the Texas voter photo identification law.

Attached to this email, you will find a letter regarding mobile Election Identification Certificate (EIC) stations. You will also find instructions on training that will be provided to your county. This training will prepare you to run mobile EIC stations in your county.

DPS will be sending you the Memorandum of Understanding (MOU) between your County and DPS in a separate email.

DPS has established an EIC email account to make it easier to communicate, EIC@dps.texas.gov. Please use this account when sending emails to DPS regarding mobile EIC stations.

The point of contact at DPS for mobile EIC stations is Mr. M.A. "Tony" Rodriguez. You can reach Tony at 512-424-5657, or at EIC@dps.texas.gov.

Thank you in advance for agreeing to partner with DPS and the Secretary of State in ensuring all eligible Texas voters will have ample opportunity to acquire an Election Identification Certificate.


Joe Peters
Assistant Director
Texas Department of Public Safety
Driver License Division





2:13-cv-193
09/02/2014
**DEF1300**

TEX0494614