# TEXAS DEPARTMENT OF PUBLIC SAFETY

5805 N LAMAR BLVD • BOX 4087 • AUSTIN, TEXAS 78773-0001
512/424-2000
www.dps.texas.gov




STEVEN C. McCRAW
DIRECTOR
DAVID G. BAKER
CHERYL MacBRIDE
DEPUTY DIRECTORS

COMMISSION
A. CYNTHIA LEON, CHAIR
CARIN MARCY BARTH
RANDY WATSON

Thank you for your participation in Election Identification Certificate (EIC) County Training. These instructions will help prepare your county to attend training.

Deadlines: Please report your training attendance to the Department of Public Safety (DPS) no later than Friday, October 4, 2013, by 5:00 p.m. Please include the name of the employee(s) attending from your county. Because of limited seating, DPS asks that you limit your attendance to no more than 2 employees. Please email your county's attendance information to Mr. M.A. "Tony" Rodriguez at EIC@dps.texas.gov, or at 512-424-5657.

IMPORTANT NOTE: At training, your county will be receiving the equipment to complete EIC transactions in 2 plastic bins to take back to your county. Each bin is 30 gallon size, 31.6" X 19.4" X 17.1". The training includes how to set up the equipment at your county office.

Location, Date, and Time: The training is 1 day from 9:00 a.m. to 3:00 p.m., with 1 hour for lunch. Page 2 lists your training site, location and date of training by county. Page 4 lists the training sites with information to help your employee(s) prepare for training.

Travel: Travel to training is in accordance with your county's travel policy. DPS will not be reimbursing for travel expenses. DPS will not be providing lunch to students.

What to Bring: Please be prepared to take notes during class.

Contact Information: If you have any questions regarding training, please contact Mr. M.A. "Tony" Rodriguez at EIC@dps.texas.gov, or at 512-424-5657.

2:13-cv-193
09/02/2014
DEF1302

*EQUAL OPPORTUNITY EMPLOYER*
COURTESY • SERVICE • PROTECTION

TEX0494617

| Training Locations and Dates | | | |
|---|---|---|---|
| County | Training Site | City | Date |
| ARANSAS | Coastal Bend College | Beeville | October 8 |
| ARCHER | Garland DL Megacenter | Garland | October 9 |
| ARMSTRONG | Panhandle Regional Planning Commission | Amarillo | October 9 |
| AUSTIN | Sam Houston State University | Huntsville | October 9 |
| BANDERA | Concho Valley Council of Governments | San Angelo | October 8 |
| BLANCO | Concho Valley Council of Governments | San Angelo | October 8 |
| BORDEN | Texas Tech Health Science Center | Lubbock | October 8 |
| BRISCOE | Texas Tech Health Science Center | Lubbock | October 8 |
| CALDWELL | Coastal Bend College | Beeville | October 8 |
| CAMP | Garland DL Megacenter | Garland | October 9 |
| CLAY | Garland DL Megacenter | Garland | October 9 |
| COCHRAN | Texas Tech Health Science Center | Lubbock | October 8 |
| COKE | Concho Valley Council of Governments | San Angelo | October 8 |
| COLLINGSWORTH | Panhandle Regional Planning Commission | Amarillo | October 9 |
| CONCHO | Concho Valley Council of Governments | San Angelo | October 8 |
| COTTLE | Texas Tech Health Science Center | Lubbock | October 8 |
| CROCKETT | Concho Valley Council of Governments | San Angelo | October 8 |
| DELTA | Garland DL Megacenter | Garland | October 9 |
| DICKENS | Texas Tech Health Science Center | Lubbock | October 8 |
| DIMMIT | Coastal Bend College | Beeville | October 8 |
| DUVAL | Coastal Bend College | Beeville | October 8 |
| EDWARDS | Concho Valley Council of Governments | San Angelo | October 8 |
| FALLS | Sam Houston State University | Huntsville | October 9 |
| FAYETTE | Sam Houston State University | Huntsville | October 9 |
| FOARD | Texas Tech Health Science Center | Lubbock | October 8 |
| FRANKLIN | Garland DL Megacenter | Garland | October 9 |
| FRIO | Coastal Bend College | Beeville | October 8 |
| GARZA | Texas Tech Health Science Center | Lubbock | October 8 |
| GLASSCOCK | Concho Valley Council of Governments | San Angelo | October 8 |
| GOLIAD | Coastal Bend College | Beeville | October 8 |
| GRIMES | Sam Houston State University | Huntsville | October 9 |
| HALL | Texas Tech Health Science Center | Lubbock | October 8 |
| HANSFORD | Panhandle Regional Planning Commission | Amarillo | October 9 |
| HARTLEY | Panhandle Regional Planning Commission | Amarillo | October 9 |
| HUDSPETH | El Paso – Scott Simpson Driver License Office | El Paso | October 9 |
| IRION | Concho Valley Council of Governments | San Angelo | October 8 |
| JACK | Garland DL Megacenter | Garland | October 9 |
| JACKSON | Coastal Bend College | Beeville | October 8 |
| JEFF DAVIS | El Paso – Scott Simpson Driver License Office | El Paso | October 9 |
| JIM HOGG | Coastal Bend College | Beeville | October 8 |
| KARNES | Coastal Bend College | Beeville | October 8 |
| KENEDY | Coastal Bend College | Beeville | October 8 |
| KENT | Texas Tech Health Science Center | Lubbock | October 8 |
| KING | Texas Tech Health Science Center | Lubbock | October 8 |
| KINNEY | Concho Valley Council of Governments | San Angelo | October 8 |
| LA SALLE | Coastal Bend College | Beeville | October 8 |
| LIPSCOMB | Panhandle Regional Planning Commission | Amarillo | October 9 |
| LOVING | El Paso – Scott Simpson Driver License Office | El Paso | October 9 |

TEX0494618

| Training Locations and Dates ||||
| County | Training Site | City | Date |
| --- | --- | --- | --- |
| LYNN | Texas Tech Health Science Center | Lubbock | October 8 |
| MADISON | Sam Houston State University | Huntsville | October 9 |
| MARION | Garland DL Megacenter | Garland | October 9 |
| MASON | Concho Valley Council of Governments | San Angelo | October 8 |
| MCMULLEN | Coastal Bend College | Beeville | October 8 |
| MENARD | Concho Valley Council of Governments | San Angelo | October 8 |
| MOTLEY | Texas Tech Health Science Center | Lubbock | October 8 |
| NEWTON | Sam Houston State University | Huntsville | October 9 |
| OLDHAM | Panhandle Regional Planning Commission | Amarillo | October 9 |
| POTTER | Panhandle Regional Planning Commission | Amarillo | October 9 |
| REAL | Concho Valley Council of Governments | San Angelo | October 8 |
| REFUGIO | Coastal Bend College | Beeville | October 8 |
| ROBERTS | Panhandle Regional Planning Commission | Amarillo | October 9 |
| ROBERTSON | Sam Houston State University | Huntsville | October 9 |
| SABINE | Sam Houston State University | Huntsville | October 9 |
| SAN AUGUSTINE | Sam Houston State University | Huntsville | October 9 |
| SAN JACINTO | Sam Houston State University | Huntsville | October 9 |
| SAN SABA | Concho Valley Council of Governments | San Angelo | October 8 |
| SCHLEICHER | Concho Valley Council of Governments | San Angelo | October 8 |
| SHACKELFORD | Garland DL Megacenter | Garland | October 9 |
| SHERMAN | Panhandle Regional Planning Commission | Amarillo | October 9 |
| SOMERVELL | Garland DL Megacenter | Garland | October 9 |
| STERLING | Concho Valley Council of Governments | San Angelo | October 8 |
| STONEWALL | Texas Tech Health Science Center | Lubbock | October 8 |
| TERRELL | Concho Valley Council of Governments | San Angelo | October 8 |
| THROCKMORTON | Garland DL Megacenter | Garland | October 9 |
| TRINITY | Sam Houston State University | Huntsville | October 9 |
| UPTON | Concho Valley Council of Governments | San Angelo | October 8 |
| WHEELER | Panhandle Regional Planning Commission | Amarillo | October 9 |
| WILLACY | Coastal Bend College | Beeville | October 8 |

TEX0494619

**Training Site Information**

Coastal Bend College
3800 Charco Road, Beeville, Texas 78102
George F Elam Technical-Vocational Building, Room 116
Campus Map: http://www.coastalbend.edu/beeville/ Building E on campus map
Parking Information: http://www.coastalbend.edu/beeville/
Restaurant Information: Google Link Here
Training Date and Time: October 8, 9:00 a.m. to 3:00 p.m.

Concho Valley Council of Governments
2801 West Loop 306, Suite A, San Angelo, Texas 76904
Google Maps: Google Link Here
Parking Information: Parking is in the lot in front and on the side of the building
Restaurant Information: Google Link Here
Training Date and Time: October 8, 9:00 a.m. to 3:00 p.m.

El Paso – Scott Simpson Driver License Office
11612 Scott Simpson Drive, El Paso, Texas 79936
Let the front desk know you are attending the EIC County Training and you will be escorted to the conference room
Google Maps: Google Link Here
Parking Information: Parking is in the lot located at the Driver License Office
Restaurant Information: Google Link Here
Training Date and Time: October 9, 9:00 a.m. to 3:00 p.m.

Garland DL Megacenter
4445-A Saturn Road, Garland, Texas 75043
Let the front desk know you are attending the EIC County Training and you will be escorted to the conference room
Google Maps: Google Link Here
Parking Information: Parking is in the lot in front of the office
Restaurant Information: Google Link Here
Training Date and Time: October 9, 9:00 a.m. to 3:00 p.m.

Panhandle Regional Planning Commission
415 Southwest 8th Avenue, Amarillo, Texas 79105
Google Maps: Google Link Here
Parking Information: Parking is in the lot behind the office
Restaurant Information: Google Link Here
Training Date and Time: October 9, 9:00 a.m. to 3:00 p.m.

TEX0494620

Sam Houston State University
816 17th Street, Huntsville, Texas 77340
College of Criminal Justice Building, Texas Room, 1st Floor, Room A119
Campus Map: http://www.shsu.edu/map/ Section 9 on map
Building Map: http://www.shsu.edu/dotAsset/34e2e525-dbbb-4397-a2e4-7b8890fcb88e.pdf
Parking Information: http://www.shsu.edu/~upd_www/garage/
Restaurant Information: Google Link Here
Training Date and Time: October 9, 9:00 a.m. to 3:00 p.m.

Texas Tech Health Science Center
3601 4th Street, Lubbock, Texas 79430
Health Science Center Building, 2nd Floor, Room 2C221
At the information desk in the building, you can be directed to the classroom
Campus Map: http://www.ttuhsc.edu/Contacts/campusMaps/lubbockMap.pdf
Parking Information: Park in visitor parking
Restaurant Information: Google Link Here
Training Date and Time: October 8, 9:00 a.m. to 3:00 p.m.

TEX0494621