| | |
|---|---|
| From: | Wells, Charles |
| To: | Watkins, Paul |
| CC: | Rodriguez, Tony; Hubbard, Barbara |
| Sent: | 8/2/2013 3:44:42 PM |
| Subject: | RE: EIC Weekly Report |

Sir,

Region 6A had 1 EIC inquiry at the Babcock office on Tuesday, 30 July 2013.

The gentleman thought everyone had to have an election certificate in order to vote.  He already had a DL and a voter's registration card.

Thanks,

*CHARLES W. WELLS*
*Asst. Regional Manager, Region 6A South*
*Driver License Division*

*Office: (210)531-2232*
*Mobile: (210) 260-4730*
*Fax: (210) 531-2278*

---

**From:** Rodriguez, Tony
**Sent:** Friday, August 02, 2013 10:53 AM
**To:** Winkley, Salestus; Berkley, Johnnie; Silva, Samuel; Valenzuela, Estella; Valdez, Tomas; Hubbard, Barbara; Garcia, Joseph; Hunter, Stephanie; Wells, Charles; Barber, David; Muniz, Barbara; Segundo, Carolina
**Cc:** Watkins, Paul; Bell, Stephen
**Subject:** RE: EIC Weekly Report
**Importance:** High

Folks,
I will be out of the office today in the early afternoon.  Please send your EIC Reports to Paul Watkins

v/r

*Tony Rodriguez*
Customer Operations Senior Manager – South and West
Driver License Division
Texas Department of Public Safety
tony.rodriguez@dps.texas.gov
512.424.5657 (O)
512.739.9709 (C)
512.424.5233 (F)



The Driver License Division is committed to quality and excellence in customer service. Please share your thoughts with us via our online customer service survey at: http://www.survey.utexas.edu/txdps/

---

**From:** Bell, Stephen
**Sent:** Friday, July 26, 2013 3:52 PM
**To:** Rodriguez, Tony; Peters, Joe; Watkins, Paul; Winkley, Salestus; Berkley, Johnnie; Silva, Samuel; Valenzuela, Estella; Valdez, Tomas; Hubbard, Barbara; Garcia, Joseph; Smith, Janie; Melcher, Lori; Gomez, Enrique; Mastracchio, JoeAnna; Ron Grahovec; Crawford, John; Vinger, Tom; Cesinger, Katherine; Hunter, Stephanie; Wells, Charles; Barber, David; Muniz, Barbara; Segundo, Carolina

**Subject:** EIC Weekly Report

Very busy week.

| | | | 26 July Weekly EIC Report |
|---|---|---|---|
| 1A | Issuance | | |
| | Inquiry | 1 | One inquiry in Terrell. Applicant read in the newspaper about ID certificate being free. His Texas ID expired in 2011 and he did not have his birth certificate. |
| 1B | Issuance | | |
| | Inquiry | 1 | One Inquiry at the Paris office. The applicant inquired about one for identification purposes required by his current employer. The customer previously had an identification card. Employee told the applicant he could get a duplicate ID for $11 and the applicant left to get money. |
| 2A | Issuance | | |
| | Inquiry | | |
| 2B | Issuance | | |
| | Inquiry | 1 | Winkler had one inquiry. The customer had a DL and was not eligible. |
| 3 | Issuance | | |
| | Inquiry | 2 | Weslaco: 1 customer inquired on 7/24 and 1 customer inquired on 7/26. Both received information but did not meet the requirements to obtain one. |
| 4 | Issuance | | |
| | Inquiry | | |
| 5 | Issuance | 1 | Snyder |
| | Inquiry | 14 | A man came into the Levelland DL office, Station 518 on July 22, 2013 in the morning and inquired about the EIC. The customer asked if this is where he could get a voter certificate. CSR responded Yes. The man asked, does my wife have to be here too? CSR responded, Yes. The man said, ok, thank you.<br>The couple returned in the afternoon. They told the CSR that they had read in the newspaper that they have to have a Voter Election Certificate along with everything else, (documents) they have. The CSR asked them if they had a Texas driver license and they said, Yes and we also have a voter registration card. The CSR explained to them that was all they needed to vote and they did not qualify for a EIC. The couple understood and left.<br><br>Lubbock- July 23, 2013<br>1. A person came into the office requesting EIC. She presented a valid passport expiring in 2016. Also has valid DL until 2018. She was informed that we could issue an EIC if she wished to surrender her DL.<br>2. A person came into the office requesting EIC. She presented a valid TX DL expiring 2018. She was informed that we could issue an EIC if she wished to surrender her DL.<br>3. A person came into the office requesting EIC. He presented a valid TX DL. He was also informed that he would have to surrender his DL.<br>4. A person came into the office requesting EIC. He stated that he had a valid US passport.<br>5. A person came into the office requesting EIC. She has a valid DL on the DLS. She was informed that we could issue the EIC however she would have to surrender her DL. She stated that she would get a duplicate on her DL.<br>6. A person came into the office requesting EIC. She presented an Oregon driver license. She did not have proof of citizenship. She was born abroad. She did not meet the ID or lawful presence policies. |
| 6A | Issuance | | |
| | Inquiry | | |
| 6B | Issuance | 1 | Austin |
| | Inquiry | 2 | 2 Inquiries at Austin-Northwest; both had valid U.S. passports. |

TEX0494743

| | |
|---|---|
| Total EICs Issued This Week | 2 |
| Total EIC Inquiries This Week | 21 |
| Total EICs Issued to Date | 6 |
| Total EIC Inquiries to Date | 57 |

TEX0494744