| | |
|---|---|
| **From:** | Wroe Jackson |
| **To:** | Rodriguez, Tony |
| **CC:** | Keith Ingram |
| **Sent:** | 10/22/2013 3:32:32 PM |
| **Subject:** | EIC HARRISON COUNTY FW: DPS sites |

Tony,

I received a request for a correction from the Harrison County Election Administrator for Monday 28 October and Tuesday 29 October. Could we please have the following schedule for Harrison County instead of that in my previous email? There is one change highlighted below. (The notes from the EA are reproduced below the schedule, in case you would like to see them.)

**Monday 28 October**
Wiley College
711 Wiley Ave.
Marshall, TX  75670
Contact: Ms. Edmonds, (903) 927-3334

East Texas Baptist University
One Tiger Drive
Marshall, TX  75670
Contact: Dr. Xavier Whitaker, (903) 503-8332

Panola College
1109 W. Panola
Carthage, TX  75633
Contact: Ms. Laura Wood, (903) 935-5039

Marshall Public Library
300 S. Alamo Blvd.
Marshall, TX  75670
Contact: Anna Lane, (903) 935-4465

**Tuesday 29 October**
Wiley College
711 Wiley Ave.
Marshall, TX  75670
Contact: Ms. Edmonds, (903) 927-3334

East Texas Baptist University
One Tiger Drive
Marshall, TX  75670
Contact: Dr. Xavier Whitaker, (903) 503-8332

Panola College
1109 W. Panola
Carthage, TX  75633
Contact: Ms. Laura Wood, (903) 935-5039

Mt. Zion Community Church
Family Activity Center
2200A Pemberton Street


2:13-cv-193
09/02/2014
**DEF1304**

TEX0494824

Marshall, TX  75670
Contact: Rev. C.C. Mitchell (Pastor), 903/927-1069


Robin also suggested that we consider setting up at Mt. Zion Community Church Activity Center to help reach elderly minorities.  There is a Wings program for the elderly there, and they are open every day.  Their phone is (903) 927-1069, and their email is mzs.fac@2010@yahoo.com

Thanks.  I was thinking we could use the four locations on the first day, then the activity center on the 2nd day instead of the library if possible.


Wroe Jackson
General Counsel
Texas Secretary of State

*This communication may be privileged and confidential. Any copying, use, or distribution of any information or materials by or to anyone other than the recipients listed above is prohibited without express authorization from the sender.*

**Please note my new email address effective immediately: wjackson@sos.texas.gov**

---

**From:** Wroe Jackson
**Sent:** Tuesday, October 22, 2013 1:46 PM
**To:** Rodriguez, Tony (Tony.Rodriguez@dps.texas.gov)
**Cc:** Keith Ingram (kingram@sos.texas.gov)
**Subject:** FW: DPS sites

Tony,

Please see below the locations for Harrison County, Monday 28 October and Tuesday 30 October. Please let me know if you have any questions.

Wiley College
711 Wiley Ave.
Marshall, TX  75670
Contact: Ms. Edmonds, (903) 927-3334

East Texas Baptist University
One Tiger Drive
Marshall, TX  75670
Contact: Dr. Xavier Whitaker, (903) 503-8332

Panola College
1109 W. Panola
Carthage, TX  75633
Contact: Ms. Laura Wood, (903) 935-5039

Marshall Public Library
300 S. Alamo Blvd.
Marshall, TX  75670
Contact: Anna Lane, (903) 935-4465



Wroe Jackson
General Counsel
Texas Secretary of State

This communication may be privileged and confidential. Any copying, use, or distribution of any information or materials by or to anyone other than the recipients listed above is prohibited without express authorization from the sender.

*Please note my new email address effective immediately: wjackson@sos.texas.gov*

**From:** Keith Ingram
**Sent:** Tuesday, October 22, 2013 1:39 PM
**To:** Wroe Jackson
**Subject:** Fwd: DPS sites


Sent from my iPhone

Begin forwarded message:

**From:** Daniel Teed <danielt@co.harrison.tx.us>
**Date:** October 22, 2013 at 1:36:24 PM CDT
**To:** "kingram@sos.texas.gov" <kingram@sos.texas.gov>
**Subject: DPS sites**

Mr. Ingram,

Thanks for the call yesterday. Our office staff has found a number of good locations for DPS mobile sites.

Here are organizations we have contacted that are eager to accomodate you:

Wiley College (our local Historically Black College)
Ms. Edmonds (903) 927-3334

East Texas Baptist University
Dr. Xavier Whitaker (Vice President of Student Affairs) (903) 503-8332 (cell)

Panola College (located in the Marshall Mall)
Ms. Laura Wood, Director (903) 935-5039

Marshall Public Library
Anna Lane (903) 935-4465

Dan Teed
Harrison County Elections Administrator

*Harrison County Elections Administration*
*Bi-Partisan Integrity and Kindness*
*P.O. Box 8409, Marshall TX 75671*
*415 E. Burleson, Marshall TX 75670*
*(903) 935-4822*
*danielt@co.harrison.tx.us*

TEX0494826