# TEXAS DEPARTMENT OF PUBLIC SAFETY
### 5805 N LAMAR BLVD • BOX 4087 • AUSTIN, TEXAS 78773-0001
### 512/424-2000
### www.dps.texas.gov





STEVEN C. McCRAW
DIRECTOR
DAVID G. BAKER
CHERYL MacBRIDE
DEPUTY DIRECTORS

COMMISSION
A. CYNTHIA LEON, CHAIR
CARIN MARCY BARTH
RANDY WATSON

The Texas Department of Public Safety (DPS), in partnership with the Office of the Texas Secretary of State (SOS) is working to ensure that every eligible Texas voter has ample opportunity to obtain, as conveniently as possible, photo identification required to comply with the Texas voter photo identification law.

Our effort to ensure accessibility and convenience for eligible voters includes deploying mobile Election Identification Certificate (EIC) stations across the state in counties where there is no DPS driver license office and to augment this service in those counties with high population concentrations. SOS has advised us that officials in your county have agreed to partner with us in this effort.

This communication is intended to clarify the roles and responsibilities of DPS and participating counties in providing EIC issuance service.

DPS responsibilities include:

- Assembling mobile EIC stations consisting of the computer hardware, software and peripheral equipment necessary to capture the information required to process EIC applications.

- Coordinating centralized training locations throughout the state to train county personnel on the application process and operation of the mobile EIC equipment.

- Providing the training for county personnel who will accept applications, verify eligibility, enter required data into the EIC system and issue receipts to eligible applicants.

- Upon successful completion of a six hour (estimated) training course, DPS will issue mobile EIC station equipment to county personnel for return to their respective counties.

- Providing on-call technical and operational support.

- Transporting encrypted customer data from the mobile sites to a DPS driver license facility for upload to the statewide EIC database.

County responsibilities include:

- Providing adequate electrical power and space, readily accessible to the public, for EIC equipment setup and operation.

*EQUAL OPPORTUNITY EMPLOYER*
*COURTESY • SERVICE • PROTECTION*

2:13-cv-193
09/02/2014
**DEF1305**

TEX0494852

- Supporting county staff time and travel to attend DPS provided training in the setup and operation of EIC stations.

- Providing adequate DPS trained county staff to set up equipment, post informational signs, accept and process EIC applications, and print and provide receipts to eligible applicants during regular business hours or other hours by mutual agreement between county officials and SOS staff.

The DPS point of contact for mobile EIC station matters is M.A. "Tony" Rodriguez, Senior Manager, Driver License Division, Texas Department of Public Safety, 5805 N. Lamar, Austin, TX 78752. Tony may be reached at 512-424-5657 or via email at EIC@dps.texas.gov .

Should you have questions or require more information, please feel free to contact us.

Thank you in advance for your dedication to public service and for your help in ensuring all eligible Texas voters will have ample opportunity to acquire an Election Identification Certificate.

Respectfully,

Joe Peters
Assistant Director
Driver License Division

TEX0494853