| | |
|---|---|
| **From:** | Petersen, Dain |
| **To:** | Rodriguez, Tony |
| **Sent:** | 9/25/2013 7:52:36 AM |
| **Subject:** | RE: EIC question |

Thanks Tony

## Dain Petersen

Contact Center Manager
Texas Department of Public Safety
Customer Relations
(512) 462-6132, Direct
Dain.Petersen@dps.texas.gov



This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received this in error, please delete the message.

**From:** Rodriguez, Tony
**Sent:** Wednesday, September 25, 2013 7:32 AM
**To:** Petersen, Dain
**Subject:** RE: EIC question

The production time for EICs is the same as DLs and IDs.
The customer gets a transaction receipt/temporary EIC that is valid for 30 days and can vote using it.

v/r

*Tony Rodriguez*

Customer Operations Senior Manager – South and West
Driver License Division
Texas Department of Public Safety
tony.rodriguez@dps.texas.gov
512.424.5657 (O)
512.739.9709 (C)
512.424.5233 (F)

**From:** Petersen, Dain
**Sent:** Tuesday, September 24, 2013 11:26 AM
**To:** Rodriguez, Tony
**Subject:** FW: EIC question

Any information on this aspect of the EIC? I don't think this is stated on the site and we have an election judge that has inquired.

## Dain Petersen

Contact Center Manager
Texas Department of Public Safety



2:13-cv-193
09/02/2014
**DEF1306**

TEX0494918

Customer Relations
(512) 462-6132, Direct
Dain.Petersen@dps.texas.gov



This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received this in error, please delete the message.

---

**From:** Wenda, Patrick
**Sent:** Tuesday, September 24, 2013 10:54 AM
**To:** Petersen, Dain
**Subject:** EIC question

Dain,

Is the production time for EICs the same as driver licenses and state IDs? When a person completes an EIC transaction in the office, do they get a receipt w/ a photo that allows them to vote, or do they need to wait for the EIC to come in the mail?

Regards,

Patrick Wenda
Customer Relations Team Lead



**Texas Department of Public Safety**
**Driver License Customer Relations Center**
(512) 424-2000 x86802
patrick.wenda@dps.texas.gov
www.dps.texas.gov

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received this in error, please delete the message.

TEX0494919