| | |
|---|---|
| **From:** | Blackwell, Summer |
| **To:** | 'Alicia Pierce' |
| **Sent:** | 10/14/2013 10:37:09 AM |
| **Subject:** | EIC mobile units to verify |

**Alicia,**

Thanks for the heads-up on some of the schedule changes. Looks like Harris & Jim Wells got some added days since I checked on Friday. I've also included some of the new locations.

Can you please confirm that these are accurate? I have an official in our Driver License office to also verify them. Once I get confirmation from both of you, I'll be able to send this out to media outlets. I'll need this confirmed by **1 p.m. today** if at all possible.

Tomorrow, I'll have another list including Bexar, Brooks, Howard and Gregg counties to OK.

Thanks,

Summer


See the following schedule for Harris County locations and times:

**Monday, Oct. 14, through Friday, Oct. 18 (all locations 9 a.m. – 4 p.m.)**

| Location | Address |
|---|---|
| Lone Star College – Victory Center | 4141 Victory Drive, Houston, Texas 77088 |
| Holman Street Baptist Church | 3501 Holman, Houston, Texas 77004 |

See the following schedule for Jim Wells County locations and times:

**Tuesday, Oct. 15, and Wednesday, Oct. 16 (all locations 8 a.m. – 12 p.m. and 1 p.m. – 5 p.m.)**

| Location | Address |
|---|---|
| Jim Wells County Courthouse | 200 N. Almond St, Rm#104, Alice TX 78332 |
| Premont City Hall | 200 S.W. 1st St, Premont, TX 78375 |
| Jim Wells Orange Grove City Hall | 305 W. Pundt St. Orange Grove, TX 78372 |

See the following schedule for Brewster County locations and times:

**Tuesday, Oct. 15, and Wednesday, Oct. 16 (all locations 9 a.m. – 4 p.m.)**

| Location | Address |
|---|---|



2:13-cv-193
09/02/2014
**DEF1307**

TEX0494923

| | |
|---|---|
| Conference Room, Old Public Library | 207 N. 7th St., Alpine, TX 79830 |

See the following schedule for Galveston County locations and times:

### Wednesday, Oct. 16 (all locations 9 a.m. – 4 p.m.)

| Location | Address |
|---|---|
| Bacliff Community Center | 4503 11th Street, Bacliff, TX |
| Dickinson Community Center | 2714 Highway 3, Dickinson, TX |

### Thursday, Oct. 17 (all locations 9 a.m. – 4 p.m.)

| Location | Address |
|---|---|
| Nessler Center (Surf Room) | 2105 5th Avenue North, Texas City, TX |
| Galveston County Courthouse (2nd floor) | 722 Moody Avenue (21st Street), Galveston, TX |

See the following schedule for Hidalgo County locations and times:

### Wednesday, Oct. 16 (all locations 9 a.m. – 4 p.m.)

| Location | Address |
|---|---|
| Community Room – Mission City Hall | 1201 E. 8th Street, Mission, TX |
| Hidalgo County Tax Office | 100 N. Closner, Edinburg, TX |
| STC Mid Valley Campus | 400 N. Border, Weslaco, TX |

### Thursday, Oct. 17 (all locations 9 a.m. – 4 p.m.)

| Location | Address |
|---|---|
| McAllen Main Public Library | 4001 N. 23rd St., McAllen, TX |

### Friday, Oct. 18 (all locations 9 a.m. – 4 p.m.)

| Location | Address |
|---|---|
| Palmview City Hall | 400 W. Veterans Blvd., Palmview, TX |
| Pharr City Hall | 118 S. Cage Blvd., Pharr, TX |
| Progreso Community Center | 510 N FM 1015, Progreso, TX |

See the following schedule for Smith County locations and times:

### Wednesday, Oct. 16 (9 a.m. – 4 p.m.)

| Location | Address |
|---|---|
| PATH (People Assisting to Help) | 402 W Front St, Tyler, TX 75702 |
| Tyler Public Library *The library opens at 10:00am | 201 S College Ave, Tyler, TX 75702 |
| The Salvation Army | 633 N Broadway Ave, Tyler, TX 75702 |
| The Cotton Belt Building | 1517 W Front St, Tyler, TX 75702 |

### Thursday, Oct. 17 (9 a.m. – 4 p.m.)

| Location | Address |
|---|---|
| PATH (People Assisting to Help) | 402 W Front St, Tyler, TX 75702 |
| Tyler Public Library *The library opens at 10:00am | 201 S College Ave, Tyler, TX 75702 |
| The Cotton Belt Building | 1517 W Front St, Tyler, TX 75702 |

TEX0494925