# TEXAS DEPARTMENT OF PUBLIC SAFETY

5805 N LAMAR BLVD • BOX 4087 • AUSTIN, TEXAS 78773-0001
512/424-2000
www.dps.texas.gov




STEVEN C. McCRAW
DIRECTOR
DAVID G. BAKER
CHERYL MacBRIDE
DEPUTY DIRECTORS

COMMISSION
A. CYNTHIA LEON, CHAIR
CARIN MARCY BARTH
ADA BROWN
ALLAN B. POLUNSKY
RANDY WATSON

August 7, 2013

*Via Email*

Brian Sasser
KPRC-TV
bsasser@kprc.com

RE: Public Information Request for average customer wait times for May and June at the following DL offices: Houston-Rosenberg Mega Center, Houston-Spring Mega Center, Houston Dacoma, Houston East, Houston Grant Rd, Houston Townhurst, etc. (PIR # 13-2876)

Mr. Sasser:

The Department received your above-referenced request on July 24, 2013. Please find enclosed the information the Department located in response to your request. These records are provided to you at no cost.

If you have any questions regarding this request, please contact the Media and Communications Office at media@dps.texas.gov. Thank you.

Cordially,

*Molly Cost*

Molly Cost
Assistant General Counsel

\\hqogcs001\ORA\2013 requests\13-2876\13-2876 (13-08-07) letter to requestor

2:13-cv-193
09/02/2014
DEF1308

TEX0494928

| | |
|---|---|
| **From:** | Brian Sasser [bsasser@kprc.com] |
| **Sent:** | Wednesday, July 24, 2013 3:15 PM |
| **To:** | OGC Webmaster |
| **Cc:** | Vinger, Tom |
| **Subject:** | KPRC-TV Open Records Request |

Pursuant to the Texas Public Information Act, Texas Government Code Ann.

552.001 et. Seq., we are requesting the following records maintained by or for the **Department of Public Safety**:


**\*Average customer wait times for May and June at the following DPS Driver License offices:**

**Houston-Rosenberg Mega Center**

**Houston-Spring Mega Center**

**Houston Dacoma**

**Houston East**

**Houston Grant Road**

**Houston Townhurst**

**Houston Vantage Parkway East**

**Houston Winkler**

**Houston-Gessner Mega Center**


As you know, the Texas Open Records Act provides that if portions of a

document are exempt from release, the remainder must be segregated and

disclosed. Therefore, I will expect you to send all non-exempt portions

of the records, which I have requested, and ask that you justify any

deletions by reference to specific exemptions. I reserve the right to

appeal your decisions to withhold any materials.

Since some of the documents listed above may be more readily available than others please provide the documents that are available as soon as possible without waiting to provide access to all documents. I promise to pay reasonable search and duplication fees in connection with this request. ***However, If you estimate that the total fee will exceed $20, please notify me so I may authorize the expenditure of a greater amount***.

We look forward to hearing from you within the **10-day** time guideline set up in the Texas Open Records Act.

**Brian Sasser**

**Investigative Producer**

**KPRC-TV**

**P.O. Box 2222**

**Houston, TX 77252**

**832-493-3965 Cell**

**bsasser@kprc.com**

TEX0494930

**Average Wait in Minutes by office for all transaction types 2013**

| Office | May | June |
| --- | --- | --- |
| Rosenberg | 13 | 31 |
| Spring | 28 | 54 |
| Dacoma | 25 | 22 |
| Houston – East | 30 | 41 |
| Grant Road | 22 | 26 |
| Townhurst | 46 | 60 |
| Vantage Parkway | 17 | 27 |
| Winkler | 18 | 20 |
| Gessner | 37 | 57 |

TEX0494931