| | |
|---|---|
| **From:** | Barber, David |
| **To:** | Rodriguez, Tony |
| **CC:** | Valenzuela, Estella |
| **Sent:** | 8/23/2013 3:03:27 PM |
| **Subject:** | EIC Weekly Report Region 4 |

The San Angelo office had one phone call asking about getting an Election Certificate. The caller was from an Angelo State University professor wanting to apply for one to show his class. He was told he did not qualify because he has a valid DL.

The Northwestern office had one call. The unidentified male caller asked what was required and was given the information as well as the DPS web site for an additional resource. Through the conversation it was determined that he did not qualify because he had a valid ID.

David A Barber
Asst Manager Region 4
DLD El Paso-West
O (915) 849-4150
C (915) 342-6319



AGENCY CONFIDENTIALITY NOTICE
This electronic mail transmission is confidential, may be privileged, and should be read or retained only by the intended recipient. If you have received this transmission in error, please immediately notify the sender, destroy all electronic and non-electronic copies, and delete it from your system.

2:13-cv-193
09/02/2014
DEF1313

TEX0495520