| | |
|---|---|
| **From:** | Rodriguez, Tony |
| **To:** | Silva, Samuel; Valenzuela, Estella; Valdez, Tomas; Hubbard, Barbara; Garcia, Joseph; Winkley, Salestus; Berkley, Johnnie; Bergman, Kathy; Carter, Thomas |
| **CC:** | Bell, Stephen |
| **Sent:** | 9/20/2013 8:22:07 AM |
| **Subject:** | Fw: Warrant checks and fingerprints |

See note below regarding EICs and fingerprints

Tony Rodriguez
Customer Operations Senior Manager
Driver License Division, Texas Department of Public Safety
Cell: 512.739.9709
Office: 512.424.5657
Sent from BlackBerry - Please excuse typos

---

**From:** Peters, Joe
**Sent:** Thursday, September 19, 2013 06:00 PM
**To:** Watkins, Paul; Rodriguez, Tony; Bell, Stephen
**Cc:** Mastracchio, JoeAnna; Gipson, Sheri
**Subject:** Warrant checks and fingerprints

Please ensure that all CSRs are aware that, effective immediately, we will NOT be conducting warrant checks or capturing fingerprints on EIC applicants regardless of location, fixed or mobile.

Joe Peters
Assistant Director
Texas Department of Public Safety
Driver License Division
P.O. Box 4087
Austin, TX  78773
Office: 512-424-5899
joe.peters@dps.texas.gov





2:13-cv-193
09/02/2014
DEF1314

TEX0495608