| | |
|---|---|
| **From:** | Fowler, Cynthia (LRS) |
| **To:** | Daughtry, Lisa |
| **Sent:** | 11/8/2013 5:08:02 PM |
| **Subject:** | RE: EIC Region 3 Weekly Report (Monday 4 Nov - Friday 8 Nov) - Issuance: 3, Inquiry: 0 |
| **Attachments:** | 20130811_RODRIGUEZ, ATZLAN JOSE JESUS.pdf |

*Lisa,*

*EIC #37871752 Rodriguez, Atzlan Jose Luis – not found in DLS – Valid Issuance – documents and mail date attached.*

*Respectfully*

*Cynthia Fowler*
*License & Record Service*
*Cynthia.Fowler@dps.texas.gov*
*512-424-2744*
*We are creating a faster, easier and friendlier driver license experience and a safer Texas*

---

**From:** Daughtry, Lisa
**Sent:** Friday, November 08, 2013 4:55 PM
**To:** Fowler, Cynthia (LRS)
**Subject:** FW: EIC Region 3 Weekly Report (Monday 4 Nov - Friday 8 Nov) - Issuance: 3, Inquiry: 0

Cyndee - I know Reeder is complete; we have a question pending on Garcia – where are we on Rodriguez?  Thanks.

Best regards,

Lisa Daughtry
Assistant Manager
License & Record Service
Driver License Division
(512) 424 -5973
lisa.daughtry@dps.texas.gov

**From:** Silva, Samuel
**Sent:** Friday, November 08, 2013 4:52 PM
**To:** Rodriguez, Tony
**Cc:** Daughtry, Lisa; O'Connor, Ryan
**Subject:** EIC Region 3 Weekly Report (Monday 4 Nov - Friday 8 Nov) - Issuance: 3, Inquiry: 0

EIC Region 3 Weekly Report for Monday November 4 through Friday November 8.  As expected, there is a big reduction in activity.  Have a great weekend.

[Exhibit sticker: 2:13-cv-193 / 09/02/2014 / DEF1315]

| | | | |
|---|---|---|---|
| **EIC Region 3 Weekly Report (Monday 11/04/13 - Friday 11/08/2013)** ||||
| 3 | Issuance | 3 | **Weslaco (Station 321)**<br>    EIC # 37871752, Rodriguez, Atzlan Jose Luis<br>    EIC # 37873308, Garcia, Maria Reveca<br>**Palmview (Station 329)**<br>    EIC # 37867111, Reeder, Nancy Ann |

TEX0495663

| | | | |
|---|---|---|---|
| | **Inquiry** | 0 | Zero inquiries. |

Sam.

*DLD Vision:  We are creating a faster, easier, and friendlier driver license experience and a safer Texas.*
*Samuel J. Silva*
*Driver License Regional Manager*
*O: (956) 565-7210*
*M: (956) 369-4517*

TEX0495664