# Texas Department of Public Safety
# Election Identification Certificate

The Office of the Texas Secretary of State and the Texas Department of Public Safety have joined in partnership to offer Election Identification Certificates (EIC) to eligible voters that do not have an acceptable form of photo identification. Currently there are 79 counties that do not have DPS driver license office. To accommodate the citizens in those counties, the Secretary of State has offered them the opportunity to partner with DPS and has provided the equipment necessary to accomodate  all eligible voters with an EIC.

The County Clerks will collect necessary information to issue a temporary Election Identification Certificate to eligible applicants. The EIC data will be transported via Trooper to a driver license office to complete the transactions in the Driver License System (DLS).  The driver license office will receive the EIC data, which has been uploaded to a designated flashdrive,  the original EIC applications (DL-14C/CS), signature cards, and aTexas County EIC Tracking Sheet. They will use this information to complete the transactions on the offices Home Bound DLS workstation. There will be a County Clerk contact list provided to your driver license office for any questions you may have regarding the EIC data uploaded to the flashdrive.





## STEPS TO TRANSFER EIC DATA TO HOME BOUND DESKTOP

**Step 1:** Insert the flashdrive into USB port on a DLS Home Bound workstation.

**Step 2:** Open Windows Explorer and navigate to "Removable Disk (E:) drive and double click on "BitLockerToGo.exe".(Figure 1)



Fig. 1

Texas Election Identification Certificate                                                                                        Page 2

**Step 3:** Enter flashdrive password (Monday@01) into screen then click "Unlock" button. (Figure 2)

 Fig. 2

**Step 4:** Select the documents, pictures, and receipt folders.

 Fig. 3

Texas Election Identification Certificate                                              Page 3

**Step 5:** Drag the document, pictures and receipt folders to Desktop. It will be necessary to print out the applicant's documents and receipt to scan during the EIC application process in DLS.



Fig. 4

**Step 6:** Log into DLS and search for an existing DL or ID on record. If an existing DL or ID if found:
   a. The application will be rejected. Record the reason for the rejection on the EIC application (i.e."customer has an acceptable for of ID");
   b. Record DL or ID number on EIC application;
   c. Repeat this process and search for an exisiting EIC. If one is found, annotate the existing EIC on DL-14C/CS
   d. All records found ineligible should also be annotated on the Texas EIC County Tracking Sheet

If no record is found begin the Election Identification Certificate process. Enter the required information from the EIC application into the system. Under "Other Information" check the Home Bound indicator box.(Figure 5)
.



Fig. 5

**NOTE:** If you have any questions regarding the EIC data uploaded to the flashdrive please refer to the County Clerk contact list provided to your driver license office.

Texas Election Identification Certificate                                                                                           Page 4

**Step 7:** To capture the EIC applicant's signature, insert the signed signature card into the signature card reader (tissue box) and select the "Capture" button. After the signature is captured select the "Next" button. (Figure 6)



Fig. 6

**Step 8:** To capture the portrait from the photograph taken with the digital camera into the EIC record:

   a. Select the "Open File" button from the Portrait page.



b. On the desktop select the Pictures folder and click on the "Open" button.



c. Select the JPG file with the name of the applicant currently being processed and select the "Open" button. The image will appear in the Portrait capture screen.



Texas Election Identification Certificate  Page 6

d.  If necessary, resize the portrait to ensure a quality image is captured. Select the "Next" button to proceed to the next page.



**Step 9:** Review the images and select the "Accept" button (Figure 7) and Refresh the images on the next page. (Not shown)



Fig. 7

TEX0495778

**Step 10:** After capturing the signature and photograph in DLS, record the EIC number on the application. Scan all documents (ID documents and receipt) into DLS. Select the "Continue" button and proceed to the next screen. (Figure 8)



Fig. 8

**Step 11: The CSR will NOT print the Temporary Election Identification Certificate** and will proceed to the next page.

**Step 12:** Review the record on the Summary Page for accuracy and click DLS to "Bridge Out" of the transaction.

**Step 13:** On the EIC tracking sheet locate the applicant's name under the "Remarks" section on the right side of the form and record the EIC number assigned to the applicant. The EIC tracking sheet will be provided to the office supervisor once all transactions are completed to be included in the weekly EIC report.

**Step 14:** Fax all EIC applications and the cover sheet to License & Record Services at (512) 424-5948. Customer Support will mail a letter to ineligible applicants informing them of their status. The EIC application will be held for 72 hours and then destroyed. Copies of other documents (i.e. ID documents, signature card) will be destroyed after the EIC application process has been completed.

**Step 15:** Once all transactions are complete, and applications have been faxed ,shred all applicant documents.

**Step 16:** Keep the EIC flashdrive in a secure location until a Trooper returns to transport it back the County Clerk's Office.

TEX0495779

# TEXAS DEPARTMENT OF PUBLIC SAFTEY

# Texas Election Identification Certificate



| TO: **License and Record Service** |
|---|
| FAX: **512-424-5948** |
| NOTES/COMMENTS: |
| **Processed EIC Application Transmission** |

| Office Location: | Region: |
|---|---|
| Employee: | |
| PHONE: | |
| DATE SENT: | NUMBER OF PAGES (INCLIUDING COVERSHEET): |

TEX0495780