| | |
|---|---|
| **From:** | Daughtry, Lisa |
| **To:** | Rodriguez, Tony |
| **Sent:** | 10/9/2013 11:56:36 AM |
| **Subject:** | RE: EIC Training Issue - Garland DLC Region 1A 100313 |

Perfect – I had a feeling she may not have had identity documents after I sent the initial email. I'm so glad she is willing and able to get an ID card. I would say that with the follow up DL provided world class customer service! Thanks for letting me know.

Best regards,

Lisa Daughtry
Assistant Manager
License & Record Service
Driver License Division
(512) 424 -5973
lisa.daughtry@dps.texas.gov

---

**From:** Rodriguez, Tony
**Sent:** Wednesday, October 09, 2013 11:53 AM
**To:** Daughtry, Lisa
**Subject:** FW: EIC Training Issue - Garland DLC Region 1A 100313

Closing the loop

v/r

*Tony Rodriguez*

Customer Operations Senior Manager – South and West
Driver License Division
Texas Department of Public Safety
tony.rodriguez@dps.texas.gov
512.424.5657 (O)
512.739.9709 (C)
512.424.5233 (F)

---

**From:** Bell, Stephen
**Sent:** Tuesday, October 08, 2013 4:08 PM
**To:** Rodriguez, Tony
**Subject:** FW: EIC Training Issue - Garland DLC Region 1A 100313

Closing the loop.


After speaking with Ms. Sullivan, she was not issued an EIC because she does not have a birth certificate. She informed me that she currently has a passport that expired on 08/16/13, not quite 60 days yet. Right now she doesn't qualify for an EIC. She went to the Lochwood Library to obtain a TX ID, she did not realize they only issued EIC's. I explained to her the difference between EIC and ID and she definitely needs a Texas ID, which she does qualify for. I asked her if getting to an office was an issue. She said no, she just quit driving on her last birthday. Her son takes her anywhere she needs to go. Physically, there is no issue getting here. She will be coming into an office to obtain the ID. The DLC is not the closest office to her, but she enjoyed the conversation and may come here. She was extremely pleased and impressed with the follow up contact.

2:13-cv-193
09/02/2014
**DEF1321**

TEX0496004

v/r
Stephen W. Bell
Customer Operations Senior Manager– North and East
Driver License Division
Texas Department of Public Safety
stephen.bell@dps.texas.gov
512-550-7064 (C)
512-424-2768 (O)



*The Driver License Division is committed to quality and excellence in customer service. Please share your thoughts with us via our online customer service survey at:* http://www.survey.utexas.edu/txdps/

---

**From:** Souder, Richard
**Sent:** Tuesday, October 08, 2013 3:14 PM
**To:** Winkley, Salestus
**Cc:** Bell, Stephen
**Subject:** FW: EIC Training Issue - Garland DLC Region 1A 100313

Salestus,
FYI.

---

**From:** Stevens, Kimberley
**Sent:** Tuesday, October 08, 2013 3:09 PM
**To:** Souder, Richard
**Subject:** FW: EIC Training Issue - Garland DLC Region 1A 100313

Richard,

After speaking with Ms. Sullivan, she was not issued an EIC because she does not have a birth certificate. She informed me that she currently has a passport that expired on 08/16/13, not quite 60 days yet. Right now she doesn't qualify for an EIC. She went to the Lochwood Library to obtain a TX ID, she did not realize they only issued EIC's. I explained to her the difference between EIC and ID and she definitely needs a Texas ID, which she does qualify for. I asked her if getting to an office was an issue. She said no, she just quit driving on her last birthday. Her son takes her anywhere she needs to go. Physically, there is no issue getting here. She will be coming into an office to obtain the ID. The DLC is not the closest office to her, but she enjoyed the conversation and may come here. She was extremely pleased and impressed with the follow up contact.

---

**From:** Winkley, Salestus
**Sent:** Monday, October 07, 2013 12:33 PM
**To:** Stevens, Kimberley; Souder, Richard
**Cc:** Bell, Stephen
**Subject:** Fw: EIC Training Issue - Garland DLC Region 1A 100313

Kim please handle.

---

**From:** Bell, Stephen
**Sent:** Monday, October 07, 2013 12:18 PM
**To:** Souder, Richard; Winkley, Salestus
**Cc:** Rodriguez, Tony
**Subject:** FW: EIC Training Issue - Garland DLC Region 1A 100313

Please contact her and set up a home visit if we dropped the ball on this.  She is 98 years old and I do not want to make her come back in.

v/r
Stephen W. Bell
Customer Operations Senior Manager— North and East
Driver License Division
Texas Department of Public Safety
stephen.bell@dps.texas.gov
512-550-7064 (C)
512-424-2768 (O)



*The Driver License Division is committed to quality and excellence in customer service. Please share your thoughts with us via our online customer service survey at:* http://www.survey.utexas.edu/txdps/

---

**From:** Rodriguez, Tony
**Sent:** Monday, October 07, 2013 11:48 AM
**To:** Bell, Stephen
**Subject:** FW: EIC Training Issue - Garland DLC Region 1A 100313

Please see Lisa's note below about a possible erroneous denial

v/r

*Tony Rodriguez*

Customer Operations Senior Manager – South and West
Driver License Division
Texas Department of Public Safety
tony.rodriguez@dps.texas.gov
512.424.5657 (O)
512.739.9709 (C)
512.424.5233 (F)

---

**From:** Daughtry, Lisa
**Sent:** Friday, October 04, 2013 4:14 PM
**To:** Rodriguez, Tony
**Cc:** Spinks, Margaret; Fowler, Cynthia (LRS); Vasquez, Esther
**Subject:** EIC Training Issue - Garland DLC Region 1A 100313

Tony –

We received a faxed application from Richard Souder from this office, phone 214-226-5873, for Marie Frances Sullivan. Across the top the CSR wrote ineligible and noted DL# 05388597. See attached.

The training materials state to only fax the application when an EIC has been processed. However, there was value in receiving this.

When I viewed the DL I saw that it has been expired since 1/18/2013; I did not find anything else in DLS for Marie Frances Sullivan. So it appears Ms. Sullivan was denied an EIC in error.

Best regards,

TEX0496006

Lisa Daughtry
Assistant Manager
License & Record Service
Driver License Division
(512) 424-5973
lisa.daughtry@dps.texas.gov

TEX0496007