| | |
|---|---|
| **From:** | Bell, Stephen |
| **To:** | 'bobcole@kokefm.com' |
| **Sent:** | 10/29/2013 7:52:28 AM |
| **Subject:** | FW: News Release: REMINDER: Select Driver License Offices Open Saturdays to Issue Election Identification Certificates |

FYI.



v/r
Stephen W. Bell
Customer Operations Senior Manager– North and East
Driver License Division
Texas Department of Public Safety
stephen.bell@dps.texas.gov
512-550-7064 (C)
512-424-2768 (O)



*The Driver License Division is committed to quality and excellence in customer service. Please share your thoughts with us via our online customer service survey at:* http://www.survey.utexas.edu/txdps/

---

**From:** Cesinger, Katherine
**Sent:** Friday, October 25, 2013 2:58 PM
**To:** GRP_DPS Everyone
**Subject:** News Release: REMINDER: Select Driver License Offices Open Saturdays to Issue Election Identification Certificates



October 25, 2013                                                                            NEWS RELEASE

# REMINDER: Select Driver License Offices Open Saturdays to Issue Election Identification Certificates

*Certificates also available at mobile stations, select county locations throughout the state*

AUSTIN – The Texas Department of Public Safety (DPS) is reminding Texans that nearly 50 driver license offices across the state are offering Saturday hours to provide Election Identification Certificates (EIC) to those in need of proper identification required to vote in elections in Texas.

Select offices are open on Saturdays from 10 a.m. – 2 p.m. through November 2, to allow residents to apply for EICs

TEX0496266

only. **No other transactions will be conducted during Saturday business hours**.

Texans can now obtain an EIC at:
- Any of the **more than 220 Texas driver license offices** during regular business hours
- **Select driver license offices** on Saturdays from 10 a.m. – 2 p.m. (EIC transactions only)
- **DPS EIC mobile station locations** (EIC transactions only); locations can be found at VoteTexas.gov and http://www.dps.texas.gov/DriverLicense/documents/EICDPSrun.pdf
- **Select county locations**, issuing only EICs at the local level

Most residents already have an acceptable form of photo identification needed for voting and will not need or qualify for an EIC. If an applicant already has any of the following documents, they are *not* eligible to receive an EIC:

- Texas driver license – unexpired or expired less than 60 days at the time of voting
- Texas personal identification card – unexpired or expired less than 60 days at the time of voting
- U.S. passport book or card – unexpired or expired less than 60 days at the time of voting
- Texas concealed handgun license – unexpired or expired less than 60 days at the time of voting
- U.S. Military identification with photo – unexpired or expired less than 60 days at the time of voting
- U.S. Citizenship Certificate or Certificate of Naturalization with photo

To apply for an EIC, applicants must visit a driver license office or mobile station and complete an Application for Texas Election Certificate (DL-14C).

To qualify for an EIC, an applicant must:
- Bring documentation to the office to verify **U.S. citizenship** and **Identity**
- Be eligible to vote in Texas (Bring a valid voter registration card or submit a voter registration application through the Texas Department of Public Safety)
- Be a Texas resident
- Be 17 years and 10 months or older

**To avoid delays or complications, DPS urges potential applicants to make sure they have the necessary documentation before arriving at the office.**

The EIC receipt an individual receives will include their photo and can be used for voting until the permanent card is delivered by mail.

The EIC is **free of charge** to qualifying applicants and is valid for six years. There is no expiration date for an EIC for citizens 70 years of age or older. The EIC can **only** be used for the purpose of voting in an election and may not be used as personal identification.

For more information on the requirements, exemptions and process for obtaining an EIC, please visit: http://www.txdps.state.tx.us/DriverLicense/electionID.htm.

For more information on voting in Texas, visit the Secretary of State's website: www.votetexas.gov.

### (HQ 2013-127)

TEX0496267