| | |
|---|---|
| **From:** | Rodriguez, Tony |
| **To:** | Rodriguez, Jose III (Reg Cmdr); Matthews, Carey; Albus, Gary |
| **CC:** | Watkins, Paul; Peters, Joe; Bell, Stephen |
| **Sent:** | 9/9/2013 6:24:26 PM |
| **Subject:** | FW: EIC - Offices that will open on Saturday |

Gentlemen,
We have been asked to open DL offices in thirteen counties that the Secretary of State's Office believes have the highest number of Texans who require Election Identification Certificates (EICs). Those counties in my part of the state are listed in the matrix below, the rest are in Steve Bell's area. The bottom line is that these offices will open part of the day Saturday to issue EICs only – no other DL related transactions. We were told to expect that this effort would continue until the elections in November, but my personal thought is that we don't get any demand for the EICs we can make a case to stop opening the offices.

- I realize that this creates a real issue for you, but it would be very helpful if you could provide some troopers for presence.

- Along the same lines, we have also been given a warning order that we will have to deploy 5 of our 6 mobile units to locations designated by the Sec State's office to provide EICs to customers. This is being worked out now and I expect to know which counties/cities these units will go to in the morning.

- I am also seeking clarification about the offices located on Ft Hood and Ft Bliss to see if we need to open them as well.

As soon as I get additional information I will provide it to you.

**EIC Response**
**Open County Offices**

Staffing for the offices listed below:

- MegaCenters – 5 employees

- All other offices – 2 employees

Hours are 10:00 – 2:00 PM

We will design a banner here, but you will need to have them made locally (Find a sign maker now)

The offices are open for EICs only

| DPS Region | Counties | Offices |
|---|---|---|
| 3 | Hidalgo | - Edinburg<br>- Mission<br>- Weslaco |
| 3 | Cameron | - Brownsville<br>- Harlingen |
| 3 | Nueces | - Corpus Christi |
| 4 | El Paso | - Gateway<br>- Hondo Pass<br>- Northwest |

Exhibit sticker: 2:13-cv-193 09/02/2014 DEF1325

|  |  |  |
|---|---|---|
|  |  | · Scott Simpson |
|  |  | · Ft Bliss |
| 6A | Bexar | · Leon Valley |
|  |  | · Babcock |
|  |  | · General Mac |
|  |  | · Southeast |
|  |  | · Pat Booker |
| 6B | Travis | · Pflugerville |
|  |  | · Austin-Northwest |
|  |  | · Austin-South |
|  | Bell | · Ft Hood |
|  |  | · Killeen |
|  |  | · Temple |

v/r

*Tony Rodriguez*

Customer Operations Senior Manager – South and West
Driver License Division
Texas Department of Public Safety
tony.rodriguez@dps.texas.gov
512.424.5657 (O)
512.739.9709 (C)
512.424.5233 (F)

---

**From:** Rodriguez, Tony
**Sent:** Monday, September 09, 2013 05:59 PM
**To:** Silva, Samuel; Valenzuela, Estella; Hubbard, Barbara; Garcia, Joseph
**Cc:** Corbett, Melissa; Meade, Kevin
**Subject:** EIC - Offices that will open on Saturday

Folks: The word has come down that we need to open offices in the top thirteen counties where the Sec State thinks there are potential voters who do not possess ID. In our area this means the 22 offices listed below. These offices will open this Saturday. You can use hourly employees. If the employee has 40 hours already they get time and a half, if not they get straight pay.

As soon as I get additional information I will set up a conference call tomorrow. In the meantime I need you to start working on getting your folks energized.

| DPS Region | Counties | Offices |
|---|---|---|
| <td colspan="3">· Staffing for the offices listed below:<br>   o MegaCenters – 5 employees<br>   o All other offices – 2 employees<br>· Hours are 10:00 – 2:00 PM<br>· We will design a banner here, but you will need to have them made locally (Find a sign maker now)<br>· The offices are open for EICs only</td> | | |
| 3 | Hidalgo | · Edinburg<br>· Mission<br>· Weslaco |
| 3 | Cameron | · Brownsville<br>· Harlingen |
| 3 | Nueces | · Corpus Christi |
| 4 | El Paso | · Gateway<br>· Hondo Pass<br>· Northwest<br>· Scott Simpson<br>· Ft Bliss |
| 6A | Bexar | · Leon Valley<br>· Babcock<br>· General Mac<br>· San Antonio Southeast<br>· Pat Booker |
| 6B | Travis | · Pflugerville<br>· Austin-Northwest<br>· Austin-South |
| 6B | Bell | · Ft Hood<br>· Killeen<br>· Temple |

v/r

*Tony Rodriguez*

Customer Operations Senior Manager – South and West
Driver License Division
Texas Department of Public Safety
tony.rodriguez@dps.texas.gov
512.424.5657 (O)
512.739.9709 (C)
512.424.5233 (F)