**From:** Blackwell, Summer
**To:** Sampa, John
**Sent:** 10/8/2013 11:45:06 AM
**Subject:** Grimes County mobile stations for EICs

Sgt. Sampa,

Good morning. There are more EIC mobile units coming to your area. Can you please send or have the appropriate trooper send this out to media outlets in the area. You know the drill by now J. Call me if you have any questions. Thanks in advance.

*Summer Blackwell*
*Media and Communications*
*Senior Writer*
*Texas Department of Public Safety*
*summer.blackwell@dps.texas.gov*
*(512) 424-2083*

MESSAGE:

Just as a reminder, there will be mobile stations in our area this week issuing Election Identification Certificates (EICs) for Texans who do not already have an accepted form of photo identification necessary to vote. The Texas Department of Public Safety appreciates your help in informing the public about EICs and these convenient mobile stations.

For more information regarding EICs, including eligibility guidelines and necessary documentation, please visit http://www.dps.texas.gov/director_staff/media_and_communications/pr092413a.htm.

Dates and times for mobile stations are subject to change. For the most up-to-date schedule, please visit www.voteTexas.gov.

See the following schedule for Grimes County locations and times:

**Wednesday, Oct. 9 (all locations 9 a.m. – 4 p.m.)**

| Location | Address |
|---|---|
| Navasota Center | 101 Stadium Drive, Navasota, Texas 77868 |
| Richards Volunteer Fire Department | 1136 FM 149 East, Richards, Texas 77873 |

**Thursday, Oct. 10 (all locations 9 a.m. – 4 p.m.)**

| Location | Address |
|---|---|
| Progressive Center | 615 W. Virginia St., Navasota, Texas 77868 |
| Bedias Civic Center | 3652 Main St., Bedias, Texas 77831 |


2:13-cv-193
09/02/2014
DEF1326

**Friday, Oct. 11 (all locations 9 a.m. – 4 p.m.)**

| Location | Address |
|---|---|
| Progressive Center | 615 W. Virginia St., Navasota, Texas 77868 |
| Plantersville Town Hall | 11335 Lodge Lane Plantersville, Texas 77868 |

TEX0496641