| | |
|---|---|
| From: | Rodriguez, Tony |
| To: | Daughtry, Lisa |
| Sent: | 10/25/2013 11:04:50 PM |
| Subject: | Re: EIC Raymundo Salinas |

Hold the EIC until further notice

Tony Rodriguez
Senior Manager
Office: 512.424.5657
Cell: 512.739.9709

On Oct 25, 2013, at 16:37, "Daughtry, Lisa" <Lisa.Daughtry@dps.texas.gov> wrote:

Tony –

Raymundo Salinas presented these documents for issuance of an EIC:

expired since 1/21/09 Texas ID 18567299
Voter registration card with an address that matches the expired ID
Certification of birth facts card
DL-14CS with an address that differs from the ID and voter registration card

His DOB is listed as 1/21/1971 and he provided a SSN of 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.

Research reveals ID 18567299 was issued 5/18/00 at the conclusion of an investigation into the use of now purged ID 11390761 by two additional individuals. The TLE-1 indicates it was apparent all three individuals were using the same name and DOB and had different transactions on the same ID. The individual who received the new ID 18567299 provided documentation acceptable to the investigator.

There is a valid ID 23121334 original issue date 4/26/05 good through 1/21/2019 and DL 33575394 original issue date 05/03/2010 good through 1/21/2017 in DLS with the same name, DOB and verified SSN. This makes the applicant for the EIC technically ineligible to have it.

However, while the holder of the valid DL and ID is the same person, it is not the same person who applied for the EIC; this has been confirmed with the use of facial comparison software. As there is no gain in obtaining an EIC other than to vote fraudulently, my thoughts are the EIC applicant is the "true" Raymundo Salinas.

The decision to release the EIC or not is yours. Meanwhile, I will provide the documents pulled to Michael Strawn to send for investigation into potential false application for a Texas DL/ID. Cynthia Fowler has the EIC.

I appreciate your patience as documentation was gathered and reviewed.

Best regards,

Lisa Daughtry
Assistant Manager
License & Record Service
Driver License Division
(512) 424 -5973
lisa.daughtry@dps.texas.gov



2:13-cv-193
09/02/2014
**DEF1327**

TEX0496645