| | |
|---|---|
| **From:** | Rodriguez, Tony |
| **To:** | Vinger, Tom |
| **Sent:** | 7/17/2013 2:59:54 PM |
| **Subject:** | RE: 12 July EIC Report |
| **Attachments:** | Scanned from a Xerox multifunction device.pdf |

Yes, the receipt a customer receives at the conclusion of the transaction is good for 60 days from issuance. This week the card mailing cycle has ranged from 6 – 11 days. The temporary receipt can be used to vote immediately. Attached is a test sample I just had run to confirm

v/r

*Tony Rodriguez*

Customer Operations Senior Manager – South and West
Driver License Division
Texas Department of Public Safety
tony.rodriguez@dps.texas.gov
512.424.5657 (O)
512.739.9709 (C)
512.424.5233 (F)

The Driver License Division is committed to quality and excellence in customer service. Please share your thoughts with us via our online customer service survey at: http://www.survey.utexas.edu/txdps/

---

**From:** Vinger, Tom
**Sent:** Wednesday, July 17, 2013 2:42 PM
**To:** Rodriguez, Tony
**Subject:** RE: 12 July EIC Report

So, does the EIC receipt have an expiration date, I am not sure I established that.   I know it can be used for voting, but it not the final product, if I am understanding correctly.

---

**From:** Rodriguez, Tony
**Sent:** Friday, July 12, 2013 4:30 PM
**To:** Peters, Joe
**Cc:** Watkins, Paul; Bell, Stephen; Winkley, Salestus; Berkley, Johnnie; Silva, Samuel; Valenzuela, Estella; Valdez, Tomas; Hubbard, Barbara; Garcia, Joseph; Smith, Janie; Melcher, Lori; Gomez, Enrique; Mastracchio, JoeAnna; Ron Grahovec; Crawford, John; Vinger, Tom; Cesinger, Katherine; Hunter, Stephanie; Wells, Charles; Barber, David; Muniz, Barbara; Segundo, Carolina
**Subject:** 12 July EIC Report

1 inquiry
0 issuances

2:13-cv-193
09/02/2014
**DEF1330**

| 12 July EIC Report | | | |
|---|---|---|---|
| 1A | Issuance | 0 | |
| | Inquiry | 0 | |
| 1B | Issuance | 0 | |
| | Inquiry | 0 | |
| 2A | Issuance | 0 | |
| | Inquiry | 0 | |
| 2B | Issuance | 0 | |
| | Inquiry | 0 | |
| 3 | Issuance | 0 | |

TEX0496803

| | | | |
|---|---|---|---|
| | Inquiry | 0 | |
| 4 | Issuance | 0 | |
| | Inquiry | 0 | |
| 5 | Issuance | 0 | |
| | Inquiry | 0 | |
| 6A | Issuance | 0 | |
| | Inquiry | 0 | |
| 6B | Issuance | 0 | |
| | Inquiry | 1 | Austin South had one inquiry but the person already had a valid Texas ID Card. |
| Total EICs Issued Today | | 0 | |
| Total EIC Inquiries Today | | 1 | |
| Total EICs Issued to Date | | 2 | |
| Total EIC Inquiries to Date | | 31 | |

v/r

*Tony Rodriguez*

Customer Operations Senior Manager – South and West
Driver License Division
Texas Department of Public Safety
tony.rodriguez@dps.texas.gov
512.424.5657 (O)
512.739.9709 (C)
512.424.5233 (F)

The Driver License Division is committed to quality and excellence in customer service. Please share your thoughts with us via our online customer service survey at: http://www.survey.utexas.edu/txdps/