| | |
|---|---|
| **From:** | Rodriguez, Tony |
| **To:** | Peters, Joe |
| **CC:** | Watkins, Paul; Mastracchio, JoeAnna |
| **Sent:** | 8/21/2013 4:08:12 PM |
| **Subject:** | FW: EIC Issued in Uvalde |
| **Attachments:** | SSN L.tif |

I know it's early, but thought you would want this information under your thumb. The Uvalde office just issued an EIC. Sam will include this on his weekly report.

v/r

*Tony Rodriguez*

Customer Operations Senior Manager – South and West
Driver License Division
Texas Department of Public Safety
tony.rodriguez@dps.texas.gov
512.424.5657 (O)
512.739.9709 (C)
512.424.5233 (F)

The Driver License Division is committed to quality and excellence in customer service. Please share your thoughts with us via our online customer service survey at: http://www.survey.utexas.edu/txdps/

---

**From:** Silva, Samuel
**Sent:** Wednesday, August 21, 2013 4:06 PM
**To:** Rodriguez, Tony
**Cc:** Bell, Stephen
**Subject:** EIC Issued in Uvalde

Region 3 issued an EIC in Uvalde this afternoon. Just thought I would let you know. We will include it in our Weekly EIC Report on Friday.
Sam.

*DLD Vision: We are creating a faster, easier, and friendlier driver license experience and a safer Texas.*
*Samuel J. Silva*
*Driver License Regional Manager*
*O: (956) 565-7210*
*M: (956) 369-4517*

---

**From:** Ayers, Becky
**Sent:** Wednesday, August 21, 2013 3:05 PM
**To:** Flores, Maria
**Subject:** FW: ELECTION CERT

We had our first Election Cert in our area. -- Becky

2:13-cv-193
09/02/2014
**DEF1331**

**From:** Yvette Mendoza
**Sent:** Wednesday, August 21, 2013 2:43 PM
**To:** Ayers, Becky
**Subject:** ELECTION CERT

Ok I did my first EC today!!!! It was fairly simply and very short. I scanned in docs and it then went in to screen to print out the temporary one.
Application was simple also. Applicant said it was pretty easy and didn't take a lot of time.

TEX0497006

Thanks
Yvette

TEX0497007