| From: | Muniz, Barbara |
|---|---|
| To: | Rodriguez, Tony |
| CC: | Valdez, Tomas |
| Sent: | 9/13/2013 2:55:58 PM |
| Subject: | EIC Weekly Report-September 13, 2013 |

Tony,

Please see attached EIC for Region V.

| 13 September Weekly EIC Report | | | |
|---|---|---|---|
| 1A | Issuance | 0 | |
| | Inquiry | | |
| 1B | Issuance | 0 | |
| | Inquiry | | |
| 2A | Issuance | 0 | |
| | Inquiry | 0 | |
| 2B | Issuance | 0 | |
| | Inquiry | 0 | |
| 3 | Issuance | 0 | |
| | Inquiry | 0 | |
| 4 | Issuance | 0 | |
| | Inquiry | 0 | |
| 5 | Issuance | 0 | |
| | Inquiry | 0 | |
| 6A | Issuance | 0 | |
| | Inquiry | | |
| 6B | Issuance | 0 | |
| | Inquiry | | |
| Total EICs Issued Today | | 0 | |
| Total EIC Inquiries Today | | | |
| Total EICs Issued to Date | | | |
| Total EIC Inquiries to Date | | | |

Thank you,

*Barbara Muniz*

*Barbara Muniz*
*Regional Secretary*
*Lubbock Driver License- Region V*



2:13-cv-193
09/02/2014
**DEF1333**

1302 Mac Davis Lane
Lubbock, TX 79401-1826

( 806-472-2852

7 806-472-2848

8 barbara.muniz@dps.texas.gov

**EMAIL CONFIDENTIALITY STATEMENTS**
"This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail and delete the message. This e-mail contains the thoughts and opinions of the individual sender only and does not represent official Texas Department of Public Safety policy."