| | | |
|---|---|---|
| **From:** | Silva, Samuel | |
| **To:** | Truett, Saundra | |
| **CC:** | Rodriguez, Tony; Flores, Maria; Ramirez, Raquel; Segundo, Carolina; Uribe, Roxanne | |
| **Sent:** | 9/15/2013 2:16:40 PM | |
| **Subject:** | FW: (EIC) Saturday Operations - Cost Capture - REVISION 2 REGION 3 | |

Saundra,
Region 3 must revise our Cost Capture chart once more. Corpus Christi's CSR A11 was able to work Saturday after all. We had two CSR A11s work EIC Saturday, 9/14/13. Please note the change back to our original plan. Sorry for any inconvenience this may cause.

| | | | Employee 1 | Employee 2 |
|---|---|---|---|---|
| **3** | Hidalgo | · Edinburg | A13 | A11 |
| | | · Mission | A13 | A13 |
| | | · Weslaco | A17 | A13 |
| | Cameron | · Brownsville | A15 | A13 |
| | | · Harlingen | A13 | A13 |
| | Nueces | · Corpus Christi | A11 | A11 |

Sam.

*DLD Vision: We are creating a faster, easier, and friendlier driver license experience and a safer Texas.*
**Samuel J. Silva**
*Driver License Regional Manager*
O: (956) 565-7210
M: (956) 369-4517

---

**From:** Silva, Samuel
**Sent:** Friday, September 13, 2013 1:54 PM
**To:** Truett, Saundra
**Cc:** Rodriguez, Tony
**Subject:** FW: (EIC) Saturday Operations - Cost Capture - REVISION REGION 3
**Importance:** High

Saundra,
One of our A11 CSRs in Corpus Christi will not work Saturday as previously planned.
He will be replaced with an A17 CSR V. Please note the change.

| | | | Employee 1 | Employee 2 |
|---|---|---|---|---|
| **3** | Hidalgo | · Edinburg | A13 | A11 |
| | | · Mission | A13 | A13 |
| | | · Weslaco | A17 | A13 |
| | Cameron | · Brownsville | A15 | A13 |
| | | · Harlingen | A13 | A13 |
| | Nueces | · Corpus Christi | A17 | A11 |



2:13-cv-193
09/02/2014
DEF1334

Sam.

*DLD Vision: We are creating a faster, easier, and friendlier driver license experience and a safer Texas.*
**Samuel J. Silva**
*Driver License Regional Manager*
O: (956) 565-7210

M: (956) 369-4517

---

**From:** Silva, Samuel
**Sent:** Wednesday, September 11, 2013 12:23 PM
**To:** Truett, Saundra
**Cc:** Rodriguez, Tony
**Subject:** RE: (EIC) Saturday Operations - Cost Capture
**Importance:** High

The information requested is noted in the email below.
Sam.

*DLD Vision: We are creating a faster, easier, and friendlier driver license experience and a safer Texas.*
*Samuel J. Silva*
*Driver License Regional Manager*
*O: (956) 565-7210*
*M: (956) 369-4517*

---

**From:** Rodriguez, Tony
**Sent:** Wednesday, September 11, 2013 10:46 AM
**To:** Winkley, Salestus; Berkley, Johnnie; Carter, Thomas; Bergman, Kathy; Silva, Samuel; Valenzuela, Estella; Valdez, Tomas; Hubbard, Barbara; Garcia, Joseph
**Cc:** Watkins, Paul; Bell, Stephen; Truett, Saundra; Mastracchio, JoeAnna; Peyton, John
**Subject:** (EIC) Saturday Operations - Cost Capture
**Importance:** High

Managers,
We are being asked to provide the cost of Saturday EIC operations.

- Based on the guidance we have provided regarding the crewing of offices (5 employees per MegaCenter and 2 employees per other office) during Saturday EIC issuance operations (10:00 – 2:00) I will need to know which employees you plan to use to run your offices. I do not need names, just the number of employees and their pay grade.

|   |   |   |   | Employee 1 | Employee 2 |
|---|---|---|---|---|---|
| 3 | Hidalgo | · | Edinburg | A13 | A11 |
|   |   | · | Mission | A13 | A13 |
|   |   | · | Weslaco | A17 | A13 |
|   | Cameron | · | Brownsville | A15 | A13 |
|   |   | · | Harlingen | A13 | A13 |
|   | Nueces | · | Corpus Christi | A11 | A11 |

- I will also need you to contact your RFMs to find out if they will charge us to put the EIC banners up on your offices and if so, how much it will be. **No Charge.**

FYI: I have asked John Peyton to get an estimate on the cost to produce the signs and banners I mentioned yesterday in my Update email. When I get that I will send it out. If your costs differ (and I expect they would), then we will need those numbers.

Please send your costs to Saundra Truett and Cc me.

We are being asked for implementation costs daily so we will need your numbers by COB today.

v/r

TEX0497206

*Tony Rodriguez*
Customer Operations Senior Manager – South and West
Driver License Division
Texas Department of Public Safety
tony.rodriguez@dps.texas.gov
512.424.5657 (O)
512.739.9709 (C)
512.424.5233 (F)

TEX0497207