| | |
|---|---|
| **From:** | Silva, Samuel |
| **To:** | Rodriguez, Tony |
| **CC:** | Daughtry, Lisa; O'Connor, Ryan; Cardwell, Renee (DL); Flores, Maria; Ramirez, Raquel |
| **Sent:** | 10/21/2013 8:18:20 AM |
| **Subject:** | EIC Region 3 Report for Monday, 14 Oct to Saturday, 19 Oct |

Tony,
Here is the EIC Region 3 Weekly Report for Monday, October 14 to Saturday, October 19.

Please note the EIC request that occurred at the Corpus Christi (Station 301) Office on Saturday. Customer Celeste Anna Bauman requested an EIC. During the transaction, an EIC number was generated (EIC # 37822696). However, due to malfunctions with the camera process, a picture was not taken and the transaction was not completed. No paper copy of the transaction was completed and the EIC number was not issued to the customer. Help Desk/HQ was notified to try and correct the malfunctions, however no solution was made available. Because no EIC number was issued and no paper receipt of a transaction was given to the customer, we did not count this as an issuance.

| | | | |
|---|---|---|---|
| **3** | Issuance | 4 | Cameron County, Rio Hondo City Hall, Mobile Unit #20: EIC # 37809993 ( H Hidalgo County, Progresso Community Center, Mobile Unit #20: EIC #3782 Palmview (Station 329): EIC #37819022 (Alonzo Noyola) Crystal City (Station 305): EIC #37809513 (Anita Marie Aguirre) |
| | Inquiry | 159 | 1 - Corpus Christi (Station 301): Customer requested EIC. During transact complete. EIC not issued.<br>  EIC (GENERATED BUT NOT ISSUED) # 37822696 (Celeste Anne Bau<br><br>132 - Inquiry had valid DL/ID<br>26 - Inquiry for information only |

Sam.
*DLD Vision: We are creating a faster, easier, and friendlier driver license experience and a safer Texas.*
**Samuel J. Silva**
***Driver License Regional Manager***
***O: (956) 565-7210***
***M: (956) 369-4517***



TEX0497431