| From: | Grahovec, Ron |
|---|---|
| To: | Mastracchio, JoeAnna; Denmon, Larry; Biggs, Colin |
| Sent: | 7/24/2013 10:05:18 AM |
| Subject: | RE: Weekly EIC Report |

| Job | ID # | Name | Office |
|---|---|---|---|
| Job 0706 | 37421940 | Preston Luthy | Dallas East |
| Job 0711 | 37436619 | Nolan Machen | Lampassas |
| Job 0717 | 37463029 | Lottie Horn | Jacksonville |
| Job 0719 | 37478594 | Michael Stubenthal | Beeville |

**Ron Grahovec**
South West Region Customer Service Manager
5805 N Lamar  Austin, TX, 78752

Office 512-453-5150
Cell 512-415-5013
Fax 512-424-2269

rgrahovec@morphoTrust.com
www.MorphoTrust.com



This message is only for the use of the intended recipient and may contain information that is CONFIDENTIAL and PROPRIETARY to MorphoTrust USA. If you are not the intended recipient, please erase all copies of the message and its attachments and notify the sender immediately.

**From:** Mastracchio, JoeAnna [mailto:JoeAnna.Mastracchio@dps.texas.gov]
**Sent:** Tuesday, July 23, 2013 1:56 PM
**To:** Denmon, Larry; Grahovec, Ron
**Subject:** RE: Weekly EIC Report

Uh…the 8 digit DL?  You mean the 8 digit EIC right?  I'll take that if you have it.

V/R Joe
JoeAnna F. Mastracchio
*Dep. Asst. Director*
*Driver License Division*
*Texas Department of Public Safety*

joeanna.mastracchio@dps.texas.gov
o: 512-424-5415
c: 512-550-4784

**From:** Denmon, Larry [mailto:ldenmon@morphotrust.com]
**Sent:** Tuesday, July 23, 2013 1:55 PM
**To:** Ron Grahovec
**Cc:** Mastracchio, JoeAnna
**Subject:** Re: Weekly EIC Report

No only the 8 digit DL number was recorded.


2:13-cv-193
09/02/2014
**DEF1337**

Sent from my iPhone

On Jul 23, 2013, at 1:52 PM, "Grahovec, Ron" <rgrahovec@morphotrust.com> wrote:

Larry did Neal write the names on the sign off sheet before giving to Margaret

Sent from my iPhone

On Jul 23, 2013, at 1:38 PM, "Mastracchio, JoeAnna" <JoeAnna.Mastracchio@dps.texas.gov> wrote:

Would you guys have written down the names of those that requested Election Certificates?

*V/R Joe*
JoeAnna F. Mastracchio
*Dep. Asst. Director*
*Driver License Division*
*Texas Department of Public Safety*

joeanna.mastracchio@dps.texas.gov
o: 512-424-5415
c: 512-550-4784

---

**From:** Bell, Stephen
**Sent:** Tuesday, July 23, 2013 11:57 AM
**To:** Mastracchio, JoeAnna; Gipson, Sheri
**Cc:** Rodriguez, Tony
**Subject:** RE: Weekly EIC Report

I do not.  I did not even know these two were issued.  I am trying to track down who failed to report.




v/r
Stephen W. Bell
Customer Operations Senior Manager– North and East
Driver License Division
Texas Department of Public Safety
stephen.bell@dps.texas.gov
512-550-7064 (C)
512-424-2768 (O)
<image004.jpg>

*The Driver License Division is committed to quality and excellence in customer service. Please share your thoughts with us via our online customer service survey at:* http://www.survey.utexas.edu/txdps/

---

**From:** Mastracchio, JoeAnna
**Sent:** Tuesday, July 23, 2013 11:09 AM
**To:** Bell, Stephen; Gipson, Sheri
**Cc:** Rodriguez, Tony; Crawford, John
**Subject:** RE: Weekly EIC Report

You have the names?

*V/R Joe*
JoeAnna F. Mastracchio
*Dep. Asst. Director*
*Driver License Division*

TEX0497805

Texas Department of Public Safety

joeanna.mastracchio@dps.texas.gov
o: 512-424-5415
c: 512-550-4784

---

**From:** Bell, Stephen
**Sent:** Tuesday, July 23, 2013 11:00 AM
**To:** Gipson, Sheri
**Cc:** Rodriguez, Tony; Crawford, John; Mastracchio, JoeAnna
**Subject:** RE: Weekly EIC Report

Sheri,

Is there any way to look at DLS and figure out where these four ECs came from?

v/r
Stephen W. Bell
Customer Operations Senior Manager– North and East
Driver License Division
Texas Department of Public Safety
stephen.bell@dps.texas.gov
512-550-7064 (C)
512-424-2768 (O)
<image004.jpg>

*The Driver License Division is committed to quality and excellence in customer service. Please share your thoughts with us via our online customer service survey at:* http://www.survey.utexas.edu/txdps/

---

**From:** Rodriguez, Tony
**Sent:** Tuesday, July 23, 2013 10:36 AM
**To:** Crawford, John
**Cc:** Bell, Stephen
**Subject:** Re: Weekly EIC Report

Can you tell me what office?

Tony Rodriguez
Senior Manager
Office: 512.424.5657
Cell: 512.739.9709

On Jul 23, 2013, at 7:54, "Crawford, John" <John.Crawford@dps.texas.gov> wrote:

Nope—here's the tally so far:

```
ISSUE_DATE  COUNT
----------  -----------
07/18/2013            1
07/16/2013            1
07/10/2013            1
07/05/2013            1
```

Those two were entered last week.

**From:** Rodriguez, Tony
**Sent:** Tuesday, July 23, 2013 7:36 AM
**To:** Crawford, John
**Subject:** Re: Weekly EIC Report

I saw that but thought these were the first two we dealt with.

Tony Rodriguez
Senior Manager
Office: 512.424.5657
Cell: 512.739.9709

On Jul 22, 2013, at 17:49, "Crawford, John" <John.Crawford@dps.texas.gov> wrote:

Tony,

Did you notice that I reported on Friday that we had <u>two</u> EICs issued last week, one on the 16th and one on the 18th? That doesn't match your zero numbers below. I meant to ask you about it after this morning's meeting & forgot to do so.

John C.

---

**From:** Rodriguez, Tony
**Sent:** Monday, July 22, 2013 8:49 AM
**To:** Watkins, Paul; Bell, Stephen; Winkley, Salestus; Berkley, Johnnie; Silva, Samuel; Valenzuela, Estella; Valdez, Tomas; Hubbard, Barbara; Garcia, Joseph; Smith, Janie; Melcher, Lori; Mastracchio, JoeAnna; Ron Grahovec; Crawford, John; Hunter, Stephanie; Wells, Charles; Barber, David; Muniz, Barbara; Segundo, Carolina
**Subject:** RE: Weekly EIC Report

I will be out of the office this Friday. Please send your EIC reports to Steve Bell who will compile them. Also, **please have the word "EIC" in your subject line t-so that the message goes to the correct folder on my computer.**

v/r

*Tony Rodriguez*

Customer Operations Senior Manager – South and West
Driver License Division
Texas Department of Public Safety
tony.rodriguez@dps.texas.gov
512.424.5657 (O)
512.739.9709 (C)
512.424.5233 (F)

The Driver License Division is committed to quality and excellence in customer service. Please share your thoughts with us via our online customer service survey at: http://www.survey.utexas.edu/txdps/

---

**From:** Rodriguez, Tony
**Sent:** Friday, July 19, 2013 4:10 PM
**To:** Rodriguez, Tony; Peters, Joe; Watkins, Paul; Bell, Stephen; Winkley, Salestus; Berkley, Johnnie; Silva, Samuel; Valenzuela, Estella; Valdez, Tomas; Hubbard, Barbara; Garcia, Joseph; Smith, Janie; Melcher, Lori; Gomez, Enrique; Mastracchio, JoeAnna; Ron Grahovec; Crawford, John; Vinger, Tom; Cesinger, Katherine; Hunter, Stephanie; Wells, Charles; Barber, David; Muniz, Barbara; Segundo, Carolina
**Subject:** Weekly EIC Report
**Importance:** High

For this week we have had inquiries but no additional issuances.

| 19 July Weekly EIC Report ||||
|---|---|---|---|
| 1A | Issuance | 0 | |
| | Inquiry | 1 | Wednesday, July 17, 2013, a customer inquired about an EC at our DL office in Quitman. He had a valid DL |
| 1B | Issuance | 0 | |
| | Inquiry | 1 | One inquiry at the Arlington DLO on Tuesday, 16 July (Reason for inquiry is not known). |
| 2A | Issuance | 0 | |
| | Inquiry | 0 | |
| 2B | Issuance | 0 | |
| | Inquiry | 0 | |
| 3 | Issuance | 0 | |
| | Inquiry | 0 | |
| 4 | Issuance | 0 | |
| | Inquiry | 0 | |
| 5 | Issuance | 0 | |
| | Inquiry | 0 | |
| 6A | Issuance | 0 | |
| | Inquiry | 1 | |
| 6B | Issuance | 0 | |
| | Inquiry | 2 | 2 Inquiries at Austin-South but both had valid Texas DL |
| Total EICs Issued Today | | 0 | |
| Total EIC Inquiries Today | | 5 | |
| Total EICs Issued to Date | | 2 | |
| Total EIC Inquiries to Date | | 36 | |

v/r

*Tony Rodriguez*
Customer Operations Senior Manager – South and West
Driver License Division
Texas Department of Public Safety
tony.rodriguez@dps.texas.gov
512.424.5657 (O)
512.739.9709 (C)
512.424.5233 (F)

The Driver License Division is committed to quality and excellence in customer service. Please share your thoughts with us via our online customer service survey at: http://www.survey.utexas.edu/txdps/

---

**From:** Rodriguez, Tony
**Sent:** Monday, July 15, 2013 5:37 PM
**To:** Rodriguez, Tony; Peters, Joe; Watkins, Paul; Bell, Stephen; Winkley, Salestus; Berkley, Johnnie; Silva, Samuel; Valenzuela, Estella; Valdez, Tomas; Hubbard, Barbara; Garcia, Joseph; Smith, Janie; Melcher, Lori; Gomez, Enrique; Mastracchio, JoeAnna; Ron Grahovec; Crawford, John; Vinger, Tom; Cesinger, Katherine; Hunter, Stephanie; Wells, Charles; Barber, David; Muniz, Barbara; Segundo, Carolina
**Subject:** EIC Report CHANGE

Ladies and gentlemen,

We are changing the reporting cycle for EIC reports from daily to a weekly report.  The next EIC report you will receive will be on Friday.  Regions will provide me a roll-up of issuances and inquiries by 4:00 and I will turn the report around by 5:00.

\*\* I already have your information for today, please do not duplicate this information in your report(s) on Friday.

v/r

*Tony Rodriguez*

Customer Operations Senior Manager – South and West
Driver License Division
Texas Department of Public Safety
tony.rodriguez@dps.texas.gov
512.424.5657 (O)
512.739.9709 (C)
512.424.5233 (F)

The Driver License Division is committed to quality and excellence in customer service. Please share your thoughts with us via our online customer service survey at: http://www.survey.utexas.edu/txdps/

This message is only for the use of the intended recipient and may contain information that is CONFIDENTIAL and PROPRIETARY to MorphoTrust USA, Inc. If you are not the intended recipient, please erase all copies of the message and its attachments and notify the sender immediately.

This message is only for the use of the intended recipient and may contain information that is CONFIDENTIAL and PROPRIETARY to MorphoTrust USA, Inc. If you are not the intended recipient, please erase all copies of the message and its attachments and notify the sender immediately.

This message is only for the use of the intended recipient and may contain information that is CONFIDENTIAL and PROPRIETARY to MorphoTrust USA, Inc. If you are not the intended recipient, please erase all copies of the message and its attachments and notify the sender immediately.