| | |
|---|---|
| From: | Rodriguez, Tony |
| To: | Watkins, Paul |
| Sent: | 9/10/2013 9:53:35 PM |
| Subject: | Re: Request for assistance RE Mobile Voter ID Initiative |

Hard to say.

M.A. Rodriguez
Sent from my iPad

On Sep 10, 2013, at 21:50, "Watkins, Paul" <Paul.Watkins@dps.texas.gov> wrote:

I think we need to tell them our offices will be open on Saturday mornings and constituents can go there. Why don't they look at providing transportation to our offices?

Paul

Paul B. Watkins
Deputy Assistant Director, Driver License
Texas Department of Public Safety

(o) 512-424-5413
(c) 512-748-1488

paul.watkins@dps.texas.gov
(sent from my iPad)

On Sep 10, 2013, at 19:29, "Rodriguez, Tony" <Tony.Rodriguez@dps.texas.gov> wrote:

Mission creep.
These folks would like our DSUs at locations other than our offices; "appropriate public and private events" like state fairs to issue EICs.

I'm not sure who we would like to reach out to them.

Tony Rodriguez
Senior Manager
Office: 512.424.5657
Cell: 512.739.9709

On Sep 10, 2013, at 19:21, "Mastracchio, JoeAnna" <JoeAnna.Mastracchio@dps.texas.gov> wrote:

Tony,
I'm handing this one off to the EIC guru.

*V/R Joe*
JoeAnna F. Mastracchio
*Dep. Asst. Director*
*Driver License Division*
*Texas Department of Public Safety*

joeanna.mastracchio@dps.texas.gov
o: 512-424-5415



2:13-cv-193
09/02/2014
**DEF1339**

TEX0498279

c: 512-550-4784

---

**From:** Spinks, Margaret
**Sent:** Tuesday, September 10, 2013 2:34 PM
**To:** Mastracchio, JoeAnna; Gipson, Sheri
**Subject:** RE: Request for assistance RE Mobile Voter ID Initiative

We have a request from Dallas County Elections Department to issue OTC EICs using a mobile unit.  Not sure who needs to respond to this request.

Thank You,
Margaret Spinks, Manager
Driver License Division
License and Record Service
512-424-7243
margaret.spinks@dps.texas.gov

We are creating a faster, easier and friendlier driver license experience and a safer Texas

---

**From:** Heselmeyer, Diane
**Sent:** Tuesday, September 10, 2013 2:21 PM
**To:** Spinks, Margaret
**Subject:** FW: Request for assistance RE Mobile Voter ID Initiative

Should we prepare the answers or Customer Operations to the below email request.

Thank you,

*Diane Heselmeyer, Assistant Manager*
*License and Record Service*
*diane.heselmeyer@dps.texas.gov*
*Work: (512) 424-2001 Cell: (512) 415-1799*
*Fax: (512) 424-5948*

*We are creating a faster, easier and friendlier driver license experience and a safer Texas.*

---

**From:** Robert Heard [mailto:Robert.Heard@dallascounty.org]
**Sent:** Tuesday, September 10, 2013 12:12 PM
**To:** Henson, Tracy; Burch, Shea
**Cc:** Toni Pippins-Poole; Rivelino lopez; Robert Heard
**Subject:** Request for assistance RE Mobile Voter ID Initiative

Ms. Henson,
Thank you for taking my call earlier.  Dallas County Elections Department (DCED) is interested in, and proposing exploration in a partnership between DCED and the Texas Department of Public Safety (TDPS), wherein eligible citizens within Dallas County may obtain Voter Identity Certificates at mobile, or non-DPS locations.

Specifically, we are asking DPS to prepare and provide the personnel and equipment to photograph, prepare, print, and present Voter ID Certificates immediately to eligible citizens at locations other than its (TDPS') official (brick & mortar) locations.  This would allow citizens the opportunity to obtain the certificate during appropriate public and private events; the State Fair of Texas for example.

DCED is able to provide the events and opportunities for which this capability would be useful.  DCED is also able to provide some of the manpower needed to operate these mobile identification stations.

**We would like to know the following:**

1.  Is it possible for TDPS to put together the equipment, materials, process, and procedures for Mobile Identification Stations?
2.  If the answer to Question 1 is yes; would TDPS be willing to deploy this capability on its own, and/or in partnership with Dallas County?
3.  If the answer to Questions 1 and 2 is yes, how soon could that capability be deployed?
4.  Seeing that the need for Voter Certificates was not funded, we are interested in knowing the cost of a project of this nature in hopes that if the ability is there, DCED will try and find funding to deploy this service to the public.
5.  Who would be the point of contact within the Texas Department of Public Safety with the authority to discuss and implement this initiative?

I look forward to your response; thanks again for your assistance.
<image001.jpg>
Robert Heard
Assistant Elections Administrator
**Dallas County Elections Department**
P: 214/819.6334
Robert.Heard@DallasCounty.ORG

WWW.DALLASCOUNTYVOTES.ORG