| | |
|---|---|
| **From:** | Bell, Stephen |
| **To:** | GRP_Region 2B_DLD; GRP_Region 2A_DLD; GRP_Region 1B_DLD |
| **Sent:** | 6/25/2013 5:15:57 PM |
| **Subject:** | FW: Election Certificate Qualification Uncertainty |

Team,

Please see the note below and apply this logic.

v/r
Stephen W. Bell
Customer Operations Senior Manager- North and East
Driver License Division
Texas Department of Public Safety
stephen.bell@dps.texas.gov
512-550-7064 (C)
512-424-2768 (O)

The Driver License Division is committed to quality and excellence in customer service. Please share your thoughts with us via our online customer service survey at:
http://www.survey.utexas.edu/txdps/
_____
From: Winkley, Salestus
Sent: Tuesday, June 25, 2013 1:19 PM
To: GRP_Region 1A_DLD
Cc: Webster, Jack; Haschel, Lonny; Bell, Stephen; Rodriguez, Tony; Watkins, Paul
Subject: Election Certificate Qualification Uncertainty

If you have uncertainty on whether or not a person meets the qualifications to get an Election Certificate err on the side of caution and assume that they do meet the qualifications and issue the certificate. If necessary, rather than encounter public backlash, we will work our way through qualification issues that may arise.

Salestus Winkley
Senior Regional Manager, Region 1
Driver License Division
Work: 214-861-2115
Cell: 469-585-0238
Salestus.winkley@dps.texas.gov



2:13-cv-193
09/02/2014
**DEF1340**