| | |
|---|---|
| **From:** | Silva, Samuel |
| **To:** | Rodriguez, Tony |
| **CC:** | Daughtry, Lisa; O'Connor, Ryan |
| **Sent:** | 11/22/2013 4:52:27 PM |
| **Subject:** | EIC Region 3 Weekly Report (Monday 18 Nov - Friday 22 Nov) - Issuance: 0, Inquiry: 1 |

EIC Region 3 Weekly Report for Monday November 18 through Friday November 22.

| | **EIC Region 3 Weekly Report (Monday 11/18/13 - Friday 11/22/2013)** | | | |
|---|---|---|---|---|
| 3 | Issuance | 0 | No Issuances. | |
| | Inquiry | 1 | Customer asked for EIC and with additional information decided to get an ID instead. | |

Sam.

*DLD Vision:  We are creating a faster, easier, and friendlier driver license experience and a safer Texas.*
*Samuel J. Silva*
*Driver License Regional Manager*
*O: (956) 565-7210*
*M: (956) 369-4517*



TEX0498821