| | |
|---|---|
| **From:** | Rodriguez, Tony |
| **To:** | Vinger, Tom; Bell, Stephen |
| **CC:** | Watkins, Paul |
| **Sent:** | 8/21/2013 2:35:16 PM |
| **Subject:** | RE: Free Voter ID Certificates - Texas Tribune Story |

- How many of these free Election Identification Certificates has DPS given out? **7**.
- How long does it take to get one of these certificates? The receipt with a picture is issued at the DL office, and it good for 60 days. **YES**
- Will the person receive them on site or later in the mail or by some other means? The permanent EIC will be mailed within about 7-**10** days. **YES**

- How many DPS offices are there in Texas? Full time **181** Scheduled **46** Total **227**

Have you closed any offices within the past year?  Some offices were temporarily closed for renovations or staffing issues, but there are no plans to permanently close offices. **YES**


v/r

*Tony Rodriguez*
Customer Operations Senior Manager – South and West
Driver License Division
Texas Department of Public Safety
tony.rodriguez@dps.texas.gov
512.424.5657 (O)
512.739.9709 (C)
512.424.5233 (F)

The Driver License Division is committed to quality and excellence in customer service. Please share your thoughts with us via our online customer service survey at: http://www.survey.utexas.edu/txdps/

---

**From:** Vinger, Tom
**Sent:** Wednesday, August 21, 2013 1:49 PM
**To:** Rodriguez, Tony; Bell, Stephen
**Cc:** Watkins, Paul
**Subject:** FW: Free Voter ID Certificates - Texas Tribune Story

I actually provided shell answers and was hoping you could fill in the blanks.

**From:** Jody Serrano [mailto:jserrano@texastribune.org]
**Sent:** Wednesday, August 21, 2013 12:50 PM
**To:** Vinger, Tom
**Subject:** Free Voter ID Certificates - Texas Tribune Story


2:13-cv-193
09/02/2014
**DEF1342**

Hi Tom,

I hope you're doing well today. Thank you once again for all your help on my previous story about the people arrested at the Capitol.

I'm working on a story on Voter ID and its implementation and I'm looking to get some numbers from DPS on it. From what I understand, any Texan can get a free Election Identification Certificate from DPS. I had a few questions on that. I'm on a tight deadline of 4 p.m. today and I would really appreciate your help.

- How many of these free Election Identification Certificates has DPS given out? I know this answer.
- How long does it take to get one of these certificates? The receipt with a picture is issued at the DL office, and it good for 60 days. Will the person receive them on site or later in the mail or by some other means? The permanent EIC will be mailed within about 7 days.

- How many DPS offices are there in Texas? Full time XXX  Scheduled XXXX


Have you closed any offices within the past year?  Some offices were temporarily closed for renovations or staffing issues, but there are no plans to permanently close offices.

Please let me know. You can reach me on my cell at 956.372.0932.

Kindly,
Jody


--
**Jody Serrano**
**The Texas Tribune - Reporter**
823 Congress Ave., Suite 1400 Austin, TX 78701
www.texastribune.org
M (956) 372.0932 F (512) 716.8601
twitter: @jodyserrano