| | |
|---|---|
| **From:** | Rodriguez, Tony |
| **To:** | Silva, Samuel |
| **Sent:** | 10/8/2013 10:16:18 AM |
| **Subject:** | RE: All Webb County Locations Visited and Good....FW: EIC Jim Wells County Locations FW: DPS - Oct 10-11, 2013 |

Thnx

v/r

*Tony Rodriguez*

Customer Operations Senior Manager – South and West
Driver License Division
Texas Department of Public Safety
tony.rodriguez@dps.texas.gov
512.424.5657 (O)
512.739.9709 (C)
512.424.5233 (F)

---

**From:** Silva, Samuel
**Sent:** Tuesday, October 08, 2013 9:53 AM
**To:** Rodriguez, Tony
**Subject:** All Webb County Locations Visited and Good....FW: EIC Jim Wells County Locations FW: DPS - Oct 10-11, 2013
**Importance:** High

Tony,
All three Webb county locations have been visited.  All are good.
Sam.

*DLD Vision:  We are creating a faster, easier, and friendlier driver license experience and a safer Texas.*
**Samuel J. Silva**
*Driver License Regional Manager*
*O: (956) 565-7210*
*M: (956) 369-4517*

---

**From:** Silva, Samuel
**Sent:** Monday, October 07, 2013 3:51 PM
**To:** Rodriguez, Tony
**Cc:** Flores, Maria; Martinez, Naida
**Subject:** EIC Jim Wells County Locations FW: DPS - Oct 10-11, 2013
**Importance:** High

Tony,
Alice Lead CSR Naida Martinez visited the Alice and Premont locations this afternoon and both sites are good.  She is on her way to Orange Grove.  She spoke to officials at all three locations and they are ready for us.
Sam.

*DLD Vision:  We are creating a faster, easier, and friendlier driver license experience and a safer Texas.*
**Samuel J. Silva**
*Driver License Regional Manager*
*O: (956) 565-7210*
*M: (956) 369-4517*

---

**From:** Silva, Samuel
**Sent:** Monday, October 07, 2013 1:33 PM
**To:** Garcia, Oralia

2:13-cv-193
09/02/2014
DEF1343

**Cc:** Flores, Maria; Martinez, Naida
**Subject:** FW: DPS - Oct 10-11, 2013
**Importance:** High

Can you have someone check the locations at the bottom email?  The sooner the better.
Sam.

*DLD Vision:  We are creating a faster, easier, and friendlier driver license experience and a safer Texas.*
*Samuel J. Silva*
*Driver License Regional Manager*
*O: (956) 565-7210*
*M: (956) 369-4517*

---

**From:** Silva, Samuel
**Sent:** Monday, October 07, 2013 1:30 PM
**To:** Rodriguez, Tony
**Subject:** RE: DPS - Oct 10-11, 2013

OK.

*DLD Vision:  We are creating a faster, easier, and friendlier driver license experience and a safer Texas.*
*Samuel J. Silva*
*Driver License Regional Manager*
*O: (956) 565-7210*
*M: (956) 369-4517*

---

**From:** Rodriguez, Tony
**Sent:** Monday, October 07, 2013 1:22 PM
**To:** Silva, Samuel
**Subject:** Re: DPS - Oct 10-11, 2013

Ill need an answer by COB tomorrow


Tony Rodriguez
Customer Operations Senior Manager
Driver License Division, Texas Department of Public Safety
Cell: 512.739.9709
Office: 512.424.5657
Sent from BlackBerry - Please excuse typos

---

**From:** Silva, Samuel
**Sent:** Monday, October 07, 2013 01:21 PM
**To:** Rodriguez, Tony
**Subject:** RE: DPS - Oct 10-11, 2013

Yes.  No problem.
Sam.

*DLD Vision:  We are creating a faster, easier, and friendlier driver license experience and a safer Texas.*
*Samuel J. Silva*
*Driver License Regional Manager*
*O: (956) 565-7210*
*M: (956) 369-4517*

---

**From:** Rodriguez, Tony
**Sent:** Monday, October 07, 2013 1:19 PM
**To:** Silva, Samuel

**Subject:** Re: DPS - Oct 10-11, 2013

Can you have someone check those locations at th bottom ofnthe email

Tony Rodriguez
Customer Operations Senior Manager
Driver License Division, Texas Department of Public Safety
Cell: 512.739.9709
Office: 512.424.5657
Sent from BlackBerry - Please excuse typos

---

**From:** Silva, Samuel
**Sent:** Monday, October 07, 2013 01:17 PM
**To:** Rodriguez, Tony
**Subject:** RE: DPS - Oct 10-11, 2013

Yes sir.  Alice DPS/DL Office is located there.
Sam.

*DLD Vision:  We are creating a faster, easier, and friendlier driver license experience and a safer Texas.*
*Samuel J. Silva*
*Driver License Regional Manager*
*O: (956) 565-7210*
*M: (956) 369-4517*

---

**From:** Rodriguez, Tony
**Sent:** Monday, October 07, 2013 1:12 PM
**To:** Silva, Samuel
**Subject:** Fw: DPS - Oct 10-11, 2013

Is Jim Wells county yours?


Tony Rodriguez
Customer Operations Senior Manager
Driver License Division, Texas Department of Public Safety
Cell: 512.739.9709
Office: 512.424.5657
Sent from BlackBerry - Please excuse typos

---

**From:** Wroe Jackson [mailto:SJackson@sos.texas.gov]
**Sent:** Monday, October 07, 2013 01:05 PM
**To:** Rodriguez, Tony
**Subject:** FW: DPS - Oct 10-11, 2013

Jim Wells County sites for October 10 and 11. The County Election Administrator is the contact. It appears that they only want 3. (I have had these since we had her on another track. I apologize for just now getting them to you.) Please let me know if this works for your folks. Thank you!


Wroe Jackson
General Counsel
Texas Secretary of State

This communication may be privileged and confidential. Any copying, use, or distribution of any information or materials by or to anyone other than the recipients listed above is prohibited without express authorization from the sender.

TEX0498993

*Please note my new email address effective immediately: wjackson@sos.texas.gov*

**From:** Keith Ingram
**Sent:** Tuesday, October 01, 2013 9:51 AM
**To:** Wroe Jackson; Alicia Pierce
**Subject:** FW: DPS - Oct 10-11, 2013

Jim wells county.  Shall we move her back a few days?

**From:** Tonie Kuhlman [mailto:tonietiger2002@yahoo.com]
**Sent:** Tuesday, October 01, 2013 9:48 AM
**To:** Keith Ingram
**Subject:** DPS - Oct 10-11, 2013

Director Ingram, Here are the locations that will be used on Oct 10 & 11 by the DPS personnel.  (1) Jim Wells County Courthouse , 200 N Almond St, Rm#104, Alice TX 78332, (2) Orange Grove City Hall, 305 W Pundt St. Orange Grove, TX 78372, (3) Premont City Hall, 200 SW 1st St, Premont, TX 78375.  My phone# is 361-668-5711 if anyone should have any questions or problems.  Who is going to publicize this event? Will you be sending me some notice for me to place in the local newspaper or do I have to come up with something myself? I know that we need to get the word out to the community.  Thank you for your help.   Tonie - Jim Wells County