

VAL VERDE COUNTY CLERK          DEPARTMENT OF PUBLIC SAFETY

**Qualified voters without an approved photo ID may obtain a FREE Election Identification Card from DPS.**
Find out more at dps.texas.gov.

# Election Identification Certificate Mobile Stations

The Office of the Texas Secretary of State and the Texas Department of Public Safety have joined in partnership to offer Election Identification Certificates (EICs) at mobile stations across the state. Election Identification Cards are available to qualified voters who do not otherwise have an approved form of photo ID for voting. EIC applicants will need to bring evidence of citizenship and identity. To avoid confusion or delays, please review the list of required documents before applying for an EIC.

Below is EIC mobile station locations scheduled for **Val Verde County**.

| VAL VERDE COUNTY | Thursday, October 31st | |
|---|---|---|
| **Location** | **Address** | |
| PLAZA DEL SOL MALL | 2205 VETERANS BLVD | Mary Martinez   774-3634 |
| WAL-MART | 2410 DODSON AVENUE | Maria Elena Garcia  765-2804 |
| VAL VERDE COMMUNITY CENTER | 1690 Cienegas Road | Sandra Velez        768-1054 |
| COMSTOCK SCHOOL | 101 SANDERSON STREET | O.K. Wolfenbarger 432-292-4444 |
| **VAL VERDE COUNTY** | **Friday, November 1st** | |
| CASA DE LA CULTURA | 302 W. Cantu Street Brown Plaza | Lupita De La Paz    768-2287 |
| VAL VERDE COUNTY COURTHOUSE | 400 PECAN STREET | Janie Ramon        774-7564 |

2:13-cv-193
09/02/2014

**DEF1344**

exhibitsticker.com

TEX0499149