| | |
|---|---|
| From: | Hale, Lynn |
| To: | Rodriguez, Tony |
| Sent: | 10/8/2013 12:31:58 PM |
| Subject: | Re: Counties Participating in EIC Training |

Jim hogg duval refugio mcmullen willacy frio

---

**From:** Rodriguez, Tony
**Sent:** Tuesday, October 08, 2013 12:19 PM
**To:** Hale, Lynn
**Subject:** RE: Counties Participating in EIC Training

Which ones were those?

v/r

*Tony Rodriguez*

Customer Operations Senior Manager – South and West
Driver License Division
Texas Department of Public Safety
tony.rodriguez@dps.texas.gov
512.424.5657 (O)
512.739.9709 (C)
512.424.5233 (F)

---

**From:** Hale, Lynn
**Sent:** Tuesday, October 08, 2013 11:57 AM
**To:** Rodriguez, Tony
**Subject:** Re: Counties Participating in EIC Training

All 7 counties in for beeville showed up with 2 people per county except dimmit , they had one

---

**From:** Rodriguez, Tony
**Sent:** Tuesday, October 08, 2013 09:22 AM
**To:** Hale, Lynn
**Subject:** RE: Counties Participating in EIC Training

The email I sent indicates that the county Judge signs it.

v/r

*Tony Rodriguez*

Customer Operations Senior Manager – South and West
Driver License Division
Texas Department of Public Safety
tony.rodriguez@dps.texas.gov
512.424.5657 (O)
512.739.9709 (C)
512.424.5233 (F)

---

**From:** Hale, Lynn
**Sent:** Tuesday, October 08, 2013 9:16 AM
**To:** Rodriguez, Tony
**Subject:** Re: Counties Participating in EIC Training

2:13-cv-193
09/02/2014
**DEF1346**

TEX0499323

Tony, MOU who signs it? We have people who want county election or tax office to sign it?

---

**From:** Rodriguez, Tony
**Sent:** Monday, October 07, 2013 05:11 PM
**To:** Hale, Lynn; Wroe Jackson <SJackson@sos.texas.gov>; Myers, Bob; Watkins, Paul; Peters, Joe; Bell, Stephen
**Subject:** Counties Participating in EIC Training

Added Jim Hogg County and Delta County


v/r

*Tony Rodriguez*
Customer Operations Senior Manager – South and West
Driver License Division
Texas Department of Public Safety
tony.rodriguez@dps.texas.gov
512.424.5657 (O)
512.739.9709 (C)
512.424.5233 (F)

TEX0499324