| | |
|---|---|
| **From:** | Silva, Samuel |
| **To:** | Rodriguez, Tony |
| **CC:** | Peyton, John; Truett, Saundra; Hernandez, Cynthia |
| **Sent:** | 9/17/2013 8:32:28 AM |
| **Subject:** | FW: EIC sign photos asap |

Tony,
I sent John Peyton pictures of the six Region 3 DL Offices open for EICs this past Saturday.  Because of the pictures, it was a huge 10 MB file.  If you want the pictures I can send you the huge file also.  Let me know.  FYI.
Sam.

*DLD Vision:  We are creating a faster, easier, and friendlier driver license experience and a safer Texas.*
*Samuel J. Silva*
*Driver License Regional Manager*
*O: (956) 565-7210*
*M: (956) 369-4517*

---

**From:** Silva, Samuel
**Sent:** Tuesday, September 17, 2013 8:28 AM
**To:** Peyton, John
**Subject:** FW: EIC sign photos asap

Here you go.
Saturday pictures from Region 3 DL Offices:  Corpus Christi, Harlingen, Brownsville, Weslaco, Mission (Palmview), Edinburg.  Tabs are labeled by Office.
Sam.

*DLD Vision:  We are creating a faster, easier, and friendlier driver license experience and a safer Texas.*
*Samuel J. Silva*
*Driver License Regional Manager*
*O: (956) 565-7210*
*M: (956) 369-4517*

---

**From:** Rodriguez, Tony
**Sent:** Saturday, September 14, 2013 8:55 AM
**To:** Hubbard, Barbara; Garcia, Joseph; Valenzuela, Estella; Silva, Samuel
**Subject:** Fwd: EIC sign photos asap

See note below about taking pictures of the EIC signs

Tony Rodriguez
Senior Manager
Office: 512.424.5657
Cell: 512.739.9709



Begin forwarded message:

**From:** "Mastracchio, JoeAnna" <JoeAnna.Mastracchio@dps.texas.gov>
**Date:** September 14, 2013, 8:52:04 CDT
**To:** "Rodriguez, Tony" <Tony.Rodriguez@dps.texas.gov>, "Bell, Stephen" <Stephen.Bell@dps.texas.gov>
**Subject: Fwd: EIC sign photos asap**

FYI

Sent from my iPhone

TEX0499332

Begin forwarded message:

**From:** John Peyton <john@jaggerpeyton.com>
**Date:** September 14, 2013, 7:57:22 AM CDT
**To:** <joeanna.mastracchio@dps.texas.gov>, <john.peyton@dps.texas.gov>
**Subject: EIC sign photos asap**

Joe,
Sorry to bug you on Saturday. I don't have Tony's or Paul's emails in my personal phone so hopefully you can get the word to them. We should send an email out asap to the DL offices posting EIC signage and require they take two photos of their posted EIC signage (1 closed up and 1 shot distance. They can email their photo jpegs to my DPS email so photos can be archived in my EIC folder in the event we ever need to produce them.
Tony sent out the notice to the offices to not drill holes in walls to hang signs.
Best
John

604 sign sample photo


Sent from my iPhone


TEX0499333