| | |
|---|---|
| From: | Peters, Joe |
| To: | Watkins, Paul; Rodriguez, Tony; Bell, Stephen |
| CC: | Mastracchio, JoeAnna; Gipson, Sheri |
| Sent: | 9/19/2013 6:00:37 PM |
| Subject: | Warrant checks and fingerprints |

Please ensure that all CSRs are aware that, effective immediately, we will NOT be conducting warrant checks or capturing fingerprints on EIC applicants regardless of location, fixed or mobile.

Joe Peters
Assistant Director
Texas Department of Public Safety
Driver License Division
P.O. Box 4087
Austin, TX  78773
Office: 512-424-5899
joe.peters@dps.texas.gov



2:13-cv-193
09/02/2014
DEF1348

TEX0499473