| | |
|---|---|
| **From:** | Silva, Samuel |
| **To:** | Rodriguez, Tony |
| **CC:** | Silva, Samuel; Watkins, Paul; Bell, Stephen |
| **Sent:** | 10/12/2013 2:48:29 PM |
| **Subject:** | EIC Region 3 Saturday's Weekly Summary |

Tony,
Yesterday (Saturday) Region 3 had 5 EIC Issuances at Mobile Stations; details noted below. Also, the numbers for Mon-Fri, Sat, and Mon-Sat are shown below. We will send you the full report Monday morning. Have a great weekend.

**10/11/2013 - Mobile Station (Webb County)**

| EIC Number | Customer Name |
|---|---|
| 37803351 | Emilio Martinez |
| 37803352 | Sandra Vela |
| 37803353 | Abel Martinez |
| 37803354 | Raymundo Salinas |

**10/11/2013 - Mobile Station (Cameron County)**

| EIC Number | Customer Name |
|---|---|
| 37789210 | Amber Maria Rojas |

**EIC Region 3 Weekly Count Summary**

**Mon-Fri**
*Offices*
Issuance: 0
Inquiry: 6
*Mobiles:*
Issuance: 5
Inquiry: 131

**Saturday**
*Offices*
Issuance: 0
Inquiry: 8
*Mobiles (not open on Sat):*
Issuance: 0
Inquiry: 0

**Mon-Sat**
*Offices*
Issuance: 0
Inquiry: 14
*Mobiles:*
Issuance: 5
Inquiry: 131

Thanks.
Sam.

2:13-cv-193
09/02/2014
DEF1349

TEX0499510