| | |
|---|---|
| **From:** | Vinger, Tom |
| **To:** | Bodisch, Robert |
| **Sent:** | 10/1/2013 10:40:47 AM |
| **Subject:** | RE: Travis County officials reach out to voters without photo ID |

I will reach out to her and let her know.

---

**From:** Bodisch, Robert
**Sent:** Tuesday, October 01, 2013 10:21 AM
**To:** Bodisch, Robert
**Cc:** Vinger, Tom
**Subject:** Travis County officials reach out to voters without photo ID

Tom, see text in red.

**Travis County officials reach out to voters without photo ID**
By Farzad Mashhood
Austin American-Statesman



As a controversial state law requiring photo ID to vote takes effect this fall, local officials announced plans Monday to try to reach the estimated 37,000 voters without the proper credentials.

The Nov. 5 election, featuring mostly state constitutional amendments including a measure to create a $2 billion water fund, will be the first in Texas to require voters to present one of seven different forms of photo ID, such as a driver's license.

"We do think that the percentage of our population that needs help with this is a small percentage — a small but important percentage," Travis County Clerk Dana DeBeauvoir said.

Officials will have four events this week and next week to try to reach voters without ID at the UT campus, Fiesta supermarkets, Austin Community College and other locations near where many affected voters live.

"We don't know how many people don't have the proper ID … but we're going to do the best we can in the short time we have to go out into our community to make sure they are as prepared for this election as possible," said Bruce Elfant, the county's voter registrar.

DeBeauvoir's office created a website with information about the ID law, approved by the Legislature in 2011 and upheld by the U.S. Supreme Court earlier this year: KeepCalmVoteOn.com, an homage to the "Keep Calm and Carry On" motivational poster produced by the British government just before World War II that has recently become a popular Internet meme.

Austin City Council member Mike Martinez, who, along with the rest of the city council, has formally opposed the ID law, also emphasized the importance of making sure everyone who can vote has the proper documents to do so.

Elfant called the state law "a solution in search of a problem." And while many other states with voter ID laws gave counties up to a year and many resources to comply with the law, counties here have only had notice since just after the Supreme Court decision in June.

Election ID cards, issued by the Texas Department of Public Safety, are only available to people without driver's licenses. DPS is opening facilities from 10 a.m. to 2 p.m. Saturdays to issue the election IDs only. Those cards can be issued up to Election Day.

Disabled folks, the elderly and others eligible to vote by mail can avoid the ID requirements. More information about the law is available by calling the voter registrar's office at 512-854-9473 or the clerk's office at 512-238-8683.

Oct. 7 is the last day to register for the November election.

### What kind of photo ID can you use?

Texas driver's license

Texas election ID certificate, available only to people without a driver's license (this should have included the other five approved identification items)

Texas personal ID

Texas concealed handgun license

U.S. military ID

U.S. citizenship certificate containing a photo

U.S. passport

### Voter ID outreach events, all days from 8 a.m. to 5 p.m.

Thursday and Oct. 7

Flawn Academic Center on UT campus, 2400 Inner Campus Dr.

Fiesta on Stassney Lane and I-35

Friday and Oct. 8

Austin Area Urban League, 8011-A Cameron Road

ACC Eastview Campus, 3401 Webberville Road

ACC Riverside Campus, 1020 Grove Blvd., Building G

Fiesta on 38 1/2 Street and I-35


**Robert J. Bodisch**
**Assistant Director/Chief of Staff**
**Texas Homeland Security**
**Texas Department of Public Safety**
**P. O. Box 4087**
**Austin, Texas 78773**
**512-424-2368**
**robert.bodisch@dps.texas.gov**
**robert.bodisch.sle@dhs.sgov.gov**

TEX0499554