| | |
|---|---|
| From: | Blackwell, Summer |
| To: | Haschel, Lonny |
| Sent: | 10/14/2013 5:08:50 PM |
| Subject: | Smith County mobile stations for EICs |

Sgt. Haschel,

Good afternoon. There are more EIC mobile units coming to your area. Can you please send or have the appropriate trooper send this out to media outlets in the area. You know the drill. Call me if you have any questions. Sorry for the short notice and late-in-the-day email, but these location took longer than usual to confirm. Thanks in advance.

*Summer Blackwell*
*Media and Communications*
*Senior Writer*
*Texas Department of Public Safety*
*summer.blackwell@dps.texas.gov*
*(512) 424-2083*


MESSAGE:

Just as a reminder, there will be mobile stations in our area this week issuing Election Identification Certificates (EICs) for Texans who do not already have an accepted form of photo identification necessary to vote. The Texas Department of Public Safety appreciates your help in informing the public about EICs and these convenient mobile stations.

For more information regarding EICs, including eligibility guidelines and necessary documentation, please visit http://www.txdps.state.tx.us/director_staff/media_and_communications/pr092413a.htm.

Dates and times for mobile stations are subject to change. For the most up-to-date schedule, please visit www.voteTexas.gov.

See the following schedule for Smith County locations and times:

### Wednesday, Oct. 16 (9 a.m. – 4 p.m.)

| Location | Address |
|---|---|
| PATH (People Assisting to Help) | 402 W Front St, Tyler, TX 75702 |
| Tyler Public Library *The library opens at 10:00am | 201 S College Ave, Tyler, TX 75702 |
| The Salvation Army | 633 N Broadway Ave, Tyler, TX 75702 |
| The Cotton Belt Building | 1517 W Front St, Tyler, TX 75702 |



2:13-cv-193
09/02/2014
DEF1353

TEX0499608