| | |
|---|---|
| **From:** | Rodriguez, Tony |
| **To:** | Vo, Cindy |
| **CC:** | Travis, Margaret |
| **Sent:** | 9/12/2013 12:27:10 PM |
| **Subject:** | Add Saturday to the Rolodex for Selected Offices |

Would you please add Saturday as a business day for our DL offices?  We are issuing Election Certificates from 51 of them on Saturdays for the next few months (until Novemeber, and possibly again in the spring).

v/r

*Tony Rodriguez*
Customer Operations Senior Manager – South and West
Driver License Division
Texas Department of Public Safety
tony.rodriguez@dps.texas.gov
512.424.5657 (O)
512.739.9709 (C)
512.424.5233 (F)

2:13-cv-193
09/02/2014
DEF1354

TEX0499616