| From: | Rodriguez, Tony |
|---|---|
| To: | Silva, Samuel; Valenzuela, Estella; Hubbard, Barbara; Garcia, Joseph |
| CC: | Corbett, Melissa; Meade, Kevin |
| Sent: | 9/9/2013 5:59:03 PM |
| Subject: | EIC - Offices that will open on Saturday |

Folks:  The word has come down that we need to open offices in the top thirteen counties where the Sec State thinks there are potential voters who do not possess ID.  In our area this means the 22 offices listed below.  These offices will open this Saturday.  You can use hourly employees.  If the employee has 40 hours already they get time and a half, if not they get straight pay.

As soon as I get additional information I will set up a conference call tomorrow.  In the meantime I need you to start working on getting your folks energized.

| DPS Region | Counties | Offices |
|---|---|---|
| · Staffing for the offices listed below:<br>  o MegaCenters – 5 employees<br>  o All other offices – 2 employees<br>· Hours are 10:00 – 2:00 PM<br>· We will design a banner here, but you will need to have them made locally (Find a sign maker now)<br>· The offices are open for EICs only | | |
| 3 | Hidalgo | · Edinburg<br>· Mission<br>· Weslaco |
| 3 | Cameron | · Brownsville<br>· Harlingen |
| 3 | Nueces | · Corpus Christi |
| 4 | El Paso | · Gateway<br>· Hondo Pass<br>· Northwest<br>· Scott Simpson<br>· Ft Bliss |
| 6A | Bexar | · Leon Valley<br>· Babcock<br>· General Mac<br>· San Antonio Southeast<br>· Pat Booker |
| 6B | Travis | · Pflugerville<br>· Austin-Northwest<br>· Austin-South |
| 6B | Bell | · Ft Hood<br>· Killeen<br>· Temple |

v/r

*Tony Rodriguez*
Customer Operations Senior Manager – South and West

2:13-cv-193
09/02/2014
DEF1355

Driver License Division
Texas Department of Public Safety
tony.rodriguez@dps.texas.gov
512.424.5657 (O)
512.739.9709 (C)
512.424.5233 (F)

TEX0499664