| | |
|---|---|
| From: | Silva, Samuel |
| To: | Rodriguez, Tony |
| Sent: | 9/10/2013 9:50:52 AM |
| Subject: | Banner...FW: EIC - Offices that will open on Saturday |
| Attachments: | Weslaco DLD Appreciation Banner.jpg |

Tony,
See attachment.  A few months ago, Weslaco DL got this 2'x6' poster board paper banner made at the nearby Wal-Mart for about $35 with a one day turnaround.  Fyi.
Sam.

*DLD Vision:  We are creating a faster, easier, and friendlier driver license experience and a safer Texas.*
*Samuel J. Silva*
*Driver License Regional Manager*
*O: (956) 565-7210*
*M: (956) 369-4517*

**From:** Rodriguez, Tony
**Sent:** Monday, September 09, 2013 5:59 PM
**To:** Silva, Samuel; Valenzuela, Estella; Hubbard, Barbara; Garcia, Joseph
**Cc:** Corbett, Melissa; Meade, Kevin
**Subject:** EIC - Offices that will open on Saturday
**Importance:** High

Folks:  The word has come down that we need to open offices in the top thirteen counties where the Sec State thinks there are potential voters who do not possess ID.  In our area this means the 22 offices listed below.  These offices will open this Saturday.  You can use hourly employees.  If the employee has 40 hours already they get time and a half, if not they get straight pay.

As soon as I get additional information I will set up a conference call tomorrow.  In the meantime I need you to start working on getting your folks energized.

| DPS Region | Counties | Offices |
|---|---|---|
| · Staffing for the offices listed below:<br>  ○ MegaCenters – 5 employees<br>  ○ All other offices – 2 employees<br>· Hours are 10:00 – 2:00 PM<br>· We will design a banner here, but you will need to have them made locally (Find a sign maker now)<br>· The offices are open for EICs only | | |
| 3 | Hidalgo | · Edinburg<br>· Mission<br>· Weslaco |
| | Cameron | · Brownsville<br>· Harlingen |
| | Nueces | · Corpus Christi |
| 4 | El Paso | · Gateway<br>· Hondo Pass<br>· Northwest<br>· Scott Simpson<br>· Ft Bliss |
| 6A | Bexar | · Leon Valley<br>· Babcock<br>· General Mac<br>· San Antonio Southeast |

2:13-cv-193
09/02/2014
**DEF1356**

TEX0499695

| | | |
|---|---|---|
| 6B | Travis | · Pat Booker<br>· Pflugerville<br>· Austin-Northwest<br>· Austin-South |
| | Bell | · Ft Hood<br>· Killeen<br>· Temple |

v/r

*Tony Rodriguez*

Customer Operations Senior Manager – South and West
Driver License Division
Texas Department of Public Safety
tony.rodriguez@dps.texas.gov
512.424.5657 (O)
512.739.9709 (C)
512.424.5233 (F)

TEX0499696