| | |
|---|---|
| **From:** | Bell, Stephen |
| **To:** | Stables, Mary |
| **Sent:** | 10/12/2013 8:13:18 AM |
| **Subject:** | RE: McNerney and Grainger EIC documents |

Please give me a call.

v/r
Stephen W. Bell
Customer Operations Senior Manager- North and East
Driver License Division
Texas Department of Public Safety
stephen.bell@dps.texas.gov
512-550-7064 (C)
512-424-2768 (O)

The Driver License Division is committed to quality and excellence in customer service. Please share your thoughts with us via our online customer service survey at:
http://www.survey.utexas.edu/txdps/
_____
From: Stables, Mary
Sent: Friday, October 11, 2013 6:20 PM
To: Bell, Stephen
Cc: Berkley, Johnnie; Patterson, Janet; Daughtry, Lisa
Subject: McNerney and Grainger EIC documents

Steve,

I have spoken with both EIC applicants. Grainger plans to go to the Palestine office at about 8AM on Monday, October 14th, with her birth certificate, SS card, and her Voter Registration Card. McNerney may not be in on Monday as she is sick. I arranged to call her on Monday afternoon to see how she is feeling. If she is not up to coming into the office, I let her know that I would be glad to accommodate her by picking up documents to make copies. I will keep you informed.

You and Lisa Daughtry will receive copies of documents asap.

Mary Stables
Texas Department of Public Safety
Office Supervisor
Waxahachie/Corsicana/Athens/Palestine
Office: 972-923-6766
Mobile: 972-268-0028



2:13-cv-193
09/02/2014
DEF1358

TEX0499710