| | | |
|---|---|---|
| **From:** | Muniz, Barbara | |
| **To:** | Bell, Stephen | |
| **CC:** | Rodriguez, Tony; Valdez, Tomas | |
| **Sent:** | 7/26/2013 2:49:48 PM | |
| **Subject:** | EIC Weekly Report July 26-Region V | |

Stephen,

Please see attached July 26, 2013 EIC weekly report for Region V.

| | | | 26 July Weekly EIC Report |
|---|---|---|---|
| 1A | Issuance | 0 | |
| | Inquiry | 0 | |
| 1B | Issuance | 0 | |
| | Inquiry | | |
| 2A | Issuance | 0 | |
| | Inquiry | 0 | |
| 2B | Issuance | 0 | |
| | Inquiry | 0 | |
| 3 | Issuance | 0 | |
| | Inquiry | 0 | |
| 4 | Issuance | 0 | |
| | Inquiry | 0 | |
| 5 | Issuance | 1 | Tuesday, July 23, 2013 One EIC certificate was issued from the Snyder DL office. The customer was 90 yrs old and presented an expired TX dl (6mos) Voter Reg card Marriage Lic Birth Cert and Medicare card. A voluntary surrender affidavit was received to surrender her driving privileges |
| | Inquiry | 14 | A man came into the Levelland DL office, Station 518 on July 22, 2013 in the morning and inquired about the EIC. The customer asked if this is where he could get a voter certificate. CSR responded Yes. The man asked, does my wife have to be here too? CSR responded, Yes. The man said, ok, thank you.<br>The couple returned in the afternoon. They told the CSR that they had read in the newspaper that they have to have a Voter Election Certificate along with everything else, (documents) they have. The CSR asked them if they had a Texas driver license and they said, Yes and we also have a voter registration card. The CSR explained to them that was all they needed to vote and they did not qualify for a EIC. The couple understood and left.<br><br>Lubbock- July 23, 2013<br>1. A person came into the office requesting EIC. She presented a valid passport expiring in 2016. Also has valid DL until 2018. She was informed that we could issue an EIC if she wished to surrender her DL.<br>2. A person came into the office requesting EIC. She presented a valid TX DL expiring 2018. She was informed |

2:13-cv-193
09/02/2014
DEF1360

| | | | | |
|---|---|---|---|---|
| | | | | that we could issue an EIC if she wished to surrender her DL.<br>3. A person came into the office requesting EIC. He presented a valid TX DL. He was also informed that he would have to surrender his DL.<br>4. A person came into the office requesting EIC. He stated that he had a valid US passport.<br>5. A person came into the office requesting EIC. She has a valid DL on the DLS. She was informed that we could issue the EIC however she would have to surrender her DL. She stated that she would get a duplicate on her DL.<br>6. A person came into the office requesting EIC. She presented an Oregon driver license. She did not have proof of citizenship. She was born abroad. She did not meet the ID or lawful presence policies.<br><br>Lubbock- Wednesday, July 24, 2013<br>7. we had 3 phone calls today inquiring about the necessary information needed to obtain the EIC.<br>8. 1 person came into the office but she did not have proof of lawful presence.<br><br>Lubbock- Thursday, July 25, 2013<br>9. A person came into the driver license office requesting an EIC. He had a valid TX DL. Once we explained that he could use his DL to vote, he no longer wanted the EIC.<br>10. A person called and requested information for his mother so that she could vote. He was given the information and stated that he would be in with his mother<br><br>Littlefield-Friday, July 26, 2013<br><br>11. A person in the Littlefield office, #519 inquire about the EIC Certificate. At 4:50 pm on Thursday, 07/25/13, a gentleman asked CSR if he needed a voter card or would his Driver License do and she told him that he could use his Driver License to vote. |
| 6A | Issuance | 0 | | |
| | Inquiry | | | |
| 6B | Issuance | 0 | | |
| | Inquiry | | | |
| Total EICs Issued Today | | 0 | | |
| Total EIC Inquiries Today | | | | |
| Total EICs Issued to Date | | | | |
| Total EIC Inquiries to Date | | | | |

Thank you,

Barbara Muniz

Barbara Muniz
Regional Secretary
Lubbock Driver License- Region V
1302 Mac Davis Lane
Lubbock, TX 79401-1826

( 806-472-2852

7 806-472-2848

8 barbara.muniz@dps.texas.gov

**EMAIL CONFIDENTIALITY STATEMENTS**
"This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail and delete the message. This e-mail contains the thoughts and opinions of the individual sender only and does not represent official Texas Department of Public Safety policy."