| | |
|---|---|
| **From:** | Rodriguez, Tony |
| **To:** | Berkley, Johnnie |
| **Sent:** | 10/7/2013 10:58:44 AM |
| **Subject:** | RE: EIC Report 1B |

I must have missed the report for the rest of the week

v/r

*Tony Rodriguez*

Customer Operations Senior Manager – South and West
Driver License Division
Texas Department of Public Safety
tony.rodriguez@dps.texas.gov
512.424.5657 (O)
512.739.9709 (C)
512.424.5233 (F)

**From:** Berkley, Johnnie
**Sent:** Monday, October 07, 2013 10:00 AM
**To:** Rodriguez, Tony; Bell, Stephen
**Cc:** Berkley, Johnnie; Hunter, Stephanie
**Subject:** EIC Report 1B

2:13-cv-193
09/02/2014
**DEF1362**

Mobile EIC activity:

- 49 inquiries that asked for information but did not want to be issued.
- 40 inquiries that did not qualify. ( 38 had driver license, 2 required documentation)
- 4 EICs issued:
  37766614 (Leon Lambert II issued Tarrant County Sub Courthouse Arlington)
  37766530 (Jacqueline Flemons issued Griffin Sub Courthouse Fort Worth)
  37766194 (Rickey Johnson issued JPS Health Center-Viola Pitts Como Fort Worth)
  37766298 (Joy Cannon issued JPS Health Center-Viola Pitts Como Fort Worth)

Saturday EIC activity:

- Inquiries that did not qualify: None
- Issuances: Hurst DLO (EIC# 37780786, Gary Lynn McDowell, DOB 01-13-54)
- Inquiries requesting information only: None

Daily EIC office activity:

- 09-30-13 Lake Worth DLO: Individual came in and asked to get an EIC. He did not qualify because he has a valid DL in the system.

- 10-01-13 Denton DLO: Individual came into the Denton office and inquired about an EIC, however he already had a Texas driver license.

TEX0499929

- 10-02-13 McKinney DLO: Phone call; Individual stated she has a valid Texas driver license.  She also inquired about her disabled son getting an election certificate and it was determined that he also has a valid Texas driver license.

Stephen Berkley, 1B Regional Manager
8301 Brentwood Stair Road
Fort Worth, Texas 76120
Cell: 817-304-2827

TEX0499930