**From:** Carlisle, Andrea
**To:** Rodriguez, Tony
**Sent:** 10/29/2013 12:20:56 PM
**Subject:** Question: EIC Issuance Support

Currently DL Systems support is supporting EIC every Saturday from 10:00 a.m. until 2:00p.m.  This is our last scheduled Saturday.  My question to you is shall we continue?  If so for how long?

**Andrea Carlisle**
**Manager, Senior Analyst for DL System Support**
**Drivers License Division**
Texas Department of Public Safety
Email: Andrea.Carlisle@dps.texas.gov
Phone: 512.437.4047
Cell: 512-968-8926



**EMAIL CONFIDENTIALITY STATEMENT:**
This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail and delete the message.

**2:13-cv-193**
**09/02/2014**
**DEF1364**

TEX0500270