| | |
|---|---|
| **From:** | Hale, Lynn |
| **To:** | Rodriguez, Tony |
| **Sent:** | 10/31/2013 3:41:22 PM |
| **Subject:** | RE: County Employee EIC issue |

Just one for the counties

*Lynn M. Hale*

Lynn M. Hale
Training Specialist V
Policy and Business Improvement
Driver License Division
Texas Department of Public Safety
O-512.437.4745
C-512.571.7759
lynn.hale@dps.texas.gov

---

**From:** Rodriguez, Tony
**Sent:** Thursday, October 31, 2013 3:30 PM
**To:** Hale, Lynn
**Subject:** RE: County Employee EIC issue

The question is; "have there been any training updates?"

v/r

*Tony Rodriguez*
Customer Operations Senior Manager – South and West
Driver License Division
Texas Department of Public Safety
tony.rodriguez@dps.texas.gov
512.424.5657 (O)
512.739.9709 (C)
512.424.5233 (F)

---

**From:** Hale, Lynn
**Sent:** Thursday, October 31, 2013 3:29 PM
**To:** Krueger, Kristopher; Myers, Bob
**Cc:** Rodriguez, Tony; Bell, Stephen; Watkins, Paul; Mastracchio, JoeAnna; Gipson, Sheri
**Subject:** RE: County Employee EIC issue

Kris,

2:13-cv-193
09/02/2014
**DEF1365**

TEX0500337

Any training updates we have been sending out via dropbox(due to the size and volume of the documents to all the trained county employees. They are requested to reply back with a confirmation email upon receipt. This has been working well.

*Lynn M. Hale*

Lynn M. Hale
Training Specialist V
Policy and Business Improvement
Driver License Division
Texas Department of Public Safety
O-512.437.4745
C-512.571.7759
lynn.hale@dps.texas.gov

---

**From:** Krueger, Kristopher
**Sent:** Thursday, October 31, 2013 3:19 PM
**To:** Myers, Bob
**Cc:** Rodriguez, Tony; Bell, Stephen; Watkins, Paul; Mastracchio, JoeAnna; Hale, Lynn; Gipson, Sheri
**Subject:** RE: County Employee EIC issue

Bob,
Thanks. Great idea. I spoke with Tony about this issue and sent an email to the counties yesterday. On another note, any progress on how you guys want to handle training updates to the counties?

Kristopher Krueger
Strategic Operations Analyst
Driver License Division

kristopher.krueger@dps.texas.gov
512-424-5061 (office)
512-705-7169 (mobile)

---

**From:** Myers, Bob
**Sent:** Thursday, October 31, 2013 12:00 PM
**To:** Krueger, Kristopher
**Cc:** Rodriguez, Tony; Bell, Stephen; Watkins, Paul; Mastracchio, JoeAnna; Hale, Lynn; Gipson, Sheri
**Subject:** County Employee EIC issue
**Importance:** High

Kris,

There has already been at least one instance where county employees that did not participate in the initial EIC training have been trained by the counties employees we trained and tasked with issuing EIC's. In those instances they have not be able to contact DPS regional Communications to verify whether an applicant has a DL or ID on record because they have

not been included in the list of names sent to Communications (they only have the names of the county employees that were trained by us).

To ensure that all county employees responsible for issuing EIC's can contact DPS Communications to inquire whether an EIC applicant has a DL or ID on record, a process for needs to be established for the counties to:

— Submit names of additional county employees trained and tasked with issuing EIC's to the EIC mailbox

— Provide these names to DPS Communication to allow authorization to release information to employees for EIC purposes.

Lynn provided a list with the contact information on all employees that were trained by DPS. We thought this was an urgent matter and needed to bring it to your attention. If you could please include the training team in the response and solution so that we may include it in our future training that would be great. We also need to communicate the solution out to all our current trained county employees asap!

Thanks and we look forward to your response.


Robert Myers,
Training Specialist V
Driver License Division
Texas Department of Public Safety

5805 N Lamar Blvd.
Austin, TX  78752

robert.myers@dps.texas.gov
Office: (512) 424-5538
Mobile:(512) 239-9256

We are creating a faster, easier and friendlier driver license experience and a safer Texas.

TEX0500339