**From:** Uribe, Roxanne
**To:** Rodriguez, Tony
**CC:** Daughtry, Lisa; O'Connor, Ryan; Silva, Samuel
**Sent:** 11/27/2013 10:07:02 AM
**Subject:** EIC Region 3 Weekly Report (Monday 25 Nov - Wednesday 27 Nov) - Issuance: 0, Inquiry: 0

EIC Region 3 Weekly Report for Monday November 25 through Wednesday November 27.
Have a great long weekend.

| EIC Region 3 Weekly Report (Monday 11/25/13 – Wednesday 11/27/2013) ||||
|---|---|---|---|
| **3** | **Issuance** | 0 | Zero issuances. |
| | **Inquiry** | 0 | Zero inquiries. |

*Roxanne Uribe*
Customer Operations Secretary III
Drivers License -- Corpus Christi
Ph: (361) 698-5624 | Fax: (361) 698-5557
roxanne.uribe@dps.texas.gov



TEX0500394