| | |
|---|---|
| **From:** | Wroe Jackson |
| **To:** | Rodriguez, Tony |
| **Sent:** | 10/1/2013 3:03:14 PM |
| **Subject:** | RE: DPS has not arrived |

I like it when things work themselves out. We need more of that.

Thank you for staying on this and making sure that it works!


Wroe Jackson
General Counsel
Texas Secretary of State

*This communication may be privileged and confidential. Any copying, use, or distribution of any information or materials by or to anyone other than the recipients listed above is prohibited without express authorization from the sender.*

**Please note my new email address effective immediately: wjackson@sos.texas.gov**

---

**From:** Rodriguez, Tony [mailto:Tony.Rodriguez@dps.texas.gov]
**Sent:** Tuesday, October 01, 2013 3:02 PM
**To:** Wroe Jackson
**Subject:** RE: DPS has not arrived

I just talked to the Asst Manager in charge of those folks. They are there now and they are scheduled to be there tomorrow. This should work itself out

v/r

*Tony Rodriguez*

Customer Operations Senior Manager – South and West
Driver License Division
Texas Department of Public Safety
tony.rodriguez@dps.texas.gov
512.424.5657 (O)
512.739.9709 (C)
512.424.5233 (F)

---

**From:** Wroe Jackson [mailto:SJackson@sos.texas.gov]
**Sent:** Tuesday, October 01, 2013 3:01 PM
**To:** Rodriguez, Tony
**Subject:** FW: DPS has not arrived

Heads-up re: Hays County.

Still waiting on Dallas/Travis. Both should have been in my possession by now.


Wroe Jackson
General Counsel
Texas Secretary of State

*This communication may be privileged and confidential. Any copying, use, or distribution of any information or materials by or to anyone other than the recipients listed above is prohibited without express authorization from the sender.*

**Please note my new email address effective immediately: wjackson@sos.texas.gov**

2:13-cv-193
09/02/2014
**DEF1367**

**From:** Keith Ingram
**Sent:** Tuesday, October 01, 2013 2:57 PM
**To:** Wroe Jackson
**Subject:** FW: DPS has not arrived

Still nothing

---

**From:** Joyce Cowan [mailto:joyce@co.hays.tx.us]
**Sent:** Tuesday, October 01, 2013 2:56 PM
**To:** Keith Ingram
**Subject:** RE: DPS has not arrived

Sorry to bother you but I am not sure what to do tomorrow. Do I need to cancel this. We have it on our Facebook, etc., media has checked with us and we had
to inform them that DPS was a no show.  I don't like bad press as I am sure you don't either.  Just let me know what happen.

*Joyce A. Cowan*
**Elections Administrator**
*712 S. Stagecoach Trail, Suite 1045*
*San Marcos, TX 78666-9914*
*(512) 393-7310*
*(512) 393-2248 FAX*
*www.co.hays.tx.us/elections*

---

**From:** Keith Ingram [mailto:KIngram@sos.texas.gov]
**Sent:** Tuesday, October 01, 2013 9:39 AM
**To:** Joyce Cowan
**Subject:** RE: DPS has not arrived

They should be there.  We are checking.

---

**From:** Joyce Cowan [mailto:joyce@co.hays.tx.us]
**Sent:** Tuesday, October 01, 2013 9:34 AM
**To:** Keith Ingram
**Subject:** DPS has not arrived
**Importance:** High

Good Morning Keith,

Sorry to bother you but we have not seen any reps from DPS show up at the facilities set up for EIC to be issued. I have no contact on this but you. Has it been canceled?

*Joyce A. Cowan*
**Elections Administrator**
*712 S. Stagecoach Trail, Suite 1045*
*San Marcos, TX 78666-9914*
*(512) 393-7310*
*(512) 393-2248 FAX*
*www.co.hays.tx.us/elections*