| | |
|---|---|
| From: | Blackwell, Summer |
| To: | Sampa, John |
| Sent: | 10/14/2013 5:10:13 PM |
| Subject: | Galveston Co. EIC units |

Sgt. Sampa,

Good afternoon. There are more EIC mobile units coming to your area. Can you please send or have the appropriate trooper send this out to media outlets in the area. You know the drill. Call me if you have any questions. Thanks in advance.

*Summer Blackwell*
*Media and Communications*
*Senior Writer*
*Texas Department of Public Safety*
*summer.blackwell@dps.texas.gov*
*(512) 424-2083*


MESSAGE:

Just as a reminder, there will be mobile stations in our area this week issuing Election Identification Certificates (EICs) for Texans who do not already have an accepted form of photo identification necessary to vote. The Texas Department of Public Safety appreciates your help in informing the public about EICs and these convenient mobile stations.

For more information regarding EICs, including eligibility guidelines and necessary documentation, please visit http://www.txdps.state.tx.us/director_staff/media_and_communications/pr092413a.htm.

Dates and times for mobile stations are subject to change. For the most up-to-date schedule, please visit www.voteTexas.gov.

See the following schedule for Galveston County locations and times:

**Wednesday, Oct. 16 (all locations 9 a.m. – 4 p.m.)**

| Location | Address |
|---|---|
| Bacliff Community Center | 4503 11th Street, Bacliff, TX |
| Dickinson Community Center | 2714 Highway 3, Dickinson, TX |


**Thursday, Oct. 17 (all locations 9 a.m. – 4 p.m.)**

| Location | Address |
|---|---|
| Nessler Center (Surf Room) | 2105 5th Avenue North, Texas City, TX |
| Galveston County Courthouse (2nd floor) | 722 Moody Avenue (21st Street), Galveston, TX |

2:13-cv-193
09/02/2014
DEF1368