| | |
|---|---|
| **From:** | Bell, Stephen |
| **To:** | Rodriguez, Tony; Murphy, Kathleen |
| **Sent:** | 8/29/2013 4:27:41 PM |
| **Subject:** | FW: Galveston election |
| **Attachments:** | img-828123044-0001.pdf |

FYI.


v/r
Stephen W. Bell
Customer Operations Senior Manager- North and East
Driver License Division
Texas Department of Public Safety
stephen.bell@dps.texas.gov
512-550-7064 (C)
512-424-2768 (O)

The Driver License Division is committed to quality and excellence in customer service. Please share your thoughts with us via our online customer service survey at:
http://www.survey.utexas.edu/txdps/


-----Original Message-----
From: Bergman, Kathy
Sent: Wednesday, August 28, 2013 12:36 PM
To: Bell, Stephen
Cc: Watkins, Paul
Subject: Galveston election

In today's Houston paper. We have two Spanish speaking CSR's in Galveston as well as brochures in Spanish. Can't address the customer going to the office three times other than they just continued to show up without the proper documents.

Kathy Bergman
Regional Manager
Region 2B
Texas Department of Public Safety
Driver License Division
#2 Hilbig, Conroe, TX 77301
936-442-2829



-----Original Message-----
From: TXDPS [mailto:txdpsscanner@dps.texas.gov]
Sent: Wednesday, August 28, 2013 1:31 PM
To: Bergman, Kathy
Subject: Scan from TXDPS

Please open the attached document. It was scanned and sent to you using a Xerox WorkCentre.

Number of Images: 1
Attachment File Type: PDF

Device Name: TXDPS
Device Location:



2:13-cv-193
09/02/2014
**DEF1369**