| | |
|---|---|
| **From:** | Rodriguez, Tony |
| **To:** | Gomez, Enrique |
| **CC:** | Watkins, Paul; Martinez, Germaine |
| **Sent:** | 7/30/2012 3:48:58 PM |
| **Subject:** | RE: election certificate mobile units |

This is part of the contingency planning we did last week. If offices in Regions 1 and 2 get inundated with customers/agitators seeking Election Certificates our plan is to use DL Center employees to fill all counters at the affected office and then deploy mobile units to provide additional capacity (for Election Certificates only).

v/r

*Tony Rodriguez*

Customer Operations Senior Manager – South and West
Driver License Division
Texas Department of Public Safety
tony.rodriguez@dps.texas.gov
512.424.5657 (O)
512.739.9709 (C)
512.424.5233 (F)



The Driver License Division is committed to quality and excellence in customer service. Please share your thoughts with us via our online customer service survey at: http://www.survey.utexas.edu/txdps/

---

**From:** Gomez, Enrique
**Sent:** Monday, July 30, 2012 3:33 PM
**To:** Rodriguez, Tony; Watkins, Paul
**Cc:** Martinez, Germaine
**Subject:** Fwd: election certificate mobile units

Why do we need these.

Enrique


Begin forwarded message:

**From:** "Martinez, Germaine" <Germaine.Martinez@dps.texas.gov>
**Date:** July 30, 2012 3:24:27 PM CDT
**To:** "Gomez, Enrique" <Enrique.Gomez@dps.texas.gov>
**Subject: FW: election certificate mobile units**

Why are we going to this? We will more than likely lose the case which means we won't have to issue them. The field offices already have the access to issue these. Where are they planning on using the mobile ones at?
Germaine

**From:** Jarmon, Karol
**Sent:** Monday, July 30, 2012 3:22 PM
**To:** Cardenas, Lynne; Graves, Carl
**Cc:** Martinez, Germaine; Greenall, Harry; Rodriguez, Tony

2:13-cv-193
09/02/2014
**DEF1370**

**Subject:** election certificate mobile units

Lynne will you please contact Harry to see how he wants a SDE ticket created to image 6 mobile units with the location of HQ.  These mobile units will not accept money since the election certificates are free.

Tony wants one unit in Region 1A, 1B, 2A, 2B and two units will be stored at HQ until they determine what other office might need assistance.  (Tony will also be on vacation later this week)

Please let me know if you have any questions, perferably call my cell

Karol

TEX0500676