| | |
|---|---|
| **From:** | Daughtry, Lisa |
| **To:** | Garcia, Olivia |
| **CC:** | Vasquez, Esther; Fowler, Cynthia (LRS); Trautman, Deanna R; Goforth, Lydia |
| **Sent:** | 10/28/2013 3:55:34 PM |
| **Subject:** | RE: EIC 2nd CORRETION... FW: EIC Region 3 Weekly Report (21 Oct - 25 Oct) - Issuance: 27, Inquiry 209 |

Liv If you will look at the production details you will see it was issued by Weslaco – I'm sure this was just a typo. Please proceed.  Thanks.

Best regards,

Lisa Daughtry
Assistant Manager
License & Record Service
Driver License Division
(512) 424 -5973
lisa.daughtry@dps.texas.gov

---

**From:** Garcia, Olivia
**Sent:** Monday, October 28, 2013 3:47 PM
**To:** Daughtry, Lisa
**Cc:** Vasquez, Esther; Fowler, Cynthia (LRS); Trautman, Deanna R; Goforth, Lydia
**Subject:** RE: EIC 2nd CORRETION... FW: EIC Region 3 Weekly Report (21 Oct - 25 Oct) - Issuance: 27, Inquiry 209

Lisa,

**EIC #38733447 for Garcia, Daniel does not exist. I found EIC #37833447 for a Daniel Garcia. Please confirm**

Regards,

Liv Garcia
License and Record Service
Texas Department of Public Safety
Olivia.Garcia@dps.texas.gov
512-424-2894

---

**From:** Daughtry, Lisa
**Sent:** Monday, October 28, 2013 3:18 PM
**To:** Garcia, Olivia
**Cc:** Vasquez, Esther; Fowler, Cynthia (LRS); Trautman, Deanna R; Goforth, Lydia
**Subject:** FW: EIC 2nd CORRETION... FW: EIC Region 3 Weekly Report (21 Oct - 25 Oct) - Issuance: 27, Inquiry 209

Liv – please verify and pull docs for the highlighted application below.  Thanks.

Best regards,

Lisa Daughtry
Assistant Manager
License & Record Service
Driver License Division
(512) 424 -5973
lisa.daughtry@dps.texas.gov



2:13-cv-193
09/02/2014
**DEF1371**

---

**From:** Silva, Samuel

**Sent:** Monday, October 28, 2013 2:22 PM
**To:** Rodriguez, Tony; Krueger, Kristopher; Daughtry, Lisa; O'Connor, Ryan
**Subject:** EIC 2nd CORRETION... FW: EIC Region 3 Weekly Report (21 Oct - 25 Oct) - Issuance: 27, Inquiry 209

We have word of an Issuance in Weslaco that occurred Friday, October 4 and was not included in our previous report. We have added it here. Please note the correction.
**Issuance: Weslaco (Station 321) EIC # 38733447, Garcia, Daniel**
This brings our Weekly count to 27 issuances and 209 inquiries. Thank you.

| | | | |
|---|---|---|---|
| 3 | Issuance | 27 | **(5) Hidalgo County:**<br>La Joya City Hall Unit #17: EIC # 37826757, Gonzalez, Selina Ludivina<br>Weslaco Business & Visitor Center Unit #17:<br>　　EIC # 37835211, Serna, Selina Edith<br>　　EIC # 37835290, Gonzalez, Adrian<br>Mercedes City Hall Unit #20: EIC # 37826530, Macias, Diana Victoria<br>City of San Juan Unit #15: EIC # 37830715, Bustamante, Adrian<br>**(2) Starr County:**<br>Roma Library Unit #16: EIC # 37844672, Salinas, Juan Carlos<br>La Rosita Unit #15: EIC # 37844638, Sepulveda, Guillermo<br>**(1) Kinney County:**<br>Kinney Co Courthouse Unit #72, EIC # 37844676, Gomez, Javier Mateo<br><br>**(1) Corpus Christi (Station 301):** EIC # 37844947, Krack, Mathew Micah<br>**(1) Harlingen (Station 308):** EIC # 37841065, Rodriguez, Kamie Ranae<br>**(17) Weslaco (Station 321):**<br>　　EIC # 37823391, Carranza, Elizabeth Ayala<br>　　EIC # 37827900, Martinez, Vanessa Lee<br>　　EIC # 37833298, Gonzalez, Juan<br>　　EIC # 37833192, Cantu, Oralia<br>　　EIC # 37836385, Cantu, Ricardo Jr.<br>　　EIC # 37836697, Gonzlalez, Oralia Ann<br>　　EIC # 37836612, Gonzalez, Daniella Lynn<br>　　EIC # 37836801, Tovias, David<br>　　EIC # 37837172, Castillo, Jesse<br>　　EIC # 37837405, Rodriguez, Blas<br>　　EIC # 37837662, Segura, Joseph Dylan<br>　　EIC # 37837712, Castillo, Juan David<br>　　EIC # 37838523, Rojas, Laura Celina<br>　　EIC # 37832655, Loysoya, Fernando<br>　　EIC # 37842437, Aguirre III, Benito<br>　　EIC # 37834617, Alaniz, Brandon Lee<br>　　EIC # 37833447, Garcia, Daniel |
| | Inquiry | 209 | **Hidalgo County:**<br>**Inquiry had valid ID/DL**<br>17 - McAllen City Hall Unit #15<br>15 - Mercedes City Hall Unit #20<br>7 - La Joya City Hall Unit #17<br>57 - Hidalgo City Hall Unit #17<br>4 - Edinburg City Hall Unit #15<br>11 - Weslaco Business & Visitor Center Unit #17<br>7 - City of San Juan Unit #15<br>**Inquiry for information only** |

1 - La Joya City Hall Unit #17, Customer was needing supporting document
1 - Weslaco Business & Visitor Center Unit #17, Customer was needing Birth Certificate

**Starr County:**
**Inquiry had Valid DL/ID**
3 - Nutrition Center, Rio Grande Unit #15
20 - Starr County Courthouse Annex Unit #17
16 - Starr County Courthouse Unit #20
7 - Roma Library Unit #16
6 - La Rosita Library Unit #15
**Inquiry for information only**
1 - Rosita Library Unit #15, Customer needed birth certificate
2 - Roma Library Unit #16, Customer needed birth certificate
1 - Roma Library Unit #16, Applicant was not a US Citizen
1 - Starr Co Courthouse Unit #20, Qualified but missing documents

**Nueces County:**
**Inquiry had valid DL/ID**
4 - Greenwood Sr Center Unit #24, Individuals had valid Driver License.
**Inquiry for information only**
1 - Nueces Co Courthouse Unit #21, Applicants were just asking for information.
1 - Flour Bluff ISD Unit #23: Individual asked for explaination of EICs.
1 - Greenwood Sr Center Unit #24, Individual did not have birth certificate.

**San Patricio County:**
**Inquiry for information only**
1 - City Hall Annex Unit #22, Customer inquired about required documentation for EIC. Said he would return.

**Kinney County:**
**Inquiry had valid DL/ID/Passport**
1 - Kinney Co Courthouse Unit #72, Applicant was in possession of passport.
**Inquiry for information only**
1 - Kinney Co Courthouse Unit #72, Applicant was not old enough.
1 - Kinney Co Courthouse Unit #72, Individual was just inquiring for information.

**Edwards County:**
**Inquiry had valid DL/ID**
1 - Sherriff's Office Unit #75, Individual was in possession of TXDL.

**Region 3:**
12 - Inquiry had valid DL/ID
3 - Inquiry did not have proof of citizenship
5- Inquiry for information only

*DLD Vision: We are creating a faster, easier, and friendlier driver license experience and a safer Texas.*
*Samuel J. Silva*
*Driver License Regional Manager*
*O: (956) 565-7210*
*M: (956) 369-4517*

---

**From:** Hernandez, Anna
**Sent:** Monday, October 28, 2013 1:02 PM
**To:** Silva, Samuel; Flores, Maria; Ramirez, Raquel; Uribe, Roxanne
**Subject:** RE: EIC Region 3 Weekly

Mr. Silva,

It has been brought to my attention that an EIC Card was issued to Daniel Garcia, DOB 02/23/1952, EIC # 37833447 on October 24, 2013 at our DL Office, Station 321. This individual was not included on the EIC Region 3 Weekly Report. I am requesting to have the report dated EIC Region 3 Weekly Report for 10/21/2013 thru 10/25/2013 be amended.

Thank You,

Anna Marie Hernandez
Office Supervisor
2525 N. International Blvd.
Weslaco, Texas 78596
956-565-7213
anna.hernandez@dps.texas.gov

---

**From:** Silva, Samuel
**Sent:** Friday, October 25, 2013 4:32 PM
**To:** Flores, Maria; Ramirez, Raquel; Hernandez, Anna; Uribe, Roxanne
**Subject:** EIC Region 3 Weekly as of 3:30 pm today

Waiting on today's pending issuances....

*DLD Vision: We are creating a faster, easier, and friendlier driver license experience and a safer Texas.*
*Samuel J. Silva*
*Driver License Regional Manager*
*O: (956) 565-7210*
*M: (956) 369-4517*

TEX0500847