| | |
|---|---|
| From: | Rodriguez, Tony |
| To: | 'Wroe Jackson' |
| Sent: | 10/18/2013 10:05:26 AM |
| Subject: | RE: EIC County Participation |

| County | POC | Email Address | Phone Number |
|---|---|---|---|
| Caldwell | Pamela Ohlendorf | Pamela.ohlendorf@co.caldwell.tx.us | 512-668-4347 |
| Cottle | Elissa Smith | cottledcclerk@gmail.com | 806-492-3823 |
| Delta | Sue A. Hommel | countyjudge2@countyjudgetx.com | 903-395-4400 ext. 226 |
| Duval | Ana Bazan | ana.bazan@co.duval.tx.us | 361-279-6278 |
| Duval | Krysten F. Garcia | faithkrys10@gmail.com | 361-389-3907 |
| Grimes | Rebecca Duff | grimesvoters@yahoo.com | 936-873-4424 |
| Hall | Maribel Gonzales | hallcotac@gmail.com | 806-259-2125 |
| Irion | | - | |
| Irion | | - | |
| Irion | | - | |
| Lipscomb | Gailan Winegarner | ghwsgwerer@yahoo.com | 806-862-2911 |
| Lynn | Donna Willis | donna.willis@co.lynn.tx.us | 806-561-4112 |
| Marion | Karen G. Jones | Karen.jones@co.marion.tx.us | 903-665-3281 |
| Marion | Peggy Bourne | peggy.bournes@co.marion.tx.us | 903-665-3281 |
| McMullen | Bessie Guerrero | taxofc@granderiver.net | 361-274-3314 |
| Refugio | Amy Green | amy_villarreal1971@yahoo.com | 361-526-2151 |
| Refugio | Rachael Garcia | rachael.garcia@co.refugio.tx.us | 361-526-2151 |
| San Jacinto | Sheryl Evans | sheryl.evans@co.san.jacinto.tx.us | 936-653-5804 |
| San Jacinto | Vicki Shelley | vicki.shelley@co.san.jacinto.tx.us | 936-653-5804 |
| Sherman | Valerie McAlister | valerie.mcalister@co.sherman.tx.us | 806-366-2150 |
| Terrell | | - | |
| Terrell | | - | |
| Wheeler | Scott Porter | lewis.porter@co.wheeler.tx.us | 806-826-3131 |
| Wheeler | Mindy Duncan | mindy.duncan@co.wheeler.tx.us | 806-826-3131 |
| Willacy | Hugo Leyva | elections.administrator@co.willacy.tx.us | 956-689-2387 |
| Willacy | Laura Zamora | lauie.zamora@co.willacy.tx.us | 956-689-2387 |

v/r

*Tony Rodriguez*
Customer Operations Senior Manager – South and West
Driver License Division
Texas Department of Public Safety
tony.rodriguez@dps.texas.gov
512.424.5657 (O)
512.739.9709 (C)
512.424.5233 (F)

**From:** Wroe Jackson [mailto:SJackson@sos.texas.gov]
**Sent:** Friday, October 18, 2013 9:54 AM
**To:** Rodriguez, Tony

2:13-cv-193
09/02/2014
**DEF1372**

**Cc:** Krueger, Kristopher
**Subject:** FW: EIC County Participation

Tony,

Do we have an updated list of counties who haven't returned their MOUs so that Keith can reach out?

Thank you!


Wroe Jackson
General Counsel
Texas Secretary of State

*This communication may be privileged and confidential. Any copying, use, or distribution of any information or materials by or to anyone other than the recipients listed above is prohibited without express authorization from the sender.*

<u>*Please note my new email address effective immediately: wjackson@sos.texas.gov*</u>

---

**From:** Keith Ingram
**Sent:** Friday, October 18, 2013 8:29 AM
**To:** Wroe Jackson
**Subject:** RE: EIC County Participation

This looks like 17 counties haven't returned the MOU. Do we know who they are?

---

**From:** Wroe Jackson
**Sent:** Thursday, October 17, 2013 11:36 AM
**To:** Keith Ingram; Coby Shorter
**Cc:** Alicia Pierce
**Subject:** FW: EIC County Participation

FYI – Phase II and Phase III counties.


Wroe Jackson
General Counsel
Texas Secretary of State

*This communication may be privileged and confidential. Any copying, use, or distribution of any information or materials by or to anyone other than the recipients listed above is prohibited without express authorization from the sender.*

<u>*Please note my new email address effective immediately: wjackson@sos.texas.gov*</u>

---

**From:** Rodriguez, Tony [mailto:Tony.Rodriguez@dps.texas.gov]
**Sent:** Thursday, October 17, 2013 11:17 AM
**To:** Wroe Jackson
**Subject:** EIC County Participation

Per conversation.


v/r

*Tony Rodriguez*

Customer Operations Senior Manager – South and West
Driver License Division
Texas Department of Public Safety
tony.rodriguez@dps.texas.gov

512.424.5657 (O)
512.739.9709 (C)
512.424.5233 (F)

TEX0500993