| | |
|---|---|
| **From:** | Crawford, John |
| **To:** | Rodriguez, Tony |
| **Sent:** | 7/23/2013 7:54:55 AM |
| **Subject:** | RE: Weekly EIC Report |

Nope—here's the tally so far:

```
ISSUE_DATE  COUNT
---------- ----------
07/18/2013          1
07/16/2013          1
07/10/2013          1
07/05/2013          1
```

Those two were entered last week.

JC

---

**From:** Rodriguez, Tony
**Sent:** Tuesday, July 23, 2013 7:36 AM
**To:** Crawford, John
**Subject:** Re: Weekly EIC Report

I saw that but thought these were the first two we dealt with.

Tony Rodriguez
Senior Manager
Office: 512.424.5657
Cell: 512.739.9709

On Jul 22, 2013, at 17:49, "Crawford, John" <John.Crawford@dps.texas.gov> wrote:

Tony,
Did you notice that I reported on Friday that we had <u>two</u> EICs issued last week, one on the 16th and one on the 18th? That doesn't match your zero numbers below. I meant to ask you about it after this morning's meeting & forgot to do so.

John C.

---

**From:** Rodriguez, Tony
**Sent:** Monday, July 22, 2013 8:49 AM
**To:** Watkins, Paul; Bell, Stephen; Winkley, Salestus; Berkley, Johnnie; Silva, Samuel; Valenzuela, Estella; Valdez, Tomas; Hubbard, Barbara; Garcia, Joseph; Smith, Janie; Melcher, Lori; Mastracchio, JoeAnna; Ron Grahovec; Crawford, John; Hunter, Stephanie; Wells, Charles; Barber, David; Muniz, Barbara; Segundo, Carolina
**Subject:** RE: Weekly EIC Report

I will be out of the office this Friday. Please send your EIC reports to Steve Bell who will compile them. Also, **please have the word "EIC" in your subject line t-so that the message goes to the correct folder on my computer.**

v/r

*Tony Rodriguez*
Customer Operations Senior Manager – South and West
Driver License Division
Texas Department of Public Safety
tony.rodriguez@dps.texas.gov


2:13-cv-193
09/02/2014
DEF1373

TEX0501008

512.424.5657 (O)
512.739.9709 (C)
512.424.5233 (F)

The Driver License Division is committed to quality and excellence in customer service. Please share your thoughts with us via our online customer service survey at: http://www.survey.utexas.edu/txdps/

**From:** Rodriguez, Tony
**Sent:** Friday, July 19, 2013 4:10 PM
**To:** Rodriguez, Tony; Peters, Joe; Watkins, Paul; Bell, Stephen; Winkley, Salestus; Berkley, Johnnie; Silva, Samuel; Valenzuela, Estella; Valdez, Tomas; Hubbard, Barbara; Garcia, Joseph; Smith, Janie; Melcher, Lori; Gomez, Enrique; Mastracchio, JoeAnna; Ron Grahovec; Crawford, John; Vinger, Tom; Cesinger, Katherine; Hunter, Stephanie; Wells, Charles; Barber, David; Muniz, Barbara; Segundo, Carolina
**Subject:** Weekly EIC Report
**Importance:** High

For this week we have had inquiries but no additional issuances.

| 19 July Weekly EIC Report | | | |
|---|---|---|---|
| 1A | Issuance | 0 | |
| | Inquiry | 1 | Wednesday, July 17, 2013, a customer inquired about an EC at our DL office in Quitman. He had a valid DL |
| 1B | Issuance | 0 | |
| | Inquiry | 1 | One inquiry at the Arlington DLO on Tuesday, 16 July (Reason for inquiry is not known). |
| 2A | Issuance | 0 | |
| | Inquiry | 0 | |
| 2B | Issuance | 0 | |
| | Inquiry | 0 | |
| 3 | Issuance | 0 | |
| | Inquiry | 0 | |
| 4 | Issuance | 0 | |
| | Inquiry | 0 | |
| 5 | Issuance | 0 | |
| | Inquiry | 0 | |
| 6A | Issuance | 0 | |
| | Inquiry | 1 | |
| 6B | Issuance | 0 | |
| | Inquiry | 2 | 2 Inquiries at Austin-South but both had valid Texas DL |
| Total EICs Issued Today | | 0 | |
| Total EIC Inquiries Today | | 5 | |
| Total EICs Issued to Date | | 2 | |
| Total EIC Inquiries to Date | | 36 | |

v/r

*Tony Rodriguez*

Customer Operations Senior Manager – South and West
Driver License Division
Texas Department of Public Safety

TEX0501009

tony.rodriguez@dps.texas.gov
512.424.5657 (O)
512.739.9709 (C)
512.424.5233 (F)

The Driver License Division is committed to quality and excellence in customer service. Please share your thoughts with us via our online customer service survey at: http://www.survey.utexas.edu/txdps/

---

**From:** Rodriguez, Tony
**Sent:** Monday, July 15, 2013 5:37 PM
**To:** Rodriguez, Tony; Peters, Joe; Watkins, Paul; Bell, Stephen; Winkley, Salestus; Berkley, Johnnie; Silva, Samuel; Valenzuela, Estella; Valdez, Tomas; Hubbard, Barbara; Garcia, Joseph; Smith, Janie; Melcher, Lori; Gomez, Enrique; Mastracchio, JoeAnna; Ron Grahovec; Crawford, John; Vinger, Tom; Cesinger, Katherine; Hunter, Stephanie; Wells, Charles; Barber, David; Muniz, Barbara; Segundo, Carolina
**Subject:** EIC Report CHANGE

Ladies and gentlemen,
We are changing the reporting cycle for EIC reports from daily to a weekly report.  The next EIC report you will receive will be on Friday.  Regions will provide me a roll-up of issuances and inquiries by 4:00 and I will turn the report around by 5:00.

\*\* I already have your information for today, please do not duplicate this information in your report(s) on Friday.

v/r

*Tony Rodriguez*

Customer Operations Senior Manager – South and West
Driver License Division
Texas Department of Public Safety
tony.rodriguez@dps.texas.gov
512.424.5657 (O)
512.739.9709 (C)
512.424.5233 (F)

The Driver License Division is committed to quality and excellence in customer service. Please share your thoughts with us via our online customer service survey at: http://www.survey.utexas.edu/txdps/

TEX0501010