| | |
|---|---|
| **From:** | Fowler, Cynthia (LRS) |
| **To:** | Daughtry, Lisa |
| **Sent:** | 11/6/2013 1:38:13 PM |
| **Subject:** | RE: EIC Region 3 Weekly Report (Monday 28 Oct - Saturday 2 Nov) - Issuance: 7, Inquiry: 74 |

*EIC # 37863222, Rodriguez, Reneal Justine – Valid Issuance docs and mail date sent 11/5/13*

*Respectfully*

*Cynthia Fowler*
*License & Record Service*
*Cynthia.Fowler@dps.texas.gov*
*512-424-2744*
*We are creating a faster, easier and friendlier driver license experience and a safer Texas*

**From:** Daughtry, Lisa
**Sent:** Tuesday, November 05, 2013 5:59 PM
**To:** Fowler, Cynthia (LRS)
**Subject:** FW: EIC Region 3 Weekly Report (Monday 28 Oct - Saturday 2 Nov) - Issuance: 7, Inquiry: 74

Cyndee – please review carefully as these may have been reported on the date they were issued. If no duplicate requests, assign out to be worked. Thanks.

Best regards,

Lisa Daughtry
Assistant Manager
License & Record Service
Driver License Division
(512) 424 -5973
lisa.daughtry@dps.texas.gov

**From:** Silva, Samuel
**Sent:** Saturday, November 02, 2013 7:14 PM
**To:** Rodriguez, Tony
**Cc:** Daughtry, Lisa; O'Connor, Ryan; Silva, Samuel
**Subject:** EIC Region 3 Weekly Report (Monday 28 Oct - Saturday 2 Nov) - Issuance: 7, Inquiry: 74

EIC Region 3 Weekly Report (Monday 28 Oct - Saturday 2 Nov) attached.


2:13-cv-193
09/02/2014
DEF1376

TEX0501344