| | |
|---|---|
| **From:** | Bodisch, Robert |
| **To:** | MacGregor Stephenson |
| **CC:** | Bodisch, Robert; cshorter@sos.state.tx.us |
| **Sent:** | 9/13/2013 2:32:31 PM |
| **Subject:** | Select Driver License Offices Open Saturdays to Issue Election Identification Certificates |

Mac, aside from these 50 DL offices opened tomorrow and every Saturday between now and Nov. 2, the SOS will provide 25 EIC Mobile units. We hope to deploy these as soon as we receive them from SOS. We still have the 5 trailer Mobile Units that we can deploy as soon as we receive locations from SOS.   I am pulling together a cost estimate for overtime which we do not have budgeted in our FY 14 & 15 appropriations. I hope to have that estimate for you later this afternoon.

Robert J. Bodisch
Assistant Director/Chief of Staff
Texas Homeland Security
Texas Department of Public Safety
P. O. Box 4087
Austin, Texas 78773
512-424-2368
robert.bodisch@dps.texas.gov
robert.bodisch.sle@dhs.sgov.gov





2:13-cv-193
09/02/2014
**DEF1377**

**From:** Texas Department of Public Safety News Release [mailto:NEWSRELEASE@LISTSERV.DPS.TEXAS.GOV] **On Behalf Of** Media And Communications Office
**Sent:** Friday, September 13, 2013 1:24 PM
**To:** NEWSRELEASE@LISTSERV.DPS.TEXAS.GOV
**Subject:** Select Driver License Offices Open Saturdays to Issue Election Identification Certificates



FOR IMMEDIATE DISTRIBUTION         PRESS RELEASE
September 13, 2013                          Media and Communications Office
                                                                  (512) 424-2080

# Select Driver License Offices Open Saturdays to Issue Election Identification Certificates

*No driver license transactions will be conducted on Saturdays*

TEX0501447

AUSTIN – The Texas Department of Public Safety (DPS) is offering Saturday hours at nearly 50 driver license offices across the state as part of an ongoing effort to provide Election Identification Certificates (EICs) to Texans in need of proper identification required to vote in elections in Texas.

Select offices will be open on Saturdays from 10 a.m. – 2 p.m. beginning September 14 through November 2, to allow residents to apply for EICs <u>only</u>. **No other transactions will be conducted during Saturday business hours**. In addition to the Saturday hours, applicants may apply for an EIC at <u>all Texas driver license offices</u> during regular business hours Monday – Friday.

For a list of offices that will be open on Saturdays to issue EICs, visit <u>http://www.dps.texas.gov/DriverLicense/documents/openCtyOfcs.pdf</u>.

Most residents already have an acceptable form of photo identification needed for voting and will not need or qualify for an EIC. If an applicant already has any of the following documents, they are *not* eligible to receive an EIC:

- Texas driver license – unexpired or expired less than 60 days at the time of voting
- Texas personal identification card – unexpired or expired less than 60 days at the time of voting
- U.S. passport book or card – unexpired or expired less than 60 days at the time of voting
- Texas concealed handgun license – unexpired or expired less than 60 days at the time of voting
- U.S. Military identification with photo – unexpired or expired less than 60 days at the time of voting
- U.S. Citizenship Certificate or Certificate of Naturalization with photo

To apply for an EIC, applicants must visit a driver license office and complete an <u>Application for Texas Election Certificate (DL-14C)</u>.

To qualify for an EIC, an applicant must:
- <u>Bring documentation</u> to the office to verify **U.S. citizenship**
- <u>Bring documentation</u> to the office to verify **Identity**
- Be eligible to vote in Texas (<u>Bring a valid voter registration card</u> or submit a voter registration application through the Texas Department of Public Safety at the office)
- Be a Texas resident
- Be 17 years and 10 months or older

**To avoid delays or complications, DPS urges potential applicants to make sure they have the necessary documentation before arriving at the office.**

The EIC receipt an individual receives will include their photo and <u>can be used for voting</u> until the permanent card is delivered by mail.

The EIC is **free of charge** to qualifying applicants and is valid for six years. There is no expiration date for an EIC for citizens 70 years of age or older. The EIC can **only** be used for the purpose of voting in an election and may not be used as personal identification.

Texans with a documented disability may apply at their <u>county voter registrar</u> for a permanent exemption from the photo ID requirement. If approved, they will not need a photo ID to vote. Also, if individuals are voting by mail, they do not have to submit a photo ID.

For more information on the requirements, exemptions and process for obtaining an EIC, please visit: <u>http://www.txdps.state.tx.us/DriverLicense/electionID.htm</u>.

For more information on voting in Texas, visit the Secretary of State's website: <u>www.votetexas.gov</u>.

TEX0501448

### (HQ 2013-113)

TEX0501449