# DPSnet

### Courtesy - Service - Protection

HOME PAGE | SITE INDEX | PHONEBOOK | JOB POSTINGS | HQ DIRECTORY

**Driver License**
- DL Home Page
- Customer Service
- DLD in the Know
- DL Fraud Investigation
- DL Executive Team Meetings
- DL Training Library
- Public Safety Commission Updates
- Customer Engagement Survey Results (PDF)

## DLD in the Know

November 6, 2012



### Leadership Quote(s) of the Week

It has been a very busy week, so I will simply relay to you a wonderful quote that inspires me:

> "If I have seen farther than others, it is because I was standing on the shoulder of giants."
> *Sir Isaac Newton*

### DPS Opens First Driver License Mega Center!

I am very excited to announce that on Monday, October 29th, the Texas Department of Public Safety held a ribbon cutting ceremony at the new DPS Driver License Mega Center in Pflugerville! Public Safety Commission Chair Cynthia Leon and I hosted the event and we were joined by Pflugerville Mayor Jeff Coleman and other community leaders. The new office opened to the public later that afternoon after the event for a handful of customers who stopped in and officially opened its doors Tuesday, Oct. 30, at 8 a.m.

The press release included quotes from several key supporters including a couple legislators who represent the residents surrounding the mega center. Here is what they said:

> "This is a historic day for DPS, the citizens of Texas and the residents of Central Texas," said PSC Chair Leon. "This is the first of six high-capacity driver license centers made possible by funding from the Texas Legislature that are designed to relieve congestion in major metropolitan driver license offices. The new technology at the mega centers will also allow our customers to reserve a spot in line without stepping foot in the office."

> "The Austin-Pflugerville Driver License Mega Center provides a much needed increase in services to our quickly growing region," said Texas State Senator Kirk Watson. "I am proud that the legislature, with the input of DPS, was able to bring these additional resources to Central Texas."

> "Making available convenient access to state services is important," said Texas State

2:13-cv-193
09/02/2014
DEF1379

Representative Dawnna Dukes. "With the opening of this new driver license center, with its combination of additional space and new technology, the residents of Central Texas will see improvement in services they receive."

"We are excited that this facility is opening in Pflugerville as Pflugerville residents can avoid the drive to Austin to take care of a necessary need locally," Mayor Jeff Coleman said. "DPS has created a state-of-the-art facility which will encourage Central Texans to visit Pflugerville."

Director Steven McCraw was unable to attend in person due to official business, but he was very excited about the opening. In a statement he said, "We are committed to ensuring Texas driver license customers have a quick and efficient visit to driver license offices, and in an effort to meet that goal, today we are pleased to be opening the first of six driver license mega centers in Texas. We appreciate the support of the Texas Legislature and look forward to continuing to work with them to improve driver license services across the state."

The Austin-Pflugerville Mega Center is nearly 24,000 square feet, has 22 customer service stations, 36 employees and is expected to serve more than 700 customers a day. The mega centers leverages new technology to help DPS employees more quickly and efficiently serve customers at these driver license offices. The new queuing system provides customers the convenient option to reserve a spot in line without going to the office. Customers can virtually enter the queue (get in line) via a cell phone, online or using a land line, which will also provide customers interactive options allowing them to make adjustments to their place in line. For instance, if they are running late, they can push themselves back in line. Walk in customers can use the self-service check-in kiosks to get in line using their cell phone number or requesting a paper ticket. If they get in line using their cell phone, they have the option of leaving and returning later, closer to their appointment time, while communicating with the DPS office by text or phone call.



PSC Chair Leon cut the ribbon and then we gave members of the media tours of the facility. I could not be more pleased with how the event went, nor could I be more proud of the entire DPS team. So many people played a role in making this opening successful it is impossible to name them all. We are grateful to each and every single one of you.

The opening was well attended by the media and garnered great stories from various outlets including:

- Houston Chronicle
- Houston Chronicle

- Houston Advocate
- KVUE.com
- Community Impact Newspaper
- My San Antonio.com
- KXAN.com
- My San Antonio.com - Texas Politics
- Texas Watchdog
- CBS DFW

## Mega Center Updates

*Fort Worth*

I just received these photos from the team that is building the Fort Worth Mega Center. As you may recall, in January I reported that the lease for the Fort Worth Mega Center fell through. At that point we had to start the process of scouting locations and going through the state government bidding process all over again. In that same



announcement I also told you that construction had begun on the Austin-Pflugerville Mega Center. In today's ITK we have officially opened the Austin-Pflugerville Mega Center, so I am very glad to be able to show you these photos showing the amazing progress Fort Worth has made in this short amount of time. It is always disappointing and scary to have set backs, but we have an amazing team of DPS employees and our partners working on this project. I am looking forward to the day when we can announce the opening of the Fort Worth Mega Center!



*Houston-Spring*

At the Houston-Spring Mega Center, construction is complete and now we are getting equipment and furniture installed. Here is a photo I was sent of the new queuing kiosks that are almost ready for customers!





## SAVE Supplemental Information

There is some continuing confusion relating to SAVE. To help clarify these issues, Germaine Martinez in IT's Innovation and Technology Solutions created this *SAVE supplemental information* document. This training aid focuses on error messages and action items that CSR's should follow. Pages two and three are a chart you can print and use to reference entitled "Error Messages Received Through SAVE". It provides a list of error messages and the appropriate steps to take should you receive that error message. There is additional helpful information in this document, so I suggest you review it as soon as possible. Even though we are new to SAVE, we want to make sure you have all of the information you needed to successfully process SAVE transactions. If you have any further questions, please ask you supervisor for clarification.

## Visit to Plainview for Region 5 Training

On Saturday, October 27, 2012, I went to Plainview to attend a training session for several offices in Region 5. The training covered:

- Customer Service
- SAVE
- Residency
- Automated external defibrillator (AED)

Offices participating:

| | | | |
|---|---|---|---|
| Amarillo | Denver City | Hereford | Muleshoe |
| Borger | Dimmitt | Levelland | Pampa |
| Brownfield | Dumas | Littlefield | Perryton |
| Crosbyton | Floydada | Lubbock | Plainview |

Adriana Medrano, Assistant Manager for Region 5 put together a fun wrap up presentation from the training. Thanks also to Adriana for cooking a fabulous meal and to allo the other folks who baked those yummy desserts! You can view it here.



### Peace Officer Alternative Address Policy Now In Effect

Just a reminder - the Peace Officer Alternative Address Policy has been implemented as of October 29, 2012. The training aid, Peace Officer Alternative Address Policy document, list of county courthouse addresses, and a document explaining who are considered peace offices in accordance with the Code Of Criminal Procedure are available on SharePoint.

You should have signed the Peace Officers Alternative Address Policy Agreement and turned this into your supervisor. This document confirms that you read the job aid documents, reviewed the information, and are now prepared to comply with the policy.

Reminder of Main Points:

- Applicants must meet all requirements to obtain the DL/ID for which they are applying.
- Peace officers must be currently employed with a law enforcement agency in the state of Texas.
- Peace officers can only substitute their residential address with the address of the county courthouse in their county of residence (NOT their county of employment).
- The alternative residence address is only available for non-commercial driver licenses (DL) and identification cards (ID).
- This is an optional program and is not related to the alias program.
- Applicants must apply in person – online transactions are not eligible because they must show their proof of current employment as a qualifying peace officer.

If you have not already, please review all of the specifics and sign the confirmation agreement ASAP. If you have any questions, please ask your supervisor for clarification.

### Organizational Changes within DPS

As you may recall, in July it was announced that the Customer Contact Center will

transition from the Information Technology Division to the Driver License Division. Just recently Chris Sarandos, CIO/Assistant Director, Information Technology, announced a couple additional changes affecting DLD and IT. We decided to transition the Innovation and Technology Solutions division of DLD to IT. Their role will be similar to the previous arrangement, but this will better enable them to respond to DLD needs with IT solutions. Enrique Gomez will remain as the Deputy Assistant Director and report to Chris Sarandos.

Chris said in his announcement, "Please join me in welcoming the Deputy Assistant Director, Enrique Gomez, and the staff of the Innovations and Technology Solutions section into the IT Division! We're excited about their role in helping to implement technology that'll help improve customer service, enhance operational efficiency, and implement legislative mandates. Enrique and the staff established quite a legacy of customer support within DLD, and we're looking forward to working with a superb group of professionals to keep that legacy going!"

## DLD Raises Awareness During Breast Cancer Awareness Month



October is Breast Cancer Awareness Month, which is an annual campaign to increase awareness of the disease. While most people are aware of breast cancer, many forget to take the steps to have a plan to detect the disease in its early stages and encourage others to do the same. The Houston-Grant Road & Houston-Spring Driver License Center employees participated by wearing their favorite pink t-shirts, ribbons and lanyards on Friday, October 26, 2012.

## More Customer Service Week Wacky Hat Photos

I wanted to share a couple more pictures I received of DLD team members celebrating 'hats off to great service' day during Customer Service Appreciation week:

Region 6B put together this poster size card with pictures of everyone in their hats on it! It really demonstrated their



Denton DL Office

commitment to amazing customer service and made my day when they presented it to me. Great job everyone! I can tell together we are creating a faster, easier, and friendlier driver license experience, and having great fun doing it!



Gainesville DL Office



Plano DL Office



Sherman DL Office



Region 6B



Region 6B



Region 6B

## New Jackets Looking Sharp!

Office Supervisors Terri True (Austin-Denson) and Stella Andrada (Austin-North DLO) just received the first batch of the new DLD jackets. They were so excited about how great they looked on, that they snapped this photo of them modeling it.

These jackets will help us maintain a consistent and professional look during the colder winter months. We may not need to wear jackets very often in much of Texas, but these will help keep  everyone warm while conducting road tests during cold spells. I certainly could have used one during my trip to Plainview.

The jackets are an option when it comes time to replace your uniform shirts.

## DPS – A Tradition of Serving the Public

Kathy Drye, a member of the CDL team in Enforcement and Compliance Service, saw something that inspired her enough to pass it along. Here is her story:

"When I approached the Driver License office on N Lamar this morning, to get to Headquarters, traffic slowed for a TXDPS patrol car who's flashing lights were engaged. I thought, great another accident. What I saw warmed my heart and I wanted to make sure this officer was thanked and to pass on that great feeling I have

TEX0501759

this morning. An older man with a walker was trying to cross the street and traffic would not stop to allow him to do this. The officer stopped traffic and walked this gentleman to the other side of the road and then allowed traffic to continue. Such a small thing, but such a huge impact on that man's day and mine. I hope other people felt the same way when they observed this simple kindness. I was so proud to belong to the same agency as this Trooper and I walked into Headquarters feeling great and with a renewed commitment to be like that Trooper, helping others and enforcing the laws of the state of TEXAS. Thank you sir, whoever you are for making this gentleman's day and mine."

What a wonderful story and a touching reminder of the Texas Department of Public Safety's mission and motto:

Mission: Protect and Serve Texas
Motto: Courtesy, Service, Protection

## Staff Kudos

**Naomi Goins in the Orange DL office** received a telephoned compliment from a customer who went to renew his license. The customer stated that Ms. Goins was the nicest person he has ever talked to in his life. He also stated that he couldn't believe how helpful she was.

**Shea Burch in License and Record Service** received a compliment for her efforts to help an elderly customer who was born at home in 1925 and was never issued a birth certificate. The family friend wrote, "We want to give our heartfelt appreciation for what part Shea Burch and your office had in helping us get the documentation needed to obtain Mr. Hodges' driver license. It has meant more than you could ever imagine to this veteran of our country."

**Cecilia Lopez in the Houston Winkler DL office** had a customer come by her office while she was out to leave a small gift and a thank you note. The note read, "Wanted to give you a small thank you for all of your help with my daughter's permit last July. We both appreciate the time and effort on her behalf."

**Amy Kenney in License and Record Service** received a compliment from a customer who wrote, "Thank you very much for your fast reply and all your support! Unfortunately it is very rare nowadays to find good customer service, not the case in here, I am truly impressed. I will make sure I will have all the proper documentation with me. Again thank you!"

**Lisa Alvarez in License and Record Service** received a compliment from a customer who wrote, "I just wanted to thank you for sending me my license so quick, I am buying a new car today and you have made my day. Tell everyone who was involved in getting them to me that I appreciate you all and hope you have a wonderful day! I know you all must go through a lot of harsh or hateful customers sometime, but I am not one of them. Tell your supervisors that I said you done an Awesome job. Thank You!!"

**Rebecca Adams and Tiffany Jackson (future mega center employee) in the Plano

**DL office** received a compliment from a customer who wrote, "I had just had a baby when I got the renewal for my driver license. I walked up to the counter and did not expect anything, considering the lady had just gotten yelled at from another customer in front of me. But Rebecca was polite and so nice. When I asked her if I could make an appointment and come back at more convenient time, she advised me that option was not available. I advised her that my baby was just a newborn and I had tried to re-new on-line and it would not let me. I told her is there any way I can wait in my car, till it is time and feed him in there? She said there was no way for them to contact me, but she would help me out and give me a number that was close to being called. I was so happy, and thanked her over and over. Before I had time to fill out the paper work, my number was called and we were greeted by Tiffany at the counter who was wonderful as well. She was so nice and smiled the whole time! I have never experienced such GREAT service by any government run facility! They both turned what I thought was going to be a horrible day into a GREAT day! They both deserve more than just a pat on the back. They both were so polite and gracious to each person, it takes an excellent employee to greet each person with manners, when the person in before just yelled and screamed at you. I congratulate this facility for having such great employees, and have recommended this place to ALL the people I know.

**The Beaumont DL office team** received a telephoned compliment from a customer who said she brought her daughter into the Beaumont office to make application for a learner permit.  She said that Patricia English greeted them at the information desk, Valarie Carter processed the application, and Audrey Phillips graded the daughter's test and completed the transaction. The customer said their visit was not anything like what she had been told, rather everyone was very helpful and nice. She said she was very satisfied with her experience and it was not was she was expecting or what she had been told. She was very thankful for the excellent customer service she received.

**David Chatfield in the Austin-Pflugerville DL Center** received a compliment from one of our partners who said, "I was sent to your Mega Center to assist with the testing of your equipment and Driver License System. I was fortunate to get the assistance of Lead, David Chatfield. I want to extend my thanks and sincere gratitude to him for his professionalism and sense of responsibility, but also his thoughtfulness in creating the test records we used in testing the system. David went to tremendous lengths to create the identity documents and forms. Thanks to his ingenuity we are using his test records for the other Mega Center testing dates."

**Gabriela Garcia in the Edinburg DL office** received a compliment from a customer who wrote, "I am very happy Gaby suggested coming by your office to take new license pictures due to my license never being received. She suggested I do a change of address card. No one ever told me before. Thanks again that she was smart enough to suggest. Again, I applaud her effort."

**Juan Hidalgo in the El Paso-Hondo Pass DL office** received a compliment from a customer who wrote, "On 10/2/12 I went to the Hondo Pass Driver's License and took a test to renew my license.  Lead Examiner Juan Hidalgo was assigned to escort me through the exam. I wish to commend him on his outstanding courtesy and complete and thorough knowledge of all phases of the examination, which allowed me to receive my new driver's license - his directions covering my driving throughout the entire exam were

concise and thorough. My heartfelt thanks go out to Mr. Hidalgo and the entire staff of your agency."

**Janet Johnson in the Austin DL office** received a compliment from a customer who wrote, "I would like to say thank you to Janet Johnson. I am active military stationed in California and have been trying to get a motorcycle endorsement on my license for about a month now and have been given the run around and the incorrect information via phone and website. Ms. Johnson was able to assist me in about 10 minutes. She patiently walked through the website with me trying to help me find the information that I needed. We were unable to find this information so she volunteered to send me it via email. She was able to answer all my questions and if she did not know the answer, she immediately looked for the information. I believe she is a phenomenal worker and deserves the credit for her customer service abilities. Thank you again for your help."

**Yvonne Phillips in the Cleburne DL office** received a telephoned compliment from a customer who said that she should be acknowledged for outstanding customer service. He had contacted the Cleburne Driver License office to set up a homebound appointment to obtain a Texas Identification card. He was very impressed with the level of professionalism, compassion, and understanding that Ms. Phillips exhibited. He said he felt that some people do their job because they have to, but Ms. Phillips was good at her job because she genuinely cares about people.

**Maria Rodriguez, Ofelia Alvarado, and Maria Rivas in the San Antonio- General McMullen DL office** received a compliment from a customer who wrote, "I have been stuck in a black hole between computerization projects being undertaken by the Texas DPS driving license office and US Customer and Border Protection. The Texas system requires information from the CBP system that is not yet available, and it appears that I may not be able to renew my driving license until it is. I wish to commend the efforts of 3 of your staff at the Gen McMullen Driving License Office in San Antonio for their efforts in helping me with this issue: Maria Rodriguez, Ofelia Alvarado, and their supervisor Ms Rivas. Their forbearance with the new SAVE computer system was itself remarkable, but their patience and understanding with my unique situation all the more so. Overall, I am very grateful to them, especially when I realize how many other customers could not be served during the several hours it took for my problem to be investigated. My issue has yet to be resolved, but your staff deserves great credit nonetheless."

**Dane Sherry in the Austin NW DL office** received a compliment from a customer who wrote, "Would like to take a moment to point out the great experience we had at the DPS facility. I am a restaurant owner of an Italian Cafe just up the road and I am always aware of customer service. My daughter and I went in for a permit on Tuesday. Mr. Dane Sherry was working the front desk. Of course we were there for about an hour which gave us the opportunity to observe how well things were taken care of. Mr. Sherry was very kind, informative, patient and knowledgeable. I truly have had to utilize the services of the DPS for many years and frankly was not looking forward to the grind. However, I was pleasantly surprised. Often times we are told only when someone has done a poor job but rarely recognized for the good. I hope this helps to acknowledge great employees. I am sure you realize the value of great employee and Mr. Sherry seems to fit that in my eyes. Thank you for your time."

**Mary Stephenson in the Fort Worth DL office** received a compliment from a customer who wrote, "I am writing this on behalf of my Mom Diane who does not own a computer. She had a wonderful experience at the DPS about a week ago. Mary Stephenson was very helpful and friendly and so was Theresa Harline. In today's day and age, good customer service is hard to find and these ladies were top notch and treated my 69 year old Mom like she was the only client they had that day. Thank you Mary and Theresa for taking such good care of my Mom, Diane! "

**Annalee Polo and Johnny Ward in the Baytown DL office** received a compliment from a customer who wrote, "Thank you for your help in getting my Texas driver license restored. Even with the remaining limitations, it is a great help. I especially appreciate the patience and thoroughness of Mr. Ward in explaining the improvements needed to avoid the many errors I made. Best wishes for the future. I hope to see you again around 2018 to get examined again when my present license will expire."

**The Cedar Hilll DL office** team received a compliment from a customer who wrote, "In today's fast paced world it is rare to find a government run organization that you actually look forward to visiting. More likely the opposite is true. After having several memorable encounters (not for the right reason), I elected to try something else. I made the great discovery of the Cedar Hill DPS. In December of 2011, I took my daughter for her written driver's test to obtain her permit. I was shocked. The wait was average and expected, but the employees were anything but! A happy, accommodating, family-like atmosphere greeted us as we took care of business. My daughter was given the option to see if she liked her picture – HUGE for a 15 year old girl. We left smiling at a fun and upbeat experience."

**Benita Matthews and Jacqueline Moore (future Houston-Spring DLC) in the Humble DL office** received a compliment from a customer who wrote, "Came in today to get my DL. What a great experience I had! I was met by Benita who was kind and very helpful. After 15 minute wait I was called back by Jacqueline Moore who met me with a smile and a good morning. What a surprise. Good surprise. Just want the Dept. of Transportation (Public Safety) to know you guys are awesome. Going to post this on my Facebook account. Keep up the good work!"



FAQs | Help | Feedback | Downloads/Plugins |
Agency Website Development and Deployment Policy (DOCX)