| | |
|---|---|
| From: | Texas Department of Public Safety News Release on behalf of Media And Communications Office |
| To: | NEWSRELEASE@LISTSERV.DPS.TEXAS.GOV |
| Sent: | 12/18/2012 1:01:40 PM |
| Subject: | DPS Announces Fourth Driver License Mega Center Office Opening in Garland |



2:13-cv-193
09/02/2014
DEF1380

FOR IMMEDIATE DISTRIBUTION  
December 18, 2012

PRESS RELEASE  
Media and Communications Office  
(512) 424-2080

# DPS Announces Fourth Driver License Mega Center Office Opening in Garland

GARLAND, TX – Texas Department of Public Safety (DPS) Director Steven McCraw today was joined by Rep. Kenneth Sheets, Rep. Cindy Burkett, Rep. Angie Chen Button, and Garland Mayor Ronald E. Jones for a ribbon cutting ceremony at the new DPS Driver License Mega Center in Garland. The office, which will increase driver license capacity in the greater Dallas area, will officially open to the public Wednesday, Dec. 19, at 8 a.m.

"Today marks a milestone for driver license services in the Metroplex area," said Texas Public Safety Commissioner Ada Brown. "Not only are we adding a new office and new employees, but we're implementing new technology that will allow our customers to reserve a spot in line without stepping foot in the office. Thanks to funding from the Texas Legislature, these high-capacity, state-of-the-art mega centers should help relieve congestion at driver license offices in the surrounding area."

The 82nd Legislature provided $63 million in funding to DPS to open six mega centers, hire 266 additional employees, and purchase equipment and technology to improve customer service and the efficiency of the state's driver license system. DPS opened the first mega center in Pflugerville in October. Last week, DPS opened two additional offices in the Houston area – one in Spring and one in Rosenberg. The Fort Worth mega center and another in Leon Valley – near San Antonio – are projected to open by the end of January 2013.

"The legislature recognized a need for increased services in this part of our state," Sen. Bob Deuell said. "This center will allow folks to be served quickly and get on with their day."

"We are proud to have brought this state-of-the-art mega center to our community," said Rep. Kenneth Sheets. "The increased space and additional employees, combined with the latest technology will no doubt make for a faster and easier experience for all who walk through the door of this facility."

"This new driver license mega center represents a significant improvement in services available for Garland and North Texas," said Sen. Craig Estes. "Access to driver license services is extremely important, and we are proud to be expanding those resources in this area today."

The Garland Driver License Mega Center has 24,000 square feet with 22 customer service stations, and will be staffed by 45 full-time employees with the capacity to process more than 900 transactions daily.

TEX0501769

"The Garland Driver License Mega Center will go a long way to meet the needs of our growing population," said Garland Mayor Ronald Jones. "We are excited and welcome this outstanding facility to the Garland community."

The mega centers also will leverage new technology to help DPS employees more quickly and efficiently serve customers at these driver license offices. A new queuing system offers customers the convenient option to reserve a spot in line without going to the office. Customers will virtually enter the line via cell phone, online or using a land line, which will also provide customers interactive options to make adjustments to their place in line – for instance, if they are running late, they can push themselves back in line. Walk in customers will use the self-service check-in kiosks and will have the option of returning later, closer to their appointment time, while communicating with the DPS office by text or phone call.

"We appreciate the support of the Texas Legislature and look forward to working with them to continue improving driver license services across the state," said DPS Director Steven McCraw. "DPS remains committed to ensuring Texas driver license customers have a quick and efficient visit to driver license offices, and in an effort to meet that goal, today we are pleased to be opening the fourth mega center in Texas."

The Garland Driver License Mega Center is located at 4445-A Saturn Road, Garland, TX 75041. The office will be open Monday through Friday from 8 a.m. to 5 p.m., with the exception of Tuesdays, when the office stays open until 6 p.m.

DPS encourages eligible customers to skip the trip to the driver license office altogether by utilizing convenient online services, including renewals, duplicates and change of address. To view the various online services and for more information about Texas driver licenses and identification cards, please visit: http://www.txdps.state.tx.us/DriverLicense/OnlineServices.htm.

### (HQ 2012-141)