**Mega Center Locations**

**Dallas (Garland)**
Location: 4445 Saturn Road, Garland, Texas 75041

**Fort Worth**
Location: 1600 Eastchase Parkway, Fort Worth, Texas 76120

**Houston (Rosenberg)**
Location: 28000 Southwest Freeway, Rosenberg, Texas 77471

**Houston (Spring)**
Location: Near the corner of Spring Cypress Road and Kuykendahl Streets

**San Antonio**
Location: Corner of Huebner and Evers Streets

**Austin (Pflugerville)**
900 Wells Branch Parkway, Pflugerville, Texas 78660



TEX0501823