| | |
|---|---|
| From: | Vinger, Tom |
| To: | GRP_DPS Everyone |
| Sent: | 12/14/2012 9:27:22 AM |
| Subject: | News Release: DPS Announces Driver License Mega Center Offices Opening in Spring, Rosenberg |



2:13-cv-193
09/02/2014
DEF1382

December 13, 2012                                                                                                    NEWS RELEASE

# DPS Announces Driver License Mega Center Offices Opening in Spring, Rosenberg
*Total of six mega centers to open by end of January 2013*

HOUSTON – The Texas Department of Public Safety (DPS) Director Steven McCraw and Public Safety Commission (PSC) Chair Cynthia Leon this morning were joined by State Sen. Tommy Williams, State Rep. Debbie Riddle and Harris County Commissioner R. Jack Cagle for a ribbon cutting ceremony at the new DPS Driver License Mega Center in Spring. This afternoon, Director McCraw and Chair Leon were joined by Rosenberg Mayor Vincent Morales Jr. and other community leaders for a ribbon cutting ceremony at the DPS Driver License Mega Center in Rosenberg. The two new offices, which will increase driver license capacity in the greater Houston area, will officially open to the public Friday, Dec. 14, at 8 a.m.

"This is a great day for DPS, the citizens of Texas and the residents of the greater Houston area," said PSC Chair Leon. "These high-capacity driver license centers made possible by funding from the Texas Legislature are designed to relieve congestion in major metropolitan driver license offices. The new technology at the mega centers will also allow our customers to reserve a spot in line without stepping foot in the office."

The 82nd Texas Legislature provided $63 million in funding to DPS to open six mega centers, hire 266 additional employees, and purchase equipment and technology to improve customer service and the efficiency of the state's driver license system. DPS opened the first mega center in Pflugerville in October. Two other mega centers in the Dallas-Fort Worth area and another in the San Antonio area are scheduled to open by the end of January 2013.

The Spring Mega Center is nearly 24,000 square feet, has 22 customer service stations, 36 employees and has the capacity to serve more than 700 customers a day.

"The new Houston-Spring Driver License Mega Center is very welcome news," said Sen. Tommy Williams. "Beginning tomorrow, Texas residents living in North Houston and Montgomery County will experience shorter lines and up-to-date technology when they visit this new mega center to secure a driver license or identification card. We worked hard last legislative session to fund the building of this center, the one opening this afternoon serving the Houston-Rosenberg region and four others throughout Texas. It's great to see these centers now opening their doors to the public."

"This state-of-the-art facility is a fine example of government improving efficiency through the use of advanced technology and resources," said Rep. Debbie Riddle. "The driver license mega center will provide a significant increase in driver license services not only to the people of Spring, but to the surrounding areas."

TEX0501835

"We welcome this new driver license mega center to our area, which is a great addition to Spring," said Harris County Precinct 4 Commissioner R. Jack Cagle. "We are also glad to call DPS our neighbor, and look forward to taking advantage of the driver license services now being offered in our community."

The Rosenberg Mega Center is nearly 24,000 square feet, has 30 customer service stations, 51 employees and is capable of serving more than 1,000 customers a day.

"We are happy to welcome the new Houston-Rosenberg DPS Mega Center to its home in the Center at Rosenberg at U.S. 59 and State Highway 36,' said Rosenberg Mayor Vincent M. Morales Jr. "We are excited about the greatly increased service and parking capacity of the facility, the ease of access, and the added jobs the facility will bring. The DPS's choice of location for the Mega Center reflects what those of us who live and work here know – Rosenberg is a great place to live and work!"

"This mega center provides much needed driver license resources to the greater Houston area," said Sen. Glenn Hegar. "As society becomes more and more accustomed to the convenience 21st century technology affords, Texas taxpayers expect and deserve drastically improved access to the vital services at DPS driver license centers, so I definitely welcome and celebrate the opening of the Rosenberg mega center."

"I am proud the Texas Legislature was able to offer this important resource to the Rosenberg area," said Rep. Ron Reynolds. "One of the goals of government is to provide convenient and efficient services to its constituents, and this new mega center is a big step in the right direction and it underscores our commitment to meeting that goal."

The mega centers also will leverage new technology to help DPS employees more quickly and efficiently serve customers at these driver license offices. A new queuing system will offer customers the convenient option to reserve a spot in line without going to the office. Customers will virtually enter the line via cell phone, online or using a land line, which will also provide customers interactive options allowing them to make adjustments to their place in line – for instance, if they are running late, they can push themselves back in line. Walk in customers will use the self-service check-in kiosks and will have the option of returning later, closer to their appointment time, while communicating with the DPS office by text or phone call.

"We are committed to ensuring Texas driver license customers have a quick and efficient visit to driver license offices, and in an effort to meet that goal, today we are pleased to be opening two additional mega centers in Texas," said Director McCraw. "We appreciate the support of the Texas Legislature and look forward to working with them to continue improving driver license services across the state."

The Spring Mega Center is located at 4740 Spring Cypress Road, Suite 100, Spring, TX 77379. The Rosenberg Mega Center is located at 28000 Southwest Freeway, Rosenberg, TX 77471. Both offices are open Monday through Friday from 8 a.m. to 5 p.m., with the exception of Tuesdays, when the offices stay open until 6 p.m.

DPS encourages eligible customers to utilize online services for their convenience, including renewals, duplicates and change of address. To view the various online services and for more information about Texas driver licenses and identification cards, please visit: http://www.txdps.state.tx.us/DriverLicense/OnlineServices.htm.

### (HQ 2012-139)

TEX0501836