| HOME PAGE | SITE INDEX | PHONEBOOK | JOB POSTINGS | HQ DIRECTORY |

**Driver License**

DL Home Page
Customer Service
DLD in the Know
DL Fraud Investigation
DL Executive Team Meetings
DL Training Library
Public Safety Commission Updates
Customer Engagement Survey Results (PDF)

# DLD in the Know

January 9, 2013



### Leadership Quote(s) of the Week

*"The time is always right to do what is right."* – Martin Luther King Jr.

Happy 2013!

I hope you had a restful holiday break and are back renewed, recharged and ready to tackle the new year! I am so proud to work at an organization that values integrity, teamwork, accountability and excellence. We can continue to accomplish so much together keeping these core values in mind. As Mr. King says above, "The time is always right to do what is right."

I was saddened by an incident in December where an employee was so afraid to speak up about a mistake that the actions that employee took trying to hide the mistake resulted in the loss of the employee's job. We are all human and make mistakes now and then. When a mistake is made, the best course of action is to own up to it right away and correct it, and, of course, learn from it so that we do not repeat it.

As individuals, employees, leaders and representatives of DPS, we each own our integrity. We have a responsibility to seek and accept responsibility for our actions and results even (or especially) when it is uncomfortable. Leaders, it is your additional privilege and responsibility to lead by example, foster an environment of trust, and provide guidance in a respectful way that gives people the tools to be successful.

Let us continue to support each other in demonstrating honesty, openness, and respect in all we do. Teamwork means more than working together to achieve common objectives; it also means supporting, respecting and empowering each other for success. With this in mind, I know we can continue to provide exceptional service to our fellow Texans.

### Dallas-Garland Mega Center Opens

On December 18, we opened the fourth Mega Center in Garland. It was a beautiful day to celebrate this exciting milestone! Director Steven McCraw was joined by Rep. Kenneth Sheets, Rep. Cindy Burkett, Rep. Angie Chen Button, and Garland Mayor Ronald E. Jones for a ribbon cutting ceremony in the morning. Once again, we received positive comments

2:13-cv-193
09/02/2014
DEF1383

from our special guests and the media. Rep. Chen Butler remarked that the office was comfortable, pleasant and professional but not over the top – just what customers wanted and deserved. Rep. Burkett stated that she liked how we were running our operation like a business and really putting an emphasis on customer service. Comments from our first guests at Garland show we are truly creating a faster, easier, friendlier experience! Here are a few customer comments:

> *"Nice people; fast pace; easy equipment!"*
> *"Good service; fast pace; easy access; well-maintained!"*
> *"The people are nice. The pace is pretty fast and the equipment was easy to understand."*

## First Customer at the Spring Mega Center

Employees at the Spring and Rosenberg Mega Centers have been excited to welcome all of the new customers. Pictured here is the very first customer at the Spring Mega Center,  along with the first ticket issued.



## Reminder – Do not Text and Drive!

It is not safe to text and drive. Again this holiday season, another family lost a young person in a fatal car crash because the person was texting and driving. Please do not be our next statistic! In addition, you represent DPS every time you are out in public and people are always watching. Drive safely! We all want you to get home to your families safely and be able to return to your DPS family in the morning.

## Thank you From Veronica Espinoza

CSR Lead Veronica Espinoza, widow of Luis R. Espinoza who was fatally stabbed in September, asked me to share this heartfelt note with all of you:

> *"On behalf of me and my children, I would like to thank everyone who donated to the Luis Espinoza Memorial Fund. I wish I could thank each and every one of you in person. May God bless you all. I would like you to know that the money you have donated will go towards my children's college expenses. Luis would have wanted that. May you all have a Blessed Christmas and New Year!"*
> *Sincerely,*
> *Veronica*

### Region 2 Employees Receive National Defense Service Award

Five Region 2 driver license employees were presented with the National Defense Service award December 14, 2012 in a ceremony held on the Battleship Texas in LaPorte. Urshula Jones, Monica Holt, James Dominguez, Johnny Ward and Edwin Segarra received this award, which is given in special recognition of military service veterans employed by DPS who have served on active duty during a time of armed conflict and who received the National Defense Service Medal from their branch of service. Each honoree is presented with a certificate and lapel pin. Highway Patrol Troopers Wendell Taylor, William Langehennig, Robert Nett, David Wyman and Manuel Cantualso also were presented with this award.



Pictured from left to right: Urshula Jones, Program Supervisor III, Houston Dacoma; Monica Holt, CSR II, Spring; James Dominguez, CSR II, Spring; Johnny Ward, CSR V, Houston Winkler; Edwin Segarra, CSR III, Texas City

### Regulatory Services Divisions Hosts Christmas Program for Austin Employees and Families

The Regulatory Services Divisions treated Austin employees and their families to a Christmas program on Friday, December 21. What a delight it was to enjoy music with friends and family. We have such talented people here at DPS! The program included solo performances by several of our talented employees, a lively entrance by our very own choir that had everyone clapping and singing along, and a fun rendition of the "Twelve Days of Christmas" that included audience participation. Here are a few photos from the program.











;

**Holiday Decorations and Contest**

We had many beautiful decorations in our offices during the December holidays. Thank you for taking time out of your weekends, after hours and during lunch to make our work area a little more festive. I was impressed with the amazing creativity, resourcefulness and teamwork it took to plan your themes, find resources and set up the displays. I enjoyed seeing these amazing decorations - many using recycled materials. It just shows what can be accomplished when you work as a team with that "can do" attitude. We also invited anyone who wished to dress up to do so and be part of a holiday costume contest.

Congratulations to the following holiday costume contest winners:

 

**Funniest**
Leah Janes, Doris Schroeder and Shelley Miller (Lumps of coal)

**Most Creative**
Susana Reyna

 

**Most Creative Honorable Mention**
Station 605



**Most Spirited – Three Way Tie:**
Danielle Markum, Mike Adams and Kristin Gips





**Most Spirited Honorable Mention:**
Sandy Williams



**Bah Humbug:**
John Alba and Lauri Boen

## Employee Anniversaries

I recently received a list of the following DLD employees celebrating anniversaries:

**10 Years**

- Juan Rafael Arredondo, Riviera
- Jeanette G. Cardenas, North Lamar
- Stephen Chamberlin, North Lamar
- Ann Marie Gonzalez, Webster
- Carl Hilton Graves, North Lamar

- Sylvia Noemi Malik, Webster
- Harry W. Mergel, Houston
- Hilda Pena, El Paso
- Terri Lynn True, North Lamar
- Laura Villarreal, Midland

**20 Years**

- Julie Swantner Abbott, North Lamar
- Dawn Duran Calbillo, Midland
- Teresa Lynn Diefenbach, Victoria
- Deborah S. Durham, North Lamar
- Angela Skaggs Kimbrough, Hurst
- Lesle Ann Peloquin, North Lamar
- Sara Holden Richardson, North Lamar

**30 Years**

- Sherry Lynn Wright, North Lamar

Congratulations to all of these wonderful employees for their many years of service!

## Organ Donations Touch the Lives of DPS Employees

The following note was sent from **Jackie Moore**, a DPS employee. In it, she shares her personal experience with an organ donation of her ex-husband.

"The transplant was successfully completed on March 1, 2011 University of Colorado Hospital in Aurora. He needed a transplant due to chemical exposure which caused sarcordosis in the lungs. He has a new respect for life, values everyday occurrences because he knows that without the transplant he would have died. He and I are both organ donors and have always known its importance. Vince had to relocate back to Texas in 2012 because the altitude and pollution were both having a detrimental effect on his new lungs. As for me, knowing that my son has more years to enjoy his father is unexplainable and I must say I enjoy having him around.

"When he got the call his lungs had just collapsed and he thought the end was near, miraculously the phone rang and he received the call to come in for transplant. He was rushed to the hospital and the surgery was completed within the next three hours. His recovery time was twelve days in the hospital. Even though he has been hospitalized a few times he is doing well. As a matter of fact he went to work as a truck driver in July 2012, on year and four months later. Our faith God and believing that God would hear our prayers and heal Vince has kept us strong as a family. Thanks to another loving, giving, and caring young man we have a second chance to appreciate the life of our loved one. Be blessed,
Jackie."

**Abduhl Khan**, a new employee at the Garland Mega Center, asks people if they would like to be an organ donor. He does so with a little extra conviction because he is the recipient of a donated heart.

"The story of my second heart attack was really life threatening," Abduhl says. "At one point I was told that I was on my final hours. The cardiologist told me, 'you either have a heart transplant or you die.' In three weeks a donor heart arrived and my transplant was a success. So I am greatly thankful for the family who donated the

heart to me giving me another chance to breath and live life with my family once again. I encourage everybody to become an organ donor so they can help the people in need and give them another opportunity to enjoy the beauty of life. If it wasn't for the family who donated the heart, I wouldn't be here telling my story to other people. Once again I thank the family for their life saving donation which completely changed my life."

## Staff Kudos

**Manager Patricia Jones and the Spring Mega Center** received a compliment from a customer who wrote, "Ms. Jones, We first communicated a couple years ago in response to an email I wrote out of sheer frustration. You actually called me back. I was shocked, but very pleased to be speaking with you! I heard about the new DPS Mega center on Spring Cypress and 249 on the news Thursday. When I saw it, I could only think of you. The idea has passed through my mind several times that just maybe you had a say in all of this! If so, congratulations. If not, well congratulations anyway. I speak for many when I say that someone finally was listening. The old system of very long lines, incredible waits, stressed employees with terrible attitudes, come back tomorrow and stand in line to make an appointment.... well, looks like it may be a thing of the past. I sure hope so. Every state has jokes about where you find the rudest employees and though not always first, DPS was always in the conversation. I applaud Texas DPS for doing something to really improve the quality of the customer's experience and reducing the stress on the employees. People at my company have been talking about this for 2 days now! It is almost hard to believe. So keep up the good work. I will be renewing my license in December 2013. Hope things continue to go well! I hope that you and your family have a very Merry Christmas and Happy New Year!"

**Supervisor Mary Morse in the Conroe office** received a compliment from a customer who wrote, "Mary, I just wanted to extend a special thanks once again for taking the extra time in helping us with our paperwork yesterday. May you and your family have a safe and happy new year!"

**Lupe (Guadalupe) Zamora in the Enforcement & Compliance office** received a compliment from a customer who wrote, "Ms. Zamora, I have to ask. Is it hard to sit at your desk with those wings on your back? You are truly an angel. Thank you sooo very much for all your trouble. I was already thanking the Lord for you this morning. I really appreciate all your help. You are a Godsend for certain. That ticket from Vegas in '99 was for failure to signal lane change. I promise to use my blinkers from now on. I am so excited to be able to be getting my license back. Again, Thank you from my heart."

**Supervisor Erica Cardenas in the Texas City office** received a compliment from a customer who wrote, "I am 69yrs. old and have lived in Galveston County my whole life. I recently visited the Texas City DPS office with some inquires. I received an opportunity to speak with a Lady at the location, her name is Erica. I am writing to let you know how she helped me with my questions. She was extremely nice as well as thorough and left me with a small understanding of her and how she performs her job with DPS. She certainly deserves a compliment from me for I was extremely impressed. Thank you for having people such as her that have the time to treat people with politeness and professionalism. Let her know how much it is appreciated."

**Cynthia Jenkins in the North Lamar office** received a compliment from a customer who wrote, "Dear Ms. Jenkins, My corrected license arrived in the mail yesterday. Thank you so much for your help in getting this issue resolved. I truly appreciate the friendly, expedient and professional assistance that you provided. I wish you a good holiday season and all the best in the new year ahead."

**Regina McNeal in the Customer Support ECS office** received a compliment from a customer who wrote, "I wanted to take a few moments of your time to express my pleasure while working on a extremely critical matter. Your employee Regina McNeal was amazing! My current position is Director of Transportation for a National Transportation Company. I realize how critical it is to have exceptional Customer Service. Realizing we work with humans and everyday is a different day working with unhappy customers who are upset. Regina did a GREAT job in assisting me. She handled a situation I had been trying to get taken care of for 2 weeks for my son. No one, I repeat no one, wanted to take the time to help. She took ownership of the situation and took care of it. She went the extra mile to communicate to me that she took care of it. I understand how rare it is to have an employee go out of her way to take care of a problem! I coach my Associates weekly and know how hard it is to have an employee as wonderful as her. Please take a moment and tell her we appreciate her professionalism and her friendly matter in which she assisted us. I wish all my Associates were like her! Thank you for your time!"

**Carolyn Clontz of the Forth Worth office** received a compliment from a customer who wrote, "I renewed my driver license on 13 December, time stamped at 11:43:33 at station 2, Mrs. Cloutz. This is to commend her for the helpfulness and professionalism exhibited by her plus a great attitude. Additionally, y'all's office layout contributes to having a very efficient operation."

**Shelly Flores of the Fort Worth office** received a compliment from a customer who wrote, "Shelly did an awesome job in helping me secure a license! Shelly made things pleasant and expedient. I truly appreciate her inter office work ethic and willingness to help. Shelly should be promoted. I believe she would make this branch more efficient and pleasant."

**Wanda Callahan and Michael Ford in the North Lamar office** received a compliment from their co-worker, Dianne Alshuwaer, who wrote, "I work in record verification. I'm new to DPS and have only been here six months. I wanted to let everyone how grateful I am to Wanda Callahan and Michael Ford. I had an asthma attack at my desk. I used my inhaler but it was not helping me and I was becoming disoriented. Wanda who also has a son with asthma went quickly into action and called Michael. I was starting to panic but with the both of them talking to me in a soft and calm way, I was able to relax and feel safe until I could get to the hospital. I felt lucky that I work for team that looks out for each other."

**The EDINBURG office received a compliment** from a customer who wrote, "I just wanted to extend my congratulations on running a very well organized office! And the pleasantness of the many employees was a breath of fresh air."

**The GEORGETOWN office received a compliment** from a customer who wrote, "I took

my son to the Georgetown office for his test this past Friday and everything went very well. There were quite a few people but the process went smooth and your folks were all very helpful. . . I just wanted to let you know there are folks that do appreciate what you and your staff are doing."

**The NORTH LAMAR office received a compliment** from a customer who wrote, "I wanted to let you know I had a GREAT experience at the DPS D/L office on Lamar on Monday, December 10. I went in to take the written motorcycle test so I could get a motorcycle endorsement added to my license. I arrived at 7:53 A.M., and the doors were already open for business. As I was talking to the lady at the Information Desk, they called my number, and I went back and immediately paid my fees, finished filling out the paperwork, and took the test. By 8:20 A.M. I walked out of the D/L office with a new temporary license with the coveted MC license endorsement. Best experience ever at DPS! I think you deserve to hear firsthand what a great customer service experience I had."



FAQs | Help | Feedback | Downloads/Plugins |
Agency Website Development and Deployment Policy (DOCX)