| | |
|---|---|
| ![DPS seal] DPSnet | Courtesy - Service - Protection |

HOME PAGE  |  SITE INDEX  |  PHONEBOOK  |  JOB POSTINGS  |  HQ DIRECTORY

**Driver License**

DL Home Page
Customer Service
DLD in the Know
DL Fraud Investigation
DL Executive Team Meetings
DL Training Library
Public Safety Commission Updates
Customer Engagement Survey Results (PDF)

## DLD in the Know

September 27, 2011



Today's ITK is a little long, but it is full of Transformation information and news that you will definitely want to be in the know on.

### Transformation Update

**Online Scheduling Pilot Program**

There are now five offices participating in the **online scheduling pilot program**! The offices are:

1. Austin - North Lamar,
2. Carrollton,
3. Hurst,
4. Plano, and
5. Tyler

Feedback from employees and customers alike has been positive. If you would like to see the online scheduling program for yourself, visit the DL Texas Driver License Office Locations website and select the individual offices. We are very excited by this project. It is much more convenient for our customers to have a time-certain appointment, but it is also nicer for us. It is more efficient because no DL employee has to answer a phone call or schedule the appointment. The lines will also be shorter because customers don't come in until their scheduled time. This is a true win-win for the Transformation project.

### Salary Changes and Career Ladders in DLD

One goal of the FY11 DLD Improvement Plan is to hire good people and treat them right. I am very happy to report that we are making significant progress toward that goal this month

DLD employees continually amaze me with their devotion to providing great customer service. Your friendly smiles (you can even hear it over the phone), willingness to patiently provide a clear answer to the same question you've already answered 20 times that day, ability to help find a solution that helps the customer but stays within the regulatory standards, and ability to make a nervous 16 year old calmer and ready to take the road test is amazing and truly appreciated by our customers and coworkers alike. Thank you.

2:13-cv-193
09/02/2014
**DEF1384**
exhibitsticker.com

*Changing Job Titles*

The job descriptions that most of you were hired under, including 'Administrative Assistants', do not give any indication you would spend most of your day interacting with people from all walks of life. There is nothing wrong with these job titles, except they just don't give potential employees a clear understanding that their job will largely involve helping people.

We are putting the finishing touches on new job descriptions for virtually everyone in the division. The job descriptions for Customer Operations and Customer Support employees are based on the 'Customer Service Representative' state job title. This sends a clear message to current and future employees that serving our customers well is of critical importance for success in these jobs.

*Career Ladders*

These job descriptions also include career ladders, which will replace the concept of career progression with which most of you are familiar. The difference between these two is that career progression is based mainly on 'time on the job'. With career ladders we have added the ability to advance your career based on your job knowledge and willingness to accept additional responsibilities - without having to wait three years.

*Salary Changes*

With additional responsibilities comes the need for increased compensation. This is always everyone's favorite part of the discussion—more money in my pocket! We are working hard in DLD to match compensation with level of responsibility. I've told you previously that the Division leadership, the Department's Executive Director, and the Public Safety Commission were all committed to this and now, thanks to the Legislature, we are able to increase almost every DLD employee's salary. We specifically included "retention money" in the legislative report to more closely match pay with level of job responsibility in order to allow us to attract and retain top talent. This is especially important in metropolitan areas where there are many other job options and the customer transaction volumes are higher than in rural areas.

DLD employees have historically been among the lowest compensated in the Department. When we started our division salary analysis, there were more than 1,200 people who made less than $30,000 per year. After these salary increases, there will be a little more than 500 employees at this salary level. Most of these have been on the job less than a year, are under some kind of disciplinary action, or have made conscious decisions to not advance their careers because of family or other constraints. This means more than 700 division employees and their families that will have more money to pay the bills and enjoy life! The remaining employees will be eligible to receive the increased compensation levels once they reach their one-year anniversary or complete their disciplinary actions.

DLD employees have historically been compensated at the low end of the range. Additionally, the responsibilities of DLD employees have significantly increased in complexity over the years. This salary increase addresses these issues.

*In Conclusion*

I'm proud to report that while everyone did not get exactly the same dollar amounts as their coworkers, we treated everyone in the same job description and in the same

circumstances consistently.

Do I think every employee in the division is going to be happy with the salary changes? No.

Do I wish every employee could put this into perspective and acknowledge that we took a positive step in the right direction during economic conditions when many other folks are struggling to keep or find a job? Absolutely!

**We will provide copies of the revised job descriptions soon.** We are putting the finishing touches on them but wanted to push out the increased compensation as soon as possible. We will also provide a customized salary analysis for each employee with a salary change, which will show their before and after job classifications, title, and salary.

We want DLD to be a great place to work, a place you can have a satisfying career. I feel happy about the progress we are making towards those goals.

## Mega-Center Leases Signed

We are excited to announce that suitable locations were found and ten-year leases have been signed for **mega centers in Dallas (Garland), Fort Worth, San Antonio, Rosenberg, and Spring (both of which serve the Houston area)**. The leases were approved by the Texas Facilities Commission. We are now in the process of evaluating the floor plans of existing facilities to determine the best use of the spaces. The San Antonio lease is for an empty lot, so a new construction project will be underway once we determine the ideal layout for the most effective setup. Our goal is to analyze the needs and challenges of high volume offices and design operating procedures that will increase efficiency, decrease wait times, and improve customer satisfaction.

Here are the locations that have been selected:

**Dallas (Garland)**
Location: 4445 Saturn Road



**Fort Worth**
Location: 1600 Eastchase Parkway



**Houston (Rosenberg)**

Location: 28000 Southwest Freeway



**Houston (Spring)**

Location: Near the corner of Spring Cypress Road and Kuykendahl Streets



**San Antonio**

Location: Corner of Huebner and Evers Streets
This location is a new build and the facility will be built specifically to suit DL office needs.



## Temporary Visitor is now Limited Term

Beginning September 26, 2011, Texas will begin issuing, Limited Term Driver Licenses (DL) and Identification Cards (ID). The new design continues to provide all information necessary for identification purposes, including the license holder's photograph and signature on the front of the card.

The expiration date of a Limited Term DL/ID card will be denoted in the expiration date field on the card and will not exceed six years.

This new Limited Term license replaces the current Temporary Visitor license. All current Temporary Visitor cards will remain valid until the Temporary Visitor status expiration date on the card. Upon expiration, eligible customers will be issued a new card with the Limited Term design.

We are distributing an informational brochure in an effort to keep law enforcement and other interested partners informed of the changes. You can see the brochure here.

There is lots of focus on the new look and name for Limited Term driver licenses and identification cards, but there are other very important changes. Applicants for the old Temporary Visitor cards had to meet 6 month/12 month standards for the documents. With Limited Term cards, there is no time requirement except that the applicant's documents must not be expired. If an applicant comes in with a week left on their documents, we can now issue them a license because the expiration date on that license is tied directly to the expiration date for their documents. This is a very important concept and one that fortunately simplifies the transactions for us all.

## State Employee Charitable Campaign (SECC)

On Monday, October 3, a State Employee Charitable Campaign (SECC) Charity Fair will be held in the Headquarters Building A Cafeteria from 9-11 am. During this event, you can learn about charities participating in SECC. A few of those expected to be present are the Austin Children's Shelter, Susan G. Komen for the Cure, and the Capital Area Food Bank of Texas. Flu shots will also be offered during this event for $23. For more information about SECC, visit www.secctexas.org. DL field employees in the Regional Offices will likely have SECC events as well.

Even a small gift every month through the SECC can make a huge difference in our community. Here are some examples:

Capital Area Food Bank

- $2 per pay period will provide 350 bags of rice to hungry families in Central Texas.
- $3 per pay period will provide 60 after school meals to children who may have not have dinner provided to them at home.
- $4 per pay period will provide monthly boxes of supplemental groceries to one low-income older adult for one year.
- $5 per pay period will provide more than 900 cans of green beans to hungry families in Central Texas.

Forms for Payroll Deduction are available. Please contact Robin Lovelace x 5952 if you need one.

Also - Join the DPS Administration Division for **Ice Cream Floats** on Wednesday, October 5th @ 2:30pm on the headquarters campus.



Where? Multiple locations:
Bldg A - Cafeteria
Bldg C - Training Academy Cafeteria
Bldg G - 1st Floor Conference Room

Benefiting the Bastrop County Emergency Food Pantry & Support Center.

### Leadership Development

Last week, the DADs and I came together to discuss the future of leadership in the Driver License Division. We talked about the defining attributes of leadership and how to create training programs for supervisors and managers to develop leadership skills that would be most useful to our team. We worked together to develop the list of characteristics we think are important, but I would like your input. Please take a look at the list below and tell me what characteristics you think are most important and what characteristics we missed. Are there characteristics that should be utilized by leaders that are not on this list? Email me, Rebecca.davio@dps.texas.gov. I look forward to your input.

| | | |
|---|---|---|
| Collaborative | Have Integrity | Confident |
| Show Initiative | Decisive | Learner |
| Service oriented | Reasonable | Innovator |
| Passionate | Communicator | Accountable |
| Honest | Analytical | Flexible |

### Statewide Credentialing Meeting

Last Monday I attended a meeting sponsored by local First Responders to discuss the future of statewide





credentialing. The ideas being discussed were forward thinking, not ones that could be implemented any time soon. Inspired by recent experiences during the Texas Wildfires, the group discussed the possibility of Texas driver licenses and identification cards utilizing Smart Card technology. Basically there could be a computer chip embedded in the card that would have information beyond your identification information. The benefits would include a reduction in the number of cards you would have to carry. George Costanza and his notoriously overstuffed wallet came to mind…

Some ideas of what else could be included were:

Hunting or fishing permits
Concealed Handgun License
First Responder credentials enabling the carrier to help with wild fires or assist paramedics

I want to restate that these ideas are not ones that we are considering implementing. The meeting was simply a forum for idea generation and innovative thinking. It was fun to think creatively about he future possibilities for DL services.

## Continuing Education… Emotional intelligence

Last week I attended a very interesting class on Emotional intelligence with several other DPS employees. In the class we discussed some interesting ideas, including the viewpoint that, while knowledge is important, the ability to interact well with others is critical to success. I would like to share with you a lesson from our manual that particularly stood out in my mind:

### Five Emotional Intelligence Skills

The five emotional intelligence skills are a combination of several researchers' work on emotional intelligence. Following is a summary of the five skills. There are detailed explanations, strategies, examples, and learning tools throughout the rest of this course.

**Self-Awareness Skills** – Emotionally intelligent people are aware of how they feel, what motivates and de-motivates them and how they affect others.

**Social Skills** – Emotionally intelligent people communicate and relate well with others. They listen intently and adapt their communications to others' unique needs.

**Optimism** – Emotionally intelligent people have a positive and optimistic outlook on life. Their mental attitude energizes them to work steadily towards goals despite

TEX0501922

setbacks.

**Emotional Control** – Emotionally intelligent people handle stress calmly. They deal with emotionally stressful situations such as change and interpersonal conflicts.

**Flexibility Skills** – Emotionally intelligent people adapt to changes. They use problem-solving to develop options.

When learning about the five emotional intelligence skills, I thought about the changes DLD is experiencing due to the Transformation. While these changes are going to benefit our division and our customers greatly in the long term, in the short term it is creating additional work for many, fear of potential changes for some, and stress. I want every DLD employee to feel comfortable with talking about these changes and expressing their concerns. In the coming months, members of the Transformation Team and I will be travelling to offices across the state to discuss the Transformation with you. I hope the information above is utilized by our DLD staff to make a positive contribution to the Transformation. With your help, we can make DLD better for our customers, and a better place to work for our employees. In this case, change is GREAT!

## Staff Kudos

**Rita Robertson** was complimented by a customer who visited the Angleton DL office to renew his license. He said that she "stood there with a smiling face and a kind word. She turned a bad day into a good one with just her attitude."

The **Humble DL Office** received a compliment from a customer who wrote, "This was the best experience I've had at a public service office to date. Well organized and streamlined." Now that is a compliment I love to receive!

