| | |
|---|---|
| From: | Texas Department of Public Safety News Release on behalf of Media And Communications Office |
| To: | NEWSRELEASE@LISTSERV.DPS.TEXAS.GOV |
| Sent: | 1/31/2013 1:12:11 PM |
| Subject: | DPS Announces Sixth Driver License Mega Center Office Opening in Fort Worth |



2:13-cv-193
09/02/2014
**DEF1385**

FOR IMMEDIATE DISTRIBUTION
January 31, 2013

PRESS RELEASE
Media and Communications Office
(512) 424-2080

# DPS Announces Sixth Driver License Mega Center Office Opening in Fort Worth

FORT WORTH – Texas Department of Public Safety (DPS) Director Steven McCraw, Public Safety Commission (PSC) Chair Cynthia Leon, PSC Commissioner Ada Brown and PSC Commissioner Randy Watson were joined today by State Rep. Nicole Collier and Fort Worth City Councilmember Frank Moss for a ribbon cutting ceremony at the new DPS Driver License Mega Center in Fort Worth. The office, which will increase driver license capacity in the Metroplex area, will officially open to the public Friday, Feb. 1 at 7:30 a.m.

"Today, thanks to funding from the Texas Legislature, driver license services in the Metroplex area take another step forward by combining additional employees with new technology that allows our customers to reserve a spot in line without stepping foot in the office," said PSC Chair Cynthia Leon. "These high-capacity, state-of-the-art offices should help relieve congestion at driver license offices in the surrounding area and allow area residents to experience the benefits that are already offered by the other mega centers across Texas, including the one in Garland."

The 82nd Legislature provided $63 million in funding to DPS to open six mega centers, hire 266 additional employees, and purchase equipment and technology to improve customer service and the efficiency of the state's driver license system. DPS opened the first mega center in Pflugerville in October of 2012. Last month, DPS opened two additional offices in the Houston area – one in Spring and one in Rosenberg – and one in Garland near Dallas. Earlier this month, DPS opened the San Antonio-Leon Valley Mega Center.

"I'm proud to welcome the Department of Public Safety's Mega Center to Fort Worth," said State Sen. Wendy Davis. "The Driver's License Mega Center will be a major asset to our community. In addition to the many jobs it will provide for our local economy, the center is an important step toward meeting the huge demand for driver's license services for Tarrant County residents."

"The Fort Worth area was in need of this new DPS Mega Center that can help accommodate our rapidly growing population," said State Rep. Nicole Collier. "The increased number of Tarrant County residents served by the new facility of this size and magnitude will alleviate pressure throughout the area as drivers can more easily walk in and out with the help of full time staff and new technology."
The Fort Worth Mega Center has 24,000 square feet with 22 customer service stations, and will be staffed by 44 full-time employees with the capacity to process more than 700 transactions daily.

TEX0501976

"We're excited about the opening of this high-capacity driver license office right here in Fort Worth," said Fort Worth Mayor Betsy Price. "As our community continues to grow, so do the needs of our residents. Thanks to the Department of Public Safety, this new facility will help meet that demand and provide greatly needed services in our city."

The mega centers also will leverage new technology to help DPS employees more quickly and efficiently serve customers at these driver license offices. A new queuing system offers customers the convenient option to reserve a spot in line without going to the office. Customers will virtually enter the line via cell phone, online or using a land line, which will also provide customers interactive options to make adjustments to their place in line – for instance, if they are running late, they can push themselves back in line. Walk in customers will use the self-service check-in kiosks and will have the option of returning later, closer to their appointment time, while communicating with the DPS office by text or phone call.

"We appreciate the support of the Texas Legislature and look forward to working with them to continue improving driver license services across the state," said DPS Director Steven McCraw. "DPS remains committed to ensuring Texas driver license customers have a quick and efficient visit to driver license offices, and by opening the sixth mega center in Texas, and the second in the Dallas-Fort area, we take a major step in that direction."

The Fort Worth Driver License Mega Center is located at 8301 Brentwood Stair Road, Fort Worth, TX 76120. The office will be open Monday through Thursday from 7:30 a.m. to 6 p.m., and Friday from 7:30 a.m. to 5 p.m.

DPS encourages eligible customers to skip the trip to the driver license office altogether by utilizing convenient online services, including renewals, duplicates and change of address. To view the various online services and for more information about Texas driver licenses and identification cards, please visit: http://www.txdps.state.tx.us/DriverLicense/OnlineServices.htm.

### (HQ 2013-13)

TEX0501977