**DPS**net    Courtesy - Service - Protection

| HOME PAGE | SITE INDEX | PHONEBOOK | JOB POSTINGS | HQ DIRECTORY |

**Driver License**

DL Home Page
Customer Service
DLD in the Know
DL Fraud Investigation
DL Executive Team Meetings
DL Training Library
Public Safety Commission Updates
Customer Engagement Survey Results (PDF)

## DLD in the Know

December 18, 2012



### Leadership Quote(s) of the Week

*"People are definitely a company's greatest asset. It doesn't make any difference whether the product is cars or cosmetics. A company is only as good as the people it keeps."* – Mary Kay Ash

I thought this quote was particularly fitting as we come to the end of 2012 and reflect on the many accomplishments we have achieved this year. Last week we opened the Houston-Spring and Houston-Rosenberg Mega Centers to a lot of good comments and great press, and this week we opened the Dallas-Garland Mega Center. It is exciting to see our hard work pay off, but we also have accomplished so much more this year as we strive to improve service to our customers. To highlight just a few, we:

- Hired 211 summer interns to help process renewals and replacements during our busy time of year;
- Hired 60 employees for the contact center
- Implemented automated driver knowledge testing in all DL offices
- Installed queuing systems in 59 of the busiest DL offices
- Hired and trained 266 employees for the Mega Centers
- Implemented online scheduling for non CDL road tests in 59 busiest offices
- Implemented online scheduling for CDL road tests in over 40 DL offices
- Accepted credit cards in all locations
- Launched ability to pay compliance fees online
- Increased productivity at 90+ low volume offices by routing Customer Contact Center calls to these offices
- Established the DLD Leadership Academy to train problem-solving leaders
- Shortened card delivery time from 45 days to 7 to 10 days
- Remodeled 38 existing facilities
- Completed a comprehensive refresh of the DL content of the DPS website to improve clarity for customers
- Produced an updated driver handbook distributed through local DL offices and on the website
- Provided uniforms for customer facing employees to present a more professional image

Wow! That is a lot to be proud of and this list only covers some of what we accomplished together.

2:13-cv-193
09/02/2014
**DEF1386**

TEX0502281

Again, thank you for what you do every day to make DPS successful and to serve our customers with integrity, teamwork, accountability and excellence. Please enjoy a safe and restful holiday in the coming weeks.

If you have other accomplishments you want to report for your work group, send them to Dee Dee Yelverton at Debbie.yelverton@dps.texas.gov.

**Hot off the Presses – Two Mega Centers Open in the Greater Houston Area**
Last week we opened both the Spring and Rosenberg Mega Centers in the Houston area.  In the morning, Director Steven McCraw and Public Safety Commission Chair Cynthia Leon were joined by State Sen. Tommy Williams, State Rep. Debbie Riddle and Harris County Commissioner R. Jack Cagle for a ribbon cutting ceremony at the Spring location. In the afternoon, Director McCraw and Chair Leon were joined by Rosenberg Mayor Vincent Morales Jr. and other community leaders for a ribbon cutting ceremony at the Rosenberg facility. These new offices help us expand capacity in the greater Houston area and continue our focus on improving customer service.

Click the links below to read some of the press reports about the Mega Centers.

- **Houston Chronicle** – *New DPS 'megacenters' in Spring, Rosenberg draw praise*
- **KUT News** – *Driver's License Center Working Well* By: Ben Philpott
- **KVUE News / Associated Press** – *Texas DPS opens 2 more 'Megacenters'*
- **Austin Monthly Magazine** - Austin-Pflugerville Mega Center is HOT! The Austin-Pflugerville Mega Center took top honors on the 'What's Hot' List in the December 2012 edition of Austin Monthly Magazine. Check it out by clicking here!

  

 

## PPP-1 Form – Important Information

As you may have noticed, the Department of Public Safety reorganized the structure of the Director's office to include a Policies, Project & Portfolio Management Office (PPPMO). The DPS organization chart has been updated to reflect that this office is under the Deputy Director of Services. The mission of this team is to identify, prioritize, and successfully

execute a portfolio of initiatives and projects that are aligned with the department's strategic goals and mission and legislative mandates.

As part of their work to improve our processes, they have identified changes we need to make when completing and submitting the PPP1 forms for purchases.  The process includes:

- Almost **every** purchase, except credit card and Spot Purchase Orders (SPO), requires a PPP1 form.
- If a PPP is spending DLD funds, the PPMO has requested that my name (Rebecca Davio) **and** DLD are listed first on the REQUESTOR lines of the PPP.  Anyone else involved in the process can also be listed on these lines too.
- I must approve and submit EVERY PPP for the division.

- PPP-1's **must** go to Lynn Ngin, DLD's new Budget Analyst, **before** the form is submitted to me. Lynn will verify the availability of the funds.
- The budget number **must** be included on the PPP-1 form.
- The Comp/Agency Object # **must** be included on the form. If you do not know this, please call this to Lynn's attention in your transmission e-mail to her so she can fill it in.
- The "Funding not to Exceed Authority" amount on page one **must** match the "total amount" on page two.
- If you have any questions when you are filling out the PPP1 form, please contact Robin Davis for help.
- Information on the status of PPP-1s can be found on [Sharepoint here](Sharepoint here).

## Holiday Party Awards

In DLD, we know how to work hard and get things done, but that does not mean that we do not know how to have fun too. Once again, you showed your creative skills with festive holiday decorations, delicious food and a fun attitude. Employees at the DLD headquarters office celebrated with delicious sweets and participated in a holiday decorating contest. Winners of the holiday awards are:

- Most Original – Admin Action 1 & 2 – Northpole
- Most Creative Use of Recycled Items – Online Services – Nutcracker
- Most Creative – Driver Record – It's a Wonderful Life
- Most Traditional – Conviction Reporting 1 & 2 – Home Sweet Home
- Most Outlandish – PBI - Island of Misfit Toys
- Most Spirited – Receiving 2 – Welcome to Whoville
- Best Overall – Contact Center – How the Grinch Stole Christmas/ Whoville

We received so many wonderful photo submissions of DLD team members across the state! We are still reviewing the submissions and will make the announcements about who won as soon as possible. I have been super busy with the Mega Center openings, but promise to get back to you soon!

***Here are some photos from the holiday party and of some of the decorations:***

TEX0502283












TEX0502284












Take a look at this stunning cake made by DLD's very own Cari Hodges!




## Limited Term Specialists Complete Lawful Presence Training

Lynn Hale and Bob Myers from the DLD headquarters in Austin hosted a training workshop December 11 – 12 for employees who recently were selected as Limited Term Specialists. The training was in response to a mandate by the Texas Legislature to provide lawful presence document training. One of the primary responsibilities for these newly trained specialists will be to process applicants who are temporary visitors to the U.S. and who are seeking a driver license or ID card. The specialists will also be available to provide information and assistance to other driver license employees throughout the state who may have questions regarding an applicant's lawful presence.

The class included training on fraudulent documents, the Systematic Alien Verification for Entitlements (SAVE) process, level verification, port of entry operations, student visas (F1 and F2), student immigration, and how to process difficult transactions. Specialists even had a chance to test their new knowledge by examining sample documents firsthand.

Based on feedback from the evaluations, the workshop was a huge success. Here are a few quotes from some of the participants:

- "Each presentation built on the next. I have learned so much in the last one and a half days! I enjoyed hearing situational examples from other team members."
- "This workshop was very much needed and is greatly appreciated. I feel better qualified to serve Texas."
- "Excellent! Great description of limited term specialist responsibilities. Very useful info to provide to peers!"

*Congratulations to the Limited Term Specialists who completed this training:*

| | | |
|---|---|---|
| Linder Staten | Diane Magallanez | Jacob Player |
| Helen Green | Jacquelyn Jones | Angie Hidalgo |
| Luis Flores | Sonia Jenson | Gilbert Navarro |
| Valorie Lewis | Sally Montano | Christopher Bailey |
| Carie Babasa | Nelda Diaz | Carolyn Taylor |

TEX0502286

| | | |
|---|---|---|
| Clark Pennington | Gabriela Garcia | Alicia Najar |
| Sheila Hammett | Natalie Escobar | Elizabeth Guajardo |
| Soo Tan | Harry Allen | Natasha Daily |
| Ruthie Oliver | Felipe Garcia | Jessica DeHoyos |
| Trenise Soloman | Araceli Degollado | Sabrina Ortego |

Special thanks to the following guest speakers who helped make this a success:

- Special Agents **Patrick Kastl** and **Edward Koranda**, Department of Homeland Security, Homeland Security Investigations, Document and Benefit Fraud Task Force
- **Michael Strawn**, Section Supervisor, Record Verification, License and Record Services, DLD
- **Ron Coleman**, State and Federal Programs Administrator, Policy and Business Improvement
- **Soo Tan**, CSR-IV Limited Term Specialist, S. Gessner Driver License Center
- **Ebony Lemora**, Office Supervisor, S. Gessner Driver License Center
- **Pat Jones**, Assistant Manager, S. Gessner Driver License Center
- Officers **Glenn Yotter** and **Frank Melendez**, Customs and Border Protection Officers, Homeland Security Investigations
- **Amanda Brinlee**, Senior International Student Advisor, Texas A&M University
- **Maria C. Avevalo-Sanchez**, Director, Office of International Affairs, UT Health Science Center of Houston

## Employee Anniversaries

I recently received a list of the following DLD employees celebrating anniversaries:

### 10 Years

- Stephen Chamberlin,  North Lamar
- Ann Marie Gonzalez, Webster
- Terri Lynn True, Denson
- Tijuana Pendergrass, North Lamar
- Guadalupe Zamora, North Lamar

### 20 Years

- Dawn Duran Calbillo, Midland
- Angela Skaggs Kimbrough, Hurst
- Cherlyn Cook, North Lamar

### 30 Years

- Dorothy Porter, North Lamar

Congratulations to all of these wonderful employees for their many years of service!

## ECS Events

Enforcement and Compliance Services (ECS) held its quarterly meeting and holiday luncheon

TEX0502287

recently, during which they gave out awards.

They presented two special awards for performance and customer service:



**Melissa Eager** was presented the "Above and Beyond Award" due to her exceptional knowledge and her ability to assist wherever needed.  Since her promotion to Conviction Reporting, she continues to assist the EC Analysis and Administrative Action sections to reduce backlogs. Her tenure and experiences within these areas have made Melissa a valuable resource for historical information which has been used to make informed decisions on future business processes. Melissa was instrumental in helping coordinate the review of insurance policy cancellations to aid EC Analysis in obtaining a current processing date. As a lead in Conviction Reporting, she identifies areas of improvement within the business procedures and develops more efficient work processes with employee input.  This requires her to research the statutory requirements, obtain legal opinions, and ensure the business process is being completed correctly and the business rules are updated appropriately.  Melissa created a method for accurately tracking work counts for each employee and for all processes within the CR sections, which allows management to easily identify processing delays and potential backlogs.

**Sherri Marcon** was presented the "Top Performer Award for the 1st Quarter of FY13" because she is always available for any task or project while continuing to excel in her assigned job duties.  Her strong leadership skills are demonstrated when she attends meetings with her supervisors and takes the lead as Subject Matter Expert regarding the work processes while offering valuable suggestions and feedback. Sherri openly offers assistance to her management team by stepping up during their absence to assist in matters pertaining to the section.  On more than one when the supervisor was absent, Sherri took the initiative to coordinate work processes and meet with the other supervisors to ensure all work was processed.  Anytime a problem or



question arises in the section, Sherri consistently presents meaningful options or solutions to her management team. Her leadership qualities are further displayed as she diligently trains employees new to DPS and the EC Analysis sections. Sheri coordinates with the co-trainers to develop additional training that will enhance the new employee's knowledge and understanding of the work processes.

In addition to providing quality work for her assigned duties, Sherri continuously exceeds performance measures on the following work processes:

- DWI/Drug Ed Cert Standard PM **35-50 per hour**; Sherri can process between **50-100 per hour**
- FTA/FTP Standard PM **12-15 per hour**; Sherri can process **30-40 per hour**
- NRVC Standard PM **15-20 per hour**; Sherri can process **30-40 per hour**
- Interlock Restricted license Standard PM **6-10 per hour**; Sherri can process **20-24**

per hour

- Occupational license Standard PM **6-10 per hour**; Sherri can process **15-17 per hour**

Her remarkable ability to lead by example with a positive, flexible attitude taking on and excelling at multiple responsibilities and assignments makes her a valued employee of the Service, Division and Department, and to the citizens of this state.



ECS gave a special "**Thank You**" award to all of the **Love, Energy, Audacity and Proof (LEAP) Committee Members**.  These employees are responsible for coordinating ECS employee events to keep the team motivated to "love our jobs, be energetic, have audacity to accept all challenges, and see the proof of our efforts in great customer service and support." ECS gave two "Top Dog" awards to Lisa Heselmeyer and Ingrid Guillory for their awesome coordination skills.  The awards were presented to the following employees in order from left to right in the photo: Lisa Heselmeye, Patti Kubacek, Ingrid Guillory, Lupe Zamora, Alan Denman, Rachel Sifuentes, Kimberly Drummer, Laurie Haglund, Tifeney DeVance, Irene Reyes, Michelle Haney

ECS also gave awards for the best dessert! **Danielle Markum** received first place for her Pineapple Delight. **Cheryl Geissen** received second place for her banana pudding and **Melissa Eager** received third place for her Chocolate Delight.







TEX0502289



The ECS group had a very exciting ending to 2012, and they closed it with a pancake breakfast for the employees where all of the ECS staff cooked for everyone. They only had four pancakes left after it was all over! The following pictures are some of the ECS staff who got here early to get everything together.

## In the Know – In the new Year

We are taking a short break for the holidays. Look for the next issue of *In the Know* the week of January 8, 2013! In the meantime, happy holidays!

## Staff Kudos

**Jan Mills in the Fort Worth office** received a compliment from a customer who wrote, "Over the past few years both of our sons received their driver's license after taking a parent taught course. We have made many trips to our DPS office! Jan Mills knows what's going on. She knows the forms, the rules and the proper procedures. She also gives helpful information. When our number was called, we were always glad when we were assigned to Ms. Mills' station. Additionally, she has a wry sense of humor that makes for a better time. She is a great public servant, and we are lucky to have her at our office."

**Melissa Rangel in the Fort Stockton office** received a compliment from a customer who wrote, "Melissa Rangel works at the Driver License Office in Fort Stockton. Over the last couple of years I have watched her go through, what had to be, some very trying times. She routinely had to travel to Alpine, Monahans, and Pecos to open those offices during times of staff vacancies, training new people, etc.
As those offices were opened for limited times per week she was normally met with a "standing room only" crowd and it stayed that way all through the day with her being the only employee on duty. All during this busy, busy time Melissa kept a smile on her face and treated everyone with respect, courtesy, and professionalism. I do not know how she possibly does it. Melissa is a perfect example of what a Texas Department of Public Safety employee should strive to be and is a true public servant."

**Quarry Torres and Victor Boykins in the Denton office** received a compliment from a customer who wrote, "There are two people I would like to commend. I went to the Denton County DPS office with my son December 6th to get him an ID card, and was helped at first by a woman with the last name of Torres. Then when we got to the counter, we were helped by a man with the first name of Victor. They both were wonderful to work with even with it being late in the day. I hope neither one loses their beautiful smiles! (I had a card with one of their names on it, but it's just like me to have lost it before I could write this.)"

**Sherry Faulkner and D'Andrea Collins in the Lewisville office** received a compliment from a customer who wrote, "I want to write a strong letter of commendation for two employees of your Lewisville, TX, DPS office. Around 12:45 on December 6th, 2012 I had

TEX0502290

reason to visit that office in order to replace my TX driver's license. Having heard much bad publicity about long waits, bad attitudes, etc. I was honestly dreading the experience. Much to my surprise, the efficiency, courtesy and positive attitude of your entire Lewisville office made my day! I particularly want to commend Ms. Faulkner and Ms. Collins for going above and beyond the call of duty! I saw both of these DPS employees treat each and every customer with the same very high degree of courtesy and professionalism. They each always had a smile on their face the entire time. Not once did either of them exhibit any degree of frustration or impatience with customers, even when those customers where treating them in a less than polite manner. Let's face it: dealing with large numbers of frustrated, impatient, rude people every day is a very difficult job, yet Ms. Faulkner and Ms. Collins have truly risen above it all. Their courtesy, calmness, and professionalism were an inspiration to watch. Congratulations to both of them for choosing to take the high road every day, and congratulations to their DPS Supervisors for hiring and training such superb employees. Those two ladies truly embody the very best of what being a Public Servant is all about!!"

**The Orange DL office team of Danetta White, Naomi Goins, and Debra Stanley**, received a compliment from a customer who wrote, "We had exceptional service 3 consecutive times dealing with the licensing dept in orange Texas! These ladies run a great dept. I have never had such a great experience as in this location. Customer service is beyond any public dept I have ever been involved with. Please commend these ladies behind the counter, they are professional, courteous and a pleasure to do business with.. Thank you for telling them, job well done!!"

**The ladies in the Brownwood DL office, Dashielle Hounshell, Pamela Payne, and Barbara Evans**, received a compliment from a customer who wrote, "Thank you again for your kindness, having my license opens a lot of doors for me. I will pray for your safety. And God Bless!"

**Supervisor Nils Carlstrom in the Fort Worth office** received a compliment from a customer who happens to be a U.S. District Judge. He wrote, "Thank you so much for your assistance last Friday with my dad's Texas ID. That day was a really busy one at our court – a surprise busy one – as I had planned to get the ID on a day that would be slow. Your help allowed me to finish out business in court and get everyone home to begin their weekend by about 6 p.m. Pretty darn good!"

**Jacqueline Morales-Steffes in License and Record Service** received a compliment from a customer who wrote, "I am emailing to send a customer service compliment regarding one of your microfilm personnel named Jacqueline Morales-Steffes. Jacqueline displayed a very professional and cheerful demeanor while assisting me with identifying an individual who had been stalking and attempting to entice middle and high school females in the city of Pflugerville. Jacqueline's willingness to research the purge DL files and provide me with pertinent information is a testament to her dedication to effectively serving others. Great job!"

**Jacqueline Morales-Steffes in License and Record Service** received another compliment from a customer who wrote, "As an expat living abroad, who was stranded with an expired driver's license and unable to renew it online, I was compelled to call your customer service and inquire about renewal possibilities without having to travel thousands of miles to my beautiful sunny state and city of Austin. While calling your department, I was pleased not to be transferred endlessly in a maze-like telephone system, but after selecting a few clear

TEX0502291

options, I ended up in the hands of a very professional, capable, helpful, and swift colleague of yours: Jacqueline Morales-Steffes. Jacqueline immediately provided me with helpful information and a clear solution and procedure on the forms and documentation I needed to send in order to renew my driver's license from overseas. Her impeccable feeling for a sense of customer service and dedication to her work is appreciated and recognized thousands of miles away. I am writing this email to thank Jacqueline for all her help and effort, and to give appreciation to a great asset in your department. Exemplary leaders and employers often reflect great employees, and I thank all of you for being an example to others."

**Sand (Sandquinette) Benson in the Houston-Gessner DL office** received a compliment from a customer who wrote, "My wife and I would like to thank Ms. Sand Benson for taking her time to find out a technical problem in my wife's driver license renewal.  She did a wonderful job and saved us a trip."

**Gray Patisaul in the Customer Contact Center** received a compliment from a customer who wrote, "I had called in for information on my name changes. Gray was very helpful and courteous, going out of his way to try and complete my requests. Great Employee, Over and Above Customer Service."

**Michelle Widner in the Paris DL office** received a compliment from a customer who called to compliment her. She stated "I called to ask about my son's road test and I spoke with Michelle. I know yall carry a heavy load, but Michelle treated me with more kindness that I have seen in a long time. She is absolutely wonderful and I'm glad that I was able to speak to her. You have such a wonderful employee".

**Wilmer Loaiza and Marcy Vasquez in the Hurst DL office** received a compliment from a customer who wrote, "I would like to recognize Wilmer Loaiza for his leadership skills & abilities. As a native Texan for 47 years & the proud husband & father of 5 children, I have been to the local DPS office more than I can count... On Nov. 12, 2012 I took my youngest daughter to your DPS (Hurst, TX) location. Upon entering the office we encountered a DPS employee, who had an "attitude-of-indifference." We proceeded to inquire if there was a DPS Supervisor on-duty. Marcy Vasquez informed me that the Lead Supervisor was out for lunch & asked if she could help with the "situation." Mrs. Vasquez politely & attentively listened to our complaint and then apologized for how we were treated upon entering the DPS office. She gave me the name & number of the supervisor (Wilmer Loaiza) which I in-turn gave her my contact information. My daughter's driving test appointment was not until 2:00pm so we went next door to browse at Cavender's retail store. I received a call from Mr. Loaiza and he was also very attentive & forthright in his apology of how we were greeted...He then asked us to see him when we came back into DPS for my daughter's test. Upon meeting Mr. Loaiza, we felt comfortable & appreciated. He invited us to visit with him in his office and was kind to us...by reassuring my daughter not to be nervous about her driving test. After a few minutes he invited Mrs. Vasquez in to ask her to take my daughter on her driving test. After thanking Mr. Loaiza, I then asked him to use this "situation" as a learning/training experience for his employee(s).  *Fast-Forward to today Nov. 15, 2012.* Owning a successful business has allowed me to meet many different ethnic types, as well as personalities. I am delighted to compliment your DPS Supervisor (Wilmer Loaiza) on his outstanding leadership. He explained to me...he has implemented a strategic hiring/training process. He understands hiring qualified & competent employees with an extraordinary "emphasis on impeccable customer service." Mr. Loaiza understands a true & lasting approach to having a successful DPS office. He is an example & a catalyst by being in the lobby and getting to know the "customers" who

TEX0502292

live & work in the Tarrant County community. His genuine care for his employees & customers "shines through" the chaos of a busy, never-ending work-week. It is a pleasure to write this "Letter-of-Recognition" on behalf of Mr. Loaiza & Mrs. Vasquez. I am honored to do business with them."

**Supervisor Urshula Jones and the Houston-Dacoma DL office team** received another compliment from a customer who wrote, "Just letting the division know of the cautious and diligent behavior of a few individuals in this office. My son was attempting to obtain his first time permit and we hit several roadblocks. Although a very difficult process, Ms. Ursula Jones made the process bearable. Thank you for her and her staff."

**Ricardo Royal in the Houston-Gessner DL office** received a compliment from a customer who wrote, "Ricardo Royal was extremely helpful. Whenever I go to government offices, I do not expect exceptional service. Therfore, when Mr. Royal provided quality work by patiently helping and answering my questions, I was quite impressed. He made the one hour wait worthwhile."



TEX0502293