| | |
|---|---|
| From: | Texas Department of Public Safety News Release on behalf of Media And Communications Office |
| To: | NEWSRELEASE@LISTSERV.DPS.TEXAS.GOV |
| Sent: | 1/18/2013 12:28:21 PM |
| Subject: | DPS Announces Fifth Driver License Mega Center Office Opening in San Antonio Area |



2:13-cv-193
09/02/2014
DEF1387

FOR IMMEDIATE DISTRIBUTION
January 18, 2013

PRESS RELEASE
Media and Communications Office
(512) 424-2080

# DPS Announces Fifth Driver License Mega Center Office Opening in San Antonio Area

LEON VALLEY, TX – Texas Department of Public Safety (DPS) Director Steven McCraw, Public Safety Commission (PSC) Chair Cynthia Leon and PSC Commissioner Allan B. Polunsky were joined today by State Sen. Leticia Van de Putte, State Rep. Justin Rodriguez, State Rep. Ruth Jones McClendon and Leon Valley Mayor Pro Tem Kathy Hill for a ribbon cutting ceremony at the new DPS Driver License Mega Center in Leon Valley. The office, which will increase driver license capacity in the greater San Antonio area, will officially open to the public Tuesday, Jan. 22 at 8 a.m.

"Today, San Antonio joins other metropolitan areas in Texas already experiencing the benefits of increased driver license services offered by new mega centers," said PSC Chair Cynthia Leon. "Thanks to funding from the Texas Legislature, these high-capacity, state-of-the-art offices should help relieve congestion at driver license offices in the surrounding area. Not only are we adding a new office and additional employees, but we're implementing new technology that will allow our customers to reserve a spot in line without stepping foot in the office."

The 82nd Legislature provided $63 million in funding to DPS to open six mega centers, hire 266 additional employees, and purchase equipment and technology to improve customer service and the efficiency of the state's driver license system. DPS opened the first mega center in Pflugerville in October of 2012. Last month, DPS opened two additional offices in the Houston area – one in Spring and one in Rosenberg – and one in Garland near Dallas. The Fort Worth mega center is projected to open at the end of the month.

"This state-of-the-art Department of Public Safety diver license mega center will allow the people of Bexar County, especially those who live in Leon Valley and the Northwest area, better access to the services they need," said Sen. Leticia Van de Putte.

"I'm pleased to welcome the newest DPS Mega Center to Leon Valley and House District 125," said Rep. Justin Rodriguez. "The residents of this area deserve a quick and pleasant experience when they go to their driver license office, so I am happy to announce that the addition of this Mega Center, using innovative technology, will make it more convenient for all of us to renew or to get a driver license."

The San Antonio-Leon Valley Driver License Mega Center has 24,000 square feet with 22 customer service stations, and will be staffed by 36 full-time employees with the capacity to process more than 700 transactions daily.

TEX0502306

"We are excited to join our local and state officials today to announce the opening of the DPS Leon Valley Driver License Mega Center," said Leon Valley Mayor Pro Tem Kathy Hill. "Our community is continuing to grow, and this new facility will provide increased capabilities necessary to serve our area residents."

The mega centers also will leverage new technology to help DPS employees more quickly and efficiently serve customers at these driver license offices. A new queuing system offers customers the convenient option to reserve a spot in line without going to the office. Customers will virtually enter the line via cell phone, online or using a land line, which will also provide customers interactive options to make adjustments to their place in line – for instance, if they are running late, they can push themselves back in line. Walk in customers will use the self-service check-in kiosks and will have the option of returning later, closer to their appointment time, while communicating with the DPS office by text or phone call.

"DPS is committed to ensuring Texas driver license customers have a quick and efficient visit to driver license offices, and we take a major step in that direction with the opening of the fifth mega center in Texas," said DPS Director Steven McCraw. "We appreciate the support of the Texas Legislature and look forward to working with them to continue improving driver license services across the state."

The San Antonio-Leon Valley Driver License Mega Center is located at 7410 Huebner Road, Leon Valley, TX 78240. The office will be open Monday through Thursday from 7:30 a.m. to 6 p.m., and Friday from 7:30 a.m. to 5 p.m.

DPS encourages eligible customers to skip the trip to the driver license office altogether by utilizing convenient online services, including renewals, duplicates and change of address. To view the various online services and for more information about Texas driver licenses and identification cards, please visit: http://www.txdps.state.tx.us/DriverLicense/OnlineServices.htm.

### (HQ 2013-07)