| | |
|---|---|
| **From:** | Smith, Janie |
| **To:** | Davio, Rebecca |
| **CC:** | Mastracchio, JoeAnna |
| **Sent:** | 11/15/2011 2:24:23 PM |
| **Subject:** | Voter ID rules |
| **Attachments:** | EIC 111511_1017c 201 (new 15 181 - 15 185)_comments.doc |

Rebecca,

I have finished evaluating the comments on the Election ID Certificate and have attached the document that is ready (hopefully) to go to Susan in OGC. The changes are:

Added to Secondary identification: (D) U.S. citizenship or naturalization papers without identifiable photograph (a good suggestions from League of Women Voters (LWV) to accommodate people who may have very old documents or have a childhood or baby photo on their citizenship docs)

Added to Supporting identification: 15 additional items that are included on the current list. These items are on our list but not included in the 15.24 (the ID rule) and should have probably been added since we just amended that rule for lawful presence, but that didn't happen, so at least we will have these in the EIC rule. The added documents are:

**M) forms W-2 or 1099;**

**(N) Numident record from the Social Security Administration;**

**(O) expired Texas driver license or personal identification certificate (expired more than two years);**

**(P) professional license issued by Texas state agency;**

**(Q) identification card issued by government agency;**

**(R) parole or mandatory release certificate issued by the Texas Department of Criminal Justice;**

**(S) federal inmate identification card;**

**(T) federal parole or release certificate;**

**(U) Medicare or Medicaid card;**

**(V) Selective Service card;**

**(W) immunization records ;**

**(X) tribal membership card from federally recognized tribe;**

**(Y) Certificate of Degree of Indian Blood;**

**(Z) Veteran's Administration card;**

**(AA) hospital issued birth record;**

Deleted from the description of Supporting identification: The following items are not all inclusive: (that was recommended by League of Women Voters as a potential for inconsistent decisions about EIC issuance.)
We had already deleted the statement that the supervisor could approve other documents that appears in 15.24.

Some additional suggestions by LWV were not accepted and the reasoning is included.

She wants this today so she can get the formatting in line, allow time for Phil and Kathleen to review, and make copies for the meeting. I'm also sending this to Joe for review. Thanks, Janie

Janie Smith, Policy Coordinator
Driver License Division
TX Department of Public Safety
512.424.2976 office



2:13-cv-193
09/02/2014
**DEF1388**

TEX0502544