# DPS Government Relations Action Sheet

| State Official's Office | Date | Time |
|---|---|---|
| Rep. Dan Huberty | 10/1/12 | 5:30 pm |
| **Point of Contact** | **Constituent Information** ||
| Casey Christman<br>281-360-9410 | Katherine Townsend<br>281-360-6739<br>(daughter Debora Milburn may answer) ||

**Issue:** Ms. Townsend, 82yoa, recently moved to Texas from Hawaii. She is trying to obtain a Texas DL. She had her Hawaii DL, Social Security card, and other documents, but her birth certificate is in a safety deposit box in Hawaii. Please contact Ms. Townsend and discuss any other options that might be available to her to meet the lawful presence requirement, then follow up with Casey in Rep. Huberty's office.

**Division Referred to:** DL

**Details of Action Taken:** I tried calling Ms. Townsend from 10/8/12- 10/11 with no answer at the number listed above. On 10/11 at 4:40 pm, I called Casey at Rep. Huberty's office to recheck the phone number I have listed and found that Ms. Townsend's number is actually 281-360-5739. At 4:45, I called the new number and spoke to Ms. Debora Milburn (Ms. Townsend's daughter) to discuss her mother's options. Ms. Milburn informed me that her mother had already received her birth certificate and had all documents to process her request for a Texas DL. I offered to make her mother an appointment with the DL office but was told that her mother had surgery on her face and would wait to a later date to visit a DL office. Ms. Milburn expressed a concern about her mother being able to vote in November. I offered to contact the Deputy Clerk-voter registration office to inquire about Ms. Townsend's eligibility to vote in November. On 10/12 at 8:30 am, I spoke to Sandi Seale-Mason at the HC tax office and she informed me that Ms. Townsend is registered to vote and should receive her voter card sometime within the next two weeks. Sandi provided me with information to the location here Ms. Townsend could visit to cast her vote (early voting is from 10/22 – 11/2) at the Kingwood Branch Library. I spoke to Ms. Milburn at 9:00 am and relayed the information I had received from the Deputy Clerk. Ms. Milburn has my phone number to call me should she want me to make an appointment for her mother or has any additional concerns or questions. At 9:20 am, I spoke to Casey in Rep. Dan Huberty's office and relayed the above information to Casey. Casey Christman has my phone number should she need any further information.

**Name/Phone Number/Date Completed:** Julie Arldt, 424-7453, 10/12/2012

HQ-10 (Rev 12/09)

2:13-cv-193
09/02/2014
**DEF1389**

TEX0503088