| | |
|---|---|
| **From:** | Mastracchio, JoeAnna |
| **To:** | Cesinger, Katherine; Hibbs, Rebekah |
| **Sent:** | 6/26/2013 9:38:57 PM |
| **Subject:** | EIC customer FAQ |
| **Attachments:** | EIC customer FAQ Final.doc |

Kat,
We've updated and corrected the FAQs. These are focused on customers.... Note they have already been reviewed and approved by OGC.

If you think they would be worthwhile, then please add them as a link to the website.

Rebekah,
Can you provide me with the number that folks call to replace an occupational, or should we use the 2600 number?

*V/R Joe*
JoeAnna F. Mastracchio
*Dep. Asst. Director*
*Driver License Division*
*Texas Department of Public Safety*

joeanna.mastracchio@dps.texas.gov
o: 512-424-5415
c: 512-550-4784

---

**From:** Smith, Janie
**Sent:** Wednesday, June 26, 2013 4:13 PM
**To:** Mastracchio, JoeAnna
**Cc:** Hale, Lynn; Gipson, Sheri
**Subject:** EIC customer FAQ Final.doc

Joe, This document does not include the specific changes that Denise made. We incorporated several of her change into this document, but some of her changes resulted in incorrect responses. These have been vetted by PBI Policy and Training, Sheri and OGC. Please let me know if you have any questions. Thanks, Janie

*** This doc has a space to include the number to call to replace an occupational – needs to be filled in.

