Election Identification Certificate (EIC)
Frequently Asked Questions

1. **Am I eligible to apply for the election identification certificate if my driver license (DL) or identification card (ID) is expired more than 60 days?**

   *Yes. An election identification certificate may be issued to a person if the DL or ID card is expired more than 60 days. The rule states a person is NOT eligible if the DL or ID card is not expired or is expired less than 60 days.*

2. **Am I eligible to apply for an election identification certificate if I lose my unexpired Texas DL or ID card?**

   *No. You may apply at your local driver license office for a renewal or duplicate of your DL or ID card, which can be used as photo identification for election purposes.*

3. **If I do not have money to pay for a replacement Texas DL or ID card, can I get an election identification certificate?**

   *Yes, if the document is being obtained to vote. Your DL or ID card will be canceled and the election identification certificate is only acceptable for voting purposes and cannot be used as identification or to operate a motor vehicle.*

4. **I have an occupational license with a photo, is this considered an acceptable form of photo ID for voting purposes?**

   *Yes. An occupational license is considered a driver license.*

5. **Can an election identification certificate be used as an acceptable form of identification to apply for a Texas DL or ID card?**

   *No. An election identification certificate will not be accepted to verify identification when applying for a TX DL or ID card because it is for voting purposes only.*

6. **Do I have to surrender my election identification certificate if I want to apply for a TX DL or ID card?**

   *Yes. You must surrender an election certificate in order to obtain a DL or ID card.*

7. **Is an expired U.S. Passport acceptable to verify proof of U.S. citizenship for persons applying for an election identification certificate?**

   *Yes. An expired U.S. Passport can be used to verify U.S. citizenship for those applying for an EIC. However, if the U.S. Passport has not been expired more than 60 days, it is accepted for election purposes.*

8. **Can I apply for a replacement of an election identification certificate?**

   *Yes. You can apply for a replacement of an EIC by presenting one of documents from the list of acceptable forms of identification, and proof of eligibility to vote (voter registration card) or submitting a voter registration application. No fee will be charged for the transaction. The new election identification certificate will be issued for a six-year term, so a replacement will be treated more like a renewal.*

9. **If I have an election identification certificate and I move or relocate, am I required to change the address on the election identification certificate?**

   *No. Because an address is not included on an election identification certificate, there is no need to apply for a change of address. A person can update their voter registration address with the Secretary of State.*

Page 1



2:13-cv-193
09/02/2014
**DEF1392**

TEX0503578

Election Identification Certificate (EIC)
Frequently Asked Questions

10. **When a person is issued an election identification certificate, does this mean they are automatically registered to vote?**

    *No. The Secretary of State is responsible for voter registration. The information collected on an election identification certificate application will be sent electronically to the Texas Secretary of State for processing and approval.*

11. **Will I receive a renewal notice from DPS prior to my election identification certificate expiring?**

    *No. It is your responsibility to renew the election identification certificate.*

12. **Does a person applying for an election identification certificate have to provide documentation verifying they are Texas residents?**

    *No. The Texas residency policy does not apply to the election identification certificates.*

13. **Can I be issued an election identification certificate if my occupational driver license is lost, stolen or misplaced?**

    *Yes. However, understand that you must voluntarily surrender your driving privileges. If you wish to continue driving, contact Enforcement and Compliance Service at _____ to replace your occupational license.*

14. **Can I renew or replace an election identification certificate online?**

    *No. That option is not available at this time.*

TEX0503579