


# DRIVER LICENSE DIVISION

**Election Identification Certificates cannot be used for identification**

## Counties processing Election Identification Certificates

The following counties will be issuing Election Identification Certificates (EICs) to Texans who do not already have an acceptable form of photo identification necessary to vote.

For locations, dates and times that EICs will be available, contact any of the following counties:

**Austin County**
Marcus Pena
Austin Tax Assessor-Collector
979-865-8633
mpena@austin.com

**Caldwell County**
Pam Ohlendorf
Caldwell Elections Administrator
512-668-4347
pamela.ohlendorf@co.caldwell.tx.us

**Cochran County**
Cheryl Butler
County Elections Administrator
806-266-5181
cheryl.butler@co.cochran.tx.us

**Cottle County**
Jan Irons
Cottle County District Clerk
806-492-3823
cottledcclerk@gmail.com

**Delta County**
Herb Brookshire
County Judge
903-395-4400
countyjudge@deltacountytx.com

**Dimmit County**
Mario Zuvia Garcia
Dimmit Clerk
830-876-4209
mzgarcia75@yahoo.com

**Duval County**
Ana Bazan
Duval Elections Administrator
361-279-6278
ana.bazan@co.duval.tx.us

**Fayette County**
Dina Bell
Fayette Elections Administrator
979-968-6563
dina.bell@co.fayette.tx.us

**Frio County**
Anna Alaniz
Frio Tax Assessor-Collector
830-334-2152
friotac@sbcglobal.net

**Grimes County**
Rebecca Duff
Grimes Elections Administrator
936-873-4424
grimesvoters@yahoo.com

**Hall County**
Maribel C. Gonzales
Hall Tax Assessor-Collector
806-259-2125
hallcotac@gmail.com

**Hansford County**
Linda Cummings
Hansford Tax Assessor-Collector
806-659-4120
linda.cummings@co.hansford.tx.us

**Irion County**
Joyce Gray
Irion Tax Assessor-Collector
325-835-7771
irioncounty@verizon.net

**Jim Hogg County**
Norma Liza S. Hinojosa
Jim Hogg Tax Assessor-Collector
361-527-3237
jhctac@hotmail.com

**Kenedy County**
Noel Pena
County Elections Administrator
361-294-5255
nnpena@gmail.com

**Kent County**
William Scogin
County Sheriff/Tax Assessor-Collector
806-237-3746
sheriff@kentcountysherifftx.com

**King County**
Duane Daniel
County Judge
806-596-4411
kcjudge@caprock-spur.com

**Lipscomb County**
Kathy Fry
Lipscomb Tax Assessor-Collector
806-862-2911
taxac@amaonline.com

2:13-cv-193
09/02/2014
**DEF1393**

continued

TEX0503605

**Lynn County**
Donna Willis
donna.willis@co.lynn.tx.us
Lynn Tax Assessor-Collector
806-561-4112

**Madison County**
Earl C. Parker, Jr.
County Elections Administrator
936-349-0132
earl.parker@madisontx.org

**Marion County**
Karen G. Jones
Marion Tax Assessor-Collector
903-665-3281
karen.jones@co.marion.tx.us

**McMullen County**
Angel Bostwick; Bessie Guerrero
McMullen Tax Assessor-Collector
361-274-3233; 361-274-3638
taxofc@granderiver.net

**Menard County**
Timothy Royce Powell
Menard Tax Assessor-Collector
325-396-4523
menardtac@hotmail.com

**Newton County**
Sandra Kay Duckworth
Newton Clerk
409-379-5341
duckworth75932@yahoo.com

**Oldham County**
Linda Brown
Oldham Tax Assessor-Collector
806-267-2280
taxac@co.oldham.tx.us

**Refugio County**
Rachael B. Garcia
Refugio Elections Administrator
361-526-2151
rachael.garcia@co.refugio.tx.us

**Robertson County**
Trudy R. Hancock
Robertson Elections Administrator
979-828-5726
thancock@valornet.com

**San Augustine County**
Deborah K. Woods
San Augustine Elections Administrator
936-275-0989
deborah.woods@co.san-augustine.tx.us

**San Jacinto County**
Sherryl Evans
San Jacinto Elections Administrator
936-653-5804
sherryl.evans@co.san-jacinto.tx.us

**Schleicher County**
Brenda Mayfield
Schleicher Elections Administrator
325-853-2302
electionadm_bkm@verizon.net

**Shackelford County**
Edward "Ed" Miller
County Sheriff/Tax Assessor-Collector
325-762-2000
deputy2@shackelfordcountytexas.com

**Sherman County**
Valerie McAlister
Sherman Tax Assessor-Collector
806-366-2150
valerie.mcalister@co.sherman.tx.us

**Stonewall County**
Jim Ward
County Tax Assessor-Collector
940-989-2633
jim.stoco.tax@srcaccess.net

**Terrell County**
William "Clint" McDonald
Terrell Sheriff/Tax Assessor-Collector
432-345-2525
terrell.co.tac@usa.com

**Throckmorton County**
Dianna Moore
Throckmorton County District Clerk
940-849-2501
throckclerk@gmail.com

**Trinity County**
Lindy Warren
Trinity Tax Assessor-Collector
936-642-1637
lindylou54@valornet.com

**Willacy County**
Hugo Leyva
Willacy Elections Administrator
elections.administrator@co.willacy.tx.us
956-689-2387

For more information regarding EICs, including eligibility guidelines and necessary documentation, visit
http://www.txdps.state.tx.us/director_staff/media_and_communications/pr092413a.htm

**Election Identification Certificates cannot be used for identification**