

# DRIVER LICENSE DIVISION

**Election Identification Certificates cannot be used for identification**

## DPS run counties processing Election Identification Certificates

The DPS will be issuing Election Identification Certificates (EICs) to Texans who do not already have an acceptable form of photo identification necessary to vote.

EICs will be available at the following locations, dates and times in the following counties:

**Aransas County**
Friday, October 18 from 9a.m. - 4p.m.
Monday, October 28 – Tuesday, October 29 from 9a.m. - 4p.m.
Thursday, October 31 – Friday, November 1 from 9a.m. - 4p.m.

Aransas County Courthouse
301 N Live Oak St.
Rockport, TX 78382
361-790-0122

Peggy L. Friebele/Michelle Bennet
Aransas Clerk
pfriebele@aransas.org;
mbennett@aransas.org

**Archer County**
Monday, October 28 - Friday, November 1 from 9a.m. – 4p.m.

Archer County Elections Administrator
100 S Center St.
Archer City, TX 76351
940-574-4224

Vicki Wright
vicki.wright@co.archer.tx.us

**Armstrong County**
Monday, October 21 - Friday, October 25 from 9a.m. – 4p.m.

Courthouse Basement
287 and Trice
Claude, TX 79019

**Bandera County**
Tuesday, October 29 - Friday, November 1 from 9a.m. – 4p.m.
Monday, November 4 from 9a.m. – 4p.m.

Bandera County Elections Administrator
Ray Mauer Annex
403 12th St.
Bandera, TX 78003
830-796-8146

Toba Perez-Wright
banderaelections@indian-creek.net

2:13-cv-193
09/02/2014
**DEF1394**

continued

TEX0503607

**Blanco County**

Tuesday, October 22 - Wednesday October 23 from 9a.m. – 4p.m.
Tuesday, October 29 - Wednesday, October 30 from 9a.m. – 4p.m.

Trinity Lutheran Church
703 N Main St.
Blanco, TX 78606

and

Thursday, October 24 - Friday, October 25 from 9a.m. – 4p.m.
Thursday, October 31 - Friday, November 1 from 9a.m. – 4p.m.

District Court Room #23 on 2nd Floor
101 E Pecan St.
Johnson City, TX 78636
830-868-7178

Hollis W. Boatright
Blanco County Tax Assessor-Collector
hollisboatright@yahoo.com

**Borden County**

Monday, October 21 – Tuesday, October 22 from 9a.m. - 4p.m.
Friday, October 25 from 9a.m. - 4p.m.
Monday, October 28 – Tuesday October 29 from 9a.m. - 4p.m.

County Courthouse
117 E Wassom
Gail, TX 79738

**Briscoe County**

Monday, October 21  - Friday, October 25 from 9a.m. – 4p.m.

415 Main
Silverton, TX 79011

**Camp County**

Friday, October 18 from 10 a.m. - 2 p.m.
Wednesday, October 23 – Thursday, October 24 from 10 a.m. - 2 p.m.
Wednesday, October 30 – Thursday, October 31 from 10 a.m. - 2 p.m.

Camp County Tax Assessor-Collector
Camp County Annex Building
115 North Ave.
Pittsburg, TX 75686
903-856-3391

Gale Burns
camptac@sbcglobal.net

continued

**Clay County**
Monday, October 21 - Friday, October 25 from 9a.m. – 4p.m.
Clay County Commissioners Court
214 N Main
Henrietta, TX 76365

**Coke County**
Monday, October 21 - Wednesday, October 23 from 9a.m. – 4p.m.
Monday, October 28 - Tuesday, October 29 from 9a.m. – 4p.m.
Coke County District & Clerk
Coke County Courthouse
13 E 7th St.
Robert Lee, TX 76945
325-453-2631
Mary Grim
marylgclerk@juno.com

**Collingsworth County**
County Courthouse
Monday, October 21 - Friday, October 25 from 9a.m. – 4p.m.
800 West Ave.
Wellington, TX 79095

**Concho County**
Thursday, October 17 – Friday, October 18 from 9a.m. – 4p.m.
Thursday, October 24 from 9a.m. – 4p.m.
Thursday, October 31 – Friday, November 1 from 9a.m. – 4p.m.
City Council Chambers
120 Paint Rock St.
Eden, TX 76837
325-732-4322
Barbara K. Hoffman
Concho County District & Clerk
barbara.hoffman@co.concho.tx.us

**Crockett County**
Monday, October 28 - Friday, November 1 from 9a.m. – 4p.m.
Crockett County Courthouse
909 Avenue D
Ozona, TX 76934
325-392-2674
Rhonda Shaw
Michelle Medley, Chief Deputy
Crockett County Tax Assessor-Collector
mmmedley3@yahoo.com
rshaw1025@aol.com

continued

**Dickens County**

Monday, October 28 - Friday, November 1 from 9a.m. – 4p.m.

Dickens County District & Clerk

North Dickens County Senior Center
511 Montgomery
Dickens, TX 79229
806-623-5531

Winona Humphreys
coclerk@caprock-spur.com

**Edwards County**

Monday, October 21 from 9a.m. - 4p.m.
Wednesday, October 23 from 9a.m. - 4p.m.
Friday, October 25 from 9a.m. - 4p.m.
Monday, October 28 from 9a.m. - 4p.m.
Wednesday, October 30 from 9a.m. - 4p.m.

Edwards County Sheriff's Office
404 W Austin
Rock Springs, TX 78880

**Falls County**

Monday, October 28 - Friday, November 1 from 9a.m. – 4p.m.

Falls County Courthouse
134 Craik St.
Marlin, TX 76661

**Foard County**

Monday, October 28 - Friday, November 1 from 9a.m. – 4p.m.

Sheriff's Office Conference Room
110 S First St.
Crowell, TX 79227
940-684-1424

Mark Christopher
Foard County Judge

**Franklin County**

Thursday, October 17 from 10a.m. – 2p.m.
Wednesday, October 23 – Thursday, October 24 from 10a.m. – 2p.m.
Wednesday, October 30  – Thursday, October 31 from 10a.m. – 2p.m.

Franklin County JP Court
502 E Main
Mount Vernon, TX 75457

**Garza County**

Monday, October 21  - Friday, October 25 from 9a.m. – 4p.m.

Garza County Old Driver License Office
300 W Main
Post, TX 79356

continued