| | |
|---|---|
| **From:** | Peyton, John |
| **To:** | Mastracchio, JoeAnna |
| **CC:** | Famiglietti, Christina |
| **Sent:** | 11/6/2013 6:32:03 PM |
| **Subject:** | "get your EIC early" campaign |

Joe,

My thoughts for a "get your EIC early" campaign is to target the following categories of people who are less likely to have proper identification to vote:

- Non-drivers (w/o Texas driver license)
- The poor (people who fall below the federal poverty line)
- Senior citizens
- Those who do not have access to a vehicle
- Many who live in rural areas with dwindling public transit.
- Various ethnic groups
- Married women (birth certificate/marriage license maiden name issues)
- People who tend to vote Democrat
- People who participate in any assistance and benefits programs can be reached through the following:
    o Medicaid
    o Children's Health Insurance Program (CHIP)
    o Texas Women's Health Program
    o Temporary Assistance for Needy Families
    o SNAP Food Benefits and Nutritional Programs
    o Family Violence Services
    o Refugee Services
    o Disaster Assistance
    o WIC

Getting the word out to the following state agencies and their websites would also be a good way to reach many of the eligible voters who do not have proper ID to vote:

- Health and Human Services Commission (HHSC)
- Department of Aging and Disability Services (DADS)
- Department of State Health Services (DSHS)
- Department of Assistive and Rehabilitative Services (DARS)
- Department of Family and Protective Services (DFPS)
- Texas Workforce Commission
- Salvation Army
- Goodwill Industries
- Thrift stores (largest stores in major TX cities)
- American Association of Retired Persons (AARP)
- Texas Democratic Party

Additional websites to link to and from:
www.Benefits.gov
www.Votetexas.gov
www.texas.gov
www.sos.state.tx.us/elections/voter/reqvr.shtml
http://www.dps.texas.gov/DriverLicense/electionID.htm

2:13-cv-193
09/02/2014
**DEF1398**

I also propose we create unique "get your EIC early" PSAs for radio and TV to air pro bono in major markets and rural areas. In addition "get your EIC early" press releases can be sent to many local and statewide publications.

John

**From:** Famiglietti, Christina
**Sent:** Wednesday, November 06, 2013 2:28 PM
**To:** Mastracchio, JoeAnna
**Cc:** Peyton, John
**Subject:** RE: Voter ID appears to have trouble-free debut

Joe,

My initial thoughts are:

- We could do a postcard mailing to residents whose DLs and IDs have expired and/or buy a mailing list of new Texas residents for the mailing.
- We could make posters, stand-up flyers, or handouts for US post offices, voter registrar's offices/tax assessor-collector's offices, Secretary of State's office, and other county offices.
- We could approach votetexas.gov about placing an EIC PSA on their website.
- We could add information about this on our own EIC web page.

That's what I have for now. I'll keep my thinking cap on.

Christina Famiglietti
*Product Development Specialist,* Policy and Business Improvement
Driver License Division
**Texas Department of Public Safety**

christina.famiglietti@dps.texas.gov
512-424-5479 (direct) or x-5479 (internal)
Texas DPS | Twitter

*Faster, Easier, Friendlier Service*

**From:** Mastracchio, JoeAnna
**Sent:** Wednesday, November 06, 2013 1:37 PM
**To:** Peyton, John; Famiglietti, Christina
**Subject:** FW: Voter ID appears to have trouble-free debut

Thoughts….for a "get your EIC early" campaign?

*V/R Joe*
JoeAnna F. Mastracchio
*Dep. Asst. Director*
*Driver License Division*
*Texas Department of Public Safety*

joeanna.mastracchio@dps.texas.gov
o: 512-424-5415
c: 512-550-4784

**From:** Bracken, James
**Sent:** Wednesday, November 06, 2013 10:35 AM

**To:** Krueger, Kristopher
**Cc:** Rodriguez, Tony; Watkins, Paul; Bell, Stephen; Mastracchio, JoeAnna; O'Connor, Ryan
**Subject:** FW: Voter ID appears to have trouble-free debut

Kris,
See news release below.
If we are anticipating a future EIC push in mid-late January 14 to support next election, we should work with PAO to get DPS news releases out between now and January 14 to inform TX population that current DL offices can issue EICs all the time – NO NEED TO WAIT UNTIL ELECTION WINDOW.

- Might reduce the number of contact teams throughout TX to support March Elections (read: lower cost for EIC issuance)
- Might help promote image of DL to our customers – full service support
- Might boost legislators, governor's office, and commissioners' confidence in DL Customer Operations and Customer Support capabilities (read: future initiatives funding and support)

I'm new here so I might be off track.
Just a first blush assessment of the potential momentum we could gain...

v/r... Jim

---

**From:** Watkins, Paul
**Sent:** Wednesday, November 06, 2013 7:03 AM
**To:** Winkley, Salestus; Berkley, Johnnie; Carter, Thomas; Bergman, Kathy; Silva, Samuel; Valenzuela, Estella; Valdez, Tomas; Hubbard, Barbara; Garcia, Joseph
**Cc:** Bell, Stephen; Rodriguez, Tony; Bracken, James; Peters, Joe
**Subject:** Fwd: Voter ID appears to have trouble-free debut

Folks-
Thought I'd forward this email from Duke Bodisch. You and your folks deserve all the credit for making this successful. Your can do attitude won the day. Please pass on to your teams how appreciative all Texans are of their efforts. They and you make a difference every day. Thanks, again, for a job well done.

Paul

Paul B. Watkins
Deputy Assistant Director, Driver License
Texas Department of Public Safety

(o) 512-424-5413
(c) 512-748-1488

paul.watkins@dps.texas.gov
(sent from my iPad)

Begin forwarded message:

**From:** "Bodisch, Robert" <Robert.Bodisch@dps.texas.gov>
**Date:** November 6, 2013, 6:46:43 CST
**To:** "McCraw, Steven" <Steven.McCraw@dps.texas.gov>, "Peters, Joe" <Joe.Peters@dps.texas.gov>, "Watkins, Paul" <Paul.Watkins@dps.texas.gov>, "Rodriguez, Tony" <Tony.Rodriguez@dps.texas.gov>
**Cc:** "Bodisch, Robert" <Robert.Bodisch@dps.texas.gov>, "Cesinger, Katherine" <Katherine.Cesinger@dps.texas.gov>
**Subject: Voter ID appears to have trouble-free debut**

The kind of headline I like to see. Hats off to our Driver License team who did an incredible job under very trying circumstances. They have much to be proud of.

TEX0503630

VOTER ID CHANGES
# Voter ID appears to have trouble-free debut

By Kate Alexander **KALEXANDER@STATESMAN.COM**

Texas' new voter identification requirements presented little trouble during their first statewide test Tuesday, state and local election officials said.

The 2011 law, which was held up by years of legal wrangling, requires voters to present a valid photo ID, such as a driver's license, military ID, passport, concealed handgun license or state-issued election identification certificate.

Details on the number of voters who went to the polls Tuesday without proper identification will not be available until election officials examine the provisional ballots later this week.

But during early voting, only four Travis County voters filed provisional ballots because they lacked the necessary identification. In Hays County, no one had that issue.

Lisa Orr, who cast her ballot Tuesday evening in South Austin, didn't have any problem meeting the new requirements. She did, however, object strongly to the law and told the poll worker as much.

"There are a lot of people who might not drive and might not have the ID handy. It's unfair," Orr said. Though people can get a separate state-issued ID, Orr said that extra step compounds the inconvenience of voting.

Central Texas election administrators say they worried most about elderly voters who no longer drive and have allowed their driver's license to expire. "I have to admit, I have some concerns about situations like that," said Hays County Elections Administrator Joyce Cowan. One 90-year-old Hays County voter showed up during early voting with a driver's license that had expired more than two months ago and thus could not vote.

But he had time to get a state-issued certificate; only 121 Texans have done so.

Williamson County Elections Administrator Jason Barnett shared Cowan's concern that some senior citizens might not have the current photo identification, but the county's voter education efforts seem to have averted that problem, he said.

"Everyone is coming prepared, and we haven't had any substantial issues at all," Barnett said.

Texas Attorney General Greg Abbott, a Republican who is running to replace Gov. Rick Perry in 2014, said critics had "run out of claims" about alleged hardships that the law, which is being challenged in court, would create.

Travis County Clerk Dana DeBeauvoir said Monday that this year's low-profile election was a good test run for the new requirements before contests with higher turnouts next year.

"I do think it's helpful that this particular group of voters, who tend to be our die-hard, vote-no-matter-what group of voters, is our first batch that helps us implement voter ID," DeBeauvoir said.

CONTAINS MATERIAL FROM THE
ASSOCIATED PRESS.
CONTACT KATE ALEXANDER AT
512-445-3618.
TWITTER: @KATEALEXANDER

http://digital.olivesoftware.com/Olive/ODE/AustinAmericanStat

Voters Leonard and Sandra Kolanowski show their driver's licenses to election clerks Kelly Canon (left) and Grace Derbick at an Arlington polling place Tuesday.
BRAD LOPER / THE DALLAS MORNING NEWS

**Robert J. Bodisch**
**Assistant Director/Chief of Staff**
**Texas Homeland Security**
**Texas Department of Public Safety**
**P. O. Box 4087**
**Austin, Texas 78773**
**512-424-2368**
**robert.bodisch@dps.texas.gov**
**robert.bodisch.sle@dhs.sgov.gov**

dps seal

TEX0503632