| | |
|---|---|
| **From:** | Peyton, John |
| **To:** | Cesinger, Katherine |
| **CC:** | Vinger, Tom; Weeks, Elliott; Mastracchio, JoeAnna |
| **Sent:** | 10/24/2013 1:07:03 PM |
| **Subject:** | RE: EIC pdfs for the web |
| **Attachments:** | 37 EIC County-run for web rev1.pdf; 41 EIC DPS-run for web rev1.pdf |

Corrections have been made.

Regarding the website, please see following four links and pages that contain EIC info and the existing EIC Saturday openings PDF.

Where exactly do you want the new attached EIC PDFs linked from?

http://www.dps.texas.gov
Should I request they make any change to the slide in the middle?...Mobile Stations to Issue...? Mobile Stations and Counties to issue?



http://www.txdps.state.tx.us/DriverLicense/
Should we edit the post-it to include not only the link to the Saturday offices PDF, but also the new PDFs as well?



2:13-cv-193
09/02/2014
DEF1399



http://www.txdps.state.tx.us/director_staff/media_and_communications/pr092413a.htm
Should we add the link to the new PDFs here as well?
Texans can now obtain an EIC at:

- Any of the more than 220 Texas driver license offices across Texas during regular business hours;
- Select driver license offices on Saturdays from 10 a.m. – 2 p.m. (EIC transactions **only**); and
- EIC mobile station locations (EIC transactions **only**).
- ADD THE NEW PDFs HERE?



http://www.txdps.state.tx.us/DriverLicense/electionID.htm
and here?



Thank you,

John

---

**From:** Cesinger, Katherine
**Sent:** Thursday, October 24, 2013 12:22 PM
**To:** Peyton, John
**Cc:** Vinger, Tom; Weeks, Elliott; Mastracchio, JoeAnna
**Subject:** FW: EIC pdfs for the web

In the first attachment:

- Please change the title:

    **Counties processing Election Identification Certificates**

    to

    **Counties Issuing Election Identification Certificates**

In the second attachment:

- Please change the title:

    **DPS run counties processing Election Identification Certificates**

    to

    **DPS Mobile Stations Issuing Election Identification Certificates**

- Please change this one to reflect the accurate schedule (either the day of the week or number date is wrong)

    **La Salle County**
    Monday, October 28 – Friday, October 29 from 9a.m. – 4p.m.

Everything else looks great. Once these edits are made, both documents are good to post.

Also, will you please send me the links once they're up, so I can add them to our press release for tomorrow?

Thanks again…excellent work on all of this, including the quick turnaround.

Kat

**From:** Peyton, John
**Sent:** Thursday, October 24, 2013 10:04 AM
**To:** Peyton, John; Cesinger, Katherine
**Cc:** Vinger, Tom; Weeks, Elliott; Mastracchio, JoeAnna
**Subject:** RE: EIC pdfs for the web

Please review and approve PDFs for web. -john

---

**From:** Peyton, John
**Sent:** Thursday, October 24, 2013 9:10 AM
**To:** Cesinger, Katherine
**Cc:** Vinger, Tom; Weeks, Elliott; Mastracchio, JoeAnna
**Subject:** RE: EIC pdfs for the web

Fantastic. I'm close to completing the 41 DPS-run. I will email the PDF asap. - john

---

**From:** Cesinger, Katherine
**Sent:** Wednesday, October 23, 2013 10:21 PM
**To:** Peyton, John
**Cc:** Vinger, Tom; Weeks, Elliott; Mastracchio, JoeAnna
**Subject:** Re: EIC pdfs for the web

This format is great. I'll take a closer look in the morning for any minor tweaks, but yes, go ahead an move forward with filling in info using these formats.
Thanks again for your help, John.

Sent from my iPhone

On Oct 23, 2013, at 7:57 PM, "Peyton, John" <John.Peyton@dps.texas.gov> wrote:

Kat,

Attached are the proposed PDFs for the web that will list all 78 counties that are processing/issuing EICs. (37 County-run and 41 DPS-run)

Please provide suggestions and/or edits. I can complete these tomorrow.

Thanks,

John


*John Peyton*
*Texas Department of Public Safety*
*Policy and Business Improvement / DLD*
*512.424.5493 (direct)*
*512.569.1766 (mobile)*
john.peyton@dps.texas.gov
www.dps.texas.gov
<image001.jpg>


<00 EIC County-run for web.pdf>
<00 EIC DPS-run for web.pdf>

TEX0503637