## Glasscock County

Wednesday, October 23 - Thursday, October 24 from 9a.m. – 4p.m.
Wednesday, October 30 - Friday, November 1 from 9a.m. – 4p.m.

Glasscock Community Center
117 S Myrl
Garden City, TX 79739
432-354-2489

Nancy Hillger
Glasscock County Tax Assessor-Collector
gctax@crcom.net

## Goliad County

Monday, October 21  - Thursday, October 24 from 9a.m. – 4p.m.
Tuesday, October 29 from 9a.m. – 4p.m.

County Tax Assessor/Collectors Office
329 Franklin
Goliad, TX 77963

## Hartley County

Monday, October 28 - Friday, November 1 from 9a.m. – 4p.m.

Hartley County Courthouse
900 Main St.
Channing, TX 79018
806-235-3142

Franky Scott
Hartley County Sheriff/Tax Assessor-Collector
sheriff@co.hartley.tx.us

## Hudspeth County

Monday, October 21st - Friday, October 25th from 9a.m. – 4p.m.

Hudspeth County
525 N Wilson St.
Sierra Blanca, TX 79851
915-369-2301

Virgina Doyal
virginia.doyal@yahoo.com

## Jack County

Monday, October 21  - Friday, October 25 from 9a.m. – 4p.m.

Jack County Law Enforcement Center
1432 Old Post Oak Rd.
Jacksboro, TX 76458

## Jackson County

Monday, October 21  - Thursday, October 24 from 9a.m. – 4p.m.
Tuesday, October 29 from 9a.m. – 4p.m.

Jackson County Annex DPS Office
411 N Wells
Edna, TX 77957

continued

**Jeff Davis County**

Wednesday, October 16 from 9a.m. – 4p.m.
Friday, October 18 from 9a.m. – 4p.m.
Thursday, October 24 - Friday, October 25 from 9a.m. – 4p.m.
Friday, November 1 from 9a.m. – 4p.m.

County Courthouse THP Office
100 N State St.
Fort Davis, TX 79734
432-426-3213

Rick McIvor
Jeff Davis Sheriff/Tax Assessor-Collector 122taxoffice@sbcglobal.net
jdcso122@yahoo.com

**Karnes County**

Tuesday, October 29 - Friday, November 1 from 9a.m. – 4p.m.
Monday, November 4 from 9a.m. – 4p.m.

Karnes County Courthouse
210 W Calvert
Karnes City, TX 78118
830-780-2246

Karen Opiela
Karnes County Elections Administrator
Cell: 210-394-7337
karen.opiela@co.karnes.tx.us

**Kinney County**

Friday, October 18th – from 9a.m. - 4p.m.
Thursday, October 24th – Friday, October 25th – from 9a.m. - 4p.m.
Tuesday, October 29th – from 9a.m. - 4p.m.
Monday, November 4th – from 9a.m. - 4p.m.

Kinney County Tax Assessor-Collector
County Courthouse
501 S Ann St.
Brackettville, TX 78832
830-563-2688

Martha Pena Padron
kinneycotac@sbcglobal.net

**La Salle County**

Thursday, October 17 – Friday, October 18 from 9a.m. – 4p.m.
Monday, October 28 – Tuesday, October 29 from 9a.m. – 4p.m.
Wednesday, October 30 from 9a.m. – 4p.m.

La Salle County Courthouse
101 Courthouse Square
Cotulla, TX 78014
903-782-1160

Russ Towers
Lamar Election Administrator
rtowers@co.lamar.tx.us

continued

## Loving County

Monday, October 21st - Wednesday, October 23rd from 9a.m. – 4p.m.
Monday, October 28th from 9a.m. – 4p.m.
Wednesday, October 30th from 9a.m. – 4p.m.

Loving County Courthouse
100 Bell St.
Mentone, TX 79754
432-377-2411

Billy B. Hopper
Loving County Sheriff/Tax Assessor-Collector
sheriff@co.loving.tx.us

## Mason County

Tuesday, October 29 - Wednesday, October 30 from 9a.m. – 4p.m.

Mason County Museum
505 Moody St.
Mason, TX 76856
325-347-5252

Buster Nixon
Mason County Sheriff/Tax Assessor-Collector
mcsobuster600@verizon.net

## Motley County

Monday, October 28 - Friday, November 1 from 9a.m. – 4p.m.

Motley County 2nd Courthouse
701 Dundee
Matador, TX 79244
806-347-2252

Jo Elaine Hart
Motley County Tax Assessor-Collector
motleycotac@yahoo.com

## Potter County

Friday, October 25 from 9a.m. – 4p.m.
Monday, October 28 - Friday, November 1 from 9a.m. – 4p.m.

Amarillo Central Library
413 SE 4th St.
Amarillo, TX 79103-4302
806-379-2299

Knoxie Mathes
Potter County Elections Administrator
knoxiemathes@co.potter.tx.us

continued

**Real County**

Tuesday, October 22 - Wednesday, October 23 from 9a.m. – 4p.m.
Monday, October 28 - Tuesday, October 29 from 9a.m. – 4p.m.
Monday, November 4 from 9 a.m. – 4 p.m.

County Courthouse
146 Highway 83 S
Leakey, TX 78873
830-232-6210

Donna Brice
Real County Tax Assessor-Collector
dbrice@co.real.tx.us

**Roberts County**

Monday, October 21 - Friday, October 25 from 9a.m. – 4p.m.

300 E Commercial
Miami, TX 79059

**Sabine County**

Monday, October 21 – Friday, October 25 from 9a.m. - 4p.m.

County Administration Building
280 Main St.
Hemphill, TX 75948

**San Saba County**

Monday, October 28 - Friday, November 1 from 9a.m. – 4p.m.

TX Health and Human Services
423 E Wallace St.
San Saba, TX 76877
325-372-5551

Stephen Boyd
San Saba Sheriff/Tax Assessor-Collector
ssctac@co.san-saba.tx.us

**Somervell County**

Tuesday, October 22 from 9a.m. – 4p.m.
Thursday, October 24 from 9a.m. – 4p.m.
Tuesday, October 29 – Thursday, October 31 from 9a.m. – 4p.m.

Somervell County Offices
107 Vernon
Glen Rose, TX 76043
254-897-9470

Cathy Thomas
Somervell Elections Administrator
elections@co.somervell.tx.us
cathy_thomas@glenrose.org

continued

TEX0503647

**Sterling County**

Thursday, October 24 - Friday, October 25 from 9a.m. – 4p.m.
Tuesday, October 29 - Wednesday, October 30 from 9a.m. – 4p.m.
Friday, November 1 from 9a.m. – 4p.m.

Sterling County Courthouse
609 4th Ave.
Sterling City, TX 76951
325-378-5191

Susan Wyatt
Sterling District & Clerk
sswyatt@verizon.net

**Upton County**

Wednesday, October 23 from 9a.m. – 4p.m.
Monday, October 28 - Thursday, October 31 from 9a.m. – 4p.m.

Upton County Public Library
212 W 7th St.
McCamey, TX 79752
432-693-2014

Mary Martha Arana
Upton County Elections Administrator
electionsupton@yahoo.com
m2arana@yahoo.com

**Wheeler County**

Monday, October 28 - Friday, November 1 from 9a.m. – 4p.m.

Wheeler County Courthouse
401 Main St.
Wheeler, TX 79096
806-826-3131

Lewis "Scott" Porter
Wheeler County Tax Assessor-Collector
lewis.porter@co.wheeler.tx.us

For more information regarding EICs, including eligibility guidelines and necessary documentation, visit
http://www.txdps.state.tx.us/director_staff/media_and_communications/pr092413a.htm

**Election Identification Certificates** cannot be used for identification