| | |
|---|---|
| **From:** | Gudell, Mike |
| **To:** | Famiglietti, Christina; Miller, Connie; Rodriguez, Tony |
| **CC:** | Peyton, John; Petersen, Dain; Benavides, Tom; Clark, Allan; Hoke, Jason |
| **Sent:** | 9/13/2013 3:54:18 PM |
| **Subject:** | Saturday Operations |

Here is the current situation pertaining the request to redirect all calls to the appropriate local offices that will be open Saturdays. A solution is in place for 47 of the 48 sites.

Of the 48 sites on the list:

32 come into the DL Auto Attendant, which greets the caller, allows for direct dial of extensions and normally presents the DL menu. On Saturdays instead of going to the DL menu, callers will be transferred to the backdoor numbers for the site. (these are usually the #station numbers that are used internally)

10 offices have key systems which will function as normal and will ring the phones at the office. No change needed.

5 offices are VoIP systems that do not have an auto attendant and ring an extension directly. No change needed.

1 office has a legacy PBX that required reprogramming to adjust the open hours. This has been completed.

1 office (San Antonio SE) currently plays a message and hangs up on the caller. This office should have been set up to use the IVR, like the first 32 offices, since they were converted to VoIP. However, there is not enough time to complete this by tomorrow. We will try to find a workaround so calls can be sent to an extension at the site. No guarantees.

I will call in tomorrow and verify things are working as planned. If you need to reach me, my cell is (512) 484-1630.

*Michael Gudell*
Telecommunications
Texas Department of Public Safety
mike.gudell@txdps.state.tx.us
(512) 424-7069

---

**From:** Famiglietti, Christina
**Sent:** Friday, September 13, 2013 3:00 PM
**To:** Miller, Connie
**Cc:** Gudell, Mike; Peyton, John
**Subject:** RE: (EIC) Update

You're most certainly welcome. Sorry for the delay (I was out of the office for a couple of hours.) In the event that you can't reach me, John Peyton is the official POC for this information. J

---

**Christina Famiglietti**
*Product Development Specialist,* Policy and Business Improvement
Driver License Division
**Texas Department of Public Safety**

christina.famiglietti@dps.texas.gov
512-424-5479 (direct) or x-5479 (internal)
Texas DPS | Twitter



2:13-cv-193
09/02/2014
**DEF1405**

*Faster, Easier, Friendlier Service*

---

**From:** Miller, Connie
**Sent:** Friday, September 13, 2013 2:51 PM
**To:** Famiglietti, Christina
**Cc:** Gudell, Mike; Peyton, John
**Subject:** RE: (EIC) Update

Thank you Christina.

Connie Miller
Customer Relations Manager
Texas Department of Public Safety
Driver License Division
(512) 424-2896 - Direct
Connie.Miller@dps.texas.gov

---

**From:** Famiglietti, Christina
**Sent:** Friday, September 13, 2013 2:44 PM
**To:** Miller, Connie
**Cc:** Gudell, Mike; Peyton, John
**Subject:** RE: (EIC) Update

Attached is the PDF with the EIC DL offices that will be open on Saturday.

Thank you.

_____

**Christina Famiglietti**
*Product Development Specialist,* Policy and Business Improvement
Driver License Division
**Texas Department of Public Safety**

christina.famiglietti@dps.texas.gov
512-424-5479 (direct) or x-5479 (internal)
Texas DPS  |  Twitter

*Faster, Easier, Friendlier Service*

---

**From:** Miller, Connie
**Sent:** Friday, September 13, 2013 1:43 PM
**To:** Famiglietti, Christina
**Cc:** Gudell, Mike
**Subject:** FW: (EIC) Update

Christina,
Will you please send them to Mike Gudell who is working on it and copy me in?

Thank you,

Connie Miller
Customer Relations Manager
Texas Department of Public Safety
Driver License Division

TEX0503977

(512) 424-2896 - Direct
Connie.Miller@dps.texas.gov

**From:** Rodriguez, Tony
**Sent:** Friday, September 13, 2013 1:37 PM
**To:** Miller, Connie
**Cc:** Famiglietti, Christina
**Subject:** RE: (EIC) Update

They can use the number on the website.  Christina Famigiletti has them.

Christina, please send the .pdf with the phone numbers we want to use this Saturday to all the addressees of this email.

v/r

*Tony Rodriguez*

Customer Operations Senior Manager – South and West
Driver License Division
Texas Department of Public Safety
tony.rodriguez@dps.texas.gov
512.424.5657 (O)
512.739.9709 (C)
512.424.5233 (F)

**From:** Miller, Connie
**Sent:** Friday, September 13, 2013 11:29 AM
**To:** Rodriguez, Tony
**Subject:** FW: (EIC) Update
**Importance:** High

Tony,
I talked to Mike Gudell and he needs the extensions for each office.  He is figuring out a plan to make it work but needs each office that will be open on Saturday an extension they we can use.

Connie Miller
Customer Relations Manager
Texas Department of Public Safety
Driver License Division
(512) 424-2896 - Direct
Connie.Miller@dps.texas.gov

**From:** Petersen, Dain
**Sent:** Friday, September 13, 2013 8:22 AM
**To:** GRP_CustomerServiceAgents
**Subject:** FW: (EIC) Update
**Importance:** High

Please see the attachment. DPS will have certain offices open this Saturday.

# Dain Petersen

Contact Center Manager
Texas Department of Public Safety
Customer Relations
(512) 462-6132, Direct
Dain.Petersen@dps.texas.gov



This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received this in error, please delete the message.

**From:** Rodriguez, Tony
**Sent:** Tuesday, September 10, 2013 4:23 PM
**To:** Bergman, Kathy; Berkley, Johnnie; Winkley, Salestus; Carter, Thomas; Silva, Samuel; Valenzuela, Estella; Valdez, Tomas; Hubbard, Barbara; Garcia, Joseph
**Cc:** Peyton, John; Mastracchio, JoeAnna; Jarmon, Karol; Peters, Joe; Watkins, Paul; Ron Grahovec; Petersen, Dain; Murphy, Kathleen; Schmidt, Daniel(IT)
**Subject:** (EIC) Update
**Importance:** High

Update:
- Based on the 1:00 meeting, we are on for the offices shown on the attachment. The attachment shows all office projected to open
- There are 49 offices in thirteen counties that will open from 10:00 – 2:00 this Saturday
- We will not open the Ft Hood or Ft Bliss offices – Soldiers and their families already have ID to vote
- We will not deploy the Disaster Support Units this weekend because the coverage offered by the offices that will open covers most of the projected EIC customers.
- John Peyton is working on the signage.
    - Sign templates have been drafted and we will review after they come back from Reprographics
    - Sign sizes are:
        - 8.5"x11" Door signs to go inside the magnetic holders we distributed separately
        - 18"x24" sign on corplast to go in front of the offices
        - 36"x60" banner to go on the buildings
    - John will provide an instruction sheet along with the sign templates
    - You will need to get the signs produced locally
- Reporting Requirements
    - We will continue with the Friday afternoon EIC report for this week. I will send this out as usual.
    - I would like you to collect information on inquiries and issuances for this Saturday and send it to me using the current format
    - Monday I will provide a consolidated report (from Friday and Saturday) and I will send it to the standard recipients
    - Going forward, the information cut-off for the week will be Saturday, and the EIC Report will go out on Monday instead of Friday

I will keep you updated about any changes


v/r

*Tony Rodriguez*
Customer Operations Senior Manager – South and West
Driver License Division
Texas Department of Public Safety
tony.rodriguez@dps.texas.gov
512.424.5657 (O)

512.739.9709 (C)
512.424.5233 (F)

TEX0503980