

## The State of Texas

Executive Division
Capitol Building, 1E.8
P.O. Box 12697
Austin, Texas 78711-2697

Phone: 512-463-5770
Fax: 512-475-2761
Dial 7-1-1 For Relay Services
www.sos.state.tx.us

**John Steen**
Secretary of State

FOR IMMEDIATE RELEASE
September 26, 2013

Contact: Alicia Pierce (SOS)
512-463-6116
or Javier Chacon
(El Paso County)
915- 546-2154

### Mobile election ID stations coming to El Paso County

**EL PASO** – Four mobile stations will be in El Paso County October 1 through October 4 to issue Election Identification Certificates (EICs).

Election Identification Certificates are available without charge to qualified Texas voters who do not already have an approved form of photo ID, which is now required for voting in person. The November 5 Election will be the first statewide election with photo ID requirements in effect.

Applicants for an EIC would normally have to travel to a Department of Public Safety driver license office in order to get an EIC, but these mobile stations will provide improved opportunity to get an EIC closer to home. Only EICs will be issued from these mobile units.

Many Texans already have an approved form of ID and will not need or qualify for an EIC. Acceptable forms of ID in addition to an EIC are:

- Texas driver license issued by DPS
- Texas personal identification card issued by DPS
- Texas concealed handgun license issued by DPS
- United States military identification card containing the person's photograph
- United States citizenship certificate containing the person's photograph
- United States passport

Applicants for an EIC will need to present proof of citizenship and identity. For most applicants that means a birth certificate and two forms of supporting identification. A complete list of identification requirements is available at
http://www.dps.texas.gov/DriverLicense/eicDocReqmnts.htm.

-more-



2:13-cv-193
09/02/2014
**DEF1406**

Websites: www.sos.state.tx.us    www.votetexas.gov
Twitter: https://twitter.com/TXsecofstate    https://twitter.com/votetexas    Facebook: http://www.facebook.com/votetexas

TEX0504127

See below for schedule. Dates and times are subject to change. Check www.VoteTexas.gov for the latest dates, locations and times.

## Tuesday, October 1

| El Paso County (all locations 9 a.m. to 4 p.m.) | | |
|---|---|---|
| Location | Address | Phone |
| El Paso County Courthouse (1st floor) | 500 E. San Antonio, El Paso, Texas 79901 | |
| Hilos De Plata Senior Center | 4451 Delta St. El Paso, Texas 79905 | 915-533-3207 |
| Eastside Senior Center | 3200 Fierro St., El Paso, Texas 79935 | 915-591-4292 |
| Father Martinez Senior Center | 9311 Alameda Ave., El Paso, Texas 79905 | 915-860-9131 |

## Wednesday, October 2

| El Paso (all locations 9 a.m. to 4 p.m.) | | |
|---|---|---|
| Location | Address | Phone |
| El Paso County Courthouse (1st floor) | 500 E. San Antonio, El Paso, Texas 79901 | |
| Polly Harris Senior Center | 650 Wallenberg St., El Paso, Texas 79912 | 915-581-9525 |
| Horizon City Council Chambers | 14999 Darrington Rd., Horizon City, Texas 79928 | 915-852-1046 |
| Carolina Recreation Center | 563 N. Carolina St., El Paso, Texas 79915 | 915-594-8934 |

## Thursday, October 3

| El Paso (all locations 9 a.m. to 4 p.m.) | | |
|---|---|---|
| Location | Address | Phone |
| El Paso County Courthouse (1st floor) | 500 E. San Antonio, El Paso, Texas 79901 | |
| Wellington Chew Senior Center | 4430 Maxwell St., El Paso, Texas 79904 | 915-757-2523 |
| Socorro City Council Chambers | 860 N. Rio Vista Rd., El Paso, Texas 79927 | 915-858-2915 |
| Grandview Park Senior Center | 3134 Jefferson Ave., El Paso, Texas 79930 | 915-566-1217 |

## Friday, October 4

| El Paso (all locations 9 a.m. to 4 p.m.) | | |
|---|---|---|
| Location | Address | Phone |
| Memorial Park Senior Center | 1800 Byron St., El Paso, Texas 79930 | 915-562-4260 |
| Canutillo Nutrition Center | 7361 Bosque Rd., El Paso, Texas 79835 | 915-877-2622 |
| San Juan Senior Center | 5701 Tamburo Court, El Paso, Texas 79905 | 915-772-8365 |
| Gary Del Palacio Recreation Center | 3001 Parkwood St., El Paso, Texas 79925 | 915-629-7312 |

###