

## The State of Texas

Executive Division
Capitol Building, 1E.8
P.O. Box 12697
Austin, Texas 78711-2697

Phone: 512-463-5770
Fax: 512-475-2761
Dial 7-1-1 For Relay Services
www.sos.state.tx.us

**John Steen**
Secretary of State

FOR IMMEDIATE RELEASE
September 26, 2013

Contact: Alicia Pierce (SOS)
512-463-6116
or Steve Raborn
(Tarrant County)
817-831-6480

### Mobile election ID stations coming to Tarrant County

**Austin** – Four mobile stations will be in Tarrant County Monday, September 30, and Tuesday, October 1, to issue Election Identification Certificates (EICs).

Election Identification Certificates are available without charge to qualified Texas voters who do not already have an approved form of photo ID, which is now required for voting in person. The November 5 Election will be the first statewide election with photo ID requirements in effect.

Applicants for an EIC would normally have to travel to a Department of Public Safety (DPS) driver license office in order to get an EIC, but these mobile stations will provide improved opportunity to get an EIC closer to home. The stations are made available by a joint initiative with the Texas Secretary of State's office and DPS. Only EICs will be issued from these mobile units.

Many Texans already have an approved form of ID and will not need or qualify for an EIC. Acceptable forms of ID in addition to an EIC are:

- Texas driver license issued by DPS
- Texas personal identification card issued by DPS
- Texas concealed handgun license issued by DPS
- United States military identification card containing the person's photograph
- United States citizenship certificate containing the person's photograph
- United States passport



Applicants for an EIC will need to present proof of <u>citizenship and identity</u>. For most applicants that means a birth certificate and two forms of supporting identification. A complete list of identification requirements is available at
http://www.dps.texas.gov/DriverLicense/eicDocReqmnts.htm.

-more-

See below for schedule. Dates and times are subject to change. Check www.VoteTexas.gov for the latest dates, locations and times.

Monday, September 30 (8 AM – 5 PM)

    Tarrant County Public Health Department
    1101 S. Main Street
    Fort Worth TX  76104

    Tarrant County Southwest Sub-Courthouse
    6551 Granbury Road
    Fort Worth TX  76133

    City of Arlington South Service Center
    1100 SW Green Oaks Blvd.
    Arlington TX  76017

    Gertrude Tarpley – JPS Health Center at Watauga
    6601 Watauga Road
    Watauga TX  76148

Tuesday, October 1 (8 AM – 5 PM)

    JPS Health Center – Viola M. Pitts Como
    4701 Bryant Irvin Road N.
    Fort Worth TX  76107

    Diamond Hill/Jarvis Branch Library
    1300 NE 35th Street
    Fort Worth TX  76106

    Griffin Sub-Courthouse
    3212 Miller Avenue
    Fort Worth TX  76119

    Tarrant County Sub-Courthouse in Arlington
    700 E. Abram Street
    Arlington TX  76010

# # #