| | |
|---|---|
| **From:** | Cesinger, Katherine |
| **To:** | Vinger, Tom |
| **Sent:** | 9/23/2013 4:27:19 PM |
| **Subject:** | RE: Voter ID |

good

---

**From:** Vinger, Tom
**Sent:** Monday, September 23, 2013 4:27 PM
**To:** Cesinger, Katherine
**Subject:** Fwd: Voter ID

I already him the temporary could be used to vote until permanent one came in. If you are ok I will tell them approx.  a week to get real thing.    DI said actually less time but thought I would be general.

Sent from my iPhone

Begin forwarded message:

**From:** Kevin Lu <KLu@kveo.com>
**Date:** September 23, 2013, 3:39:51 PM CDT
**To:** "Vinger, Tom" <Tom.Vinger@dps.texas.gov>
**Subject: RE: Voter ID**

Soon as possible for you.  We have a show at 5pm.  Because I don't know if it's immediate or if it's going to show up six weeks after in the mail.  Any ballpark timeframe would be good.

---

**From:** Vinger, Tom [mailto:Tom.Vinger@dps.texas.gov]
**Sent:** Monday, September 23, 2013 3:38 PM
**To:** Kevin Lu
**Subject:** RE: Voter ID

When do you need an answer by?

---

**From:** Kevin Lu [mailto:KLu@kveo.com]
**Sent:** Monday, September 23, 2013 3:28 PM
**To:** Vinger, Tom
**Subject:** Voter ID

Tom,
I was asked to email you my question: how long would it take somebody applying for a voter election ID certificate to get that ID in their hands?  Thanks.

Kevin K. Lu
KVEO NewsCenter 23
klu@kveo.com
Mobile - 213-973-7021
Twitter.com/kevinklu

 NewsCenterEstrella

KVEO-TV and Estrella TV does not accept advertising contracts
that impermissibly discriminate against race or gender



2:13-cv-193
09/02/2014
**DEF1408**