| | |
|---|---|
| **From:** | Cesinger, Katherine |
| **To:** | 'Alicia Pierce' |
| **CC:** | Vinger, Tom |
| **Sent:** | 10/17/2013 3:17:52 PM |
| **Subject:** | EIC mobile station press releases... |

Hi Alicia,
Checking in to see when the next EIC mobile station press release will be coming out?

We haven't issued anything since Monday and I know typically the schedule expands daily. Previously, we were issuing a press release everyday (because of unanticipated additions to the schedule) or at least every other day to announce EICs mobile station locations for the following couple of days.

Also, I know the driver license folks over here are holding twice daily conference calls to confirm EIC mobile station location deployment and details. It would probably be beneficial for you or one of your folks (or maybe Wroe) to call in and listen to those updates and reconcile them with the info y'all have and that is listed on www.votetexas.gov.

The calls are at 8:30am and 4:00pm daily. CALL-IN NUMBER: 1-866-568-9431; CODE: 41741956

Please give me a shout if that's easier.

Thanks.
Kat

**Katherine Cesinger**
*Communications Director*
Media and Communications Office
Texas Department of Public Safety
512-424-2011 office
512-934-2446 cell
5805 N. Lamar Blvd.
P.O. Box 4087
Austin, TX 78773-0170
katherine.cesinger@dps.texas.gov


2:13-cv-193
09/02/2014
DEF1409

TEX0504174