**From:** Nolte, Candace
**To:** Buster, Marguerite
**Sent:** 7/18/2013 2:46:53 PM
**Subject:** RE: Election Identification Certificates - Turner

Here are all my answered pre-prepped.  I am still waiting on you running your traps, but I wanted to try to make this as easy on you as possible.

- Any word on whether the notary will be required on the form? **The actual application is not required to be notarized, but the applicant is required to sign it in the presence of the Customer Service Representative.  The only documentation that requires a notary may be supporting documents proving residency/citizenship. If a person is homeless, or lives with another person (but not on any lease/utility bill) then there are alternatives/waivers that can be taken in to account to address the particular situation.**
- Also, is there a law that passed that allows or licenses to be suspended for failure to pay toll road fees? **There is no law, however a city or county that owns a toll road may issue a warrant for arrest for unpaid toll fees if they choose – it would appear in our system, could possibly result in a Failure to Appear (FTA), which would prevent them from being eligible for a license.**
- What is the procedure for when a person has an outstanding warrant? **During the DL/ID transaction, it is standard procedure to verify if there are any warrants. If the individual is shown to have outstanding warrants, the Customer Service Representative turns over information to Highway Patrol.**
- Have there been any individuals that have come in to obtain an EIC that have had outstanding warrants out for their arrest or suspensions on their DL? **We do not track information in that manner.**
- Was their mobile equipment used in Bastrop to issue DLs? **We had equipment but that equipment has been used to replace failing/broken equipment in existing DL offices.  We have not purchased the same kind of replacement equipment because they no longer make the same system.  We are in the process of purchasing new equipment but we are going through the process to ensure it will work with existing systems (infrastructure requirements are not identical).**

---

**From:** Alison Brock [mailto:Alison.Brock@house.state.tx.us]
**Sent:** Wednesday, July 17, 2013 12:01 PM
**To:** Nolte, Candace
**Subject:** Election Identification Certificates Available June 26

2:13-cv-193
09/02/2014
**DEF1410**

Candace,

Thanks very much for the helpful updates. I wanted to check with you regarding the EIC.

- Are there any other avenues to apply for an EIC, other than entering at DPS office? **No**
- Can individuals apply for an EIC online? **No**
- Under the requirements of an EIC and individual is not eligible for an EIC if their Texas driver license is unexpired or expired less than 60 days or if their Texas personal identification card is unexpired or expired less than 60 days. Can you share with us or clarify for us how this will be implemented?
    - **Upon inquiry, the customer service representative will verify the status of any existing ID/DL.**
    - **If the individual is found to have a valid DL/ID, they are not eligible for an EIC as they can use the ID/DL for voting.**
    - **If they appear with a valid DL/ID, but it is expired for less than 60 days, then they will be given the option to renew their expired ID/DL. They can surrender or choose not to renew a DL/ID and obtain a EIC.  By surrendering their DL, they will no longer have driving privileges. In addition, the EIC cannot be used as personal identification.**
    - **A suspended license is still a valid form of ID, the individual's driving privileges are revoked.**
- Also, I recall at one point DPS had mobile vans to assist with doing IDs. Are those still in use? **No**

Thanks very much,

Alison Brock
Office of Rep. S. Turner

---

**From:** DPS Government Relations [mailto:Government.Relations@dps.texas.gov]
**Sent:** Tuesday, June 25, 2013 12:51 PM
**To:** DPS Government Relations
**Subject:** Election Identification Certificates Available June 26



| FOR IMMEDIATE DISTRIBUTION | PRESS RELEASE |
| --- | --- |
| June 25, 2013 | Media and Communications Office |
|  | (512) 424-2080 |

# Election Identification Certificates Available June 26
*Many Texans already have necessary photo ID for voting*

AUSTIN – Pursuant to a U.S. Supreme Court ruling issued today, new voting requirements passed by the Texas Legislature in 2011 will take effect immediately. Photo identification will now be required when voting in elections in Texas.

On June 26, 2013, the Texas Department of Public Safety (DPS) will begin issuing Election Identification Certificates (EIC) to individuals who do not already have an acceptable form of photo identification (ID) to present when voting. Applications for the EIC will be accepted at DPS driver license offices across Texas.

If an applicant already has any of the following documents, they are *not* eligible to receive an EIC:
- Texas driver license – unexpired or expired less than 60 days
- Texas personal identification card – unexpired or expired less than 60 days
- U.S. passport book or card – unexpired or expired less than 60 days
- Texas concealed handgun license – unexpired or expired less than 60 days
- U.S. Military identification with photo – unexpired or expired less than 60 days
- U.S. Citizenship Certificate or Certificate of Naturalization with photo

To qualify for an EIC, applicants must be:
- A U.S. citizen;
- A Texas resident;
- Eligible to vote in Texas (show a valid voter registration card or submit a voter registration application when applying for the EIC); and
- 17 years and 10 months or older.

TEX0504601

Beginning June 26, individuals may apply for an EIC by visiting a Texas driver license office and completing an EIC application (DL-14C). Applicants must also bring the following items to the office to verify U.S. citizenship and identity.

The EIC receipt an individual receives will include their photo and can be used for voting until the permanent card is delivered by mail.

The EIC is free of charge to qualifying applicants and is valid for six years. There is no expiration date of an EIC for citizens 70 years of age or older.

The EIC can only be used for the purpose of voting in an election and may not be used as personal identification.

Residents with a documented disability may apply at their county voter registrar for a permanent exemption from the photo ID requirement. If approved, they will not need a photo ID to vote. Also, if individuals are voting by mail, they do not have to submit a photo ID.

For more information on the requirements, exemptions and process for obtaining an EIC, please visit: http://www.txdps.state.tx.us/DriverLicense/electionID.htm.

For more information on voting in Texas, visit the Secretary of State's website: http://www.sos.state.tx.us/.

### (HQ 2013-78)