| | |
|---|---|
| **From:** | Truett, Saundra |
| **Sent:** | Wednesday, October 02, 2013 9:55 AM |
| **To:** | Peyton, John |
| **Subject:** | RE: EIC banners from Secretary of State |

Nope.
I was just following up on EIC purchases.
I'm guessing postcards and mailouts will go through Reprographics which has their own process.
Gas toppers may need to go through the PPP-1 process. Printing may be Repro, but not sure how the display at the pump would work.
While things are moving quicker now that we are in a new year, it may still take several weeks to get a PPP-1 through the full process. Please keep that in mind for your timeline.
Thanks,

Saundra Truett
512.462.6168
saundra.truett@dps.texas.gov


**From:** Peyton, John
**Sent:** Wednesday, October 02, 2013 9:52 AM
**To:** Truett, Saundra
**Subject:** RE: EIC banners from Secretary of State

Sure. We are also ramping up the Gessner-Rosenbeg campaign. It may include postcard mailouts, gas pump toppers, etc. Would you like to see any of that now? -john

**From:** Truett, Saundra
**Sent:** Wednesday, October 02, 2013 9:50 AM
**To:** Peyton, John
**Subject:** RE: EIC banners from Secretary of State

Thanks. I was getting questions and told to follow up on all purchases.

Saundra Truett
512.462.6168
saundra.truett@dps.texas.gov


**From:** Peyton, John
**Sent:** Wednesday, October 02, 2013 9:47 AM
**To:** Truett, Saundra
**Subject:** RE: EIC banners from Secretary of State

Saundra, Re turnaround…I sent this to Mgt this morning. I'm awaiting their response. -john



2:13-cv-193
09/02/2014
**DEF1411**

TEX0504625

**From:** Peyton, John
**Sent:** Wednesday, October 02, 2013 8:20 AM
**To:** Mastracchio, JoeAnna; Bell, Stephen; Rodriguez, Tony
**Subject:** Quote for DPS EIC banners from Secretary of State

Please read the email in bold blue below. Are you ok with the following?...

1. A-Okay Signs printing the banners as 4'x8'? It will be more expensive, but would avoid a delay resizing as a 4'x5' aka 48"x60"

2. The 2.5 to 3 week turnaround time.

The quote is fair and competitive, but the turnaround time is very slow.

Please advise.

John

-----Original Message-----
From: scraig30@austin.rr.com [mailto:scraig30@austin.rr.com]
Sent: Tuesday, October 01, 2013 5:06 PM
To: Peyton, John
Subject: Re: DPS EIC banners from Secretary of State

John,
sorry it took me awhile to get back to you; I was out of the office a lot today. The artwork in the file you sent me does not scale to 4' x 5'--it scales to 4' x 8'. So if you want 4' x 5' banners, the artwork will have to be reworked to scale to 4' x 5'. Here are the pricing for both sizes:
    81 - 4' x 5'    $5589 ($69 each)
    81 - 4' x 8'     8910 ($110 each)
Turnaround time would be 2.5 to 3 weeks. Also, the artwork on the file should be to size. Above pricing includes delivery. Let me know.
Thanks,
Sherry

**From:** Truett, Saundra
**Sent:** Wednesday, October 02, 2013 9:42 AM
**To:** Peyton, John
**Subject:** FW: EIC banners from Secretary of State

John,
Did they happen to give you a time estimate on the banners?
If not, do you mind calling and getting one?
Thanks!

Saundra Truett
512.462.6168
saundra.truett@dps.texas.gov

**From:** Mastracchio, JoeAnna
**Sent:** Monday, September 30, 2013 10:51 AM
**To:** Peyton, John; Bell, Stephen; Rodriguez, Tony; Watkins, Paul
**Cc:** Truett, Saundra
**Subject:** RE: EIC banners from Secretary of State

John,
Steve will have to answer all those questions.

*V/R Joe*

JoeAnna F. Mastracchio
*Dep. Asst. Director*
*Driver License Division*
*Texas Department of Public Safety*

joeanna.mastracchio@dps.texas.gov
o: 512-424-5415
c: 512-550-4784


**From:** Peyton, John
**Sent:** Monday, September 30, 2013 10:25 AM
**To:** Bell, Stephen; Mastracchio, JoeAnna
**Subject:** EIC banners from Secretary of State
**Importance:** High

Per your request, I am placing the order for the Secretary of State's EIC banners today. Attached it the graphic to be printed

Pleasae confirm the following

**Printer:** A-Okay Signs & Graphics (listed sign company/printer on PPP1 Reference Number: DLD201309270826)
1015 Reinli Street
Austin, TX 78723
(512) 454-5552

**Product:** Banners
**Quantity:** 81
**Specs:** 48"x60" banners, with corner 1" grommets (top, bottom and center) on rubberized canvas.


Where will they be shipped?

Thank you,

John

John Peyton
Texas Department of Public Safety
Policy and Business Improvement / DLD
512.424.5493 (direct)
512.569.1766 (mobile)
john.peyton@dps.texas.gov
www.dps.texas.gov

TEX0504628