| | |
|---|---|
| From: | Cesinger, Katherine |
| To: | Parks, Eva (NBCUniversal) |
| Sent: | 10/16/2012 1:11:32 PM |
| Subject: | RE: please confirm |

Eva,

As I mentioned to Scott last week and as we've shared with y'all since this summer, all mega centers are on track to open by the end of January 2013. The opening dates for specific locations will be announced as soon as the facilities are ready to open for business.

The other projections mentioned were original internal targets with the appropriate logistical expectation that there would be a need for flexibility, since building, equipping, staffing and opening each of these new mega centers would be a significant project.

As Director McCraw has pointed out on several occasions, *"the single most visible sign of dysfunction in state government are the long lines wrapped around our driver license offices throughout the state."*

Work is continuing simultaneously at each of the mega centers, which are at various stages of being built or retrofitted, having equipment and furniture installed, testing equipment and technical capabilities, etc. As soon as we have dates for each mega center opening, we will let you guys know.

Thanks,
Katherine

---

**From:** Cesinger, Katherine
**Sent:** Monday, October 15, 2012 8:15 PM
**To:** Parks, Eva (NBCUniversal)
**Subject:** Re: please confirm

Hi Eva. Will get back with you in the morning on this with all and accurate info.

Sent from my iPhone

On Oct 15, 2012, at 2:32 PM, "Parks, Eva (NBCUniversal)" <Eva.Parks@nbcuni.com> wrote:

Hi Katherine:
Hope this email finds you well.  I left you a voicemail earlier but haven't heard back.  Can you confirm the story below that was featured in the Dallas Morning News over the weekend?
In addition to confirming the details below, what about the sites in San Antonio, Houston and Pflugerville?  What's the delay?

Look forward to hearing back from you.
Thanks
Eva

# Garland, Fort Worth driver's license megacenters won't open till January

<image001.png> <image002.png>0 <image002.png>0

2:13-cv-193
09/02/2014
**DEF1413**

TEX0504694

<image001.png><image003.png>Comments (4)  A **Text Size** <image004.png><image005.png>

<image006.jpg>
Michael Ainsworth/Staff Photographer
The drivers' license megacenter at 4445 Saturn Road in Garland will open in January.

By RAY LESZCYNSKI

RAY LESZCYNSKI The Dallas Morning News
Staff Writer

rleszcynski@dallasnews.com

Published: 12 October 2012 10:32 PM

**Related**

- 7/6/2012: Driver's license 'megacenter' reflects change in approach for DPS

Dallas County drivers who have grown tired of three-hour waits at the Department of Public Safety are now being asked to hang on another three months.

The DPS "megacenter" in Garland, designed to cut licensing to half an hour, was to open in September. That's been pushed back to Jan. 1, in coordination with megacenter rollouts in Fort Worth and four other cities.

"The target was the fiscal year. Our goal now is to have them all ready before the end of 2012," said Steven McCraw, director of the state agency. He said land acquisition and technology upgrades led to delays. "People are working around the clock to get these things out."

The long lines at the bureaus gained lawmakers' attention and $63 million in extra funding in the 2011 Legislature.

"They're trying to get where they need to be, and we're on the hot seat," said state Rep. Larry Phillips of Sherman, chairman of the House Transportation Committee.

Another part of the DPS customer service transformation is well in motion. The department has put all of its managers through a leadership academy, underlining that the experience at a bureau should be far different than a traffic offender's stoic meeting with a trooper.

"Quite frankly, to interact with people in a friendly way," McCraw said.

An employee at the current Garland office on Interstate 30 will offer a smile and a tip that the wait there is close to two hours if you come in when school is in session. It still boils down to "take a number," but comes with a promise they'll remain open and provide quicker service in the days to come when the megacenters and technology thin the crowds.

"We're not looking for *some* improvement, we're looking for *dramatic*," McCraw said. "There's not a DPS employee who's proud of the service we're providing right now."

Crews this week were focusing on the interior of the former supermarket near LBJ Freeway in Garland, building kiosks and workstations and relying on AT&T to expand Ethernet capability. The window lettering is complete, and from the outside, it's a far quicker make-ready.

There are 81 new DPS employees being prepped for duty in Dallas-Fort Worth. McCraw said there's still a chance for a November debut in Garland, should the interior work and the week or more of mock run-throughs go well.

Three months ago, state officials were talking of a September opening in Garland. The megacenter at Interstate 30 and Eastchase Parkway in Fort Worth had already been slated for a January opening.

That's when Texans will learn whether DPS hits its target of a 30-minute experience.

"As soon as they open, our capacity will immediately increase," McCraw said. "I assure you there will be an improvement simply just on the numbers."

DPS has begun using civilians for clerical duties. McCraw has said he envisions a setup where troopers are needed only to provide safety at the offices. In August, lawmakers began looking at a proposal to use private companies to issue driver's licenses.

The statewide investment in technology includes credit card processors and online scheduling that will soon reserve a spot in line at any bureau without a physical presence. A call-back will confirm the appointment and summon the customer.

Megacenters are specific solutions for urban areas, where the population has boomed over decades. The Austin and San Antonio areas will each get a megacenter, and Houston will get two.

TEX0504696