| | |
|---|---|
| **From:** | Weeks, Elliott |
| **To:** | Cesinger, Katherine |
| **Sent:** | 10/18/2013 1:32:53 PM |
| **Subject:** | EIC tweets |
| **Attachments:** | EIC tweets.docx |

Per Tuesdays conversation about EIC tweets.

Schedule:
Monday: General EIC tweet
Tuesday: Mobile EIC Locations - for the current week
Wednesday: Saturday EIC Awareness Tweet
Thursday: Mobile EIC Locations - for the current week
Friday: Mobile EIC Locations – for the following week
Saturday: Select Offices Open EIC Only Tweet

Attached is the list of EIC tweets that have been approved broken down by days.

Below are tweets for that need approval:

Mondays (Gen. EIC tweets):

*Election Identification Certificates (EICs) are available for free at DPS Driver License Offices. For more info click here:* http://bit.ly/18gjq84

*Photo ID is now required to vote in person. Click here for a list of the acceptable forms of photo ID: http://bit.ly /17L5vmD*
*@votetexas*

*Qualified voters without an approved photo ID may obtain a free EIC. Click here to learn more: http://bit.ly/17L5vmD*
*@votetexas*

Wednesdays (Saturday Awareness):

*Do you need an Election Identification Certificate? Get yours Saturday at select driver license offices - Learn more: LINK TO PDF*

Thanks,
EW

**Elliott Weeks**
*Online and Social Media*
Media and Communications Office
Texas Department of Public Safety
*office* 512-424-2606
*cell* 512-658-2446
Elliott.Weeks@dps.texas.gov



2:13-cv-193
09/02/2014
DEF1414