EIC tweets

**General EIC tweets - Monday**

Election Identification Certificates are now available at no charge. For more info about EICs click here :

**Saturday EIC issuance awareness tweets – Wednesday**

Select driver license offices will be open Saturdays through Nov 2 to issue EICs only

Select driver license offices will be open Saturdays from 10am-2pm to issue Election Identification Certificates only. Read more

DPS is now offering Saturday hours at select driver license offices to issue EICs (only) to #Texas #voters

**EIC Saturday tweets - Saturday**

Select driver license offices are open today from 10am-2pm to issue Election Identification Certificates only

Select driver license offices are open today from 10am – 2pm to issue EICs only – free of charge

Links to use:

SOS:

http://bit.ly/17L5vmD

DPS:

 http://bit.ly/18gjq84

http://www.dps.texas.gov/DriverLicense/electionID.htm

2:13-cv-193
09/02/2014
**DEF1415**

TEX0504789