| | |
|---|---|
| **From:** | Cesinger, Katherine |
| **To:** | 'Rangel, Enrique' |
| **Sent:** | 8/24/2012 4:29:36 PM |
| **Subject:** | RE: From Enrique Rangel/Amarillo and Lubbock papers |
| **Attachments:** | Sen Williams letter.pdf |

2:13-cv-193
09/02/2014
DEF1416

Hey Enrique –
It was great to see you too…it had been too long!

Please see the info below…should answer all your questions:

The significant increase in the state's population over the last 12 years has resulted in an increase of the number of transactions <u>without</u> a corresponding increase in personnel and technology to meet the demand for these essential services. Thankfully, the 82nd Texas Legislature provided DPS with $63 million in funding, which is being used to open six mega centers, hire 266 additional employees, and purchase equipment and technology to improve customer service and the efficiency of the state's driver license system.

Two of those mega centers will be in the DFW area, two in the Houston area, one in San Antonio and one in Austin – all scheduled to be opened by January 2013. These new facilities and the increase in capacity and staff will have a positive impact on service quality and wait times.

Summer is our busiest time of year due to school being out. To address increased demand, DPS hired summer employees and increased online services. Thanks to these measures, wait times statewide from June 2011 to June 2012, decreased 15 percent.

<u>Additional Texas DL achievements include:</u>
**Capacity**:
- On track to open the 6 Mega Centers by late January 2013
- Developed a Mobile DL Disaster Support Plan
- Implemented automated driver knowledge testing in all DL offices
- Hired 200 summer interns to process our most common transactions (renewals and replacements) – approximately 50 of these summer interns are located in the Dallas/Fort Worth area.
- Hired nearly 250 new DL examiners to staff DL mega centers and began training them in June

**Demand:**
- Installed queuing systems in 59 of the busiest DL offices
- Implemented online scheduling for road tests in 59 busiest offices
- Piloted online scheduling for commercial driving tests in two DL offices (on track to expand this to 45 offices by Sept. 2012)

**Processing Times:**
- Accepted credit cards in all locations
- Launched ability to pay compliance fees online
- Increased productivity at more than 90 low-volume offices by routing Call Center calls to these offices
- Established the DLD Leadership Academy to train personnel in problem-solving methods

**Service:**
- Shortened card delivery time from 45 days to less than 10 days
- Remodeled 38 existing facilities that were ill-suited for public use
- Increased the percentage of customer calls answered and reduced the wait time for call centers calls

When you compare where the department was just three years ago, significant progress has already been made to the

driver license system by utilizing advanced technology, providing services online, upgrading equipment and offices, improving the driver license call center, etc. Texans can be assured that DPS is working as hard as it can, as fast as it can, with the available funding and resources provided to the department.

We have already begun to work with lawmakers in advance of the upcoming session, relaying the need for additional resources to further improve the driver license system. In June, Director McCraw sent a letter (attached) to Senator Williams (Chair of the Senate Transportation and Homeland Security Committee), which reflects a request for an additional $152 million for the 2014-15 biennium to further address funding and resource needs for the driver license system. We look forward to working with all lawmakers on this important issue.


On your other question about the capitol access pass application, here you go: http://www.txdps.state.tx.us/rsd/cap/index.htm

Thanks and hope you have a great weekend!


Katherine Cesinger
*Communications Director*
Media and Communications Office
Texas Department of Public Safety
512-424-2080 main line
5805 N. Lamar Blvd.
P.O. Box 4087
Austin, TX 78773-0170
katherine.cesinger@dps.texas.gov

---

**From:** Rangel, Enrique [mailto:enrique.rangel@morris.com]
**Sent:** Friday, August 24, 2012 2:49 PM
**To:** Cesinger, Katherine
**Subject:** From Enrique Rangel/Amarillo and Lubbock papers

Hi Katherine,

It was great seeing you this morning and as promised, here I am, contacting you.

Just some minor clarifications.

If I understood correctly, Col. McCraw said at the hearing that the average wait at the driver license's lines is now 45 minutes, down from 56 minutes and that the goal is to reduce them to 30 minutes. Is this correct? If not, please correct those figures.

Also, did I understand correctly that the key to reducing the long waits are the mega centers and upgraded technology? Is that's the case, or, are there are any other possible solutions being contemplated?

Also, what is the status of megacenters? During last year's session I understood they were in the process of being built but I don't know if they are already in operation. Last but not least, how many megacenters have been built or are being planned, and where?

Also, later on I will call you about I need to do for a background check that would allow me to bypass security at the Capitol. But if you can tell me now I would also greatly appreciate it.

Thanks,

**Enrique Rangel**
**Austin Bureau Chief**
Amarillo Globe-News

Lubbock Avalanche-Journal
Morris News Service
**210-481-3082 (office)**
**512-673-7553 (cell)**

TEX0504793