ATTACHMENT 1 - DRIVER LICENSE DIVISION
DL IMPROVEMENT PHASE II
FISCAL YEARS 2014-2015
INCREASED CAPACITY

| | | DL IMPROVEMENT PHASE II YEAR 1 (FY2014) | | | | | DL IMPROVEMENT PHASE II YEAR 2 (FY2015) | | | | | Biennium Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | # of FTE's | NEW FTE'S | ONE-TIME | RECURRING | Year 1 TOTAL | | # of FTE's | TOTAL FTE'S | ONE-TIME | RECURRING | Year 2 TOTAL | |
| **INCREASED CAPACITY** | | | | | | | | | | | | |
| Driver License Division | 378 | $ 11,000,424 | $ 3,624,500 | $ 3,215,099 | $ 17,840,023 | | 698 | $ 27,522,679 | $ 3,163,668 | $ 8,304,431 | $ 38,990,778 | $ 56,830,801 |
| Help Desk Support | | | | | | | 4 | $ 237,380 | $ 20,028 | $ 39,156 | $ 296,564 | $ 296,564 |
| Call Center | | | | | | | 22 | $ 1,177,730 | $ 176,550 | $ 332,288 | $ 1,686,568 | $ 1,686,568 |
| Building Leases and Refresh | | | $ 300,000 | $ 300,000 | | | | | $ 1,410,739 | $ 1,410,739 | $ 1,710,739 |
| Training & Education | | | $ 490,000 | $ 490,000 | | | | | $ 490,000 | $ 490,000 | $ 980,000 |
| **EXTENDED HOURS - Subtotal** | **378** | **$ 11,000,424** | **$ 3,624,500** | **$ 4,005,099** | **$ 18,630,023** | | **724** | **$ 28,937,789** | **$ 3,360,246** | **$ 10,576,614** | **$ 42,874,649** | **$ 61,504,672** |
| **IT** | | | | | | | | | | | | |
| DLS Availability Fixes | | | $ 2,000,000 | | $ 2,000,000 | | | | $ 3,000,000 | | $ 3,000,000 | $ 5,000,000 |
| Enforcement & Compliance Fixes | | | $ 1,625,000 | | $ 1,625,000 | | | | $ 625,000 | | $ 625,000 | $ 2,250,000 |
| IT Related Projects Required Staff | 65 | $ 4,675,955 | $ 498,538 | $ 285,642 | $ 5,460,135 | | 101 | $ 6,675,893 | $ 299,484 | $ 768,804 | $ 7,744,181 | $ 13,204,316 |
| Facility Space | | | | $ 351,000 | $ 351,000 | | | | | $ 685,800 | $ 685,800 | |
| **IT FIXES - Subtotal** | **65** | **$ 4,675,955** | **$ 4,123,538** | **$ 636,642** | **$ 9,436,135** | | **101** | **$ 6,675,893** | **$ 3,924,484** | **$ 1,454,604** | **$ 12,054,981** | **$ 21,491,116** |
| **ON-LINE SERVICES (Capital)** | | | | | | | | | | | | |
| On-Line Scheduling | | | $ 1,250,000 | | $ 1,250,000 | | | | $ 1,250,000 | | $ 1,250,000 | $ 2,500,000 |
| Other On-Line Services | | | $ 1,050,000 | | $ 1,050,000 | | | | $ 1,050,000 | | $ 1,050,000 | $ 2,100,000 |
| **ON-LINE SCHEDULING - Subtotal** | | | **$ 2,300,000** | | **$ 2,300,000** | | | | **$ 1,250,000** | **-** | **$ 2,300,000** | **$ 4,600,000** |
| **CAPITAL PROJECTS (Other)** | | | | | | | | | | | | |
| Queuing System | | | $ 1,500,000 | | $ 1,500,000 | | | | | $ 225,000 | $ 225,000 | $ 1,725,000 |
| Self - Service Kiosks | | | $ 1,600,000 | | $ 1,600,000 | | | | | $ 3,400,000 | $ 3,400,000 | $ 5,000,000 |
| BCS Hardware | | | $ 4,450,000 | | $ 4,450,000 | | | | | $ 480,000 | $ 480,000 | $ 4,930,000 |
| Examiner Tablets | | | $ 2,800,000 | | $ 2,800,000 | | | | | | - | $ 2,800,000 |
| ADLTS | | | $ 2,500,000 | | $ 2,500,000 | | | | | $ 500,000 | $ 500,000 | $ 3,000,000 |
| LMS | | | $ 500,000 | | $ 500,000 | | | | | $ 400,000 | $ 400,000 | $ 900,000 |
| Hardware Refresh | | | | $ 490,000 | $ 490,000 | | | | | $ 490,000 | $ 490,000 | $ 980,000 |
| IT Infrastructure | | | $ 11,474,400 | | $ 11,474,400 | | | | $ 10,924,400 | | $ 10,924,400 | $ 22,398,800 |
| Building Renovations | | | $ 525,000 | | $ 525,000 | | | | | | - | $ 525,000 |
| **DOWNTOWN OFFICES - Subtotal** | | | **$ 25,349,400** | **$ 490,000** | **$ 25,839,400** | | | | **$ 10,924,400** | **$ 5,495,000** | **$ 16,419,400** | **$ 42,258,800** |
| **DOWNTOWN OFFICES - Houston & Dallas** | | | | | | | | | | | | |
| Driver License Division | 30 | $ 676,990 | $ 659,059 | $ 218,443 | $ 1,554,492 | | 30 | $ 1,353,980 | | $ 436,886 | $ 1,790,866 | $ 3,345,358 |
| Facilities & Lease | | | $ 570,200 | $ 600,600 | $ 1,170,800 | | | | | $ 910,800 | $ 910,800 | $ 2,081,600 |
| **DOWNTOWN OFFICES - Subtotal** | **30** | **$ 676,990** | **$ 1,229,259** | **$ 819,043** | **$ 2,725,292** | | **30** | **$ 1,353,980** | **-** | **$ 1,347,686** | **$ 2,701,666** | **$ 5,426,958** |
| **INDIRECT COSTS/STAFF** | | | | | | | | | | | | |
| Indirect Staff | 65 | $ 5,128,630 | $ 568,100 | $ 240,435 | $ 5,937,165 | | 110 | $ 8,679,220 | $ 393,300 | $ 406,890 | $ 9,479,410 | $ 15,416,575 |
| Outsourced Hiring | | | $ 1,224,000 | | $ 1,224,000 | | | | $ 1,074,000 | | $ 1,074,000 | $ 2,298,000 |
| **INDIRECT COST/STAFF - Subtotal** | **65** | **$ 5,128,630** | **$ 1,792,100** | **$ 240,435** | **$ 7,161,165** | | **110** | **$ 8,679,220** | **$ 1,467,300** | **$ 406,890** | **$ 10,553,410** | **$ 17,714,575** |
| **DL IMPROVEMENT PHASE II ESTIMATE** | **538** | **$ 21,481,999** | **$ 38,418,797** | **$ 6,191,219** | **$ 66,092,015** | | **965** | **$ 45,646,882** | **$ 20,926,430** | **$ 19,280,794** | **$ 86,904,106** | **$ 152,996,121** |

**Attachment 2**
*Enhancements Needed to Address DLS Challenges*

(1) <u>**System Delays and Shutdowns**</u>: The Driver License System (DLS) contains data and information that is utilized by many different entities. With one database, the performance of DLS is taxed when running the daily activities of driver license/identification card transactions, enforcement actions and record requests at the same time as queries that provide selected data to a multitude of other authorized agencies. The complexity of some queries requires that they be performed during non-business hours or on weekends to avoid impacting the service to daily customers. A backup database will allow these types of queries and reports to be run without affecting the performance of the main system, and also provides a backup to eliminate potential system downtime. This is a critical component for extending office hours.

(2) <u>**Repeat Entry of Social Security Numbers (SSN)**</u>: When processing a driver license application, DLS requires the SSN to be entered three times: first with the applicant's basic information; again during the capture of identity and social security documents; and finally when submitting the information to the Social Security Online Verification (SSOLV) system. When compounded by the number of transactions processed daily, entering the SSN multiple times greatly increases the chance of incorrect information being entered through typographical error and it is considerably time consuming, particularly in the busiest offices.

(3) <u>**Cancelling Transactions When Entering Information into DLS**</u>: System constraints prevents a Customer Service Representative (CSR) from returning to previous screens in DLS to correct errors that may have been made in the name, address or other driver related information. This requires the CSR to cancel the entire transaction and start all over again, or to process a second "correction" transaction, which delays the process, keeps the customer in the office longer, and subsequently impacts the goal to reducing wait times.

(4) <u>**Driver Enforcement Challenges**</u>: System gaps do not allow for automatic entry of certain suspension actions (cancelled insurance, violation of probation, revocation of probation and truancy, etc.) without manual staff assistance from the DPS Information Technology (IT) Division. For example, to process a cancelled insurance suspension, the information is evaluated by a CSR, and the driver license information is submitted to a DPS programmer in the IT Division. The programmer then must manually correct the information from the system administrations side of DLS and re-suspensions are implemented manually as necessary. This manual process is extremely arduous, time consuming, and takes not only the time of the CSR, but the time of a programmer that could be better used on other projects.

**Attachment 3**
*DLS Driver Enforcement Challenges and Proposed Solutions*

### Revocation of Probation

The DLS system currently does not allow for the automatic update of information that is critical when a court changes a probation order to a conviction status. The original entry of the charge must be deleted and re-entered with the new conviction status. This situation negatively impacts the Driver Responsibility Program, causing the system to automatically generate incorrect notices, deletes the original case from the system that was created when the probated conviction was first received, and incorrectly initiates a refund if surcharges were already paid.

### Violation of Probation

When a judge assigns probation for a traffic offense, the individual must meet certain conditions related to vehicle operation and must complete driver education programs. When this criteria is not met, DLS does not currently send DPS employees a notification to schedule a hearing. Additionally, DPS employees cannot enter any updated information received from courts if other probation requirements have not been met.

### Juvenile Suspension – Truancy

The reporting requirements for a truancy conviction changed the maximum age from 17 years of age to 20 years of age. However, DLS will currently reject any conviction of an individual that exceeds 17 years of age. Because of this current system discrepancy with the legislative requirements, a suspension cannot be initiated.

### Record Combines

State and federal law requires that an individual be issued only one driver license and/or one identification card. Due to fraudulent behavior or clerical error, there are cases where an individual has more than one record in DLS. Failure to combine these records can impact law enforcement in situations where there may be active enforcement actions on one record but not the other; however combining records, each of which might have enforcement actions tied to them, can cause problems - much like Revocation of Probation, generating cancellations and incorrectly refunding surcharges that have already been paid.

### Conviction Reporting

DLS should be able to automate as many processes as possible for conviction reporting. However, the current system rules for processing files have resulted in the exact opposite effect, i.e. voluminous tasks that currently cannot be automatically processed. These system flaws have been identified, and updated programming would allow for direct entry of conviction information by the Department and courts, as well as increase the efficiency of reporting convictions to other states.

### Administrative License Revocation (ALR) Scheduler

ALR hearings are currently scheduled using a stand-alone legacy database established in 1995. Lack of knowledgeable system support for such an outdated system has caused significant delays in scheduling hearings and/or updating driver records with court actions, and consequently requires time-consuming manual re-entry of data in both this scheduling database and the DLS system.

### Medical Advisory Board (MAB)

DLS currently does not update a driver record with information concerning a driver's medical ability to drive from the Department of State Health Services (DSHS). DPS employees must manually update the driver record for those identified as "Incapable." This work around can be used only when a prior license revocation for a medical condition already exists on the driver's record. This system flaw permits drivers, who have a possible medical condition that could impact their driving capability, to continue driving.

### Commercial Driver License Information System (CDLIS) Work Tasks

CDLIS, which transfers commercial driver license information between states, does not communicate well with DLS. This interoperability failure generates a high volume of erroneous messages causing the system to frequently crash.

### Proposed Solution to All DLS Driver Enforcement Issues:

All of these enforcement-related challenges require complex changes to the current DLS system, and will require additional funding, resources, staff and time to fully and adequately repair.

TEX0504800