**From:** Weeks, Elliott
**To:** Vinger, Tom
**Sent:** 11/5/2013 8:39:10 AM
**Subject:** article

Lubbock County officials anticipate smooth sailing for general election
Lubbock Avalanche-Journal

Election day is from 7 a.m. to 7 p.m. today, Nov. 5.

On the ballot are nine constitutional amendments and a recall election for Lubbock City Council District 1, where incumbent Victor Hernandez's position is being challenged.

This year's general election will be the first state-wide election requiring a photo ID after a June decision by the U.S. Supreme Court to uphold a 2011 Texas state bill.

Kim Davis, a spokeswoman for the Lubbock County Office of Elections, said early elections went smoothly with no issues or complications that needed to be addressed in today's election.

"We have not had any issues that have been reported to the elections officer whatsoever," she said.

While photo IDs are a requirement to vote, Davis said, voters who are unable to present one can still vote with a provisional ballot and will have until Nov. 12 to present a photo ID to election officials to have their votes counted.

Among the constitutional amendments up for vote today is a proposition to use $2 billion in the state's rainy day fund to create a loan program to pay for water projects throughout the state.

Supporters of proposition 6 say the fund would help provide Texans with water for more than 50 years.

Texas House Speaker Joe Straus has been touring the state to promote the issue.

"These elections don't trend on Twitter, but they're very, very important," Straus said during his Oct. 29 visit to Lubbock.

According to the Lubbock Election Administration's website, 152,531 Lubbock County residents have registered to vote this year.

During the early voting period, which ran from Oct. 21 to Nov. 1, 9,068 people voted, according to unofficial totals. In the 2011 constitutional amendment election, 4,827 people voted early.

Lubbock City Secretary Becky Garza validated in June a petition with about 580 signatures asking for a recall election against Hernandez.

Former Lubbock County Commissioner Ysidro Gutierrez submitted the petition in May to remove Hernandez from office in part because he said he is disappointed by Hernandez's handling of complaints involving fired City Manager Lee Ann Dumbauld, specifically the councilman's decision not to recuse himself from voting on the issue in July.

Hernandez has expressed confidence his supporters will keep him in office and said he plans to run for re-election in 2014 regardless of what happens in the recall.

For the recall election, 1,137 people from the city of Lubbock's district 1 voted early.

**Elliott Weeks**
*Online and Social Media*
Media and Communications Office

2:13-cv-193
09/02/2014
DEF1418

Texas Department of Public Safety
*office* 512-424-2606
*cell* 512-658-2446
Elliott.Weeks@dps.texas.gov

TEX0504941