| | |
|---|---|
| **From:** | Peyton, John |
| **To:** | Mastracchio, JoeAnna |
| **CC:** | Famiglietti, Christina; Buster, Marguerite; Stempelmann, Susan; Miller, Connie; Petersen, Dain |
| **Sent:** | 9/11/2013 12:57:32 PM |
| **Subject:** | RE: (EIC) Update |

This is in the works. I requested IT temporarily add the office locations to the EIC page and/or have a separate page link to the list of DL offices opening Saturdays.

Do we also want to list this on the bottom half of the post-it note on our landing page?

John

---

**From:** Mastracchio, JoeAnna
**Sent:** Wednesday, September 11, 2013 12:04 PM
**To:** Peyton, John
**Cc:** Famiglietti, Christina; Buster, Marguerite; Stempelmann, Susan; Miller, Connie; Petersen, Dain
**Subject:** FW: (EIC) Update
**Importance:** High

John,
Joe Peter's also asked that we get a page on the web that identifies the offices that are open for voting.

When you get it up, forward the link to Kat and Candice for press releases and other legislative contact requirements.

*V/R Joe*
JoeAnna F. Mastracchio
*Dep. Asst. Director*
*Driver License Division*
*Texas Department of Public Safety*

joeanna.mastracchio@dps.texas.gov
o: 512-424-5415
c: 512-550-4784


2:13-cv-193
09/02/2014
**DEF1420**

**From:** Rodriguez, Tony
**Sent:** Tuesday, September 10, 2013 4:23 PM
**To:** Bergman, Kathy; Berkley, Johnnie; Winkley, Salestus; Carter, Thomas; Silva, Samuel; Valenzuela, Estella; Valdez, Tomas; Hubbard, Barbara; Garcia, Joseph
**Cc:** Peyton, John; Mastracchio, JoeAnna; Jarmon, Karol; Peters, Joe; Watkins, Paul; Ron Grahovec; Petersen, Dain; Murphy, Kathleen; Schmidt, Daniel(IT)
**Subject:** (EIC) Update
**Importance:** High

Update:
- Based on the 1:00 meeting, <u>we are on for the offices shown on the attachment</u>. The attachment shows all office projected to open
- There are 49 offices in thirteen counties that will open from 10:00 – 2:00 this Saturday
- We will not open the Ft Hood or Ft Bliss offices – Soldiers and their families already have ID to vote
- We will <u>not</u> deploy the Disaster Support Units this weekend because the coverage offered by the offices that will open covers most of the projected EIC customers.
- John Peyton is working on the signage.
  - Sign templates have been drafted and we will review after they come back from Reprographics
  - Sign sizes are:

TEX0505068

§ 8.5"x11" Door signs to go inside the magnetic holders we distributed separately
§ 18"x24" sign on corplast to go in front of the offices
§ 36"x60" banner to go on the buildings
- John will provide an instruction sheet along with the sign templates
- You will need to get the signs produced locally
- Reporting Requirements
  - We will continue with the Friday afternoon EIC report for this week.  I will send this out as usual.
  - I would like you to collect information on inquiries and issuances for this Saturday and send it to me using the current format
  - Monday I will provide a consolidated report (from Friday and Saturday) and I will send it to the standard recipients
  - Going forward, the information cut-off for the week will be Saturday, and the EIC Report will go out on Monday instead of Friday

I will keep you updated about any changes

v/r

*Tony Rodriguez*

Customer Operations Senior Manager – South and West
Driver License Division
Texas Department of Public Safety
tony.rodriguez@dps.texas.gov
512.424.5657 (O)
512.739.9709 (C)
512.424.5233 (F)

TEX0505069