**To:** Coby Shorter[cshorter@sos.state.tx.us]; Daniel Hodge[daniel@gregabbott.com]; Peters, Joe[Joe.Peters@dps.texas.gov]; Bodisch, Robert[Robert.Bodisch@dps.texas.gov]; Cesinger, Katherine[Katherine.Cesinger@dps.texas.gov]; Rodriguez, Tony[Tony.Rodriguez@dps.texas.gov]; Watkins, Paul[Paul.Watkins@dps.texas.gov]; McCraw, Steven[Steven.McCraw@dps.texas.gov]; Commissioner Leon[cynthialeon50@yahoo.com]
**From:** Bodisch, Robert
**Sent:** Sun 10/13/2013 1:17:33 PM
**Importance:** Normal
**Subject:** Voter ID -Amarillo Globe Editorial
**MAIL_RECEIVED:** Sun 10/13/2013 1:17:35 PM

**Editorial: View the real picture of voter ID**

**Posted: October 12, 2013 - 7:54pm**




**AGN Editorial**

If you want to vote in Texas on Nov. 5, you'll have to some form of photo identification, barring a few "exemptions," which are actually quite lengthy.

Rather than some sort of perceived conspiracy against certain voters, photo ID helps assure the legitimacy and integrity of the election process, and shouldn't this be a goal for all Americans?

What is more important to the democratic process than the sanctity of the ballot box? If this is not something all Americans support — valid votes — why bother to hold elections at all?

Let's lay out a few details of Texas' voter ID law, which should calm the fears and unfounded claims of many opponents of voter ID laws.

■ Election Identification Cards (EICs) can be obtained free of charge at Texas Department of Public Safety office. Repeat — EICs are free.

■ If you don't want to mess with an EIC, fine. The state accepts as many as six other types of photo identification, including a Texas driver license, a Texas personal identification card, a U.S. military ID card, a U.S. passport and a U.S. citizenship certificate with a photograph.

- In September, Texas Secretary of State John Steen and Public Safety Commission Chair Cynthia Leon announced the state would employ 25 EIC mobile stations across the state to aid those who want/need an EIC. In addition, the state announced in September that nearly 50 DPS offices across the state will be open on Saturdays from 10 a.m. to 2 p.m. through Nov. 2 for the sole purpose of EIC distribution. No other transactions will be allowed during this time.

- Voting by mail is not impacted at all by the photo ID law.

- No photo ID? You can still vote, only by "provisional ballot."

- Exemptions to the photo ID law include voters with documented disabilities and affidavits for those with a consistent religious objection to being photographed.

Closer to home, Randall County's website — www.randallcounty.org — includes information (in all caps) that "VOTER ID IS NOW REQUIRED TO VOTE IN PERSON IN TEXAS," along with phone numbers 806-468-5510 and 806-468-5539 for help and a link to www.votetexas.gov.

If there is indeed a conspiracy by the state to prevent a certain section of the demographic from voting by using a photo ID law, the state is not doing a very good job of conspiring.

Robert J. Bodisch
Assistant Director/Chief of Staff
Texas Homeland Security
Texas Department of Public Safety
5805 N. Lamar Blvd., Bldg. A
Austin, TX 78752
512-424-2368 w
robert.bodisch@dps.texas.gov