| | |
|---|---|
| **From:** | Vinger, Tom |
| **To:** | 'Jones, Rodger' |
| **Sent:** | 10/18/2013 1:17:53 PM |
| **Subject:** | RE: One question on the EIC |

No sir. You get a receipt with your picture on it right on the spot, which can be used for voting.

---

**From:** Jones, Rodger [mailto:rmjones@dallasnews.com]
**Sent:** Friday, October 18, 2013 12:50 PM
**To:** Vinger, Tom
**Subject:** Re: One question on the EIC

They're not issued on the spot. Hmm.

So there's a chance, if you go to a DL office for a ECI on Saturday, Nov. 2, that you won't get yours in the mail for the Nov. 5 election.

On Fri, Oct 18, 2013 at 12:37 PM, Vinger, Tom <Tom.Vinger@dps.texas.gov> wrote:
It is a card that is mailed to you.

---

**From:** Jones, Rodger [mailto:rmjones@dallasnews.com]
**Sent:** Friday, October 18, 2013 10:59 AM
**To:** Vinger, Tom
**Subject:** One question on the EIC

Tom,

About the election identification certificate:

"Certificate" sounds like a big piece of paper.

How big is the EIC? Is it the size of a DL or bigger?

Can you put it in your wallet?

I can't tell from the picture on the DPS website.

--

**Rodger Jones**
Editorial Writer
*The Dallas Morning News*
(o) 214-977-8307
(m) 214-502-0634

2:13-cv-193
09/02/2014
**DEF1422**

--

**Rodger Jones**
Editorial Writer
*The Dallas Morning News*
(o) 214-977-8307
(m) 214-502-0634

TEX0505229