**From:** McCraw, Steven
**To:** Bodisch, Robert
**Sent:** 9/13/2013 9:55:37 PM
**Subject:** Fwd: Google Alert - texas department of public safety

Great job! NPR gave excellent coverage. And thanks for making it happen.

Sent from my iPhone

Begin forwarded message:

**From:** Google Alerts <googlealerts-noreply@google.com>
**Date:** September 13, 2013, 9:32:27 PM CDT
**To:** <steven.mccraw@txdps.state.tx.us>
**Subject: Google Alert - texas department of public safety**

**News**                                    **4** new results for **texas department of public safety**

## DPS Offers Saturday Hours For Election IDs
Texas Public Radio
If you need to get an ID so you can vote in the next election, the **Texas Department of Public Safety** is opening some offices on Saturdays to make it easier. Listen. The DPS is offering Saturday hours at nearly 50 driver license offices across the state **...**
See all stories on this topic »

## Select driver license offices offering election IDs Saturdays
Your Houston News
The **Texas Department of Public Safety** is offering Saturday hours at nearly 50 driver license offices across the state as part of an ongoing effort to provide Election Identification Certificates to Texans in need of proper identification required to **...**
See all stories on this topic »

## 3 killed, 1 injured critically in 2-vehicle crash near Dripping Springs
The Republic
DRIPPING SPRINGS, Texas — Three people were killed and one was injured critically when the pickup truck in which they were riding slammed into a car at a Hill Country intersection near Austin. The **Texas Department of Public Safety** says the crash **...**
See all stories on this topic »

## Man Kills Estranged Wife Outside **Texas** High **School**
KWTX
Valerie Robinson, 32, a cafeteria worker, was shot to death at around 6 a.m. Friday as she arrived at Tompkins High School in Katy, **Texas Department of Public Safety** Sgt. John Sampa said. When Fort Bend County sheriff's deputies arrived, they found two **...**
See all stories on this topic »

Tip: Use site restrict in your query to search within a site (site:nytimes.com or site:.edu). Learn more.

Delete this alert.
Create another alert.
Manage your alerts.



2:13-cv-193
09/02/2014

**DEF1423**

TEX0505234