| | |
|---|---|
| **From:** | Cesinger, Katherine |
| **To:** | Nolte, Candace |
| **Sent:** | 9/19/2013 6:10:03 PM |
| **Subject:** | Re: Proposed response to media regarding EICs/warrants... |

No worries!!! Also Tom sent this version as well. Might be a better message:

While it is routine to check for outstanding warrants during driver license and personal ID card transactions at Texas Driver License Offices, this process does not apply Election Identification Certificates.


Sent from my iPhone

On Sep 19, 2013, at 5:54 PM, "Nolte, Candace" <Candace.Nolte@dps.texas.gov> wrote:

> Oh! I was thinking it was part of some big press release... my apologies.
>
> -----Original Message-----
> From: Cesinger, Katherine
> Sent: Thursday, September 19, 2013 5:52 PM
> To: Nolte, Candace
> Subject: Re: Proposed response to media regarding EICs/warrants...
>
>
> The statement released yesterday noting that it is routine to check for outstanding warrants during transactions at Texas Driver License Offices only applies to driver licenses and personal ID cards; it does not apply to election identification certificates.
>
> Sent from my iPhone
>
> On Sep 19, 2013, at 4:00 PM, "Nolte, Candace" <Candace.Nolte@dps.texas.gov> wrote:
>
>> The statement released yesterday noting that it is routine to check for outstanding warrants during transactions at Texas Driver License Offices only applies to driver licenses and personal ID cards; it does not apply to election identification certificates.

2:13-cv-193
09/02/2014
**DEF1424**

TEX0505252