| | |
|---|---|
| From: | Bodisch, Robert |
| To: | Bodisch, Robert |
| Sent: | 9/20/2013 7:27:21 AM |
| Subject: | Texas Department of Public Safety not checking voter ID applicants for arrest warrants |

# Texas Department of Public Safety not checking voter ID applicants for arrest warrants

DAVID BARER

Staff Writer

Published: 19 September 2013 05:53 PM

Updated: 19 September 2013 06:27 PM

The Department of Public Safety is not checking applicants for new voter ID cards to see if they have outstanding arrest warrants, according to a brief DPS statement Thursday.

Speculation swirled on social media that the DPS would check voter ID applicants for warrants. Sen. Rodney Ellis, D-Houston, released a statement of his own expressing alarm that the DPS would arrest people squaring away their voting credentials. Ellis said he couldn't "stomach" telling a voter to face arrest in order to vote.

According to the DPS, Ellis won't have to stomach it.

Spokesman Tom Vinger's statement on the subject:

"While it is routine to check for outstanding warrants during driver license and personal ID card transactions at Texas Driver License Offices, this process does not apply to Election Identification Certificates."

Texas passed a voter ID law in 2011 that requires any voter to present certain identification in order to cast a ballot. The law is being challenged in court.

Voter IDs are available from the DPS free of charge, though several other forms of ID are accepted at the polls.

Eligible identification includes:

- Texas ID card
- Texas drivers license
- U.S. passport
- U.S. military ID with a photo
- Texas concealed handgun license
- U.S. citizenship certificate
- U.S. naturalization certificate with photo
- The ID law is being challenged in court.

2:13-cv-193
09/02/2014
**DEF1425**

**Robert J. Bodisch**
**Assistant Director/Chief of Staff**

TEX0505270

**Texas Homeland Security**
**Texas Department of Public Safety**
**P. O. Box 4087**
**Austin, Texas 78773**
**512-424-2368**
**robert.bodisch@dps.texas.gov**
**robert.bodisch.sle@dhs.sgov.gov**



TEX0505271