| | |
|---|---|
| From: | Ray, Christopher |
| Sent: | 10/23/2013 2:01:15 PM |
| Subject: | Additional locations for Election ID's |

# DPS mobile stations processing Election Identification Certificates (EICs)

Members of the media:
As the election approaches, Election Identification Certificates (EICs) will be available at mobile stations for Texans who do not already have an acceptable form of photo identification necessary to vote. The Texas Department of Public Safety appreciates your help in informing the public about EICs and these convenient mobile stations.

The schedule for EIC mobile stations in **Potter County** is as follows:
Friday, October 25 from 9 a.m. – 4 p.m.
Monday, October 28 - Friday, November 1 from 9 a.m. – 4 p.m.

| Location | Address |
|---|---|
| Potter County<br>Amarillo Central Library | Knoxie Mathes<br>Potter County Elections Administrator<br>Amarillo Central Library<br>413 SE 4th St.<br>Amarillo, TX 79103-4302<br>806-379-2299<br>knoxiemathes@co.potter.tx.us |

The schedule for EIC mobile stations in **Motley County** is as follows:
Monday, October 28 - Friday, November 1 from 9 a.m. – 4 p.m.

| Location | Address |
|---|---|
| Motley County<br>County 2nd Courthouse | Jo Elaine Hart<br>Motley County Tax Assessor-Collector<br>Motley County 2nd Courthouse<br>701 Dundee<br>Matador, TX 79244<br>806-347-2252<br>motleycotac@yahoo.com |

The schedule for EIC mobile stations in **Wheeler County** is as follows:
Monday, October 28 - Friday, November 1 from 9 a.m. – 4 p.m.

| Location | Address |
|---|---|

2:13-cv-193
09/02/2014
DEF1427

| | |
|---|---|
| Wheeler County<br>County Courthouse | Lewis "Scott" Porter<br>Wheeler County Tax Assessor-Collector<br>Wheeler County Courthouse<br>401 Main St.<br>Wheeler, TX 79096<br>806-826-3131<br>lewis.porter@co.wheeler.tx.us |

The schedule for EIC mobile stations in **Hartley County** is as follows:
<u>Monday, October 28 - Friday, November 1 from 9 a.m. – 4 p.m.</u>

| Location | Address |
|---|---|
| Hartley County<br>County Courthouse | Franky Scott<br>Hartley County Sheriff/Tax Assessor-Collector<br>Hartley County Courthouse<br>900 Main St.<br>Channing, TX 79018<br>806-235-3142<br>sheriff@co.hartley.tx.us |

For more information regarding EICs, including eligibility guidelines and necessary documentation, visit http://www.txdps.state.tx.us/director_staff/media_and_communications/pr092413a.htm

**Chris Ray**

**Sr. Trooper**

**Texas Highway Patrol - Safety Education / Media**

**4200 Canyon Drive**

**Amarillo Texas 79109**

**Office (806) 468-1415**

**Cell (806) 341-6841**

CONFIDENTIALITY NOTICE: This is a CONFIDENTIAL LAW ENFORCEMENT COMMUNICATION. If you have received this message in error, do not disseminate, distribute, use, or copy this communication if you are not an intended recipient. Please CONTACT the sender by reply email and DESTROY all copies of the original. This message contains the thoughts and opinions of the sender and does not necessarily represent official Texas Department of Public Safety policy.