**From:** Blackwell, Summer
**To:** 'Alicia Pierce'
**Sent:** 10/8/2013 3:19:07 PM
**Subject:** RE: new counties added

Alicia,

With regard to the number of EICs issued so far, this is a partial response below is some information we have been providing to the media or other individual who have inquired. Just in case you get any media inquiries, these numbers are for your information purposes; but feel free to forward any possible media questions about numbers of issued EICs to us.

> From June 26 – Oct. 5, 26 Election Identification Certificates (EICs) have been issued across the state by DPS so far, including nine at mobile locations. There have also been approximately 660 inquires. Many of the individuals who have inquired about EICs already had the necessary photo identification required to vote.

Summer

---

**From:** Alicia Pierce [mailto:APierce@sos.texas.gov]
**Sent:** Tuesday, October 08, 2013 9:49 AM
**To:** Blackwell, Summer
**Subject:** new counties added

Hi Summer,

You may have already seen, but Cameron, Grimes and Webb have been added to the website. Also, there are extended days for El Paso.

**Alicia Phillips Pierce**
Communications Director
Texas Secretary of State
512-463-6116

2:13-cv-193
09/02/2014
**DEF1428**

TEX0505363