| | |
|---|---|
| From: | Peters, Joe |
| To: | Nolte, Candace; Harden, Pamela |
| CC: | MacBride, Cheryl; Bodisch, Robert; Adkins, Phillip; Murphy, Kathleen |
| Sent: | 9/5/2013 5:50:50 PM |
| Subject: | FW: Election Identification Certificate (DL-14CS) - Walle |

The Spanish version of the EIC application is now on the public website.
This link should get you to the form on the internet (public) site:

http://www.txdps.state.tx.us/internetforms/FormDetail.aspx?Id=2608&FormNumber=DL-14CS.pdf


Joe Peters
Assistant Director
Texas Department of Public Safety
Driver License Division
P.O. Box 4087
Austin, TX  78773
Office: 512-424-5899
joe.peters@dps.texas.gov



**From:** Nolte, Candace
**Sent:** Thursday, September 05, 2013 5:27 PM
**To:** Peters, Joe
**Cc:** Harden, Pamela
**Subject:** RE: Election Identification Certificate (DL-14CS) - Walle

I spoke to Rahul – once it is posted on the website, he wants a link to the form. I'll check tomorrow morning.


**From:** Peters, Joe
**Sent:** Thursday, September 05, 2013 5:22 PM
**To:** Nolte, Candace
**Subject:** RE: Election Identification Certificate (DL-14CS) - Walle

Send 'em a copy.

**From:** Nolte, Candace
**Sent:** Thursday, September 05, 2013 5:20 PM
**To:** Peters, Joe; Bodisch, Robert; Adkins, Phillip; Murphy, Kathleen
**Cc:** Harden, Pamela
**Subject:** RE: Election Identification Certificate (DL-14CS)

2:13-cv-193
09/02/2014
DEF1429

Thank you – OGR will notify Rep Walle's office.

**Candace Nolte**
*Deputy Assistant Director*
*Chief, Office of Government Relations*
Texas Department of Public Safety
(512) 424-7272
5805 N. Lamar Blvd.
P.O. Box 4087
Austin, TX 78773-0170
candace.nolte@dps.texas.gov

---

**From:** Peters, Joe
**Sent:** Thursday, September 05, 2013 5:11 PM
**To:** Bodisch, Robert; Nolte, Candace; Adkins, Phillip; Murphy, Kathleen
**Subject:** FW: Election Identification Certificate (DL-14CS)

FYI

---

**From:** Spinks, Margaret
**Sent:** Thursday, September 05, 2013 5:09 PM
**To:** Mastracchio, JoeAnna; Gipson, Sheri; Peters, Joe
**Subject:** Election Identification Certificate (DL-14CS)

All,

The Spanish version of the EIC is on the Internet and Intranet thanks to Dain Petersen, Ellen Kennedy (Reprographics) and Cindy Vo (IT).

Thank You,
Margaret Spinks, Manager
Driver License Division
License and Record Service
512-424-7243
margaret.spinks@dps.texas.gov

We are creating a faster, easier and friendlier driver license experience and a safer Texas