| | |
|---|---|
| **From:** | Famiglietti, Christina |
| **To:** | Mastracchio, JoeAnna |
| **CC:** | Gipson, Sheri; Peyton, John |
| **Sent:** | 11/15/2013 4:32:11 PM |
| **Subject:** | EIC HOURS - Information for a meeting with the Director (URGEN) |

Joe,

I also helped John with the web EIC project (address list) as follows:

9/11/2013:  4
9/12/2013:  8
9/13/2013:  6

Sheri, how do I go in and change ETA?

Thank you.

_____

**Christina Famiglietti**
*Product Development Specialist,* Policy and Business Improvement
Driver License Division
**Texas Department of Public Safety**

christina.famiglietti@dps.texas.gov
512-424-5479 (direct) or x-5479 (internal)
Texas DPS  |  Twitter

*Faster, Easier, Friendlier Service*

---

**From:** Peyton, John
**Sent:** Friday, November 15, 2013 4:23 PM
**To:** Famiglietti, Christina
**Subject:** RE: Information for a meeting with the Director (URGEN)

FYI

---

**From:** Peyton, John
**Sent:** Friday, November 15, 2013 4:07 PM
**To:** Mastracchio, JoeAnna; Moore, Thomas (DL); Martinez, Rosendo; Daughtry, Lisa; Myers, Bob; Hale, Lynn; Garcia, Ricardo L(DL); McCradic, Danielle; Truett, Saundra
**Cc:** Carlisle, Andrea; Gipson, Sheri; Watkins, Paul
**Subject:** RE: Information for a meeting with the Director (URGEN)

Joe and Paul,

My total time working on EIC = 65 hours

Hours are as follows:

Week of 09/21/13
09/24 =2 hrs
09/26 = 1 hr


2:13-cv-193
09/02/2014
**DEF1430**

Week of 09/28/13
09/28 = 5 hrs

Week of 10/12/13
10/18 = 11 hrs

Week of 10/19/13
10/21 = 11 hrs
10/22 = 8 hrs
10/23 = 8 hrs
10/24 = 9 hrs
10/25 = 10 hrs

Total hours = 65

Thank you,

John


*John Peyton*
*Texas Department of Public Safety*
*Policy and Business Improvement / DLD*
*512.424.5493 (direct)*
*512.569.1766 (mobile)*
john.peyton@dps.texas.gov
www.dps.texas.gov

---

**From:** Mastracchio, JoeAnna
**Sent:** Thursday, November 14, 2013 5:13 PM
**To:** Peyton, John; Spinks, Margaret; Moore, Thomas (DL); Martinez, Rosendo; Daughtry, Lisa; Myers, Bob; Hale, Lynn; Garcia, Ricardo L(DL); McCradic, Danielle; Truett, Saundra
**Cc:** Carlisle, Andrea; Gipson, Sheri
**Subject:** FW: Information for a meeting with the Director (URGEN)

For a meeting with SOS and the Gov's office next week, Paul needs to know ASAP (COB Friday) the number of employees and associated hours worked on EIC.

This is not just overtime accounting, but **any amount of time** worked doing something related to EIC.

Lisa, this would also mean yourself and anyone you had assisting with checking the validity of EICs.

Tom, Rosendo, this includes the time you spent on the inventory procedure.

John, include all time that your worked the EIC advertising campaign

Saundra, you should also include the amount of time for processing all the procurements.   We should probably get the numbers from Monica/Vania or whoever that worked the actual procurements.

Andrea,
I know you already received this request from Paul and have provided the info.

V/R Joe
JoeAnna F. Mastracchio
*Dep. Asst. Director*
*Driver License Division*
*Texas Department of Public Safety*
joeanna.mastracchio@dps.texas.gov
o: 512-424-5415
c: 512-550-4784

---

**From:** Watkins, Paul
**Sent:** Thursday, November 14, 2013 4:37 PM
**To:** Bergman, Kathy; Berkley, Johnnie; Carter, Thomas; Garcia, Joseph; Hubbard, Barbara; Silva, Samuel; Valdez, Tomas; Valenzuela, Estella; Winkley, Salestus
**Subject:** Information for a meeting with the Director

Folks-
I apologize for asking this from you as an urgent message. I need to know from you **how many people actually worked on the EIC project**, even if it was only for a limited number of hours; **everyone that did something** to include the Saturdays and all the mobile units, whether Phase I or Phase III, drove a car or truck to transport equipment, and include yourselves and any managers as well. If you have access to the **total hours worked on EICs**, not just overtime hours, I need that as well. **If you don't have the exact numbers, please estimate**. For those of you who had HP troopers at your Saturday offices, please let me know how many of them were involved also.

I need this as soon as you can get it to me. Again, I apologize for the rush. Thanks, Paul


Paul B. Watkins
*Dep. Asst. Director*
*Driver License Division*
*Texas Department of Public Safety*

paul.watkins@dps.texas.gov
512-424-5413 (o)
512-284-4744 (c)

TEX0505482