**Mobile EIC Operations**

Joe Rivera/Aurora de la Garza County Annex BLDG
1390 W. Expressway 77/83,
San Benito, TX

Rio Hondo City Hall
121 N. Arroyo BLVD,
Rio Hondo, TX

Community Room Mission City Hall
1201 E. 8th Street
Mission, TX
Anna Carillo:
580-8662
467-8461

Hidalgo County Tax Office
100 N. Closner
Edinburg, TX
Edgar Jaramillo:
318-2935

STC Mid Valley Campus
400 N. Border
Weslaco, TX
Monte Churchill:
447-6635

McAllen Main
Public Library
4001 N 23rd St.
McAllen, TX
Annette Villarreal
681-1020

STC Technology
Campus
3700 W Military Hwy
McAllen, TX
Mario Reyna
872-6116

UTPA Student Union



2:13-cv-193
09/02/2014
DEF1431

1201 W University Dr.
Edinburg, TX
9am - 4pm
Cindy Mata
665-7939

Palmview City Hall
400 W Veterans Blvd.
Palmview, TX
Aida Rivas
566-9897

Pharr City Hall
118 S Cage Blvd
Pharr, TX
Aida Montoya
402-4100 x1006

Progreso Community Center
510 N FM 1015
Progreso, TX
Daisy Garces
514-2454

McAllen City Hall
1300 W Houston Ave.
McAllen, TX
Annette Villarreal
681-1020

Mercedes City Hall
400 S Ohio
Mercedes, TX
Arcelia Felix
565-3114

La Joya City Hall, Conference Room,
101 N Leo Ave,
La Joya, TX 78560.
Hours 9 a.m. to 4 p.m.
Contact: Julia Sabala,
956/581-7002

City of San Juan, Conference Room

709 S Nebraska
San Juan, TX
9am - 4pm
Bobby Rodriguez
223-2200

City of Hidalgo
704 E Texano Dr.
Hidlago, TX
9am - 4pm
Joe Vera
843-2286

Business & Visitors Center (Board Rm.)
275 S. Kansas Ave.
Weslaco, TX
9am - 4pm
Minerva Martinez:
969-6484

Jim Wells County Courthouse ,
200 N Almond St, Rm#104,
Alice TX 78332

Premont City Hall,
200 SW 1st St,
Premont, TX 78375

Jim W
Orange Grove City Hall,
305 W Pundt St.
Orange Grove, TX 78372

Ed Rachal Memorial Library
203 South Calixto Mora Ave
Falfurrias, TX 78355
Letty Garza,
(361) 325-2144

Brooks County Courthouse Annex
408 W Travis St.
Falfurrias, TX 78355
Alan Hernandez,
361-325-5670, Ext. 369

Claude Black Center
2805 E. Commerce
San Antonio, TX

Johnny S. Calderon Building
710 E. Main Street
Robstown, Texas  78380
Annette Mouttet, Public Works
361-888-0490, x0490, x0857

Flour Bluff ISD Maintenance
2510 Waldron Road
Corpus Christi, Texas  78418
Contact: Brian Schuss, FBISD
361-694-9212
bschuss@flourbluffschools.net

Greenwood Senior Citizens Center
4040 Greenwood Drive
Corpus Christi, Texas 78416
Contact: Rebecca Huerta, City of Corpus Christi, City Secretary Office
361-826-3121
RebeccaH@cctexas.com

Nueces County Courthouse
901 Leopard Street
Corpus Christi, TX  78401
Contact: Kevin Kieschnick, Nueces County Tax Assessor-Collector
361/888-0230
Kevin.kieschnick@co.nueces.tx.us

Mathis City Hall Annex Building
401 E. San Patricio Ave.
Mathis, TX 78368
Mary Martinez (City Secretary)
361-533-4152

Sinton County Courthouse
400 W. Sinton St.
Sinton, Tx 78387
Pamela Hill (Election Administrator)
361-364-6121

Kiva Hut
402 Park
Taft, Tx 78390
Leslie Pullin (EV Election Clerk)
361-364-6121

Victoria Fine Arts Center
1002 Sam Houston Drive
Victoria, Texas 77901
Contact: Brandy Hill,
361-788-9335

Pattie Dodson Public Health Center
2805 N. Navarro
Classroom B
Victoria, Texas 77901
Contact: George Matthews (County Election Administrator),
361-576-0124

Victoria County Courthouse
115 N. Bridge
Victoria, Texas 77901
Contact: County Judge Donald R. Pozzi,
361-575-4558

Victoria Mall (pending)
7800 N. Navarro
Victoria, Texas 77904
Contact: Rosanna Shoemake,
361-576-1291

Fort Bend County Precinct 4 Building
12919 Dairy Ashford Rd
Sugar Land, TX

Missouri City Old Municipal Court Lobby
1522 Texas Parkway
Missouri City, TX

Holman Street Baptist Church
3501 Holman
Houston, Texas 77004
713-755-6965

Lone Star College – Victory Center
4141 Victory Drive
Houston, Texas 77088
713-755-6965

Fort Bend County Precinct 4 Building
12919 Dairy Ashford Rd
Sugar Land, TX

Galveston County Site 1
Bacliff Community Center
4503 11th Street
Bacliff, TX

Galveston County Site 2
Dickinson Community Center
2714 Highway 3
Dickinson, TX

Galveston County Site 3
Nessler Center (Surf Room)
2105 5th Avenue North
Texas City, TX

Galveston County Site 4
Galveston County Courthouse (2nd floor)
722 Moody Avenue (21st Street)
Galveston, TX

Old Courthouse, 1st floor
101 West Church
Livingston, Texas
Contact: Schelana Walker
936-327-6804 or
Leslie Burks
936-327-6801

Tax Assessor satellite office
102 West Ben Franklin
Corrigan, Texas
Contact: Lavinna
936-327-6835

Kaufman County Annex Bldg.

100 N. Washington St.
Kaufman, TX 75142

Terrell Office
408 E. College St.
Terrell, TX 75160

Kemp Office
103 N. Main St.
Kemp, TX 75143

Forney Office
200 E. Main St.
Forney, TX 75126

PATH (People Assisting to Help)
402 W Front St, Tyler, TX 75702
Contact Greg Grubb,
903-597-4044

Tyler Public Library
201 S College Ave,
Tyler, TX 75702
Contact: Evelyn Cheatham,
903-593-4357 ext. 0711
*The library opens at 10:00am

The Salvation Army
633 N Broadway Ave,
Tyler, TX 75702
Contact: Andrea Wilson,
903-592-4361

The Cotton Belt Building
1517 W Front St,
Tyler, TX 75702
Contact: Lynn McGinnis,
903-590-4611 or
Carmen Gardner,
903-590-4625

Tyler Metropolitan Chamber of Commerce
2000 W Gentry,
Tyler, TX 75702

TEX0505570

Contact: Mrs. Sirles
903-593-6026

Gregg County Courthouse
101 E. Methvin St, Suite 108,
Longview, TX
Contact: Kathryn Nealy
903-237-2652

Green Street Recreation Center
814 S. Green St,
Longview, TX
Contact: Joey Russ
903-237-1276 or 903-431-3154

Colonial Village Retirement Community
2910 N. Eastman Rd,
Longview, TX
Contact: Nita Gardner
903-758-6332 or 713-775-8091

Buckner Westminster Place
2201 Horseshoe Lane
Longview, TX 75605
Contact: Sarah Suess,
903-234-0000

Broughton Recreation Center
801 S. Martin Luther King Blvd,
Longview, TX
Contact: Joey Russ
903-237-1276 or 903-431-3154

Greggton Community Center
3211 W. Marshall Ave,
Longview, TX
Contact: Rethea Gambill
903-759-3611

Gladewater City Hall
519 E. Broadway,
Gladewater, TX
Melba Haralson
903-845-2196

Kilgore Community Center
622 Kay St,
Kilgore, TX
Contact: Cindy Hensley
903-984-2958 or 903-759-8962

Tarrant County Southwest Sub-Courthouse
6551 Granbury Road
Fort Worth TX 76133
Contact: Jeanette Martinez
817-370-4500

Charles F. Griffin Sub-Courthouse
3212 Miller Avenue
Fort Worth TX 76119
Amanda Applon
817-531-5600

Tarrant County Sub-Courthouse in Arlington
700 E. Abram Street
Arlington TX 76010
Contact: Lisbeth Maldonado
817-548-3900

Charles F. Griffin Sub-Courthouse
3212 Miller Avenue
Fort Worth TX 76119
Contact: Amanda Applon
817-531-5600

Tarrant County Northeast Sub-Courthouse
201 Harwood Road, Suite 124
Bedford TX 76021
Contact: Rebecca Farris (Tax Office)
817-248-6253

207 N. 7th St.,
Alpine, TX 79830
Conference Room, Old Public Library
Contact: County Clerk Berta Rios-Martinez,
432-837-3366

Howard County courthouse

TEX0505572

300 S Main,
Big Spring, TX
(Elections office) Ste 101

Road & Bridge Office,
1000 N San Antonio,
Big Spring, TX
Prct 1 Polling location

Hale County Courthouse Annex
521 Broadway Street
Plainview, TX 79072-8097
Contact: Hale County Tax Assessor-Collector Roland Nash,
806-291-5276,
rnash@halecounty.org,
rnash@texasonline.net

Santa Fe Building, Room 326
900 S. Polk St.
Amarillo, TX 79101
Contact: Melynn Huntley
melynnhuntley@co.potter.tx.us
or Christy Benge, 806-379-2299

Old Dept of HHS
2406 SW 6th Avenue
Amarillo, TX 79106
Contact: Melynn Huntley
melynnhuntley@co.potter.tx.us
or Christy Benge,
806-379-2299

Comanche Trail Church of Christ
2700 E. 34th Avenue
Amarillo, Texas 79103
Contact: Mr. Lauren Harper,
806-373-4190

Randall County Finance Bldg, Second Floor
501 16th Street
Canyon, Texas 79105
Contact: Shannon Lackey,
806-468-5510