**From:** Carlisle, Andrea
**To:** Morris, Sharon
**Sent:** 10/1/2013 11:15:34 AM
**Subject:** FW: EIC Workers

---

**From:** Gomez, Frances
**Sent:** Tuesday, October 01, 2013 11:14 AM
**To:** Carlisle, Andrea; Cardwell, Renee (DL)
**Cc:** Valdiviezo, Cristina; Garcia, Joseph; Andrada, Stella
**Subject:** RE: EIC Workers

The employees have been advised to dress casual when assisting at Camp Mabry.

Two employees have been taken from Camp Mabry to assist with the Hays County EIC. You will still have seven employees at Camp Mabry the remainder of the week.


Frannie

Frances Gomez
Manager 1
Austin Driver License Offices
512-424-7880

---

**From:** Carlisle, Andrea
**Sent:** Tuesday, October 01, 2013 11:12
**To:** Gomez, Frances; Cardwell, Renee (DL)
**Cc:** Valdiviezo, Cristina; Garcia, Joseph; Andrada, Stella
**Subject:** RE: EIC Workers

Please note anyone we get from 603 needs to be casual as they will be assisting in the Camp Mabry warehouse.

Also, with the shift in employees to support Hayes County EIC what impact does this have on the remainder of the week?

Thanks all for your support.

Andrea

---

**From:** Gomez, Frances
**Sent:** Tuesday, October 01, 2013 8:24 AM
**To:** Cardwell, Renee (DL)
**Cc:** Valdiviezo, Cristina; Carlisle, Andrea; Garcia, Joseph; Andrada, Stella
**Subject:** Re: EIC Workers

Renee-

I will send 5 additional employees starting tomorrow. Please have them assist wherever needed. FG

---

**From:** Cardwell, Renee (DL)
**Sent:** Tuesday, October 01, 2013 08:15 AM
**To:** Gomez, Frances

2:13-cv-193
09/02/2014
DEF1432

**Cc:** Valdiviezo, Cristina; Carlisle, Andrea; Garcia, Joseph; Andrada, Stella
**Subject:** RE: EIC Workers

Frannie,
I was advised that you will be sending 6 more workers to help with inventory tomorrow, Wednesday. Initially it was thought that they would help with testing computers and printers but instead they will help with the inventory since we have such a tight deadline.

I appreciate your assistance with this.

*Renee Cardwell*
*Texas Department of Public Safety*
*Driver License - DL System Support*
*Renee.Cardwell@dps.texas.gov*
*512-462-6120*

---

**From:** Gomez, Frances
**Sent:** Monday, September 30, 2013 5:49 PM
**To:** Cardwell, Renee (DL)
**Cc:** Valdiviezo, Cristina; Carlisle, Andrea; Garcia, Joseph; Andrada, Stella
**Subject:** Re: EIC Workers

Ok. Thank you Renee for letting me know. Have a great evening.

Frannie

---

**From:** Cardwell, Renee (DL)
**Sent:** Monday, September 30, 2013 05:10 PM
**To:** Gomez, Frances
**Cc:** Valdiviezo, Cristina; Carlisle, Andrea
**Subject:** EIC Workers

Frannie,
The guys left Camp Mabry at 5:05 pm. I asked them to be here at 8 am tomorrow.

FYI-we expect more shipments to be here tomorrow (more work), if so, I'll ask the guys to stay late and come in early the following morning (about 6 am). That will be the process for the rest of the week. I'll keep you posted with exact times.

Thank you for sending us help.

*Renee Cardwell*
*Texas Department of Public Safety*
*Driver License - DL System Support*
*Renee.Cardwell@dps.texas.gov*
*512-462-6120*