Dear \_\_\_\_\_

You recently applied to the Texas Department of Safety for an election identification certificate. Because our records show that you have an unexpired Texas driver license/ identification card (ID), or one that has been expired less than 60 days, we are unable to process your request.

The Texas Transportation Code expressly prohibits the Department from issuing an election identification certificate to an individual who has a driver license or ID. Since your driver license or ID is an acceptable form of photo identification for voting purposes, you will not need an election identification certificate to vote.

If properly registered, any of the following documents will qualify as acceptable voter identification if they contain a photo:

(1) A driver license or personal identification card issued by the Department of Public Safety that has not expired or that has been expired no longer than 60 days

(2) A US military identification card that has not expired or that has been expired no longer than 60 days

(3) A US citizenship certificate

(4) A US passport that has not expired or that has been expired no longer than 60 days

(5) A license to carry a concealed handgun issued by the Department of Public Safety that has not expired or that has been expired no longer than 60 days

Please visit our website at www.dps.texas.gov/DriverLicense/electionID.htm (or the QR code below) for additional information about election identification certificates.

Thank you for your interest in obtaining an election identification certificate. The state applauds your thoroughness in preparing to exercise your right to vote.

*Need all the references and code numbers at the bottom.*



2:13-cv-193
09/02/2014
**DEF1433**

TEX0505641