

# USE CASE SPECIFICATION:
# EDIT ELECTION CERTIFICATE RECORD

Texas Department of Public Safety
September 13, 2013

Version 1.0

2:13-cv-193
09/02/2014
**DEF1434**

**Texas Department of Public Safety**
Use Case Specification:  Edit Election Certificate Record



# REVISION HISTORY

| Date | Version | Description | Author |
|---|---|---|---|
| 10/23/2011 | 0.1 | Updated use case per DLS-792 for Election Certificate functionality | Chad Miller |
| 11/21/2011 | 0.2 | Modified 1.1.5.1.2 to include all fields listed in Data Source section. | Karen Morris |
| 11/22/2011 | 0.3 | Deleted 'age' field from 1.1.5.1 (2) and 1.1.8 Data Source.  Age will not be displayed on the screens. | Karen Morris |
| 12/02/2011 | 0.4 | Updated as per DLS-880 and DLS-882 to state that physical address fields state and country cannot be edited | Karen Morris |
| 12/07/2011 | 0.5 | Updated per DLS-909 to remove a business rule regarding cancellation | Deepa Rajan |
| 09/13/2013 | 1.0 | Updated per DLS-2407 to add Home Bound indicator | Rebecca Roberts |

TEX0505767

**Texas Department of Public Safety**
Use Case Specification:  Edit Election Certificate Record



# TABLE OF CONTENTS

1.1    Use Case: Edit Election Certificate Record ................................................................................... 1
  1.1.1    Brief Description ............................................................................................................. 1
  1.1.2    Actors ............................................................................................................................. 1
  1.1.3    PreConditions ................................................................................................................. 1
  1.1.4    PostConditions ............................................................................................................... 1
  1.1.5    Basic Flow ...................................................................................................................... 1
  1.1.6    Alternative Flows ............................................................................................................ 2
  1.1.7    Exception Flows ............................................................................................................. 2
  1.1.8    Data Source ................................................................................................................... 3
  1.1.9    Dependencies ................................................................................................................ 4
  1.1.10    Business Rules ............................................................................................................ 4
  1.1.11    Field Validation Rules .................................................................................................. 4
  1.1.12    Assumptions ................................................................................................................ 5
  1.1.13    Open Issues ................................................................................................................. 5

TEX0505768

**Texas Department of Public Safety**
Use Case Specification: Edit Election Certificate Record


Driver License System

## 1.1 Use Case: Edit Election Certificate Record

### 1.1.1 Brief Description

This use case contains the functional requirements for a user to edit information pertaining to an election certificate. After performing a search for an election certificate and viewing a specific record, this feature will be available for authorized users to make modifications / corrections to the data as needed.

### 1.1.2 Actors

#### 1.1.2.1 Primary Actor
Refer to UCS Login to System: Actor Function Matrix

### 1.1.3 PreConditions

1.1.3.1 An election certificate has been previously issued and exists
1.1.3.2 The primary actor has completed an election certificate record search and is viewing a specific election certificate record

### 1.1.4 PostConditions

1.1.4.1 The system saves any changes made to the election certificate data for the record and records audit information for the event and returns to view the EC.

### 1.1.5 Basic Flow

#### 1.1.5.1 Basic Steps

1. The primary actor is viewing a specific EC record.
2. The primary actor views/updates the following information related to the election certificate. Note: Only those fields that are listed in 1.1.8 Data Source as being required, optional, or conditional can be edited.

   i. EC Number
   ii. EC Expiration Date
   iii. Last Name
   iv. First Name
   v. Middle Name
   vi. Suffix
   vii. Date of Birth
   viii. Social Security Number
   ix. Date of Birth
   x. Sex
   xi. Eye Color
   xii. Hair Color
   xiii. Race
   xiv. Height
   xv. Weight
   xvi. US Citizen
   xvii. Voter Registration
      1. Election Judge

TEX0505769

**Texas Department of Public Safety**
Use Case Specification:  Edit Election Certificate Record



        2. Voter Status
  xviii. Home Bound

   xix. EC Physical Address Info

        1. Street Address 1
        2. Street Address 2
        3. City
        4. State
        5. Zip Code
        6. Zip Code Extension
        7. County
        8. Country

   xx. EC Mailing Address Info

        1. Street Address 1
        2. Street Address 2
        3. City
        4. State
        5. Zip Code
        6. Zip Code Extension
        7. Country

3. The system saves the information. **(E-1) (E-2)**
4. The system saves the following audit information for the event:

    i. User ID
   ii. Date/Time
  iii. Audit Transaction Type = Edit Election Certificate
  iv. The previous value of any data changed during the event

5. The system returns to view EC.
6. The use case ends.

### 1.1.6 Alternative Flows
None

### 1.1.7 Exception Flows

#### 1.1.7.1 (E-1) Invalid Data Submitted

1. The primary actor has submitted invalid data as per the data dictionary.
2. The system displays an error message and identifies the fields with invalid data.
3. The primary actor may correct the invalid data and re-submit the edit request.

#### 1.1.7.2 (E-2) Required Data Missing

1. The primary actor has not entered all required data.
2. The system displays an error message and identifies the fields that are missing required data.

TEX0505770

**Texas Department of Public Safety**
Use Case Specification:  Edit Election Certificate Record


Driver License System

3. The primary actor may enter the required data and re-submit the edit request.

## 1.1.8  Data Source

| Reference Number | Field | Source | Required/Optional /Display | Field Validation | Record Previous State |
|---|---|---|---|---|---|
|  | **Basic Customer Information** |  |  |  |  |
| 1 | First Name | Actor | Required | 1, 7 | Yes |
| 239 | No First Name | Actor | Optional | 2 | Yes |
| 3 | Middle Name | Actor | Optional | 7 | Yes |
| 2 | Last Name | Actor | Required | 7 | Yes |
| 4 | Suffix | Actor | Optional |  | Yes |
| 7 | Social Security Number | Actor | Optional |  | Yes |
| 5 | Date of Birth | Actor | Required |  | Yes |
|  | **Physical Address Information** |  |  |  |  |
| 9 | Physical Street Address 1 | Actor | Required |  | Yes |
| 10 | Physical Street Address 2 | Actor | Optional |  | Yes |
| 11 | Physical City | Actor | Required |  | Yes |
| 12 | Physical State | Actor | Display | 3 | Yes |
| 13 | Physical Zip Code | Actor | Required |  | Yes |
| 14 | Physical Zip Code Extension | Actor | Optional |  | Yes |
| 15 | Physical County | Actor | Required | 3 | Yes |
| 16 | Physical Country | Actor | Display | 4 | Yes |
|  | **Mailing Address Information** |  |  |  |  |
| 9 | Mailing Street Address 1 | Actor | Required |  | Yes |
| 10 | Mailing Street Address 2 | Actor | Optional |  | Yes |
| 11 | Mailing City | Actor | Required |  | Yes |
| 12 | Mailing State | Actor | Required |  | Yes |
| 13 | Mailing Zip Code | Actor | Required |  | Yes |
| 14 | Mailing Zip Code Extension | Actor | Optional |  | Yes |
| 16 | Mailing Country | Actor | Required | 4 | Yes |
|  | **Physical Description Information** |  |  |  |  |
| 20 | Sex | Actor | Required | 5 | Yes |
| 21 | Eye Color | Actor | Required |  | Yes |
| 22 | Hair Color | Actor | Required |  | Yes |
| 23 | Race | Actor | Required |  | Yes |
| 24 | Height | Actor | Required |  | Yes |
| 25 | Weight | Actor | Required |  | Yes |
|  | **Other Information** |  |  |  |  |
| 26 | US Citizen | Actor | Required | 10 | Yes |
| 33 | Voter Registration | Actor | Required | 8 | Yes |
| 247 | Election Judge | Actor | Conditional | 13 | Yes |

3

TEX0505771

**Texas Department of Public Safety**
Use Case Specification: Edit Election Certificate Record


Driver License System

| Reference Number | Field | Source | Required/Optional /Display | Field Validation | Record Previous State |
|---|---|---|---|---|---|
| 246 | Voter Status | Actor | Conditional | 12 | Yes |
| 32 | Home Bound | Actor | Optional | 14 | Yes |
|  | **EC Card Information** |  |  |  |  |
| 234 | Card Type | System | Display |  | Yes |
| 56 | Original Issue Date | System | Display |  | Yes |
| 56 | Issue Date | System | Display |  | Yes |
| 56 | Expiration Date | System | Display |  | Yes |
|  | **Audit Info** |  |  |  |  |
| 90 | User ID | System | Display |  | No |
| 56 | Date Stamp | System | Display |  | No |
| 93 | Time Stamp | System | Display |  | No |
| 51 | EC Number | System | Display |  | No |
| 94 | Audit Transaction Type | System | Display |  | No |

### 1.1.9 Dependencies

Precede UCS View Election Certificate Record

### 1.1.10 Business Rules

1. The customer's Age will be calculated and displayed based on the difference between the Current System Date and the Date of Birth. The customer's age must be a minimum of 17 years 10 months.
2. If Voter Registration = "Yes", the following information must be provided:
   i. Voter Status
   ii. Election Judge
3. If Voter Registration = "Yes", the system will update the Voter Registration Status = "Ready for SOS Batch File".
4. 
5. If DOB is updated, the expiration date will be recalculated.

### 1.1.11 Field Validation Rules

1. If No First Name = "Yes", then First Name is not required. First Name will be null.
2. When creating a customer record, the Default value for No First Name = "No".
3. Physical State must = "TX"; physical county must be populated.
4. The default value for Country = "US"
5. The values for Sex that should be allowed are only Male or Female only. A value of "Unknown" will not be allowed to be entered during this process.
6. Physical Country must = "US".
7. If the "~" (enya) character is present in the First, Middle, or Last Name fields, an "N" or "n" value must directly follow it. (Ex: "~N" or "~n")
8. Voter Registration must be 'Yes' or 'No'.
9. The person's age must be at least 17 years 10 months. This is calculated by current age + 2 calendar months must = 18 or more years of age. The system will not allow the actor to proceed with this transaction if the applicant's age is less than 17 years 10 months.

4

**Texas Department of Public Safety**
Use Case Specification:  Edit Election Certificate Record



10. US Citizen must = Yes.  The system will not allow the actor to proceed with this transaction if the value for US Citizen ≠ Yes.
11. Mailing address can be out-of-state.
12. Valid values for Voter Status are:
    a. "New"
    b. "Change"
    c. "Replacement"
13. Valid values for Election Judge are "Yes" or "No".
14. The default value for Home Bound="No".

### 1.1.12 Assumptions

None

### 1.1.13 Open Issues

None

TEX0505773