

DLS
Driver License System

---

## USE CASE SPECIFICATION:
## PERFORM ICS INQUIRY

---

Texas Department of Public Safety
September 16, 2013

Version 9.1



2:13-cv-193
09/02/2014

DEF1435

TEX0505774

**Texas Department of Public Safety**
Use Case Specification:  Perform ICS Inquiry



## REVISION HISTORY

| Date | Version | Description | Author |
|------|---------|-------------|--------|
| 05/12/2006 | 1.0 | Final Version for TxDPS Final Review and Signoff | BearingPoint Requirements Team |
| 05/17/2006 | 2.0 | Updates made after TxDPS Final Review | BearingPoint Requirements Team |
| 07/14/2006 | 3.0 | Updated use case as a result of new requirements for Employee ID Card image capture | BearingPoint Requirements Team |
| 09/06/2006 | 4.0 | Updated use case as a result of changes from Digimarc | BearingPoint Requirements Team |
| 09/25/2006 | 5.0 | Updated the use case based on final Digimarc changes. | BearingPoint Requirements Team |
| 10/24/2006 | 6.0 | Updated the use case per change request #1577 for investigations. | BearingPoint Requirements Team |
| 04/19/2007 | 7.0 | Updated use case per change request #2748 and | BearingPoint Requirements Team |
| 06/14/2007 | 8.0 | Updated use case per approved CO16 change request #5543. | BearingPoint Requirements Team |
| 09/10/2007 | 8.1 | Updated use case per technical change request #11460. | BearingPoint Requirements Team |
| 10/01/2007 | 8.2 | Updated use case per change request #12054 | Chad Miller |
| 11/20/2007 | 8.3 | Updated use case to account for combination transaction scenarios where two transactions are being conducted for one image capture. | Chad Miller |
| 02/27/2007 | 8.4 | Updated use case per change request #16819 | Chad Miller |
| 05/22/2008 | 8.5 | Updated use case per change request #18654 | Chad Miller |
| 12/03/2008 | 8.6 | Updated use case per change request #20384 | Chad Miller |
| 01/22/3009 | 8.7 | Updated use case per change request #21340 | Chad Miller |
| 10/25/2011 | 8.8 | Updated use case per DLS-792 to add Election Certificate | Karen Morris |
| 12/14/2011 | 8.9 | Updated use case per DLS-932 and DLS-944 to make clarifications on the values displayed for Sex and the format for Expiration Date to match implementation | Deepa Rajan |
| 05/24/2012 | 9.0 | Created use case per DLS-1177- DL Security Initiatives | Esther Ramchand |

i

**Texas Department of Public Safety**
Use Case Specification:  Perform ICS Inquiry



| Date | Version | Description | Author |
|------|---------|-------------|--------|
| 09/16/2013 | 9.1 | Updated per DLS-2407 to add Home Bound processing for Election Certificates | Rebecca Roberts |

TEX0505776

**Texas Department of Public Safety**
Use Case Specification:  Perform ICS Inquiry



TEX0505777

**Texas Department of Public Safety**
Use Case Specification:  Perform ICS Inquiry



# TABLE OF CONTENTS

1.1     Use Case: Perform ICS Inquiry ........................................................................ 1
    1.1.1    Brief Description ........................................................................................ 1
    1.1.2    Actors ......................................................................................................... 1
    1.1.3    PreConditions ............................................................................................ 1
    1.1.4    PostConditions .......................................................................................... 1
    1.1.5    Basic Flow .................................................................................................. 2
    1.1.6    Alternative Flows ...................................................................................... 2
    1.1.7    Exception Flows ........................................................................................ 5
    1.1.8    Data Source ................................................................................................ 7
    1.1.9    Dependencies ........................................................................................... 16
    1.1.10    Business Rules ......................................................................................... 17
    1.1.11    Field Validation Rules ............................................................................. 18
    1.1.12    Assumptions ............................................................................................ 18
    1.1.13    Open Issues ............................................................................................. 18
    1.1.14    Appendix A – Rules for assigning the IMG_TEXT string in the Staging Image Store ....... 19

TEX0505778

**Texas Department of Public Safety**
Use Case Specification:  Perform ICS Inquiry



## 1.1    Use Case: Perform ICS Inquiry

### 1.1.1    Brief Description

This use case describes the steps involved in capturing Portrait, Fingerprint and Signature Information from the Image Capture System (ICS).  This process is applicable to the steps involved for Original DL/ID Issuance, Renewal DL/ID Issuance, Duplicate DL/ID Issuance, Modify DL Issuance, Occupational License, and Election Certificate issuance in the field offices.  This process also applies to the capture of images for Employee ID card requests.  The use case begins when NDLS sends the inquiry request to ICS.  The process ends when the response information is received from ICS and processed by NDLS.   The use case also describes the rules involved when a DL and ID transaction are conducted in combination, and images are captured.

In addition, this use case contains the requirements to update to the IMG_TEXT data string in the staging image store with data on the person's record.

### 1.1.2    Actors

#### 1.1.2.1    Primary Actor
System (NDLS)

#### 1.1.2.2    Secondary Actor
Image Capture System (ICS)

#### 1.1.2.3    Tertiary Actor
Fraud Analyst

#### 1.1.2.4    Fourth Actor
Staging Image Store

### 1.1.3    PreConditions

1.1.3.1    A customer record exists in NDLS and an ID, Driver License, Combination (both DL and ID transactions), Occupational, Employee ID, or Election Certificate transaction is being processed where the Transaction Status = "Images Pending".

### 1.1.4    PostConditions

1.1.4.1    The image response is received by the system and processed successfully.

1.1.4.2    No image response is received by the system.

1.1.4.3    An error message is received by the system.

1.1.4.4    A transaction has been completed and audit number assigned and the IMG_TEXT data string needs to be updated in the Staging Image Store (this flow is called from UCS Assign Audit Number).

TEX0505779

**Texas Department of Public Safety**
Use Case Specification: Perform ICS Inquiry



### 1.1.5   Basic Flow

#### 1.1.5.1   Basic Steps

1. The system initiates an ICS inquiry request for a Driver License transaction, ID transaction, Combination (both a Driver License and ID) transaction or Occupational License transaction. **(A-1), (A-5) (A-6), (A-7)**
2. The system sends an image capture request to ICS. The system will send the data from the person's record according to the business rules documented in Data Source section 1.1.8.1.
3. The Image Capture System (ICS) processes the image capture request and provides a return response. The ICS will return the data according to the business rules documented in Data Source section 1.1.8.2. **(E-1) (E-2) (E-3)**
4. Only one DL or ID or Occupational transaction is being conducted (not a combination scenario), and the system saves the response data to the Staging Image Store in association with the transaction being conducted according to Business Rule #4. **(A-4)**
5. The system determines that the response value for Portrait Match Overridden = "N". **(A-2)**
6. The system determines that the response value for Flagged for Investigation = "N". **(A-3)**
7. The system records the following audit information:

      i. User ID
      ii. Date Stamp
      iii. Time Stamp
      iv. Audit Transaction Type = Perform ICS Inquiry

8. The use case ends.

### 1.1.6   Alternative Flows

#### 1.1.6.1   (A-1) Initiate ICS Inquiry on Employee ID Card Requests

1. The system initiates an ICS inquiry request for an Employee ID transaction.
2. The system sends an image capture request to ICS. The system will send the data from the employee ID record according to the business rules documented in Data Source section 1.1.8.3.
3. The Image Capture System (ICS) processes the image capture request and provides a return response. The ICS will return the data according to the business rules documented in Data Source section 1.1.8.4. **(E-1) (E-2) (E-3)**
4. The system saves the response data to the employee ID record in the DLS database.
5. The use case ends.

#### 1.1.6.2   (A-2) Portrait Match Overridden = "Y"

1. The system determines that the response value for Portrait Match Overridden = "Y",
2. The system will send an email to the supervisor of the technician who conducted the transaction (as established in the technician's user profile. The email message will include the following information:

      a. Message Name = Portrait Match Overridden
      b. First Name
      c. Last Name

2

TEX0505780

**Texas Department of Public Safety**
Use Case Specification:  Perform ICS Inquiry



   d.  Date of Birth
   e.  DL/ID/UNL Number (related to the card that was requested in the ICS request)
   f.  Transaction Request Date
   g.  Transaction Data for Person:
       i.   Xn_First Name
       ii.  Xn_Last Name
       iii. Xn_Date of Birth

3.  Resume at Basic Flow Step #6, Section 1.1.5.1.

### 1.1.6.3  (A-3) Flagged for Investigation = "Y"

1.  The system determines that the response value for Flagged for Investigation = "Y".
2.  The system assigns an Investigate Date = Current Date.
3.  The system creates a work task for the Fraud Analyst Group with the following task details:

    i.   Task Name = "Image Investigation Required, 1:1 Match Failed"
    ii.  Task Creation Date = Current System Date
    iii. Assigned Task Completion Duration Remaining
    iv.  Task Details
    v.   Task Status

4.  The task details will consist of the following information from the ICS inquiry and response:

    i.    Applicant Unique Identifier
    ii.   DL/ID/UNL Number
    iii.  Xn_Last Name (sent in the request)
    iv.   Xn_Middle Name (sent in the request)
    v.    Xn_First Name(sent in the request)
    vi.   Xn_Suffix (sent in the request)
    vii.  Transaction Request Date
    viii. Right Eye 'X' Coordinate (for new image)
    ix.   Right Eye 'Y' Coordinate (for new image)
    x.    Left Eye 'X' Coordinate (for new image)
    xi.   Left Eye 'Y' Coordinate (for new image)
    xii.  Portrait Match Score
    xiii. Portrait Match Result
    xiv.  Portrait Match Overridden
    xv.   Flagged for Investigation
    xvi.  Investigation Comment
    xvii. Camera Device Host Name

5.  Resume at Basic Flow Step #7, Section 1.1.5.1.

### 1.1.6.4  (A-4) Save Image Response Data for Combination Transaction (DL and ID transaction conducted for the same image request)

1.  A combination of DL transaction and ID transaction are being conducted, and the system saves the Image Response Data according to the following rules for both transactions:

TEX0505781

Texas Department of Public Safety
Use Case Specification:  Perform ICS Inquiry



     i.   The system saves the Image response data to the Staging Image Store in association with
the DL Number according to Business Rule #4.

    ii.   The system saves the Image response data to the Staging Image Store in association with
the ID Number according to Business Rule #4.

  2.  Resume at Step #5 of Basic Flow, Section 1.1.5.1.

## 1.1.6.5  (A-5) Assign data to the IMG_TEXT string in the Staging Image Store

1. The system has assigned the new audit number (in UCS Assign Audit Number) and is required to
save the IMG_TEXT string in association with the image captured during the transaction in the
Staging Image Store.
2. The system searches the Staging Image Store (STG_SIG_TEXT table) and finds a record matching
the DL/ID/UNL Number associated with the transaction.  **(E-4)**
3. The system writes the data from the person's record to the matching record in the STG_SIG_TEXT
table, IMG_TEXT column according to the business rules in 1.1.14 Appendix A.
4. The system conditionally performs the following based on the type of transaction and if the pre-fetch
process was invoked.  If the condition below is not true, the system will not update the
TRANS_STATUS Code.

    i.   If the transaction being processed is one of the following (ie: transactions where an image
was pre-fetched and where IVS is not conducted), where a new image was **not** captured,
then the system will update the TRANS_STATUS Code = "01" for the record associated with
the transaction in the Staging Image Store.

      1.  Remake Card
      2.  Renew Driver License (from TexasOnline)
      3.  Renew ID (from TexasOnline)
      4.  Renew Driver License (from Mail-In Batch File)
      5.  Renew ID (from Mail-in Batch File)
      6.  Renew Driver License (from manual renewal process)
      7.  Renew ID (from manual renewal process)
      8.  Duplicate Driver License (from TexasOnline)
      9.  Duplicate ID (from TexasOnline)
    10.  Duplicate Driver License (from Mail-In Address Change Batch File)
    11.  Duplicate ID (from Mail-In Address Change Batch File)
    12.  Duplicate Driver License (from manual address change process)
    13.  Duplicate ID (from manual address change process)
    14.  Occupational License Issuance (where "Use Image on File" was selected and no new
          images were captured)
    15.  Ignition Interlock Restriction (where "Use Image on File" was selected and no new
          images were captured)

    ii.   A trigger will move the images associated with the transaction over to the Main Image Store.
*Include UCS ICD Staging Database to Image Database and Image Plus.*

  5.  The use case ends.

## 1.1.6.6  (A-6) Initiate ICS Inquiry on Election Certificate Requests

TEX0505782

Texas Department of Public Safety
Use Case Specification: Perform ICS Inquiry



1. The system initiates an ICS inquiry request for an Election Certificate transaction.
2. The system sends an image capture request to ICS. The system will send the data from the EC record according to the business rules documented in Data Source section 1.1.8.1.
3. The Image Capture System (ICS) processes the image capture request and provides a return response. The ICS will return the data according to the business rules documented in Data Source section 1.1.8.2. **(E-1) (E-2) (E-3)**
4. The system saves the response data to the Election Certificate record.
5. The use case ends.

### 1.1.6.7   (A-7) Assign data to the IMG_TEXT string in the EC Image Store

1. The system has assigned the new audit number (in UCS Assign Audit Number) and is required to save the IMG_TEXT string in association with the image captured during the transaction in the EC Image Store.
2. The system searches the EC Image Store and finds a record matching the EC Number associated with the transaction. **(E-5)**
3. The system writes the IMG_TEXT string to the matching EC record, according to the business rules in 1.1.14 Appendix A.
4. The use case ends.


### 1.1.7   Exception Flows

### 1.1.7.1   (E-1) ICS Returns a Message Indicating Image Capture Failure

1. The system receives a return message from ICS indicating that the image capture failed.
2. The system displays that an error has occurred during the image capture as well as displays any "Result Text" that may have been received from ICS in the error message.
3. The use case ends.

### 1.1.7.2   (E-2) ICS Does Not Return Image Response

1. The system does not receive a response from ICS within the timeout interval. (timeout interval to be determined during implementation)
2. The system displays the following error message "No Images were received from ICS. Please re-try the Image Capture."
3. The use case ends.

### 1.1.7.3   (E-3) Error Response Received

1. The system receives an error response from ICS with one of the following Result Codes:

    i.    -1
    ii.   -2
    iii.  -5
    iv.   -6
    v.    -99

2. The system displays an error message that corresponds to the code received:

TEX0505783

**Texas Department of Public Safety**
Use Case Specification:  Perform ICS Inquiry



DLS
Driver License System

      i.   -1 = XML validation failed.  Please re-try the image capture.
      ii.  -2 = The ApplicantDataFolio parameter was null.  Please re-try the image capture.
      iii. -5 = The ICS database is not available.  Please re-try the image capture.
      iv. -6 = There is no image binary in the response.  Please re-try the image capture.
      v.  -99 = Unknown exception occurred.  Please re-try the image capture.

3.  The system allows the image capture to be initiated again.
4.  The use case ends.

#### 1.1.7.4  (E-4) No Matching Record Found in Staging Image Store when assigning IMG_TEXT

1.  The system searches the Staging Image Store (STG_SIG_TEXT table), but cannot find a record matching the DL/ID/UNL Number associated with the transaction.
2.  The system cannot update the Staging Image Store with the IMG_TEXT data string because no matching record is found.
3.  The use case ends.

#### 1.1.7.5  (E-5) No Matching Record Found in EC Image Store when assigning IMG_TEXT

1.  The system searches the EC Image Store but cannot find a record matching the EC Number associated with the transaction.
2.  The system cannot update the EC Image Store with the IMG_TEXT data string because no matching record is found.
3.  The use case ends.

TEX0505784

Texas Department of Public Safety
Use Case Specification:  Perform ICS Inquiry



### 1.1.8   Data Source

#### 1.1.8.1   NDLS Image Capture Request to ICS (Driver License, ID,Occupational, Election Certificate related transactions)

| NDLS Data Dictionary Reference # | Data Field Name | Source | Required / Optional | Max Length | Business Rules/Description |
|---|---|---|---|---|---|
| 475 | Applicant Unique Identifier | DLS System | Required | 28 | A unique string assigned to each image capture request. |
| 51 | DL/ID/UNL or EC Number | DLS System | Required | 10 | If the image capture request is a part of a Driver License transaction only (Original DL, Renew DL, Duplicate DL or Modify DL only), then populate the DL/ID/UNL Number associated with driver license card undergoing the transaction.

Else, if the image capture request is part of an ID transaction only (Original ID, Renew ID, or Duplicate ID only), then populate the DL/ID/UNL Number associated with the ID card undergoing the transaction.

Else, if the image capture request is part of an Occupational License transaction, then populate the DL/ID/UNL Number associated with the Occupational card undergoing the transaction.

Else, if the image capture request is part of an Election Certificate transaction, then populate the Election Certificate Number with the election certificate card undergoing the transaction. |
| 540 | ICS License Type | DLS System | Required | | The value of ICS License Type = "D" for DL or License Type = "V" for Election Certificate, unless the person has Homebound = "Yes".  If person is marked as Homebound = "Yes", the value of ICS License Type = "H". |

7

TEX0505785

**Texas Department of Public Safety**
Use Case Specification:  Perform ICS Inquiry



| NDLS Data Dictionary Reference # | Data Field Name | Source | Required / Optional | Max Length | Business Rules/Description |
|---|---|---|---|---|---|
| 2 | Xn_Last Name | DLS System | Required | 40 | If the image capture request is a part of an Occupational transaction, then populate the Last Name from the person's basic record.<br><br>If the image capture request is a part of an Election Certificate transaction, then populate the Last Name from the Election Certificate record.  Else, populate the transactional data, (denoted by "Xn_" prefix) Xn_Last Name, associated with the transaction being conducted. |
| 3 | Xn_Middle Name | DLS System | Optional | 40 | If the image capture request is a part of an Occupational transaction, then populate the Middle Name from the person's basic record.<br><br>If the image capture request is a part of an Election Certificate transaction, then populate the Middle Name from the Election Certificate record.<br><br>Else, populate the transactional data, (denoted by "Xn_" prefix) Xn_Middle Name, associated with the transaction being conducted. |
| 1 | Xn_First Name | DLS System | Optional | 40 | If the image capture request is a part of an Occupational transaction, then populate the First Name from the person's basic record.<br><br>If the image capture request is a part of an Election Certificate transaction, then populate the First Name from the Election Certificate record.<br><br>Else, populate the transactional data, (denoted by "Xn_" prefix) Xn_First Name, associated with the transaction being conducted. |

8

TEX0505786

**Texas Department of Public Safety**
Use Case Specification:  Perform ICS Inquiry


DLS
Driver License System

| NDLS Data Dictionary Reference # | Data Field Name | Source | Required / Optional | Max Length | Business Rules/Description |
|---|---|---|---|---|---|
| 4 | Xn_Suffix | DLS System | Optional | 5 | If the image capture request is a part of an Occupational transaction, then populate the Suffix from the person's basic record.<br><br>If the image capture request is a part of an Election Certificate transaction, then populate the Suffix from the Election Certificate record.<br><br>Else, populate the transactional data, (denoted by "Xn_" prefix) Xn_Suffix, associated with the transaction being conducted. |
| 5 | Date of Birth | DLS System | Required | 10 | Populate the person's date of birth.<br><br>Format:  YYYY-MM-DD |
| 20 | Sex | DLS System | Required | 1 | Populate the Sex of the person.<br><br>M or F |
| 56 | Transaction Request Date and Time | DLS System | Required | 10 | Populate the current date and time. |
| 45 | Previous Portrait Image | DLS System | Optional | N/A | The most recently captured portrait image related to the DL/ID/UNL or EC Number that is populated in this image capture request will be sent.<br><br>If there is not an image associated with the DL/ID/UNL or EC Number populated in this request, then no previous portrait image will be sent. |
| 414 | Left Eye 'X' Coordinate | DLS System | Optional | 10 | If a Previous Portrait Image is included, then populate the Left Eye 'X' coordinate related to that portrait image.  Else, no coordinates will be populated. |

9

TEX0505787

Texas Department of Public Safety
Use Case Specification:  Perform ICS Inquiry



| NDLS Data Dictionary Reference # | Data Field Name | Source | Required / Optional | Max Length | Business Rules/Description |
|---|---|---|---|---|---|
| 414 | Left Eye 'Y' Coordinate | DLS System | Optional | 10 | If a Previous Portrait Image is included, then populate the Left Eye 'Y' coordinate related to that portrait image.  Else, no coordinates will be populated. |
| 414 | Right Eye 'X' Coordinate | DLS System | Optional | 10 | If a Previous Portrait Image is included, then populate the Right Eye 'X' coordinate related to that portrait image.  Else, no coordinates will be populated. |
| 414 | Right Eye 'Y' Coordinate | DLS System | Optional | 10 | If a Previous Portrait Image is included, then populate the Right Eye 'Y' coordinate related to that portrait image.  Else, no coordinates will be populated. |

1.1.8.2   **ICS Response to NDLS (Driver License, ID, Occupational, and Election Certificate related transactions)**

| Data Dictionary Reference # | Data Field Name | Source | Required / Optional | Max Length | Business Rules/Description |
|---|---|---|---|---|---|
| 475 | Applicant Unique Identifier | Secondary Actor | Required | 28 | |
| 51 | DL/ID/UNL or EC Number | Secondary Actor | Required | 10 | |
| 45 | New Portrait Image | Secondary Actor | Required only on Success (0) | N/A | The new portrait image captured by ICS. |
| 414 | Right Eye 'X' Coordinate | Secondary Actor | Required only on Success (0) | 10 | The right eye 'X' coordinate related to the new portrait image captured by ICS. |

TEX0505788

**Texas Department of Public Safety**
Use Case Specification: Perform ICS Inquiry



| Data Dictionary Reference # | Data Field Name | Source | Required / Optional | Max Length | Business Rules/Description |
|---|---|---|---|---|---|
| 414 | Right Eye 'Y' Coordinate | Secondary Actor | Required only on Success (0) | 10 | The right eye 'Y' coordinate related to the new portrait image captured by ICS. |
| 414 | Left Eye 'X' Coordinate | Secondary Actor | Required only on Success (0) | 10 | The left eye 'X' coordinate related to the new portrait image captured by ICS. |
| 414 | Left Eye 'Y' Coordinate | Secondary Actor | Required only on Success (0) | 10 | The left eye 'Y' coordinate related to the new portrait image captured by ICS. |
| 415 | Portrait Match Score | Secondary Actor | Required only on Success (0) | 8 | If Image is returned, Format: XX.XXXX (Ex: 74.4567) |
| 416 | Portrait Match Result | Secondary Actor | Required only on Success (0) | 1 | Indicates if a match can be determined between the Previous Portrait Image and the newly captured Portrait image.<br><br>Y or N |
| 48 | Signature Image | Secondary Actor | Required only on Success (0) | N/A | The new signature image captured by ICS. |
| 47 | Right Thumbprint Image | Secondary Actor | Required only on Success (0) AND Right Thumbprint Code NOT= F0 | N/A | The new right thumbprint image captured by ICS. |

11

TEX0505789

**Texas Department of Public Safety**
Use Case Specification:  Perform ICS Inquiry



| Data Dictionary Reference # | Data Field Name | Source | Required / Optional | Max Length | Business Rules/Description |
|---|---|---|---|---|---|
| 412 | Right Thumbprint Code | Secondary Actor | Required only on Success (0) | 20 | The code identifying which finger was used to capture the right thumbprint image.  Values include:<br><br>F1 = Right Thumbprint<br>F2 = Right Index<br>F3 = Right Middle<br>F4 = Right Ring<br>F5 = Right Little<br>F0 = No Hand |
| 46 | Left Thumbprint Image | Secondary Actor | Required only on Success (0) AND Left Thumbprint Code NOT= F0 | N/A | The new left thumbprint image captured by ICS. |
| 412 | Left Thumbprint Code | Secondary Actor | Required only on Success (0) | 20 | The code identifying which finger was used to capture the left thumbprint image.  Values include:<br><br>F6 = Left Thumbprint<br>F7 = Left Index<br>F8 = Left Middle<br>F9 = Left Ring<br>F10 = Left Little<br>F0 = No Hand |
| 417 | Portrait Match Overridden | Secondary Actor | Required only on Success (0) | 1 | Indicates if the 1:1 image mismatch occurs, did the technician perform an override in order to allow the issuance transaction to continue.<br><br>Y or N |

12

TEX0505790

Texas Department of Public Safety
Use Case Specification:  Perform ICS Inquiry



| Data Dictionary Reference # | Data Field Name | Source | Required / Optional | Max Length | Business Rules/Description |
|---|---|---|---|---|---|
| 545 | Flagged for Investigation | Secondary Actor | Required only on Success (0) | 1 | Indicates if the technician has flagged the image for investigation.<br><br>Y or N |
| 546 | Investigation Comment | Secondary Actor | Required only on Success (0) AND Flagged for Investigation = Y | 36 | The optional comment that the technician enters if they flag the image for investigation. |
| 400 | Camera Device Host Name | Secondary Actor | Required only on Success (0) | 20 | The value that identifies the Texas camera device that is connected to capture the new portrait image. |

## 1.1.8.3  NDLS Image Capture Request to ICS (Employee ID transactions)

| NDLS Data Dictionary Reference # | Data Field Name | Source | Required / Optional | Max Length | Business Rules/Description |
|---|---|---|---|---|---|
| 475 | Applicant Unique Identifier | DLS System | Required | 28 | A unique string assigned to each image capture request. |
| 51 | Employee ID Number | DLS System | Required | 10 | Populate the Employee ID Number associated with the transaction. |
| 540 | ICS License Type | DLS System | Required | | The value of ICS License Type = "E". |
| 2 | Employee Last Name | DLS System | Required | 40 | |
| 3 | Employee Middle Name | DLS System | Optional | 40 | |
| 1 | Employee First Name | DLS System | Optional | 40 | |
| 4 | Employee Suffix | DLS System | Optional | 5 | |

TEX0505791

**Texas Department of Public Safety**
Use Case Specification:  Perform ICS Inquiry



| NDLS Data Dictionary Reference # | Data Field Name | Source | Required / Optional | Max Length | Business Rules/Description |
|---|---|---|---|---|---|
| 56 | Transaction Request Date | DLS System | Required | 10 | Populate the current date.<br><br>Format:  YYYY-MM-DD |

### 1.1.8.4   ICS Response to NDLS (Employee ID transactions)

| Data Dictionary Reference # | Data Field Name | Source | Required / Optional | Max Length | Business Rules/Description |
|---|---|---|---|---|---|
| 475 | Applicant Unique Identifier | Secondary Actor | Required | 28 | |
| 51 | Employee ID Number | Secondary Actor | Required | 10 | |
| 45 | New Portrait Image | Secondary Actor | Required only on Success (0) | N/A | The new portrait image captured by ICS. |
| 400 | Camera Device Host Name | Secondary Actor | Required only on Success (0) | 20 | The value that identifies the Texas camera device that is connected to capture the new portrait image. |

### 1.1.8.5   Miscellaneous Data Fields

| Data Dictionary Reference # | Data Field Name | Source | Required / Optional | Record Previous State |
|---|---|---|---|---|

TEX0505792

**Texas Department of Public Safety**
Use Case Specification:  Perform ICS Inquiry



| Data Dictionary Reference # | Data Field Name | Source | Required / Optional | Record Previous State |
|---|---|---|---|---|
| 32 | Homebound | System | Required | No |
| 56 | Investigate Date | System | Optional | No |
| 90 | User ID | System | Required | No |
| 56 | Date Stamp | System | Required | No |
| 93 | Time Stamp | System | Required | No |
| 94 | Audit Transaction Type | System | Required | No |

TEX0505793

**Texas Department of Public Safety**
Use Case Specification:  Perform ICS Inquiry



### 1.1.9   Dependencies

Included within UCS Perform Issuance Transaction
Included within UCS Generate Occupational License
Included within UCS Submit Employee Identification Card Request
Included within UCS Assign Audit Number
Include UCS ICD Staging Database to Image Database and Image Plus.

TEX0505794

Texas Department of Public Safety
Use Case Specification:  Perform ICS Inquiry



### 1.1.10  Business Rules

1. If Flagged for Investigation = "Y", the system will save the images and image attributes (as received in the ICS response).
2. Images returned from Digimarc for DL, ID or Occupational related transactions will be saved in the Staging Image Store.
3. Portrait images returned from the Digimarc for Employee ID requests will be saved to the DLS Database.
4. DLS will save the images and data captured during capture in the staging image (for DL, ID, and Occupational related transactions) according to the rules below:

| Staging Table Name | Staging Column Name | Business Rules |
|---|---|---|
| STG_PIC | IMG_FOLDER_ID | Unique value populated in association with the transaction in which the image was captured. |
| STG_PIC | IMG_DL_NUM | DL/ID/UNL Number associated with the transaction being conducted. |
| STG_PIC | PORTRAIT_IMG | Save value = 1 to indicate new image format. |
| STG_PIC | R_EYE_X_COORD | Save value as returned from ICS. |
| STG_PIC | R_EYE_Y_COORD | Save value as returned from ICS. |
| STG_PIC | L_EYE_X_COORD | Save value as returned from ICS. |
| STG_PIC | L_EYE_Y_COORD | Save value as returned from ICS. |
| STG_PIC | PORTRAIT_MSCORE | Save value as returned from ICS. |
| STG_PIC | PORTRAIT_MRESULT | Save value as returned from ICS, Y or N, or Null. |
| STG_PIC | OVERRIDEN | Save value as returned from ICS, Y or N, or Null. |
| STG_PIC | INVEST_FLAGGED | Save value as returned from ICS, Y or N, or Null. |
| STG_PIC | INVEST_COMMENTS | Required only on if Flagged for Investigation = Y.  Save value as returned from ICS. |
| STG_PIC | CAMERA_HOST_NAME | Save value as returned from ICS. |
| STG_PIC | TRANS_STATUS | Populate value = -1 to indicate "Not Complete". |
| STG_PIC | ENROLLED | Do not populate a value. |
| STG_PIC | DATE_CAPTURED | Save the date/time associated with the portrait image capture. |
| STG_PIC | IVS_INVEST_FLAG | Do not populate a value. |
| STG_PIC | ARC_STATUS | Not used by DLS.  Do not populate a value. |
| STG_PIC | PORTRAIT_IMAGE | Save the portrait image as returned from ICS. |
| STG_SIG_TEXT | IMG_FOLDER_ID | Unique value populated in association with the transaction in which the image was captured. |
| STG_SIG_TEXT | IMG_DL_NUM | DL/ID/UNL Number returned from ICS in association with the image capture. |
| STG_SIG_TEXT | IMG_SIG | Save the signature image as returned from ICS. |
| STG_SIG_TEXT | IMG_TEXT | Do not populate a value in this field during image capture.  This string will be updated later after the audit number has been assigned. |

TEX0505795

**Texas Department of Public Safety**
Use Case Specification:  Perform ICS Inquiry



| Staging Table Name | Staging Column Name | Business Rules |
|---|---|---|
| STG_LTHUMB | IMG_FOLDER_ID | Unique value populated in association with the transaction in which the image was captured. |
| STG_LTHUMB | IMG_DL_NUM | DL/ID/UNL Number returned from ICS in association with the image capture. |
| STG_LTHUMB | L_TPRINT_CODE | Save code for Left Thumbprint as returned from ICS. |
| STG_LTHUMB | IMG_LTHUMB | Required if Left Thumbprint Code NOT= F0. If Left Thumbprint Code = F0, then there will not be a left print image to save. |
| STG_RTHUMB | IMG_FOLDER_ID | Unique value populated in association with the transaction in which the image was captured. |
| STG_RTHUMB | IMG_DL_NUM | DL/ID/UNL Number returned from ICS in association with the image capture. |
| STG_RTHUMB | L_RPRINT_CODE | Save code for Right Thumbprint as returned from ICS. |
| STG_RTHUMB | IMG_RTHUMB | Required if Right Thumbprint Code NOT= F0. If Right Thumbprint Code = F0, then there will not be a left print image to save. |
| STG_META | IMG_FOLDER_ID | Unique value populated in association with the transaction in which the image was captured. |
| STG_META | IMG_DL_NUM | DL/ID/UNL Number returned from ICS in association with the image capture. |
| STG_META | IMG_METADATA | Save fingerprint minutiae if returned from ICS. |

### 1.1.11  Field Validation Rules

None

### 1.1.12  Assumptions

1. If the Digimarc ICS is unable to interpret the ICS results from the inquiry, then the capability to disregard the ICS results will exist in ICS.
2. If a Homebound record is passed in the ICS file, Digimarc will provide the ability to upload an image so that it can be applied to the record and returned to NDLS.  This will not change the application flow as described in UCS Perform Issuance Transaction. NDLS will still continue to make a request to Digimarc and receive images during the transaction.
3. Web services will be utilized for success and error messages between BE and ICS.
4. There will not be a signature image or thumbprint images captured for employee ID cards.  The portrait image will be the only image captured for these requests.

### 1.1.13  Open Issues

None

TEX0505796

Texas Department of Public Safety
Use Case Specification:  Perform ICS Inquiry



## 1.1.14  Appendix A – Rules for assigning the IMG_TEXT string in the Staging or EC Image Store

IMG_TEXT string format:  The table below defines the format of the IMG_TEXT string that will be populated in the STG_SIG_TEXT table or EC image store.
The IMG_TEXT field stores a string of information that is associated with the card that will eventually be produced by the card production vendor.  All data below
will be written to the string in all uppercase characters.

| DLS Reference Number | DLS Field Name | Length | Required / Optional | Business Rules |
|---|---|---|---|---|
| 51 | DL/ID/UNL or ECNumber | 10 | Required | For Card Types = DL or ID or EC, populate the DL/ID/UNL or EC Number associated with the card that underwent the transaction.<br><br>For Card Types = Occupational, the system will populate the DL/ID/UNL Number associated with the person's driver license card.  If the person does not have a driver license number, then the system will populate the DL/ID/UNL Number associated with the Occupational card.<br><br>Left justify the data and right fill with spaces if less than 10. |
| 61 | Audit Number | 20 | Optional | Populate the Audit Number which is currently assigned to the card that is associated with the transaction. |

TEX0505797

**Texas Department of Public Safety**
Use Case Specification:  Perform ICS Inquiry



| DLS Reference Number | DLS Field Name | Length | Required / Optional | Business Rules |
|---|---|---|---|---|
| 549 | CPS License Type | 1 | Required | I = Identification Card<br>O = Occupational Card<br>C = Commercial Driver License (If Driver License and License Type = CDL AND Temp Non-Resident CDL = No AND Non-Resident CDL = No)<br><br>T = Temp Non-Resident Commercial Driver License (If Driver License and License Type = CDL AND Temp Non-Resident CDL = Yes)<br><br>N = Non-Resident Commercial Driver License (If Driver License and License Type = CDL AND Non-Resident CDL = Yes)<br><br>L = Learners (If Driver License and License Type = DL and Classifier = Learner's)<br><br>P = Provisional (If Driver License and License Type = DL and Classifier = Provisional or Hardship)<br><br>D = Driver License (If Driver License and License Type = DL and Classifier = Regular)<br><br>V = Election Certificate |
| 56 | Issue Date | 10 | Required | Populate the Issue Date which is currently assigned to the card that is associated with the transaction.  For Occupational transactions this will be the Occupational License Issue Date.  For all other transactions this will be the Issue Date associated with the ID or DL.<br><br>Format = YYYY-MM-DD |
| 2 | Last Name | 28 | Required | Populate the Last Name of the person.  If Last Name contains "~N", then it will be replaced and sent in the file with the ~ over the N. Truncate any data after 28 positions. |

TEX0505798

**Texas Department of Public Safety**
Use Case Specification:  Perform ICS Inquiry



| DLS Reference Number | DLS Field Name | Length | Required / Optional | Business Rules |
|---|---|---|---|---|
| 1, 3, 4 | Card Secondary Name | 28 | Optional | Populate the First Name, Middle Name and Suffix, each separated by a space.  If any value of the above is blank, then ignore it.  Truncate any data after 28 positions.<br><br>If Secondary Name contains "~N", then it will be replaced and sent in the file with the ~ over the N.<br><br>**Examples:**<br>Ex:  "JOE TYRONE IV" (all names present)<br>Ex:  "JOE IV" (example without middle name)<br>Ex:  "TYRONE IV" (example without first name)<br>Ex:  "JOE TYRONE" (example without suffix) |
|  | Address Street | 40 | Required | Populate based on the following rules:<br><br>If Card Type = DL AND License Type = DL, then populate Physical Street Address Line 1. If there is Physical Address Line 2 data to populate, Address Line 1 and 2 values will be separated by a space. Any data in the string exceeding 40 in length will be truncated.<br><br>If Card Type = DL AND License Type = CDL, then populate Mailing Street Address Line 1.  If there is Mailing Address Line 2 data to populate, Address Line 1 and 2 values will be separated by a space. Any data in the string exceeding 40 in length will be truncated.<br><br>IF Card Type = ID, EC, or Occupational, then populate Physical Street Address Line 1.  If there is Physical Address Line 2 data to populate, Address Line 1 and 2 values will be separated by a space.  Any data in the string exceeding 40 in length will be truncated.<br><br>Left justify the data and right fill with spaces if less than 40. |

21

TEX0505799

**Texas Department of Public Safety**
Use Case Specification:  Perform ICS Inquiry



| DLS Reference Number | DLS Field Name | Length | Required / Optional | Business Rules |
|---|---|---|---|---|
| | Address City | 28 | Required | Populate based on the following rules:<br><br>If Card Type = DL AND License Type = DL, then populate Physical Address City.<br><br>If Card Type = DL AND License Type = CDL, then populate Mailing Address City.<br><br>IF Card Type = ID, EC, or Occupational, then populate Physical Address City.<br><br>Left justify the data and right fill with spaces if less than 28 |
| | Address State | 2 | Required | Populate based on the following rules:<br><br>If Card Type = DL AND License Type = DL, then populate Physical Address State.<br><br>If Card Type = DL AND License Type = CDL, then populate Mailing Address State.<br><br>IF Card Type = ID, EC, or Occupational, then populate Physical Address State. |

TEX0505800

Texas Department of Public Safety
Use Case Specification:  Perform ICS Inquiry



| DLS Reference Number | DLS Field Name | Length | Required / Optional | Business Rules |
|---|---|---|---|---|
| | Address Zip Code | 10 | Required | Populate based on the following rules: |
| | | | | If Card Type = DL AND License Type = DL, then populate Physical Address Zip Code + Physical Address Zip Code Extension. |
| | | | | If Card Type = DL AND License Type = CDL, then populate Mailing Address Zip Code + Mailing Address Zip Code Extension. |
| | | | | IF Card Type = ID, EC, or Occupational, then populate Physical Address Zip Code + Physical Address Zip Code Extension. |
| | | | | Left justify and right fill with spaces if less than 10 |
| | | | | Format example:  12345-1234 |
| | Restriction Codes | 19 | Optional | Populate the restriction codes associated with the card requested for production separated by a comma (no spaces) |
| | | | | Can only populate 5 restrictions for printing inclusive of any "P" restrictions. |
| | | | | If one or more P1 – P32 restriction code exists, then only populate **one** value of "P" in place of those.  (As opposed to the full restriction code "P22").  Example:  If A, B, P22 and P32 exist, then the following will be populated:  A,B,P |
| | | | | The order of the restrictions will be alphabetical, except for the P, which if required, will be at the end of the string. |
| | | | | If value of "P" needs to be included, then it must be the last character in the restriction codes string.  (A,B,P as opposed to P,A,B) |
| | | | | Ex:  A,B,P |

23

TEX0505801

**Texas Department of Public Safety**
Use Case Specification:  Perform ICS Inquiry



DLS
Driver License System

| DLS Reference Number | DLS Field Name | Length | Required / Optional | Business Rules |
|---|---|---|---|---|
| | Restriction Text | 300 | Optional | For each restriction presently associated with the card being requested for production, the system will populate the restriction text associated with them in one string based on the rules below.<br><br>• **Rules for Non-P restriction string:**<br>  ○ For each restriction code not containing a "P", the system will assign the following data sub-string:<br>    <Restriction Code value> + "-" + <Restriction Name value> + "."<br>    EX: "A - With corrective lenses."<br><br>• **Rules for P restriction string:**<br>  ○ For each restriction code containing a "P", the system will sort (ascending) the restriction text based on the P number in the restriction code 1 – 32.<br>  ○ The system will assign the following data sub-string if there are a number of P restrictions, with only one "P" code at the beginning of the string:<br>    "P - " + <P Restriction Name 1> + "," + <P Restriction Name 2> + "," … + <P Restriction Name n><br>    (example for n = 1 P restriction "P3":<br>    "P – To/from work"<br>    Example for n = 3 P restrictions: P1, P3, and P8:<br>    "P – For Class M: IWG-54b 424 until 02/02/11; To/from work; With telescopic lens"<br><br>• **Rules for the Total Restriction Text String:**<br>  The non-P restriction sub-strings will be concatenated together in alphabetical order based on restriction code and then directly followed by the P restriction sub-string. The last restriction name populated in the full string will **not** be followed with a semi-colon ";".<br><br>    For example, if the following restriction codes were on the record, the system will populate this area of the IMG_TEXT string as follows (if restriction codes A, E, W, P23, P30 exist):<br><br>    Non-P String =<br>    "A - With corrective lenses; B - LOFS 21 or over; W - Power steering;"<br><br>    +<br><br>    P string =<br>    "P – If CMV, custom-harvesting intrastate; FRSI CDL 01/03/08–06/03/08 or exmpt A vh"<br><br>    =<br><br>    Final Restriction Text String<br>    "A - With corrective lenses; B - LOFS 21 or over; W - Power steering; P – If CMV, custom-harvesting interstate; FRSI CDL 01/03/08–06/03/08 or exmpt A vh"<br><br>    If no P restrictions exist on the record, there will not be a P sub-string to populate.<br><br>    For example, if the following restriction codes were on the record, the system will this area of the IMG_TEXT string as follows (if restriction codes A and B exist): "A - With corrective lenses; B - LOFS 21 or over"<br><br>    The variable data will be included in the sub-strings for the F, G, P1, P27, P28, P29, P30, and P32 restriction codes.  (The fields in <> refer specifically to data that will be inserted within the restriction name value.) |
| | Endorsement Codes | 7 | Optional | Populate the endorsement codes associated with card separated by a comma. (no spaces)  If H and N reside on the card, then populate an X in their place.<br><br>Left justify the data and right fill with spaces if less than 7.<br>No more than 4 Endorsement codes may be populated.<br><br>Ex:  P,S,T,H |

TEX0505802

**Texas Department of Public Safety**
Use Case Specification:  Perform ICS Inquiry



| DLS Reference Number | DLS Field Name | Length | Required / Optional | Business Rules |
|---|---|---|---|---|
| | Communication Impediment | 1 | Required | Populate value for Communication Impediment:<br><br>Y = Yes<br>N = No<br><br>Will be 'No' for Election Certificate. |
| | Height | 4 | Required | Populate value for Height:<br><br>Format is feet and inches, separated by a hyphen.  Ex:  "5-09" |
| | Sex | 1 | Required | Populate value for Sex:<br><br>Male = Male<br>Female = Female |
| | Eye Color | 3 | Required | Populate value for Eye Color:<br><br>BLU = Blue<br>BRO = Brown<br>GRY = Grey<br>BLK = Black<br>MAR = MAR<br>PNK = Pink<br>HAZ = Hazel<br>GRN = Green |
| | Organ Donor | 1 | Required | Populate the value of Organ Donor:<br><br>Y = Yes<br>N = No<br><br>Will be 'N' for EC. |

25

TEX0505803

**Texas Department of Public Safety**
Use Case Specification:  Perform ICS Inquiry


DLS
Driver License System

| DLS Reference Number | DLS Field Name | Length | Required / Optional | Business Rules |
|---|---|---|---|---|
| | Date of Birth | 10 | Required | Populate the value of Date of Birth:<br><br>Format = YYYY-MM-DD |
| | Expiration Date | 10 | Optional | Populate the expiration date associated with the card associated with the transaction. Format  = MM/DD/YYYY |
| | Under 21 | 1 | Required | If ((Current Date + 30 days) – DOB) < 21 years, then populate value = Y.<br>Else, populate value of N.  Also populate 'N' for EC. |
| | Date to be 21 if Under 21 | 10 | Optional | If Under 21 = "Y", then calculate the date on which the person will turn 21 (DOB + 21 years).<br>Else, leave blank.<br><br>If not a leap year and Date to be 21 if Under 21 = "02/29/YYYY", then populate date of = "02/28/YYYY"<br><br>Format = YYYY-MM-DD |

TEX0505804

**Texas Department of Public Safety**
Use Case Specification:  Perform ICS Inquiry


DLS
Driver License System

| DLS Reference Number | DLS Field Name | Length | Required / Optional | Business Rules |
|---|---|---|---|---|
| | License Class | 2 | Required | Populate the value associated with the card for License Class.<br>If ID card then populate value of I.<br>If Occ, populate value of O.<br>If EC, populate value of V.<br>Left justify the data and fill right with spaces if less than 2.<br><br>A<br>B<br>C<br>M<br>AM<br>BM<br>CM<br>I<br>O<br>V |
| 602 | Residency Status | 1 | Required | If Limited Term = Yes, then populate a value of "Y".<br>If Limited Term = No, then populate a value of "N".<br>Else, populate a value of "U". |
| 56 | Residency Expiration Date | 10 | Conditional | If Limited Term = Yes, then Residency Expiration Date value is required and the system will populate the value of Temporary Visitor Expiration Date.  If Limited Term = No, null (unknown), then the system will omit this data from the string.<br>Format = YYYY-MM-DD |

27

TEX0505805