

# USE CASE SPECIFICATION:
# VIEW ELECTION CERTIFICATE RECORD

Texas Department of Public Safety

September 13, 2013

Version 1.0

2:13-cv-193
09/02/2014
**DEF1436**

TEX0505806

**Texas Department of Public Safety**
Use Case Specification:  View Election Certificate Record



## REVISION HISTORY

| Date | Version | Description | Author |
|---|---|---|---|
| 10/23/2011 | 0.1 | Initial use case per DLS-792 for Election Certificate functionality | Chad Miller |
| 09/13/2013 | 1.0 | Updated use case per DLS-2407 to add Home Bound indicator | Rebecca Roberts |

TEX0505807

**Texas Department of Public Safety**
Use Case Specification: View Election Certificate Record



# TABLE OF CONTENTS

1.1   Use Case: View Election Certificate Record ................................................................................ 1
  1.1.1   Brief Description ............................................................................................................. 1
  1.1.2   Actors ............................................................................................................................. 1
  1.1.3   PreConditions ................................................................................................................ 1
  1.1.4   PostConditions .............................................................................................................. 1
  1.1.5   Basic Flow ..................................................................................................................... 1
  1.1.6   Alternative Flows ........................................................................................................... 2
  1.1.7   Exception Flows ............................................................................................................ 2
  1.1.8   Data Source .................................................................................................................. 2
  1.1.9   Dependencies ............................................................................................................... 3
  1.1.10    Business Rules .......................................................................................................... 4
  1.1.11    Field Validation Rules ................................................................................................ 4
  1.1.12    Assumptions .............................................................................................................. 4
  1.1.13    Open Issues ............................................................................................................... 4

TEX0505808

**Texas Department of Public Safety**
Use Case Specification: View Election Certificate Record



## 1.1 Use Case: View Election Certificate Record

### 1.1.1 Brief Description

This use case contains the functional requirements for an authorized user to view an election certificate and its attributes. After performing a search for an election certificate and selecting a single record, this view will display the current information associated with the election certificate record.

### 1.1.2 Actors

#### 1.1.2.1 Primary Actor
Refer to UCS Login to System: Actor Function Matrix

### 1.1.3 PreConditions

1.1.3.1 An election certificate record exists
1.1.3.2 The primary actor has completed an election certificate record search and is viewing the search results.

### 1.1.4 PostConditions

1.1.4.1 The system displays the election certificate data for the record selected.

### 1.1.5 Basic Flow

#### 1.1.5.1 Basic Steps

1. The primary actor selects an election certificate record to view.
2. The system displays the following information related to the selected election certificate record:

    i. EC Number
    ii. EC Expiration Date
    iii. EC Issue Date
    iv. Original Issue Date
    v. Audit Number
    vi. Last Name
    vii. First Name
    viii. No First Name
    ix. Middle Name
    x. Suffix
    xi. Date of Birth
    xii. Age
    xiii. Social Security Number
    xiv. Sex
    xv. Eye Color
    xvi. Hair Color
    xvii. Race
    xviii. Height
    xix. Weight
    xx. US Citizen
    xxi. Voter Registration
    xxii. Home Bound

TEX0505809

**Texas Department of Public Safety**
Use Case Specification:  View Election Certificate Record



      xxiii.  EC Portrait Image
      xxiv.  EC Physical Address Info

          1. Street Address 1
          2. Street Address 2
          3. City
          4. State
          5. Zip Code
          6. Zip Code Extension
          7. County
          8. Country

      xxv. EC Mailing Address Info

          1. Street Address 1
          2. Street Address 2
          3. City
          4. State
          5. Zip Code
          6. Zip Code Extension
          7. Country

      xxvi.  Record Creation Date

3. The use case ends.

## 1.1.6 Alternative Flows
None

## 1.1.7 Exception Flows
None

## 1.1.8 Data Source

| Reference Number | Field Name | Source | Required/Optional/Display |
|---|---|---|---|
|  | **EC Card Information** |  |  |
| 51 | EC Number | System | Display |
| 56 | Expiration Date | System | Display |
| 56 | Issue Date | System | Display |
| 56 | Original Issue Date | System | Display |
| 61 | Audit Number | System | Display |
|  | **Basic Customer Information** |  |  |
| 1 | First Name | System | Display |
| 239 | No First Name | System | Display |
| 3 | Middle Name | System | Display |
| 2 | Last Name | System | Display |

TEX0505810

Texas Department of Public Safety
Use Case Specification:  View Election Certificate Record



| Reference Number | Field Name | Source | Required/Optional/ Display |
|---|---|---|---|
| 4 | Suffix | System | Display |
| 7 | Social Security Number | System | Display |
| 5 | Date of Birth | System | Display |
| 6 | Age | System | Display |
|  | **Physical Address Information** |  | Display |
| 9 | Physical Street Address 1 | System | Display |
| 10 | Physical Street Address 2 | System | Display |
| 11 | Physical City | System | Display |
| 12 | Physical State | System | Display |
| 13 | Physical Zip Code | System | Display |
| 14 | Physical Zip Code Extension | System | Display |
| 15 | Physical County | System | Display |
| 16 | Physical Country | System | Display |
|  | **Mailing Address Information** |  |  |
| 9 | Mailing Street Address 1 | System | Display |
| 10 | Mailing Street Address 2 | System | Display |
| 11 | Mailing City | System | Display |
| 12 | Mailing State | System | Display |
| 13 | Mailing Zip Code | System | Display |
| 14 | Mailing Zip Code Extension | System | Display |
| 16 | Mailing Country | System | Display |
|  | **Physical Description Information** |  |  |
| 20 | Sex | System |  |
| 21 | Eye Color | System | Display |
| 22 | Hair Color | System | Display |
| 23 | Race | System | Display |
| 24 | Height | System | Display |
| 25 | Weight | System | Display |
|  | **Other Information** |  |  |
| 26 | US Citizen | System | Display |
| 32 | Home Bound | System | Display |
| 33 | Voter Registration | System | Display |
|  | **Record Information** | System | Display |
| 56 | Record Creation Date | System | Display |

## 1.1.9  Dependencies

Succeed UCS Search for Election Certificate Record
Precede UCS Edit Election Certificate Record
Precede UCS Remake Election Certificate

3

**Texas Department of Public Safety**
Use Case Specification: View Election Certificate Record



### 1.1.10 Business Rules
None

### 1.1.11 Field Validation Rules
None

### 1.1.12 Assumptions
None

### 1.1.13 Open Issues
None

TEX0505812