

## USE CASE SPECIFICATION: ISSUE ELECTION CERTIFICATE

Texas Department of Public Safety
September 13, 2013

Version 1.0

2:13-cv-193
09/02/2014
**DEF1437**

TEX0505813

**Texas Department of Public Safety**
Use Case Specification:  Issue Election Certificate



## REVISION HISTORY

| Date | Version | Description | Author |
| --- | --- | --- | --- |
| 10/21/2011 | 0.1 | Initial Draft | Karen Morris |
| 11/04/2011 | 0.2 | Updated 1.1.8.1 to include audit number and EC number | Karen Morris |
| 11/21/2011 | 0.3 | Updated 1.1.5.1, rules 12 and 13 to clarify that the user (not the system) will be scanning the documents | Karen Morris |
| 11/22/2011 | 0.4 | Removed 'age' field from display in 1.1.8.1 Data Source. | Karen Morris |
| 12/1/2011 | 0.5 | Added exit back to View EC screen at end of basic flow | Karen Morris |
| 09/13/2013 | 1.0 | Updated per DLS-2407 to use Home Bound indicator for Election Certificates | Rebecca Roberts |

TEX0505814

**Texas Department of Public Safety**
Use Case Specification: Issue Election Certificate



# TABLE OF CONTENTS

1.1   Use Case: Issue Election Certificate .................................................................................. 1
  1.1.1   Brief Description ........................................................................................................ 1
  1.1.2   Actors ........................................................................................................................ 1
  1.1.3   PreConditions ............................................................................................................ 1
  1.1.4   PostConditions .......................................................................................................... 1
  1.1.5   Basic Flow ................................................................................................................. 1
  1.1.6   Alternative Flows ....................................................................................................... 3
  1.1.7   Exception Flows ........................................................................................................ 4
  1.1.8   Data Source ............................................................................................................... 4
  1.1.9   Dependencies ............................................................................................................ 5
  1.1.10    Business Rules ...................................................................................................... 6
  1.1.11    Field Validation Rules ............................................................................................ 6
  1.1.12    Assumptions .......................................................................................................... 7
  1.1.13    Open Issues ........................................................................................................... 7

TEX0505815

**Texas Department of Public Safety**
Use Case Specification:  Issue Election Certificate


Driver License System

## 1.1 Use Case: Issue Election Certificate

### 1.1.1 Brief Description

Customers can be processed for Election Certificate (EC) cards in a field office.  This use case details the steps and rules associated with processing a Transaction Type = Issue Election Certificate.  This process begins when a customer applies for an EC, and ends when the transaction status is "License Production Pending" or "Images Pending" or "Cancelled".

### 1.1.2 Actors

#### 1.1.2.1 Primary Actor
Issuance Technician

### 1.1.3 PreConditions

1.1.3.1   The customer has been deemed eligible for an EC as determined by the Issuance Technician.

### 1.1.4 PostConditions

1.1.4.1   The Transaction Status = "License Production Pending" or "Images Pending" or  "Cancelled"

### 1.1.5 Basic Flow

#### 1.1.5.1 Basic Steps

1. The Primary Actor selects to Issue Election Certificate.
2. An EC record has NOT been created in the system (no search results were found during search or the Primary Actor selected to create a new EC record because they determined Search results returned did not belong to the individual). **(A-1)**
3. The Primary Actor enters the following Basic information for the EC record:
    i. First Name
    ii. No First Name
    iii. Middle Name
    iv. Last Name
    v. Suffix
    vi. Social Security Number
    vii. Date of Birth
4. The Primary Actor enters Physical and Mailing Address Information:
    i. Physical Street Address 1
    ii. Physical Street Address 2
    iii. Physical City
    iv. Physical State
    v. Physical Zip Code
    vi. Physical Zip Code Extension
    vii. Physical County
    viii. Physical Country
    ix. Mailing Street Address 1
    x. Mailing Street Address 2
    xi. Mailing City
    xii. Mailing State

TEX0505816

**Texas Department of Public Safety**
Use Case Specification: Issue Election Certificate


Driver License System

       xiii. Mailing Zip Code
       xiv. Mailing Zip Code Extension
       xv. Mailing Country
5. The Primary Actor enters in Physical Description information:
       i. Sex
       ii. Eye Color
       iii. Hair Color
       iv. Race
       v. Height
       vi. Weight
6. The Primary Actor enters in Other information:
       i. US Citizen
       ii. Voter Registration
           1. Election Judge
           2. Voter Status
       iii. Home Bound

7. The Primary Actor submits the information to the system.
8. The system creates the EC record and assigns the following information:
       i. Record Creation Date = Current System Date
       ii. Record Creation Time = Current System Time
9. The system assigns the following information for the transaction:
       i. Transaction Type = "Issue Election Certificate"
       ii. Transaction Status = "Images Pending"
       iii. Application Date = Current System Date
       iv. Application Time = Current System Time
       v. User ID
       vi. Location
       vii. Request Method = "FIELD"
10. The system prompts the Primary Actor to provide the applicant's Photo and Signature and, if Election Certificate is not designated Homebound, the applicant's Thumbprints. *Include UCS Perform ICS Inquiry.*
11. The system prompts the user to scan all identification documents.
12. The Primary Actor scans the documents.
13. The system associates the documents with the EC record.
14. The system assigns the following information for the EC transaction:
       i. Transaction Status = "Completed"
       ii. Location (Office location where transaction was completed)
       iii. User ID (user who completed the transaction)
       iv. Issue Date = Current System Date
       v. Issue Time = Current System Time
       vi. Request Method = "FIELD"
15. The system calculates the expiration date:
       i. If the person is 70 years of age or greater, the expiration date is indefinite
       ii. If the person is less than 70 years of age, the expiration date is 6 years from the person's next birthday
16. The system assigns an audit number to the card. *Include UCS Assign Audit Number.*
17. The system generates Election Certificate transaction receipt. *Include UCS Generate Transaction Receipt, Alternate flow A-9.*
18. The system assigns the following information for the Election Certificate transaction:
       i. Transaction Status = "License Production Pending"

**Texas Department of Public Safety**
Use Case Specification:  Issue Election Certificate



                              Driver License System

19. The system records the following data to the Audit Trail:
    i. User ID
    ii. Date Stamp
    iii. Time Stamp
    iv. EC Number
    v. Audit Transaction Type = "Issue Election Certificate"
20. The system returns to view EC.
21. The use case ends.

### 1.1.6  Alternative Flows

#### 1.1.6.1  (A-1) An EC Record exists and the card is being reissued

1. An EC record has already been created in the system, the Customer holds an EC, and the card is being reissued.
2. The Issuance Technician determines the person is eligible for a new card (e.g., lost card).
3. The system displays the following information related to the election certificate :
    i. EC Number
    ii. EC Expiration Date
    iii. Last Name
    iv. First Name
    v. No First Name
    vi. Middle Name
    vii. Suffix
    viii. Date of Birth
    ix. Social Security Number
    x. Sex
    xi. Eye Color
    xii. Hair Color
    xiii. Race
    xiv. Height
    xv. Weight
    xvi. US Citizen
    xvii. Voter Registration
        1. Election Judge
        2. Voter Status
    xviii. Home Bound
    xix. EC Physical Address Info

        1. Street Address 1
        2. Street Address 2
        3. City
        4. State
        5. Zip Code
        6. Zip Code Extension
        7. County
        8. Country

    xx. EC Mailing Address Info

        1. Street Address 1

TEX0505818

**Texas Department of Public Safety**
Use Case Specification:  Issue Election Certificate


Driver License System

        2. Street Address 2
        3. City
        4. State
        5. Zip Code
        6. Zip Code Extension
        7. Country

4. The user edits the information (if needed) and submits.  Note: Only those fields that are listed in 1.1.8.1 Original Data Source as being required or optional can be edited.
5. Resume at Step 9 of 1.1.5.1 Basic Flow.

### 1.1.7 Exception Flows

None

### 1.1.8 Data Source

### 1.1.8.1 Original Data Source

| Reference Number | Field | Source | Required/Optional /Display | Field Validation | Record Previous State |
|---|---|---|---|---|---|
| | **Transaction Information** | | | | |
| 68 | Transaction Type | System | Display | | No |
| 69 | Transaction Status | System | Display | | No |
| 56 | Application Date | System | Display | | No |
| 93 | Application Time | System | Display | | No |
| 90 | User ID | System | Display | | No |
| 88 | Location | System | Display | | No |
| 599 | Request Method | System | Required | | No |
| | **Basic Customer Information** | | | | |
| 1 | First Name | Actor | Optional | 1, 7 | Yes |
| 239 | No First Name | Actor | Optional | 2 | Yes |
| 3 | Middle Name | Actor | Optional | 7 | Yes |
| 2 | Last Name | Actor | Required | 7 | Yes |
| 4 | Suffix | Actor | Optional | | Yes |
| 7 | Social Security Number | Actor | Optional | | Yes |
| 5 | Date of Birth | Actor | Required | | Yes |
| | **Physical Address Information** | | | | |
| 9 | Physical Street Address 1 | Actor | Required | | Yes |
| 10 | Physical Street Address 2 | Actor | Optional | | Yes |
| 11 | Physical City | Actor | Required | | Yes |
| 12 | Physical State | Actor | Required | 3 | Yes |
| 13 | Physical Zip Code | Actor | Required | | Yes |
| 14 | Physical Zip Code Extension | Actor | Optional | | Yes |
| 15 | Physical County | Actor | Required | 3 | Yes |

TEX0505819

Texas Department of Public Safety
Use Case Specification:  Issue Election Certificate


Driver License System

| Reference Number | Field | Source | Required/Optional/Display | Field Validation | Record Previous State |
|---|---|---|---|---|---|
| 16 | Physical Country | Actor | Required | 6 | Yes |
| | **Mailing Address Information** | | | | |
| 9 | Mailing Street Address 1 | Actor | Required | | Yes |
| 10 | Mailing Street Address 2 | Actor | Optional | | Yes |
| 11 | Mailing City | Actor | Required | | Yes |
| 12 | Mailing State | Actor | Required | | Yes |
| 13 | Mailing Zip Code | Actor | Required | | Yes |
| 14 | Mailing Zip Code Extension | Actor | Optional | | Yes |
| 16 | Mailing Country | Actor | Required | 4 | Yes |
| | **Physical Description Information** | | | | |
| 20 | Sex | Actor | Required | 5 | Yes |
| 21 | Eye Color | Actor | Required | | Yes |
| 22 | Hair Color | Actor | Required | | Yes |
| 23 | Race | Actor | Required | | Yes |
| 24 | Height | Actor | Required | | Yes |
| 25 | Weight | Actor | Required | | Yes |
| | **Other Information** | | | | |
| 26 | US Citizen | Actor | Required | 10 | Yes |
| 33 | Voter Registration | Actor | Required | 8 | Yes |
| 247 | Election Judge | Actor | Conditional | 13 | |
| 246 | Voter Status | Actor | Conditional | 12 | |
| 32 | Home Bound | Actor | Optional | 14 | Yes |
| | **Record Information** | | | | |
| 56 | Record Creation Date | System | Required | | Yes |
| 93 | Record Creation Time | System | Required | | Yes |
| | **EC Card Information** | | | | |
| 234 | Card Type | System | Display | | Yes |
| 56 | Original Issue Date | System | Display | | Yes |
| 56 | Issue Date | System | Display | | Yes |
| 56 | Expiration Date | System | Display | | Yes |
| 51 | EC Number | System | Display | | No |
| 61 | Audit Number | System | Display | | No |
| | **Audit Info** | | | | |
| 90 | User ID | System | Display | | No |
| 56 | Date Stamp | System | Display | | No |
| 93 | Time Stamp | System | Display | | No |
| 94 | Audit Transaction Type | System | Display | | No |

1.1.9   Dependencies

Include UCS Search for Election Certificate Record
Include UCS Perform ICS Inquiry

5

TEX0505820

**Texas Department of Public Safety**
Use Case Specification: Issue Election Certificate



Driver License System

Include UCS Assign Audit Number
Include UCS Generate Transaction Receipt

### 1.1.10 Business Rules

1. If the EC record is being created (for the first time) as a part of the Issue EC transaction, the system will pre-populate the values entered as the search criteria and those fields cannot be edited during the transaction. (only pre-populate First Name, Middle Name, Last Name, Date of Birth, and/or Social Security Number from search **if entered**).

2. If the customer was already present prior to the Original EC transaction being initiated, the system will allow the basic information to be edited as shown in the data source table. When an EC is being reissued, the name fields can be changed.

    **For example**: If Primary Actor enters First Name = "Joe", Last Name = "Smith" and Date of Birth = "02/23/1967" as search criteria (in UCS Perform Issuance Transaction), and no record was found, upon initiation of the Original EC transaction, the system will pre-populate those fields and those fields cannot be edited during the transaction.

3. The customer's Age will be calculated and displayed based on the difference between the Current System Date and the Date of Birth. The customer's age must be a minimum of 17 years 10 months.
4. If Voter Registration = "Yes", the following information must be provided:
    i. Voter Status
    ii. Election Judge
5. If Voter Registration = "Yes", the system will update the Voter Registration Status = "Ready for SOS Batch File".
6. If a transaction is cancelled by the user the system will set the transaction status = "Cancelled". If a transaction is cancelled, the issue and expiration dates will be null.
7. When an EC is being reissued, the EC Number will not change.

### 1.1.11 Field Validation Rules

1. If No First Name = "Yes", then First Name is not required. First Name will be null.
2. When creating a customer record, the Default value for No First Name = "No".
3. Physical State must = "TX"; physical county must be populated.
4. The default value for Country = "US"
5. The values for Sex that should be allowed are only Male or Female only. A value of "Unknown" will not be allowed to be entered during this process.
6. Physical Country must = "US".
7. If the "~" (enya) character is present in the First, Middle, or Last Name fields, an "N" or "n" value must directly follow it. (Ex: "~N" or "~n")
8. Voter Registration must be 'Yes' or 'No'.
9. The person's age must be at least 17 years 10 months. This is calculated by current age + 2 calendar months must = 18 or more years of age. The system will not allow the actor to proceed with this transaction if the applicant's age is less than 17 years 10 months.
10. US Citizen must = Yes. The system will not allow the actor to proceed with this transaction if the value for US Citizen ≠ Yes.
11. Mailing address can be out-of-state.
12. Valid values for Voter Status are:
    a. "New"
    b. "Change"

TEX0505821

Texas Department of Public Safety
Use Case Specification:  Issue Election Certificate



Driver License System

         c. "Replacement"
13. Valid values for Election Judge are "Yes" or "No".
14. The default value for Home Bound="No".

## 1.1.12 Assumptions

1. If Mailing Country is not "US", then all zeros will be entered for Mailing Zip Code.

## 1.1.13 Open Issues

None

TEX0505822