| | |
|---|---|
| **From:** | Vinger, Tom |
| **To:** | Buster, Marguerite |
| **Sent:** | 1/6/2012 4:37:47 PM |
| **Subject:** | RE: Voter ID |

Rebecca responded and I talked with Stephen, so I am good!

---

**From:** Davio, Rebecca
**Sent:** Friday, January 06, 2012 4:27 PM
**To:** Vinger, Tom
**Cc:** Arriaga, Amanda; Terry, Michael; Watkins, Paul; Adkins, Phillip
**Subject:** Re: Voter ID

My proposed language:


The Legislature approved additional resources for DPS, which will allow the Department to hire an additional 266 field staff and build six large driver license offices in major metropolitan areas. Over the years, DPS was forced to close some part-time offices because of a variety of issues, including equipment shortages, building safety and ADA concerns. Some of these offices may reopen.

In September 2012 when the six new lrage offices open, the overall capacity of the Department to issue driver licenses and other forms of identification will increase.


--Rebecca Davio
Assistant Director, Driver License Division
512 424-5232

On Jan 6, 2012, at 3:08 PM, "Adkins, Phillip" <Phillip.Adkins@dps.texas.gov> wrote:

How about adding: "It is our expectation that the overall capacity of the Department to issue driver licenses and other forms of identification will increase as the new centers and new staff come on line."

Not really my lane -- but if it's the truth I think we should say it.

---

**From:** Vinger, Tom
**Sent:** Friday, January 06, 2012 4:01 PM
**To:** Arriaga, Amanda; Adkins, Phillip; Terry, Michael; Davio, Rebecca; Watkins, Paul
**Subject:** RE: Voter ID

Proposed response:

The Legislature approved additional resources for the DPS, which will ultimately allow the Department to hire an additional 266 field staff and build six Megacenter driver license offices in major metropolitan areas. We are reassessing the feasibility of some primarily part-time offices that were closed because of variety of issues, including the building safety and ADA concerns. Some of those offices may reopen.

---

**From:** Arriaga, Amanda
**Sent:** Friday, January 06, 2012 3:26 PM
**To:** Vinger, Tom; Adkins, Phillip; Terry, Michael; Davio, Rebecca
**Subject:** RE: Voter ID



2:13-cv-193
09/02/2014
DEF1438

I would guess they are talking about the mobile offices…if you have language about who those are cut because of equipment failures, etc, we may want to provide it.

---

**From:** Vinger, Tom
**Sent:** Friday, January 06, 2012 3:02 PM
**To:** Arriaga, Amanda; Adkins, Phillip; Terry, Michael; Davio, Rebecca
**Subject:** Voter ID
**Importance:** High

SA Express News is running a story about voter ID and a voter ID opponent is going to be quoted saying DPS is for sure closing 40 offices and may be closing 80 offices, which means people will have a harder time getting to a DL office.

The reporter implied it was due to budget cuts. Her deadline is today

*Tom Vinger*
*Asst. Chief of Public Affairs*
*Public Affairs and Policy*
*Texas Department of Public Safety*
*(512) 424-2607*
*tom.vinger@dps.texas.gov*(Please note new email address.)

TEX0505906