**Phase III Counties**

| County | Region | Closest Offices |
|---|---|---|
| 1. Camp | 1A | Daingerfield/Gilmer/Mount Pleasant |
| 2. Franklin | 1A | Mount Pleasant/Sulphur Springs |
| 3. Somervell | 1B | Stephenville/Granbury/Cleburne |
| 4. Austin | 2A | Brenham/Hempstead/Columbus/Townhurst |
| 5. Madison | 2A | Centerville/Bryan |
| 6. Newton | 2B | Jasper/Orange |
| 7. Sabine | 2B | Center/Jasper/Lufkin |
| 8. Trinity | 2B | Crockett/Livingston/Huntsville/Lufkin |
| 9. Aransas | 3 | Aransas Pass/Corpus Christi |
| 10. Edwards | 3 | Del Rio/Uvalde/Jourdanton (6A) |
| 11. Kenedy | 3 | Kingsville/Falfurrias/Harlingen |
| 12. Kinney | 3 | Del Rio/Uvalde/Eagle Pass |
| 13. La Salle | 3 | Crystal City/George West/Jourdanton (6A) |
| 14. Real | 3 | Uvalde/Jourdanton |
| 15. Borden | 4 | La Mesa/Big Spring |
| 16. Coke | 4 | San Angelo/Big Spring/Jourdanton (6B) |
| 17. Concho | 4 | Brady/San Angelo |
| 18. Crockett | 4 | Big Lake/Fort Stockton/San Angelo |
| 19. Glasscock | 4 | Stanton/Big Spring/Big Lake |
| 20. Hudspeth | 4 | El Paso Scott Simpson & Gateway/Van Horn |
| 21. Irion | 4 | Big Lake/San Angelo |
| 22. Jeff Davis | 4 | Van Horn/Alpine/Pecos/Fort Stockton |
| 23. Loving | 4 | Kermit/Monahans/Pecos |
| 24. Mason | 4 | Brady/San Angelo/Fredericksburg (6A)/Kerrville (6A) |
| 25. Sterling | 4 | San Angelo/Big Spring |
| 26. Terrell | 4 | Fort Stockton/Alpine/Presidio |
| 27. Upton | 4 | Midland/Odessa/Big Lake/Crane |
| 28. Archer | 5 | Wichita Falls/Seymour/Graham |
| 29. Armstrong | 5 | Amarillo/Panhandle/Clarendon/Tulia |
| 30. Briscoe | 5 | Tulia/Clarendon/Plainview/Floydada |
| 31. Clay | 5 | Bowie/Wichita Falls/Graham |
| 32. Cochran | 5 | Levelland/Muleshoe/Denver City/Lubbock |
| 33. Collingsworth | 5 | Clarendon/Childress |
| 34. Dickens | 5 | Crosbyton/Munday/Lubbock |
| 35. Foard | 5 | Quanah/Wilbarger/Seymour/Whichita Falls |
| 36. Garza | 5 | Lubbock/Snyder |
| 37. Hartley | 5 | Dumas/Dalhart |
| 38. Jack | 5 | Graham/Bowie/Decatur (1B)/Mineral Wells (1B) |
| 39. Kent | 5 | Snyder/Roby/Crosbyton |
| 40. King | 5 | Munday/Haskell/Seymour |
| 41. Motley | 5 | Floydada/Plainview/Crosbyton |
| 42. Potter | 5 | Amarillo/Panhandle/Dumas |

As of 091041 October 2013        Phase III Counties

2:13-cv-193
09/02/2014
**DEF1439**

| | | |
|---|---|---|
| 43. Roberts | 5 | Pampa/Canadian/Borger |
| 44. Shackelford | 5 | Anson/Abilene/Baird/Breckenridge |
| 45. Stonewall | 5 | Haskell/Anson/Roby/Abilene |
| 46. Throckmorton | 5 | Haskell/Munday/Symour/Graham/Breckenridge |
| 47. Goliad | 6A | Victoria/Cuero/Beeville (3) |
| 48. Jackson | 6A | Victoria/Port Lavaca |
| 49. Karnes | 6A | Floresville/Beeville (3) |
| 50. Bandera | 6A | Boerne/Kerrville/San Antonio Megacenter |
| 51. Blanco | 6B | Marble Falls/Austin South/Fredericksburg (6A) |
| 52. Falls | 6B | Cameron/Temple/Waco/Groesbeck |
| 53. San Saba | 6B | Lampasas/Llano/Goldthwaite/Brady (4) |