| | |
|---|---|
| **From:** | Calhoun, Melissa |
| **To:** | Carlisle, Andrea; Eads, Nick; Valdiviezo, Cristina; Cardwell, Renee (DL); Saldivar, Sally; Jarmon, Karol; Foust, Beverly; Morris, Sharon; Cardenas, Lynne |
| **Sent:** | 9/24/2013 8:56:37 AM |
| **Subject:** | RE: Question: Process for Level 2.5 Support |

Steve called ITS directly to provide the contact information for the office and then we called her back.

Melissa
X82340

---

**From:** Carlisle, Andrea
**Sent:** Tuesday, September 24, 2013 8:55 AM
**To:** Calhoun, Melissa; Eads, Nick; Valdiviezo, Cristina; Cardwell, Renee (DL); Saldivar, Sally; Jarmon, Karol; Foust, Beverly; Morris, Sharon; Cardenas, Lynne
**Subject:** RE: Question: Process for Level 2.5 Support

What did Steve do with it? Call ITS directly? Or the helpdesk?

Andrea

---

**From:** Calhoun, Melissa
**Sent:** Tuesday, September 24, 2013 8:30 AM
**To:** Carlisle, Andrea; Eads, Nick; Valdiviezo, Cristina; Cardwell, Renee (DL); Saldivar, Sally; Jarmon, Karol; Foust, Beverly; Morris, Sharon; Cardenas, Lynne
**Subject:** RE: Question: Process for Level 2.5 Support

I haven't seen a written process, but I was under the impression that they should follow normal procedures for reporting errors:
- Field calls the Help Desk
- Help Desk tries to assist. If they aren't able to, the Help Desk enters an Incident ticket and assigns it to the appropriate area
- The area assigned the ticket contacts the field to assist (or the Help Desk transfers the field directly to the area after assigning the ticket)

Working as support for EIC issuance support the past two weekends, we've only had one reported issue from the field and they had contacted Steve Bell directly.

Melissa
X82340

---

**From:** Carlisle, Andrea
**Sent:** Tuesday, September 24, 2013 7:48 AM
**To:** Eads, Nick; Valdiviezo, Cristina; Cardwell, Renee (DL); Calhoun, Melissa; Saldivar, Sally; Jarmon, Karol; Foust, Beverly; Morris, Sharon; Cardenas, Lynne
**Subject:** Question: Process for Level 2.5 Support

All –

What is the process the field is supposed to follow when they run into problems on the weekend issuing EIC's? Is the field supposed to log a trouble ticket with the Service Desk and the Service Desk contacts ITS to help troubleshoot if they can not resolve? Do we have a written process?

Andrea

**Andrea Carlisle**



2:13-cv-193
09/02/2014
**DEF1440**

TEX0505921

**Sr Business Process Analyst**
**Information Technology Division/ Innovation & Technology Solutions**
Texas Department of Public Safety
Email: Andrea.Carlisle@dps.texas.gov
Phone: 512.437.4047



**EMAIL CONFIDENTIALITY STATEMENT:**
This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail and delete the message.

TEX0505922