**Election Identification Certificate – Phase II**
**Monday, September 30, 2013**

**Invited:** Andrea Carlisle, Beverly Foust, Sharon Morris, Renee Cardwell, Karol Jarmon, Cristina Valdiviezo, Melissa Calhoun, Sally Saldivar, Lynne Cardenas

---

**ITS Lead:** Andrea Carlisle (cell) 512-968-8926
**Backup Lead:** Sharon Morris – (cell) 512-626-3628

**Project Deployment:** Thursday October 10, 2013 – we must be deployed and everyone trained

**Meeting Purpose:** Roles & Responsibilities of EIC Phase 2 (82 Mobile Light Units)

**Notes:**
- QLess team will be deploying Online Appointment Solution to Pflugerville Wednesday night and go-live is Thursday. This means my availability on Wednesday and Thursday will be limited.
- Karol Jarmon is on vacation beginning on Wednesday, with limited availability.
- Sharon Morris will be serving as my backup to ensure all min-projects are on task and to assist where needed.

**Business Process - Headquarters**
**Primary:** Beverly Foust – (cell) 512-826-7967
**Secondary:** Sally Saldivar - (cell) 512-585-7596
**Resources:**
- DL Trainers - Lynn Hale
- DL - Sherri Gipson

**Purpose:** To validate current business process; create new processes for the counties, and validate findings with Trainers & Business.

**Action Item:**
- Validate As-Is Business Process with the Business, work in conjunction with the DL Trainers.
- Update the To-Be process for the EIC Mobile Light Units for the counties.
- Validate edits with Business and Trainers.
- Coordinate with Business to determine a To-Be process for the Denial of an EIC.

1



2:13-cv-193
09/02/2014
DEF1441

TEX0505958

**Testing – IT HQ Depot**
**Primary:** Lynne Cardenas – (cell) 512-810-1719
**Resources:**
- + 2 LRS Staff
- 3 staff from QA - Tiffany Stubbings (cell) 512-538-5740 (Lead)
- Desktop Engineering – Harry Greenall

**Purpose:** Conduct end to end testing.  This includes: Test the image on laptop; verify printer functionality on laptop; verify the laptop will work with Word & Excel; verify the receipt template is loaded on laptop; verify the security BIOS password is working on laptop; verify the hidden control panel is operational on laptop; and verify the encryption of the thumb drives.

**Process:**
Depot to IT to QA to ITS
Then to camp Mabry
Renee and Cristina will coordinate pick up of the units twice a day at 8:00 a.m. and 1:00 p.m. from ITS.

**Action Item:**
- Test Scripts / Results if applicable (most likely to begin on Wednesday)

**Testing – ITS**

**Primary:** Sharon Morris – (cell) 512-626-3628
**Secondary:** Sally Saldivar – (cell) 512-585-7596
**Other:** Melissa Calhoun – (cell) 512-609-9060
**Resources:** 10 LRS  testers

**Purpose:** Calibrate all printers; test the Homebound process; test 200 of the thumb drives; wipe the images from the thumb drive. Bundle equipment, including: printer, laptop, and thumb drive. Coordinate transport to Camp Mabry.

**Inventory - Camp Mabry**
**Primary:** Renee Cardwell – (cell) 512-731-8766
**Primary:**  Cristina Valdiviezo – (cell) 512-584-3270

**Resources**: 10 staff members from 604

**Purpose:** To create the final EIC Mobile Light Units

**Note:** ITS will shift resources as workload changes/needed.

**Action Item:**
- Inventory Plan of Action
- Role & Responsibilities in warehouse
- Final list of inventory
- Create PRO-3s
- Coordinate with 604 to secure additional staff members.

2

TEX0505959