# Election Identification Certificates
## County Participation

| Day/Week | Date | Region 1A | Region 1B | Region 2A | Region 2B | Region 3 | Region 4 | Region 5 | Region 6A | Region 6B |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | Jack County<br>Law Enforcement Center<br>1432 Old Post Oak RD, Jacksboro, TX<br>EIC Unit 47 | | |
| | | | | | | | | Roberts County<br>300 E Commercial, Miami, TX<br>EIC Unit 49 | | |
| Tuesday | 22 Oct | | | | | | | | | |
| | | | Somervell County<br>Somervell County Offices<br>107 Vernon, Glen Rose, TX<br>EIC Unit | | Sabine County<br>County Administration Building<br>280 Main ST, Hemphill, TX<br>EIC Unit 98 | Real County<br>County Courthouse<br>146 Highway 83 S, Leakey, TX<br>EIC Unit | Borden County<br>County Courthouse<br>117 E Wassom, Gail, TX<br>EIC Unit 33 | Armstrong County<br>Courthouse Basement<br>287 and Trice, Claude, TX<br>EIC Unit 59 | Goliad County<br>Tax Assessor Collectors Office<br>329 Franklin, Goliad, TX<br>EIC Unit | Blanco County<br>Trinity Lutheran Church<br>703 N Main ST, Blanco, TX<br>EIC Unit 42 |
| | | | | | | | Crockett County<br>County Courthouse<br>909 Avenue D, Ozona, TX<br>EIC Unit 34 | Briscoe County<br>415 Main, Silverton, TX<br>EIC Unit 61 | Jackson County<br>County Annex DPS Office<br>411 N Wells, Edna, TX<br>EIC Unit | |
| | | | | | | | Hudspeth County<br>525 N Wilson ST, Sierra Blanca, TX<br>EIC Unit 26 | Clay County<br>Commissioners Court Room<br>214 N Main, Henrietta, TX<br>EIC Unit 57 | | |
| | | | | | | | | Collingsworth County<br>County Courthouse<br>800 West AVE, Wellington, TX<br>EIC Unit 58 | | |
| | | | | | | | | Garza County<br>Old Driver License Office<br>300 W Main, Post, TX<br>EIC Unit 56 | | |
| | | | | | | | | Jack County<br>Law Enforcement Center<br>1432 Old Post Oak RD, Jacksboro, TX<br>EIC Unit 47 | | |
| | | | | | | | | Roberts County<br>300 E Commercial, Miami, TX<br>EIC Unit 49 | | |
| Wednesday | 23 Oct | | | | | | | | | |
| | | Camp County<br>Camp County Annex Building<br>115 North AVE, Pittsburg, TX<br>10 a.m. - 2 p.m.<br>EIC Unit 91 | | | Sabine County<br>County Administration Building<br>280 Main ST, Hemphill, TX<br>EIC Unit 98 | Edwards County<br>Sheriff's Office<br>404 W Austin, Rock Springs, TX<br>EIC Unit | Coke County<br>County Courthouse<br>13 E 7th ST, Robert Lee, TX<br>EIC Unit 36 | Armstrong County<br>Courthouse Basement<br>287 and Trice, Claude, TX<br>EIC Unit 59 | Goliad County<br>Tax Assessor Collectors Office<br>329 Franklin, Goliad, TX<br>EIC Unit | Blanco County<br>Trinity Lutheran Church<br>703 N Main ST, Blanco, TX<br>EIC Unit 42 |
| | | Franklin County<br>JP Court<br>502 E Main, Mount Vernon, TX<br>10 a.m. - 2 p.m.<br>EIC Unit 92 | | | | Real County<br>County Courthouse<br>146 Highway 83 S, Leakey, TX<br>EIC Unit | Hudspeth County<br>525 N Wilson ST, Sierra Blanca, TX<br>EIC Unit 26 | Briscoe County<br>415 Main, Silverton, TX<br>EIC Unit 61 | Jackson County<br>County Annex DPS Office<br>411 N Wells, Edna, TX<br>EIC Unit | |
| | | | | | | | | Clay County<br>Commissioners Court Room<br>214 N Main, Henrietta, TX<br>EIC Unit 57 | | |
| | | | | | | | | Collingsworth County<br>County Courthouse<br>800 West AVE, Wellington, TX<br>EIC Unit 58 | | |
| | | | | | | | | Garza County<br>Old Driver License Office<br>300 W Main, Post, TX<br>EIC Unit 56 | | |
| | | | | | | | | Jack County<br>Law Enforcement Center<br>1432 Old Post Oak RD, Jacksboro, TX<br>EIC Unit 47 | | |
| | | | | | | | | Roberts County<br>300 E Commercial, Miami, TX<br>EIC Unit 49 | | |
| Thursday | 24 Oct | | | | | | | | | |
| | | Camp County<br>Camp County Annex Building<br>115 North AVE, Pittsburg, TX<br>10 a.m. - 2 p.m.<br>EIC Unit 91 | Somervell County<br>Somervell County Offices<br>107 Vernon, Glen Rose, TX<br>EIC Unit | | Sabine County<br>County Administration Building<br>280 Main ST, Hemphill, TX<br>EIC Unit 98 | Kinney County<br>County Courthouse<br>501 S Ann ST, Brackettville, TX<br>EIC Unit | Concho County<br>City Council Chambers<br>120 Paint Rock ST, Eden, TX<br>EIC Unit 29 | Armstrong County<br>Courthouse Basement<br>287 and Trice, Claude, TX<br>EIC Unit 59 | Goliad County<br>Tax Assessor Collectors Office<br>329 Franklin, Goliad, TX<br>EIC Unit | Blanco County<br>District Court Room #23 on 2nd Floor<br>101 E Pecan ST, Johnson City, TX<br>EIC Unit 42 |
| | | Franklin County<br>JP Court<br>502 E Main, Mount Vernon, TX<br>10 a.m. - 2 p.m.<br>EIC Unit 92 | | | | | Hudspeth County<br>525 N Wilson ST, Sierra Blanca, TX<br>EIC Unit 26 | Briscoe County<br>415 Main, Silverton, TX<br>EIC Unit 61 | Jackson County<br>County Annex DPS Office<br>411 N Wells, Edna, TX<br>EIC Unit | San Saba County<br>TX Health and Human Services<br>423 E Wallace ST, San Saba, TX<br>Eic Unit 44 |
| | | | | | | | | Clay County<br>Commissioners Court Room<br>214 N Main, Henrietta, TX<br>EIC Unit 57 | | |
| | | | | | | | | Collingsworth County<br>County Courthouse<br>800 West AVE, Wellington, TX<br>EIC Unit 58 | | |