# Election Identification Certificates
## County Participation

| Day/Week | Date | Region 1A | Region 1B | Region 2A | Region 2B | Region 3 | Region 4 | Region 5 | Region 6A | Region 6B |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | Motley County<br>County 2nd Courthouse<br>701 Dundee, Matador, TX<br>EIC Unit 61 | | |
| | | | | | | | | Wheeler County<br>(Waiting on final location) | | |
| Wednesday | 30 Oct | | | | | | | | | |
| | | Camp County<br>Camp County Annex Building<br>115 North AVE, Pittsburg, TX<br>10 a.m. - 2 p.m.<br>EIC Unit 91 | | | | Edwards County<br>Sheriff's Office<br>404 W Austin, Rock Springs, TX<br>EIC Unit | Glasscock County<br>Glasscock Community Center<br>117 S Myrl, Garden City, TX<br>EIC Unit 31 | Archer County<br>County Courthouse<br>100 S Center ST, Archer City, TX<br>EIC Unit 47 | Bandera County<br>Ray Mauer Annex<br>403 12th ST, Bandera, TX<br>EIC Unit | Blanco County<br>Trinity Lutheran Church<br>703 N Main ST, Blanco, TX<br>EIC Unit 42 |
| | | Franklin County<br>JP Court<br>502 E Main, Mount Vernon, TX<br>10 a.m. - 2 p.m.<br>EIC Unit 92 | | | | La Salle County<br>County Courthouse<br>101 Courthouse Square, Cotulla, TX<br>EIC Unit | Sterling County<br>County Courthouse<br>609 4th AVE, Sterling City, TX<br>EIC Unit 37 | Dickens County<br>North Dickens County Senior Center<br>511 Montgomery, Dickens, TX<br>EIC Unit 56 | Karnes County<br>County Courthouse<br>210 W Calvert, Karnes City, TX<br>EIC Unit | |
| | | | | | | | Upton County<br>Public Library<br>212 W 7th ST, McCamey, TX<br>EIC Unit 35 | Foard County<br>Sheriff's Office Conference Room<br>110 S First ST, Crowell, TX<br>EIC Unit 57 | Mason County<br>Mason County Museum<br>505 Moody ST, Mason, TX<br>EIC Unit | |
| | | | | | | | | Hartley County<br>County Courthouse<br>900 Main ST, Channing, TX<br>EIC Unit 59 | | |
| | | | | | | | | Motley County<br>County 2nd Courthouse<br>701 Dundee, Matador, TX<br>EIC Unit 61 | | |
| | | | | | | | | Wheeler County<br>(Waiting on final location) | | |
| Thursday | 31 Oct | | | | | | | | | |
| | | Camp County<br>Camp County Annex Building<br>115 North AVE, Pittsburg, TX<br>10 a.m. - 2 p.m.<br>EIC Unit 91 | Somervell County<br>Somervell County Offices<br>107 Vernon, Glen Rose, TX<br>EIC Unit | | | Aransas County<br>County Courthouse<br>301 N Live Oak ST, Rockport, TX<br>EIC Unit | Concho County<br>City Council Chambers<br>120 Paint Rock ST, Eden, TX<br>EIC Unit 29 | Archer County<br>County Courthouse<br>100 S Center ST, Archer City, TX<br>EIC Unit 47 | Bandera County<br>Ray Mauer Annex<br>403 12th ST, Bandera, TX<br>EIC Unit | Blanco County<br>District Court Room #23 on 2nd Floor<br>101 E Pecan ST, Johnson City, TX<br>EIC Unit 42 |
| | | Franklin County<br>JP Court<br>502 E Main, Mount Vernon, TX<br>10 a.m. - 2 p.m.<br>EIC Unit 92 | | | | | Upton County<br>County Courthouse<br>205 E 10th ST, Rankin, TX<br>EIC Unit 35 | Dickens County<br>North Dickens County Senior Center<br>511 Montgomery, Dickens, TX<br>EIC Unit 56 | Karnes County<br>County Courthouse<br>210 W Calvert, Karnes City, TX<br>EIC Unit | San Saba County<br>TX Health and Human Services<br>423 E Wallace ST, San Saba, TX<br>Eic Unit 44 |
| | | | | | | | | Foard County<br>Sheriff's Office Conference Room<br>110 S First ST, Crowell, TX<br>EIC Unit 57 | | |
| | | | | | | | | Hartley County<br>County Courthouse<br>900 Main ST, Channing, TX<br>EIC Unit 59 | | |
| | | | | | | | | Motley County<br>County 2nd Courthouse<br>701 Dundee, Matador, TX<br>EIC Unit 61 | | |
| | | | | | | | | Wheeler County<br>(Waiting on final location) | | |
| Friday | 1 Nov | | | | | | | | | |
| | | | | | | Aransas County<br>County Courthouse<br>301 N Live Oak ST, Rockport, TX<br>EIC Unit | Crockett County<br>County Courthouse<br>909 Avenue D, Ozona, TX<br>EIC Unit 34 | Archer County<br>County Courthouse<br>100 S Center ST, Archer City, TX<br>EIC Unit 47 | Bandera County<br>Ray Mauer Annex<br>403 12th ST, Bandera, TX<br>EIC Unit | Blanco County<br>District Court Room #23 on 2nd Floor<br>101 E Pecan ST, Johnson City, TX<br>EIC Unit 42 |
| | | | | | | | Jeff Davis County<br>County Courthouse THP Office<br>100 N State ST, Fort Davis, TX<br>EIC Unit 28 | Dickens County<br>North Dickens County Senior Center<br>511 Montgomery, Dickens, TX<br>EIC Unit 56 | Karnes County<br>County Courthouse<br>210 W Calvert, Karnes City, TX<br>EIC Unit | San Saba County<br>TX Health and Human Services<br>423 E Wallace ST, San Saba, TX<br>Eic Unit 44 |
| | | | | | | | Sterling County<br>County Courthouse<br>609 4th AVE, Sterling City, TX<br>EIC Unit 37 | Foard County<br>Sheriff's Office Conference Room<br>110 S First ST, Crowell, TX<br>EIC Unit 57 | | |
| | | | | | | | | Hartley County<br>County Courthouse<br>900 Main ST, Channing, TX<br>EIC Unit 59 | | |
| | | | | | | | | Motley County<br>County 2nd Courthouse<br>701 Dundee, Matador, TX<br>EIC Unit 61 | | |
| | | | | | | | | Wheeler County<br>(Waiting on final location) | | |