# Election Identification Certificates
## County Participation

| Day/Week | Date | Region 1A | Region 1B | Region 2A | Region 2B | Region 3 | Region 4 | Region 5 | Region 6A | Region 6B |
|---|---|---|---|---|---|---|---|---|---|---|
| **Week 4** | | | | | | | | | | |
| Monday | 4 Nov | | | | | Kinney County<br>County Courthouse<br>501 S Ann ST, Brackettville, TX<br>EIC Unit | Borden County<br>County Courthouse<br>117 E Wassom, Gail, TX<br>EIC Unit 33 | Potter County<br>900 S Polk ST, STE 320, Amarillo, TX<br>EIC Unit 59 | Bandera County<br>Ray Mauer Annex<br>403 12th ST, Bandera, TX<br>EIC Unit | |
| | | | | | | Real County<br>County Courthouse<br>146 Highway 83 S, Leakey, TX<br>EIC Unit | Coke County<br>County Courthouse<br>13 E 7th ST, Robert Lee, TX<br>EIC Unit 36 | | Karnes County<br>County Courthouse<br>210 W Calvert, Karnes City, TX<br>EIC Unit | |
| Tuesday | 5 Nov | | Somervell County<br>Somervell County Offices<br>107 Vernon, Glen Rose, TX<br>EIC Unit | | | Crockett County<br>County Courthouse<br>909 Avenue D, Ozona, TX<br>EIC Unit 34 | Potter County<br>900 S Polk ST, STE 320, Amarillo, TX<br>EIC Unit 59 | Bandera County<br>Ray Mauer Annex<br>403 12th ST, Bandera, TX<br>EIC Unit | Blanco County<br>Trinity Lutheran Church<br>703 N Main ST, Blanco, TX<br>EIC Unit 42 | |
| | | | | | | | Jeff Davis County<br>County Courthouse THP Office<br>100 N State ST, Fort Davis, TX<br>EIC Unit 28 | | Karnes County<br>County Courthouse<br>210 W Calvert, Karnes City, TX<br>EIC Unit | |
| Wednesday | 6 Nov | | | | | | Coke County<br>County Courthouse<br>13 E 7th ST, Robert Lee, TX<br>EIC Unit 36 | Potter County<br>900 S Polk ST, STE 320, Amarillo, TX<br>EIC Unit 59 | | Blanco County<br>Trinity Lutheran Church<br>703 N Main ST, Blanco, TX<br>EIC Unit 42 |
| | | | | | | | Glasscock County<br>Glasscock Community Center<br>117 S Myrl, Garden City, TX<br>EIC Unit 31 | | | |
| Thursday | 7 Nov | | | | | | Glasscock County<br>Glasscock Community Center<br>117 S Myrl, Garden City, TX<br>EIC Unit 31 | Potter County<br>900 S Polk ST, STE 320, Amarillo, TX<br>EIC Unit 59 | | Blanco County<br>District Court Room #23 on 2nd Floor<br>101 E Pecan ST, Johnson City, TX<br>EIC Unit 42 |
| | | | | | | | Sterling County<br>County Courthouse<br>609 4th AVE, Sterling City, TX<br>EIC Unit 37 | | | San Saba County<br>TX Health and Human Services<br>423 E Wallace ST, San Saba, TX<br>Eic Unit 44 |
| Friday | 8 Nov | | | | | | Concho County<br>City Council Chambers<br>120 Paint Rock ST, Eden, TX<br>EIC Unit 29 | Potter County<br>900 S Polk ST, STE 320, Amarillo, TX<br>EIC Unit 59 | | Blanco County<br>District Court Room #23 on 2nd Floor<br>101 E Pecan ST, Johnson City, TX<br>EIC Unit 42 |
| | | | | | | | Jeff Davis County<br>County Courthouse THP Office<br>100 N State ST, Fort Davis, TX<br>EIC Unit 28 | | | San Saba County<br>TX Health and Human Services<br>423 E Wallace ST, San Saba, TX<br>Eic Unit 44 |
| **Week 5** | | | | | | | | | | |
| Monday | 11 Nov | | | | | | | | | |
| Tuesday | 12 Nov | | | | | | | | | |
| Wednesday | 13 Nov | | | | | | | | | |
| Thursday | 14 Nov | | | | | | | | | |
| Friday | 15 Nov | | | | | | | | | |