# Election Identification Certificates
## County Participation

| Day/Week | Date | Region 1A | Region 1B | Region 2A | Region 2B | Region 3 | Region 4 | Region 5 | Region 6A | Region 6B |
|---|---|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |  |

| Location Key |
|---|
| Location Verified and coordinated |
| Location verified, but needs coordination |
| Location not verified |