| | |
|---|---|
| **From:** | Daughtry, Lisa |
| **To:** | Spinks, Margaret |
| **CC:** | Heselmeyer, Diane |
| **Sent:** | 11/15/2013 2:18:34 PM |
| **Subject:** | RE: EIC Staff Head Count |

My mobile crew was:

Bryan Williams (A-11) – 6.5 hours
Steve Lopez (A-11) – 25 hours
Rudy Ruiz (A-11) – 14 hours
Gloria Ahrens (A-11) – 24 hours

Their total = 92.5

Best regards,

Lisa Daughtry
Assistant Manager
License & Record Service
Driver License Division
(512) 424 -5973
lisa.daughtry@dps.texas.gov

---

**From:** Daughtry, Lisa
**Sent:** Friday, November 15, 2013 1:58 PM
**To:** Spinks, Margaret
**Cc:** Heselmeyer, Diane
**Subject:** FW: EIC Staff Head Count
**Importance:** High

Margaret -- in addition to the Saturday employees on the spread sheet, I had dedicated staff working EIC related tasks myself included. This is our best faith estimate for the period between July 10th and November 14th.

Deanna Trautman (A-11) – 34 hours
Lydia Goforth ( A-15) – 76 hours
Olivia Garcia (A-15) – 86 hours
Esther Vasquez (B-19) – 182 hours
Cyndee Fowler (B-19) – 289 hours
Lisa Daughtry (B-22) – 196 hours

Total hours for this team = 863 hours

Body count between Saturday workers and this team = 39
Total hours for both groups = 1,367

Best regards,

Lisa Daughtry
Assistant Manager
License & Record Service
Driver License Division
(512) 424 -5973
lisa.daughtry@dps.texas.gov



2:13-cv-193
09/02/2014
**DEF1444**

**From:** Heselmeyer, Diane
**Sent:** Thursday, November 14, 2013 1:27 PM
**To:** Spinks, Margaret; Daughtry, Lisa
**Subject:** FW: EIC Staff Head Count
**Importance:** High

Lisa,

I forgot to add that 33 employees worked on Saturday's (not all employees worked every Saturday).

*Thank you,*

*Diane Heselmeyer, Assistant Manager*
*License and Record Service*
diane.heselmeyer@dps.texas.gov
*Work: (512) 424-2001 Cell: (512) 415-1799*
*Fax: (512) 424-5948*

*We are creating a faster, easier and friendlier driver license experience and a safer Texas.*

---

**From:** Heselmeyer, Diane
**Sent:** Thursday, November 14, 2013 1:17 PM
**To:** Daughtry, Lisa
**Cc:** Spinks, Margaret
**Subject:** FW: EIC Staff Head Count
**Importance:** High

Lisa,

Attached is the spreadsheet for Saturday work days. Add your information for the daily hours and this will be complete.

*Thank you,*

*Diane Heselmeyer, Assistant Manager*
*License and Record Service*
diane.heselmeyer@dps.texas.gov
*Work: (512) 424-2001 Cell: (512) 415-1799*
*Fax: (512) 424-5948*

*We are creating a faster, easier and friendlier driver license experience and a safer Texas.*

---

**From:** Spinks, Margaret
**Sent:** Thursday, November 14, 2013 9:57 AM
**To:** Daughtry, Lisa; Heselmeyer, Diane
**Subject:** FW: EIC Staff Head Count
**Importance:** High

Lisa and Diane,

Please see Saundra's email below. This is a priority assignment.

Staff should be saving everything to :P:\License Issuance\Processing and Routing Services Staff\VOTER ID_EIC_SB14. Sara and Cari worked most Saturdays and should have the spreadsheet up to date to be able to quickly locate this information.

TEX0506134

Lisa – also include the normal time you, Cyndee and Esther have spent on reviewing EIC documents.

Return to me by noon tomorrow.

Thank You,
Margaret Spinks, Manager
Driver License Division
License and Record Service
512-424-7243
margaret.spinks@dps.texas.gov

We are creating a faster, easier and friendlier driver license experience and a safer Texas

---

**From:** Truett, Saundra
**Sent:** Thursday, November 14, 2013 9:43 AM
**To:** Mastracchio, JoeAnna; Gipson, Sheri; Hibbs, Rebekah; Spinks, Margaret; Carlisle, Andrea
**Subject:** EIC Staff Head Count

I am trying to get a head count of everyone that has worked on EIC here at HQ (and Camp Mabry).

- Priority – just a head count (names would be helpful but not necessary). Anyone who has spent ANY time (normal and/or OT/comp) to assist with anything directly related to EIC.
- Later, I'll need *rough* estimate of hours spent by those who have work EIC (regular and OT/comp)

Would it be possible to get the head count by this week or by Monday? The estimated hours can come next week.

I appreciate you guys taking the time to get the data and let me know if you have any questions.
Thanks,

**Saundra Truett**
Sr. Financial Analyst
Driver License Division
Texas Department of Public Safety
512.462.6168 - phone
512.424.5233 - fax
saundra.truett@dps.texas.gov