**From:** Charney,Jimmy (HHSC)
**To:** Nolte, Candace
**Sent:** 10/17/2013 11:07:17 AM
**Subject:** HHSC: Voter ID Assistance

Candace - I understand you are in a meeting but was hoping we could speak today, regarding a request one of our local offices got from a Frances Gomez (I believe in your Drivers License Division).

Sounds like maybe there is an outreach effort for the voter ID certificates and you were looking to have staff located in our Lampasas office for a few days. - jimmy

Jimmy Charney
External Relations Division
Health and Human Services Commission
(512) 424-6932



2:13-cv-193
09/02/2014

DEF1445

TEX0506142