| | |
|---|---|
| **From:** | Eads, Nick |
| **To:** | GRP_DLS_System_Support |
| **Sent:** | 9/30/2013 12:21:41 PM |
| **Subject:** | FW: EIC Opening Instructions |
| **Attachments:** | 32 Job Aid Election Identification Certificate.docx |

There were some Qless issues that occurred during last Saturday's EIC opening so I am sending some QLess contact numbers in case this occurs in the future:

QLess SOS (Help Desk) 877-753-7776 (support@qless.com)
Ray 913-498-3006 (ray@qless.com)
Tim 310-663-2161 (tim@qless.com)



2:13-cv-193
09/02/2014
DEF1446

Always try the Qless support number first, but if that doesn't work try Ray or Tim.

Also, the instructions in the e-mail below (and doc attached) were sent to the field back on September 20th.

Nick Eads
DL System Support
(512) 462-6118

*This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail and delete the message.*

---

**From:** Bell, Stephen
**Sent:** Friday, September 20, 2013 3:26 PM
**To:** GRP_Region 1A_DLD; GRP_Region 1B_DLD; GRP_Region 2A_DLD; GRP_Region 2B_DLD; GRP_Region 3_DLD; GRP_Region 4_DLD; GRP_Region 5_DLD; GRP_Region 6A_DLD; GRP_Region 6B_DLD
**Cc:** Rodriguez, Tony; Watkins, Paul; Peters, Joe; Eads, Nick; Miller, Connie; Petersen, Dain; Gipson, Sheri; Hibbs, Rebekah; Mastracchio, JoeAnna; Spinks, Margaret
**Subject:** FW: EIC Opening Instructions
**Importance:** High

Team:

The Secretary of State has made the decision that NO thumbprints are to be captured when issuing Election Identification Certificates (EIC's). Instructions for bypassing the thumbprint collection process are on pages 4 and 5 of the attached document titled "Election Identification Certificate Issuance Procedures".

EIC transaction are to be tracked (closed out) as Original Non-CDL's in both Nemo-Q and Qless, if your office utilizes one of these queuing solutions.

In addition, the following information is specific to offices using QLess (and was sent last week, but is being sent again as a reminder):

1) Since we will be issuing only EIC's tomorrow, QLess has configured the kiosks so that customers will not have to select a queue but will go directly to the page that says, "Please be sure you bring the correct documents…"
2) EIC Customers will display in the Original DL / ID queue in Queue Manager
3) The queues in Queue Manager will indicate they are closed because online home kiosk access has been deactivated (you will be able to summon, arrive, end transaction, and select type of service as usual)

Thank you again for remaining flexible and staying patient as we work through this.

v/r
Stephen W. Bell
Customer Operations Senior Manager– North and East
Driver License Division
Texas Department of Public Safety
stephen.bell@dps.texas.gov
512-550-7064 (C)
512-424-2768 (O)



*The Driver License Division is committed to quality and excellence in customer service. Please share your thoughts with us via our online customer service survey at:* http://www.survey.utexas.edu/txdps/

TEX0506279