| | |
|---|---|
| From: | Foust, Beverly |
| To: | GRP_DLS_System_Support |
| Sent: | 8/28/2013 12:19:11 PM |
| Subject: | RE: Election Certificate question |

A person will not be required to surrender an election certificate before being issued a TX driver license or identification card.

This according to training materials for election certificate. JJJ

*Beverly Foust*
*Driver License Division*
*Technology Solutions*
*512-462-6123*
*beverly.foust@dps.texas.gov*

---

**From:** Jarmon, Karol
**Sent:** Wednesday, August 28, 2013 12:08 PM
**To:** GRP_DLS_System_Support
**Subject:** Election Certificate question

If a person is given an election certificate because they meet the criteria, then at a later date apply for a DL or ID card how do we verify the election certificate was turned in?

Thank you,
Karol Jarmon
512-424-7425
VOIP 87425

DLD - Technology Solutions

