| | |
|---|---|
| **From:** | Nolte, Candace |
| **To:** | Bodisch, Robert |
| **Sent:** | 9/26/2013 11:35:42 AM |
| **Subject:** | Fwd: Voter Id Mobile Stations |

FYI. I know we are routing these inquiries to SOS - anyone we specifically route them to? I can reach out to Wroe of you prefer.

Sent from my iPhone

Begin forwarded message:

**From:** "Dudley, Patrick" <Patrick.Dudley@dps.texas.gov>
**Date:** September 26, 2013, 11:29:23 AM CDT
**To:** "Nolte, Candace" <Candace.Nolte@dps.texas.gov>
**Subject: Voter Id Mobile Stations**

Natalie Smith from Representative White's office called and would like to know how to get mobile stations out to their district. Her number is 512-463-0490. Thank you,

PRD

**Patrick Dudley**
Legislative Coordinator
Office of Government Relations
Texas Department of Public Safety
5805 N. Lamar Blvd
P.O. Box 4087
Austin, TX 78773
(512) 424-7272
patrick.dudley@dps.texas.gov



2:13-cv-193
09/02/2014
**DEF1451**

TEX0506440