| | |
|---|---|
| **From:** | Mastracchio, JoeAnna |
| **To:** | Carlisle, Andrea; Spinks, Margaret; Peyton, John; Miller, Connie; Petersen, Dain |
| **CC:** | Martinez, Germaine; Hibbs, Rebekah; Famiglietti, Christina; Buster, Marguerite |
| **Sent:** | 9/10/2013 12:45:50 PM |
| **Subject:** | FW: Saturday Opening for Election Certificates |
| **Attachments:** | Open County Offices.docx |

Attached are the offices that will be open on Saturdays for EICs.

Please forward to anyone else that may need to know.

*V/R Joe*

JoeAnna F. Mastracchio
*Dep. Asst. Director*
*Driver License Division*
*Texas Department of Public Safety*

joeanna.mastracchio@dps.texas.gov
o: 512-424-5415
c: 512-550-4784

---

**From:** Rodriguez, Tony
**Sent:** Tuesday, September 10, 2013 11:49 AM
**To:** Mastracchio, JoeAnna
**Cc:** Watkins, Paul; Bell, Stephen
**Subject:** RE: Saturday Opening for Election Certificates

See attachment

v/r

*Tony Rodriguez*

Customer Operations Senior Manager – South and West
Driver License Division
Texas Department of Public Safety
tony.rodriguez@dps.texas.gov
512.424.5657 (O)
512.739.9709 (C)
512.424.5233 (F)

---

**From:** Mastracchio, JoeAnna
**Sent:** Tuesday, September 10, 2013 10:02 AM
**To:** Watkins, Paul; Rodriguez, Tony
**Cc:** Bell, Stephen
**Subject:** FW: Saturday Opening for Election Certificates

Do you have the 13 counties and DLO's identified yet?

*V/R Joe*

JoeAnna F. Mastracchio
*Dep. Asst. Director*
*Driver License Division*
*Texas Department of Public Safety*

joeanna.mastracchio@dps.texas.gov
o: 512-424-5415



2:13-cv-193
09/02/2014
**DEF1452**

TEX0506441

c: 512-550-4784

---

**From:** Spinks, Margaret
**Sent:** Tuesday, September 10, 2013 9:38 AM
**To:** Mastracchio, JoeAnna
**Cc:** Hibbs, Rebekah; Gipson, Sheri
**Subject:** RE: Saturday Opening for Election Certificates

Joe,

I just met with staff, Esther (512-424-5968), Cari (512-424-5372) and Sara (512-424-2245) volunteered to be here this Saturday. They are going to check with other LRS employees to ensure we have enough volunteers to work every Saturday until the November election. One question we know employees will ask, is there a possibility of OTP? I explained to staff there was no mention of OTP but would ask to make sure.

Just for clarification - is each county required to have a DL office open? Just 13 counties must have all DL offices open? Can we get a list of the DL offices that will be open?

Thank You,
Margaret Spinks, Manager
Driver License Division
License and Record Service
512-424-7243
margaret.spinks@dps.texas.gov

We are creating a faster, easier and friendlier driver license experience and a safer Texas

---

**From:** Spinks, Margaret
**Sent:** Tuesday, September 10, 2013 8:31 AM
**To:** Mastracchio, JoeAnna
**Cc:** Hibbs, Rebekah; Gipson, Sheri
**Subject:** RE: Saturday Opening for Election Certificates

Joe,

I will get 5-6 volunteers for this Saturday. My thoughts are to increase the numbers of volunteers on staff the closer we get to election day based on our experience last November. I would prefer to have employees here instead of an on call number for them to have access to microfilm and DLS.

Thank You,
Margaret Spinks, Manager
Driver License Division
License and Record Service
512-424-7243
margaret.spinks@dps.texas.gov

We are creating a faster, easier and friendlier driver license experience and a safer Texas

---

**From:** Mastracchio, JoeAnna
**Sent:** Monday, September 09, 2013 6:59 PM
**To:** Spinks, Margaret; Carlisle, Andrea
**Cc:** Hibbs, Rebekah; Martinez, Germaine; Gipson, Sheri
**Subject:** Saturday Opening for Election Certificates
**Importance:** High

Margaret, Andrea,
It was briefed at today's staff meeting that there is a lot of political pressure to have some limited offices open on

Saturdays for EIC's only until the election is over.   There will be 13 counties that are required to have all DLOs open 10:00 – 2:00 (which is why John was developing a sign that is attached).  This will be required for this election and the one next Spring.

**We just got word this evening that this requirement is going to start this Saturday.**

Andrea,
Paul has requested that we have folk available that can deal with the DLS which means ITS folk.  He will also discuss with Dan tomorrow about having IT Help Desk support.

Margaret,
We are not sure how this will impact your folk, but Paul requested we have a couple people available for at least the first couple Saturdays to ensure there are no issues.  Maybe after that we provide an on call number to call for emergencies.  Thoughts?

*V/R Joe*
JoeAnna F. Mastracchio
*Dep. Asst. Director*
*Driver License Division*
*Texas Department of Public Safety*

joeanna.mastracchio@dps.texas.gov
o: 512-424-5415
c: 512-550-4784

---

**From:** Peyton, John
**Sent:** Monday, September 09, 2013 6:43 PM
**To:** Watkins, Paul; Mastracchio, JoeAnna; Rodriguez, Tony; Bell, Stephen; Peters, Joe; Famiglietti, Christina; Buster, Marguerite
**Subject:** EIC signage first draft

Hi all.

Attached it the rough draft of the EIC door and outdoor signage for the DL offices in the 13 counties.

I will finish this first thing in the morning with Spanish included and correct google QR code. I will then forward to reprographics for final draft for your review and approval.

Paul mentioned we can send the sign file(s) to the DL offices via email with printing and installation/display instructions and that the DL offices can have their signage made at their local print shops FedEx office, Office Max etc.

Joe M recommended the offices order the smaller outdoor coroplast real estate signage for easy display and removal.

Please review.

John


*John Peyton*
*Texas Department of Public Safety*
*Policy and Business Improvement / DLD*
*512.424.5493 (direct)*
*512.569.1766 (mobile)*
john.peyton@dps.texas.gov

TEX0506443

www.dps.texas.gov



TEX0506444