| | |
|---|---|
| **From:** | Watkins, Paul |
| **To:** | Jarmon, Karol |
| **Sent:** | 9/20/2013 11:00:42 AM |
| **Subject:** | FW: EIC applicant verification phone numbers |

Paul B. Watkins
*Dep. Asst. Director*
*Driver License Division*
*Texas Department of Public Safety*

paul.watkins@dps.texas.gov
512-424-5413 (o)
512-284-4744 (c)

---

**From:** Peters, Joe
**Sent:** Wednesday, September 18, 2013 5:57 PM
**To:** Watkins, Paul; Rodriguez, Tony; Bell, Stephen
**Subject:** FW: EIC applicant verification

Not exactly what we asked for but should be workable.   Any objections?

---

**From:** Hearn, Skylor
**Sent:** Wednesday, September 18, 2013 5:04 PM
**To:** Peters, Joe
**Subject:** RE: EIC applicant verification

Just in case we have a worst case scenario where all 25 mobile units are attempting to call in at the same time, I think it's best if we go with a regional approach.  The CSRs can call the number to the below Comms Center associated with the region they are physically in with the moblie EIC site, and they can use any of the other numbers as a backup.  Will that work?  Just give me a heads up before you go live so we can let the operators know what to expect.  Thanks.

Region 1 Garland – 214-861-2040
Region 2 Houston – 281-517-1300
Region 3 Weslaco – 956-984-5621
Region 4 El Paso – 915-849-4080
Region 5 Lubbock – 806-472-2794
Region 6 San Antonio – 210-531-2280

**From:** Peters, Joe
**Sent:** Wednesday, September 18, 2013 3:16 PM
**To:** Hearn, Skylor
**Subject:** EIC applicant verification

Skylor,

We would like to take you up on your offer to have your folks available for our CSRs to call in from the mobile EIC sites to verify an applicant's eligibility, i.e., that they don't have a DL or an ID already.  We will have our CSRs provide name and d.o.b. to run the query.  Let me know who they should be calling and a phone number for them to call.  If you have any questions or need more info, let me know.

Thanks!

2:13-cv-193
09/02/2014
**DEF1455**

TEX0506763

Joe

Joe Peters
Assistant Director
Texas Department of Public Safety
Driver License Division
P.O. Box 4087
Austin, TX  78773
Office: 512-424-5899
joe.peters@dps.texas.gov



TEX0506764