EIC Process flow – mobile site, no connectivity
Phase I – Quick implementation with manual processes.

On Site:  Greet customer and determine eligibility – Are they a US citizen and do they have any of the following?
- Texas driver license (includes occupational license with photograph) – unexpired or expired less than 60 days;
- Texas identification card – unexpired or expired less than 60 days
- Texas concealed handgun license – unexpired or expired less than 60 days;
- United States military identification card containing the person's photograph;
- United States passport – unexpired or expired less than 60 days;
- United States citizenship certificate containing the person's photograph.

Persons who have one of the items noted above or who are **not** a United States citizens (i.e. permanent residents, asylees, refugees or temporary visitors) are **not** eligible for an EIC.

If eligible
- Review documents
    - Proof of citizenship (birth certificate or naturalization document)
    - Proof of identity (standard rules apply)
- Review completed application
- Enter basic data into excel spreadsheet
    - First Middle Last Name
    - Date of Birth
    - Mailing Address
- Scan documents  - save on laptop, setting file name as first and last name of customer
- Capture portrait – save on laptop, setting file name as first and last name of customer
- Provide customer with "contact card" **AI** *create card*

If the customer contact is inquiry only or the person is not eligible for an EIC, mark information for weekly EIC report on provided statistic sheet (not eligible because they have an acceptable form of id, not eligible because they didn't have the required identity/citizenship documents or inquiry only)

In Office:
- Connect laptop to network
- Print out documents (preferred method would be direct transfer to ?)
- Transfer portrait image to ICS Workstation computer (TBD email, thumb drive?)
- Search DLS for existing DL or ID
- If no record found, search EIC application (ALT 1)
- If no record found in EIC, initiate EIC transaction (ALT 2)
- Enter all biographical data
- Check the homebound flag (system moves to ICS)     Upload portrait
-    Scan signature
    - 
- System returns to DLS – scan documents
- Print transaction receipt
- Mail receipt to applicant
- Notate assigned number on top of application
- Process next application

ALT 1
- DL/ID record found
    - Mark application as not eligible
    - Notate dl or id number on top of application

ALT 2
- EIC record found
    - Process as replacement EIC

2:13-cv-193
09/02/2014
**DEF1456**

- o   Notate EIC number on top of application

Close Out:

- Provide statistics sheet to supervisor for inclusion in the weekly EIC report
- Fax all application (forms only, not supporting identity documents) to 512-424-5948
    - o   Hold paper copy of application for 2 business days, then destroy
- Delete images (documents and portraits) and spreadsheet data from laptop
    - o   ***AI*** *determine time period before deleting*
    - o   ***AI*** *provide detailed deletion instructions*

Customer Support:

- Review applications
- If EIC issued
    - o   Verify EIC is in the system and being processed
- If marked not eligible
    - o   Generate notification letter to customer ***AI*** *create letter*
    - o   Scan letter into DL/ID record