| | |
|---|---|
| **From:** | Rodriguez, Tony |
| **To:** | Winkley, Salestus; Berkley, Johnnie |
| **CC:** | Bell, Stephen; Watkins, Paul; Peters, Joe; Mastracchio, JoeAnna |
| **Sent:** | 11/1/2013 6:32:30 PM |
| **Subject:** | Fwd: locations |

Folks,
Dallas County called SOS at 1620 asking for EIC operations on the dates and locations below.
This needs to happen.
Let me know if there are roadblocks.

Tony Rodriguez
Senior Manager
Office: 512.424.5657
Cell: 512.739.9709

Begin forwarded message:

**From:** Wroe Jackson <SJackson@sos.texas.gov>
**Date:** November 1, 2013, 17:14:07 CDT
**To:** "Rodriguez, Tony (Tony.Rodriguez@dps.texas.gov)" <Tony.Rodriguez@dps.texas.gov>
**Cc:** Keith Ingram <KIngram@sos.texas.gov>
**Subject: FW: locations**

Tony,

Please see below for the requested Dallas County locations and times. As we discussed, I would like to offer the following: for DPS to be present at the requested locations on Tuesday 5 November through Friday 8 November and on Tuesday 12 November and ONLY on our agreed upon hours of 9 a.m. to 4 p.m. Please let me know if this is acceptable.

Thanks,
Wroe


Wroe Jackson
General Counsel
Texas Secretary of State
512/463-5770 (w), 512/475-2761 (f)
wjackson@sos.texas.gov

*The information contained in this email is for reference purposes ONLY and is not intended to serve as legal advice for any matter. Any copying, use, or distribution of any information or materials by or to anyone other than the recipients listed above is prohibited without express authorization from the sender.*

*Please note my new email address effective immediately: wjackson@sos.texas.gov*

**From:** Toni Pippins-Poole [mailto:Toni.Pippins-Poole@dallascounty.org]
**Sent:** Friday, November 01, 2013 4:26 PM
**To:** Keith Ingram
**Cc:** Wroe Jackson; Robert Heard
**Subject:** RE: locations

Sorry,
I thought that Staff sent it to you.
Let me know if you have any questions.



2:13-cv-193
09/02/2014
DEF1457

TEX0506952

Toni

---

**JOINT DALLAS COUNTY-DPS EIC LOCATIONS FOR**
**November 5th – 12th, 2013**

**North Dallas Government Center – Tax Office**
(Main Lobby Area)
10056 Marsh Lane
Dallas, Texas 75229
Time of Operation: 10 a.m. – 7 p.m., each week day

**Garland Government Center – Tax Office** (Main Lobby Area)
140 N. Garland Avenue
Garland, Texas 75040
Time of Operation: 10 a.m. – 7 p.m., each week day

**Grand Prairie Government Center – Tax Office**
(Main Lobby Area)
106 W. Church Street
Grand Prairie, Texas 75050
Time of Operation: 8 a.m. – 5 p.m. each week day

**Dallas County Health & Human Services Bldg.**
(Main Lobby Area)
2377 N. Stemmons Freeway
Dallas, Texas 75207
Time of Operation: 9 a.m. – 7 p.m., each week day; 10 a.m. – 2 p.m. on Saturday & Sunday

---

**From:** Keith Ingram [mailto:KIngram@sos.texas.gov]
**Sent:** Friday, November 01, 2013 3:25 PM
**To:** Toni Pippins-Poole
**Cc:** Wroe Jackson
**Subject:** locations

Any luck on locations Tuesday through Friday next week and Tuesday the 12th?

TEX0506953