| | |
|---|---|
| From: | Coulehan, Maureen |
| To: | Coleman, Ron; Densmore, Kimberly |
| Sent: | 10/2/2013 11:12:03 AM |
| Subject: | FW: Voter ID grant |

FYI

Maureen Coulehan, DAD Grants and Accounting
512-424-2351
512-771-8548 Cell

---

**From:** MacBride, Cheryl
**Sent:** Wednesday, October 02, 2013 11:11 AM
**To:** Coulehan, Maureen
**Subject:** FW: Voter ID grant

fyi

Cheryl MacBride

Deputy Director Services
Texas Department of Public Safety
5805 N Lamar Blvd | Austin TX  78773-0130
T: 512 424 2604 | F: 512 424 2527

Please note I have a new email address:   cheryl.macbride@dps.texas.gov

---

**From:** Bodisch, Robert
**Sent:** Wednesday, October 02, 2013 11:07 AM
**To:** Christopher Burnett
**Cc:** Aimee Snoddy; Judy Switzer; MacGregor Stephenson; MacBride, Cheryl; Peters, Joe
**Subject:** RE: Voter ID grant

10-4, many thanks.

**Robert J. Bodisch**
**Assistant Director/Chief of Staff**
**Texas Homeland Security**
**Texas Department of Public Safety**
**P. O. Box 4087**
**Austin, Texas 78773**
**512-424-2368**
robert.bodisch@dps.texas.gov
robert.bodisch.sle@dhs.sgov.gov



2:13-cv-193
09/02/2014
**DEF1458**

---

**From:** Christopher Burnett [mailto:christopher.burnett@governor.state.tx.us]

TEX0506962

**Sent:** Wednesday, October 02, 2013 11:05 AM
**To:** Bodisch, Robert
**Cc:** Aimee Snoddy; Judy Switzer; MacGregor Stephenson
**Subject:** Voter ID grant

Duke,

Just received word from MacGregor that we're a go on the grant (up to $200K) to DPS for Voter ID equipment. We'll create the app in eGrants and you all will need to complete it. Get with Aimee and Judy on the details and we'll get this thing rolling.

-Christopher