**From:** Peters, Joe
**To:** Bodisch, Robert
**Sent:** 9/17/2013 12:00:06 PM
**Subject:** RE: photo Id for voters

Yes.

**From:** Bodisch, Robert
**Sent:** Tuesday, September 17, 2013 12:00 PM
**To:** Peters, Joe
**Subject:** Re: photo Id for voters

Can you call him and let him know.

Robert J. Bodisch
Assistant Director/Chief of Staff,
Texas Homeland Security
Texas Dept. of Public Safety
512-424-2368 w
robert.bodisch@dps.texas.gov


On Sep 17, 2013, at 11:49, "Peters, Joe" <Joe.Peters@dps.texas.gov> wrote:

Sounds like a good plan to me.  Once we are set up to hit the trail, we will coordinate with Clint.

**From:** Bodisch, Robert
**Sent:** Tuesday, September 17, 2013 11:21 AM
**To:** Peters, Joe
**Subject:** photo Id for voters

Maybe we could dispatch a Mobile Team when they are ready.  We will need the Sheriff or County Elections Administrator to set everything up so we could come in and spend 1-2 days and then move on to the next location.

**Robert J. Bodisch**
**Assistant Director/Chief of Staff**
**Texas Homeland Security**
**Texas Department of Public Safety**
**P. O. Box 4087**
**Austin, Texas 78773**
**512-424-2368**
**robert.bodisch@dps.texas.gov**
**robert.bodisch.sle@dhs.sgov.gov**
<image001.jpg>


2:13-cv-193
09/02/2014
DEF1459

**From:** McCraw, Steven
**Sent:** Tuesday, September 17, 2013 8:51 AM
**To:** clint mcdonald
**Cc:** Bodisch, Robert
**Subject:** RE: photo Id for voters

Clint, Duke will follow up with you on this to ensure Terrell County is not overlooked.  Thanks, Steve

**From:** clint mcdonald [mailto:tcso222@yahoo.com]

**Sent:** Tuesday, September 17, 2013 8:49 AM
**To:** McCraw, Steven
**Cc:** tcso222@yahoo.com
**Subject:** photo Id for voters

Steve,
Quick question, not sure if Joe will handle this through DL or not but for the people here in Terrell County, will there be a time and or place here for people to go who do not have a DL to get a photo ID to vote. Our nearest DL office is in Ft. Stockton 64 miles away.
See you soon in San Diego
Thanks for all you do!
God Bless
Clint

TEX0506965