| | |
|---|---|
| **From:** | Peters, Joe |
| **To:** | Bodisch, Robert |
| **Sent:** | 9/18/2013 11:30:27 AM |
| **Subject:** | RE: photo Id for voters |

I talked to Clint earlier this morning. He said he would get with the county clerk, who was asking him about it, and they will call the SOS to be sure they get on the SOS list for mobile deployment.

Joe Peters
Assistant Director
Texas Department of Public Safety
Driver License Division
P.O. Box 4087
Austin, TX 78773
Office: 512-424-5899
joe.peters@dps.texas.gov



---

**From:** Bodisch, Robert
**Sent:** Tuesday, September 17, 2013 12:00 PM
**To:** Peters, Joe
**Subject:** Re: photo Id for voters

Can you call him and let him know.

Robert J. Bodisch
Assistant Director/Chief of Staff,
Texas Homeland Security
Texas Dept. of Public Safety
512-424-2368 w
robert.bodisch@dps.texas.gov



On Sep 17, 2013, at 11:49, "Peters, Joe" <Joe.Peters@dps.texas.gov> wrote:

Sounds like a good plan to me.  Once we are set up to hit the trail, we will coordinate with Clint.

---

**From:** Bodisch, Robert
**Sent:** Tuesday, September 17, 2013 11:21 AM
**To:** Peters, Joe
**Subject:** photo Id for voters

Maybe we could dispatch a Mobile Team when they are ready.  We will need the Sheriff or County Elections Administrator to set everything up so we could come in and spend 1-2 days and then move on to the next location.

Robert J. Bodisch
Assistant Director/Chief of Staff
Texas Homeland Security
Texas Department of Public Safety
P. O. Box 4087
Austin, Texas 78773
512-424-2368
robert.bodisch@dps.texas.gov
robert.bodisch.sle@dhs.sgov.gov
<image001.jpg>

---

**From:** McCraw, Steven
**Sent:** Tuesday, September 17, 2013 8:51 AM
**To:** clint mcdonald
**Cc:** Bodisch, Robert
**Subject:** RE: photo Id for voters

Clint, Duke will follow up with you on this to ensure Terrell County is not overlooked.  Thanks, Steve

---

**From:** clint mcdonald [mailto:tcso222@yahoo.com]
**Sent:** Tuesday, September 17, 2013 8:49 AM
**To:** McCraw, Steven
**Cc:** tcso222@yahoo.com
**Subject:** photo Id for voters

Steve,
Quick question, not sure if Joe will handle this through DL or not but for the people here in Terrell County, will there be a time and or place here for people to go who do not have a DL to get a photo ID to vote.  Our nearest DL office is in Ft. Stockton 64 miles away.
See you soon in San Diego
Thanks for all you do!
God Bless
Clint