## A.    Establishing Identity

An applicant for an original driver license, identification card or election identification card must present acceptable proof of identity through one of the following methods.

- Any 1 primary identity document;
- Any 2 secondary identity documents; OR
- 1 secondary + 2 supporting identity documents.

If multiple documents are used to prove identity, the name on each document must match exactly.  If it does not, the applicant must present documentation verifying a legal name change.

***Renewal or replacement***

If an applicant seeks a renewal or replacement driver license, identification card or election identification card, only 1 primary, secondary or identity document is required.

Relevant statutes:
TEX. TRANSP. CODE ANN. §521.141.  General Application Requirements.
TEX. TRANSP. CODE ANN. §521.142.  Application for Original License.
TEX. TRANSP. CODE ANN. §521.1425.  Information Required to Be Furnished to Department.

Relevant rules:
37 TEXAS ADMIN. CODE §15.24.  Identification of Applicants.
37 TEXAS ADMIN. CODE §15.30.  Identification Certificates.
37 TEXAS ADMIN. CODE §15.182.  Identification of Applicants. (EICs)

Other forms:
- *Application for Texas Driver License or Identification Card* (DL-14A)
- *Application for Texas Election Certificate* (DL-14C)
- *Application for Renewal/Replacement/Change of a Texas Driver License or Identification Card* (DL-43)

Links:
Application Process Policy document
Establishing Social Security Number
Establishing US Citizenship
Establishing Lawful Presence
Establishing Texas Residency



TEX0507506

## 1. Primary Identity Documents

An applicant may establish his or her identity by presenting 1 of the primary identity documents from the following list.

- Photo Texas driver license or identification card, current or expired within the last 2 years
- Unexpired US passport book or card
- US Certificate of Citizenship or Certificate of Naturalization (N-560, N-561, N-645, N-550, N-55G, N-570, N-578)
- Unexpired US Department of Homeland Security or Citizenship and Immigration Services document with (1) verifiable data + (2) identifiable photo such as:
  - US Citizen Identification Card (I-179 or I-197)
  - Permanent Resident Card (I-551)
  - Foreign passport with attached temporary I-551 (immigrant visa endorsed with ADIT stamp)
  - Temporary Resident Identification Card (I-688)
  - Employment Authorization Card (I-766)
  - US Travel Document (I-327 or I-571)
  - Advance Parole Document (I-512 or I-512L)
  - I-94 stamped §208 Asylee
  - I-94 stamped §207 Refugee
  - Refugee Travel Letter, stamped by Customs and Border Protection
  - American Indian Card (I-872)
  - Northern Mariana Card (I-873)
- Unexpired US military identification card for active duty, reserve or retired personnel
- (1) Foreign passport (valid or expired) with attached visa + (2) one of the following acceptable versions of a Form I-94:
  - Traditional paper Form I-94
  - Unexpired foreign passport with an I-94 stamp
  - Form I-797 with I-94 printed at the bottom
  - Form I-94 downloaded from the US Customs and Border Protection website.  A CSR may access this site and print the form for the applicant.

Relevant statutes:
TEX. TRANSP. CODE ANN. §521.141.  General Application Requirements.
TEX. TRANSP. CODE ANN. §521.142.  Application for Original License.
TEX. TRANSP. CODE ANN. §521.1425.  Information Required to Be Furnished to Department.

Relevant rules:
37 TEXAS ADMIN. CODE §15.24.  Identification of Applicants.

Other forms:
- *Application for Texas Driver License or Identification Card* (DL-14A)

TEX0507507

- *Application for Texas Election Certificate* (DL-14C)
- *Application for Renewal/Replacement/Change of a Texas Driver License or Identification Card* (DL-43)

Links:
- The CBP link is www.cbp.gov/194
- Application Process Policy document

Establishing Identity

Secondary Identity Documents

Supporting Identity Documents


## 2. Secondary Identity Documents

An applicant may establish his or her identity by presenting any 2 of the secondary identity documents from the following list.

- Original or certified copy of a birth certificate issued by a State Bureau of Vital Statistics or equivalent agency from a US state, US territory, the District of Columbia or a Canadian province
- For US citizens born abroad:  Certificate of Report of Birth (DS-1350 or FS-545) or Consular Report of Birth (FS-240) issued by the US Department of State
- Original or certified copy of a court order with name and date of birth indicating a name and/or gender change from a US state, US territory, the District of Columbia or a Canadian province

Relevant statutes:
TEX. TRANSP. CODE ANN. §521.141.  General Application Requirements.
TEX. TRANSP. CODE ANN. §521.142.  Application for Original License.
TEX. TRANSP. CODE ANN. §521.1425.  Information Required to Be Furnished to Department.

Relevant rules:
37 TEXAS ADMIN. CODE §15.24.  Identification of Applicants.

Other forms:
- *Application for Texas Driver License or Identification Card* (DL-14A)
- *Application for Texas Election Certificate* (DL-14C)
- *Application for Renewal/Replacement/Change of a Texas Driver License or Identification Card* (DL-43)

Links:
Application Process Policy document
Establishing Identity
Primary Identity Documents

TEX0507508

Supporting Identity Documents

TAG: Certificate of Birth Abroad

# 3. Supporting Identity Documents

An applicant may establish his or her identity by presenting any 1 secondary identity document AND 2 supporting identity documents from the following list.

- Social Security card
- Form W-2 or 1099
- Driver license or identification (ID) card issued by another US state, US territory, the District of Columbia or Canadian province (unexpired or expired less than two years)
- Texas driver license or ID card that has been expired for more than two years
- Temporary Texas driver license or ID card
- School records* (e.g., report cards, photo ID cards)
- Military records (e.g., Form DD-214)
- Unexpired US military dependent ID card
- Original or certified copy of marriage license or divorce decree (if the document is not in English, the applicant must provide a certified translation)
- Voter registration card*
- Pilot license*
- Concealed handgun license*
- Professional license issued by a Texas state agency
- ID card issued by a government agency*
- Consular document issued by a state or national government
- Texas Inmate ID card or similar form of ID issued by the Texas Department of Criminal Justice
- Texas Department of Criminal Justice parole or mandatory release certificate
- Federal inmate identification card
- Federal parole or release certificate
- Medicare or Medicaid card
- Selective Service card
- Tribal membership card from federally-recognized tribe
- Certificate of Degree of Indian Blood
- Unexpired foreign passport
- Unexpired insurance policy valid for the past two years (e.g., auto, home or life insurance)
- Current Texas vehicle registration or title
- Current Texas boat registration or title
- Veteran's ID card issued by the US Department of Veterans Affairs
- Hospital-issued birth record*
- NUMIDENT record from the Social Security Administration
- "NUMI-lite" letter from the Social Security Administration
- Social Security Number SSNAP
- Immunization records*

TEX0507509

*This document is acceptable if issued by an institution, entity or government from a US state, a US territory, the District of Columbia or a Canadian province.

Relevant statutes:
TEX. TRANSP. CODE ANN. §521.141.  General Application Requirements.
TEX. TRANSP. CODE ANN. §521.142.  Application for Original License.
TEX. TRANSP. CODE ANN. §521.1425.  Information Required to Be Furnished to Department.

Relevant rules:
37 TEXAS ADMIN. CODE §15.24.  Identification of Applicants.

Other forms:
- *Application for Texas Driver License or Identification Card* (DL-14A)
- *Application for Texas Election Certificate* (DL-14C)
- *Application for Renewal/Replacement/Change of a Texas Driver License or Identification Card* (DL-43)

Links:
http://www.usa.gov/Citizen/Topics/Travel-Tourism/State-Tourism.shtmlEstablishing
http://www.bia.gov/WhoWeAre/BIA/OIS/TribalGovernmentServices/TribalDirectory/Identity
Application Process Policy document
Primary Identity Documents

## B.    Establishing Social Security Number

***Original driver license, identification card or election identification card***

An applicant may establish his or her Social Security number by presenting one of the following documents.  An applicant for an ID or EIC is not required to provide a Social Security number.

- Social Security card
- Pilot license
- Military identification (active, reserve or dependent status)
- Texas Commission on Law Enforcement Officer Standard and Education (TCLEOSE) peace officer license
- DD-214
- Medicare or Medicaid card
- Health insurance card
- Certified college or university transcript
- IRS form W-2 Wage and Tax Statement

TEX0507510

- Form 1099-MISC
- Pay stub (if it includes the applicant's name and Social Security number)

If the applicant has not been issued or does not have a Social Security number at the time of an original driver license application, he or she may submit a completed **_Social Security Affidavit_ (DL-13)** instead.

**_Renewal driver license, identification card or election identification card_**

An applicant for a renewal DL, ID or EIC may verbally provide the Social Security number.  If the number does not match the number on file, he or she must present proof of the number as though applying for an original DL, ID or EIC.  An applicant for a renewal ID or EIC is not required to provide a Social Security number.

Relevant statutes:
TEX. TRANSP. CODE ANN. §521.044.  Use or Disclosure of Social Security Number Information.
TEX. TRANSP. CODE ANN. §521.141.  General Application Requirements.
TEX. TRANSP. CODE ANN. §521.142.  Application for Original License.
TEX. TRANSP. CODE ANN. §521.1425.  Information Required to Be Furnished to Department.

Relevant rules:
37 TEXAS ADMIN. CODE §15.24.  Identification of Applicants.
37 TEXAS ADMIN. CODE §15.30.  Identification Certificates.
37 TEXAS ADMIN. CODE §15.42.  Social Security Number.
37 TEXAS ADMIN. CODE §15.182.  Identification of Applicants. (EICs)

**Other forms:**
- *Application for Texas Driver License or Identification Card* (DL-14A)
- *Application for Texas Election Certificate* (DL-14C)
- *Application for Renewal/Replacement/Change of a Texas Driver License or Identification Card* (DL-43)

Links:
Application Process Policy document
Establishing Identity
Primary Identity Documents
Secondary Identity Documents
Supporting Identity Documents
Establishing US Citizenship
Establishing Lawful Presence
Establishing Texas Residency

TEX0507511

## C.    Establishing US Citizenship

An applicant may establish US citizenship by presenting one of the following documents for verification through the US Department of Homeland Security.

- US passport book or card
- Birth certificate issued by a US state, US territory, or District of Columbia
- For US citizens born abroad:  Certificate of Report of Birth (DS-1350 or FS-545) or Consular Report of Birth (FS-240) issued by the US Department of State
- US Certificate of Citizenship or Certificate of Naturalization (N-560, N-561, N-645, N-550, N-55G, N-570, or N-578)
- US Department of Justice Immigration and Naturalization Service US Citizen ID Card (Form I-197 or I-179)

Relevant statutes:

TEX. TRANSP. CODE ANN. §521.141.  General Application Requirements.
TEX. TRANSP. CODE ANN. §521.142.  Application for Original License.
TEX. TRANSP. CODE ANN. §521.1425.  Information Required to Be Furnished to Department.

Relevant rules:

37 TEXAS ADMIN. CODE §15.24.  Identification of Applicants.
37 TEXAS ADMIN. CODE §15.30.  Identification Certificates.
37 TEXAS ADMIN. CODE §15.182.  Identification of Applicants. (EICs)

Other forms:
- *Application for Texas Driver License or Identification Card* (DL-14A)
- *Application for Texas Election Certificate* (DL-14C)

Links:
- Should we link to an example of any of these documents?
- Application Process Policy document

Establishing Identity
Primary Identity Documents
Secondary Identity Documents
Supporting Identity Documents
Establishing Social Security Number
Establishing Lawful Presence
Establishing Texas Residency

TAG: Certificate of Birth Abroad

TEX0507512

## D.  Establishing Lawful Presence

A non-US citizen must prove lawful presence in the United States in order to complete many transactions.

***US nationals, permanent residents, refugees and asylees***

A non-US citizen applicant may establish lawful presence in the United States by presenting one of the following documents for verification through the US Department of Homeland Security.

- US passport stating, "THE BEARER IS A UNITED STATES NATIONAL AND NOT A UNITED STATES CITIZEN" on the last page
- Permanent Resident Card (Form I-551)
- Foreign passport with attached temporary I-551 (immigrant visa endorsed with ADIT stamp)
- Passport or I-94 stamped "Approved I-551"
- Passport or I-94 stamped "Processed for I-551"
- Permit to Reenter the US (Form (-327)
- I-94 or passport with annotation "Section 207" or "refugee"
- Refugee Travel Document (Form I-571)
- I-688B coded 274a.12(a)(3)
- I-766 with category A3 or A03
- I-94 or passport with annotation "Section 208" or "asylee"
- I-688B coded 274a.12(a)(5)
- I-766 with category A5 or A05
- Refugee Travel Letter with photo, stamped by Customs and Border Protection

***Limited term license***

A temporary visitor may be issued a limited term driver license or identification card which will lapse on the expiration date of the applicant's lawful presence in the US as determined by the US Department of Homeland Security.

All documentation must show the applicant's name and date of birth.  The applicant must validate a name change or other inconsistent information through additional documentation such as a marriage license, divorce decree or court order.   The department must verify applicable lawful presence documentation through the US Department of Homeland Security's (DHS) Systematic Alien Verification for Entitlements (SAVE) Program.

Relevant statutes:

TEX. TRANSP. CODE ANN. §521.101.  Personal Identification Certificate.

TEX0507513

Tex. Transp. Code Ann. §521.141. General Application Requirements.
Tex. Transp. Code Ann. §521.142. Application for Original License.
Tex. Transp. Code Ann. §521.1425. Information Required to Be Furnished to Department.
Tex. Transp. Code Ann. §521.271. License Expiration.

Relevant rules:
37 Texas Admin. Code §15.24. Identification of Applicants.
37 Texas Admin. Code §15.30. Identification Certificates.
37 Texas Admin. Code §15.46. Citizenship Status and County of Residence.

Other forms:
- *Application for Texas Driver License or Identification Card* (DL-14A)

Links:
Application Process Policy document
Whatever we end up calling the limited term DL topic
Establishing Identity
Primary Identity Documents
Secondary Identity Documents
Supporting Identity Documents
Establishing Social Security Number
Establishing US Citizenship
Establishing Texas Residency

# E.  Establishing Texas Residency

An applicant for an original driver license (DL) or identification card (ID) must:

(1) Have resided in Texas for at least 30 days prior to application (***unless*** he or she surrenders a valid, unexpired out-of-state DL) AND
(2) Establish residency by presenting 2 acceptable documents with the same address from different entities containing his or her:
   - Name AND
   - Residential address.

An applicant who cannot provide 2 acceptable documents to prove a claim of residency may instead submit a completed Texas Residency Affidavit.

***Examples of acceptable documents to establish residency***

TEX0507514

- Current deed, mortgage, monthly mortgage statement, mortgage payment booklet or residential rental/lease agreement
- Valid, unexpired Texas voter registration card
- Texas motor vehicle registration or title
- Texas boat registration or title
- Texas concealed handgun license
- Electric, water, natural gas, satellite television, cable television or non-cellular telephone statement dated within 90 days of the application date
- Selective Service card
- Current homeowner's or renter's insurance policy or statement
- Current automobile insurance policy or statement
- Texas high school, college or university report card or transcript for the current school year
- W-2 or 1099 tax form from the prior tax year
- Mail from financial institutions on subjects such as checking, savings or investment accounts or credit card statements, dated within 90 days of the application date
- Mail from a federal, state, county or city government agency, dated within 90 days of the application date
- Current automobile payment booklet
- Current documents issued by the US military indicating residential address
- Document from the Texas Department of Criminal Justice indicating the applicant's recent release or parole
- Medical or health card
- Pre-printed paycheck or payment stub, dated within 90 days of the application date
- Current Form DS2019, I-20 or document issued by the US Citizenship and Immigration services (non-commercial DL and ID only)

<u>Relevant statutes:</u>

Tex. Transp. Code Ann. §521.101.  Personal Identification Certificate.
Tex. Transp. Code Ann. §521.121.  General Information on Driver's License.
Tex. Transp. Code Ann. §521.141.  General Application Requirements.
Tex. Transp. Code Ann. §521.142.  Application for Original License.
Tex. Transp. Code Ann. §521.1425.  Information Required to Be Furnished to Department.
Tex. Transp. Code Ann. §521.1426.  Domicile Requirement; Verification.

<u>Relevant rules:</u>

37 Texas Admin. Code §15.24.  Identification of Applicants.
37 Texas Admin. Code §15.25.  Address.
37 Texas Admin. Code §15.30.  Identification Certificates.
37 Texas Admin. Code §15.46.  Citizenship Status and County of Residence.
37 Texas Admin. Code §15.49.  Proof of Domicile.

<u>Other forms:</u>

- *Application for Texas Driver License or Identification Card* (DL-14A)
- *Texas Residency Affidavit* (DL-5)

TEX0507515

Links:
Application Process Policy document
Establishing Identity
Primary Identity Documents
Secondary Identity Documents
Supporting Identity Documents
Establishing Social Security Number
Establishing US Citizenship
Establishing Lawful Presence

## F.    Residency Affidavit

An applicant who cannot provide 2 acceptable documents to prove a claim of residency may instead submit:

(1)  A *__Texas Residency Affidavit__* **(DL-5)** completed by the person verifying that the applicant lives with him or her AND
(2)  Supporting documentation, determined by the relationship between the applicant and the person signing the affidavit (affiant).

### *Familial relationship*

If the applicant and affiant are related, the affiant does not need to accompany the applicant to the driver license office, but the applicant must present:

- 2 acceptable documents establishing Texas residency for the affiant;
- At least 1 document establishing the familial relationship such as:
    - A marriage license;
    - A birth certificate;
    - A military dependent identification card; or
    - Adoption records; AND
- The signed __DL-5__.

### *Non-familial relationship*

If the applicant and affiant are not related but live at the same residence:

TEX0507516

- The affiant must accompany the applicant to the driver license office and present a valid Texas driver license or identification card;
- The applicant must present 2 acceptable documents <u>establishing Texas residency</u> for the affiant; AND
- The applicant must present the signed <u>**DL-5**</u>.

### *Service organization*

If the applicant resides with or receives services from a governmental entity, non-profit organization, assisted care or living facility, homeless shelter, transitional service provider or group/halfway house, a representative of the organization may serve as affiant and does not need to accompany the applicant to the driver license office.  The applicant must present:

- A notarized letter from the representative certifying the address and verifying that the organization receives mail for him or her.  In this case, the two documents establishing residency are not required AND
- The signed <u>**DL-5**</u>.

#### *Note*

A notarized DL-5 is acceptable in lieu of a notarized letter.

<u>Relevant statutes</u>:
TEX. TRANSP. CODE ANN. §521.101.  Personal Identification Certificate.
TEX. TRANSP. CODE ANN. §521.121.  General Information on Driver's License.
TEX. TRANSP. CODE ANN. §521.141.  General Application Requirements.
TEX. TRANSP. CODE ANN. §521.142.  Application for Original License.
TEX. TRANSP. CODE ANN. §521.1425.  Information Required to Be Furnished to Department.
TEX. TRANSP. CODE ANN. §521.1426.  Domicile Requirement; Verification.

<u>Relevant rules</u>:
37 TEXAS ADMIN. CODE §15.24.  Identification of Applicants.
37 TEXAS ADMIN. CODE §15.25.  Address.
37 TEXAS ADMIN. CODE §15.30.  Identification Certificates.
37 TEXAS ADMIN. CODE §15.46.  Citizenship Status and County of Residence.
37 TEXAS ADMIN. CODE §15.49.  Proof of Domicile.

<u>Other forms:</u>
- *Application for Texas Driver License or Identification Card* (DL-14A)
- *Texas Residency Affidavit* (DL-5)

TEX0507517

Links:
Application Process Policy document
Establishing Identity
Primary Identity Documents
Secondary Identity Documents
Supporting Identity Documents
Establishing Social Security Number
Establishing US Citizenship
Establishing Lawful Presence

## G.   Application, Physical Description

An application for a driver license, identification card or election identification certificate must include an accurate physical description of the applicant that includes:

- Race
- Eye color
- Height
- Sex
- Hair color
- Weight

Relevant statutes:
TEX. TRANSP. CODE ANN. §521.101.  Personal Identification Certificate.
TEX. TRANSP. CODE ANN. §521.121.  General Information on Driver's License.
TEX. TRANSP. CODE ANN. §521.141.  General Application Requirements.
TEX. TRANSP. CODE ANN. §521.142.  Application for Original License.
TEX. TRANSP. CODE ANN. §521.1425.  Information Required to Be Furnished to Department.

Relevant rules:
37 TEXAS ADMIN. CODE §15.24.  Identification of Applicants.
37 TEXAS ADMIN. CODE §15.30.  Identification Certificates.
37 TEXAS ADMIN. CODE §15.182.  Identification of Applicants. (EICs)

Other forms:
- *Application for Texas Driver License or Identification Card* (DL-14A)
- *Application for Texas Election Certificate* (DL-14C)

Links:
Application Process Policy document

TEX0507518

Application, Name
Application, Address
Organ Donation
Voter Registration
Veteran Indicator
Application, Medical History
Application, Signature
Application, Notarization
Application, Taking the Oath

## H.    Application, Name

An application for a driver license, identification card or election identification certificate must include the first, middle and last name of the applicant.

- An applicant may not use an undocumented name.
- All names in the application must match the names in the identity documents.

### Middle name

- If the applicant has no middle name, the applicant may leave the middle name blank.
- If the applicant has no middle name, a maiden name will be used, if applicable
- An applicant may not substitute a middle name for the first name.

### Married women

- A married woman may use her maiden name in place of her middle name.
- A married woman may use any of the following last names including a hyphenated name, if documented:
  - o  Maiden name;
  - o  Surname of current husband; OR
  - o  Surname of previous husband.

Relevant statutes:
Tex. Transp. Code Ann. §521.101.  Personal Identification Certificate.
Tex. Transp. Code Ann. §521.121.  General Information on Driver's License.
Tex. Transp. Code Ann. §521.141.  General Application Requirements.
Tex. Transp. Code Ann. §521.142.  Application for Original License.
Tex. Transp. Code Ann. §521.1425.  Information Required to Be Furnished to Department.

TEX0507519

**Relevant rules:**

37 TEXAS ADMIN. CODE §15.23.  Names.

37 TEXAS ADMIN. CODE §15.24.  Identification of Applicants.

37 TEXAS ADMIN. CODE §15.30.  Identification Certificates.

37 TEXAS ADMIN. CODE §15.182.  Identification of Applicants. (EICs)

**Other forms:**

- *Application for Texas Driver License or Identification Card* (DL-14A)
- *Application for Texas Election Certificate* (DL-14C)

**Links:**

Application Process Policy document

Application, Physical Description

Application, Address

Organ Donation

Voter Registration

Veteran Indicator

Application, Medical History

Application, Signature

Application, Notarization

Application, Taking the Oath

# I.    Application, Address

An application for a driver license, identification card or election identification certificate must include a Texas residence address.

- A business address may not be used as a residential address.
- The address must include the:
  - City
  - State
  - Zip code
  - Apartment number, if applicable
  - Any terms such as Street, Circle, Drive or Court, if applicable

***Exceptions***

  - An applicant may provide a separate mailing address such as a post office box.
  - An applicant for a commercial driver license must provide a mailing address.
  - An active member of the armed forces may provide a residence address outside of Texas.
  - A peace officer may use the address of the county courthouse in his or her county of residence instead of a residence address.

TEX0507520

- o A <u>victim of family violence, sexual assault or stalking</u> may use a designated post office box address as the residence address.
- o A <u>federal or state judge</u> or a judge's spouse may elect to use the address of the courthouse in which the judge works as the residence address.
- o An <u>inmate</u> or <u>juvenile offender</u> should use an alternative address.

<u>Relevant statutes</u>:

TEX. TRANSP. CODE ANN. §521.101.  Personal Identification Certificate.
TEX. TRANSP. CODE ANN. §521.121.  General Information on Driver's License.
TEX. TRANSP. CODE ANN. §521.141.  General Application Requirements.
TEX. TRANSP. CODE ANN. §521.142.  Application for Original License.
TEX. TRANSP. CODE ANN. §521.1425.  Information Required to Be Furnished to Department.

<u>Relevant rules:</u>

37 TEXAS ADMIN. CODE §15.24.  Identification of Applicants.
37 TEXAS ADMIN. CODE §15.25.  Address.
37 TEXAS ADMIN. CODE §15.30.  Identification Certificates.
37 TEXAS ADMIN. CODE §15.182.  Identification of Applicants. (EICs)

**<u>Other forms:</u>**
- *Application for Texas Driver License or Identification Card* (DL-14A)
- *Application for Texas Election Certificate* (DL-14C)

<u>Links</u>:

Application Process Policy document
Establishing Texas Residency
Application, Physical Description
Application, Name
Organ Donation
Voter Registration
Veteran Indicator
Application, Medical History
Application, Signature
Application, Notarization
Application, Taking the Oath

## 1. Peace Officer Alternative Address

A peace officer commissioned in the state who meets the qualifications below may use the <u>address of the county courthouse</u> in his or her county of residence as the residence address on the face of his or

TEX0507521

her driver license (DL) and/or identification card (ID).  If the officer maintains both a DL and ID, the Driver License System (DLS) will automatically update both, but the officer must either (1) pay both applicable fees or (2) surrender the ID rather than updating it.

***Qualifications***:  A peace officer seeking to qualify for this program must:

- Meet all normal requirements to obtain a DL or ID;
- Apply in person for an original, renewal or replacement DL or ID (no online transactions);
- Surrender all other DLs or IDs, including those issued by another state;
- Present his or her original letter or pocket card license issued by the Texas Commission on Law Enforcement Officer Standards and Education (TCLEOSE);
- Present his or her peace officer identification card and badge issued by the employing agency; AND
- Provide the actual current residence address for department records and mailing purposes.

This program is NOT available to:

- Federal investigators or officers from adjoining states OR
- Commercial driver license holders.

***Terms***:  If any of the following changes in status occur, the holder of a DL or ID under this program must apply for a replacement within 30 days.

- Cessation of employment as a peace officer
- Name change
- Residence address change

> ***Note:***
> - This is an optional program and is not related to the alias program.

> Relevant statutes:
> TEX. TRANSP. CODE ANN. §521.111.  Driver's License for Peace Officer.

> Relevant rules:
> 37 TEXAS ADMIN. CODE §15.25.  Address.

> **Other forms:**
> - *Application for Texas Driver License or Identification Card* (DL-14A)
> - *Application for Renewal/Replacement/Change of a Texas Driver License or Identification Card* (DL-43)

> Links:
> - List of county courthouse addresses

TEX0507522

- Examples of TCLEOSE documentation
- Application Process Policy document

Establishing Texas Residency

Whatever we end up calling the alias program topic

Address Confidentiality Program

Federal or State Judge Alternative Address

TDCJ Inmate Address

TJJD Offender Address

## a. Peace Officer Employing Agency Identification Card Requirements

A qualifying peace officer commissioned in the state may use the address of the county courthouse in his or her county of residence as the residence address on the face of his or her driver license (DL) and/or identification card (ID). One of the qualifications for this program is presentation of the identification card issued by the peace officer's employing agency. Each such agency issues its own identification card, but in order to satisfy this requirement, each of the following pieces of information must be displayed on the card.

- Full name of the peace officer
- Photograph of the peace officer , consistent with his or her appearance
- Name of the employing agency
- Signature of a representative of the employing agency, if applicable
- Brief description of the peace officer, including height, weight and eye color
- Thumbprint of the peace officer or a bar code with a unique identification label such as the TCLEOSE PID
- Employment date and card issuance date
- 24/7 operational phone number to verify validity of the card
- The words "state of Texas" and the state seal
- The words "this identification card certifies that (name of officer) is commissioned by (name of agency) as a (full or part-time) peace officer."

Relevant statutes:

TEX. TRANSP. CODE ANN. §521.111. Driver's License for Peace Officer.

Relevant rules:

37 TEXAS ADMIN. CODE §15.25. Address.

**Other forms:**

TEX0507523

Links:
- List of county courthouse addresses
- Examples of TCLEOSE documentation
- Application Process Policy document
- Some explanation of a TCLEOSE PID

Peace Officer Alternative Address

## 2. Address Confidentiality Program

A victim of family violence, sexual assault or stalking may use a designated post office box address as the residence address on the face of his or her driver license (DL) and/or identification card (ID).   The applicant must present documentation from the Texas Attorney General to qualify for this program.

Relevant statutes:

TEX. TRANSP. CODE ANN. §521.101.  Personal Identification Certificate.
TEX. TRANSP. CODE ANN. §521.121.  General Information on Driver's License.
TEX. TRANSP. CODE ANN. §521.141.  General Application Requirements.
TEX. TRANSP. CODE ANN. §521.142.  Application for Original License.
TEX. TRANSP. CODE ANN. §521.1425.  Information Required to Be Furnished to Department.

Relevant rules:

37 TEXAS ADMIN. CODE §15.24.  Identification of Applicants.
37 TEXAS ADMIN. CODE §15.25.  Address.
37 TEXAS ADMIN. CODE §15.30.  Identification Certificates.

**Other forms:**
- *Application for Texas Driver License or Identification Card* (DL-14A)
- *Application for Renewal/Replacement/Change of a Texas Driver License or Identification Card* (DL-43)

Links:
- Do we have an example of the OAG documentation?
- Application Process Policy document

Peace Officer Alternative Address
Peace Officer Employing Agency Identification Card Requirements
Federal or State Judge Alternative Address
TDCJ Inmate Address
TJJD Offender Address

TEX0507524

## 3. Federal or State Judge Alternative Address

A federal or state judge or a judge's spouse may elect to use the address of the courthouse in which the judge works as the residence address on the face of his or her driver license (DL) and/or identification card (ID).

Relevant statutes:
TEX. TRANSP. CODE ANN. §521.101.  Personal Identification Certificate.
TEX. TRANSP. CODE ANN. §521.121.  General Information on Driver's License.
TEX. TRANSP. CODE ANN. §521.141.  General Application Requirements.
TEX. TRANSP. CODE ANN. §521.142.  Application for Original License.
TEX. TRANSP. CODE ANN. §521.1425.  Information Required to Be Furnished to Department.

Relevant rules:
37 TEXAS ADMIN. CODE §15.24.  Identification of Applicants.
37 TEXAS ADMIN. CODE §15.25.  Address.
37 TEXAS ADMIN. CODE §15.30.  Identification Certificates.
37 TEXAS ADMIN. CODE §15.182.  Identification of Applicants. (EICs)

Other forms:
- *Application for Texas Driver License or Identification Card* (DL-14A)

Links:
Application Process Policy document
Peace Officer Alternative Address
Peace Officer Employing Agency Identification Card Requirements
Address Confidentiality Program
TDCJ Inmate Address
TJJD Offender Address

## 4. Texas Department of Criminal Justice Inmate Address

An inmate in the care of the Texas Department of Criminal Justice may use the address of the correctional or parole facility in which the inmate resides as the residence address on the face of his or her driver license (DL) and/or identification card (ID).

Relevant statutes:
TEX. TRANSP. CODE ANN. §521.101.  Personal Identification Certificate.
TEX. TRANSP. CODE ANN. §521.121.  General Information on Driver's License.
TEX. TRANSP. CODE ANN. §521.141.  General Application Requirements.

TEX0507525

TEX. TRANSP. CODE ANN. §521.142.  Application for Original License.
TEX. TRANSP. CODE ANN. §521.1421.  Inmate Identification Verification Pilot Program.
TEX. TRANSP. CODE ANN. §521.1425.  Information Required to Be Furnished to
   Department.

**Relevant rules:**
37 TEXAS ADMIN. CODE §15.24.  Identification of Applicants.
37 TEXAS ADMIN. CODE §15.25.  Address.
37 TEXAS ADMIN. CODE §15.30.  Identification Certificates.
37 TEXAS ADMIN. CODE §15.182.  Identification of Applicants. (EICs)

**Other forms:**
- *Application for Texas Driver License or Identification Card* (DL-14A)

**Links:**
- Should we link to a list of the addresses of correctional facilities, or are there too many?
- Application Process Policy document

TDCJ Inmate Address
TJJD Offender Address

## 5. Texas Juvenile Justice Division Offender Address

The Texas Juvenile Justice Division (TJJD) brings offenders to a driver license office to apply for an identification card before they are released to a halfway house or guardian.  A TJJD offender applicant must:

- Use as the residence address the address of the halfway house or appointed guardian AND
- Use as the mailing address the address of the TJJD facility in which the offender is currently incarcerated.

**Relevant statutes:**
TEX. TRANSP. CODE ANN. §521.101.  Personal Identification Certificate.
TEX. TRANSP. CODE ANN. §521.121.  General Information on Driver's License.
TEX. TRANSP. CODE ANN. §521.141.  General Application Requirements.
TEX. TRANSP. CODE ANN. §521.142.  Application for Original License.
TEX. TRANSP. CODE ANN. §521.1421.  Inmate Identification Verification Pilot Program.
TEX. TRANSP. CODE ANN. §521.1425.  Information Required to Be Furnished to
   Department.

**Relevant rules:**
37 TEXAS ADMIN. CODE §15.24.  Identification of Applicants.

TEX0507526

37 TEXAS ADMIN. CODE §15.25.  Address.
37 TEXAS ADMIN. CODE §15.30.  Identification Certificates.
37 TEXAS ADMIN. CODE §15.182.  Identification of Applicants. (EICs)

**Other forms:**
- *Application for Texas Driver License or Identification Card* (DL-14A)

<u>Links</u>:
Application Process Policy document
TDCJ Inmate Address


## J.     Organ Donation

An applicant for an original, renewal or replacement driver license (DL) or identification card (ID) who is at least 16 years old (or an emancipated minor) may indicate that he or she is willing to donate organs, tissues and eyes upon death.  A minor may register as an organ donor, but a parent will make the final decision at the time of an unemancipated minor's death.

An imprint of a heart will appear on the face of a donor's DL or ID.

The Donate Life Texas program is described further in the English and Spanish language brochures and posters that are required to be displayed in each driver license office.

<u>Relevant statutes</u>:
TEX. TRANSP. CODE ANN. §521.401.  Statement of Gift.
TEX. TRANSP. CODE ANN. §521.402.  Revocation of Statement of Gift.

<u>Relevant rules</u>:

**Other forms:**
- *Application for Texas Driver License or Identification Card* (DL-14A)
- *Application for Renewal/Replacement/Change of a Texas Driver License or Identification Card* (DL-43)

<u>Links</u>:
- Example of the heart on the DL/ID
- Application Process Policy document
Establishing Texas Residency
Application, Physical Description
Application, Name
Voter Registration

TEX0507527

Veteran Indicator
Application, Medical History
Application, Signature
Application, Notarization
Application, Taking the Oath

## 1. Organ Donor Revocation

A license or identification card holder who wishes to revoke his or her status as an organ donor must:

(1) Apply to amend the card, paying the appropriate replacement fee.  This removes the heart symbol from the face of the card AND
(2) Direct Donate Life Texas in writing to remove him or her from the registry.

> **Relevant statutes**:
> TEX. TRANSP. CODE ANN. §521.401.  Statement of Gift.
> TEX. TRANSP. CODE ANN. §521.402.  Revocation of Statement of Gift.

> **Relevant rules**:

> **Links**:
> - Example of the heart on the DL/ID
> - Application Process Policy document
> Organ Donation

## K.   Voter Registration

An applicant for an original, renewal, replacement or modification of a driver license (DL) or identification card (ID) may apply to register to vote at a driver license office if he or she is:

- Eligible to vote in Texas;
- A US citizen;
- A Texas resident; AND
- At least 17 years and 10 months of age.

> **Relevant statutes**:
> TEX. ELEC. CODE ANN. §11.002.  Qualified Voter.
> TEX. ELEC. CODE ANN. §20.063.  Registration Procedures.

TEX0507528

**Other forms:**
- *Application for Texas Driver License or Identification Card* (DL-14A)
- *Application for Renewal/Replacement/Change of a Texas Driver License or Identification Card* (DL-43)

Links:
Application Process Policy document
Establishing Texas Residency
Application, Physical Description
Application, Name
Organ Donation
Veteran Indicator
Application, Medical History
Application, Signature
Application, Notarization
Application, Taking the Oath

## L.   Veteran Indicator

A US veteran applicant for an original, renewal, replacement or modification of a driver license (DL) or identification card (ID) may request that the card indicate his or her status as a veteran on the face of the card.  There is no charge for the service itself, but the veteran must pay the applicable fee for the new card.  If the veteran maintains both a DL and ID, the Driver License System (DLS) will automatically update both, but he or she must either (1) pay both applicable fees or (2) surrender the other card rather than updating it.

*Qualifications*:  A veteran seeking to qualify for this program must:

1. Have received an honorable or general discharge AND
2. Present either an original or copy of one of the following documents which reflects an honorable or general discharge:
   - DD-214
   - DD-215
   - NGB-22
   - US Department of Veteran Affairs disability letter.

Relevant statutes:
TEX. TRANSP. CODE ANN. §521.1235.  Designator on License Issued to Veteran.
TEX. TRANSP. CODE ANN. §521.142.  Application for Original License.

**Other forms:**

TEX0507529

- *Application for Texas Driver License or Identification Card* (DL-14A)
- *Application for Renewal/Replacement/Change of a Texas Driver License or Identification Card* (DL-43)

Links:
- Image of card with veteran indicator
- Application Process Policy document

Establishing Texas Residency

Application, Physical Description

Application, Name

Organ Donation

Voter Registration

Application, Medical History

Application, Signature

Application, Notarization

Application, Taking the Oath

## M.   Application, Medical History

An applicant for an original or renewal driver license must indicate whether he or she has any medical conditions that may affect the ability to safely operate a motor vehicle.

If the applicant notes a medical condition or psychiatric disorder that may meet the criteria for referral to the Medical Advisory Board, he or she must complete the *Supplemental Medical Information* (DL-45) form.  If such an applicant is younger than 18, a parent or guardian must also sign and date the DL-45.

Relevant statutes:

TEX. TRANSP. CODE ANN. §521.142.  Application for Original License.

TEX. TRANSP. CODE ANN. §521.294.  Department's Determination for License Revocation.

TEX. TRANSP. CODE ANN. §521.319.  Revocation for Medical Reasons.

Relevant rules:

37 TEXAS ADMIN. CODE §15.37.  Medical History Questions—Original and Renewal.

Other forms:
- *Application for Texas Driver License or Identification Card* (DL-14A)
- *Application for Renewal/Replacement/Change of a Texas Driver License or Identification Card* (DL-43)

Links:

TEX0507530

Application Process Policy document
Establishing Texas Residency
Application, Physical Description
Application, Name
Organ Donation
Voter Registration
Veteran Indicator
Application, Signature
Application, Notarization
Application, Taking the Oath

## N.   Application, Signature

An applicant for a driver license, identification card or election identification certificate must sign the application in dark ink with his or her usual signature.

### *Applicant for a driver license, under the age of 18*

If the applicant is younger than 18 years old, either (1) a custodial parent or guardian must also sign a driver license application or (2) the applicant must present evidence showing eligibility to waive parental authorization.  Parental authorization may be withdrawn at any time for good cause.

If the applicant does not have a guardian, either (1) his or her employer or (2) the county judge of the county in which the applicant resides may sign.

Relevant statutes:
TEX. TRANSP. CODE ANN. §521.101.  Personal Identification Certificate.
TEX. TRANSP. CODE ANN. §521.121.  General Information on Driver's License.
TEX. TRANSP. CODE ANN. §521.141.  General Application Requirements.
TEX. TRANSP. CODE ANN. §521.142.  Application for Original License.
TEX. TRANSP. CODE ANN. §521.1425.  Information Required to Be Furnished to Department.
TEX. TRANSP. CODE ANN. §521.145.  Application by Person under 18 Years of Age.

Relevant rules:
37 TEXAS ADMIN. CODE §15.24.  Identification of Applicants.
37 TEXAS ADMIN. CODE §15.27.  Signature by Parent or Guardian for a Driver License.
37 TEXAS ADMIN. CODE §15.30.  Identification Certificates.

Other forms:
- *Application for Texas Driver License or Identification Card* (DL-14A)

TEX0507531

- *Application for Texas Election Certificate* (DL-14C)

<u>Links</u>:
Application Process Policy document
Establishing Texas Residency
Application, Physical Description
Application, Name
Organ Donation
Voter Registration
Veteran Indicator
Application, Medical History
Application, Notarization
Application, Taking the Oath

## 1. Application, Waiver of Parental Authorization

An applicant under the age of 18 for a driver license or identification card may waive parental authorization if he or she (1) is or has been married or (2) is emancipated.  Such an applicant must prove eligibility by presenting one of the following documents.

- A marriage certificate or divorce decree (but not an annulment decree) OR
- A court order reflecting the minor's emancipation.

<u>Relevant statutes</u>:
TEX. TRANSP. CODE ANN. §521.145.  Application by Person under 18 Years of Age.

<u>Relevant rules:</u>
37 TEXAS ADMIN. CODE §15.27.  Signature by Parent or Guardian for a Driver License.

<u>Links</u>:
Application Process Policy document
Application, Signature
Withdrawal/Restoration of Parental Authorization

## 2. Withdrawal/Restoration of Parental Authorization

Parental authorization for a minor's driver license may be withdrawn at any time for good cause, resulting in cancellation of the card.  A request to either *<u>withdraw</u>* or *<u>restore</u>* parental authorization must be in writing and be notarized.

TEX0507532

**Relevant statutes**:
TEX. TRANSP. CODE ANN. §521.145.  Application by Person under 18 Years of Age.

**Relevant rules:**
37 TEXAS ADMIN. CODE §15.27.  Signature by Parent or Guardian for a Driver License.

**Other forms:**
- *Withdrawal/Restoral of Authorization for Minor's License* (DIC-62)
- *Request to Restore Authorization to Minor's License* (DIC-107)

**Links**:
Application Process Policy document
Application, Signature
Application, Waiver of Parental Authorization


# O.   Application, Notarization

An application for an original driver license or identification card must be notarized within 6 months of the date of application.  In addition to an authorized driver license office employee, the following officials may serve as notary under the stated circumstances.

(1) ***Within the state of Texas***, must include the state seal:
- Judge, clerk or commissioner of any court of record
- Notary public
- Justice of the peace

(2) ***Another US state or territory***, must include a seal
- Clerk of any court of record having a seal
- Commissioner of deeds, duly appointed under the laws of the state
- Notary public

(3) ***Outside the US and its territories***, must include a seal
- Minister, commissioner or chargé d'affaires of the US, resident and accredited to the country where the oath, affidavit or affirmation is made
- Consul general, vice consul, commercial agent, vice-commercial agent, deputy consul or consular agent of the US, resident in the country where the oath, affidavit or affirmation is made
- Notary public

(4) ***For a member of the armed forces, spouse or dependent***, no seal required

TEX0507533

- Commissioned officer of the US armed forces

> **Relevant statutes**:
> TEX. TRANSP. CODE ANN. §521.101.  Personal Identification Certificate.
> TEX. TRANSP. CODE ANN. §521.121.  General Information on Driver's License.
> TEX. TRANSP. CODE ANN. §521.141.  General Application Requirements.
> TEX. TRANSP. CODE ANN. §521.142.  Application for Original License.
> TEX. TRANSP. CODE ANN. §521.1425.  Information Required to Be Furnished to Department.
> TEX. TRANSP. CODE ANN. §521.145.  Application by Person under 18 Years of Age.
>
> **Relevant rules:**
> 37 TEXAS ADMIN. CODE §15.22.  Notarizations.
> 37 TEXAS ADMIN. CODE §15.24.  Identification of Applicants.
> 37 TEXAS ADMIN. CODE §15.30.  Identification Certificates.
>
> **Other forms:**
> - *Application for Texas Driver License or Identification Card* (DL-14A)
> - *Application for Texas Election Certificate* (DL-14C)
>
> **Links**:
> Application Process Policy document
> Establishing Texas Residency
> Application, Physical Description
> Application, Name
> Organ Donation
> Voter Registration
> Veteran Indicator
> Application, Medical History
> Application, Signature
> Application, Taking the Oath

## P.    Application, Taking the Oath

An applicant for an original driver license or identification card must raise his or her right hand and swear or affirm that the information on the application is true and correct.

- If applicable, an authorizing parent must also take the oath.
- An applicant may not wear a hat while taking the oath.

> **Relevant statutes**:

TEX0507534

TEX. TRANSP. CODE ANN. §521.141.  General Application Requirements.
TEX. TRANSP. CODE ANN. §521.454.  False Application.

<u>Relevant rules:</u>

<u>Other forms:</u>
- *Application for Texas Driver License or Identification Card* (DL-14A)
- *Application for Texas Election Certificate* (DL-14C)

<u>Links</u>:
Application Process Policy document
Establishing Texas Residency
Application, Physical Description
Application, Name
Organ Donation
Voter Registration
Veteran Indicator
Application, Medical History
Application, Signature
Application, Notarization

## Q.   Original License, Generally

- An applicant who has never had a Texas driver license must apply for an original driver license.
- If an applicant's Texas driver license has been expired for more than 2 years, he or she must apply for an original license and pass all required examinations (unless the <u>military exception</u> is appropriate).

An original driver license can be a:

- <u>Driver license</u>
- <u>Learner license</u>
- <u>Provisional license</u>
- <u>Hardship license</u>
- <u>Commercial driver license</u>
- <u>Motorcycle license</u>

<u>Relevant statutes:</u>
TEX. TRANSP. CODE ANN. §521.141.  General Application Requirements.
TEX. TRANSP. CODE ANN. §521.142.  Application for Original License.

TEX0507535

**Other forms:**
- *Application for Texas Driver License or Identification Card* (DL-14A))
- *Supplemental Examination* (DL-40)

Links:
Application Process Policy document
Whatever we end up calling the military exception topic
Original License, Requirements
Original Identification Card, Requirements
Original Election Identification Certificate
License/ID Renewal, Generally
Replacement License, Generally
Modification of License

## R.    Original License, Requirements

An applicant for an original license must:

- Apply in person at a Texas driver license office;
- Complete the *Application for Texas Driver License or Identification Card* (DL-14A);
- Present and surrender any valid license(s) issued by another state or country with driver license issuance reciprocity OR submit a *Receipt for Surrendered* License (DL-2);
- Present documentation sufficient to prove identity;
- Present documentation sufficient to verify the applicant's Social Security number;
- Present documentation sufficient to prove either US citizenship or lawful presence;
- Present documentation sufficient to prove Texas residency;
- Pay the appropriate fee;
- Pass the vision test;
- Pass the knowledge test, if required; AND
- Pass the skills test (not required for issuance of a learner license).
- (Only if a new Texas resident) present either:
    (1) Proof of Texas vehicle registration AND evidence of financial responsibility for each vehicle owned by the applicant OR
    (2) A statement affirming that the applicant does not own a motor vehicle.

*An applicant aged 15 to 24 must ALSO:*

- Present the completed driver education course completion certificate applicable to the type of driver education course taken.

*An applicant aged 15 to 17 must ALSO:*

Application Process                                                    Page **31** of **47**

TEX0507536

- Be accompanied by a parent or legal guardian or bring the notarized application signed by the parent or guardian AND
- Present either:
  (1) A high school diploma or its equivalent OR
  (2) EITHER a:
  - *Verification of Enrollment and Attendance* (CDD-104) form OR
  - Letter with the same information as the CDD-104 if the student is home schooled.

Relevant statutes:

TEX. TRANSP. CODE ANN. §521.141.  General Application Requirements.
TEX. TRANSP. CODE ANN. §521.142.  Application for Original License.
TEX. TRANSP. CODE ANN. §521.1425.  Information Required to Be Furnished to Department.
TEX. TRANSP. CODE ANN. §521.1426.  Domicile Requirement; Verification.
TEX. TRANSP. CODE ANN. §521.144.  Application by New State Resident.
TEX. TRANSP. CODE ANN. §521.145.  Application by Person under 18 Years of Age.
TEX. TRANSP. CODE ANN. §521.1601, Driver Education Required
TEX. TRANSP. CODE ANN. § 521.204, Restrictions on Minor

Relevant rules:

37 TEXAS ADMIN. CODE §15.5, Learner License
37 TEXAS ADMIN. CODE §15.28, Minor's Restricted Driver License Application
37 TEXAS ADMIN. CODE §15.24.  Identification of Applicants.
37 TEXAS ADMIN. CODE §15.25.  Address.
37 TEXAS ADMIN. CODE §15.27.  Signature by Parent or Guardian for a Driver License.
37 TEXAS ADMIN. CODE § 15.29, Driver Education Forms
37 TEXAS ADMIN. CODE §15.39, Verification of Enrollment and Attendance
37 TEXAS ADMIN. CODE §15.42.  Social Security Number.
37 TEXAS ADMIN. CODE §15.46.  Citizenship Status and County of Residence.
37 TEXAS ADMIN. CODE §15.49.  Proof of Domicile.
37 TEXAS ADMIN. CODE §15.55, Waiver of Knowledge and/or Skills Tests
37 TEXAS ADMIN. CODE §18.2, Required Documentation and Application Fee
37 TEXAS ADMIN. CODE §18.23, Application for a Learner License
37 TEXAS ADMIN. CODE §18.25, Obtaining Provisional License

Other forms:

- *Application for Texas Driver License or Identification Card* (DL-14A))
- *Supplemental Examination* (DL-40)

Links:

- Fees

Application Process Policy document

Original License, Generally

TEX0507537

Original Identification Card, Requirements
Original Election Identification Certificate
License/ID Renewal, Generally
Replacement License, Generally
Modification of License

## S.    Original Identification Card, Requirements

An applicant for an original identification card must:

- Apply in person at a Texas driver license office;
- Complete the *Application for Texas Driver License or Identification Card* (DL-14A);
- Present documentation sufficient to prove identity;
- Present documentation sufficient to prove either US citizenship or lawful presence;
- Present documentation sufficient to prove Texas residency; AND
- Pay the appropriate fee.

An applicant may present documentation sufficient to verify the applicant's Social Security number, but doing so is optional.

Relevant statutes:
TEX. TRANSP. CODE ANN. §521.141.  General Application Requirements.
TEX. TRANSP. CODE ANN. §521.142.  Application for Original License.
TEX. TRANSP. CODE ANN. §521.1425.  Information Required to Be Furnished to Department.

Relevant rules:
37 TEXAS ADMIN. CODE §15.24.  Identification of Applicants.
37 TEXAS ADMIN. CODE §15.30.  Identification Certificates.

Links:
Application Process Policy document
Original License, Generally
Original License, Requirements
Original Election Identification Certificate
License/ID Renewal, Generally

## T.    Original Election Identification Certificate, Requirements

***Eligibility***

TEX0507538

To be eligible for an election identification certificate, an applicant must be:

- A US citizen;
- A Texas resident;
- 17 years and 10 months or older; AND
- Eligible to vote in Texas AND either:
  (1) Present a valid voter registration card OR
  (2) Submit a voter registration application to the department.

A holder of a Texas driver license, Texas identification card, US military identification card, US citizenship certificate containing a photograph, unexpired US passport or concealed handgun license is ineligible for an election identification certificate if the document is unexpired or has been expired less than 60 days.

***Requirements***

An applicant for an original election identification certificate must:

- Be eligible;
- Apply in person at a Texas driver license office;
- Complete the application in its entirety;
- Present documentation sufficient to prove identity;
- Present documentation sufficient to prove either US citizenship; AND
- Either:
  (1) Present documentation sufficient to prove Texas voter registration OR
  (2) Register to vote.

> Relevant statutes:
> TEX. TRANSP. CODE ANN. §521a.  Election Identification Certificate.
>
> Relevant rules:
> 37 TEXAS ADMIN. CODE §15.182.  Identification of Applicants. (EICs)
>
> **Other forms:**
> *Application for Texas Election Certificate* (DL-14C)
>
> Links:
> Application Process Policy document
> Original License, Generally
> Original License, Requirements
> Original Identification Card

TEX0507539

## U.   License/ID Renewal, Generally

An eligible driver license/identification card holder may renew the card through any of the following methods:

- In person at a driver license office
- Online
- By mail (address on application)
- By telephone at 866-DL RENEW (866-357-3639)

### Renewal period

- A license holder may renew his or her driver license up to 1 year prior to or 2 years after its expiration date.
- A provisional license holder may renew his or her driver license up to 30 days prior to its expiration.
- A license holder who is registered as a sex offender may renew his or her driver license up to 60 days before its expiration.

### Occupational license holder

An occupational license that has not been expired for more than two years bridges the gap in the interim if the regular license that was suspended, revoked or disqualified has been expired for more than two years.  The holder of an occupational license that has not been expired for more than two years, therefore, may apply for a renewal instead of an original license when his or her regular license becomes eligible again.

Relevant statutes:
TEX. TRANSP. CODE ANN. §521.101.  Personal Identification Certificate.
TEX. TRANSP. CODE ANN. §521.103.  Expiration and Renewal Requirements for Certain Sex Offenders.
TEX. TRANSP. CODE ANN. §521.104.  Renewal by Mail or Electronic Means.
TEX. TRANSP. CODE ANN. §521.141.  General Application Requirements.
TEX. TRANSP. CODE ANN. §521.142.  Application for Original License.
TEX. TRANSP. CODE ANN. §521.271.  License Expiration.
TEX. TRANSP. CODE ANN. §521.2711.  License Expiration: Person at Least 85 Years of Age.
TEX. TRANSP. CODE ANN. §521.272.  Renewal of License Issued to Certain Sex Offenders.
TEX. TRANSP. CODE ANN. §521.274.  Renewal by Mail or Electronic Means.

Relevant rules:
37 TEXAS ADMIN. CODE §15.32.  Expiration Date on Expired License

TEX0507540

37 Texas Admin. Code §15.33.  Renewal of Texas License with Validity Period
    Extended by Military Service

37 Texas Admin. Code §15.34.  Renewal Period Prior to Expiration

37 Texas Admin. Code §15.35.  Renewal of a Texas Driver License Expired over Two
    Years

37 Texas Admin. Code §15.59.  Alternate Methods for Driver License Transactions

**Other forms:**
- *Application for Renewal/Replacement/Change of a Texas Driver License or Identification Card* (DL-43)

Links:
Application Process Policy document
Original License, Requirements
Original Identification Card, Requirements
License/ID Renewal, In Person
License/ID Renewal, Online and Telephone
License Renewal/Expiration, Military
License Renewal, Out-of-State
Replacement License, Generally
Modification of License

# 1. License/ID Renewal, In Person

A (non-military) applicant for a renewal license or identification card must:

- Complete the *Application for Renewal/Replacement/Change of a Texas Driver License or Identification Card (DL-43)*;
- Present one piece of primary, secondary or supporting documentation sufficient to prove identity;
- Present documentation sufficient to prove either US citizenship or lawful presence ONLY IF:
  - US citizenship was not previously established OR
  - Lawful presence has expired;
- Pay the appropriate fee; AND
- (Driver license only) pass the vision test.

*A provisional license holder* who is younger than 17 years and 11 months old must also present EITHER:

- A high school diploma or its equivalent OR
- A completed *Verification of Enrollment and Attendance (CDD-104)*.

Relevant statutes:

TEX0507541

TEX. TRANSP. CODE ANN. §521.101.  Personal Identification Certificate.
TEX. TRANSP. CODE ANN. §521.141.  General Application Requirements.
TEX. TRANSP. CODE ANN. §521.142.  Application for Original License.

<u>Relevant rules:</u>

37 TEXAS ADMIN. CODE §15.59.  Alternate Methods for Driver License Transactions

<u>Links</u>:
- Fees

Application Process Policy document
Original License, Requirements
Original Identification Card, Requirements
License/ID Renewal, Generally
License/ID Renewal, Online and Telephone
License Renewal/Expiration, Military
License Renewal, Out-of-State
Replacement License, Generally
Modification of License

## 2. License/ID Renewal, Online and Telephone

A driver license (DL)/identification card (ID) holder may apply for a renewal online or by telephone ONLY IF the applicant:

- Renewed in person at a driver license office in the previous renewal period;
- Holds a Class C or CM DL (Class A, B and commercial DLs cannot be renewed online or by phone);
- Holds a card that expires in less than one year or has not been expired for 2 years or more;
- Is at least 18 years of age, and the DL is not provisional or a learner license;
- Is younger than 79 years of age;
- Has not experienced a change in vision or physical or mental condition;
- Holds a license that has not been suspended or revoked and carries no warrants or unpaid tickets;
- Has a Social Security number already on file;
- Is a US citizen; AND
- Pays the appropriate fee.

<u>Relevant statutes</u>:

TEX. TRANSP. CODE ANN. §521.104.  Renewal by Mail or Electronic Means.

<u>Relevant rules:</u>

37 TEXAS ADMIN. CODE §15.31.  Out-of-State Renewals
37 TEXAS ADMIN. CODE §15.32.  Expiration Date on Expired License
37 TEXAS ADMIN. CODE §15.34.  Renewal Period Prior to Expiration

TEX0507542

37 TEXAS ADMIN. CODE §15.59.  Alternate Methods for Driver License Transactions

Links:
- Fees
- Application Process Policy document

Identity
Lawful presence
Original License, Requirements
Original Identification Card, Requirements
License/ID Renewal, Generally
License/ID Renewal, In Person
License Renewal/Expiration, Military
License Renewal, Out-of-State
Replacement License, Generally
Modification of License

## 3. License Renewal/Expiration, Military

**Driver license issuance**

An applicant with a valid US military license seeking a Texas driver license for the same or lower class license must take the vision test and pay the fee but does not have to take the skills or knowledge tests.

**Expiration**

The otherwise valid Texas driver license (DL) of a member of the armed forces does not expire while the person is absent from the state for military service until the earlier of:

(1)  90 days from the date of his or her discharge OR
(2)  The date of his or her return to the state.

**Renewal**

A military applicant to renew a DL whose expiration date has been extended more than 2 years beyond the normal date must present:

(1)  The extended DL AND
(2)  Proof of EITHER separation from military service OR active duty status.

**Residency**

TEX0507543

A member of the armed forces who holds a Texas driver license (DL) based on a Texas residence established prior to leaving the state with the military may use a residence outside the state for the purpose of license renewal.

Relevant statutes:
TEX. TRANSP. CODE ANN. §521.028.   Effect of Military Service on License Requirement.
TEX. TRANSP. CODE ANN. §521.141.   General Application Requirements.
TEX. TRANSP. CODE ANN. §521.274.   Renewal by Mail or Electronic Means.

Relevant rules:
37 TEXAS ADMIN. CODE §15.31.   Out-of-State Renewals
37 TEXAS ADMIN. CODE §15.33.   Renewal of Texas License with Validity Period
     Extended by Military Service

Other forms:
- *Application for Renewal/Replacement/Change of a Texas Driver License or Identification Card* (DL-43)

Links:
Application Process Policy document
Original License, Requirements
Original Identification Card, Requirements
License/ID Renewal, Generally
License/ID Renewal, In Person
License/ID Renewal, Online and Telephone
License Renewal, Out-of-State
Replacement License, Generally
Modification of License

## 4. License Renewal, Out-of-State

An eligible driver license holder who is out of state may renew his or her license by mail upon submitting all of the requirement documentation below.

- Proof of Texas residence;
- *Out of State/Country Application* (RIS-50);
- *Application for Renewal/Replacement/Change of a Texas Driver License or Identification Card* (DL-43);
- *Explanation for Eye Specialist* (DL-63);
- Social Security number;
- Proof of lawful status;

TEX0507544

- Federally issued identification credentials;
- Deployment order;
- The appropriate fee;
- (If renewing Class A or B non-commercial driver license) *Vehicle Exemption Certification* (CDL-2); AND
- Active duty military personnel whose driver license has been expired for more than 2 years must also submit an *Application for Texas Driver License or Identification Card* (DL-14A) to reestablish the license.  Military spouses, dependents and other government employees may not reestablish if the license has expired.  They must apply for an original license.

*Eligibility*

| Scenario | Eligible | Ineligible |
|---|---|---|
| Employed by a corporation with a direct contract with the federal government and possesses a deployment order and federally issued credentials. | X | |
| Actively serving in the armed forces, their spouses and dependents possessing a driver license based on an established Texas residence.  May or may not have a Texas residence. | X | |
| Moved out of state for employment and has maintained a Texas residence. | X | |
| Retired from the armed forces and has maintained a Texas residence. | X | |
| Persons retired from the armed forces who have not maintained a Texas residence. | | X |
| Moved out of state for non-federal or non-military employment and has not maintained a Texas address. | | X |
| Employed by a corporation that has a subcontract with the federal government without a deployment order or federal issued credentials and have maintained a Texas residence. | X | |
| Employed by a corporation with a subcontract with the federal government, without a deployment order or federal issued credentials, and has not maintained a Texas residence. | | X |

Relevant statutes:
TEX. TRANSP. CODE ANN. §521.028.  Effect of Military Service on License Requirement.
TEX. TRANSP. CODE ANN. §521.141.  General Application Requirements.
TEX. TRANSP. CODE ANN. §521.274.  Renewal by Mail or Electronic Means.

Relevant rules:
37 TEXAS ADMIN. CODE §15.31.  Out-of-State Renewals
37 TEXAS ADMIN. CODE §15.33.  Renewal of Texas License with Validity Period
    Extended by Military Service
37 TEXAS ADMIN. CODE §15.35.  Renewal of a Texas Driver License Expired over Two

TEX0507545

Years

Other authority:
S. 475--111th Congress: Military Spouses Residency Relief Act. (2009).

Links:
Application Process Policy document
Original License, Requirements
Original Identification Card, Requirements
License/ID Renewal, Generally
License/ID Renewal, In Person
License/ID Renewal, Online and Telephone
License Renewal/Expiration, Military
Replacement License, Generally
Modification of License

## V.   Replacement License, Generally

A replacement driver license or identification card transaction occurs when the holder changes personal information outside of the renewal period.

An applicant must apply for a replacement driver license (DL) or identification card (ID) within 30 days if:

(1) Any of the following changes:
- Name;
- Address;  OR
- Gender.
(2) The card is lost, destroyed, marred or mutilated; OR
(3) The holder has an out-of-state, no-photo license and returns to Texas, before or after the 45 day expiration.

If the applicant holds both a DL and ID, the Driver License System (DLS) automatically updates both, and the applicant must either:

(1) Pay the applicable fee for a replacement of both OR
(2) Surrender one of the cards.

Relevant statutes:
TEX. TRANSP. CODE ANN. §521.054.  Notice of Change of Address or Name.
TEX. TRANSP. CODE ANN. §521.101.  Personal Identification Certificate.
TEX. TRANSP. CODE ANN. §521.1425.  Information Required to be Furnished to Department.

TEX0507546

TEX. TRANSP. CODE ANN. §521.146.  Application for Duplicate License or Certificate.
TEX. TRANSP. CODE ANN. §522.032.  Change of Name or Address of License or Permit
Holder; Offense.

**Relevant rules:**

37 TEXAS ADMIN. CODE §15.36.  Applications for Duplicates and Corrections.
37 TEXAS ADMIN. CODE §16.77.  Duplicates.

**Other forms:**

- *Application for Renewal/Replacement/Change of a Texas Driver License or Identification Card* (DL-43)

Links:

Application Process Policy document
Replacement License, Requirements
Replacement License, Name Change
Original License, Generally
Original License, Requirements
License/ID Renewal, Generally
Modification of License

# W.   Replacement License, Requirements

An applicant for a replacement driver license or identification card must:

- Complete the *Application for Renewal/Replacement/Change of a Texas Driver License or Identification Card* **(DL-43)**;
- Present one piece of documentation sufficient to prove identity;
- Present documentation sufficient to prove either US citizenship or lawful presence ONLY IF the applicant has not previously established US citizenship OR
- Pay the appropriate fee;
- Present documentation verifying the applicant's former and new names, if applicable; AND
- Present a court order if the applicant is a victim of domestic abuse and is changing his or her card number and/or personal information.

Relevant statutes:

TEX. TRANSP. CODE ANN. §521.054.  Notice of Change of Address or Name.
TEX. TRANSP. CODE ANN. §521.101.  Personal Identification Certificate.
TEX. TRANSP. CODE ANN. §521.141.  General Application Requirements.
TEX. TRANSP. CODE ANN. §521.1425.  Information Required to Be Furnished to
Department.
TEX. TRANSP. CODE ANN. §521.146.  Application for Duplicate License or Certificate.
TEX. TRANSP. CODE ANN. § 521.275, Change of Driver's License or Personal

TEX0507547

Identification Certificate Number

Relevant rules:
37 TEXAS ADMIN. CODE §15.36.  Applications for Duplicates and Corrections.
37 TEXAS ADMIN. CODE §16.77.  Duplicates.

Links:
* Fees
Application Process Policy document
Replacement License, Generally
Replacement License, Name Change
Original License, Generally
Original License, Requirements
License/ID Renewal, Generally
Modification of License

## 1. Replacement License, Name Change

A driver license or identification card holder seeking to change his or her name must apply for a replacement card and provide documentation of the new name.  The following are valid reasons for changing the name.

* Marriage
* Divorce
* Annulment
* Death of spouse
* Court order verifying name change
   o Personal choice
   o Victim of domestic abuse
   o Gender change

An applicant may choose to keep her current married name, revert to her maiden name or adopt a previous husband's name.

Relevant statutes:
TEX. TRANSP. CODE ANN. §521.054.  Notice of Change of Address or Name.
TEX. TRANSP. CODE ANN. §521.101.  Personal Identification Certificate.
TEX. TRANSP. CODE ANN. §521.141.  General Application Requirements.
TEX. TRANSP. CODE ANN. §521.1425.  Information Required to Be Furnished to Department.
TEX. TRANSP. CODE ANN. §521.146.  Application for Duplicate License or Certificate.

TEX0507548

<u>Relevant rules:</u>

37 TEXAS ADMIN. CODE §15.36.  Applications for Duplicates and Corrections.

37 TEXAS ADMIN. CODE §16.77.  Duplicates.

**Other forms:**

- *Application for Renewal/Replacement/Change of a Texas Driver License or Identification Card* (DL-43)

<u>Links</u>:
- Fees

Application Process Policy document

Replacement License, Generally

Replacement License, Requirements

Original License, Generally

Original License, Requirements

License/ID Renewal, Generally

Modification of License

# X.   Modification of License

A modification of driver license may occur outside the renewal period with:

- A change in license restriction or endorsement OR
- An addition or advance in class of license.

### *Requirements*

To modify a driver license, an applicant must:

- Complete the *Application for Renewal/Replacement/Change of a Texas Driver License or Identification Card* **(DL-43)**;
- Present one piece of documentation sufficient to prove identity;
- Present documentation sufficient to prove either US citizenship or lawful presence ONLY IF:
  (1)  The applicant has not previously established US citizenship OR
  (2)  The applicant's lawful presence has expired;
- Pay the appropriate fee;

<u>Relevant statutes</u>:

TEX. TRANSP. CODE ANN. §521.146.  Application for Duplicate License or Certificate.

<u>Relevant rules:</u>

TEX0507549

37 TEXAS ADMIN. CODE §15.36.  Applications for Duplicates and Corrections.
37 TEXAS ADMIN. CODE §16.77.  Duplicates.

Links:
- Fees
- *Supplemental Examination* (DL-40)
- *Texas DL Renewal - Duplicate License* (DL-43)
- *Supplement Application* (CDL-1)
- *Examination Report* (CDL-40)

Application Process Policy document
Replacement License, Generally
Original License, Generally
Original License, Requirements
License/ID Renewal, Generally
Restrictions and Endorsements
Advance or Addition in License Class

TAG: Advance in grade

## 1. Restrictions and Endorsements

Restrictions and endorsements change the circumstances under which an individual may operate a motor vehicle.  Depending on the type of endorsement, an applicant may be required to provide additional information, complete a separate application or pass a test specific to the type of endorsement sought.

Restrictions and endorsements may relate to:

- The type of motor vehicle the license holder may drive;
- A special mechanical control required on the vehicle;
- A special mechanical control required on the driver such as an artificial limb;
- A restricted area, location or road on which the applicant may drive;
- A restricted time of day during which the applicant may drive; or
- Any other condition imposed to ensure safe driving.

Relevant statutes:
TEX. TRANSP. CODE ANN. §521.221.  Imposition of Special Restrictions and Endorsements.
TEX. TRANSP. CODE ANN. §521.224.  Restricted Class M License.

Relevant rules:

TEX0507550

37 TEXAS ADMIN. CODE §15.57.  Restrictions, Physical.
37 TEXAS ADMIN. CODE §16.77.  Duplicates.

Links:
- *Supplemental Examination* (DL-40)
- *Texas DL Renewal - Duplicate License* (DL-43)
- *Supplement Application* (CDL-1)
- *Examination Report* (CDL-40)
- http://www.txdps.state.tx.us/DriverLicense/endrsRestrictions.htm

Application Process Policy document
Replacement License, Generally
Original License, Generally
Original License, Requirements
License/ID Renewal, Generally
Modification of License
Advance or Addition in License Class

## 2. Advance or Addition in License Class

A license holder may change to a class of license permitting the operation of a different class of vehicle.

Relevant statutes:
TEX. TRANSP. CODE ANN. §521.161.  Examination of License Applicants.
TEX. TRANSP. CODE ANN. §521.421.  License Feeds; Examination Fees.
TEX. TRANSP. CODE ANN. §522.029.  Fees.

Relevant rules:
37 TEXAS ADMIN. CODE §15.60.  Advance in Class License.

Links:
- http://www.txdps.state.tx.us/DriverLicense/endrsRestrictions.htm
- Application Process Policy document

Vehicle class policy (not done yet)
Relevant CDL policies (not done yet)
Replacement License, Generally
Original License, Generally
Original License, Requirements
License/ID Renewal, Generally
Modification of License
Restrictions and Endorsements

TEX0507551

<u>Definitions</u>

***Deployment order:*** a document from a federal agency directing the license holder to a location outside Texas.

***Federally issued credentials:*** an identification card issued to all federal employees, including contractors, who provide a direct service to the federal government. These credentials will include a photograph of the employee and may include a computer microchip.

***Members of the armed forces:*** active duty, National Guard, or reserve members of the armed forces, including active federal civil service members and their spouses and dependents.

***Residential address/residence/residency***:  for a non-commercial driver license holder, a residential address is the address, legal description or physical description of the place a person normally resides, resides the majority of the time or returns to after periods of temporary absence.

***Temporary visitor***:  a person who is not a US citizen, US national, lawful permanent resident, refugee or asylee.


TAGS:

- Where "replacement" license is used, also tag for "duplicate"

- Where "knowledge" test is used, tag for "written"

- Where "skills" test is used, tag for driving and road

- Where "hardship" license is used, tag for minor's restricted DL

TEX0507552