EIC Applications by ZIP Code as of
10-21-2013

| Zip Code of Applicant | Count of Applications |
|---|---|
| 75081 | 1 |
| 75180 | 1 |
| 75203 | 1 |
| 75211 | 1 |
| 75214 | 1 |
| 75215 | 2 |
| 75216 | 2 |
| 75234 | 1 |
| 75241 | 1 |
| 75243 | 1 |
| 75605 | 4 |
| 75701 | 1 |
| 75702 | 3 |
| 75766 | 1 |
| 75771 | 1 |
| 75803 | 1 |
| 75839 | 1 |
| 76001 | 1 |
| 76006 | 1 |
| 76021 | 1 |
| 76084 | 1 |
| 76104 | 1 |
| 76105 | 2 |
| 76107 | 1 |
| 76116 | 1 |
| 76134 | 1 |
| 76180 | 1 |
| 76550 | 1 |
| 77016 | 2 |
| 77021 | 1 |
| 77029 | 1 |
| 77036 | 1 |
| 77065 | 1 |
| 77093 | 1 |
| 77096 | 1 |
| 77099 | 2 |
| 77389 | 1 |
| 77446 | 2 |



2:13-cv-193
09/02/2014
exhibitsticker.com
DEF1466

| | |
|---|---|
| 77550 | 1 |
| 77640 | 1 |
| 77868 | 1 |
| 78040 | 1 |
| 78043 | 2 |
| 78046 | 1 |
| 78389 | 1 |
| 78521 | 1 |
| 78538 | 1 |
| 78550 | 1 |
| 78552 | 1 |
| 78572 | 1 |
| 78596 | 3 |
| 78723 | 1 |
| 78732 | 1 |
| 78801 | 1 |
| 78839 | 1 |
| 79549 | 1 |
| 79720 | 2 |
| 79905 | 1 |
| 79912 | 1 |
| 79935 | 1 |
| (blank) | |
| **Grand Total** | **75** |

TEX0507603