| From: | Peters, Joe |
|---|---|
| To: | McCraw, Steven; MacBride, Cheryl; Bodisch, Robert; Nolte, Candace |
| CC: | DPS Government Relations |
| Sent: | 7/10/2013 4:47:49 PM |
| Subject: | FW: EIC Certificates |

FYI

**From:** Watkins, Paul
**Sent:** Wednesday, July 10, 2013 4:45 PM
**To:** Peters, Joe
**Cc:** Bell, Stephen; Winkley, Salestus; Berkley, Johnnie; Silva, Samuel; Valenzuela, Estella; Valdez, Tomas; Hubbard, Barbara; Garcia, Joseph; Smith, Janie; Melcher, Lori; Gomez, Enrique; Mastracchio, JoeAnna; Ron Grahovec; Crawford, John; Vinger, Tom; Cesinger, Katherine; Hunter, Stephanie; Wells, Charles; Barber, David; Muniz, Barbara; Segundo, Carolina
**Subject:** EIC Certificates

5 inquiries today
1 issuance today

| 10 July EIC Report ||||
|---|---|---|---|
| 1A | Issuance | 0 | |
| | Inquiry | 0 | |
| 1B | Issuance | 0 | |
| | Inquiry | 1 | Arlington DL office had a customer inquiry about the EIC at 2:30 pm today. |
| 2A | Issuance | 0 | |
| | Inquiry | 0 | |
| 2B | Issuance | 0 | |
| | Inquiry | 1 | 15 year old in Conroe requested to be issued an election certificate. |
| 3 | Issuance | 0 | |
| | Inquiry | 3 | 2 in Brownsville, 1 in Corpus Christi. None of them qualified. |
| 4 | Issuance | 0 | |
| | Inquiry | 0 | |
| 5 | Issuance | 0 | |
| | Inquiry | 0 | |
| 6A | Issuance | 0 | |
| | Inquiry | 0 | |
| 6B | Issuance | 1 | In Lampasas, CSR MaryBeth Rhyan issued one (1) Election Certificate. |
| | Inquiry | 0 | |
| Total EICs Issued Today | | 1 | |
| Total EIC Inquiries Today | | 5 | |
| Total EICs Issued to Date | | 2 | |
| Total EIC Inquiries to Date | | 27 | |

Paul B. Watkins
*Dep. Asst. Director*
*Driver License Division*
*Texas Department of Public Safety*

paul.watkins@dps.texas.gov
512-424-5413 (o)
512-748-1488 (c)



TEX0507604