| | | |
|---|---|---|
| **From:** | Peters, Joe | |
| **To:** | McCraw, Steven; MacBride, Cheryl; Bodisch, Robert; Cesinger, Katherine; Nolte, Candace | |
| **Sent:** | 7/1/2013 6:27:42 PM | |
| **Subject:** | FW: EIC Morning Report | |

FYI

---

**From:** Rodriguez, Tony
**Sent:** Monday, July 01, 2013 5:47 PM
**To:** Peters, Joe
**Cc:** Watkins, Paul; Bell, Stephen; Winkley, Salestus; Berkley, Johnnie; Silva, Samuel; Valenzuela, Estella; Valdez, Tomas; Hubbard, Barbara; Garcia, Joseph; Smith, Janie; Melcher, Lori; Gomez, Enrique; Mastracchio, JoeAnna; Ron Grahovec; Crawford, John
**Subject:** RE: EIC Morning Report

Two additional inquiries, but still no issuances.

| | | | 01 July Final EIC Report |
|---|---|---|---|
| 1A | Issuance | 0 | |
| | Inquiry | 0 | |
| 1B | Issuance | 0 | |
| | Inquiry | 1 | Fort Worth South EIC inquiry by Jimmy Killingsworth at 1:30 PM 7/1/2013 for members of his church comm |
| 2A | Issuance | 0 | |
| | Inquiry | 0 | |
| 2B | Issuance | 0 | |
| | Inquiry | 1 | 1 request --- had a passport not eligible |
| 3 | Issuance | 0 | |
| | Inquiry | 0 | |
| 4 | Issuance | 0 | |
| | Inquiry | 0 | |
| 5 | Issuance | 0 | |
| | Inquiry | 0 | |
| 6A | Issuance | 0 | |
| | Inquiry | 0 | |
| 6B | Issuance | 0 | |
| | Inquiry | 0 | |
| **Total EICs Issued Today** | | 0 | |
| **Total EIC Inquiries Today** | | 2 | |
| **Total EICs Issued to Date** | | 0 | |
| **Total EIC Inquiries to Date** | | 14 | |

v/r

*Tony Rodriguez*

Customer Operations Senior Manager – South and West
Driver License Division
Texas Department of Public Safety
tony.rodriguez@dps.texas.gov
512.424.5657 (O)
512.739.9709 (C)
512.424.5233 (F)

2:13-cv-193
09/02/2014
**DEF1468**

The Driver License Division is committed to quality and excellence in customer service. Please share your thoughts with us via our online customer service survey at: http://www.survey.utexas.edu/txdps/

**From:** Rodriguez, Tony
**Sent:** Monday, July 01, 2013 11:58 AM
**To:** Peters, Joe
**Cc:** Watkins, Paul; Bell, Stephen; Winkley, Salestus; Berkley, Johnnie; Silva, Samuel; Valenzuela, Estella; Valdez, Tomas; Hubbard, Barbara; Garcia, Joseph; Smith, Janie; Melcher, Lori; Gomez, Enrique; Mastracchio, JoeAnna; 'Grahovec, Ron'; Crawford, John
**Subject:** EIC Morning Report

Sorry for the delay.  We continue to have some inquiries but no issuance of an EIC.

| | 01 July  Morning EIC Report | | |
|---|---|---|---|
| 1A | Issuance | 0 | |
| | Inquiry | 0 | |
| 1B | Issuance | 0 | |
| | Inquiry | 0 | |
| 2A | Issuance | 0 | |
| | Inquiry | 0 | |
| 2B | Issuance | 0 | |
| | Inquiry | 2 | 1 had ID and Concealed Handgun License<br>1 had DL |
| 3 | Issuance | 0 | |
| | Inquiry | 0 | |
| 4 | Issuance | 0 | |
| | Inquiry | 0 | |
| 5 | Issuance | 0 | |
| | Inquiry | 0 | |
| 6A | Issuance | 0 | |
| | Inquiry | 0 | |
| 6B | Issuance | 0 | |
| | Inquiry | 0 | |
| Total EICs Issued Today | | 0 | |
| Total EIC Inquiries Today | | 2 | |
| Total EICs Issued to Date | | 0 | |
| Total EIC Inquiries to Date | | 12 | |

v/r

*Tony Rodriguez*

Customer Operations Senior Manager – South and West
Driver License Division
Texas Department of Public Safety
tony.rodriguez@dps.texas.gov
512.424.5657 (O)
512.739.9709 (C)
512.424.5233 (F)

The Driver License Division is committed to quality and excellence in customer service. Please share your thoughts with us via our online customer service survey at: http://www.survey.utexas.edu/txdps/

**From:** Rodriguez, Tony

**Sent:** Friday, June 28, 2013 4:52 PM
**To:** Peters, Joe
**Cc:** Watkins, Paul; Bell, Stephen; Winkley, Salestus; Berkley, Johnnie; Silva, Samuel; Valenzuela, Estella; Valdez, Tomas; Hubbard, Barbara; Garcia, Joseph; Smith, Janie; Melcher, Lori; Gomez, Enrique; Mastracchio, JoeAnna; 'Grahovec, Ron'; Crawford, John
**Subject:** EIC Final Report for 28 June
**Importance:** High

One additional inquiry from this mornings report.

| | | | 28 June Final EIC Report |
|---|---|---|---|
| 1A | Issuance | 0 | |
| | Inquiry | 0 | |
| 1B | Issuance | 0 | |
| | Inquiry | 0 | |
| 2A | Issuance | 0 | |
| | Inquiry | 0 | |
| 2B | Issuance | 0 | |
| | Inquiry | 1 | One Request - Customer already had an ID |
| 3 | Issuance | 0 | |
| | Inquiry | 0 | |
| 4 | Issuance | 0 | |
| | Inquiry | 0 | |
| 5 | Issuance | 0 | |
| | Inquiry | 2 | **Hereford**-one customer ask about the "free id". After visiting with her we determined th... system, the customer decided to go home and get the documents she needed to renwe h... Lubbock County Voter registrar and staff came in on Friday to discuss the certificates. I ... sample Election Certificate. I informed them that the customer have to ask for the Electio... |
| 6A | Issuance | 0 | |
| | Inquiry | 0 | |
| 6B | Issuance | 0 | |
| | Inquiry | 0 | |
| Total EICs Issued Today | | 0 | |
| Total EIC Inquiries Today | | 3 | |
| Total EICs Issued to Date | | 0 | |
| Total EIC Inquiries to Date | | 11 | |

v/r

*Tony Rodriguez*

Customer Operations Senior Manager – South and West
Driver License Division
Texas Department of Public Safety
tony.rodriguez@dps.texas.gov
512.424.5657 (O)
512.739.9709 (C)
512.424.5233 (F)

The Driver License Division is committed to quality and excellence in customer service. Please share your thoughts with us via our online customer service survey at: http://www.survey.utexas.edu/txdps/

TEX0507620