| | |
|---|---|
| **From:** | Bodisch, Robert |
| **To:** | MacGregor Stephenson; cshorter@sos.state.tx.us |
| **CC:** | Bodisch, Robert; Peters, Joe |
| **Sent:** | 10/14/2013 5:49:34 PM |
| **Subject:** | EIC Situation Map |
| **Attachments:** | EIC Counties with No Drver License Office (14 Oct 2013).pdf |

Per conversation, Attached please find the current status of (79) county participation in the EIC effort. We have training scheduled for Thursday at various sites around the state. Regardless of where we are with the MOUs, the stations will process the EICs as soon as they are trained and we will let the MOUs catch up, but not mail the EICs until the MOU is received. As soon as the yellow counties receive their training by Friday, they will all turn green. The 38 blue counties will be staffed by DPS personnel so no problem there. The one grey county is a DPS scheduled office and we are adding the extra days to ensure at least 5 days coverage and it will also be available on the scheduled days as well.

The team is still working on the extended hours schedule. Will forward when available.

In addition, our Saturday operations continue at 49 DPS locations, and our 25 EIC Mobile units continue deployed and on schedule.


Robert J. Bodisch
Assistant Director/Chief of Staff
Texas Homeland Security
Texas Department of Public Safety
P. O. Box 4087
Austin, Texas 78773
512-424-2368
robert.bodisch@dps.texas.gov
robert.bodisch.sle@dhs.sgov.gov



