| | |
|---|---|
| **From:** | Burch, Shea |
| **To:** | Agency_constituent_responses@governor.state.tx.us |
| **Sent:** | 7/11/2013 11:41:47 AM |
| **Subject:** | Constituent Phil Jones |

Good morning,

I was able to contact Mr. Jones by email. He was interested in obtaining a Texas Election Certificate ID card issued by our Agency. I explained because he has a valid Texas Driver License he was not eligible to obtain this ID card. I provided Transportation Code 521A.001 which states: The department shall issue an election identification certificate to a person who states that the person is obtaining the certificate for the purpose of satisfying Section 63.001(b), Election Code, and does not have another form of identification described by Section 63.0101, Election Code. I then provided the list of acceptable photo identification that is posted on the Secretary of State website under voter information. http://www.sos.state.tx.us/. It takes you to www.votetexas.gov and I clicked on the tab at the bottom Photo ID FAQ's.

All voters are now required to present an approved form of photo identification in order to vote in all Texas Elections. Here is a list of the acceptable forms of photo ID:

 Texas driver license issued by the Texas Department of Public Safety (DPS)
 Texas Election Identification Certificate issued by DPS
 Texas personal identification card issued by DPS
 Texas concealed handgun license issued by DPS
 United States military identification card containing the person's photograph
 United States citizenship certificate containing the person's photograph
 United States passport

I asked Mr. Jones to contact me if he had any additional questions.

*Respectfully,*

*Shea Burch*
*License and Record Service*
*Driver License Division*
*Texas Department of Public Safety*
*512-424-5457*



TEX0507661