| | |
|---|---|
| **From:** | Burch, Shea |
| **To:** | praymondjones@netzero.net |
| **Sent:** | 7/10/2013 8:50:11 AM |
| **Subject:** | RE: Question on Voter ID |

Mr. Jones,

While I understand your concerns and respect your desire for alternatives on this issue, it is our Department's responsibility to follow legislative requirements without exception. Texas Transportation Code 521A.001 states: The Department shall issue an election identification certificate to a person who states that the person is obtaining the certificate for the purpose of satisfying Section 63.001(b), Election Code, <u>and does not have another form of identification described by Section 63.0101, Election Code.</u> You have a valid driver license which is a form of identification listed in the election code. Therefore, we are not able to issue you an election certificate.

I appreciate the opportunity to respond to your request, if you have additional questions please feel free to contact me.

*Respectfully,*

*Shea Burch*
*License and Record Service*
*Driver License Division*
*Texas Department of Public Safety*
*512-424-5457*

---

**From:** praymondjones@netzero.net [mailto:praymondjones@netzero.net]
**Sent:** Wednesday, July 10, 2013 6:23 AM
**To:** Burch, Shea
**Subject:** Re: Question on Voter ID

Ms. Burch,
I would like voter ID. I do not want to show my passport or my Texas driver license because of ID theif. I am sure you understand, so I need to be able obtain a Texas Election Identification Certificate issued by DPS However the form from DPS says I can not get this form, because I have a form of ID. Please let know how I can get this type of ID.
Phil

---------- Original Message ----------
From: "Burch, Shea" <Shea.Burch@dps.texas.gov>
To: "praymondjones@netzero.com" <praymondjones@netzero.com>
Subject: Question on Voter ID
Date: Tue, 9 Jul 2013 21:32:17 +0000

Mr. Jones,

This is in response to your question on how to obtain a Voter ID.

Voter registration and voter registration certificates are done through the Secretary of State or your County Voter Registration Officials. You can go online at www.sos.state.tx to fill out a voter registration form to print and mail in to the office. Or you may contact your county office for assistance. If you are in Dallas County the phone number is 214-819-6300 and they are located at 2377 North Stemmons Frwy, Suite 820, Dallas, TX, 75207. If you are in Collin County the phone number is 972-547-1990, and they are located at 2010 Redbud Blvd., Suite 102, McKinney, TX, 75069.

2:13-cv-193
09/02/2014
DEF1473

All voter's are required to show photo identification when voting in person. Here is a list of acceptable forms of photo ID:

Texas driver license issued by the Texas Department of Public Safety (DPS)
Texas Election Identification Certificate issued by DPS
Texas personal identification card issued by DPS
Texas concealed handgun license issued by DPS
United States military identification card containing the person's photograph
United States citizenship certificate containing the person's photograph
United States passport

If by voter id you were referring to the Texas Election Certificate issued by our Agency, these are issued to person's who do not have another form of photo identification acceptable for election purposes. Our records indicate you have a valid driver license.

I hope this answers your questions. If you have additional questions or need further assistance please contact me.

*Respectfully,*

*Shea Burch*
*License and Record Service*
*Driver License Division*
*Texas Department of Public Safety*
*512-424-5457*

TEX0507665