| | |
|---|---|
| **From:** | DPS Government Relations |
| **To:** | conrad.risher@mail.house.gov |
| **CC:** | Arriaga, Amanda |
| **Sent:** | 10/19/2011 12:41:35 PM |
| **Subject:** | Information for Congressman Gonzalez |
| **Attachments:** | 09 09 11 DLD Sites.pdf; DPS proposed rules EIC.pdf; EIC draft card.pdf; EIC ID chart 101111.pdf |

Conrad,

I was provided with your email address and told you are the point person in Congressman Gonzalez's office for Voter ID issues.  The following information is provided in response to the request for follow up from Congressman Gonzalez:

Attached:    Texas Election Identification Certificate identification requirements
List of all DL locations in Texas  (this is the same list provided to DOJ)
Proposed EIC rules
Proposed EIC

Total number of DL/ID holders in Texas as of 09/01/2011
    Active Driver Licenses (DL and CDL)      16,899,245
    Active Personal Identification Cards       3,862,169

San Antonio Mega Center location:
**San Antonio**
Location:  Corner of Huebner and Evers Streets
This location is a new build and the facility will be built specifically to suit DL office needs.  The planned opening is scheduled for September 2012.



If you or the Congressman have any questions, please let us know.

Thank you,

Gretchen Essell
Public Affairs and Policy
Texas Department of Public Safety



TEX0507678

(512) 424-2933
gretchen.essell@dps.texas.gov

TEX0507679