| | |
|---|---|
| **From:** | Peters, Joe |
| **To:** | McCraw, Steven; MacBride, Cheryl; Bodisch, Robert; Nolte, Candace |
| **Sent:** | 8/16/2013 5:54:50 PM |
| **Subject:** | FW: 16 August EIC Report |

FYI

**Subject:** 16 August EIC Report

We have had six inquiries this week including a request for DPS personnel to provide an information briefing on e
0 Issuances this week

| | | | 16 Aug Weekly EIC Report |
|---|---|---|---|
| **1A** | Issuance | 0 | |
| | Inquiry | 1 | 08-15-13: The request was made at the Texarkana office and denied be has a valid Texas DL. |
| **1B** | Issuance | 0 | |
| | Inquiry | 1 | 08-15-13: Ft Worth - South EIC request. Unable to process because th Identification policy. |
| **2A** | Issuance | 0 | |
| | Inquiry | 0 | |
| **2B** | Issuance | 0 | |
| | Inquiry | 2 | 8-14-13: Texas City - Customer had a valid DL in his possession.<br><br>8-13-13: Nacogdoches - One request on from customer DAVID DRAKE 2010. Customer stated he was homeless and did not want the Election ID. Customer was told Election Certificate would not be valid for ID, onl customer left. |
| **3** | Issuance | 0 | |
| | Inquiry | 1 | 08-14-13: Supervisor Olivo met with Cameron County Elections Adminis Commissioner Sophie Benavidez and County Administrative Assistant M DL Office. Supervisor Olivo discussed the EIC eligibility requirements a associated with the issuance of the Texas EIC. |
| **4** | Issuance | 0 | |
| | Inquiry | 0 | |
| **5** | Issuance | 0 | |
| | Inquiry | 0 | |
| **6A** | Issuance | 0 | |
| | Inquiry | 1 | 08-12-13: Babcock – This office received a call from a Rose Marie DeF states that they will be having a meeting on Thursday, Sept. 12, 2013 ( Cody Branch Library off Vance Jackson Rd. in San Antonio. The meet people. She would like to know if someone could come out and give a Election Certificate's. |
| **6B** | Issuance | 0 | |
| | Inquiry | 0 | |
| Total EICs Issued This Week | | 0 | |
| Total EIC Inquiries This Week | | 6 | |
| Total EICs Issued to Date | | 7 | |

2:13-cv-193
09/02/2014
**DEF1475**

| Total EIC Inquiries to Date | 80 |

v/r

*Tony Rodriguez*

Customer Operations Senior Manager – South and West
Driver License Division
Texas Department of Public Safety
tony.rodriguez@dps.texas.gov
512.424.5657 (O)
512.739.9709 (C)
512.424.5233 (F)

The Driver License Division is committed to quality and excellence in customer service. Please share your thoughts with us via our online customer service survey at: http://www.survey.utexas.edu/txdps/

TEX0507714