| | |
|---|---|
| **From:** | Nolte, Candace |
| **To:** | Anchia - Tricia Horatio - General Counsel / Legislative Director (tricia.horatio@house.state.tx.us) |
| **CC:** | Murphy, Kathleen (Kathleen.Murphy@dps.texas.gov); Fox, Duncan; Bodisch, Robert |
| **BCC:** | Nolte, Candace |
| **Sent:** | 9/26/2013 10:00:59 AM |
| **Subject:** | FW: Inquiry from Office of Texas State Rep. Rafael Anchia |
| **Attachments:** | DPS Response - Ellis 9-25-13.pdf |

Ms. Horatio,

A great deal of misinformation has been conveyed through the media regarding the Election Identification Certificate (EIC). In response to your question regarding the warrant checks, please review the attached letter that was issued to Senator Ellis. Although unpaid parking tickets could affect the ability of an individual to be issued or renew a driver license or Texas Identification card, unpaid parking tickets are not associated in any way with the issuance of an Election Identification Certificate.

Thank you

**Candace Nolte**
*Deputy Assistant Director*
*Chief, Office of Government Relations*
Texas Department of Public Safety
(512) 424-7272
5805 N. Lamar Blvd.
P.O. Box 4087
Austin, TX 78773-0170
candace.nolte@dps.texas.gov

---

**From:** Tricia Horatio [mailto:Tricia.Horatio@house.state.tx.us]
**Sent:** Wednesday, September 25, 2013 3:25 PM
**To:** Fox, Duncan
**Cc:** Elizabeth Zornes
**Subject:** Inquiry from Office of Texas State Rep. Rafael Anchia

Dear Mr. Fox,

I hope that you might help answer a constituent inquiry recently posed to our office. The constituent in question was under the belief - one that he says was confirmed by Texas DPS – that voter registration applications are matched against a database to check for outstanding warrants. Can you provide any insight as to whether voter registration applications are checked for warrants as described? If so, when such screening began? And whether the practice could result in a person with an unpaid ticket being blocked from voting?

Thank you in advance for your assistance.

Regards,


Tricia A. Horatio
General Counsel/Legislative Director
Rep. Rafael Anchia
214-943-6081 District Phone
512-463-0746 Capitol Phone



2:13-cv-193
09/02/2014
**DEF1476**

TEX0507728