# TEXAS DEPARTMENT OF PUBLIC SAFETY

5805 N LAMAR BLVD • BOX 4087 • AUSTIN, TEXAS 78773-0001
512/424-2000
www.dps.texas.gov




STEVEN C. McCRAW
DIRECTOR
DAVID G. BAKER
CHERYL MacBRIDE
DEPUTY DIRECTORS

COMMISSION
A. CYNTHIA LEON, CHAIR
CARIN MARCY BARTH
ADA BROWN
ALLAN B. POLUNSKY
RANDY WATSON

September 24, 2013

The Honorable Rodney Ellis
Texas Senate
PO Box 12068
Austin, TX 78711

Dear Chairman Ellis:

Thank you for giving the Texas Department of Public Safety (DPS) the opportunity to address your concerns regarding implementation of the voter photo identification law with respect to warrant checks on persons applying for an Election Identification Certificate (EIC).

While our driver license system is set up to routinely run warrant checks on persons conducting driver license transactions in our offices, this is <u>not</u> the case with EICs. Please be assured that we do not check for warrants on EIC applicants at any stage of the process. Every qualified applicant who presents proper documentation will immediately be issued a paper receipt, valid for 30 days, which may be used for voting, pending receipt of the actual EIC card in the mail.

As you are aware, the Legislature entrusted DPS with the responsibility for issuing Election Identification Certificates, a responsibility we do not take lightly. It is our intent to do everything possible within our area of responsibility to ensure that every eligible Texas voter has ample opportunity to obtain, as conveniently as possible, photo identification required to comply with the voter ID law.

Our effort to ensure accessibility and convenience for eligible voters includes a partnership with the Office of the Secretary of State to deploy mobile EIC stations across the state in counties without driver license offices, and to augment our service in those counties with high population concentrations.

Should you have additional questions or need more information, please do not hesitate to contact us.

Sincerely,

*Steven C. McCraw*

Steven C. McCraw
Director

2:13-cv-193
09/02/2014
**DEF1477**



**The Senate of The State of Texas**

RECEIVED
SEP 2 3 2013
DIRECTOR
DEPT. OF PUBLIC SAFETY

SENATOR RODNEY ELLIS
District 13

PRESIDENT PRO TEMPORE
1999 - 2000

COMMITTEES:
Chair, Open Government
Natural Resources
Transportation
State Affairs

September 19, 2013

Mr. Steve McCraw
Director, Texas Department of Public Safety
P.O. Box 4087
Austin, Texas 78773

Dear Mr. McCraw:

I recently saw a media report regarding the Department of Public Safety's (DPS) implementation of the voter photo identification law. Specifically, my understanding is that when an individual requests an election identification certificate at a DPS driver license office, DPS staff immediately determines whether that individual has any outstanding warrants. If a warrant is located, I am told that information is immediately turned over to the Highway Patrol Division.

I therefore have the following questions:

- Can you explain DPS's policies and procedures regarding individuals requesting an election identification certificate? As you can expect, I am especially interested in whether a search for warrants is indeed conducted for anyone seeking an election identification certificate and how it is determined whether such a search is conducted.
- If such a search for warrants is conducted, what is the specific protocol for what is done with the information? If the information is turned over to the Highway Patrol Division, are there policies regarding what the officers do next, or do they have complete discretion in acting upon the information they receive from the Driver License Division?
- Will an individual that is found to have outstanding warrants still be issued an election identification certificate?

I understand and respect DPS's role as a law enforcement agency and the difficult duty you have. At the same time, I hope you can appreciate that the threat of possible arrest for merely seeking to exercise one's right to vote will inevitably have a detrimental impact on the number of election identification certificates issued and thus the ability of otherwise eligible voters to have their voice heard via the ballot box.

Given the fact that we are less than two months away from election day and less than a month away from the registration deadline, I ask that you respond in writing as soon as possible.

Lyric Centre
440 Louisiana, Suite 575
Houston, Texas 77002
(713) 236-0306
FAX: (713) 236-0604

P.O. Box 12068
Austin, Texas 78711
(512) 463-0113
FAX: (512) 463-0006
Dial 711 For Relay Calls
E-Mail: rodney.ellis@senate.state.tx.us

2440 Texas Parkway, Suite 110
Missouri City, Texas 77489
(281) 261-2360
FAX: (281) 261-4726

TEX0507730

Mr. Steve McCraw
Page 2 of 2

I look forward to working with you to ensure that all eligible Texas voters are able to comply with the voter ID law.

Sincerely,

Rodney Ellis

Rodney Ellis

TEX0507731