| | |
|---|---|
| From: | Peters, Joe |
| To: | McCraw, Steven; MacBride, Cheryl; Bodisch, Robert; Nolte, Candace |
| Sent: | 7/12/2013 4:38:00 PM |
| Subject: | FW: 12 July EIC Report |

FYI

**From:** Rodriguez, Tony
**Sent:** Friday, July 12, 2013 4:30 PM
**To:** Peters, Joe
**Cc:** Watkins, Paul; Bell, Stephen; Winkley, Salestus; Berkley, Johnnie; Silva, Samuel; Valenzuela, Estella; Valdez, Tomas; Hubbard, Barbara; Garcia, Joseph; Smith, Janie; Melcher, Lori; Gomez, Enrique; Mastracchio, JoeAnna; Ron Grahovec; Crawford, John; Vinger, Tom; Cesinger, Katherine; Hunter, Stephanie; Wells, Charles; Barber, David; Muniz, Barbara; Segundo, Carolina
**Subject:** 12 July EIC Report

1 inquiry
0 issuances

| | 12 July EIC Report | | |
|---|---|---|---|
| 1A | Issuance | 0 | |
| | Inquiry | 0 | |
| 1B | Issuance | 0 | |
| | Inquiry | 0 | |
| 2A | Issuance | 0 | |
| | Inquiry | 0 | |
| 2B | Issuance | 0 | |
| | Inquiry | 0 | |
| 3 | Issuance | 0 | |
| | Inquiry | 0 | |
| 4 | Issuance | 0 | |
| | Inquiry | 0 | |
| 5 | Issuance | 0 | |
| | Inquiry | 0 | |
| 6A | Issuance | 0 | |
| | Inquiry | 0 | |
| 6B | Issuance | 0 | |
| | Inquiry | 1 | Austin South had one inquiry but the person already had a valid Texas ID Card. |
| Total EICs Issued Today | | 0 | |
| Total EIC Inquiries Today | | 1 | |
| Total EICs Issued to Date | | 2 | |
| Total EIC Inquiries to Date | | 31 | |

v/r

*Tony Rodriguez*
Customer Operations Senior Manager – South and West
Driver License Division
Texas Department of Public Safety
tony.rodriguez@dps.texas.gov
512.424.5657 (O)

2:13-cv-193
09/02/2014
**DEF1478**

512.739.9709 (C)
512.424.5233 (F)

The Driver License Division is committed to quality and excellence in customer service. Please share your thoughts with us via our online customer service survey at: http://www.survey.utexas.edu/txdps/

TEX0507737