| | | | |
|---|---|---|---|
| **From:** | Peters, Joe | | |
| **To:** | McCraw, Steven; MacBride, Cheryl; Bodisch, Robert; Nolte, Candace | | |
| **Sent:** | 6/28/2013 5:00:16 PM | | |
| **Subject:** | FW: EIC Final Report for 28 June | | |

FYI

**From:** Rodriguez, Tony
**Sent:** Friday, June 28, 2013 4:52 PM
**To:** Peters, Joe
**Cc:** Watkins, Paul; Bell, Stephen; Winkley, Salestus; Berkley, Johnnie; Silva, Samuel; Valenzuela, Estella; Valdez, Tomas; Hubbard, Barbara; Garcia, Joseph; Smith, Janie; Melcher, Lori; Gomez, Enrique; Mastracchio, JoeAnna; Ron Grahovec; Crawford, John
**Subject:** EIC Final Report for 28 June
**Importance:** High

One additional inquiry from this mornings report.

| | | | 28 June Final EIC Report |
|---|---|---|---|
| 1A | Issuance | 0 | |
| | Inquiry | 0 | |
| 1B | Issuance | 0 | |
| | Inquiry | 0 | |
| 2A | Issuance | 0 | |
| | Inquiry | 0 | |
| 2B | Issuance | 0 | |
| | Inquiry | 1 | One Request - Customer already had an ID |
| 3 | Issuance | 0 | |
| | Inquiry | 0 | |
| 4 | Issuance | 0 | |
| | Inquiry | 0 | |
| 5 | Issuance | 0 | |
| | Inquiry | 2 | **Hereford**-one customer ask about the "free id". After visiting with her we determined th… system, the customer decided to go home and get the documents she needed to renwe h… Lubbock County Voter registrar and staff came in on Friday to discuss the certificates. I … sample Election Certificate. I informed them that the customer have to ask for the Electio… |
| 6A | Issuance | 0 | |
| | Inquiry | 0 | |
| 6B | Issuance | 0 | |
| | Inquiry | 0 | |
| Total EICs Issued Today | | 0 | |
| Total EIC Inquiries Today | | 3 | |
| Total EICs Issued to Date | | 0 | |
| Total EIC Inquiries to Date | | 11 | |

v/r

*Tony Rodriguez*
Customer Operations Senior Manager – South and West



2:13-cv-193
09/02/2014
**DEF1479**

TEX0507854

Driver License Division
Texas Department of Public Safety
tony.rodriguez@dps.texas.gov
512.424.5657 (O)
512.739.9709 (C)
512.424.5233 (F)

The Driver License Division is committed to quality and excellence in customer service. Please share your thoughts with us via our online customer service survey at: http://www.survey.utexas.edu/txdps/

TEX0507855