| | |
|---|---|
| **From:** | Peters, Joe |
| **To:** | McCraw, Steven; Bodisch, Robert; Nolte, Candace |
| **Sent:** | 7/5/2013 5:30:38 PM |
| **Subject:** | Fwd: 05 July EIC Report |

FYI

Joe Peters
Assistant Director
Driver License Division
Texas Department of Public Safety
5805 N. Lamar
Austin, TX. 78773
512-424-5899

Begin forwarded message:

**From:** "Rodriguez, Tony" <Tony.Rodriguez@dps.texas.gov>
**Date:** July 5, 2013, 5:21:11 PM CDT
**To:** "Peters, Joe" <Joe.Peters@dps.texas.gov>
**Cc:** "Watkins, Paul" <Paul.Watkins@dps.texas.gov>, "Bell, Stephen" <Stephen.Bell@dps.texas.gov>, "Winkley, Salestus" <Salestus.Winkley@dps.texas.gov>, "Berkley, Johnnie" <Johnnie.Berkley@dps.texas.gov>, "Silva, Samuel" <Samuel.Silva@dps.texas.gov>, "Valenzuela, Estella" <Estella.Valenzuela@dps.texas.gov>, "Valdez, Tomas" <Tomas.Valdez@dps.texas.gov>, "Hubbard, Barbara" <Barbara.Hubbard@dps.texas.gov>, "Garcia, Joseph" <Joseph.Garcia@dps.texas.gov>, "Smith, Janie" <Janie.Smith@dps.texas.gov>, "Melcher, Lori" <Lori.Melcher@dps.texas.gov>, "Gomez, Enrique" <Enrique.Gomez@dps.texas.gov>, "Mastracchio, JoeAnna" <JoeAnna.Mastracchio@dps.texas.gov>, Ron Grahovec <rgrahovec@morphotrust.com>, "Crawford, John" <John.Crawford@dps.texas.gov>, "Vinger, Tom" <Tom.Vinger@dps.texas.gov>, "Cesinger, Katherine" <Katherine.Cesinger@dps.texas.gov>, "Hunter, Stephanie" <Stephanie.Hunter@dps.texas.gov>, "Wells, Charles" <Charles.Wells@dps.texas.gov>, "Barber, David" <David.Barber@dps.texas.gov>, "Muniz, Barbara" <Barbara.Muniz@dps.texas.gov>, "Segundo, Carolina" <Carolina.Segundo@dps.texas.gov>
**Subject: Re: 05 July EIC Report**

This just in:  we have issued one Election ID Certificate in the Dallas East office.

Tony Rodriguez
Senior Manager
Office: 512.424.5657
Cell: 512.739.9709

On Jul 5, 2013, at 16:13, "Rodriguez, Tony" <Tony.Rodriguez@dps.texas.gov> wrote:

· A slow day today; **one inquiry** in our Littlefield office (Region 5).  The customer decided he wanted an ID card instead and left to get the documentation required for that.
· **Zero issuances.**

| | | 05 July EIC Report | |
|---|---|---|---|
| 1A | Issuance | 0 | |
| | Inquiry | 0 | |
| 1B | Issuance | 0 | |
| | Inquiry | 0 | |
| 2A | Issuance | 0 | |

[Exhibit sticker: 2:13-cv-193 09/02/2014 DEF1480]

TEX0507874

|   | | |   |
|---|---|---|---|
|   | Inquiry | 0 | |
| 2B | Issuance | 0 | |
|   | Inquiry | 0 | |
| 3 | Issuance | 0 | |
|   | Inquiry | 0 | |
| 4 | Issuance | 0 | |
|   | Inquiry | 0 | |
| 5 | Issuance | 0 | |
|   | Inquiry | 1 | The Littlefield DL office, #519, did have an inquiry regarding the EIC Certificate this afternoon.  An older gentleman inquired about the free ID Card for his wife.  He was asked if his wife had ever had a TX ID or DL d he said no. The CSR  gave him the information needed to issue the EIC. CSR told him that the card was only good for voting purposes only and that those same documents could be used to obtain a TX ID Card with proof of residency with a $16 fee and it could be used to vote and for any other business purposes.  He decided he wanted to get her a TX ID Card instead of an EIC. No TX ID was issued due  to the fact that the customer did not have all of the documentation to issued the TX ID. They will go back at a later date when they do have the documents for the TX ID. |
| 6A | Issuance | 0 | |
|   | Inquiry | 0 | |
| 6B | Issuance | 0 | |
|   | Inquiry | 0 | |
| Total EICs Issued Today | | 0 | |
| Total EIC Inquiries Today | | 1 | |
| Total EICs Issued to Date | | 0 | |
| Total EIC Inquiries to Date | | 21 | |


v/r

*Tony Rodriguez*

Customer Operations Senior Manager – South and West
Driver License Division
Texas Department of Public Safety
tony.rodriguez@dps.texas.gov
512.424.5657 (O)
512.739.9709 (C)
512.424.5233 (F)

The Driver License Division is committed to quality and excellence in customer service. Please share your thoughts with us via our online customer service survey at: http://www.survey.utexas.edu/txdps/