

# The State of Texas

Executive Division
Capitol Building, 1E.8
P.O. Box 12697
Austin, Texas 78711-2697

Phone: 512-463-5770
Fax: 512-475-2761
Dial 7-1-1 For Relay Services
www.sos.state.tx.us

### John Steen
Secretary of State

FOR IMMEDIATE RELEASE
September 13, 2013

Contact: Alicia Pierce
(512) 463-6116

## Secretary of State Steen commends DPS for opening offices on Saturdays to issue Election IDs

**AUSTIN, TX** – Texas Secretary of State John Steen today commended the Texas Department of Public Safety (DPS) for offering Saturday hours at nearly 50 driver license offices in order to issue more Election Identification Certificates (EICs).

"Saturday hours will provide additional opportunities for voters who don't already have an approved photo ID to get an Election Identification Certificate in time for the November 5 election," said Secretary Steen. "I want to thank DPS for making obtaining an EIC even more convenient and accessible."

Select DPS offices will be open on Saturdays from 10 a.m. to 2 p.m. beginning September 14 through November 2. During these hours, only Election Identification Certificates will be available. No other transactions will be conducted during these Saturday business hours. EICs are also available during normal operating hours Monday - Friday. There is no fee for an EIC.

Applicants for an EIC will need to present proof of citizenship and identity.

A list of DPS locations open on Saturdays for EICs is available at http://www.dps.texas.gov/DriverLicense/documents/openCtyOfcs.pdf.

Photo ID is now required when voting in person. Many Texans already have an approved form of ID and will not need or qualify for an EIC. Acceptable forms of ID in addition to an EIC are:

- Texas driver license issued by the Texas Department of Public Safety (DPS)
- Texas personal identification card issued by DPS
- Texas concealed handgun license issued by DPS
- United States military identification card containing the person's photograph
- United States citizenship certificate containing the person's photograph
- United States passport

2:13-cv-193
09/02/2014
**DEF1481**

November 5 will be the first statewide election in Texas with the new photo ID requirement.

For more information about voting in Texas, visit www.VoteTexas.gov.

# # #

**Websites:** www.sos.state.tx.us    www.votetexas.gov
**Twitter:** https://twitter.com/TXsecofstate    https://twitter.com/votetexas    **Facebook:** http://www.facebook.com/votetexas

TEX0507945