<div style="text-align:center">

## The State of Texas



</div>

Executive Division  
Capitol Building, 1E.8  
P.O. Box 12697  
Austin, Texas 78711-2697

Phone: 512-463-5770  
Fax: 512-475-2761  
Dial 7-1-1 For Relay Services  
www.sos.state.tx.us

<div style="text-align:center">

John Steen  
Secretary of State

September 16, 2013

</div>

The Honorable <first><last>  
Texas House of Representatives  
State Capitol Building, Room <room number>  
Austin, Texas 78701

Dear <title> <last>:

I recently wrote to you that photo ID requirements are now in effect for voting in person and asked that you help communicate this information to your constituents. Since my last letter, the Department of Public Safety (DPS) has opened certain driver license offices across the state on **Saturdays from 10 a.m. to 2 p.m.** in order to issue free Election Identification Certificates (EICs).

These extended hours are an opportunity for voters to get an EIC if they are unable to easily visit a DPS office on a weekday. As a reminder, only voters who do not have one of the six other forms of approved identification may apply for an EIC.

My office is working with DPS to help publicize these additional hours, but we want as many Texans to get the message as possible. Please consider also sharing this information with your constituents through newsletters, social media, and district meetings.

Attached are two press releases about DPS's Saturday hours, one from DPS and one from my office. Please feel free to use these as guides for sharing news about DPS Saturday hours.

If you or your staff members have any questions about these resources, please feel free to contact my communications director, Alicia Pierce, at apierce@sos.texas.gov or 512-463-6116.

                                                Sincerely,

                                                John Steen  
                                                Secretary of State

Enclosures (2)

2:13-cv-193  
09/02/2014  
**DEF1482**

TEX0507946