| | |
|---|---|
| **From:** | Nolte, Candace |
| **To:** | DPS Government Relations |
| **Sent:** | 7/24/2013 7:55:35 AM |
| **Subject:** | EIC Inquries - Lubbock - 7/23/13 |

We had a total of six customers from the Lubbock Rally, five were not eligible for the EIC, they either had a valid Driver License
or Passport.  One individual did not have the documents to meet the ID policy or verify U.S. citizenship.

- One person came into the office requesting EIC.  She presented a valid passport expiring in 2016.  Also has valid DL until 2018.  She was informed that we could issue an EIC if she wished to surrender her DL.

- One person came into the office requesting EIC.  She presented a valid TX DL expiring 2018.  She was informed that we could issue an EIC if she wished to surrender her DL.

- One person came into the office requesting EIC.  He presented a valid TX DL.  He was also informed that he would have to surrender his DL.

- One person came into the office requesting EIC.  He stated that he had a valid US passport.

- One person came into the office requesting EIC.  She has a valid DL on the DLS.  She was informed that we could issue the EIC however she would have to surrender her DL.  She stated that she would get a duplicate on her DL.

- One person came into the office requesting EIC.  She presented an Oregon driver license.  She did not have proof of citizenship or meet the ID.   She was born abroad.

**Candace Nolte**
*Deputy Assistant Director*
*Chief, Office of Government Relations*
Texas Department of Public Safety
(512) 424-7272 office
(512) 422-9419 cell
5805 N. Lamar Blvd.
P.O. Box 4087
Austin, TX 78773-0170
candace.nolte@dps.texas.gov



TEX0508046