| | |
|---|---|
| From: | Peters, Joe |
| To: | McCraw, Steven; MacBride, Cheryl; Bodisch, Robert; Nolte, Candace |
| Sent: | 7/2/2013 4:28:00 PM |
| Subject: | FW: EIC Final Report |

FYI

**From:** Rodriguez, Tony
**Sent:** Tuesday, July 02, 2013 4:27 PM
**To:** Peters, Joe
**Subject:** EIC Final Report

So far zero issuance

| | 02 July Final EIC Report | | |
|---|---|---|---|
| 1A | Issuance | 0 | |
| | Inquiry | 0 | |
| 1B | Issuance | 0 | |
| | Inquiry | 0 | |
| 2A | Issuance | 0 | |
| | Inquiry | 0 | |
| 2B | Issuance | 0 | |
| | Inquiry | 0 | |
| 3 | Issuance | 0 | |
| | Inquiry | 2 | In Eagle Pass, there were two inquiries made, but the customers did not qualify since they h cards already. |
| 4 | Issuance | 0 | |
| | Inquiry | 1 | Odessa - A customer approached the help desk and informed the CSR that he was there fo election certificate. Customer was given the EIC application and when he reached the count presented his SS card. DLS had no record and the customer had no other documents that r Customer was advised on what was required and left. |
| 5 | Issuance | 0 | |
| | Inquiry | 0 | |
| 6A | Issuance | 0 | |
| | Inquiry | 0 | |
| 6B | Issuance | 0 | |
| | Inquiry | 0 | |
| Total EICs Issued Today | | 0 | |
| Total EIC Inquiries Today | | 3 | |
| Total EICs Issued to Date | | 0 | |
| Total EIC Inquiries to Date | | 18 | |

v/r

*Tony Rodriguez*
Customer Operations Senior Manager – South and West
Driver License Division
Texas Department of Public Safety
tony.rodriguez@dps.texas.gov
512.424.5657 (O)
512.739.9709 (C)
512.424.5233 (F)



2:13-cv-193
09/02/2014
DEF1486

TEX0508063

The Driver License Division is committed to quality and excellence in customer service. Please share your thoughts with us via our online customer service survey at: http://www.survey.utexas.edu/txdps/

TEX0508064