**From:** Peters, Joe
**To:** McCraw, Steven; MacBride, Cheryl; Bodisch, Robert; Nolte, Candace
**Sent:** 7/8/2013 6:24:12 PM
**Subject:** FW: 08 July EIC Report

FYI

**From:** Rodriguez, Tony
**Sent:** Monday, July 08, 2013 6:10 PM
**To:** Peters, Joe
**Cc:** Watkins, Paul; Bell, Stephen; Winkley, Salestus; Berkley, Johnnie; Silva, Samuel; Valenzuela, Estella; Valdez, Tomas; Hubbard, Barbara; Garcia, Joseph; Smith, Janie; Melcher, Lori; Gomez, Enrique; Mastracchio, JoeAnna; Ron Grahovec; Crawford, John; Vinger, Tom; Cesinger, Katherine; Hunter, Stephanie; Wells, Charles; Barber, David; Muniz, Barbara; Segundo, Carolina
**Subject:** 08 July EIC Report
**Importance:** High

- Delayed entry from Friday: One Issuance in the Dallas East Office.  John Crawford is overseeing the processing of the card.
- 1 inquiry in the Austin South office.

| 08 July EIC Report | | | |
|---|---|---|---|
| 1A | Issuance | 1 | Delayed entry (Friday) Dallas East - Customer was issued an EIC. |
| | Inquiry | 0 | |
| 1B | Issuance | 0 | |
| | Inquiry | 0 | |
| 2A | Issuance | 0 | |
| | Inquiry | 0 | |
| 2B | Issuance | 0 | |
| | Inquiry | 0 | |
| 3 | Issuance | 0 | |
| | Inquiry | 0 | |
| 4 | Issuance | 0 | |
| | Inquiry | 0 | |
| 5 | Issuance | 0 | |
| | Inquiry | 0 | |
| 6A | Issuance | 0 | |
| | Inquiry | 0 | |
| 6B | Issuance | 0 | |
| | Inquiry | 1 | Austin-South:     1 inquiry that already had a valid Texas ID |
| Total EICs Issued Today | | 1 | |
| Total EIC Inquiries Today | | 1 | |
| Total EICs Issued to Date | | 0 | |
| Total EIC Inquiries to Date | | 22 | |

v/r

*Tony Rodriguez*

Customer Operations Senior Manager – South and West
Driver License Division
Texas Department of Public Safety
tony.rodriguez@dps.texas.gov

2:13-cv-193
09/02/2014
DEF1487

TEX0508075

512.424.5657 (O)
512.739.9709 (C)
512.424.5233 (F)

The Driver License Division is committed to quality and excellence in customer service. Please share your thoughts with us via our online customer service survey at: http://www.survey.utexas.edu/txdps/

TEX0508076