# DPS Government Relations Action Sheet

| State Official's Office | Date | Time |
|---|---|---|
| Sen. Fraser | 1/3/13 | |

| Point of Contact | Constituent Information |
|---|---|
| Ralph 254-939-3562 | Mary Margaret Barrett-Hall<br>1110 Hawk Trail<br>Copperas Cove, TX<br>Ph. 251-577-5137<br>DOB 04-09-1947<br>SS#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 |

**Issue:**
Office has a question regarding Voter ID and how the law applies to non-drivers (paraplegic constituent is home-bound)

**Division Referred to:** DLD

**Details of Action Taken:**

1/3/13 Michael Terry said they can go to their county registrar or the SOS and register to vote; they do not need an ID to vote; however, if they want an ID for other reasons, they can contact their local DL office who can make a home visit and take a photograph.

I have not returned the call to Ralph at Sen. Fraser's office, but received the above response from Michael Terry.

Please call the Senator's office.   Thank you, Olivia Evans

UPDATED BY M. BUSTER
1/9/13  Contacted Ralph Gauer and left a voice message.  Mr. Gauer called back and explained they had lost contact with Ms. Barrett-Hall but if they were able to make contact he would let me know.

1/16/13  Mr. Gauer called with updated information on Ms. Barrett-Hall.  She is disabled vet needing ID, but a homebound.  Ms. Barrett-Hall has her birth certificate, divorce documents, old TX driver license and her current Veteran ID w/ photo.  She is 100% disabled and currently receiving treatment.   Mr. Gauer would get in contact with Ms. Barrett-Hall to determine best dates and times for a homebound and provide those to me via email.

1/17/13  Mr. Gauer supplied via email information to me.

1/23/13  Contacted Ann McNiel to make arrangements for a homebound.  Explained to her that I had 'dropped the ball' and forgot to send her this ticket.   Asked Ms. McNiel to follow up with Mr. Gauer.

**Name/Phone Number/Date Completed:** Marguerite Buster / 512-424-5177 / 1-23-13

2:13-cv-193
09/02/2014
**DEF1488**