| From: | Peters, Joe |
|---|---|
| To: | McCraw, Steven; MacBride, Cheryl; Bodisch, Robert; Cesinger, Katherine; Nolte, Candace |
| Sent: | 6/26/2013 4:28:02 PM |
| Subject: | FW: EIC Status |

FYI --

**From:** Rodriguez, Tony
**Sent:** Wednesday, June 26, 2013 4:23 PM
**To:** Peters, Joe
**Subject:** EIC Status

Here is where we are at

| 1A | · Zero requests |
|---|---|
| 1B | · Zero requests |
| 2A | · Zero requests |
| 2B | · Zero requests |
| 3 | · Zero requests |
| 4 | · Zero requests |
| 5 | · Zero issuance<br>· One inquiry; the question asked came out of the Hereford office; the Librarian wanted to know if they should accept it for identification. Analisa let her know it was only valid for voting. |
| 6A | · Zero requests |
| 6B | · Zero issuance<br>· 1 inquiry at Northwest-Customer wanted a free ID to cash checks with. Not issued when explained what it could be used for (voting only) |

v/r

*Tony Rodriguez*
Customer Operations Senior Manager – South and West
Driver License Division
Texas Department of Public Safety
tony.rodriguez@dps.texas.gov
512.424.5657 (O)
512.739.9709 (C)
512.424.5233 (F)

The Driver License Division is committed to quality and excellence in customer service. Please share your thoughts with us via our online customer service survey at: http://www.survey.utexas.edu/txdps/

2:13-cv-193
09/02/2014
DEF1489