| | |
|---|---|
| **From:** | Spinks, Margaret |
| **To:** | 'alexis.reza@house.state.tx.us' |
| **Sent:** | 4/24/2009 1:57:43 PM |
| **Subject:** | Voter Registration Procedures |
| **Attachments:** | Voter Registration Application Process.doc |

Good Afternoon Alexis,

I have attached the Texas Department of Public Safety (TXDPS) voter registration application procedures.  Reference Election Code Chapter 20 and Texas Administrative Code, Chapter 15, Subchapter B, 15.41 for cites referencing TXDPS requirements for voter registration.

Also as per your request for statistical information, in FY 08 there were 699,359 voter registration applications processed in the driver license offices.  We issued 5,323,443 driver licenses in FY 08 and 839,135 Identification Cards in FY 08.

Please do not hesitate to contact me if you have additional questions.

Thank You,
Margaret Spinks, Assistant Manager
License Issuance Bureau
512-424-5973



2:13-cv-193
09/02/2014
DEF1490

TEX0508175