**From:** Risher, Conrad
**To:** Smith, Janie
**Sent:** 10/14/2011 7:58:04 PM
**Subject:** Re: Extra Hours

As always, your help is greatly appreciated. May you have the best of weather and enjoy your time off.

Conrad Z. Risher
Legislative Aide to
Congressman Charles A. Gonzalez (TX-20)
(202) 226-7536

---

**From:** Smith, Janie [mailto:Janie.Smith@dps.texas.gov]
**Sent:** Friday, October 14, 2011 08:40 PM
**To:** Risher, Conrad
**Subject:** RE: Extra Hours

Actually, many of our larger offices are already open for extended hours at least one night a week. They are working toward standardizing that throughout the state so that the "late night" will be Tuesday for all the offices that offer expanded hours. Driver license services will also be available during those hours, so the extra hours will not be for voter ID only. These late night options are available throughout the year.

Janie Smith, Policy Coordinator
Driver License Division
512.424.2976 office

---

**From:** Risher, Conrad [mailto:Conrad.Risher@mail.house.gov]
**Sent:** Friday, October 14, 2011 1:24 PM
**To:** Smith, Janie
**Subject:** Extra Hours

I actually did forget to ask you one question just now. When Mr. Gonzalez was in Austin talking with Mr. McGraw and Ms. Davio, they mentioned that some of the larger DPS offices would be open until 18:00 on Tuesdays to handle the requests for the voter ID. I'm not sure how that will comport with the claim that there would "no fiscal implications for state or local government", but my real question is whether you know yet which offices this will cover or how that determination might be made, as well as what period these late Tuesdays might cover, *e.g.*, January through February, just January, etc. Thanks again for all of your help.

Conrad Z. Risher
Legislative Aide to
Congressman Charles A. Gonzalez (TX-20)
(202) 225-3236



2:13-cv-193
09/02/2014
DEF1491

TEX0508180