| | |
|---|---|
| **From:** | Smith, Janie |
| **To:** | Risher, Conrad |
| **Sent:** | 9/6/2011 6:09:40 PM |
| **Subject:** | RE: Voter ID Cards |

Conrad,
The meeting with the Secretary of State's office did go well and we are a little further ahead than we were yesterday. The question about whether or not the temporary receipt will be accepted for voting has not been answered yet. I will let you know something when I hear back from SOS.

We do not know how many applications to expect. It could be anywhere from 10-1,000,000. No one has ever been able to come up with a good estimate as to how many voters do not have one of the acceptable forms of identification. The SOS Attorney indicated today that approximately 95% of voters have a DL or ID (I don't know where he got that figure) and there are currently just over 13 million registered voters. Passports, citizenship papers, military IDs, and concealed handgun licenses are also acceptable forms of identification for voting, so there will be some people who have those documents that don't have a DPS-issued DL or ID. That would indicate there are about 1 million people who would be eligible for the Election Identification Certificate. Even if we have a spike in registrations, since this will be a Presidential election, we only had 8 million people vote in the last Presidential election, so those numbers would lead us to believe there won't be a huge number of applications for this card. But, again we really don't have a good way to judge how many people will apply, so any numbers are just a guess.

Feel free to call or email me with any additional questions or if I can be of assistance in any way.

Janie Smith, Policy Coordinator
Driver License Division
512.424.2976 office

---

**From:** Risher, Conrad [mailto:Conrad.Risher@mail.house.gov]
**Sent:** Tuesday, September 06, 2011 3:20 PM
**To:** Smith, Janie
**Subject:** Voter ID Cards

I thought of another question I should have asked you earlier today, namely, Has DPS made any estimate as to how many cards you expect to issue or how many applications you expect to receive? (Whatever the number is, I do not envy you the task!)

Thank you, again, for all of your help this morning. I hope your meeting with the Secretary of State's office went well.

Conrad Z. Risher
Legislative Aide to
Congressman Charles A. Gonzalez (TX-20)
(202) 226-7536



2:13-cv-193
09/02/2014
DEF1493