**From:** Peters, Joe
**To:** McCraw, Steven; MacBride, Cheryl; Bodisch, Robert; Nolte, Candace; Cesinger, Katherine
**Sent:** 6/28/2013 1:33:23 PM
**Subject:** FW: 28 June EIC Morning Report

FYI

**From:** Rodriguez, Tony
**Sent:** Friday, June 28, 2013 11:21 AM
**To:** Peters, Joe
**Cc:** Watkins, Paul; Bell, Stephen; Winkley, Salestus; Berkley, Johnnie; Silva, Samuel; Valenzuela, Estella; Valdez, Tomas; Hubbard, Barbara; Garcia, Joseph; Smith, Janie; Melcher, Lori; Gomez, Enrique; Mastracchio, JoeAnna; Ron Grahovec; Crawford, John
**Subject:** 28 June EIC Morning Report
**Importance:** High

Good morning,
Please note format changes to show total inquiries/issuances since we started the EIC program.

| 28 June Morning EIC Report | | | |
|---|---|---|---|
| 1A | Issuance | 0 | |
| | Inquiry | 0 | |
| 1B | Issuance | 0 | |
| | Inquiry | 0 | |
| 2A | Issuance | 0 | |
| | Inquiry | 0 | |
| 2B | Issuance | 0 | |
| | Inquiry | 1 | One Request - Customer already had an ID |
| 3 | Issuance | 0 | |
| | Inquiry | 0 | |
| 4 | Issuance | 0 | |
| | Inquiry | 0 | |
| 5 | Issuance | 0 | |
| | Inquiry | 1 | **Hereford**-one customer ask about the "free id".   After  visiting with her we determined that she had an old id and dl in the system, the customer decided to go home and get the documents she needed to renew her Texas ID. |
| 6A | Issuance | 0 | |
| | Inquiry | 0 | |
| 6B | Issuance | 0 | |
| | Inquiry | 0 | |
| Total EICs Issued Today | | 0 | |
| Total EIC Inquiries Today | | 2 | |
| Total EICs Issued to Date | | 0 | |
| Total EIC Inquiries to Date | | 10 | |

v/r

*Tony Rodriguez*
Customer Operations Senior Manager – South and West
Driver License Division
Texas Department of Public Safety



2:13-cv-193
09/02/2014
DEF1496

TEX0508375

tony.rodriguez@dps.texas.gov
512.424.5657 (O)
512.739.9709 (C)
512.424.5233 (F)

The Driver License Division is committed to quality and excellence in customer service. Please share your thoughts with us via our online customer service survey at: http://www.survey.utexas.edu/txdps/

TEX0508376