

# Election Identification Certificates County Participation

County processing EICs (26 Counties) 9 MOUs Received

DL Employees scheduled to provide coverage (40Counties)

County employees to be trained to process EICs (12 Counties)

Kimble County, Junction Scheduled Office – Open for service

2:13-cv-193
09/02/2014
DEF1497
exhibitsticker.com

Current as of 171000 October 2013

**Election Identification Certificates**
**County Participation**

| Day/Week | Date | Region 1A | Region 1B | Region 2A | Region 2B | Region 3 | Region 4 | Region 5 | Region 6A | Region 6B |
|---|---|---|---|---|---|---|---|---|---|---|
| Counties to be Covered | | Camp County<br>Franklin County | Somervell County | All counties in this region are trained or are receiving training to conduct EIC transactions | Sabine County | Aransas County<br>Edwards County<br>Kinney County<br>La Salle County<br>Real County | Borden County<br>Coke County<br>Concho County<br>Crockett County<br>Glasscock County<br>Jeff Davis County<br>Hudspeth County<br>Loving County<br>Sterling County<br>Upton County | Archer County<br>Armstrong County<br>Briscoe County<br>Clay County<br>Collingsworth County<br>Dickens County<br>Foard County<br>Garza County<br>Hartley County<br>Jack County<br>Motley County<br>Potter County<br>Roberts County<br>Wheeler County | Bandera County<br>Goliad County<br>Jackson County<br>Karnes County<br>Mason County | Blanco County<br>San Saba County |
| **Week 1** | | | | | | | | | | |
| Monday | 14 Oct | | | | | | | | | |
| Tuesday | 15 Oct | | | | | | | | | |
| Wednesday | 16 Oct | | | | | | Jeff Davis County<br>County Courthouse THP Office<br>100 N State ST, Fort Davis, TX<br>EIC Unit 28 | | | |
| Thursday | 17 Oct | Franklin County<br>JP Court<br>502 E Main, Mount Vernon, TX<br>10 a.m. - 2 p.m.<br>EIC Unit 92 | | | | | Concho County<br>City Council Chambers<br>120 Paint Rock ST, Eden, TX<br>EIC Unit 29 | | | |
| Friday | 18 Oct | Camp County<br>Camp County Annex Building<br>115 North AVE, Pittsburg, TX<br>10 a.m. - 2 p.m.<br>EIC Unit 91 | | | | Aransas County<br>County Courthouse<br>301 N Live Oak ST, Rockport, TX<br>EIC Unit<br><br>Kinney County<br>County Courthouse<br>501 S Ann ST, Brackettville, TX<br>EIC Unit | Concho County<br>City Council Chambers<br>120 Paint Rock ST, Eden, TX<br>EIC Unit 29<br><br>Jeff Davis County<br>County Courthouse THP Office<br>100 N State ST, Fort Davis, TX<br>EIC Unit 28 | | | |
| **Week 2** | | | | | | | | | | |
| Monday | 21 Oct | | | | Sabine County<br>County Administration Building<br>280 Main ST, Hemphill, TX<br>EIC Unit 98 | Edwards County<br>County Courthouse<br>404 W Austin, Rock Springs, TX<br>EIC Unit | Borden County<br>County Courthouse<br>117 E Wassom, Gail, TX<br>EIC Unit 33<br><br>Coke County<br>County Courthouse<br>13 E 7th ST, Robert Lee, TX<br>EIC Unit 36<br><br>Hudspeth County<br>525 N Wilson ST, Sierra Blanca, TX<br>EIC Unit 26<br><br>Loving County<br>County Courthouse<br>100 Bell ST, Mentone, TX<br>EIC Unit 27 | Armstrong County<br>Courthouse Basement<br>287 and Trice, Claude, TX<br>EIC Unit 59<br><br>Briscoe County<br>415 Main, Silverton, TX<br>EIC Unit 61<br><br>Clay County<br>Commissioners Court Room<br>214 N Main, Henrietta, TX<br>EIC Unit 57<br><br>Collingsworth County<br>County Courthouse<br>800 West AVE, Wellington, TX<br>EIC Unit 58<br><br>Garza County<br>Old Driver License Office<br>300 W Main, Post, TX<br>EIC Unit 56 | Goliad County<br>Tax Assessor Collectors Office<br>329 Franklin, Goliad, TX<br>EIC Unit<br><br>Jackson County<br>County Annex DPS Office<br>411 N Wells, Edna, TX<br>EIC Unit | |