| | |
|---|---|
| **From:** | Nolte, Candace |
| **To:** | 'Ryan Skrobarczyk' |
| **Sent:** | 8/26/2013 7:59:15 AM |
| **Subject:** | RE: Voter ID laws and Accessibility - Kacal |
| **Attachments:** | Driver License Regions with Offices.pdf |

Ryan,

I am still awaiting feedback from our Driver License Division, but I wanted to send you a map of Texas with all of the current Driver License office locations marked. Please see the attached document.

---

**From:** Nolte, Candace
**Sent:** Friday, August 23, 2013 6:21 PM
**To:** 'Ryan Skrobarczyk'
**Subject:** RE: Voter ID laws and Accessibility

Ryan,

Thank you for contacting me. There are programs being discussed, but please allow me to speak with Assistant Director Joe Peters of our Driver License Division on Monday so that I can provide more thorough follow up.

**Candace Nolte**
*Deputy Assistant Director*
*Chief, Office of Government Relations*
Texas Department of Public Safety
(512) 424-7272
5805 N. Lamar Blvd.
P.O. Box 4087
Austin, TX 78773-0170
candace.nolte@dps.texas.gov

---

**From:** Ryan Skrobarczyk [mailto:Ryan.Skrobarczyk@house.state.tx.us]
**Sent:** Friday, August 23, 2013 5:41 PM
**To:** Nolte, Candace
**Subject:** Voter ID laws and Accessibility

Candace,

My name is Ryan Skrobarczyk and I am the Legislative Director for State Rep. Kyle Kacal. Recently while traveling through the district the Representative has been approached a number of times about the new Voter ID laws and specifically if there will be an attempt to get ID's to local people in disadvantaged counties that do not currently have a DPS office. Are you aware of any efforts on behalf of the department to meet this request?

Thank you,

**Ryan Skrobarczyk**
Legislative Director
Representative Kyle Kacal
(512) 463-0412

2:13-cv-193
09/02/2014
**DEF1498**

CONFIDENTIALITY NOTICE: The information provided and documents in or accompanying this electronic mail ("e-mail") transmission may contain confidential information which is privileged. The information is intended only for the use of the recipient named above. If you have received this transmission in error, no privilege is intended to be waived. You are hereby notified that any disclosure, copying, distribution or the taking of any action by relying on the contents of this e-mail

transmission information is strictly prohibited. Please notify sender if you have received this e-mail transmission in error.

TEX0508424