| From: | Peters, Joe |
|---|---|
| To: | McCraw, Steven; MacBride, Cheryl; Bodisch, Robert; Nolte, Candace |
| Sent: | 9/4/2013 10:01:01 AM |
| Subject: | FW: EIC Report |

### 30 Aug Weekly EIC Report

**Summary:**
Zero EICs Issued this week in Texas.
Thirteen inquiries this week.

| | | | |
|---|---|---|---|
| **1A** | Issuance | 0 | |
| | Inquiry | 0 | |
| **1B** | Issuance | 0 | |
| | Inquiry | 0 | |
| **2A** | Issuance | 0 | |
| | Inquiry | 0 | |
| **2B** | Issuance | 0 | |
| | Inquiry | 1 | 8/30/13 – Galveston (station 214): had one phone call on 8/26 for ger say what documents they had or did not have; they said ok and hung up. 8/30/13 - Humble (station 218): that is reporting one person inquired to Election Certificate for identification purposes, referred by OAG. Informa and an EIC was not issued. |
| **3** | Issuance | 0 | |
| | Inquiry | 7 | 08/27/2013 - Harlingen (Station 308): The office received a telephone i did not wish to be identified. He had questions in reference to the EIC. H the EIC and was invited to the office to apply. The caller then hung up. 08/27/2013 - Harlingen (Station 308): The office received a telephone i had questions reference the EIC for her grandson. After discovering that caller invited to go to the Harlingen DL Office to apply. The caller then cl regular ID card at no cost. The limitations (not intended as official ID car were explained to the caller before the conversation ended. 08/28/2013 Eagle Pass (Station 413): A telephone inquiry was received stated she had just seen a program on her television talking about the El Sanchez wanted to know more about the "free ID". Gladys Negrete, CS and explained that if an individual has a DL or ID, they are ineligible for th Sanchez was thankful for the information. 08/28/2013 - Weslaco (Station 321): We received an inquiry for an Elec customer was not eligible for the ID because he had a valid Texas Driver 08/28/2013 - Weslaco (Station 321): Supervisor Anna Hernandez recei Belinda Sagredo, Elections Supervisor, asking if the office had received a Election ID Certificate. 08/29/2013 - Weslaco (Station 321): A customer inquired about an Elec customer had a valid Texas DL and therefore was not eligible. 08/30/13 - Weslaco (Station 321): A customer inquired about an Election had a valid Texas DL and therefore was not eligible. |
| **4** | Issuance | 0 | |

2:13-cv-193
09/02/2014
**DEF1499**

TEX0508439

| | | | |
|---|---|---|---|
| | Inquiry | 3 | **08/24/2013-El Paso (Station-426):** Election Judge Gene Adam called a‌‌ capability to visit "retirement" homes to issue EIC's for those that are ho‌‌ **08/27/2013-EL Paso (Station-405):** One person came into the Northwe‌‌ Preliminary screening discovered he had a TX DL and therefore did not q‌‌ **08/28/2013-EL Paso (Station -405):** One person came into the Northwe‌‌ EIC. Information was provided and the person was screened. She did n‌‌ DL. |
| 5 | Issuance | 0 | |
| | Inquiry | 1 | **8/28/13 - Lubbock (Station 501):** A customer came into the office and ‌‌ but he was not a US citizen; had no documentation with him |
| 6A | Issuance | 0 | |
| | Inquiry | 0 | |
| 6B | Issuance | 0 | |
| | Inquiry | 1 | **08-30-13 - Austin-North Lamar (604):** Follow-up on 08-23-13 inquiry‌‌ information for customers to use to obtain an EIC. |
| **Total EICs Issued This Week** | | **0** | |
| Total EIC Inquiries This Week | | 13 | |
| **Total EICs Issued to Date** | | **8** | |
| Total EIC Inquiries to Date | | 101 | |

v/r

*Tony Rodriguez*

Customer Operations Senior Manager – South and West
Driver License Division
Texas Department of Public Safety
tony.rodriguez@dps.texas.gov
512.424.5657 (O)
512.739.9709 (C)
512.424.5233 (F)

The Driver License Division is committed to quality and excellence in customer service. Please share your thoughts with us via our online customer service survey at: http://www.survey.utexas.edu/txdps/