| | |
|---|---|
| **From:** | Nolte, Candace |
| **To:** | Harden, Pamela |
| **Sent:** | 10/10/2013 1:21:21 PM |
| **Subject:** | Burnam - AD Peters - Fingerprints |

AD Peters stated that no fingerprints are taken for EICs, so the answer is zero.

**Candace Nolte**
*Deputy Assistant Director*
*Chief, Office of Government Relations*
Texas Department of Public Safety
(512) 424-7272
5805 N. Lamar Blvd.
P.O. Box 4087
Austin, TX 78773-0170
candace.nolte@dps.texas.gov



2:13-cv-193
09/02/2014
**DEF1500**

TEX0508446