| | |
|---|---|
| From: | Peters, Joe |
| To: | Nolte, Candace |
| Sent: | 9/30/2013 3:57:56 PM |
| Subject: | FW: 30 Sep EIC Report |



2:13-cv-193
09/02/2014
DEF1503

FYI

EIC Report for 23 - 28 Sep Sep 201

**Summary for this reporting period**
**4 - Issuances**
**63 - Inquiries**

| | | | |
|---|---|---|---|
| **1A** | Issuance | 0 | |
| | Inquiry | 9 | 09/25/2013 - Jacksonville (Station 614):  A customer at the inquired about a<br>09/25/2013 - Garland MegaCenter (Station 161): A person inquired about an<br>09/25/2013 - Tyler  (Station 132):  A customer collected information for a frie explained what was required.<br>09/26/2013 - Garland (Station 111):  A customer renewed her driver license a information to her church.<br>09/26/2013 - Quitman  (Station 127): The customer inquired about an EC, he<br>09/28/2013 - Carrollton DL (Station 108): The customer had a DL and I.D. in<br>09/28/2013 - Dallas Southwest (Station 110):  The customer already had a D<br>09/29/2013 - Garland  (Station 111): <u>Two inquiries</u>, but both individuals had a |
| **1B** | Issuance | 0 | |
| | Inquiry | 1 | 9/23/2013 – Cleburne (Station 608):  The customer  lives in Walnut Springs a needs an ID according to new requirements.  She was not interested in an ID not have applicable documents so she will be returning to obtain the election |
| **2A** | Issuance | 0 | |
| | Inquiry | 4 | 09/28/2013 - Vantage Parkway (Station 216):  Out-of-state customer asked<br>09/28/2013 - Vantage Parkway (Station 216):  Customer wanted an EIC but<br>09/28/2013 - Dacoma (Station 219):  Inquiry, not eligible, could not prove citi<br>09/28/2013 Grant Road (Station 206): Customer requested EIC, indicated he did not return. |
| **2B** | Issuance | <u>1</u> | **9/28/2013 Spring (Station 240): Issued an EIC (# 37757881)** |
| | Inquiry | 5 | 09/26/2013 - Texas City (Station 229): Customer inquired and wanted EIC fo upset because he wanted free ID. Customer informed he could get EIC but c<br>9/27/2013 Baytown (Station 204): Two customers came in together inquiring CHL).<br>Customer asked if EIC was needed to vote. Information provided on accepta<br>needed to change name on voter registration card. Thought EIC was the sam DL.<br>wanted EIC but had valid DL. Customer thought she needed both DL and EIC information. |
| **3** | Issuance | <u>2</u> | **09/25/2013 Weslaco (Station 321): Issued an EIC (# 3774793**<br>**09/28/2013 - Harlingen (Station 308):  Issued an EIC (#37757** |
| | Inquiry | 34 | 09/23/2013 - Corpus Christi (Station 301): A customer came into the office a free.  The applicant had an expired ID from 2009.  He had a social security c that if he needed a certified birth certificate then he would apply for a Texas I<br>9/23/2013 - Brownsville (Station 304): An elderly man inquired about the EIC,<br>9/23/2013 - Brownsville (Station 304): Office Supervisor received a telephone to the number of EIC issued so far in Cameron County. Office supervisor adv |

| | | | |
|---|---|---|---|
| | | | 9/23/2013 - Brownsville (Station 304): A telephone inquiry was received for E Texas DL.<br>9/23/2013 - Harlingen (Station 308): A telephone inquiry was received for EI( Texas DL.<br>09/23/2013 Weslaco (Station 321): We received **two (2)  inquiries,** however License.<br>09/24/2013 - Crystal City (Station 305): Mr. David Garcia called the Crystal explained to him the qualifications, that the card would be used for voting purp expired in 2012, but would let his friend know the information he received.<br>09/24/2013-Edinburg Office (Station 306): A customer called in the office to i had a valid driver license.<br>09/24/2013-Edinburg Office (Station 306): A customer called in the office to i type of identification. However, since he met our ID policy the customer state instead.<br>09/24/2013 Weslaco (Station 321): We received an EIC inquiry, but the appli<br>09/24/2013 Weslaco (Station 321): We received an EIC inquiry, however the was never registered. The applicant stated she has never had a birth certifica<br>09/26/2013 - Edinburg office (Station 306): A customer came in to apply for a due to having a valid Texas Id.<br>09/26/2013 - Weslaco (Station 321):  We received **two (2) EIC inquires**, hov license.<br>09/27/2013 - Crystal City (Station 305): Applicant went to the Crystal City sta documents necessary to obtain an Election Identification Certificate.  CSR ex date.<br>09/27/2013 - Edinburg (Station 306): An inquiry was made by a customer wh currently holds a valid Texas Driver License.<br>09/27/2013 - Weslaco (Station 321): **Seven (7) inquiries** were made, howev driver license.<br>09/28/2013 - Brownsville (Station 304): **Three (3) inquiries** for EIC. All three Applicants were told they could use their valid licenses at time of elections.<br>09/28/2013 - Edinburg (Station 306):  **Two (2) applicants** wanted to apply fc travel ID.  Applicants decided to obtain a Texas ID.<br>09/28/2013 - Edinburg (Station 306):  Customer entered office to obtain an E use his ID for voting.<br>09/28/2013 - Harlingen (Station 308):  Applicant came in to apply for EIC, but<br>09/28/2013 - Harlingen (Station 308):  Applicant came in to apply for an EIC,<br>09/28/2013 - Harlingen (Station 308):  Applicant came in to apply for an EIC. registration card, but did not have her Birth Certificate. She stated she would<br>09/28/2013 Weslaco (Station 321):  Customer asked for an EIC, however the |
| 4 | Issuance | 0 | |
| | Inquiry | 0 | |
| 5 | Issuance | 0 | |
| | Inquiry | 3 | 9/23/2013 Amarillo (Station 502): An 18 year old wanted an Election certifica class, he then wanted qualifications for EIC.  He had his birth certificate and s but neither returned.<br>09/23/13 Plainview (Station 525): A woman came into the Plainview Driver Lic by the Voter Registrar that she needed that little card to vote.  The CSR aske have a valid Texas DL.  CSR told her that she could use her Texas DL to vote DL.<br>09/23/13 Plainview (Station 525):  A woman called the Plainview Driver Licen: had read in the paper that she needed an EIC Card to vote.  The CSR asked indefinite expiration date.  The customer was told that she could use her Texa |
| 6A | Issuance | 0 | |
| | Inquiry | 5 | 09/28/2013 -  San Antonio Southeast (Station 313):  Customer did not have a registration.  He had nothing in our system.<br>09/28/2013 - San Antonio Southeast (Station 313): Telephone inquiry from a an EIC even if they had a Texas DL.  This was clarified for the customer.<br>09-28/2013 - Victoria (Station 319):  Individual asked about what an election one.<br>09/28/2013 - San Antonio/General MacMullin (Station 326): Customer inquire |

| | | | |
|---|---|---|---|
| | | | 09/28/2013 - Leon Valley MegaCenter (Station 645): Customer wanted an el<br>surrender his driver license so he did not qualify for an EIC. |
| **6B** | Issuance | <u>1</u> | **09/27/2013 - Austin-South (605):  Issued one EIC (37753136)** |
| | Inquiry | 2 | 09/28/2013 - Austin-South (605): One Inquiry already had a valid Texas Drive<br>09/28/2013 - Austin - South (605): One Inquiry wanted free identification but |
| **Total EICs Issued This Week** | | 4 | |
| Total EIC Inquiries This Week | | 63 | |
| **Total EICs Issued to Date** | | 14 | |
| Total EIC Inquiries to Date | | 241 | |

v/r

*Tony Rodriguez*

Customer Operations Senior Manager – South and West
Driver License Division
Texas Department of Public Safety
tony.rodriguez@dps.texas.gov
512.424.5657 (O)
512.739.9709 (C)
512.424.5233 (F)

TEX0508595