| | |
|---|---|
| **From:** | Peters, Joe |
| **To:** | McCraw, Steven; MacBride, Cheryl; Bodisch, Robert; Nolte, Candace |
| **Sent:** | 7/3/2013 5:01:02 PM |
| **Subject:** | FW: 03 July EIC Final Report |

FYI

**From:** Rodriguez, Tony
**Sent:** Wednesday, July 03, 2013 4:57 PM
**To:** Peters, Joe
**Cc:** Watkins, Paul; Bell, Stephen; Winkley, Salestus; Berkley, Johnnie; Silva, Samuel; Valenzuela, Estella; Valdez, Tomas; Hubbard, Barbara; Garcia, Joseph; Smith, Janie; Melcher, Lori; Gomez, Enrique; Mastracchio, JoeAnna; Ron Grahovec; Crawford, John; Vinger, Tom; Cesinger, Katherine; Hunter, Stephanie; Wells, Charles; Barber, David; Muniz, Barbara; Segundo, Carolina
**Subject:** 03 July EIC Final Report
**Importance:** High

Sir, Ladies and gentlemen,
Two inquiries today across the state.  Zero issuances.
Please note that we have gone to one report a day based on the 4:00 PM information from the Regional Managers.

| | | | 03 July EIC Report |
|---|---|---|---|
| 1A | Issuance | 0 | |
| | Inquiry | 0 | |
| 1B | Issuance | 0 | |
| | Inquiry | 0 | |
| 2A | Issuance | 0 | |
| | Inquiry | 1 | One inquiry at South Gessner - Customer wanted an EIC for his homebound mother. He was provided the information to get a waiver from the county voting Registrar w/o photo ID. |
| 2B | Issuance | 0 | |
| | Inquiry | 0 | |
| 3 | Issuance | 0 | |
| | Inquiry | 0 | |
| 4 | Issuance | | |
| | Inquiry | 1 | A customer came in to the Hondo Pass Office (416) and specifically requested an Election Certificate. She knew it was free of charge. During the screening process she stated that she needed the certificate to replace her lost passport. She was provided clarification on the use of the EIC and was given her options. She was unable to meet the ID policy at the time and left. |
| 5 | Issuance | 0 | |
| | Inquiry | 0 | |
| 6A | Issuance | | |
| | Inquiry | | |
| 6B | Issuance | 0 | |
| | Inquiry | 0 | |
| Total EICs Issued Today | | | |
| Total EIC Inquiries Today | | 2 | |
| Total EICs Issued to Date | | | |
| Total EIC Inquiries to Date | | 20 | |

v/r

2:13-cv-193
09/02/2014
**DEF1504**

TEX0508632

*Tony Rodriguez*

Customer Operations Senior Manager – South and West
Driver License Division
Texas Department of Public Safety
tony.rodriguez@dps.texas.gov
512.424.5657 (O)
512.739.9709 (C)
512.424.5233 (F)

The Driver License Division is committed to quality and excellence in customer service. Please share your thoughts with us via our online customer service survey at: http://www.survey.utexas.edu/txdps/

TEX0508633