| From: | Peters, Joe |
|---|---|
| To: | McCraw, Steven; MacBride, Cheryl; Bodisch, Robert; Nolte, Candace; Cesinger, Katherine |
| Sent: | 7/1/2013 12:09:31 PM |
| Subject: | FW: EIC Morning Report |

FYI

**From:** Rodriguez, Tony
**Sent:** Monday, July 01, 2013 11:58 AM
**To:** Peters, Joe
**Cc:** Watkins, Paul; Bell, Stephen; Winkley, Salestus; Berkley, Johnnie; Silva, Samuel; Valenzuela, Estella; Valdez, Tomas; Hubbard, Barbara; Garcia, Joseph; Smith, Janie; Melcher, Lori; Gomez, Enrique; Mastracchio, JoeAnna; Ron Grahovec; Crawford, John
**Subject:** EIC Morning Report

Sorry for the delay.  We continue to have some inquiries but no issuance of an EIC.

| 01 July  Morning EIC Report |||| |
|---|---|---|---|
| 1A | Issuance | 0 | |
|    | Inquiry | 0 | |
| 1B | Issuance | 0 | |
|    | Inquiry | 0 | |
| 2A | Issuance | 0 | |
|    | Inquiry | 0 | |
| 2B | Issuance | 0 | |
|    | Inquiry | 2 | 1 had ID and Concealed Handgun License<br>1 had DL |
| 3 | Issuance | 0 | |
|   | Inquiry | 0 | |
| 4 | Issuance | 0 | |
|   | Inquiry | 0 | |
| 5 | Issuance | 0 | |
|   | Inquiry | 0 | |
| 6A | Issuance | 0 | |
|    | Inquiry | 0 | |
| 6B | Issuance | 0 | |
|    | Inquiry | 0 | |
| Total EICs Issued Today | | 0 | |
| Total EIC Inquiries Today | | 2 | |
| Total EICs Issued to Date | | 0 | |
| Total EIC Inquiries to Date | | 12 | |

v/r

*Tony Rodriguez*
Customer Operations Senior Manager – South and West
Driver License Division
Texas Department of Public Safety
…xas.gov

2:13-cv-193
09/02/2014
**DEF1505**

TEX0508639

512.424.5233 (F)

The Driver License Division is committed to quality and excellence in customer service. Please share your thoughts with us via our online customer service survey at: http://www.survey.utexas.edu/txdps/

TEX0508640