Tuesday, July 23, 2013

One person came into the office requesting EIC.  She presented a valid passport expiring in 2016.  Also has valid DL until 2018.  She was informed that we could issue an EIC if she wished to surrender her DL.

One person came into the office requesting EIC.  She presented a valid TX DL expiring 2018.  She was informed that we could issue an EIC if she wished to surrender her DL.

One person came into the office requesting EIC.  He presented a valid TX DL.  He was also informed that he would have to surrender his DL.

One person came into the office requesting EIC.  He stated that he had a valid US passport.

One person came into the office requesting EIC.  She has a valid DL on the DLS.  She was informed that we could issue the EIC however she would have to surrender her DL.  She stated that she would get a duplicate on her DL.

One person came into the office requesting EIC.  She presented an Oregon driver license.  She did not have proof of citizenship or meet the ID.   She was born abroad.

2:13-cv-193
09/02/2014
**DEF1506**

TEX0508678