| | |
|---|---|
| **From:** | Peters, Joe |
| **To:** | McCraw, Steven; MacBride, Cheryl; Bodisch, Robert; Nolte, Candace |
| **Sent:** | 7/19/2013 4:18:58 PM |
| **Subject:** | Fwd: Weekly EIC Report |

FYI

Joe Peters
Assistant Director
Texas Department of Public Safety
Driver License Division
P.O. Box 4087
Austin, TX. 78773
512-424-5899

Begin forwarded message:

**From:** "Rodriguez, Tony" <Tony.Rodriguez@dps.texas.gov>
**Date:** July 19, 2013, 4:09:47 PM CDT
**To:** "Rodriguez, Tony" <Tony.Rodriguez@dps.texas.gov>, "Peters, Joe" <Joe.Peters@dps.texas.gov>, "Watkins, Paul" <Paul.Watkins@dps.texas.gov>, "Bell, Stephen" <Stephen.Bell@dps.texas.gov>, "Winkley, Salestus" <Salestus.Winkley@dps.texas.gov>, "Berkley, Johnnie" <Johnnie.Berkley@dps.texas.gov>, "Silva, Samuel" <Samuel.Silva@dps.texas.gov>, "Valenzuela, Estella" <Estella.Valenzuela@dps.texas.gov>, "Valdez, Tomas" <Tomas.Valdez@dps.texas.gov>, "Hubbard, Barbara" <Barbara.Hubbard@dps.texas.gov>, "Garcia, Joseph" <Joseph.Garcia@dps.texas.gov>, "Smith, Janie" <Janie.Smith@dps.texas.gov>, "Melcher, Lori" <Lori.Melcher@dps.texas.gov>, "Gomez, Enrique" <Enrique.Gomez@dps.texas.gov>, "Mastracchio, JoeAnna" <JoeAnna.Mastracchio@dps.texas.gov>, Ron Grahovec <rgrahovec@morphotrust.com>, "Crawford, John" <John.Crawford@dps.texas.gov>, "Vinger, Tom" <Tom.Vinger@dps.texas.gov>, "Cesinger, Katherine" <Katherine.Cesinger@dps.texas.gov>, "Hunter, Stephanie" <Stephanie.Hunter@dps.texas.gov>, "Wells, Charles" <Charles.Wells@dps.texas.gov>, "Barber, David" <David.Barber@dps.texas.gov>, "Muniz, Barbara" <Barbara.Muniz@dps.texas.gov>, "Segundo, Carolina" <Carolina.Segundo@dps.texas.gov>
**Subject: Weekly EIC Report**

For this week we have had inquiries but no additional issuances.

| | | 19 July Weekly EIC Report | |
|---|---|---|---|
| 1A | Issuance | 0 | |
| | Inquiry | 1 | Wednesday, July 17, 2013, a customer inquired about an EC at our DL office in Quitman. He had a valid DL |
| 1B | Issuance | 0 | |
| | Inquiry | 1 | One inquiry at the Arlington DLO on Tuesday, 16 July (Reason for inquiry is not known). |
| 2A | Issuance | 0 | |
| | Inquiry | 0 | |
| 2B | Issuance | 0 | |
| | Inquiry | 0 | |
| 3 | Issuance | 0 | |
| | Inquiry | 0 | |
| | Issuance | 0 | |
| | Inquiry | 0 | |

2:13-cv-193
09/02/2014
DEF1507

| | | | |
|---|---|---|---|
| 5 | Issuance | 0 | |
| | Inquiry | 0 | |
| 6A | Issuance | 0 | |
| | Inquiry | 1 | |
| 6B | Issuance | 0 | |
| | Inquiry | 2 | 2 Inquiries at Austin-South but both had valid Texas DL |
| Total EICs Issued Today | | 0 | |
| Total EIC Inquiries Today | | 5 | |
| Total EICs Issued to Date | | 2 | |
| Total EIC Inquiries to Date | | 36 | |

v/r

*Tony Rodriguez*

Customer Operations Senior Manager – South and West
Driver License Division
Texas Department of Public Safety
tony.rodriguez@dps.texas.gov
512.424.5657 (O)
512.739.9709 (C)
512.424.5233 (F)

The Driver License Division is committed to quality and excellence in customer service. Please share your thoughts with us via our online customer service survey at: http://www.survey.utexas.edu/txdps/

---

**From:** Rodriguez, Tony
**Sent:** Monday, July 15, 2013 5:37 PM
**To:** Rodriguez, Tony; Peters, Joe; Watkins, Paul; Bell, Stephen; Winkley, Salestus; Berkley, Johnnie; Silva, Samuel; Valenzuela, Estella; Valdez, Tomas; Hubbard, Barbara; Garcia, Joseph; Smith, Janie; Melcher, Lori; Gomez, Enrique; Mastracchio, JoeAnna; Ron Grahovec; Crawford, John; Vinger, Tom; Cesinger, Katherine; Hunter, Stephanie; Wells, Charles; Barber, David; Muniz, Barbara; Segundo, Carolina
**Subject:** EIC Report CHANGE

Ladies and gentlemen,
We are changing the reporting cycle for EIC reports from daily to a weekly report.  The next EIC report you will receive will be on Friday.  Regions will provide me a roll-up of issuances and inquiries by 4:00 and I will turn the report around by 5:00.

** I already have your information for today, please do not duplicate this information in your report(s) on Friday.

v/r

*Tony Rodriguez*

Customer Operations Senior Manager – South and West
Driver License Division
Texas Department of Public Safety
tony.rodriguez@dps.texas.gov
512.424.5657 (O)
512.739.9709 (C)
512.424.5233 (F)

The Driver License Division is committed to quality and excellence in customer service. Please share your thoughts with us via our online customer service survey at: http://www.survey.utexas.edu/txdps/