**From:** Nolte, Candace
**To:** DPS Government Relations
**BCC:** Alison.Brock@house.state.tx.us; Libby Nezda (Libby.Nezda@senate.state.tx.us); 'West-Kelvin Bass'
**Sent:** 8/12/2013 8:08:33 AM
**Subject:** DPS - EIC Weekly Report

EIC update below:

1x issuance this week in Carrolton
9x inquires this week.

| 09 Aug  Weekly EIC Report | | | |
|---|---|---|---|
| **1A** | Issuance | 1 | 8/9/13 - Carrollton: Issued an election certificate today. |
| | Inquiry | 0 | |
| **1B** | Issuance | 0 | |
| | Inquiry | 0 | |
| **2A** | Issuance | 0 | |
| | Inquiry | 0 | |
| **2B** | Issuance | 0 | |
| | Inquiry | 2 | 8/7/13 - Lufkin:  One customer requested an election certificate at the Lufkin Texas DL and was therefore ineligible for the election certificate. 8/9/13 - Texas City:  A customer made a inquiry over the telephone to the Te: customer was given the requirements for the election certificate. |
| **3** | Issuance | | |
| | Inquiry | 3 | 8/5/13 - Kingsville: Inquiry by phone to the Kingsville DL Office.  Customer ca had processed election certificates.  However, no election certificates have b office yet. 8/7/13 - Brownsville:  2 separate inquiries from individuals wanting to know w to obtain an EIC. |
| **4** | Issuance | 0 | |
| | Inquiry | 0 | |
| **5** | Issuance | 0 | |
| | Inquiry | 4 | 8/5/13 - Lubbock: 1 inquiry from a gentleman came into the office and asked obtain an EIC. He was given the information. 8/5/13 - Dimmitt:  1 inquiry from a gentleman inquired about getting a voter re the card was a hard copy of the voter registration card instead of a paper co expires 2017. 8/5/13 - Wichita Falls:  1 inquiry the customer opted for an ID card when they be used for election purposes and not for cashing checks. 8/8/13 - Lubbock:  Telephone inquiry. Caller requested the requirements to ol information requested. |
| **6A** | Issuance | 0 | |
| | Inquiry | 0 | |
| **6B** | Issuance | 0 | |
| | Inquiry | 0 | |
| Total EICs Issued This Week | | 1 | |
| Total EIC Inquiries This Week | | 9 | |
| Total EICs Issued to Date | | 7 | |
| Total EIC Inquiries to Date | | 74 | |

**Candace Nolte**
*Deputy Assistant Director*



2:13-cv-193
09/02/2014
DEF1508

TEX0508823

*Chief, Office of Government Relations*
Texas Department of Public Safety
(512) 424-7272
5805 N. Lamar Blvd.
P.O. Box 4087
Austin, TX 78773-0170
candace.nolte@dps.texas.gov

TEX0508824