| | | |
|---|---|---|
| **From:** | Peters, Joe | |
| **To:** | McCraw, Steven; MacBride, Cheryl; Bodisch, Robert; Nolte, Candace | |
| **Sent:** | 7/11/2013 4:59:40 PM | |
| **Subject:** | FW: 11 July EIC Report | |

FYI ~

**From:** Rodriguez, Tony
**Sent:** Thursday, July 11, 2013 4:55 PM
**To:** Peters, Joe
**Subject:** 11 July EIC Report
**Importance:** High

Zero issuances today
Three inquiries statewide

| | | | 11 July EIC Report |
|---|---|---|---|
| 1A | Issuance | 0 | |
| | Inquiry | 0 | |
| 1B | Issuance | 0 | |
| | Inquiry | 0 | |
| 2A | Issuance | 0 | |
| | Inquiry | 0 | |
| 2B | Issuance | 0 | |
| | Inquiry | 0 | |
| 3 | Issuance | | |
| | Inquiry | 1 | Weslaco: The customer mentioned he had read about the Election Certificate ID in the newspaper, and was requesting more information in how to obtain it. He claimed he did not have a Driver License or Identification. |
| 4 | Issuance | 0 | |
| | Inquiry | 2 | The Fort Stockton office had one inquiry.<br>The EL Paso Scott Simpson office had one inquiry from an assisted living center. |
| 5 | Issuance | 0 | |
| | Inquiry | 0 | |
| 6A | Issuance | 0 | |
| | Inquiry | 0 | |
| 6B | Issuance | 0 | |
| | Inquiry | 0 | |
| Total EICs Issued Today | | 0 | |
| Total EIC Inquiries Today | | 3 | |
| Total EICs Issued to Date | | 2 | |
| Total EIC Inquiries to Date | | 30 | |

v/r

*Tony Rodriguez*
Customer Operations Senior Manager – South and West

2:13-cv-193
09/02/2014
**DEF1509**

Driver License Division
Texas Department of Public Safety
tony.rodriguez@dps.texas.gov
512.424.5657 (O)
512.739.9709 (C)
512.424.5233 (F)

The Driver License Division is committed to quality and excellence in customer service. Please share your thoughts with us via our online customer service survey at: http://www.survey.utexas.edu/txdps/

TEX0508843