| | |
|---|---|
| **From:** | Peters, Joe |
| **To:** | Judy Switzer |
| **CC:** | Bodisch, Robert; Coleman, Ron |
| **Sent:** | 10/2/2013 11:20:29 AM |
| **Subject:** | RE: Voter ID grant |

Judy,

The grant writer will be Ron Coleman.  His phone number is 512-424-7652 and email is ron.coleman@dps.texas.gov.

Let me know if you need anything else.

Thanks!

Joe

Joe Peters
Assistant Director
Texas Department of Public Safety
Driver License Division
P.O. Box 4087
Austin, TX  78773
Office: 512-424-5899
joe.peters@dps.texas.gov



---

**From:** Bodisch, Robert
**Sent:** Wednesday, October 02, 2013 11:16 AM
**To:** Peters, Joe
**Subject:** FW: Voter ID grant

Joe, please respond.

**Robert J. Bodisch**
**Assistant Director/Chief of Staff**
**Texas Homeland Security**
**Texas Department of Public Safety**
**P. O. Box 4087**
**Austin, Texas 78773**
**512-424-2368**
**robert.bodisch@dps.texas.gov**
**robert.bodisch.sle@dhs.sgov.gov**



2:13-cv-193
09/02/2014
**DEF1511**

Case 2:13-cv-00193   Document 776-36   Filed on 11/19/14 in TXSD   Page 2 of 3



**From:** Judy Switzer [mailto:jswitzer@governor.state.tx.us]
**Sent:** Wednesday, October 02, 2013 11:13 AM
**To:** Bodisch, Robert
**Subject:** RE: Voter ID grant

Let me know who will be the grant writer and their contact info. We will create an application for them to complete.

Thanks

Judy
512/463-7879

**From:** Bodisch, Robert [mailto:Robert.Bodisch@dps.texas.gov]
**Sent:** Wednesday, October 02, 2013 11:07 AM
**To:** Christopher Burnett
**Cc:** Aimee Snoddy; Judy Switzer; MacGregor Stephenson; MacBride, Cheryl; Peters, Joe
**Subject:** RE: Voter ID grant

10-4, many thanks.

Robert J. Bodisch
Assistant Director/Chief of Staff
Texas Homeland Security
Texas Department of Public Safety
P. O. Box 4087
Austin, Texas 78773
512-424-2368
robert.bodisch@dps.texas.gov
robert.bodisch.sle@dhs.sgov.gov



**From:** Christopher Burnett [mailto:christopher.burnett@governor.state.tx.us]
**Sent:** Wednesday, October 02, 2013 11:05 AM
**To:** Bodisch, Robert
**Cc:** Aimee Snoddy; Judy Switzer; MacGregor Stephenson
**Subject:** Voter ID grant

Duke,

Just received word from MacGregor that we're a go on the grant (up to $200K) to DPS for Voter ID equipment. We'll create the app in eGrants and you all will need to complete it. Get with Aimee and Judy on the details and we'll get this thing rolling.

TEX0508914

-Christopher

TEX0508915