| | |
|---|---|
| **From:** | Gipson, Sheri |
| **To:** | Smith, Janie |
| **Sent:** | 11/22/2011 4:54:17 PM |
| **Subject:** | RE: Driver license information |

It was a required field, but don't know for sure if it actually "stopped" the transaction.  Lisa is trying to find out.

*Sheri Gipson*
Customer Support
Driver License Division
512-424-2769

**From:** Smith, Janie
**Sent:** Tuesday, November 22, 2011 3:29 PM
**To:** Gipson, Sheri
**Subject:** FW: Driver license information

Sheri – do you know if race was a required field in Legacy, etc? Thanks,

Janie Smith, Policy Coordinator
Driver License Division
512.424.2976 office

**From:** John Sepehri [mailto:JSepehri@sos.state.tx.us]
**Sent:** Tuesday, November 22, 2011 3:28 PM
**To:** Adkins, Phillip
**Cc:** Murphy, Kathleen; Smith, Janie
**Subject:** RE: Driver license information

Thanks.  How long has it been mandatory?

JS

PS—Happy Thanksgiving.

**From:** Adkins, Phillip [mailto:Phillip.Adkins@dps.texas.gov]
**Sent:** Tuesday, November 22, 2011 10:13 AM
**To:** John Sepehri
**Cc:** Murphy, Kathleen; Smith, Janie
**Subject:** RE: Driver license information

John-

The system requires that an entry be made in the race/ethnicity field.  The DL transaction cannot be completed if the field is left blank.  PA

**From:** John Sepehri [mailto:JSepehri@sos.state.tx.us]
**Sent:** Monday, November 21, 2011 9:18 PM
**To:** Adkins, Phillip
**Subject:** Re: Driver license information

Yes--thank you.

2:13-cv-193
09/02/2014
DEF1512
exhibitsticker.com

On Nov 21, 2011, at 9:17 PM, "Adkins, Phillip" <Phillip.Adkins@dps.texas.gov> wrote:

TEX0509097

John- I believe we require an answer.  But let me confirm that information before you use. Can I let you know in the morning?

---

**From:** John Sepehri [mailto:JSepehri@sos.state.tx.us]
**Sent:** Monday, November 21, 2011 08:00 PM
**To:** Adkins, Phillip
**Subject:** RE: Driver license information

Philip—is the race box optional for applicants to complete if they wish or not complete?

JS

---

**From:** Adkins, Phillip [mailto:Phillip.Adkins@dps.texas.gov]
**Sent:** Friday, November 18, 2011 3:44 PM
**To:** John Sepehri
**Subject:** Driver license information

John-

The answer to your inquiry is a little more complicated than I expected.  So I am putting the answer in writing.  The Department began allowing individuals to claim the Hispanic ethnicity category when we shifted to a new driver license computer system.  The category could not be captured in the legacy system.  The transition to the new system rolled out over time.  The first office to be able to capture Hispanic data came on line on **May 11, 2009.**  The  system rolled out over the course of a year and all fulltime DL offices were operational with the new system by **May 28, 2010** .

Even today there are seven offices that are opened in remote areas on a part time basis that still use the legacy system and therefore do not capture the Hispanic category.  Those stations are located in Baird, Shamrock, Sonora Canadian, Quanah Panhandle and Robbie.

**Phillip Adkins**
General Counsel
Texas Department of Public Safety
Direct Dial (512) 424-2503
Cell (512) 913-6911
phillip.adkins@dps.texas.gov

TEX0509098