2:13-cv-193
09/02/2014
DEF1514

| | |
|---|---|
| **From:** | Buster, Marguerite |
| **To:** | Terry, Michael |
| **CC:** | Buster, Marguerite |
| **Sent:** | 2/25/2013 11:26:36 AM |
| **Subject:** | FW: UPDATED - Voter registration verification - 2-4-13.doc |
| **Attachments:** | 1157_001.pdf; BW9-3REQPEACEOFFICERCONFIDENTIALITY.docx; Voter registration verificaiton - 2-4-13.doc |

Mike,

Betsy and I were finally able to discuss the issues surrounding the verification of voters from the provisional ballots and peace officer addresses. SOS is very happy with all the assistance we provided for the Presidential election and they are willing to do whatever they can to make the process easier and more efficient.

Below is a short summary of what we discussed. Betsy and I will be talking again on Tuesday, February 26, to hopefully provide some final answers or step to move forward.

- Voter Registration Verification
    - Betsy will present the idea of a single POC to her boss/team and the idea that we have one POC at either end and all verifications go through the single POCs via email.
    - Here is what is required for the registration applications:
        - the applicant's first name, middle name, if any, last name, and former name, if any;
        - the month, day, and year of the applicant's birth;
        - a statement that the applicant is a United States citizen;
        - a statement that the applicant is a resident of the county;
        - a statement that the applicant has not been determined by a final judgment of a court exercising probate jurisdiction to be:
            - § totally mentally incapacitated; or
            - § partially mentally incapacitated without the right to vote;
        - a statement that the applicant has not been finally convicted of a felony or that the applicant is a felon eligible for registration under Section 13.001;
        - the applicant's residence address or, if the residence has no address, the address at which the applicant receives mail and a concise description of the location of the applicant's residence;
        - the following information:
            - § the applicant's Texas driver's license number or the number of a personal identification card issued by the Department of Public Safety;
            - § if the applicant has not been issued a number described by Paragraph (A), the last four digits of the applicant's social security number; or
            - § a statement by the applicant that the applicant has not been issued a number described by Paragraph (A) or (B);
        - if the application is made by an agent, a statement of the agent's relationship to the applicant; and
        - the city and county in which the applicant formerly resided.

- She asked if it would be possible to alter the language on our forms to include something like the statements below (see attached .pdf – bottom of page by signature). Evidently these are reasons that an individual will automatically be disqualified as an eligible voter. We do have some language on the DL-40 and DL-43 about mental conditions, but the DL-43 doesn't talk at all about felony convictions.
    - a statement that the applicant has not been determined by a final judgment of a court exercising probate jurisdiction to be:
        - § totally mentally incapacitated; or
        - § partially mentally incapacitated without the right to vote;

TEX0509325

- o a statement that the applicant has not been finally convicted of a felony or that the applicant is a felon eligible for registration under Section 13.001;

- She did say that some of her counties have worked for years with the local DPS office to get verifications for smaller numbers of voters and that they had a very good relationship with the local DPS office, but they (local registrars) were told by some DPS offices that they could no longer provide the verifications, that they had to send all of those verifications to HQ-LRS. I wasn't sure if this was true or not, but we need to decide if this is the best course of action.

- Betsy did say that the Presidential election was out of the ordinary as far as the voter verifications, so she suggested that since there can be smaller elections at other times, maybe we allow the local DPS offices to do the verifications, but if it is a larger election (say statewide or national) then we implement the 'other plan'. That would be to establish a cut-off of 30-days PRIOR to the election that all verifications must go via SOS single POC to LRS single POC.

- Betsy did report that once we made the correction in DLS for the voter registration indicator and the file was sent over that night, the registrars were reporting they got the entire file, so they had everything they needed to move forward with the voter, so there was no need for a 'paper' document from us.

- Can come up with a template for the voter registrars to use to fill out the information on each individual? We can identify the very minimum amount of information we would need to identify the person in DLS, as well as other information that would be helpful to identify the voter. Once we get the information on the template, we can 'check the box' if they were registered / we made an error, but have re-registered / they did not indicate they wanted to register, then, then we would let them know that the update will be coming via the nightly 'upload' that we normally send them (no paper application will be sent). If there is some reason we need to send a paper application, then we could do that and indicate on the template that information.

- Peace Officer – Attached is the Peace Officer Confidentiality request form that they are eligible to complete in order to redact their information from being publically distributed.
    - o We will send SOS the approved courthouse address list.
        - § We will provide education to TECLOSE and other LE associations.
        - § Told her we were discussing creating a small 'business card' to educate peace officers that they need to verify their voter registration, provide them the information on how to do that.

- On-line Renewal
    - o Can we get a change to the Texas.gov site at the end of the on-line renewal to have the link to directly to the voter application page instead of the general SOS page?

SOS is more than willing to work with us to figure out the best solutions and Betsy is quite open to any other suggestions we may have. I told her I would run it by you and see what we could come up with.

Let me know if you want to discuss more or need clarification on any of the above. Also, do you want me to send this to Sheri, et. al. in LRS or wait until you and I have discussed?


Marguerite Buster
Customer Relations Coordinator
Driver License Division
(512) 424-5177

*We are creating a faster, easier and friendlier driver license experience and a safer Texas.*

**From:** Buster, Marguerite
**Sent:** Monday, February 04, 2013 1:43 PM
**To:** Terry, Michael
**Subject:** UPDATED - Voter registration verification - 2-4-13.doc

Mike,

Attached is the updated information per our meeting.  Lisa had some additional points which I have now included.

Let me know if you need anything else or want me to revise/change attached.

Thanks.

Marguerite Buster
Customer Relations Coordinator
Driver License Division
(512) 424-5177

*We are creating a faster, easier and friendlier driver license experience and a safer Texas.*

TEX0509327