| | |
|---|---|
| **From:** | Betsy Schonhoff |
| **To:** | Moon, Tom (Tax Office); Burch, Shea |
| **CC:** | German, Chris (Tax Office); Redditt, Emily (Tax Office) |
| **Sent:** | 11/2/2012 9:34:18 AM |
| **Subject:** | RE: Can you research Personal ID's |

Tom-

DPS will provide you with the latest information for that person. Previously, the driver record contained the personal information and the card information. If a person had two types of cards, i.e. driver license (DL) and identification card (ID), they had two records on file. In the new system, they have a "person" record, and the person record can have multiple cards associated with it. The voter registration information is not associated with the card anymore, but with the person record. Therefore, a person record can be updated and can change the voter registration information even if a card transaction is not completed and DPS will provide you with the latest information for that person record that they have on file, which appears to be what was done in this case.

If this is not what you are trying to clarify, then please let me know. Thanks.

Betsy Schonhoff

**From:** Moon, Tom (Tax Office) [mailto:Tom.Moon@tax.hctx.net]
**Sent:** Friday, November 02, 2012 8:40 AM
**To:** 'Shea.Burch@dps.texas.gov'
**Cc:** Betsy Schonhoff; German, Chris (Tax Office); Redditt, Emily (Tax Office)
**Subject:** Can you research Personal ID's

Shea,
Can you respond to Personal ID numbers with copies of those applications?
We have been told the form DL-14A (Rev 3/12) is used for both DL's and ID requests and has the question number 5 asks do you want to register to vote.
Do you have anything on this personal id application?

Here is an example:
We submitted Ross, Mathew Allen DOB 07/17/87 with personal ID number ███████
You responded with his driver's license application 25396312 dated around 6/25/2012


Please advise soonest.

Regards,

Tom Moon
Senior Manager of Voter Registration
Harris County Tax Office
713-274-8238

