**EIC Press Coverage**

**Remember to Vote! - poll locations**
Elgin Courier -  11/5/13

Precincts 4017, 4018 and 4020 – Cornerstone Baptist Church, 709 N. Hwy 95, Elgin

Precinct 4019 – Family Worship Center, 2425 FM 1704, Elgin

Precinct 4021 – Faith Lutheran Church, 230 Waco Street, McDade

Precinct 2010 – Paige Community Center, 107 N. Main Street, Paige

The Bastrop County Elections Department can be reached at (512) 581-7160 for more information or visit their Web site at www.bastropvotes.org. Elections administrator is Bridgette Escobedo. Election administrative assistants are Kristin Miles and Amber Alewine.

Acceptable identification for voters includes Texas Department of Public Safety issued drivers licenses, election identification certificates, personal identification cards and concealed handgun licenses. Also acceptable forms of identification for voting are United States issued military identification cards, citizenship certificates and passports. All identification types must have a photo and not be expired more than 60 days. Permanent exemption from the identification requirement is available for disabled persons. Temporary exemption is available for one election date only for those with religious objections or those who have lost identification through natural disasters.

**Walker County voters go to polls today**
The Huntsville Item – 11/5/13

HUNTSVILLE — Walker County voters head to the polls today to decide who will be elected to positions on the Huntsville and New Waverly city councils and school boards as well as a liquor legalization measure and constitutional amendments.

The polls open across the county today at 7 a.m. and close at 7 p.m. County officials sought to remind voters that a couple polling places have recently changed and about the new law requiring registered voters to present valid photo identification to cast a ballot.

According to the Texas Secretary of State's website, people will be required to show one of the following forms of photo ID to vote today:

• Texas driver license issued by the Texas Department of Public Safety (DPS).

• Texas Election Identification Certificate issued by DPS.

• Texas personal identification card issued by DPS.

• Texas concealed handgun license issued by DPS.

• United States military identification card containing the person's photograph.

• ...enship certificate containing the person's photograph.

2:13-cv-193
09/02/2014
DEF1518

• United States passport.

With the exception of the U.S. citizenship certificate, the identification must be current or have expired no more than 60 days before being presented at the polling place.

All four ward seats on the Huntsville City Council are up for election Nov. 5, but only two are contested. Kendall Scudder is challenging Ward 2 incumbent Tish Humphrey, and Paul Knox is looking to unseat Ward 1 incumbent Joe Emmett.

There is also a special election to fill the vacated at-large Position 1 spot on City Council. Andy Brauninger was set to run against Rachel Willeford to finish the final year of the two-year term left after James Fitch resigned his seat in June. Willeford's name still appears on the ballot despite the fact she dropped out of contention earlier this month when her husband, financial adviser Ty Willeford, accepted a job in Georgia. Because Willeford's name is still on the ballot, Brauninger supporters must still vote for him for office.

Citizens are also voting on seven proposed amendments to the Huntsville City Charter and nine to the Texas Constitution. The people in Precinct 2 will decide if the legal sale of all alcoholic beverages, including mix drinks, will be allowed in that portion of the county.

Three incumbent Huntsville Independent School District trustees are unopposed in seeking re-election, but board president J.T. Langley does have an official opponent on the ballot for Position 3. Linda Thompson tried to withdraw her candidacy in September citing personal reasons, but the deadline had expired. Therefore, Langley supports still need to cast their votes for him.

In New Waverly, there is one contested race for two at-large spots on City Council. Voters will pick two candidates out of Cynthia Vance, Daniel Clinton and Justin Anderson to fill these seats.

There is also one contested race on the New Waverly Independent School Board of Trustees. Terry Munoz and Jurrell Gilliam are vying for Position 6.

Pct. 2 voters will have the option to vote yes to a measure that would make all of that precinct "wet," allowing for the on premise sale of alcohol. Supporters said the measure would treat all merchants in Pct. 2 fairly by removing "dry" areas in which the sale of alcohol is now illegal. Supporters said they hope the measure will encourage economic development.


Poll locations

Residents in Pcts. 201 and 304 are reminded that the voting locations in those areas have been changed for today's election.

Due to redistricting, Pct. 201 lost it's poll place. It was the Presbyterian Church however the church is now located in Pct. 102. The poll location for voting Pct. 201 is now the Walker County Storm Shelter/Veteran's Complex, 455 Highway 75 North.

The poll location for voting Pct. 304 moved from the Riverside Volunteer Fire Department, 2360 FM 980, to the Riverside United Methodist Church, 2341 FM 980.

Here is a complete list of the election polls in Walker County:

• Pcts. 101/102 — Walker County Annex, 1301 Sam Houston Ave. Ste. 101, Huntsville.

• Pct. 103 — Cook Springs Baptist Church, 1936-A Highway 75 North, Huntsville.

TEX0509480

- Pct. 104 — Northside Baptist Church, 1207 FM 980, Huntsville.

- Pct. 201 — Walker County Storm Shelter/Veterans Complex, 455 Highway 75 North, Huntsville.

- Pcts. 203/204 — Walker County Fairgrounds, 3925 Highway 30 West, Huntsville.

- Pct. 205   — Elkins Lake Conference Center, 634 Cherry Hills Drive, Huntsville.

- Pct. 206 — Huntsville Fire Station No. 1, 1987 Veterans Memorial Parkway, Huntsville.

- Pct. 301 — Huntsville ISD Transportation Building, 95 Martin Luther King Drive, Huntsville.

- Pcts. 302/303 — Calvary Baptist Church, 1135 Highway 190, Huntsville.

- Pcts. 304/305 — Riverside United Methodist Church, 2341 FM 980.

- Pct. 401 — University Heights Baptist Church, 2400 Sycamore Avenue, Huntsville.

- Pcts. 402/403 — Phelps First Methodist Church, 13 Dorrell Road off FM 2296 (at Watson Lake Road), Huntsville.

- Pct. 404 — New Waverly First Baptist Church, 460 Fisher Street (at corner of Hardy), New Waverly.


**Don't be all rattled about voter ID**
Fort Worth Star-Telegram – 11/5/13


Tuesday's constitutional amendment election is the first statewide election that requires Texans to present a photo ID when they vote in person.
There is some bad information brewing about what you may or may not need at the polls, specifically that the name on your approved ID and the name on your voter registration must match exactly.
When it comes to voting, Texans need the facts, and the fact is that as long as your ID name and registration name are substantially similar, you will be able to vote a regular ballot, period.
All you have to do is initial a box to confirm you are in fact the same person.
You will not be flagged for voter fraud, you will not have to vote a provisional ballot and you will not have to undergo a long process before you can cast your ballot.
Your ballot will be counted in exactly the same way as the ballots of other voters.
Poll workers may give you the opportunity to update your registration so it will match your ID for future elections. This step is not required and is offered simply as a matter of convenience.
What does "substantially similar" mean? It means that your names might not match because of a missing suffix like Jr. or Sr. It includes the use of a nickname instead of a full name, and it includes changes of name due to marriage or divorce.
Poll workers across the state have been trained to account for such differences in ID and registration, and this training is working. During early voting, more than 200,000 ballots were cast, and my office has received no reports of any voter having to cast a provisional ballot because his or her ID name and registration name did not exactly match.
Poll workers will look for additional details such as if the birth dates match or if the addresses are the same.
Remember, although it was not previously required, many Texans have voted using their photo ID for many years without problems.
Also, please note it is not necessary for you to bring any additional information to the polls beyond your approved photo ID. You do not need to bring a birth certificate, marriage license or divorce decree to vote.
Some voters choose to bring their voter registration card, but it is not required.
There are seven forms of approved photo ID for voting in person.

TEX0509481

Four are issued by the Texas Department of Public Safety: a driver license, personal ID card, concealed handgun license or an Election Identification Certificate (EIC). The other three forms are a U.S. passport, citizenship certificate with your photo, or a military ID with your photo.

EICs are available without charge from the Department of Public Safety for voters who do not have one of the six other forms of ID.

If you have any questions about photo ID requirements or voting in general, visit VoteTexas.gov or contact your county election official. Don't let misinformation keep you from the polls.

**Lubbock County officials anticipate smooth sailing for general election**
Lubbock Avalanche-Journal – 11/4/13

Election day is from 7 a.m. to 7 p.m. today, Nov. 5.

On the ballot are nine constitutional amendments and a recall election for Lubbock City Council District 1, where incumbent Victor Hernandez's position is being challenged.

This year's general election will be the first state-wide election requiring a photo ID after a June decision by the U.S. Supreme Court to uphold a 2011 Texas state bill.

Kim Davis, a spokeswoman for the Lubbock County Office of Elections, said early elections went smoothly with no issues or complications that needed to be addressed in today's election.

"We have not had any issues that have been reported to the elections officer whatsoever," she said.

While photo IDs are a requirement to vote, Davis said, voters who are unable to present one can still vote with a provisional ballot and will have until Nov. 12 to present a photo ID to election officials to have their votes counted.

Among the constitutional amendments up for vote today is a proposition to use $2 billion in the state's rainy day fund to create a loan program to pay for water projects throughout the state.

Supporters of proposition 6 say the fund would help provide Texans with water for more than 50 years.

Texas House Speaker Joe Straus has been touring the state to promote the issue.

"These elections don't trend on Twitter, but they're very, very important," Straus said during his Oct. 29 visit to Lubbock.

According to the Lubbock Election Administration's website, 152,531 Lubbock County residents have registered to vote this year.

During the early voting period, which ran from Oct. 21 to Nov. 1, 9,068 people voted, according to unofficial totals. In the 2011 constitutional amendment election, 4,827 people voted early.

Lubbock City Secretary Becky Garza validated in June a petition with about 580 signatures asking for a recall election against Hernandez.

Former Lubbock County Commissioner Ysidro Gutierrez submitted the petition in May to remove Hernandez from office in part because he said he is disappointed by Hernandez's handling of complaints involving fired City Manager Lee Ann Dumbauld, specifically the councilman's decision not to recuse himself from voting on the issue in July.

Hernandez has expressed confidence his supporters will keep him in office and said he plans to run for re-election in 2014 regardless of what happens in the recall.

For the recall election, 1,137 people from the city of Lubbock's district 1 voted early.

**Early voter turnout light in bond, amendment election**
San Angelo Standard-Times – 11/4/13

SAN ANGELO, Texas — Polls open at the crack of 7 a.m. Tuesday in 26 locations in Tom Green County.

Nine constitutional amendments and two school bonds — a $21.5 million proposal by Wall Independent School District and a $5.9 million pitch by Veribest ISD — make up this year's ballot in Tom Green County.

Early voting turnout was better than expected, said Vona McKerley, election administrator.

More than 1,900 people voted early in Tom Green County. By comparison, 4,118 early mayoral ballots were cast in the May 11 election.

There are 60,254 voters registered in the county — 2,930 from Wall and 683 in Veribest.

In Wall, more than 450 early voting ballots were cast. A similar bond measure failed by less than 10 votes in the spring election where 296 turned up for early voting and 698 total people voted.

More than 100 people voted early in Veribest.

Voters are no longer able to use a voter registration certificate to check in at the polls. Instead, voters must show one of the following forms of identification:

A Texas driver's license issued by the Texas Department of Public Safety.

A Texas Election Identification Certificate issued by the DPS.

A Texas personal identification card issued by the DPS.

A Texas concealed handgun license issued by the DPS.

A U.S. military identification card containing the voter's photograph.

A U.S. citizenship certificate containing the voter's photograph.

A U.S. passport.

Voters without identification may cast a provisional ballot at the poll and have until 5 p.m. Nov. 12 to present identification at the election office to have the provisional ballot processed.

Besides a U.S. citizenship certificate, all identification must be current or no more than 60 days expired.

Wall ISD proposed a $21.5 million bond to upgrade school facilities, including a new elementary school campus and practice gymnasium.

Veribest ISD has a $5.9 million bond on the table to fund comprehensive additions and renovations to its campus.

**Election Day Coverage**
KCEN – 11/4/13

TEX0509483

It's election day tomorrow, and KCEN will be here to bring you the latest results from the races that matter most to Central Texas.

There are two school bonds up for a vote for taxpayers. One in Gatesville, and another in Robinson.

Lampasas is looking for money to build a new fire station.

We'll also bring you results from state propositions one and four.

Those provide property tax breaks for surviving spouses of service members and disabled veterans.

Proposition 6 seeks to pave the way for Texas' future water needs.

And don't forget, Texas now requires voters to show a photo ID at the polls.

Types of acceptable IDs are a valid driver's license or a government-issued photo ID.

You can also go to the Department of Public Safety and get an election identification certificate.

Remember, photo IDs such as a student ID or an employment ID will not be accepted.

**Election officials prepare for voter ID's next big test**
KVUE – 11/4/13


AUSTIN -- As election workers make final preparations for the big day, administrators across the state are watching for any hiccups in the first election where Texas voters are required to show photo identification before casting a vote.


"That means a DPS-issued driver license or personal ID card, concealed handgun license, U.S.-issued passport, citizenship certificate or military ID," says a new video released by Texas Secretary of State John Steen.


The seventh form of acceptable identification is a free Texas Election Identification Certificate (EIC) issued by the Texas Department of Public Safety (DPS). This ID requires corroborating documents such as a birth certificate along with secondary or supporting identification.


Despite a surprising number of disparities between names on IDs versus those in the voter registration database, Travis County Clerk Dana DeBeauvoir says things have been going smoothly.


"The issue is quickly resolved at the polling place," DeBeauvoir told KVUE last week. "They just have to sign or initial on the sign-up sheet the box that says, 'I have a similar name, not an exact name.'"


As of this week Travis County elections officials say just four of the nearly 32,000 who voted early in person filled out a provisional ballot because of substantially dissimilar names that could not be resolved at the polling place.

TEX0509484

But with early voting turnout in the single digits across Texas, administrators in several Central Texas counties say initial conclusions are difficult to draw. As the state's top election official, Steen says the roll-out has been uneventful. Meeting with DeBeauvoir and media Monday, Steen said his focus is on informing voters of the new rules.

"The goal of all of this is to have every eligible voter vote and have that vote counted," Steen said.

Items driving turnout Tuesday include Prop. 6, a constitutional election which would divert $2 billion from the state's rainy day fund to finance water projects.

 In parts of North Austin and Northeast Travis County, the emergency election to replace retired state Rep. Mark Strama (D-Austin) is a four-way battle between Democrats Celia Israel, Rico Reyes and Jade Chang Sheppard. Republican Mike VanDeWalle is also on the ballot.

Austin voters will also consider a $65 million affordable housing bond after a similar one failed last year.

For the voter ID law election Tuesday will bring another day of close scrutiny. Unlike during early voting, those with issues at the polls on Tuesday could find themselves with few options and little time to pursue them.

"It's all kind of difficult since this is our first time to figure [it] out," DeBeauvoir said Monday. "But we're going to collect statistics on this."

Polls will be open from 7 a.m. to 7 p.m. on Tuesday, Nov. 5.

**Texas Secretary of State stops by Dallas, talk's voter ID law before Election Day**
Dallas Morning News – 11/4/13

No one will be turned away tomorrow at the polls because of photo ID requirements, so if voters are hesitant about whether they have the appropriate ID to vote,  said Texas Secretary of State John Steen, they're still encouraged to cast their ballot.

This is the first statewide election that voters will be required to present a photo ID at the polls. Early voting ended Friday and more than 317,000 people in the 15 most populous counties have cast their ballots. That's more than recent elections' early voting periods. In 2011, there were more than 167,000 and almost 198,000 in 2009.

So why the increase? Steen said it's possible that the work to get the word out about the ID law may have also simply spread the word about the election, a constitutional amendment election, this year.

"So that trying to get the word out seems to have had that effect," he said.

So far there are no reports of any voters having to vote provisionally because of a name discrepancy. There have been name discrepancies, such as when former House Speaker Jim Wright was denied a voter ID card at a Texas Department of Public Safety office. Wright didn't have the proper paperwork to get his personal identification card, but will likely be able to vote tomorrow.

Steen said he could not comment on the individual incident.

TEX0509485

Anyone who goes to the polls without their photo ID tomorrow will be able to vote provisionally. If that happens, a voter has six days — this year seven — to go to show a voter ID to a voting registrar to prove they are eligible.

But still, Steen says, there shouldn't be anything stopping registered voters if they want their voices heard.

"Don't let anything you've heard keep you from voting," he said. "We want everyone to show up with a photo ID, but more importantly we want everybody that's eligible to vote and have that vote counted.

**Countywide general election takes place Tuesday**
Rockwall Herald-Banner - 11/ 4/2013

Early voting for Tuesday's general election has ended, but those who didn't vote early will still have a chance to cast their ballots on the day of the election as 17 polling places will be open around Rockwall County on Tuesday.

Voters from around the county can cast ballots for a statewide election on a number of amendments to the Texas Constitution and residents of McClendon-Chisholm will be able to vote for the legal sale of beer and wine – for off-premise consumption only – in the city limits.

Early voting locations include the Heath City Hall, 200 Laurence Drive; the Rockwall Elections Office, 107 E. Kaufman; and the City Hall at Royse City, 305 N. Arch. Early voting concludes at 7 p.m. Friday.

On Tuesday, polling places include the following:

• Precinct 1 – Reinhardt Elementary, Lake Pointe Medical Center, Ridgeview Church and Nebbie Williams Elementary

• Precinct 2 – First Baptist Church Student Ministry Building, Our Savior Lutheran Church, Cullins-Lake Pointe Elementary and Heath City Hall

• Precinct 3 – Benny Grace Memorial Fire Station, Rochelle Elementary, Doris Jones Elementary, Pullen Elementary and Chisholm Baptist Church

• Precinct 4 – Rockwall ISD Administration Building, Fate Community Center, City Hall at Royse City and Ernest Epps Education Center


The following is a list of acceptable forms of photo identification:

• Texas driver license issued by the Texas Department of Public Safety (DPS)

• Texas Election Identification Certificate issued by DPS

• Texas personal identification card issued by DPS

• Texas concealed handgun license issued by DPS

• United States military identification card containing the person's photograph

• United States citizenship certificate containing the person's photograph

• United States passport

TEX0509486

With the exception of the U.S. citizenship certificate, the identification must be current or have expired no more than 60 days before being presented for voter qualification at the polling place.

For more information about early voting or the upcoming election and addresses for polling places, call the Rockwall County Election Office at 972-204-6200 or visit rockwallcountytexas.com.

**Voters to show ID at Polls**
KCEN – 11/4/13

If you didn't vote early, tomorrow is Election Day and the last chance to have a say on whether nine proposed amendments become a part of the Constitution.

Polls will be open from 7:00 a.m. to 7:00 p.m.

Texas now requires voters to show valid ID at the polls.

IDs that will be accepted are Texas Department of Public Safety issued items such as drivers licenses. Various government issued photo IDs will also be accepted.

You can also go to the Department of Public Safety and get an election identification certificate.

Other forms of photo identification such as a student or employment ID will not qualify as valid.

**Voter ID law frustrates some candidates; state argues lawsuit should be dismissed**
Lubbock Avalanche-Journal – 11/4/13

AUSTIN — The new law requiring Texas voters show government-issued photo identification before casting a ballot is working as intended, according to state officials. And the proof is in the two weeks of early voting that ended Friday.

"I gave my driver's license and it went as advertised," Gov. Rick Perry — whose full name is James Richard Perry — told reporters after he voted Wednesday.

"The elections are going quite well," Perry said. "As a matter of fact, we had a substantial bigger turnout from 2011."

This was in reference to the previous vote on constitutional amendments when less than 6 percent of Texas voters went to the polls. This year, the Texas Legislature is asking the electorate to approve nine propositions, particularly one that would allow the lawmakers to withdraw $2 billion from the Rainy Day Fund to begin funding water projects.

However, for state Sen. Wendy Davis, who hopes to replace Perry when his current four-year term expires in early 2015, it was a slightly different experience when she voted Monday.

Davis, D-Fort Worth, had to sign an affidavit before voting because the names on her voter registration card and driver's license are slightly different: Wendy Davis on her voter card and Wendy Russell Davis on her driver's license.

The same thing happened to Texas Attorney General Greg Abbott, the perceived Republican frontrunner in the 2014 gubernatorial race: His name on his driver's license is Gregory Wayne Abbott but on his voter card it's Greg Abbott.

End of the story in the two-year voter ID fight? Not quite.

TEX0509487

Although Perry and other officials say the voter ID law is working, for Davis and other critics of the legislation the Republican-dominated Legislature approved in the 2011 session, what happened to her last week is one of numerous concerns they have with the new law they continue fighting in court.

"There's a tremendous concern it will create a problem for women who have been legally voting for years to be able to vote ... and that they may be surprised by it," Davis said after casting her ballot, according to the Fort Worth Star-Telegram.

"I hope the word will get out," she said. "I hope we will continue to see women vote as they have in Texas."

The latest wave of criticism for the voter ID law began on Oct.21 — the first day of early voting — when 117th District Court Judge Sandra Watts signed an affidavit for similar reasons Davis did a week later.

"What I have used for voter registration and for identification for the last 52 years was not sufficient yesterday when I went to vote," Watts told a Corpus Christi TV station.

"This is the first time I have ever had a problem voting," she said. "I don't think most women know that this is going to create a problem."

Davis, Watts and other critics said they are concerned the law will impact many women who have changed their names after getting married or divorced.

Name variations can include middle names missing on voter rolls but listed on drivers' licenses. In the affidavits voters sign, they swear they are who they say they are. Nothing else is required and their vote counts.

Another concern is that in Dallas County, the second most populated in the state after Harris County, the name variations required one of every seven voters to sign affidavits.

However, the bigger concern is next year when a significantly higher number of voters are expected to go the polls, mainly because of the unusually high number of statewide races and competitive legislative contests.

"I don't think you can see the real impact of voter ID law this year because most people don't vote on constitutional amendments," Rep. Trey Martinez Fischer, D-San Antonio, said before early voting began.

"The real impact would be next year when we have many statewide and legislative races and a lot more people vote," said Martinez Fischer, chairman of the Mexican American Legislative Caucus.

The caucus is one of eight plaintiffs in a suit U.S. Rep. Marc Veasey, D-Fort Worth, filed in a federal court in Corpus Christi. The suit alleges the voter ID law is aimed at suppressing the vote of more than a half million Texas voters, mainly among the poor and the elderly, who lack government-issued photo identification or have difficulties getting it.

"It is important for the state of Texas to acknowledge that they do have a problem," said Martinez Fischer, who questioned whether the Texas Department of Public Safety is prepared to everything it can to make sure people who don't drive can get the state-issued identification needed for voting.

"Texas is a big state, 254 counties, 26 million people living in the state," he said. "Is DPS doing everything it can to issue IDs in areas like West Texas or in the 80 counties that don't have DPS offices?

Texas Secretary of State John Steen, whose office oversees the state's elections, and other officials say yes — in public and in court.

In an motion to dismiss the suit, filed Thursday, the state argues "anyone who lacks photo identification can get an election-identification certificate."

TEX0509488

Moreover, "the plaintiffs have not alleged that anyone in Texas is unable to obtain this identification," the motion reads. "They claim only that the 'burden' of obtaining photo identification will cause some people to choose not to obtain it. That is not sufficient to allege a 'denial' or 'abridgment' of the right to vote."


**New voter ID law working so far**
Amarillo Globe-News - 11/3/2013

AUSTIN — The new law requiring Texas voters show government-issued photo identification before casting a ballot is working as intended, according to state officials. And the proof is in the two weeks of early voting that ended Friday.

"I gave my driver's license and it went as advertised," Gov. Rick Perry — whose full name is James Richard Perry — told reporters after he voted Wednesday.

"The elections are going quite well," Perry said. "As a matter of fact, we had a substantially bigger turnout from 2011."

This was in reference to the previous vote on constitutional amendments when less than 6 percent of Texas voters went to the polls. This year, the Texas Legislature is asking the electorate to approve nine propositions, particularly one that would allow the lawmakers to withdraw $2 billion from the rainy day fund to begin funding water projects.

However, for state Sen. Wendy Davis, who hopes to replace Perry when his four-year term expires in 2015, it was a slightly different experience when she voted Monday.

Davis, D-Fort Worth, had to sign an affidavit before voting because the names on her voter registration card and driver's license are slightly different: Wendy Davis on her voter card and Wendy Russell Davis on her driver's license.

The same thing happened to Texas Attorney General Greg Abbott, the perceived Republican frontrunner in the 2014 gubernatorial race: His name on his driver's license is Gregory Wayne Abbott but on his voter card it's Greg Abbott.

End of the story in the two-year voter ID fight? Not quite.

Although Perry and other officials said the voter ID law is working, for Davis and other critics of the legislation the Republican-dominated Legislature approved in the 2011 session, what happened to her last week is one of numerous concerns they have with the new law they continue fighting in court.

"There's a tremendous concern it will create a problem for women who have been legally voting for years to be able to vote ... and that they may be surprised by it," Davis said after casting her ballot, according to the Fort Worth Star-Telegram.

"I hope the word will get out," she said. "I hope we will continue to see women vote as they have in Texas."

The latest wave of criticism for the voter ID law began Oct. 21 — the first day of early voting — when 117th District Court Judge Sandra Watts signed an affidavit for similar reasons as Davis did a week later.

"What I have used for voter registration and for identification for the last 52 years was not sufficient yesterday when I went to vote," Watts told a Corpus Christi TV station.

"This is the first time I have ever had a problem voting," she said. "I don't think most women know that this is going to create a problem."

TEX0509489

Davis, Watts and other critics said they are concerned the law will impact many women who have changed their names after getting married or divorced.

Name variations can include middle names missing on voter rolls but listed on drivers' licenses. In the affidavits voter sign, they swear they are who they say they are. Nothing else is required, and their vote counts.

Another concern is that In Dallas County, the second-most populated in the state after Harris County, the name variations required one of every seven voters to sign affidavits.

However, the bigger concern is next year when a significantly higher number of voters are expected to go the polls, mainly because of the unusually high number of statewide races and competitive legislative contests.

"I don't think you can see the real impact of voter ID law this year because most people don't vote on constitutional amendments," Rep. Trey Martinez Fischer, D-San Antonio, said before early voting began.

"The real impact would be next year when we have many statewide and legislative races and a lot more people vote," said Martinez Fischer, chairman of the Mexican American Legislative Caucus.

The caucus is one of eight plaintiffs in a suit U.S. Rep. Marc Veasey, D-Fort Worth, filed in a federal court in Corpus Christi. The suit alleges the voter ID law is aimed at suppressing the vote of more than a half-million Texas voters, mainly among the poor and the elderly, who lack government-issued photo identification or have difficulties getting it.

"It is important for the state of Texas to acknowledge that they do have a problem," said Martinez Fischer who questioned whether the Texas Department of Public Safety is prepared to do everything it can to make sure that people who don't drive can get the state-issued identification needed for voting.

"Texas is a big state, 254 counties, 26 million people living in the state," he said. "Is DPS doing everything it can to issue IDs in areas like West Texas or in the 80 counties that don't have DPS offices?"

Texas Secretary of State John Steen, whose office oversees the state's elections, and other officials said yes — in public and in court.

In an motion to dismiss the suit, filed Thursday, the state argues that anyone who lacks photo identification can get an election identification certificate.

"The plaintiffs have not alleged that anyone in Texas is unable to obtain this identification," the motion reads. "They claim only that the 'burden' of obtaining photo identification will cause some people to choose not to obtain it. That is not sufficient to allege a 'denial' or 'abridgment' of the right to vote."

**Voters to decide state constitutional amendment proposals, ESD No. 3 question**
Weatherford Democrat 11/ 3/2013

— Tuesday, Nov. 5, is Election Day — the first statewide election where a photo ID will be required to vote in person.

On the local ballots are nine amendments to the Texas Constitution, placed in random order by Texas Secretary of State John Steen.

Most Parker County residents will vote solely on the amendments, but others will also vote on additions to Emergency Service District No. 3 and ESD No. 7, as well as on bond elections in the Azle and Granbury school districts.

Polls will be open 7 a.m. to 7 p.m. Tuesday.

TEX0509490

Photo ID

Texas now requires voters to show photo ID at the polls. IDs that can be accepted include: one of four Texas Department of Public Safety-issued photo IDs (driver's license, personal ID card, concealed handgun license or election identification certificate) or one of three United States gov-ernment issued photo IDs (passport, military ID card, U.S. citizenship or naturalization certificate).

The photo ID must be current or expired no more than 60 days. Other photo IDs, including student IDs and employment IDs, cannot be accepted at the polls.

ESD No. 3 annexation

In East Parker County residents within the boundaries of ESD No. 3 as well as residents living in a petitioned area in and around Annetta North will vote on whether to add the petitioned area to the ESD, a taxing entity. The proposed annexation area includes land inside the city limits of Annetta North — on the east and west ends — and land within the ETJs of both Annetta North and Weatherford.

A second related proposition would commit the Annetta North territory to assuming a proportionate share of ESD No. 3's outstanding debts and taxes should the first proposition succeed.


Prop. 1

The constitutional amendment authorizing the Legislature to provide for an exemption from ad valorem taxation of all or part of the market value of the residence homestead of the surviving spouse of a member of the armed services of the United States who is killed in action.


Prop. 2

The constitutional amendment eliminating an obsolete requirement for a State Medical Education Board and a State Medical Education Fund, neither of which is operational.


Prop. 3

The constitutional amendment to authorize a political subdivision of this state to extend the number of days that aircraft parts that are exempt from ad valorem taxation due to their location in this state for a temporary period may be located in this state for purposes of qualifying for the tax exemption.


Prop. 4

The constitutional amendment authorizing the Legislature to provide for an exemption from ad valorem taxation of part of the market value of the residence homestead of a partially disabled veteran or the surviving spouse of a partially disabled veteran if the residence homestead was donated to the disabled veteran by a charitable organization.

TEX0509491

Prop. 5

The constitutional amendment to authorize the making of a reverse mortgage loan for the purchase of homestead property and to amend lender disclosures and other requirements in connection with a reverse mortgage loan.

Prop. 6

The constitutional amendment providing for the creation of the State Water Implementation Fund for Texas and the State Water Implementation Revenue Fund for Texas to assist in the financing of priority projects in the state water plan to ensure the availability of adequate water resources.

Prop. 7

The constitutional amendment authorizing a home-rule municipality to provide in its charter the procedure to fill a vacancy on its governing body for which the unexpired term is 12 months or less.

Prop. 8

The constitutional amendment repealing Section 7, Article IX, Texas Constitution, which relates to the creation of a hospital district in Hidalgo County.

Prop. 9

The constitutional amendment relating to expanding the types of sanctions that may be assessed against a judge or justice following a formal proceeding instituted by the State Commission on Judicial Conduct.

Voters' guide

The nonpartisan League of Women Voters — Texas Education Fund Voters Guide for the Constitutional Amendment Election — is available online at www.lwvtexas.org and www.VOTE411.org and distributed in print by local Leagues and through many libraries.

**City, county bond elections are Tuesday**
Austin American Statesman – 11/1/13

Polls will be open countywide from 7 a.m. to 7 p.m. Tuesday, as Round Rock and Williamson County voters decide the fate of city and county bond propositions, as well as proposed state constitutional amendments.

The 11-day early voting period, marked by low turnout, ended Friday. Through Wednesday, a total of 8,606 voters countywide had cast ballots, representing a 3.4 percent turnout.

Far and away the greatest turnout through Wednesday had come from the amenity center at Sun City-Georgetown, where 1,692 votes had been cast. The next-most popular site had been the county's Inner Loop Annex, where 876 people had cast ballots. Next on the list was Round Rock's Baca Center, with 815 voters.

The low turnout prompted county officials to practically beg people to vote, during remarks made at the Oct. 29 Commissioners Court meeting.

"I do care how you vote, I'm not going to say I don't," County Judge Dan Gattis told county department heads, employees and other audience members at the Commissioners Court meeting. "But I do care (more) that you vote. We need to know what the will of the people is.

"Department heads and elected officials – do what you can to encourage your people to go vote," he said.

Pct. 1 Commissioner Lisa Birkman also lamented the low early-voting turnout, stating: "Both my daughters and I went to vote Saturday at Brushy Creek Community Center and at two o'clock we were the only ones there."

Williamson County government is proposing a two-part, $315 million bond package. County officials say that pending voter approval, the bonds will be sold over a period of time in a way that does not raise the tax rate.

Round Rock city government is proposing a four-part, $123.6 million bond package.

Not all the projects Round Rock has proposed would be done at once. Plans call for the bonds to be sold incrementally – in 2014, 2018 and 2020.

According to the city's website, if voters approve all four propositions: "The impact to the owner of an average-value home (currently $181,526) would be around $11 a month after all the bonds are sold. That estimate is based on an assumption of 3 percent growth rate in property values, and bond interest rates ranging from 4.35 percent to 5.25 percent."

Nov. 5 polling places

Williamson County voters can cast a ballot Tuesday at any vote center in the county.

Following are the vote centers in Round Rock.

• Baca Center – 301 W. Bagdad Ave.

• Bluebonnet Trails Community Services – 1009 N. Georgetown Ave.

• Brushy Creek Community Center – 16318 Great Oaks Drive

• YMCA – 1812 N. Mays St.

• Fern Bluff Community Center – 7320 Wyoming Springs Drive

• Courtyard by Marriott – 2700 Hoppe Trail

• Jester Annex – 1801 E. Old Settlers Blvd.

TEX0509493

• Round Rock High School – 300 N. Lake Creek Drive

• Round Rock Presbyterian Church – 4010 Sam Bass Road

• Sleep Inn & Suites 1980 S. Interstate 35 (exit 251, McNeil Road)

• Teravista Community Center – 4211 Teravista Club Drive

• Cedar Ridge High School – 2801 Gattis School Road

• Dell Diamond United Heritage Center – 3400 E. Palm Valley Blvd.

• Faith Baptist Church – 3625 Gattis School Road

• San Gabriel Rehab & Care – 4100 College Park Drive

Don't forget the photo ID

While the vote centers are new to Williamson County (they're also used in Travis County), the new voter identification rule applies to all Texans beginning with this election cycle. Registered voters must bring a photo ID with them to the polls.

The following forms of picture ID will be accepted.

• A Texas driver's license, issued by the Department of Public Safety

• A Texas Election Identification Certificate, issued by DPS

• A Texas personal identification card, issued by DPS

• A Texas concealed handgun license, issued by DPS

• U.S. military identification that includes a photograph

• A U.S. citizenship certificate, containing the voter's photograph

• A U.S. passport


**Polling places open from 7 a.m. to 7 p.m. Tuesday**
KCBD - Nov 04, 2013

Looking for your polling place? Just text your zip code to 75044.

And here are the new ID requirements provided by the Texas Secretary of State:

The Texas Constitutional Amendment election will be Tuesday, Nov. 5.

A voter will be required to show one of the following forms of photo identification at the polling location before the voter will be permitted to cast a vote:

Texas driver license issued by the Texas Department of Public Safety (DPS)
Texas Election Identification Certificate issued by DPS

TEX0509494

Texas personal identification card issued by DPS
Texas concealed handgun license issued by DPS
United States military identification card containing the person's photograph
United States citizenship certificate containing the person's photograph
United States passport
With the exception of the U.S. citizenship certificate, the identification must be current or have expired no more than 60 days before being presented at the polling place.

Election identification certificates are now available only for voters who do not already have a required form of photo identification. There is no fee for the certificate. Information on how to obtain an election identification certificate can be found at www.dps.texas.gov. You may also contact DPS by telephone at (512) 424-2600.

The Nov. 5 statewide ballot consists of nine proposed amendments to the Texas Constitution. Voters may also see a number of local initiatives and races on the ballot. Voters in State House District 50 will vote in a special election for state representative.

For complete information about where and when to vote, and for information on photo ID requirements, please visit www.votetexas.gov.

**Election Day locations in Gonzales Co. listed – 10/30/13**
Gonzales Cannon

Early voting ends Friday in Gonzales and surrounding counties in the statewide constitutional amendment and local school bond elections.

Nine constitutional amendments are being considered statewide by voters. Voters in the Gonzales ISD are considering two schoolhouse bond propositions totaling nearly $25 million, while voters in Yoakum ISD are considering a $50 million bond issue as well.

Tuesday, Nov. 5 will be Election Day for voting in person at precincts around Gonzales County. Those precincts include:

• Precincts 1, 14 and 15: Gonzales County Courthouse, 414 St. Joseph, Gonzales;

• Precincts 2 and 11: Gonzales American Legion Hall, 1612 Robertson St., Gonzales;

• Precincts 3, 5, 7 and 8: Gonzales City Hall, 820 St. Joseph St., Gonzales;

• Precincts 4, 6, 10 and 13: Nixon Annex, 603 E. Central, Nixon;

• Precinct 9: Waelder Community Center, 311 Hwy. 90, Waelder;

• Precinct 12: JB Wells Jr Multi Purpose Facility – Show Barn, 2301 CR 197, Gonzales.

This is the first election in which Texas voters will be required to show one of the mandated forms of photo identification. Displaying a voter registration card won't be sufficient; prospective voters will be turned away if they don't have an ID with a photo.

Acceptable forms of identification include:

• Texas driver's license issued by the Department of Public Safety;

TEX0509495

• Texas election identification certificate issued by DPS;

• Texas personal identification card issued by DPS;

• Texas concealed handgun license issued by DPS;

• U.S. military identification card containing the person's photograph;

• U.S. citizenship certificate containing the person's photograph;

• U.S. passport.

With the exception of the U.S. citizenship certificate, the identification must be current or have expired no more than 60 days before presentation at the polling place.

The photo ID requirement is for voters casting a ballot in person, not by mail. Voters age 65 and older may vote by mail, and the photo ID requirement does not apply to them.


**Montgomery County reminds voters that photo ID is required – 10/30/13**
Woodlands Online

MONTGOMERY COUNTY, Texas – Montgomery County Elections Administrator Suzie Harvey reminds voters that photo identification is now required for voting in person. "The Montgomery County Elections Office is working to make sure that our voters understand the new ID requirements and have all the information they need to cast their ballot," said Harvey.

A voter will be required to show one of the following forms of photo identification at the polling place before being permitted to cast a vote:

Texas Driver's License issued by the Texas Department of Public Safety (DPS)
Texas Election Identification Certificate issued by DPS
Texas Personal Identification Card issued by DPS
Texas Concealed Handgun License issued by DPS
United States military identification card containing the person's photograph, including Uniformed Services Card, DOD Common Access Card, DOD Civilian Retiree Card, and Veterans Identification Card
United States Certificate of Citizenship or Certificate of Naturalization containing the person's photograph
United States Passport or United States Passport Card
With the exception of the U.S. Certificate of Citizenship and U.S. Certificate of Naturalization, the identification must be current or have expired no more than 60 days before being presented at the polling place.

Voters may use an ID that does not exactly match the full name on their voter registration if the name is substantially similar, but they will be required to sign an affidavit stating that they are the same person each time they vote.  To avoid delays at the polls, voters are encouraged to update their voter registration to reflect the name on their ID.

Montgomery County voters can go to www.MontgomeryVotes.org now and click the Photo ID FAQs button to look up their full voter registration record, which is not necessarily the same as is printed on their voter registration certificate. If the name on their voter registration does not exactly match their ID, they can follow the instructions on the Update Form located on the Photo ID FAQs page and update the name on their voter registration online or by mail, fax, or email. Voters may also call (936) 539-7843 for assistance or more information.

"By preparing now, voters can help to make voting go smoothly for this election and those to come," said Harvey.

TEX0509496

For more information about photo ID requirements including exemptions, visit www.votetexas.gov.

Voters who do not have a valid approved form of photo identification can get information about obtaining a free Election Identification Certificate at www.dps.texas.gov.

**Acceptable voter ID on Election Day – 10/30/13**
KXAN

Texas will enforce its new voter identification for the Nov. 5 elections. Here is the list of what forms of identification is acceptable:

• Texas driver license issued by the Texas Department of Public Safety (DPS)
• Texas Election Identification Certificate issued by DPS
• Texas personal identification card issued by DPS
• Texas concealed handgun license issued by DPS
• United States military identification card containing the person's photograph
• United States citizenship certificate containing the person's photograph
• United States passport

**Early voting 'going smoothly' in Walker County – 10/27/13**
The Huntsville Item

HUNTSVILLE — The pleasant weather this past week did its job to spur people to get out and vote during the first week of the early voting period.

The Walker County Elections Department reported Friday that 772 residents cast ballots at the Annex for the ongoing election, which includes Huntsville and New Waverly city council and school board races. Citizens are also voting on seven proposed amendments to the Huntsville City Charter and nine to the Texas Constitution as well as the people in Precinct 2 who will decide if the legal sale of all alcoholic beverages, including mix drinks, will be allowed in that portion of the county.

One of the major changes this election season has been the new law that registered voters must present valid photo identification to cast a ballot. County Elections Officer Diana McRae said Friday that there were not any real problems concerning this new law during the first week of early voting.

"Everything has gone very smooth so far as it relates to the new photo ID law," McRae said. "Less than a handful (of early voters) did not have one of the acceptable forms of identification required but chose to leave and come back at a later time with proper photo ID. The voters appear to be very informed and prepared when they arrive at the Walker County Annex to vote."

There is still one week left for early voting in room 101 at the Annex, which is located at 1301 Sam Houston Ave. McRae encourages residents to cast ballots Monday through Friday from 8 a.m. to 5 p.m. with the exception of Tuesday when the poll will be open from 7 a.m. to 7 p.m.

Sample ballots are available at the Elections Department located at the Annex or online at www.co.walker.tx.us by clicking on the "Current Elections" tab.

Valid forms of photo ID

According to the Texas Secretary of State's website, people will be required to show one of the following forms of photo identification at voting polls to cast a ballot:

• Texas driver license issued by the Texas Department of Public Safety (DPS).

• Texas Election Identification Certificate issued by DPS.

• Texas personal identification card issued by DPS.

• Texas concealed handgun license issued by DPS.

• United States military identification card containing the person's photograph.

• United States citizenship certificate containing the person's photograph.

• United States passport.

With the exception of the U.S. citizenship certificate, the identification must be current or have expired no more than 60 days before being presented at the polling place.

**Mobile EIC stations in town this week – 10/27/13**
News-Herald Del Rio News-Herald

The Office of the Texas Secretary of State and the Texas Department of Public Safety have joined in partnership to offer Election Identification Certificates (EICs) at mobile stations across the state.

Election Identification cards are available to qualified voters who do not otherwise have an approved form of photo ID for voting. EIC applicants will need to bring evidence of citizenship and identity.

**Election ID mobile sites visit Marshall, offer help – 10/27/13**
The Marshall News Messenger

Voters who are in need of photo identification to comply with the new Voter ID law can take advantage of the Election Identification Certificate Mobile Station Program, which will have mobile sites stationed in Marshall Monday and Tuesday.

According to DPS officials, Election Identifications Certificates (EICs) are being offered at mobile sites across the state through a partnership between the Texas Secretary of State and the Texas Department of Public Safety.

"We're going to be here in Marshall at ETBU, Panola College, Marshall Public Library and Wiley College," said Sgt. Lonny Haschel, public information officer for DPS.

TEX0509498

A mobile site will also be at Mt. Zion Spiritual Church's Family Activity Center, 2200 A Pemberton St.

"The Election Identification Certificate is for those that are going to vote but don't have documentation to do that," said Haschel.

"We're finding that most people do though, a driver's license or something along those lines that will work," he said.

However, those who don't have any of the seven forms of acceptable photo ID for voting will need to bring certain documentation to one of the mobile sites in order to obtain an EIC, he said.

"The mobile stations are not for driver's license transactions; it's specifically for ID transactions," Haschel stressed.

"Make sure (to) bring the proper documentation. It's only for voting," he reiterated, referring to the purpose of the mobile stations.

Under the new law, voters will be required to present a photo ID in order to vote in person in all elections.

The seven forms of acceptable photo ID include: a Texas driver license issued by the Texas Department of Public Safety (DPS); a Texas Election Identification Certificate (EIC) issued by DPS; a Texas personal identification card issued by DPS; a Texas concealed handgun license issued by DPS; a United States military identification card containing the person's photograph; a U.S citizenship certificate containing the person's photograph; and a U.S. passport.

To qualify for an EIC at any of the EIC mobile sites, applicants will need to bring evidence of citizenship and identity. This includes documentation to verify U.S. Citizenship, documentation to verify identity and a valid voter registration card. Applicants must also be a Texas resident and be 17 years and 10 months or older.

Acceptable forms of required documentation to apply for an EIC include: a U.S. passport book or card; a birth certificate issued by a U.S. state, U.S. territory or District of Columbia; a Certificate of Report of Birth for U.S. citizens born abroad or Consular Report of Birth issued by the U.S. Department of State; a U.S. Certificate of Citizenship or Certificate of Naturalization; or a U.S. Department of Justice Immigration and Naturalization Service U.S. Citizen ID Card.

Local mobile sites and hours of operation are:

Wiley College, 711 Wiley Ave., Monday and Tuesday from 9 a.m. to 4 p.m;

East Texas Baptist University, 1 One Tiger Drive, Monday and Tuesday from 9 a.m. to 4 p.m.;

Panola College (inside Marshall Mall), Monday and Tuesday from 9 a.m. to 4 p.m.;

Marshall Public Library, 300 S. Alamo Blvd., Monday from 9 a.m. to 4 p.m.;

Mt. Zion Spiritual Church's Family Activity Center, 2200 A Pemberton St, Tuesday from 9 a.m. to 4 p.m.

**Election identification certificates available for voters – 10/24/13**
Your Houston News

Effective immediately, San Jacinto County will partner with the Texas Secretary of State and the Texas Department of Public Safety (DPS) in the Mobile Election Identification Certificate (EIC) program. On Oct. 23, 2013, The San Jacinto

TEX0509499

County Commissioners Court approved an Interlocal Cooperation Contract which will enable the Elections Administration to execute applications to be processed by DPS. The Election Identification Certificates will be available to persons who have no other approved form of photo identification.

To apply for an EIC in San Jacinto County, visit the Election Administration office at 51 East Pine Ave. in Coldspring, Texas. Bring documentation to verify your U.S. Citizenship and documentation to verify your identity. A list of acceptable documentation is available at: http://www.txdps.state.tx.us/DriverLicense/electionID.htm

**Early voting to begin for Nov. 5 elections – 10/24/13**
KTRK

HOUSTON (KTRK) -- Early voting for next month's big election got underway earlier this week and today we got an update from Texas Secretary of State John Steen.

Harris County Clerk Stan Stanart says this early voting election cycle is record breaking with more than 5,000 voters each day so far. That's double the numbers from 2011.

Stanart attributes that to some hot races but also to the new voter ID law. He says because of all the attention it has garnered, people are actually aware there is an election going on, which tends to get overlooked in non-presidential election years.

Steen is touring the state, making sure voters know they need a valid photo ID when they come to the polls.
"I don't know what my expectations were. I'm glad it is going smoothly and we are working as hard as we can to make it go as smooth as possible," Steen said.

Here are the forms of ID that will be accepted when you vote:
•Driver's License
•Election ID Certificate
•Personal ID Card
•Concealed Handgun License
•U.S. Military ID with photo
•U.S. Citizenship Certificate with photo
•U.S. Passport

If you don't have an ID, the state is offering free election ID certificates so you can still cast your ballot, and the Texas Department of Public Safety has set up two additional locations in Harris County to issue those IDs.
Early voting runs through Friday, November 1. Find your voting location.

**Select Driver License Offices Open Saturdays to Issue Election Identification Certificates – 10/23/13**
KZTV-10

AUSTIN – The Texas Department of Public Safety (DPS) is offering Saturday hours at nearly 50 driver license offices across the state as part of an ongoing effort to provide Election Identification Certificates (EICs) to Texans in need of proper identification required to vote in elections in Texas.

TEX0509500

Select offices will be open on Saturdays from 10 a.m. – 2 p.m. beginning September 14 through November 2, to allow residents to apply for EICs only. No other transactions will be conducted during Saturday business hours. In addition to the Saturday hours, applicants may apply for an EIC at all Texas driver license offices during regular business hours Monday – Friday.

For a list of offices that will be open on Saturdays to issue EICs, visit
http://www.dps.texas.gov/DriverLicense/documents/openCtyOfcs.pdf.

Most residents already have an acceptable form of photo identification needed for voting and will not need or qualify for an EIC. If an applicant already has any of the following documents, they are not eligible to receive an EIC:

■Texas driver license – unexpired or expired no longer than 60 days at the time of voting
■Texas personal identification card – unexpired or expired no longer than 60 days at the time of voting
■Texas concealed handgun license – unexpired or expired no longer than 60 days at the time of voting
■U.S. passport book or card – unexpired or expired no longer than 60 days at the time of voting
■U.S. Military identification with photo – unexpired or expired no longer than 60 days at the time of voting
■U.S. Citizenship Certificate or Certificate of Naturalization with photo
To apply for an EIC, applicants must visit a driver license office and complete an Application for Texas Election Certificate (DL-14C).
To qualify for an EIC, an applicant must:
■Bring documentation to the office to verify U.S. citizenship
■Bring documentation to the office to verify Identity
■Be eligible to vote in Texas (Bring a valid voter registration card or submit a voter registration application through the Texas Department of Public Safety at the office)
■Be a Texas resident
■Be 17 years and 10 months or older

To avoid delays or complications, DPS urges potential applicants to make sure they have the necessary documentation before arriving at the office.

The EIC receipt an individual receives will include their photo and can be used for voting until the permanent card is delivered by mail.

The EIC is free of charge to qualifying applicants and is valid for six years. There is no expiration date for an EIC for citizens 70 years of age or older. The EIC can only be used for the purpose of voting in an election and may not be used as personal identification.

Texans with a documented disability may apply at their county voter registrar for a permanent exemption from the photo ID requirement. If approved, they will not need a photo ID to vote. Also, if individuals are voting by mail, they do not have to submit a photo ID.

For more information on the requirements, exemptions and process for obtaining an EIC, please visit:
http://www.dps.texas.gov/DriverLicense/electionID.htm.

For more information on voting in Texas, visit the Secretary of State's website:
www.votetexas.gov.

**Mobile election ID station to issue voter IDs in Hale County until today - 10/23/13**
Lubbock Avalanche – Journal

A mobile election ID station will be in Plainview until today, Oct. 23, to issue election identification certificates for the Nov. 5 general election.

The mobile station will be at the Hale County Courthouse Annex on 512 Broadway St. in Plainview from 9 a.m. to 4 p.m., according to news release from the secretary of state's office.

Election identification certificates, issued through the Texas Department of Public Safety, is one of seven approved forms of identification required to vote in the general election.

A 2011 Texas law requiring photo IDs to vote came into effect in June.

Secretary of State John Steen said most voters already have approved photo IDs and will not need the certificate. Those who are eligible must provide evidence of citizenship and identity. About 70 certificates have been issued state wide. The mobile station will travel to about 28 counties in areas without a nearby DPS office, according to Steen.
"They go where the need might be greater," he said.

TEX0509502

**DPS to issue photo election certificates for voting – 10/22/13**
Victoria Advocate

The Texas Department of Public Safety, in coordination with the Victoria County Elections Office, will offer registered voters without photo identification the new Texas Election Identification Certificate at four sites in Victoria.

Texas now requires voters during early voting in person or on Election Day to present approved photo identification, according to a news release from the Victoria County Elections Office.

The certificate is on the list of approved photo ids.

The four sites will be open from 9 a.m. to 4 p.m. Friday and Monday at
Victoria County Courthouse, first floor hallway, 115 N. Bridge St.
Victoria Mall common area, center court, 7800 N. Navarro St.
Victoria ISD Fine Arts Center Annex, first classroom, 1002 Sam Houston Drive
Dr. Pattie Dodson Public Health Center, Classroom B, 2805 N. Navarro St.

To qualify for the free election identification certificate, an applicant must bring proof they are a U.S. citizen, a Texas resident, a registered voter and at least 17 years, 10 months old.
The certificate is free.

To avoid delays or complications, DPS urges potential applicants to make sure they have the necessary documentation before arriving at the office or mobile station.

Most Texans already have an acceptable form of photo identification needed for voting and will not need or qualify for an election identification certificate. If an applicant already has any of the following documents, they are not eligible to receive an election identification certificate:

Texas driver license - unexpired or expired no longer than 60 days at the time of voting
Texas personal identification card - unexpired or expired no longer than 60 days at the time of voting
Texas concealed handgun license - unexpired or expired no longer than 60 days at the time of voting
U.S. passport book or card - unexpired or expired no longer than 60 days at the time of voting
U.S. Military identification with photo - unexpired or expired no longer than 60 days at the time of voting
U.S. Citizenship Certificate with photo

The election identification certificate receipt a person receives will include their photo and can be used for voting until the permanent card is delivered by mail. The certificate is valid for six years. There is no expiration date for a certificate for people 70 years of age or older.

The certificate can only be used for the purpose of voting in an election and may not be used as personal identification. For more information on voting in Texas, visit the Secretary of State's website:votetexas.gov.

TEX0509503

**Early Voting Information – 10/22/13**
Cleburne Times-Review

Polls are open for early voting for the Nov. 5 election. Voters can cast ballots from 8 a.m. to 5 p.m. Monday through Friday until Oct. 30 and 7 a.m. to 7 p.m. Oct. 31 and Nov. 1.

Johnson County voters can cast ballots during those hours at any early voting location in the county.
The locations are the Elections Administrator's Office, 103 S. Walnut St. in Cleburne; Room No. 104 in the Johnson County Sub-Courthouse, 247 Elk Drive in Burleson; Precinct 3 Maintenance Facility at 10420 E. FM Road 917 in Alvarado; and Precinct 4 Maintenance Facility at 4300 E. FM 4 in Cleburne.

Voters on Election Day, Nov. 5, will need to go to the polling place for their specific voting precinct. Voting precinct maps, a sample ballot and information on the nine proposed constitutional amendments are available at the Johnson County Elections Office website at www.JohnsonCountyElections.com.

Voters also are reminded that a new state law is now in effect requiring voters to show photo ID when they cast ballots. The only acceptable photo IDs are a valid Texas driver's license, a personal identification card issued by the state, a Texas concealed handgun license, an Election Identification Certificate, a U.S. passport, a military identification card or a citizenship certificate or naturalization certificate with a photograph. Student IDs are not accepted.
Individuals without another accepted form of photo ID can get a free Election Identification Certificate through any Texas Department of Public Safety office. Visit the Texas Secretary of State's website for more information.

**Got votes? Bring ID – 10/22/13**
Mesquite News

Rep. Cindy Burkett (R- Sunnyvale) reminds voters photo identification will now be required for voting in person.
"The vast majority of voters will already have an appropriate ID," Burkett said. "Your driver's license is sufficient. For those who don't have a driver's license or similar ID and who plan to vote in person, a Texas- or U.S.-issued ID card must be obtained prior to the election."

A voter will be required to show one of the following forms of photo identification at the polling location before the voter will be permitted to cast a ballot:

• Texas driver's license issued by the Texas Department of Public Safety (DPS)
• Texas Election Identification Certificate (EID) issued by DPS
• Texas personal identification card issued by DPS
• Texas concealed handgun license issued by DPS
• United States military identification card containing the person's photograph
• United States citizenship certificate containing the person's photograph
• United States passport
With the exception of the U.S. citizenship certificate, the identification must be current or have expired no more than 60 days before being presented at the polling place.

Election identification certificates are available from DPS only for eligible voters who do not have any of the other approved forms of ID. There is no fee for an EID. Information is available at
http://www.txdps.state.tx.us/DriverLicense/electionID.htm.

TEX0509504

In addition, election officials encourage voters to update their voter registrations to reflect the names on their IDs. Voters may use IDs that do not exactly match the name on the voter registrations if the names are substantially similar but will have to sign an affidavit stating they are the same person. Voters may look up their registration at VoteTexas.gov and, if their name is not an exact match, they can update their voter registration online through VoteTexas.gov. They may also call 1-800-252-VOTE for information.

"The state of Texas is determined to make it easy for citizens to obtain a legal ID," Burkett said.
The photo ID requirement is only for voters casting a ballot in person. Registered voters age 65 and older and those with a disability may vote by mail in any election. In the latter case, people may apply at their county voter registrar for a permanent exemption from the photo ID requirement. If approved, they will not need a photo ID to vote.

For information about photo ID requirements including exemptions, visit www.votetexas.gov.

**DPS Helping Voters Get Proper ID Cards - 10/21/13**
Texoma's Homepage

If you are wanting to cast your vote but don't have a proper form of ID, the Texas Department of Public Safety wants to help.
If you are wanting to cast your vote but don't have a proper form of ID, the Texas Department of Public Safety wants to help.
DPS is offering the ID's for free in hopes it will give more people a chance to vote, since the ID requirement is new this year.

A DPS official will be at the Clay County Courthouse Annex all week to make election ID's from 9 a.m. to 4 p.m.
To sign up for one of those you must bring three things: documentation that verifies you are a U.S. citizen, something that verifies your identity and your voter registration card.

To prove you are a U.S. citizen you need to bring a passport, birth certificate or certification of citizenship.
There are many ways to verify your identity including bringing documents like you social security card, military records or your vehicle title.

If you are eligible, officials will then take your picture and print you a receipt.
Your card is valid for six years.

Your election ID card will be mailed to you in the next few weeks, but, if you do not have it by November 5th you can still vote using the receipt.

Here is a list of everything you can use to apply for an election ID card, and you can find other places DPS will be set up here.

**Early Voting Begins, ID Needed to Cast a Vote – 10/21/13**
NBCDFW

Early voting for the Nov. 5 election starts Monday across North Texas. This will be the first statewide election in which the new Texas Voter ID Law will be enforced.

All voters must show identification in order to cast a vote.

Besides a driver's license the following forms of identification will be accepted:

- Texas ID card
- U.S. passport
- Texas concealed handgun license
- U.S. military identification with a photo
- U.S. citizenship certificate or certificate of naturalization with a photo

If voters don't have any of the above, the state will furnish a special ID card through the Texas Department of Public Safety. Voters can go to several courthouses or driver's license offices to get a valid photo ID. On Saturdays through Nov. 2, certain DPS offices will be open from 10 a.m. to 2 p.m. only to provide voter ID cards.

Voters will cast ballots involving nine proposed amendments to the Texas Constitution. One proposal would use $2 billion from the state's Rainy Day fund to finance major water infrastructure projects.

Early voting for the Nov. 5 election runs through Nov. 1.

Tarrant County Voting

There are more than 40 places to vote in Tarrant County, including 14 polling locations in Fort Worth.

A handful of election workers at the Tarrant County Elections Center arrived before dawn to get set up.

The handful of voters who showed up to vote before work used their driver's license as their form of ID.

"Generally, a lot of times I forget my voter registration card, and I end up my showing my driver's license anyway. So it's not a problem," said Kim Matthys.

"Honestly, I'll usually forget my voter registration card, so I usually just show my ID anyway when I come over here, so it doesn't matter to me," said Larry Anfin, who works down the street.

Matthys said she thinks the new statewide law will be an issue for seniors who don't drive or have use for photo ID.

"For some of the older generation that doesn't drive, I think initially it will be a transition, but once they go by DPS and get a voter ID card they'll get used to it," she said.

TEX0509506

**Early elections begin today – 10/20/13**

Lubbock Avalanche-Journal

Early voting starts today, Oct. 21, for the Nov. 5 state constitutional election.

The ballot includes nine state constitutional amendments and a recall question for city of Lubbock residents who live in City Council District 1, where incumbent Victor Hernandez's position is being challenged.

Early voting polling locations are not restricted to precincts, according to Dorothy Kennedy, Lubbock County elections administrator.

"There's no wrong place to vote," she said.

Registered voters must show one of the following approved photo ID cards at polling locations to cast their votes, according to election officials.

Approved forms of identification include:

■ A Texas driver's license.

■ A Texas personal identification card.

■ A U.S. passport.

■ A Texas concealed handgun license.

■ A U.S. military identification card with a photo.

■ A U.S. citizenship certificate or certificate of naturalization with a photo.

Voters who don't have any of the documents are eligible for a Texas Election Identification Certificate, according to Tom Vinger, Texas Department of Public Safety press secretary.

Lubbock City Secretary Becky Garza validated in June a petition with about 580 signatures asking for a recall election against city councilman Victor Hernandez.

Former Lubbock County Commissioner Ysidro Gutierrez submitted the petition in May to remove Hernandez from office because he said he is disappointed by Hernandez's handling of complaints involving fired City Manager Lee Ann Dumbauld, specifically the councilman's decision not to recuse himself from voting on the issue in July.

Hernandez has expressed confidence his supporters will keep him in office and said he plans to run for re-election in 2014 regardless of what happens in the recall.

Kennedy said 152,117 Lubbock County residents are registered to vote in the election.

The early voting period runs until Nov. 1.

gabriel.monte@lubbockonline.com

TEX0509507

- 766-8707

Follow Gabe on Twitter

@AJ_GabeMonte

Early voting polling times and locations are as follows:

Voting runs from 8 a.m. to 8 p.m. Mondays through Saturdays unless otherwise specified.

On Sundays election times are from 1 p.m. to 6 p.m.

Main Polling Places:

Lubbock County Elections Office Public Room, 1308 Crickets Ave.

United Supermarkets

2630 Parkway Dr.

4425 19th St. Market Street

112 North University Ave.

2703 82nd St. (82nd & Boston Ave)

401 Slide Road (4th & Slide)

8010 Frankford Ave. (82nd & Frankford Ave)

1701 50th St. (50th & Ave Q)

4205 98th St. (98th & Quaker Ave) Market Street

Texas Tech University Student Recreation Center Texas Tech Campus, Hartford Ave & Main St.

Slaton ISD Administration Office, 140 E. Panhandle, Slaton

City of Lubbock, First Floor, 1625 13th St. 8 a.m. to 5 p.m. except for Tuesdays 8 a.m. to 8 p.m. Closed Saturday and Sunday.

Temporary locations

Monday Oct. 21

8 a.m. to 5 p.m. City of Wolfforth City Hall, 302 Main St, Wolfforth

10 a.m. to 2 p.m. Lubbock Manor, 2101 Avenue Q.

Tuesday, Oct. 22

8 p.m. to 5 p.m. Idalou Clubhouse, 202 W. 7thSt, Idalou

TEX0509508

8 a.m. to 5 p.m. Town of Ransom Canyon, 24 Lee Kitchens Dr.

Wednesday, Oct. 23

10 a.m. to 2 p.m. Emeritus at Elmbrook Estates, 5301 66th St.

8 a.m. to 4 p.m. New Deal ISD Administration Office, 401 S Auburn St, New Deal

Thursday, Oct. 24

8 a.m. to Noon Life/Run Center for Independent Living, 8240 Boston Ave.

Friday Oct. 25

8 a.m. to 5 p.m. Shallowater City Hall 801 Avenue G, Shallowater

Saturday, Oct. 26

10 a.m. to 4 p.m. Carillon Senior Living Campus, 1717 Norfolk Ave.

Monday, Oct. 28

8 a.m. to 8 p.m. University Medical Center, 602 Indiana Ave.

Tuesday, Oct. 29

8 a.m. to 8 p.m. Covenant Medical Center — Lobby, 3615 19th St.

Wednesday, Oct. 30

9 a.m. to 1 p.m. Ventura Place 3026 54th St.

10 a.m. to Noon Lubbock Community Services for the Deaf (LCSD), 2414 34th St.

Thursday, Oct. 31

8 a.m. to 8 p.m. Covenant Medical Center — Lakeside, 4000 24th St.

Friday, Nov. 1

8 a.m. to 5 p.m. Abernathy City Hall 811 Avenue D, Abernathy

TEX0509509

**Early voting starts today – 10/21/13**
Houston Chronicle

Early voting begins Monday for the Nov. 5 general election.

Voters can cast ballots at one of 40 early voting locations between Monday and Nov. 1. Hours of operation vary by day.

The countywide ballot will feature nine state constitutional amendments and two county bond initiatives: a $217 million package to gut the Astrodome and turn it into an event and exhibition center, and $70 million to fund a portion of a city-county joint processing center for use by the Harris County Sheriff's Office and Houston Police Department.

Houston voters will elect a mayor, 16 council members and a controller. Residents in municipalities including Baytown, Bellaire, Friendswood, Pasadena, West University Place and The Woodlands Township will elect city council members and vote on various propositions to amend charters or issue bonds to buy land or build parks.

Residents of the Houston Independent School District and Houston Community College jurisdiction will elect trustees, as will residents of a half dozen other school districts. Residents of Katy ISD also will vote on a $99 million bond package that includes a proposal for a $69.5 million stadium.

Residents of a dozen municipal utility and management districts will vote on various bond issuances.

The highest profile constitutional amendment is Proposition 6, which would allow Texas officials to tap the state's savings account to finance reservoirs, pipelines and other water infrastructure projects.

Two other amendments – propositions 1 and 4 – would lower property taxes for surviving spouses of military veterans and disabled veterans.

The other six propositions, if approved, would allow for the elimination of obsolete portions of the state constitution; the extension the number of days aircraft parts are exempt from ad valorem taxes; the making of a reverse mortgage loan for the purchase of homestead property; the filling of vacancies on city councils when the unexpired term is less than a year; the repeal of a section of the constitution that relates to the creation of a hospital district in Hidalgo County; and the expansion of the types of sanctions that may be brought against a judge or justice following a State Commission on Judicial Conduct hearing.

Photo ID needed

The election is the first since a new state voter identification law took effect that requires voters to show photo identification before their ballot is accepted.

The seven forms of acceptable photo ID are: a Texas drivers license, a Texas Election Identification Certificate issued by the Texas Department of Public Safety, a state-issued personal identification card, a concealed handgun license, a U.S. military photo identification, a U.S. citizenship certificate with photo or a U.S. passport.

The identification, except for the U.S. citizenship certificate, must be current or have expired no more than 60 days before being presented at the polls. If a voter does not have proper identification, he will be permitted to cast a ballot, but will have to present proper identification to the county voter registrar within six days or the ballot will be rejected.

'Making it very easy'

TEX0509510

Harris County Clerk Stan Stanart, who administers county and state elections, said he and his employees have been "working very hard to get that word out" about the new requirement by putting up posters and billboards and visiting colleges, schools and community organizations.

Stanart said they also sent out letters last week to voters who are listed on the rolls, but whose names do not have a match any in the Department of Public Safety database. The letter mentions a new voter identification card DPS created to quell fears that the new law may prevent some voters from casting ballots.

"We're making it very easy for the voter," Stanart said. "I think it's going to go very smoothly."

**Early elections begin today – 10/20/13**
Lubbock Avalanche-Journal

Early voting starts today, Oct. 21, for the Nov. 5 state constitutional election.

The ballot includes nine state constitutional amendments and a recall question for city of Lubbock residents who live in City Council District 1, where incumbent Victor Hernandez's position is being challenged.

Early voting polling locations are not restricted to precincts, according to Dorothy Kennedy, Lubbock County elections administrator.

"There's no wrong place to vote," she said.

Registered voters must show one of the following approved photo ID cards at polling locations to cast their votes, according to election officials.

Approved forms of identification include:

■ A Texas driver's license.

■ A Texas personal identification card.

■ A U.S. passport.

■ A Texas concealed handgun license.

■ A U.S. military identification card with a photo.

■ A U.S. citizenship certificate or certificate of naturalization with a photo.

Voters who don't have any of the documents are eligible for a Texas Election Identification Certificate, according to Tom Vinger, Texas Department of Public Safety press secretary.

Lubbock City Secretary Becky Garza validated in June a petition with about 580 signatures asking for a recall election against city councilman Victor Hernandez.

Former Lubbock County Commissioner Ysidro Gutierrez submitted the petition in May to remove Hernandez from office because he said he is disappointed by Hernandez's handling of complaints involving fired City Manager Lee Ann Dumbauld, specifically the councilman's decision not to recuse himself from voting on the issue in July.

TEX0509511

Hernandez has expressed confidence his supporters will keep him in office and said he plans to run for re-election in 2014 regardless of what happens in the recall.

Kennedy said 152,117 Lubbock County residents are registered to vote in the election.

The early voting period runs until Nov. 1.

**Early voting underway for Nov. 5 elections – 10/21/13**
KTRK

HOUSTON (KTRK) -- Early voting began Monday for the November 5 elections. This is the first election during which you are required to show a photo ID at the polls.

Perhaps the most important thing to remember if you're planning on voting early or even voting on Election Day is to bring some form of identification. It's part of the new Voter ID law that took effect Monday.

Many people are calling it controversial. Others say that, like it or not, it will turn some voters off.

"It hinders some people from being part of the process, and that's what's hurting. That part is unfair," early voter Shelton Bady said. "So whoever pushed to make sure this law is in place should be informing all people to be a part of it."

Here are the forms of ID that will be accepted when you vote:

• Driver's License
• Election ID Certificate
• Personal ID Card
• Concealed Handgun License
• U.S. Military ID with photo
• U.S. Citizenship Certificate with photo
• U.S. Passport

If you don't have an ID, the state is offering free election ID certificates so you can still cast your ballot, and the Texas Department of Public Safety has set up two additional locations in Harris County to issue those IDs.

If you live inside the City of Houston, there are some important races on your ballot, including the race for mayor and several city council positions. The cities of Baytown, Bellaire, Friendswood, Pasadena and West University place are also holding city-wide elections.

There are also several school districts and municipal utility districts, due to elect leaders. There are nine statewide issues on the ballot, including the creation of a state water fund, Proposition 6.

In Harris County, voters can decide if you want to pass $217 million worth of bonds to renovate the Astrodome. We caught up with one voter who is most interested in the mayor's race.

"I believe we're going in a good direction, but I want to keep our city going forward and continue to build our economic base," said Bady.

Early voting runs through Friday, November 1. Find your voting location.

TEX0509512

Click Here for a Sample Ballot

**Early voting starts Monday for Nov. 5 elections – 10/21/13**
San Antonio Express-News

SAN ANTONIO — Twelve straight days of early voting start Monday as Texans head to the polls — with required photo identification in hand — to consider a batch of constitutional amendments and several municipal issues.

Thirty-two sites will be open in Bexar County for early voting, which ends Nov. 1. The deadline to register to vote in this election was Oct. 7.

Across the state, voters will review nine amendments including a widely debated proposition on water project funding.

Voters in several Bexar County jurisdictions will mull bond issues, tax increases, council races and other contests.

Voters in San Antonio River Authority's District 1 will choose a representative from among three candidates. In the Cibolo Creek Municipal Authority, the electorate will select representatives in Places 3, 4 and 5, with two of the races uncontested.

In Castle Hills, voters will consider a $13 million bond issue for street and drainage improvements.

Converse has four council seats on the ballot, with races for mayor and Places 1, 3, and 5.

Across town in Leon Valley, two special elections are slated. Voters are being asked to reauthorize a 1/4-cent sales tax for street repair and maintenance. Residents there also will decide whether to create a crime control and prevention district using proceeds from a 1/8-cent sales tax.

Olmos Park is filling an unexpired council term ending in May, with three candidates on the ballot.

Schertz has three contested council races, in Places 3, 4 and 5.

Windcrest votes on the offices of mayor and council Places 4 and 5, all contested. The Northeast Side community also will consider reauthorizing a 1/4-cent sales tax for street maintenance and repair.

At all polling sites, election workers will be enforcing a new state mandate requiring voters to show a photo ID. Seven forms of ID will be accepted, including driver licenses, passports, military IDs and the newly minted Election Identification Certificates issued by the Texas Department of Public Safety. The certificates are issued only to those without other accepted forms of ID.

Election officials, who have been training several months to implement the new rules, expect some questions about a new requirement that the name on a voter registration certificate matches the photo ID offered. Several options to comply with the law will be offered, and no one will be barred from voting, officials said.

Turnout could be light — again. In 2011, less than 6 percent of the voters in Bexar County turned out for that year's constitutional amendments election.

TEX0509513

**Early voting locations in Wichita County – 10/19/13**
Times Record News

Here are the early voting locations in Wichita County:

Wichita County Courthouse

Oct. 21-26: 8 a.m. to 5 p.m.

Oct. 27: 7 am. to 7 p.m.

Oct. 28: Noon to 5 p.m.

Oct. 29-Nov. 1: 7 a.m. to 7 p.m.

Burkburnett Chamber of Commerce

Oct. 21-26: 8 a.m. to 5 p.m.

Oct. 27: 7 am. to 7 p.m.

Oct. 28: Noon to 5 p.m.

Oct. 29-Nov. 1: 7 a.m. to 7 p.m.

Wichita County Tax Office Substation (Iowa Park)

Oct. 21-26: 8 a.m. to 5 p.m.

Oct. 27: 7 am. to 7 p.m.

Oct. 28: Noon to 5 p.m.

Oct. 29-Nov. 1: 7 a.m. to 7 p.m.

Home Depot

Oct. 21-26: 10 a.m. to 7 p.m.

Oct. 27: 9 am. to 9 p.m.

Oct. 28: Noon to 5 p.m.

Oct. 29-Nov. 1: 9 a.m. to 9 p.m.

Sikes Senter Mall

Oct. 21-26: 10 a.m. to 7 p.m.

Oct. 27: 9 am. to 9 p.m.

Oct. 28: Noon to 5 p.m.

Oct. 29-Nov. 1: 9 a.m. to 9 p.m.

Commissioner 4 Precinct Building (Electra)

Oct. 21-26: 8 a.m. to 5 p.m.; Closed from noon to 1 p.m.

Oct. 29-Nov. 1: 8 a.m. to 5 p.m.; Closed from noon to 1 p.m.

Beginning this year, Texas voters are now required to show a valid photo ID when casting a ballot. Acceptable IDs include Texas Department of Public Safety driver's licenses, personal ID cards, concealed handgun licenses and election identification certificates. Also accepted forms of photo IDs include U.S. passports, military ID cards and citizenship or naturalization certificates with a photo.

**Early voting ahead of Nov. 5 election begins Monday – 10/19/13**
Weatherford Democrat

Early voting begins Monday and extends through Friday, Nov. 1, for the Nov. 5 Uniform Election — the first statewide election where a photo ID will be required to vote in person.

During the early voting period, registered Parker County voters can cast their ballots at any county location.

Early voting hours are:

• Tuesday, Oct. 22-Friday, Oct. 25 – 8 a.m. to 5 p.m.

• Saturday, Oct. 26 – 7 a.m. to 7 p.m.

• Sunday, Oct. 27 – 11 a.m. to 4 p.m.

• Monday, Oct. 28-Friday, Nov. 1 – 7 a.m. to 7 p.m.

Mail voting

• Applications for ballots by mail may be obtained by calling 817-598-6185.

• Applications for ballots by mail must be received by early voting clerks no later than the close of business on Oct. 25.

• Applications for ballot by mail shall be mailed to: Robert Parten, Early Voting Clerk, 1112 Santa Fe Drive, Weatherford, TX 76086.

• Voters ages 65 and older and those with a disability may vote by mail for any election.

Early voting sites

The early voting sites are:

TEX0509515

• Aledo Community Center, 104 Robinson Ct., Aledo, meeting room.

• Azle Masonic Lodge, 257 W. Main St., Azle, meeting room.

• Old Brock ISD Admin. Build, 100 Grindstone Road, Brock, meeting room.

• Parker County Courthouse Annex, 1112 Santa Fe Drive, annex kitchen, Weatherford.

• Peaster Fire Department, 221 Judd Street, Peaster, meeting room.

• Springtown City Hall, 102 East 2nd St., Springtown, council meeting room.

• Willow Park Municipal Building, 516 Ranch House Road, Willow Park, council meeting room.

Photo ID

Texas now requires voters to show photo ID at the polls. IDs that can be accepted include: one of four Texas Department of Public Safety-issued photo IDs (driver's license, personal ID card, concealed handgun license or election identification certificate) or one of three United States gov-ernment issued photo IDs (passport, military ID card, U.S. citizenship or naturalization certificate).

The photo ID must be current or expired no more than 60 days. Other photo IDs, including student IDs and employment IDs, cannot be accepted at the polls.

On the ballot

On the ballot are nine amendments to the Texas Constitution, placed in random order by Texas Secretary of State John Steen. Most Parker County residents will vote solely on the amendments, but others will also vote on additions to Emergency Service District No. 3 and ESD No. 7, as well as on bond elections in the Azle and Granbury school districts.

ESD No. 3 annexation

In East Parker County residents within the boundaries of ESD No. 3 as well as residents living in a petitioned area in and around Annetta North will vote on whether to add the petitioned area to the ESD, a taxing entity. The proposed annexation area includes land inside the city limits of Annetta North — on the east and west ends — and land within the ETJs of both Annetta North and Weatherford.

A second related proposition would commit the Annetta North territory to assuming a proportionate share of ESD No. 3's outstanding debts and taxes should the first proposition succeed.

Prop. 1

The constitutional amendment authorizing the Legislature to provide for an exemption from ad valorem taxation of all or part of the market value of the residence homestead of the surviving spouse of a member of the armed services of the United States who is killed in action.

Prop. 2

The constitutional amendment eliminating an obsolete requirement for a State Medical Education Board and a State Medical Education Fund, neither of which is operational.

Prop. 3

The constitutional amendment to authorize a political subdivision of this state to extend the number of days that aircraft parts that are exempt from ad valorem taxation due to their location in this state for a temporary period may be located in this state for purposes of qualifying for the tax exemption.

Prop. 4

The constitutional amendment authorizing the Legislature to provide for an exemption from ad valorem taxation of part of the market value of the residence homestead of a partially disabled veteran or the surviving spouse of a partially disabled veteran if the residence homestead was donated to the disabled veteran by a charitable organization.

Prop. 5

The constitutional amendment to authorize the making of a reverse mortgage loan for the purchase of homestead property and to amend lender disclosures and other requirements in connection with a reverse mortgage loan.

Prop. 6

The constitutional amendment providing for the creation of the State Water Implementation Fund for Texas and the State Water Implementation Revenue Fund for Texas to assist in the financing of priority projects in the state water plan to ensure the availability of adequate water resources.

Prop. 7

The constitutional amendment authorizing a home-rule municipality to provide in its charter the procedure to fill a vacancy on its governing body for which the unexpired term is 12 months or less.

Prop. 8

The constitutional amendment repealing Section 7, Article IX, Texas Constitution, which relates to the creation of a hospital district in Hidalgo County.

Prop. 9

The constitutional amendment relating to expanding the types of sanctions that may be assessed against a judge or justice following a formal proceeding instituted by the State Commission on Judicial Conduct.

Voters' guide

The nonpartisan League of Women Voters — Texas Education Fund Voters Guide for the Constitutional Amendment Election — with an explanation and arguments for and against each proposition plus helpful information on the new photo ID requirement and other aspects of voting — is available online at www.lwvtexas.org and www.VOTE411.org and distributed in print by local Leagues and through many libraries.

A Constitutional Amendment page on www.lwvtexas.org provides more information on the constitutional amendment process and proposals considered by the 2013 Texas Legislature.

For more information about voting, visit www.votetexas.gov.

**Early voting begins Monday for Nov. 5 state constitutional amendment election – 10/19/13**
The Palestine Herald-Press

PALESTINE —

Early voting for this year's state constitutional amendment election opens Monday.

Voters in Anderson County can visit the Anderson County Courthouse Annex, 703 N. Mallard St., in Palestine. Early ballots may be cast from 8 a.m. to 5 p.m. Monday through Friday until Nov. 1.

"Constitutional elections historically have low voter turn-out, so it'd be nice to see more voters get out this year," Anderson County Elections Director Casey Brown said.

She reminds voters to bring an up-to-date form of photo identification when they vote, as per a new state mandate. All Texas voters are now required to present a form of photo ID to vote in person. According to the website, www.votetexas.com, forms of identification that will be accepted include:

• a Texas driver license issued by the Texas Department of Public Safety (DPS);

• a Texas Election Identification Certificate issued by DPS;

• a Texas personal identification card issued by DPS;

• a Texas concealed handgun license issued by DPS;

• a U.S. military identification card containing the person's photograph;

• a U.S. citizenship certificate containing the person's photograph; or

• a U.S. passport.

"With the exception of the U.S. citizenship certificate, the identification must be current or have expired no more than 60 days before being presented for voter qualification at the polling place," the website states.

This year's ballot includes nine amendment to the Texas State Constitution.

The House Research Organization (HRO) is a nonpartisan independent department of the Texas House of Representatives. It provides impartial information on legislation and issues before the Texas Legislature.

The HRO is governed by a broadly representative steering committee of 15 House members elected by the House membership to set policy for the organization, approve its budget, and ensure that its reports are objective.

The Texas House of Representative's House Research Organization (HRO) has published a breakdown of each proposed amendment, which can be found at the HRO's website, www.hro.house.state.tx.us.

• Proposition 1 (HJR 62) would grant a property tax exemption to the widow or widower of a member of the U.S. military who was killed in action. The tax exemption would apply to the couple's residential homestead until the surviving spouse remarried.

TEX0509518

The HRO's report indicates supporters of the proposed amendment said the amendment would "provide real assistance to a surviving spouse...," while opponents cite concerns with the proposition's failure to impose a time limit on the exemption and would cost "local taxing authorities hundreds of thousands of dollars."

• Proposition 2 (HJR 79) The constitutional amendment eliminates an obsolete requirement for a State Medical Education Board and a State Medical Education Fund, neither of which is operational. This amendment would allow state legislators to condense the state's constitution, which is among the longest in the country.

• Proposition 3 (HJR 133) The constitutional amendment would authorize a political subdivision to extend the number of days aircraft parts that are exempt from ad valorem taxation due to their location in this state for a temporary period may be located in this state for purposes of qualifying for the tax exemption.

The HRO's report shows proponents of the proposition feel "the (current) maximum period is of insufficient duration to benefit many airplane part manufacturers." Those in opposition of the amendment, the HRO reports, said it would "allow a political subdivision to extend a free port exemption for a specific group selling goods for a certain purpose. Singling out one group for a tax exemption... raises issues of uniformity in taxation."

• Proposition 4 (HJR 24) The constitutional amendment authorizes the legislature to provide a property tax exemption to partially disabled veterans or the surviving spouses of a partially disabled veteran if the residence homestead was donated to the disabled veteran by a charitable organization.

According to the HRO, supporters state, "The proposal is tailored to apply only to veterans who were disabled during their military service and who received a home from a charitable organization. This tax exemption would cost local governments very little and... would be appropriate considering the sacrifices made by these veterans." Those against the proposed amendment feel like it would also raise issues of taxation uniformity and "could open the door for continued erosion of the local tax base. ... local governments will need to collect more tax revenue from the remaining taxpayers in order to raise the same amount of money."

• Proposition 5 (SJR 18) The constitutional amendment to authorize the making of a reverse mortgage loan for the purchase of homestead property and to amend lender disclosures and other requirements in connection with a reverse mortgage loan.

HRO reports those for the proposition maintain it would help senior citizens "make an informed decision to use a reverse mortgage to purchase a home. ...Texas is the only state in which seniors cannot get reverse mortgages for home purchases." Opponents to the issue argue "the state's sharp restrictions on home equity lending sheltered Texans from much of the fallout from the 2008 financial crisis. Loosening these restrictions... could make Texans more vulnerable to future financial difficulties."

• Proposition 6 (SJR 1) The constitutional amendment providing for the creation of the State Water Implementation Fund for Texas and the State Water Implementation Revenue Fund for Texas to assist in the financing of priority projects in the state water plan to ensure the availability of adequate water resources.

The HRO found supporters of this proposal feel that "providing a funding program for water infrastructure to ensure an adequate water supply would be an appropriate use of the Rainy Day Fund. It was created as a savings account from which the Legislature may appropriate fund in times of an emergency, and the state is on the cusp of a drought worse than the 1950s drought of record." Opponents reportedly feel using the Rainy Day Fund would hurt the state's AAA bond rating. "Texas needs to keep sufficient revenue in the Rainy Day Fund, and this large an appropriation out of the fund could put at risk the state's ability to maintain its AAA bond rating and could imperil what has become a major state asset," the HRO report states.

• Proposition 7 (HJR 87) The constitutional amendment authorizing a home-rule municipality to provide in its charter the procedure to fill a vacancy on its governing body for which the unexpired term is 12 months or less.

TEX0509519

Supporters, according to the HRO, reason amending this part of the Constitution would help stem a city's election costs by eliminating the requirement of holding a special elections. "Citizens of home-rule cities should be able to decided through their charters how they want to fill vacancies," the HRO report states. Those against the measure said "the cost of a special election is small price to pay to ensure accountability in city government. Prop. 7 could increase the opportunity for corruption in local government by allowing city officials to avoid elections and appoint political allies," the HRO states.

• Proposition 8 (HJR 147 and SJR 54) The constitutional amendment repealing Section 7, Article IX, Texas Constitution, which relates to the creation of a hospital district in Hidalgo County.

Supporters said the proposition would "remove (an) outdated provision from the Constitution, allowing Hidalgo County to create a hospital district under the more favorable conditions available to other counties," HRO reports. Opponents argue the proposed amendment could "open the door to an increase in taxes for Hildalgo County property owners... which could be set as high as 75 cents per $100 property valuation."

• Proposition 9 (SJR 42) The constitutional amendment relating to expanding the types of sanctions that may be assessed against a judge or justice following a formal proceeding instituted by the State Commission on Judicial Conduct.

Proponents of Prop 9 feel it "would ensure that the State Commission on Judicial Conduct had adequate tools to respond to allegations of alleged judicial misconduct...," the HRO report states. Those in opposition said they didn't think those provisions should be expanded because, "they help ensure that formal proceedings are used only in the most serious cases of alleged judicial misconduct. This helps protect the confidentiality of judges and shields them from public exposure resulting from low-level or unwarranted allegations and from those unhappy with the results of a case or from political opponents," according to the HRO.


**DPS offices open Saturdays to process photo IDs for voting - 10 /18/13**
Dallas Morning News

Voters will have to show photo ID to cast ballots in this year's elections, which include statewide constitutional amendments and local offices and issues. Early voting begins Monday, and the Department of Public Safety is expanding office hours in North Texas for qualified voters to obtain a picture ID card.

Why it's needed: Under the state's voter ID law, which is under court challenge, voters must present picture ID cards to cast a ballot. Among acceptable IDs are a Texas driver's license, Texas ID card, U.S. passport, Texas concealed handgun license, U.S. military identification with a photo or U.S. citizenship certificate or certificate of naturalization with a photo. If the voters lack all of these, the state will furnish a special ID, through the DPS.

New hours: On Saturdays through Nov. 2, certain DPS offices will be open from 10 a.m. to 2 p.m. The voter ID card is the only business that will be conducted.

What you need: If you are registered to vote and already have an approved form of ID, such as a driver's license, no other action is necessary. To obtain a voter ID, the applicant must bring documentation that will verify U.S. citizenship. A list of such documents is online at dps.texas.gov. To qualify, you must be a Texas resident, be registered to vote (or register at the DPS office) and be 18 years old by the date of the election.

Where to go, Dallas County: Carrollton office, 2625 Old Denton Road #464, 972-245-5800; Cedar Hill office, 116 W. Belt Line #2, 469-272-9301; Dallas east office, 11411 E. Northwest Highway #111, 214-553-0033; Dallas southwest office, 5610 Redbird Center Drive #500, 214-330-3958; Garland Mega Center, 4445-A Saturn Road, 214-861-3700; Garland office, 350 W. Interstate 30, 214-861-2125; Grand Prairie office, 550 S. Carrier Parkway #570, 972-264-6598; Irving office, 1003 W. Sixth St., 972-253-4171.

TEX0509520

Collin County: McKinney office, 400 Powerhouse St., 214-733-5350; Plano office, 2109 W. Parker Road #224, 972-867-4221.

Denton County: Denton office, 820 N. Loop 288, 940-484-6666; Lewisville office, 190 N. Valley Pkwy. Suite 201, 972-221-8081.

Tarrant County: Arlington office, 3901 W. Arkansas Lane #111, 817-274-1818; Fort Worth Mega Center, 8301 Brentwood Stair Road, 817-285-1900; Fort Worth south office, 6413 Woodway Drive, 817-294-1075; Hurst office, 624 N.E. Loop 820, 817-299-1426; Lake Worth office, 6316 Lake Worth Blvd, 817-238-9197.


**Early voting for Nov. 5 elections begins Monday – 10/18/13**
KTRK

HOUSTON (KTRK) -- Early voting begins Monday for the November 5 elections and for the first time, you will need to have a photo ID before heading to the polls.

If you don't have an ID, the state is offering free election ID certificates so you can still cast your ballot.

The Texas Department of Public Safety has set up two additional locations in Harris County to issue those ID's.

Early voting runs through Friday, November 1. Find your voting location.

TEX0509521