| | |
|---|---|
| **From:** | Spinks, Margaret |
| **To:** | Daughtry, Lisa; Heselmeyer, Diane; Strawn, Michael; Vasquez, Esther; Fowler, Cindy; Hodges, Cari; Kreer, Melissa; Sandeen, Sara; Burch, Shea; Garcia, Olivia; Garcia, Silvia (HQ); Goforth, Lydia; Butler, Kerri; DeLeon, Robert; Escobar, Melissa; Whitaker, Veronica; Rivera-Macdonald, Elizabeth; Delagarza, Melinda; Alaniz, Jessica; Alaniz, Jessica; Sauceda, Dorothy |
| **Sent:** | 10/4/2013 2:39:25 PM |
| **Subject:** | FW: Birth Certificates FOR EIC Issuance Only |
| **Attachments:** | EIC Birth Certificates.pdf |

All,

Please read the email and review the attachment provided.

Thank You,
Margaret Spinks, Manager
Driver License Division
License and Record Service
512-424-7243
margaret.spinks@dps.texas.gov

We are creating a faster, easier and friendlier driver license experience and a safer Texas

---

**From:** Bell, Stephen
**Sent:** Friday, October 04, 2013 2:33 PM
**To:** GRP_Region 1A_DLD; GRP_Region 1B_DLD; GRP_Region 2A_DLD; GRP_Region 2B_DLD; GRP_Region 3_DLD; GRP_Region 4_DLD; GRP_Region 5_DLD; GRP_Region 6A_DLD; GRP_Region 6B_DLD
**Cc:** Rodriguez, Tony; Watkins, Paul; Murphy, Kathleen; Riemenschneider, Brian; GRP_DLS_System_Support; Bodisch, Robert; Miller, Connie; Petersen, Dain; Gipson, Sheri; Hibbs, Rebekah; Mastracchio, JoeAnna; Spinks, Margaret; Garcia, Ricardo L(DL); Hale, Lynn; McCradic, Danielle; Myers, Bob
**Subject:** Birth Certificates FOR EIC Issuance Only
**Importance:** High

Team,

The Secretary of State and the Department of State Health Services have partnered to provide a no cost solution for birth records in the EIC issuance process. Attached is an example of a record that will be provided to someone requesting a birth record for EIC issuance. The two boxes highlighted in red must be present for us to accept the document. First is the phrase "For EIC Issuance Only" (or wording to that effect). If the wording is not present the customer may add the wording during the transaction.



Second is the raised seal from the birth registrar.



TEX0509617



I will be the point of contact for any questions.


v/r
Stephen W. Bell
Customer Operations Senior Manager– North and East
Driver License Division
Texas Department of Public Safety
stephen.bell@dps.texas.gov
512-550-7064 (C)
512-424-2768 (O)



The Driver License Division is committed to quality and excellence in customer service. Please share your thoughts with us via our online customer service survey at: http://www.survey.utexas.edu/txdps/