# Driver License Improvements

Improving Customer Service:

- Installed queuing systems in 59 of the busiest DL to categorize customers by transaction type. This allows simpler transactions, such as renewals, to be completed more efficiently while allowing other employees to focus on more time-intensive transactions.

- Implemented online scheduling for road tests in 59 busiest offices, currently piloting the scheduling of CDL tests in limited offices.

- Credit cards now accepted at all locations.

- Launched ability to pay compliance fees online.

- On track to open four of six Mega Centers in September 2012 (fifth and sixth estimated to be complete January 2013).

- Increased productivity at over 90 low-volume offices by routing Call Center calls to these offices.

- Increased the percentage of customer calls answered by over 40 percent.

- Shortened card delivery time from 45 days to less than seven days.

- Remodeled 38 existing facilities to improve quality of life for employees and customers.

- Efforts to increase awareness of online services, as well as mail and phone renewal options, via a press release, update website content, and informational flyer included in mailed renewal notices.

Training and Equipping Employees

- In the process of hiring 266 new FTEs to be located at DL offices across the state.

- Hiring additional temporary personnel to increase capacity during the busy summer months.

- Updated the DL employee Resource Guide and made it available electronically on the agency intranet.

- Uniformed customer-facing employees.

- Established the DLD Leadership Academy to train problem-solving leaders.

- Created clear job descriptions and career ladders.

Document Security Requirements:

- Proof of lawful presence.



2:13-cv-193
09/02/2014
**DEF1521**

- Proof of Texas residency (only Class C licenses at this time- CDL requirements are currently undergoing the rulemaking process).

TEX0509711