| | |
|---|---|
| **From:** | Daughtry, Lisa |
| **To:** | Kreer, Melissa; Vasquez, Esther; Fowler, Cynthia (LRS); Escobar, Melissa; DeLeon, Robert; Butler, Kerri; Goforth, Lydia; Whitaker, Veronica; Garcia, Olivia; Garcia, Silvia (HQ) |
| **Sent:** | 9/10/2013 5:47:11 PM |
| **Subject:** | Election Certificate Saturdays |
| **Attachments:** | Open County Offices.docx |

All – This is the list of the DL offices we will be supporting for the next 8 Saturdays between the hours of 10 and 2. We have no idea of the volume of contacts we might be receiving. So, the plan is to get lots of our regular work done without the distractions we have during the regular work week. This is a great time to get ahead before the holidays hit!

To that end, I will expect for everyone working to produce! Cari Hodges is preparing a log to track calls. Other than that we will need a spreadsheet with tabs for all of the Saturdays with the volunteers listed and their hours, we'll also need sign in sheets. If you would like to volunteer to do this, please let me know.

We had an overwhelming response to the request for volunteers. So much so that Margaret asked Jo if we could have more people work and she approved. With that said, it won't help us if people get burned out, so I will meet with the folks who volunteered to work every Saturday just to make sure they are up for it.

I will double check with Diane tomorrow and then I will forward you the list of volunteers by date we worked up today. Let me know if you have any questions. Thanks!

Best regards,

Lisa Daughtry
Assistant Manager
License & Record Service
Driver License Division
(512) 424-5973
lisa.daughtry@dps.texas.gov



2:13-cv-193
09/02/2014
DEF1524

TEX0510451