| EIC Response<br>Open County Offices (North/East) |||
|---|---|---|
| <ul><li>29x offices in the North/East area</li><li>Staffing for the offices listed below:<ul><li>MegaCenters – 5 employees</li><li>All other offices – 2 employees</li></ul></li><li>Hours are 10:00 – 2:00 PM</li><li>We will design a banner here, but you will need to have them made locally (Find a sign maker now)</li><li>The offices are open for EICs only</li></ul> |||
| **DPS Region** | **Counties** | **Offices** |
| 1A | Dallas | <ul><li>Carrolton</li><li>Cedar Hill</li><li>Dallas East</li><li>Dallas Southwest</li><li>Garland MegaCenter</li><li>Garland</li><li>Grand Prairie</li><li>Irving</li></ul> |
| 1B | Collin | <ul><li>McKinney</li><li>Plano</li></ul> |
|    | Denton | <ul><li>Denton</li><li>Lewisville</li></ul> |
|    | Tarrant | <ul><li>Arlington</li><li>Ft Worth MegaCenter</li><li>Fort Worth South</li><li>Hurst</li><li>Lake Worth</li></ul> |
| 2A | Harris | <ul><li>Dacoma</li><li>Gessner MegaCenter</li><li>Grant Road</li><li>~~Townhurst~~: Refresh</li><li>Vantage Parkway</li></ul> |
|    | Fort Bend | <ul><li>Rosenberg MegaCenter</li></ul> |
| 2B | Harris | <ul><li>Baytown</li><li>Houston-East</li><li>Humble</li><li>Pasadena</li><li>Spring MegaCenter</li><li>Webster</li><li>Winkler</li></ul> |

2:13-cv-193
09/02/2014
DEF1525

TEX0510452

| EIC Response<br>Open County Offices (South/West) | | |
|---|---|---|
| <ul><li>20x Offices in the South/West area</li><li>Staffing for the offices listed below:<ul><li>MegaCenters – 5 employees</li><li>All other offices – 2 employees</li></ul></li><li>Hours are 10:00 – 2:00 PM</li><li>We will design a banner here, but you will need to have them made locally (Find a sign maker now)</li><li>The offices are open for EICs only</li></ul> | | |
| **DPS Region** | **Counties** | **Offices** |
| 3 | Hidalgo | <ul><li>Edinburg</li><li>Mission</li><li>Weslaco</li></ul> |
| | Cameron | <ul><li>Brownsville</li><li>Harlingen</li></ul> |
| | Nueces | <ul><li>Corpus Christi</li></ul> |
| 4 | El Paso | <ul><li>Gateway</li><li>Hondo Pass</li><li>Northwest</li><li>Scott Simpson</li><li>~~Ft Bliss~~</li></ul> |
| 6A | Bexar | <ul><li>Leon Valley MegaCenter</li><li>Babcock</li><li>General Mac</li><li>San Antonio Southeast</li><li>Pat Booker</li></ul> |
| 6B | Travis | <ul><li>Austin-Northwest</li><li>Austin-South</li><li>Pflugerville MegaCenter</li></ul> |
| | Bell | <ul><li>~~Ft Hood~~</li><li>Killeen</li><li>Temple</li></ul> |