| | |
|---|---|
| **From:** | Bell, Stephen |
| **To:** | GRP_Region 1A_DLD; GRP_Region 1B_DLD; GRP_Region 2A_DLD; GRP_Region 2B_DLD; GRP_Region 3_DLD; GRP_Region 4_DLD; GRP_Region 5_DLD; GRP_Region 6A_DLD; GRP_Region 6B_DLD |
| **CC:** | Smith, Janie; Watkins, Paul; Rodriguez, Tony; Peters, Joe; Murphy, Kathleen; Riemenschneider, Brian; Miller, Connie; Petersen, Dain; Gipson, Sheri; Hibbs, Rebekah; Mastracchio, JoeAnna; Spinks, Margaret; Garcia, Ricardo L(DL); Hale, Lynn; McCradic, Danielle; Myers, Bob |
| **Sent:** | 10/4/2013 5:43:59 PM |
| **Subject:** | Government Shutdown Effecting SSN Verification |

Team,

Until the federal government shutdown ends and the Social Security Administration reopens we will accept Income Tax Returns (all 1040 Forms) for proof of SSN.  This can be used for the individual who filed the return or for a spouse and children on the return.  The name and SSN on the tax return must match the return from SOLVE.  If it cannot be matched through SOLVE we will not accept it.  We will send an update out after the shutdown ends to resume normal operations.

If using a tax return for an EIC issuance you will need to first verify the SSN through SOLVE.  When you get a verified return write on the top of the application (DL14C/CS) "SSN verified through SOLVE".


v/r
Stephen W. Bell
Customer Operations Senior Manager– North and East
Driver License Division
Texas Department of Public Safety
stephen.bell@dps.texas.gov
512-550-7064 (C)
512-424-2768 (O)



*The Driver License Division is committed to quality and excellence in customer service. Please share your thoughts with us via our online customer service survey at:* http://www.survey.utexas.edu/txdps/

2:13-cv-193
09/02/2014
DEF1526

TEX0511144