| | |
|---|---|
| **From:** | Vinger, Tom |
| **To:** | Barney, Elizabeth; Barrera, Robbie; Baxter, Shawn; Biddle, Frederick; Bradford, Kyle; Bryant, Gerald; Burse, Erik; Carrasco, Santos Jr; Cockrell, Deon; Dark, Jean; Davis, Stephanie; 'Dean, Phillip'; Fernandez, Noe; Flores, Anthony; Fulton, Bradley; Fulton, Tony; Gillum, Earl Jr; Gonzalez, John; Haschel, Lonny; Hawthorne, Daniel; Hendry, David; Hernandez, Juan G (Weslaco); Hernandez, Maria (THP); Hernandez, Molly; Jennings, Sylvia; Madrigal, Maria; Medrano, Juan; Morgan, Jimmy; Myers, Harpin; Ramirez, Charlie; Ray, Christopher; Reyes, Jason; Rozzell, Gary; Sampa, John; Standifer, Richard; Tackett, Mark; Viramontes, Elena; Wilson, DL; Witt, Bryan; Woodard, Stephen |
| **CC:** | Cesinger, Katherine; Blackwell, Summer; Albus, Gary; Matthews, Carey; Prince, Randall; Rodriguez, Jose III (Reg Cmdr); Steen, Philip; Webster, Jack |
| **BCC:** | Vinger, Tom |
| **Sent:** | 9/20/2013 11:11:37 AM |
| **Subject:** | EIC press release re-issuance |

Thanks for your assistance.  Here is the info we discussed on the conference call. Please have your folks send the release below to their media outlets <u>today</u> if they have Saturday offices in their area.  You can change the contact info on the release to make it your own. (If they don't have Saturday offices open in their area, disregard.)

I have included some info I sent out earlier, including points to stress and a reminder **not** to deviate from the press release. Let me know if you have any questions.

We just sent out the press release regarding Saturday hours at certain offices for issuing Election Identification Certificates (EICs). Feel free to conduct interviews based on information in the press release.  <u>If you get any questions not addressed in the press release, please refer them to Austin.  This includes questions about the number of EICs that are issued over the weekend (tell them to call HQ MCO Monday for those numbers).</u>
Also, remember the media protocol in DL offices.  Media can shot b-roll, but all interviews need to be conducted outside the building, and only DPS spokespersons are authorized to talk with the press.

Key messaging to stress from the press release below:
- No driver license transactions will be processed on Saturday, only EICs.
- Many people already have the necessary ID to vote and therefore do not need or qualify for an EIC.
- Urge residents to make sure they have the required documentation **before** coming to the office.
- Remind them that EICs can **only** be used for voting.
- DL offices will continue to issue EICs during normal business hours Monday – Friday.



| | |
|---|---|
| FOR IMMEDIATE DISTRIBUTION | PRESS RELEASE |
| September 20, 2013 | Media and Communications Office |
| | (512) 424-2080 |

# Reminder: Select Driver License Offices Open Saturdays to Issue Election Identification Certificates
*No driver license transactions will be conducted on Saturdays*

AUSTIN – The Texas Department of Public Safety (DPS) continues to offer Saturday hours at nearly 50 driver

TEX0511177

license offices across the state as part of an ongoing effort to provide Election Identification Certificates (EICs) to Texans in need of proper identification required to vote in elections in Texas.

Select offices will be open on Saturdays from 10 a.m. – 2 p.m. beginning September 14 through November 2, to allow residents to apply for EICs only. **No other transactions will be conducted during Saturday business hours**. In addition to the Saturday hours, applicants may apply for an EIC at all Texas driver license offices during regular business hours Monday – Friday.

For a list of offices that will be open on Saturdays to issue EICs, visit http://www.dps.texas.gov/DriverLicense/documents/openCtyOfcs.pdf.

Most residents already have an acceptable form of photo identification needed for voting and will not need or qualify for an EIC. If an applicant already has any of the following documents, they are *not* eligible to receive an EIC:

- Texas driver license – unexpired or expired less than 60 days at the time of voting
- Texas personal identification card – unexpired or expired less than 60 days at the time of voting
- U.S. passport book or card – unexpired or expired less than 60 days at the time of voting
- Texas concealed handgun license – unexpired or expired less than 60 days at the time of voting
- U.S. Military identification with photo – unexpired or expired less than 60 days at the time of voting
- U.S. Citizenship Certificate or Certificate of Naturalization with photo

To apply for an EIC, applicants must visit a driver license office and complete an Application for Texas Election Certificate (DL-14C).

To qualify for an EIC, an applicant must:
- Bring documentation to the office to verify **U.S. citizenship**
- Bring documentation to the office to verify **Identity**
- Be eligible to vote in Texas (Bring a valid voter registration card or submit a voter registration application through the Texas Department of Public Safety at the office)
- Be a Texas resident
- Be 17 years and 10 months or older

**To avoid delays or complications, DPS urges potential applicants to make sure they have the necessary documentation before arriving at the office.**

The EIC receipt an individual receives will include their photo and can be used for voting until the permanent card is delivered by mail.

The EIC is **free of charge** to qualifying applicants and is valid for six years. There is no expiration date for an EIC for citizens 70 years of age or older. The EIC can **only** be used for the purpose of voting in an election and may not be used as personal identification.

Texans with a documented disability may apply at their county voter registrar for a permanent exemption from the photo ID requirement. If approved, they will not need a photo ID to vote. Also, if individuals are voting by mail, they do not have to submit a photo ID.

For more information on the requirements, exemptions and process for obtaining an EIC, please visit: http://www.txdps.state.tx.us/DriverLicense/electionID.htm.

For more information on voting in Texas, visit the Secretary of State's website: www.votetexas.gov.

TEX0511178

### (HQ 2013-113)

*Tom Vinger*
*Press Secretary*
*Texas Department of Public Safety*
*Media and Communications Office*
*(512) 424-2607*
tom.vinger@dps.texas.gov (Please note new email address.)

TEX0511179