| | |
|---|---|
| From: | Vinger, Tom |
| To: | Reyes, Jason; Cockrell, Deon |
| CC: | Wilson, DL; Flores, Anthony; Myers, Harpin |
| Sent: | 10/23/2013 1:27:13 PM |
| Subject: | Four EIC Releases for Region 6 |
| Attachments: | Bandera County DPS mobile stations processing Election Identification Ce....doc; Falls County DPS mobile stations processing Election Identification Cert....doc; Karnes County DPS mobile stations processing Election Identification Cer....doc; San Saba County DPS mobile stations processing Election Identification C....doc |

MC Sergeants and Media Troopers:

Please copy and paste the attachment into an email and send to the appropriate media outlets for each county as soon as possible.

**It is important that we send these notices to the media ASAP, as they are time sensitive.**

Also, for our records, please confirm via e-mail when the media has been notified for each release. You can do this in one e-mail or as you send them out. Again, thank you for your assistance!

*Tom Vinger*
*Press Secretary*
*Texas Department of Public Safety*
*Media and Communications Office*
*(512) 424-2607*
tom.vinger@dps.texas.gov (Please note new email address.)



TEX0511182