## DPS mobile stations processing Election Identification Certificates (EICs)

Members of the media:

As the election approaches, Election Identification Certificates (EICs) will be available at mobile stations in Bandera County for Texans who do not already have an acceptable form of photo identification necessary to vote. The Texas Department of Public Safety appreciates your help in informing the public about EICs and these convenient mobile stations.

The schedule for EIC mobile stations in Bandera County is as follows:

Tuesday, October 29 - Friday, November 1 from 9 a.m. – 4 p.m.

Monday, November 4 from 9 a.m. – 4 p.m.

| Location | Address |
| --- | --- |
| Bandera County<br>Ray Mauer Annex | Toba Perez-Wright<br>Bandera County Elections Administrator<br>Ray Mauer Annex<br>403 12th St.<br>Bandera, TX 78003<br>830-796-8146<br>banderaelections@indian-creek.net |

For more information regarding EICs, including eligibility guidelines and necessary documentation, visit
http://www.txdps.state.tx.us/director_staff/media_and_communications/pr092413a.htm



2:13-cv-193
09/02/2014
DEF1529

TEX0511183