## DPS mobile stations processing Election Identification Certificates (EICs)

Members of the media:

As the election approaches, Election Identification Certificates (EICs) will be available at mobile stations in Falls County for Texans who do not already have an acceptable form of photo identification necessary to vote. The Texas Department of Public Safety appreciates your help in informing the public about EICs and these convenient mobile stations.

The schedule for EIC mobile stations in Falls County is as follows:

<u>Monday, October 28 - Friday, November 1 from 9 a.m. – 4 p.m.</u>

| Location | Address |
|---|---|
| Falls County<br>County Courthouse | Falls County Courthouse<br>134 Craik St.<br>Marlin, TX 76661 |

For more information regarding EICs, including eligibility guidelines and necessary documentation, visit
http://www.txdps.state.tx.us/director_staff/media_and_communications/pr092413a.htm



2:13-cv-193
09/02/2014
**DEF1530**

TEX0511184