## DPS mobile stations processing Election Identification Certificates (EICs)

Members of the media:

As the election approaches, Election Identification Certificates (EICs) will be available at mobile stations in Karnes County for Texans who do not already have an acceptable form of photo identification necessary to vote. The Texas Department of Public Safety appreciates your help in informing the public about EICs and these convenient mobile stations.

The schedule for EIC mobile stations in Karnes County is as follows:

<u>Tuesday, October 29 - Friday, November 1 from 9 a.m. – 4 p.m.</u>

<u>Monday, November 4 from 9 a.m. – 4 p.m.</u>

| Location | Address |
|---|---|
| Karnes County<br>County Courthouse | Karen Opiela<br>Karnes County Elections Administrator<br>Karnes County Courthouse<br>210 W Calvert<br>Karnes City, TX 78118<br>830-780-2246  Cell: 210-394-7337<br>karen.opiela@co.karnes.tx.us |

For more information regarding EICs, including eligibility guidelines and necessary documentation, visit
http://www.txdps.state.tx.us/director_staff/media_and_communications/pr092413a.htm



2:13-cv-193
09/02/2014
**DEF1531**

TEX0511185