## DPS mobile stations processing Election Identification Certificates (EICs)

Members of the media:

As the election approaches, Election Identification Certificates (EICs) will be available at mobile stations in San Saba County for Texans who do not already have an acceptable form of photo identification necessary to vote. The Texas Department of Public Safety appreciates your help in informing the public about EICs and these convenient mobile stations.

The schedule for EIC mobile stations in San Saba County is as follows:

<u>Monday, October 28 - Friday, November 1 from 9 a.m. – 4 p.m.</u>

| Location | Address |
|---|---|
| San Saba County<br>TX Health and Human Services | Stephen Boyd<br>San Saba Sheriff/Tax Assessor-Collector<br>TX Health and Human Services<br>423 E Wallace St.<br>San Saba, TX 76877<br>325-372-5551<br>ssctac@co.san-saba.tx.us |

For more information regarding EICs, including eligibility guidelines and necessary documentation, visit
http://www.txdps.state.tx.us/director_staff/media_and_communications/pr092413a.htm



TEX0511186