# Election Identification Certificates
# County Participation
# Interlocal Cooperation Contracts

As of October 28, 2013, 3:00 p.m., the Department of Public Safety (DPS) <u>has not received</u> Interlocal Cooperation Contracts (MOUs) from these 4 counties:

| | |
|---|---|
| Cochran | McMullen |
| Kenedy | Stonewall |

As of October 28, 2013, 3:00 p.m., DPS has received 33 MOUs from these counties:

| | |
|---|---|
| Austin | Madison |
| Caldwell | Marion |
| Cottle | Menard |
| Delta | Newton |
| Duval | Oldham |
| Dimmit | Refugio |
| Fayette | Robertson |
| Frio | San Augustine |
| Grimes | San Jacinto |
| Hall | Schleicher |
| Hansford | Shackelford |
| Irion | Sherman |
| Jim Hogg | Terrell |
| Kent | Throckmorton |
| King | Trinity |
| Lipscomb | Willacy |
| Lynn | |



2:13-cv-193
09/02/2014
DEF1533