| | |
|---|---|
| **From:** | Roberts, Rebecca |
| **To:** | Hale, Lynn; Greenall, Harry; Carlisle, Andrea; Cardenas, Lynne; Rodriguez, Tony; Watkins, Paul; Gipson, Sheri; Roberts, Rebecca; Weise, Melanie; Isaac, Brian; Jarmon, Karol; Stubbings, Tiffany; Woods, Charlene; McCradic, Danielle; Myers, Bob; Cook, Tony; Lee, Kim; Bell, Stephen; Keith, Elaine; Kilchenstein, Jim |
| **CC:** | Steele, Joanne |
| **Sent:** | 9/24/2013 10:57:56 AM |
| **Subject:** | EIC Meeting minutes - 09/24 |

**Attendees**

Lynn Hale; Harry Greenall; Andrea Carlisle; Bob Myers; Stephen Bell; Lynne Cardenas; Tony Rodriguez; Paul Watkins;

Sheri Gipson; Rebecca Roberts; Tony Cook; Kim Lee; Melanie Weise; Brian Isaac; karol jarmon; Tiffany stubbings; Charlene Woods; Danielle McCradic;
*Phone* – Jim Kilchenstein; Elaine Keith;

**Action Items**
- Miguel will document best practices for securing flash drives and laptops at DL locations after hours
- Charlene to forward best practices to Lynn and Bob for Thursday training
- Miguel to add column for cell phone serial number for equipment tracking
- Harry to document steps for cleaning flash drive and hard drive for Job Aid
- Steve Bell to obtain 25 laptop bags

**Status**
- Macro to automate copy from laptop to flash drive has been created
- Copying from flash drive to CSR station will have to be manual due to encryption – to be included in training manual
- Macro to erase data from laptop and flash drive is completed
- OGC has approved template for temporary election document
- Secretary of State has provided the number of # units to send to San Antonio/El Paso/Marathon – but didn't provide specific locations
- Facilitators and System Managers coming on Thursday

**Testing and Configuration**
- Harry and Kim completed configuration for IT QA and Tech Solutions UAT
- Tiffany finding small issues with prompts or errors when first starting up Word and Excel – will communicate to Dawn
- Miguel to execute security test following QA
- Harry awaiting approval from UAT/QA before configuring the other laptops
- Harry to document steps for cleaning flash drive and hard drive for Job Aid.

**Equipment tracking**
- Add cell phone to the list of equipment to include in box out to location
- Steve Bell to obtain 25 laptop bags
- SOS has everything labeled, even USB cables; MOU contains the list of items that SOS is tracking
- Tech solutions is providing DPS Admin numbers for each set of equipment; each piece within the set has the same Admin number.
- Miguel to add column for cell phone serial number for equipment tracking



2:13-cv-193
09/02/2014
**DEF1534**

Rebecca Roberts
Texas Department of Public Safety | Information Technology | Governance
Rebecca.Roberts@dps.texas.gov
(512) 424-7476 / 8-7476

Use the links to learn more about IT Governance , Project Management Office , Business Analysis , and the services we provide.

