| | |
|---|---|
| **From:** | Silva, Samuel |
| **To:** | Flores, Maria; Ramirez, Raquel |
| **CC:** | Myers, Bob; Hale, Lynn; Rodriguez, Tony; Bell, Stephen; Ayers, Becky; Garcia, Oralia; Hernandez, Anna; Lopez, Elizabeth; Olivo, George; Rodriguez, Belinda; Vasquez, Rebecca (DLD) |
| **Sent:** | 9/25/2013 8:06:25 AM |
| **Subject:** | RE: EIC Mobile Light Training - R3 Facilitators |

Team,
We will stay with our original list of Facilitators, with the exception that Sandy Lucio will attend instead of Michele Gracia.  Thanks.
Sam.

*DLD Vision:  We are creating a faster, easier, and friendlier driver license experience and a safer Texas.*
*Samuel J. Silva*
*Driver License Regional Manager*
*O: (956) 565-7210*
*M: (956) 369-4517*

---

**From:** Silva, Samuel
**Sent:** Tuesday, September 24, 2013 5:30 PM
**To:** Flores, Maria; Ramirez, Raquel
**Cc:** Myers, Bob; Hale, Lynn; Rodriguez, Tony; Bell, Stephen; Ayers, Becky; Garcia, Oralia; Hernandez, Anna; Lopez, Elizabeth; Olivo, George; Rodriguez, Belinda; Vasquez, Rebecca (DLD)
**Subject:** EIC Mobile Light Training - R3 Facilitators
**Importance:** High

Maria, Rachel:
See the forwarded email from Sr. Mgr. Rodriguez below.  We need to rethink which Facilitators we send to EIC Mobile Light training.  See attachment.  Let's see if we can get Chris, Naida and Angie to the training and not send Liz or Michele.  We need to rethink quickly.
Sam.

*DLD Vision:  We are creating a faster, easier, and friendlier driver license experience and a safer Texas.*
*Samuel J. Silva*
*Driver License Regional Manager*
*O: (956) 565-7210*
*M: (956) 369-4517*

>   **From:** Silva, Samuel
>   **Sent:** Monday, September 23, 2013 5:08 PM
>   **To:** Myers, Bob; Hale, Lynn
>   **Cc:** Flores, Maria; Ramirez, Raquel; Lopez, Elizabeth; Hernandez, Anna; Rodriguez, Belinda
>   **Subject:** FW: Mobile Light EIC Units
>   **Importance:** High
>
>   Bob and Lynn,
>   Region 3 will be sending the following employees to the Mobile Light EIC Unit Training:
>
>   Maria Flores, Assistant Manager, Corpus Christi
>   Rachel Ramirez, Assistant Manager, Weslaco
>   Sandy Lucio, Lead CSR V, Facilitator, Corpus Christi
>   Noemi (Liz) Delgado, CSR IV, Facilitator, Weslaco
>   Rosangelica Rangel, Lead CSR V, Facilitator, Laredo
>
>   Thanks.
>   Sam.


2:13-cv-193
09/02/2014
**DEF1535**

*DLD Vision: We are creating a faster, easier, and friendlier driver license experience and a safer Texas.*
*Samuel J. Silva*
*Driver License Regional Manager*
*O: (956) 565-7210*
*M: (956) 369-4517*

---

**From:** Rodriguez, Tony
**Sent:** Tuesday, September 24, 2013 3:18 PM
**To:** Silva, Samuel; Valenzuela, Estella; Valdez, Tomas; Hubbard, Barbara; Garcia, Joseph
**Cc:** Bell, Stephen; Watkins, Paul
**Subject:** Rumor Control - Election Certificates
**Importance:** High

Managers,
I am trying to control some rumors.  There is a change in the way we will do EIC operations that will impact your regions;

- There are 79 counties without DPS offices in them.
- To provide full coverage of the state we are getting 79 additional mobile Light EIC units.
- The plan is for these systems to be operated by county employees.
- DPS will have to train the employees using our facilitators at central locations around the state (I do not know where because I have not seen a list of these 79 counties yet).
- Your facilitators and Asst Mgrs will need to get trained by the ITS people on the new EIC system for the new computers.

v/r

*Tony Rodriguez*

Customer Operations Senior Manager – South and West
Driver License Division
Texas Department of Public Safety
tony.rodriguez@dps.texas.gov
512.424.5657 (O)
512.739.9709 (C)
512.424.5233 (F)