| | |
|---|---|
| From: | Rodriguez, Tony |
| To: | Myers, Bob; Hale, Lynn |
| Sent: | 9/27/2013 8:53:52 AM |
| Subject: | FW: 79 Counties |
| Attachments: | 79 Counties Final.xlsx; ATT00001.htm |

v/r

*Tony Rodriguez*

Customer Operations Senior Manager – South and West
Driver License Division
Texas Department of Public Safety
tony.rodriguez@dps.texas.gov
512.424.5657 (O)
512.739.9709 (C)
512.424.5233 (F)

---

**From:** Bodisch, Robert
**Sent:** Thursday, September 26, 2013 2:30 PM
**To:** Peters, Joe; Rodriguez, Tony
**Subject:** 79 Counties


Robert J. Bodisch
Assistant Director/Chief of Staff
Texas Homeland Security
Texas Department of Public Safety
P. O. Box 4087
Austin, Texas 78773
512-424-2368
robert.bodisch@dps.texas.gov
robert.bodisch.sle@dhs.sgov.gov



**From:** Keith Ingram [mailto:KIngram@sos.texas.gov]
**Sent:** Wednesday, September 25, 2013 4:35 PM
**To:** Bodisch, Robert
**Subject:** Fwd: 79 Counties


Sent from my iPhone

Begin forwarded message:

2:13-cv-193
09/02/2014
DEF1536

**From:** Jennifer Templeton <JTempleton@sos.texas.gov>
**Date:** September 25, 2013 at 3:52:02 PM CDT
**To:** Keith Ingram <KIngram@sos.texas.gov>
**Subject: 79 Counties**

Keith


<u>79 - Summary</u>
    55 -  Counties are interested
    24 - Counties are outstanding with a response
     0  - Counties have not flat out said No.

In the matrix, the counties with a 1 in front of them have acknowledged interest with hosting a temporary office for DPS to issue EIC for voters without a photo ID.  Also, I have highlighted counties in which there is a temporary DPS office set-up already in the county with contact information if available for that office.

Jen