

# DRIVER LICENSE DIVISION

## This office is open every Saturday 10am - 2pm until November 6th 2013 for
## Election Certificates ONLY
### This card cannot be used for identification

Esta oficina estará abierta los sabádos de 10am - 2pm hasta el 6 de Noviembre de 2013
**SOLAMENTE para Certificados de Elección**
**Esta tarjeta no puede utilizarse como método identificación**



To apply, complete the Election Identification Certificate (EIC) application.
Bring documentation with you to verify your: U.S. citizenship and Identity.

Para aplicar, llene la solicitud de certificado de identificación electoral (EIC).
Traiga con usted documentación para verificar su: identidad y ciudadanía estadounidense.

More information online
Más información en línea
**http://www.dps.texas.gov/driverlicense/electionid.htm**

Scan code for EIC online services

*Faster, easier, friendlier service*



TEX0511321