# Frequently Asked Questions (FAQs)

## What does it mean if I am not verified and my card is not issued?

Your driver license or identification card application will be on hold until your lawful presence status can be verified. Your application has **not** been rejected. DLD may resubmit your verification up to three times and request additional documentation from you during the process. When we receive a response from DHS about your verification, we will instruct you on what you need to do next.

## If I am a US citizen, why must I go through the SAVE process?

If we have not yet confirmed your citizenship, you will need to present a birth certificate or other documents to verify your lawful presence status.

## Why does DLD assign less time than my lawful presence date?

Your duration of stay in the US is determined by SAVE, USCIS, and DHS. DLD does not determine lawful presence dates. A recent change to your lawful status may take DHS up to 15 days to update in their database.

## Can I get my SAVE case number?

Yes. You will receive a SAVE case number at the time of your transaction.

## Why must I verify through SAVE if USCIS says my type of document cannot be verified?

Any status can be confirmed (for example: U-Visa, older certificate of naturalization). Even if SAVE cannot automatically verify your status, DHS will manually process the 2nd and 3rd document reviews.

2:13-cv-193
09/02/2014

**DEF1542**

TexHibitsticker.com

## Why did my spouse receive an approval letter first if we began the SAVE process at the same time?

Each verification case is reviewed separately. Some documents may also take longer to verify.

## Is it possible to request a "rush" on a SAVE verification?

No. We do not have the ability to rush the SAVE verification process.

## Since my license is expired, can I get a Temporary Driving Permit while I wait for my SAVE verification?

No. You must wait until we receive verification through SAVE.

## What should I do if I lost my approval letter?

The approval letter is sent as a courtesy and is not needed to complete your transaction. You will still need to return to the driver license office with the documents required to process your driver license application.

## Helpful Tips

- Visit a driver license office at least 30 days before your driver license or limited term status expires to allow enough time if a 3rd verification of your documents is necessary.

- If you have a new lawful status, allow up to 15 business day for USCIS and DHS to update your information in their database, so it can be verified through SAVE.

- All driver license transactions must be completed within 90 days of your application submission date. This includes the time from your initial verification through SAVE up to and including any written or driving tests.

# Texas Driver License Verification

# How to Complete Lawful Presence Verification



www.dps.texas.gov/DriverLicense/
LawfulStatusDLID.htm



## DRIVER LICENSE DIVISION

Creating a faster, easier, friendlier driver license experience and a safer Texas

TEX0511368

As a guardian of both Texas and national security, the mission of the Texas Department of Public Safety (DPS) and Driver License Division (DLD) is to protect Texas residents and their identity.

Our priority is to prevent fraudulent use of your identity. This involves: (1) verifying your identity and residency* and also (2) verifying your US citizenship or lawful presence, otherwise known as your legal authorization to reside in this country and state.

*Since Texas driver license and identification cards are legal documents, verification must occur before we can issue your card.*

## Verifying Lawful Presence

Verifying lawful presence is a first step in the process of qualifying to receive your Texas driver license† or identification card. It is an additional requirement. You must also meet other requirements to obtain your driver license or identification card.

DPS began the program in 2012 to verify non-immigrant and immigrant status and the time period an applicant is authorized to reside in the US and Texas. A DLD customer service representative will need to view your citizenship, legal residency, or immigration documents to verify lawful presence.

## Verification through SAVE

The Systematic Alien Verification for Entitlements (SAVE) program is a partnership between the US Department of Homeland Security (DHS) and US Citizenship and Immigration Services (USCIS).

When you apply for a Texas driver license or identification card, your immigrant, non-immigrant, naturalized and derived US citizenship status will be verified through SAVE.

## Verification Documents

The SAVE verification program requires only three pieces of valid information:

1. First and last name
2. Date of birth
3. Alien number or I-94 number

You must bring one of the accepted documents to the driver license office based on your status as a: (a) US citizen, (b) US national, lawful permanent resident, refugee, asylee or (c) temporary visitor.‡ A list of accepted documents is available online at www.dps.texas.gov/DriverLicense/documents/VerifyingLawfulPresence.pdf starting on page two.

All documentation must show the applicant's name and date of birth. The applicant must also validate a name change or any other inconsistent information through supporting documentation such as a marriage license, divorce decree, or court order.

## Verification Stages

Verification through SAVE usually takes a few seconds. If SAVE cannot verify your status the first time, SAVE will conduct two additional stages of verification. During this process, your driver license or identification application may be delayed for a few days, weeks, or even up to one month.

| Stages | DLD Receives Response from DHS | DLD Response to Customer |
|--------|-------------------------------|--------------------------|
| 1st | Within a few seconds | If verified, card issued |
| 2nd | 3 to 5 business days | Instruction letter issued within 48 hours after DHS response received by DLD |
| 3rd | Up to 20 additional business days after second response received from DHS | Instruction letter issued within 48 hours after DHS response received by DLD |

## During your Office Visit

At the driver license office, the DLD customer service representative will scan your documents and electronically submit them to DHS. If they cannot immediately verify your citizenship or period of lawful presence, the representative will tell you what to do next.

Upon completion of each verification stage, a DLD customer service representative may ask you to provide additional documents. After each verification stage has been completed, a DLD representative will notify you verbally or by mail whether your status has been verified or if you will need to provide additional documents for verification.

*During the verification process, your driver license or identification card application will be on hold.*

To prevent further delays in receiving your driver license or identification card, follow all instructions and requests from DLD as soon as possible.

*\* For more information on verifying your identity and residency, please read the "Do you have what it takes to drive in Texas?" pamphlet available at your local driver license office or online at www.dps.texas.gov/internetforms/Forms/DL-57.pdf*

*† This does not apply to commercial driver licenses. A person who is a US citizen, US national, lawful permanent resident, refugee, or asylee may apply for a commercial driver license. All others may apply for a nonresident commercial driver license if eligible. Refer to www.dps.texas.gov/DriverLicense/CommercialLicense.htm or Chapter 522 of the Texas Transportation Code for application and eligibility requirements.*

*‡ Temporary visitors will be issued a limited term driver license or identification card that matches the authorized time period of lawful presence specified by DHS. The limited term driver license or identification card will expire on that same date.*

TEX0511369