| | |
|---|---|
| **From:** | Rodriguez, Tony |
| **To:** | Bergman, Kathy; Berkley, Johnnie; Winkley, Salestus; Carter, Thomas; Silva, Samuel; Valenzuela, Estella; Valdez, Tomas; Hubbard, Barbara; Garcia, Joseph |
| **CC:** | Peyton, John; Mastracchio, JoeAnna; Jarmon, Karol; Peters, Joe; Watkins, Paul; Ron Grahovec; Petersen, Dain; Murphy, Kathleen; Schmidt, Daniel(IT) |
| **Sent:** | 9/10/2013 4:23:11 PM |
| **Subject:** | (EIC) Update |
| **Attachments:** | Open County Offices.docx |

Update:

- Based on the 1:00 meeting, <u>we are on for the offices shown on the attachment</u>.  The attachment shows all office projected to open
- There are 49 offices in thirteen counties that will open from 10:00 – 2:00 this Saturday
- We will not open the Ft Hood or Ft Bliss offices – Soldiers and their families already have ID to vote
- We will <u>not</u> deploy the Disaster Support Units this weekend because the coverage offered by the offices that will open covers most of the projected EIC customers.
- John Peyton is working on the signage.
  - o Sign templates have been drafted and we will review after they come back from Reprographics
  - o Sign sizes are:
    - § 8.5"x11" Door signs to go inside the magnetic holders we distributed separately
    - § 18"x24" sign on corplast to go in front of the offices
    - § 36"x60" banner to go on the buildings
  - o John will provide an instruction sheet along with the sign templates
  - o You will need to get the signs produced locally
- Reporting Requirements
  - o We will continue with the Friday afternoon EIC report for this week.  I will send this out as usual.
  - o I would like you to collect information on inquiries and issuances for this Saturday and send it to me using the current format
  - o Monday I will provide a consolidated report (from Friday and Saturday) and I will send it to the standard recipients
  - o Going forward, the information cut-off for the week will be Saturday, and the EIC Report will go out on Monday instead of Friday

I will keep you updated about any changes

v/r

*Tony Rodriguez*

Customer Operations Senior Manager – South and West
Driver License Division
Texas Department of Public Safety
tony.rodriguez@dps.texas.gov
512.424.5657 (O)
512.739.9709 (C)
512.424.5233 (F)



2:13-cv-193
09/02/2014
**DEF1543**
exhibitsticker.com

TEX0511378