| EIC Response |
|---|
| Open County Offices (North/East) |
| • 29x offices in the North/East area<br>• Staffing for the offices listed below:<br>    ○ MegaCenters – 5 employees<br>    ○ All other offices – 2 employees<br>• Hours are 10:00 – 2:00 PM<br>• We will design a banner here, but you will need to have them made locally (Find a sign maker now)<br>• The offices are open for EICs only |

| DPS Region | Counties | Offices |
|---|---|---|
| 1A | Dallas | • Carrolton<br>• Cedar Hill<br>• Dallas East<br>• Dallas Southwest<br>• Garland MegaCenter<br>• Garland<br>• Grand Prairie<br>• Irving |
| 1B | Collin | • McKinney<br>• Plano |
| | Denton | • Denton<br>• Lewisville |
| | Tarrant | • Arlington<br>• Ft Worth MegaCenter<br>• Fort Worth South<br>• Hurst<br>• Lake Worth |
| 2A | Harris | • Dacoma<br>• Gessner MegaCenter<br>• Grant Road<br>• ~~Townhurst~~: Refresh<br>• Vantage Parkway |
| | Fort Bend | • Rosenberg MegaCenter |
| 2B | Harris | • Baytown<br>• Houston-East<br>• Humble<br>• Pasadena<br>• Spring MegaCenter<br>• Webster<br>• Winkler |



2:13-cv-193
09/02/2014
DEF1544

TEX0511379

| EIC Response                                                                                                                                                                                                                                                                                                                          |||
|---|---|---|
| Open County Offices (South/West) |||
| <ul><li>20x Offices in the South/West area</li><li>Staffing for the offices listed below:<ul><li>MegaCenters – 5 employees</li><li>All other offices – 2 employees</li></ul></li><li>Hours are 10:00 – 2:00 PM</li><li>We will design a banner here, but you will need to have them made locally (Find a sign maker now)</li><li>The offices are open for EICs only</li></ul> |||
| **DPS Region** | **Counties** | **Offices** |
| 3 | Hidalgo | <ul><li>Edinburg</li><li>Mission</li><li>Weslaco</li></ul> |
| | Cameron | <ul><li>Brownsville</li><li>Harlingen</li></ul> |
| | Nueces | <ul><li>Corpus Christi</li></ul> |
| 4 | El Paso | <ul><li>Gateway</li><li>Hondo Pass</li><li>Northwest</li><li>Scott Simpson</li><li>~~Ft Bliss~~</li></ul> |
| 6A | Bexar | <ul><li>Leon Valley MegaCenter</li><li>Babcock</li><li>General Mac</li><li>San Antonio Southeast</li><li>Pat Booker</li></ul> |
| 6B | Travis | <ul><li>Austin-Northwest</li><li>Austin-South</li><li>Pflugerville MegaCenter</li></ul> |
| | Bell | <ul><li>~~Ft Hood~~</li><li>Killeen</li><li>Temple</li></ul> |