| | |
|---|---|
| **From:** | Mastracchio, JoeAnna |
| **To:** | Spinks, Margaret; Carlisle, Andrea; Peyton, John; Famiglietti, Christina; Myers, Bob; Garcia, Ricardo L(DL); Hale, Lynn; McCradic, Danielle |
| **CC:** | Buster, Marguerite |
| **Sent:** | 11/6/2013 2:30:23 PM |
| **Subject:** | FW: Voter ID appears to have trouble-free debut |

Please pass along the below comments of appreciation from the Director and Chief Bodisch. Job well done for all those that assisted in this effort. It was an amazing team effort…one that you should all be very proud of. I don't think anyone could have done it better!

*V/R Joe*

JoeAnna F. Mastracchio
*Dep. Asst. Director*
*Driver License Division*
*Texas Department of Public Safety*

joeanna.mastracchio@dps.texas.gov
o: 512-424-5415
c: 512-550-4784

---

**From:** Peters, Joe
**Sent:** Wednesday, November 06, 2013 2:04 PM
**To:** Watkins, Paul; Rodriguez, Tony; Bell, Stephen; Mastracchio, JoeAnna; Winkley, Salestus; Berkley, Johnnie; Carter, Thomas; Bergman, Kathy; Silva, Samuel; Valenzuela, Estella; Valdez, Tomas; Hubbard, Barbara; Garcia, Joseph
**Subject:** RE: Voter ID appears to have trouble-free debut

All,

Just wanted to be sure you all see Director McCraw's positive comments on the EIC effort by DLD staff. It goes without saying that the effort each of you and your staff put into the EIC task is sincerely appreciated by DPS leadership. Further, because of your work and obvious successes, not only in the EIC task but in making the Driver License experience faster and friendlier for our customers, DLD is enjoying heightened respect and admiration from the Office of the Secretary of State, the Office of the Governor, and key members of the Legislature.

Please express our thanks to all for a job well done and keep up the great work!

Joe Peters
Assistant Director
Texas Department of Public Safety
Driver License Division
P.O. Box 4087
Austin, TX  78773
Office: 512-424-5899
joe.peters@dps.texas.gov



2:13-cv-193
09/02/2014
**DEF1545**

TEX0511412

**From:** McCraw, Steven
**Sent:** Wednesday, November 06, 2013 7:17 AM
**To:** Bodisch, Robert; Peters, Joe; Watkins, Paul; Rodriguez, Tony; Cesinger, Katherine; MacBride, Cheryl; Baker, David
**Subject:** RE: Voter ID appears to have trouble-free debut

Amazing. As a result of highly competent employees and leaders within DL and their hard work, the Department somehow managed to turn a lose/lose situation into a win. Congratulations to our DL Team who made it happen while at the same time continuing to make DL improvements across the State. Thank you

---

**From:** Bodisch, Robert
**Sent:** Wednesday, November 06, 2013 6:47 AM
**To:** McCraw, Steven; Peters, Joe; Watkins, Paul; Rodriguez, Tony
**Cc:** Bodisch, Robert; Cesinger, Katherine
**Subject:** Voter ID appears to have trouble-free debut
**Importance:** High

The kind of headline I like to see. Hats off to our Driver License team who did an incredible job under very trying circumstances. They have much to be proud of.


VOTER ID CHANGES

# Voter ID appears to have trouble-free debut

By Kate Alexander **KALEXANDER@STATESMAN.COM**

Texas' new voter identification requirements presented little trouble during their first statewide test Tuesday, state and local election officials said.
The 2011 law, which was held up by years of legal wrangling, requires voters to present a valid photo ID, such as a driver's license, military ID, passport, concealed handgun license or state-issued election identification certificate.
Details on the number of voters who went to the polls Tuesday without proper identification will not be available until election officials examine the provisional ballots later this week.
But during early voting, only four Travis County voters filed provisional ballots because they lacked the necessary identification. In Hays County, no one had that issue.
Lisa Orr, who cast her ballot Tuesday evening in South Austin, didn't have any problem meeting the new requirements. She did, however, object strongly to the law and told the poll worker as much.
"There are a lot of people who might not drive and might not have the ID handy. It's unfair," Orr said.
Though people can get a separate state-issued ID, Orr said that extra step compounds the inconvenience of voting.
Central Texas election administrators say they worried most about elderly voters who no longer drive and have allowed their driver's license to expire. "I have to admit, I have some concerns about situations like that," said Hays County Elections Administrator Joyce Cowan. One 90-year-old Hays County voter showed up during early voting with a driver's license that had expired more than two months ago and thus could not vote.
But he had time to get a state-issued certificate; only 121 Texans have done so.
Williamson County Elections Administrator Jason Barnett shared Cowan's concern that some senior citizens might not have the current photo identification, but the county's voter education efforts seem to have averted that problem, he said.
"Everyone is coming prepared, and we haven't had any substantial issues at all," Barnett said.
Texas Attorney General Greg Abbott, a Republican who is running to replace Gov. Rick Perry in 2014, said critics had "run out of claims" about alleged hardships that the law, which is being challenged in court, would create.
Travis County Clerk Dana DeBeauvoir said Monday that this year's low-profile election was a good test run for the new requirements before contests with higher turnouts next year.
"I do think it's helpful that this particular group of voters, who tend to be our die-hard, vote-no-

matter-what group of voters, is our first batch that helps us implement voter ID," DeBeauvoir said.

CONTAINS MATERIAL FROM THE
ASSOCIATED PRESS.
CONTACT KATE ALEXANDER AT
512-445-3618.
TWITTER: @KATEALEXANDER



Voters Leonard and Sandra Kolanowski show their driver's licenses to election clerks Kelly Canon (left) and Grace Derbick at an Arlington polling place Tuesday.
BRAD LOPER / THE DALLAS MORNING NEWS

**Robert J. Bodisch**
**Assistant Director/Chief of Staff**
**Texas Homeland Security**
**Texas Department of Public Safety**
**P. O. Box 4087**
**Austin, Texas 78773**
**512-424-2368**
**robert.bodisch@dps.texas.gov**
**robert.bodisch.sle@dhs.sgov.gov**



TEX0511414