| | |
|---|---|
| **From:** | Myers, Bob |
| **To:** | Lopez, Elizabeth; McIntyre, Theresa; Ortega, Arturo; Ortega, Carlos Jr; Beck, Johnie; Carr, Tana; Carrillo, Annette; Cook, Richard; Delgado, Noemi; Dixon, Sonja; Fry, Morgan; Garcia, Yolanda; Harris, LaToya; Hidalgo, Angie; Mires, Robbie (Rob); Nowlin, Cristina; Pitzer, Kimberly; Player, Jacob; Robinson, Bethel; Schmidt, Wendy; Silva, Deanna; Stewart, Joanna; Weems, Angie; Arriaga, Laura; Boatman, Raymond; Boyd, Benita; Carrender, Jamey; Coleman, Nikita; Combs, Lee S; Cordell, Lisa; Creed, Heather; Darrow, Caryn; Decker, Leigh; Duke, Emily; Formoso, Bonnie; Fowler-Ockletree, Latresha; Franco, Maria; Garcia, Gabriela; Glover, BreAunna; Goff, Tammie; Gonzalez, Ann; Gonzalez, Teresa; Gracia, Michele; Hammett, Sheila; Haynes, Lawakah; Hinojos, Patricia; Huddleson, Lawrence; Jackson, Gwendolyn; Jenson, Sonia; Johnson, Tanika; Krauel, Carol; Lambert, Janeen; LeBlanc, Walter; Lego, Misty; Lindsey, Jessica A; Lopez, Liza; Lucio, Sandra; Magallanez, Diane; Martinez, Naida; Martinez, Veronica; Marves, Karen; McIver, Michael; Melott, Peggy; Miller, Shelley; Millican, Teresa; Navarro, Gilbert; Nunez, Erica; Nutting, Denise; Polo, Annalee; Rangel, Rosangelica; Reyes, Annette; Rose, Stephanie; Snow, Rhonda; Tan, Soo; Torres, Alma; Urcuyo, Karen; Valencia, Marina; Vargas-Moreno, Lisa; Villalobos, Luis; Williams, Devenn; Wilson, Teri |
| **CC:** | Rodriguez, Tony; Bell, Stephen; Mastracchio, JoeAnna; Hale, Lynn |
| **Sent:** | 6/24/2013 5:48:46 PM |
| **Subject:** | Election Certificate refresher |
| **Attachments:** | 32 Election certificate Question Answer 06212013.docx; 32 Job Aid Election Certificate.docx |

Hello All,

In order to ensure that all employees in all offices are prepared to issue the election certificates if the Department is given the go ahead, Lynn and I would like to schedule a Web ex for Tues. June 25th at 3:00 p.m. (CST) for all facilitators. We will be reviewing the election certificate training documents. Please alert your immediate supervisor about this session.

We've attached the documents with this email and ask that you take time to review them before the presentation and be prepared to share your questions (those not covered in the training documents) upon the conclusion of the training.

All supervisors were given training last Friday and if you participated in that session it will not be necessary for you to attend Tuesday's session.

The WebEx invitation will be sent tomorrow morning.

Thanks all.

Bob

Robert Myers,
Training Specialist V
Driver License Division
Texas Department of Public Safety

5805 N Lamar Blvd.
Austin, TX  78752

bob.myers@dps.texas.gov
Office: (512) 424-5538
Mobile:(512) 239-9256

We are creating a faster, easier and friendlier driver license experience and a safer Texas.

2:13-cv-193
09/02/2014
**DEF1546**