| | |
|---|---|
| **From:** | Cesinger, Katherine |
| **To:** | Peters, Joe; Arriaga, Amanda; Vinger, Tom |
| **CC:** | Murphy, Kathleen |
| **Sent:** | 9/30/2013 2:38:42 PM |
| **Subject:** | RE: EIC |

Good here too.

---

**From:** Peters, Joe
**Sent:** Monday, September 30, 2013 2:23 PM
**To:** Arriaga, Amanda; Cesinger, Katherine; Vinger, Tom
**Cc:** Murphy, Kathleen
**Subject:** RE: EIC

I don't see a problem with putting the EIC information on the AYLA website.

Joe

---

**From:** Arriaga, Amanda
**Sent:** Monday, September 30, 2013 2:16 PM
**To:** Peters, Joe; Cesinger, Katherine; Vinger, Tom
**Subject:** EIC

Joe, Kat and Tom,

The Austin Young Lawyers are interested in putting the EIC information on the AYLA website (www.ayla.org) to help spread the word about the availability of the EIC. I wanted to check in with y'all to make sure that you were ok with that, or to see if you had any heartburn with that request.

Thanks,
Amanda

---

**From:** Jacquelyn Wilson [mailto:Jacquelyn.Wilson@co.travis.tx.us]
**Sent:** Monday, September 30, 2013 2:03 PM
**To:** 'david@davidcourreges.com'; 'debbie@austinbar.org'; Arriaga, Amanda
**Subject:** FW: Locations and dates where people can obtain a free photo ID certificate...

Hello David, Debbie, & Amanda!

Attached is a flyer I received from Travis County about DPS providing Election Identification Certificates so that people can be appropriately identified to vote. (Also, here's the DPS story: http://www.txdps.state.tx.us/director_staff/media_and_communications/pr092413a.htm; and here is the Travis County website for voter ID information: http://keepcalmvoteon.com/)

The Travis County Clerk and Tax office staff will join DPS employees to help register voters, update registrations to create an exact name match, accept disability exemption documents, and answer any voter ID related questions voters may have. The dates are on the flyer and on the Travis County website.

Is this something AYLA can promote? Would it, at minimum, be appropriate to send out to the Board? And possibly link on the website?

Jacquelyn Wilson

2:13-cv-193
09/02/2014
DEF1547

TEX0511629

Staff Attorney
Travis County
Office of Parental Representation
P.O. Box 1748
Austin, Texas 78767
ph: (512) 854-7305
fax: (512) 854-7317

Confidentiality Notice: This e-mail is covered by the Electronic Communications Act, 18 U.S.C. 2510-2521 and is legally privileged. Unauthorized review, use, disclosure or distribution is strictly prohibited. If you are not the intended recipient, please contact the sender at 512-854-7305, or by reply e-mail, and destroy all copies of the original message. Thank you.

---

**From:** Mike Manor
**Sent:** Saturday, September 28, 2013 9:15 PM
**To:** Mike Manor
**Cc:** Mike Manor
**Subject:** Locations and dates where people can obtain a free photo ID certificate...

Cheryl Reese, CERA I VR Outreach Program Coordinator
Phone: (512) 854-9473 x33284 I Fax: (512) 854-4840 I Cheryl.Reese@co.travis.tx.us
Travis County Tax Office
Voter Registration Division

Find us on Facebook and Twitter for the latest voter registration updates.



Visit us online at www.traviscountytax.org.

---

**From:** Bruce Elfant
**Sent:** Friday, September 27, 2013 4:53 PM
**To:** Cheryl Reese
**Subject:** Photo ID flyer



# Bruce Elfant

Tax Assessor - Collector

Voter Registrar

# MEMORANDUM

TO:        Interested Parties
FROM:   Bruce Elfant, Travis County Tax Assessor-Collector and Voter Registrar
RE:        Voter ID Education Outreach Project
DATE:    September 27, 2013

According to the Secretary of State's Office as many as 34,000 Travis County voters may not possess the proper identification that will be needed in order to cast an in-person vote.  We don't know how many voters' names on the voter rolls don't match the photo ID they intend to use (now required), or how many voters with disabilities would qualify for exemptions from Voter ID requirements if they knew they could apply.

I am pleased to report that the Texas Department of Public Safety has agreed to provide **Election Identification Certificates** at community based locations for 4 days (see attachment) for Travis County voters who don't have the required photo identification in order to vote in person. County Clerk and Tax office staff will join DPS employees to help register voters, update registrations to create an exact name match, accept disability exemption documents and answer any voter ID related questions voters may have.

County Clerk Dana DeBeauvoir, Councilmember Mike Martinez and I will conduct a news conference  next Monday September 30 at 10:00am at the County Clerk's Training Room (5501 Airport Blvd.) to lay out our Voter ID educational outreach plan and encourage anyone with questions about Voter ID to visit one of the attached locations, go to the **KeepCalmVoteOn.com** website or call **512 238-VOTE.**

*This is where we need your help.*

*Beginning next Monday* we encourage you to distribute the attached flyer (electronically and otherwise) as widely as you are able.  I have also attached a comprehensive Voter ID fact sheet for your use.

We have no funds and very little time but with your help we will do everything we can to encourage as many voters as possible to fully understand what they will need to do in order to cast their votes.

Thank you to all our partners who have committed to help disseminate this important information.

Please do not hesitate to contact me at 512 854-9473 or Bruce.Elfant@co.travis.tx.us if you have any questions regarding the Voter ID statue or our efforts to fully inform our community.

Bruce Elfant I Travis County Tax Assessor-Collector & Voter Registrar
Phone: (512) 854-9473 I Bruce.Elfant@co.travis.tx.us
Travis County Tax Office



TEX0511631

Visit us online at www.traviscountytax.org



TEX0511632