# Phase III Plan

Equipment: CSRs will use the county equipment prepared in Phase II already located in the regions.

Unmet Needs:
None

Counties that have agreed to training:

| | | |
|---|---|---|
| Austin (17 October) | Mason | Terrell (14 October) |
| Cochran | Newton (17 October) | Trinity (17 October) |
| Falls | Shackelford | |
| Madison (17 October) | Stonewall | |

## Region 1A
<u>Camp County</u>
    Location: Camp County Annex Building, Pittsburg, TX
    Dates: October 18, 23, 24, 30, 31
    Times: 10-2

<u>Franklin County</u>
    Location: 502 E. Main, Mount Vernon, TX (JP Court)
    Dates: October 17, 23, 24, 30, 31
    Times: 10-2

## Region 1B
<u>Somervell County</u> Pending till County Officials back in office on Tuesday
    Location:
    Dates:

## Region 2A
All Counties trained or receiving training

## Region 2B
<u>Sabine County</u> Interested in TRAINING, Will Confirm by Tuesday, 10/15 (Training Scheduled 17 October)
    Location:
    Dates:

## Region 3
<u>Aransas County</u>
    Location: 301 N Live Oak, Rockport, TX 78382, Michelle Bennett 361-790-0122
    Dates: October 15



2:13-cv-193
09/02/2014
DEF1550

Edwards County
    Location: Rocksprings, Pending
    Dates: October 16

Kenedy County
    Location: Sarita, Pending
    Dates: October 15

Kinney County
    Location: Brackettville, Pending
    Dates: October 15

La Salle County
    Location: Cotulla, Pending
    Dates: October 15

Real County
    Location: Leaky, Pending
    Dates: October 17

**Region 4**
Borden County
    Location: 117 E Wassom, Gail, TX (County Courthouse)
    Dates: October 21, 22, 28, 29, November 4

Coke County
    Location: 13 East 7th ST, Robert Lee, TX (County Courthouse)
    Dates: October 21, 23, 28, November 4, 6

Concho County
    Location: 120 Paint Rock ST, Eden, TX 76837 (City Council Chambers)
    Dates: October 17, 18, 24, 31, November 8

Crockett County
    Location: Ozona, Pending
    Dates: October 22, 25, 29, November 1, 5

Glasscock County
    Location: 117 S Myrl, Garden City, TX (Glasscock Community Center)
    Dates: October 30, November 6, 7
    Notes: Community Requested to only come 3 days

Hudspeth County
    Location: Sierra Blanca, Pending
    Dates: October 21, 22, 23, 24, 25

TEX0511950

<u>Jeff Davis County</u>
 Location: 100 North State ST, Fort Davis, TX (County Courthouse THP Office)
 Dates: October 16, 18, 25, November 1, 8

<u>Loving County</u>
 Location: 100 Bell ST, Mentone, TX (Loving County Courthouse)
 Dates: October 21, 28
 Notes: Community requested we only come out 2 days

<u>Sterling County</u>
 Location: 609 4th AVE, Sterling City, TX (Sterling County Courthouse)
 Dates: October 25, 30, November 1, 5, 7

<u>Upton County</u>
 Location: Rankin, Pending
 Dates: October 31

 Location: McCamey, Pending
 Dates: October 30

**Region 5**
<u>Archer County</u> Added to Phase III Friday, October 11, 2013
 Location:
 Dates:

<u>Armstrong County</u>
 Location:
 Dates: October 21, 22, 23, 24, 25

<u>Briscoe County</u>
 Location:
 Dates: October 21, 22, 23, 24, 25

<u>Clay County</u>
 Location:
 Dates: October 21, 22, 23, 24, 25

<u>Collingsworth County</u>
 Location: 800 West AVE, Wellington, TX 79095 (County Courthouse) County Judge John James 806-447-5408
 Dates: October 21, 22, 23, 24, 25

<u>Dickens County</u>
 Location:
 Dates: October 28, 29, 30, 31, November 1

TEX0511951

Foard County
: Location: 110 South First Street, Crowell, Texas 79227, Sheriff's Office
: Dates: October 28, 29, 30, 31, November 1

Garza County
: Location:
: Dates: November 4, 5, 6, 7, 8

Hartley County
: Location:
: Dates: October 28, 29, 30, 31, November 1

Jack County Interested in TRAINING, Not yet confirmed
: Location:
: Dates: October 21, 22, 23, 24, 25

Kent County Interested in TRAINING, Not yet confirmed
: Location:
: Dates: October 21, 22, 23, 24, 25

King County Interested in Training, Waiting for confirmation Tuesday, October 15
: Location:
: Dates: October 21, 22, 23, 24, 25

Motley County
: Location:
: Dates: October 28, 29, 30, 31, November 1

Potter County
: Location: 900 S Polk ST, STE 320, Amarillo, TX 79101, Melynn Huntley 806-379-2299 (County Election Administrator number)
: Dates: November 4, 5, 6, 7, 8

Roberts County
: Location: 300 E Commercial, Miami, TX, DeAnn Williams, 806-868-3611
: Dates: October 21, 22, 23, 24, 25

Throckmorton County
: Location:
: Dates: October 28, 29, 30, 31, November 1

**Region 6A**
Goliad County
: Location: 329 Franklin, Goliad, TX, Michelle Garcia, 361-645-3354
: Dates: October 21, 22, 23, 24, 29

Jackson County
    Location: 115 W Main, Edna, TX, Barbara Williams, 361-782-3563
    Dates: October 21, 22, 23, 24, 29

Karnes County
    Location: 210 W Calvert AVE, Karnes City, TX, Karen Opiela, 830-780-2246
    Dates: October 30, 31, November 1, 4, 5

Bandera County
    Location: Pending return call from Election Administrator
    Dates: October 30, 31, November 1, 4, 5

**Region 6B**
Blanco County
    Location: Trinity Lutheran Church, 703 N Main Street, Blanco, TX 78606, Angie, 830-833-4771
    Dates: October 22, 23, 29, 30, November 5, 6

San Saba County
    Location: 423 E Wallace ST, San Saba, TX 76877, TX Health and Human Services, Tammy Branham, 512-556-4325
    Dates: October 22, 23, 29, 30, November 5, 6

TEX0511953