# Phase III Plan

Equipment: CSRs will use the county equipment prepared in Phase II already located in the regions.

Unmet Needs:
None

Counties that have agreed to training:

| | | |
|---|---|---|
| Austin | Mason | Terrell |
| Cochran | Newton | Trinity |
| Falls | Shackelford | |
| Madison | Stonewall | |

**Region 1A**
<u>Camp County</u>
    Location: Camp County Annex Building, Pittsburg, TX
    Dates: October 18, 23, 24, 30, 31
    Times: 10-2

<u>Franklin County</u>
    Location: 502 E. Main, Mount Vernon, TX (JP Court)
    Dates: October 17, 23, 24, 30, 31
    Times: 10-2

**Region 1B**
<u>Somervell County</u> Pending till County Officials back in office on Tuesday
    Location:
    Dates:

**Region 2A**
~~<u>Austin County</u>~~ TRAINING
    ~~Location: 804 E Wendt ST, Bellville, TX 77418, Marcus Pena, 979-865-8633~~
    ~~Dates:~~
    ~~Note: County closed for County Fair, Amelia will make contact on 10/14/13. Marcus will notify to the bus line to help seniors get to the office, will need to coordinate this with the dates.~~

**Region 2B**
<u>Sabine County</u> Interested in TRAINING, Will Confirm by Tuesday, 10/15
    Location:
    Dates:



Current as of 111952 October 2013    Phase III Plan    1

TEX0511956

**Region 3**

<u>Aransas County</u>
    Location: 301 N Live Oak, Rockport, TX 78382, Michelle Bennett 361-790-0122
    Dates: October 15

<u>Edwards County</u>
    Location: Rocksprings, Pending
    Dates: October 16

<u>Kenedy County</u>
    Location: Sarita, Pending
    Dates: October 15

<u>Kinney County</u>
    Location: Brackettville, Pending
    Dates: October 15

<u>La Salle County</u>
    Location: Cotulla, Pending
    Dates: October 15

<u>Real County</u>
    Location: Leaky, Pending
    Dates: October 17

**Region 4**

<u>Borden County</u>
    Location: 117 E Wassom, Gail, TX (County Courthouse)
    Dates: October 21, 22, 28, 29, November 4

<u>Coke County</u>
    Location: 13 East 7th ST, Robert Lee, TX (County Courthouse)
    Dates: October 21, 23, 28, November 4, 6

<u>Concho County</u>
    Location: 120 Paint Rock ST, Eden, TX 76837 (City Council Chambers)
    Dates: October 17, 18, 24, 31, November 8

<u>Crockett County</u>
    Location: Ozona, Pending
    Dates: October 22, 25, 29, November 1, 5

<u>Glasscock County</u>
    Location: 117 S Myrl, Garden City, TX (Glasscock Community Center)
    Dates: October 30, November 6, 7
    Notes: Community Requested to only come 3 days

Hudspeth County
    Location: Sierra Blanca, Pending
    Dates: October 21, 22, 23, 24, 25

Jeff Davis County
    Location: 100 North State ST, Fort Davis, TX (County Courthouse THP Office)
    Dates: October 16, 18, 25, November 1, 8

Loving County
    Location: 100 Bell ST, Mentone, TX (Loving County Courthouse)
    Dates: October 21, 28
    Notes: Community requested we only come out 2 days

Sterling County
    Location: 609 4th AVE, Sterling City, TX (Sterling County Courthouse)
    Dates: October 25, 30, November 1, 5, 7

Upton County
    Location: Rankin, Pending
    Dates: October 24

    Location: McCamey, Pending
    Dates: October 23

**Region 5**
Archer County Added to Phase III Friday, October 11, 2013
    Location:
    Dates:

Armstrong County
    Location:
    Dates: October 21, 22, 23, 24, 25

Briscoe County
    Location:
    Dates: October 21, 22, 23, 24, 25

Clay County
    Location:
    Dates: October 21, 22, 23, 24, 25

~~Cochran County~~
    ~~Location:~~ TRAINING
    ~~Dates: October 21, 22, 23, 24, 25~~

Collingsworth County
    Location: 800 West AVE, Wellington, TX 79095 (County Courthouse) County Judge John James 806-447-5408
    Dates: October 21, 22, 23, 24, 25

Dickens County
    Location:
    Dates: October 28, 29, 30, 31, November 1

Foard County
    Location: 110 South First Street, Crowell, Texas 79227, Sheriff's Office
    Dates: October 28, 29, 30, 31, November 1

Garza County
    Location:
    Dates: November 4, 5, 6, 7, 8

Hartley County
    Location:
    Dates: October 28, 29, 30, 31, November 1

Jack County Interested in TRAINING, Not yet confirmed
    Location:
    Dates: October 21, 22, 23, 24, 25

Kent County Interested in TRAINING, Not yet confirmed
    Location:
    Dates: October 21, 22, 23, 24, 25

King County Interested in Training, Waiting for confirmation Tuesday, October 15
    Location:
    Dates: October 21, 22, 23, 24, 25

Motley County
    Location:
    Dates: October 28, 29, 30, 31, November 1

Potter County
    Location: 900 S Polk ST, STE 320, Amarillo, TX 79101, Melynn Huntley 806-379-2299 (County Election Administrator number)
    Dates: November 4, 5, 6, 7, 8

Roberts County
    Location: 300 E Commercial, Miami, TX, DeAnn Williams, 806-868-3611
    Dates: October 21, 22, 23, 24, 25

TEX0511959

~~Shackelford County Interested in Training~~
~~Location: Mandy Graham, 325-762-2232 x6~~
~~Dates: October 21, 22, 23, 24, 25~~

~~Stonewall County~~
~~Location:~~
~~Dates: October 28, 29, 30, 31, November 1~~

Throckmorton County
Location:
Dates: October 28, 29, 30, 31, November 1

**Region 6A**
Goliad County (Interested in Training)
Location: 329 Franklin, Goliad, TX, Michelle Garcia, 361-645-3354
Dates: October 21, 22, 23, 24, 29

Jackson County
Location: 115 W Main, Edna, TX, Barbara Williams, 361-782-3563
Dates: October 21,22,23,24,29

Karnes County
Location: 210 W Calvert AVE, Karnes City, TX, Karen Opiela, 830-780-2246
Dates: October 30, 31, November 1, 4, 5

Bandera County
Location: Pending return call from Election Administrator
Dates: October 30, 31, November 1, 4, 5

**Region 6B**
Blanco County Chose Not to Participate Need State Office Space
Location: Johnson City, Pending
Dates: October 24, 25, 31, November 1, 7, 8

San Saba County
Location: San Saba, Pending
Dates: October 22, 23, 29, 30, November 5, 6

TEX0511960