**From:** Silva, Samuel
**Sent:** Friday, January 31, 2014 9:04 AM
**To:** Watkins, Paul; Rodriguez, Tony; Krueger, Kristopher
**Cc:** Hale, Lynn; Myers, Bob; Flores, Maria; Rivas, Maria
**Subject:** FW: Kinney County EIC Mobile Unit 72 A B

Fyi...

*DLD Vision: We are creating a faster, easier, and friendlier driver license experience and a safer Texas.*
*Samuel J. Silva*
*Driver License Regional Manager*
*O: (956) 565-7210*
*M: (956) 369-4517*

**From:** Hale, Lynn
**Sent:** Thursday, January 30, 2014 4:43 PM
**To:** Nowlin, Cristina; Silva, Samuel
**Cc:** Flores, Maria; Rivas, Maria
**Subject:** RE: Kinney County EIC Mobile Unit 72 A B

Awesome Chris! Thanks for the perfectly detailed info Everything we needed!

**From:** Nowlin, Cristina
**Sent:** Thursday, January 30, 2014 4:29 PM
**To:** Hale, Lynn; Silva, Samuel
**Cc:** Flores, Maria; Rivas, Maria
**Subject:** Kinney County EIC Mobile Unit 72 A B

Good Afternoon,
Kinney County Mobile Unit 72 has been delivered. All of the equipment has been accounted for and signed for. The training was a success and the Kinney County staff is excited and ready to issue Election Certificates. Enclosed you will find the training roster, the user acknowledgement and acceptance forms, the EIC inventory list and the evaluations. This equipment will be secured in the Kinney County Clerk's Office, located at 501 S. Ann Street, and the contact person is Dora Sandoval, County Clerk. Del Rio Trooper Sergio Gomez will be the contact for Kinney County. He will pick up the flash drive and deliver it to the Del Rio Driver License office for processing.
Thank You,

*Cristina F. Nowlin*
*Customer Service Representative V*
*Driver License Division 3A07*
*Phone: 830-773-5050*
*Cell: 830-513-6024*
*cristina.nowlin@dps.texas.gov*

2:13-cv-193
09/02/2014
DEF1552

TEX0524139

**ELECTION IDENTIFICATION CERTIFICATE TRAINING ROSTER**

DATE: 01/30/14　　LOCATION: Kinney County Brackettville

Please print clearly

| NAME | CITY | COUNTY | EMAIL | PHONE NUMBER |
|---|---|---|---|---|
| Dora E Sandoval | Brackettville | Texas | keeler@hotmail.com | 830-563-2521 |
| Isela Ramon | Brackettville | Texas | iselaramon@att.net | 830-563-2529 |
| Ashley N Sandoval | Brackettville | Texas | tat7736@yahoo.com | 830-563-2521 |

TEXAS DEPARTMENT OF PUBLIC SAFETY

TEX0524140

## User Acknowledgement and Acceptance

The user understands and agrees they are accountable for safeguarding data collected, stored and processed for the issuance of the Election Identification Certificate and that they may be held liable in administrative, civil, or criminal proceedings for any unauthorized actions found to be intentional, malicious, or negligent.

I certify by my signature below that I have read and fully understand this document and agree to comply with its contents.

*Ashley N Sandoval*             *Ashley N Sandoval*        1-30-14
Printed Name of User             Signature of User          Date

County Appendix H

TEX0524141

## User Acknowledgement and Acceptance

The user understands and agrees they are accountable for safeguarding data collected, stored and processed for the issuance of the Election Identification Certificate and that they may be held liable in administrative, civil, or criminal proceedings for any unauthorized actions found to be intentional, malicious, or negligent.

I certify by my signature below that I have read and fully understand this document and agree to comply with its contents.

| Isela Ramon | *Isela Ramon* | 1-30-14 |
|---|---|---|
| Printed Name of User | Signature of User | Date |

County Appendix H

## User Acknowledgement and Acceptance

The user understands and agrees they are accountable for safeguarding data collected, stored and processed for the issuance of the Election Identification Certificate and that they may be held liable in administrative, civil, or criminal proceedings for any unauthorized actions found to be intentional, malicious, or negligent.

I certify by my signature below that I have read and fully understand this document and agree to comply with its contents.

| Dora Elia Sandoval | Dora Elia Sandoval | 1-30-14 |
|---|---|---|
| Printed Name of User | Signature of User | Date |

County Appendix H

TEX0524143

01-30-'14 16:46 FROM-DESKinneyCoDistClerk  8305632644  T-407  P0001/0001 F-895

## EIC MOBILE LITE UNIT

UNIT # 72 A&B  COUNTY NAME: KINNEY

| CHECK | TUB A/B | QUANTITY | ITEM |
|---|---|---|---|
| ✓ | A | 1 | 3 IN 1 SCANNER, POWER CORD & USB CONNECTOR |
| ✓ | A | 1 | INK CARTRIDGE |
| ✓ | A | 1 | BLUE SCREEN |
| ✓ | A | 1 | SCREEN HOLDER |
| ✓ | A | 1 | SCREEN TRIPOD |
| ✓ | B | 1 | LAPTOP & MOUSE |
| ✓ | B | 1 | LAPTOP BAG |
| ✓ | B | 5 | FLASH DRIVES # ___A___ & # ___B___ # ___C___ # ___D___ # ___E___ |
| ✓ | B | 1 | CAMERA |
| ✓ | B | 1 | POWER STRIP |
| ✓ | B | 1 | CAMERA TRIPOD & CASE |
| ✓ | A | 2 | BUNGIE CORDS |
| ✓ | B | 1 | USB CORD |
| ✓ | A | 1 | BANNER |
| ✓ | B | | FOLDERS: 100 EACH OF DL-14C & DL-14CS & DL-174  25 EACH - EIC DAILY TRACKING LOG  TX EIC STATISTIC TRACKING SHEET  EIC DAILY VERIFICATION LOG |
| ✓ | | 1 | DOLLY (PUSH CART) |
| ✓ | A | 1 PACKAGE | SIGNATURE CARDS |
| ✓ | A | 1 | CLIPBOARD |
| ✓ | A | 1 BAG | CABLE TIES |
| ✓ | B | 1 BOX | COMMAND HOOKS |
| ✓ | B | 1 BOX | COMMAND STRIPS |
| ✓ | A | 4 ROLLS | TAPE |
| ✓ | | 2 | TOTES WITH LIDS |

| LAPTOP SERIAL NUMBER | 77CP3X1 | | |
|---|---|---|---|
| CAMERA SERIAL NUMBER | 6520060033879 | | |
| 3 IN 1 SCANNER SERIAL NUMBER | CN 375334 BZ | | |

I, Dora Elia Sandoval _____ CERTIFY THAT ALL ITEMS LISTED IN THE ABOVE LOG ARE CONTAINED IN THE TWO CONTAINERS.

SIGNATURE  Dora Elia Sandoval
DATE  1-30-14
TIME  2:45 p.m
WITNESS  [signature] 7407
DATE  1-30-14
TIME  2:45 PM

BOX ___ OF 2

TEX0524144

**Instructors:** Cristina Nowlin
**Course:** Texas County Clerk EIC Training
**Training Site:** Kinney Co. Clerks Office
**Date:** 1-30-14

**Texas Department of Public Safety**
**Driver License Division**
**Policy and Business Improvement**

| Ratings | A = Very Good | B = Good | C = Moderate | D = Poor |

**1. Learning Environment:** In your own words, tell us about environment.

A - Very Good

Enter your overall rating letter here → A

**2. Organization:** In your own words, tell us about the clarity of your Instructor's explanations and the training material. Was the training material easy to understand?

Yes, the material was perfect. We could follow instruction very easily.

Enter your overall rating letter here → A

**3. Improvement:** In your own words, tell us what you think could be improved about this instruction or what you thought went well.

No improvements. Did good job.

Enter your overall rating letter here → A

**4. Individual Rapport:** In your own words, tell us about your Instructor's genuine interest in students, making students feel welcome, offering help/advice and overall friendliness towards students.

She was very pleasant. Great instructor

Enter your overall rating letter here → A

**5. Relevance:** In your own words, tell us how this training will assist you in preparing for your processing Election Identification Certificates.

The material given to us was very through. It will be very easy to follow instruction.

Enter your overall rating letter here →

**7. Additional Comments**

Enjoyed it. Very interesting. Looking forward to getting first customer

**Instructors:** Chris Nowlin
**Course:** Texas County Clerk EIC Training
**Training Site:** Kinney County Clerk's Office
**Date:** 1-30-14

**Texas Department of Public Safety**
Driver License Division
Policy and Business Improvement

| Ratings | A = Very Good | B = Good | C = Moderate | D = Poor |

**1. Learning Environment:** In your own words, tell us about environment.

A - Very Informative.

Enter your overall rating letter here → A++

**2. Organization:** In your own words, tell us about the clarity of your Instructor's explanations and the training material. Was the training material easy to understand?

A - Very thorough and explained everything very well.

Enter your overall rating letter here → A++

**3. Improvement:** In your own words, tell us what you think could be improved about this instruction or what you thought went well.

Nothing needs improvement. Very friendly and made me feel comfortable about learning something new.

Enter your overall rating letter here →

**4. Individual Rapport:** In your own words, tell us about your Instructor's genuine interest in students, making students feel welcome, offering help/advice and overall friendliness towards students.

Interested and involved in the learning process

Enter your overall rating letter here → A++

**5. Relevance:** In your own words, tell us how this training will assist you in preparing for your processing Election Identification Certificates.

Better understand the whole process.

Enter your overall rating letter here → A++

**7. Additional Comments**

Thanks! Did a great job.

If you need additional space, please use the back of this page

TEX0524146

**Instructors:** Christina Nowlin
**Course:** Texas County Clerk EIC Training
**Training Site:** Kinney County Clerk
**Date:** 1-30-14

**Texas Department of Public Safety**
**Driver License Division**
**Policy and Business Improvement**

**Ratings**   A = Very Good   B = Good   C = Moderate   D = Poor

**1. Learning Environment:** In your own words, tell us about environment.

It was a good and thorough. She was informative and nice

Enter your overall rating letter here → A

**2. Organization:** In your own words, tell us about the clarity of your Instructor's explanations and the training material. Was the training material easy to understand?

Very easy to understand, she walked us through everything and material was great.

Enter your overall rating letter here → A

**3. Improvement:** In your own words, tell us what you think could be improved about this instruction or what you thought went well.

I think that it went well and that she was patient and able to ~~ask~~ answer all questions.

Enter your overall rating letter here → A

**4. Individual Rapport:** In your own words, tell us about your Instructor's genuine interest in students, making students feel welcome, offering help/advice and overall friendliness towards students.

She was friendly, helpful, took her time, did not feel rushed. When I asked a question she was able to answer.

Enter your overall rating letter here → A

**5. Relevance:** In your own words, tell us how this training will assist you in preparing for your processing Election Identification Certificates.

It will show us the proper way to process ID's.

Enter your overall rating letter here → A

**7. Additional Comments**

If you need additional space, please use the back of this page.