

# Driver License Regional Monthly Review

Region 2B: East Houston April 2013

## Customer Volume and Average Waits

## Performance by Transaction Type

| OfficeName | Customer Volume: Replace & Renew | Customer Volume: Originals | Customer Volume: Other Types | Avg. Wait Time in Minutes: Replace & Renew | Avg. Wait Time in Minutes: Originals | Avg. Wait Time in Minutes: Other Types |
|---|---|---|---|---|---|---|
| Baytown | 9,006 | 4,651 | 3,911 | 40 | 62 | 40 |
| Beaumont | 10,524 | 3,849 | 2,949 | 51 | 59 | 32 |
| Clear Lake | 14,016 | 6,273 | 4,612 | 46 | 63 | 36 |
| Conroe | 10,261 | 5,074 | 3,986 | 29 | 37 | 26 |
| Houston - East | 8,063 | 5,356 | 5,529 | 46 | 63 | 56 |
| Houston - Winkler | 13,198 | 6,258 | 9,319 | 46 | 53 | 49 |
| Humble | 12,071 | 6,454 | 3,299 | 64 | 79 | 42 |
| Pasadena | 10,988 | 6,122 | 3,192 | 53 | 74 | 41 |
| Texas City | 9,735 | 4,189 | 2,693 | 30 | 39 | 37 |

## Regional Map

2:13-cv-193
09/02/2014
DEF1556
exhibitsticker.com