

# Driver License Regional Monthly Review

Region 3: South Texas April 2013

## Customer Volume and Average Waits

Year
2012 2013

## Performance by Transaction Type

| OfficeName | Customer Volume | | | Avg. Wait Time in Minutes | | |
|---|---|---|---|---|---|---|
| | Replace & Renew | Originals | Other Types | Replace & Renew | Originals | Other Types |
| Brownsville | 12,457 | 4,601 | 3,204 | 23 | 27 | 21 |
| Corpus Christi | 14,525 | 6,641 | 7,012 | 18 | 28 | 27 |
| Laredo | 13,752 | 6,691 | 5,398 | 14 | 21 | 23 |
| Weslaco | 11,268 | 6,325 | 4,091 | 26 | 38 | 42 |

## Regional Map

2:13-cv-193
09/02/2014
DEF1557
exhibitsticker.com

TEX0524152