Case 2:13-cv-00193   Document 777-37   Filed on 11/19/14 in TXSD   Page 1 of 1



TEX0524153