

2:13-cv-193 09/02/2014 DEF1559

TEX0524154