

2:13-cv-193
09/02/2014
**DEF1560**

TEX0524155