

**Driver License Regional Monthly Review**     Mega Centers     April 2013

## Customer Volume and Average Waits



## Performance by Transaction Type

| Office | Customer Volume | | | Avg Wait Time in Minutes | | |
|---|---|---|---|---|---|---|
| | Replace & Renew | Originals | Other Types | Replace & Renew | Originals | Other Types |
| Fort Worth | 4,285 | 2,856 | 6,192 | 8 | 14 | 8 |
| Garland | 5,546 | 4,053 | 4,317 | 8 | 13 | 11 |
| Leon Valley | 6,536 | 4,463 | 4,141 | 5 | 9 | 4 |
| Pflugerville | 6,131 | 3,862 | 3,457 | 12 | 16 | 11 |
| Rosenberg | 7,977 | 4,155 | 4,224 | 9 | 17 | 11 |
| Spring | 6,526 | 4,136 | 5,685 | 20 | 34 | 16 |

## Mega Center Map



About Tableau maps: www.tableausoftware.com/mapdata

2:13-cv-193  09/02/2014  DEF1562