

## Driver License Regional Monthly Review
Region 1B: Fort Worth Area   May 2013
Year: 2012, 2013

### Customer Volume and Average Waits

### Performance by Transaction Type

| OfficeName | Customer Volume | | | Avg. Wait Time in Minutes | | |
|---|---|---|---|---|---|---|
| | Replace & Renew | Originals | Other Types | Replace & Renew | Originals | Other Types |
| Arlington | 15,385 | 6,391 | 4,604 | 27 | 40 | 26 |
| Denton | 11,132 | 4,332 | 5,580 | 34 | 42 | 27 |
| Fort Worth | 21,251 | 10,204 | 4,500 | 19 | 32 | 27 |
| Hurst | 25,383 | 9,000 | 7,987 | 37 | 39 | 20 |
| Lake Worth | 17,603 | 6,909 | 4,485 | 21 | 28 | 21 |
| Lewisville | 13,704 | 5,819 | 5,284 | 22 | 34 | 20 |
| McKinney | 15,275 | 9,156 | 3,806 | 26 | 35 | 21 |
| Plano | 24,773 | 10,222 | 16,308 | 34 | 46 | 33 |
| Waxahachie | 8,130 | 3,754 | 5,497 | 18 | 27 | 21 |

### Regional Map

Offices with Queuing Solution ● / Other Offices ●

2:13-cv-193
09/02/2014
**DEF1564**

TEX0524159