

# Driver License Regional Monthly Review

Region 4: West Texas

May 2013

## Customer Volume and Average Waits

## Performance by Transaction Type

| OfficeName | Customer Volume: Replace & Renew | Customer Volume: Originals | Customer Volume: Other Types | Avg. Wait Time in Minutes: Replace & Renew | Avg. Wait Time in Minutes: Originals | Avg. Wait Time in Minutes: Other Types |
|---|---|---|---|---|---|---|
| El Paso - Gateway | 15,994 | 7,657 | 3,690 | 36 | 33 | 19 |
| El Paso - Hondo Pa.. | 9,940 | 5,916 | 2,669 | 32 | 32 | 24 |
| El Paso - Northwest | 8,903 | 4,262 | 3,839 | 26 | 26 | 15 |
| El Paso - Scott Sim.. | 15,278 | 6,393 | 4,060 | 30 | 32 | 24 |
| Midland | 8,975 | 5,612 | 2,734 | 51 | 74 | 63 |
| Odessa | 10,392 | 5,592 | 3,957 | 34 | 52 | 40 |
| San Angelo | 9,137 | 3,253 | 2,632 | 9 | 18 | 16 |

## Regional Map

2:13-cv-193
09/02/2014
DEF1568
exhibitsticker.com

TEX0524163