Case 2:13-cv-00193   Document 778-11   Filed on 11/19/14 in TXSD   Page 1 of 1



2:13-cv-193
09/02/2014
DEF1571