

**Driver License Regional Monthly Review**      Mega Centers      May 2013

## Customer Volume and Average Waits



## Performance by Transaction Type

| Office | Customer Volume | | | Avg Wait Time in Minutes | | |
|---|---|---|---|---|---|---|
| | Replace & Renew | Originals | Other Types | Replace & Renew | Originals | Other Types |
| Fort Worth | 4,946 | 2,932 | 6,236 | 13 | 17 | 13 |
| Garland | 6,307 | 4,322 | 5,409 | 10 | 16 | 10 |
| Houston - Gessner | 5,479 | 3,136 | 2,681 | 22 | 54 | 27 |
| Leon Valley | 7,991 | 4,434 | 2,891 | 5 | 8 | 4 |
| Pflugerville | 7,645 | 4,157 | 4,014 | 14 | 20 | 13 |
| Rosenberg | 8,495 | 3,984 | 4,357 | 10 | 16 | 13 |
| Spring | 7,190 | 3,891 | 5,900 | 24 | 39 | 25 |

## Mega Center Map



About Tableau maps: www.tableausoftware.com/mapdata

2:13-cv-193
09/02/2014
**DEF1572**
exhibitsticker.com