# Driver License Regional Monthly Review

Region 1A: Dallas Area    June 2013

## Customer Volume and Average Waits

Year: 2012, 2013



## Performance by Transaction Type

| OfficeName | Customer Volume | | | Avg. Wait Time in Minutes | | |
|---|---|---|---|---|---|---|
| | Replace & Renew | Originals | Other Types | Replace & Renew | Originals | Other Types |
| Carrollton | 4,748 | 2,823 | 3,087 | 8 | 25 | 40 |
| Cedar Hill | 2,602 | 2,213 | 2,565 | 9 | 19 | 55 |
| Dallas - East | 4,701 | 3,411 | 2,514 | 13 | 35 | 16 |
| Dallas - Southwest | 3,017 | 2,824 | 2,280 | 29 | 34 | 34 |
| Garland | 3,019 | 1,906 | 2,324 | 15 | 30 | 31 |
| Grand Prairie | 2,541 | 1,927 | 1,515 | 18 | 39 | 38 |
| Irving | 2,997 | 2,285 | 3,479 | 5 | 15 | 22 |
| Longview | 1,931 | 1,093 | 818 | 34 | 32 | 32 |
| Tyler | 2,179 | 1,270 | 1,296 | 13 | 21 | 20 |

## Regional Map

Offices With Queuing Solution / Other Offices

2:13-cv-193
09/02/2014
DEF1573

TEX0524168