

# Driver License Regional Monthly Review

Region 2B: East Houston June 2013

## Average Waits and Customer Volume

## Performance by Transaction Type

| OfficeName | Customer Volume | | | Avg. Wait Time in Minutes | | |
|---|---|---|---|---|---|---|
| | Replace & Renew | Originals | Other Types | Replace & Renew | Originals | Other Types |
| Baytown | 1,872 | 1,105 | 2,068 | 23 | 50 | 26 |
| Beaumont | 2,149 | 855 | 1,511 | 24 | 45 | 34 |
| Clear Lake | 3,179 | 2,291 | 1,870 | 19 | 69 | 12 |
| Conroe | 2,429 | 1,148 | 1,747 | 14 | 31 | 18 |
| Houston - East | 1,925 | 1,774 | 1,922 | 25 | 58 | 43 |
| Houston - Winkler | 2,893 | 1,737 | 3,149 | 13 | 26 | 21 |
| Humble | 2,730 | 1,980 | 1,735 | 16 | 38 | 24 |
| Pasadena | 2,644 | 1,990 | 1,590 | 15 | 34 | 25 |
| Texas City | 2,262 | 1,528 | 1,901 | 16 | 33 | 26 |

## Regional Map

2:13-cv-193
09/02/2014
DEF1576
exhibitsticker.com