## Driver License Regional Monthly Review

Region 5: Panhandle          June 2013



**Average Waits and Customer Volume**

Year: 2012 / 2013

### Performance by Transaction Type

| OfficeName | Customer Volume | | | Avg. Wait Time in Minutes | | |
|---|---|---|---|---|---|---|
| | Replace & Renew | Originals | Other Types | Replace & Renew | Originals | Other Types |
| Abilene | 1,609 | 636 | 1,453 | 16 | 16 | 26 |
| Amarillo | 2,821 | 1,261 | 2,440 | 18 | 27 | 32 |
| Lubbock | 3,063 | 1,118 | 2,250 | 28 | 31 | 30 |
| Wichita Falls | 1,616 | 560 | 808 | 9 | 15 | 12 |

**Regional Map**

2:13-cv-193
09/02/2014
DEF1579
www.exhibitsticker.com

TEX0524174