

**Driver License Regional Monthly Review**  Mega Centers    June 2013

## Average Waits and Customer Volume



## Performance by Transaction Type

| Office | Customer Volume | | | Avg Wait Time in Minutes | | |
| --- | --- | --- | --- | --- | --- | --- |
| | Replace & Renew | Originals | Other Types | Replace & Renew | Originals | Other Types |
| Fort Worth | 4,893 | 3,440 | 6,389 | 17 | 28 | 19 |
| Garland | 6,455 | 5,749 | 6,188 | 16 | 28 | 14 |
| Houston - Gessner | 11,379 | 8,364 | 6,351 | 33 | 101 | 43 |
| Leon Valley | 7,586 | 5,038 | 2,983 | 10 | 18 | 5 |
| Pflugerville | 6,867 | 4,981 | 4,084 | 17 | 25 | 18 |
| Rosenberg | 8,135 | 5,262 | 4,681 | 25 | 42 | 32 |
| Spring | 6,585 | 4,694 | 6,488 | 47 | 76 | 43 |

## Mega Center Map



2:13-cv-193
09/02/2014
DEF1582
exhibitsticker.com

TEX0524177