
2:13-cv-193 09/02/2014 DEF1584