

# Driver License Regional Monthly Review

Region 2B: East Houston July 2013

## Average Waits and Customer Volume

## Performance by Transaction Type

| OfficeName | Customer Volume: Replace & Renew | Customer Volume: Originals | Customer Volume: Other Types | Avg. Wait Time in Minutes: Replace & Renew | Avg. Wait Time in Minutes: Originals | Avg. Wait Time in Minutes: Other Types |
|---|---|---|---|---|---|---|
| Baytown | 2,210 | 1,183 | 2,301 | 29 | 53 | 30 |
| Beaumont | 2,459 | 856 | 1,622 | 22 | 44 | 33 |
| Clear Lake | 3,962 | 2,688 | 2,033 | 53 | 59 | 16 |
| Conroe | 2,745 | 1,437 | 2,474 | 14 | 29 | 18 |
| Houston - East | 2,155 | 1,787 | 2,527 | 23 | 44 | 38 |
| Houston - Winkler | 3,094 | 1,976 | 3,555 | 20 | 36 | 36 |
| Humble | 2,782 | 2,285 | 2,309 | 20 | 55 | 30 |
| Pasadena | 2,959 | 2,117 | 1,951 | 17 | 29 | 25 |
| Texas City | 2,617 | 1,636 | 2,317 | 15 | 26 | 25 |

## Regional Map

2:13-cv-193
09/02/2014
DEF1586
exhibitsticker.com