

## Driver License Regional Monthly Review

Region 4: West Texas      July 2013

**Year**  2012  2013

### Average Waits and Customer Volume

### Performance by Transaction Type

| OfficeName | Customer Volume | | | Avg. Wait Time in Minutes | | |
|---|---|---|---|---|---|---|
| | Replace & Renew | Originals | Other Types | Replace & Renew | Originals | Other Types |
| El Paso - Gateway | 3,475 | 3,104 | 1,582 | 21 | 26 | 19 |
| El Paso - Hondo Pa.. | 2,126 | 1,998 | 1,399 | 14 | 14 | 30 |
| El Paso - Northwest | 1,835 | 1,305 | 2,311 | 14 | 14 | 7 |
| El Paso - Scott Sim.. | 3,055 | 1,794 | 2,217 | 21 | 27 | 20 |
| Midland | 2,086 | 1,379 | 2,663 | 22 | 35 | 34 |
| Odessa | 2,217 | 1,338 | 2,775 | 21 | 29 | 28 |
| San Angelo | 1,880 | 588 | 1,603 | 10 | 11 | 19 |

### Regional Map

Offices with Queuing Solution    Other Offices

2:13-cv-193
09/02/2014
DEF1588
exhibitsticker.com

TEX0524183