

**Driver License Regional Monthly Review** — Region 5: Panhandle — July 2013

Year: 2012, 2013

Average Waits and Customer Volume — Abilene, Amarillo, Lubbock, Wichita Falls

Performance by Transaction Type

| OfficeName | Customer Volume - Replace & Renew | Originals | Other Types | Avg. Wait Time in Minutes - Replace & Renew | Originals | Other Types |
|---|---|---|---|---|---|---|
| Abilene | 1,813 | 704 | 1,733 | 17 | 19 | 27 |
| Amarillo | 3,175 | 1,251 | 2,712 | 20 | 22 | 36 |
| Lubbock | 3,548 | 1,179 | 2,617 | 27 | 32 | 29 |
| Wichita Falls | 1,746 | 598 | 926 | 9 | 13 | 11 |

Regional Map — Offices with Queuing Solution / Other Offices

2:13-cv-193
09/02/2014
DEF1589

TEX0524184