

TEX0524185