

**Driver License Regional Monthly Review**     Mega Centers     July 2013

## Average Waits and Customer Volume



## Performance by Transaction Type

| Office | Customer Volume | | | Avg Wait Time in Minutes | | |
| --- | --- | --- | --- | --- | --- | --- |
| | Replace & Renew | Originals | Other Types | Replace & Renew | Originals | Other Types |
| Fort Worth | 5,432 | 3,841 | 7,840 | 14 | 27 | 15 |
| Garland | 7,083 | 6,583 | 7,169 | 16 | 29 | 15 |
| Houston - Gessner | 13,004 | 8,812 | 8,387 | 41 | 141 | 40 |
| Leon Valley | 9,082 | 6,325 | 3,570 | 15 | 27 | 4 |
| Pflugerville | 8,111 | 5,689 | 4,608 | 18 | 29 | 18 |
| Rosenberg | 9,250 | 5,970 | 5,035 | 33 | 59 | 45 |
| Spring | 7,617 | 5,365 | 7,138 | 42 | 69 | 46 |

## Mega Center Map



2:13-cv-193
09/02/2014
**DEF1592**

TEX0524187