

## Performance by Transaction Type

| OfficeName | Customer Volume | | | Avg. Wait Time in Minutes | | |
|---|---|---|---|---|---|---|
| | Replace & Renew | Originals | Other Types | Replace & Renew | Originals | Other Types |
| Baytown | 2,146 | 1,012 | 2,237 | 31 | 63 | 33 |
| Beaumont | 2,545 | 810 | 1,572 | 28 | 52 | 35 |
| Clear Lake | 3,924 | 2,661 | 1,907 | 66 | 80 | 26 |
| Conroe | 2,459 | 1,328 | 2,385 | 19 | 29 | 20 |
| Houston - East | 2,246 | 1,674 | 2,390 | 35 | 57 | 45 |
| Houston - Winkler | 3,096 | 1,868 | 3,662 | 31 | 53 | 50 |
| Humble | 2,853 | 2,033 | 2,379 | 23 | 62 | 30 |
| Pasadena | 2,904 | 2,113 | 2,026 | 23 | 35 | 27 |
| Texas City | 2,470 | 1,523 | 2,347 | 22 | 32 | 26 |

TEX0524191