

TEX0524192