

# Driver License Regional Monthly Review

Region 4: West Texas

August 2013

## Average Waits and Customer Volume

Year
2012 2013

## Performance by Transaction Type

| OfficeName | Customer Volume: Replace & Renew | Customer Volume: Originals | Customer Volume: Other Types | Avg. Wait Time in Minutes: Replace & Renew | Avg. Wait Time in Minutes: Originals | Avg. Wait Time in Minutes: Other Types |
|---|---|---|---|---|---|---|
| El Paso - Gateway | 3,651 | 3,517 | 1,840 | 19 | 20 | 18 |
| El Paso - Hondo Pa.. | 2,172 | 1,981 | 1,468 | 14 | 13 | 28 |
| El Paso - Northwest | 890 | 600 | 1,207 | 19 | 20 | 14 |
| El Paso - Scott Sim.. | 2,995 | 1,476 | 2,318 | 17 | 20 | 16 |
| Midland | 2,091 | 1,350 | 2,356 | 27 | 38 | 39 |
| Odessa | 2,260 | 1,363 | 2,782 | 27 | 32 | 32 |
| San Angelo | 1,850 | 559 | 1,683 | 11 | 13 | 18 |

## Regional Map

2:13-cv-193
09/02/2014
DEF1598
exhibitsticker.com