**Driver License Regional Monthly Review**          Mega Centers          August 2013

## Average Waits and Customer Volume



## Performance by Transaction Type

| Office | Customer Volume | | | Avg Wait Time in Minutes | | |
|---|---|---|---|---|---|---|
| | Replace & Renew | Originals | Other Types | Replace & Renew | Originals | Other Types |
| Fort Worth | 5,292 | 3,675 | 7,703 | 17 | 25 | 17 |
| Garland | 7,503 | 6,674 | 5,852 | 15 | 27 | 13 |
| Houston - Gessner | 12,619 | 8,676 | 7,968 | 61 | 123 | 44 |
| Leon Valley | 9,438 | 6,061 | 3,601 | 14 | 29 | 4 |
| Pflugerville | 8,182 | 5,896 | 5,209 | 21 | 33 | 22 |
| Rosenberg | 9,653 | 5,956 | 5,210 | 27 | 49 | 33 |
| Spring | 7,979 | 5,153 | 7,127 | 47 | 67 | 43 |

## Mega Center Map



2:13-cv-193 09/02/2014 DEF1602

TEX0524197