

**Driver License Regional Monthly Review** — Region 1B: Fort Worth Area     September 2013

### Performance by Transaction Type

| OfficeName | Customer Volume | | | Avg. Wait Time in Minutes | | |
|---|---|---|---|---|---|---|
| | Replace & Renew | Originals | Other Types | Replace & Renew | Originals | Other Types |
| Arlington | 3,318 | 1,215 | 2,194 | 25 | 37 | 30 |
| Denton | 2,010 | 962 | 1,297 | 49 | 55 | 45 |
| Fort Worth | 3,783 | 1,744 | 2,395 | 17 | 27 | 42 |
| Hurst | 4,933 | 1,604 | 3,066 | 19 | 31 | 29 |
| Lake Worth | 3,229 | 1,134 | 2,623 | 19 | 24 | 35 |
| Lewisville | 2,663 | 1,290 | 1,965 | 18 | 28 | 18 |
| McKinney | 2,927 | 1,872 | 1,573 | 34 | 31 | 20 |
| Plano | 4,081 | 1,961 | 5,918 | 40 | 50 | 39 |
| Waxahachie | 1,448 | 748 | 2,552 | 15 | 20 | 22 |

2:13-cv-193
09/02/2014
**DEF1604**

TEX0524199