

**Driver License Regional Monthly Review**   Region 2B: East Houston   September 2013

Year: 2012, 2013

## Average Waits and Customer Volume

Offices with Queuing Solution (green), Other Offices (gray)

### Performance by Transaction Type

| OfficeName | Customer Volume | | | Avg. Wait Time in Minutes | | |
|---|---|---|---|---|---|---|
| | Replace & Renew | Originals | Other Types | Replace & Renew | Originals | Other Types |
| Baytown | 2,023 | 817 | 2,003 | 33 | 50 | 36 |
| Beaumont | 2,210 | 702 | 1,434 | 19 | 36 | 33 |
| Clear Lake | 3,806 | 2,136 | 1,339 | 64 | 75 | 23 |
| Conroe | 2,291 | 1,022 | 2,102 | 15 | 28 | 20 |
| Houston - East | 2,097 | 1,375 | 2,576 | 22 | 49 | 45 |
| Houston - Winkler | 1,836 | 912 | 2,195 | 42 | 44 | 52 |
| Humble | 2,577 | 1,434 | 2,078 | 31 | 50 | 30 |
| Pasadena | 2,773 | 1,665 | 2,091 | 30 | 44 | 31 |
| Texas City | 2,164 | 1,301 | 1,406 | 18 | 20 | 22 |

2:13-cv-193
09/02/2014
DEF1606

TEX0524201