

## Driver License Regional Monthly Review — Region 5: Panhandle — September 2013

### Average Waits and Customer Volume

### Performance by Transaction Type

| OfficeName | Customer Volume | | | Avg. Wait Time in Minutes | | |
|---|---|---|---|---|---|---|
| | Replace & Renew | Originals | Other Types | Replace & Renew | Originals | Other Types |
| Abilene | 1,515 | 563 | 1,556 | 8 | 10 | 24 |
| Amarillo | 2,794 | 909 | 2,279 | 17 | 23 | 39 |
| Lubbock | 3,094 | 977 | 2,372 | 21 | 28 | 29 |
| Wichita Falls | 1,550 | 412 | 717 | 11 | 10 | 7 |

### Regional Map

Offices with Queuing Solution   Other Offices

2:13-cv-193
09/02/2014
DEF1609
exhibitsticker.com

TEX0524204