

## Driver License Regional Monthly Review

Mega Centers     September 2013

### Average Waits and Customer Volume



### Performance by Transaction Type

| Office | Customer Volume | | | Avg Wait Time in Minutes | | |
|---|---|---|---|---|---|---|
| | Replace & Renew | Originals | Other Types | Replace & Renew | Originals | Other Types |
| Fort Worth | 4,356 | 2,908 | 4,999 | 13 | 21 | 15 |
| Garland | 6,007 | 5,041 | 4,135 | 9 | 17 | 10 |
| Houston - Gessner | 13,654 | 6,918 | 7,464 | 70 | 113 | 42 |
| Leon Valley | 7,951 | 4,480 | 2,423 | 4 | 8 | 3 |
| Pflugerville | 6,682 | 4,302 | 3,314 | 9 | 12 | 9 |
| Rosenberg | 8,784 | 4,393 | 3,536 | 16 | 22 | 16 |
| Spring | 7,142 | 4,189 | 5,969 | 12 | 17 | 17 |

### Mega Center Map



About Tableau maps: www.tableausoftware.com/mapdata

2:13-cv-193
09/02/2014
DEF1612

TEX0524207