### Driver License Regional Monthly Review

Region 1A: Dallas Area       October 2013



## Performance by Transaction Type

| OfficeName | Customer Volume | | | Avg. Wait Time in Minutes | | |
|---|---|---|---|---|---|---|
| | Replace & Renew | Originals | Other Types | Replace & Renew | Originals | Other Types |
| Carrollton | 4,464 | 2,369 | 3,489 | 5 | 24 | 42 |
| Cedar Hill | 2,608 | 1,579 | 1,968 | 8 | 15 | 47 |
| Dallas - East | 4,478 | 2,542 | 2,812 | 17 | 38 | 16 |
| Dallas - Southwest | 3,266 | 2,173 | 2,025 | 27 | 33 | 39 |
| Garland | 3,439 | 1,448 | 2,497 | 15 | 22 | 31 |
| Grand Prairie | 2,445 | 1,259 | 1,686 | 8 | 34 | 47 |
| Irving | 2,999 | 1,779 | 3,601 | 5 | 17 | 36 |
| Longview | 2,013 | 988 | 799 | 6 | 8 | 14 |
| Tyler | 2,283 | 1,058 | 1,355 | 11 | 13 | 16 |

2:13-cv-193
09/02/2014
DEF1613

TEX0524208