


## Driver License Regional Monthly Review

Region 1B: Fort Worth Area    October 2013

Year: 2012, 2013

### Average Waits and Customer Volume

Renewal & Replacement Wait Time in Minutes (Target Wait: 30) — by office: Arlington, Denton, Fort Worth, Hurst, Lake Worth, Lewisville, McKinney, Plano, Waxahachie

### Performance by Transaction Type

| OfficeName | Customer Volume | | | Avg. Wait Time in Minutes | | |
|---|---|---|---|---|---|---|
| | Replace & Renew | Originals | Other Types | Replace & Renew | Originals | Other Types |
| Arlington | 3,382 | 1,381 | 2,327 | 21 | 30 | 30 |
| Denton | 2,304 | 961 | 1,707 | 32 | 41 | 42 |
| Fort Worth | 3,532 | 1,571 | 2,128 | 11 | 16 | 39 |
| Hurst | 5,279 | 1,665 | 2,383 | 21 | 30 | 33 |
| Lake Worth | 3,537 | 1,254 | 2,494 | 15 | 18 | 35 |
| Lewisville | 2,932 | 1,191 | 1,967 | 17 | 27 | 21 |
| McKinney | 3,151 | 1,843 | 1,582 | 26 | 30 | 18 |
| Plano | 4,689 | 2,166 | 5,079 | 39 | 43 | 31 |
| Waxahachie | 1,636 | 791 | 2,596 | 21 | 28 | 22 |

### Regional Map

Offices with Queuing Solution (green): Decatur, Denton, McKinney, Lewisville, Plano, Lake Worth, Hurst, Fort Worth Mega, Arlington, Fort Worth, Waxahachie
Other Offices (gray): Carrollton, Rockwall, Garland, Dallas - Downtown, Terrell, Greenville, Weatherford, Dallas - Southwest, Cedar Hill, Granbury

2:13-cv-193  09/02/2014  DEF1614