

# Driver License Regional Monthly Review

Region 2B: East Houston

October 2013

## Average Waits and Customer Volume

## Performance by Transaction Type

| OfficeName | Customer Volume | | | Avg. Wait Time in Minutes | | |
|---|---|---|---|---|---|---|
| | Replace & Renew | Originals | Other Types | Replace & Renew | Originals | Other Types |
| Baytown | 2,047 | 866 | 1,862 | 27 | 43 | 30 |
| Beaumont | 2,503 | 786 | 1,635 | 15 | 33 | 30 |
| Clear Lake | 3,690 | 2,266 | 1,477 | 40 | 46 | 20 |
| Conroe | 2,519 | 1,367 | 2,208 | 11 | 21 | 15 |
| Houston - East | 2,387 | 1,688 | 2,182 | 15 | 26 | 30 |
| Houston - Winkler | 3,114 | 1,641 | 3,141 | 20 | 23 | 30 |
| Humble | 2,919 | 1,925 | 1,970 | 25 | 49 | 29 |
| Pasadena | 2,610 | 1,577 | 2,095 | 19 | 24 | 22 |
| Texas City | 2,400 | 1,342 | 1,639 | 17 | 20 | 24 |

## Regional Map

2:13-cv-193
09/02/2014
DEF1617
exhibitsticker.com

TEX0524212