

## Driver License Regional Monthly Review

**Year** 2012 ■ 2013

Region 3: South Texas          October 2013

### Average Waits and Customer Volume

| | Brownsville | Corpus Christi | Laredo | Weslaco |

### Performance by Transaction Type

| OfficeName | Customer Volume | | | Avg. Wait Time in Minutes | | |
|---|---|---|---|---|---|---|
| | Replace & Renew | Originals | Other Types | Replace & Renew | Originals | Other Types |
| Brownsville | 2,930 | 1,054 | 2,508 | 22 | 23 | 19 |
| Corpus Christi | 3,785 | 1,564 | 3,161 | 16 | 20 | 30 |
| Laredo | 2,767 | 1,137 | 3,439 | 12 | 13 | 20 |
| Weslaco | 2,481 | 1,412 | 2,373 | 19 | 25 | 25 |

### Regional Map

■ Offices with Queuing Solution   ■ Other Offices

2:13-cv-193
09/02/2014
DEF1618
exhibitsticker.com

TEX0524213