

**Driver License Regional Monthly Review**     Mega Centers          October 2013

## Average Waits and Customer Volume



## Performance by Transaction Type

| Office | Customer Volume | | | Avg Wait Time in Minutes | | |
|---|---|---|---|---|---|---|
| | Replace & Renew | Originals | Other Types | Replace & Renew | Originals | Other Types |
| Fort Worth | 4,570 | 2,986 | 5,263 | 14 | 20 | 15 |
| Garland | 7,020 | 5,230 | 4,698 | 16 | 27 | 15 |
| Houston - Gessner | 12,098 | 7,731 | 7,325 | 27 | 66 | 25 |
| Leon Valley | 7,951 | 4,298 | 2,986 | 4 | 8 | 3 |
| Pflugerville | 6,845 | 4,527 | 5,230 | 7 | 11 | 7 |
| Rosenberg | 8,494 | 4,683 | 4,620 | 9 | 11 | 8 |
| Spring | 7,064 | 4,443 | 5,909 | 12 | 16 | 14 |

## Mega Center Map



About Tableau maps: www.tableausoftware.com/mapdata

2:13-cv-193
09/02/2014
DEF1623

TEX0524218