

Driver License Regional Monthly Review — Region 2A: West Houston — November 2013