

# Driver License Regional Monthly Review

Region 2B: East Houston

November 2013

## Average Waits and Customer Volume

Year
2012
2013

## Performance by Transaction Type

| OfficeName | Customer Volume | | | Avg. Wait Time in Minutes | | |
|---|---|---|---|---|---|---|
| | Replace & Renew | Originals | Other Types | Replace & Renew | Originals | Other Types |
| Baytown | 1,693 | 641 | 1,356 | 18 | 29 | 25 |
| Beaumont | 2,132 | 522 | 1,182 | 23 | 26 | 33 |
| Clear Lake | 3,129 | 1,616 | 1,137 | 40 | 44 | 23 |
| Conroe | 2,275 | 1,037 | 1,711 | 10 | 18 | 14 |
| Houston - East | 2,050 | 1,243 | 1,690 | 13 | 27 | 30 |
| Houston - Winkler | 2,407 | 1,278 | 2,307 | 30 | 35 | 37 |
| Humble | 2,554 | 1,322 | 1,549 | 31 | 51 | 29 |
| Pasadena | 2,178 | 1,045 | 1,517 | 27 | 30 | 24 |
| Texas City | 2,047 | 1,103 | 1,249 | 18 | 22 | 25 |

## Regional Map

2:13-cv-193
09/02/2014
DEF1627
exhibitsticker.com

TEX0524222