

# Driver License Regional Monthly Review

Region 4: West Texas

November 2013

## Average Waits and Customer Volume

## Performance by Transaction Type

| OfficeName | Customer Volume: Replace & Renew | Customer Volume: Originals | Customer Volume: Other Types | Avg. Wait Time in Minutes: Replace & Renew | Avg. Wait Time in Minutes: Originals | Avg. Wait Time in Minutes: Other Types |
|---|---|---|---|---|---|---|
| El Paso - Gateway | 3,229 | 2,328 | 1,132 | 16 | 17 | 15 |
| El Paso - Hondo Pa.. | 1,946 | 1,360 | 920 | 14 | 12 | 30 |
| El Paso - Northwest | 1,555 | 1,001 | 1,439 | 16 | 15 | 7 |
| El Paso - Scott Sim.. | 2,431 | 858 | 1,590 | 14 | 15 | 13 |
| Midland | 1,836 | 981 | 1,275 | 24 | 30 | 31 |
| Odessa | 1,792 | 924 | 1,926 | 21 | 22 | 23 |
| San Angelo | 1,525 | 409 | 1,200 | 18 | 20 | 21 |

## Regional Map

2:13-cv-193
09/02/2014
DEF1629
exhibitsticker.com