

TEX0524225