

**Driver License Regional Monthly Review**        Mega Centers        November 2013

## Average Waits and Customer Volume



## Performance by Transaction Type

| Office | Customer Volume | | | Avg Wait Time in Minutes | | |
|---|---|---|---|---|---|---|
| | Replace & Renew | Originals | Other Types | Replace & Renew | Originals | Other Types |
| Fort Worth | 3,978 | 2,269 | 4,932 | 12 | 24 | 21 |
| Garland | 5,605 | 4,006 | 5,426 | 12 | 18 | 12 |
| Houston - Gessner | 9,878 | 5,805 | 7,944 | 37 | 87 | 30 |
| Leon Valley | 7,101 | 3,554 | 2,435 | 6 | 9 | 5 |
| Pflugerville | 6,015 | 3,540 | 4,351 | 7 | 12 | 9 |
| Rosenberg | 7,073 | 3,638 | 4,723 | 9 | 9 | 7 |
| Spring | 6,407 | 3,289 | 3,919 | 6 | 9 | 11 |

## Mega Center Map



2:13-cv-193
09/02/2014
DEF1633

TEX0524228