Case 2:13-cv-00193   Document 779-34   Filed on 11/19/14 in TXSD   Page 1 of 1

