

## Driver License Regional Monthly Review

Region 1B: Fort Worth Area        December 2013

Year: 2012, 2013

### Average Waits and Customer Volume

### Performance by Transaction Type

| OfficeName | Customer Volume | | | Avg. Wait Time in Minutes | | |
|---|---|---|---|---|---|---|
| | Replace & Renew | Originals | Other Types | Replace & Renew | Originals | Other Types |
| Arlington | 3,197 | 918 | 1,315 | 30 | 40 | 31 |
| Denton | 1,718 | 584 | 938 | 50 | 56 | 50 |
| Fort Worth | 3,344 | 1,116 | 1,314 | 20 | 30 | 39 |
| Hurst | 4,795 | 1,220 | 1,586 | 24 | 38 | 31 |
| Lake Worth | 2,961 | 718 | 1,661 | 23 | 30 | 39 |
| Lewisville | 2,406 | 744 | 1,186 | 27 | 35 | 21 |
| McKinney | 2,732 | 1,255 | 1,019 | 35 | 38 | 18 |
| Plano | 4,321 | 1,491 | 3,506 | 51 | 54 | 27 |
| Waxahachie | 1,593 | 634 | 1,891 | 19 | 22 | 15 |

### Regional Map

Offices with Queuing Solution   Other Offices

2:13-cv-193
09/02/2014
DEF1635

TEX0524230