

TEX0524233