

## Driver License Regional Monthly Review

Region 6B: Austin and Waco          December 2013

### Performance by Transaction Type

| OfficeName | Customer Volume | | | Avg. Wait Time in Minutes | | |
|---|---|---|---|---|---|---|
| | Replace & Renew | Originals | Other Types | Replace & Renew | Originals | Other Types |
| Austin - Northwest | 3,158 | 910 | 2,031 | 30 | 33 | 14 |
| Austin - South | 5,221 | 1,954 | 1,394 | 35 | 34 | 22 |
| Georgetown | 1,596 | 426 | 457 | 25 | 29 | 17 |
| Waco | 2,469 | 850 | 1,215 | 24 | 28 | 45 |

2:13-cv-193
09/02/2014
**DEF1642**

TEX0524237