

## Driver License Regional Monthly Review

Mega Centers          December 2013

### Average Waits and Customer Volume



### Performance by Transaction Type

| Office | Customer Volume | | | Avg Wait Time in Minutes | | |
| --- | --- | --- | --- | --- | --- | --- |
| | Replace & Renew | Originals | Other Types | Replace & Renew | Originals | Other Types |
| Fort Worth | 4,317 | 2,014 | 3,847 | 39 | 43 | 25 |
| Garland | 6,064 | 3,863 | 4,546 | 23 | 41 | 13 |
| Houston - Gessner | 10,815 | 5,783 | 8,086 | 50 | 82 | 33 |
| Leon Valley | 7,877 | 3,639 | 2,604 | 26 | 26 | 8 |
| Pflugerville | 6,663 | 3,466 | 3,883 | 18 | 27 | 30 |
| Rosenberg | 8,761 | 3,493 | 5,110 | 24 | 25 | 27 |
| Spring | 7,653 | 3,482 | 3,924 | 24 | 31 | 35 |

### Mega Center Map



About Tableau maps: www.tableausoftware.com/mapdata

2:13-cv-193
09/02/2014
DEF1643

TEX0524238