

**Driver License Regional Weekly Review**  Region 1A: Dallas Area   Week 14 2013: April 1 - April 5

## Customer Volume and Average Waits

Year: 2012, 2013

## Performance by Transaction Type

| OfficeName | Customer Volume | | | Avg. Wait Time in Minutes | | |
|---|---|---|---|---|---|---|
| | Replace & Renew | Originals | Other Types | Replace & Renew | Originals | Other Types |
| Carrollton | 906 | 455 | 740 | 6 | 16 | 17 |
| Cedar Hill | 697 | 452 | 222 | 9 | 17 | 19 |
| Dallas - East | 1,186 | 634 | 409 | 23 | 41 | 21 |
| Dallas - Southwest | 823 | 698 | 468 | 23 | 28 | 30 |
| Garland | 824 | 476 | 173 | 21 | 32 | 32 |
| Grand Prairie | 676 | 400 | 188 | 10 | 26 | 20 |
| Irving | 762 | 584 | 657 | 7 | 16 | 15 |
| Longview | 477 | 222 | 67 | 43 | 57 | 39 |
| Tyler | 603 | 372 | 159 | 12 | 24 | 17 |

## Regional Map

Offices With Queuing Solution / Other Offices

2:13-cv-193 09/02/2014 DEF1644

TEX0524260