**Driver License Regional Weekly Review**          Region 3: South Texas          Week 14 2013: April 1 - April 5



## Customer Volume and Average Waits

Year
- 2012
- 2013

|            | Brownsville | Corpus Christi | Laredo | Weslaco |

Wait Time in Minutes (Target Wait, 30, 15, 0)

Customer Volume (2,000, 1,000, 0)

## Performance by Transaction Type

| OfficeName | Customer Volume | | | Avg. Wait Time in Minutes | | |
| --- | --- | --- | --- | --- | --- | --- |
| | Replace & Renew | Originals | Other Types | Replace & Renew | Originals | Other Types |
| Brownsville | 760 | 284 | 238 | 33 | 39 | 25 |
| Corpus Christi | 820 | 356 | 393 | 14 | 19 | 22 |
| Laredo | 769 | 389 | 296 | 11 | 18 | 17 |
| Weslaco | 684 | 346 | 230 | 31 | 41 | 46 |

## Regional Map

Freer, Aransas Pass, Alice, Corpus Christi, Kingsville, Laredo, Falfurrias, Hebbronville, Zapata, Edinburg, Rio Grande City, Harlingen, McAllen, Port Isabel, Palmview, Weslaco, Brownsville

- Offices with Queuing Solution
- Other Offices

2:13-cv-193
09/02/2014
DEF1648

TEX0524264