**Driver License Regional Weekly Review**     Mega Centers     Week 14 2013: April 1 - April 5

## Customer Volume and Average Waits



## Performance by Transaction Type

| Office | Customer Volume | | | Avg Wait Time in Minutes | | |
|---|---|---|---|---|---|---|
| | Replace & Renew | Originals | Other Types | Replace & Renew | Originals | Other Types |
| Fort Worth | 1,108 | 742 | 1,221 | 8 | 12 | 9 |
| Garland | 1,469 | 1,013 | 921 | 9 | 17 | 14 |
| Leon Valley | 1,606 | 979 | 1,009 | 5 | 9 | 5 |
| Pflugerville | 1,191 | 841 | 832 | 10 | 12 | 11 |
| Rosenberg | 1,891 | 930 | 1,018 | 10 | 19 | 17 |
| Spring | 1,609 | 913 | 1,346 | 18 | 30 | 22 |

## Mega Center Map



2:13-cv-193
09/02/2014
DEF1653