

# Driver License Regional Weekly Review

Region 2B: East Houston

Week 17 2013: April 22 -April 26

## Customer Volume and Average Waits

## Performance by Transaction Type

| OfficeName | Customer Volume: Replace & Renew | Customer Volume: Originals | Customer Volume: Other Types | Avg. Wait Time in Minutes: Replace & Renew | Avg. Wait Time in Minutes: Originals | Avg. Wait Time in Minutes: Other Types |
|---|---|---|---|---|---|---|
| Baytown | 435 | 297 | 224 | 25 | 44 | 26 |
| Beaumont | 556 | 205 | 176 | 38 | 48 | 33 |
| Clear Lake | 841 | 456 | 200 | 12 | 48 | 10 |
| Conroe | 616 | 296 | 198 | 13 | 21 | 14 |
| Houston - East | 458 | 331 | 323 | 20 | 45 | 39 |
| Houston - Winkler | 689 | 400 | 492 | 22 | 41 | 37 |
| Humble | 641 | 383 | 156 | 78 | 87 | 33 |
| Pasadena | 702 | 465 | 17 | 13 | 32 | 13 |
| Texas City | 554 | 315 | 157 | 15 | 18 | 18 |

## Regional Map

2:13-cv-193
09/02/2014
DEF1657
exhibitsticker.com