

**Driver License Regional Weekly Review** — Region 4: West Texas — Week 17 2013: April 22 – April 26

Year: 2012, 2013

## Customer Volume and Average Waits

(Bar charts by office: El Paso - Gateway, El Paso - Hondo Pass, El Paso - Northwest, El Paso - Scott Simpson, Midland, Odessa, San Angelo; Target Wait line at 30 minutes)

## Performance by Transaction Type

| OfficeName | Customer Volume: Replace & Renew | Originals | Other Types | Avg. Wait Time in Minutes: Replace & Renew | Originals | Other Types |
|---|---|---|---|---|---|---|
| El Paso - Gateway | 626 | 308 | 175 | 11.9 | 12.1 | 9.4 |
| El Paso - Hondo Pa.. | 353 | 277 | 126 | 17.2 | 17.1 | 15.4 |
| El Paso - Northwest | 371 | 219 | 164 | 14.9 | 15.2 | 5.9 |
| El Paso - Scott Sim.. | 621 | 297 | 214 | 11.0 | 16.9 | 13.2 |
| Midland | 369 | 240 | 146 | 38.1 | 53.4 | 54.1 |
| Odessa | 466 | 287 | 196 | 43.2 | 63.8 | 51.9 |
| San Angelo | 369 | 146 | 142 | 5.4 | 15.0 | 10.7 |

## Regional Map

Offices with Queuing Solution (green): El Paso - Northwest, El Paso - Hondo Pass, El Paso - Scott Simpson, El Paso - Gateway, Midland, Odessa, San Angelo

2:13-cv-193
09/02/2014
DEF1659

TEX0524275