

**Driver License Regional Weekly Review**          Mega Centers          Week 17 2013: April 22 - April 26

## Customer Volume and Average Waits



## Performance by Transaction Type

| Office | Customer Volume | | | Avg Wait Time in Minutes | | |
|---|---|---|---|---|---|---|
| | Replace & Renew | Originals | Other Types | Replace & Renew | Originals | Other Types |
| Fort Worth | 815 | 538 | 1,474 | 8 | 17 | 13 |
| Garland | 1,127 | 831 | 954 | 6 | 10 | 9 |
| Leon Valley | 1,410 | 1,072 | 961 | 6 | 12 | 4 |
| Pflugerville | 1,428 | 933 | 716 | 13 | 17 | 15 |
| Rosenberg | 1,771 | 960 | 977 | 8 | 14 | 11 |
| Spring | 1,461 | 906 | 1,331 | 17 | 30 | 24 |

## Mega Center Map



2:13-cv-193
09/02/2014
DEF1662