

**Driver License Regional Weekly Review**                                    Mega Centers          Week 18 2013: April 29 - May 3

## Customer Volume and Average Waits



## Performance by Transaction Type

| Office | Customer Volume | | | Avg Wait Time in Minutes | | |
|---|---|---|---|---|---|---|
| | Replace & Renew | Originals | Other Types | Replace & Renew | Originals | Other Types |
| Fort Worth | 1,023 | 564 | 1,230 | 8 | 13 | 11 |
| Garland | 1,200 | 823 | 1,249 | 7 | 11 | 8 |
| Leon Valley | 1,271 | 941 | 783 | 3 | 7 | 3 |
| Pflugerville | 1,548 | 894 | 781 | 9 | 14 | 11 |
| Rosenberg | 1,426 | 772 | 779 | 11 | 17 | 19 |
| Spring | 1,084 | 694 | 926 | 18 | 32 | 21 |

## Mega Center Map



2:13-cv-193
09/02/2014
DEF1672

TEX0524289