

# Driver License Regional Weekly Review

Region 2B: East Houston

Week 19 2013: May 6 - May 10

## Customer Volume and Average Waits

## Performance by Transaction Type

| OfficeName | Customer Volume: Replace & Renew | Customer Volume: Originals | Customer Volume: Other Types | Avg. Wait Time in Minutes: Replace & Renew | Avg. Wait Time in Minutes: Originals | Avg. Wait Time in Minutes: Other Types |
|---|---|---|---|---|---|---|
| Baytown | 425 | 234 | 185 | 23 | 40 | 26 |
| Beaumont | 607 | 212 | 181 | 38 | 54 | 33 |
| Clear Lake | 949 | 415 | 137 | 10 | 25 | 10 |
| Conroe | 587 | 275 | 220 | 9 | 22 | 20 |
| Houston - East | 498 | 348 | 306 | 15 | 44 | 37 |
| Houston - Winkler | 690 | 421 | 477 | 17 | 27 | 23 |
| Humble | 683 | 284 | 127 | 19 | 28 | 15 |
| Pasadena | 755 | 356 | 2 | 16 | 25 | 8 |
| Texas City | 600 | 313 | 191 | 12 | 19 | 16 |

## Regional Map

2:13-cv-193
09/02/2014
DEF1676
exhibitsticker.com

TEX0524293