Case 2:13-cv-00193 Document 780-27 Filed on 11/19/14 in TXSD Page 1 of 1



2:13-cv-193 09/02/2014 DEF1677