

## Driver License Regional Weekly Review

**Year** — 2012, 2013

Region 5: Panhandle          Week 19 2013: May 6 - May 10

### Customer Volume and Average Waits

(Charts for Abilene, Amarillo, Lubbock, Wichita Falls showing Wait Time in Minutes with Target Wait line at 30, and Customer Volume)

### Performance by Transaction Type

| OfficeName | Customer Volume | | | Avg. Wait Time in Minutes | | |
|---|---|---|---|---|---|---|
| | Replace & Renew | Originals | Other Types | Replace & Renew | Originals | Other Types |
| Abilene | 433 | 219 | 166 | 17 | 29 | 22 |
| Amarillo | 737 | 272 | 224 | 24 | 47 | 35 |
| Lubbock | 782 | 295 | 321 | 25 | 32 | 24 |
| Wichita Falls | 470 | 148 | 95 | 23 | 24 | 19 |

### Regional Map

● Offices with Queuing Solution    ● Other Offices

2:13-cv-193
09/02/2014
DEF1679

TEX0524296