

**Driver License Regional Weekly Review**  Mega Centers    Week 19 2013: May 6 - May 10

## Customer Volume and Average Waits



## Performance by Transaction Type

| Office | Customer Volume | | | Avg Wait Time in Minutes | | |
|---|---|---|---|---|---|---|
| | Replace & Renew | Originals | Other Types | Replace & Renew | Originals | Other Types |
| Fort Worth | 1,123 | 687 | 1,278 | 9 | 13 | 11 |
| Garland | 1,421 | 898 | 1,459 | 8 | 13 | 38 |
| Leon Valley | 1,810 | 987 | 599 | 5 | 9 | 5 |
| Pflugerville | 1,776 | 929 | 953 | 16 | 22 | 11 |
| Rosenberg | 1,931 | 881 | 1,007 | 9 | 13 | 10 |
| Spring | 1,592 | 886 | 1,245 | 20 | 32 | 20 |

## Mega Center Map



About Tableau maps: www.tableausoftware.com/mapdata

2:13-cv-193
09/02/2014
DEF1682