

**Driver License Regional Weekly Review**     Mega Centers     Week 20 2013: May 13 - May 17

## Customer Volume and Average Waits



## Performance by Transaction Type

| Office | Customer Volume | | | Avg Wait Time in Minutes | | |
| --- | --- | --- | --- | --- | --- | --- |
| | Replace & Renew | Originals | Other Types | Replace & Renew | Originals | Other Types |
| Fort Worth | 1,225 | 723 | 1,346 | 19 | 22 | 15 |
| Garland | 1,558 | 890 | 1,111 | 11 | 17 | 9 |
| Leon Valley | 1,973 | 960 | 541 | 6 | 9 | 4 |
| Pflugerville | 1,880 | 943 | 864 | 13 | 20 | 16 |
| Rosenberg | 2,250 | 912 | 1,076 | 8 | 12 | 11 |
| Spring | 1,723 | 930 | 165 | 30 | 49 | 29 |

## Mega Center Map



About Tableau maps: www.tableausoftware.com/mapdata

2:13-cv-193
09/02/2014
DEF1684