

2:13-cv-193
09/02/2014
DEF1685

TEX0524314