**Driver License Regional Weekly Review**     Mega Centers     Week 21 2013: May 20 - May 24

## Customer Volume and Average Waits



## Performance by Transaction Type

| Office | Customer Volume | | | Avg Wait Time in Minutes | | |
|---|---|---|---|---|---|---|
| | Replace & Renew | Originals | Other Types | Replace & Renew | Originals | Other Types |
| Fort Worth | 1,148 | 608 | 1,555 | 13 | 17 | 13 |
| Garland | 1,407 | 1,111 | 1,030 | 10 | 15 | 12 |
| Houston - Gessner | 3,065 | 1,729 | 1,483 | 20 | 51 | 23 |
| Leon Valley | 1,942 | 1,065 | 702 | 6 | 8 | 4 |
| Pflugerville | 959 | 1,623 | 975 | 14 | 19 | 11 |
| Rosenberg | 1,626 | 810 | 835 | 11 | 16 | 12 |
| Spring | 1,644 | 836 | 1,458 | 29 | 49 | 27 |

## Mega Center Map



2:13-cv-193
09/02/2014
DEF1686