

# Driver License Regional Weekly Review

Region 2B: East Houston

Week 22 2013: May 27 -May 31

## Customer Volume and Average Waits

## Performance by Transaction Type

| OfficeName | Customer Volume: Replace & Renew | Customer Volume: Originals | Customer Volume: Other Types | Avg. Wait Time in Minutes: Replace & Renew | Avg. Wait Time in Minutes: Originals | Avg. Wait Time in Minutes: Other Types |
|---|---|---|---|---|---|---|
| Baytown | 432 | 240 | 164 | 12 | 28 | 23 |
| Beaumont | 537 | 182 | 144 | 32 | 58 | 33 |
| Clear Lake | 710 | 307 | 145 | 14 | 39 | 8 |
| Conroe | 513 | 220 | 162 | 9 | 16 | 8 |
| Houston - East | 353 | 281 | 198 | 13 | 39 | 36 |
| Houston - Winkler | 612 | 326 | 403 | 19 | 28 | 27 |
| Humble | 622 | 319 | 218 | 17 | 43 | 32 |
| Pasadena | 594 | 282 | 10 | 11 | 12 | 18 |
| Texas City | 462 | 296 | 127 | 10 | 21 | 26 |

## Regional Map

2:13-cv-193
09/02/2014
DEF1687
exhibitsticker.com