**Driver License Regional Weekly Review**     Mega Centers     Week 22 2013: May 27 - May 31

## Customer Volume and Average Waits



## Performance by Transaction Type

| Office | Customer Volume | | | Avg Wait Time in Minutes | | |
| --- | --- | --- | --- | --- | --- | --- |
| | Replace & Renew | Originals | Other Types | Replace & Renew | Originals | Other Types |
| Fort Worth | 805 | 526 | 1,341 | 10 | 15 | 12 |
| Garland | 1,213 | 936 | 896 | 12 | 20 | 12 |
| Houston - Gessner | 2,414 | 1,407 | 1,198 | 25 | 57 | 31 |
| Leon Valley | 1,425 | 784 | 560 | 5 | 10 | 4 |
| Pflugerville | 1,439 | 816 | 805 | 15 | 24 | 14 |
| Rosenberg | 1,640 | 794 | 867 | 14 | 23 | 20 |
| Spring | 1,400 | 735 | 1,100 | 20 | 34 | 25 |

## Mega Center Map



2:13-cv-193
09/02/2014
**DEF1688**