

**Driver License Regional Weekly Review**     Mega Centers     Week 23 2013: June 3 - June 7

## Customer Volume and Average Waits



## Performance by Transaction Type

| Office | Customer Volume | | | Avg Wait Time in Minutes | | |
| --- | --- | --- | --- | --- | --- | --- |
| | Replace & Renew | Originals | Other Types | Replace & Renew | Originals | Other Types |
| Fort Worth | 1,377 | 750 | 1,455 | 18 | 31 | 21 |
| Garland | 1,473 | 1,217 | 1,227 | 13 | 17 | 12 |
| Houston - Gessner | 2,958 | 2,042 | 1,302 | 24 | 77 | 44 |
| Leon Valley | 1,958 | 1,092 | 714 | 10 | 18 | 6 |
| Pflugerville | 1,773 | 1,153 | 1,067 | 18 | 28 | 18 |
| Rosenberg | 2,116 | 1,153 | 1,013 | 27 | 40 | 29 |
| Spring | 1,571 | 1,028 | 1,465 | 44 | 69 | 46 |

## Mega Center Map



2:13-cv-193
09/02/2014
**DEF1689**

TEX0524339