

**Driver License Regional Weekly Review**   Mega Centers   Week 24 2013: June 10 - June 14

## Customer Volume and Average Waits



## Performance by Transaction Type

| Office | Customer Volume | | | Avg Wait Time in Minutes | | |
|---|---|---|---|---|---|---|
| | Replace & Renew | Originals | Other Types | Replace & Renew | Originals | Other Types |
| Fort Worth | 1,115 | 924 | 1,577 | 25 | 34 | 19 |
| Garland | 1,587 | 1,450 | 1,399 | 14 | 23 | 15 |
| Houston - Gessner | 2,869 | 2,189 | 1,642 | 33 | 90 | 50 |
| Leon Valley | 1,837 | 1,340 | 706 | 10 | 18 | 5 |
| Pflugerville | 1,696 | 1,284 | 996 | 18 | 28 | 25 |
| Rosenberg | 2,041 | 1,375 | 1,226 | 24 | 42 | 30 |
| Spring | 1,701 | 1,306 | 1,750 | 50 | 76 | 41 |

## Mega Center Map



2:13-cv-193   09/02/2014   DEF1690

TEX0524349