

# Driver License Regional Weekly Review

Region 4: West Texas

Week 25 2013: June 17 - June 21

## Customer Volume and Average Waits

## Performance by Transaction Type

| OfficeName | Customer Volume: Replace & Renew | Customer Volume: Originals | Customer Volume: Other Types | Avg. Wait Time in Minutes: Replace & Renew | Avg. Wait Time in Minutes: Originals | Avg. Wait Time in Minutes: Other Types |
|---|---|---|---|---|---|---|
| El Paso - Gateway | 800 | 711 | 204 | 18.0 | 17.6 | 12.6 |
| El Paso - Hondo Pa.. | 470 | 523 | 116 | 17.9 | 17.4 | 32.5 |
| El Paso - Northwest | 427 | 292 | 186 | 14.7 | 13.5 | 11.0 |
| El Paso - Scott Sim.. | 551 | 322 | 166 | 16.6 | 26.2 | 22.2 |
| Midland | 336 | 295 | 107 | 16.5 | 28.7 | 29.4 |
| Odessa | 294 | 209 | 87 | 32.0 | 43.8 | 34.5 |
| San Angelo | 381 | 177 | 173 | 6.0 | 11.5 | 12.4 |

## Regional Map

Offices with Queuing Solution   Other Offices

2:13-cv-193
09/02/2014
DEF1691
exhibitsticker.com