**Driver License Regional Weekly Review**      Mega Centers     Week 25 2013: June 17 - June 21

## Customer Volume and Average Waits



## Performance by Transaction Type

| Office | Customer Volume | | | Avg Wait Time in Minutes | | |
|---|---|---|---|---|---|---|
| | Replace & Renew | Originals | Other Types | Replace & Renew | Originals | Other Types |
| Fort Worth | 1,142 | 932 | 1,535 | 12 | 17 | 12 |
| Garland | 1,612 | 1,492 | 1,763 | 20 | 32 | 14 |
| Houston - Gessner | 2,620 | 2,118 | 1,680 | 38 | 121 | 35 |
| Leon Valley | 1,805 | 1,262 | 784 | 7 | 14 | 4 |
| Pflugerville | 1,713 | 1,380 | 1,067 | 15 | 22 | 16 |
| Rosenberg | 2,044 | 1,434 | 1,072 | 24 | 42 | 34 |
| Spring | 1,690 | 1,222 | 1,606 | 44 | 78 | 36 |

## Mega Center Map



2:13-cv-193
09/02/2014
**DEF1692**

TEX0524359