

TEX0524367