

**Driver License Regional Weekly Review** — Mega Centers — Week 26 2013: June 24 - June 28

## Customer Volume and Average Waits



## Performance by Transaction Type

| Office | Customer Volume | | | Avg Wait Time in Minutes | | |
|---|---|---|---|---|---|---|
| | Replace & Renew | Originals | Other Types | Replace & Renew | Originals | Other Types |
| Fort Worth | 1,259 | 834 | 1,832 | 15 | 28 | 22 |
| Garland | 1,783 | 1,590 | 1,799 | 20 | 38 | 14 |
| Houston - Gessner | 2,932 | 2,015 | 1,727 | 36 | 116 | 44 |
| Leon Valley | 1,986 | 1,344 | 779 | 12 | 22 | 4 |
| Pflugerville | 1,685 | 1,164 | 954 | 15 | 23 | 15 |
| Rosenberg | 1,934 | 1,300 | 1,370 | 24 | 43 | 33 |
| Spring | 1,623 | 1,138 | 1,667 | 49 | 81 | 47 |

## Mega Center Map



About Tableau maps: www.tableausoftware.com/mapdata

**2:13-cv-193  09/02/2014  DEF1694**

TEX0524369