

**Driver License Regional Weekly Review**     Mega Centers     Week 26 2013: June 24 - June 28

## Customer Volume and Average Waits



## Performance by Transaction Type

| Office | Customer Volume | | | Avg Wait Time in Minutes | | |
|---|---|---|---|---|---|---|
| | Replace & Renew | Originals | Other Types | Replace & Renew | Originals | Other Types |
| Fort Worth | 1,129 | 741 | 1,432 | 13 | 28 | 17 |
| Garland | 1,499 | 1,198 | 1,343 | 28 | 53 | 22 |
| Houston - Gessner | 2,521 | 1,566 | 1,378 | 41 | 159 | 33 |
| Leon Valley | 1,799 | 1,170 | 727 | 19 | 32 | 4 |
| Pflugerville | 1,539 | 1,099 | 843 | 28 | 45 | 26 |
| Rosenberg | 1,824 | 1,085 | 910 | 46 | 83 | 71 |
| Spring | 1,498 | 943 | 1,299 | 51 | 83 | 51 |

## Mega Center Map



2:13-cv-193
09/02/2014
**DEF1695**

TEX0524379