

**Driver License Regional Weekly Review**  Mega Centers  Week 28 2013: July 8 - July 12

## Customer Volume and Average Waits



## Performance by Transaction Type

| Office | Customer Volume | | | Avg Wait Time in Minutes | | |
|---|---|---|---|---|---|---|
| | Replace & Renew | Originals | Other Types | Replace & Renew | Originals | Other Types |
| Fort Worth | 1,239 | 942 | 1,953 | 17 | 35 | 17 |
| Garland | 1,547 | 1,575 | 1,692 | 15 | 27 | 13 |
| Houston - Gessner | 2,962 | 1,891 | 1,953 | 41 | 153 | 38 |
| Leon Valley | 2,083 | 1,508 | 804 | 17 | 28 | 5 |
| Pflugerville | 1,857 | 1,305 | 1,239 | 20 | 30 | 17 |
| Rosenberg | 2,131 | 1,278 | 1,242 | 45 | 85 | 56 |
| Spring | 1,706 | 1,142 | 1,557 | 45 | 88 | 46 |

## Mega Center Map



2:13-cv-193  09/02/2014  DEF1696

TEX0524389