# Driver License Regional Weekly Review

Year: 2012, 2013  
Region 5: Panhandle  
Week 29 2013: July 15 - July 19

## Average Waits and Total Customer Volume



## Performance by Transaction Type

| OfficeName | Customer Volume | | | Avg. Wait Time in Minutes | | |
|---|---|---|---|---|---|---|
| | Replace & Renew | Originals | Other Types | Replace & Renew | Originals | Other Types |
| Abilene | 388 | 166 | 407 | 22 | 23 | 27 |
| Amarillo | 754 | 331 | 661 | 24 | 29 | 32 |
| Lubbock | 794 | 288 | 639 | 30 | 33 | 32 |
| Wichita Falls | 391 | 136 | 194 | 8 | 13 | 11 |

## Regional Map

Offices with Queuing Solution / Other Offices

2:13-cv-193  
09/02/2014  
DEF1698

TEX0524396