

TEX0524397