

**Driver License Regional Weekly Review**    Mega Centers    Week 30 2013: July 22 - July 26

## Average Waits and Total Customer Volume



## Performance by Transaction Type

| Office | Customer Volume | | | Avg Wait Time in Minutes | | |
|---|---|---|---|---|---|---|
| | Replace & Renew | Originals | Other Types | Replace & Renew | Originals | Other Types |
| Fort Worth | 1,121 | 821 | 1,629 | 11 | 23 | 12 |
| Garland | 1,558 | 1,485 | 1,439 | 14 | 25 | 13 |
| Houston - Gessner | 2,790 | 2,000 | 2,003 | 35 | 140 | 52 |
| Leon Valley | 1,875 | 1,389 | 712 | 13 | 26 | 3 |
| Pflugerville | 1,705 | 1,240 | 997 | 13 | 22 | 16 |
| Rosenberg | 2,013 | 1,405 | 1,087 | 20 | 41 | 32 |
| Spring | 1,686 | 1,235 | 1,646 | 39 | 55 | 40 |

## Mega Center Map



2:13-cv-193
09/02/2014
DEF1700