

**Driver License Regional Weekly Review**  Mega Centers   Week 31 2013: July 29 - Aug 2

## Average Waits and Total Customer Volume



## Performance by Transaction Type

| Office | Customer Volume | | | Avg Wait Time in Minutes | | |
|---|---|---|---|---|---|---|
| | Replace & Renew | Originals | Other Types | Replace & Renew | Originals | Other Types |
| Fort Worth | 1,182 | 863 | 1,656 | 12 | 18 | 13 |
| Garland | 1,531 | 1,459 | 1,731 | 15 | 29 | 14 |
| Houston - Gessner | 2,028 | 2,847 | 2,023 | 39 | 123 | 35 |
| Leon Valley | 2,125 | 1,500 | 884 | 14 | 29 | 5 |
| Pflugerville | 1,896 | 1,252 | 946 | 14 | 22 | 17 |
| Rosenberg | 1,992 | 1,449 | 1,200 | 27 | 44 | 27 |
| Spring | 1,748 | 1,184 | 1,553 | 39 | 61 | 42 |

## Mega Center Map



2:13-cv-193
09/02/2014
DEF1701

TEX0524418