

**Driver License Regional Weekly Review**      Mega Centers      Week 32 2013: Aug 5 - Aug 9

## Average Waits and Total Customer Volume



## Performance by Transaction Type

| Office | Customer Volume | | | Avg Wait Time in Minutes | | |
|---|---|---|---|---|---|---|
| | Replace & Renew | Originals | Other Types | Replace & Renew | Originals | Other Types |
| Fort Worth | 1,210 | 900 | 1,722 | 21 | 23 | 18 |
| Garland | 1,788 | 1,592 | 1,296 | 13 | 24 | 14 |
| Houston - Gessner | 2,754 | 2,029 | 1,763 | 49 | 138 | 33 |
| Leon Valley | 2,172 | 1,424 | 927 | 10 | 24 | 4 |
| Pflugerville | 1,954 | 1,378 | 1,046 | 19 | 26 | 16 |
| Rosenberg | 2,252 | 1,286 | 1,343 | 29 | 71 | 45 |
| Spring | 1,802 | 1,258 | 1,735 | 65 | 94 | 56 |

## Mega Center Map



2:13-cv-193
09/02/2014
DEF1702