**Driver License Regional Weekly Review**     Mega Centers     Week 33 2013: Aug 12 - Aug 16

## Average Waits and Total Customer Volume



## Performance by Transaction Type

| Office | Customer Volume | | | Avg Wait Time in Minutes | | |
|---|---|---|---|---|---|---|
| | Replace & Renew | Originals | Other Types | Replace & Renew | Originals | Other Types |
| Fort Worth | 1,257 | 851 | 1,836 | 14 | 26 | 15 |
| Garland | 1,689 | 1,563 | 1,490 | 13 | 26 | 12 |
| Houston - Gessner | 2,699 | 2,026 | 1,905 | 62 | 114 | 39 |
| Leon Valley | 2,206 | 1,388 | 783 | 17 | 34 | 4 |
| Pflugerville | 1,908 | 1,427 | 1,386 | 19 | 28 | 17 |
| Rosenberg | 2,247 | 1,428 | 1,260 | 37 | 65 | 36 |
| Spring | 1,923 | 1,207 | 1,669 | 59 | 82 | 45 |

## Mega Center Map



2:13-cv-193
09/02/2014
DEF1703

TEX0524438