

**Driver License Regional Weekly Review** — Mega Centers — Week 34 2013: Aug 19 - Aug 23

## Average Waits and Total Customer Volume



## Performance by Transaction Type

| Office | Customer Volume | | | Avg Wait Time in Minutes | | |
|---|---|---|---|---|---|---|
| | Replace & Renew | Originals | Other Types | Replace & Renew | Originals | Other Types |
| Fort Worth | 1,137 | 834 | 1,924 | 18 | 36 | 28 |
| Garland | 1,793 | 1,687 | 1,477 | 19 | 31 | 13 |
| Houston - Gessner | 2,999 | 2,103 | 1,713 | 84 | 138 | 82 |
| Leon Valley | 2,170 | 1,454 | 829 | 18 | 36 | 4 |
| Pflugerville | 1,735 | 1,373 | 1,390 | 25 | 44 | 31 |
| Rosenberg | 2,157 | 1,513 | 1,221 | 21 | 37 | 28 |
| Spring | 1,822 | 1,214 | 1,786 | 49 | 66 | 49 |

## Mega Center Map



2:13-cv-193  09/02/2014  DEF1704