

**Driver License Regional Weekly Review**          Mega Centers          Week 35 2013: Aug 26 - Aug 30

## Average Waits and Total Customer Volume



## Performance by Transaction Type

| Office | Customer Volume | | | Avg Wait Time in Minutes | | |
|---|---|---|---|---|---|---|
| | Replace & Renew | Originals | Other Types | Replace & Renew | Originals | Other Types |
| Fort Worth | 1,228 | 719 | 1,591 | 18 | 29 | 14 |
| Garland | 1,594 | 1,229 | 947 | 14 | 23 | 11 |
| Houston - Gessner | 3,098 | 1,745 | 1,822 | 54 | 105 | 34 |
| Leon Valley | 2,042 | 1,186 | 709 | 9 | 18 | 3 |
| Pflugerville | 1,789 | 1,211 | 1,015 | 26 | 39 | 25 |
| Rosenberg | 2,101 | 1,118 | 892 | 19 | 21 | 20 |
| Spring | 1,718 | 985 | 1,358 | 15 | 19 | 20 |

## Mega Center Map



2:13-cv-193
09/02/2014
DEF1705

TEX0524458