

**Driver License Regional Weekly Review**   Mega Centers   Week 36 2013: Sep 2 - Sep 6

## Average Waits and Total Customer Volume



## Performance by Transaction Type

| Office | Customer Volume | | | Avg Wait Time in Minutes | | |
|---|---|---|---|---|---|---|
| | Replace & Renew | Originals | Other Types | Replace & Renew | Originals | Other Types |
| Fort Worth | 1,083 | 640 | 1,181 | 10 | 21 | 17 |
| Garland | 1,279 | 1,000 | 1,163 | 8 | 18 | 9 |
| Houston - Gessner | 2,720 | 1,413 | 1,576 | 48 | 115 | 35 |
| Leon Valley | 1,791 | 962 | 561 | 6 | 12 | 3 |
| Pflugerville | 1,432 | 950 | 669 | 12 | 15 | 11 |
| Rosenberg | 1,697 | 870 | 756 | 13 | 15 | 12 |
| Spring | 1,426 | 899 | 1,176 | 10 | 11 | 17 |

## Mega Center Map



2:13-cv-193
09/02/2014
DEF1706

TEX0524468