

**Driver License Regional Weekly Review**   Mega Centers   Week 37 2013: Sep 9 - Sep 13

## Average Waits and Total Customer Volume



## Performance by Transaction Type

| Office | Customer Volume | | | Avg Wait Time in Minutes | | |
|---|---|---|---|---|---|---|
| | Replace & Renew | Originals | Other Types | Replace & Renew | Originals | Other Types |
| Fort Worth | 1,130 | 686 | 1,374 | 13 | 21 | 17 |
| Garland | 1,729 | 1,299 | 950 | 9 | 17 | 10 |
| Houston - Gessner | 4,222 | 1,610 | 1,801 | 90 | 145 | 47 |
| Leon Valley | 2,010 | 1,144 | 704 | 4 | 7 | 3 |
| Pflugerville | 1,803 | 1,129 | 872 | 9 | 13 | 8 |
| Rosenberg | 2,372 | 1,111 | 889 | 23 | 30 | 17 |
| Spring | 2,061 | 1,098 | 1,534 | 11 | 16 | 13 |

## Mega Center Map



2:13-cv-193
09/02/2014
**DEF1707**

TEX0524478