

**Driver License Regional Weekly Review**           Mega Centers           Week 38 2013: Sep 16 - Sep 20

## Average Waits and Total Customer Volume



## Performance by Transaction Type

| Office | Customer Volume | | | Avg Wait Time in Minutes | | |
|---|---|---|---|---|---|---|
| | Replace & Renew | Originals | Other Types | Replace & Renew | Originals | Other Types |
| Fort Worth | 1,024 | 744 | 1,095 | 16 | 22 | 17 |
| Garland | 1,358 | 1,277 | 943 | 13 | 20 | 11 |
| Houston - Gessner | 3,133 | 1,745 | 1,836 | 100 | 121 | 51 |
| Leon Valley | 1,863 | 1,119 | 489 | 5 | 9 | 3 |
| Pflugerville | 1,569 | 1,007 | 803 | 6 | 10 | 9 |
| Rosenberg | 2,076 | 1,054 | 832 | 14 | 19 | 14 |
| Spring | 1,687 | 1,014 | 1,552 | 13 | 19 | 17 |

## Mega Center Map



About Tableau maps: www.tableausoftware.com/mapdata

2:13-cv-193
09/02/2014
DEF1708