

**Driver License Regional Weekly Review**     Mega Centers     Week 39 2013: Sep 23 - Sep 27

## Average Waits and Total Customer Volume



## Performance by Transaction Type

| Office | Customer Volume | | | Avg Wait Time in Minutes | | |
|---|---|---|---|---|---|---|
| | Replace & Renew | Originals | Other Types | Replace & Renew | Originals | Other Types |
| Fort Worth | 929 | 686 | 1,118 | 12 | 19 | 10 |
| Garland | 1,365 | 1,210 | 911 | 7 | 13 | 8 |
| Houston - Gessner | 2,877 | 1,798 | 1,815 | 24 | 77 | 36 |
| Leon Valley | 1,927 | 1,006 | 574 | 3 | 6 | 3 |
| Pflugerville | 1,617 | 1,000 | 810 | 9 | 11 | 9 |
| Rosenberg | 2,126 | 1,057 | 897 | 13 | 20 | 20 |
| Spring | 1,631 | 963 | 1,381 | 18 | 19 | 18 |

## Mega Center Map



2:13-cv-193
09/02/2014
DEF1709

TEX0524498