

**Driver License Regional Weekly Review** — Mega Centers — Week 40 2013: Sep 30 - Oct 4

## Average Waits and Total Customer Volume



## Performance by Transaction Type

| Office | Customer Volume | | | Avg Wait Time in Minutes | | |
|---|---|---|---|---|---|---|
| | Replace & Renew | Originals | Other Types | Replace & Renew | Originals | Other Types |
| Fort Worth | 986 | 678 | 1,168 | 15 | 25 | 16 |
| Garland | 1,376 | 1,093 | 968 | 7 | 18 | 8 |
| Houston - Gessner | 2,869 | 1,681 | 1,503 | 25 | 71 | 26 |
| Leon Valley | 1,844 | 906 | 631 | 3 | 6 | 2 |
| Pflugerville | 1,607 | 1,002 | 1,052 | 11 | 14 | 10 |
| Rosenberg | 1,988 | 1,091 | 798 | 10 | 15 | 10 |
| Spring | 1,610 | 974 | 1,279 | 9 | 14 | 13 |

## Mega Center Map



About Tableau maps: www.tableausoftware.com/mapdata

2:13-cv-193   09/02/2014   DEF1710

TEX0524508