

Driver License Regional Weekly Review          Mega Centers          Week 41 2013: Oct 7 - Oct 11

## Average Waits and Total Customer Volume



## Performance by Transaction Type

| Office | Customer Volume | | | Avg Wait Time in Minutes | | |
|---|---|---|---|---|---|---|
| | Replace & Renew | Originals | Other Types | Replace & Renew | Originals | Other Types |
| Fort Worth | 1,086 | 668 | 1,096 | 11 | 19 | 18 |
| Garland | 1,422 | 1,086 | 953 | 9 | 16 | 10 |
| Houston - Gessner | 2,655 | 1,681 | 1,627 | 26 | 60 | 20 |
| Leon Valley | 1,719 | 937 | 667 | 4 | 7 | 3 |
| Pflugerville | 1,626 | 1,000 | 1,217 | 7 | 10 | 10 |
| Rosenberg | 1,886 | 1,074 | 755 | 7 | 15 | 16 |
| Spring | 1,569 | 999 | 1,182 | 11 | 15 | 14 |

## Mega Center Map



About Tableau maps: www.tableausoftware.com/mapdata

2:13-cv-193
09/02/2014
DEF1711

TEX0524518