

Driver License Regional Weekly Review        Mega Centers        Week 42 2013: Oct 14 - Oct 18

## Average Waits and Total Customer Volume



## Performance by Transaction Type

| Office | Customer Volume | | | Avg Wait Time in Minutes | | |
| --- | --- | --- | --- | --- | --- | --- |
| | Replace & Renew | Originals | Other Types | Replace & Renew | Originals | Other Types |
| Fort Worth | 876 | 602 | 1,165 | 15 | 21 | 17 |
| Garland | 1,858 | 1,290 | 1,037 | 37 | 61 | 33 |
| Houston - Gessner | 2,697 | 1,733 | 1,647 | 38 | 91 | 32 |
| Leon Valley | 1,885 | 979 | 703 | 4 | 8 | 4 |
| Pflugerville | 1,438 | 1,009 | 1,380 | 7 | 11 | 7 |
| Rosenberg | 1,892 | 1,062 | 1,037 | 9 | 11 | 10 |
| Spring | 1,541 | 1,013 | 1,437 | 15 | 22 | 17 |

## Mega Center Map



About Tableau maps: www.tableausoftware.com/mapdata

2:13-cv-193
09/02/2014
DEF1712