**Driver License Regional Weekly Review**                    Mega Centers              Week 43 2013: Oct 21 - Oct 25

**Average Waits and Total Customer Volume**



**Performance by Transaction Type**

| Office | Customer Volume | | | Avg Wait Time in Minutes | | |
|---|---|---|---|---|---|---|
| | Replace & Renew | Originals | Other Types | Replace & Renew | Originals | Other Types |
| Fort Worth | 1,078 | 672 | 1,147 | 13 | 18 | 20 |
| Garland | 1,509 | 1,085 | 835 | 11 | 18 | 8 |
| Houston - Gessner | 2,701 | 1,739 | 1,636 | 38 | 81 | 33 |
| Leon Valley | 1,703 | 964 | 578 | 4 | 10 | 6 |
| Pflugerville | 1,377 | 963 | 922 | 5 | 13 | 14 |
| Rosenberg | 1,848 | 1,021 | 1,201 | 7 | 7 | 13 |
| Spring | 1,679 | 1,030 | 1,454 | 12 | 13 | 19 |

**Mega Center Map**



2:13-cv-193
09/02/2014

DEF1713

TEX0524538