

**Driver License Regional Weekly Review** — Mega Centers — Week 44 2013: Oct 28 - Nov 1

## Average Waits and Total Customer Volume



## Performance by Transaction Type

| Office | Customer Volume | | | Avg Wait Time in Minutes | | |
| --- | --- | --- | --- | --- | --- | --- |
| | Replace & Renew | Originals | Other Types | Replace & Renew | Originals | Other Types |
| Fort Worth | 1,024 | 651 | 1,157 | 12 | 19 | 14 |
| Garland | 1,438 | 1,114 | 1,454 | 8 | 13 | 8 |
| Houston - Gessner | 2,423 | 1,590 | 1,638 | 13 | 41 | 13 |
| Leon Valley | 1,552 | 927 | 651 | 4 | 7 | 4 |
| Pflugerville | 1,452 | 983 | 1,005 | 6 | 10 | 6 |
| Rosenberg | 1,693 | 888 | 1,262 | 5 | 5 | 5 |
| Spring | 1,375 | 816 | 1,090 | 12 | 11 | 14 |

## Mega Center Map



About Tableau maps: www.tableausoftware.com/mapdata

2:13-cv-193
09/02/2014
**DEF1714**

TEX0524548