

**Driver License Regional Weekly Review**    Mega Centers    Week 45 2013: Nov 4 - Nov 8

## Average Waits and Total Customer Volume



## Performance by Transaction Type

| Office | Customer Volume | | | Avg Wait Time in Minutes | | |
| --- | --- | --- | --- | --- | --- | --- |
| | Replace & Renew | Originals | Other Types | Replace & Renew | Originals | Other Types |
| Fort Worth | 1,048 | 677 | 1,392 | 13 | 25 | 16 |
| Garland | 1,374 | 1,056 | 1,685 | 10 | 17 | 10 |
| Houston - Gessner | 2,629 | 1,645 | 1,963 | 26 | 64 | 25 |
| Leon Valley | 1,837 | 989 | 729 | 4 | 8 | 4 |
| Pflugerville | 1,703 | 967 | 1,167 | 8 | 12 | 8 |
| Rosenberg | 1,841 | 951 | 1,397 | 9 | 9 | 8 |
| Spring | 1,668 | 797 | 1,014 | 4 | 6 | 5 |

## Mega Center Map



About Tableau maps: www.tableausoftware.com/mapdata

2:13-cv-193
09/02/2014
DEF1715

TEX0524558