**Driver License Regional Weekly Review**   Mega Centers   Week 46 2013: Nov 11 - Nov 15

## Average Waits and Total Customer Volume



## Performance by Transaction Type

| Office | Customer Volume | | | Avg Wait Time in Minutes | | |
| --- | --- | --- | --- | --- | --- | --- |
| | Replace & Renew | Originals | Other Types | Replace & Renew | Originals | Other Types |
| Fort Worth | 1,000 | 451 | 1,178 | 13 | 46 | 20 |
| Garland | 1,351 | 935 | 1,328 | 18 | 22 | 18 |
| Houston - Gessner | 2,250 | 1,327 | 1,765 | 58 | 110 | 48 |
| Leon Valley | 1,665 | 839 | 568 | 6 | 11 | 6 |
| Pflugerville | 1,376 | 870 | 1,167 | 8 | 12 | 8 |
| Rosenberg | 1,634 | 802 | 1,014 | 8 | 6 | 7 |
| Spring | 1,508 | 830 | 1,109 | 7 | 12 | 9 |

## Mega Center Map



About Tableau maps: www.tableausoftware.com/mapdata

2:13-cv-193
09/02/2014
DEF1716

TEX0524568