

**Driver License Regional Weekly Review**     Mega Centers     Week 47 2013: Nov 18 - Nov 22

## Average Waits and Total Customer Volume



## Performance by Transaction Type

| Office | Customer Volume | | | Avg Wait Time in Minutes | | |
|---|---|---|---|---|---|---|
| | Replace & Renew | Originals | Other Types | Replace & Renew | Originals | Other Types |
| Fort Worth | 1,090 | 613 | 1,395 | 10 | 14 | 10 |
| Garland | 1,679 | 1,116 | 1,398 | 11 | 17 | 10 |
| Houston - Gessner | 2,833 | 1,553 | 2,387 | 34 | 93 | 32 |
| Leon Valley | 2,090 | 910 | 588 | 4 | 5 | 4 |
| Pflugerville | 1,691 | 934 | 1,121 | 5 | 9 | 6 |
| Rosenberg | 1,938 | 1,008 | 1,294 | 9 | 9 | 8 |
| Spring | 1,750 | 956 | 1,020 | 3 | 5 | 3 |

## Mega Center Map



2:13-cv-193  09/02/2014  DEF1717