

**Driver License Regional Weekly Review**         Mega Centers                  Week 51 2013: Dec 16 - Dec 20

## Average Waits and Total Customer Volume



## Performance by Transaction Type

| Office | Customer Volume | | | Avg Wait Time in Minutes | | |
|---|---|---|---|---|---|---|
|  | Replace & Renew | Originals | Other Types | Replace & Renew | Originals | Other Types |
| Fort Worth | 1,107 | 585 | 1,153 | 15 | 27 | 17 |
| Garland | 1,529 | 1,072 | 1,156 | 7 | 16 | 8 |
| Houston - Gessner | 2,767 | 1,468 | 2,074 | 32 | 64 | 28 |
| Leon Valley | 1,794 | 875 | 639 | 5 | 10 | 4 |
| Pflugerville | 1,730 | 956 | 1,083 | 8 | 15 | 9 |
| Rosenberg | 2,175 | 866 | 1,348 | 10 | 10 | 9 |
| Spring | 1,835 | 815 | 982 | 5 | 8 | 5 |

## Mega Center Map



2:13-cv-193
09/02/2014
**DEF1718**

TEX0524608