

### Driver License Regional Weekly Review

Region 1B: Fort Worth Area    Week 2 2014: Jan 6 - Jan 10

**Year**  ■ 2013  ■ 2014

#### Average Waits and Total Customer Volume

#### Performance by Transaction Type

| OfficeName | Customer Volume | | | Avg. Wait Time in Minutes | | |
|---|---|---|---|---|---|---|
| | Replace & Renew | Originals | Other Types | Replace & Renew | Originals | Other Types |
| Arlington | 2,394 | 745 | 1,223 | 44 | 60 | 40 |
| Denton | 1,261 | 413 | 717 | 57 | 63 | 44 |
| Fort Worth | 2,410 | 937 | 1,297 | 22 | 35 | 43 |
| Hurst | 3,055 | 855 | 1,288 | 44 | 41 | 35 |
| Lake Worth | 1,951 | 595 | 1,408 | 27 | 36 | 42 |
| Lewisville | 1,661 | 554 | 918 | 22 | 38 | 22 |
| McKinney | 1,759 | 657 | 835 | 40 | 41 | 25 |
| Plano | 2,730 | 841 | 2,608 | 50 | 53 | 31 |
| Waxahachie | 1,000 | 422 | 1,055 | 16 | 17 | 42 |

#### Regional Map

■ Offices with Queuing Solution   ■ Other Offices

2:13-cv-193
09/02/2014
DEF1720
exhibitsticker.com

TEX0524620