## Performance by Transaction Type

| OfficeName | Customer Volume: Replace & Renew | Customer Volume: Originals | Customer Volume: Other Types | Avg. Wait Time in Minutes: Replace & Renew | Avg. Wait Time in Minutes: Originals | Avg. Wait Time in Minutes: Other Types |
|---|---|---|---|---|---|---|
| Bryan | 745 | 156 | 467 | 45 | 35 | 28 |
| Houston - Gessner | 2,038 | 1,052 | 1,687 | 51 | 73 | 83 |
| Houston - Grant Road | 1,984 | 652 | 618 | 56 | 67 | 18 |
| Houston - Townhurst | 2,364 | 1,177 | 2,628 | 49 | 69 | 50 |
| Houston - Vantage | 1,594 | 744 | 1,220 | 35 | 37 | 17 |
| Houston Dacoma | 3,060 | 788 | 1,447 | 43 | 47 | 22 |

2:13-cv-193
09/02/2014
DEF1721

