

# Driver License Regional Weekly Review

Region 4: West Texas

Week 2 2014: Jan 6 - Jan 10

## Average Waits and Total Customer Volume

## Performance by Transaction Type

| OfficeName | Customer Volume: Replace & Renew | Customer Volume: Originals | Customer Volume: Other Types | Avg. Wait Time in Minutes: Replace & Renew | Avg. Wait Time in Minutes: Originals | Avg. Wait Time in Minutes: Other Types |
|---|---|---|---|---|---|---|
| El Paso - Gateway | 1,063 | 697 | 492 | 31 | 21 | 19 |
| El Paso - Hondo Pa.. | 675 | 422 | 310 | 21 | 16 | 32 |
| El Paso - Northwest | 522 | 225 | 517 | 11 | 14 | 7 |
| El Paso - Scott Sim.. | 942 | 292 | 562 | 24 | 27 | 19 |
| Midland | 638 | 313 | 506 | 49 | 63 | 34 |
| Odessa | 677 | 392 | 760 | 30 | 32 | 28 |
| San Angelo | 561 | 131 | 480 | 27 | 33 | 30 |

## Regional Map

2:13-cv-193
09/02/2014
DEF1724
exhibitsticker.com

TEX0524624