

### Driver License Regional Weekly Review

Year: ■ 2013  ■ 2014

Region 6A: San Antonio          Week 2 2014: Jan 6 - Jan 10

## Average Waits and Total Customer Volume

San Antonio - Pat Booker | San Antonio - General McMullen | San Antonio - Southeast | San Antonio- Babcock

## Performance by Transaction Type

| OfficeName | Customer Volume | | | Avg. Wait Time in Minutes | | |
|---|---|---|---|---|---|---|
| | Replace & Renew | Originals | Other Types | Replace & Renew | Originals | Other Types |
| San Antionio - Pat Booker | 1,349 | 383 | 821 | 22 | 26 | 23 |
| San Antonio- Babcock | 994 | 211 | 575 | 34 | 38 | 30 |
| San Antonio - Southeast | 966 | 250 | 809 | 42 | 43 | 32 |
| San Antonio - General McMullen | 1,284 | 395 | 515 | 28 | 33 | 24 |

## Regional Map

New Braunfels
San Antonio - Mega
San Antonio - Pat Booker
Seguin
San Antonio - Babcock
San Antonio - General McMullen
San Antonio - Southeast

■ Offices with Queuing Solution   ▨ Other Offices

2:13-cv-193
09/02/2014
DEF1726

TEX0524626