

**Driver License Regional Weekly Review**     Mega Centers     Week 2 2014: Jan 6 - Jan 10

## Average Waits and Total Customer Volume



## Performance by Transaction Type

| Office | Customer Volume | | | Avg Wait Time in Minutes | | |
|---|---|---|---|---|---|---|
| | Renewals | Originals | Other Types | Renewals | Originals | Other Types |
| Fort Worth | 1,472 | 743 | 1,241 | 33 | 52 | 18 |
| Garland | 2,167 | 1,315 | 1,299 | 15 | 30 | 12 |
| Houston - Gessner | 3,365 | 1,707 | 2,370 | 78 | 148 | 32 |
| Leon Valley | 2,766 | 1,154 | 794 | 23 | 28 | 7 |
| Pflugerville | 1,579 | 960 | 1,144 | 9 | 16 | 11 |
| Rosenberg | 2,864 | 1,086 | 1,662 | 49 | 45 | 25 |
| Spring | 2,412 | 1,060 | 1,288 | 15 | 22 | 21 |

## Mega Center Map



About Tableau maps: www.tableausoftware.com/mapdata

2:13-cv-193
09/02/2014
DEF1728

TEX0524628