

### Performance by Transaction Type

| OfficeName | Customer Volume | | | Avg. Wait Time in Minutes | | |
|---|---|---|---|---|---|---|
| | Replace & Renew | Originals | Other Types | Replace & Renew | Originals | Other Types |
| Arlington | 1,124 | 392 | 467 | 39 | 67 | 33 |
| Denton | 1,257 | 447 | 716 | 52 | 55 | 41 |
| Fort Worth | 2,184 | 949 | 1,224 | 26 | 41 | 42 |
| Hurst | 2,847 | 945 | 1,353 | 47 | 61 | 32 |
| Lake Worth | 1,883 | 573 | 1,282 | 29 | 34 | 44 |
| Lewisville | 1,446 | 510 | 962 | 36 | 43 | 21 |
| McKinney | 1,651 | 750 | 742 | 39 | 44 | 21 |
| Plano | 2,384 | 785 | 2,665 | 66 | 64 | 38 |
| Waxahachie | 976 | 314 | 1,183 | 17 | 18 | 37 |



2:13-cv-193
09/02/2014
DEF1730

TEX0524630