

## Driver License Regional Weekly Review

Region 2B: East Houston   Week 3 2014: Jan 13 - Jan 17

**Year** 2013 2014

### Average Waits and Total Customer Volume

### Performance by Transaction Type

| OfficeName | Customer Volume | | | Avg. Wait Time in Minutes | | |
|---|---|---|---|---|---|---|
| | Replace & Renew | Originals | Other Types | Replace & Renew | Originals | Other Types |
| Baytown | 536 | 182 | 414 | 17 | 24 | 19 |
| Beaumont | 636 | 151 | 484 | 25 | 37 | 31 |
| Clear Lake | 1,071 | 484 | 383 | 54 | 81 | 25 |
| Conroe | 845 | 335 | 547 | 13 | 22 | 11 |
| Houston - East | 720 | 298 | 474 | 34 | 39 | 31 |
| Houston - Winkler | 861 | 425 | 796 | 22 | 28 | 30 |
| Humble | 763 | 439 | 704 | 24 | 57 | 34 |
| Pasadena | 798 | 323 | 443 | 40 | 34 | 24 |
| Texas City | 713 | 309 | 374 | 26 | 27 | 29 |

### Regional Map

Offices with Queuing Solution   Other Offices

2:13-cv-193
09/02/2014
exhibitsticker.com
DEF1732

TEX0524632