

# Driver License Regional Weekly Review

Region 4: West Texas

Week 3 2014: Jan 13 - Jan 17

## Average Waits and Total Customer Volume

Year
2013
2014

## Performance by Transaction Type

| OfficeName | Customer Volume: Replace & Renew | Customer Volume: Originals | Customer Volume: Other Types | Avg. Wait Time in Minutes: Replace & Renew | Avg. Wait Time in Minutes: Originals | Avg. Wait Time in Minutes: Other Types |
|---|---|---|---|---|---|---|
| El Paso - Gateway | 1,035 | 524 | 315 | 32 | 25 | 22 |
| El Paso - Hondo Pa.. | 524 | 364 | 338 | 26 | 20 | 33 |
| El Paso - Northwest | 589 | 315 | 360 | 24 | 24 | 16 |
| El Paso - Scott Sim.. | 706 | 222 | 457 | 25 | 30 | 22 |
| Midland | 721 | 328 | 388 | 49 | 52 | 29 |
| Odessa | 758 | 343 | 628 | 42 | 38 | 37 |
| San Angelo | 545 | 118 | 353 | 25 | 33 | 24 |

## Regional Map

2:13-cv-193
09/02/2014
DEF1734
exhibitsticker.com

TEX0524634