

2:13-cv-193
09/02/2014
DEF1735

TEX0524635