

**Driver License Regional Weekly Review**      Mega Centers     Week 3 2014: Jan 13 - Jan 17

## Average Waits and Total Customer Volume



## Performance by Transaction Type

| Office | Customer Volume | | | Avg Wait Time in Minutes | | |
|---|---|---|---|---|---|---|
| | Renewals | Originals | Other Types | Renewals | Originals | Other Types |
| Fort Worth | 1,446 | 714 | 1,328 | 20 | 36 | 32 |
| Garland | 2,181 | 1,439 | 1,459 | 17 | 35 | 16 |
| Houston - Gessner | 3,603 | 1,981 | 2,847 | 65 | 147 | 51 |
| Leon Valley | 2,968 | 1,243 | 1,069 | 25 | 39 | 8 |
| Pflugerville | 1,644 | 978 | 1,039 | 6 | 9 | 8 |
| Rosenberg | 2,651 | 1,106 | 1,550 | 32 | 28 | 24 |
| Spring | 2,344 | 1,046 | 1,363 | 12 | 22 | 15 |

## Mega Center Map



About Tableau maps: www.tableausoftware.com/mapdata

2:13-cv-193
09/02/2014
DEF1738