

Driver License Regional Weekly Review — Region 1B: Fort Worth Area — Week 4 2014: Jan 20 - Jan 24

**Performance by Transaction Type**

| OfficeName | Customer Volume | | | Avg. Wait Time in Minutes | | |
|---|---|---|---|---|---|---|
| | Replace & Renew | Originals | Other Types | Replace & Renew | Originals | Other Types |
| Arlington | 852 | 276 | 376 | 57 | 88 | 39 |
| Denton | 521 | 176 | 335 | 58 | 64 | 56 |
| Fort Worth | 896 | 351 | 525 | 21 | 31 | 43 |
| Hurst | 1,265 | 344 | 620 | 31 | 36 | 36 |
| Lake Worth | 710 | 235 | 574 | 30 | 36 | 44 |
| Lewisville | 663 | 238 | 340 | 34 | 44 | 25 |
| McKinney | 710 | 347 | 248 | 49 | 75 | 15 |
| Plano | 1,177 | 420 | 962 | 68 | 72 | 37 |
| Waxahachie | 453 | 133 | 455 | 25 | 32 | 20 |

2:13-cv-193  09/02/2014  DEF1740

TEX0524640