

TEX0524645