

**Driver License Regional Weekly Review**

Year: 2013, 2014

Region 6A: San Antonio          Week 4 2014: Jan 20 - Jan 24

## Average Waits and Total Customer Volume

## Performance by Transaction Type

| OfficeName | Customer Volume | | | Avg. Wait Time in Minutes | | |
|---|---|---|---|---|---|---|
| | Replace & Renew | Originals | Other Types | Replace & Renew | Originals | Other Types |
| San Antionio - Pat Booker | 843 | 286 | 564 | 41 | 30 | 31 |
| San Antonio - General McMullen | 921 | 335 | 411 | 30 | 33 | 26 |
| San Antonio- Babcock | 360 | 33 | 109 | 46 | 21 | 39 |
| San Antonio - Southeast | 619 | 177 | 639 | 42 | 50 | 33 |

## Regional Map

- Offices with Queuing Solution
- Other Offices

2:13-cv-193
09/02/2014
DEF1746
www.exhibitsticker.com

TEX0524646