**Driver License Regional Weekly Review**        Mega Centers        Week 4 2014: Jan 20 - Jan 24

## Average Waits and Total Customer Volume



## Performance by Transaction Type

| Office | Customer Volume | | | Avg Wait Time in Minutes | | |
|---|---|---|---|---|---|---|
| | Renewals | Originals | Other Types | Renewals | Originals | Other Types |
| Fort Worth | 982 | 592 | 1,223 | 28 | 44 | 26 |
| Garland | 1,276 | 1,181 | 1,773 | 10 | 31 | 18 |
| Houston - Gessner | 1,977 | 1,398 | 2,388 | 38 | 115 | 57 |
| Leon Valley | 681 | 936 | 2,248 | 7 | 28 | 24 |
| Pflugerville | 674 | 533 | 1,049 | 13 | 13 | 8 |
| Rosenberg | 1,093 | 689 | 1,453 | 19 | 27 | 31 |
| Spring | 725 | 710 | 1,714 | 22 | 22 | 14 |

## Mega Center Map



About Tableau maps: www.tableausoftware.com/mapdata

2:13-cv-193
09/02/2014
DEF1748