

**Driver License Regional Weekly Review** — Region 1A: Dallas Area — Week 14 2013: April 1 - April 5

### Customer Volume and Average Waits

Year: 2012, 2013

### Performance by Transaction Type

| OfficeName | Customer Volume – Replace & Renew | Customer Volume – Originals | Customer Volume – Other Types | Avg. Wait Time in Minutes – Replace & Renew | Avg. Wait Time in Minutes – Originals | Avg. Wait Time in Minutes – Other Types |
|---|---|---|---|---|---|---|
| Carrollton | 906 | 455 | 740 | 6 | 16 | 17 |
| Cedar Hill | 697 | 452 | 222 | 9 | 17 | 19 |
| Dallas - East | 1,186 | 634 | 409 | 23 | 41 | 21 |
| Dallas - Southwest | 823 | 698 | 468 | 23 | 28 | 30 |
| Garland | 824 | 476 | 173 | 21 | 32 | 32 |
| Grand Prairie | 676 | 400 | 188 | 10 | 26 | 20 |
| Irving | 762 | 584 | 657 | 7 | 16 | 15 |
| Longview | 477 | 222 | 67 | 43 | 57 | 39 |
| Tyler | 603 | 372 | 159 | 12 | 24 | 17 |

### Regional Map

Offices With Queuing Solution / Other Offices

2:13-cv-193 09/02/2014 DEF1749

TEX0524649



TEX0524650



TEX0524651



TEX0524652





TEX0524654



TEX0524655



TEX0524656



TEX0524657



Driver License Regional Weekly Review — Mega Centers — Week 14 2013: April 1 - April 5

### Performance by Transaction Type

| Office | Customer Volume - Replace & Renew | Customer Volume - Originals | Customer Volume - Other Types | Avg Wait Time in Minutes - Replace & Renew | Avg Wait Time in Minutes - Originals | Avg Wait Time in Minutes - Other Types |
|---|---|---|---|---|---|---|
| Fort Worth | 1,108 | 742 | 1,221 | 8 | 12 | 9 |
| Garland | 1,469 | 1,013 | 921 | 9 | 17 | 14 |
| Leon Valley | 1,606 | 979 | 1,009 | 5 | 9 | 5 |
| Pflugerville | 1,191 | 841 | 832 | 10 | 12 | 11 |
| Rosenberg | 1,891 | 930 | 1,018 | 10 | 19 | 17 |
| Spring | 1,609 | 913 | 1,346 | 18 | 30 | 22 |