TEXAS SECRETARY of STATE

JOHN STEEN

# How to Handle Substantially Similar Names



Ashley Fischer, Legal Director

Elections Division -- Texas Secretary of State

31st Annual Election Seminar -- July 2013

1



2:13-cv-193
09/02/2014
DEF1771

TEX0531464

TEXAS SECRETARY of STATE

JOHN STEEN

# Agenda

- Applicable Rules and Statutes
- Acceptable Forms of IDs
- Informing Voters Together
- Training Election Judges and Clerks
- Determining Similar Names
- Processing the Voter
- Updating Records



TEX0531465

TEXAS SECRETARY of STATE

JOHN STEEN

# Applicable Rules and Statutes

- Tex. Elec. Code §63.001(c)
- Tex. Admin. Code Rule §81.71



3

TEX0531466

TEXAS SECRETARY of STATE

JOHN STEEN

# Acceptable Forms of ID



- Texas driver license
- Texas Election Identification Certi
- Texas personal identification card
- Texas concealed handgun license
- United States military identification card containing the person's photograph
- United States citizenship certificate containing the person's photograph
- United States passport



4

TEX0531467

TEXAS SECRETARY of STATE

JOHN STEEN

# Informing Voters Together

- SOS is planning STATEWIDE outreach plan for this fall!!!
  - Secretary Steen visiting Texas counties!
  - TV/Radio outreach planned!
  - "Am I Registered?" will work for voters!



5

TEX0531468

TEXAS SECRETARY of STATE

JOHN STEEN

# Informing Voters Together

- SOS will help COUNTIES contact potentially impacted voters!!!
  - Directs voters to "Am I Registered?"
  - Contact SOS if you need more information.



6

TEX0531469

TEXAS SECRETARY of STATE

JOHN STEEN

# Training Judges and Clerks

- REMEMBER, all election judges <u>and</u> clerks must take the training on accepting and handling voter identification.





7

TEX0531470

TEXAS SECRETARY of STATE

JOHN STEEN

# Determining Similar Names

- **Who**?
  1. Early Voting Clerk
  2. Deputy Early Voting Clerk
  3. Election Judge
  4. Election Clerk



8

TEX0531471

TEXAS SECRETARY of STATE

JOHN STEEN

# Determining Similar Names

- **What?**
  - Names that are **not** identical, but are similar.



9

TEX0531472

TEXAS SECRETARY of STATE

JOHN STEEN

# Totality of the Circumstances

- Claudia Alta "Lady Bird" Taylor Johnson



*Texas Driver License*

Lady Bird Johnson
123 Texas Way
Austin, Texas 71234

Date of Birth:
12/22/1912

<u>Precinct 1 – Travis County
List of Registered Voters</u>

Claudia Bird Taylor
123 Texas Way
Austin, Texas 71234

Date of Birth: 12/22/1912



TEX0531473

TEXAS SECRETARY of STATE

JOHN STEEN

# Totality of the Circumstances

- Use information to assist in determination:
  - Address
  - Date of Birth
  - Photograph



TEX0531474

TEXAS SECRETARY of STATE

JOHN STEEN

# Determining Similar Names

- **What does that mean?**

  1. Slightly Different

  2. Customary Variation

  3. Initial, Middle Name or Former Name

  4. Different Field



TEX0531475

TEXAS SECRETARY of STATE

JOHN STEEN

# Slightly Different

| OLRV or ID | OLRV or ID |
| --- | --- |
| Dorris Miller | Doris Miller |
| Nanci Griffith | Nancy  Griffith |
| Harlen Block | Harlon Block |
| Charlie Pride | Charley Pride |
| Mark Cuban | Marc Cuban |
| Jamie Fox | Jamie Foxx |



13

TEX0531476

# Slightly Different

- **Minor misspellings of names**, e.g. Jan vs. Jane, Julia vs. Julie.

- **Extra letters, minor typos.**

- **Common different spellings**, e.g. John or Jon, Mark or Marc.



14

TEX0531477

TEXAS SECRETARY of STATE

JOHN STEEN

# Customary Variation

| OLRV or ID | OLRV or ID |
| --- | --- |
| David Crockett | Davy Crockett |
| Sam Houston | Samuel Houston |
| James Richard Perry | James Rick Perry |
| William P. Clements, Jr. | Bill Clements |
| Enrique B. Gonzales | Henry B. Gonzales |
| Jonathan Paul Manziel | Johnny Paul Manziel |
| Esperanza Andrade | Hope Andrade |



15

TEX0531478

TEXAS SECRETARY of STATE

JOHN STEEN

# Customary Variation

- **English vs. Spanish vs. French spellings**, e.g. Jean vs. John, Jose vs. Joseph, Esperanza vs. Hope.
- **Common Abbreviations**, e.g. Sam for Samuel, Kim for Kimberly.



16

TEX0531479

TEXAS SECRETARY of STATE

JOHN STEEN

# Initial, Middle Name, Former Name

| OLRV or ID | OLRV or ID |
|---|---|
| Lyndon Johnson | Lyndon Baines Johnson |
| William P. Clements, Jr. | Bill Clements |
| Willie Hugh Nelson | Willie Nelson |
| Audie Murphy | Audie L. Murphy |
| J. Roger Williams | Roger Williams |
| Earl C. Campbell | Earl Campbell |
| Carole Keeton Rylander | Carole Keeton Strayhorn |
| Sandra Day | Sandra Day O'Connor |
| Beyonce Knowles | Beyonce Knowles-Carter |

17

TEXAS SECRETARY of STATE

JOHN STEEN

# Initial, Middle Name, Former Name

- Maiden Names
- Hyphenated Names



18

TEX0531481

TEXAS SECRETARY of STATE

JOHN STEEN

# Different Field

| OLRV or ID | OLRV or ID |
| --- | --- |
| Beyonce Knowles | Beyonce Knowles-Carter |
| Sandra Day | Sandra Day O'Connor |



19

TEX0531482

TEXAS SECRETARY of STATE

JOHN STEEN

# Totality of Circumstances

- Buddy Holly vs. Charles Hardin Holley
- Ike Eisenhower vs. Dwight David Eisenhower

## REMEMBER TO COMPARE ALL INFORMATION



20

TEX0531483

TEXAS SECRETARY of STATE

JOHN STEEN

# Processing the Voter

- Stayed Tuned!!
- Recall Early Voting Procedures.



TEX0531484

TEXAS SECRETARY of STATE

JOHN STEEN

# Processing the Voter

- Voter will be processed similar to today's procedure.
- After providing ID, election workers will need to determine if names on OLRV and ID are exact, similar, or too different to accept for voting.
- Voters with identical matches, proceed as usual.
- Voters with similar name will need to initial affidavit on combination.



22

TEX0531485

TEXAS SECRETARY of STATE

JOHN STEEN

# Updating Records

- Statement of Residence/Name Change.
- Flyers for Voters at Polling Places with direction to Texas Online, county website, voter registrar's phone number.
- Voter Registration Applications.



23

TEX0531486

# TEXAS SECRETARY of STATE
## JOHN STEEN

# That's All Folks



TEX0531487