**Document Produced Natively**

**File Name:**   Training Power Point- Final.pptx



TEX0531488