# Texas HAVA
# Media Coverage Report
# February 2014



VOTETEXAS.GOV
POWERED BY THE *TEXAS SECRETARY OF STATE*

*Prepared by Burson-Marsteller*



Burson-Marsteller

2:13-cv-193
09/02/2014
DEF1773

TX HAVA Coverage Report – February 2014


★ VOTETEXAS.GOV ★

## OVERVIEW & EXECUTIVE SUMMARY

Throughout the month of February 2014, Texas Secretary of State Nandita Berry travelled the state on her "Tour of Texas" and participated in several radio call-ins,earning **28** unique print articles and **37** broadcast and radio pick ups related to the March 4 primaries, the new photo ID law and the VoteTexas campaign.

The number of impressions (circulation) for the month tallied more than **2.4 million** for print and online coverage and **520,845** for broadcast and radio. Total media impressions were nearly **3 million**. Full coverage is listed below with links and text for all articles. Live links are also included for all available broadcasts.

### Social Media Stats: Twitter (2/1/14 to 2/28/14)

- Total @VoteTexas Followers: **1,136 followers**
- Total Mentions of @VoteTexas, #VoteTexas, Texas Secretary of State Nandita Berry and @TxSecofState across Twitter and Facebook: **3,136 mentions**
- Total Retweets of @VoteTexas: **195 Retweets**
- Potential Audience Reach: **3,702,572 followers**
- Top 5 Influencers talking about VoteTexas (rated by follower count):

    1. Ted Cruz @tedcruz (236K followers)
       Texans: Today is the last day to register to vote in the March 4th primary election! Visit
       http://votetexas.gov for more information.
       ***109 Retweets***

    2. Rick Perry @GovernorPerry (216K followers)
       A few more hours left to register to vote in March 4 election. http://votetexas.gov/register-to-vote/ ... cc:
       @TXsecofstate
       ***22 Retweets***

    3. Wendy Davis @WendyDavisTexas (167K followers)
       RT @VoteTexas: Applications for ballots by mail must be received by tomorrow for the March 4 primary
       election. http://bit.ly/1oWhiuh
       ***45 Retweets***

    4. State Rep Steve Toth @Toth_4_Texas (1,937 followers)
       Are you registered to vote in the Senate District 4 Special Election May 10th?Please register to vote here!
       http://votetexas.gov/register-to-vote/ ... Please RT
       ***8 Retweets***

    5. TrueTexasTea @TrueTexasTea (960 followers)
       #VoteTexas: Texas Primary Early Voting ends tomorrow, 2/28. Don't forget your #VoterID!
       http://www.votetexas.gov/
       ***5 Retweets***

### Social Media Stats: Facebook (2/1/14-2/28/14)

- Total Likes: **15, 841**
- People Talking About This: **1,423**
- Total Reach: **87,740**

TEX0532895



**Tour of Texas – Results by Market**

**Corpus Christi** – January 30, 2014
- Conducted targeted outreach to **16** media contacts
- Media Attendees included:
  - Caller-Times
  - KDII-TV
  - KORO-TV
  - KRIS-TV (KDF, KZTV)
  - Port Aransas South Jetty
  - Rockport Pilot

**Fort Bend County/Rosenberg** – February 3, 2014
- Conducted targeted outreach to **47** media contacts
- Media Attendees included:
  - Houston Chronicle
  - Fort Bend Herald
  - Houston Channel 39 (CW)
  - India Herald
  - Voice of Asia

**El Paso** – February 4, 2013
- Conducted targeted outreach to **15** media contacts
- Media Attendees included:
  - El Paso Times
  - KFOX-TV Channel 14 (FOX)
  - NBC affiliate

**Lubbock** – February 5, 2014
- Conducted targeted outreach to **16** media contacts
- Media Attendees included:
  - The Daily Toreador
  - Lubbock Avalanche-Journal
  - KJTV-TV (FOX)
  - KAMC-TV (ABC)
  - KLBK-TV (CBS)
  - NBC affiliate
  - El Editor

TEX0532896

**★ VOTETEXAS.GOV ★**

**Amarillo** – February 5, 2014
- Conducted targeted outreach to **13** media contacts
- Media Attendees included:
  - Amarillo Globe News
  - KFDA-TV (CBS)
  - KAMR-TV (NBC)
  - KCIT-TV (FOX)
  - KVII TV
  - News 10
  - News/Talk KGNC

**Tyler** – February 6, 2014
- Conducted targeted outreach to **10** media contacts
- Media Attendees included:
  - KYTX-TV 19 (CBS)
  - KLTV (ABC)

**San Antonio** – February 11, 2014
- Conducted targeted outreach to **30** media contacts
- Media Attendees included:
  - San Antonio Express-News
  - KTSA-AM Radio
  - WOAI Radio

**Fort Worth** – February 12, 2014
- Conducted targeted outreach to **15** media contacts
- Media Attendees included:
  - Fort Worth Star Telegram
  - KUVN-TV Univision 23

**Houston** – February 27, 2014
- Conducted targeted outreach to **19** media contacts
- Media Attendees included:
  - KHOU-TV CBS 11
  - Telemundo
  - KROI Radio
  - KUHF Radio (NPR)

TEX0532897

TX HAVA Coverage Report – February 2014

 ★ VOTETEXAS.GOV ★

## COVERAGE RESULTS – with links

| Online and Print Coverage - Headlines | | | | |
|---|---|---|---|---|
| Date | Outlet | Circulation | Author | Headline |
| February 28, 2014 | KVUE.com | 666,663 | Associated Press | Early voting wraps up Friday for Texas primaries |
| February 28, 2014 | Focus Daily News | 34,323 | Staff | Secretary of State Nandita Berry reminds Texans about early voting Early Voting for Primary Elections runs through February 28 |
| February 21, 2014 | Off the Kuff | NA | Charles Kuffner | Yes, they fear what BGT is doing |
| February 18, 2014 | Dallas Business Journal (Also appeared in Wn.com) | 15,584 | Nicholas Sakelaris | Texas Secretary of State Nandita Berry talks economic development, voter ID law |
| February 9, 2014 | Election Law Center (release appeared in multiple outlets) | NA | John Cornyn | Sen. Cornyn, Secretary Berry Highlight Efforts To End Disenfranchisement Of Military Voters |
| February 6, 2014 | KYTX-TV 19 (Tyler) | NA | Jaime Gerik | VIDEO: Texas Secretary of State issues voter information |
| February 6, 2014 | KLTV (Tyler) | 418,459 | Melanie Torre | VIDEO: Voters must remember photo ID for March primary election |
| February 6, 2014 | Voice of Asia | 10,000 | Shobana Muratee | Secretary of State Nandita Berry reminds Texas voters to take photo ID during voting |
| February 6, 2014 | News/Talk KGNC (Amarillo) | 42,400 | Staff | Texas Secretary Of State Pays Visit To Amarillo |
| February 5, 2014 | Texas Tech Daily Toreador | 10,000 | Carson Wilson | Texas Secretary of State discusses voting requirements, preliminaries. |
| February 5, 2014 | Fox 34 News (Lubbock) | NA | Staff | VIDEO: Newly-appointed secretary of state for Texas stops through Lubbock |
| February 5, 2014 | Amarillo Globe News | 29,948 | Kevin Welch | Secretary of state talks voter ID |
| February 5, 2014 | KFDA-TV (News Channel 10) | 16,946 | Madison Alewel | Texas Secretary of State visits Amarillo |
| February 5, 2014 | KAMR (MyHighPlains.com) | 181,783 | Alexandra Stone | VIDEO: New Texas Secretary of State Visits Amarillo |
| February 5, 2014 | Fort Bend Independent | 40,000 | Staff | Secretary of State visits Fort Bend |
| February 5, 2014 | El Paso Times | 65,247 | Aaron Bracamontes | Texas Secretary of State Nandita Berry reminds voters to take ID to polls |
| February 4, 2014 | El Paso Times | 65,247 | Victor Calzada | SLIDESHOW: Texas Secretary of State Nandita Berry visits El Paso |

TEX0532898

TX HAVA Coverage Report – February 2014

★ VOTETEXAS.GOV ★

| February 4, 2014 | Fort Bend Herald | 18,054 - online 8,200 - print | David Emswiler | Secretary of state promotes voting, IDs |
| February 4, 2014 | NewsFix 39 (Houston) | NA | Staff | VIDEO: Texas secretary of state explains new voting rules |
| February 4, 2014 | Impact News | 81,044 | John Rigg | Secretary of State Berry stops by Fort Bend County on her aerial tour of Texas |
| February 3, 2014 | KSAM 101.7 | 39,400 | Larry Crippen | Secretary Berry Reminds Voters of Registration Deadline |
| February 3, 2014 | Houston Chronicle | 360,251 | Erin Mulvaney | Fort Bend an 'economic miracle,' says secretary of state |
| February 3, 2014 | Fort Worth Star Telegram | 188,593 | Anna M. Tinsley | Last chance to register to vote in Texas primary |
| February 3, 2014 | Alice Echo-News Journal | 44,917 | Jimmy Willden | Texas Secretary of State Berry visits Corpus Christi, discusses the importance of voting |
| February 2, 2014 | Deer Park Broadcaster (yourhoustonnews.com) Also appeared in Borger News-Herald | 163,432 | Staff | Secretary Berry reminds Texans about Feb. 3 registration deadline |
| January 30, 2014 | KIII TV3 | NA | Staff | Texas Secretary of State Talks Economics in Corpus Christi |
| January 30, 2014 | Corpus Christi Caller Times | 44,311 | Nadia Tamez-Robledo | Texas Secretary of State visit highlights photo ID requirements, registration deadlines |

TEX0532899

★ **VOTETEXAS.GOV** ★

**BROADCAST AND RADIO COVERAGE – with links**

KHOU 11 News
(CBS) - Houston, TX
February 27, 2014
Local Market Viewership: 30,582

News Radio KEX
Portland, OR
February 26, 2014
Local Market Viewership: NA

KDAF Eye Opener DFW
(CW) - Dallas, TX
February 25, 2014
Local Market Viewership: 13,485

KRLD-AM Rado
Dallas, TX
February 19, 2014
Local Market Viewership: NA

KVCT Fox News @ 9
(FOX) - Victoria, TX
February 18, 2014
Local Market Viewership: NA

KLTV Good Morning East Texas
(ABC) - Tyler, TX
February 18, 2014
Local Market Viewership: 27,333

KAVU Newscenter 25 @ Sunrise
(ABC) - Victoria, TX
February 18, 2014
Local Market Viewership: 2,559

KLTV 7 News at 6pm
(ABC) - Tyler, TX
February 17, 2014
Local Market Viewership: 76,784

KTSA – AM
San Antonio, TX
February 12, 2014
Local Market Viewership: NA

TEX0532900

TX HAVA Coverage Report – February 2014

★ **VOTETEXAS.GOV** ★

KLIF-AM Radio
Dallas, TX
February 12, 2014
Local Market Viewership: NA

KRLD-AM Radio
Dallas, TX
February 12, 2014
Local Market Viewership: NA

WOAI-AM Radio
San Antonio, TX
February 12, 2014
*Played at 5:34 AM and 9:04 AM
Local Market Viewership: NA

KTSA-AM Radio
San Antonio, TX
February 12, 2014
Local Market Viewership: NA

KLBK 13 This Morning
(CBS) - Lubbock, TX
February 10, 2014
*Played at 6:06 AM and 6:38 AM
Local Market Viewership: 3,569

KAMC 28 Good Morning Lubbock
(ABC) - Lubbock, TX
February 10, 2014
Local Market Viewership: 736

KAMC 28 News at 10P
(ABC) - Lubbock, TX
February 9, 2014
Local Market Viewership: 20,514

KLBK 13 News at 10
(CBS) - Lubbock, TX
February 9, 2014
Local Market Viewership: 29,475

CBS19 This Morning
(CBS) - Tyler, TX
February 7, 2014
Local Market Viewership: 6,521

TEX0532901

TX HAVA Coverage Report – February 2014



**KAMR Today in Amarillo**
(NBC) - Amarillo, TX
February 6, 2014
Local Market Viewership: 2,856

**KJTV Good Day Lubbock**
(FOX) - Lubbock, TX
February 6, 2014
Local Market Viewership: NA

**KCBD 11 at Ten**
(NBC) - Lubbock, TX
February 6, 2014
Local Market Viewership: NA

**KYTX CBS 19 News at 10**
(CBS) - Tyler, TX
February 6, 2014
Local Market Viewership: 19,517

**CBS 19 News at 6**
(CBS) - Tyler, TX
February 6, 2014
Local Market Viewership: 19,026

**KLTV 7 News at 5pm**
(ABC) - Tyler, TX
February 6, 2014
Local Market Viewership: 56,888

**CBS 19 5PM News**
(CBS) - Tyler, TX
February 6, 2014
Local Market Viewership: 8,000

**KAMR Studio 4**
(NBC) - Amarillo, TX
February 5, 2014
Local Market Viewership: 833

**KTSM NewsChannel 9 Today**
(NBC) - El Paso, TX
February 5, 2014
Local Market Viewership: NA

TEX0532902

TX HAVA Coverage Report – February 2014



**KCBD 11 at Ten**
(NBC) - Lubbock, TX
February 5, 2014
Local Market Viewership: 24,986

**KAMR News at Ten**
(NBC) - Amarillo, TX
February 5, 2014
Local Market Viewership: 3,870

**KJTV Fox 34 News@Nine**
(FOX) - Lubbock, TX
February 5, 2014
Local Market Viewership: 3,192

**KCIT Fox News @ 9PM**
(FOX) - Amarillo, TX
February 5, 2014
Local Market Viewership: 7,624

**KFOX Morning News @ 7**
(FOX) - El Paso, TX
February 5, 2014
Local Market Viewership: 38,722

**KAMR News at Six**
(NBC) - Amarillo, TX
February 5, 2014
Local Market Viewership: 13,170

**KAMR News at Five**
(NBC) - Amarillo, TX
February 5, 2014
Local Market Viewership: 6,513

**KFOX Morning News @ 5**
(FOX) - El Paso, TX
February 5, 2014
Local Market Viewership: 10,162

**KFOX News at Nine**
(FOX) - El Paso, TX
February 4, 2014
Local Market Viewership: 43,456

**KFOX News at Five**
(FOX) - El Paso, TX
February 4, 2014
Local Market Viewership: 4,503

TEX0532903

TX HAVA Coverage Report – February 2014



## ONLINE AND PRINT FULL TEXT

**Early voting wraps up Friday for Texas primaries**
KVUE.com
Associated Press
February 28, 2014
http://www.kvue.com/news/state/Early-voting-wraps-up-Friday-for-Texas-primaries-247812581.html

AUSTIN, Texas - The deadline has arrived for Texas voters to cast ballots early for next week's Democratic and Republican primaries.

Early voting that began Feb. 18 ends Friday. The election is Tuesday.

Secretary of State Nandita Berry has toured the state to answer questions about the voting process and to remind people that photo identification is required at the polls.

Approved forms of photo ID in Texas include a driver's license, a personal identification card issued by the Department of Public Safety, a DPS concealed handgun license, a U.S. military ID, a U.S. citizenship certificate, a passport or an election identification certificate issued by DPS.

The general election is set for Nov. 4.
- Find your polling place here.
- Go here for more information on Texas elections.

**Secretary of State Nandita Berry reminds Texans about early voting Early Voting for Primary Elections runs through**
Focus Daily News
Staff
February 28, 2014
http://focusdailynews.com/secretary-of-state-nandita-berry-reminds-texans-about-early-voting-early-vo-p12183-1.htm

Texas Secretary of State Nandita Berry reminds Texas voters that early voting for the March Primary Elections continues through Friday, February 28. Election Day is Tuesday, March 4.

To get the word out, Secretary Berry toured the state, engaging voters in traditional, digital and social media, and new television and radio advertisements are currently running statewide in English and Spanish.

"I encourage all Texas voters to take advantage of the convenience of Early Voting, when you can vote anywhere in your county and at a time that works for you," said Secretary Berry. "I also want to remind Texans to bring an approved photo ID to the polls."

Photo identification is required in early voting and on Election Day to vote in person.

To cast a ballot in person voters should present one of the following approved forms of photo ID:

TEX0532904

TX HAVA Coverage Report – February 2014



1. Texas Driver License – issued by the Department of Public Safety (DPS)

2. Texas Personal Identification Card – issued by DPS

3. Texas Concealed Handgun License – issued by DPS

4. United States Military Identification card containing the person's photograph

5. United States Citizenship Certificate containing the person's photograph

6. United States Passport – issued by the U.S. government

7. Election Identification Certificate – issued free by DPS

Anyone who does not have one of the first six forms of ID can get an Election Identification Certificate from a local DPS driver license office for free.

In almost all cases, voters voting by mail will not need to present a photo ID. Texans age 65 and older and people with disabilities are automatically qualified to vote by mail. However, the last day to request a ballot by mail in time for the March 4 Election is Friday, February 21.

Voters can contact their county elections office to locate the most convenient polling place, or they can follow the links at www.votetexas.gov.

Polling place times will vary from county to county.

**Yes, they fear what BGT is doing**
Off the Kuff
Charles Kuffner
February 21, 2014
http://offthekuff.com/wp/?p=58971

While saying it had received no complaint against the Democratic group Battleground Texas, the office of Texas Secretary of State Nandita Berry suggested Wednesday that the group's voter registration practices might rise to a "potential level of offense" of state election law.

Battleground Texas strongly disputes breaking any laws and said a flap over its registration efforts has Republicans running scared. At issue is a videotaped conversation with Battleground Texas volunteers in Bexar County. It was gathered surreptitiously by controversial conservative activist James O'Keefe, who has sent people posing as interested volunteers to infiltrate Democratic or liberal activist groups, after which he disseminates video that was secretly gathered.

In the video, an unedited version of which The Texas Tribune reviewed, a Battleground voter registration coordinator is quoted as saying the group takes phone numbers gathered as part of the registration process. She said the phone numbers would be used to call the voters close to election time to urge them to vote.

TEX0532905



"Once we register people to vote tonight, we will all turn in our cards and our data person will enter, not all the information, but name, address and phone number," the Battleground representative says. "We can then call everyone here and say, 'Hi, I registered you to vote.'"

O'Keefe's group, Project Veritas, which has been known to manipulate videos to make them seem more damaging to the people in them, claims Battleground broke state election law by collecting the phone numbers.

Whether Battleground did anything wrong in the process comes down to how the law is interpreted. Section 13.004 of the Texas Election Code says, in part, that county registration officials may not "transcribe, copy or otherwise record a telephone number furnished on a registration application."

Battleground Texas spokesman Ellis Brachman said the group "fully complies with the law." He also took note of O'Keefe's controversial past, which includes a guilty plea to entering a federal building under false pretenses.

"Let's be clear: James O'Keefe is an admitted criminal with a long and well-documented record of misleading attacks who is trying to make sure that fewer Texans are able to vote. The real story here is that Battleground Texas volunteers are patriotically working to get more Texans involved in our democracy," Brachman said. "O'Keefe and his Republican allies in Texas are scared of our success and are doing everything they can to interfere."

A Democratic election law expert, Buck Wood of Austin, expressed doubt that any crime occurred. He said the plain language of the statute makes it clear that the volunteer registrars are not considered to be county officials. He said the law was intended to ensure the government isn't disseminating private information and doesn't address what volunteers who get a phone number from a would-be voter at a county fair booth, for example, can do with the information.

So this allegation rests partly on the word of a proven liar, and partly on a ridiculous reading of state law. Good luck with that. Even Greg Abbott had no comment. All that's left is the smell of fear.


**Texas Secretary of State Nandita Berry talks economic development, voter ID law**
Dallas Business Journal (Also appeared in Wn.com)
Nicholas Sakelaris
February 18, 2014
http://www.bizjournals.com/dallas/blog/2014/02/texas-secretary-of-state-nandita-berry-talks.html

Nandita Berry has been on a whirlwind tour of Texas since she became secretary of state in January. She's hit the Rio Grande, Midland, Lubbock, Amarillo and, this week, she stopped in North Texas.

On Tuesday, she visited the Dallas Business Journal office where she talked to me about economic development and the voter ID law.

Berry, who married Houston conservative radio host Michael Berry, loves to tell her own success story.

She immigrated to Houston in 1989 to attend the University of Houston with $200 to her name. She worked her way through school at a law firm and later became a regent at UH.

She's leaving those posts behind for her new gig as Texas secretary of state.

TEX0532906

TX HAVA Coverage Report — February 2014



"I quickly had to find a job. It is just a testament to the opportunities that are available here in Texas that you can get yourself through school, find a job, find a good job, I worked at a law firm in Houston," she said. "To me, it's an incredible story to write about our state, which really, for immigrants like me, shows that Texas is the land of opportunity. It's wide open for opportunity. If you work hard, you can succeed. That's the story I want to tell about Texas outside of Texas. I'm going to go talk to companies outside of Texas and do what we can to bring business to Texas."

Berry couldn't stay too long because Tuesday was the first day of early voting for the March 4 primaries. This is the second test of the Texas voter ID law that the legislature put in place last year.

"They've got to have one of the seven state-approved forms of ID in their wallet. We don't want anybody to go there and be surprised," Berry said.

For more information on the acceptable forms of ID, click here.

**Sen. Cornyn, Secretary Berry Highlight Efforts To End Disenfranchisement Of Military Voters**
Texas GOP Vote
John Cornyn
February 9, 2014
http://www.texasgopvote.com/tags/texas-secretary-state-nandita-berry

Saturday, I was joined by Texas Secretary of State Nandita Berry and representatives from several veterans organizations at the National United States Armed Forces Museum to discuss efforts to improve outreach and assistance to military voters at home and overseas.

It is a cruel irony that those who fight to defend our democratic system are being disenfranchised in the process. It's unacceptable, and we owe it to our military voters to remove as many obstacles to voting as we can. I'm pleased to work with Secretary Berry on this important issue and I'll be pushing for passage of the SENTRI Act in the Senate to take some immediate steps to improve access and assistance to our military voters and their families.

For too long, members of the military and their families have faced tremendous hurdles in attempting to participate in elections. Because of frequent moves between military installations and overseas locations, military personnel's mailing addresses are constantly changing and as a result, thousands have failed to receive requested absentee ballots.

Before the 2012 election, the number of absentee ballot requests in states across the country had decreased dramatically, with some states reporting only 2 percent of eligible military voters having requested absentee ballots. I have introduced bipartisan legislation, The Safeguarding Elections for our Nation's Troops through Reforms and Improvements (SENTRI) Act, S.1728, to expand access to voting for military voters and improve voting assistance opportunities.

TEX0532907

TX HAVA Coverage Report – February 2014



**Sen. Cornyn, Secretary Berry highlight efforts to end disenfranchisement of military voters**
Election Law Center
Staff
February 9, 2014
http://electionlawcenter.com/2014/02/09/sen-cornyn-secretary-berry-highlight-efforts-to-end-disenfranchisement-of-military-voters.aspx

U.S. Sen. John Cornyn, R-Texas, today was joined by Texas Secretary of State Nandita Berry and representatives from several veterans organizations at the National United States Armed Forces Museum to discuss efforts to improve outreach and assistance to military voters at home and overseas.

"It is a cruel irony that those who fight to defend our democratic system are being disenfranchised in the process. It's unacceptable, and we owe it to our military voters to remove as many obstacles to voting as we can," Sen. Cornyn said. "I'm pleased to work with Secretary Berry on this important issue and I'll be pushing for passage of the SENTRI Act in the Senate to take some immediate steps to improve access and assistance to our military voters and their families. "

**VIDEO: Texas Secretary of State issues voter information**
KYTX-TV 19 (Tyler)
Jaime Gerik
February 6, 2014
http://www.cbs19.tv/story/24657932/texas-secretary-of-state-issues-voter-information



Tyler (KYTX) -- In less than two weeks, early voting gets underway before the March 4th primary election. Ahead of all the excitement the Texas Secretary of State wants to make sure you have the information you need to cast a ballot.

"We are going through rain, snow and sleet across every geographic corner of the state to make sure we do everything possible for voters to get that information," Nandita Berry, Texas Secretary of State, said.

Information that you'll need before heading to the polls, like having a photo ID if you vote in person.

"You can go with a Texas Driver's license, a personal ID, a concealed handgun license, or US passport, a citizenship certificate or a military ID," Berry said.

For voters who don't have one of those forms, you can go down to your local DPS office to get a new election ID certificate.

"They can fill out the forms and get a free photo ID used for voting only," Berry said.

TEX0532908

TX HAVA Coverage Report – February 2014



Elections administrators say there have been questions, but overall not too much pushback on the new requirement. "For the most part, people are just going with it and they understand it and they are fine," Karen Nelson, Smith County Elections Administrator, said.

Secretary Berry agrees through various efforts like what her team is doing now, everything has gone smoothly.

"We heard from all the county officials that it was a great success, voter turnout increased 66% in the November 2013 election, as compared to the 2011 election," Berry said.

Early voting takes place February 18th through February 28th.

**VIDEO: Voters must remember photo ID for March primary election**
KLTV (Tyler)
Melanie Torre
February 6, 2014
http://www.kltv.com/story/24657226/voters-must-remember-photo-id-for-march-primary-election?autostart=true



SMITH COUNTY, TX (KLTV) -
Election day is March 4, 2014. Even though this is a primary election, many local races for judge, county commissioner and district attorney will be decided in this election. This will also be the second election since the Texas voter ID law has gone into effect.

However, some people are still leery of the new law. It requires voters to present a photo ID at the polling place.

Beverly Jackson, a Smith County voter, never misses an opportunity to cast her ballot.

"I take elections very serious," she says.

So when both her own and her daughter's voter registration cards came with maiden names and misspellings, she was concerned.

"Why, of all times, *this* year, would the cards come out with errors on them, when it's so important with the new law that the cards match your drivers license?" asks Jackson.

The voter ID law requires people at the polls to present a photo ID before voting. Acceptable forms of photo ID include:
- Texas drivers license
- Texas personal ID card issued by DPS
- Texas concealed handgun license
- U.S. military ID
- Citizenship certificate
- U.S. passport

TEX0532909

TX HAVA Coverage Report – February 2014



"If you don't have any of those six, you can go to DPS and get an election identification certificate," explains Nandita Berry, the Texas Secretary of State.

Berry is currently working to inform Texas voters about the voter ID law by taking a three-week tour through Texas.

"We want people to be aware of that requirement, and we want to make sure that they have one of those forms of voter ID," she explains.

Berry says she hears voter ID concerns loud and clear. She explains that the name on her own card didn't match her ID either, but it was a quick fix.

"When the election judge there saw that, she gave me an affidavit. I had to initial it. It took me about a second and then I went in and voted," Berry says.

Berry explains that any election judge should know to do the same thing for voters with small name or spelling discrepancies on their cards.

"I want to make sure that my voice is heard," says Jackson.

The Smith County Elections office says voter registration cards with errors can be fixed by correcting the error on the card, signing the back and mailing the card back to the county elections administrator. However, because the election is less than 30 days away, people who do this now will not get their replacement cards in time for the election. But remember, you do not need to have your voter card at the polling place to vote--you only need your photo ID.

The only voters who do not have to present a photo ID are voters who have a permanent disability exemption. You can apply for that exemption with the county registrar's office. If you have any other questions about voting or if want to check to see if you're registered, click here to read Vote Texas' most frequently asked questions.

**Secretary of State Nandita Berry reminds Texas voters to take photo ID during voting**
Voice of Asia Online
Shobana Muratee
February 6, 2014
http://voiceofasiaonline.com/blog/secretary-of-state-nandita-berry-reminds-texas-voters-to-take-photo-id-during-voting/

ROSENBERG – On January 3, Texas Secretary of State Nandita Berry was in Rosenberg giving an overview of elections preparations in the Fort Bend County, in advance of the March 4 Texas primary. Berry and her team are on a month-long "aerial tour of Texas."

Berry's responsibilities also include being the state's chief election officer, liaison on Border and Mexican affairs and publishing government rules and regulations.  While reminding the people of Texas she could not have put it simpler; "It is the law in Texas that they (voters) need a photo ID. So if they go to the polls they've got to take a photo ID along."

With just about two weeks left before for the early voting which starts from February 18 – 28, Berry urged everyone to visit the VoteTexas.gov to learn more about the rules.

TEX0532910

TX HAVA Coverage Report – February 2014



Here is a list of the acceptable forms of photo ID:

• Texas driver license issued by the Texas Department of Public Safety (DPS)
• Texas Election Identification Certificate issued by DPS
• Texas personal identification card issued by DPS
• Texas concealed handgun license issued by DPS
• United States military identification card containing the person's photograph
• United States citizenship certificate containing the person's photograph
• United States passport

Berry and her team are expected to continue their tour to other cities in Texas including El Paso, San Antonio, Austin, Dallas and Fort Worth.

Berry is the first Indian-American to fill the state-level post of Secretary of State in the entire country. She was appointed by Gov. Rick Perry as Secretary of State in late 2013 and she took office Jan. 7, 2014.

**Texas Secretary Of State Pays Visit To Amarillo (Radio)**
News/Talk KGNC (Amarillo)
Staff
February 6, 2014
http://beta2.kgncam.com/2014/02/06/texas-secretary-of-state-pays-visit-to-amarillo/
*Note: No Audio Replay Is Available*

Texas' new secretary of state Nandita Berry visited Amarillo Wednesday as part of her three week tour of the state to get the word out about the upcoming Primary Election March 4.

"We want to make voters aware that the law in Texas is you need a photo I.D.. To vote in person," said Berry. "Go to www.votetexas.gov, it lists all the forms of photo I.D. Also, we want to ensure that our elections are smooth, fair, and successful."

Berry is the 109th Secretary of State and the first Indian-American to hold the office. She was appointed by Governor Perry and sworn in on January 7.

**Texas Secretary of State discusses voting requirements, preliminaries**
Texas Tech Daily Toreador (Front Page Feature)
Carson Wilson
February 5, 2014
http://www.dailytoreador.com/article_0fe62a48-8ee7-11e3-a437-0017a43b2370.html

Before Texans head to the polls to vote on future leaders of the Lone Star State, they will need to make sure they are familiar with new voter ID laws before casting a ballot.

Nandita Berry, Texas' 109th secretary of state, visited Lubbock Wednesday to inform citizens about the upcoming elections and the state's new voter ID law.

TEX0532911





"We're on a three-week tour to every geographic corner of Texas," she said. "We want to make sure that every voter who walks into those primaries has everything they need."

Berry, Texas' first Indian-American secretary of state, was appointed by Gov. Rick Perry and was sworn into office Jan. 7, according to the Texas Secretary of State website.

The early voting period for the Democratic and Republican primary election begins Feb. 18 and ends Feb. 28. Voting for the primary election starts March 4, according to the Vote Texas website.

Primary elections are the first step to determine which candidates for each party will appear on the ballot in the November elections.

Early voting for the primary run-off election will take place May 19 through 23, and the primary run-off election is scheduled for May 27, according to the website.

"We want to be sure that every eligible vote counts," Berry said.

In 2011, Texas attempted to pass a law requiring voters to show government identification, according to a previous The Daily Toreador article. The Voting Rights Act of 1965, a federal law, blocked this law until the U.S. Supreme Court struck down Section 4 of the law. Texas no longer needed federal approval to change voting ID laws.

The state immediately implemented its voter ID law, which requires citizens to show a government ID to vote. Raul Cevallos, vice president of Tech Student Democrats, said he is worried about the new ID law.

"I have my own concerns that a lot of uninformed voters are not going to be aware of the new laws that have been passed," he said, "and that will be a deterrent for them to not want to vote."

A valid government ID includes a Texas identification card, a Texas driver's license, a Texas concealed-handgun license, U.S. password, U.S. military ID with photo or a U.S. citizenship certificate with photo, according to the Texas Department of Public Safety's website.

If someone does not have any form of identification, citizens may be qualified for a free election identification certificate, according to the website. After qualifying, an EIC is valid for six years.

"We want students to go out to the polls," Berry said. "As long as they have one of those forms of photo ID, they should be able to go vote in the polls."
Abigayle Spencer, chairwoman for Tech College Republicans, said the law will help voting in Texas.

"The people who will be voting have to show an ID so we know it will be them, versus someone pretending to be someone else," she said.

This upcoming election will be the second election where the new voter ID law has been implemented.

The last election was a constitutional amendment in 2013, Berry said. If the results in the 2013 election are compared to the 2011 constitutional amendment election, which was before the voter ID law was implemented, there is a 66 percent increase in voters.

TEX0532912



Berry does not know whether or not the ID law affected the 2013 election, she said.

"I don't know about the new law, but our offices and local offices worked night and day to get the message out about the election and the fact that people needed a voter ID," she said.

### VIDEO: Newly-appointed secretary of state for Texas stops through Lubbock
Fox 34 News (Lubbock)
Staff
February 5, 2014
http://www.myfoxlubbock.com/news/local/story/nandita-berry-secretary-of-state-lubbock/E4MqlAgsN0e-tmbQ5FGbzg.cspx



Almost exactly one month into the job, Texas Secretary of State Nandita Berry stopped through Lubbock Wednesday as part of her three-week tour across Texas.

With early voting two weeks away, Berry is reminding voters of the new voting law that went into effect last year, which requires you to have a photo ID at the polls.

"They also need to know what those forms of photo ID are, so they can take it with them," Berry said. "You can take your drivers license, a personal ID card, concealed handgun license, passport, citizenship certificate, or a military ID. Or, if you don't have any of those, go to your local DPS office and get an election identification certificate."

Berry was sworn in in January as the 109th Secretary of State. She is also the first Indian-American to hold the position.

### Secretary of state talks voter ID
Amarillo Globe News
Kevin Welch
February 5, 2014
http://amarillo.com/news/local-news/2014-02-05/secretary-state-talks-voter-id



The new Texas secretary of state spent time in Amarillo on Wednesday to talk about voter identification as she continues a three-week tour of the state.

"We got a very warm welcome to Amarillo, despite the weather," said Nandita Berry, who took office Jan. 7.

Her goal is to increase voter awareness.

"I want to make sure that by the start of early voting, Feb. 18, everyone knows they need photo identification to vote and what kinds are available," Berry said.

TEX0532913



In addition to driver's licenses, other forms of identification issued by Texas Department of Public Safety include election identification certificates, personal identification cards and concealed handgun licenses.

Other recognized identification includes U.S. military identification cards, U.S. citizenship certificates and U.S. passports, according to the secretary of state website. Except for the citizenship certificate, the identification must be current or expired for no more than 60 days.

For details, go to votetexas.gov.

In the constitutional amendment election in November, the first requiring voter identification, the process went smoothly.
"I find people who drive themselves to the polls have it in their wallet," said Potter County Elections Administrator Melynn Huntley. "It was not the hurdle it was made out to be."

There was a big push to educate the public before that election that might have influenced turnout, Berry said. Across the state, there was a 66 percent increase in vote totals compared to the previous constitutional amendment election in 2011, according to the secretary of state's website.

"Our message is getting through, but we're not taking that for granted," Berry said. "We're making sure we're hitting every corner of the state."
Early voting in the upcoming primary elections runs from Feb. 18 to 28, and Election Day is March 4.

In the Republican primary in 2012, the race with the highest vote total in Potter County was in the race with Ted Cruz challenging David Dewhurst for U.S. Senate with 3,667 votes, according to the secretary of state's website. The same race in Randall County drew 8,992 votes.

**Texas Secretary of State visits Amarillo**
KFDA-TV (News Channel 10)
Madison Alewel
February 5, 2014
http://www.newschannel10.com/story/24644472/texas-secretary-of-state-visits-amarillo

Amarillo, TX - The Texas Secretary of State visited Amarillo on Wednesday to encourage voter turnout in the upcoming March primaries.

The voter ID law has been contested by some Texans, but Secretary of State Nandita Berry said the new photo ID requirement did not impact November elections. She said voter turnout numbers were actually up from years past.

She hopes to continue that trend for the March primaries and is on a state-wide tour for the next three weeks. "That's why we're here," said Berry. "We want to make sure every voter has the information they need to go to the polls. Photo ID is the law in Texas. We want to make sure everybody knows it's the law and everybody understands what kind of ID they need to take to the polls."

To vote, you must now present one of seven forms of photo identification. It can either be a Texas driver license issued by the Texas Department of Public Safety (DPS), a Texas Election Identification Certificate issued by DPS, a Texas personal identification card issued by DPS, a Texas concealed handgun license issued by DPS, a US military identification card containing the person's photograph, a US citizenship certificate containing the person's photograph or a US passport.

TEX0532914

TX HAVA Coverage Report – February 2014


★ VOTETEXAS.GOV ★

The requirement of photo ID was implemented to prevent voter fraud. In both Potter and Randall counties, there have been no cases of voter fraud in recent elections. However, the Texas Attorney General's Office has investigated more than 70 cases of voter fraud throughout the state since 2004. That number could be higher because not all voter fraud cases are referred to the Attorney General's Office. Some are prosecuted by district attorneys in individual counties.

For more information about voting in the upcoming primaries, visit votexas.gov.

**VIDEO: New Texas Secretary of State Visits Amarillo**
KAMR (MyHighPlains.com)
Alexandra Stone
February 5, 2014
http://www.myhighplains.com/story/d/story/new-texas-secretary-of-state-visits-amarillo/41329/3CSZRjv7hE2T0qWaFC6r3w
*Note: Segement aired twice, once at 11:52AM and the second at 8:59PM*

It's almost time to cast your ballots, and amidst new voter laws, the state wants to make sure Texans are informed.

"It's our most fundamental right is to go vote. And to make sure that people have the information they need to go vote," Nandita Berry, Texas Secretary of State said.



This is Berry's first election as Secretary of State. She was sworn in in January and is now touring the state to inform voters. And election day is right around the corner. Early voting runs from February 18th through 28th, and the primary takes place March 4th.

The big push over the next two weeks - voter IDs.

"The first time that the new voter ID laws were implemented were in the last election in Novmeber, which was the constitutional amendments. And the turn out actually increased," Berry said.

Locally, the Potter County elections administrator expects a big showing at the polls in this primary election.

"We do expect a lot of people to come for early voting. Statistically between our ballots by mail and our early voting, it generally is about half of the voting that is done. We're already running short of some of our paper ballots for ballots by mail," Melynn Huntley, the Potter County Elections Administrator said.

A big expected turnout, just make sure you have your ID when you show up to vote.

TEX0532915

★ **VOTETEXAS.GOV** ★

**Secretary of State visits Fort Bend**
Fort Bend Independent
Staff
February 5, 2014
http://issuu.com/fortbendindependent/docs/binder020514?e=1343672/6606120

Newly appointed Texas Secretary of State Nandita Berry visited the Fort Bend County Election Administration on



Monday, Feb. 3, as a part of her statewide tour to educate eligible voters to register and to inform them of the voter identification requirements.

"We have gone to every corner of the state and spread the message so that the voters can understand the voter ID law. The legislature enacts the law and we implement it," Berry said. "The goal is to ensure every eligible voter is registered and encouraged to participate the election process," she said. The first election last November, after the introduction of the voter ID law was extremely successful, Berry said.

The first Secretary of the Republic of Texas was Stephen F. Austin, born in Austinville, Va.

Nandita Berry, the 109th Texas Secretary of State, was born in India.

**Texas Secretary of State Nandita Berry reminds voters to take ID to polls**
El Paso Times
Aaron Bracamontes
February 5, 2014



State officials are reminding Texans that voting, just like entering the country or buying alcohol, will require a valid photo identification.

Less than a month into her new job, Texas Secretary of State Nandita Berry stopped in El Paso on Tuesday as a part of a three-week tour around Texas to remind voters of the new voting law that went into effect last year.

The March 4 primaries election will be the second, and biggest, election since the voter ID law went into effect. The law, passed by the Legislature in 2011, requires voters to show a photo identification before casting a ballot.

Berry took a tour of the El Paso County Elections Department and visited with El Paso County Elections Administrator Javier Chacon before addressing members of the media and general public,

"We want to go to the voters and promote voting awareness," Berry said. "We want to make sure that every eligible vote is voted and every vote is counted."

TEX0532916

★ **VOTETEXAS.GOV** ★

Early voting will be from Feb. 18 to 28 and voters will have to provide one of seven valid forms of identification to vote: a drivers license, election identification certificate, personal identification card, concealed handgun license, military identification card, U.S. citizenship certificate or passport all are acceptable at the polls.

The law has been criticized by opponents, primarily in the Democratic party, as being a way to intimidate some voters, specifically women who have their maiden names on their ID cards.



The name on the identification card must match the name on the voter identification card, but there are ways to still validate the vote, Berry said.

When voting, Berry said her middle name, Venkateswaran, was not on her ID card, but all she had to do was sign an affidavit at the poll in order to vote.

Berry said that if people have issue with the law, they should contact their local state legislature member.

"We don't make the law," Berry said. "Our job is to go out and implement the law."

Chacon also added that if a voter does not have their ID card can leave a provisional ballot and then come into his office within six days with an ID to confirm their vote.

The past Nov. 5 election was the first one under the new law. Chacon said only three people of about 13,000 voters did not have their ID card at the polls.

Anyone with questions on the new voter ID law can find out more information online at VoteTexas.org or contact the El Paso County Election Department at 546-2154 or in person at the County Courthouse, 500 E. San Antonio Avenue, Suite L115, Chacon said.

**SLIDESHOW: Texas Secretary of State Nandita Berry visits El Paso**
El Paso Times
Victor Calzada
February 5, 2014
http://photos.elpasotimes.com/2014/02/04/photos-texas-secretary-of-state-nandita-berry-visit-el-paso/#1

Texas Secretary of State Nandita Berry spoke about voter resources, early voting and new photo identification card requirements during a press conference Tuesday at El Paso County Elections offices.

TEX0532917

TX HAVA Coverage Report – February 2014

★ **VOTETEXAS.GOV** ★

**Secretary of state promotes voting, IDs (behind paywall)**
Fort Bend Herald
David Emswiler
February 4, 2014
http://www.fbherald.com/news/article_2fe66cc4-8ddc-11e3-a066-001a4bcf887a.html



**VIDEO: Texas secretary of state explains new voting rules**
NewsFix 39 (Houston)
Staff
February 4, 2014
http://newsfixnow.com/2014/02/04/texas-secretary-of-state-explains-new-voting-rules/#ixzz2sTUsQxg4

ROSENBERG, TX – If you're planning on voting in the March 4 Texas primary, it's time to listen up. Things are going to be a bit different when you head to the polls. Texas secretary of state Nandita Berry paid a visit to Rosenberg to clear up some of the changes.



The most important thing to remember?

"The biggest reminder we want to give people is that it is the law in Texas that they need a photo ID," Berry said. "So if they go to the polls they've got to take a photo ID."

Valid forms of photo ID include everything from the traditional driver's license and passport to a concealed handgun license.

And if you're busy on primary day or just don't feel like waiting in line, don't worry, you can still vote. Head to the polls from February 18th through the 28th and get your vote in early.

Sounds pretty simple, right? So no excuses – it's time to head to the polls and do your civic duty.

TEX0532918

**Secretary of State Berry stops by Fort Bend County on her aerial tour of Texas**
Impact News
John Rigg
February 4, 2014
http://impactnews.com/houston-metro/sugar-land--missouri-city/secretary-of-state-berry-stops-by-fort-bend-county-on-her-ae/

Fort Bend County welcomed recently appointed Secretary of State Nandita Berry during her second week of a planned "aerial tour of Texas."



"This is a distinct honor for us," said Jeff Wiley, president and CEO of the Fort Bend Economic Development Council. "We started as a community that was built on good education, good housing and mostly a commuter [population] and built that into a powerhouse economic situation."

Berry joined Wiley along with Sugar Land Mayor James Thompson and Sugar Land's Director of Economic Development Regina Morales on a helicopter tour of Fort Bend County, visiting areas of Sugar Land, Missouri City, Stafford, Richmond and Rosenberg.

Berry said she was impressed with not only the economic development she saw, but the amount of residential development around the county.

"The presence and recognition of Fort Bend County is undeniable," she said. "For more than 20 years, [the county] has been in the top 20 counties in terms of population growth. People are moving here [to work] and we saw that on our tour. I knew Fort Bend was an economic miracle, and their story really epitomizes the story of Texas as far as economics go."



Berry and her team are expected to visit several other Texas cities in the next two weeks, including Houston, El Paso, San Antonio, Austin, Dallas and Fort Worth.

Gov. Rick Perry appointed Berry as Secretary of State in late 2013 and she took office Jan. 7. Berry is the 109th secretary of state and the first Indian-American to hold the position.

TEX0532919



**Secretary Berry Reminds Voters of Registration Deadline**
KSAM 101.7
Larry Crippen
http://ksam1017.com/2014/news/secretary-berry-reminds-voters-registration-deadline/

Texas Secretary of State Nandita Berry reminds Texans that today is the deadline to register to vote in time for the March 4th primary election.

To be accepted for the March 4th primary, your registration must be received or postmarked no later than February 3rd.

**Fort Bend an 'economic miracle,' says secretary of state**
Houston Chronicle
Erin Mulvaney
February 3, 2014
http://www.houstonchronicle.com/business/economy/article/Fort-Bend-an-economic-miracle-says-secretary-5201826.php#/0
*Note: Appeared on the front page of the business section*

Texas' recently sworn-in Secretary of State Nandita Berry returned to the Houston area on Monday to tout Fort Bend County as an "economic miracle" with a strong future.



Berry, a Houston lawyer appointed by Gov. Rick Perry, chose Fort Bend as the first stop in her tour of the state to promote economic hot spots. She met with local business, development and government leaders and toured the area in a red helicopter.

In comments afterward at Sugar Land Regional Airport, Berry cited Fort Bend's success attracting commercial and residential development and its consistent ranking among the nation's fastest growing and most diverse counties.

"It was exciting to see a tract of land and be told that will be a new business' headquarters or to see the framework of land under development," Berry said of the aerial tour. "I'm astounded by the amount of development in this area."

Fort Bend has registered several successes in recent years, from the rebound of large residential projects such as Telfair in Sugar Land to the announcement last summer that German discount grocer Aldi had chosen a site in Rosenberg for a new distribution center and regional headquarters.

The next step will be to continue to attract more international and national companies to the area, county leaders said.

The county is working to attract foreign investors to build in the area.

TEX0532920



"We have reached a critical mass with residential, retail and office developments," said Jack Belt with the Fort Bend Economic Development Council. "It's taken us 30 years to become an overnight success."

Joe Esch, economic development director for Missouri City, said the county has kept pace with the growth and has several public transportation projects in the works to sustain new development.

He also credited local government with creating a strong business climate that does not impose excessive regulations and keeps taxes low.

"We focus on the private sector," Esch said. "This is where you see the government and the business community coming together."

**Last chance to register to vote in Texas primary**
Fort Worth Star Telegram
Anna Tinsley
February 3, 2014
http://www.star-telegram.com/2014/02/03/5533912/last-chance-to-register-to-vote.html

Monday is the last day Texans can register to vote in the March 4 primary election.

Those wanting to cast ballots in Republican or Democratic races for posts ranging from the U.S. Senate to Justice of the Peace races need to make sure they are registered.

"Usually with the larger elections, we get a little rush of people registering to vote in the last couple of days," said Steve Raborn, Tarrant County elections administrator.

"If they want to participate in the process, this is definitely the first step,"

As of late January, Tarrant County had 967,478 registered voters, election records show.

To register to vote in Texas, a voter must be a U.S. citizen at least 17 years and 10 months old (and 18 by Election Day), must not be a convicted felon (unless the person's sentence is completed, including probation or parole) and cannot be declared mentally incapacitated by a court of law.

People who have moved or changed their name after they are registered must give election officials the new information.

Voter registration applications are available at subcourthouses, city halls, libraries and post offices — and online through Tarrant County and the secretary of state. They must be postmarked or dropped off at the election office by Monday.

"We mailed new certificates out to everyone at the beginning of the year," Raborn said. "That's a confirmation of your registration. If you didn't get the new certificate, you need to check your status."

To check to see whether you are registered to vote, go online to VOTEXAS.org or call the Tarrant County elections office at 817-831-8683.

New voting certificates are mailed out weekly.

TEX0532921

TX HAVA Coverage Report – February 2014



★ **VOTETEXAS.GOV** ★

"The first step to voting is registering," Texas Secretary of State Nandita Berry said. "I encourage all eligible Texans to register to vote or update their voter registration today."

Early voting will run from Feb. 18 to Feb. 28.

The last day to apply for a ballot by mail is Feb. 21. Already, about 7,500 ballots have been mailed out, elections officials say.

**Texas Secretary of State Berry visits Corpus Christi, discusses the importance of voting**
Alice Echo-News Journal
Jimmy Willden
February 3, 2014
http://www.alicetx.com/recordstar/news/article_d27814f2-4dc3-561d-acf0-eaf4a7db0107.html

Newly Sworn-in Texas Secretary of State Nandita Berry visited Corpus Christi on Thursday, Jan. 30 to start a discussion focusing on raising awareness of the new photo I.D. laws, and registration deadlines, ahead of the March 4th primary election.



**Secretary Nandita Berry**

**Texas Secretary of State Berry visits Corpus Christi, discusses the importance of voting**

Nueces County Clerk Diana Barrera and Nueces County Tax Assessor Kevin Kierschnick were also on hand in the Central Jury Room at the Nueces County Courthouse during the discussion.

"The most important thing that voters need to know, which is the reason we are here, is this time around, the law in Texas states that a photo I.D. is required if you go vote in person," said Secretary of State Berry. "We want voters to know what the deadlines are, but also, if they go to the polls in person, they are now required by the legislature to take a photo I.D."

Berry stressed throughout the conversation that the responsibility of the Texas Secretary of State's office is to implement laws passed by legislature (including the newly implemented photo I.D. law), ensure that Texas elections run smoothly, and are successful and secure.

"Our message is to let voters know that this is the law, and this is what's required," said Berry. "We want to make sure that every eligible vote counts."

Spreading this message is taking Berry and members of her office to every geographical corner of Texas. Corpus Christi was the **first** stop on her tour.

"The November election was successful, and we want to continue that trend and make sure that the primaries are equally, if not more, successful."

A good resource for any and all Texas voting information is www.votetexas.gov. The website guides voters in the steps to registering, offers in-depth information on the photo I.D. law, including that there are seven approved forms of photo I.D.; if a qualified voter does not have one of these seven forms, they may acquire a free Election Identification Card (EIC) from their local DPS.

TEX0532922



"Voting is our most fundamental right, and we want to make sure that everybody has the choice to choose their leaders and to exercise that fundamental right."

Early voting for the March primaries begins on Feb. 18. The elections will be held on March. 4.

**Secretary Berry reminds Texans about Feb. 3 registration deadline**
Deer Park Broadcaster (Also appeared in Borger News-Herald)
Staff
http://www.yourhoustonnews.com/deer_park/news/secretary-berry-reminds-texans-about-feb-registration-deadline/article_8ec012e8-2cce-591d-87da-50ae11492dfa.html

Texas Secretary of State Nandita Berry reminds Texans that Monday, February 3, is the deadline to register to vote in time for the March 4 primary election.

"If you aren't already registered to vote, you must register at least 30 days before Election Day to vote in the next election," Secretary Berry said. "For the March 4 primary that means your registration must be received or postmarked no later than February 3."

The 30-day deadline also applies to registration updates such as changing your address.

Texans can register to vote in several ways including downloading a mail-in application at VoteTexas.gov. Eligible voters may also apply in person at their county voter registrar's office. A full list of county voter registration offices is available at the Secretary of State's website.

"The first step to voting is registering," Secretary Berry said. "I encourage all eligible Texans to register to vote or update their voter registration today."

Texans can check their registration status through VoteTexas.gov and even make updates online if they are not changing their county of registration.

Early voting begins February 18 and continues through February 28. The deadline to request a ballot by mail is February 21.

Photo ID will be required for voting in person. The seven forms of approved photo ID are:

•Texas driver license issued by the Texas Department of Public Safety (DPS)
•Texas Election Identification Certificate issued by DPS
•Texas personal identification card issued by DPS
•Texas concealed handgun license issued by DPS
•United States military identification card containing the person's photograph
•United States citizenship certificate containing the person's photograph
•United States passport

With the exception of the U.S. citizenship certificate, the identification must be current or have expired no more than 60 days before being presented at the polling place.

TEX0532923

TX HAVA Coverage Report – February 2014



**VIDEO: Texas Secretary of State Talks Economics in Corpus Christi**
KIII TV3
Staff
January 30, 2014
http://www.kiiitv.com/story/24594511/texas-secretary-of-state-talks-economics-in-corpus-christi

CORPUS CHRISTI (Kiii News) –
The Texas Secretary of State was in Corpus Christi Thursday to talk about the great economic numbers the state has been seeing lately.

"We can brag in so many categories," Secretary of State Nandita Berry said. "CEO Magazine named us as the number one state for doing business, and I was talking with the Port of Corpus Christi officials earlier and the economic development in this area is undeniable thanks to Eagle Ford Shale."

Berry also reminded voters about the need to bring government issued identification to vote in the upcoming primaries.

**VIDEO: Texas Secretary of State visit highlights photo ID requirements, registration deadlines**
Corpus Christi Caller Times
Nadia Tamez-Robledo
January 30, 2014
http://www.caller.com/news/2014/jan/30/texas-secretary-of-state-visit-will-highlight-id/?partner=popular



TEX0532924