# The State of Texas



Executive Division
Capitol Building, 1E.8
P.O. Box 12697
Austin, Texas 78711-2697

Phone: 512-463-5770
Fax: 512-475-2761
Dial 7-1-1 For Relay Services
www.sos.state.tx.us

**Nandita Berry**
Secretary of State

FOR IMMEDIATE RELEASE
February 24, 2014

Contact: Alicia Pierce or Jeff Hillery
512-463-6116

## Mobile Election Identification Certificate station in Travis County Tuesday and Wednesday

**Austin** – A mobile station is issuing Election Identification Certificates (EICs) will be in Travis County Tuesday and Wednesday.

The station will be at the Travis County Building located at 5501 Airport Blvd. The mobile EIC station will operate from 9 a.m. to 4 p.m.

Election Identification Certificates are available without charge to qualified Texas voters who do not already have an approved form of photo ID, which is now required for voting in person.

Many Texans already have an approved form of ID and will not need or qualify for an EIC. Acceptable forms of ID in addition to an EIC are:

- Texas driver license issued by DPS
- Texas personal identification card issued by DPS
- Texas concealed handgun license issued by DPS
- United States military identification card containing the person's photograph
- United States citizenship certificate containing the person's photograph
- United States passport

Applicants for an EIC will need to present proof of <u>citizenship and identity</u>. For most applicants that means a birth certificate and two forms of supporting documentation. A complete list of documentation requirements is available at http://www.dps.texas.gov/DriverLicense/eicDocReqmnts.htm.

Applicants for an EIC would normally have to travel to a Department of Public Safety (DPS) driver license office in order to get an EIC, but these mobile stations will provide an improved opportunity to get an EIC closer to home. The stations are made available by a joint initiative with the Texas Secretary of State's office and DPS. Only EICs will be issued from these mobile stations.

###

**2:13-cv-193**
**09/02/2014**
**DEF1775**

**Websites:** www.sos.state.tx.us    www.votetexas.gov
**Twitter:** https://twitter.com/TXsecofstate    https://twitter.com/votetexas    **Facebook**: http://www.facebook.com/votetexas