

# The State of Texas

Executive Division
Capitol Building, 1E.8
P.O. Box 12697
Austin, Texas 78711-2697

Phone: 512-463-5770
Fax: 512-475-2761
Dial 7-1-1 For Relay Services
www.sos.state.tx.us

**John Steen**
Secretary of State

FOR IMMEDIATE RELEASE
September 26, 2013

Contact: Alicia Pierce (SOS)
512-463-6116
or Robyn German
(Waller County )
979-826-7643

## Mobile election ID stations coming to Waller County

**Austin** – Four mobile stations will be in Waller County Monday, October 7, and Tuesday, October 8, to issue Election Identification Certificates (EICs).

Election Identification Certificates are available without charge to qualified Texas voters who do not already have an approved form of photo ID, which is now required for voting in person. The November 5 Election will be the first statewide election with photo ID requirements in effect.

Applicants for an EIC would normally have to travel to a Department of Public Safety (DPS) driver license office in order to get an EIC, but these mobile stations will provide improved opportunity to get an EIC closer to home. The stations are made available by a joint initiative with the Texas Secretary of State's office and DPS. Only EICs will be issued from these mobile units.

Many Texans already have an approved form of ID and will not need or qualify for an EIC. Acceptable forms of ID in addition to an EIC are:

- Texas driver license issued by DPS
- Texas personal identification card issued by DPS
- Texas concealed handgun license issued by DPS
- United States military identification card containing the person's photograph
- United States citizenship certificate containing the person's photograph
- United States passport

Applicants for an EIC will need to present proof of <u>citizenship and identity</u>. For most applicants that means a birth certificate and two forms of supporting identification. A complete list of identification requirements is available at
http://www.dps.texas.gov/DriverLicense/eicDocReqmnts.htm.

-more-

2:13-cv-193
09/02/2014
**DEF1776**

Websites: www.sos.state.tx.us    www.votetexas.gov
**Twitter**: https://twitter.com/TXsecofstate    https://twitter.com/votetexas    **Facebook**: http://www.facebook.com/votetexas

Confidential

See below for schedule. Dates and times are subject to change. Check www.VoteTexas.gov for the latest dates, locations and times.

## Monday, October 7th –

    Location 1:    County Commissioner – Pct.  (1 station)
                          Waller County Courhouse
                          836 Austin Street, Assembly Room
                          Hempstead, Texas   77445

    Location 2:    County Commissioner – Pct. 2   (1 station)
                          JP-2 Fieldstore County Building
                          29388 Fieldstore Road
                          Waller, Texas   77484

    Location 3:    County Commissioner – Pct. 4   (2 stations)
                          Brookshire Convention Center
                          4027 5th Street
                          Brookshire, Texas   77423

## Tuesday, October 8th –

    Location 1:    County Commissioner – Pct. 3   (4 stations)
                          Wm. Temple Memorial Student Center – Prairie View A & M Campus
                          100 University Drive
                          Hempstead, Texas   77445

                                      # # #