# The State of Texas



Executive Division
Capitol Building, 1E.8
P.O. Box 12697
Austin, Texas 78711-2697

Phone: 512-463-5770
Fax: 512-475-2761
Dial 7-1-1 For Relay Services
www.sos.state.tx.us

**John Steen**
Secretary of State

FOR IMMEDIATE RELEASE
October 14, 2013

Contact: Alicia Pierce
512-463-6116

## Mobile election ID stations will be in Hidalgo County

**Austin** – Mobile stations will be in Hidalgo County starting Wednesday to issue Election Identification Certificates (EICs).

Election Identification Certificates are available without charge to qualified Texas voters who do not already have an approved form of photo ID, which is now required for voting in person. The November 5 Election will be the first statewide election with photo ID requirements in effect.

Applicants for an EIC would normally have to travel to a Department of Public Safety (DPS) driver license office in order to get an EIC, but these mobile stations will provide improved opportunity to get an EIC closer to home. The stations are made available by a joint initiative with the Texas Secretary of State's office and DPS. Only EICs will be issued from these mobile units.

Many Texans already have an approved form of ID and will not need or qualify for an EIC. Acceptable forms of ID in addition to an EIC are:

• Texas driver license issued by DPS
• Texas personal identification card issued by DPS
• Texas concealed handgun license issued by DPS
• United States military identification card containing the person's photograph
• United States citizenship certificate containing the person's photograph
• United States passport

Applicants for an EIC will need to present proof of citizenship and identity. For most applicants that means a birth certificate and two forms of supporting identification. A complete list of identification requirements is available at
http://www.dps.texas.gov/DriverLicense/eicDocReqmnts.htm.

-more-

2:13-cv-193
09/02/2014
**DEF1778**
exhibitsticker.com

See below for schedule. Dates and times are subject to change.

Wednesday, October 16 (all locations 9 a.m. to 4 p.m.)
- Community Room, Mission City Hall,1201 E. 8th Street, Mission, TX
- Hidalgo County Tax Office,100 N. Closner, Edinburg, TX
- STC Mid Valley Campus, 400 N. Border,Weslaco, TX

Thursday, October 17 (all locations 9 a.m. to 4 p.m.)
- McAllen Main Public Library, 4001 N 23rd St., McAllen, TX
- STC Technology Campus, 3700 W Military Hwy, McAllen, TX
- UTPA Student Union,1201 W University Dr., Edinburg, TX

Friday, October 18 (all locations 9 a.m. to 4 p.m.)
- Palmview City Hall, 400 W Veterans Blvd. Palmview, TX
- Pharr City Hall,118 S Cage Blvd, Pharr, TX
- Progreso Community Center, 510 N FM 1015, Progreso, TX

Monday, October 21 (all locations 9 a.m. to 4 p.m.)
- McAllen City Hall, 1300 W Houston Ave. McAllen, TX
- Mercedes City Hall, 400 S Ohio, Mercedes, TX
- La Joya City Hall, Conference Room 101 N Leo Ave. La Joya, TX

Tuesday, October 22 (all locations 9 a.m. to 4 p.m.)
- City of San Juan, Conference Room, 709 S Nebraska, San Juan, TX
- City of Hidalgo, 704 E Texano Dr. Hidlago, TX

Wednesday October 23 (all locations 9 a.m. to 4 p.m.)
- Edinburg City Hall, Community Room, 415 W. University Dr. Edinburg, TX
- Business & Visitors Center (Board Rm.) 275 S. Kansas Ave. Weslaco, TX

###