

## The State of Texas

Executive Division
Capitol Building, 1E.8
P.O. Box 12697
Austin, Texas 78711-2697

Phone: 512-463-5770
Fax: 512-475-2761
Dial 7-1-1 For Relay Services
www.sos.state.tx.us

John Steen
Secretary of State

FOR IMMEDIATE RELEASE
October 18, 2013

Contact: Alicia Pierce
(512) 463-6116

# MEDIA ADVISORY: Texas Secretary of State coming to Hidalgo County to promote mobile EIC units

WHO: Texas Secretary of State John Steen and Rep. Sergio Muñoz, Jr.

WHAT: press conference to promote mobile election ID units in Hidalgo County

WHEN: Friday, October 18, 1 p.m.

WHERE: Pharr City Hall, 118 S. Cage Road, 1st floor

###



2:13-cv-193
09/02/2014
DEF1779

**Websites:** www.sos.state.tx.us   www.votetexas.gov
**Twitter:** https://twitter.com/TXsecofstate   https://twitter.com/votetexas   **Facebook**: http://www.facebook.com/votetexas

Confidential                                                                 TEX0563204