

# The State of Texas

| | | |
|---|---|---|
| Executive Division<br>Capitol Building, 1E.8<br>P.O. Box 12697<br>Austin, Texas 78711-2697 | | Phone: 512-463-5770<br>Fax: 512-475-2761<br>Dial 7-1-1 For Relay Services<br>www.sos.state.tx.us |

**John Steen**
Secretary of State

FOR IMMEDIATE RELEASE                                      Contact: Alicia Pierce or Jeff Hillery
October 22, 2013                                                                                    (512) 463-5770

## MEDIA ADVISORY: Texas Secretary of State to talk about photo ID requirements and early voting

WHO: Texas Secretary of State John Steen and Harris County Clerk Stan Stanart

WHAT: press availability to discuss photo ID requirements now in effect for voting, including the Nov. 5 election.

WHEN: Thursday, October 24, 10 a.m.

WHERE: Lone Star College – Victory Center, 4141 Victory Drive, Houston Texas 77088

note: the press availability will be held in the same building as early voting but in a separate area. Cameras are not allowed in the early voting location or to film the early voting location.

###



**Websites:** www.sos.state.tx.us    www.votetexas.gov
**Twitter:** https://twitter.com/TXsecofstate    https://twitter.com/votetexas    **Facebook**: http://www.facebook.com/votetexas

Confidential                                                                                                                                  TEX0563227