| | |
|---|---|
| **From:** | Louri O'Leary |
| **To:** | Wroe Jackson; Keith Ingram; Alicia Pierce; Jeff Hillery |
| **CC:** | Coby Shorter |
| **Sent:** | 4/17/2014 8:41:41 AM |
| **Subject:** | EIC Update- 249 Issued |



*Louri O'Leary*
Office of the Texas Secretary of State
Elections Division ◊ Elections Administration Manager
P.O. Box 12060 ◊ Austin, TX ◊ 78711-2060
T: 800.252. 8683 ◊ www.sos.state.tx.us/elections
D: 512.463.3204 ◊ F: 512.475.2811
loleary@sos.texas.gov
For Voter Related Information, please visit:

2:13-cv-193
09/02/2014
**DEF1781**



Twitter - https://twitter.com/#!/votetexas
Facebook - http://www.facebook.com/votetexas

To better serve you, the Texas Secretary of State is conducting a "Customer Satisfaction Survey". Your participation is greatly appreciated and will help us improve upon our services. Your input is very important to us. As a result, your responses are confidential and will be used only for the purposes of evaluating our services. On that note, we invite you to participate and thank you for your time.

Confidential                                                                                                                              TEX0563444