| | |
|---|---|
| **From:** | Wroe Jackson |
| **To:** | Keith Ingram |
| **Sent:** | 10/17/2013 10:06:12 AM |
| **Subject:** | FW: EIC Metrics |

FYI.

Wroe Jackson
General Counsel
Texas Secretary of State

*This communication may be privileged and confidential. Any copying, use, or distribution of any information or materials by or to anyone other than the recipients listed above is prohibited without express authorization from the sender.*

**Please note my new email address effective immediately: wjackson@sos.texas.gov**

**From:** Robert Heard [mailto:Robert.Heard@dallascounty.org]
**Sent:** Thursday, October 17, 2013 10:05 AM
**To:** Wroe Jackson
**Cc:** 'Texas DPS - Tony Rodriguez (tony.rodriguez@dps.texas.gov)'; Toni Pippins-Poole
**Subject:** RE: EIC Metrics

Mr. Jackson,

I appreciate your time in researching this information. Mr. Rodriguez provided me with the data. Our 11 EIC's stands at 25% of the 44 total EIC's issued in Texas. The Elections Administrator and the Dallas County Commissioners Court have expressed a strong desire to have more Mobile EIC Locations in Dallas County, and set a precedent for executing initiatives like this. Please consider scheduling more locations in Dallas County; with more lead time and with our experience, we know we could be of even greater service to our citizens. Alternatively, let us know how we can help with the Saturday EIC locations in Dallas County to help make them more productive.

We look forward to your reply, and to serving our citizens.

Sincerely,


Robert Heard Sr.
Assistant Elections Administrator
**Dallas County Elections Department**
P: 214.819.6334
P: 214.298.3629 (cell)
Email: Robert.Heard@DallasCounty.ORG

Robert says, "Vote, and let your voice be heard."
On The Web @ WWW.DALLASCOUNTYVOTES.ORG


**From:** Wroe Jackson [mailto:SJackson@sos.texas.gov]
**Sent:** Wednesday, October 16, 2013 4:16 PM
**To:** Robert Heard
**Subject:** RE: EIC Metrics

Mr. Heard,



2:13-cv-193
09/02/2014
**DEF1782**

I am happy to try to get this information from my contacts at the Department of Public Safety. Since they are the issuing authority for that form of identification, they would have the latest numbers. I should hear back from them shortly and will let you know as soon as I do.

Best,
Wroe


Wroe Jackson
General Counsel
Texas Secretary of State
512/463-5770 (w), 512/475-2761 (f)
wjackson@sos.texas.gov

*The information contained in this email is for reference purposes ONLY and is not intended to serve as legal advice for any matter. Any copying, use, or distribution of any information or materials by or to anyone other than the recipients listed above is prohibited without express authorization from the sender.*

**Please note my new email address effective immediately: wjackson@sos.texas.gov**

---

**From:** Robert Heard [mailto:Robert.Heard@dallascounty.org]
**Sent:** Wednesday, October 16, 2013 3:33 PM
**To:** Wroe Jackson; Wroe Jackson
**Subject:** EIC Metrics

Greetings Mr. Jackson,

Is there someone in your office that can give me an idea of how many EIC's have been issued so far. Or, alternatively, if you know where I can find it, or who to contact, that information would be helpful also.  Thank you.

Best,

Robert Heard Sr.
Assistant Elections Administrator
**Dallas County Elections Department**
P:  214.819.6334
P:  214.298.3629 (cell)
Email:  Robert.Heard@DallasCounty.ORG

Robert says, "Vote, and let your voice be heard."
On The Web @ WWW.DALLASCOUNTYVOTES.ORG

Confidential                                                                                                                                        TEX0563468