| | |
|---|---|
| **From:** | Wroe Jackson |
| **To:** | Keith Ingram |
| **Sent:** | 10/21/2013 3:44:31 PM |
| **Subject:** | FW: Weekly EIC Report 21 October |
| **Attachments:** | Election Identification Certificate Status (21 Oct 13).pptx |

Wroe Jackson
General Counsel
Texas Secretary of State

*This communication may be privileged and confidential. Any copying, use, or distribution of any information or materials by or to anyone other than the recipients listed above is prohibited without express authorization from the sender.*

**Please note my new email address effective immediately: wjackson@sos.texas.gov**

**From:** Nolte, Candace [mailto:Candace.Nolte@dps.texas.gov]
**Sent:** Monday, October 21, 2013 3:42 PM
**To:** Wroe Jackson
**Cc:** Bodisch, Robert; Peters, Joe; Murphy, Kathleen; Cesinger, Katherine
**Subject:** Weekly EIC Report 21 October

Mr. Jackson,

The new format for EIC reporting is attached. To date we have issued 50 EICs with an additional 20 in the validation process. There are 4 EIC applications which are not valid.

Per your request, demographic information is included on the second slide. Our Driver License Division is generating an additional report for zip codes.

Thank you and let me know if you require anything further.

**Candace Nolte**
*Deputy Assistant Director*
*Chief, Office of Government Relations*
Texas Department of Public Safety
(512) 424-7272
5805 N. Lamar Blvd.
P.O. Box 4087
Austin, TX 78773-0170
candace.nolte@dps.texas.gov



Confidential                                                                                                                                                       TEX0563487