Elections Law Seminar for County Chairs

Tuesday, July 30, 2013 8:45 a.m. Renaissance Arboretum Ball Room

Thank you Ashley for that introduction, and thank you for your leadership in our elections divison. I have seen firsthand how hard you and the elections staff work to support democracy in our state. I greatly appreciate your service to Texas.

(Pause and focus on crowd)

Good morning, and welcome to 16th Biennial Election Law Seminar for County Chairs.

It's truly an honor for me to join you. In the ten months since beginning my role as Secretary of State, I have learned just how important county election officials, including county party chairs, are to running smooth elections.



1

Like many jobs involving public service, your work is not always given the proper recognition until something goes wrong. So, let me beginning by thanking you for your dedication to democracy and the hard work you do for your parties in primary process.

As you prepare for the primary, I know the topic on everyone's mind is the implementation of photo ID requirements.  We are all busy working to make sure voters have the information they need to cast a ballot. My office knows we can count on you, regardless of party, to act in the voters' best interests to help them be ready to comply with election law.

My office is in the midst of a statewide education campaign that includes television, radio, digital and print advertisements to help educate Texans about the new photo ID requirements. Additionally, we are working with the Department of Public Safety to increase access and convenience for those who need an election identification certificate.

As you may know, there are now three ways Texans may get an Election Identification Certificate. 1. From DPS driver license offices during normal business hours 2. From one of almost 50 DPS driver license offices open on Saturday from 10 to 2 to issues EICs and 3. From one of the EIC mobile stations traveling across the state.

As we implement these steps in preparation for the November 5 election, we are also learning and preparing for the March Primary.

Confidential                                                          TEX0570349

Of course, there is more to a primary than photo ID. Today you'll be learning about legislative updates, primary rules, funding for your elections and many other topics to help make your primary election a success.

I want to thank you for your dedication in coming here today to learn more about the process and thank you for your countless hours of work to make democracy happen in our state.

Please consider my office a partner in your endeavors. We are all dedicated to the same thing: a smooth primary where every Texas citizen who wants to have the opportunity to voice their choice for party candidates has the opportunity.

Confidential                                                             TEX0570350

I know that there is a lot to go over today, so I will simply thank you one more time and turn the program back over to my elections staff.

Thank you again for all you do.

Confidential

TEX0570351