Constitutional Amendment Ballot Draw
August 5, 2013
2 p.m. Lobby of the Texas State Library and Archives Building

Good afternoon.

I'm Texas Secretary of State John Steen, and as the chief election officer for the State of Texas, one of my duties is to determine the ballot order of proposed amendments to the Texas Constitution. Today we will be drawing for the nine propositions to appear on the November 5, 2013 ballot.

2:13-cv-193
09/02/2014
DEF1789

PHOTO ID

As we prepare for the November election, I do want to remind Texans that this will be the first statewide election in Texas with photo ID requirements in effect. When you come to the poll, you will be asked to present one of the seven approved forms of photo identification, which include DPS-issued driver license, personal identification card, concealed handgun license or an election identification certificate.

Additionally a passport, citizenship certificate, and certain forms of military ID may be used at the polls.

Now is a good time to check your voter registration to make sure the name on it matches the name on your ID, and update your registration if a change needs to be made. You'll still be allowed to vote if the names on your registration and ID are substantially similar, but making sure they match exactly will help things run more smoothly at the polls.

Confidential

Just a reminder, photo ID is <u>not</u> required when voting by mail. Texans who are 65 and older or who are disabled may request ballots by mail for any election.

You can check your registration, register to vote, and learn more about the photo ID requirements by visiting VoteTexas.Gov or contacting your county elections office.

As we begin today's ballot draw, I want to say a special thank you to our hosts from the Texas State Library and Archives Commission. Not only are they allowing us to use their beautiful lobby, but they are displaying the 1876 Texas Constitution for today's event.

Confidential                                                                                                                          TEX0570382

Texas still operates under the 1876 constitution today, though with a significant number of changes. Since 1876, voters have approved 474 proposed amendments and rejected 179.

The physical presence of this document today is a good reminder of the long legacy of a constitutional amendment. (Constitution will be on your left.)

Additionally, the State Library and Archives has provided our box for today's ballot draw. It was constructed using materials from Texas' own version of Independence Hall where delegates met at Washington on the Brazos in 1836 to declare Texas' Independence from Mexico. What a fitting symbol for the principles on which our state was founded.

Confidential                                                                                                                    TEX0570383

Special appreciation to :

- Interim Director of the State Library and Archives Commission, Edward Seidenberg

- State Archivist Jelain Chubb

- Communications Officer Cesar Garza

- Preservation Officer John Anderson

and all the staff who helped make today's event happen.

I encourage all Texans to learn more about the Library and Archives Commission as a way to connect with Texas History.

Confidential                                                                                     TEX0570384

DRAWING

I will draw the proposed amendments from the box and announce the number of the joint resolution. The first amendment drawn will be Proposition 1, the second amendment drawn will be proposition 2, until all nine amendments have been given a proposition number, on these boards, and you should have a handout with the propositions that will allow you to add the corresponding proposition number.

Of note, House Joint Resolution 147 and Senate Joint Resolution 54 were identical in language and both passed the Legislature. In order to avoid voter confusion, these two resolutions will be consolidated into a single proposition on the ballot.

(proceed with drawing waiting for staff member to get the amendment on the board)

Confidential
TEX0570385

Ladies and gentlemen, the proposition numbers for the November 5 constitutional amendment election.

Don't forget to:

- Register to vote
- Update your registration to match your ID
- Bring an approved form of photo ID to the polls

As always, visit VoteTexas.Gov for more information.

Thank you and good afternoon.

Confidential                                    TEX0570386