TFRW welcome remarks

1:48 p.m. October 17, 2013

Grand Hyatt Ball Room

Good afternoon, I'm Texas Secretary of State John Steen. As a life-long resident of San Antonio, it is my HONOR to welcome everyone to the Alamo City. We are lucky to have you here.

As Texas Secretary of State, one of my duties is overseeing Texas elections, and I would like to speak to very briefly to you as leaders and engaged citizens who are <u>all</u> committed to the practice of democracy. As you may know, Nov. 5th is the Texas Constitutional Amendment election AND it is the first statewide election to require photo ID when voting in person. (pause) Photo ID is now the law in Texas.

I think we can <u>all</u> agree that we want every qualified voter to be ready for Election Day and ready with an approved form of photo ID.

2:13-cv-193
09/02/2014
DEF1790

Confidential                                                      TEX0570440

TOGETHER, we as Texans can make sure our state is ready for the new requirement and keep our elections running smoothly.

Many Texans already have an approved ID in their wallets. To vote in person you will need to show a DPS-issued driver license, personal ID card, or a concealed handgun license. Additionally, you can present a passport, citizenship certificate with a photo, or a U.S. military ID. If you, or someone you know, doesn't have one of those forms of ID, election identification cards are available from DPS for those who verify their citizenship and identity.

For more information about voting in Texas, including more information about photo ID, visit your official voting resource VoteTexas.gov. One more time, that's VoteTexas.gov.

Don't forget, early voting begins on Monday, and with your help, I'm looking forward to a great election this November.

Thank you!

Confidential
TEX0570441