Elections Law Seminar for Cities, Schools and Other Political Subdivisions
Wednesday, December 4, 2013 - 9:00-9:15 a.m.
Renaissance Arboretum Ball Room

Good morning, and welcome to Austin. I'm very excited and pleased to see so many of you here for **the 25th annual Election Law Seminar for Cities, Schools and Other Political Subdivisions**.

A special thank you to Keith (Ingram), our director of elections, and all of our elections staff for the great job they consistently do--and for running this very important seminar every year.

As Secretary of State I have many duties in addition to serving as the Chief Elections official for the state, but I know that our election matters are always in good hands with the leadership of Keith, Ashley Fisher and the rest of the elections team. (Round of applause)

1

2:13-cv-193
09/02/2014
DEF1791

Confidential          TEX0570442

It's truly an honor for me to join you today. While most people are thinking about the holidays, you all are instead thinking about how to run your elections. I am proud that you all take such initiative in participating in elections in our great state. Your involvement is crucial to our democratic process.

That's why, as important as it is to thank my staff in the Elections Division, it's equally important to thank each and every one of you. I know being here today is just a small example of your commitment and dedication to our state's elections, and does not take into account the countless hours you all will put in for the elections.

Just last month, we held our first statewide election under the photo ID law. I am pleased to report that the election was **smooth,**

2

**secure and successful**, due in large part, I'm sure, to the strong partnership that exists between the state and county levels.

More than a million Texans voted—a 66% increase over our last constitutional amendment election in 2011. The headlines across the state the next day were about election results and not about the voting process. I am proud that we have the finest election officials at all levels of our state who understand the importance of the integrity of our elections process. My office knows we can count on you, regardless of party, to act in the voters' best interests to help them be ready to comply with election law.

Two main factors contributed to the successful implementation of the photo ID law:

- Educating voters, AND
- Making the photo ID requirement as simple to follow as possible.

Confidential   TEX0570444

As you may know, my office launched an ambitious statewide voter education campaign that included print, radio, TV, digital advertising and social media. I also personally traveled to every corner of the state to raise awareness of the photo ID requirement.

I have found that the best way to learn about a particular issue is to get in there and talk to the people who deal with it on a daily basis—and that's just what I did. In my travels, I learned about many commendable efforts by local election officials to meet the specific needs of their communities, such as visits to nursing homes and advertising on public transportation. I also valued the honest input I heard about what we could do to make your jobs easier.

Confidential

TEX0570445

On the simplicity front, our office and other state offices worked to anticipate problems and resolve them before they could be an issue for a potential voter.  Additionally, we partnered with the Department of Public Safety to increase access and convenience for those who needed an EIC--Election Identification Certificate. In counties without DPS driver license offices, election officials were offered training and materials so they could issue EICs.

While we passed our first test of photo ID with flying colors, there is, as with any election, always room for improvement. Feedback from county elections officials across the state will enable us to fine-tune photo ID for the March primaries and beyond. In addition to making sure you have all the information you need for upcoming elections, I want to assure you that you will not be alone in dispensing all of this information. We're currently planning our next voter education

Confidential
TEX0570446

campaign to ensure that citizens remain well-informed and have everything they need in order to fulfill their civic duty.

In closing today, I want to remind you that my office is always available to help and support you whenever you need us. We are all dedicated to the same thing: a smooth March primary where every Texas citizen who wants to have the opportunity to voice their choice for party candidates has the opportunity.

Before turning things over to my elections staff, I want to wish each and every one of you a safe and happy holiday season and wonderful New Year.  Thank you for your dedication in coming here today to learn more about the process. And thank you for your countless hours of work to ensure Texas will continue making our

6

elections fair, accessible and honorable. May God Bless You, and God Bless Texas.

Confidential                                                                                           TEX0570448