| | |
|---|---|
| From: | Dan Glotzer |
| To: | 'mevans@eac.gov' |
| Sent: | 2/24/2011 1:13:24 PM |
| Subject: | RE: Advisory Opinions |
| Attachments: | ocefax@sos.state.tx.us_20110216_051214.pdf |

Hi Monica,

Attached is the letter.

Dan

---

**From:** mevans@eac.gov [mailto:mevans@eac.gov]
**Sent:** Thursday, February 24, 2011 12:33 PM
**To:** Dan Glotzer
**Subject:** Re: Advisory Opinions

Good afternoon,

Please forgive my delayed response. I'm still playing catch-up from being out of the office.

I do not believe we have issued a formal advisory opinion on this matter. I can check again when folks return from the Standards Board meeting.

Since you brought it up, the Indiana letter has come to my attention several times, but I can't locate it in our official files. Do you happen to have a copy you can provide?

Thanks,
Monica

Monica Holman Evans, Esq.
Acting Director of Grants and Payments
U.S. Election Assistance Commission
1201 New York Avenue, NW
Suite 300
Washington, DC 20005
Ph. 202-566-3113
BB. 202-492-0619
Fax 202-566-3127

"Dan Glotzer" <DGlotzer@sos.state.tx.us>

02/15/2011 04:59 PM

To <mevans@eac.gov>
cc
Subject Advisory Opinions

**2:13-cv-193**
**09/02/2014**
**DEF1793**

Hi Monica,

The EAC sent a letter to Indiana in 2005 regarding a variety of topics, including voter education. I was searching the EAC website, and I could not find the advisory opinion. Was there one drafted?

Thanks,

Confidential
TEX0573511

Dan

Confidential
TEX0573512