

**Memo to:**   Alicia Pierce, Office of the Texas Secretary of State

**From:**   Raul Garza, Account Director, TKO Advertising

**Re**:   August-November HAVA Education Creative + Media Buy Potential Scope of Work + Proposed Budget

**Date:**   August 14, 2013

Alicia, we are very excited to be working with you and your team again on Texas voter education this fall. Please review the enclosed information and let me know if you have any questions or need us to update any of this information.

After we hear back from you to further clarify the scope and projected budget, we'll move to create an estimate of costs for your signature.

## Overview of Purpose of Project

As of June, Photo ID is now required for voting in Texas. The SOS is interested in partnering with TKO for a voter campaign that would run now through the constitution election in November. The recommended plan from your office is to refresh or recreate similar broadcast, print, and digital materials created in 2012, including backup scripts for radio and TV TKO drafted in the event that Photo ID would go into effect last year.

We note that in 2013 Texans are voting on constitutional amendments vs. offices as they did in 2012.

Key changes to creative deliverables and media outreach this year include:
- The message is primarily voter education regarding Photo ID – not educating voters on when to register or when to vote
- For this campaign, you desire evergreen materials when possible so that they can be used as long as the same information remains correct
- For broadcast and other materials that previously featured the Secretary – you desire a third-person approach vs. being personally from the SOS
- Overview is that the message should not be specific to a specific person such as the Secretary, or to just one election cycle so that voter education on Photo ID can indefinitely
- There is just 1 phase of media buy, not 2

2:13-cv-193
09/02/2014
DEF1794

1



Our understanding of the project is:
- You are looking to do a similar buy to Phase 1 in terms of statewide reach, but for budget reasons expect it to be a shorter run
- You want to invest in digital advertising, but hope to invest a smaller percentage of the overall budget than you did for the 2012 campaign. Your team wishes to prioritize broadcast media, even with a reduced flight period, because it reaches the millions of Texans who are not online or using social media.
- Approved broadcast media placement must demonstrate a significant unpaid placement match (PSA, added-value spots)
- TKO will provide recommendations for printers and direct mail fulfillment

## Deliverables

- Revised Photo ID broadcast scripts:
  - (1) 30-second radio script in English
  - (1) 30-second radio script in Spanish
  - (1) 30-second television script in English
  - (1) 30-second television script in Spanish
  - Produce 2 radio spots
  - Produce 2 television spots

- Broadcast Media Buy
  - TV/Cable Statewide
    - English
    - Spanish
  - Radio Statewide
    - English
    - Spanish

- Digital Media Buy
  - Static advertising banners in (3) sizes
    - English
    - Spanish
  - Mobile advertising banners in (3) sizes
    - English
    - Spanish

- Poster creative (can be printed or shared digitally)
  - English
  - Spanish

- Diversity Media Buy
  - Print ads in African-American newspapers

Confidential                                                                                          TEX0573858



- SmartTXVoter smartphone application updates: specific tasks may include the following:
    - Changing the name of the app
    - Updating app for use in constitutional amendments
    - All updates will be at minimum for iOS and Android (additional platforms TBD based on budget and timeframe)
    - All updates will be in both English and Spanish

- Not included in the budget at this time:
    - Printing or mailing of posters
    - Printing or mailing of direct mail pieces

## Draft of Potential Calendar by Month

**August 2013**
- Finalize scope of work
- Signed estimate in place
- SOS paperwork for emergency order in place
- Begin revising and refreshing all creative

**September 2013**
- Digital media begins running week of September 2, 2013
- Broadcast media begins running week of September 16, 2013

**October 2013**
- Digital media flight continues
- Broadcast flight continues
- Print ads run in AA-newspapers

**November 2013**
- Election Day = Nov. 5th; All media ends by or before this date

**December 2013**
- Reconcile media buy
- Final billing and wrap up report

Confidential                                              TEX0573859



## Proposed Campaign Budget

- $40,000 production budget to complete 2 30-second radio spots–1 in English and 1 Spanish, and 2 30-second TV spots in English and Spanish
- $40,000 digital media budget
- $240,000 broadcast media budget
- $20,000 budget for statewide diversity-focused media placement including AA newspapers
- $20,000 budget to update app including ability to function during constitutional years
- $40,000 agency services budget to revamp broadcast script, supervise production, and format/program digital assets, coordinate calendar, client approval, and vendor support

**Total: $400,000**
Note on budget: Set-up costs are constant; once those costs are covered, an increase or decrease in your budget will correspond to an increase or decrease in your media buy. For example, if your budget increases by $50,000, your media buy would increase by that amount, (100% of budget increase will go toward paid media placement).


Again, we are very excited to be working with you and look forward to hearing back from you.

Sincerely,

Raul Garza
raul@tkoadvertising.com
700 N. Lamar, Suite 200B
Austin, TX  78703
512.472.4856 x304

4