| From: | Rodriguez, Tony |
|---|---|
| To: | Rodriguez, Tony; Wroe Jackson; Adkins, Phillip; Barber, David; Bell, Stephen; Berkley, Johnnie; Bodisch, Robert; Carter, Thomas; Cesinger, Katherine; Crawford, John; Daughtry, Lisa; Davis, Robin; Garcia, Joseph; Gipson, Sheri; Gomez, Enrique; Grahovec, Ron; Hale, Lynn; Hubbard, Barbara; Hunter, Stephanie; MacBride, Cheryl; Martinez, Germaine; Mastracchio, JoeAnna; McCraw, Steven; Melcher, Lori; Muniz, Barbara; Murphy, Kathleen; Myers, Bob; Patterson, Janet; Peters, Joe; Riemenschneider, Brian; Segundo, Carolina; Silva, Samuel; Smith, Janie; Valdez, Tomas; Valenzuela, Estella; Vinger, Tom; Watkins, Paul; Wells, Charles; Winkley, Salestus |
| Sent: | 10/19/2013 4:46:14 PM |
| Subject: | EIC Report for Saturday, 19 Oct |

This is a preliminary report for the EIC-related activity in DL Offices for Saturday, 19 Oct. The information for the previous reporting cycle will be reviewed closely on Monday and a final and more detailed report will be issued:

Issuances:  2

Vantage Parkway (Station 216) EIC #37822694, Lee, Zachary McKinley DOB 08/24/1995
Houston Winkler (Station 201) EIC #37822695 Hall, Ursula Antoinette DOB 12/20/1965

Inquiries:  21

| | |
|---|---|
| 1A | 0 – Issuances <br> 2 - Inquiries |
| 1B | 0 – Issuances <br> 2 - Inquiries |
| 2A | 1 issuance: Vantage Parkway (Station 216) EIC #37822694, Lee, Zachary McKinley DOB 08/24/1995 <br> 4 - Inquiries: |
| 2B | 1 issuance: Houston Winkler (Station 201) EIC #37822695 Hall, Ursula Antoinette DOB 12/20/1965 <br> 3- Inquiries |
| 3 | 0 – Issuances <br> 6 - Inquiries |
| 4 | 0 - Issuances <br> 0 - Inquiries |
| 5 | Not conducting Saturday operations |
| 6A | 0- issuances <br> 3 - inquiries |
| 6B | 0 - Issuances <br> 1 - Inquiry |

v/r

*Tony Rodriguez*

Customer Operations Senior Manager – South and West
Driver License Division
Texas Department of Public Safety
tony.rodriguez@dps.texas.gov
512.424.5657 (O)
512.739.9709 (C)



TEX0578926

512.424.5233 (F)

TEX0578927