| | |
|---|---|
| **From:** | Bell, Stephen |
| **To:** | GRP_Region 6B_DLD; GRP_Region 6A_DLD; GRP_Region 5_DLD; GRP_Region 4_DLD; GRP_Region 3_DLD; GRP_Region 2B_DLD; GRP_Region 2A_DLD; GRP_Region 1B_DLD; GRP_Region 1A_DLD |
| **CC:** | Rodriguez, Tony; Daughtry, Lisa; Murphy, Kathleen; GRP_DLS_System_Support; Watkins, Paul; Peters, Joe; Garcia, Ricardo L(DL); Hale, Lynn; McCradic, Danielle; Myers, Bob; Gipson, Sheri; Hibbs, Rebekah; Mastracchio, JoeAnna; Spinks, Margaret; Miller, Connie; Petersen, Dain |
| **Sent:** | 10/15/2013 11:32:13 AM |
| **Subject:** | FW: DL Office Instructions for County EIC.docx |
| **Attachments:** | DL Office Instructions for County EIC.docx; EIC master list.xlsx |

Team,

We are currently issuing EIC mobile units to Counties so they can issue EICs in their
Counties. You may have someone show up at you office with a DL 14C and a flash drive. This
could be a Trooper, DL employee or County employee that delivers the materials. You will need
to review the documents and then process the application into DLS. Attached are the step by
step instructions on how to upload the information into DLS. If for some reason the County did
not send the correct documents scan the documents and immediately email them DIRECTLY to
myself and Tony Rodriguez and CC your chain of command.

v/r
Stephen W. Bell
Customer Operations Senior Manager- North and East
Driver License Division
Texas Department of Public Safety
stephen.bell@dps.texas.gov
512-550-7064 (C)
512-424-2768 (O)

The Driver License Division is committed to quality and excellence in customer service. Please
share your thoughts with us via our online customer service survey at:
http://www.survey.utexas.edu/txdps/

_____
From: Hale, Lynn
Sent: Tuesday, October 15, 2013 9:48 AM
To: Bell, Stephen
Cc: Watkins, Paul; Rodriguez, Tony; Myers, Bob
Subject: DL Office Instructions for County EIC.docx

Per Steve's request: Updated instructions for DL offices receiving EIC flashdrives from county
offices for processing. Please distribute as broadly as possible. Also attached is the most
current list of trained County employees and their contact information.

Thank you

Lynn M. Hale

Lynn M. Hale
Training Specialist V
Policy and Business Improvement
Driver License Division
Texas Department of Public Safety
O-512.437.4745
C-512.571.7759
lynn.hale@dps.texas.gov



2:13-cv-193
09/02/2014
DEF1814
exhibitsticker.com

TEX0579025