| | |
|---|---|
| **From:** | Spinks, Margaret |
| **To:** | Mastracchio, JoeAnna |
| **CC:** | Gipson, Sheri |
| **Sent:** | 9/3/2013 2:16:29 PM |
| **Subject:** | FW: Translation |
| **Attachments:** | DL-14C.DOCX |

Joe,

I asked Kathleen Murphy about a timeline request for the Application for Election Certificate (DL-14C) from Rep. Walle's office. She said was not aware this form had not already been translated to Spanish and asked me to get with you to have the Election Certificate ID application (Dl-14C) moved to the top of the priority list with the vendor to be translated as it cannot wait 8 weeks. The November election will be over. She stated DPS has already reported all of our forms have been translated to Spanish.

Thank You,
Margaret Spinks, Manager
Driver License Division
License and Record Service
512-424-7243
margaret.spinks@dps.texas.gov

We are creating a faster, easier and friendlier driver license experience and a safer Texas

**From:** Gipson, Sheri
**Sent:** Tuesday, September 03, 2013 1:33 PM
**To:** Spinks, Margaret
**Subject:** Re: Translation

Yes

**From:** Spinks, Margaret
**Sent:** Tuesday, September 03, 2013 12:49 PM
**To:** Gipson, Sheri
**Cc:** Vasquez, Esther
**Subject:** FW: Translation

Sheri,

We have a state representative requesting a timeline on the Spanish translation for the DL-14C. do we need to run this by OGC first?

Thank You,
Margaret Spinks, Manager
Driver License Division
License and Record Service
512-424-7243
margaret.spinks@dps.texas.gov

We are creating a faster, easier and friendlier driver license experience and a safer Texas

**From:** Vasquez, Esther
**Sent:** Tuesday, September 03, 2013 10:48 AM
**To:** Spinks, Margaret
**Subject:** FW: Translation



2:13-cv-193
09/02/2014

DEF1816

www.exhibitsticker.com

Margaret –

The timeline for the Spanish version of the DL-14C (Application for Election Certificate) is approximately 8 weeks.  A vendor is currently working on the Spanish translation and should have it back to DPS for review/revisions next week. After that it could take 4-6 weeks for completion (October 25th) and then at that point a decision can be made on when to implement.

Do you want me to contact Rahul Sreenivasan at Rep. Armando Walle's office with this information regarding a timeline he wanted?  Please advise.

Esther L. Vasquez
Program Supervisor III
License and Record Service
DLD, Texas Department of Public Safety
(512)424-5968
Esther.Vasquez@dps.texas.gov

We are creating a faster, easier and friendlier driver license experience and a safer Texas.

---

**From:** Martinez, Rosendo
**Sent:** Friday, August 30, 2013 2:27 PM
**To:** Vasquez, Esther
**Subject:** FW: Translation

Esther

The DL14c is currently being translated to Spanish by the vendor. Their deadline for returning the forms to DPS for review is the second week of September.

After they return the forms to DPS we will review and if necessary, ask the vendor to make corrections which could take up another four to six weeks.

Once the forms are complete management will decide when to implement?

Hope this helps.

Rosendo

---

**From:** adriana.fernandez [mailto:adriana.fernandez@translation-source.com]
**Sent:** Friday, August 30, 2013 2:11 PM
**To:** Martinez, Rosendo
**Subject:** RE: Translation

Hi Rosendo is it the attached?
Please let me know.

Adriana

Adriana Fernandez
Director of Operations
Translation Source
Phone: (713) 465-0225
Fax:    (281) 966-1869
www.translation-source.com

Visit us in Twitter, LinkedIn and Facebook,

TEX0579180

**From:** Martinez, Rosendo [mailto:Rosendo.Martinez@dps.texas.gov]
**Sent:** Friday, August 30, 2013 1:20 PM
**To:** Adriana Fernandez; Vasquez, Esther
**Subject:** RE: Translation

Adriana,

Could you please verify if one of the forms includes the

DL14C Application for Voter Certificate?

I need to know asap.

Rosendo

**From:** Adriana Fernandez [mailto:adriana.fernandez@translation-source.com]
**Sent:** Thursday, August 29, 2013 5:04 PM
**To:** Martinez, Rosendo
**Subject:** Re: Translation

Hi Rosendo,

I will send you the invoice and will resend the med cert document by tomorrow morning! I had a meeting out of the office this afternoon and had to leave early! I will be waiting on the changes for the cdl handbook too!

Best regards

Adriana

Sent from my T-Mobile iPhone 5

On Aug 29, 2013, at 3:49 PM, "Martinez, Rosendo" <Rosendo.Martinez@dps.texas.gov> wrote:

**From:** Martinez, Rosendo
**Sent:** Thursday, August 29, 2013 3:48 PM
**To:** Martinez, Rosendo
**Subject:** RE: Translation

Adriana,

I am sending you the corrections for Spanish CDL handbook in a separate email.

Please send us the invoice for that job.

Denise has been out and I have been unable to find the Med cert document.

Rosendo Martinez
Texas Department of Public Safety
Driver License Division
Policy and Business Improvement
P. O. Box 4087
Austin, TX 78773
(512) 424 2767
rosendo.martinez@dps.texas.gov

TEX0579181

**From:** Martinez, Rosendo
**Sent:** Tuesday, August 27, 2013 8:21 AM
**To:** 'adriana.fernandez'
**Subject:** RE: Translation

Our closing is 08/31/13.

**From:** adriana.fernandez [mailto:adriana.fernandez@translation-source.com]
**Sent:** Monday, August 26, 2013 2:56 PM
**To:** Martinez, Rosendo
**Subject:** RE: Translation

Hi Rosendo,

I still need to submit of invoice for the DL-7C and the CDL Med Certificate.
We are still working on the translation for the Forms.
Please let me know when is the due date to submit all invoices.

We include 1 round of revisions after we invoice the projects, so no problem on sending your changes.
If there is more than 1 round we will invoice latter accordingly.

If you have any questions please let me know.

Best regards,
Adriana


Adriana Fernandez
Director of Operations
Translation Source
Phone: (713) 465-0225
Fax:    (281) 966-1869
www.translation-source.com

Visit us in Twitter, LinkedIn and Facebook,

**From:** Martinez, Rosendo [mailto:Rosendo.Martinez@dps.texas.gov]
**Sent:** Monday, August 26, 2013 11:33 AM
**To:** adriana.fernandez@translation-source.com
**Subject:** FW: Translation

Adriana,

Also for clarification if we need to make some corrections to the handbooks and forms after we review can we do this after the bill has been submitted?

We want to close out our spending for Fiscal Year 2013.

**From:** Martinez, Rosendo
**Sent:** Monday, August 26, 2013 8:28 AM
**To:** 'adriana.fernandez'
**Subject:** RE:

TEX0579182

Adriana,

Have you billed us for the CDL handbook and the forms?

Rosendo

---

**From:** adriana.fernandez [mailto:adriana.fernandez@translation-source.com]
**Sent:** Wednesday, August 21, 2013 9:20 AM
**To:** Martinez, Rosendo
**Subject:**

Thank you for letting me know Rosendo!

Adriana Fernandez
Director of Operations
Translation Source
Phone: (713) 465-0225
Fax:    (281) 966-1869
www.translation-source.com

Visit us in Twitter, LinkedIn and Facebook,

---

**From:** Martinez, Rosendo [mailto:Rosendo.Martinez@dps.texas.gov]
**Sent:** Wednesday, August 21, 2013 8:26 AM
**To:** adriana.fernandez
**Subject:** RE: CDL Handbook

Adriana,

Denise is out, I will follow up on the files and let you know

---

**From:** adriana.fernandez [mailto:adriana.fernandez@translation-source.com]
**Sent:** Tuesday, August 20, 2013 1:58 PM
**To:** Pierce, Denise
**Cc:** Martinez, Rosendo
**Subject:** FW: CDL Handbook
**Importance:** High

Hi Denise,

Hope your week is going great!

Denise I just wanted to make sure you received the translated files I sent last week.
Also I wanted to send you an update on the translation and formatting for the Driver License Forms. We are doing good progress and will have the project ready by the second week of September aprox.
Please let me know if you have any questions.

Best regards,
Adriana

Adriana Fernandez
Director of Operations
Translation Source
Phone: (713) 465-0225
Fax:    (281) 966-1869
www.translation-source.com

Visit us in Twitter, LinkedIn and Facebook,

TEX0579183

**From:** adriana.fernandez [mailto:adriana.fernandez@translation-source.com]
**Sent:** Tuesday, August 13, 2013 2:46 PM
**To:** 'Pierce, Denise'
**Cc:** 'Martinez, Rosendo'
**Subject:** RE: CDL Handbook
**Importance:** High

Hi Denise,

Hope your week is going great!

Attached please find the translated file for the DL-7C and the CDL Med Certificate.

As agreed, we translated the editable images and left the non editable ones in English.

Should you have any questions please feel free to contact me at any time.

Please confirm receipt.

Best regards,
Adriana


Adriana Fernandez
Director of Operations
Translation Source
Phone: (713) 465-0225
Fax:    (281) 966-1869
www.translation-source.com

Visit us in Twitter, LinkedIn and Facebook,

---

**From:** Pierce, Denise [mailto:Denise.Pierce@dps.texas.gov]
**Sent:** Wednesday, May 22, 2013 3:36 PM
**To:** adriana.fernandez
**Cc:** 'Tim Taggart'
**Subject:** CDL Handbook

Hi Adriana,

I've attached our Commercial Driver Handbook and CDL form that needs to be translated. This is actually an updated version of the CDL form I sent previously, but we've made a few corrections so I'm forwarding the latest version.

I'm still working on obtaining the original files for the other documents I sent but the handbook will probably keep you busy for a while. :0)

Denise

**Denise Pierce**
Technical Writer
Texas Department of Public Safety
5805 N. Lamar
Austin, TX 78740
(512) 424-5412