# Election Identification Certificate
## Application Overview

| Issuance Status | | |
|---|---|---|
| As of 11/12/2013 | | |
| # Validated | 134 | Application passed QA and sent to customer |
| # In Process | 15 | Application being reviewed at Headquarters |
| # Not Valid | 10 | Did not pass QA at Headquarters |
| # Applied | 159 | Application for EIC recived |

| Applications by Month | | Applications by Week | | Applications by Day of Week | | Applications by Station Type & Status | |
|---|---|---|---|---|---|---|---|
| Month | Count | Week # | Count | Day of Week | Count | | Count of EIC # |
| Jul | 6 | 27 | 1 | Monday | 26 | **In Progress** | **15** |
| Aug | 2 | 28 | 1 | Tuesday | 35 | DL Office | 9 |
| Sep | 8 | 29 | 2 | Wednesday | 23 | DL Mobile | 4 |
| Oct | 121 | 30 | 2 | Thursday | 27 | Co. Mobile | 2 |
| Nov | 22 | 32 | 1 | Friday | 27 | **Not Valid** | **10** |
| **Grand Total** | **159** | 34 | 1 | Saturday | 21 | DL Office | 7 |
| | | 37 | 2 | **Grand Total** | **159** | DL Mobile | 3 |
| | | 38 | 2 | | | **Valid** | **134** |
| | | 39 | 4 | | | DL Office | 74 |

2:13-cv-193
09/02/2014
DEF1817

# Election Identification Certificate
## Demographics







TEX0579653

# Election Identification Certificate Application







TEX0579654