| | |
|---|---|
| **From:** | Mulligan, Charlotte |
| **To:** | Mulligan, Charlotte |
| **Sent:** | 12/12/2013 11:48:37 AM |
| **Subject:** | Lawful presence |

**From:** Davis, Robin **On Behalf Of** Peters, Joe
**Sent:** Wednesday, November 27, 2013 11:44 AM
**To:** GRP_DL Division
**Subject:** November Policy Updates and Clarification

Attached and posted on Share Point and DPS Net are the November 2013 Policy Updates and a Lawful Presence Clarification.

All policies, summarized below, are effective immediately:

Social Security Update
- Laminated social security cards may be accepted as proof of social security if the information verifies through SSOLV and the card appears to be original and otherwise unaltered.

New Policy for PDPS
- Problem Driver Pointer System (PDPS) returns of "not eligible" where the offense is 10 years old or older will not be used to deny issuance of a non-CDL driver license.

Lawful Presence Documents Clarification
- Expired documents presented to prove lawful presence may accepted to run through SAVE for verification. Several expired documents supporting lawful presence are being presented including; I-94 for citizens of certain countries, I-766 Temporary Protected Status and I-551 Permanent Resident Card. Often times, the status is updated in SAVE but the customer has not received the new documents. Do not automatically reject an expired document as proof of lawful presence.
    - Note: expired documents are not acceptable as proof of identification, so this situation will normally apply to renewals and duplicates
- Certain non-immigrants are not required to obtain a visa to enter the United States. If a person does not have a visa, he or she may still be lawfully present. Accept the documentation presented and run it through SAVE for verification. If the documents presented are primary identification, no additional documents such as birth certificates are required.

Thank you,

Joe Peters
Assistant Director
Texas Department of Public Safety
Driver License Division
P.O. Box 4087
Austin, TX. 78773
512-424-5899



TEX0583223