| | |
|---|---|
| **From:** | Hubbard, Barbara |
| **To:** | Alford, Patsy; Carlsson, Lori; Franklin, Valerie; Rivas, Maria; Ross, Angela; Taylor, Kathleen; Waterman, Sandra; Williams, Connie; Hunt, Regina; Wells, Charles |
| **CC:** | Esquivel, Paul; Cook, Richard (DLD) |
| **Sent:** | 3/9/2011 12:41:00 PM |
| **Subject:** | Items of Interest from DLD Management Meeting |

Listed below are some items of interest and others that immediately affect your day to day business. PS II's please be sure all employees are informed.

**Dealing with the media:**
It is absolutely okay to say "I don't know" and refer the individual to the Public Information Office.
Never hang up the phone on a reporter, refer them to the Public Information Office.
No interviews are allowed inside the office, they must leave the camera in the vehicle until approved to bring it into the office.
Refer to PIO, refer to PIO, refer to PIO.

**Proposed Temp Vis Pilot**
Plans are in the works to implement the pilot at San Antonio Pat Booker and a couple of offices in El Paso. Please continue to send temp vis questions up the chain and to Bob as he finalizes the training for the Temp Vis Specialist. (Only 2-3 people per location will be trained for the pilot)

**Administrative Hearings**
The training has been updated and revised and Region 6 is scheduled for the training between March-May 2011.
Region 5 is training today. Enforcement and Compliance personnel is providing the training to the Regions.

Please provide any frequently asked questions or scenarios that may be used to enhance the training to me by noon on Thursday of next week and I will provide to Rebekah by Friday noon.

Please remind Examiners to inform Enforcement and Compliance of appeals by the courts. Do not rely on others to provide this information.

**DLS Reports**
Do not run daily employee reconciliation reports, employees should right click on history to view only. The view button actually runs the report and this negatively affects the DLS production system.

**Questions/issues**
If the question or issue is regarding your computer call 424-5432
If the question or issue is an issuance problem call 424-7180
**If the question or issue is policy related, call your supervisor or follow your chain of command first. Do not call Austin unless directed by a supervisor.**

**Employee Identification cards**
These should be processed before or after office hours. Do not punch holes in the ID card to hang around your neck or carry on a key chain. Plastic ID holders will be issued for this purpose.
Do not issue to commissioned personnel. The Regional Commander must give the approval for an employee ID to be issued to commissioned folks and this will come through the Manager's office.

**Voter ID Bill**
This bill will require a registered voter to provide valid photo identification before casting their vote.
For applicants applying for an original ID and they have a DL in the DLS system within 2 years and citizenship indicates yes they will not be required to provide other documents in accordance with 15.24, ID policy. They will be required to complete an application and we will process with the same information as required for a duplicate.

**Comprehensive Exams**


2:13-cv-193
09/02/2014
DEF1819
exhibitsticker.com

TEX0590259

Do not automatically disqualify a comprehensive exam because they cannot parallel park. You will have them attempt the maneuver and if unable to do so proceed with the rest of the exam and score accordingly. (Rely on good judgment and training if it is truly a dangerous act then handle accordingly)

**Parent Taught**
If they have the log and/or affidavit, DLS will issue the certificate. If they need to complete another affidavit, provide the form to them and accept it.

**Uniforms**
I picked up what they had for Region 6A on yesterday and realized this morning that we do not have our complete order. I am working with Ron Coleman to address this issue. I was hoping to have them to you all prior to Spring Break.

# THERE IS NO SUCH THING AS A "TEMPORARY VISITOR CDL"; DO NOT ISSUE

THIS CONTINUES TO BE A PROBLEM AROUND THE STATE. THIS IS NOT A NEW POLICY AND SHOULD HAVE NEVER OCCURRED. I CANNOT STRESS THE IMPORTANCE OF NOT ISSUING THIS TYPE CARD. CDL IS CHECKING EVERYDAY FOR THIS PROBLEM AND NOTIFYING THE CHAIN OF COMMAND. IF THIS CONTINUES TO BE A PROBLEM I AM SURE IT WILL BE ADDRESSED INDIVIDUALLY WITH THE POSSIBILITY FOR SOME TYPE OF DISCIPLINARY ACTION.

# THERE IS NO SUCH THING AS A "TEMPORARY VISITOR CDL", DO NOT ISSUE

*Barbara Hubbard , Manager*
*Region 6A Customer Operations, San Antonio*
*Texas Department of Public Safety*
*Office(210) 531-2231 Cell (210) 241-7329*
*Fax (210) 531-2278*
*barbara.hubbard@txdps.state.tx.us*

TEX0590260