

# November 2013 Policy Updates

## Proof of Social Security Number – Updated

DLD management has reversed the directive issued in the September 2013 Policy Updates disallowing acceptance of a laminated social security card. A laminated card may be accepted if the information on the card verifies through SSOLV. The card must card appear to be original and present no reason to believe it may be fraudulent or otherwise altered.

The information on any document presented as proof of social security must verify through SSOLV. You should use common sense and practice good judgment to determine if any document presented for driver license issuance meets the standards for acceptance.

## Problem Driver Pointer System (PDPS)

Current policy does not set a period of time that a PDPS return of "Not Eligible" remains valid for denying issuance of a Texas driver license.

Effective immediately, a PDPS return of "Not Eligible" where the offense or withdrawal is 10 years or older will not be used to deny issuance of a Texas driver license. You will continue to advise the customer of the return and how to contact the state with the "Not Eligible" status for resolving it. Then you will proceed with the issuance transaction.

<u>This policy does NOT apply to issuances for a Texas commercial driver license (CDL).</u> We will deny all issuances for a CDL if there is a "Not Eligible" status in the PDPS return.

If you have any questions concerning a PDPS return, please consult your supervisor for assistance.

_____     _____

Joe Peters                   Date
Assistant Director

