# TEXAS DEPARTMENT OF PUBLIC SAFETY
## INTEROFFICE MEMORANDUM

**To:** All Station 314 and 311 Employees  **Date:** 05/14/09

**From:** Sharleigh D. Drake, Sergeant, DLD  **Division:** DLD

**Subject:** US PASSPORTS

### *EFFECTIVE IMMEDIATELY*

We will now accept a United States Passport with foreign place of birth as proof of citizenship as long as the statement "The bearer of this passport is a US National but not a US Citizen" does not appear under the signature.

Thank you for your cooperation and please let me know if you have any questions.

Lori Carlsson

*S Drake* (signature)

Cc: Sgt. Sharleigh Drake

830
BOP
626
7768

2:13-cv-193
09/02/2014
DEF1822

TEX0590460