| | |
|---|---|
| From: | Bell, Stephen |
| To: | Meade, Kevin; Smith, Timothy; Soto, Adriana; Souder, Richard; Winkley, Salestus; Berkley, Johnnie; Hartline, Candice; Parker, Stanley; Patterson, Janet; Pitzer, Deborah; Carter, Thomas; Flores, Amelia; Ford, Carolyn; Guerra, Sylvia; Jones, Patricia; Alexander, Alan; Bergman, Kathy; Corbett, Melissa; Manning, Diann; Mulligan, Charlotte; Flores, Maria; Ramirez, Raquel; Silva, Samuel; Barber, David; Sarabia, Leticia; Valenzuela, Estella; Garcia, Pablo; Valdez, Tomas; Carlsson, Lori; Wells, Charles; Garcia, Joseph; Gomez, Frances; Prince, Nancy; Spencer, Lillian |
| CC: | Hibbs, Rebekah; Rodriguez, Tony; Gipson, Sheri; Steve.Wick@HoustonPolice.org; Watkins, Paul; Peters, Joe; Burch, Shea; Evans, Diana; Freeman, Jaclyn; Gips, Kristin; Herklotz-Dennis, Mimzie; Honeycutt, Clayton; Irizarry, Rose; McGonagle, Timothy; Patschke, Charlene; Sawyer, Christopher; Urban, Jesse; Wenda, Patrick; Garcia, Ricardo L(DL); Hale, Lynn; McCradic, Danielle; Myers, Bob |
| Sent: | 4/11/2014 2:56:40 PM |
| Subject: | Acceptable Supporting Document |
| Attachments: | Scanned from a Xerox multifunction device.pdf |

Team,

I had a meeting yesterday with the Houston Police Departments, Homeless Outreach Team. The main question that they had was if we would accept a notarized investigation report from them as a supporting document. AD Peters and OGC reviewed and approved the attached format. If you are working with other PDs or NGOs to assist the homeless please share this example of another possible supporting document. To be accepted the document needs to come from a law enforcement agency and contain the same minimal information that is on this example.


v/r
Stephen W. Bell
Customer Operations Senior Manager- North and East
Driver License Division
Texas Department of Public Safety
stephen.bell@dps.texas.gov
512-550-7064 (C)
512-424-2768 (O)

The Driver License Division is committed to quality and excellence in customer service. Please share your thoughts with us via our online customer service survey at:
http://www.survey.utexas.edu/txdps/



TEX0599479