| | |
|---|---|
| **From:** | Smith, Janie |
| **To:** | Terry, Michael |
| **Sent:** | 1/24/2011 3:57:40 PM |
| **Subject:** | FW: Questions for testimony tomorrow |

Here are my basic answers to the questions. Janie

**From:** Terry, Michael
**Sent:** Monday, January 24, 2011 11:46 AM
**To:** Smith, Janie
**Subject:** FW: Questions for testimony tomorrow
**Importance:** High

**From:** Arriaga, Amanda
**Sent:** Monday, January 24, 2011 11:42 AM
**To:** Davio, Rebecca
**Cc:** MacBride, Cheryl; Terry, Michael
**Subject:** Questions for testimony tomorrow

2:13-cv-193
09/02/2014
DEF1826

Rebecca,

I spoke with Sen. Fraser's COS(Janice) and Sen. Duncan's committee clerk (Jennifer) and they gave me a heads up on tomorrow.  Today there will be no action taken re: Voter ID, they will just lay out the rules. Tomorrow will begin at 8am with Sen. Fraser outlining the bill and taking questions. The first panel will be agency resource witnesses (OAG, SOS and DPS). They reminded me that state agencies are neutral and have no position on legislation J

Janice gave me a heads up that the questions for DPS will center around: **how easy (or hard) is it for a person to actually get a DL or ID.**

Here is a list of questions I think you should be prepared to answer. I have bolded the ones that I was specifically notified about today.

Cost:
- What is the cost to DPS to manufacture an ID?

$1.67 hard costs – does not include machine lease and maintenance
- What is the cost to the state to give away IDs for free?

$15 for original ID
$5 for original ID for applicant 60 and over (no expiration)
$10 duplicate

Process:
- **What are the requirements to receive an ID?**

Verify identity and lawful presence, complete the application, consent to be photographed and fingerprinted, provide signature, and pay the required fee
- **What are the requirements to receive a DL?**

Verify identity, lawful presence, and social security, provide proof of registration and liability insurance for any vehicle owned, complete the application, consent to be photographed and fingerprinted, provide signature, pass the written, driving (applicant must provide vehicle) and vision exams, and pay the required fee. Applicants under 25 and/or currently licensed in another state have additional requirements.
- What is the difference between an ID and DL?

A driver license authorizes the holder to operate a vehicle and an identification certificate is issued to access goods, services, or facilities, but does not authorize the holder to operate a vehicle. There is no age restriction for issuance of

an ID and since we do not currently require proof of social security eligibility, more people are eligible to hold ID's than driver licenses.

- **Can a person have both an ID and DL?**

Yes and many people do hold both

- **How long does it take once the applicant has submitted all of their materials for DPS to mail out the physical ID?**

We strive to mail in less than 30 days. It is generally a minimum of 10 days before a license is ready to mail. Current equipment problems have us at 30+ days right now.

- **How long is a temporary ID valid? What security features does a temporary ID have?**

Receipts are valid for 45 days. There are no specific security features – the receipt is printed on regular bond paper from a laser printer at the DL station. The audit number is not included on the receipt.

- **How many DL offices are there?**

307 – other people determining how to present this information

- **How many DL mobile facilities are there, and where do they go?**

I do not have that info

- **How many counties do not have a DL office?**

I do not have that info

- **How many people apply for a license and get turned down?**

We do not track this information. Some people start the application process and need to come back in with additional documents or to complete their testing and don't.

- **Why would a person be turned down for a DL or ID?**

There are numerous reasons a person would be denied a DL and/or ID. They include; not enough documentation to prove identification and/or lawful presence, they don't pass the written, driving, or vision test (for a DL), they don't present proof of insurance or the vehicle being registered (DL), they may have physical or mental limitations that prevent them from receiving a DL. Many people who may be denied a DL are eligible for an ID.

- **How many times to people typically have to come into a DL office to complete their transaction?**

If all required information is presented at the time of application, a person should only have to appear at the DL office one time, particularly for an ID. Some tests are scheduled at later times, so a person may have to come back in for testing. And, many people do not have the required documents and have to return to complete the transaction. Barring unforeseen issues, a customer should not have to visit the DL office more than twice.

- **Can a non-citizen get a DL? Can a non-citizen get an ID? What are the standards for each?**

Non citizens can get a DL if they can prove they have lawful presence in the US. If the admission period is for less than six months, DPS will not issue an ID or a DL

- **Can an non-resident get a DL? Can a non-resident get an ID?**

Non-residents

- **If you already have a valid DL, can you request an ID online?**

Not at this time

- **Can you renew for an ID online?**

Yes. A person must visit a DL office to have an updated photo (and eye test for DL) every other renewal, which is currently 12 years. So, a person can renew online one time in between visits to a DL office.

- **If so, can DL add a feature online where the applicant certifies they are applying for an ID for the purpose of voting?**

We could add that feature. It would be accomplished in conjunction with Texas.gov

-
-

## ID vs DL

- **How many DL holders are there?**

Others are determining this information

- **How many ID holders are there?**

Others are determining this information

- **How many people hold both an ID and DL?**

Others are determining this information

- **What kind of person gets an ID rather than a DL?**

A person who;
is not old enough to drive, does not drive at all, may be physically or mentally incapable of operating a vehicle, may

have had their DL suspended or revoked and no longer has the license in their possession, may have had their license confiscated during a traffic stop and needs identification, or is concerned about providing their driver license at retail establishments and banks and prefers another form of identification.

- Why would a person need both an ID and DL?

Some people choose to have both because they don't want to present their DL to clerks. Most that have both have had some reason that the DL was invalid or not in their possession, so they got an ID and kept it after they got their DL back.


Thanks,
Amanda

-
-

TEX0601825