# DPS Legislative Liaison Action Sheet

| State Official's Office | Date | Time |
|---|---|---|
| Rep. Lon Burnam | 12/02/08 | Noon |
| **Point of Contact** | **Constituent Information** ||
| Josie<br>817-924-1997 | N/A ||

**REQUEST:** Constituent went to a driver license office in Fort Worth (not sure which one) to renew her TDL and was told that she must provide her birth certificate to renew?
Is this correct? If so, when did this go into effect?
If Josie isn't available, feel free to talk to Mary.

**REFERRED TO:** Driver License

**ACTION TAKEN:** I spoke with Mary Edwards at Representative Burnam's office. She did not have the name of the individual that complained or the office the person went in Fort Worth. Edwards said that they wanted to know if the ID policy had changed to requiring that applicants show a birth certificate for a renewal. I told her the ID policy had not changed and a birth certificate is not required for a license renewal. However, if the licensee has lost their license and does not have it when the go to the DL office for renewal, some type of identification will be required. I told Edwards that something from our proof of ID list will be required in that case. Edwards indicated she understood what I told her about the requirement and that no further action is needed.

**Name/Date:** Gregory Bedford/12-2-08

2:13-cv-193
09/02/2014
**DEF1827**
exhibitsticker.com