# DPS Legislative Liaison Action Sheet

| State Official's Office | Date | Time |
|---|---|---|
| Rep. Alma Allen | 8/4 | 3:30 |

| Point of Contact | Constituent Information |
|---|---|
| Christina Jamarillo<br>(713) 776-0505 | Leonard Hougtos<br>(713) 960-3873 |

**REQUEST:** Mr. Hougtos does not have the the necessary identification documents listed on the website for an ID card. He only has his birth certificate--he says he lost his other documents in Hurricane Ike. Please contact him to work with him to get an ID, then follow up with Christina in the Rep's office.

**REFERRED TO:** DLD

**ACTION TAKEN:**

On 08/05/09, I left a voice mail message for Ms. Jamarillo to inform her that I was assigned to assist Mr. Hougtos. I provided my contact details.

On 08/05/09, I spoke to Mr. Hougtos regarding additional documentation required along with his birth certificate to obtain a Texas identification certificate. He stated that he currently has a birth certificate and a Texas voter registration card.

I then inquired as to whether or not he had additional supporting identification as listed in the 37 Texas Administrative Code 15.24 that is proof of identity satisfactory to the department and meets the need in establishing identity.

He then stated that he could obtain a school record (transcript) from his mother who currently resides in the State in which he last attended school. Therefore, he will have the documents that are verifiable to obtain an identification card.

I advised him to contact me when he has been issued the Texas identification card. I would then monitor the status of his identification card for a two week time period. Upon receipt of the actual identification card I would give him a call.

On 08/06/09, I did a follow up phone call to Ms. Jamarillo to advise of all of the above.

**Name/Date:** Lynel Gaines 08/06/09

2:13-cv-193
09/02/2014
**DEF1831**
texexhibitsticker.com