# DPS Legislative Liaison Action Sheet

| State Official's Office | Date | Time |
|---|---|---|
| Rep Valinda Bolton | 03/05/2009 | 2:20 pm |
| **Point of Contact** | **Constituent Information** ||
| Heather Wells<br>512-463-0652 | William Crowley Jr<br>Tel: 512-264-2084<br>On behalf of:<br>Claire F. Crowley ||

**REQUEST:** District 47 - Travis (part) county.

Please contact Mr. Crowley who is attempting to help his mother obtain a TXID. His mother is 101 years old and is unable to provide her birth certificate.

If someone could contact Mr. Crowley in order that he may make an appointment to bring his mother (along with any other forms of identification required) at the South Congress DL office.

Thank you.

**REFERRED TO:** DL

**ACTION TAKEN:** Mr. Crowley was contacted Monday 3/9/09 by Sgt. Epkins, he is planning on bringing his mom in sometime this week. Sgt. Epkins asked him if he wanted the Department to come to where his mom was at, he said, he could bring his mom to the South Austin DL Office. He was instructed to bring his mom's voter registration card, Medicare Card, his Birth Certificate, Social Security records for his mom and any other documents he might have to prove his mom's identity. He was instructed to ask for Sgt. Epkins and if Sgt. Epkins was not in, to instruct personnel to call Sgt. Epkins on her cell phone.

Mr. Crowley and his mother came into the South Austin Driver License office today 3/12/09. Mr. Crowley's mother Claire was processed and issued a Texas Driver License. The information Mr. Crowley and his mother provided was verified by Trooper Flores via various agencies.

**Name/Date:** Ruby Epkins - 3/12/09

2:13-cv-193
09/02/2014
**DEF1833**

TEX0604827