# DPS Legislative Liaison Action Sheet

| State Official's Office | Date | Time |
|---|---|---|
| Rep Betty Brown | 9/4/09 | 2:30 |

| Point of Contact | Constituent Information |
|---|---|
| Amy Gould<br>Amy.gould@house.state.tx.us | Mrs. Judith Wakefield<br>P.O. Box 1220<br>Athens, TX 75751<br>903-677-1572<br>jwakefield@eustaceisd.net |

**REQUEST:** Please contact Mrs. Wakefield to address her concerns about having to present her Birth Certificate at the DL station in Athens to renew.
Please follow up with Amy.

Ms.Brown, I am 59 years old and have had a valid driver's license for 30 years. I went to the DMV in Athens yesterday to renew my present license and was told I was listed in the computer as "citizenship unkown." In order to complete the renewal process I must produce a valid passport or certified birth certificate. Of course, it is not a problem for me to produce these documents, but I had my present license, my social security card and my voter registration card, which to me should have been more than enough proof. Especially in light of the fact that our current president has yet to produce his birth certificate, I feel this request is extremely excessive. Please comment.

**REFERRED TO:** DL

**ACTION TAKEN:** 9/4/09 – Checked our records and verified Mrs. Wakefield's citizenship status is reflected as unknown. Her original application date was in 1973. Called to speak to Mrs. Wakefield. She was not available but Mr. Wakefield was. He was familiar with this situation. I explained the requirements have changed since his wife originally applied for a driver license. I advised I understood how surprising it must have been for her to hear of this requirement after being licensed. He agreed and said he understood about the strict requirements. He said Mrs. Wakefield would love to speak to me, so he took my contact details to have her contact me direct. Mrs. Wakefield called back and we discussed the above information. She shared that she had returned to the driver license and had difficulty because her birth certificate was altered by her mother. She had scratched the middle name and wrote what she intended. The final outcome was the DL office went ahead and accepted her document, and did not change her middle name. She understands tightening identity requirements, but felt this was a little bit like shaking down Grandma's. She went on to reiterate that our current president has not provided his birth certificate. She appreciated my call and advised she really just wanted to vent. I offered to monitor her driver license for production and that I would pull it at the first opportunity to expedite. She thanked me profusely. I advised this will save a little time, but will still take a couple of weeks. She was very satisfied. Emailed Amy Gould at the above address to advise of above.

**Name/Date:** Lisa Daughtry/09/04/09

2:13-cv-193
09/02/2014
**DEF1835**

TEX0604832