

## Legal Presence Requirements

Information requested on behalf of New Mexico & AAMVA  
Last updated: 3/15/11

PLEASE PRINT ON LEGAL SIZE PAPER

| Jurisdiction Respondent Email Address | Do you have a legal presence requirement for driver license and/or ID card application / issuance? | If yes, is the requirement specified in state statute or administrative rule, or is the legal presence requirement based on other requisite(s)?  IF statue, please provide the statutory citation. | If based on other requisites, please describe. | What documents are acceptable to provide proof of legal presence |
|---|---|---|---|---|
| **Alaska**<br><br>Kerry Hennings<br>Kerry.hennings@alaska.gov | Yes | Regulation<br>2 AAC 90.420 | n/a | b) An applicant for an original driver's license must furnish v the applicant's date of birth, and one form of identification to legal name. The form of identification for proof of date of birth consist of one of the following:<br>(1) a certified original or certified copy of the applicant's United<br>(2) a United States passport issued by the United States Depar<br>(3) a foreign passport with the appropriate Immigration Sta United States Department of Homeland Security, United Immigration Service;<br>(4) a resident alien, temporary resident alien, or employ document issued by the United States Department of Homela Citizenship and Immigration Service;<br>(5) a United States armed forces active duty, retiree, or reserv<br>(6) other evidence of comparable validity; in this paragraph, validity" includes items such as a United States government Birth Abroad or a court order. |
| **Arizona**<br><br>Donna Dailey<br>ddailey@azdot.gov | Yes | Arizona Revised Statute requires all DL/ID applicants to provide proof of legal presence in the United State. Statute reference A.R.S.§§ 28-3153.D, 28-3158.C. and 28-3165.F. | N/A | **Primary** (must include Date of Birth)<br>Two documents listed below - one must have a clear photo of t documents listed below with no photo.  One must be listed und<br>• Driver License or Instruction Permit issued by any state, te the US, except per Arizona law for states that do not verify<br>• Enhanced Driver License/Enhanced ID Card issued by any possession of the US<br>• Birth Certificate issued by any state, territory or possession<br>• Delayed Birth Certificate<br>• US Certificate of Birth Abroad<br>• US Passport or Passport Card<br>• Foreign Passport with US Visa or Visa Waiver I-94 (Green) (classes WB & WT eligible for ID Card only)<br>• Permanent Resident Card/Resident Alien Card, I-551<br>• US Citizenship and Immigration Services, Employment Aut 688A, I-688B, I-766)<br>• US Citizenship and Immigration Services, Refugee Travel D |

2:13-cv-193
09/02/2014
DEF1836

| Jurisdiction Respondent Email Address | Do you have a legal presence requirement for driver license and/or ID card application / issuance? | If yes, is the requirement specified in state statute or administrative rule, or is the legal presence requirement based on other requisite(s)? IF statue, please provide the statutory citation. | If based on other requisites, please describe. | What documents are acceptable to provide proof of legal presenc |
|---|---|---|---|---|
| Arizona, *continued* | | | | - US Certificate of Naturalization<br>- US Certificate of Citizenship<br>- Arizona ID Card<br>- Tribal Certificate of Indian Blood<br>- Tribal or Bureau of Indian Affairs Affidavit of Birth<br>- US Military DD-214<br>- US Military ID Card (active duty, reserve and retired)<br>- Record of a previous AZ driver license, ID Card or Instructi<br>- Affidavit of Identification (with photo and within 15 days of Department of Corrections or Maricopa County Adult Proba<br>- Released Offender ID (with photo) from Arizona Departmer<br>- ALPHA Program/Community Re-Entry ID from the Maricopa<br>**Secondary (does not have to include Date of Birth)**<br>- Driver License, Instruction Permit or ID Card issued by any possession of the US<br>- AZ Certificate of Birth (Foreign Born)<br>- US Military Dependent ID Card<br>- US Armed Forces Driver License<br>- US Department of Veterans Affairs Card<br>- Us Department of Justice Inmate ID Card<br>- Social Security Card<br>- Motor Vehicle Record or Clearance Letter (within 30 days o<br>- Legal Guardian Certificate<br>- Selective Service Card<br>- W-2 Form<br>- Concealed Weapons Permit<br>- Medical Insurance ID Card (including AHCCCS ID Card)<br>- Professional License<br>- Bank Card<br>- Credit Card<br>- Employee ID Badge (with photo)<br>- School ID (with photo)<br>- Marriage Certificate issued by any state, territory or posses<br>- Certified Letter of Identification for a Ward of the Court, iss government agency in the US<br>- Decrees from Court of Record (Adoption, Bankruptcy, Divor |

| Jurisdiction Respondent Email Address | Do you have a legal presence requirement for driver license and/or ID card application / issuance? | If yes, is the requirement specified in state statute or administrative rule, or is the legal presence requirement based on other requisite(s)? IF statue, please provide the statutory citation. | If based on other requisites, please describe. | What documents are acceptable to provide proof of legal presence |
|---|---|---|---|---|
| | | | | Guardian, Name Change |
| **Arkansas**<br><br>Julie Gaither<br>Julie.gaither@dfa.arkansas.gov | Yes | State statute requires all DL/ID applicants to provide proof of legal presence. Ark. Statute §27-16-1101 | N/A | • U.S. Passport<br>• U.S. Birth Certificate<br>• U.S. Visa<br>• Photo document from DHS – Department of Homeland Sec Immigration Service (No Border crossing cards)<br>• Photo Military/Military Dependent ID/Military Discharge Pap<br>• Naturalization Certificate<br>• Certificate of Birth Abroad |
| **Colorado**<br><br>Sue Ankele<br>sankele@spike.dor.state.co.us | Yes | State statute requires all DL/ID applicants to provide proof of lawful presence.<br>DL proof is in Co. Revised Statute §42-2-104(3)(d)&(e) and also § 42-2-107 (b)(II)(c).<br>ID proof is in Co. Revised Statute §42-2-302 (2)(a)&(b) and in §42-2-302(3)(a)(III) | | • CO license(expired less than 10 yrs, image on file)<br>• CO ID (expired less than 10 yrs, image on file)<br>• U.S. Passport<br>• Out of State DL/ID from a state requiring lawful presence<br>• Foreign Passport with photo, U.S. Visa, I-94<br>• Valid Military ID/Common Access Card<br>• Cert. of Naturalization with photo<br>• Cert. of Citizenship with photo<br>• Valid I-551<br>• Valid EAD/Temporary Resident<br>• Refugee/Asylee I-94 with photo |
| **Connecticut**<br><br>Lynn Blackwell<br>Lynn.blackwell@ct.gov | Yes | Regulations of State Agencies Section 14-137-64a;<br><br>Must prove legally present, and commissioner may revoke if no longer legally present. | | **U.S. Citizenship and Immigration Services (USCIS) docur** unexpired document) as follows:<br><br>Certificate of Naturalization<br><br>Certificate of Citizenship<br><br>Permanent Resident Card<br><br>I-551 Stamp contained in valid foreign passport<br><br>I-94 card contained in valid foreign passport<br><br>Alien Registration Receipt card (Resident Alien Card)<br><br>Temporary Resident card |

| Jurisdiction Respondent Email Address | Do you have a legal presence requirement for driver license and/or ID card application / issuance? | If yes, is the requirement specified in state statute or administrative rule, or is the legal presence requirement based on other requisite(s)? IF statue, please provide the statutory citation. | If based on other requisites, please describe. | What documents are acceptable to provide proof of legal presenc |
|---|---|---|---|---|
| Connecticut, *continued* | | | | Employment Authorization card<br><br>Refugee Travel document<br><br>**Other Requirements:**<br><br>Holders of a B1 or B2 Visitor's Visa are not eligible for a driver's card unless a valid USCIS Employment Authorization Card and application pending for Adjustment of Status Lawful to Permane<br><br>Foreign students with an F1 Visa status must show USCIS docu of current enrollment in a Connecticut school<br><br>Foreign students/F1 Visa with Employment Authorization Card l completion opt" (optional practical training) must also present<br><br>J1 Visa holders are required to show USCIS document DS2019<br><br>H1B Visa holders are required to have a verification letter from holders are not required to show a valid USCIS Employment Au a valid USCIS Employment Authorization Card can be used as a document |
| **Delaware**<br><br>Scott Vien<br>Scott.vien@state.de.us | Yes | State Statute requires all DL/ID applicants to provide proof of legal presence, and limits driver licenses and identification cards to the length of a person's legal presence within the United States.<br><br>21 Del. C. § 2715 (a) and § 3103 (a) | Two administrative regulations also detail this requirement.<br><br>Delaware Transportation Administrative Codes 2217 Section 6.0 and Transportation Administrative Code 2220. | - Valid, unexpired United States passport<br>- Certified copy of a birth certificate filed with a state O equivalent agency in the individual's state of birth;<br>- Consular Report of Birth Abroad (CRBA) issued by the Un State, Form FS-240, DS-1350 or FS-545;<br>- Valid, unexpired Permanent Resident Card (Form I-551) is Department of Homeland Security or Citizenship and Immig<br>- Unexpired employment authorization document (EAD) iss 766 or Form I-688B;<br>- Unexpired foreign passport with a valid, unexpired U accompanied by the approved I-94 form documenting th admittance into the United States. Applicants presentin present a SSN or demonstrate non-work authorization statu<br>- Certificate of Naturalization issued by the DHS, Form N-550<br>- Certificate of Citizenship, Form N-550 or Form N-561, issue<br>- Such other documents as the DHS may designate by notic Register. |

| Jurisdiction Respondent Email Address | Do you have a legal presence requirement for driver license and/or ID card application / issuance? | If yes, is the requirement specified in state statute or administrative rule, or is the legal presence requirement based on other requisite(s)? IF statue, please provide the statutory citation. | If based on other requisites, please describe. | What documents are acceptable to provide proof of legal presenc |
|---|---|---|---|---|
| **Florida**<br><br>Alan Busenbark<br>alanbusenbark@flhsmv.gov<br>(850) 617-2648 | Yes | Florida statute requires all DL/ID applicants to provide proof of legal preference. Statutory citation is 322.08. http://www.leg.state.fl.us/Statutes/index.cfm?App_mode=Display_Statute&Search_String=&URL=0300-0399/0322/Sections/0322.08.html | N/A | • An original or certified copy of a U.S. Birth Certificate issue<br>• Valid unexpired U.S. Passport<br>• Valid unexpired U.S. Passport Card (issued by DHS)<br>• Certificate of Citizenship<br>• Certificate of Naturalization<br>• Certificate of Birth Abroad<br>• Passport issued by another country, with appropriate immi<br>• I-551 – Residence Alien Card – issued since 1997<br>• I-688A or B – Employment Authorization<br>• I-766 – Employment Authorization<br>• A notice of hearing from an immigration court scheduling a proceeding.<br>• A notice from the Board of Immigration Appeals acknowled appeal.<br>• A notice of the approval of an application for adjustment of United States Bureau of Citizenship and Immigration Servic<br>• Any official documentation confirming the filing of a petitio status or any other relief issued by the United States Burea Immigration Services.<br>• A notice of action transferring any pending matter from an state issued by the United States Bureau of Citizenship and<br>• An order of an immigration judge or immigration officer gra authorizes the alien to live and work in the United States, i to, asylum.<br>• Evidence that an application is pending for adjustment of s lawfully admitted for permanent residence in the United St permanent resident status in the United States, if a visa nu a current priority date for processing by the United States Immigration Services.<br>• |
| **Hawaii**<br><br>Dennis Kamimura<br>dkamimura@honolulu.gov | Yes, but implementation has been delayed to Aug-Sep 2011 | Statute and Admin Rules which has not yet been adopted.<br>Act 38: http://www.capitol.hawaii.gov/session2010/bills/GM496_.PDF | N/A | Same as above |

TEX0611141

| Jurisdiction Respondent Email Address | Do you have a legal presence requirement for driver license and/or ID card application / issuance? | If yes, is the requirement specified in state statute or administrative rule, or is the legal presence requirement based on other requisite(s)?  IF statue, please provide the statutory citation. | If based on other requisites, please describe. | What documents are acceptable to provide proof of legal presenc |
|---|---|---|---|---|
| **Idaho**<br><br>Ed Pemble<br>Ed.pemble@itd.idaho.gov | Yes | Statute. Section 49-306, Idaho Code:<br><br>(2) Every application shall state the true and full name, date of birth, sex, declaration of Idaho residency, Idaho residence address and mailing address, if different, of the applicant, height, weight, hair color, and eye color, and the applicant's social security number as verified by the social security administration. If an applicant has submitted an application pursuant to the provisions of chapter 58, title 19, Idaho Code, then the applicant may state, in his or her application pursuant to this section, the applicants alternative Idaho mailing address in place of his or her Idaho residence address and mailing address.<br>(a) The requirement that an applicant provide a social security number as verified by the social security administration shall apply only to applicants who have been assigned a social security number.<br>(b) An applicant who has not been assigned a social security number shall:<br>(i) Present written verification from the social security administration that the applicant has not been assigned a social security number; and<br>(ii) Submit a birth certificate, passport or other documentary evidence issued by an entity other than a state or the United States; and | N/A | LAWFUL PRESENCE CATEGORIES AND DOCUMENTS<br>1 – Citizen/National – eligible for a 4-year or 8-year DL/ID card<br><ul><li>U.S. birth certificate or</li><li>U.S. Certification of Birth Abroad or</li><li>U.S. Certificate of Citizenship or U.S. Certificate of Nat</li></ul>2 – Permanent Resident – eligible for a 4-year or 8-year DL/ID<ul><li>Permanent Resident card or</li><li>SAVE verification</li></ul>3 – Conditional Permanent Resident Status – DL/ID expires san<ul><li>Permanent Resident card valid for 2 years or</li><li>An expired 2-year Permanent Resident card and I-797 the card 1 year until they get a 10-year card</li></ul>4 – Approved Asylee or Refugee – DL/ID card expires one year<ul><li>Asylee (approved application): Employment Authorizat letter of approved application</li><li>Refugee: Employment Authorization card – 1 or 2 year</li></ul>5 – Valid, Non-Immigrant VISA – DL/ID card expires same date<ul><li>I-94 or Employment Authorization card stating the len</li><li>Note: Do not issue to B1, B2, WB, WT (visitors for 90</li><li>Passport, U.S. Visa, and I-94 -expiration date will be c is D/S (duration of stay), issue for one year.</li></ul>6 – Pending application for Asylum – DL/ID card expires same<ul><li>Employment Authorization card</li></ul>7 – Pending or approved Temporary Protected Status (TPS) – e<ul><li>Employment Authorization card</li></ul>8 – Deferred Action Status – DL/ID card expires same date as E<ul><li>Employment Authorization card</li></ul>9 – Pending application for Adjustment Status – DL/ID card exp<ul><li>Employment Authorization card – CO9 category</li></ul> |

| Jurisdiction Respondent Email Address | Do you have a legal presence requirement for driver license and/or ID card application / issuance? | If yes, is the requirement specified in state statute or administrative rule, or is the legal presence requirement based on other requisite(s)? IF statue, please provide the statutory citation. | If based on other requisites, please describe. | What documents are acceptable to provide proof of legal presenc |
|---|---|---|---|---|
| Idaho, *continued* | | (iii) Submit such proof as the department may require that the applicant is lawfully present in the United States. A driver's license or any instruction permit issued on and after January 1, 1993, shall not contain an applicant's social security number. Applications on file shall be exempt from disclosure except as provided in sections 49-202, 49-203, 49-203A and 49-204, Idaho Code.     Every application for a class A, B or C license shall state where the applicant has been licensed for the preceding ten (10) years and all applications shall also state whether the applicant has previously been licensed as a driver, and if so, when and by what state or country, and whether a driver's license or privileges have ever been suspended, revoked, denied, disqualified, canceled or whether an application has ever been refused, and if so, the date of and reason for the suspension, revocation, denial, disqualification, cancellation or refusal and the applicant's oath that all information is correct as signified by the applicant's signature.     The applicant must submit proof of identity acceptable to the examiner or the department and date of birth as set forth in a certified copy of his birth certificate. When a certified copy of his birth certificate or a delayed birth certificate is impossible to obtain from a | | |

TEX0611143

| Jurisdiction Respondent Email Address | Do you have a legal presence requirement for driver license and/or ID card application / issuance? | If yes, is the requirement specified in state statute or administrative rule, or is the legal presence requirement based on other requisite(s)? IF statue, please provide the statutory citation. | If based on other requisites, please describe. | What documents are acceptable to provide proof of legal presenc |
|---|---|---|---|---|
| Idaho, *continued* | | vital statistics agency, another government issued document may be submitted that provides satisfactory evidence of a person's full legal name and date of birth acceptable to the examiner or the department. | | |
| **Illinois** JoAnn Wilson, JWilson@ilsos.net | No, for driver's license and identification cards. However, we do issue a temporary visitor's driver's license (TVDL) and applicants for that license must be able to prove legal residency. | Administrative Rules Section 1030.11 and Section 1030.Appendix B | N/A | When applying for a TVDL, the applicant shall submit one docu and two documents from Group D to prove name, date of birth, legal presence and verification of signature. TVDL applicants ar documents verifying social security numbers. Instead, they sha letterhead, issued within 90 days prior to the date of applicatio following is a link to the acceptable identification documents in www.ilga.gov/commission/jcar/admincode/092/09201030ZZ99 |
| **Iowa** David Stutz David.stutz@dot.iowa.gov | Yes | Section 321.196(1), Code of Iowa. http://coolice.legis.state.ia.us/Cool-ICE/default.asp?category=billinfo&service=IowaCode | n/a | Iowa Administrative Code – Chapter 761-601.5(2). This how the rule reads today. However, there are pending cha rules that will position us to comply with the REAL ID mandate. (4) United States Citizenship and Immigration Service documen 1. Certificate of Naturalization (N-550, N-570 or N-578). 2. Certificate of Citizenship (N-560, N-561 or N-645). 3. Permanent Resident Card ( I-551). 4. Record of Arrival and Departure (I-94) with attached photo t "Temporary Proof of Lawful Permanent Resident." 5. "Processed for I-551" stamp in a valid foreign passport. 6. Travel Document indicating Permit to Re-enter (I-327) or Re 571). 7. Record of Arrival and Departure (I-94) in a Certificate of Ide 8. Employment Authorization Card (I-688A, I-688B, or I-766). 9. Record of Arrival and Departure (I-94) stamped "Refugee," " "Asylee." 10. Record of Arrival and Departure (I-94) coded Section 207 ( (Asylum), Section 209 (Refugees), Section 212d(5) (Parolee), HP (Human |

TEX0611144

| Jurisdiction Respondent Email Address | Do you have a legal presence requirement for driver license and/or ID card application / issuance? | If yes, is the requirement specified in state statute or administrative rule, or is the legal presence requirement based on other requisite(s)? IF statue, please provide the statutory citation. | If based on other requisites, please describe. | What documents are acceptable to provide proof of legal presenc |
|---|---|---|---|---|
| | | | | (Public Interest Parolee). |
| **Louisiana** Kimberly Graham kimberly.graham@dps.la.gov | Yes | State statute and LA Administrative Code requires applicants to provide proof of legal/lawful presence. LA State Statute RS 32:409.1 | N/A | <ul><li>A certified copy of birth certificate, original birth certifi registration card with raised agency seal from vital sta</li><li>I-551 - Permanent Resident Alien Card</li><li>I-688B and I-766 - Employment Authorization Card</li><li>I-94 - Arrival Departure Record</li><li>I-129 - Petition for a Non-Immigrant Worker</li><li>I-485 - Application to Register Permanent Residence o</li><li>I-20 - Certificate of Eligibility for Non-immigrant Stude and Language</li><li>I-20 AB (if employed)</li><li>I-20MN - Certificate of Eligibility for Non-immigrant (M Vocational Students</li><li>DS-2019 - Certificate of Eligibility for Exchange Visitor</li><li>VISA</li><li>Passport (foreign passports must be stamped and acco immigration documents</li><li>Certificate of naturalization (can not be a copy)</li><li>Certification of birth abroad issued by the United State</li><li>Native American tribal document</li><li>I-571</li><li>I-327</li></ul>*one or a combination of the documents may be required depe |

| Jurisdiction Respondent Email Address | Do you have a legal presence requirement for driver license and/or ID card application / issuance? | If yes, is the requirement specified in state statute or administrative rule, or is the legal presence requirement based on other requisite(s)? IF statue, please provide the statutory citation. | If based on other requisites, please describe. | What documents are acceptable to provide proof of legal presenc |
|---|---|---|---|---|
| **Maryland**<br><br>Chrissy Nizer<br>cnizer@mva.maryland.gov | Yes for all new applications | In statute, TR 16-103.1 (10) and the Code of Maryland Regulations 11.17.09.04 | N/A | (1) Valid, unexpired U.S. passport;<br>(2) Birth certificate as defined in Regulation .02 of this chapter;<br>(3) Consular Report of Birth Abroad (CRBA) issued by the U.S. (DOS), Form FS-240, DS-1350, or FS-545;<br>(4) Valid, unexpired Permanent Resident Card, Form I-551, issu<br>(5) Certificate of Naturalization, form N-550 or N-570 issued by<br>(6) Certificate of Citizenship, Form N-560 or N-561 issued by th<br>(7) Unexpired foreign passport with a valid, unexpired U.S. visa the approved I-94 form documenting the applicant's most rece U.S.;<br>(8) Unexpired employment authorization documents (EAD), For by the U.S. DHS;<br>(9) Other acceptable documentation issued by the U.S. DHS or establish lawful status. |
| **Minnesota**<br><br>Sue Kendrick<br>Sue.kendrick@state.mn.us | Yes | Minnesota Rule 7410.0100 to 7410.0600 requires all DL/ID applications to provide proof of legal presence.<br><br>An applicant must present a primary and secondary document or two primary documents. | N/A | **Primary Documents**<br>- Certified birth record issued by a government bureau of health in the United States, District of Columbia, Guam, United States Virgin Islands.<br>- Certificate of Birth Abroad (FS-545 or DS-1350) issued of State.<br>- Report of Birth Abroad of a United States Citizen (FS-24 embassy.<br>- Certified adoption certificate from a U.S. Court<br>- Valid, unexpired U.S. passport book or card.<br>- Secure, unexpired Minnesota Tribal identification card.<br>- Unexpired active duty, reserve or retired U.S. military i Geneva Conventions Common Access Card.)<br>- Valid, unexpired passport from a country other than the 94 form or with an unexpired I-551 stamp.<br>- Canadian birth or naturalization certificate with an unex (Must be presented with a photo Secondary Document i government agency.)<br>- One of the following valid, unexpired documents issued of Justice or U.S. Department of Homeland Security.<br>   - Employment Authorization card with photo (I688<br>   - Permanent Resident or Resident Alien card (I-551 |

| Jurisdiction Respondent Email Address | Do you have a legal presence requirement for driver license and/or ID card application / issuance? | If yes, is the requirement specified in state statute or administrative rule, or is the legal presence requirement based on other requisite(s)? IF statue, please provide the statutory citation. | If based on other requisites, please describe. | What documents are acceptable to provide proof of legal presenc |
|---|---|---|---|---|
| Minnesota, continued | | | | *Federal regulations (8 CFR Sec. 264.5) state that 14 are not valid if the cardholder is age 14 or olde before age 16).<br>- Re-entry Permit/Refuge Travel Document (I-327, I<br>- Certificate of Naturalization (n-550, N-570, or N-5<br>- Certificate of Citizenship (N-560, N-561, or N-645)<br>- United States Citizen Identification card (I-179 or<br>- Northern Mariana Card (I-873)<br>- American Indian Card (I-872)<br><br>**Secondary Documents**<br>• Another primary document.<br>• Photo driver's license, state identification card, or perr other than Minnesota, the District of Columbia, Guam, Virgin Islands, or a Canadian province or territory, tha five years or less.<br>• U.S. social security card (nonmetal) or Canadian socia<br>• Certified birth certificate from a government jurisdictio Virgin Islands.<br>• Certified government-issued marriage certificate.<br>• Certified U.S. or Canadian court order with full name a<br>• Certified secondary or post-secondary school transcrip name and date of birth.<br>• Current secondary school (grades 7-12) student identi student's name, photograph, and date of birth or uniqu<br>• Government employee photo identification card from a Canada.<br>• Current identification card (DD-1173 or DD-214) issue of Defense.<br>• Unexpired color-photo permit to carry a firearm or con a U.S. police department or sheriff.<br>• Current pilot's license issued by the Federal Aviation A |
| **Mississippi**<br><br>Captain P.G. Parker<br>pparker@mdps.state. | Yes | Residency<br>State Statue 63-1-19<br><br>Non-U.S. Citizen Policy | N/A | Residency: Electric bill, Water bill, car tag receipt. Etc.<br><br>Non-U.S. Citizen:<br>Proper INS papers |

| Jurisdiction Respondent Email Address | Do you have a legal presence requirement for driver license and/or ID card application / issuance? | If yes, is the requirement specified in state statute or administrative rule, or is the legal presence requirement based on other requisite(s)?  IF statue, please provide the statutory citation. | If based on other requisites, please describe. | What documents are acceptable to provide proof of legal presence |
|---|---|---|---|---|
| ms.us | | | | Birth Certificate (translated in English) <br> Social Security (If obtained) <br> Proof of residency |
| **Missouri** <br><br> Gena Ahlers <br> Gena.Ahlers@dor.mo.gov | Yes | The requirements are specified in the following Missouri Statute:  302.011, 302.130, 302.171, 302.177, 302.181, 302.720 and 302.735.  Requirements are also in our Administrative Rules. | N/A | Refer to Missouri's Code of State Regulations (12 CSR-10-24.4 documents to provide proof of legal presence. <br><br> http://www.sos.mo.gov/adrules/csr/current/12csr/12c10-24.pd |
| **New Hampshire** <br><br> William R. Joseph <br> william.joseph@dos.nh.gov | Yes | State statute requires all DL/ID applicants to provide proof of legal residence.  Statutory citation is RSA 263:35 | N/A | • Permanent Resident Card <br> • Employment Authorization Card <br> • Working, Student Visas |
| **New Jersey** <br><br> Robert Porreca <br> Robert.Porreca@dot.state.nj.us | Yes | In order to obtain licenses and permits at MVC, you must prove your identity by passing 6 Point ID Verification. <br> 6 Point ID Verification was designed to help prevent identity theft by ensuring that licenses are only issued with proper legal documents and verification. This requires you to prepare information prior to visiting an MVC Agency, possibly resulting in special document requests from other state agencies. | n/a | All documents must be the original or a certified copy and have municipal seal. Visit the Bureau of Vital Statistics web site to ob documents. <br><br> You must present at least one primary document. <br> U.S. Citizens' primary document <br> Non-U.S. Citizens' primary document <br> You must present at least one secondary document. <br> You must not present more than two (2) secondary documents point. <br> If your current legal name is different from the name on your p example, in a primary document such as a birth certificate you maiden name), you must submit proof supporting the change t Such proof may include a certified marriage certificate, divorce The supporting documents submitted must link your current na primary document. <br> All documents must be the original or a certified copy and have municipal seal. Visit the Bureau of Vital Statistics web site to ob documents. <br> http://www.nj.gov/mvc/pdf/Licenses/ident_ver_posterpint.pdf |
| **New York** | Enhanced Driver | Citizenship for EDL issuance is required | Allowable proof | Required Proof for EDLs and Non EDLs |

| Jurisdiction Respondent Email Address | Do you have a legal presence requirement for driver license and/or ID card application / issuance? | If yes, is the requirement specified in state statute or administrative rule, or is the legal presence requirement based on other requisite(s)? IF statue, please provide the statutory citation. | If based on other requisites, please describe. | What documents are acceptable to provide proof of legal presence |
|---|---|---|---|---|
| David Sampson David.Sampson@dmv.ny.gov  New York, *continued* | Licenses (EDL)/ID's issued under the Western Hemisphere Travel Initiative require proof of citizenship. All other applicants must provide documentation supporting date of birth and name. | by federal statute. | documents for non-EDL licenses and ID's is established by policy. | • US Social Security Card<br>• US Passport or Passport Card or<br>• Certificate of Naturalization or<br>• US or US Territory Birth Certificate or<br>• US DOS Consular Report of Birth Abroad<br><br>Required proof of DOB for Non EDL's<br>• US Military Photo ID Card<br>• Valid I-766 - Employment Authorization Card<br>• Valid I-551 – Residence Alien Card<br>• I-327 - Re-entry Permit<br>• I-571 – Refugee Travel Document<br>• Foreign Passport with a valid I-551 stamp or with a sta English or translated by an embassy)<br>• Foreign Passport with a VISA and a valid I-94 (in Engl embassy) |
| **North Carolina**  Brenda Freeman brendafreeman@ncdot.gov | Yes | General Statute 20-7 (f) (3) | N/A | • An original or certified copy of a U.S. Birth Certificate issue<br>• Valid U.S. Passport<br>• U.S. Passport Card (issued by DHS)<br>• Certificate of Citizenship<br>• Certificate of Naturalization<br>• Certificate of Birth Abroad<br>• Passport issued by another country, with appropriate immi<br>• I-551 – Residence Alien Card – issued since 1997<br>• I-688A or B – Employment Authorization<br>• I-766 – Employment Authorization<br>• I-94 – Arrival/Departure Document<br>• I-20 SEVIS Form with supporting immigration documents<br>• DS2019 SEVIS Form with supporting immigration documen<br>• I-797 Notice of Action with supporting immigration docume<br>• I512L Form with supporting immigration documents<br>• I-571Refugee Travel document with supporting immigratio<br>• I-327 Permit/Re-enter with support immigration document<br>• Machine Readable Immigrant Visa with Temp I-551 langua<br>• Temporary I-551 Stamp on Passport or I-94<br>• WT/WB stamp in Passport |

| Jurisdiction Respondent Email Address | Do you have a legal presence requirement for driver license and/or ID card application / issuance? | If yes, is the requirement specified in state statute or administrative rule, or is the legal presence requirement based on other requisite(s)? IF statue, please provide the statutory citation. | If based on other requisites, please describe. | What documents are acceptable to provide proof of legal presence |
|---|---|---|---|---|
| **North Dakota**<br><br>Syndi Worrel<br>sworrel@nd.gov | Yes | State Statute; North Dakota Century Code 39-06-07.1 | N/A | • State Certified Birth Certificate<br>• Valid U.S. Passport or Passport Card<br>• U.S. Government-issued Consular Report of Birth Abroad (required)<br>• Valid unexpired Foreign Passport with appropriate immigra…<br>• U.S. Court Order for Adoption<br>• I-551 Permanent Resident Card<br>• I-766 Employment Authorization Card<br>• N560 Certificate of Citizenship<br>• N550 Certificate of Naturalization<br>• I-94 card stamped Refugee/Asylee/Parolee<br>• I-571 Refugee Travel Document |
| **Oklahoma**<br>Department of Public Safety<br><br>Sherri Becker<br>sbecker@dps.state.ok.us | Yes | State Statute<br>Title 47 chpt.6-103A.9<br>Title 47 Chpt.6-105.3.A | N/A | A Certified Birth Certificate issued by the appropriate state age…<br>A United States Passport.<br>Consular Report of Birth Abroad issued by US Dept of State.<br>Certificate of Naturalization issued by USCIS.<br>Oklahoma Driver License or Oklahoma Identification Card origi…<br>Nov.1 2007.<br><br>I-551 Alien Resident Card<br>Passport issued by another country, with appropriate immigrati…<br>be "visitor only" Status shall be eligible for Oklahoma residency |
| **Ontario**<br><br>Andrew O'Connor<br>Andrew.O'Connor@ontario.ca | No | N/A | N/A | N/A |
| **Oregon**<br><br>Daniel Thompson<br>daniel.d.thompson@odot.state.or.us | Yes | State statute (ORS 807.021) requires all applicants for an original, renewal or replacement DL/ID to provide proof of legal presence. Once a US citizen or permanent legal resident provides proof of legal presence, DMV marks the customer record to indicate that legal | n/a | **Examples** of accepted legal presence proof:<br>• Birth Certificate issued by a U.S. Federal, State or Local Gov…<br>• U.S. Passport<br>• U.S. Consular Report of Birth Abroad (FS-240)<br>• Request for Verification of Birth (DD372)<br>• Oregon-approved Tribal ID Card<br>• Certificates of Naturalization or Citizenship |

| Jurisdiction Respondent Email Address | Do you have a legal presence requirement for driver license and/or ID card application / issuance? | If yes, is the requirement specified in state statute or administrative rule, or is the legal presence requirement based on other requisite(s)?  IF statue, please provide the statutory citation. | If based on other requisites, please describe. | What documents are acceptable to provide proof of legal presence |
|---|---|---|---|---|
| | | presence proof does not need to be viewed again. Temporary legal residents must provide proof at every issuance. | | • Valid Foreign Passport containing valid Arrival/Departure Fo<br>• Employment Authorization Card<br>• Permanent Resident Card<br>• …and several others<br>*A complete list of accepted documents and the various requirer documents is found in Oregon Administrative Rule (OAR 735-0 Oregon DMV website.* |
| **Pennsylvania**<br><br>Denise Gross<br>degross@state.pa.us<br>Pennsylvania, *continued* | Yes | Title 75 of the PA Consolidated Statutes requires all Driver License, Photo ID, and Permit applicants to provide proof of legal presence. The Department may issue a license if the person will lawfully be in the United States for a period of one year or more after the date of the application or for a shorter period of time if deemed appropriate by the Department. Issuance of drivers' licenses to non-U.S. citizens requires PennDOT to verify 1) one-year legal presence in the United States through INS documents and 2) the driver's license expiration date is concurrent with the expiration date on the INS credentials.<br><br>75 PA Code Chapter 15, Subchapter 1506 (a.1) and Act 152 | N/A | Document requirements are dependent on immigration status a PUB 195NC which is available at:<br> http://www.dot4.state.pa.us/pdotforms/fact_sheets/pub195nc |
| **Quebec**<br><br>Daniel MacDuff<br>daniel.macduff@saaq .gouv.qc.ca | Yes, we do request legal presence for a DL. We do not issue ID cards. | We only issue DLs to people who have established themselves in Quebec. They must provide a valid address in Quebec which must be their main place of residence. We also require proof of legal | N/A | - Canadian Birth Certificate issued only by Vital Statistics from<br>- Certificate of Citizenship<br>- Canadian permanent resident card<br>- IMM1000 and IMM1443 issued only by Citizenship and Immig<br>- Passports are not accepted because they are not a source do |

| Jurisdiction Respondent Email Address | Do you have a legal presence requirement for driver license and/or ID card application / issuance? | If yes, is the requirement specified in state statute or administrative rule, or is the legal presence requirement based on other requisite(s)? IF statue, please provide the statutory citation. | If based on other requisites, please describe. | What documents are acceptable to provide proof of legal presenc |
|---|---|---|---|---|
| | | presence in Canada. | | |
| **South Dakota** Cindy Gerber Cindy.gerber@state.sd.us South Dakota, *continued* | Yes | State statute requires all DL/ID applicants to provide proof of legal preference. SDCL 32-12-3.3 | N/A | (1) A certified copy of a United States birth certificate filed vital records or equivalent agency; (2) A consular report of birth abroad (United States Departm 240, DS-1350, or FS-545; (3) A valid, unexpired permanent resident card (form I-551 States Department of Homeland Security or Immigration and N (4) An unexpired employment authorization document issue Department of Homeland Security (form I-766 or I-688B); (5) An unexpired foreign passport with a valid, unexpired U accompanied by the approved I-94 form documenting the appli entrance into the United States; (6) A certificate of naturalization issued by the United State Homeland Security (form N-550 or N-570); (7) A certificate of citizenship form N-560 or N-561 issued b Department of Homeland Security; (8) A valid, unexpired United States passport. |
| **Texas** Rosendo Martinez Rosendo.martinez@txdps.state.tx.us | Yes | Rule | N/A | • An original or certified copy of a U.S. Birth Certificate issue State (or District of Columbia) Bureau of Vital Statistics or • Certificate of U.S. Citizenship • Certificate of U. S. Naturalization • U.S. Dept. of Justice – Immigration and Naturalization Serv Identification Card (form I-179, last issued in April 1983 wh • U. S. Dept. of Justice – Immigration and Naturalization Ser for Resident Citizen of the United States (form I-179, which but the card remains valid indefinitely) • **Unexpired DHS or USCIS document** issued for a period must be valid for no less than six months from the date pr with a completed application. The document must contain identifiable photo. • Permanent Resident Card (I-551) – card issued for a 10 ye • Permanent Resident Card (I-551) – card issued for a maxi • Resident Alien Card (I-551) – card issued without expiratio • Passport or I-94 stamped "Approved I-551" • Passport or I-94 stamped "Processed for I-551" |

| Jurisdiction Respondent Email Address | Do you have a legal presence requirement for driver license and/or ID card application / issuance? | If yes, is the requirement specified in state statute or administrative rule, or is the legal presence requirement based on other requisite(s)?  IF statue, please provide the statutory citation. | If based on other requisites, please describe. | What documents are acceptable to provide proof of legal presenc |
|---|---|---|---|---|
| | | | | <ul><li>Re-entry Permit I-327</li><li>Temporary Resident Identification Card (I-688)</li><li>Employment Authorization Card (I-766)</li><li>Refugee Travel Document (I-571)</li><li>Advance Parole Document (I-512 or I-512L)</li><li>I-94 stamped Sec. 208 Asylee with photo</li><li>I-94 stamped Sec. 207 Refugee with photo</li><li>Immigration documentation indicating Temporary Protect Authorization Document (EAD)(I-688B or I-766) with categ</li><li>Valid documentation issued by the U.S. Department of Ju State, U.S. Department Homeland Security, U.S. Immig U.S. Bureau of Citizenship and Immigration Services, or an aforementioned that shows Lawful Temporary Admission to</li></ul> |
| **Vermont**<br><br>Michael Smith<br>Michael.Smith@state.vt.us | yes | Statute: 23 V.S.A. §603(d) | n/a | The list is too long to add, attached is the link to the web page.<br>http://dmv.vermont.gov/sites/dmv/files/pdf/DMV-Immigration |
| **Virgin Islands**<br><br>Aymee Santana<br>aymee.santana@bmv.vi.gov<br>aymeesantana@gmail.com | Yes | (State Statute) Title 6- Homeland Security. | Real ID Act of 205,H.R. 1268, 6CFR, part 37, Subpart B, Section 37.11, (h)(1)(2) | <ul><li>An original or Certified Birth Certificate issued by Vital Stat</li><li>Certified Baptismal Birth certificate</li><li>Certified Verification of Birth</li><li>Valid U.S. Passport</li><li>U.S. Passport Card (issued by DHS)</li><li>Certificate of Naturalization</li><li>Certificate of Citizenship</li><li>Certificate of Birth Abroad</li><li>Transportation Worker Identification Credential (TWIC) Car</li><li>U.S. Military Identification Card for active duty, retiree or r</li><li>Department of Defense (DD) Form 214</li><li>I-551 – Residence Alien Card</li><li>I-688A or B – Employment Authorization</li><li>I-766 – Employment Authorization</li></ul> |
| **Virginia** | Yes | State law requires all first-time | N/A | <ul><li>Official birth document issued by a U.S. state, jurisdiction o</li></ul> |

| Jurisdiction Respondent Email Address | Do you have a legal presence requirement for driver license and/or ID card application / issuance? | If yes, is the requirement specified in state statute or administrative rule, or is the legal presence requirement based on other requisite(s)? IF statue, please provide the statutory citation. | If based on other requisites, please describe. | What documents are acceptable to provide proof of legal presence |
|---|---|---|---|---|
| Karen Grim Karen.Grim@dmv.virginia.gov Virginia, *continued* | | applicants for a DL/ID to provide proof of legal presence.  Anyone holding a valid credential issued prior to 1/1/04 was grandfathered, however, if the credential expires, is cancelled, suspended or revoked, proof of legal presence is required. Va. Code §46.2-328.1. | | documents issued by a hospital, notifications of birth regist cards, and foreign birth certificates are not accepted.) <br>• Unexpired or expired U.S. passport or U.S. passport card ( not accepted.) <br>• U.S. Certificate of Naturalization or U.S. Certificate of Citize <br>• Unexpired foreign passport with any one listed below: <br>   ○ Unexpired or expired U.S. visa and unexpired I-94 <br>   ○ F1/F2 applicants must present an I-20 <br>   ○ J1/J2 applicants must present a DS-2019 <br>   ○ unexpired I-94W <br>   ○ Unexpired U.S. Immigrant visa presented within o <br>   ○ Unexpired or expired up to one year I-551 stamp <br>• Unexpired passport from Canada or Micronesia with an une <br>• USCIS form I-797 displaying applicant's name (Depending nature of the form, the I-797 may not be accepted.) <br>• Resident Alien Card, Permanent Resident Card, or Northern unexpired or expired for not more than one year (Condition next bullet) <br>• Unexpired Permanent Resident Card (I-551) valid for two y conditional resident alien <br>• Unexpired or expired not more than one year temporary I- with photograph of the bearer <br>• Alien Registration Receipt Card (I-151) <br>• Consular Report of Birth Abroad (FS-240) <br>• Certification of Report of Birth of a U.S. Citizen (DS-1350) <br>• Certificate of Birth Abroad (FS-545) <br>• U.S. Citizen Identification card (I-179, I-197) <br>• Unexpired Re-entry Permit (I-327) <br>• Unexpired Refugee Travel Document (I-571) <br>• Form I-94 Record of Arrival and Departure stamped Refuge humanitarian parolee (HP), or public interest parolee (PIP) <br>• U.S. Department of Receptions and Placement Program As and I-94 stamped Refugee <br>• Asylees may present documentation from the United State Immigration Service or U.S. Immigration Court such as a F indicating that asylum has been granted. (Verification is re |

| Jurisdiction Respondent Email Address | Do you have a legal presence requirement for driver license and/or ID card application / issuance? | If yes, is the requirement specified in state statute or administrative rule, or is the legal presence requirement based on other requisite(s)?  IF statue, please provide the statutory citation. | If based on other requisites, please describe. | What documents are acceptable to provide proof of legal presenc |
|---|---|---|---|---|
| | | | | • Applicants for asylum may present an application for asylu documentation from the United States Citizenship and Imm Immigration Court indicating receipt of the application. (Ve |
| **Washington** Thalia "Faye" Brown thbrown@dol.wa.gov | No | NA | NA | NA |
| **West Virginia** R. Douglas Thompson r.doug.thompson@wv.gov  West Virginia, *continued* | YES | State Statute requires all DL/ID applicants to provide proof of legal presence. 17B-2-12(c). | | • An original or certified copy of a U.S. Birth Certificate issue<br>• Valid U.S. Passport<br>• U.S. Passport Card (issued by DHS)<br>• U.S. Military Identification for active duty, retiree or reserv<br>• Certificate of Citizenship<br>• Certificate of Naturalization<br>• Certificate of Birth Abroad<br>• Passport issued by another country, with appropriate immi<br>• I-551 – Residence Alien Card – issued since 1997<br>• I-688A or B – Employment Authorization<br>• I-766 – Employment Authorization |
| **Wyoming** Don Edington Don.edington@dot.state.wy.us | Yes | State Statute | | Those documents required by Real-ID |

*Information in this table was provided by the responding jurisdiction.*