# TEXAS DEPARTMENT OF PUBLIC SAFETY
5805 N LAMAR BLVD • BOX 4087 • AUSTIN, TEXAS 78773-0001
512/424-2000
www.dps.texas.gov




STEVEN C. McCRAW
DIRECTOR
DAVID G. BAKER
ROBERT J. BODISCH, SR.
CHERYL MacBRIDE
DEPUTY DIRECTORS

COMMISSION
A. CYNTHIA LEON, CHAIR
CARIN MARCY BARTH
MANNY FLORES
STEVEN P. MACH
RANDY WATSON

March 19, 2014

The Honorable Judge Hugh Reed
Armstrong County Judge
P.O. Box 189
Claude, Texas 79019

Dear Judge Reed:

The Texas Department of Public Safety (DPS), in partnership with the Office of the Texas Secretary of State (SOS) is working to ensure that every eligible Texas voter has an opportunity to obtain, as conveniently as possible, photo identification required to comply with the Texas Voter Identification Requirements law. Since launching this program on 26 June 2013, only 245 citizens have applied for and received the free Election Identification Certificate (EIC) statewide.

Our goal is to establish a permanent Election Identification Certificate issuance presence in all 254 counties in Texas. In January, we identified 78 counties in which there was no such presence. To date, officials in 60 of those 78 counties have agreed to partner with DPS in an effort to ensure accessibility and convenience for eligible voters in those counties.

We respectfully request your assistance in establishing this same EIC availability in your county by authorizing one of your county departments and a designated county employee to participate with DPS in this effort.

Based upon the issuance evidence cited above, we do not believe this effort will take any significant amount of time from a designated county employee for this effort. I have enclosed an EIC issuance report which reflects the 245 EICs issued since June 2013 by county. You will also notice that other than 1 EIC issuance in Real County, there have been zero requests in the remaining counties highlighted in light blue color.

DPS will provide your county the equipment, training and support to make this program available in your county.

With your agreement, DPS will enter into an Interlocal Cooperation Contract (ICC) with your County or with your designated department. The ICC clarifies the roles and responsibilities of DPS and participating counties in providing EIC issuance service.

2:13-cv-193
09/02/2014
DEF1837

*EQUAL OPPORTUNITY EMPLOYER*
COURTESY • SERVICE • PROTECTION

TEX0668788

DPS responsibilities include:

- Providing the mobile EIC equipment consisting of the computer hardware, software, and peripheral equipment necessary to capture the information required to process EIC applications.

- Providing training for county personnel, who will accept applications, verify eligibility, enter required data into the EIC system and issue receipts to eligible applicants.

- Providing on-call technical and operational support.

- Transporting encrypted customer data from the mobile sites to a DPS driver license facility for upload to the statewide EIC database.

County responsibilities include:

- Providing a designated publicly accessible office space with electrical power for minimal EIC equipment setup and operation.

- Providing a designated county employee to receive DPS-provided training in the setup and operation of EIC stations. Operations will be conducted during regular county business hours.

The DPS point of contact for EIC station matters is Tony Rodriguez, Senior Manager, Driver License Division, Texas Department of Public Safety, 5805 N. Lamar, Austin, TX 78752. Tony may be reached at 512-424-5657 or via email at EIC@dps.texas.gov.

Thank you for your dedication to public service and for your support in ensuring all eligible Texas voters will have ample opportunity to acquire an Election Identification Certificate. Your favorable consideration of this request is sincerely appreciated.

Sincerely,

*Steven C. McCraw*

Steven C. McCraw
Director