| | |
|---|---|
| **From:** | Berkley, Johnnie |
| **To:** | elections@co.somervell.tx.us |
| **CC:** | Berkley, Johnnie; Pitzer, Kimberly |
| **Sent:** | 4/10/2014 1:39:31 PM |
| **Subject:** | Somervell County EIC MOU |
| **Attachments:** | Region 1B Somervell County EIC ICC.pdf |

**From:** CATHY THOMAS, E.A. [mailto:elections@co.somervell.tx.us]
**Sent:** Wednesday, April 09, 2014 4:53 PM
**To:** Pitzer, Kimberly
**Subject:** RE: EIC Agreement Copy

Hi Kim,

The Somervell County Judge, Mike Ford, signed the Mobile EIC Contract/Agreement & we mailed it in late February to the attention of Joe Peters, Driver's License Division. We requested a signed copy for our records but have never received it. Can you tell me who we need to contact for a signed copy?

Thank you.

Sincerely,

Cathy Thomas
Somervell County Elections
P.O. BOX 1355
107 N.E. VERNON ST.
GLEN ROSE, TX  76043
254-897-9470



Stephen Berkley, 1B Regional Manager
8301 Brentwood  Stair Road
Fort Worth, Texas 76120
Cell: 817-304-2827



2:13-cv-193
09/02/2014
DEF1840

TEX0668794