| | |
|---|---|
| **From:** | Bandera County Elections |
| **To:** | Carlsson, Lori |
| **Sent:** | 3/28/2014 2:01:22 PM |
| **Subject:** | Fw: OneTouch Mar 28, 2014 (1).PDF |
| **Attachments:** | OneTouch Mar 28, 2014 (1).PDF |

----- Original Message -----
**From:** Bandera County Elections
**To:** lori.carlsson@dps.texas.gov
**Sent:** Friday, March 28, 2014 1:31 PM
**Subject:** OneTouch Mar 28, 2014 (1).PDF

Lori,

Thank you for being patient. The EIC Contract is attached.

Thank you,
Toba Perez-Wright, EA
Bandera County TX


OneTouch Mar 28, 2014 (1).PDF



2:13-cv-193
09/02/2014
DEF1842

TEX0668799