| | |
|---|---|
| From: | Karen Opiela |
| To: | Carlsson, Lori |
| Sent: | 2/11/2014 1:23:43 PM |
| Subject: | Interlocal Cooperation Contract for Mobile EIC Operations - Karnes County |
| Attachments: | TX DPS EIC Interlocal Contract-02112014140718.pdf |

Good Afternoon Lori,

As we discussed in our visit a couple of weeks ago, we did present the ILA to the Commissioners Court at the meeting this morning.  The agreement was approved as presented and I am attaching our signed contract.  I have the original in my office.

Please let me know what we should do to proceed with the training and equipment installation.

I look forward to hearing from you.

*Karen L. Opiela*
**Elections Administrator**
210 W. Calvert, Ste. 140
Karnes City, TX  78118
Office: (830)780-2246  Cell: (210)394-7337





2:13-cv-193
09/02/2014
**DEF1844**

TEX0668803