**From:** Nowlin, Cristina
**To:** Flores, Maria
**Sent:** 2/14/2014 3:04:21 PM
**Subject:** FW: Election Certificate Mobile Unit
**Attachments:** DOC039.PDF

Mrs. Flores,
Edwards County has submitted the Memo of Understanding for EIC Mobile Unit 75.
I will work on getting Real County on board.
Thank You,

*Cristina F. Nowlin*
*Customer Service Rep V*
*Driver License Division*
*Region 3 Driver License*
*office 830-773-5050*
*cell 830-513-6024*
*cristina.nowlin@dps.texas.gov*

---

**From:** Edwards Co. Clerk Office [mailto:clerk@swtexas.net]
**Sent:** Friday, February 14, 2014 2:47 PM
**To:** Nowlin, Cristina
**Subject:** Re: Election Certificate Mobile Unit

Ms Nowlin:

The Interlocal Cooperation Contract was signed and is attached.

Thank you,

Olga Lydia Reyes
Edwards County and District Clerk
P.O. Box 184
Rocksprings, Texas 78880
Phone: 830-683-2235
Fax: 830-683-5376

On Thu, Feb 13, 2014 at 12:19 PM, Nowlin, Cristina <Cristina.Nowlin@dps.texas.gov> wrote:
Mrs. Reyes,
Good Afternoon, I was just wondering if you got the Memo of Understanding signed?
Thank You,

*Cristina F. Nowlin*
*Customer Service Rep V*
*Driver License Division*
*Region 3 Driver License*
*office 830-773-5050*
*cell 830-513-6024*
*cristina.nowlin@dps.texas.gov*



2:13-cv-193
09/02/2014
**DEF1854**

TEX0668825