| | |
|---|---|
| From: | Ramirez, Raquel |
| To: | Collins, Cynthia |
| CC: | Silva, Samuel; Flores, Maria |
| Sent: | 2/24/2014 9:52:14 AM |
| Subject: | Fw: McMullen Mobile EIC Operations |
| Attachments: | MOBILE EIC OPERATIONS.pdf |

Good morning Cindy,

Attached is the MOU for McMullen county. I'm forwarding this to you from my blackberry and can't get a clear look at it. Hopefully its filled out correctly.

Im a training in Austin today, please email me if you have anything questions

---

**From:** Bessie Guerrero [mailto:Bessie.Guerrero@mcmullencounty.org]
**Sent:** Monday, February 24, 2014 09:13 AM
**To:** Ramirez, Raquel
**Subject:** McMullen Mobile EIC Operations

Rachel:

I just found it this morning.  Sorry for the delay.

Bessie Guerrero, TAC
McMullen Co. Tax Office
PH:  361-274-3314

2:13-cv-193
09/02/2014
DEF1856

TEX0668829