| | |
|---|---|
| From: | Ramirez, Raquel |
| To: | Ramirez, Raquel; Collins, Cynthia |
| CC: | Silva, Samuel; Flores, Maria; Krueger, Kristopher |
| Sent: | 2/20/2014 4:37:48 PM |
| Subject: | UPDATED LaSalle County MOU |
| Attachments: | Updated LaSalle MOU.pdf |

Cindy,

I contact Ms. Esqueda in LaSalle County and I advised her of the missing information. Attached is the MOU filled out with the County information.

Hope this works...

Thank You,
*Raquel Ramirez*
Assistant Manager, DLD
(956) 565-7212

---

**From:** Ramirez, Raquel
**Sent:** Thursday, February 20, 2014 4:10 PM
**To:** Collins, Cynthia
**Cc:** Silva, Samuel; Flores, Maria; Krueger, Kristopher
**Subject:** LaSalle County MOU

Cindy,

Attached is the MOU for Salle County. The contact person for McMullen County was out for the day but I am expecting a call back from her tomorrow, once I get a copy of that MOU I will forward it to you.

Please let me know if you have any questions.

Thank You,
*Raquel Ramirez*
Assistant Manager
Driver License Division
Region 3 - Weslaco
(956) 565-7212



2:13-cv-193
09/02/2014
DEF1858

TEX0668833