| | |
|---|---|
| **From:** | Hernandez, Anna |
| **To:** | Ramirez, Raquel |
| **CC:** | Silva, Samuel; Flores, Maria |
| **Sent:** | 8/16/2013 1:02:16 PM |
| **Subject:** | EIC Report for week ending 08-13-13 |
| **Attachments:** | EIC Weekly Report Aug 16, 2013.xls |

All,

As requested.

Thank You,

**Anna Marie Hernandez**
**Office Supervisor**
**2525 N. International Blvd.**
**Weslaco, Texas 78596**
**956-565-7213**
**anna.hernandez@dps.texas.gov**

2:13-cv-193
09/02/2014
DEF1861

TEX0668840