| | |
|---|---|
| **From:** | Flores, Maria |
| **To:** | Segundo, Carolina |
| **CC:** | Ramirez, Raquel; Segundo, Carolina; Uribe, Roxanne |
| **Sent:** | 9/20/2013 2:51:23 PM |
| **Subject:** | EIC |
| **Attachments:** | EIC Office Supervisor Weekly Report Format.xls |

This is our Mon-Fri report for this week.

Thanks,
Maria



2:13-cv-193
09/02/2014
DEF1863

TEX0668842