| | |
|---|---|
| **From:** | Garcia, Oralia |
| **To:** | Ramirez, Raquel |
| **CC:** | Uribe, Roxanne |
| **Sent:** | 9/6/2013 9:58:10 AM |
| **Subject:** | EIC Alice Area Office Supervisor Weekly Report Format.xls |
| **Attachments:** | EIC Office Supervisor Weekly Report Format.xls |

Rachel,

Disregard the previous email because I did not date it.

Thank you,

*Oralia Garcia*
Customer Operations Supervisor
Driver License Division - Alice
✆  361-664-2113
7   361-664-0330
8   oralia.garcia@dps.texas.gov



2:13-cv-193
09/02/2014
**DEF1867**

TEX0668846