| | |
|---|---|
| **From:** | Vasquez, Rebecca (DLD) |
| **To:** | Flores, Maria |
| **CC:** | Silva, Samuel; Ramirez, Raquel |
| **Sent:** | 8/23/2013 12:39:39 PM |
| **Subject:** | EIC Office Supervisor august 23 Weekly Report Format.xls |
| **Attachments:** | EIC Office Supervisor august 23 Weekly Report Format.xls |



2:13-cv-193
09/02/2014
**DEF1869**

TEX0668848