| | |
|---|---|
| **From:** | Flores, Maria |
| **To:** | Segundo, Carolina |
| **CC:** | Uribe, Roxanne; Silva, Samuel; Ramirez, Raquel |
| **Sent:** | 10/4/2013 2:52:01 PM |
| **Subject:** | EIC Office Supervisor Weekly Report 10-4.xls |
| **Attachments:** | EIC Office Supervisor Weekly Report 10-4.xls |

Carol,
Here is our EIC report for Mon-Fri of this week.

Let me know if you need anything else.

Thanks,
Maria



2:13-cv-193
09/02/2014
**DEF1871**