| | |
|---|---|
| **From:** | Olivo, George |
| **To:** | Ramirez, Raquel; Silva, Samuel; Flores, Maria |
| **CC:** | Segundo, Carolina; Uribe, Roxanne; Zarate, Estella |
| **Sent:** | 8/30/2013 8:24:11 AM |
| **Subject:** | EIC Office Supervisor Weekly Report Format.xls |
| **Attachments:** | EIC Office Supervisor Weekly Report Format.xls |

For week ending 8.30.2013 for Brownsville/Harlingen area 3A03. G.O.

2:13-cv-193
09/02/2014
DEF1875

TEX0668854