| | |
|---|---|
| **From:** | Vasquez, Rebecca (DLD) |
| **To:** | Ramirez, Raquel |
| **CC:** | Flores, Maria; Gonzalez, Sonia; Vasquez, Rebecca (DLD) |
| **Sent:** | 8/16/2013 1:47:58 PM |
| **Subject:** | EIC Office Supervisor Weekly Report Format.xls |
| **Attachments:** | EIC Office Supervisor Weekly Report Format.xls |



2:13-cv-193
09/02/2014
**DEF1877**

TEX0668856