| | |
|---|---|
| **From:** | Olivo, George |
| **To:** | Ramirez, Raquel; Flores, Maria; Silva, Samuel |
| **CC:** | Zarate, Estella; Uribe, Roxanne; Segundo, Carolina |
| **Sent:** | 8/16/2013 1:29:51 PM |
| **Subject:** | EIC Office Supervisor Weekly Report Format.xls |
| **Attachments:** | EIC Office Supervisor Weekly Report Format.xls |

FYI. No inquiries or applications filed made or filed at the Harlingen DL Office this week. George Olivo.

2:13-cv-193
09/02/2014
DEF1879

TEX0668858