| | |
|---|---|
| **From:** | Vasquez, Rebecca (DLD) |
| **To:** | Ramirez, Raquel |
| **CC:** | Flores, Maria; Silva, Samuel |
| **Sent:** | 8/9/2013 1:57:06 PM |
| **Subject:** | EIC Office Supervisor Weekly Report Format.xls |
| **Attachments:** | EIC Office Supervisor Weekly Report Format.xls |

2:13-cv-193
09/02/2014
**DEF1881**

TEX0668860