| | |
|---|---|
| **From:** | Olivo, George |
| **To:** | Ramirez, Raquel; Flores, Maria |
| **CC:** | Segundo, Carolina; Silva, Samuel; Uribe, Roxanne |
| **Sent:** | 9/20/2013 8:20:12 AM |
| **Subject:** | EIC Office Supervisor Weekly Report Format.xls |
| **Attachments:** | EIC Office Supervisor Weekly Report Format.xls |

2:13-cv-193
09/02/2014
**DEF1883**

TEX0668862