| | |
|---|---|
| **From:** | Lopez, Elizabeth |
| **To:** | Flores, Maria |
| **CC:** | Silva, Samuel; Ramirez, Raquel; Uribe, Roxanne |
| **Sent:** | 8/30/2013 8:00:28 AM |
| **Subject:** | EIC Office Supervisor Weekly Report |

No EIC inquires received in the Corpus Christi office this week.

Elizabeth Lopez

2:13-cv-193
09/02/2014
**DEF1885**

TEX0668864