| | |
|---|---|
| **From:** | Rodriguez, Belinda |
| **To:** | Silva, Samuel |
| **CC:** | Ramirez, Raquel; Flores, Maria; Segundo, Carolina |
| **Sent:** | 9/27/2013 12:48:15 PM |
| **Subject:** | EIC Weekly Report |
| **Attachments:** | 09-27-2013.xls |

Attached is the EIC Supervisor Weekly Report for the Laredo/Zapata Area.

**Belinda L. Rodriguez**
**Office Supervisor**
**DL Laredo**
**(956)728-2305**

2:13-cv-193
09/02/2014
DEF1886

TEX0668865