| | |
|---|---|
| **From:** | Rodriguez, Belinda |
| **To:** | Silva, Samuel; Ramirez, Raquel; Flores, Maria |
| **Sent:** | 10/11/2013 10:50:17 AM |
| **Subject:** | EIC Weekly Office Report |
| **Attachments:** | EIC Office Supervisor Weekly Report Format.xls |

Attached is the EIC Weekly Report.

**Belinda L. Rodriguez**
**Office Supervisor**
**DL Laredo**
**(956)728-2305**

2:13-cv-193
09/02/2014
**DEF1888**

TEX0668867