| | |
|---|---|
| **From:** | Rodriguez, Belinda |
| **To:** | Silva, Samuel |
| **CC:** | Ramirez, Raquel; Flores, Maria |
| **Sent:** | 10/4/2013 9:52:49 AM |
| **Subject:** | EIC Weekly Report |
| **Attachments:** | EIC Office Supervisor Weekly Report Format.xls |

Attached is the EIC Weekly Report

**Belinda L. Rodriguez**
**Office Supervisor**
**DL Laredo**
**(956)728-2305**



2:13-cv-193
09/02/2014
**DEF1890**

TEX0668869