| | |
|---|---|
| **From:** | Zarate, Estella |
| **To:** | Flores, Maria; Ramirez, Raquel |
| **CC:** | Silva, Samuel; Uribe, Roxanne; Segundo, Carolina; Olivo, George |
| **Sent:** | 8/23/2013 1:30:27 PM |
| **Subject:** | EIC Weekly Report |
| **Attachments:** | Election Certificate E-mail.xls |

FYI for Brownsville and Harlingen Offices.



2:13-cv-193
09/02/2014
**DEF1892**

TEX0668871