| | |
|---|---|
| **From:** | Hernandez, Anna |
| **To:** | Ramirez, Raquel |
| **CC:** | Silva, Samuel; Flores, Maria |
| **Sent:** | 10/18/2013 4:48:38 PM |
| **Subject:** | EIC Weekly Report 10-18-13 |
| **Attachments:** | EIC Weekly Report 10-18-13.xlsx |

Ms. Raquel,

Please see the attachment regarding COMPLETE EIC report including the EIC Mobile stations.

Thank You,

**Anna Marie Hernandez**
**Office Supervisor**
**2525 N. International Blvd.**
**Weslaco, Texas 78596**
**956-565-7213**
<u>anna.hernandez@dps.texas.gov</u>



2:13-cv-193
09/02/2014
DEF1894

TEX0668873