**From:** Vasquez, Rebecca (DLD)
**To:** Ramirez, Raquel
**CC:** Flores, Maria; Silva, Samuel; Segundo, Carolina; Uribe, Roxanne
**Sent:** 8/20/2013 6:18:09 PM
**Subject:** EIC Weekly Report Aug 20, 2013.xls
**Attachments:** EIC Weekly Report Aug 20, 2013.xls



2:13-cv-193
09/02/2014
DEF1896