**From:**        Vasquez, Rebecca (DLD)
**To:**          Ramirez, Raquel
**CC:**          Silva, Samuel; Flores, Maria; Segundo, Carolina; Uribe, Roxanne
**Sent:**        8/22/2013 3:27:33 PM
**Subject:**     EIC Weekly Report Aug 22, 2013.xls
**Attachments:** EIC Weekly Report Aug 22, 2013.xls



2:13-cv-193
09/02/2014
**DEF1898**