| | |
|---|---|
| **From:** | Rodriguez, Belinda |
| **To:** | Silva, Samuel; Ramirez, Raquel; Flores, Maria |
| **CC:** | Segundo, Carolina; Uribe, Roxanne |
| **Sent:** | 10/18/2013 3:54:37 PM |
| **Subject:** | EIC Weekly Report |
| **Attachments:** | EIC Report Template.xlsx |

Attached is the EIC Weekly Report for the week ending on October 18, 2013.

**Belinda L. Rodriguez**
**Office Supervisor**
**DL Laredo**
**(956)728-2305**

2:13-cv-193
09/02/2014
DEF1900

TEX0668879