| | |
|---|---|
| **From:** | Hernandez, Anna |
| **To:** | Flores, Maria; Uribe, Roxanne |
| **CC:** | Silva, Samuel; Ramirez, Raquel; Segundo, Carolina |
| **Sent:** | 8/23/2013 1:05:31 PM |
| **Subject:** | EIC Weekly Report-Weslaco |
| **Attachments:** | EIC Weekly Report 08-23-13.xls |

All,

As requested.

Thank You,

**Anna Marie Hernandez**
**Office Supervisor**
**2525 N. International Blvd.**
**Weslaco, Texas 78596**
**956-565-7213**
**anna.hernandez@dps.texas.gov**

2:13-cv-193
09/02/2014
**DEF1902**

TEX0668881