| | |
|---|---|
| **From:** | Hernandez, Anna |
| **To:** | Ramirez, Raquel |
| **CC:** | Silva, Samuel; Flores, Maria |
| **Sent:** | 9/20/2013 1:30:50 PM |
| **Subject:** | EIC Weekly Rpt. 09/20/13 |
| **Attachments:** | EIC Weekly Rpt- 09-20-2013.xls |

All,

As requested.

Thank You,

**Anna Marie Hernandez**
**Office Supervisor**
**2525 N. International Blvd.**
**Weslaco, Texas 78596**
**956-565-7213**
**anna.hernandez@dps.texas.gov**



2:13-cv-193
09/02/2014

**DEF1904**

TEX0668883