| | |
|---|---|
| **From:** | Hernandez, Anna |
| **To:** | Ramirez, Raquel; Segundo, Carolina |
| **CC:** | Flores, Maria; Silva, Samuel |
| **Sent:** | 9/27/2013 1:32:53 PM |
| **Subject:** | EIC Weekly Rpt up to 09/27/2013 |
| **Attachments:** | EIC Weekly Rpt 09-28-2013.xls |

All,

As requested.

Thank You,

**Anna Marie Hernandez**
**Office Supervisor**
**2525 N. International Blvd.**
**Weslaco, Texas 78596**
**956-565-7213**
**anna.hernandez@dps.texas.gov**



2:13-cv-193
09/02/2014
DEF1906

TEX0668885