| | |
|---|---|
| **From:** | Hernandez, Anna |
| **To:** | Uribe, Roxanne |
| **CC:** | Ramirez, Raquel |
| **Sent:** | 8/30/2013 1:32:47 PM |
| **Subject:** | EIC Weekly Rpts 08-30-13 |
| **Attachments:** | EIC Weekly Report 08-30-13..xls; EIC Weekly Rpt-Palmview 08-30-13.xls; EIC Weekly Rpt-Rio 08-30-13.xls |

Roxanne,

Attached are the weekly EIC reports for Weslaco, Rio Grande City and Palmview.

Thank You,

**Anna Marie Hernandez**
**Office Supervisor**
**2525 N. International Blvd.**
**Weslaco, Texas 78596**
**956-565-7213**
**anna.hernandez@dps.texas.gov**



2:13-cv-193
09/02/2014
DEF1908

TEX0668887