| | |
|---|---|
| **From:** | Cruz, Jose |
| **To:** | Ramirez, Raquel |
| **CC:** | Flores, Maria; Silva, Samuel |
| **Sent:** | 8/16/2013 10:17:29 AM |
| **Subject:** | ELECTION CERT. AUG 16,2013 |
| **Attachments:** | Copy of EIC Office Supervisor Weekly Report Format.xls |

THANK YOU

*Jose M. Cruz Iv*
*Customer Service Rep Iv*
*Laredo Station 310*



2:13-cv-193
09/02/2014
**DEF1912**

TEX0668891