| | |
|---|---|
| **From:** | Ayers, Becky |
| **To:** | Ramirez, Raquel |
| **CC:** | Uribe, Roxanne |
| **Sent:** | 9/6/2013 11:56:16 AM |
| **Subject:** | FW: |
| **Attachments:** | EIC Office Supervisor Weekly Report Format.xls |

Ms. Rachel,

Here is the EIC report for 3A07 (Del Rio, Eagle Pass, Crystal City and Uvalde).

Thank you,

Becky Ayers, Office Supervisor
Region 3
Driver License Division
830-703-1227

---

**From:** Uribe, Roxanne
**Sent:** Friday, September 06, 2013 9:09 AM
**To:** Lopez, Elizabeth; Garcia, Oralia; Ayers, Becky
**Subject:** FW:

Ladies,
Please send your EICs to Raquel Ramirez since Maria is out today.  Please also cc myself.  Thanks!

---

**From:** Segundo, Carolina
**Sent:** Friday, September 06, 2013 8:51 AM
**To:** Flores, Maria; Ramirez, Raquel; Uribe, Roxanne; Ayers, Becky; Garcia, Oralia; Hernandez, Anna; Lopez, Elizabeth; Olivo, George; Rodriguez, Belinda; Uribe, Roxanne; Vasquez, Rebecca (DLD)
**Subject:**

Please remember to send your EIC report today. READ BELOW


Office Supervisors:
Your Office EIC Weekly Report is due to your Assistant Manager before 2:00 PM every Friday.
If you are not able to send in the EIC Weekly Report, you must ensure someone will send it in for you.



Use the attached excel file to enter and save your EIC Weekly Report information.
<u>Send the report to your Assistant Managers every Friday, **before 2:00 pm**</u>.
**Copy (cc:) the other R3 Assistant Manager, and Regional Manager.**


Respectfully,
Carol Segundo
DL Customer Operations Secretary
Phone: 956-565-7211
Fax: 956-565-7205



2:13-cv-193
09/02/2014
**DEF1914**

TEX0668893