| | |
|---|---|
| **From:** | Lopez, Elizabeth |
| **To:** | Ramirez, Raquel |
| **CC:** | Uribe, Roxanne |
| **Sent:** | 9/6/2013 9:09:38 AM |
| **Subject:** | FW: EIC |
| **Attachments:** | EIC Office Supervisor Weekly Report Format.xls |

**From:** Lopez, Elizabeth
**Sent:** Friday, September 06, 2013 8:56 AM
**To:** Flores, Maria
**Subject:** EIC

The Corpus Christi office did not have any EIC inquires.

**From:** Segundo, Carolina
**Sent:** Friday, September 06, 2013 8:51 AM
**To:** Flores, Maria; Ramirez, Raquel; Uribe, Roxanne; Ayers, Becky; Garcia, Oralia; Hernandez, Anna; Lopez, Elizabeth; Olivo, George; Rodriguez, Belinda; Uribe, Roxanne; Vasquez, Rebecca (DLD)
**Subject:**

Please remember to send your EIC report today. READ BELOW

Office Supervisors:
Your Office EIC Weekly Report is due to your Assistant Manager before 2:00 PM every Friday.
If you are not able to send in the EIC Weekly Report, you must ensure someone will send it in for you.

Use the attached excel file to enter and save your EIC Weekly Report information.
<u>Send the report to your Assistant Managers every Friday, **before 2:00 pm**</u>.
**Copy (cc:) the other R3 Assistant Manager, and Regional Manager.**

Respectfully,
Carol Segundo
DL Customer Operations Secretary
Phone: 956-565-7211
Fax: 956-565-7205



2:13-cv-193
09/02/2014
**DEF1916**

TEX0668895