| | |
|---|---|
| **From:** | Silva, Samuel |
| **To:** | Flores, Maria; Ramirez, Raquel; Ayers, Becky; Garcia, Oralia; Hernandez, Anna; Lopez, Elizabeth; Olivo, George; Rodriguez, Belinda; Vasquez, Rebecca (DLD); Nowlin, Cristina; Martinez, Naida; Guerra, Margarita; Lucio, Sandra; Zarate, Estella; Rangel, Rosangelica; Llanas, Becky |
| **CC:** | Segundo, Carolina; Uribe, Roxanne |
| **Sent:** | 8/30/2013 4:54:16 PM |
| **Subject:** | FW: EIC Added Inquiry after 4pm...FW: EIC Region 3 Weekly Report 8/30/2013 |
| **Attachments:** | EIC Region 3 Weekly Report 8-30-2013 with added after 4pm.xls |

Here is this week's EIC.  Thanks.
Sam.

*DLD Vision:  We are creating a faster, easier, and friendlier driver license experience and a safer Texas.*
*Samuel J. Silva*
*Driver License Regional Manager*
*O: (956) 565-7210*
*M: (956) 369-4517*

**From:** Silva, Samuel
**Sent:** Friday, August 30, 2013 4:39 PM
**To:** Rodriguez, Tony; Bell, Stephen
**Cc:** Uribe, Roxanne; Segundo, Carolina
**Subject:** EIC Added Inquiry after 4pm...FW: EIC Region 3 Weekly Report 8/30/2013

We had an additional inquiry at the Weslaco Office at around 4:20 pm today, Friday, 8/30/12.  It is added to the weekly report attached.
Sam.

*DLD Vision:  We are creating a faster, easier, and friendlier driver license experience and a safer Texas.*
*Samuel J. Silva*
*Driver License Regional Manager*
*O: (956) 565-7210*
*M: (956) 369-4517*

**From:** Silva, Samuel
**Sent:** Friday, August 30, 2013 4:05 PM
**To:** Rodriguez, Tony; Bell, Stephen
**Cc:** Uribe, Roxanne; Segundo, Carolina
**Subject:** EIC Region 3 Weekly Report 8/30/2013

Region 3 EIC Weekly Report for the week ending Friday, August 30, 2013.  See attachment.
Have a great weekend.
Sam.

*DLD Vision:  We are creating a faster, easier, and friendlier driver license experience and a safer Texas.*
*Samuel J. Silva*
*Driver License Regional Manager*
*O: (956) 565-7210*
*M: (956) 369-4517*

2:13-cv-193
09/02/2014
DEF1917