| | |
|---|---|
| **From:** | Silva, Samuel |
| **To:** | Rodriguez, Tony |
| **CC:** | Rodriguez, Jose III (Reg Cmdr); Ramirez, Raquel; Hernandez, Anna; Guerra, Margarita; Bell, Stephen |
| **Sent:** | 9/25/2013 6:05:15 PM |
| **Subject:** | FW: EIC Issuance (Weslaco) |

Tony,
An EIC (#37747932) was issued to Jorge Pecina at the Weslaco DL Office this afternoon.  Fyi only.  We will included it in the weekly report.  See forwarded email for more information.
Sam.

*DLD Vision:  We are creating a faster, easier, and friendlier driver license experience and a safer Texas.*
*Samuel J. Silva*
*Driver License Regional Manager*
*O: (956) 565-7210*
*M: (956) 369-4517*

**From:** Hernandez, Anna
**Sent:** Wednesday, September 25, 2013 5:57 PM
**To:** Silva, Samuel
**Cc:** Ramirez, Raquel; Flores, Maria
**Subject:** EIC Issuance

Mr. Silva,

We issued an EIC this afternoon to a gentleman that met all the ID requirements.  The process was delayed because we discovered two different individuals were using the same ID number (16540290), now expired. After receiving microfilmed images, it was determined that the individual who presented himself in person was the true individual.  We have placed a card status requesting further identification and Trooper Arevalo will follow up with an identity theft report.

Thank You,

**Anna Marie Hernandez**
**Office Supervisor**
**2525 N. International Blvd.**
**Weslaco, Texas 78596**
**956-565-7213**
anna.hernandez@dps.texas.gov



2:13-cv-193
09/02/2014
**DEF1919**

TEX0668899