| | |
|---|---|
| **From:** | Silva, Samuel |
| **To:** | Ayers, Becky; Garcia, Oralia; Hernandez, Anna; Lopez, Elizabeth; Olivo, George; Rodriguez, Belinda; Vasquez, Rebecca (DLD); Segundo, Carolina; Uribe, Roxanne |
| **CC:** | Flores, Maria; Ramirez, Raquel |
| **Sent:** | 9/30/2013 6:40:53 AM |
| **Subject:** | FW: EIC Region 3 Sept 23-28 Report (Mon-Sat) |
| **Attachments:** | EIC Region 3 Sept 23-28 Report.xlsx |

Team,
Attached is the EIC Region 3 Report for this past week.  Keep up the great work.  Thanks.
Sam.

---

**From:** Silva, Samuel
**Sent:** Monday, September 30, 2013 6:15 AM
**To:** Rodriguez, Tony
**Cc:** Bell, Stephen; Flores, Maria; Ramirez, Raquel
**Subject:** EIC Region 3 Sept 23-28 Report (Mon-Sat)

Tony,
Attached is the EIC Region 3 Weekly Report for Monday Sept 23 thru Saturday Sept 28.

**Region 3  EIC Summary:**

**Mon-Fri:**   Issuance: 1    Inquiry: 24
**Saturday:**  Issuance: 1    Inquiry: 10

**Mon-Sat:**   Issuance: 2    Inquiry: 34

Sam.

2:13-cv-193
09/02/2014
**DEF1920**

TEX0668900