| | |
|---|---|
| **From:** | Hernandez, Anna |
| **To:** | Ramirez, Raquel |
| **CC:** | Flores, Maria; Silva, Samuel |
| **Sent:** | 9/13/2013 1:15:31 PM |
| **Subject:** | Itinerary |
| **Attachments:** | EIC Weekly Report 09-13-13..xls |

Ms. Raquel,

As requested.

Thank You,

**Anna Marie Hernandez**
**Office Supervisor**
**2525 N. International Blvd.**
**Weslaco, Texas 78596**
**956-565-7213**
**anna.hernandez@dps.texas.gov**

2:13-cv-193
09/02/2014
**DEF1922**

TEX0668902