| | |
|---|---|
| **From:** | Olivo, George |
| **To:** | Ramirez, Raquel; Flores, Maria |
| **Sent:** | 10/4/2013 11:17:16 AM |
| **Subject:** | NEW-EIC Report Format.2013xlsx.xlsx |
| **Attachments:** | NEW-EIC Report Format.2013xlsx.xlsx |

FYI. Brownsville/Harlingen EIC weekly report for 9/30/2013 thru 10/04/2013. George Olivo.

2:13-cv-193
09/02/2014
**DEF1924**

TEX0668904