| | |
|---|---|
| **From:** | Vasquez, Rebecca (DLD) |
| **To:** | Ramirez, Raquel |
| **Sent:** | 9/24/2013 2:36:26 PM |
| **Subject:** | RE: EIC INQUIRY |

I will.

---

**From:** Ramirez, Raquel
**Sent:** Tuesday, September 24, 2013 2:14 PM
**To:** Vasquez, Rebecca (DLD)
**Cc:** Flores, Maria; Silva, Samuel
**Subject:** RE: EIC INQUIRY

Thanks Becky,

Please ensure you include them on the weekly report...

Thank You,
*Raquel Ramirez*
Assistant Manager, DLD
(956) 565-7212

---

**From:** Vasquez, Rebecca (DLD)
**Sent:** Tuesday, September 24, 2013 2:13 PM
**To:** Ramirez, Raquel
**Cc:** Flores, Maria; Silva, Samuel
**Subject:** EIC INQUIRY

Ms. Rachel,

Estela received a telephone call about 5 minutes ago and she informed me there was an EIC inquiry made.  A female customer did not qualify because she has a valid driver license.  An inquiry was also made from the same household from a male customer who does qualify.  They decided since he meets our id policy they will come in and apply for a Texas Identification Card.  Total 2 inquiries.  Thank you.

2:13-cv-193
09/02/2014
**DEF1926**

TEX0668906