| | |
|---|---|
| **From:** | Segundo, Carolina |
| **To:** | Rodriguez, Tony |
| **CC:** | Bell, Stephen; Silva, Samuel; Uribe, Roxanne; Ramirez, Raquel |
| **Sent:** | 9/6/2013 5:12:04 PM |
| **Subject:** | RE: Region 3 - 6 September EIC Report |
| **Attachments:** | Region 3 EIC Weekly Report 9.6.13 after 4 update.xls |

Mr. Rodriguez,

Per Asst. Manager Rachel Ramirez, attached is the updated inquiry.


Respectfully,
Carol Segundo
DL Customer Operations Secretary
Phone: 956-565-7211
Fax: 956-565-7205

---

**From:** Rodriguez, Tony
**Sent:** Friday, September 06, 2013 4:56 PM
**To:** Segundo, Carolina
**Cc:** Bell, Stephen; Silva, Samuel; Uribe, Roxanne
**Subject:** RE: Region 3 - 6 September EIC Report

Thanks

v/r

*Tony Rodriguez*

Customer Operations Senior Manager – South and West
Driver License Division
Texas Department of Public Safety
tony.rodriguez@dps.texas.gov
512.424.5657 (O)
512.739.9709 (C)
512.424.5233 (F)

---

**From:** Segundo, Carolina
**Sent:** Friday, September 06, 2013 3:46 PM
**To:** Rodriguez, Tony
**Cc:** Bell, Stephen; Silva, Samuel; Uribe, Roxanne
**Subject:** Region 3 - 6 September EIC Report

Good Afternoon,

Attached is Region 3 EIC for ending September 6, 2013.

If there are any questions, please let me know.

Thank You,
Carol Segundo
DLD-Region 3
956-565-7211



2:13-cv-193
09/02/2014
**DEF1927**

TEX0668907

956-565-7205 (fax)

TEX0668908