| | |
|---|---|
| **From:** | Vasquez, Rebecca (DLD) |
| **To:** | Ramirez, Raquel |
| **CC:** | Flores, Maria; Silva, Samuel |
| **Sent:** | 9/20/2013 3:01:04 PM |
| **Subject:** | September 13 EIC Office Supervisor Weekly Report Format.xls |
| **Attachments:** | September 13 EIC Office Supervisor Weekly Report Format.xls |



2:13-cv-193
09/02/2014
**DEF1931**

TEX0668912