| | |
|---|---|
| **From:** | Buitron, Anabel |
| **To:** | Silva, Samuel; Ramirez, Raquel; Hernandez, Anna |
| **Sent:** | 9/28/2013 2:00:11 PM |
| **Subject:** | |
| **Attachments:** | EIC Office Supervisor Weekly Report Format (2).xls |

## We also had 3 people come in asking to renew driver license / id card.

   **Anabel Buitron- CSR IV**

**Driver License Division**
**2525 N. International Blvd**
**Weslaco, TX 78596**
**956-565-7200**

2:13-cv-193
09/02/2014
**DEF1933**

TEX0668914