| | |
|---|---|
| **From:** | Rodriguez, Belinda |
| **To:** | Ramirez, Raquel |
| **CC:** | Flores, Maria; Silva, Samuel |
| **Sent:** | 9/13/2013 10:37:02 AM |
| **Subject:** | |
| **Attachments:** | EIC Office Supervisor Weekly Report Format.xls |

Attached is the EIC Weekly Report for Friday, September 13, 2013

**Belinda L. Rodriguez**
**Office Supervisor**
**DL Laredo**
**(956)728-2305**



TEX0668916