| | |
|---|---|
| **From:** | Rodriguez, Belinda |
| **To:** | Ramirez, Raquel |
| **CC:** | Flores, Maria; Silva, Samuel |
| **Sent:** | 9/6/2013 10:25:49 AM |
| **Subject:** | |
| **Attachments:** | 09-06-2013.xls |

Attached is the Laredo/Zapata EIC Report for this week.

**Belinda L. Rodriguez**
**Office Supervisor**
**DL Laredo**
**(956)728-2305**

2:13-cv-193
09/02/2014
**DEF1937**

TEX0668918