| | |
|---|---|
| **From:** | Rodriguez, Belinda |
| **To:** | Silva, Samuel; Flores, Maria; Ramirez, Raquel |
| **Sent:** | 8/23/2013 9:43:05 AM |
| **Subject:** | |
| **Attachments:** | EIC Office Supervisor Weekly Report.xls |

Attached is the EIC Office Supervisor Weekly Report for the week of August 23, 2013.

**Belinda L. Rodriguez**
**Office Supervisor**
**DL Laredo**
**(956)728-2305**

2:13-cv-193
09/02/2014
**DEF1939**

TEX0668920