| | |
|---|---|
| **From:** | Flores, Maria |
| **To:** | Segundo, Carolina |
| **CC:** | Silva, Samuel; Uribe, Roxanne; Ramirez, Raquel |
| **Sent:** | 8/23/2013 1:47:26 PM |
| **Subject:** | Weekly EIC Report - 08/23/2013 |
| **Attachments:** | 3A01 EIC Office Supervisor Weekly Report.xls; 3A02 EIC Office Supervisor Weekly Report.xls; 3A03 EIC Office Supervisor Weekly Report.xls; 3A04 EIC Office Supervisor Weekly Report.xls; 3A05 EIC Office Supervisor Weekly Report.xls; 3A06 EIC Office Supervisor Weekly Report.xls; 3A07 EIC Office Supervisor Weekly Report.xls |

### 3A01 – Edinburg Offices

| | | | August 23, 2013 Weekly EIC Report |
|---|---|---|---|
| 3 | Issuance | 0 | |
| | Inquiry | 3 | **8/20/13 Station 306 Edinburg -** 2 inquiries from an elderly couple thought they needed the election certificate to vote. They were told they were disqualified since they both had valid Texas driver licenses and they could use them. |
| | | | **8/22/13 Station 306 Edinburg -** 1 inquiry from a male customer with a valid Tx CDL license was also told he did not qualify, but was informed he could use his license to vote. |

### 3A02 - Weslaco

| | | | August 23, 2013 Weekly EIC Report |
|---|---|---|---|
| 3 | Issuance | 0 | |
| | Inquiry | 0 | |

### 3A03 – Brownsville Offices

| | | | August 23, 2013 Weekly EIC Report |
|---|---|---|---|
| 3 | Issuance | 0 | |
| | Inquiry | 0 | |

### 3A04 – Laredo Offices

| | | | August 23, 2013 Weekly EIC Report |
|---|---|---|---|
| 3 | Issuance | 0 | |

2:13-cv-193
09/02/2014
**DEF1941**

TEX0668922

| | Inquiry | 0 | |
|---|---|---|---|

### 3A05  - Corpus Christi

| | August 23, 2013 Weekly EIC Report | | |
|---|---|---|---|
| 3 | Issuance | 0 | |
| | Inquiry | 0 | |

### 3A06 -- Alice Offices

| | August 23, 2013 Weekly EIC Report | | |
|---|---|---|---|
| 3 | Issuance | 0 | |
| | Inquiry | 0 | |

### 3A07 -- Del Rio Offices

| | August 23, 2013 Weekly EIC Report | | |
|---|---|---|---|
| 3 | Issuance | 1 | **08/21/2013 Station 318 Uvalde** issued an EIC to Maria Inez Zamora.  The assigned number given was 37628296 and this was issued by Yvette Mendoza, CSR II. |
| | Inquiry | 1 | **08/22/2013 Station 413 Eagle Pass** received a phone call inquiry from Eagle Pass City Hall, Maria Velasquez.  Patricia Salazar, CSRIII answered her questions and the faxed to City Hall a copy of the DL14C front and back. |