| | |
|---|---|
| **From:** | Llanas, Becky |
| **To:** | Ramirez, Raquel |
| **CC:** | Uribe, Roxanne; Vasquez, Rebecca (DLD); Segundo, Carolina; Llanas, Becky |
| **Sent:** | 9/6/2013 11:27:31 AM |
| **Subject:** | Weekly EIC Report |
| **Attachments:** | EIC Office Supervisor Weekly Report Format.xls |

*Becky Llanas*
*Customer Service Rep. V*
*DLD Station 306*
*(956) 383-3471*

2:13-cv-193
09/02/2014
DEF1949

TEX0668931