| | | |
|---|---|---|
| **From:** | Llanas, Becky | |
| **To:** | Uribe, Roxanne | |
| **CC:** | Ramirez, Raquel; Vasquez, Rebecca (DLD); Llanas, Becky | |
| **Sent:** | 8/30/2013 11:39:29 AM | |
| **Subject:** | Weekly EIC Report | |
| **Attachments:** | EIC Office Supervisor Weekly Report Format.xls | |

| | | | 8/30/13  Weekly EIC Report |
|---|---|---|---|
| 3 | Issuance | 0 | There were no issuances for EICs this week at the Edinburg office. |
| | | | |
| | | | |
| | | | |
| | Inquiry | 0 | There were no inquiries for EICs this week at the Edinburg office. |
| | | | |
| | | | |
| | | | |



TEX0668933