| | |
|---|---|
| **From:** | Smith, Timothy |
| **To:** | Krueger, Kristopher |
| **CC:** | Winkley, Salestus; Bell, Stephen; Hale, Lynn |
| **Sent:** | 2/10/2014 3:38:33 PM |
| **Subject:** | FW: Interlocal Cooperation Contract / Mobile EIC Operations |
| **Attachments:** | Scan20140210153431.pdf |

Kris,

Here is the signed copy as requested:) How is that for quick...

Tim

Very Respectfully,

Timothy Smith
Assistant Manager
Region 1A Driver License Division, Tyler District
Phone: 903-939-6017
Cell: 903-245-5215
Email: timothy.smith@dps.texas.gov

Driver License Division Vision: We are creating a faster, easier, and friendlier driver license experience and a safer Texas.


-----Original Message-----
From: Betty Crane [mailto:bcrane@co.franklin.tx.us]
Sent: Monday, February 10, 2014 3:36 PM
To: Smith, Timothy; Ricky Jones
Subject: Interlocal Cooperation Contract / Mobile EIC Operations

See attachment

Who do I send this to? Address?

Thanks,
Betty

--
This email was Anti Virus checked by Astaro Security Gateway. http://www.astaro.com

This message is strictly confidential and legally privileged. The information contained in this Email is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone (903-537-4539), and destroy the original message.

2:13-cv-193
09/02/2014

**DEF1957**

TEX0668939