| | |
|---|---|
| **From:** | Vasquez, Rebecca (DLD) |
| **To:** | Ramirez, Raquel |
| **CC:** | Flores, Maria; Silva, Samuel; Segundo, Carolina |
| **Sent:** | 9/27/2013 12:41:27 PM |
| **Subject:** | EIC Office Supervisor September 27 Weekly Report Format.xls |
| **Attachments:** | EIC Office Supervisor September 27 Weekly Report Format.xls |



2:13-cv-193
09/02/2014
**DEF1959**

TEX0668943