| | |
|---|---|
| **From:** | Olivo, George |
| **To:** | Ramirez, Raquel; Flores, Maria; Silva, Samuel |
| **CC:** | Segundo, Carolina; Uribe, Roxanne; Zarate, Estella |
| **Sent:** | 9/27/2013 8:15:38 AM |
| **Subject:** | EIC Office Supervisor Weekly Report Format.xls |
| **Attachments:** | EIC Office Supervisor Weekly Report Format.xls |

FYI. EIC data through 9/27/2013 for DL area 3A03.



2:13-cv-193
09/02/2014

**DEF1961**

TEX0668945