| | |
|---|---|
| **From:** | Flores, Maria |
| **To:** | Silva, Samuel |
| **Sent:** | 10/26/2013 2:36:50 PM |
| **Subject:** | EIC Region 3 Weekly Report (21 Oct - 25 Oct 515PM) (2).xls |
| **Attachments:** | EIC Region 3 Weekly Report (21 Oct - 25 Oct 515PM) (2).xls |

**Saturday Activity – Station 301-Corpus Christi 10/26/2013**

**Issuance:**

(1)  Nueces (Station 301): EIC #37844947, Krack, Matthew Micah

**Inquiries**:

0

2:13-cv-193
09/02/2014
**DEF1963**

TEX0668947