| From: | Silva, Samuel |
|---|---|
| To: | Rodriguez, Tony; Daughtry, Lisa; O'Connor, Ryan |
| CC: | Flores, Maria; Ramirez, Raquel |
| Sent: | 10/28/2013 9:14:58 AM |
| Subject: | EIC Region 3 Weekly Report (21 Oct - 26 Oct) |
| Attachments: | EIC Region 3 Weekly Report (21 Oct - 26Oct).xls |

EIC Region 3 Weekly Report for Mon-Sat, October 21 to October 26, 2013.  Below and attached.

Sam.

| | | | |
|---|---|---|---|
| 3 | **Issuance** | 26 | **(5) Hidalgo County:**<br>La Joya City Hall Unit #17:  EIC # 37826757, Gonzalez, Selina Ludivina<br>Weslaco Business & Visitor Center Unit #17:<br>    EIC # 37835211, Serna, Selina Edith<br>    EIC # 37835290, Gonzalez, Adrian<br>Mercedes City Hall Unit #20:  EIC # 37826530, Macias, Diana Victoria<br>City of San Juan Unit #15:  EIC # 37830715, Bustamante, Adrian<br>**(2) Starr County:**<br>Roma Library Unit #16:  EIC # 37844672, Salinas, Juan Carlos<br>La Rosita Unit #15:  EIC # 37844638, Sepulveda, Guillermo<br>**(1) Kinney County:**<br>Kinney Co Courthouse Unit #72, EIC # 37844676, Gomez, Javier Mateo<br><br>**(1) Corpus Christi (Station 301):**  EIC # 37844947, Krack, Mathew Micah<br>**(1) Harlingen (Station 308):**  EIC # 37841065, Rodriguez, Kamie Ranae<br>**(16) Weslaco (Station 321):**<br>    EIC # 37823391, Carranza, Elizabeth Ayala<br>    EIC # 37827900, Martinez, Vanessa Lee<br>    EIC # 37833298, Gonzalez, Juan<br>    EIC # 37833192, Cantu, Oralia<br>    EIC # 37836385, Cantu, Ricardo Jr.<br>    EIC # 37836697, Gonzlalez, Oralia Ann<br>    EIC # 37836612, Gonzalez, Daniella Lynn<br>    EIC # 37836801, Tovias, David<br>    EIC # 37837172, Castillo, Jesse<br>    EIC # 37837405, Rodriguez, Blas<br>    EIC # 37837662, Segura, Joseph Dylan<br>    EIC # 37837712, Castillo, Juan David<br>    EIC # 37838523, Rojas, Laura Celina<br>    EIC # 37832655, Loysoya, Fernando<br>    EIC # 37842437, Aguirre III, Benito<br>    EIC # 37834617, Alaniz, Brandon Lee |
| | **Inquiry** | 206 | **Hidalgo County:**<br>**Inquiry had valid ID/DL**<br>17 - McAllen City Hall Unit #15<br>15 - Mercedes City Hall Unit #20<br>7 - La Joya City Hall Unit #17<br>57 - Hidalgo City Hall Unit #17<br>4 - Edinburg City Hall Unit #15<br>11 - Weslaco Business & Visitor Center Unit #17 |

2:13-cv-193
09/02/2014
**DEF1965**

7 - City of San Juan Unit #15
**Inquiry for information only**
1 - La Joya City Hall Unit #17, Customer was needing supporting document
1 - Weslaco Business & Visitor Center Unit #17, Customer was needing Birth Certificate
<u>Starr County:</u>
**Inquiry had Valid DL/ID**
3 - Nutrition Center, Rio Grande Unit #15
20 - Starr County Courthouse Annex Unit #17
16 - Starr County Courthouse Unit #20
7 - Roma Library Unit #16
6 - La Rosita Library Unit #15
**Inquiry for information only**
1 - Rosita Library Unit #15, Customer needed birth certificate
2 - Roma Library Unit #16, Customer needed birth certificate
1 - Roma Library Unit #16, Applicant was not a US Citizen
1 - Starr Co Courthouse Unit #20, Qualified but missing documents

<u>Nueces County:</u>
**Inquiry had valid DL/ID**
4 - Greenwood Sr Center Unit #24, Individuals had valid Driver License.
**Inquiry for information only**
1 - Nueces Co Courthouse Unit #21, Applicants were just asking for information.
1 - Flour Bluff ISD Unit #23: Individual asked for explaination of EICs.
1 - Greenwood Sr Center Unit #24, Individual did not have birth certificate.
<u>San Patricio County:</u>
**Inquiry for information only**
1 - City Hall Annex Unit #22, Customer inquired about required documentation for EIC. Said he would return.
<u>Kinney County:</u>
**Inquiry had valid DL/ID/Passport**
1 - Kinney Co Courthouse Unit #72, Applicant was in possession of passport.
**Inquiry for information only**
1 - Kinney Co Courthouse Unit #72, Applicant was not old enough.
1 - Kinney Co Courthouse Unit #72, Individual was just inquiring for information.
<u>Edwards County:</u>
**Inquiry had valid DL/ID**
1 - Sherriff's Office Unit #75, Individual was in possession of TXDL.

<u>Region 3:</u>
12 - Inquiry had valid DL/ID
3 - Inquiry did not have proof of citizenship
5 - Inquiry for information only

TEX0668950

*DLD Vision: We are creating a faster, easier, and friendlier driver license experience and a safer Texas.*
*Samuel J. Silva*
*Driver License Regional Manager*
*O: (956) 565-7210*
*M: (956) 369-4517*

TEX0668951