| | | |
|---|---|---|
| **From:** | Silva, Samuel | |
| **To:** | Rodriguez, Tony | |
| **CC:** | Flores, Maria; Ramirez, Raquel; Segundo, Carolina; Uribe, Roxanne | |
| **Sent:** | 9/13/2013 3:47:49 PM | |
| **Subject:** | EIC Region 3 Weekly Report 9/9/13 to 9/13/13 | |

Tony,
Region 3 received 0 Issuances and 0 Inquiries for the week ending 9/13/13.

| **13 September Weekly EIC Report** | | |
|---|---|---|
| 3 | Issuance | 0 |
| | Inquiry | 0 |

Sam.

*DLD Vision:  We are creating a faster, easier, and friendlier driver license experience and a safer Texas.*
*Samuel J. Silva*
*Driver License Regional Manager*
*O: (956) 565-7210*
*M: (956) 369-4517*



2:13-cv-193
09/02/2014
**DEF1969**

TEX0668956