| | |
|---|---|
| **From:** | Ramirez, Raquel |
| **To:** | Segundo, Carolina |
| **CC:** | Silva, Samuel; Uribe, Roxanne |
| **Sent:** | 8/9/2013 3:05:37 PM |
| **Subject:** | EIC Report |
| **Attachments:** | EIC Asst Mgr Weekly Report 08-09-2013.xls |

Attached is the EIC report for the week of 08/05-08/09/2013

Thank You,
*Raquel Ramirez*
Assistant Manager
Driver License Division
Region 3 - Weslaco
(956) 565-7212

2:13-cv-193
09/02/2014
**DEF1971**

TEX0668959