| | |
|---|---|
| **From:** | Hernandez, Anna |
| **To:** | Ramirez, Raquel |
| **CC:** | Silva, Samuel; Flores, Maria |
| **Sent:** | 10/11/2013 2:49:40 PM |
| **Subject:** | EIC Rpt for 10/07/13 thru 10/11/13 Weslaco |
| **Attachments:** | EIC Weekly Rpt 10-11-2013.xls |

Ms. Raquel,

As requested.

Thank You,

**Anna Marie Hernandez**
**Office Supervisor**
**2525 N. International Blvd.**
**Weslaco, Texas 78596**
**956-565-7213**
**anna.hernandez@dps.texas.gov**



2:13-cv-193
09/02/2014
**DEF1973**

TEX0668961