| | |
|---|---|
| **From:** | Ramirez, Raquel |
| **To:** | Segundo, Carolina |
| **CC:** | Silva, Samuel; Uribe, Roxanne |
| **Sent:** | 9/13/2013 3:19:26 PM |
| **Subject:** | EIC Weekly Report |
| **Attachments:** | EIC Weekly Report 09-13-13 .xls |

Sorry for the Delay…

2:13-cv-193
09/02/2014
**DEF1975**

TEX0668963