Case 2:13-cv-00193   Document 786-14   Filed on 11/19/14 in TXSD   Page 1 of 1

| | |
|---|---|
| **From:** | Rodriguez, Belinda |
| **To:** | Ramirez, Raquel |
| **CC:** | Silva, Samuel; Flores, Maria |
| **Sent:** | 8/9/2013 9:40:02 AM |
| **Subject:** | EIC Weekly Report |
| **Attachments:** | EIC Office Supervisor Weekly Report Format.xls |

Attached is the EIC Report for August 9. 2013

**Belinda L. Rodriguez**
**Office Supervisor**
**DL Laredo**
**(956)728-2305**



2:13-cv-193
09/02/2014
DEF1977

TEX0668965