| **From:** | Uribe, Roxanne |
|---|---|
| **To:** | Segundo, Carolina |
| **CC:** | Silva, Samuel |
| **Sent:** | 8/9/2013 2:04:07 PM |
| **Subject:** | EIC Weekly Report 3A05-3A07 |

| | | | **August 9, 2013  Weekly EIC Report** |
|---|---|---|---|
| 3 | Issuance | | N/A |
| | Inquiry | | 3A06 - Inquiry by phone to the Kingsville DL Office on Monday 8/5/13. Customer called the office to see if we processed election certificates. However, no election certificates have been issued by the office yet. |

*Roxanne Uribe*
Customer Operations Secretary III
Drivers License -- Corpus Christi
Ph: (361) 698-5624 | Fax: (361) 698-5557
roxanne.uribe@dps.texas.gov



TEX0668967