| | |
|---|---|
| **From:** | Segundo, Carolina |
| **To:** | Silva, Samuel |
| **Sent:** | 9/13/2013 3:22:45 PM |
| **Subject:** | EIC Weekly Report 9.13.13.xls |
| **Attachments:** | EIC Weekly Report 9.13.13.xls |

Region 3 received 0 inquiries and 0 issuances for the week ending 9/13/13.

Carol Segundo
Driver License Division
Region 3 - Weslaco
(956) 565-7211
(956) 565-7205 (fax)

2:13-cv-193
09/02/2014
**DEF1980**

TEX0668968