| | |
|---|---|
| **From:** | Ramirez, Raquel |
| **To:** | Segundo, Carolina |
| **CC:** | Uribe, Roxanne; Silva, Samuel; Flores, Maria |
| **Sent:** | 10/4/2013 3:09:19 PM |
| **Subject:** | EIC weekly Report for 3A1-3A4 10-4-2013 |
| **Attachments:** | EIC Weekl Rpt 10-04-13.xlsx |

Carol,

Here you go...

Thank You,
*Raquel Ramirez*
Assistant Manager
Driver License Division
Region 3 - Weslaco
(956) 565-7212



2:13-cv-193
09/02/2014
DEF1982

TEX0668970