| From: | Ramirez, Raquel |
|---|---|
| To: | Silva, Samuel |
| CC: | Flores, Maria; Segundo, Carolina; Uribe, Roxanne |
| Sent: | 11/15/2013 3:50:42 PM |
| Subject: | EIC Weekly Report |

Sam,

Attached is this week's EIC report for 3A1-3A4

| EIC Report for 11/11/13-11/15/2013 ||||
|---|---|---|---|
| 3 | Issuance | 3 | |
| | Inquiry | 0 | Had Valid DL/ID<br>Information Only.<br>One inquired but lacked a birth certificate. |

Thank You,
*Raquel Ramirez*
Assistant Manager, DLD
(956) 565-7212

2:13-cv-193
09/02/2014
DEF1984