| | |
|---|---|
| **From:** | Flores, Maria |
| **To:** | Segundo, Carolina |
| **CC:** | Silva, Samuel; Segundo, Carolina |
| **Sent:** | 9/13/2013 1:38:09 PM |
| **Subject:** | FW: EIC -09-13-2013 |
| **Attachments:** | EIC -09-13-2013.xls |

Carol,
I forgot to mention, this covers all of my 10 offices.

No issuances or inquiries this week.

---

**From:** Flores, Maria
**Sent:** Friday, September 13, 2013 1:37 PM
**To:** Segundo, Carolina
**Cc:** Silva, Samuel; Segundo, Carolina
**Subject:** EIC -09-13-2013

Carol,
Attached is our EIC report for this week.

Let me know if you have any questions.

Kind Regards,
M. Flores



2:13-cv-193
09/02/2014
**DEF1987**

TEX0668977