| **From:** | Uribe, Roxanne |
|---|---|
| **To:** | Silva, Samuel |
| **CC:** | Flores, Maria |
| **Sent:** | 10/25/2013 11:06:50 AM |
| **Subject:** | RE: EIC Issuance and Inquiry Report Update Needed |
| **Attachments:** | 10-25 New EIC.xls |

Sam,
Here is what we currently have for our area:

| | | | |
|---|---|---|---|
| | **Issuance** | 0 | |
| **3** | **Inquiry** | 11 | (1) Customer did not have required documents and opted to return for TX ID.<br>(1) Explained EIC eligibility via telephone inquiry.<br>(1) Customer had valid Driver License.<br>(1) Nueces County - Nueces Co Courthouse - Unit 21: Applicants were just asking for information.<br>(1) Nueces County - Flour Bluff ISD - Unit 23: Individual asked for explaination of EICs.<br>(4) Nueces County - Greenwood Sr Center - Unit 24: Individuals had valid Driver License.<br>(1) Nueces County - Greenwood Sr Center - Unit 24: Individual did not have birth certificate.<br>(1) San Patricio County - City Hall Annex - Unit 22: Customer inquired about required documentation for EIC.  Said he would return. |

Please call me if you have any questions.

*Roxanne Uribe*
Customer Operations Secretary III
Drivers License -- Corpus Christi
Ph: (361) 698-5624 | Fax: (361) 698-5557
roxanne.uribe@dps.texas.gov

---

**From:** Silva, Samuel
**Sent:** Friday, October 25, 2013 11:03 AM
**To:** Flores, Maria; Ramirez, Raquel
**Cc:** Segundo, Carolina; Uribe, Roxanne
**Subject:** EIC Issuance and Inquiry Report Update Needed

Please gather your EIC data and send it to me as soon as you can.  Use the format you used for the weekly report.
Sam.

2:13-cv-193
09/02/2014
**DEF1990**

TEX0668981

*DLD Vision:  We are creating a faster, easier, and friendlier driver license experience and a safer Texas.*
*Samuel J. Silva*
*Driver License Regional Manager*
*O: (956) 565-7210*
*M: (956) 369-4517*

TEX0668982