| | |
|---|---|
| **From:** | Segundo, Carolina |
| **To:** | Rodriguez, Tony |
| **CC:** | Bell, Stephen; Silva, Samuel; Uribe, Roxanne |
| **Sent:** | 9/6/2013 3:45:53 PM |
| **Subject:** | Region 3 - 6 September EIC Report |
| **Attachments:** | Region 3 EIC Weekly Report 9.6.13.xls |

Good Afternoon,

Attached is Region 3 EIC for ending September 6, 2013.

If there are any questions, please let me know.

Thank You,
Carol Segundo
DLD-Region 3
956-565-7211
956-565-7205 (fax)

2:13-cv-193
09/02/2014
DEF1992

TEX0668984