| | |
|---|---|
| From: | Hernandez, Anna |
| To: | Araiza, Mary; Buitron, Anabel; Cuellar, Sylvia; Delgado, Noemi; Garza, Elizabeth(Weslaco); Guerra, Margarita; Gutierrez, Monique; Guzman, Ruben; Hilbrands, Armando; Lane, Priscilla; Montes, Inez; Ramirez, Belen; Ramon, Asiria; Saenz, Maria; Arevalo, John |
| CC: | Silva, Samuel; Ramirez, Raquel |
| Sent: | 9/11/2013 9:40:14 AM |
| Subject: | |
| Attachments: | EIC Office Supervisor Weekly Report Format.xls; Election Certificate Issuance Procedures Job Aid.docx; Election Certificate Question Answers 06212013.docx; SATURDAY SCHEDULE.doc |

Everyone,

As you all know, we will be open every Saturday, from September 14, 2013 and November 2, 2013 between the hours of 10:00 a.m. to 2:00 p.m. Please see the attachments for additional information, clarification and instructions.

The first attachment is instructions on issuing an EIC certificate. This explains step by step instructions on how to process the election ID Certificate transaction.

The second attachment is regarding the eligibility requirements for obtaining an EID Certificate. Let me remind everyone, we are here to educate the public, by explaining the eligibility requirements, NOT to share our personal opinions on the subject matter.

The third attachment is a form used to track how many inquiries are made and how many EIC cards are issued. AS you fill out the form, please pay close attention to your grammar and punctuation. At 2:00, you will send me an email and include this form as an attachment, I in turn, will forward the required information to our chain of command.

The fourth attachment is a copy of the Saturday work schedule.

Please be aware, I have placed a folder at the information desk with Election ID Applications in both English and Spanish.

Our Lead, Maggie Guerra has put together a list of things to do in between customer inquiries. Ms. Guerra will place the "to-do" list on the bulletin board in the bookkeeping room.

Let me reiterate, we will only process election ID certificates. Because there is no cost for an Election ID Certificate, there will be no bookkeeping responsibilities.

If you have any additional questions, please feel free to come see me.

Thank You,

**Anna Marie Hernandez**
**Office Supervisor**
**2525 N. International Blvd.**
**Weslaco, Texas 78596**
**956-565-7213**
anna.hernandez@dps.texas.gov

2:13-cv-193
09/02/2014
**DEF1994**

TEX0668986