# SATURDAY SCHEDULE

**September 14th - Maggie / Monique**

**September 21st - Sylvia / Mary**

**September 28th - Anabel / Elizabeth**

**October 5th - Priscilla / Belen**

**October 12th - Sadie / Liz**

**October 19th – Mary Ann / Inez**

**October 26th – Sarah / Mando**

**November 2nd – Maggie/ Monique**

2:13-cv-193
09/02/2014
DEF1995

TEX0669005