| | |
|---|---|
| **From:** | Ramirez, Raquel |
| **To:** | Segundo, Carolina |
| **CC:** | Silva, Samuel; Uribe, Roxanne; Flores, Maria |
| **Sent:** | 9/20/2013 3:15:52 PM |
| **Subject:** | Weekly EIC |
| **Attachments:** | EIC Weekly Report 9-20-2013.xls |

Per request..

Thank You,
*Raquel Ramirez*
Assistant Manager
Driver License Division
Region 3 - Weslaco
(956) 565-7212



2:13-cv-193
09/02/2014
**DEF1997**

TEX0669008