| | |
|---|---|
| **From:** | Ortega, Carlos Jr |
| **To:** | Valenzuela, Estella |
| **CC:** | Sarabia, Leticia |
| **Sent:** | 2/13/2014 6:04:24 PM |
| **Subject:** | FW: Jeff Davis EIC |
| **Attachments:** | ML0063.pdf |

Ms. V,
Attached please find the memo and interlocal agreement (MOU) between TXDPS and Jeff Davis County regarding EIC operations. I will mail the originals to you on Friday February 14. Please let me know if you need anything else.

**Carlos M. Ortega Jr.**
**Program Supervisor III - El Paso East**
**Driver License Division**
**Region 4 - Fort Stockton**
**Office: (432) 336-5001**
**Cell: (432) 923-3295**
**Email: carlos.ortegajr@dps.texas.gov**

The Driver License Division is committed to quality and excellence in customer service. Please share your thoughts with us via our online customer service survey at: http://www.survey.utexas.edu/txdps/

---

**From:** Ortega, Carlos Jr
**Sent:** Thursday, February 13, 2014 4:03 PM
**To:** Valenzuela, Estella
**Cc:** Sarabia, Leticia; Marquez, David; Stevens, Cyndee D; Huddleson, Lawrence
**Subject:** RE: Jeff Davis EIC

Ms. V,
Laura with the Jeff Davis County Attorney's office contacted me and advised that the EIC contract was approved. David Marquez, TDEM, is on his way to Jeff Davis to get the contract signed. I have already contacted Cyndee and made arrangements for Larry to head to Fort Davis to train on Thursday February 20. Ginger, with the Sheriff's Office, will be the county employee to be trained to issue EIC transactions. I too have contacted her and made her aware of the training date. The EIC issuance will be conducted under the Sheriff's direction, Rick McIvor. The information to the office is  105 Court Ave/PO Box 1061 Fort Davis, TX 79734 (432) 426-3213.

**Carlos M. Ortega Jr.**
**Program Supervisor III - El Paso East**
**Driver License Division**
**Region 4 - Fort Stockton**
**Office: (432) 336-5001**
**Cell: (432) 923-3295**
**Email: carlos.ortegajr@dps.texas.gov**

2:13-cv-193
09/02/2014
**DEF1999**

TEX0669010

The Driver License Division is committed to quality and excellence in customer service. Please share your thoughts with us via our online customer service survey at: http://www.survey.utexas.edu/txdps/

---

**From:** Ortega, Carlos Jr
**Sent:** Wednesday, February 12, 2014 3:50 PM
**To:** Valenzuela, Estella
**Cc:** Sarabia, Leticia; Marquez, David
**Subject:** FW: Jeff Davis EIC

Ms. V,
I just spoke to the Sheriff's admin, Ginger, and she has not seen the Sheriff or has been able to speak to the Judge. Court was held and from her take everything should have been approved, she just hasn't confirmed that with the Sheriff. She stated that as soon as she was able to find something out she would call me.

*Carlos M. Ortega Jr.*
**Program Supervisor III - El Paso East**
**Driver License Division**
**Region 4 - Fort Stockton**
**Office: (432) 336-5001**
**Cell: (432) 923-3295**
**Email: carlos.ortegajr@dps.texas.gov**


The Driver License Division is committed to quality and excellence in customer service. Please share your thoughts with us via our online customer service survey at: http://www.survey.utexas.edu/txdps/

---

**From:** Ortega, Carlos Jr
**Sent:** Friday, February 07, 2014 9:47 AM
**To:** Marquez, David
**Subject:** Jeff Davis EIC

David I was letting you know that I spoke to the Sheriff yesterday afternoon and he was needing information to present to the court. The commissioners will be meeting on Tuesday February 11 and we should know either way on that day what they decided.

*Carlos M. Ortega Jr.*
**Program Supervisor III - El Paso East**
**Driver License Division**
**Region 4 - Fort Stockton**
**Office: (432) 336-5001**
**Cell: (432) 923-3295**
**Email: carlos.ortegajr@dps.texas.gov**


The Driver License Division is committed to quality and excellence in customer service. Please share your thoughts with us via our online customer service survey at: http://www.survey.utexas.edu/txdps/