| | |
|---|---|
| **From:** | Smith, Timothy |
| **To:** | 'jmendez@co.franklin.tx.us' |
| **Sent:** | 4/11/2014 9:15:57 AM |
| **Subject:** | FW: EIC Interlocal Cooperation Contract (Franklin CO) |
| **Attachments:** | Region 1A Franklin County EIC ICC.pdf |

Jacquelyn,

Here is the signed agreement we got back. Can you forward a copy to Judge Lovier's office also.

We will be headed into the next EIC push here in the coming weeks and I wanted to extend the opportunity to receive training again if needed. Just let me know if you want/need it and we will make arrangements to get with you to complete it. This is not required, just wanted to make sure we are providing support as needed.

If you have any questions or need any additional information, please let me know and I will be happy to assist.

tim

Tim

Very Respectfully,

Timothy Smith
Assistant Manager
Region 1A Driver License Division, Tyler District
Phone: 903-939-6017
Cell: 903-245-5215
Email: timothy.smith@dps.texas.gov

*Driver License Division Vision:* We are creating a faster, easier, and friendlier driver license experience and a safer Texas.



**From:** Winkley, Salestus
**Sent:** Friday, April 11, 2014 8:11 AM
**To:** Smith, Timothy
**Subject:** FW: EIC Interlocal Cooperation Contract

**From:** Election_Identification_Certificates
**Sent:** Thursday, April 10, 2014 1:34 PM
**To:** rjones@co.franklin.tx.us
**Cc:** Winkley, Salestus
**Subject:** EIC Interlocal Cooperation Contract



Attached please find the Election Identification Certificate ICC signed by Joe Peters, Assistant Director.

Best regards,
Cynthia (Cindy) Collins
Phone – 512-424-5102
Cell – 512-221-7908