| | |
|---|---|
| From: | Thomas Cravey |
| To: | Smith, Timothy |
| Sent: | 1/31/2014 1:13:52 PM |
| Subject: | Re: FW: Can you send me the MOA |
| Attachments: | DPS DL MOU.pdf |

Signed MOU attached.

On Fri, Jan 31, 2014 at 12:42 PM, Smith, Timothy <Timothy.Smith@dps.texas.gov> wrote:

Sir,

Attached is the MOU I mentioned previously. It covers much of what we discussed and is necessary to finalize the agreement between the county and DPS. If you can complete and return to me, I will get it to Austin and return you a copy of the signed and complete MOU.

Please let me know if you need any additional information and I will be happy to assist in any way I can.

Tim

Very Respectfully,

*Timothy Smith*

Assistant Manager

Region 1A Driver License Division, Tyler District

Phone: 903-939-6017

Cell: 903-245-5215

Email: timothy.smith@dps.texas.gov

*Driver License Division Vision:* **We are creating a faster, easier, and friendlier driver license experience and a safer Texas.**





2:13-cv-193
09/02/2014
**DEF2003**

**From:** Krueger, Kristopher
**Sent:** Friday, January 31, 2014 10:39 AM
**To:** Smith, Timothy
**Subject:** RE: Can you send me the MOA

Tim,

Attached is the MOU.

Kristopher Krueger

Strategic Operations Analyst

Driver License Division

kristopher.krueger@dps.texas.gov

512-424-5061 (office)

512-705-7169 (mobile)

---

**From:** Smith, Timothy
**Sent:** Friday, January 31, 2014 9:04 AM
**To:** Krueger, Kristopher
**Subject:** Can you send me the MOA

Kris,

Can you send me the MOA and I will get it signed and sent back when the training happens. I have already given the equipment to them (box 85 A & B) and had them complete the inventory with me so I know the items are there. I had forgotten about the MOA however but that is not a big deal to get it signed when the training happens.

Tim

Very Respectfully,

TEX0669021

*Timothy Smith*

Assistant Manager

Region 1A Driver License Division, Tyler District

Phone: 903-939-6017

Cell: 903-245-5215

Email: timothy.smith@dps.texas.gov

*Driver License Division Vision:* **We are creating a faster, easier, and friendlier driver license experience and a safer Texas.**



--
Thomas Cravey
Camp County Judge