Texas Department of Public Safety, Driver License Division

Policy & Business Improvement



# Scheduled Offices

2:13-cv-193
09/02/2014
**DEF2005**

*Driver License Division*                                              *Policy & Business Improvement*

## Scheduled Offices:
As part of a pilot program to determine the feasibility of the "mobile" Driver License System (DLS) equipment, five offices that were operating on the outdated Legacy equipment were successfully converted to DLS.

There are currently 8 remaining offices using the outdated Legacy equipment and 38 offices that have closed due to Legacy equipment failure between September 2010 and today.

Phase I:
- Upgrade remaining 8 mobile offices from DDL to DLS.

Phase II:
- Reopen offices that closed beginning September 2010.
- County has requested office to be re-opened.
- 1 office per County unless 30 or more transactions per day.

## Phase I – DDL upgrade to DLS:
DPS will upgrade the following DDL mobile office locations by the end of the year (December 2011):
- Sonora (Sutton County) – Thursday 9:30 – 3:15
- Baird (Callahan County) – Wednesday 9:00 – 4:00
- Canadian (Hemphill County) – Tuesday and Wednesday 9:00 – 4:00
- Panhandle (Carson County) – Tuesday – 9:00 – 4:00
- Quanah (Hardeman County) - Tuesday – 9:00 – 4:00
- Roby (Fisher County) – Wednesday 9:00 – 4:00
- Shamrock (Wheeler County) – Tuesday and Thursday – 9:00 – 3:45 – CLOSED
- Hallettsville (Lavaca County) -  Tuesday and Wednesday 9 to 4 – will open

DPS has completed upgrading the following locations:
- Falfurrias (Brooks County)
- Clarendon (Donley County)
- Munday (Knox County)
- Seymour (Baylor County)
- Goldthwaite (Mills County)

## DPS Headquarters Processes for Upgraded Offices:
I will mail the letter and Interlocal Cooperation Contract to the 8 remaining offices for upgrade.  As soon as we get the signed contract, the following steps will be taken to initiate the upgrade:

TEX0669027

Technology Solutions (TS) will contact Information Technology (IT) to install the Driver License System (DLS) image.

TS will supply:
- The home office name/location
- Laptop

IT will install the DLS image then will pair the laptop to a specific set of L1 mobile unit suitcases, provided by TS.

IT will install and provide:
- L1 equipment (mobile unit suitcases)
- Printer and scanner
- IP address for laptop for office

1. TS will install the scanner and upload software to include the name of the laptop.
2. TS, IT, Field Supervisor, and Examiner will travel to the scheduled office to:
   a. Set up the laptop
   b. IT assign the DSL IP address (if required)
   c. TS process a test transaction
3. If new system works, dissemble the old DDL equipment for return to Austin.
4. Set mobile equipment up.
5. IT installs printer and scanner.
6. TS process additional transactions.
7. Familiarize Examiner with mobile office equipment.
8. Next day, IT will perform follow-up in person to answer any questions that may have arisen.

## Phase II - Reopen Offices:
DPS will begin reopening the following mobile offices beginning **January 1, 2012**.

| Closed September 2010 |
|---|
| Refugio (Refugio County) |
| Fort Davis (Jeff Davis) |
| **Closed October 2010** |
| Claude (Armstrong County) |
| Stratford (Sherman County) |
| Giddings (Lee County) |
| Lockhart (Caldwell County) |
| Mason (Mason County) |
| Channing (Hartley County) |
| Elgin (Bastrop County) |

TEX0669028

Driver License Division                                         Policy & Business Improvement

| |
|---|
| Pearsall (Frio County) |
| San Saba (San Saba County) |
| **Closed November 2010** |
| Dell City (Hudspeth County) |
| Sierra Blanca (Hudspeth County) |
| Post (Garza County) |
| Sanderson (Terrell County) |
| Morton (Cochran County) |
| Slaton (Lubbock County) |
| Tahoka (Lynn County) |
| **Closed December 2010** |
| Bellville (Austin County) |
| Eden (Concho County) |
| Junction (Kimble County) |
| Menard (Menard County) |
| Ozona (Crockett County) |
| Goliad (Goliad County) |
| Eldorado (Schleicher County) |
| Iraan (Pecos County) |
| McCamey (Upton County) |
| Mertzon (Irion County) |
| Rankin (Ellis County) |
| **Closed January 2011** |
| Palacios (Matagorda County) |
| Port Isabel (Cameron County) |
| Navasota (Grimes County) |
| Sealy (Austin County) |
| Tilden (McMullen County) |
| **Closed March 2011** |
| Rocksprings (Edwards County) |
| Johnson City (Blanco County) |
| **Closed April 2011** |
| Marfa (Presidio County) |
| Edna (Jackson County) |

**Issues:**
- No signature capture devices currently in stock.
- ADLTS machines cost $900 each and an additional $200 for cable drop.
- No thumbprint capture devices currently in stock.
- Permanent L1 Camera Tower has its own hard-drive and requires its own VPN which causes a security risk.

4

- ADLTS machines will require them to be shipped to HQ for support if it breaks down, IT cannot remotely access them (up to 95% of issues can be resolved via DPS helpdesk).
- It takes approximately two weeks for each office to be set up and tested.

**Recommendations:**
1. Identify deadline for the city/county to respond to DPS regarding the partnership.
2. Develop plan of action to open scheduled offices in the city/county and develop a communication plan to apprise relevant department staff and elected officials.
3. Regional Managers recommend scheduled office hours.
4. Remove hard-drive from the L1 permanent camera towers to allow it to work with the laptop computer.
5. A Service Level Agreement (SLA) will be developed with IT for equipment support including ADLTS if needed.

