| | |
|---|---|
| From: | David Phillips |
| To: | Commissioner Pct1 Admin; G. K. Maenius |
| CC: | Jay Singleton; Carla H. Savage; Tracy Pelle; David P. Cone; Mike Amador; Mark Owens; Billy Patton; Chung S. Mar; Eric Wersal; Amy R. Barnes; Rick Brunson; Debbie K. Schneider; Randy Renois; Penick, Linda; Watkins, Paul; Medrano, Paul; Robert Carter |
| Sent: | 12/17/2013 7:55:03 AM |
| Subject: | FW: Interlocal agreement with Department of Public Safety |
| Attachments: | 1_14_13 DPS MOU drawing Backup.pdf; 1_14_14 DPS MOU for Miller Ave 12 16 13 CCC.pdf; 1_14_14 DPS MOU for Miller Ave_Tarrant_County_121013.pdf |

Commissioner Brooks and G.K.,

The DPS agreement is worked out. The agreement will be on the January 14th agenda. The DPS and County will be ready to commence DPS office operations in January 2014.

dp

David Phillips
Tarrant County
Facilities Management Director
100 West Weatherford Street, Room 460
Fort Worth, Texas 76196
817-884-2878 office

---

**From:** Carla H. Savage
**Sent:** Monday, December 16, 2013 4:00 PM
**To:** David Phillips
**Subject:** Interlocal agreement with Department of Public Safety

Mr. Phillips,

Please find attached the interlocal agreement documents for Commissioners Court on January 14, 2014.

*Thank You,*
*Carla Savage*
*Tarrant County*
*Facilities Management*
*817-884-2878*



2:13-cv-193
09/02/2014
DEF2006

TEX0669031