

| | |
|---|---|
| COMMISSIONERS COURT COMMUNICATION | REFERENCE NUMBER |
| | PAGE 1 OF 8 |
| | DATE: 1/14/14 |

SUBJECT: APPROVAL OF INTERLOCAL AGREEMENT WITH THE TEXAS DEPARTMENT OF PUBLIC SAFETY TO OPEN AND OPERATE A DRIVER LICENSE OFFICE IN THE MILLER AVENUE ADMINISTRATION BUILDING, 3500 MILLER AVENUE, FORT WORTH

**COMMISSIONERS COURT ACTION REQUESTED:**

It is requested that the Commissioners Court approve an interlocal agreement with the Texas Department of Public Safety to open and operate a driver license office in the Miller Avenue Administration Building, 3500 Miller Avenue, Fort Worth.

**BACKGROUND:**

The purpose of this interlocal agreement is to place a driver license office in the Miller Avenue Administration Building to improve the access to election identification certificates, driver license renewal and replacement options for the Southeast Fort Worth community.

Over the last twelve months, Tarrant County Precinct One, State Representative Lon Burnam's Office and County staff have been working with the Texas Department of Public Safety in developing a framework to open a driver license office in the Miller Avenue Administration Building. Commissioners Court approved $25,000 in the FY-14 capital budget to provide funds to construct a 465 square feet office inside the existing Community Room. The renovation work has been completed.

The DPS office will provide space for two DPS staff members to serve the community. The DPS office will provide election identification certificates, driver license renewals and replacement services.

The initial term of this agreement is two (2) years and is renewable for multiple two (2) year options afterwards. Tarrant County will provide IT internet access, telephone service, utilities, janitorial and building maintenance for the office.

The District Attorney's Office has approved this interlocal agreement as to form.

2:13-cv-193
09/02/2014
DEF2008

| SUBMITTED BY: | Facilities Management | PREPARED BY: | David Phillips |
|---|---|---|---|
| | | APPROVED BY: | |



COMMISSIONERS COURT
COMMUNICATION

REFERENCE NUMBER: _____  DATE: __01/14/14__  PAGE 2 OF ____8____

**FISCAL IMPACT:**

There is no fiscal impact with this interlocal agreement today.

The fiscal impact of the construction renovation of the new DPS office in the Miller Avenue Administration Building is less than $25,000.00. Commissioners Court approved this capital expenditure in the FY-14 budget.

The fiscal impact for the ongoing operation and maintenance of the office and surrounding area in the Community Room is estimated to be less than $3,000.00 annually (additional janitorial, utilities, general maintenance, ITD costs, expected because of increased public traffic in an area that is currently used for specific scheduled meetings and events). The ongoing operations will be funded with the Facilities Management building operating accounts and Information Technology Department accounts.