| | |
|---|---|
| From: | Penick, Linda |
| To: | fred.deaton@co.crockett.tx.us |
| CC: | Watkins, Paul |
| Sent: | 12/19/2013 7:25:10 AM |
| Subject: | MOU for Crockett County |
| Attachments: | 12 10 13 MOU_Ozona_Crockett_County.docx |

Good morning,

Attached please find the Interlocal Cooperation Contract between DPS and Crockett County.

Once approved, please sign two originals in blue ink and send both of them back to me. We will then sign the documents and send you back one original for your records.

If you have any questions or concerns, please do not hesitate to contact me.

*Linda Penick*
*Project Manager IV*
*Driver License Division*
*Texas Department of Public Safety*
*5805 N. Lamar*
*Austin, TX  78752*

*Office: 512-462-6186*
*Cell: 512-730-9854*



TEX0669040