# INTERLOCAL COOPERATION CONTRACT
# for Scheduled Driver License Office Space

## I. Parties
This contract ("Contract") is made and entered by and between Crockett County ("County") and the Texas Department of Public Safety ("TXDPS"), referred to herein as the "Parties," pursuant to the authority granted in Chapter 521 of the Texas Transportation Code and in compliance with the provisions of the Interlocal Cooperation Act, Chapter 791 of the Texas Government Code.

## II. Purpose
The purpose of this Contract is to provide TXDPS the exclusive use of office space together with the non-exclusive use of the property owned by the County to provide driver license services at a Scheduled Driver License Office located at 1503 Monterrey, Ozona, Crockett County, Texas 76943 ("Premises").

## III. Responsibilities of Parties
With the County's funds, the County shall acquire and provide TXDPS, at no cost to TXDPS, the following items for the operation of a Scheduled Driver License Office:
- Infrastructure for a 12' x 56' modular building, including:
  - Site pad to place modular building on
  - Water line installation
  - Sewer line installation
  - Electricity to site
  - Conduit to DPS Communications Building for data lines
- Connection of utilities when building is delivered to site
- Payment of monthly waste service, electricity, water and sewer
- Sufficient parking to accommodate Driver License employee and customers
- Routine and preventative maintenance and repair of any County property used by TXDPS

With TXDPS' funds, TXDPS shall acquire and provide, at no cost to the County, the following items for the operation of a Scheduled Driver License Office:
- One modular office, including skirting, deck and ramps, canopy, delivery and setup
- One (1) TXDPS employee during set business hours
- Required signage for office space
- One (1) 15 amp surge protector power strip
- One (1) CSR workstation
- One (1) 18" x 60" utility table
- One (1) desk office chair
- Two (2) customer chairs
- One (1) four-drawer lockable filing cabinet
- One (1) two-drawer lockable filing cabinet
- One (1) paper shredder
- One (1) photo capture device
- One (1) fingerprint capture device
- One (1) signature scanner
- Automated Driver License Testing System(s) ("ADLTS") based on customer volume
- One (1) high-powered USB hub


2:13-cv-193
09/02/2014
**DEF2011**

TXDPS #DLD201311211547
Page 1 of 5

TEX0669041

- One (1) laptop computer
- One (1) extension cord
- One (1) mouse
- One (1) desktop printer
- One (1) document scanner
- One (1) eye testing device
- One (1) passport scanner
- IT related equipment sufficient to connect to the DPS Communications network on site.

TXDPS reserves the right to set and adjust the operational hours of the Scheduled Driver License Office based on customer demand.

Driver license services shall be provided at the Scheduled Driver License Office when the office temperature range is within acceptable safety standards and when no other condition(s) make it unsafe for the TXDPS employee to operate the Scheduled Driver License Office at the Premises.

TXDPS retains the right to temporarily dismantle the driver license set up and equipment at the Scheduled Driver License Office during times of disaster to provide support to alternative areas requiring driver license services as a result of a disaster.

**IV. Terms and Conditions**
1. <u>Term:</u>  This Contract shall become effective on the date it is signed by the last of the two Parties to this Contract. The initial term of this Contract shall be for a two (2) year term. Upon mutual written agreement between the Parties, the Parties may renew this Contract, in whole or in part and under the same terms and conditions, for term(s) of two (2) years.

2. <u>Termination:</u>  Either Party may cancel this Contract for any reason upon forty-five (45) days written notice to the other Party.

3. <u>Use of Premises:</u> TXDPS may use the Premises and the improvements thereon solely for TXDPS driver license related functions.  TXDPS shall not sublease or assign its use of the Premises as provided herein.

4. <u>Secure Premises:</u>  TXDPS agrees, in exchange for the use and occupancy of the Premises under this Contract, to take all reasonable measures to keep the Premises secure that are in TXDPS' use and control.

5. <u>Compliance of Premises:</u>  The County certifies that the Premises to be occupied by TXDPS shall comply with all applicable federal, state, and local laws, statutes, and ordinances, codes, rules, and regulations, which include compliance with all applicable handicapped accessibility requirements, such as the Americans with Disabilities Act.  The Premises shall meet all zoning and building code requirements of the local government code in which the space is located.  Acceptance of the Premises does not exonerate the County from meeting all applicable requirements.  No requirement may be waived by TXDPS.

6. <u>No Liability for Employees:</u>  Each Party to this Contract shall have no liability whatsoever for the actions or omissions of an individual employed by another Party, regardless of where the individual's actions or omissions occurred.  Each Party is solely responsible for the actions and/or omissions of its employees, officers and agents; however, such responsibility is only to the extent required by Texas law.  Where injury or property damage result from the joint or concurring acts and/or omissions of the Parties, liability, if any, shall be shared

by each Party in accordance with the applicable laws of the State of Texas, subject to all defenses, including governmental immunity.  These provisions are solely for the benefit of the Parties hereto and not for the benefit of any person or entity not a Party hereto; nor shall any provision hereof be deemed a waiver of any defenses available by law.

7. Non-Incorporation:  This Contract constitutes the entire agreement between the Parties with regard to the matters made the subject of this Contract.  There are no verbal representations, inducements, agreements, or understandings between the Parties other than those specifically set forth herein.

8. Amendments:   No modifications, amendments or supplements to, or waivers of, any provision of this Contract shall be valid unless made in writing and signed by both Parties to this Contract.

9. Force Majeure:  Neither Party shall be liable to the other for any default or delay in the performance of its obligations under this Contract caused by force majeure, provided the Party seeking to be excused has prudently and promptly acted to take any and all reasonable corrective measures that are within the Party's control.  Force majeure is defined as those causes beyond the control of the Party required to perform that are generally recognized under Texas law as a force majeure event, such as acts of God, unusual weather conditions, fire, riots, sabotage, acts of domestic or foreign terrorism, or any other cause beyond the reasonable control of such Party.

10. Governing Law and Venue:  This Contract shall be construed under and in accordance with the laws of the State of Texas.  Except as otherwise provided by Chapter 2260 of the Texas Government Code, venue for any litigation between the Parties shall be Travis County, Texas.

11. Dispute Resolution:   The County shall use the dispute resolution process provided for in Chapter 2260 of the Texas Government Code and the applicable TXDPS administrative rules to attempt to resolve all disputes or contract claims arising under this Contract.

12. No Joint Enterprise:  The provisions of this Contract are not intended to create, nor shall they be in any way construed to create, a joint venture, a partnership, or to create the relationships of an employer-employee or principal-agent, or to otherwise create any liability for the Parties whatsoever with respect to the Parties' indebtedness, liabilities, and obligations.

13. Severability:  If any provision of this Contract is held to be invalid, unenforceable, or illegal in any respect, such provision shall be fully severable, and the remainder of this Contract shall remain valid and in full force and effect.

14. Notice:  Any notice required or permitted under this Contract shall be in writing and shall be directed to the Parties as designated below and shall be deemed given: (1) when delivered in hand and a receipt granted; (2) when received if sent by certified mail, return receipt requested; (3) upon three business days after deposit in the United States mail; or (4) when received if sent by confirmed facsimile or confirmed email:

    **If to TXDPS:**
        Administration Division – Facilities
        Eddie King
        5805 North Lamar Boulevard

Austin, TX 78773
Telephone: 512-424-2219
Email: Eddie.King@dps.texas.gov

Driver License Division
Estella Valenzuela, Regional Manager
2405 S. Loop 250 West
Midland, TX  79703
Telephone:  432-498-2351
Email:  Estella.Valenzuela@dps.texas.gov

**If to COUNTY:**
Judge Fred Deaton
Crockett County
PO Box 1857
Ozona, TX  76943
Telephone: 325-392-2965
Email: Fred.Deaton@co.crockett.tx.us

Either of the Parties may change its address or designated individual(s) to receive notices by giving the other Party written notice as provided herein, specifying the new address and/or individual and the date upon which it shall become effective.

15. <u>Signatory Authorization:</u>  The signatories for the Parties hereby represent and warrant that each has full and complete authority to enter into this Contract.

16. <u>Certifications:</u>  The Parties certify that: each Party paying for the performance of governmental functions or services must make those payments from current revenues available to the paying party; this Contract is authorized by the governing body of the Parties; and each has the authority to enter into this Contract.

Having agreed to the terms and conditions stated herein, the Parties do hereby execute this Contract.

**CROCKETT COUNTY:**

_____
Signature

_____
Fred Deaton, County Judge

_____
Date


**TEXAS DEPARTMENT OF PUBLIC SAFETY:**

_____
Signature

TEX0669044

_____
Joe Peters, Assistant Director, Driver License Division

_____
Date

TEX0669045