# TEXAS DEPARTMENT OF PUBLIC SAFETY
5805 N LAMAR BLVD • BOX 4087 • AUSTIN, TEXAS 78773-0001
512/424-2000
www.dps.texas.gov




STEVEN C. McCRAW
DIRECTOR
DAVID G. BAKER
CHERYL MacBRIDE
DEPUTY DIRECTORS

COMMISSION
A. CYNTHIA LEON, CHAIR
CARIN MARCY BARTH
ADA BROWN
ALLAN B. POLUNSKY
JOHN STEEN

September 10, 2012

Linda Rogers
County Judge
119 East McLain
Seymour, Texas 76380

Dear Judge Rogers:

The purpose of this correspondence is to formalize the agreement between Baylor County and the Texas Department of Public Safety (DPS) for the support of a scheduled driver license office.

In order for Baylor County to retain driver license services, the county must meet the requirements listed in the attached Interlocal Cooperation Contract.

By signing the Interlocal Cooperation Contract, Baylor County agrees to provide the necessary items to allow DPS to continue providing driver license services. If the county does agree to the partnership with DPS, please return the signed contract by close of business on October 31, 2012.

If you have any questions, please contact Lori Melcher by phone at 512- 424-5370 or by email at lori.melcher@dps.texas.gov.

Sincerely,



Steven C. McCraw

Cc: DLD Regional Manager
    Regional Commander
    DLD Assistant Director
    Projects, Policy, and Portfolio Management Office

Attachments

2:13-cv-193
09/02/2014
**DEF2012**

TEX0669046