# TEXAS DEPARTMENT OF PUBLIC SAFETY
5805 N LAMAR BLVD • BOX 4087 • AUSTIN, TEXAS 78773-0001
512/424-2000
www.dps.texas.gov




STEVEN C. McCRAW
DIRECTOR
DAVID G. BAKER
CHERYL MacBRIDE
DEPUTY DIRECTORS

COMMISSION
A. CYNTHIA LEON, CHAIR
CARIN MARCY BARTH
ADA BROWN
ALLAN B. POLUNSKY
RANDY WATSON

January 15, 2013

The Honorable Jim Huff
County Judge
Post Office Box 487
George West, Texas 78022

Dear Judge Huff:

The Department appreciates the office space and resources provide by Live Oak County over the past years. The purpose of this correspondence is to formalize the partnership between the Department and Live Oak County for the continued support of the driver license office located in George West. The Department requests the county meet certain standards as listed in the attached Interlocal Cooperation Contract.

By signing the contract, Live Oak County agrees to the required items to allow DPS to continue providing driver license services. If the county does agree to continue the partnership with DPS, please return the signed contract by close of business on February 15, 2013.

If you have any questions, please contact Lori Melcher by phone at 512-424-5370 or email at lori.melcher@dps.texas.gov.

Sincerely,


Steven C. McCraw

Cc:   DLD Regional Manager
      Regional Commander
      DLD Assistant Director
      Public Affairs and Policy

Attachment



*EQUAL OPPORTUNITY EMPLOYER*
COURTESY • SERVICE • PROTECTION

TEX0669051