| | |
|---|---|
| **From:** | Hubbard, Barbara |
| **To:** | Collins, Cynthia; Krueger, Kristopher |
| **CC:** | Carlsson, Lori; Rodriguez, Tony |
| **Sent:** | 2/11/2014 2:27:18 PM |
| **Subject:** | EIC County Operations Update_Region 6A |
| **Attachments:** | hppscan156.pdf |

Region 6A San Antonio, County EIC Operations

| County | MOU Status | Training date | EIC Trainer | EIC Unit # | Other |
|---|---|---|---|---|---|
| Goliad | Mailed to Austin HQ 02/11/14 | Tues. 02/18/14 | Paul Esquivel | 87 | Michelle Garcia- County Tax Accessor Collector, 361-645-3354 |
| Karnes | MOU attached 02/11/14 | Wed. 02/19/14 | Paul Esquivel | 89 | Karen Opiela- Elections Administrator, 830-780-2246 |
| Jackson | MOU pending commissioners court meeting on 02/24/14 or sooner if possible | Thurs. 02/20/14 | Paul Esquivel | 90 | Honorable Judge Simons Barbara Williams – County Clerk Sarita DeLaGarza- District Clerk-Elections, 361-782-3563 |
| Bandera | MOU emailed to Toba Wright 02/11/14 by Carlsson | Pending- Lori will speak with Ms. Wright and schedule a tentative date | Paul Esquivel | We will need a fourth unit for this location | Toba Wright-Elections Coordinator, 830-796-8146 |

**Additional notes:**
**Karnes** – The MOU for Karnes is attached to this email.
**Bandera** – Toba Wright, Elections Coordinator has agreed to do the training, Judge Evans left the decision up to her. The MOU that was emailed to her today will be presented to the Commissioners Count on February 27, 2014. Yesterday was the soonest we were able to meet with Ms. Wright. Due to the time crunch we will plan to send a DL EIC team to Bandera for EIC operations February 18 through February 21, 2014.  Ms. Wright has requested that the 5th day be on March 4th, election day and this would allow for the late evening hour of 7:00 pm.  **Ms. Wright stated there are no Saturday hours available.**

WE WILL NEED A FOURTH EIC COUNTY UNIT

2:13-cv-193
09/02/2014
**DEF2027**

TEX0669121