| | |
|---|---|
| **From:** | Bergman, Kathy |
| **To:** | Rodriguez, Tony; Krueger, Kristopher |
| **Sent:** | 10/28/2013 3:02:35 PM |
| **Subject:** | FW: DPS / TRINITY COUNTY MOU ~ Election Identification Certificate |
| **Attachments:** | DPS~ Trinity County Interlocal Agreement Oct 2013.pdf |

*Kathy Bergman*
Regional Manager
Region 2B
Texas Department of Public Safety
Driver License Division
#2 Hilbig, Conroe, TX 77301
936-442-2829

---

**From:** jschneider@co.trinity.tx.us [mailto:jschneider@co.trinity.tx.us]
**Sent:** Monday, October 28, 2013 2:58 PM
**To:** Bergman, Kathy
**Cc:** TCJ Judge
**Subject:** DPS / TRINITY COUNTY MOU ~ Election Identification Certificate

Hi, Kathy ....

Attached is the **Election Identification MOU** between **Trinity County** and **DPS**.

Please let us know if you need anything else. Thank you, **Kathy.**

**Julie Schneider**
**Trinity County**


From: "Bergman, Kathy" <Kathy.Bergman@dps.texas.gov>
Sent: Thursday, October 17, 2013 2:33pm
Subject: RE: TRINITY COUNTY ~ Election Identification Certificate Training

Julie,
Don't forget to get the County Judge to sign the MOU and get it back to DPS. Call me if I can be of assistance.
*Kathy Bergman*
Regional Manager
Region 2B
Texas Department of Public Safety
Driver License Division
#2 Hilbig, Conroe, TX 77301
936-442-2829

2:13-cv-193
09/02/2014
**DEF2029**

TEX0669125