| | |
|---|---|
| **From:** | Valenzuela, Estella |
| **To:** | Collins, Cynthia; Rodriguez, Tony; Krueger, Kristopher |
| **CC:** | Calbillo, Dawn |
| **Sent:** | 2/18/2014 8:11:17 AM |
| **Subject:** | FW: EIC Interlocal with Counties (041451Oct13).docx |
| **Attachments:** | EIC contract.pdf |

This is the last one for Region 4!  WHOOOOO WHOOOOOO!!!!!!!!!!!!!!!!!!!!!!

---

**From:** Ross Sharp [mailto:bordencj@poka.com]
**Sent:** Tuesday, February 18, 2014 8:07 AM
**To:** Valenzuela, Estella
**Subject:** RE: EIC Interlocal with Counties (041451Oct13).docx

Good Morning Estella,

I have attached the MOU.

Thank you,

*Ross D. Sharp*
Borden County Judge
PO Box 156
Gail, TX  79738
806-756-4391
bordencj@poka.com

---

**From:** Valenzuela, Estella [mailto:Estella.Valenzuela@dps.texas.gov]
**Sent:** Friday, February 14, 2014 9:22 AM
**To:** bordencj@poka.com
**Subject:** FW: EIC Interlocal with Counties (041451Oct13).docx

Good morning Judge,
Just checking to see if you've had a chance to review the MOU.  Please let me know if you have any questions.  I'd like to forward the signed MOU to HQ as soon as you are able to get to it.  Thank you.


**E.D. Valenzuela**
**Regional Manager**
**Driver License Division**
**Region 4 - Midland**
**(432) 498-2351   Office**
**(432) 553-6968   Cell**

*We are creating a faster, easier and friendlier driver license experience and a safer Texas.*

---

**From:** Valenzuela, Estella
**Sent:** Thursday, February 06, 2014 3:08 PM

2:13-cv-193
09/02/2014
**DEF2031**

TEX0669129

**To:** 'bordencj@poka.com'
**Subject:** EIC Interlocal with Counties (041451Oct13).docx

Judge,

Here's the MOU I spoke to you about. Thank you for looking it over. If you sign it, feel free to send it back to me and I'll forward it to HQ. Thanks for all you're doing for us.

*E.D. Valenzuela*

**E.D. Valenzuela**
**Regional Manager**
**Driver License Division**
**Region 4 - Midland**
**(432) 498-2351   Office**
**(432) 553-6968   Cell**

*We are creating a faster, easier and friendlier driver license experience and a safer Texas.*