| | |
|---|---|
| From: | Keith Ingram |
| To: | Krueger, Kristopher; Rodriguez, Tony |
| CC: | Wroe Jackson |
| Sent: | 10/23/2013 10:38:59 AM |
| Subject: | FW: Mobile Election Identification Certificate (EIC) Program |
| Attachments: | EIC PROGRAM-10232013103340.pdf |

fyi

**From:** Pamela Ohlendorf [mailto:pamela.ohlendorf@co.caldwell.tx.us]
**Sent:** Wednesday, October 23, 2013 10:38 AM
**To:** 'Election_Identification_Certificates'; Keith Ingram
**Cc:** Caldwell County Elections Clerk
**Subject:** RE: Mobile Election Identification Certificate (EIC) Program
**Importance:** High

My apologies for getting the contract to you. It is on its way. Thank you for being patient with us.

Pamela Ohlendorf
Caldwell County Elections Administrator

**From:** Election_Identification_Certificates [mailto:EIC@dps.texas.gov]
**Sent:** Friday, October 04, 2013 4:35 PM
**Subject:** Mobile Election Identification Certificate (EIC) Program
**Importance:** High

Thank you for your interest in partnering with the Texas Secretary of State and the Texas Department of Public Safety in our Mobile Election Identification Certificate (EIC) program. Attached, please a series of documents that provide information on the program, the upcoming training and EIC operation:

- An Interlocal Cooperation Contract (ICC): While the Department of Public Safety will provide the training without a signed Interlocal Cooperation Contract, we must have a copy of the ICC signed by the County Judge after receiving authorization by the Commissioners Court before we can process a county's EICs.

- A training plan that lists the training locations,

- A document that provides points of contact for each training site.

- This hyperlink will allow you to view and download the EIC training packet: Click here to view EIC documents

The EIC kits DPS personnel will provide contain all the items required to process EICs immediately, except the printer paper. These kits will be issued the same day as the training.

v/r

*Tony Rodriguez*
Customer Operations Senior Manager – South and West
Driver License Division
Texas Department of Public Safety

