# TEXAS DEPARTMENT OF PUBLIC SAFETY
**5805 N LAMAR BLVD • BOX 4087 • AUSTIN, TEXAS 78773-0001**
**512/424-2000**
www.dps.texas.gov




STEVEN C. McCRAW
DIRECTOR
DAVID G. BAKER
CHERYL MacBRIDE
DEPUTY DIRECTORS

COMMISSION
ALLAN B. POLUNSKY, CHAIR
ADA BROWN
JOHN STEEN
CARIN MARCY BARTH
A. CYNTHIA LEON

December 21, 2011

Lewis Powers
County Judge
Post Office Box 369
Panhandle, Texas 79068

Dear Judge Powers:

The purpose of this correspondence is to initiate communication between the Department of Public Safety (DPS) and Carson County for the possibility of entering into a partnership for the county to support a scheduled driver license office. The scheduled driver license office will follow the current Panhandle mobile office work schedule of limited hours.

The outdated driver license equipment currently used in the Panhandle mobile office is at risk of failure. DPS now has advanced technology and new equipment needed to replace the outdated equipment. This new equipment will remain in the scheduled office at all times.

In order to retain a driver license office, DPS requests certain requirements for the county to meet. All requirements for this partnership are listed in the attached Interlocal Cooperation Contract. Also attached is the recommended layout of office space that is optimized for Americans with Disabilities Act compliance.

By signing the Interlocal Cooperation Contract, Carson County agrees to provide the necessary items to allow DPS to provide driver license services. If Carson County does agree to enter into a partnership with DPS to support a scheduled driver license office, please return the signed contract by close of business on January 31, 2012.

If you have any questions, please contact Lori Melcher by phone at 512- 424-5370 or by email at lori.melcher@dps.texas.gov.

Sincerely,


Steven C. McCraw

Cc: DLD Regional Manager
    Regional Commander
    DLD Assistant Director
    Public Affairs and Policy

Attachments

*EQUAL OPPORTUNITY EMPLOYER*
COURTESY • SERVICE • PROTECTION

2:13-cv-193
09/02/2014
**DEF2039**

TEX0669164