| | |
|---|---|
| **From:** | Uribe, Roxanne |
| **To:** | Silva, Samuel |
| **Sent:** | 8/30/2013 2:48:59 PM |
| **Subject:** | EIC 3A01-3A07 |
| **Attachments:** | 3A01 EIC Office Supervisor Weekly Report.xls; 3A02 EIC Office Supervisor Weekly Report.xls; 3A03 EIC Office Supervisor Weekly Report.xls; 3A04 EIC Office Supervisor Weekly Report.xls; 3A05 EIC Office Supervisor Weekly Report.xls; 3A06 EIC Office Supervisor Weekly Report.xls; 3A07 EIC Office Supervisor Weekly Report.xls |

Sam,
Attached are the EICs for 3A01-3A07.  Please let me know if you need anything.

## 3A01

| | | | |
|---|---|---|---|
| 8/30/13 | Weekly EIC Report | | |
| 3 | Issuance | 0 | |
| | Inquiry | 0 | |

## 3A02

| | | | |
|---|---|---|---|
| | 08/30/2013 | Weekly EIC Report | |
| 3 | Issuance | 0 | |
| | Inquiry | 3 | **08/28/2013 - Weslaco (Station 321):** We received an inquiry for an Election ID Certificate. The customer was not eligible for the ID because he had a valid Texas Driver License. |
| | | | **08/28/2013 - Weslaco (Station 321)** Supervisor Anna Hernandez received a telephone call from Belinda Sagredo, Elections Supervisor, asking if the office had received a flood of voters requesting an Election ID Certificate. |
| | | | **08/29/2013 - Weslaco (Station 321):** A customer inquired about an Election ID Certificate. The customer had a valid Texas DL and therefore was not eligible. |

## 3A03

| | | | |
|---|---|---|---|
| | 08/30/2013 Weekly EIC Report | | |
| 2 | Issuance | 0 | |
| | Inquiry | 2 | **08/27/2013 - Harlingen (Station 308):** The office received a telephone inquiry by an elderly man who did not wish to be indentified. He had questions in reference to the EIC. He qualified for the issuance of the EIC and was invited to the office to apply.  The caller then hung up. |

2:13-cv-193
09/02/2014
DEF2045

TEX0669170

| | | | |
|---|---|---|---|
| | | | **08/27/2013 - Harlingen (Station 308):** The office received a telephone inquiry by an elderly woman. She had questions reference the EIC for her grandson. After discovering that the qualifications were met, the caller invited to go to the Harlingen DL Office to apply. The caller then clarified that she thought it was an regular ID card at no cost. The limitations (not intended as official ID card/voter ID only) of the voter EIC were explained to the caller before the conversation ended. |
| | | | |

## 3A04

| | | | 08/30/2013 Weekly EIC Report |
|---|---|---|---|
| 3 | Issuance | 0 | |
| | | | |
| | | | |
| | | | |
| | Inquiry | 0 | |
| | | | |
| | | | |
| | | | |

## 3A05

| | | | 08/30/2013 Weekly EIC Report |
|---|---|---|---|
| 3 | Issuance | 0 | |
| | | | |
| | | | |
| | | | |
| | Inquiry | 0 | |
| | | | |
| | | | |
| | | | |

## 3A06

| | | | 08/30/2013 Weekly EIC Report |
|---|---|---|---|
| 3 | Issuance | 0 | |
| | | | |
| | | | |
| | | | |
| | Inquiry | 0 | |
| | | | |
| | | | |
| | | | |

## 3A07

| | | | 08/30/2013 Weekly EIC Report |
|---|---|---|---|
| 3 | Issuance | 0 | |
| | | | |
| | | | |
| | | | |
| | Inquiry | 1 | **08/28/2013 Eagle Pass (Station 413):** A telephone inquiry was received a from a Ms. Sanchez; she stated she had just seen a program on her television talking about the Election Certificate ID. Ms. Sanchez wanted to know more about the "free ID". Gladys Negrete, CSR III, answered her questions and explained that if an individual has a DL or ID, they are ineligible |

|  |  |  |  | for the Election Certificate ID.  Ms. Sanchez was thankful for the information. |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

*Roxanne Uribe*
Customer Operations Secretary III
Drivers License -- Corpus Christi
Ph: (361) 698-5624 | Fax: (361) 698-5557
roxanne.uribe@dps.texas.gov