# STATE OF TEXAS

### Texas Department of Public Safety

### STATE BUILDING ELECTRONIC ACCESS CARD APPLICATION

**IMPORTANT: FORM MUST BE TYPED AND SIGNED BY THE AUTHORIZED DESIGNATOR IF BROUGHT IN PERSON. IF E-MAILED, THE E-MAIL ADDRESS WILL ACT AS THE SIGNATURE.**

The applicant is a state employee authorized by the nature of his work to have access to the following state office building(s) after normal working hours in which his office and/or agency is located. Application valid for 30 days.

| SIGNATURE OF AUTHORIZED DESIGNATOR OR E-MAIL ADDRESS: | DATE: |
|---|---|

| FIRST NAME: | MIDDLE INITIAL: | LAST NAME: | |
|---|---|---|---|
| DL NUMBER: | STATE: **TX** | | DOB: |
| AGENCY NUMBER: **307** | AGENCY NAME: **Secretary of State** | | WORK PHONE: |
| EMPLOYEE: ☒ | CONTRACTOR: ☐ | INTERN: ☐ | EXPIRATION DATE: **n/a** |

| CARD NUMBER 1) | CLEARANCE 1) |
|---|---|
| CARD NUMBER 2) | CLEARANCE 2) |
| CARD NUMBER 3) | CLEARANCE 3) |
| CARD NUMBER 4) | CLEARANCE 4) |
| CARD NUMBER 5) | CLEARANCE 5) |
| CARD NUMBER 6) | CLEARANCE 6) |
| CARD NUMBER 7) | CLEARANCE 7) |

RETURN THIS FORM VIA E-MAIL TO:   electronic.access@txdps.state.tx.us

AFTER RECEIVING CONFIRMATION THAT THE BADGE IS READY, YOU WILL NEED TO BRING YOUR DRIVER'S LICENSE OR VALID PHOTO ID TO:

TEXAS DEPARTMENT OF PUBLIC SAFETY
CAPITOL DISTRICT OFFICE
1500 N. CONGRESS ROOM 102
AUSTIN, TEXAS 78701                           CP- 6 (Rev. 06/29/09)


2:13-cv-193
09/02/2014
**DEF2056**

TEX0669240