# Capitol Access Policy
## (for State Employee Use Only)

Effective, Monday, December 20, 2010, the Department of Public Safety (DPS) will implement new screening procedures at the Capitol. Currently, state employees with a DPS-issued electronic access ID card must display it to the security personnel upon entering the building and continue without screening through the metal detectors.

Starting December 20, new card reader pedestals at the four main Capitol entrances will be activated and will restrict unscreened access to only approved state employees with direct job responsibilities in the Capitol. All other state employees will be required to go through security screening. The DPS and State Preservation Board (SPB) realize there are state employees outside of the Capitol with on-going business responsibilities in the building. To expedite entry by those state employees a new access application form (CP-6) will need to be completed to enroll them for unscreened entry. This access will be restricted to agency senior management and key legislative and budget personnel only. The SPB will typically only approve access applications for executive directors, chancellors, presidents, commissioners, board members, deputy directors, vice-presidents, and select other employees of agencies, boards, commissions, colleges and universities.

Below is a description of how to submit an electronic access application form.

**Application Procedure**
1. DPS will use its CP-6 Electronic Access Application Form to Process all screening bypass applications.[1] An online copy of the CP-6 form is available through this link http://www.txdps.state.tx.us/CapitolBuildingAccess/cp-6.pdf . A password needed to utilize this form will be provided to each agency designator (AD) by the DPS security administrator at 512-936-2104.

2. In order to submit the CP-6 form an agency must have an AD letter on file with DPS. Agencies within the Capitol Complex should already have an AD authorized to submit electronic access applications for its employees. Those agencies outside the Capitol Complex typically will need to designate someone in the agency to perform this duty. Attached please find a form letter you can use to transmit your agency designator information to DPS.

3. To submit an electronic access application the agency designator must forward the following to the State Preservation Board:

    a. for each employee a completed CP-6 form is transmitted to the State Preservation Board at the following email address: SPB.access@tspb.state.tx.us .

    b. The CP-6 should request "capitol main door" access.

    c. a letter or email to SPB.access@tspb.state.tx.us from the agency head attesting that the applicant has regular business in the Capitol and that the agency accepts responsibility for the employee's actions and use of this access card. The correspondence should also acknowledge that the applicant has read and understands the rules of use for the card.

    d. The SPB will review and approve or reject the application.

        i. Approved applications will be forwarded to DPS for issuance of an access card. DPS will instruct the requesting agency AD on the times and dates the applicant can come to its ID office in the Capitol to get one. NOTE: Not all existing cards may be compatible with the new system, so existing card holders may need to receive a new card at the DPS Capitol I.D. office, Capitol Extension E1.217.

        ii. Rejected applications will not be forwarded to DPS. The submitting agency AD will be notified that the applicant has been rejected.

[1] Due to special screening program requirements the CP-6 form submitted to the SPB is only to authorize access through the four main capitol doors. A separate CP-6 will be needed for any other access settings an agency requires at other buildings or locations.

2:13-cv-193
09/02/2014
DEF2059

## Access Card Rules Of Use

1. Only the person pictured on the access card may use the card to enter the building.

2. The card holder is not allowed to include unscreened visitors when entering with this card.

3. The access card will only allow building access during the hours the Capitol is open to the public. NOTE: Public building hours are extended if legislative hearings or session is being conducted.

4. The access card will only allow access through the four main entrances of the Capitol.

5. Loss of this card must be reported immediately to the agency's AD. The agency AD must immediately report the loss to the DPS security office at 512-936-2333.

6. The access card may be confiscated by DPS if the cardholder uses it in a manner inconsistent with these rules.

7. Changes may be made to the access level unilaterally by either the SPB or DPS. Prior notification of these changes may or may not be given to affected ADs or card holders.

8. Modifications to the access level will be considered on a very limited basis for key agency personnel.

TEX0669263