| | |
|---|---|
| From: | Keith Ingram |
| To: | Keith Ingram |
| CC: | Wroe Jackson |
| Sent: | 9/24/2013 10:43:58 AM |
| Subject: | EIC availability. Mass Email to CC/VR/EA in 79 Counties without a DPS office (196) |

Hello Everyone,

We are working on a new initiative to make Election Identification Certificates (EIC) available in your counties. The State would like to provide to you all of the equipment and training so that there will be one station in each of your counties for procuring the EIC. You and your staff would be the ones who actually interact with members of the public who wish to procure an EIC.

Please let me know right away if you are interested in assisting with this project. Each of your counties has no Department of Public Safety presence, so it is important to make sure that your voters have the ability to procure the free EIC if they need an acceptable form of photo identification for voting because they do not have one of the other acceptable forms on the Election Code 63.0101 list.

Thank you for your prompt response. I need to hear from you today. My direct line is 512-463-9871.

Keith Ingram
Director, Elections Division
Office of the Secretary of State
800-252-VOTE(8683)
www.sos.state.tx.us/elections/index.shtml
For Voter Related Information, please visit:



VOTETEXAS.GOV
POWERED BY THE TEXAS SECRETARY OF STATE

The information contained in this email is intended to provide advice and assistance in election matters per §31.004 of the Texas Election Code. It is not intended to serve as a legal opinion for any matter. Please review the law yourself, and consult with an attorney when your legal rights are involved.

2:13-cv-193
09/02/2014
DEF2060

TEX0669264