| | |
|---|---|
| From: | MacGregor Stephenson |
| To: | Coby Shorter; Keith Ingram; Wroe Jackson |
| Sent: | 10/24/2013 11:02:55 AM |
| Subject: | FW: EIC Phase I and Phase III Latest Update 231600 October 2013 |
| Attachments: | County Participation Master Schedule (231600OCT13).xlsx; EIC County Participation Chart (231600OCT13).ppt; EIC Missing MOUs (231600OCT13).docx; Mobile EIC Operations Ph I (231600Oct13).xlsx |

FYI all counties not covered by County staff are covered for five days with the exception of Mason County which only has two at present.  Major progress.

**From:** Bodisch, Robert [mailto:Robert.Bodisch@dps.texas.gov]
**Sent:** Thursday, October 24, 2013 10:42 AM
**To:** MacGregor Stephenson
**Subject:** EIC Phase I and Phase III Latest Update 231600 October 2013
**Importance:** High

FYSA

Robert J. Bodisch
Assistant Director/Chief of Staff
Texas Homeland Security
Texas Department of Public Safety
P. O. Box 4087
Austin, Texas 78773
512-424-2368
robert.bodisch@dps.texas.gov
robert.bodisch.sle@dhs.sgov.gov



2:13-cv-193
09/02/2014
**DEF2065**

TEX0669270