| | |
|---|---|
| **From:** | Carolyn Guidry |
| **To:** | EIC |
| **Sent:** | 2/19/2014 3:45:14 PM |
| **Subject:** | RE: EIC Mobile Station |

Louri,

The 26th and 27th will be fine for those locations.

Thanks,
Carolyn

---

**From:** EIC [mailto:EIC@sos.texas.gov]
**Sent:** Wednesday, February 19, 2014 7:27 AM
**To:** Carolyn Guidry; EIC
**Cc:** ndoyle@co.jefferson.tx.us
**Subject:** RE: EIC Mobile Station

Carlolyn
We were closed Monday for the holiday. DPS requires 5 business days to come out and survey the location so these dates will not work.
Today the earliest day would be Feb 26. Would you like to plan for the sites below for Feb 26 & 27?
Thanks
Louri

---

**From:** Carolyn Guidry [mailto:guidry@co.jefferson.tx.us]
**Sent:** Monday, February 17, 2014 9:40 AM
**To:** EIC
**Cc:** ndoyle@co.jefferson.tx.us
**Subject:** RE: EIC Mobile Station

Louri,

I forgot to send the schedule to you, I was so busy trying to get the word out to the public.

The following is the EIC mobile station schedule for Jefferson County, Texas:

Thursday, February 20, 2014          Alice Keith Community Center
     9 a.m. – 4 p.m.                         4075 Highland
                                             Beaumont, Texas 77705

Friday, February 21, 2014            Port Arthur Public Library
     9 a.m. – 4 p.m.                         4615 Ninth Ave.
                                             Port Arthur, Texas 77642

The Election Manager, Naomi Doyle will meet the team at each site.  Thanks for your assistance.

Carolyn L. Guidry
County Clerk

---

**From:** EIC [mailto:EIC@sos.texas.gov]
**Sent:** Monday, February 10, 2014 12:33 PM
**To:** guidry@co.jefferson.tx.us
**Subject:** EIC Mobile Station

2:13-cv-193
09/02/2014

**DEF2069**

Hi Carol

I am following up to your request for the EIC Mobile Station. We will deploy mobile stations to various locations across Texas in an ongoing effort to ensure Texans have access to Election Identification Certificates (EICs).

We would like to come to Jefferson County next week for a one or two day set up the week of February 18.

Could you please send back the location, date and hours you would like the EIC Mobile Station to locate?

If you have any questions please contact me at EIC@sos.texas.gov or 1/800-252-2216 option four.

Thank you
Louri O'Leary

*Louri O'Leary*
Office of the Texas Secretary of State
Elections Division ◊ Elections Administration Manager
P.O. Box 12060 ◊ Austin, TX ◊ 78711-2060
T: 800.252. 8683 ◊ www.sos.state.tx.us/elections
D: 512.463.3204 ◊ F: 512.475.2811
loleary@sos.texas.gov
For Voter Related Information, please visit:



Twitter - https://twitter.com/#!/votetexas
Facebook - http://www.facebook.com/votetexas

*Please update your records to reflect my new email address: loleary@sos.texas.gov which is effective immediately.*