| | |
|---|---|
| **From:** | Cesinger, Katherine |
| **To:** | GRP_DPS Everyone |
| **Sent:** | 9/24/2013 4:25:48 PM |
| **Subject:** | News Release: Mobile Stations to Issue Election Identification Certificates Across Texas Beginning Oct. 1 |



2:13-cv-193
09/02/2014
DEF2070

September 24, 2013                                                                 NEWS RELEASE

# Mobile Stations to Issue Election Identification Certificates Across Texas Beginning Oct. 1

HOUSTON – Texas Public Safety Commission Chair Cynthia Leon today joined Texas Secretary of State John Steen in announcing Election Identification Certificates (EIC) will be available at 25 EIC mobile stations, which will begin deploying across the state next week. These mobile stations, which will issue EICs only, are part of an ongoing effort to provide EICs to Texans in need of photo identification now required to vote in elections in Texas.

"Elections are always an exciting time for voters, communities and government. In partnership with the Secretary of State, DPS is taking extra measures to increase the convenience for those seeking to apply for an Election Identification Certificate," said Chair Leon. "Texans now have several different options to obtain an EIC if they don't already have the necessary photo identification to cast their vote."

EIC mobile stations will be deployed beginning Oct. 1 to various locations across the state as determined by the Secretary of State's Office. To view the current schedule of EIC mobile station locations and for updates to the schedule, visit www.VoteTexas.gov

Texans can now obtain an EIC at:
- Any of the more than 220 Texas driver license offices across Texas during regular business hours;
- Select driver license offices on Saturdays from 10 a.m. – 2 p.m. (EIC transactions only); and
- EIC mobile station locations (EIC transactions only).

Most Texans already have an acceptable form of photo identification needed for voting and will not need or qualify for an EIC. If an applicant already has any of the following documents, they are *not* eligible to receive an EIC:

- Texas driver license – unexpired or expired no longer than 60 days at the time of voting
- Texas personal identification card – unexpired or expired no longer than 60 days at the time of voting
- Texas concealed handgun license – unexpired or expired no longer than 60 days at the time of voting
- U.S. passport book or card – unexpired or expired no longer than 60 days at the time of voting
- U.S. Military identification with photo – unexpired or expired no longer than 60 days at the time of voting
- U.S. Citizenship Certificate or Certificate of Naturalization with photo

To apply for an EIC, applicants must visit a driver license office or EIC mobile station, and complete an Application

for Texas Election Certificate (DL-14C).

To qualify for an EIC, an applicant must:
- **Bring documentation** to verify U.S. citizenship
- **Bring documentation** to verify Identity
- Be eligible to vote in Texas (**Bring a valid voter registration card** or submit a voter registration application through DPS)
- Be a Texas resident
- Be 17 years and 10 months or older

**To avoid delays or complications, DPS urges potential applicants to make sure they have the necessary documentation before arriving at the office or mobile station.**

The EIC receipt an individual receives will include their photo and can be used for voting until the permanent card is delivered by mail. The EIC is *free of charge* to qualifying applicants and is valid for six years. There is no expiration date for an EIC for citizens 70 years of age or older. The EIC can only be used for the purpose of voting in an election and may not be used as personal identification.

Texans with a documented disability may apply at their county voter registrar for a permanent exemption from the photo ID requirement. If approved, they will not need a photo ID to vote. Also, if individuals are voting by mail, they do not have to submit a photo ID.

For more information on the requirements, exemptions and process for obtaining an EIC, please visit: http://www.txdps.state.tx.us/DriverLicense/electionID.htm.

For more information on voting in Texas, visit the Secretary of State's website: www.votetexas.gov.

### (HQ 2013-119)