| | |
|---|---|
| From: | Smith, Timothy |
| To: | Winkley, Salestus |
| Sent: | 10/17/2013 6:38:56 PM |
| Subject: | Issues with 2 EICs |

Salestus,
These are the two EICs we had issues with but went ahead and processed:

PATH (Kit 84)**David McGee 37817564** - Expired Voter Registration Card and didn't check that he wanted to register to vote on the form.  We did process as if he wanted to register but did not mark the application.  Attempted to call but got voice mail.

Tyler Library (Kit 85) **Steven Laughlin 37817535 -** Halfway house ID was provided as supporting document (not meeting ID policy) we processed anyway and will let Austin make the determination as to validity of the application.

Please let me know if you need any additional information.

Tim

Very Respectfully,

*Timothy Smith*

Assistant Manager
Region 1A Driver License Division, Tyler District
Phone: 903-939-6017
Cell: 903-245-5215
Email: timothy.smith@dps.texas.gov

*Driver License Division Vision:* **We are creating a faster, easier, and friendlier driver license experience and a safer Texas.**





2:13-cv-193
09/02/2014
**DEF2072**

TEX0669292